# EXHIBIT A

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

GENERIC NAME   IPRATROPIUM BROMIDE

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-21 |
| SIZE: | 2.500 ml 60s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 105.74 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.   Page 2

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                                     Page 1

GENERIC NAME   IPRATROPIUM BROMIDE

NDC/HRI/UPC:          00054-8404-21
SIZE:                 2.500 ml 60s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

**Current Pricing Information**

|       | PKG    | UNIT   | EFF. DATE |
|-------|--------|--------|-----------|
| AWP   | 105.74 | 0.7049 | 2/1/1999  |
| DIR   |        |        |           |
| HCFA  |        |        |           |

**Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.**                     **Page 2**

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

GENERIC NAME          IPRATROPIUM BROMIDE

NDC/HRI/UPC:          00054-8404-21
SIZE:                 2.500 ml 60s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

**Current Pricing Information**

|       | PKG    | UNIT   | EFF. DATE |
|-------|--------|--------|-----------|
| AWP   | 105.74 | 0.7049 | 2/1/1999  |
| DIR   |        |        |           |
| HCFA  |        |        |           |

Copyright © 2001, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                    Page 2

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-11 |
| SIZE: | |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-13 |
| SIZE: | |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

GENERIC NAME  IPRATROPIUM BROMIDE

| | |
|---|---|
| NDC: | 00054-8404-21 |
| SIZE: | |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 105.74 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

GENERIC NAME: IPRATROPIUM BROMIDE

NDC:                    00054-8404-21
SIZE:                   2.500 ml 60s
DEA Class:              RX
UNIT DOSE (Y/N):        Y
SINGLE SOURCE (Y/N):    N
REPACKAGER (Y/N):       N
GENERIC (Y/N):          Y

**Current Pricing Information**

|      | PKG    | UNIT   | EFF. DATE |
|------|--------|--------|-----------|
| AWP  | 105.74 | 0.7049 | 2/1/1999  |
| DIR  |        |        |           |
| HCFA |        |        |           |

**Copyright © 2001, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.**                                                                      **Page 2**

Red Book(TM) for Windows®                                                                                          Release: January, 2002

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

Copyright © 2001, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                                   Page 1

**Red Book(TM) for Windows®**  **Release: January, 2002**

GENERIC NAME: IPRATROPIUM BROMIDE

NDC:                    00054-8404-21
SIZE:                   2.500 ml 60s
DEA Class:              RX
UNIT DOSE (Y/N):        Y
SINGLE SOURCE (Y/N):    N
REPACKAGER (Y/N):       N
GENERIC (Y/N):          Y

**Current Pricing Information**

|      | PKG    | UNIT   | EFF. DATE |
|------|--------|--------|-----------|
| AWP  | 105.74 | 0.7049 | 2/1/1999  |
| DIR  |        |        |           |
| HCFA |        |        |           |

Red Book(TM) for Windows®                                                                                           Release: APRIL, 2002

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                                       Page 1

**Red Book(TM) for Windows®**  **Release: APRIL, 2002**

GENERIC NAME: IPRATROPIUM BROMIDE

NDC:                     00054-8404-21
SIZE:                    2.500 ml 60s
DEA Class:               RX
UNIT DOSE (Y/N):         Y
SINGLE SOURCE (Y/N):     N
REPACKAGER (Y/N):        N
GENERIC (Y/N):           Y

## Current Pricing Information

|      | PKG    | UNIT   | EFF. DATE |
|------|--------|--------|-----------|
| AWP  | 105.74 | 0.7049 | 2/1/1999  |
| DIR  |        |        |           |
| HCFA |        |        |           |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.