# EXHIBIT E

Red Book(TM) for Windows®  Release: APRIL, 2000

## Product Information

| Product | Manuf/Dist | NDC/HRI/UPC | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| ATROVENT | Boehr Ingelheim | 00597-0080-62 | SOL | 0.02% | 2.500 ml 25s | U | 63.48 | 52.90 |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-60 | SOL | 0.02% | 2.500 ml 60s | U | 118.80 | |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-03 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 19.10 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-33 | SOL | 0.02% | 2.500 ml 30s | U | 52.80 | 22.92 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-60 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 45.84 |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-01 | SOL | 0.02% | 2.500 ml 25s | U | 26.31 | |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-00 | SOL | 0.02% | 2.500 ml 60s | U | 53.95 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-11 | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-13 | SOL | 0.02% | 2.500 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-21 | SOL | 0.02% | 2.500 ml 60s | U | 105.74 | |
| IPRATROPIUM BROMIDE | Zenith Goldline | 00172-6407-44 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 13.98 |
| IPRATROPIUM BROMIDE | Zenith Goldline | 00172-6407-49 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 35.90 |

Page 1

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

AWP039-2444