# EXHIBIT H



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*John Joseph Moakley U.S. Courthouse, Suite 9200*

*Writer's Direct Dial Number:*
*(617) 748-3272*
*Telecopier: (617) 748-3971*

*1 Courthouse Way*
*Boston, Massachusetts 02210*

August 21, 2009

Eric T. Gortner, Esq.
Kirkland & Ellis LLP
200 E. Randolph Street
74th Floor
Chicago, IL 60601

    Re:    United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al., Civil Action No. 07-10248-PBS, MDL No. 1456

Dear Eric:

    The United States is prepared to produce to the defendants in the above-referenced action ("the Litigation"), Roxane Laboratories, Inc., n/k/a Boehringer Ingelheim Roxane, Inc., Roxane Laboratories, Inc., Boehringer Ingelheim Corporation, and Boehringer Ingelheim Pharmaceuticals, Inc. (collectively, the "Boehringer/Roxane defendants") copies of certain Red Book CD ROMs, listed in the attached schedule (the "Red Book CDs"). As you may know, the use and reproduction of these CD ROMs are restricted under the terms of licensing agreements between Red Book and the DMERCs from whom the CDs originate. The United States has reached agreement with Thompson Reuters Healthcare (the owner of Red Book) that these materials may be reproduced and used in this Litigation, subject to certain conditions. A copy of the letter-agreement between the United States and Thompson Reuters Healthcare is enclosed for your information. The conditions include that any defendant receiving copies of these CDs agree to terms and conditions that restrict the use and copying of the CDs, as set forth below. Accordingly, please indicate the agreement of the Boehringer/Roxane defendants to the terms and conditions set forth below, by co-signing this letter and returning the signed copy to me.

Eric T. Gortner, Esq.
August 21, 2009
Page 2

<u>Terms and Conditions</u>

The Boehringer/Roxane defendants agree that any copying and/or use of the Red Book CDs shall be made solely for the purposes of the Litigation and for no other purpose. The Boehringer/Roxane defendants further agree that any use or disclosure of any information in the Red Book CDs, except to the extent permitted in the preceding sentence, is prohibited and subject to the terms of the Protective Orders entered by the Court in the Litigation.

The Boehringer/Roxane defendants hereby acknowledge that Thomson Reuters Healthcare makes no representation or warranty whatsoever, express or implied, including without limitation any warranty of merchantability, of fitness for a particular purpose, or non-infringement regarding the content of the CD ROMs provided by Palmetto GBA and the United States to defendants pursuant to this agreement, or any warranty that the content of the CD ROMs will be free from errors. In no event will Thomson Reuters Healthcare be liable for any indirect, incidental, special, or consequential damages arising from or caused by use of, reliance on, or inability to access and use any information contained in the CD ROMs even if Thompson Reuters Healthcare has been previously advised of the possibility of such damages or losses.

Sincerely,

George B. Henderson, II
Assistant U.S. Attorney

Agreed To:

_____
Eric T. Gortner, Esq.
On Behalf of the Boehringer/Roxane Defendants

cc:  Thomas Cahill
     Joan Rosenstock

## Schedule of Red Book Quarterly CDs

| Year | Month | Publisher | Volume |
|---|---|---|---|
| 1997 | Oct | Palmetto | Vol. 6 CD |
| 1998 | Jan | Palmetto | Vol. 7 CD |
| 1998 | Jul | Palmetto | Vol. 9 CD |
| 1999 | Mar | Palmetto | Vol. 12 CD |
| 1999 | Jul | Palmetto | Vol. 13 CD |
| 1999 | Oct | Palmetto | Vol. 14 CD |
| 2000 | Apr | Palmetto | Vol. 16 CD |
| 2000 | Jul | Palmetto | Vol. 17 CD |
| 2000 | Oct | Palmetto | Vol. 18 CD |
| 2001 | Jan | Palmetto | Vol. 19 CD |
| 2001 | Apr | Palmetto | Vol. 20 CD |
| 2001 | Jul | Palmetto | Vol. 21 CD |
| 2001 | Oct | Palmetto | Vol. 22 CD |
| 2002 | Jan | Palmetto | Vol. 23 CD |
| 2002 | Apr | Palmetto | Vol. 24 CD |
| 2002 | Oct | CIGNA | Vol. 26 CD, with floppy disc |
| 2003 | Jan | CIGNA | Vol. 27 CD |
| 2003 | Apr | CIGNA | Vol. 28 CD |
| 2003 | Jul | CIGNA | Vol. 29 CD |
| 2003 | Oct | CIGNA | Vol. 30 CD |