# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE PATTI B. SARIS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws his appearance as counsel for Aventis Behring, LLC, a/k/a ZLB Behring, LLC ("Behring") in the above captioned matter. The law firms of K&L Gates LLP and Hogan & Hartson L.L.P. will continue to represent Behring.

Dated: October 16, 2009

/s/ Jonathan Rees
Jonathan Rees
HOGAN & HARTSON LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Jonathan Rees
Jonathan Rees