UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Subcategory Case No. 06-11337<br>) |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*<br>Case No: 03-cv-11226-PBS | ) Judge Patti B. Saris<br>)<br>) Magistrate Judge<br>) Marianne B. Bowler<br>)<br>) |

**JOINT MOTION TO SET REVISED BRIEFING SCHEDULE
FOR MOTIONS FOR SUMMARY JUDGMENT AND AMEND CMO 31**

Plaintiffs State of California and relator Ven-A-Care of the Florida Keys ("Plaintiffs") together with Defendants Dey, Inc., Dey, L.P., Mylan Pharmaceuticals Inc., Mylan Inc., and Sandoz Inc. ("Defendants"), jointly move this Court to revise the briefing schedule for motions for summary judgment by extending the current dates by three weeks and to similarly extend all such dates contained in Amended CMO 31. The grounds for this motion are stated in the accompanying Memorandum in Support of Joint Motion to Set Revised Briefing Schedule for Motions for Summary Judgment and Amend CMO 31.

WHEREFORE, for the reasons set forth in the above referenced memorandum, the Plaintiffs and Defendants respectfully request that the Court grant this motion and sign the attached Proposed Case Management Order.

1

Dated: October 16, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: __/s/ Nicholas N. Paul_____
    NICHOLAS N. PAUL
    CA State Bar No. 190605
    Supervising Deputy Attorney General
    Bureau of Medi-Cal Fraud and Elder Abuse
    Office of the Attorney General
    1455 Frazee Road, Suite 315
    San Diego, CA 92108
    Telephone: (619) 688-6099
    Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

KELLEY DRYE & WARREN LLP

By: /s/*Philip D. Robben*
    Philip D. Robben (*pro hac vice*)
    Brendan Cyr (*pro hac vice*)
    101 Park Avenue
    New York, New York 10178
    Telephone: (212) 808-7800

**Attorneys for Defendants DEY, INC.,
DEY, L.P., MYLAN INC. AND
MYLAN PHARMACEUTICALS INC.**

WHITE &CASE LLP

By: /s/ *Michael J. Gallagher*
    Wayne A. Cross (admitted *pro hac vice*)
    Michael J. Gallagher (admitted *pro hac vice*)
    Heather McDevitt
    White & Case LLP
    1155 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 819-8200

**Attorneys for Defendant SANDOZ INC.**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 16, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

                                            __/s/ Nicholas N. Paul_____
                                            NICHOLAS N. PAUL