# Exhibit 2

**Mark G. Duggan**
Curriculum Vita



## Address

University of Maryland
Department of Economics
3105 Tydings Hall
College Park, MD 20742
Voice: 301-405-3532
Email: duggan@econ.umd.edu
Web: http://www.econ.umd.edu/~duggan/

## Personal

Birth Date: November 13, 1970
Citizenship: United States
Married; one child

## Work Experience

Professor, University of Maryland, Department of Economics, 2007-present.
Associate Professor, University of Maryland, Department of Economics, 2003-07.
Visiting Fellow, Brookings Institution, 2006-07.
Assistant Professor, University of Chicago, Department of Economics, 1999-2003.
Visiting Assistant Professor, MIT, Department of Economics, 2001-02.
Teaching Fellow, Harvard University, Department of Economics, 1996-98.
Research Assistant, Harvard University, Department of Economics, 1994-96.
Teaching Assistant, M.I.T. Sloan School of Management, 1993-94.
Teaching Assistant, M.I.T., Department of Electrical Engineering and Computer Science, 1992-93.

## Education

Ph.D., Economics, 1999, Harvard University.
M.S., Electrical Engineering, 1994, M.I.T.
B.S., Electrical Engineering, 1992, M.I.T.

## Fields of Interest:

Public Economics, Health Economics, Industrial Organization, Labor Economics.

## Publications

"Hospital Ownership and Public Medical Spending" *Quarterly Journal of Economics*, 115:4
    (November 2000) 1343-1374.

"More Guns, More Crime," *Journal of Political Economy*, 109:5 (October 2001), 1086-1114.

"Hospital Market Structure and the Behavior of Not-for-Profit Hospitals", *RAND Journal of Economics*, 33:3 (Autumn, 2002) 433-446.

"Winning Isn't Everything: Corruption in Sumo Wrestling", (with Steven Levitt), *American Economic Review*, 92:5 (December, 2002) 1594-1605.

"Guns and Suicide: Correlation or Causation?" in *Evaluating Gun Policy*, edited by Philip Cook and Jens Ludwig, Brookings Institution Press, 2003.

"The Rise in the Disability Rolls and the Decline in Unemployment" (with David Autor), *Quarterly Journal of Economics*, 118:1 (February, 2003) 157-206.

"Does Contracting Out Increase the Efficiency of Government Programs? Evidence from Medicaid HMOs," *Journal of Public Economics*, 88:12 (December 2004), 2549-2572.

"Do New Prescription Drugs Pay for Themselves? The Case of Second-Generation Antipsychotics" *Journal of Health Economics*, 24:1 (January, 2005), 1-31.

"Why Are the DI Rolls Skyrocketing? The Contribution of Population Characteristics, Program Changes, and Economic Conditions" forthcoming in *Health in Older Ages: The Causes and Consequences of Declining Disability Among the Elderly*, edited by David Cutler and David Wise, University of Chicago Press.

"The Growth in the Social Security Disability Rolls: A Fiscal Crisis Unfolding," (with David Autor) *Journal of Economic Perspectives* 20, Summer, 2006, 71-96.

"The Distortionary Effects of Government Procurement: Evidence for Medicaid Prescription Drug Purchasing" (with Fiona Scott Morton) *Quarterly Journal of Economics* 121:1 (February, 2006) 1-31.

"Distinguishing Between Income and Substitution Effects in Disability Programs," (with David Autor), *AEA Papers and Proceedings*, May 2007.

"The Impact of Child SSI Enrollment" (with Melissa Kearney), *Journal of Policy Analysis and Management*. 26 (Autumn 2007), 861-886.

"Aching to Retire? The Rise in the Full Retirement Age and its Impact on the Disability Rolls" (with Perry Singleton and Jae Song), *Journal of Public Economics.*, 91: 7 (August 2007), 1327-50.

"Estimating the Impact of Medical Innovation: A Case Study of HIV Antiretroviral Treatments" (with Bill Evans) *Forum for Health Economics and Policy*. 11:2 (2008).

**Working Papers**

"Federal Policy and the Rise in Disability Enrollment: Evidence for the VA's Disability Compensation Program" (with Robert Rosenheck and Perry Singleton), revised and

resubmitted to the *Journal of Law and Economics*, 2008.

"How Does Medicare Part D Work?  A Summary for Economists" (with Patrick Healy and Fiona Scott Morton), under revision for the *Journal of Economic Perspectives*, 2008.

"The Impact of Medicare Part D on Pharmaceutical Prices and Utilization" (with Fiona Scott Morton), 2008, under review.

"Paying a Premium on Your Premium?  Consolidation in the Health Insurance Industry" (with Leemore Dafny and Subramaniam Ramanaravanan), 2008.

"The Effect of Gun Shows on Homicides, Suicides, and Accidental Gun Deaths" (with Brian Jacob and Randi Pintoff), 2007.

"The Margin Between Life and Death: Assessing Skill Differences Across Emergency Room Physicians" (with Steven Levitt), mimeo, 2006.

**Research in Progress**

"The Pure Income Effect of Disability Cash Transfers: Evidence from the Department of Veterans' Affairs Disability Compensation Program," (with David Autor).

"Has the Shift to Managed Care Reduced Medicaid Spending?  Evidence from State and Local Mandates" (with Tamara Hayford).

"The Effect of Private Disability Insurance Policy Parameters on Return-to-Work Rates" (with David Autor and Jon Gruber).

"The Long Term Impact of Child SSI Enrollment" (with Melissa Kearney and Jae Song).

**Other Publications**

Comment on Steven Raphael and Michael Stoll's "The Effect of Prison Releases on Regional Crime Rates" for the *Brookings-Wharton Papers on Urban Affairs*, 2004.

**Grants**

Social Security Administration. How Has the Growth of the Disability Compensation program affected the SSI and OASDI Programs?  Co- principal investigator (Co-PI: David Autor), 2007– 2008.

National Science Foundation. Government Procurement of Pharmaceuticals.  0518858.  Co- principal investigator (PI: Fiona Scott Morton), 2005 – 2009.

Social Security Administration. #10-P-98363-1-04.  How Does the Design of Social Security Affect Work and Retirement Decisions?  Disability Insurance and Labor Supply Forecasts.  Co- principal investigator (Co-PI: David Autor), 2006 – 2007.

National Institute of Child Health and Development. The Impact of Child SSI Enrollment. R03HD050441. Principal Investigator (Co-PI: Melissa Kearney), 2005 – 2007.

Robert Wood Johnson Foundation. The Effect of HMO Contracting on Government Spending and Health Care Quality. Principal Investigator, 2002 – 2004.

Sandell Center for Retirement Research. The Rise in the Disability Rolls and the Decline in Unemployment. Co-principal investigator (Co-PI: David Autor), 2001 – 2002.

National Institute on Aging Pilot Grant. The Effect of Medicaid Prescription Drug Coverage on Elderly Health. 2000 – 2001.

**Fellowships and Awards**

Raymond Vernon Prize for Best Article in the *Journal of Policy Analysis and Management*, 2007.

University of Maryland Undergraduate Student Teaching Award, 2006.

University of Maryland Graduate Student Teaching Award, 2005, 2006.

Alred P. Sloan Foundation Research Fellow, 2004 - 2006.

JPE Griliches Award, Honorable Mention, 2002.

University of Chicago Faculty Appreciation Award, 2000 (awarded by economics Ph.D students)

Alfred P. Sloan Foundation Doctoral Dissertation Fellowship, 1998-99.

Harvard's Derek Bok Center Award for Excellence in Undergraduate Teaching, 1997 and 1998.

NBER Not-for-Profit Fellowship, 1997-98.

Harvard Positive Political Economy Fellowship, 1996-97.

Harvard University Economics Department Fellowship, 1994-98.

Albert J. Lynch Fellowship, 1994-98.

M.I.T. Frederick Hennie Award for Excellence in Undergraduate Teaching, 1994.

William T. Grant Foundation Fellowship, 1993-94.

**Professional Activities**

Research Associate, National Bureau of Economic Research, 2007–present.

Faculty Research Fellow, National Bureau of Economic Research, 2000-2007

Research Associate, Maryland Population Research Center, 2003-present.

Adjunct Associate, Stanford University Center for Health Policy, 2000-present.

Member of American Economic Association, 1996-present.

Member of Population Association of America, 2002-present.

Co-organizer (with Steven Levitt) of NBER Universities' Research Conference "The Economic Analysis of Government Expenditure Programs," 2002.

Member of Association of Public Policy and Management, 2003-present.

Member of Social Security Administration's Technical Advisory Panel for Modeling the Effect of Social Security Reform on the SSDI Program, 2004-05.

Program Committee Member for the Econometric Society's 2005 World Congress.

American Society of Health Economists, 2006-present.

Co-organizer (with Amy Finkelstein) of NBER Public Economics Program meeting, Spring 2007.

Organizer of NBER Health Care meeting, Autumn 2007.

Member of Committee to Select Editor of *American Economic Journal: Applied Economics*, 2006-07.

**Editorial and Referee Service**

Associate Editor, *Journal of Public Economics*, 2007-present.

Board of Editors, *American Economic Journal: Economic Policy*, 2007-present.

Board of Editors, *Demography*, 2005-present.

Referee for: *American Economic Journal: Economic Policy, American Economic Review, B.E. Journals in Economic Analysis and Policy, Demography, Economic Inquiry, Economic Journal, Economics Letters, European Economic Review, Health Affairs, Health Economics, Health Services Research, Industrial and Labor Relations Review, Journal of the American Medical Association, Journal of Applied Econometrics, Journal of Development Economics, Journal of Economics and Management Strategy, Journal of Economic Literature, Journal of the European Economic Association, Journal of Health Economics, Journal of Human Resources, Journal of Labor Economics, Journal of Law and Economics, Journal of Legal Studies, Journal of Policy Analysis and Management, Journal of Political Economy, Journal of Public Economics, Labour Economics, National Institute of Health, National Science Foundation, Quarterly Journal of Economics, Review of Economics and Statistics, Review of*

*Economic Studies, Review of Industrial Organization, Southern Economic Journal.*

## University of Maryland Economics Department Service

Member of Economics Department Executive Committee, 2004-06.

Chair of Economics Department Junior Recruiting Committee, 2004-05, 2007-08.

Member of Economics Department Junior Recruiting Committee, 2004-06, 2007-08.

Member of Economics Department Senior Recruiting Committee, 2006-07.

Member of Economics Department Salary Committee, 2006-09.

Member of MPRC Search Committee for Demography of Inequality Position, 2005-08.

## Presentations:

2007-2008:   American Society of Health Economists, ASSA Annual Meetings, Bureau of Economic Analysis, Centers for Medicare and Medicaid Services, Columbia University, Duke University, University of Illinois at Urbana-Champaign, NBER, Stanford University, Syracuse University, University of Houston, University of Maryland, U.S. Department of Veterans Affairs.

2006-2007:   ASSA Annual Meetings, Brigham Young University, Brookings Institution, University of California at Berkeley, CINP 2006 Chicago Congress, Federal Trade Commission, Free University of Amsterdam, Harvard University (KSG), University of Illinois at Chicago, NBER, National Center of Health Statistics, University of Pittsburgh / Carnegie Mellon, Population Association of America, Social Security Administration, Southern Economic Association, Yale University.

2005-2006:   American Society of Health Economists, Boston University, Brookings Institution, University of California at Berkeley, Georgetown University, George Washington University, NBER-CCER Conference in Beijing, University of North Carolina at Chapel Hill, University of Pennsylvania (Wharton), Population Association of America, Princeton University, University of Rochester, Stanford Graduate School of Business, Washington University.

2004-2005:   Centers for Medicare and Medicaid Services, Cornell University, Federal Trade Commission, Harvard University, MIT, University of Michigan, HEC Montreal, NBER, Northwestern University (Kellogg), RAND, Stanford University, SUNY-Buffalo, Urban Institute, World Bank, Yale School of Public Health.

2003-2004:   ASSA Annual Meetings, Baruch College, Brookings Institution, Case Western Reserve University, University of Chicago, Columbia University, George Mason University, NBER, University of Pennsylvania (Wharton), Social Security Administration, University of Virginia.

| | |
|---|---|
| 2002-2003: | University of British Columbia, Brown University, University of California at San Diego, Case Western Reserve University, University of Chicago GSB, University of Colorado at Denver, Columbia University, Harvard University, NBER, Princeton University, University of Texas at Austin, University of Wisconsin at Madison. |
| 1998-2002: | ASSA Annual Meetings, University of California at Berkeley, University of California at Los Angeles, University of Chicago, Duke University, Harvard University, Mathematica, MIT, University of Michigan, NBER, Northwestern University, Princeton University, Stanford University, University of Wisconsin at Madison. |

**University of Chicago Advisees (with first job placement)**

Rodrigo Garcia-Verdu, 2000, Mexico Central Bank
Rena Rosenberg, 2000, McKinsey and Company
Joseph Doyle, 2001, M.I.T. Sloan School
Ming-Jen Lin, 2001, National Taiwan University
Deborah Healy, 2002, U.S. Department of Justice
Grecia Marrufo, 2002, Stanford post-doctoral fellowship
Raphael de Coninck, 2003, NYU post-doctoral fellowship
Damien de Walque, 2003, World Bank
Chris Rohlfs, 2006, Syracuse University

**University of Maryland Advisees (with first job placement)**

Jennifer Goodwin, 2004, Duke post-doctoral fellowship
Rubiana Chamarbagwala, 2005, Indiana University
Julian Cristia, 2006, Congressional Budget Office
Beomsoo Kim, 2006, University of North Carolina at Greensboro
Gaobo Pang, 2006, Watson Wyatt
Heng Wei, 2006, Price Waterhouse Coopers
Alex Whalley, 2006, University of California at Merced
Janet Hao, 2007, Conference Board.
Scott Imberman, 2007, University of Houston
Emily Owens, 2007, Cornell University, Public Policy
Perry Singleton, 2007, Syracuse University
Aparajita Goyal, 2008, World Bank
Melissa Powell McInerney, 2008, College of William and Mary
Melinda Sandler, 2008, North Carolina State University

**Popular Press Coverage**

*Business Week, CNN, Christian Science Monitor, Economist, Financial Times, Los Angeles Times, NPR, New York Times, Wall Street Journal.*