# EXHIBIT 6

GA Department of Community Health (Jerry Dubberly)                    December 15, 2008

## Atlanta, GA

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--------------------------------X

IN RE:  PHARMACEUTICAL INDUSTRY    )

AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456

--------------------------------) Civil Action

THIS DOCUMENT RELATES TO:           ) No. 01-12257-PBS

United States of America, ex. rel. ) Hon. Patti Saris

Ven-a-Care of the Florida Keys,     )

Inc., v. Abbott Laboratories, Inc.,)

Civil Action No. 06-11337-PBS; and )

United States of America, ex. rel ) VIDEOTAPED

Ven-a-Care of the Florida Keys,     ) DEPOSITION OF

Inc., v. Dey, Inc., et. al., Civil ) THE GEORGIA

Action No. 05-11084-PBS; and United) DEPARTMENT OF

States of America, ex. rel.         ) COMMUNITY HEALTH

Ven-a-Care of the Florida Keys,     ) by JERRY

Inc., v. Boehringer Ingleheim       ) DUBBERLY

Corp. et. al., Civil Action         )

No. 07-10248-PBS.                    ) DECEMBER 15, 2008

--------------------------------X

GA Department of Community Health (Jerry Dubberly)                    December 15, 2008

## Atlanta, GA

Page 102

1    A.  No.
2    Q.  (By Mr. Lavine)  Did any representative
3  from Roxane or Boehringer-Ingelheim ever tell the
4  State of Georgia that it was purposely creating
5  larger spreads on its drugs so that its drugs
6  would be more profitable to its customers, and
7  thereby it could increase its sales?
8        MR. ROBBEN:  Object to the form.
9    A.  No.
10    Q.  (By Mr. Lavine)  So to the extent that
11  Georgia has knowledge of those types of
12  allegations, would it be fair to say that it came
13  from sources other than communications from drug
14  companies?
15        MR. ROBBEN:  Object to the form.
16    A.  Yes.
17    Q.  (By Mr. Lavine)  And some of its
18  information Georgia accumulated on its own?
19        MR. ROBBEN:  Object to the form.
20    A.  Yes.
21    Q.  (By Mr. Lavine)  Did anybody from the
22  State of Georgia, to your knowledge, ever tell

Page 103

1  Abbott -- ever tell anybody from Abbott, Dey, or
2  Roxane that it wanted them to purposely increase
3  the spreads on their products to help them sell
4  more drugs?
5        MR. ROBBEN:  Object to the form.
6        MR. COLE:  Object to the form.
7    A.  No.
8        MR. COLE:  Is there a question pending,
9  or did he answer the last question?
10        MR. LAVINE:  He answered the last
11  question.
12        MR. COLE:  What was the answer?
13        THE WITNESS:  No.
14        MR. COLE:  Thank you.
15    Q.  (By Mr. Lavine)  Can you explain the
16  manner in which the State of Georgia would
17  reimburse for what it considers to be compounded
18  drugs.
19    A.  Compounded drugs we reimburse at the
20  sum of the AWPs of the ingredients of the
21  compound plus a dispensing fee.
22    Q.  And what is the difference between a

Page 104

1  compounded drug and an admixture, if any?
2    A.  We consider admixtures to be separate
3  and not subject to compound billing, admixtures
4  being a simple admixture of a medication with a
5  diluent like sterile water, normal saline, D5W,
6  for example.
7    Q.  So an admixture would be reimbursed
8  utilizing the normal lower-of methodology we've
9  discussed?
10    A.  It would.
11    Q.  So that would include the AWP minus 10
12  or 11 percent approach?
13    A.  Yes.
14        MR. LAVINE:  Except for any redirect
15  that we might need to do at the end of the day,
16  we're finished and ready to pass the witness.
17        MR. ROBBEN:  Okay.  It will just take
18  me a couple of minutes to get my stuff in order.
19        MR. LAVINE:  Sure.  So let's take a
20  couple-minute break.
21        THE VIDEOGRAPHER:  Going off the record
22  at 10:58 a.m.

Page 105

1        (Deposition in recess, 10:58 a.m.
2  to 11:08 a.m.)
3        THE VIDEOGRAPHER:  This is the
4  continuation of tape No. 2.  Going on the record
5  at 11:08 a.m.
6
7        EXAMINATION
8  BY MR. ROBBEN:
9    Q.  Good morning, Mr. Dubberly.  I
10  introduced myself at the beginning, but I'll say
11  again my name is Philip Robben, and I represent
12  the Dey defendants in the case.
13        (Whereupon a document was
14  identified as Exhibit Georgia 019.)
15    Q.  (By Mr. Robben)  The court reporter has
16  put in front of you a document we've marked as
17  Exhibit No. 19, and it's an Amended Cross-Notice
18  of Deposition of the State of Georgia Department
19  of Community Health.  And this was issued by the
20  Dey and -- and Roxane defendants.
21        Have you seen this document before?
22    A.  It looks familiar.

27  (Pages 102 to 105)