# EXHIBIT A

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

GENERIC NAME: IPRATROPIUM BROMIDE

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-21 |
| SIZE: | 2.500 ml 60s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 105.74 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

GENERIC NAME	IPRATROPIUM BROMIDE

NDC/HRI/UPC:			00054-8404-21
SIZE:				2.500 ml 60s
DEA Class:			RX
UNIT DOSE (Y/N):		Y
SINGLE SOURCE (Y/N):	N
REPACKAGER (Y/N):		N
GENERIC (Y/N):		Y

**Current Pricing Information**

|     | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 105.74 | 0.7049 | 2/1/1999 |
| DIR |  |  |  |
| HCFA |  |  |  |

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

Copyright © 2001, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                     Page 1

GENERIC NAME: IPRATROPIUM BROMIDE

| | |
|---|---|
| NDC/HRI/UPC: | 00054-8404-21 |
| SIZE: | 2.500 ml 60s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 105.74 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

Copyright © 2001, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-11 |
| SIZE: | |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-13 |
| SIZE: | |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

GENERIC NAME: IPRATROPIUM BROMIDE

NDC: 00054-8404-21
SIZE:
DEA Class: RX
UNIT DOSE (Y/N): Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N): N
GENERIC (Y/N): Y

**Current Pricing Information**

|     | PKG | UNIT | EFF. DATE |
|-----|-----|------|-----------|
| AWP | 105.74 | 0.7049 | 2/1/1999 |
| DIR |     |      |           |
| HCFA |    |      |           |

**Copyright © 2001, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.**   **Page 2**

## Detailed Product Information

PRODUCT:              IPRATROPIUM BROMIDE-NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,5X5, PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  00054-8404-11
SIZE:                 2.500 ml 25s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE |
|-------|-------|--------|-----------|
| AWP   | 44.06 | 0.7050 | 2/1/1999  |
| DIR   |       |        |           |
| HCFA  |       |        |           |

---

PRODUCT:              IPRATROPIUM BROMIDE-NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,6X5 PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  00054-8404-13
SIZE:                 2.500 ml 30s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE |
|-------|-------|--------|-----------|
| AWP   | 52.87 | 0.7049 | 2/1/1999  |
| DIR   |       |        |           |
| HCFA  |       |        |           |

---

PRODUCT:              IPRATROPIUM BROMIDE-NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,12X5,PROTECTAPAK)

Copyright © 2001, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                                     Page 1

GENERIC NAME   IPRATROPIUM BROMIDE

NDC:                 00054-8404-21
SIZE:                2.500 ml 60s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|      | PKG    | UNIT   | EFF. DATE |
|------|--------|--------|-----------|
| AWP  | 105.74 | 0.7049 | 2/1/1999  |
| DIR  |        |        |           |
| HCFA |        |        |           |

**Copyright © 2001, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.**                                **Page 2**

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5, PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-11 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5 PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-13 |
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 2/1/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE-NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |

**Red Book(TM) for Windows®**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Release: January, 2002**

GENERIC NAME: IPRATROPIUM BROMIDE

NDC:                00054-8404-21
SIZE:               2.500 ml 60s
DEA Class:          RX
UNIT DOSE (Y/N):    Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):   N
GENERIC (Y/N):      Y

**Current Pricing Information**

|     | PKG    | UNIT   | EFF. DATE |
|-----|--------|--------|-----------|
| AWP | 105.74 | 0.7049 | 2/1/1999  |
| DIR |        |        |           |
| HCFA|        |        |           |

Copyright © 2001, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.　　　　Page 2

## Detailed Product Information

PRODUCT:              IPRATROPIUM BROMIDE-NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,5X5, PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:               00054-8404-11
SIZE:              2.500 ml 25s
DEA Class:         RX
UNIT DOSE (Y/N):   Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):  N
GENERIC (Y/N):     Y

**Current Pricing Information**

|      | PKG   | UNIT   | EFF. DATE |
|------|-------|--------|-----------|
| AWP  | 44.06 | 0.7050 | 2/1/1999  |
| DIR  |       |        |           |
| HCFA |       |        |           |

---

PRODUCT:              IPRATROPIUM BROMIDE-NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,6X5 PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:               00054-8404-13
SIZE:              2.500 ml 30s
DEA Class:         RX
UNIT DOSE (Y/N):   Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):  N
GENERIC (Y/N):     Y

**Current Pricing Information**

|      | PKG   | UNIT   | EFF. DATE |
|------|-------|--------|-----------|
| AWP  | 52.87 | 0.7049 | 2/1/1999  |
| DIR  |       |        |           |
| HCFA |       |        |           |

---

PRODUCT:              IPRATROPIUM BROMIDE-NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,12X5,PROTECTAPAK)

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                                    Page 1

**Red Book(TM) for Windows®**  **Release: APRIL, 2002**

GENERIC NAME   IPRATROPIUM BROMIDE

NDC:                00054-8404-21
SIZE:               2.500 ml 60s
DEA Class:          RX
UNIT DOSE (Y/N):    Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):   N
GENERIC (Y/N):      Y

**Current Pricing Information**

|       | PKG    | UNIT   | EFF. DATE |
|-------|--------|--------|-----------|
| AWP   | 105.74 | 0.7049 | 2/1/1999  |
| DIR   |        |        |           |
| HCFA  |        |        |           |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.