# EXHIBIT B-4

## DMERC Medication Pricing

| CODE | DESCRIPTION | UNIT DOSAGE | PRICE USED | DRUG NAME | PACKAGING | MFG NUMBER | AWP COMPUTED RESULT | | REDBOOK DATE | PAGE NUMBER | UNIT PER PRICE | COST UNIT DOSE | | DATE LAST UPDATED | UPDATED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J7644 | Ipratropium Bromide | 1 mg | | Allscripts | .02%, 2.5ml 25s | 54569-4910-00 | | | Jul-03 | CD | 12.5 | $ | 1.51 | 09/02/2003 | CH |
| | Unit dose | | | Alpharma USPD | .02%, 2.5ml 25s | 00472-0751-23 | $ | 56.50 | Jul-03 | CD | 12.5 | $ | 4.52 | 09/02/2003 | CH |
| | | | | Alpharma USPD | .02%, 2.5ml 30s | 00472-0751-30 | $ | 67.80 | Jul-03 | CD | 15 | $ | 4.52 | 09/02/2003 | CH |
| | | | | Alpharma USPD | .02%, 2.5ml 60s | 00472-0751-60 | $ | 118.80 | Jul-03 | CD | 30 | $ | 3.96 | 09/02/2003 | CH |
| | | | | Apotex Corp. | .02%, 2.5ml 25s | 60505-0806-01 | $ | 56.00 | Jul-03 | CD | 12.5 | $ | 4.48 | 09/02/2003 | CH |
| | | | | Aslung | .02%, 2.5ml 25s | 65271-0001-25 | $ | 44.00 | Jul-03 | CD | 12.5 | $ | 3.52 | 09/02/2003 | CH |
| | | | | Aslung | .02%, 2.5ml 30s | 65271-0001-30 | $ | 52.80 | Jul-03 | CD | 15 | $ | 3.52 | 09/02/2003 | CH |
| | | | | Aslung | .02%, 2.5ml 60s | 65271-0001-60 | $ | 105.60 | Jul-03 | CD | 30 | $ | 3.52 | 09/02/2003 | CH |
| | | | | Aslung | .02%, 2.5ml 120s | 65271-0001-12 | $ | 211.20 | Jul-03 | CD | 60 | $ | 3.52 | 09/02/2003 | CH |
| | | | | Dey | .02%, 2.5ml 25s | 49502-0685-03 | $ | 44.10 | Jul-03 | CD | 12.5 | $ | 3.53 | 09/02/2003 | CH |
| | | | | Dey | .02%, 2.5ml 30s | 49502-0685-33 | $ | 52.80 | Jul-03 | CD | 15 | $ | 3.52 | 09/02/2003 | CH |
| | | | | Dey | .02%, 2.5ml 60s | 49502-0685-60 | $ | 105.60 | Jul-03 | CD | 30 | $ | 3.52 | 09/02/2003 | CH |
| | | | | Phys Total Care | .02%, 2.5ml 25s | 54868-4082-01 | $ | 23.54 | Jul-03 | CD | 12.5 | $ | 1.88 | 09/02/2003 | CH |
| | | | | Phys Total Care | .02%, 2.5ml 60s | 54868-4082-00 | $ | 42.25 | Jul-03 | CD | 30 | $ | 1.41 | 09/02/2003 | CH |
| | | | | Roxane | .02%, 2.5ml 25s | 00054-8402-11 | $ | 44.06 | Jul-03 | CD | 12.5 | $ | 3.52 | 09/02/2003 | CH |
| | | | | Roxane | .02%, 2.5ml 30s | 00054-8402-13 | $ | 52.87 | Jul-03 | CD | 15 | $ | 3.52 | 09/02/2003 | CH |
| | | | | Roxane | .02%, 2.5ml 60s | 00054-8402-21 | $ | 105.74 | Jul-03 | CD | 30 | $ | 3.52 | 09/02/2003 | CH |
| | | | | | | | | | | | | | | | |
| | Generic Median = | $ | 3.52 | | | | | | | | | | | | |
| | | | | Atrovent (Boehr Ingelheim) | .02%, 2.5ml 25s | 00597-0080-62 | $ | 84.06 | Jul-03 | CD | 12.5 | $ | 6.72 | 09/02/2003 | CH |
| | | | | Ipratropium Bromide NovaPlus | | | | | | | | | | | |
| | | | | (Roxane) | .02%, 2.5ml 25s | 00054-8404-11 | $ | 44.06 | Jul-03 | CD | 12.5 | $ | 3.52 | 09/02/2003 | CH |
| | | | | (Roxane) | .02%, 2.5ml 30s | 00054-8404-13 | $ | 52.87 | Jul-03 | CD | 15 | $ | 3.52 | 09/02/2003 | CH |
| | | | | (Roxane) | .02%, 2.5ml 60s | 00054-8404-21 | $ | 105.74 | Jul-03 | CD | 30 | $ | 3.52 | 09/02/2003 | CH |
| | Lowest Brand = | $ | 3.52 | | | | | | | | | | | | |
| | AWP = | $ | 3.52 | Updated through July 2003 Red Book Quarterly CD | | | | | | | | | | | |
| | AWP less 5% = | $ | 3.34 | | | | | | | | | | | | |

| | | |
|---|---|---|
| KO & KP | $ | 3.52 |
| UD(gm) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.15 |
| = | | 1.61 |
| UD(gm) - | | 0.5 |
| KQ | $ | 3.22 |
| | | |
| J7644KQ LESS 5% = | $ | 3.06 |

(Compunded(Atrovent) product removed from array per October 1999 CD item deactivated 6/8/99)

Confidential, unpublished property of CIGNA
Do not duplicate or distribute
Use and distribution limited solely to authorized personnel.
2003 CIGNA

Red Book(TM) for Windows® Release: JULY, 2003

# Product Information

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| ATROVENT | Boehr Ingelheim Phar | 00597-0080-62 | SOL | 0.02 % | 2.5 ml 25s | U | 84.06 | 70.05 |
| IPRATROPIUM BROMIDE | Allscripts | 54569-4910-00 | SOL | 0.02 % | 2.5 ml 25s | U | ~~18.83~~ | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-23 | SOL | 0.02 % | 2.5 ml 25s | U | 56.50 | 14.42 |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-30 | SOL | 0.02 % | 2.5 ml 30s | U | 67.80 | 19.00 |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-60 | SOL | 0.02 % | 2.5 ml 60s | U | 118.80 | 38.00 |
| IPRATROPIUM BROMIDE | Apotex Corp. | 60505-0806-01 | SOL | 0.02 % | 2.5 ml 25s | | 56.00 | 16.00 |
| IPRATROPIUM BROMIDE | Aslung Pharm, L.P. | 65271-0001-25 | SOL | 0.02 % | 2.5 ml 25s | U | 44.00 | |
| IPRATROPIUM BROMIDE | Aslung Pharm, L.P. | 65271-0001-30 | SOL | 0.02 % | 2.5 ml 30s | U | 52.80 | |
| IPRATROPIUM BROMIDE | Aslung Pharm, L.P. | 65271-0001-60 | SOL | 0.02 % | 2.5 ml 60s | U | 105.60 | |
| IPRATROPIUM BROMIDE | Aslung Pharm, L.P. | 65271-0001-12 | SOL | 0.02 % | 2.5 ml 120s | U | 211.20 | |
| IPRATROPIUM BROMIDE | Dey, L.P. | 49502-0685-03 | SOL | 0.02 % | 2.5 ml 25s | U | 44.10 | 9.75 |
| IPRATROPIUM BROMIDE | Dey, L.P. | 49502-0685-33 | SOL | 0.02 % | 2.5 ml 30s | U | 52.80 | 11.70 |
| IPRATROPIUM BROMIDE | Dey, L.P. | 49502-0685-60 | SOL | 0.02 % | 2.5 ml 60s | U | 105.60 | 23.40 |
| IPRATROPIUM BROMIDE | Ivax Pharm | 00172-6407-44 | SOL | 0.02 % | 2.5 ml 25s | U | ~~44.10~~ | 13.98 |
| IPRATROPIUM BROMIDE | Ivax Pharm | 00172-6407-49 | SOL | 0.02 % | 2.5 ml 60s | U | 105.60 | 24.99 |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-01 | SOL | 0.02 % | 2.5 ml 25s | U | 23.54 | |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-00 | SOL | 0.02 % | 2.5 ml 60s | U | 42.25 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-11 | SOL | 0.02 % | 2.5 ml 25s | U | 44.06 | 0.00 |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-13 | SOL | 0.02 % | 2.5 ml 30s | U | 52.87 | 0.00 |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-21 | SOL | 0.02 % | 2.5 ml 60s | U | 105.74 | |
| IPRATROPIUM BROMIDE | Nephron | 00487-9801-01 | SOL | 0.02 % | 3 ml 30s | U | ~~39.60~~ | 9.30 |
| IPRATROPIUM BROMIDE INH/NEB SOLN | Nephron | 00487-9801-30 | SOL | 0.02 % | 3 ml 30s | | ~~39.60~~ | 7.50 |
| IPRATROPIUM BROMIDE INH/NEB SOLN | Nephron | 00487-9801-60 | SOL | 0.02 % | 3 ml 60s | | ~~79.20~~ | 15.00 |
| IPRATROPIUM BROMIDE INH/NEB SOLN | RxElite | 66794-0002-25 | SOL | 0.02 % | 2.5 ml 25s | | 52.80 | 5.50 |
| IPRATROPIUM BROMIDE INH/NEB SOLN | RxElite | 66794-0002-30 | SOL | 0.02 % | 2.5 ml 30s | | ~~63.36~~ | 6.60 |
| IPRATROPIUM BROMIDE INH/NEB SOLN | RxElite | 66794-0002-60 | SOL | 0.02 % | 2.5 ml 60s | | 126.72 | 13.20 |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | 00054-8404-11 | SOL | 0.02 % | 2.5 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | 00054-8404-13 | SOL | 0.02 % | 2.5 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | 00054-8404-21 | SOL | 0.02 % | 2.5 ml 60s | U | 105.74 | |

CIGNA-0242

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | ATROVENT |
| MANUFACTURER: | Boehr Ingelheim Phar |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00597-0080-62 |
| SIZE: | 2.5 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | N |

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 84.06 | 1.3450 | 01/02/2003 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Allscripts |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | EE |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 54569-4910-00 |
| SIZE: | 2.5 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | Y |
| GENERIC (Y/N): | Y |

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 18.83 | 0.3013 | 05/01/2003 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Alpharma USPD |
| FORM: | SOLUTION |

CIGNA-0243

| | |
|---|---|
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00472-0751-23 |
| SIZE: | 2.5 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 56.50 | 0.9040 | 06/27/2000 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Alpharma USPD |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00472-0751-30 |
| SIZE: | 2.5 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 67.80 | 0.9040 | 06/27/2000 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Alpharma USPD |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

CIGNA-0244

Red Book(TM) for Windows®                                                               Release: JULY, 2003

| | |
|---|---|
| NDC: | 00472-0751-60 |
| SIZE: | 2.5 ml 60s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 118.80 | 0.7920 | 04/29/1999 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Apotex Corp. |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (AMP) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 60505-0806-01 |
| SIZE: | 2.5 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | N |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 56.00 | 0.8960 | 07/01/2001 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Aslung Pharm, L.P. |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIALS SUPPLIED IN FOIL P |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 65271-0001-25 |
| SIZE: | 2.5 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |

CIGNA-0245

Red Book(TM) for Windows®                                                                Release: JULY, 2003

GENERIC (Y/N):

## Current Pricing Information

|     | PKG   | UNIT   | EFF. DATE  |
|-----|-------|--------|------------|
| AWP | 44.00 | 0.7040 | 01/26/2001 |
| DIR |       |        |            |
| HCFA|       |        |            |

---

PRODUCT:              IPRATROPIUM BROMIDE
MANUFACTURER:         Aslung Pharm, L.P.
FORM:                 SOLUTION
STRENGTH:             0.02 %
ROUTE OF ADMIN:       INHALATION, ORAL/NEB
ORANGE BOOK CODE:     AN
ADD'L DESC:           (VIALS SUPPLIED IN FOIL P
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  65271-0001-30
SIZE:                 2.5 ml 30s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

## Current Pricing Information

|     | PKG   | UNIT   | EFF. DATE  |
|-----|-------|--------|------------|
| AWP | 52.80 | 0.7040 | 01/26/2001 |
| DIR |       |        |            |
| HCFA|       |        |            |

---

PRODUCT:              IPRATROPIUM BROMIDE
MANUFACTURER:         Aslung Pharm, L.P.
FORM:                 SOLUTION
STRENGTH:             0.02 %
ROUTE OF ADMIN:       INHALATION, ORAL/NEB
ORANGE BOOK CODE:     AN
ADD'L DESC:           (VIALS SUPPLIED IN FOIL P
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  65271-0001-60
SIZE:                 2.5 ml 60s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

## Current Pricing Information

|     | PKG    | UNIT   | EFF. DATE  |
|-----|--------|--------|------------|
| AWP | 105.60 | 0.7040 | 01/26/2001 |

CIGNA-0246

Red Book(TM) for Windows®  Release: JULY, 2003

DIR
HCFA

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Aslung Pharm, L.P. |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIALS SUPPLIED IN FOIL P |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 65271-0001-12 |
| SIZE: | 2.5 ml 120s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 211.20 | 0.7040 | 01/26/2001 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Dey, L.P. |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 49502-0685-03 |
| SIZE: | 2.5 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.10 | 0.7056 | 01/01/1999 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |

CIGNA-0247

Red Book(TM) for Windows®

Release: JULY, 2003

MANUFACTURER:
FORM: SOLUTION
STRENGTH: 0.02 %
ROUTE OF ADMIN: INHALATION, ORAL/NEB
ORANGE BOOK CODE: AN
ADD'L DESC: (VIAL)
GENERIC NAME: IPRATROPIUM BROMIDE

NDC: 49502-0685-33
SIZE: 2.5 ml 30s
DEA Class: RX
UNIT DOSE (Y/N): Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N): N
GENERIC (Y/N): Y

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.80 | 0.7040 | 01/01/1999 |
| DIR | | | |
| HCFA | | | |

PRODUCT: IPRATROPIUM BROMIDE
MANUFACTURER: Dey, L.P.
FORM: SOLUTION
STRENGTH: 0.02 %
ROUTE OF ADMIN: INHALATION, ORAL/NEB
ORANGE BOOK CODE: AN
ADD'L DESC: (VIAL)
GENERIC NAME: IPRATROPIUM BROMIDE

NDC: 49502-0685-60
SIZE: 2.5 ml 60s
DEA Class: RX
UNIT DOSE (Y/N): Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N): N
GENERIC (Y/N): Y

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 105.60 | 0.7040 | 01/01/1999 |
| DIR | | | |
| HCFA | | | |

PRODUCT: IPRATROPIUM BROMIDE
MANUFACTURER: Ivax Pharm
FORM: SOLUTION
STRENGTH: 0.02 %
ROUTE OF ADMIN: INHALATION, ORAL/NEB
ORANGE BOOK CODE: AN
ADD'L DESC: (VIAL,PF)

Copyright © 2003, Thomson PDR.

Red Book(TM) for Windows®                                               Release: JULY, 2003

**GENERIC NAME: IPRATROPIUM BROMIDE**

NDC:                 00172-6407-44
SIZE:                2.5 ml 25s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|      | PKG   | UNIT   | EFF. DATE  |
|------|-------|--------|------------|
| AWP  | 44.10 | 0.7056 | 02/22/2000 |
| DIR  |       |        |            |
| HCFA |       |        |            |

---

PRODUCT:           IPRATROPIUM BROMIDE
MANUFACTURER:      Ivax Pharm
FORM:              SOLUTION
STRENGTH:          0.02 %
ROUTE OF ADMIN:    INHALATION, ORAL/NEB
ORANGE BOOK CODE:  AN
ADD'L DESC:        (VIAL,PF)
GENERIC NAME:      IPRATROPIUM BROMIDE

NDC:                 00172-6407-49
SIZE:                2.5 ml 60s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|      | PKG    | UNIT   | EFF. DATE  |
|------|--------|--------|------------|
| AWP  | 105.60 | 0.7040 | 03/05/2001 |
| DIR  |        |        |            |
| HCFA |        |        |            |

---

PRODUCT:           IPRATROPIUM BROMIDE
MANUFACTURER:      Phys Total Care
FORM:              SOLUTION
STRENGTH:          0.02 %
ROUTE OF ADMIN:    INHALATION, ORAL/NEB
ORANGE BOOK CODE:  EE
ADD'L DESC:        (VIAL)
GENERIC NAME:      IPRATROPIUM BROMIDE

NDC:             54868-4082-01
SIZE:            2.5 ml 25s
DEA Class:       RX
UNIT DOSE (Y/N): Y

CIGNA-0249

| | | | |
|---|---|---|---|
| SINGLE SOURCE (Y/N): | | | |
| REPACKAGER (Y/N): | Y | | |
| GENERIC (Y/N): | Y | | |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 23.54 | 0.3766 | 10/16/2000 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Phys Total Care |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | EE |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 54868-4082-00 |
| SIZE: | 2.5 ml 60s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | Y |
| GENERIC (Y/N): | Y |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 42.25 | 0.2817 | 10/16/2000 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5,PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8402-11 |
| SIZE: | 2.5 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

## Current Pricing Information

CIGNA-0250

|     | PKG   | UNIT   | EFF. DATE  |
|-----|-------|--------|------------|
| AWP | 44.06 | 0.7050 | 06/03/1996 |
| DIR |       |        |            |
| HCFA|       |        |            |

PRODUCT:            IPRATROPIUM BROMIDE
MANUFACTURER:       Roxane
FORM:               SOLUTION
STRENGTH:           0.02 %
ROUTE OF ADMIN:     INHALATION, ORAL/NEB
ORANGE BOOK CODE:   AN
ADD'L DESC:         (S.D.V.,6X5,PROTECTAPAK)
GENERIC NAME:       IPRATROPIUM BROMIDE

NDC:                 00054-8402-13
SIZE:                2.5 ml 30s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

## Current Pricing Information

|     | PKG   | UNIT   | EFF. DATE  |
|-----|-------|--------|------------|
| AWP | 52.87 | 0.7049 | 10/07/1996 |
| DIR |       |        |            |
| HCFA|       |        |            |

PRODUCT:            IPRATROPIUM BROMIDE
MANUFACTURER:       Roxane
FORM:               SOLUTION
STRENGTH:           0.02 %
ROUTE OF ADMIN:     INHALATION, ORAL/NEB
ORANGE BOOK CODE:   AN
ADD'L DESC:         (S.D.V.,12X5,PROTECTAPAK)
GENERIC NAME:       IPRATROPIUM BROMIDE

NDC:                 00054-8402-21
SIZE:                2.5 ml 60s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

## Current Pricing Information

|     | PKG    | UNIT   | EFF. DATE  |
|-----|--------|--------|------------|
| AWP | 105.74 | 0.7049 | 12/10/1997 |
| DIR |        |        |            |
| HCFA|        |        |            |

CIGNA-0251

Red Book(TM) for Windows®                                                              Release: JULY, 2003

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE INH/NEB SOLN |
| MANUFACTURER: | Nephron |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (PF) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |
| | |
| NDC: | 00487-9801-01 |
| SIZE: | 3 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 39.60 | 0.4400 | 10/01/2002 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE INH/NEB SOLN |
| MANUFACTURER: | Nephron |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (PF) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |
| | |
| NDC: | 00487-9801-30 |
| SIZE: | 3 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | N |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 39.60 | 0.4400 | 10/01/2002 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE INH/NEB SOLN |
| MANUFACTURER: | Nephron |
| FORM: | SOLUTION |
| STRENGTH: | 0.02 % |
| ROUTE OF ADMIN: | INHALATION, ORAL/NEB |
| ORANGE BOOK CODE: | AN |

CIGNA-0252

Red Book(TM) for Windows®                                                                 Release: JULY, 2003

ADD'L DESC:         (PF)
GENERIC NAME:              IPRATROPIUM BROMIDE

NDC:                 00487-9801-60
SIZE:                3 ml 60s
DEA Class:           RX
UNIT DOSE (Y/N):     N
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 79.20 | 0.4400 | 10/01/2002 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:             IPRATROPIUM BROMIDE INH/NEB SOLN
MANUFACTURER:        RxElite
FORM:                SOLUTION
STRENGTH:            0.02 %
ROUTE OF ADMIN:      INHALATION, ORAL/NEB
ORANGE BOOK CODE:    AN
ADD'L DESC:          (PF)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 66794-0002-25
SIZE:                2.5 ml 25s
DEA Class:           RX
UNIT DOSE (Y/N):     N
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 52.80 | 0.8448 | 08/15/2002 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:             IPRATROPIUM BROMIDE INH/NEB SOLN
MANUFACTURER:        RxElite
FORM:                SOLUTION
STRENGTH:            0.02 %
ROUTE OF ADMIN:      INHALATION, ORAL/NEB
ORANGE BOOK CODE:    AN
ADD'L DESC:          (PF)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 66794-0002-30
SIZE:                2.5 ml 30s
DEA Class:           RX

CIGNA-0253

Red Book(TM) for Windows®                                                                 Release: JULY, 2003

UNIT DOSE (Y/N):
SINGLE SOURCE (Y/N):    N
REPACKAGER (Y/N):       N
GENERIC (Y/N):          Y

## Current Pricing Information

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 63.36 | 0.8448 | 04/18/2002 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:              IPRATROPIUM BROMIDE INH/NEB SOLN
MANUFACTURER:         RxElite
FORM:                 SOLUTION
STRENGTH:             0.02 %
ROUTE OF ADMIN:       INHALATION, ORAL/NEB
ORANGE BOOK CODE:     AN
ADD'L DESC:           (PF)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  66794-0002-60
SIZE:                 2.5 ml 60s
DEA Class:            RX
UNIT DOSE (Y/N):      N
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

## Current Pricing Information

|       | PKG    | UNIT   | EFF. DATE  |
|-------|--------|--------|------------|
| AWP   | 126.72 | 0.8448 | 04/18/2002 |
| DIR   |        |        |            |
| HCFA  |        |        |            |

PRODUCT:              IPRATROPIUM BROMIDE NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02 %
ROUTE OF ADMIN:       INHALATION, ORAL/NEB
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,5X5, PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  00054-8404-11
SIZE:                 2.5 ml 25s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

## Current Pricing Information

CIGNA-0254

Red Book(TM) for Windows®                                                   Release: JULY, 2003

|     | PKG   | UNIT   | EFF. DATE  |
|-----|-------|--------|------------|
| AWP | 44.06 | 0.7050 | 02/01/1999 |
| DIR |       |        |            |
| HCFA|       |        |            |

| PRODUCT:          | IPRATROPIUM BROMIDE NOVAPLUS |
|-------------------|------------------------------|
| MANUFACTURER:     | Roxane                       |
| FORM:             | SOLUTION                     |
| STRENGTH:         | 0.02 %                       |
| ROUTE OF ADMIN:   | INHALATION, ORAL/NEB         |
| ORANGE BOOK CODE: | AN                           |
| ADD'L DESC:       | (S.D.V.,6X5 PROTECTAPAK)     |
| GENERIC NAME:     | IPRATROPIUM BROMIDE          |

| NDC:                | 00054-8404-13 |
|---------------------|---------------|
| SIZE:               | 2.5 ml 30s    |
| DEA Class:          | RX            |
| UNIT DOSE (Y/N):    | Y             |
| SINGLE SOURCE (Y/N):| N             |
| REPACKAGER (Y/N):   | N             |
| GENERIC (Y/N):      | Y             |

### Current Pricing Information

|     | PKG   | UNIT   | EFF. DATE  |
|-----|-------|--------|------------|
| AWP | 52.87 | 0.7049 | 02/01/1999 |
| DIR |       |        |            |
| HCFA|       |        |            |

| PRODUCT:          | IPRATROPIUM BROMIDE NOVAPLUS |
|-------------------|------------------------------|
| MANUFACTURER:     | Roxane                       |
| FORM:             | SOLUTION                     |
| STRENGTH:         | 0.02 %                       |
| ROUTE OF ADMIN:   | INHALATION, ORAL/NEB         |
| ORANGE BOOK CODE: | AN                           |
| ADD'L DESC:       | (S.D.V.,12X5,PROTECTAPAK)    |
| GENERIC NAME:     | IPRATROPIUM BROMIDE          |

| NDC:                | 00054-8404-21 |
|---------------------|---------------|
| SIZE:               | 2.5 ml 60s    |
| DEA Class:          | RX            |
| UNIT DOSE (Y/N):    | Y             |
| SINGLE SOURCE (Y/N):| N             |
| REPACKAGER (Y/N):   | N             |
| GENERIC (Y/N):      | Y             |

### Current Pricing Information

|     | PKG    | UNIT   | EFF. DATE  |
|-----|--------|--------|------------|
| AWP | 105.74 | 0.7049 | 02/01/1999 |
| DIR |        |        |            |
| HCFA|        |        |            |

CIGNA-0255