UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br>*v.*<br>  *Abbott Laboratories, et al.* | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Bowler |

**DECLARATION OF JOANNE M. CICALA IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT MERCK & CO., INC.**

I, the undersigned Joanne M. Cicala, submit this Declaration. I have personal knowledge of the following facts:

1. I am a partner at Kirby McInerney LLP and counsel for the City of New York and all New York Counties in MDL 1456, except Nassau and Orange.

2. Attached as Exhibit A is a true and correct copy of excerpts from the transcript of the Deposition of McKesson Corporation's 30(b)(6) Witness (Leslie Kay Morgan) dated September 3, 2008. This transcript has been designated as "Highly Confidential" by McKesson Corporation.

3. Attached as Exhibit B is a true and correct copy of excerpts from the transcript of the Deposition of Cardinal Health, Inc.'s 30(b)(6) Witness (Neil Warren) dated September 9, 2008. This transcript has been designated as "Highly Confidential" by Cardinal Health, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 23, 2009            /s/ Joanne M. Cicala\_\_\_
                                                       Joann M. Cicala

## CERTIFICATE OF SERVICE

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated: October 23, 2009

                                                       _____/s/_____
                                                       Kathryn B. Allen
                                                       Kirby McInerney LLP
                                                     825 Third Avenue, 16th Floor
                                                     New York, NY 10022
                                                     (212) 371-6600