# EXHIBIT A

1

```
              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS

--------------------------------X

IN RE PHARMACEUTICAL INDUSTRY    ) MDL No. 1456

AVERAGE WHOLESALE PRICE          ) CIVIL ACTION

LITIGATION                       ) 01-12257-PBS

--------------------------------X

THIS DOCUMENT RELATES TO THE     ) JUDGE PATTI

CONSOLIDATED NEW YORK COUNTY     ) B. SARIS

ACTIONS, THE CALIFORNIA          )

ACTION, AND THE IOWA ACTION.     )

--------------------------------X

        (CAPTIONS CONTINUED ON FOLLOWING PAGES)


             WEDNESDAY, SEPTEMBER 3, 2008


                  HIGHLY CONFIDENTIAL

                 ATTORNEYS' EYES ONLY

               VIDEOTAPED DEPOSITION OF

          McKESSON CORPORATION by LESLIE MORGAN


    Reported By:  WENDY L. VAN MEERBEKE, CSR No. 3676
```







McKesson Corporation (Leslie Morgan)   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   September 3, 2008

San Francisco, CA

41 (Pages 158 to 161)



Henderson Legal Services, Inc.

202-220-4158     www.hendersonlegalservices.com