# EXHIBIT B

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL          ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      ) CIVIL ACTION

PRICE LITIGATION                ) 01-CV-12257-PBS

                                )

THIS DOCUMENT RELATES TO THE    )

Consolidated New York County    )

Actions, The California Action,)

and The Iowa Action             )

- - - - - - - - - - - - - - - -


    (cross captions appear on following pages)


    "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY"

VIDEOTAPED DEPOSITION OF CARDINAL HEALTH, INC.

        by NEIL WARREN - VOLUME I

        Tuesday, September 9, 2008

        Columbus, Ohio 43215

        SUSAN L. COOTS

    REGISTERED PROFESSIONAL REPORTER

Cardinal Health, Inc (Neil Warren)        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        September 9, 2008

## Columbus, OH

42  (Pages 162 to 165)



Cardinal Health, Inc (Neil Warren)          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          September 9, 2008

## Columbus, OH

46  (Pages 178 to 181)



Cardinal Health, Inc (Neil Warren)          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          September 9, 2008

Columbus, OH

47  (Pages 182 to 185)

