UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br>*v.*<br>  *Abbott Laboratories, et al.* | Judge Patti B. Saris<br><br>Magistrate Judge Bowler |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT MERCK & CO., INC., AND EXHIBITS TO THE DECLARATION OF JOANNE M. CICALA IN SUPPORT THEREOF UNDER SEAL**

Plaintiffs, the City of New York and New York Counties in MDL 1456 hereby move, pursuant to Local Rule 7.2 and ¶15 of the December 13, 2002 Protective Order in this case [Docket No. 276] for permission to file under seal the full, un-redacted versions of Plaintiffs' Reply Memorandum in Further Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc. ("Plaintiffs' Reply Mem.") and Exhibits A and B to the Declaration of Joanne M. Cicala, Esq. ("Cicala Declaration") in Support thereof, sworn to October 23, 2009. Plaintiffs' Reply Mem. and Exhibits A and B to the Cicala Declaration contain testimony that has been designated as "Highly Confidential" by third-party wholesalers pursuant to the December 13, 2002 Protective Order in this case [Docket No. 276].

WHEREFORE, plaintiffs respectfully request that this Court enter an Order permitting them to file under seal the un-redacted versions of Plaintiffs' Reply Mem. and Exhibits A and B to the Cicala Declaration.

1

Dated: October 23, 2009

Respectfully submitted,

By:    /s/ Joanne M. Cicala     
Joanne M. Cicala
Kathryn B. Allen
**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

*Counsel for The City of New York and New York Counties in MDL 1456 except Nassau and Orange*

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY 10022
(212) 605-6205
*Counsel for the County of Orange*

## Local Rule 7.1(A)(2) Certification

The undersigned counsel certifies that she has conferred with counsel for defendant Merck and counsel assents to this motion.

Dated: October 23, 2009                          /s/ Joanne M. Cicala
                                                              Joanne M. Cicala

## CERTIFICATE OF SERVICE

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated: October 23, 2009

                                                           /s/
                                              Kathryn B. Allen
                                              Kirby McInerney LLP
                                              825 Third Avenue, 16th Floor
                                              New York, NY 10022
                                              (212) 371-6600