# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Civil Action No. 01-12257-PBS |
| ——————————————————— | ) | |
| | ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *United States of America ex rel.* | ) | Magistrate Judge Marianne B. Bowler |
| *Ven-a-Care of the Florida Keys, Inc., v.* | ) | |
| *Abbott Laboratories, Inc.* | ) | |
| CIVIL ACTION NO. 06-11337-PBS | ) | |
| ——————————————————— | ) | |

## UNOPPOSED MOTION BY THE UNITED STATES
## FOR LEAVE TO FILE REPLY TO ABBOTT'S OPPOSITION TO
## THE MOTION TO QUASH ABBOTT'S OUT-OF-TIME DEPOSITION NOTICES

The United States  respectfully files this unopposed motion for leave to file a reply to

defendant Abbott Laboratories, Inc.'s ("Abbott's") memorandum in opposition to the

Government's motion to quash out-of-time deposition notices (Dkt. 6586).  The United States

respectfully suggests that by allowing the Government to file a response to Abbott's opposition

memorandum, the Court will be able to make a more fully-informed decision regarding the

merits of the Government's motion to quash deposition notices.

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL K. LOUCKS | TONY WEST |
| ACTING UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

                                                 /s/  Justin Draycott

| | |
|---|---|
| _____ | _____ |
| George B. Henderson, II | Joyce R. Branda |
| Assistant U.S. Attorney | Daniel R. Anderson |
| John Joseph Moakley U.S. Courthouse | Renée Brooker |
| Suite 9200, 1 Courthouse Way | Justin Draycott |
| Boston, MA 02210 | Rebecca Ford |
| Phone: (617) 748-3272 | Civil Division |
| Fax: (617) 748-3971 | Commercial Litigation Branch |
| | P. O. Box 261 |
| JEFFREY H. SLOMAN | Ben Franklin Station |
| ACTING UNITED STATES ATTORNEY | Washington, D.C. 20044 |
| SOUTHERN DISTRICT OF FLORIDA | Phone: (202) 307-1088 |
| | Fax: (202) 307-3852 |

_____
Mark A. Lavine
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

October 26, 2009

## CERTIFICATE OF SERVICE

       I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO ABBOTT'S OPPOSITION TO THE MOTION TO QUASH ABBOTT'S OUT-OF-TIME DEPOSITION NOTICES to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: October 26, 2009

                                             /s/ Justin Draycott
                                            Justin Draycott