UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) *State of California, ex rel. Ven-A-Care v.* ) *Abbott Laboratories, Inc., et al.* ) Case No: 03-cv-11226-PBS ) ) | MEL No. 1456 Master File No. 01-12257-PBS Subcategory Case No. 06-11337 Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

## SECOND AMENDMENT TO CASE MANAGEMENT ORDER NO. 31

Paragraph 9 of Case Management Order No. 31 is amended to read as follows:

9.   Unless otherwise directed by the Court, the following deadlines shall apply from the date of entry of the instant Case Management Order. In instances where a particular deadline falls on a holiday or weekend, the deadline will be extended to the first business day following the holiday or weekend:

| DEADLINE | ACTION |
|---|---|
| April 28-29, 2009 | Parties to engage in mediation. |
| June 15, 2009 | All fact discovery shall be completed. |
| June 30, 2009 | Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| July 30, 2009 | Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). |
| September 30, 2009 | All expert depositions shall be completed. |
| November 25, 2009 | Deadline to File Motions for Summary Judgment |
| December 21, 2009 | Deadline to File Responses to Motions for Summary Judgment |
| January 15, 2010 | Deadline to File Replies to Responses to Motions for Summary Judgment |

1

| DEADLINE | ACTION |
| --- | --- |
| January 29, 2010 | Deadline to File Surreplies to Replies to Responses to Motions for Summary Judgment |

The Court shall determine a date for a hearing on the motions.

_____
PATTI B. SARIS
United States District Court Judge

*No brief shall be larger than 30 pages.*