UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY ) MDL No. 1456
AVERAGE WHOLESALE PRICE LITIGATION ) Master File No. 01-12257-PBS
) Subcategory Case No. 06-11337
)
) Judge Patti B. Saris
THIS DOCUMENT RELATES TO: )
California, State of *et al* v. Abbott Laboratories *et al* )
CASE No: 1:03-cv-11226-PBS )
)

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR ADMISSION OF ERIKA HIRAMATSU BY STATE OF CALIFORNIA

The following submission for Admission *pro hac vice* is being made pursuant to the Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached find Certificates of Good Standing from the United States District Court, Southern District of California and from the California State Bar for the following California Deputy Attorney General:

> ERIKA HIRAMATSU
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA 92108
> Tel.: (619) 688-7906
> Fax: (619) 688-4200
> Erika.Hiramatsu@doj.ca.gov

1

A check in the amount of $50.00 is being forwarded to the Clerk of the Court for the admission *pro hac vice*.

Dated: October 29, 2009.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: _____
ERIKA HIRAMATSU
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Road, Ste. 315
San Diego, CA 92108
Tel.: (619) 688-7906
Fax: (619) 688-4200
Erika.Hiramatsu@doj.ca.gov

Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I, Erika Hiramatsu, hereby certify that on October 29, 2009, I caused a true and correct copy of the foregoing, **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR ADMISSION OF ERIKA HIRAMATSU BY STATE OF CALIFORNIA,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

ERIKA HIRAMATSU
Deputy Attorney General

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA } ss.

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY That Erika Hiramatsu was duly admitted to practice in said Court on December 4, 1997, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA

on October 26, 2009

W. SAMUEL HAMRICK, JR.
Clerk

By _____
J. Rocha, Deputy Clerk

# THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

October 19, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIKA HIRAMATSU, #190883 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records