# Exhibit 1

| 07/29/2009 | 6328 | MOTION to Take Deposition from Carolyn Helton and Robin Kreush Stone by Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc, Boehringer Ingelheim Corp., Boehringer Ingelheim Roxane, Inc..(Gortner, Eric) (Entered: 07/29/2009) |
| --- | --- | --- |
| 09/30/2009 | | Magistrate Judge Marianne B. Bowler: ORDER entered terminating 5672 Motion for Clarification ; terminating 5678 Motion for Protective Order; terminating 5697 Motion to Compel; terminating 5728 Motion to Compel; terminating 5898 Motion to Compel; terminating 5976 Motion for Protective Order; terminating 6328 Motion to Take Deposition and terminating 6384 Motion, in accordance with rulings made in open court on September 14, 2209. (Bowler, Marianne) (Entered: 09/30/2009) |