# Exhibit 2

| | |
|---|---|
| 09/14/2009 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Motion Hearing held on 9/14/2009. The court heard oral arguments from the parties and ruled on the motions from the bench. (5725 in 1:01-cv-12257-PBS) MOTION to Compel *the Production of Documents* filed by Dey L.P., Dey Inc., Dey L.P., Inc., is taken under advisement. (5728 in 1:01-cv-12257-PBS) MOTION to Compel *Luis Cobo and Ven-A-Care of the Florida Keys, Inc. to Produce Documents* filed by Dey L.P., Dey Inc., Dey L.P., Inc., is ALLOWED as to the audit documents and not the remaining documents. (5776 in 1:01-cv-12257-PBS) MOTION to Compel *Production of Documents Responsive to Subpoena* filed by Dey L.P., Dey Inc., Dey L.P., Inc., is MOOT as to the state of Delaware and as to the other three states, the court has taken it under advisement. (5678 in 1:01-cv-12257-PBS) MOTION for Protective Order *Regarding the Roxane Defendants' Rule 30(b)(6) Notice* filed by United States, ex rel., is ALLOWED. (6264 in 1:01-cv-12257-PBS) Emergency MOTION to Quash *Defendant Purepac Pharmaceutical Co.'s Cross-Notice of Continued Videotaped Deposition of Lynn Donovan* filed by State of Iowa, is taken under advisement. (5672 in 1:01-cv-12257-PBS) MOTION for Clarification filed by United States, ex rel., is DENIED without prejudice. (6262 in 1:01-cv-12257-PBS) Amended MOTION to Quash *[Corrected] Plaintiffs' Emergency Motion to Quash Defendant Schering-Plough Corporation's, Schering Corporation's and Warrick Pharmaceutical Corporation's Cross-Notice of Continued Deposition of Lynn DonovaAmended MOTION to Quash [Corrected] Plaintiffs' Emergency Motion to Quash Defendant Schering-Plough Corporation's, Schering Corporation's and Warrick Pharmaceutical Corporation's Cross-Notice of Continued Deposition of Lynn Donova* filed by *The City of New York and Captioned New York Counties, is taken under advisement. (5898 in 1:01-cv-12257-PBS) MOTION to Compel Testimony filed by United States, ex rel., is DENIED without prejudice. (5976 in 1:01-cv-12257-PBS) MOTION for Protective Order Regarding Defendants' Rule 30(b)(6) Deposition Topics filed by State of California, is withdrawn without prejudice. (5697 in 1:01-cv-12257-PBS) MOTION to Compel Production of Documents and Rule 30(b)(6) Deposition of Kansas Health Policy Authority and Memorandum of Law in Support Thereof MOTION to Compel Production of Documents and Rule 30(b)(6) Deposition of Kansas Health Policy Authority and Memorandum of Law in Support Thereof filed by Boehringer Ingelheim Corp., Roxane Laboratories, Inc, Boehringer Ingelheim Roxane, Inc, Boehringer Ingelheim Pharmaceuticals, Inc., is ALLOWED. (6384 in 1:01-cv-12257-PBS) MOTION Defendants Dey, Inc., Dey, L.P., and Dey L.P., Inc's Motion for Leave to Participate in the Depositions of Carolyn Helton and Robin Kreush Stone filed by Dey L.P., Dey Inc., Dey L.P., Inc., is ALLOWED. (Digital Recording #d/r.)(Attorneys present: Henderson, Fauci, Paul, Mullin, Townes, Breen, Cicala on behalf of the plaintiffs. Gortner, Reed, Farquhar, and Bueker on behalf of the defendants.) Associated Cases: 1:01-cv-12257-PBS et al.(LaRoche, Donald) (Entered: 09/21/2009)* |