# TAB 339B

# DMERC Medication Pricing

| HCPCS CODES | DRUG DESCRIPTION | (UNIT) DOSAGE | PRICELIST/OR COMPANY NAME | AWP LISTED PACKAGING | NDC FOR LISTED PACKAGE | AWP FROM REDBOOK | REDBOOK CODE | PACKAGE NUMBER | UNITS PER PACKAGE | (COST/UNIT) PER DOSAGE | DATE LAST UPDATED | UPDATED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J7644 | Ipratropium Bromide | 1 mg | Abbott | .02%, 2.5ml 25s | 54569-4910-00 | $ 16.62 | Apr-02 | CD | 12.5 | $ 1.49 | 06/14/2002 | CH |
| | Unit dose | | Alpharma USPD | .02%, 2.5ml 25s | 00472-0751-23 | $ 56.50 | Apr-02 | CD | 12.5 | $ 4.52 | 06/14/2002 | CH |
| | | | Alpharma USPD | .02%, 2.5ml 30s | 00472-0751-30 | $ 67.80 | Apr-02 | CD | 15 | $ 4.52 | 06/14/2002 | CH |
| | | | Alpharma USPD | .02%, 2.5ml 60s | 00472-0751-60 | $ 118.80 | Apr-02 | CD | 30 | $ 3.96 | 06/14/2002 | CH |
| | | | Apotex Corp. | .02%, 2.5ml 25s | 60505-0806-01 | $ 56.00 | Apr-02 | CD | 12.5 | $ 4.48 | 06/14/2002 | CH |
| | | | Dey | .02%, 2.5ml 25s | 49502-0685-03 | $ 44.10 | Apr-02 | CD | 12.5 | $ 3.53 | 06/14/2002 | CH |
| | | | Dey | .02%, 2.5ml 30s | 49502-0685-33 | $ 52.80 | Apr-02 | CD | 15 | $ 3.52 | 06/14/2002 | CH |
| | | | Dey | .02%, 2.5ml 60s | 49502-0685-60 | $ 105.60 | Apr-02 | CD | 30 | $ 3.52 | 06/14/2002 | CH |
| | | | Phys Total Care | .02%, 2.5ml 25s | 54868-4082-01 | $ 23.54 | Apr-02 | CD | 12.5 | $ 1.88 | 06/14/2002 | CH |
| | | | Phys Total Care | .02%, 2.5ml 60s | 54868-4082-00 | $ 42.25 | Apr-02 | CD | 30 | $ 1.41 | 06/14/2002 | CH |
| | | | Roxane | .02%, 2.5ml 25s | 00054-8402-11 | $ 44.06 | Apr-02 | CD | 12.5 | $ 3.52 | 06/14/2002 | CH |
| | | | Roxane | .02%, 2.5ml 30s | 00054-8402-13 | $ 52.87 | Apr-02 | CD | 15 | $ 3.52 | 06/14/2002 | CH |
| | | | Roxane | .02%, 2.5ml 60s | 00054-8402-21 | $ 105.74 | Apr-02 | CD | 30 | $ 3.52 | 06/14/2002 | CH |
| | | Generic Median = $ 3.52 | | | | | | | | | | |
| | | | Atrovent (Boehr Ingelheim) | .02%, 2.5ml 25s | 00597-0080-52 | $ 70.97 | Apr-02 | CD | 12.5 | $ 5.68 | 06/14/2002 | CH |
| | | | Ipratropium Bromide NovaPlus (Roxane) | .02%, 2.5ml 25s | 00054-8404-11 | $ 44.06 | Apr-02 | CD | 12.5 | $ 3.52 | 06/14/2002 | CH |
| | | | (Roxane) | .02%, 2.5ml 30s | 00054-8404-13 | $ 52.87 | Apr-02 | CD | 15 | $ 3.52 | 06/14/2002 | CH |
| | | | (Roxane) | .02%, 2.5ml 60s | 00054-8404-21 | $ 105.74 | Apr-02 | CD | 30 | $ 3.52 | 06/14/2002 | CH |
| | | Lowest Brand = $ 3.52 | | | | | | | | | | |
| | | Allowable = $ 3.52 | Updated through June 2002 Red Book updates | | | | | | | | | |
| | | Allowable less 5% = $ 3.34 | | | | | | | | | | |

| KG & KP | $ | 3.52 |
|---|---|---|
| UD(gm) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.19 |
| = | | 1.57 |
| UD(gm) - | | 0.5 |
| KG | $ | 3.14 |
| | | |
| J7644KG LESS 5% = | $ | 2.98 |

[Compumed(Atrovent) product removed from array per October 1999 CD item deactivated 6/8/99]

Confidential, unpublished property of CIGNA.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
2002 CIGNA

06/14/2002

CIGNA-0178

Red Book(TM) for Windows®

Release: APRIL, 2002

# Product Information

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| ATROVENT | Boehr Ingelheim Phar | 00597-0080-62 | SOL | 0.02% | 2.500 ml 25s | U | 70.97 | 59.14 |
| IPRATROPIUM BROMIDE | Allscripts | 54569-4910-00 | SOL | 0.02% | 2.500 ml 25s | U | 18.62 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-23 | SOL | 0.02% | 2.500 ml 25s | U | 56.50 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-30 | SOL | 0.02% | 2.500 ml 30s | U | 67.80 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-60 | SOL | 0.02% | 2.500 ml 60s | U | 118.80 | |
| IPRATROPIUM BROMIDE | Apotex Corp. | 60505-0806-01 | SOL | 0.02% | 2.500 ml 25s | | 56.00 | 16.00 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-30 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 12.63 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-03 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 12.63 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-33 | SOL | 0.02% | 2.500 ml 30s | U | 52.80 | 15.15 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685330 | SOL | 0.02% | 2.500 ml 30s | U | 52.80 | 15.15 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685600 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 30.30 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-60 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 30.30 |
| IPRATROPIUM BROMIDE | Ivax Pharm. | 00172-6407-44 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 13.98 |
| IPRATROPIUM BROMIDE | Ivax Pharm | 00172-6407-49 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 34.99 |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-01 | SOL | 0.02% | 2.500 ml 25s | U | 23.54 | |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-00 | SOL | 0.02% | 2.500 ml 60s | U | 42.25 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-11 | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-13 | SOL | 0.02% | 2.500 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-21 | SOL | 0.02% | 2.500 ml 60s | U | 105.74 | |
| IPRATROPIUM BROMIDE- NOVAPLUS | Roxane | 00054-8404-11 | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE- NOVAPLUS | Roxane | 00054-8404-13 | SOL | 0.02% | 2.500 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE- NOVAPLUS | Roxane | 00054-8404-21 | SOL | 0.02% | 2.500 ml 60s | U | 105.74 | |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0179

Release: APRIL, 2002

## Detailed Product Information

PRODUCT:             ATROVENT
MANUFACTURER:        Boehr Ingelheim Phar
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (VIAL)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:          .      00597-0080-62
SIZE:                2.500 ml 25s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       N

### Current Pricing Information

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 70.97 | 1.1355 | 01/03/2002 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

---

PRODUCT:             IPRATROPIUM BROMIDE
MANUFACTURER:        Allscripts
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    EE
ADD'L DESC:          (VIAL)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 54569-4910-00
SIZE:                2.500 ml 25s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

### Current Pricing Information

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 18.62 | 0.2979 | 05/03/2001 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

---

PRODUCT:             IPRATROPIUM BROMIDE

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                Page 1

CIGNA-0180

MANUFACTURER: Alpharma USPD
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (VIAL)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 00472-0751-23
SIZE:                2.500 ml 25s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

## Current Pricing Information

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 56.50 | 0.9040 | 06/27/2000 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:             IPRATROPIUM BROMIDE
MANUFACTURER:        Alpharma USPD
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (VIAL)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 00472-0751-30
SIZE:                2.500 ml 30s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

## Current Pricing Information

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 67.80 | 0.9040 | 06/27/2000 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:             IPRATROPIUM BROMIDE
MANUFACTURER:        Alpharma USPD
FORM:                SOLUTION
STRENGTH:            0.02%

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0181

ROUTE OF ADMIN:              INHALATION
ORANGE BOOK CODE:            AN
ADD'L DESC:                  (VIAL)
GENERIC NAME:                IPRATROPIUM BROMIDE

NDC:                  00472-0751-60
SIZE:                 2.500 ml 60s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

**Current Pricing Information**

|       | PKG    | UNIT   | EFF. DATE  |
|-------|--------|--------|------------|
| AWP   | 118.80 | 0.7920 | 04/29/1999 |
| DIR   |        |        |            |
| HCFA  |        |        |            |

---

PRODUCT:             IPRATROPIUM BROMIDE
MANUFACTURER:        Apotex Corp.
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (AMP)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                  60505-0806-01
SIZE:                 2.500 ml 25s
DEA Class:            RX
UNIT DOSE (Y/N):      N
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 56.00 | 0.8960 | 07/01/2001 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

---

PRODUCT:             IPRATROPIUM BROMIDE
MANUFACTURER:        Dey
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (VIAL)

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0182

GENERIC NAME   IPRATROPIUM BROMIDE

NDC:                        49502-0685-03
UPC:                        49502-685030
SIZE:                       2.500 ml 25s
DEA Class:                  RX
UNIT DOSE (Y/N):            Y
SINGLE SOURCE (Y/N):        N
REPACKAGER (Y/N):           N
GENERIC (Y/N):              Y

## Current Pricing Information

|        | PKG   | UNIT   | EFF. DATE  |
|--------|-------|--------|------------|
| AWP    | 44.10 | 0.7056 | 01/01/1999 |
| DIR    |       |        |            |
| HCFA   |       |        |            |

---

PRODUCT:                    IPRATROPIUM BROMIDE
MANUFACTURER:               Dey
FORM:                       SOLUTION
STRENGTH:                   0.02%
ROUTE OF ADMIN:             INHALATION
ORANGE BOOK CODE:           AN
ADD'L DESC:                 (VIAL)
GENERIC NAME:               IPRATROPIUM BROMIDE

NDC:                        49502-0685-33
UPC:                        49502-685330
SIZE:                       2.500 ml 30s
DEA Class:                  RX
UNIT DOSE (Y/N):            Y
SINGLE SOURCE (Y/N):        N
REPACKAGER (Y/N):           N
GENERIC (Y/N):              Y

## Current Pricing Information

|        | PKG   | UNIT   | EFF. DATE  |
|--------|-------|--------|------------|
| AWP    | 52.80 | 0.7040 | 01/01/1999 |
| DIR    |       |        |            |
| HCFA   |       |        | 08/14/1997 |

---

PRODUCT:                    IPRATROPIUM BROMIDE
MANUFACTURER:               Dey
FORM:                       SOLUTION
STRENGTH:                   0.02%
ROUTE OF ADMIN:             INHALATION
ORANGE BOOK CODE:           AN
ADD'L DESC:                 (VIAL)
GENERIC NAME:               IPRATROPIUM BROMIDE

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                          Page 4

CIGNA-0183

| | |
|---|---|
| NDC: | 49502-0685-60 |
| UPC: | 49502-685600 |
| SIZE: | 2.500 ml 60s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 105.60 | 0.7040 | 01/01/1999 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Ivax Pharm |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL,P.F.) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00172-6407-44 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.10 | 0.7056 | 02/22/2000 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Ivax Pharm |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL,P.F.) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00172-6407-49 |
| SIZE: | 2.500 ml 60s |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0184

DEA Class:      RX
UNIT DOSE (Y/N):              Y
SINGLE SOURCE (Y/N):          N
REPACKAGER (Y/N):             N
GENERIC (Y/N):                Y

### Current Pricing Information

|       | PKG    | UNIT   | EFF. DATE  |
|-------|--------|--------|------------|
| AWP   | 105.60 | 0.7040 | 03/05/2001 |
| DIR   |        |        |            |
| HCFA  |        |        |            |

PRODUCT:              IPRATROPIUM BROMIDE
MANUFACTURER:         Phys Total Care
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     EE
ADD'L DESC:           (VIAL)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:              54868-4082-01
SIZE:             2.500 ml 25s
DEA Class:        RX
UNIT DOSE (Y/N):              Y
SINGLE SOURCE (Y/N):          N
REPACKAGER (Y/N):             N
GENERIC (Y/N):                Y

### Current Pricing Information

|       | PKG    | UNIT   | EFF. DATE  |
|-------|--------|--------|------------|
| AWP   | 23.54  | 0.3766 | 10/16/2000 |
| DIR   |        |        |            |
| HCFA  |        |        |            |

PRODUCT:              IPRATROPIUM BROMIDE
MANUFACTURER:         Phys Total Care
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     EE
ADD'L DESC:           (VIAL)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:              54868-4082-00
SIZE:             2.500 ml 60s
DEA Class:        RX
UNIT DOSE (Y/N):              Y
SINGLE SOURCE (Y/N):          N

CIGNA-0185

REPACKAGER (Y/N):
GENERIC (Y/N):　　　　　　　　Y

## Current Pricing Information

|  | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 42.25 | 0.2817 | 10/16/2000 |
| DIR |  |  |  |
| HCFA |  |  |  |

---

| PRODUCT: | IPRATROPIUM BROMIDE |
|---|---|
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,5X5,PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| NDC: | 00054-8402-11 |
|---|---|
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

## Current Pricing Information

|  | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 06/03/1996 |
| DIR |  |  |  |
| HCFA |  |  |  |

---

| PRODUCT: | IPRATROPIUM BROMIDE |
|---|---|
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,6X5,PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| NDC: | 00054-8402-13 |
|---|---|
| SIZE: | 2.500 ml 30s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.　　　　

CIGNA-0186

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 52.87 | 0.7049 | 10/07/1996 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

---

| PRODUCT:          | IPRATROPIUM BROMIDE          |
|-------------------|------------------------------|
| MANUFACTURER:     | Roxane                       |
| FORM:             | SOLUTION                     |
| STRENGTH:         | 0.02%                        |
| ROUTE OF ADMIN:   | INHALATION                   |
| ORANGE BOOK CODE: | AN                           |
| ADD'L DESC:       | (S.D.V.,12X5,PROTECTAPAK)    |
| GENERIC NAME:     | IPRATROPIUM BROMIDE          |

| NDC:               | 00054-8402-21    |
|--------------------|------------------|
| SIZE:              | 2.500 ml 60s     |
| DEA Class:         | RX               |
| UNIT DOSE (Y/N):   | Y                |
| SINGLE SOURCE (Y/N): | N              |
| REPACKAGER (Y/N):  | N                |
| GENERIC (Y/N):     | Y                |

**Current Pricing Information**

|       | PKG    | UNIT   | EFF. DATE  |
|-------|--------|--------|------------|
| AWP   | 105.74 | 0.7049 | 12/10/1997 |
| DIR   |        |        |            |
| HCFA  |        |        |            |

---

| PRODUCT:          | IPRATROPIUM BROMIDE-NOVAPLUS  |
|-------------------|-------------------------------|
| MANUFACTURER:     | Roxane                        |
| FORM:             | SOLUTION                      |
| STRENGTH:         | 0.02%                         |
| ROUTE OF ADMIN:   | INHALATION                    |
| ORANGE BOOK CODE: | AN                            |
| ADD'L DESC:       | (S.D.V.,5X5, PROTECTAPAK)     |
| GENERIC NAME:     | IPRATROPIUM BROMIDE           |

| NDC:               | 00054-8404-11    |
|--------------------|------------------|
| SIZE:              | 2.500 ml 25s     |
| DEA Class:         | RX               |
| UNIT DOSE (Y/N):   | Y                |
| SINGLE SOURCE (Y/N): | N              |
| REPACKAGER (Y/N):  | N                |
| GENERIC (Y/N):     | Y                |

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0187

| | | | |
|---|---|---|---|
| AWP | 44.06 | 0.7050 | 02/01/1999 |
| DIR | | | |
| HCFA | | | |

PRODUCT:              IPRATROPIUM BROMIDE-NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,6X5 PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:              00054-8404-13
SIZE:             2.500 ml 30s
DEA Class:        RX
UNIT DOSE (Y/N):  Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):  N
GENERIC (Y/N):    Y

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 02/01/1999 |
| DIR | | | |
| HCFA | | | |

PRODUCT:              IPRATROPIUM BROMIDE-NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,12X5,PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:              00054-8404-21
SIZE:             2.500 ml 60s
DEA Class:        RX
UNIT DOSE (Y/N):  Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):  N
GENERIC (Y/N):    Y

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 105.74 | 0.7049 | 02/01/1999 |
| DIR | | | |
| HCFA | | | |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0188

Red Book(TM) for Windows®                                          Release: APRIL, 2002

CIGNA-0189

# DMERC Medication Pricing

| CODE | GENERIC/BRAND NAME DESCRIPTION | UNIT DOSAGE | PHARMACEUTICAL COMPANY/DISTRIBUTOR | PACKAGING | NDC NUMBER | AWP PER PACKAGE FROM | REDBOOK MONTH FROM | CD | ITEMS PER PACKAGING | AWP PER UNIT DOSAGE | DATE UPDATED | UPDATED SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J7644 | Ipratropium Bromide | 1 mg | | | | | | | | | | |
| | Unit dose | | Allscripts | .02%, 2.5ml 25s | 54569-4910-00 | | Jul-02 | CD | 12.5 | | 09/13/2002 | CH |
| | | | Allpharma USPD | .02%, 2.5ml 25s | 00472-0751-23 | $ 56.50 | Jul-02 | CD | 12.5 | $ 4.52 | 09/13/2002 | CH |
| | | | Allpharma USPD | .02%, 2.5ml 30s | 00472-0751-30 | $ 67.80 | Jul-02 | CD | 15 | $ 4.52 | 09/13/2002 | CH |
| | | | Allpharma USPD | .02%, 2.5ml 60s | 00472-0751-60 | $ 118.80 | Jul-02 | CD | 30 | $ 3.96 | 09/13/2002 | CH |
| | | | Apotex Corp. | .02%, 2.5ml 25s | 60505-0806-01 | $ 56.00 | Jul-02 | CD | 12.5 | $ 4.48 | 09/13/2002 | CH |
| | | | Dey | .02%, 2.5ml 25s | 49502-0685-03 | $ 44.10 | Jul-02 | CD | 12.5 | $ 3.53 | 09/13/2002 | CH |
| | | | Dey | .02%, 2.5ml 30s | 49502-0685-33 | $ 52.80 | Jul-02 | CD | 15 | $ 3.52 | 09/13/2002 | CH |
| | | | Dey | .02%, 2.5ml 60s | 49502-0685-60 | $ 105.60 | Jul-02 | CD | 30 | $ 3.52 | 09/13/2002 | CH |
| | | | Phys Total Care | .02%, 2.5ml 25s | 54868-4082-01 | $ 23.54 | Jul-02 | CD | 12.5 | $ 1.88 | 09/13/2002 | CH |
| | | | Phys Total Care | .02%, 2.5ml 60s | 54868-4082-00 | $ 42.25 | Jul-02 | CD | 30 | $ 1.41 | 09/13/2002 | CH |
| | | | Roxane | .02%, 2.5ml 25s | 00054-8402-11 | $ 44.08 | Jul-02 | CD | 12.5 | $ 3.52 | 09/13/2002 | CH |
| | | | Roxane | .02%, 2.5ml 30s | 00054-8402-13 | $ 52.87 | Jul-02 | CD | 15 | $ 3.52 | 09/13/2002 | CH |
| | | | Roxane | .02%, 2.5ml 60s | 00054-8402-21 | $ 105.74 | Jul-02 | CD | 30 | $ 3.52 | 09/13/2002 | CH |
| | Generic Median = | $ 3.52 | | | | | | | | | | |
| | | | Atrovent (Boehr Ingelheim) Ipratropium Bromide NovaPlus | .02%, 2.5ml 25s | 00597-0090-62 | | Jul-02 | CD | 12.5 | $ 3.52 | 09/13/2002 | CH |
| | | | (Roxane) | .02%, 2.5ml 25s | 00054-8404-11 | $ 44.06 | Jul-02 | CD | 12.5 | $ 3.52 | 09/13/2002 | CH |
| | | | (Roxane) | .02%, 2.5ml 30s | 00054-8404-13 | $ 52.87 | Jul-02 | CD | 15 | $ 3.52 | 09/13/2002 | CH |
| | | | (Roxane) | .02%, 2.5ml 60s | 00054-8404-21 | $ 105.74 | Jul-02 | CD | 30 | $ 3.52 | 09/13/2002 | CH |
| | Lowest Brand = | $ 3.52 | | | | | | | | | | |
| | Allowable = | $ 3.52 | Updated through September 2002 Red Book updates | | | | | | | | | |
| | Allowable less 5% = | $ 3.34 | | | | | | | | | | |

KO & KP     $   3.52
UD(gm) x        0.5
=               1.76
J7051 -         0.19
=               1.57
UD(gm) -        0.5
Kg          $   3.14

J7644KQ LESS 5% =   $   2.98

Compounded (Atrovent) product removed from array per October 1999 CD Item deactivated 6/8/09

Confidential, unpublished property of CIGNA
Do not duplicate or distribute
Use and distribution limited solely to authorized personnel.
2002 CIGNA

09/13/2002

CIGNA-0190

# Product Information

## ATROVENT

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| IPRATROPIUM BROMIDE | Boehr Ingelheim Phar | 00597-0080-62 | SOL | 0.02% | 2.500 ml 25s | U | 73.09 | 60.91 |
| IPRATROPIUM BROMIDE | Allscripts | 54569-4910-00 | SOL | 0.02% | 2.500 ml 25s | U | 18.46 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-23 | SOL | 0.02% | 2.500 ml 25s | U | 56.50 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-30 | SOL | 0.02% | 2.500 ml 30s | U | 67.80 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-60 | SOL | 0.02% | 2.500 ml 60s | U | 118.80 | |
| IPRATROPIUM BROMIDE | Apotex Corp. | 60505-0806-01 | SOL | 0.02% | 2.500 ml 25s | | 56.00 | 16.00 |
| IPRATROPIUM BROMIDE | Dey | 49502-685030 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 12.63 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-03 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 12.63 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-33 | SOL | 0.02% | 2.500 ml 30s | U | 52.80 | 15.15 |
| IPRATROPIUM BROMIDE | Dey | 49502-685330 | SOL | 0.02% | 2.500 ml 30s | U | 52.80 | 15.15 |
| IPRATROPIUM BROMIDE | Dey | 49502-685600 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 30.30 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-60 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 30.30 |
| IPRATROPIUM BROMIDE | Ivax Pharm | 00172-6407-44 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 13.98 |
| IPRATROPIUM BROMIDE | Ivax Pharm | 00172-6407-49 | SOL | 0.02% | 2.500 ml 60s | U | 106.60 | 34.99 |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-01 | SOL | 0.02% | 2.500 ml 25s | U | 23.54 | |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-00 | SOL | 0.02% | 2.500 ml 60s | U | 42.25 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-11 | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-13 | SOL | 0.02% | 2.500 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-21 | SOL | 0.02% | 2.500 ml 60s | U | 105.74 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8404-11 | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | 00054-8404-13 | SOL | 0.02% | 2.500 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | 00054-8404-21 | SOL | 0.02% | 2.500 ml 60s | U | 105.74 | |

CIGNA-0191

Release: JULY, 2002

## Detailed Product Information

| | |
|---|---|
| PRODUCT: | ATROVENT |
| MANUFACTURER: | Boehr Ingelheim Phar |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00597-0080-62 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | N |

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 73.09 | 1.1694 | 06/04/2002 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Allscripts |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | EE |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 54569-4910-00 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

### Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 18.46 | 0.2954 | 03/28/2002 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Alpharma USPD |
| FORM: | SOLUTION |

CIGNA-0192

STRENGTH:      0.02%
ROUTE OF ADMIN:            INHALATION
ORANGE BOOK CODE:          AN
ADD'L DESC:                (VIAL)
GENERIC NAME:              IPRATROPIUM BROMIDE

NDC:              00472-0751-23
SIZE:                      2.500 ml 25s
DEA Class:                 RX
UNIT DOSE (Y/N):           Y
SINGLE SOURCE (Y/N):       N
REPACKAGER (Y/N):          N
GENERIC (Y/N):             Y

**Current Pricing Information**

|      | PKG   | UNIT   | EFF. DATE  |
|------|-------|--------|------------|
| AWP  | 56.50 | 0.9040 | 06/27/2000 |
| DIR  |       |        |            |
| HCFA |       |        |            |

---

PRODUCT:                   IPRATROPIUM BROMIDE
MANUFACTURER:              Alpharma USPD
FORM:                      SOLUTION
STRENGTH:                  0.02%
ROUTE OF ADMIN:            INHALATION
ORANGE BOOK CODE:          AN
ADD'L DESC:                (VIAL)
GENERIC NAME:              IPRATROPIUM BROMIDE

NDC:              00472-0751-30
SIZE:                      2.500 ml 30s
DEA Class:                 RX
UNIT DOSE (Y/N):           Y
SINGLE SOURCE (Y/N):       N
REPACKAGER (Y/N):          N
GENERIC (Y/N):             Y

**Current Pricing Information**

|      | PKG   | UNIT   | EFF. DATE  |
|------|-------|--------|------------|
| AWP  | 67.80 | 0.9040 | 06/27/2000 |
| DIR  |       |        |            |
| HCFA |       |        |            |

---

PRODUCT:                   IPRATROPIUM BROMIDE
MANUFACTURER:              Alpharma USPD
FORM:                      SOLUTION
STRENGTH:                  0.02%
ROUTE OF ADMIN:            INHALATION
ORANGE BOOK CODE:          AN
ADD'L DESC:                (VIAL)
GENERIC NAME:              IPRATROPIUM BROMIDE

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0193

NDC:            00472-0751-60
SIZE:                          2.500 ml 60s
DEA Class:                     RX
UNIT DOSE (Y/N):               Y
SINGLE SOURCE (Y/N):           N
REPACKAGER (Y/N):              N
GENERIC (Y/N):                 Y

**Current Pricing Information**

|        | PKG    | UNIT   | EFF. DATE  |
|--------|--------|--------|------------|
| AWP    | 118.80 | 0.7920 | 04/29/1999 |
| DIR    |        |        |            |
| HCFA   |        |        |            |

PRODUCT:           IPRATROPIUM BROMIDE
MANUFACTURER:      Apotex Corp.
FORM:              SOLUTION
STRENGTH:          0.02%
ROUTE OF ADMIN:    INHALATION
ORANGE BOOK CODE:  AN
ADD'L DESC:        (AMP)
GENERIC NAME:      IPRATROPIUM BROMIDE

NDC:            60505-0806-01
SIZE:                          2.500 ml 25s
DEA Class:                     RX
UNIT DOSE (Y/N):               N
SINGLE SOURCE (Y/N):           N
REPACKAGER (Y/N):              N
GENERIC (Y/N):                 Y

**Current Pricing Information**

|        | PKG    | UNIT   | EFF. DATE  |
|--------|--------|--------|------------|
| AWP    | 56.00  | 0.8960 | 07/01/2001 |
| DIR    |        |        |            |
| HCFA   |        |        |            |

PRODUCT:           IPRATROPIUM BROMIDE
MANUFACTURER:      Dey
FORM:              SOLUTION
STRENGTH:          0.02%
ROUTE OF ADMIN:    INHALATION
ORANGE BOOK CODE:  AN
ADD'L DESC:        (VIAL)
GENERIC NAME:      IPRATROPIUM BROMIDE

NDC:            49502-0685-03
UPC:            49502-685030
SIZE:                          2.500 ml 25s
DEA Class:                     RX
UNIT DOSE (Y/N):               Y
SINGLE SOURCE (Y/N):           N

CIGNA-0194

REPACKAGER (Y/N):
GENERIC (Y/N):                          Y

## Current Pricing Information

|      | PKG   | UNIT   | EFF. DATE  |
|------|-------|--------|------------|
| AWP  | 44.10 | 0.7056 | 01/01/1999 |
| DIR  |       |        |            |
| HCFA |       |        |            |

---

PRODUCT:                 IPRATROPIUM BROMIDE
MANUFACTURER:            Dey
FORM:                    SOLUTION
STRENGTH:                0.02%
ROUTE OF ADMIN:          INHALATION
ORANGE BOOK CODE:        AN
ADD'L DESC:              (VIAL)
GENERIC NAME:            IPRATROPIUM BROMIDE

NDC:                49502-0685-33
UPC:                49502-685330
SIZE:               2.500 ml 30s
DEA Class:          RX
UNIT DOSE (Y/N):    Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):   N
GENERIC (Y/N):      Y

## Current Pricing Information

|      | PKG   | UNIT   | EFF. DATE  |
|------|-------|--------|------------|
| AWP  | 52.80 | 0.7040 | 01/01/1999 |
| DIR  |       |        |            |
| HCFA |       |        | 08/14/1997 |

---

PRODUCT:                 IPRATROPIUM BROMIDE
MANUFACTURER:            Dey
FORM:                    SOLUTION
STRENGTH:                0.02%
ROUTE OF ADMIN:          INHALATION
ORANGE BOOK CODE:        AN
ADD'L DESC:              (VIAL)
GENERIC NAME:            IPRATROPIUM BROMIDE

NDC:                49502-0685-60
UPC:                49502-685600
SIZE:               2.500 ml 60s
DEA Class:          RX
UNIT DOSE (Y/N):    Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):   N
GENERIC (Y/N):      Y

## Current Pricing Information

CIGNA-0195

|       | PKG    | UNIT   | EFF. DATE  |
|-------|--------|--------|------------|
| AWP   | 105.60 | 0.7040 | 01/01/1999 |
| DIR   |        |        |            |
| HCFA  |        |        |            |

---

PRODUCT:             IPRATROPIUM BROMIDE
MANUFACTURER:        Ivax Pharm
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (VIAL,P.F.)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 00172-6407-44
SIZE:                2.500 ml 25s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 44.10 | 0.7056 | 02/22/2000 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

---

PRODUCT:             IPRATROPIUM BROMIDE
MANUFACTURER:        Ivax Pharm
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (VIAL,P.F.)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 00172-6407-49
SIZE:                2.500 ml 60s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|       | PKG    | UNIT   | EFF. DATE  |
|-------|--------|--------|------------|
| AWP   | 105.60 | 0.7040 | 03/05/2001 |
| DIR   |        |        |            |
| HCFA  |        |        |            |

---

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0196

```
PRODUCT:          IPRATROPIUM BROMIDE
MANUFACTURER:              Phys Total Care
FORM:                      SOLUTION
STRENGTH:                  0.02%
ROUTE OF ADMIN:            INHALATION
ORANGE BOOK CODE:          EE
ADD'L DESC:                (VIAL)
GENERIC NAME:              IPRATROPIUM BROMIDE

NDC:              54868-4082-01
SIZE:                      2.500 ml 25s
DEA Class:                 RX
UNIT DOSE (Y/N):           Y
SINGLE SOURCE (Y/N):       N
REPACKAGER (Y/N):          N
GENERIC (Y/N):             Y
```

**Current Pricing Information**

|      | PKG   | UNIT   | EFF. DATE  |
|------|-------|--------|------------|
| AWP  | 23.54 | 0.3766 | 10/16/2000 |
| DIR  |       |        |            |
| HCFA |       |        |            |

```
PRODUCT:          IPRATROPIUM BROMIDE
MANUFACTURER:              Phys Total Care
FORM:                      SOLUTION
STRENGTH:                  0.02%
ROUTE OF ADMIN:            INHALATION
ORANGE BOOK CODE:          EE
ADD'L DESC:                (VIAL)
GENERIC NAME:              IPRATROPIUM BROMIDE

NDC:              54868-4082-00
SIZE:                      2.500 ml 60s
DEA Class:                 RX
UNIT DOSE (Y/N):           Y
SINGLE SOURCE (Y/N):       N
REPACKAGER (Y/N):          N
GENERIC (Y/N):             Y
```

**Current Pricing Information**

|      | PKG   | UNIT   | EFF. DATE  |
|------|-------|--------|------------|
| AWP  | 42.25 | 0.2817 | 10/16/2000 |
| DIR  |       |        |            |
| HCFA |       |        |            |

```
PRODUCT:          IPRATROPIUM BROMIDE
MANUFACTURER:              Roxane
FORM:                      SOLUTION
STRENGTH:                  0.02%
ROUTE OF ADMIN:            INHALATION
ORANGE BOOK CODE:          AN
```

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0197

ADD'L DESC:    (S.D.V.,5X5,PROTECTAPAK)
GENERIC NAME:              IPRATROPIUM BROMIDE

NDC:                       00054-8402-11
SIZE:                      2.500 ml 25s
DEA Class:                 RX
UNIT DOSE (Y/N):           Y
SINGLE SOURCE (Y/N):       N
REPACKAGER (Y/N):          N
GENERIC (Y/N):             Y

### Current Pricing Information

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 44.06 | 0.7050 | 06/03/1996 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:                   IPRATROPIUM BROMIDE
MANUFACTURER:              Roxane
FORM:                      SOLUTION
STRENGTH:                  0.02%
ROUTE OF ADMIN:            INHALATION
ORANGE BOOK CODE:          AN
ADD'L DESC:                (S.D.V.,6X5,PROTECTAPAK)
GENERIC NAME:              IPRATROPIUM BROMIDE

NDC:                       00054-8402-13
SIZE:                      2.500 ml 30s
DEA Class:                 RX
UNIT DOSE (Y/N):           Y
SINGLE SOURCE (Y/N):       N
REPACKAGER (Y/N):          N
GENERIC (Y/N):             Y

### Current Pricing Information

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 52.87 | 0.7049 | 10/07/1996 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:                   IPRATROPIUM BROMIDE
MANUFACTURER:              Roxane
FORM:                      SOLUTION
STRENGTH:                  0.02%
ROUTE OF ADMIN:            INHALATION
ORANGE BOOK CODE:          AN
ADD'L DESC:                (S.D.V.,12X5,PROTECTAPAK)
GENERIC NAME:              IPRATROPIUM BROMIDE

NDC:                       00054-8402-21
SIZE:                      2.500 ml 60s
DEA Class:                 RX

CIGNA-0198

UNIT DOSE (Y/N):
SINGLE SOURCE (Y/N):        N
REPACKAGER (Y/N):           N
GENERIC (Y/N):              Y

**Current Pricing Information**

|       | PKG    | UNIT   | EFF. DATE  |
|-------|--------|--------|------------|
| AWP   | 105.74 | 0.7049 | 12/10/1997 |
| DIR   |        |        |            |
| HCFA  |        |        |            |

---

PRODUCT:             IPRATROPIUM BROMIDE NOVAPLUS
MANUFACTURER:        Roxane
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (S.D.V.,5X5, PROTECTAPAK)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 00054-8404-11
SIZE:                2.500 ml 25s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|       | PKG    | UNIT   | EFF. DATE  |
|-------|--------|--------|------------|
| AWP   | 44.06  | 0.7050 | 02/01/1999 |
| DIR   |        |        |            |
| HCFA  |        |        |            |

---

PRODUCT:             IPRATROPIUM BROMIDE NOVAPLUS
MANUFACTURER:        Roxane
FORM:                SOLUTION
STRENGTH:            0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (S.D.V.,6X5 PROTECTAPAK)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 00054-8404-13
SIZE:                2.500 ml 30s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0199

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 52.87 | 0.7049 | 02/01/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE NOVAPLUS |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (S.D.V.,12X5,PROTECTAPAK) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00054-8404-21 |
| SIZE: | 2.500 ml 60s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 105.74 | 0.7049 | 02/01/1999 |
| DIR | | | |
| HCFA | | | |

---

CIGNA-0200

# DMERC Medication Pricing

| CODE | DESCRIPTION | UNIT DOSAGE | MANUFACTURER/DISTRIBUTOR/ORIGINAL LABEL | STRENGTH/PACKAGING USED | NDC NUMBER/PKG SIZE | AMP FROM REDBOOK | REDBOOK DATE | PAGE# NUMBER | UNIT/PACKAGING | COST/UNIT DOSAGE | DATE LAST UPDATED | UPDATED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J7644 | Ipratropium Bromide | 1 mg | Allscripts | 02%, 2.5ml 25s | 54569-4910-00 | $ 18.46 | Oct-02 | CD | 12.5 | $ 1.48 | 12/11/2002 | CH |
| | Unit dose | | Alpharma USPD | 02%, 2.5ml 25s | 00472-0751-23 | $ 56.50 | Oct-02 | CD | 12.5 | $ 4.52 | 12/11/2002 | CH |
| | | | Alpharma USPD | 02%, 2.5ml 30s | 00472-0751-30 | $ 67.80 | Oct-02 | CD | 15 | $ 4.52 | 12/11/2002 | CH |
| | | | Alpharma USPD | 02%, 2.5ml 60s | 00472-0751-60 | $ 118.80 | Oct-02 | CD | 30 | $ 3.96 | 12/11/2002 | CH |
| | | | Apotex Corp. | 02%, 2.5ml 25s | 60505-0806-01 | $ 56.00 | Oct-02 | CD | 12.5 | $ 4.48 | 12/11/2002 | CH |
| | | | Dey | 02%, 2.5ml 25s | 49502-0685-03 | $ 44.10 | Oct-02 | CD | 12.5 | $ 3.53 | 12/11/2002 | CH |
| | | | Dey | 02%, 2.5ml 30s | 49502-0685-33 | $ 52.80 | Oct-02 | CD | 15 | $ 3.52 | 12/11/2002 | CH |
| | | | Dey | 02%, 2.5ml 60s | 49502-0685-60 | $ 105.60 | Oct-02 | CD | 30 | $ 3.52 | 12/11/2002 | CH |
| | | | Phys Total Care | 02%, 2.5ml 25s | 54868-4082-01 | $ 23.54 | Oct-02 | CD | 12.5 | $ 1.88 | 12/11/2002 | CH |
| | | | Phys Total Care | 02%, 2.5ml 60s | 54868-4082-00 | $ 42.25 | Oct-02 | CD | 30 | $ 1.41 | 12/11/2002 | CH |
| | | | Roxane | 02%, 2.5ml 25s | 00054-8402-11 | $ 44.06 | Oct-02 | CD | 12.5 | $ 3.52 | 12/11/2002 | CH |
| | | | Roxane | 02%, 2.5ml 30s | 00054-8402-13 | $ 52.87 | Oct-02 | CD | 15 | $ 3.52 | 12/11/2002 | CH |
| | | | Roxane | 02%, 2.5ml 60s | 00054-8402-21 | $ 105.74 | Oct-02 | CD | 30 | $ 3.52 | 12/11/2002 | CH |
| | Generic Median = | $ 3.52 | | | | | | | | | | |
| | | | Airovent (Boehr Ingelheim) Ipratroplum Bromide NovaPlus | 02%, 2.5ml 25s | 00597-0080-62 | $ 73.09 | Oct-02 | CD | 12.5 | $ 5.85 | 12/11/2002 | CH |
| | | | (Roxane) | 02%, 2.5ml 25s | 00054-8404-11 | $ 44.06 | Oct-02 | CD | 12.5 | $ 3.52 | 12/11/2002 | CH |
| | | | (Roxane) | 02%, 2.5ml 30s | 00054-8404-13 | $ 52.87 | Oct-02 | CD | 15 | $ 3.52 | 12/11/2002 | CH |
| | | | (Roxane) | 02%, 2.5ml 60s | 00054-8404-21 | $ 105.74 | Oct-02 | CD | 30 | $ 3.52 | 12/11/2002 | CH |
| | Lowest Brand = | $ 3.52 | | | | | | | | | | |
| | Allowable = | $ 3.52 | Updated through December 2002 Red Book updates. | | | | | | | | | |
| | Allowable less 5% = | $ 3.34 | | | | | | | | | | |

| KQ & KP | $ | 3.52 |
|---|---|---|
| UD(gm) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.19 |
| = | | 1.57 |
| UD(gm) - | | 0.5 |
| KQ | $ | 3.14 |

| J7644KQ LESS 5% = | $ | 2.98 |
|---|---|---|

Compumed (Airovent) product removed from array per October 1999 CD Item deactivated 6/8/99

Confidential, unpublished property of CIGNA
Do not duplicate or distribute
Use and distribution limited solely to authorized personnel.
2002 CIGNA

12/11/2002

CIGNA-0201

Red Book(TM) for Windows®

Release: OCTOBER, 2002

Page 1

# Product Information

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| ATROVENT | | | | | | | | |
| IPRATROPIUM BROMIDE | Boehr Ingelheim Phar | 00597-0080-62 | SOL | 0.02% | 2.500 ml 25s | | 73.09 | 60.91 |
| IPRATROPIUM BROMIDE | Allscripts | 54569-4910-00 | SOL | 0.02% | 2.500 ml 25s | U | 18.46 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-23 | SOL | 0.02% | 2.500 ml 25s | U | 56.50 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-30 | SOL | 0.02% | 2.500 ml 30s | U | 67.80 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-60 | SOL | 0.02% | 2.500 ml 60s | U | 118.80 | |
| IPRATROPIUM BROMIDE | Apotex Corp. | 60505-0806-01 | SOL | 0.02% | 2.500 ml 25s | | 56.00 | 16.00 |
| IPRATROPIUM BROMIDE | Dey | 49502-685030 | SOL | 0.02% | 2.500 ml 25s | | 44.10 | 12.63 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-03 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 12.63 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-33 | SOL | 0.02% | 2.500 ml 30s | U | 52.80 | 15.15 |
| IPRATROPIUM BROMIDE | Dey | 49502-685330 | SOL | 0.02% | 2.500 ml 30s | U | 52.80 | 15.15 |
| IPRATROPIUM BROMIDE | Dey | 49502-685600 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 30.30 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-60 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 30.30 |
| IPRATROPIUM BROMIDE | Ivax Pharm | 00172-6407-44 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 13.98 |
| IPRATROPIUM BROMIDE | Ivax Pharm | 00172-6407-49 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 24.99 |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-01 | SOL | 0.02% | 2.500 ml 25s | U | 23.54 | |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-00 | SOL | 0.02% | 2.500 ml 60s | U | 42.25 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-11 | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-13 | SOL | 0.02% | 2.500 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-21 | SOL | 0.02% | 2.500 ml 60s | U | 105.74 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8404-11 | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | 00054-8404-13 | SOL | 0.02% | 2.500 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | 00054-8404-21 | SOL | 0.02% | 2.500 ml 60s | U | 105.74 | |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0202

Release: OCTOBER, 2002

# Detailed Product Information

| | |
|---|---|
| PRODUCT: | ATROVENT |
| MANUFACTURER: | Boehr Ingelheim Phar |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 00597-0080-62 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | N |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 73.09 | 1.1694 | 06/04/2002 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Allscripts |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | EE |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 54569-4910-00 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

## Current Pricing Information

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 18.46 | 0.2954 | 03/28/2002 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Alpharma USPD |
| FORM: | SOLUTION |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0203

STRENGTH:     0.02%
ROUTE OF ADMIN:              INHALATION
ORANGE BOOK CODE:           AN
ADD'L DESC:                 (VIAL)
GENERIC NAME:               IPRATROPIUM BROMIDE

NDC:              00472-0751-23
SIZE:                       2.500 ml 25s
DEA Class:                  RX
UNIT DOSE (Y/N):            Y
SINGLE SOURCE (Y/N):        N
REPACKAGER (Y/N):           N
GENERIC (Y/N):              Y

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 56.50 | 0.9040 | 06/27/2000 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:                    IPRATROPIUM BROMIDE
MANUFACTURER:               Alpharma USPD
FORM:                       SOLUTION
STRENGTH:                   0.02%
ROUTE OF ADMIN:             INHALATION
ORANGE BOOK CODE:           AN
ADD'L DESC:                 (VIAL)
GENERIC NAME:               IPRATROPIUM BROMIDE

NDC:              00472-0751-30
SIZE:                       2.500 ml 30s
DEA Class:                  RX
UNIT DOSE (Y/N):            Y
SINGLE SOURCE (Y/N):        N
REPACKAGER (Y/N):           N
GENERIC (Y/N):              Y

**Current Pricing Information**

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 67.80 | 0.9040 | 06/27/2000 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:                    IPRATROPIUM BROMIDE
MANUFACTURER:               Alpharma USPD
FORM:                       SOLUTION
STRENGTH:                   0.02%
ROUTE OF ADMIN:             INHALATION
ORANGE BOOK CODE:           AN
ADD'L DESC:                 (VIAL)
GENERIC NAME:               IPRATROPIUM BROMIDE

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0204

| | |
|---|---|
| NDC: | 00472-0751-60 |
| SIZE: | 2.500 ml 60s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 118.80 | 0.7920 | 04/29/1999 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Apotex Corp. |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (AMP) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 60505-0806-01 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | N |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 56.00 | 0.8960 | 07/01/2001 |
| DIR | | | |
| HCFA | | | |

---

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Dey |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 49502-0685-03 |
| UPC: | 49502-685030 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0205

REPACKAGER (Y/N):
GENERIC (Y/N):                      Y

### Current Pricing Information

|       | PKG    | UNIT   | EFF. DATE   |
|-------|--------|--------|-------------|
| AWP   | 44.10  | 0.7056 | 01/01/1999  |
| DIR   |        |        |             |
| HCFA  |        |        |             |

---

PRODUCT:                IPRATROPIUM BROMIDE
MANUFACTURER:           Dey
FORM:                   SOLUTION
STRENGTH:               0.02%
ROUTE OF ADMIN:         INHALATION
ORANGE BOOK CODE:       AN
ADD'L DESC:             (VIAL)
GENERIC NAME:           IPRATROPIUM BROMIDE

NDC:                    49502-0685-33
UPC:                    49502-685330
SIZE:                   2.500 ml 30s
DEA Class:              RX
UNIT DOSE (Y/N):        Y
SINGLE SOURCE (Y/N):    N
REPACKAGER (Y/N):       N
GENERIC (Y/N):          Y

### Current Pricing Information

|       | PKG    | UNIT   | EFF. DATE   |
|-------|--------|--------|-------------|
| AWP   | 52.80  | 0.7040 | 01/01/1999  |
| DIR   |        |        |             |
| HCFA  |        |        | 08/14/1997  |

---

PRODUCT:                IPRATROPIUM BROMIDE
MANUFACTURER:           Dey
FORM:                   SOLUTION
STRENGTH:               0.02%
ROUTE OF ADMIN:         INHALATION
ORANGE BOOK CODE:       AN
ADD'L DESC:             (VIAL)
GENERIC NAME:           IPRATROPIUM BROMIDE

NDC:                    49502-0685-60
UPC:                    49502-685600
SIZE:                   2.500 ml 60s
DEA Class:              RX
UNIT DOSE (Y/N):        Y
SINGLE SOURCE (Y/N):    N
REPACKAGER (Y/N):       N
GENERIC (Y/N):          Y

### Current Pricing Information

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0206

Red Book(TM) for Windows©                                                                    Release: OCTOBER, 2002

|     | PKG | UNIT | EFF. DATE |
|-----|-----|------|-----------|
| AWP | 105.60 | 0.7040 | 01/01/1999 |
| DIR |  |  |  |
| HCFA |  |  |  |

---

PRODUCT:              IPRATROPIUM BROMIDE
MANUFACTURER:        Ivax Pharm
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (VIAL,P.F.)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 00172-6407-44
SIZE:                2.500 ml 25s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|     | PKG | UNIT | EFF. DATE |
|-----|-----|------|-----------|
| AWP | 44.10 | 0.7056 | 02/22/2000 |
| DIR |  |  |  |
| HCFA |  |  |  |

---

PRODUCT:              IPRATROPIUM BROMIDE
MANUFACTURER:        Ivax Pharm
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:      INHALATION
ORANGE BOOK CODE:    AN
ADD'L DESC:          (VIAL,P.F.)
GENERIC NAME:        IPRATROPIUM BROMIDE

NDC:                 00172-6407-49
SIZE:                2.500 ml 60s
DEA Class:           RX
UNIT DOSE (Y/N):     Y
SINGLE SOURCE (Y/N): N
REPACKAGER (Y/N):    N
GENERIC (Y/N):       Y

**Current Pricing Information**

|     | PKG | UNIT | EFF. DATE |
|-----|-----|------|-----------|
| AWP | 105.60 | 0.7040 | 03/05/2001 |
| DIR |  |  |  |
| HCFA |  |  |  |

---

CIGNA-0207

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Phys Total Care |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | EE |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 54868-4082-01 |
| SIZE: | 2.500 ml 25s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 23.54 | 0.3766 | 10/16/2000 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Phys Total Care |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | EE |
| ADD'L DESC: | (VIAL) |
| GENERIC NAME: | IPRATROPIUM BROMIDE |

| | |
|---|---|
| NDC: | 54868-4082-00 |
| SIZE: | 2.500 ml 60s |
| DEA Class: | RX |
| UNIT DOSE (Y/N): | Y |
| SINGLE SOURCE (Y/N): | N |
| REPACKAGER (Y/N): | N |
| GENERIC (Y/N): | Y |

**Current Pricing Information**

| | PKG | UNIT | EFF. DATE |
|---|---|---|---|
| AWP | 42.25 | 0.2817 | 10/16/2000 |
| DIR | | | |
| HCFA | | | |

| | |
|---|---|
| PRODUCT: | IPRATROPIUM BROMIDE |
| MANUFACTURER: | Roxane |
| FORM: | SOLUTION |
| STRENGTH: | 0.02% |
| ROUTE OF ADMIN: | INHALATION |
| ORANGE BOOK CODE: | AN |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0208

ADD'L DESC:    (S.D.V.,5X5,PROTECTAPAK)
GENERIC NAME:               IPRATROPIUM BROMIDE

NDC:                  00054-8402-11
SIZE:                 2.500 ml 25s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

## Current Pricing Information

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 44.06 | 0.7050 | 06/03/1996 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:              IPRATROPIUM BROMIDE
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,6X5,PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  00054-8402-13
SIZE:                 2.500 ml 30s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

## Current Pricing Information

|       | PKG   | UNIT   | EFF. DATE  |
|-------|-------|--------|------------|
| AWP   | 52.87 | 0.7049 | 10/07/1996 |
| DIR   |       |        |            |
| HCFA  |       |        |            |

PRODUCT:              IPRATROPIUM BROMIDE
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,12X5,PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  00054-8402-21
SIZE:                 2.500 ml 60s
DEA Class:            RX

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0209

UNIT DOSE (Y/N):
SINGLE SOURCE (Y/N):         N
REPACKAGER (Y/N):            N
GENERIC (Y/N):               Y

### Current Pricing Information

|      | PKG    | UNIT   | EFF. DATE  |
|------|--------|--------|------------|
| AWP  | 105.74 | 0.7049 | 12/10/1997 |
| DIR  |        |        |            |
| HCFA |        |        |            |

---

PRODUCT:              IPRATROPIUM BROMIDE NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,5X5, PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  00054-8404-11
SIZE:                 2.500 ml 25s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

### Current Pricing Information

|      | PKG   | UNIT   | EFF. DATE  |
|------|-------|--------|------------|
| AWP  | 44.06 | 0.7050 | 02/01/1999 |
| DIR  |       |        |            |
| HCFA |       |        |            |

---

PRODUCT:              IPRATROPIUM BROMIDE NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,6X5 PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:                  00054-8404-13
SIZE:                 2.500 ml 30s
DEA Class:            RX
UNIT DOSE (Y/N):      Y
SINGLE SOURCE (Y/N):  N
REPACKAGER (Y/N):     N
GENERIC (Y/N):        Y

### Current Pricing Information

CIGNA-0210

|      | PKG   | UNIT   | EFF. DATE  |
|------|-------|--------|------------|
| AWP  | 52.87 | 0.7049 | 02/01/1999 |
| DIR  |       |        |            |
| HCFA |       |        |            |

PRODUCT:              IPRATROPIUM BROMIDE NOVAPLUS
MANUFACTURER:         Roxane
FORM:                 SOLUTION
STRENGTH:             0.02%
ROUTE OF ADMIN:       INHALATION
ORANGE BOOK CODE:     AN
ADD'L DESC:           (S.D.V.,12X5,PROTECTAPAK)
GENERIC NAME:         IPRATROPIUM BROMIDE

NDC:             00054-8404-21
SIZE:            2.500 ml 60s
DEA Class:       RX
UNIT DOSE (Y/N):       Y
SINGLE SOURCE (Y/N):   N
REPACKAGER (Y/N):      N
GENERIC (Y/N):         Y

**Current Pricing Information**

|      | PKG    | UNIT   | EFF. DATE  |
|------|--------|--------|------------|
| AWP  | 105.74 | 0.7049 | 02/01/1999 |
| DIR  |        |        |            |
| HCFA |        |        |            |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

CIGNA-0211