# EXHIBIT A



# The Costs of Delivering Inhalation Drug Services to Medicare Beneficiaries

**August 2004**



**Muse & Associates**
**1775 I Street, NW**
**Suite 320**
**Washington, DC 20006**
**(202) 496-0200**
**(202) 496-0201 (fax)**
**www.muse-associates.com**

## Executive Summary

This study examines the costs and Medicare Part B reimbursement for inhalation drug therapy services provided to Medicare beneficiaries in their homes.  In addition to the acquisition cost of the drugs, which are only a small part of the total cost of providing inhalation drug therapy services, other costs include pharmacy, labor, patient services, storage/warehousing, delivery, billing and collections, licensing, accreditation, and regulatory compliance.  The objective of the study was to determine:

- The impact of changing the reimbursement system from average wholesale price (AWP) to average sales price plus six percent (ASP+6%); and

- The cost of those Medicare beneficiary services associated with inhalation drug services that will not be funded in the drug reimbursement in 2005.

To accomplish these objectives, we conducted a survey of the homecare pharmacy industry.  The survey was fielded between the end of May and middle of July 2004.  A total of 109 pharmacies responded representing 2,448 branch locations that provide respiratory and/or medical equipment under Part B.  Respondents were asked to submit data for one calendar quarter, preferably the first quarter of 2004.  These 2,448 branches provided inhalation drug therapy services to 337,348 Medicare beneficiaries per month.  These Medicare beneficiaries were estimated to be 61 percent of all Medicare inhalation drug therapy patients in the first quarter of 2004.  The survey results for direct patient care staff salaries were, on average, within approximately 1 percent of those published by the Bureau of Labor Statistics (BLS).

**Chart 1: Cost of Prescription Drugs, Services, and Operating Margin for Inhalation Therapy per Service Encounter**



*Calculated using data from the Lewin and Muse Studies
**AAHomecare Survey Completed by Muse & Associates, July 2004
*** Projected Reimbursement of ASP plus 6 percent
****Projected Unfunded Services and Profit if no corrections are made

The survey data in Chart 1 show that in order to maintain 2004 levels of service to Medicare beneficiaries and provide an operating margin of 7 percent, an additional payment of $68.10 per service encounter[1] would have to be made by Medicare.  According to the Notice of Proposed Rule Making (NPRM), released on August 5, 2004, Medicare allowed charges for albuterol sulfate and ipratroprium bromide were $1.3 billion in 2003.  These payments will fall by 89 percent to approximately $140 million in 2005, a $900 million reduction.  The payment of $68.10 for services provided to Medicare beneficiaries would amount to $550 million in Medicare allowed charges, or about 61 percent of the reduction in allowed charges for inhalation therapy drugs.  <u>This results in approximately $350 million federal savings per year or more than $4 billion over the 10-year scoring window.  However, using another set of numbers contained in the  NPRM (total payments of $1.3 billion and an 89 percent reduction in these payments), the savings would be $7.0 billion over the 10-year scoring window.</u>

---

[1] A service encounter is defined as each instance the J-code is used to bill Medicare.

## Introduction/Background

Inhalation therapy covers a broad range of clinical services, products, and drugs associated with the prevention, treatment, and management of myriad acute and chronic pulmonary disorders such as chronic obstructive pulmonary disease (COPD), the fourth leading cause of death in the United States.  Demographically, COPD is a disease of the aged.  Inhalation therapy is a critical component of all health care delivery, including that which is administered in the home setting.

The procedures and associated costs of providing inhalation therapy services to Medicare beneficiaries in their homes are very different from the services provided through retail pharmacies.  Unlike other pharmacotherapeutic products, inhalation therapy is significantly more complex and requires more operational and administrative support than is found in retail pharmacy settings.

The acquisition cost of the drugs is only a small part of the total cost of providing inhalation therapy services to Medicare beneficiaries in their homes.  Other costs, including pharmacy, labor, patient services, storage/warehousing, delivery, billing and collections, and regulatory compliance, account for the majority of the costs of providing inhalation therapy services.  Inhalation therapy cannot be furnished effectively without a specialized pharmacy operation and adequate professional, administrative, and support personnel.  In addition to the cost of the drugs, the array of professional services required to guarantee that inhalation therapy drugs can be safely administered in patients' homes includes administration, delivery, education, oversight, and monitoring.

The process of providing inhalation therapy services to Medicare beneficiaries in their homes requires the following steps:

- Intake – Initial patient intake is an important component of inhalation therapy. The pharmacy must collect information on patient demographics, verify insurance, determine the clinical status of the patient, review the physician's orders and assess the appropriateness of the care as well as the potential for drug interactions, therapeutic duplications, and drug allergies, and coordinate the start of care.  The patient evaluation usually is based on clinical information obtained from a nurse's or respiratory therapist's assessment, communications with the physician and patient, the physician's orders, analysis of laboratory test results, and other pertinent clinical information.  Intake may or may not involve face-to-face contact with the patient.

- Compounding, Dispensing, and Pharmacy Assessment – While the majority of inhalation medications are commercially available, off-the-shelf products, some may require specific formulation or compounding.  Compounding may be required to cut dosage, concentrate therapy time (and increase compliance), combine therapies, improve clinical outcomes, and/or reduce side effects. Compounding requires the use of sterile procedures, clean rooms, specialty training, quality assurance validation, etc.  In fact, the U.S. Pharmcopiea (USP)

recently issued more stringent regulations for compounding which will increase suppliers' costs.

- <u>Delivery, Set-Up, and Patient Education</u> – A home visit by a respiratory therapist or trained technician is required to set up and educate the patient on the use of the medical equipment used to nebulize the medications (including cleaning, disinfection, and maintenance).  Appropriate written educational materials must be provided in multiple languages, per accreditation requirements.  The visit will also include an assessment of the home environment (home safety, living space, caregiver support, functional status of the patient) and is conducted to initiate the start of care.  The information collected will be entered into and maintained as part of the patient's record.  Initial visits may vary in length from 20 to 45 minutes depending on the patient's ability to understand the materials as well as the physical dexterity/mobility of the patient to use the equipment and medications in an appropriate manner.

- <u>Follow-Up and Compliance Monitoring</u> – There are no cures for COPD and the other medical conditions commonly treated through inhalation drug therapy.  The therapy must be continuous and will last until the end of the patient's life.  Appropriate clinical monitoring is, therefore, essential to ensure the safe administration of inhalation drugs and to maintain quality of life to as high a degree as possible.  At a minimum, patient monitoring should occur monthly.

  Monitoring patient compliance is imperative to achieve therapeutic effectiveness.  Homecare pharmacies maintain ongoing programs to oversee patients' compliance and to ensure that patients receive appropriate refills of their prescriptions.  The clinical literature supports the fact that good patient compliance is essential in reducing the frequency of disease state exacerbations and unanticipated hospital visits.

  Homecare pharmacies provide their patients with professional pharmacy and customer service staff availability on a 24/7 schedule.  Some pharmacies use patient service representatives.  Others use respiratory therapists to assess patient compliance.  If compliance is less than desired, the respiratory therapist or a trained technician can identify the compliance issues, interact with the physician and pharmacist, and implement appropriate interventions.

- <u>Quality Assurance, Accreditation, Licensing, and Regulatory Compliance</u> – Homecare pharmacies are involved in a variety of quality assurance, accreditation, licensing, and regulatory compliance activities.  These administrative and support services include quality improvement programs, utilization review, medical records management, coordination of insurance benefits, claims processing, medical waste management, personnel management, inventory control, orientation programs for employees, and clinical development and continuing education programs for management and staff.  All homecare pharmacies must be licensed in every state in which they provide services and

comply with Food and Drug Administration (FDA), state pharmaceutical board, and other regulatory procedures.

- Medicare Billing and Compliance – The Medicare program requirements for billing and compliance are extensive when compared to those of other payers. Suppliers incur significant costs in complying with Medicare rules, especially those pertaining to billing and documentation. Suppliers that bill the Medicare program must comply with 21 supplier standards as well as documentation requirements that are more extensive than those imposed by other payers. A summary of Medicare billing and provider requirements compared to those of the Department of Veterans Affairs and state Medicaid programs is presented in Appendix B.

- Other Direct and Indirect Costs and Expenses – Homecare pharmacies incur significant additional costs associated with furnishing home inhalation therapy, including both direct and indirect operating and administrative costs and expenses. These costs are extensive and include pharmacy operating costs (personnel costs (e.g., pharmacists, technicians), warehouse, shipping, computer/technical support, management), freight costs (typically overnight or express delivery), facility costs (rent, utilities, telecommunications, capital expenditures, maintenance), information systems, and other administrative functions (quality improvement programs, accreditation, regulatory compliance, professional liability insurance, and other overhead costs).

Only a licensed homecare pharmacy can provide this range of services and bill Medicare for the drugs used in inhalation therapy.

In 2001, the Lewin Group published a study showing that the acquisition cost of the drug component of inhalation drug therapy accounts for only 26 percent of the total costs of furnishing inhalation drug services.[2] In a follow-up study in 2003, Lewin found that the drug costs for inhalation therapy account for 27 percent of the total cost of furnishing this therapy to Medicare beneficiaries.[3] The Lewin Group's analyses demonstrate that homecare pharmacies incur sizable operating and service costs in providing these drug therapies. Pharmacy, labor, patient services, delivery, and other direct costs account for almost 39 percent of total costs. Indirect costs, such as storage and warehouse, billing and collection, and regulatory compliance programs make up another 29 percent of homecare pharmacy costs for inhalation therapies.

That homecare pharmacies incur significant operating and administrative costs beyond the acquisition cost of the drugs is not at issue. These are necessary and legitimate business-related costs associated with the provision of inhalation therapy services. The Medicare program recognizes such costs in many other care settings. Unfortunately, homecare pharmacies cannot bill the Medicare program directly for costs to provide the administrative and support services

---

[2] The Lewin Group, Product and Service Costs of Providing Respiratory and Infusion Therapies to Medicare Patients in the Home, prepared for the American Association for Homecare, September 10, 2001.
[3] The Lewin Group, Operating and Service Costs of Providing Inhalation and Infusion Therapies to Medicare Patients in the Home: 2003 Update, prepared for the American Association for Homecare, October 13, 2003.

that are required.  The question, therefore, is how to appropriately receive reimbursement for these costs in the case of inhalation drug therapy services in the home.

The purpose of this study, which reflects current business practices, is to quantify the real costs of providing inhalation therapy care to Medicare beneficiaries in their homes, including those costs associated with the initial visit, ongoing visits, and the associated administration/operational/overhead activities.  The objective is to quantify all of the reasonable costs associated with inhalation therapy and demonstrate to CMS the appropriate service add-on to the new Medicare reimbursement methodology that will enable homecare pharmacies to provide quality inhalation therapy services to Medicare beneficiaries in their homes.  For the purposes of this study, inhalation therapy is referring to drugs that are administered by nebulizers.

## Issue

Medicare Part B currently covers certain prescription drugs, including inhalation therapy medications, which can be administered to Medicare beneficiaries in their homes.  Unlike most other types of drug administration, inhalation drug therapy requires an array of professional services, including delivery, education, oversight, and monitoring, in order to guarantee that the drugs can be safely administered in patients' homes.  Reforming payment for the drug component of inhalation drug therapy without recognizing these administrative and operational costs jeopardizes the health and safety of Medicare beneficiaries.

Until 2004, inhalation therapy drugs were reimbursed under the Medicare program at the average wholesale price minus 5 percent (AWP-5%).  Currently, they are being reimbursed at AWP-20 percent.  Providers of in-home inhalation therapy services to Medicare beneficiaries have traditionally used the spread between the actual acquisition costs of the drugs and AWP to pay for the administrative and operational costs of delivering these services that are not directly reimbursable under the Medicare program.  The proposed changes to the method for reimbursing Part B drugs contained in the Medicare Prescription Drug, Improvement and Modernization Act of 2003 (MMA) do not adequately or appropriately recognize the administrative and operational costs of providing inhalation therapy services to Medicare beneficiaries.  Reimbursement at the manufacturers average sales price (ASP) for respiratory drugs plus a six percent mark-up (ASP + 6%) is completely inadequate to meet these costs.  As certain lines of business become less attractive to home health care suppliers, services will be de-emphasized (if not actually eliminated) and there will be fewer suppliers who offer these services.  As a result, physicians, hospital discharge planners, and others will have fewer options on who can provide the continuum of care that patients require.

## Survey Methodology

To provide inhalation drug therapy to Medicare beneficiaries and other patients, a supplier must furnish a series of critical services.  To identify the real costs of providing inhalation therapy services to Medicare beneficiaries in their homes and to determine the appropriate adjustment to the ASP+6 percent reimbursement methodology that is necessary to ensure high quality services, a survey of the inhalation therapy pharmacy industry was conducted.

One of the key objectives of this survey was to identify the services provided, determine how much time it takes to provide the services, and quantify the cost of providing them. The first step was to provide the overall context of how the services are provided to inhalation therapy patients. We assumed that providing the required services to a patient just beginning a course of inhalation drug therapy and a patient that has already been established on a course of therapy would be inherently different, both in the nature of the specific tasks required and the amount of time it takes to accomplish those tasks. Therefore, we created two distinct service definitions:

- Inhalation drug therapy services provided to new patients
- Inhalation drug therapy services provided to established patients (after the month in which they became a new patient)

The second step was to identify the specific tasks that suppliers need to perform for each category of patient – new and established. With the assistance of recent surveys of respiratory care suppliers, we identified various tasks inherent in providing services to patients using nebulizers and inhalation therapy drugs. The following are the services provided to new respiratory therapy patients:

- Clinical intake
- Establishing plan of care
- Care coordination
- Patient education
- Caregiver training
- Compliance monitoring
- In-home visits
- Delivery of services
- Billings/collections

The following are the services provided to established inhalation therapy patients:

- Revising plan of care
- Care coordination
- Patient education
- Caregiver training
- Compliance monitoring/refill calls
- In-home visits
- Delivery of services
- Billings/collections

With specific services identified by patient type, we asked the surveyed suppliers about the types of individuals who provide these services to the patients and their families and how much time it takes them. To assist the surveyed suppliers to focus on specific categories of personnel, we suggested the following primary types of professional and other staff that would furnish the services:

- Pharmacist
- Pharmacy technician
- Pharmacy clerk
- Registered nurse
- Licensed practical nurse
- Respiratory therapist
- Other

We also asked the surveyed suppliers to specify any other types of staff they employ to furnish these services.

A survey instrument (Appendix A) was developed to collect the relevant information. Respondents were asked to describe the delivery of these services and to report their associated operational costs for one calendar quarter, preferably the first quarter of 2004. Most respondents were able to comply with this request. However, a small number of respondents submitted some other time period. In addition, our survey asked whether there were other services provided to either category of patients that were not specifically identified.

Data collected included type of pharmacy, number of locations (both pharmacies and respiratory therapy/home medical equipment (RT/HME) branches), states served, number of personnel (by category), personnel costs (by category), number of scripts filled, services provided and time spent providing them, product costs, total revenues, revenues from inhalation therapy services, and other direct and indirect costs. A cost allocation methodology was created to appropriately assign the direct and indirect costs to the inhalation services component of homecare pharmacy operations.

The survey was administered between the end of May and the middle of July 2004 to a diverse national sample of approximately 900 homecare pharmacies. The sample included most of the large national, multi-state homecare pharmacy suppliers as well as medium-sized regional operations and small local pharmacies. Technical assistance by Muse & Associates staff (with assistance from StateScape) was provided to answer questions about the study and to help respondents complete the survey form.

A total of 109 completed surveys were received. The responding companies represent 2,448 RT/HME branches located throughout the fifty states, the District of Columbia, and Puerto Rico. In the aggregate, the respondents reported that they served 337,348 Medicare beneficiaries who used inhalation therapy services in their homes during an average month.

## Analysis

Using the survey methodology discussed elsewhere within this report, Muse & Associates identified multiple variables, such as cost, revenue, services, time, and personnel, associated with inhalation drug services provided by homecare pharmacies. These variables help determine the scope and cost of inhalation therapy services that are necessary to safely and efficiently administer inhalation drugs to Medicare patients within their homes. With this data, policy

makers and administrators will have a better understanding of the time, personnel, cost, and scope of homecare pharmacies distributing inhalation drugs.  Below, we have summarized the key findings of our survey.

<u>Access to Care in 2005</u>

Access to services is a primary concern within the Medicare program.  To assess the impact o the new reimbursement methodology on homecare pharmacies, respondents were queried about whether or not they would continue to provide inhalation therapy services to Medicare beneficiaries in 2005 if reimbursement for respiratory drugs changes to ASP+6 percent and no additional monies are available from Medicare to cover the costs of the additional operational and administrative costs that are required.  As shown in Table 1, of the 107 suppliers who responded to this question, nearly 90 percent (N=95) reported that should the reimbursement methodology change to ASP+6 percent and no other Medicare monies were available to offset their additional costs, they would discontinue providing inhalation drugs to Medicare beneficiaries.  Fewer than 5 percent (N=4) said they would continue to provide inhalation therapy drugs to Medicare beneficiaries at a financial loss and 7.5 percent (N=8) specified some other business plan.  Included among the other business plans were participants who said they would continue to serve their customers at a loss in the hope that CMS would fix the reimbursement issue.  If not, they would be forced to discontinue services.  Thus, access could become a problem for Medicare beneficiaries in need of inhalation drug therapy services in their homes if an appropriate add-on is not implemented to cover these additional operational and administrative costs.

**Table 1: Medicare Reimbursement Plan 2005**

|  | Frequency | Percent |
|---|---|---|
| Discontinue providing inhalation drugs to Medicare Beneficiaries | 95 | 88.8 |
| Other | 8 | 7.5 |
| Continue care for patients at a financial loss | 4 | 3.7 |
| Total | 107 | 100 |

<u>Type of Supplier</u>

Homecare pharmacies were asked to identify the type of business they operate.  The choices included retail pharmacy, centralized/mail order pharmacy, and other.  Other included a variety of business operations (i.e., infusion centers).  The respondents were further differentiated on the basis of whether or not they provide durable medical equipment (DME).  A total of 109 providers responded (Table 2).

**Table 2: Type of  Supplier**

|  | With DME | | Without DME | |
|---|---|---|---|---|
|  | Frequency | Percent | Frequency | Percent |
| Retail Pharmacy | 32 | 37.6 | 7 | 29.2 |
| Centralize/Mail Order Pharmacy | 40 | 47.1 | 13 | 54.2 |
| Other | 13 | 15.3 | 4 | 16.7 |
| Total | 85 | 100 | 24 | 100 |

Among respondents, approximately 78 percent (N=85) identified themselves as pharmacies with DME and 22 percent (N=24) reported that they do not provide DME. Within each group, the percentage distributions of type of supplier varied somewhat. For example, over 37 percent of homecare pharmacies with DME claim to be retail pharmacies compared to approximately 29 percent of homecare pharmacy suppliers without DME. Conversely, fewer than half of homecare pharmacy suppliers (47.1%) identified themselves as centralized/mail order pharmacies whereas over half (54.2%) of the pharmacies with DME are so classified. The "other" type of business operation accounts for 15.3 percent of the homecare pharmacies with DME and 16.7 percent of those without DME.

Personnel and Average Salaries

To determine the size of and personnel costs associated with homecare pharmacy operations, the survey asked participants to report on their number of employees and the average annual salary per employee by type. Employees were divided into two groups, direct patient care and managerial and support staff. Direct patient care staff included pharmacists, respiratory therapists, registered nurses, licensed practical nurses, pharmacy technicians, pharmacy clerks and other (i.e., respiratory technician). Included under management and support staff were supervisors, billing staff, delivery/equipment maintenance staff, inventory and warehousing workers, customer service/patient intake representatives, sales staff and other (i.e., administrative support). The results were compared with average salary data compiled and reported by the U.S. Bureau of Labor Statistics (BLS) and trended forward for inflation to 2004 using the Consumer Price Index for Medical Care. The findings are presented in Tables 3a and 3b.

| Table 3a: Direct patient Care Staff Salaries | | | |
|---|---|---|---|
| | Employee Count | Survey Average Salary | BLS Reported Salary* |
| Pharmacist | 307 | $81,134 | $80,340 |
| Respiratory Therapists | 2,025 | $45,084 | $43,260 |
| Registered Nurses | 77 | $45,571 | $52,530 |
| Licensed Practical Nurse | 101 | $29,976 | $33,990 |
| Pharmacy Technicians | 472 | $25,561 | $24,720 |
| Pharmacy Clerks | 182 | $20,307 | $22,660 |
| Other | 141 | $27,463 | |

* Bureau of Labor Statistics, 2003. Trended forward to 2004.

Table 3a reports findings for direct patient care personnel. In general, the average salaries reported by survey respondents for direct patient care staff are similar (within 1 percent) to those compiled from BLS. For some direct patient care categories, the average annual salaries for survey respondents were slightly higher than those reported by BLS while for others, the opposite is true. For example, among survey respondents, pharmacists average slightly more than $81,000 in annual salary. The corresponding average salary reported by BLS is $80,340. On the other hand, BLS reports that the average annual salary for pharmacy clerks is $22,660 compared to that reported by survey respondents of approximately $20,300.

### Table 3b: Managerial & Support Staff Salaries

|  | Employee Count | Survey Average Salary | BLS Reported Salary* |
|---|---|---|---|
| Supervisory | 1,516 | $59,287 | $40,576 |
| Billing | 2,347 | $28,036 | $27,050 |
| Delivery | 2,848 | $23,354 | $23,929 |
| Inventory/Warehousing | 135 | $24,472 | $19,768 |
| Customer Service/Patient Intake | 4,633 | $23,975 | $27,050 |
| Sales | 1,862 | $47,107 | $81,151 |
| Other | 539 | $49,093 |  |

* Bureau of Labor Statistics, 2002.  Trended forward to 2004

Table 3b reports average salary data for management and support staff.  As in the previous table, data obtained from BLS, trended forwarded by the CPI- U, provide a comparison.  A cursory review of the data in Table 3b suggests greater variation between average salary figures obtained from survey respondents and those compiled by BLS for the managerial and support staff categories.  For example, results from the survey indicate that the annual salary for supervisors is approximately $59,000.  The BLS-reported annual salary for supervisors, $40,576, is significantly lower.  For sales staff, average annual salaries are higher in the BLS data reported data than among survey respondents.  Also, inventory/warehousing staff in the homecare pharmacy industry have higher average salaries than are reported by BLS.  None of these findings is surprising, given that the survey respondents are drawn from a single industry with a specific set of technical requirements whereas the BLS data cover all industries.

<u>Scope of Medicare Respiratory Services</u>

Homecare pharmacies provide medical services to a wide range of patients who are suffering from a myriad of medical conditions.  Inhalation therapy is only one segment of their total operation.  In order to understand the scope of inhalation therapy services and the proportion of these services that are provided to Medicare beneficiaries, the survey asked respondents to report their average monthly patient census, the number of inhalation therapy patients served monthly and the number of Medicare inhalation therapy patients served monthly.  These results are presented in Table 4.  As shown in Table 4, the average monthly patient census among survey respondents was 680,627.  About half of these patients (N=340,889) received inhalation drug therapy during an average month.  Among the group of patients receiving inhalation therapy services, nearly 99 percent (N=337,348) were Medicare beneficiaries.  These beneficiaries represent approximately 61 percent of all Medicare beneficiaries who received inhalation therapy during the first quarter of 2004.

### Table 4: Scope of Pharmacy Respiratory  Services

| Average Monthly Patient Census | # of Inhalation Drug Patients served Monthly | # of Medicare Inhalation Drug Patients served Monthly |
|---|---|---|
| 680,627 | 340,889 | 337,348 |

Branch Locations

The homecare pharmacy industry operational model consists of centralized pharmacies from which the drug products are dispensed and a series of branch locations, discrete geographic locations where inhalation drug support services, respiratory, and/or home medical equipment are provided. During the first quarter of 2004, survey respondents reported that they operated 2,448 branches and served 442,463 patients (Table 5).

| Table 5: Branches and Services | |
|---|---|
| # of Branches | # of Inhalation Drug Services Patients |
| 2,448 | 442,463 |

Type of Delivery

Respondents were asked to report how they deliver inhalation therapy drugs to their patients. As shown in Table 6, 72.5 percent of respondents ship inhalation therapy drugs through the mail or use commercial overnight delivery services. Over twenty percent (20.5%) of respondents deliver medications in person. About 6.5 percent reported that they are retail operations where the patient must pick up the medications and 0.3 percent reported "other" or did not respond.

| Table 6: Type of Delivery by Percent | | | |
|---|---|---|---|
| Mail/Ship | Retail | Deliver in Person | Other |
| 72.5 | 6.5 | 20.5 | 0.3 |

Total Prescriptions and Compounding

The products and procedures (and their associated costs) for providing inhalation therapy services to Medicare beneficiaries in their homes often differ from those commonly provided through retail pharmacies. While many inhalation therapy medications may not have any special requirements in order for them to be dispensed properly, others may require special handling, formulation, or compounding. To better understand the need for/use of compounding in inhalation drug therapy, respondents were asked to report on the number of prescriptions processed (both new and refills) during the first quarter of 2004 and the proportion of these scripts that required compounding. In order to gauge the importance of Medicare to the homecare pharmacy industry, we also asked respondents to differentiate between Medicare and all other payers. Findings are presented in Table 7.

**Table 7: Total Prescriptions and Compounding**

|  | Payer Type | Total Scripts | % of New Scripts | % of Refill Scripts | % of Scripts that require Compounding |
|---|---|---|---|---|---|
| Small Pharmacies | Medicare Prescriptions | 195,470 | 20.9 | 79.1 | 35.4 |
|  | Other Prescriptions | 296,166 | 28.7 | 71.3 | 16.6 |
|  | Total | 491,636 |  |  |  |
| Large Pharmacies | Medicare Prescriptions | 927,523 | 18.3 | 81.7 | 17.5 |
|  | Other Prescriptions | 75,930 | 16.8 | 83.2 | 15.0 |
|  | Total | 1,003,453 |  |  |  |
| All Pharmacies | Medicare Prescriptions | 1,122,993 | 20.6 | 79.4 | 20.6 |
|  | Other Prescriptions | 372,096 | 27.4 | 72.6 | 16.3 |
|  | Total | 1,495,089 |  |  |  |

Small pharmacies have less than $10 million in total revenue per quarter.

The analysis begins by examining all suppliers. Examination of the data in Table 7 indicates that, during the first quarter of 2004, respondents processed nearly 1.5 million prescriptions, three-fourths of which were paid for by Medicare. Of the Medicare prescriptions, approximately 21 percent were new scripts and 79 percent were refills. In addition, nearly 21 percent of the Medicare scripts required compounding. For all other payers, respondents indicated that 27.4 percent were new scripts and 72.6 percent were refills. Compounding was required for 16.3 percent of the scripts.

For the next part of the analysis, suppliers were divided into two groups: large (> $10 million in total revenue per quarter) and small (< $10 million in total revenue per quarter). Large suppliers processed just over 1 million prescriptions during the first three months of 2004, with Medicare the responsible payer for over 90 percent of them, indicating the importance of the Medicare program to large homecare pharmacy suppliers. Further examination of the data for large suppliers shows that, when Medicare and other payers are compared, the same relative proportions of scripts for each group are new versus refills and approximately the same proportion of scripts required compounding.

Among small suppliers, Medicare accounts for only about 40 percent of the scripts (new and refills) processed during the first part of 2004. This suggests that Medicare, while not unimportant, is a less significant component of their overall homecare pharmacy operations. Also, for small suppliers, a lower proportion of scripts processed were new and a larger proportion refills compared to those for other payers. Interestingly, compounding was required for a significantly larger proportion of Medicare scripts (35.4%) compared to those for other payers (16.6%).

<u>Compounding</u>

Compounding requires additional, special handling when compared with off-the-shelf pharmaceuticals. Specialized processing and handling requires additional staff time. To better understand the additional staff resources that compounding requires, respondents were asked to report the amount of time that is required for compounding inhalation drug prescriptions by pharmacists, pharmacy technicians, and other pharmacy staff. This was done in order to provide

information that could be used to determine the additional labor and overhead costs that are required with these procedures, especially as provided to Medicare beneficiaries.  Findings are presented in Table 8.

**Table 8: Staffing Time Required for Compounding**
**(average number of minutes per script)**

|  | Pharmacist | Pharmacy Technician | Other |
|---|---|---|---|
| Small Pharmacies | 20.4 | 22.9 | 13.2 |
| Large Pharmacies | 12.9 | 13.7 | 10.8 |

Small pharmacies have less than $10 million in total revenue per quarter.

First, compounding drug prescriptions does take time.  Depending on the type of staff involved, compounding requires, on average, between 10 and 23 minutes of staff time per script.  However, the average amount of time required to compound a prescription varies by supplier size.  Regardless of type of staff, it takes less time for a large homecare pharmacy to compound a prescription than it does for a small supplier.  The difference in time required results from the fact that large pharmacies use more sophisticated equipment (i.e., compounding machines), which require a large capital investment that smaller pharmacies most likely cannot afford.  Therefore, the increased use of automated technology results in greater efficiencies for larger homecare pharmacies.

Revenues by Source

To examine the revenue stream for inhalation drug services, respondents were asked to provide information on their total gross revenues and revenues derived from inhalation therapy services for the most recently available fiscal quarter.  Revenues from inhalation therapy services were further broken out by Medicare and other payers.  Survey findings are presented in Table 9.

14

**Table 9: Quarterly Revenue\***

| Small Pharmacies | N | Sum | Average |
|---|---|---|---|
| Total Gross Revenue | 79 | $93,568,765 | $1,184,415 |
| Total Gross Revenue- Inhalation Drug Services (including dispensing fee) | 79 | $29,255,459 | $370,322 |
| Inhalation Drug Services- Medicare Gross Revenue (including Coinsurance & Deductibles) | 79 | $24,695,880 | $312,606 |
| Inhalation Drug Services- All other Payers | 66 | $7,115,044 | $107,804 |

| Large Pharmacies | N | Sum | Average |
|---|---|---|---|
| Total Gross Revenue | 8 | $973,292,041 | $121,661,505 |
| Total Gross Revenue- Inhalation Drug Services (including dispensing fee) | 8 | $151,844,967 | $18,980,621 |
| Inhalation Drug Services- Medicare Gross Revenue (including Coinsurance & Deductibles) | 8 | $140,094,665 | $17,511,833 |
| Inhalation Drug Services- All other Payers | 8 | $11,850,361 | $1,481,295 |

| Total Pharmacies | N | Sum | Average |
|---|---|---|---|
| Total Gross Revenue | 87 | $1,066,860,806 | $12,262,768 |
| Total Gross Revenue- Inhalation Drug Services (including dispensing fee) | 87 | $181,100,426 | $2,081,614 |
| Inhalation Drug Services- Medicare Gross Revenue (including Coinsurance & Deductibles) | 87 | $164,790,545 | $1,894,144 |
| Inhalation Drug Services- All other Payers | 74 | $18,965,406 | $256,289 |

\*First quarter 2004 or other three-month period.

As shown in Table 9, survey respondents reported total gross revenues from all lines of business of nearly $1.1 billion for the quarter.  Of total gross revenues for all lines of business, revenues for inhalation drug services were approximately $181 million (17% of the total).  Of the $181 million in revenues from inhalation drug services, Medicare accounts for 91 percent (about $165 million).  Overall, Medicare is, by, far the most important payer in terms of the inhalation therapy services among homecare pharmacy respondents, perhaps due to the nature of the age group with COPD, for which these drugs are prescribed.

However, some variation occurs between large and small homecare pharmacy suppliers.  In general, large suppliers, because their revenues dominate the total, have the same revenue profile as all homecare pharmacy respondents.  First, they account for 91 percent of the total gross revenues from all lines of business reported by respondents.  Also, inhalation therapy services account for 16 percent of their total gross revenues.  Finally, of total gross revenues from inhalation drug services, Medicare accounts for approximately 92 percent.

Smaller homecare pharmacy respondents account for 9 percent of total gross revenues from all lines of business.  Inhalation drug services constitute a much higher proportion of their total business revenues (31%), nearly twice as high as among large homecare pharmacy respondents.  However, compared to large suppliers, Medicare accounts for a slightly lower proportion (84%) of their inhalation therapy revenues.

Staff Time

In addition to the cost of inhalation drug products, determining the amount of time it takes to serve an inhalation drug therapy patient is important to estimating the cost (both direct and indirect) of providing the required services to a Medicare beneficiary.  Such information is critical to estimating the "add-on" to the average sales price (ASP) for the drug plus 6 percent that will allow the homecare pharmacies to recoup the real costs of providing inhalation drug therapy services.  Accordingly, respondents were queried about the amount of time it takes to serve a typical new Medicare inhalation drug therapy patient during an initial encounter (i.e., upon enrollment or during the first month) and for established patients (i.e., month 2 and beyond).  Respondents were asked to submit information on the number of minutes spent by various staff for a set of direct and indirect services for a typical encounter for a new client and for an established patient.

We estimate that the cost of providing the requisite set of inhalation drug therapy services to a new patient came to be $56.08.  For established patients, the monthly cost was approximately $41.65.  The sequence followed to calculate these values is discussed below.

To arrive at the above estimates, we made the following assumptions and calculations:

1.  For each of the tasks in each patient category, we entered the total number of minutes each respondent reported for each task and calculated the average by task  (Tables 10a, 10b, 10c, and 10d).

**Table 10a: Average Minutes by Service by Supplier for New Patients**

|  | Pharmacist | Pharmacy Technician | Pharmacy Clerk | RN | LPN | Respiratory Therapist | Other |
|---|---|---|---|---|---|---|---|
| Clinical intake (including DUR & drug interaction) | 11.95 | 11.89 | 12.81 | 14.00 | 20.00 | 16.75 | 20.00 |
| Establishing plan of care | 9.75 | 10.93 | 7.67 | 18.60 | 19.00 | 14.08 | 12.50 |
| Care Coordination | 10.03 | 9.3 | 9.23 | 14.60 | 17.14 | 9.73 | 12.13 |
| Patient Education | 9.33 | 11.45 | 7.00 | 14.71 | 6.67 | 22.27 | 20.62 |
| Caregiver training | 10.8 | 10.82 | 6.17 | 16.33 | 23.33 | 16.29 | 17.22 |
| Compliance monitoring | 7.73 | 9.28 | 9.57 | 10.89 | 17.50 | 12.39 | 13.31 |
| In-home visits | 17.86 | 20.38 | 20.00 | 27.00 | 21.25 | 36.91 | 24.86 |
| Delivery of Services | 9.47 | 15.07 | 10.07 | 11.00 | 30.00 | 29.83 | 37.71 |
| Billings/Collections | 8.42 | 11.71 | 19.91 |  |  | 10.00 | 32.50 |
| Other | 5.57 | 7.33 | 9.20 |  |  | 23.75 | 17.94 |

**Table 10b: Average Minutes by Service by Supplier for Established Patients**

| | Pharmacist | Pharmacy Technician | Pharmacy Clerk | RN | LPN | Respiratory Therapist | Other |
|---|---|---|---|---|---|---|---|
| Revising plan of care | 8.11 | 9.95 | 7.79 | 9.00 | 20.00 | 17.15 | 12.33 |
| Care Coordination | 7.79 | 7.21 | 6.40 | 9.50 | 20.00 | 10.36 | 10.78 |
| Patient Education | 6.31 | 5.13 | 5.00 | 9.60 | 10.00 | 11.00 | 8.67 |
| Caregiver Training | 6.08 | 6.69 | 2.33 | 9.50 | 7.50 | 10.65 | 17.50 |
| Compliance Monitoring/Refill Calls | 8.48 | 8.05 | 11.33 | 11.44 | 13.33 | 11.69 | 9.05 |
| In-home visits | 11.00 | 10.67 | 7.50 | 40.00 | 60.00 | 29.35 | 19.86 |
| Delivery of services | 7.00 | 14.23 | 9.18 | 15.00 | 40.00 | 20.14 | 25.06 |
| Billings/Collections | 5.00 | 8.75 | 19.31 | 10.00 | 60.00 | 13.57 | 22.56 |
| Other | 4.60 | 5.00 | 12.67 | | 60.00 | 10.00 | 18.93 |

**Table 10c: Average Minutes by Service for New Patients**

| Services | Average Minutes |
|---|---|
| Clinical intake (including DUR & drug interaction) | 15.3 |
| Establishing plan of care | 13.2 |
| Care Coordination | 11.3 |
| Patient Education | 15.2 |
| Caregiver training | 14.0 |
| Compliance monitoring | 11.5 |
| In-home visits | 23.0 |
| Delivery of Services | 21.4 |
| Billings/Collections | 21.4 |
| Other | 12.0 |
| Total | 158.3 |

**Table 10d: Average Minutes per Month by Service for Established Patients**

| Services | Average Minutes |
|---|---|
| Revising plan of care | 12.0 |
| Care Coordination | 10.3 |
| Patient Education | 8.0 |
| Caregiver Training | 8.6 |
| Compliance Monitoring/Refill Calls | 10.5 |
| In-home visits | 23.3 |
| Delivery of services | 18.2 |
| Billings/Collections | 18.7 |
| Other | 16.5 |
| Total | 126.1 |

2. To determine the cost of each task, we weighted the minutes reported for the task by the compensation per minute of the staff category that performed the task.  We validated the responses by comparing them to salary levels for comparable professionals and others reported by the Bureau of Labor Statistics (BLS) trended forward to 2004 (see Tables 3a and 3b, above).  To account for increases in inflation between 2002, the most recent BLS data year, and 2004, the date of the survey, we used the Consumer Price Index for Medical Care and applied an inflation factor of 3.7 percent to trend the BLS labor rates forward to 2004.

   As was previously discussed, it is apparent from this comparison that salaries of employees of homecare pharmacies that provide respiratory therapy services to Medicare beneficiaries are comparable with salaries for similar types of employee categories as surveyed by the BLS.

3. The direct costs associated with serving each category of patient was determined by summing the average costs for each of the individual tasks in each category (Tables 10e and 10f).

### Table 10e: Average Cost per Minute by Service for New Patients

| Services | Average Cost per Minute |
|---|---|
| Clinical intake (including DUR & drug interaction) | $4.91 |
| Establishing plan of care | $4.30 |
| Care Coordination | $4.17 |
| Patient Education | $5.69 |
| Caregiver training | $5.19 |
| Compliance monitoring | $3.60 |
| In-home visits | $8.53 |
| Delivery of Services | $7.58 |
| Billings/Collections | $7.40 |
| Other | $4.70 |
| Total | $56.08 |

### Table 10f: Average Cost per Minute per Month by Service for Established Patients

| Services | Average Cost per Minute |
|---|---|
| Revising plan of care | $3.81 |
| Care Coordination | $3.27 |
| Patient Education | $2.64 |
| Caregiver Training | $2.88 |
| Compliance Monitoring/Refill Calls | $3.82 |
| In-home visits | $8.40 |
| Delivery of services | $6.24 |
| Billings/Collections | $6.72 |
| Other | $3.85 |
| Total | $41.65 |

4. To complete our estimation of the costs of providing inhalation drug therapy services to Medicare beneficiaries, it was necessary to determine an appropriate overhead factor that could be applied to the direct costs calculated in Step 3, above.  Examples of overhead costs are: storage, warehousing, facility, sales, administration, insurance, depreciation, and interest.  Such costs must be allocated proportionately across all lines of business and services.

To compile the requisite information to calculate the overhead factor, the survey requested that respondents submit data on their operational costs.  To determine the overhead factor, we subtracted total direct costs, including the direct costs of the drugs purchased by the pharmacy for their respiratory therapy patients, from total costs.  The remaining costs are assumed to be overhead to the pharmacy.

To calculate the overhead factor to be applied to direct patient costs, we determined the total cost for each respondent based on the cost information they reported.  We removed direct patient care costs, billing costs, and the costs of the drugs from total costs to arrive at costs to be allocated to direct costs.  For each respondent, we calculated the overhead costs to be allocated as a percentage of total direct costs.  By averaging the percentages for all respondents, we determined the overhead factor to be 46.6 percent of total costs.

5. The total costs for each patient category were calculated by applying the overhead factor to the average total direct costs for new and established patients (Tables 10e and 10f).  The resulting calculations are:

- $82.21 [ $56.08 * 1.47 ] per encounter for new patients
- $61.06 [ $41.65 * 1.47 ] per encounter for established patients

Total Costs Associates with Inhalation Drug Therapy Services

The total costs associated with providing inhalation therapy services are a combination of direct and indirect costs.  Some of these costs can be captured directly at the pharmacy and branch levels; others require a proportionate allocation from total company costs.  To determine the total costs to provide inhalation therapy, respondents were asked to complete a worksheet that itemized their company's direct and indirect costs for the inhalation drug therapy component of their business for the first quarter of 2004.

As shown below, the aggregate cost of providing inhalation drug therapy services across all respondents for the first quarter of 2004 totaled more than $182.6 million.  This total is the sum of the individual direct and indirect cost.  They include:

- Cost of goods sold, including drugs and medication supplies (excluding nebulizers and compressors)

  $41,382,192          22.7%

- Pharmacy staff (salary and related costs for pharmacists and pharmacy technicians)

$16, 228,594          8.9%

- Direct patient costs:  customer support (salary and related costs for all other personnel working directly with the pharmacy and direct branch personnel – customer service, delivery, respiratory therapy)
  $38,202,247          20.9%

- Direct patient costs:  delivery (pharmacy costs for freight and postage)
  $9,759,198          5.3%

- Direct costs for storage/warehouse/facility:  pharmacy facility and equipment rental costs, pharmacy utilities and telecommunications costs, branch facility and equipment rental costs, branch utilities and telecommunications costs
  $8,155,132          4.5%

- Other direct costs:  other direct pharmacy and branch costs (maintenance, training, travel, miscellaneous supplies)
  $11,484,517          6.3%

- Billing and collection costs (including personnel costs)
  $8,160,404          4.5%

- Indirect costs:  sales/marketing (including personnel costs)
  $19,798,394          10.8%

- Indirect costs:  administration and insurance (field administration, overhead and insurance, quality assurance and accreditation)
  $16,439,199          9.0%

- Indirect costs:  depreciation and interest
  $13,038,717          7.1%

|            |              |         |
|------------|--------------|---------|
| Total:     | $182,648,594 | 100.0%  |

Reporting of bad debt was inconsistent.  For those respondents who were able to identify bad debt, it was approximately 1 percent of total revenue.


## Determination of the Service Add-On

When the new reimbursement system goes into effect in 2005, a service add-on will be needed to enable homecare pharmacy suppliers to continue to provide high quality inhalation therapy services to Medicare beneficiaries in their homes and to recoup the operational and administrative costs that it takes to provide these services.  To calculate this add-on, we took information obtained from the survey and applied the findings to actual Medicare program data. The calculations are included in Appendix C.

The first step in determining the service add-on, was to extract data from CMS' 2002 5 Percent Limited Data Set (LDS).  This dataset, shown below in Table 11, consists of a 5 percent sample of Medicare beneficiaries and all of their claims.  From the 5 Percent LDS, we created a research file that consisted of inhalation drug J-codes.  However, because of the recent Notice of Proposed Rule Making (NPRM), released August 5, 2004, we focused on the two inhalation drugs, albuterol sulfate and ipratropium bromide, that dominate the utilization pattern.

**Table 11: Albuterol Sulfate and Ipratropium Bromide Medicare Statistics**

| Year | Patients | Services[4] | Units | Paid |
|------|----------|----------|-------|------|
| 2002 | 875,300 | 7,706,580 | 1,449,624,340 | $809,329,567 |
| 2004* | 908,877 | 8,002,212 | 1,505,233,379 | $903,808,145 |

\* Trended forwarded for inflation
Source: CMS 5 percent Limited Data Set (LDS), 2002

Using information from the survey, we determined that the cost for a new patient during an initial service encounter was $82.21.  The average cost per service encounter for an established patient was $61.06.  Excluding the cost of the drugs, this includes all of the remaining direct patient care and overhead costs.  (The drug costs are an additional $29.12 per service encounter in 2004 and $29.99 in 2005.)

We applied the cost and time data from the survey to the information contained in the research file to estimate total Medicare program expenditures for inhalation drug therapy services.  Trending the results forward to 2004, total reimbursement for inhalation therapy drugs, at AWP-20 percent, would be approximately $904 million, including beneficiary coinsurance.

According to the 5 Percent LDS, a total of approximately 875,000 Medicare beneficiaries received albuterol sulfate and/or ipratropium bromide during 2002.  Trended forward to 2004 results in a total of 909,000 patients who were treated with albuterol sulfate and/or ipratropium bromide under the Medicare program.  Applying the new/established inhalation drug therapy patient ratio (20.6%) from the survey results in approximately 187,229 new patients and 721,649 established patients in 2004.

Using the information compiled from the 5 Percent LDS data set on average number of service encounters, we determined that the total cost per year for a new Medicare patient in 2004 is $558.47 and for an established patient $537.32.  Therefore, the annual costs to the Medicare program to treat a new patient with albuterol sulfate and/or ipratropium bromide are $104,562,140.  For established patients, the cost is $387,755,036.

On January 1, 2005, the reimbursement rate will change from AWP-20 percent to ASP+6 percent, resulting in a true financial loss to homecare pharmacy suppliers of $492 million per year based on current year estimates of drug prices and volume of services.  This equates to a loss of $61.57 per service encounter.  In order to maintain current service levels along with a

---

[4]  A service encounter is defined as each instance the reimbursement code was billed to Medicare.  Based on our calculations, a typical Medicare beneficiary has 8.8 service encounters each year or one service encounter every 42 days.

reasonable operating margin of 7 percent, we estimate, based on the survey responses, that the appropriate service add-on would be $68.10 per service encounter.

Prepared for the American Association for Homecare

# Appendix A – Survey Instrument

## Appendix A – Survey Instrument



**Medicare Reimbursement Study**
**Sponsored by the American Association for Homecare**

Please complete the following information. If you have any questions, please call Jim Elliott at 888-787-2875 or email Jaclyn Kuwada at jkuwada@muse-associates.com or Steven Heath at sheath@muse-associates.com.

**Confidentiality**

Muse & Associates will hold all responses in the strictest confidence. Individually identifiable information will not be shared with anyone, including the American Association for Homecare. If you would like a separate, written confidentiality agreement with Muse & Associates, please contact Jaclyn Kuwada at jkuwada@muse-associates.com for more information.

**Returning the Survey**

Please mail the completed attached survey to Jaclyn Kuwada at Muse & Associates, 1775 I Street, NW, Suite 520, Washington, DC 20006 in the enclosed envelope or email it to jkuwada@muse-associates.com. Please return the survey by **June 11, 2004** or contact Jaclyn Kuwada at jkuwada@muse-associates.com if you need additional time. You may also fax it to 202-496-0201.

**Please use data from First Quarter 2004 or your most recent information available.**

The following data are for the time period _____ to _____.

**Question 1: Contact Information** *Please staple a business card, or complete the requested information of the contact person for this survey.*

> Please Staple Business Card of Contact
> Person(s) Here

*or Complete the following information*

| Pharmacy Name: | | |
|---|---|---|
| First Name | MI | Last Name |
| Title | | |
| Street Address 1 | | |
| Street Address 2 | | |
| City | State | Zip |
| Phone | | Fax |
| Email | | Webpage |

**Question 2:  Medicare Reimbursement-2005 business plans**  *If reimbursement for respiratory drugs changes to Average Sales Price (ASP) plus 6% in 2005 and no other additional revenues are available from Medicare, for Medicare beneficiaries you would:*

|  | (Check One) |
|---|---|
| Continue care for patients at a financial loss | |
| Discontinue providing inhalation drugs to Medicare beneficiaries | |
| Other (Please specify) | |

**Question 3:  Type of Company**  *Please describe your home care pharmacy:*

**Pharmacy *with* DME**

| | (Check One) |
|---|---|
| Retail Pharmacy (chain or independent) | |
| Centralized/Mail Order Pharmacy | |
| Other (please specify) | |

**Pharmacy *without* DME**

| | (Check One) |
|---|---|
| Retail Pharmacy (chain or independent) | |
| Centralized/Mail Order Pharmacy | |
| Other (please specify) | |

**Question 4:  Personnel and Average Salaries**  *In order to determine the size and personnel costs associated with your company, please complete the personnel table to the best of your ability. As you do this, please include all employees, even those not associated with inhalation drug services. We will allocate inhalation drug costs and revenue in future calculations and you will not need to do so in this question.  (Note: We realize that not all occupations have been listed.  Please use the additional lines to identify other employee categories used by your company OR attach a sheet with the additional classifications you employ.)  *Full time employee (1 FTE) works 40 hours per week.  For example, if 2 part-time employees each work 20 hours per week, this would equal one FTE. Managerial & Support staff categories are listed on the following page.*

| Direct Patient Care Staff (DPC) | # of Employees (FTEs)* | Average Annual Salary per employee |
|---|---|---|
| Pharmacists | | |
| Respiratory Therapists | | |
| Registered Nurses | | |
| Licensed Practical Nurses | | |
| Pharmacy Technicians | | |
| Pharmacy Clerks | | |
| Others (please specify) | | |
| | | |
| **Total Direct Patient Care Staff (DPC)** | | |

| Managerial & Support Staff (MS) | # of Employees (FTEs)* | Average Annual Salary per employee |
|---|---|---|
| Supervisory | | |
| Billing | | |
| Delivery (i.e., Service Representatives) | | |
| Inventory and Warehousing | | |
| Customer Service/Patient Intake | | |
| Sales | | |
| Others (please specify) | | |
| | | |
| **Total Managerial & Support Staff (MS)** | | |
| **Total Employees (DPC & MS)** | | |

**Question 5:  Pharmacy Location(s) and Scope of Medicare Respiratory Business**  *In order to better understand the scope of your business and its geographic service area, please fill out the chart below. Pharmacy is defined as the location where inhalation drugs are dispensed.*

| Pharmacy Name | Location (zip code) | Average Monthly Patients Census | # of Inhalation Drug patients served monthly | # of Medicare Inhalation Drug patients served monthly | States served by these sites (please list the states by abbreviation) |
|---|---|---|---|---|---|
| Example: *Jones Pharmacy* | *14120* | *150* | *50* | *40* | *NY, PA* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Question 6:  Branch Location(s) and Scope of Medicare Respiratory Business**  *In order to better understand the scope of your business and its geographic service area, please fill out the chart below. If you are an independent, single pharmacy, please fill in the columns for just your one location. Branches are defined as discrete geographic locations where inhalation drug support services are provided and/or RT/HME.*

| State | # of Branches | # of Inhalation Drug Services Patients |
|---|---|---|
| Alabama | | |
| Alaska | | |
| Arizona | | |
| Arkansas | | |
| California | | |
| Colorado | | |
| Connecticut | | |
| Delaware | | |
| District of Columbia | | |
| Florida | | |
| Georgia | | |
| Hawaii | | |
| Idaho | | |
| Illinois | | |
| Indiana | | |
| Iowa | | |
| Kansas | | |
| Kentucky | | |
| Louisiana | | |
| Maine | | |
| Maryland | | |
| Massachusetts | | |
| Michigan | | |
| Minnesota | | |
| Mississippi | | |
| Missouri | | |
| Montana | | |
| Nebraska | | |
| Nevada | | |
| New Hampshire | | |
| New Jersey | | |
| New Mexico | | |
| New York | | |
| North Carolina | | |
| North Dakota | | |

| State | # of Branches | # of Inhalation Drug Services Patients |
|---|---|---|
| Ohio | | |
| Oklahoma | | |
| Oregon | | |
| Pennsylvania | | |
| Rhode Island | | |
| South Carolina | | |
| South Dakota | | |
| Tennessee | | |
| Texas | | |
| Utah | | |
| Vermont | | |
| Virginia | | |
| Washington | | |
| West Virginia | | |
| Wisconsin | | |
| Wyoming | | |

**Question 7: Type of Delivery**  *How do you deliver inhalation medication to your patients?*

| | |
|---|---|
| Mail/Ship | % |
| Retail | % |
| Deliver in person | % |
| Other | % |
| **Total** | **100%** |

**Question 8: Total Prescriptions and Compounding**  *Please fill in the table below with prescription information about all prescriptions (all drugs) by payer type for* First Quarter 2004*, or with data for the most recent period available.  (Please note: Question #5 asks for number of* patients *by month, whereas this question asks for the number of* prescriptions *in one quarter or your specified time period.)*

The following data are for the time period _____ to _____.

| Payer Type | Total Scripts | % of New Scripts | % of Refill Scripts | % of Scripts that require compounding |
|---|---|---|---|---|
| Medicare Prescriptions | | | | |
| Other Prescriptions | | | | |
| **Total** | | | | |

5

**Question 9:  Total and Source of Revenues**  *Please complete the following questions based on your revenue for the most recent quarter available.  We are trying to determine your revenue stream for inhalation drug services.  Cell A asks for your entire company's revenue for the quarter, even revenue that is not inhalation drug related.  Cell B narrows revenue to only inhalation drug services including dispensing fees.  Cells C & D split inhalation drug services revenue down to Medicare Gross revenue and all other payers.  Finally, Cells E, F & G focus on distributing Medicare Gross Revenue into Government Revenue, Coinsurance & Deductibles from patients and other 3rd parties, and Sales Adjustment and Bad Debt Write offs.*

**The following data are for the time period _____  to _____**

|  |  |  | Example |
|---|---|---|---|
| **Total Gross Revenue (entire company revenue)** | A |  | *$100,000* |
| *Of Total Gross Revenue* |  |  |  |
| **Inhalation Drug Services (including dispensing fee)** | B |  | *$90,000* |
| *Breakdown of Inhalation Drug Services* |  | C + D = B |  |
| **Medicare Gross Revenue (including Coinsurance & Deductibles)** | C |  | *$70,000* |
| All Other Payers | D |  | *$20,000* |
| *Breakdown of Medicare Gross Revenue* |  | E + F = C |  |
| **Revenue directly from Government** | E |  | *$50,000* |
| **Revenue from Coinsurance & Deductible from patients and 3rd parties** | F |  | *$20,000* |
| **Negative Revenue from Sales Adjustments &  Bad Debt Write Offs** | G |  |  |

**Question 10:  Staff time required for Compounding Prescriptions**  *CMS might add a code for the additional cost of compounding prescriptions.  This question seeks to understand what additional labor is required to compound prescriptions.*

**COMPOUNDING PRESCRIPTIONS   Please Enter Average Minutes per Rx**

| **For Inhalation Drugs Only** | Pharmacist | Pharmacy Technician | Other (please specify) |
|---|---|---|---|
| **Average Minutes to Compound Ingredients per Rx** |  |  |  |

**Question 11:  Staff Time Required for New and Established Patients**  *This question may be difficult to answer but is very important.  CMS needs reliable data to accurately set the amount they will pay for each new and existing patient encounter.  Enter the number of minutes for a typical Medicare respiratory patient during a typical encounter or attach your data.*

**NEW PATIENT SERVICES (Upon Admission or approximately Month 1)   Please Enter Minutes**

| Service | Pharmacist | Pharmacy Technician | Pharmacy Clerk | RN | LPN | Respiratory Therapist | Other (specify) |
|---|---|---|---|---|---|---|---|
| Clinical intake (including DUR & drug interaction) | | | | | | | |
| Establishing plan of care | | | | | | | |
| Care Coordination | | | | | | | |
| Patient Education | | | | | | | |
| Caregiver training | | | | | | | |
| Compliance monitoring | | | | | | | |
| In-home visits | | | | | | | |
| Delivery of Services | | | | | | | |
| Billings/Collections | | | | | | | |
| Other (please specify) | | | | | | | |
| | | | | | | | |

**ESTABLISHED PATIENT SERVICES (Month 2 and beyond)   Please Enter Minutes**

| Service | Pharmacist | Pharmacy Technician | Pharmacy Clerk | RN | LPN | Respiratory Therapist | Other (specify) |
|---|---|---|---|---|---|---|---|
| Revising plan of care | | | | | | | |
| Care Coordination | | | | | | | |
| Patient Education | | | | | | | |
| Caregiver Training | | | | | | | |
| Compliance Monitoring/Refill Calls | | | | | | | |
| In-home visits | | | | | | | |
| Delivery of services | | | | | | | |
| Billings/Collections | | | | | | | |
| Other (please specify) | | | | | | | |
| | | | | | | | |

**Question 12:  Allocation Formula for companies with Branches**  *In order to estimate the total cost incurred in providing inhalation drug services, we must allocate certain inhalation drug costs incurred at the branch and overhead locations to the pharmacy business.  The following question will be used to develop the allocation formula for the branch and overhead costs identified in Question 13.*

*The following data are for the time period _____ to _____.*

*\* Allocation Formula: To calculate percent of Sales Allocated to Inhalation Drug Services, divide Inhalation Drug Net Sales by Company Net Sales.*

| | |
|---|---|
| Inhalation Drug Net Sales ($) | |
| (Net sales after any contra-revenue adjustments- contractual allowances, etc.) | |
| Company Net Sales ($) | |
| (Net sales after any contra-revenue adjustments- contractual allowances, etc.) | |
| **\*Percent of Sales Allocated to Inhalation Drug Services (%)** | % |

**Question 13: Costs associated with Inhalation Drug Services**  *Please fill out the following table.  Some costs associated with the inhalation drug business may be captured directly at the pharmacy level, while other branch and overhead costs require an allocation.  For ease and uniformity of data entry we have supplied the formula we would like you to use (see Question 12).* **Where indicated by an asterisk (\*), please use the Allocation Percentage from Question 12.  However, if you know the costs associated with your branches, it is not necessary for you to use the allocation formula.**  *Boxes filled in black do not need to be answered.*

*The following data are for the time period _____ to _____.*

| | Total Company Costs | Company Costs Allocated to Inhalation Drug Business |
|---|---|---|
| **Cost of Goods Sold:** | | |
| Cost of Drugs | | |
| Cost of Medication Supplies (excluding nebulizers and compressors) | | |
| Total Cost of Goods Sold | | = |

| | Total Company Costs | Company Costs Allocated to Inhalation Drug Business |
|---|---|---|
| **Pharmacy Staff:** | | |
| Total Pharmacy Personnel (Salary & Related-Pharmacists and Pharmacy Technicians) | | |
| Total Pharmacy Personnel | | = |

| | Total Company Costs | Company Costs Allocated to Inhalation Drug Business |
|---|---|---|
| **Direct Patient Costs: Customer Support** | | |
| Pharmacy Personnel (Salary & Related- All other personnel working directly with pharmacy) | | |
| \*Direct Branch Personnel (*ie. Customer Service, Delivery, Respiratory Therapy*) | | |
| *\* Multiply Total Company Costs by the Allocation Percentage (%) from Question 12 and insert calculation in Company Costs Allocated to Inhalation Drug Business\** | | |
| Total Direct Patient Costs | | = |

9

| | Total Company Costs | Company Costs Allocated to Inhalation Drug Business |
|---|---|---|

**Direct Patient Costs: Delivery**

| | | |
|---|---|---|
| Freight- Pharmacy | | |
| Postage- Pharmacy | | |
| Total Direct Delivery Costs | | = |

**Direct Costs: Storage/Warehouse/Facility**

| | | |
|---|---|---|
| Rent (Facility, Equip) - Pharmacy | | |
| Utilities & Telecomm - Pharmacy | | |
| *Rent (Facility, Equip) - Branch | | |
| *Utilities & Telecomm - Branch | | |
| *Multiply Total Company Costs by the Allocation Percentage (%) from Question 12 and insert calculation in Company Costs Allocated to Inhalation Drug Business. | | |
| Total Direct Facility Costs | | = |

**Other Direct Costs:**

| | | |
|---|---|---|
| Other Direct Pharmacy Costs (i.e. maintenance, training, travel, miscellaneous supplies) | | |
| *Other Direct Branch Costs | | |
| *Multiply Total Company Costs by the Allocation Percentage (%) from Question 12 and insert calculation in Company Costs Allocated to Inhalation Drug Business. | | |
| Total Other Direct Costs | | = |

**Billing & Collection Expenses**

| | | |
|---|---|---|
| *Total  Billing/Collection Costs (including personnel costs) *Multiply Total Company Costs by the Allocation Percentage (%) from Question 12 and insert calculation in Company Costs Allocated to Inhalation Drug Business. | | |
| Total Billing/Collections Costs | | = |

**Indirect costs- Selling**

| | | |
|---|---|---|
| Selling – Direct (pharmacy- including personnel costs) | | |
| *Selling – Allocated (branches- including personnel costs) *Multiply Total Company Costs by the Allocation Percentage (%) from Question 12 and insert calculation in Company Costs Allocated to Inhalation Drug Business. | | |
| Total Selling Expenses | | = |

**Indirect Costs: Administration & Insurance**

| | | |
|---|---|---|
| *Total Company Field Administration | | |
| *Total Corporate Overhead & Insurance (including personnel) | | |
| *Quality Assurance and Accreditation *Multiply Total Company Costs by the Allocation Percentage (%) from Question 12 and insert calculation in Company Costs Allocated to Inhalation Drug Business. | | |
| Total Administration & Insurance | = | = |

10

| Indirect Costs: Depreciation & Interest | Total Company Costs | Company Costs Allocated to Inhalation Drug Business |
|---|---|---|
| *Total Company Depreciation | | |
| *Total Company Interest Expense | | |
| *Multiply Total Company Costs by the Allocation Percentage (%) from Question 12 and insert calculation in Company Costs Allocated to Inhalation Drug Business. | | |
| Total Depreciation & Interest | = | = |

**Thank you for participating in this survey.  If you would like to see the results and analysis from the data, please contact Jaclyn Kuwada at jkuwada@muse-associates.com.**

**Please return the survey by June 11, 2004 or contact Jaclyn Kuwada if you need additional time.**

**Appendix B – Summary Comparison of Medicare, Medicaid and Department of Veterans Affairs Provider Requirements**

## Appendix B – Summary Comparison of Medicare, Medicaid and Department of Veterans Affairs Provider Requirements

<u>SUMMARY COMPARISON OF MEDICARE, MEDICAID, AND THE DEPARTMENT OF VETERANS AFFAIRS PROVIDER REQUIREMENTS</u>

### <u>MEDICARE PART B PROVIDER REQUIREMENTS</u>

- Medicare providers must have a physician's verbal order and a physician's original, signed prescription on file.
- Medicare providers must follow-up with the patient before dispensing drugs to ensure that the patient does not have any more than one month's supply at any time.
- Medicare providers must ensure that the patient has the necessary equipment to nebulize or infuse the drugs. The patient must qualify under Medicare's guidelines.
- Medicare providers must submit a claim to Medicare whether accepting assignment or not.
- Medicare providers must bill a 20% co-payment to the beneficiary or submit a secondary claim to an insurance company. If the patient does not have a secondary insurance and cannot pay privately, the provider must determine if the patient is financially unable to pay the 20%. Once assessed (and usually after the service and drugs have been delivered), the provider possibly has to write off the co-payment dollars to bad debt or charity care.
- It is not uncommon for up to 10% of claims to be denied by Medicare even if the patient qualifies. If this happens, a provider has to re-file the claim or submit it through the review process, which takes anywhere from 45 to 120 day to get paid.
- Medicare providers are required by law to pursue the $100.00 Medicare deductible from the patient.
- National Medicare providers have the same policy nationwide.
- Medicare requires proof of delivery.
- Assignment of Benefit (AOB) forms are required prior to the provider submitting the claim.

### <u>MEDICAID</u>

- Medicaid prescription requirements vary from state to state; some programs only require a verbal order from the physician.
- Medicaid providers are reimbursed directly by Medicaid at 100% of the allowable. Providers do not have to pursue any co-payments.
- Medicaid programs do not have an annual deductible.
- State Medicaid pharmacies receive immediate electronic approval or rejection of the claim and the claim can be resubmitted immediately.

## Appendix B – Summary Comparison of Medicare, Medicaid and Department of Veterans Affairs Provider Requirements

- No Assignment of Benefits (AOB) is required to be signed by the Medicaid beneficiary.
- Medicare supplier standards do not have to be met.

### DEPARTMENT OF VETERANS AFFAIRS

- VA's non-profit status and volume purchasing power enables it to purchase albuterol at significantly lower prices that are afforded either the retail or the homecare class of trade.
- There are no written prescription requirements.
- No Assignment of Benefits (AOB) is necessary.
- No proof of delivery requirements is delineated.
- Medicare supplier standards do not have to be met.
- VA pays separately for pharmacy operating expenses.
- Little to no delivery expenses is incurred.
- No billing of co-payment amounts.
- No billing of deductibles.
- No third party collection efforts.

# Appendix C – Calculations for Service Add-on

# Appendix C- Calculations for Service Add-On

**Number of Patients in 2004**

| | |
|---|---:|
| Number of Patients in 2004* | 908,877 |
| Percent of Patients Who are New** | 20.6% |
| Number of New Patients | 187,229 |
| Number of Established Patients | 721,649 |

**Cost of Services**

| | |
|---|---:|
| Cost per Service Encounter for New Patients** | $82.21 |
| Cost per Service Encounter for Established Patients** | $61.06 |
| Total Service Cost of New Patients | $104,562,140 |
| Total Service Cost of Established  Patients | $387,755,036 |
| Total Cost of Inhalation Drug Therapy Services | $492,317,177 |

**Cost of Drugs**

| | |
|---|---:|
| Total Cost of Drugs*** | $232,999,626 |

**Reimbursement in 2004**

| | |
|---|---:|
| 80% of AWP Including Coinsurance* | $903,808,145 |

**Impact of MMA in 2005 (aggregate)**

| | |
|---|---:|
| Total Cost of Providing Inhalation Drug Therapy | $747,076,306 |
| Total Reimbursement at ASP + 6 %*** | $254,388,991 |
| Operating Margin | ($492,687,315) |

**Impact of MMA in 2005 on the Typical Patient**

| | |
|---|---:|
| Total Cost of Providing Inhalation Drug Therapy | $821.98 |
| Total Reimbursement at ASP + 6 % | $279.89 |
| Operating Margin | ($542.08) |

**Correction**

| | |
|---|---:|
| Operating Margin Per Service Encounter | ($61.57) |
| 7% Operating Margin Per Service Encounter | $6.54 |
| **Payment Per Service Encounter to Provide Adequate Coverage of Services Provided and a Reasonable Profit Margin** | **$68.10** |

* Source: Center for Medicare and Medicaid Services, 2002 5% Limited Data Set, inflated forward by 1.9% per year

** Source:  AAH Survey conducted by Muse & Associates, July 2004.

*** Calculated from the Federal Register, August 5, 2004, page 1088, the 5% LDS.