**ANDERSON EXHIBIT 2C**

CIVIL ACTION NO. 00 CV 10698 MLW

| DEFENDANT DEY | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about March 2000) | WEAC Provider's Gross Profit $<br><br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br><br>DEAC Provider's Gross Profit % |
| Albuterol 17 gm | 49502-0303-17 | $0.39520/gm<br>$6.71<br>$0.352940/gm<br>$5.99 | $2.90 | $3.81<br>$3.09 | 57%<br>52% |
| Albuterol refill | 49502-0303-27 | $0.378810/gm<br>$6.44<br>$0.338230/gm<br>$5.75 | $2.99 | $3.45<br>$2.76 | 54%<br>48% |

94.   As a direct and proximate result of the actions of the DEFENDANT DEY alleged herein, the UNITED STATES has sustained damages recoverable under the False Claims Act, together with treble damages, penalties, attorneys' fees and costs.

## SECTION NO. 9
### THE SPECIFIC FALSE PRICE AND COST REPRESENTATIONS OF DEFENDANT MYLAN PHARMACEUTICALS

95.   At various times from on or after April 7, 1994, and continuing through the present date, DEFENDANT MYLAN PHARMACEUTICALS knowingly caused the States' Medicaid programs to pay false or fraudulent claims for drugs specified in this Section and further made or used false or fraudulent records and/or statements to get such claims paid or approved.  As a result of the actions of DEFENDANT MYLAN PHARMACEUTICALS

CIVIL ACTION NO. 00 CV 10698 MLW

and those persons and entities acting directly or indirectly in concert with DEFENDANT MYLAN PHARMACEUTICALS, the States' Medicaid Programs paid grossly excessive, unreasonable and unlawful amounts for claims for the drugs specified in this Section. The acts committed by DEFENDANT MYLAN PHARMACEUTICALS that caused the States' Medicaid Programs to pay or approve said false or fraudulent claims included, but were not necessarily limited to, knowingly making false or fraudulent representations about the wholesaler prices of the drugs specified in this Section which DEFENDANT MYLAN PHARMACEUTICALS knew would be relied upon by the States' Medicaid Programs in paying or approving claims for the drugs specified in this Section. Each of said representations were material and were relied upon by the States' Medicaid Programs in paying or approving claims for the drugs specified in this Section.

96.   DEFENDANT MYLAN PHARMACEUTICALS knowingly caused its false or fraudulent wholesaler price representations to be transmitted by First Data Bank's automated services, made or used false records or statements regarding its wholesaler prices of the drugs specified in this section and submitted them to the States' Medicaid Programs continuously throughout the years specified in this section. Within this paragraph is a table, organized by drug and NDC number, which reflects the recent false wholesaler prices in First Data Bank's automated services. The information in the table under the heading "MYLAN PHARMACEUTICALS' False Reported WAC" reflects DEFENDANT MYLAN PHARMACEUTICALS' false representations of price it charged wholesalers for drugs. The heading "Relator's Cost" reflects the true price that

CIVIL ACTION NO.  00 CV 10698 MLW

DEFENDANT MYLAN PHARMACEUTICALS charged the Relator for the drug or caused another entity to charge the Relator for the drug.

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Acebutolol HCL 200 mg Cap 100's 00378-1200-01 | $30.75 | $17.09 |
| Acebutolol HCL 400 mg Cap 100's 00378-1400-01 | $44.75 | $27.16 |
| Acyclovir 200 mg Cap 100's 00378-2200-01 | $25.53 | $12.31 |
| Acyclovir 200 mg Cap 500's 00378-2200-05 | $121.29 | $59.11 |
| Acyclovir 400 mg Tab 100's 00378-0253-01 | $49.50 | $19.01 |
| Acyclovir 800 mg Tab 100's 00378-0302-01 | $96.41 | $43.20 |
| Allopurinol 300 mg Tab 500's 00378-0181-05 | $47.70 | $31.95 |
| Amiloride HCL & HCTZ 50 - 5 mg Tab 100's 00378-0577-01 | $4.99 | $2.98 |
| Amiloride HCL & HCTZ 50 - 5 mg Tab 500's 00378-0577-05 | $23.70 | $14.79 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Amitriptyline HCL 10 mg Tab 100's 00378-2610-01 | $2.80 | $1.97 |
| Amitriptyline HCL 25 mg Tab 100's 00378-2625-01 | $3.30 | $1.78 |
| Amitriptyline HCL 25 mg Tab 1000's 00378-2625-10 | $25.00 | $15.74 |
| Amitriptyline HCL 50 mg Tab 100's 00378-2650-01 | $4.00 | $2.31 |
| Amitriptyline HCL 50 mg Tab 1000's 00378-2650-10 | $30.00 | $20.83 |
| Amitriptyline HCL 75 Mg Tab 100's 00378-2675-01 | $7.00 | $3.38 |
| Amitriptyline HCL 100 mg Tab 100's 00378-2685-01 | $9.00 | $3.86 |
| Amitriptyline HCL 150 Mg Tab 100's 00378-2695-01 | $12.00 | $7.34 |
| Atenolol 25 mg Tabs 100's 00378-0218-01 | $5.50 | $2.08 |
| Atenolol 25 mg Tabs 1000's 00378-0218-10 | $54.50 | $19.17 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG<br>STRENGTH  & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Atenolol<br>50 mg Tab 100's<br>00378-0231-01 | $2.95 | $1.90 |
| Atenolol<br>50 mg Tab 1000's<br>00378-0231-10 | $25.90 | $15.19 |
| Atenolol<br>100 mg Tab 100's<br>00378-0757-01 | $4.95 | $3.14 |
| Atenolol/Chlorthal<br>50/25 mg 100's<br>00378-2063-01 | $17.00 | $7.70 |
| Atenolol/Chlorthal<br>100/25 mg 100's<br>00378-2064-01 | $26.00 | $11.84 |
| Azathioprine<br>500 mg 100's<br>00378-1005-01 | $91.75 | $47.34 |
| Bumetanide<br>0.5 mg Tab 100's<br>00378-0245-01 | $11.62 | $8.14 |
| Bumetanide<br>1.0 Mg Tab 100's<br>00378-0370-01 | $18.76 | $9.08 |
| Bumetanide<br>2.0 Mg Tab 100's<br>00378-0417-01 | $31.39 | $12.67 |
| Bupropion HCL<br>75 mg 100's<br>00378-0433-01 | $50.45 | $33.23 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Bupropion HCL 100 mg 100's 00378-0435-01 | $67.30 | $45.05 |
| Captopril 12.5 Mg Tab 100's 00378-3007-01 | $3.25 | $1.69 |
| Captopril 12.5 Mg Tab 1000's 00378-3007-10 | $24.94 | $14.58 |
| Captopril 25 Mg Tab 100's 00378-3012-01 | $3.75 | $2.30 |
| Captopril 25 Mg Tab 1000's 00378-3012-10 | $33.75 | $21.81 |
| Captopril 50 Mg Tab 100's 00378-3017-01 | $6.15 | $3.88 |
| Captopril 50 Mg Tab 1000's 00378-3017-10 | $55.35 | $36.92 |
| Captopril 100 Mg Tab 100's 00378-3022-01 | $13.46 | $8.17 |
| Captopril/HCTZ 25/15 Mg 100's 00378-0081-01 | $19.95 | $13.31 |
| Captopril/HCTZ 25/25 Mg 100's 00378-0083-01 | $19.95 | $13.31 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Captopril/HCTZ 50/15 Mg 100's 00378-0084-01 | $31.25 | $19.83 |
| Captopril/HCTZ 50/25 Mg 100's 00378-0086-01 | $31.25 | $19.83 |
| Cefaclor 250 Mg Caps 100's 00378-7250-01 | $44.00 | $27.53 |
| Cefaclor 500Mg Caps 100's 00378-7500-01 | $86.00 | $54.10 |
| Cefaclor 125 mg/5 Ml O/S 150 ml 00378-7602-06 | $10.00 | $7.03 |
| Cefaclor 12.5 Mg/5 ml O/S 75 ml 00378-7602-12 | $5.00 | $3.73 |
| Cefaclor 12.5 Mg/5 ml O/S 100 ml 00378-7604-02 | $10.00 | $7.03 |
| Cefaclor 12.5 Mg/5 ml O/S 50 ml 00378-7604-09 | $5.00 | $3.73 |
| Cefaclor 250 Mg/5 ml O/S 150 ml 00378-7610-06 | $17.00 | $13.37 |
| Cefaclor 250 Mg/5 ml O/S 75 ml 00378-7610-12 | $9.00 | $6.92 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Cefaclor 375 Mg/5 ml O/S 100 ml 00378-7612-02 | $17.00 | $13.37 |
| Cefaclor 375 Mg/5 ml O/S 50 ml 00378-7612-09 | $9.00 | $6.92 |
| Cimetidine 200 Mg Tab 100's 00378-0053-01 | $8.75 | $6.84 |
| Cimetidine 300 Mg Tab 100's 00378-0317-01 | $9.25 | $5.56 |
| Cimetidine 300 Mg Tab 500's 00378-0317-05 | $44.25 | $27.64 |
| Cimetidine 400 Mg Tab 100's 00378-0372-01 | $10.75 | $6.64 |
| Cimetidine 400 Mg Tab 500's 00378-0372-05 | $51.75 | $32.74 |
| Cimetidine 800 Mg Tab 100's 00378-0541-01 | $19.75 | $13.62 |
| Clomipramine HCL 25 Mg Cap 100's 00378-3025-01 | $25.50 | $11.25 |
| Clomipramine Hcl 50 Mg Cap 100's 00378-3050-01 | $34.25 | $16.76 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Clomipramine HCL 75 MG Cap 100's 00378-3075-01 | $44.15 | $22.37 |
| Clonazepam 0.5 Mg Tab 100's 00378-1910-01 | $18.40 | $3.57 |
| Clonazepam 0.5 Mg Tab 1000's 00378-1910-10 | $175.00 | $31.95 |
| Clonazepam 1 Mg Tab 100's 00378-1912-01 | $21.40 | $4.74 |
| Clonazepam 1 Mg Tab 1000's 00378-1912-10 | $203.30 | $42.60 |
| Clonazepam 2 Mg Tab 100's 00378-1914-01 | $29.25 | $5.91 |
| Clonazepam 2 Mg Tab 500's 00378-1914-05 | $139.00 | $26.04 |
| Clorazepate 3.75 Mg Tab 100's 00378-0030-01 | $61.85 | $45.95 |
| Clorazepate 3.75 Mg Tab 500's 00378-0030-05 | $305.45 | $218.59 |
| Clorazepate 7.5 Mg Tab 100's 00378-0040-01 | $76.95 | $57.72 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Clorazepate 7.5 Mg Tab 500's 00378-0040-05 | $377.00 | $274.66 |
| Clorazepate 15 Mg Tab 100's 00378-0070-01 | $104.40 | $81.37 |
| Clozapine 25 Mg 100's 00378-0825-01 | $93.75 | $60.71 |
| Clozapine 100 Mg 100's 00378-0860-01 | $243.25 | $156.56 |
| Cyclobenzaprine HCL 10 Mg Tab 100's 00378-0751-01 | $6.04 | $3.79 |
| Cyclobenzaprine HCL 10 Mg Tab 1000's 00378-0751-10 | $46.67 | $28.09 |
| Diazepam 2 Mg Tab 100's 00378-0271-01 | $2.00 | $1.44 |
| Diazepam 2 Mg Tab 500's 00378-0271-05 | $8.50 | $4.37 |
| Diazepam 5 Mg Tab 100's 00378-0345-01 | $2.10 | $1.54 |
| Diazepam 5 Mg Tab 500's 00378-0345-05 | $9.00 | $4.90 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Diazepam 10 Mg Tab 100's 00378-0477-01 | $2.30 | $1.86 |
| Diazepam 10 Mg Tab 500's 00378-0477-05 | $10.00 | $5.86 |
| Diclofenac Potassium 50 Mg 100's 00378-2474-01 | $78.00 | $26.31 |
| Dicyclomine HCL 10 Mg Caps 100's 00378-1610-01 | $8.15 | $4.74 |
| Dicyclomine HCL 10 Mg Caps 500's 00378-1610-05 | $39.50 | $22.15 |
| Dicyclomine HCL 20 MG Tabs 100's 00378-1620-01 | $10.15 | $6.23 |
| Dicyclomine HCL 20 MG Tabs 500's 00378-1620-05 | $49.25 | $28.12 |
| Diltiazem HCL 30 Mg Tab 100's 00378-0023-01 | $5.32 | $2.88 |
| Diltiazem HCL 30 MG Tab 500's 00378-0023-05 | $21.25 | $12.57 |
| Diltiazem HCL 60 Mg Tab 100's 00378-0045-01 | $7.69 | $5.06 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Diltiazem HCL 60 MG Tab 500's 00378-0045-05 | $36.63 | $23.59 |
| Diltiazem HCL 90 Mg Tab 100's 00378-0135-01 | $9.82 | $7.99 |
| Diltiazem HCL 90 MG Tab 500's 00378-0135-05 | $46.73 | $37.49 |
| Diltiazem HCL 120 Mg Tab 100's 00378-0525-01 | $15.53 | $10.38 |
| Diltiazem HCL Er 60 MG Cap 100's 00378-6060-01 | $48.75 | $24.54 |
| Diltiazem HCL ER 90 Mg Cap 100's 00378-6090-01 | $55.75 | $35.91 |
| Diltiazem HCL ER 120 Mg Cap 100's 00378-6120-01 | $72.65 | $52.56 |
| Diltiazem HCL ER 180 Mg Cap DT 500's 00378-5280-05 | $310.00 | $224.25 |
| Diltiazem HCL ER 240 Mg Cap DT 100's 00378-5340-01 | $74.00 | $51.72 |
| Diltiazem HCL ER 240 MG Cap DT 500's 00378-5340-05 | $367.50 | $245.08 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Diphenoxyliatropine 2.5/.025 100's 00378-0415-01 | $29.69 | $18.37 |
| Diphenoxyliatropine 2.5/.025 1000's 00378-0415-10 | $252.20 | $165.34 |
| Doxycycline Hyclate 100 mg Tab 50's 00378-0167-89 | $4.60 | $4.53 |
| Estradiol 0.5 mg Tabs 100's 00378-1452-01 | $11.95 | $4.79 |
| Estradiol 0.5 mg Tabs 500's 00378-1452-05 | $56.50 | $22.79 |
| Estradiol 1.0 mg Tabs 100's 00378-1454-01 | $14.70 | $7.40 |
| Estradiol 1.0 mg Tabs 500's 00378-1454-05 | $63.30 | $35.15 |
| Estradiol 2.0 mg Tabs 100's 00378-1458-01 | $20.40 | $10.60 |
| Estradiol 2.0 mg Tas 500's 00378-1458-05 | $96.90 | $50.32 |
| Etodolac 200 mg Cap 100's 00378-7200-01 | $32.00 | $17.09 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Etodolac 300 mg Cap 100's 00378-7233-01 | $34.00 | $18.48 |
| Etodolac 300 mg Cap 500's 00378-7233-05 | $161.50 | $87.76 |
| Etodolac 400 mg Tab 100's 00378-0237-01 | $35.67 | $20.08 |
| Etodolac 400 mg Tab 500's 00378-0237-05 | $174.57 | $95.37 |
| Etodolac 500 mg Tab 100's 00378-1242-01 | $92.70 | $25.93 |
| Etodolac 500 mg Tab 500's 00378-1242-05 | $440.00 | $123.17 |
| Fluphenazine HCL 1 mg Tab 100's 00378-6004-01 | $12.50 | $9.35 |
| Fluphenazine Hcl 1 mg Tab 500's 00378-6004-05 | $60.00 | $40.50 |
| Fluphenazine HCL 2.5 mg Tab 100's 00378-6009-01 | $18.50 | $12.73 |
| Fluphenazine HCL 2.5 mg Tab 500's 00378-6009-05 | $90.00 | $68.77 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Fluphenazine HCL 5 mg Tab 100's 00378-6074-01 | $24.50 | $16.26 |
| Fluphenazine HCL 5 mg Tab 500's 00378-6074-05 | $120.00 | $80.39 |
| Fluphenazine HCL 10 mg Tab 100's 00378-6097-01 | $36.50 | $20.95 |
| Fluphenazine Hcl 10 mg Tab 500's 00378-6097-05 | $180.00 | $96.40 |
| Flurazepam Hcl 15 mg Cap 100's 00378-4415-01 | $6.00 | $4.69 |
| Flurbiprofen 50 mg Tab 100's 00378-0076-01 | $15.00 | $9.97 |
| Flurbiprofen 100 mg Tab 100's 00378-0093-01 | $24.50 | $15.09 |
| Flurbiprofen 100 mg Tab 500's 00378-0093-05 | $120.00 | $71.36 |
| Furosemide 20 mg Tab 100's 00378-0208-01 | $3.80 | $1.83 |
| Furosemide 20 mg Tab 1000's 00378-0208-10 | $23.10 | $13.63 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Furosemide 40 mg Tab 100's 00378-0216-01 | $4.05 | $2.16 |
| Furosemide 40 mg Tab 1000's 00378-0216-10 | $25.35 | $17.04 |
| Furosemide 80 mg Tab 100's 00378-0232-01 | $5.80 | $4.06 |
| Furosemide 80 mg Tab 500's 00378-0232-05 | $24.85 | $17.89 |
| Glipizide 5 mg Tab 100's 00378-1105-01 | $6.35 | $3.59 |
| Glipizide 5 mg Tab 500's 00378-1105-05 | $30.00 | $14.30 |
| Glipizide 10 mg Tab 100's 00378-1110-01 | $9.30 | $5.56 |
| Glipizide 10 mg Tab 500's 00378-1110-05 | $44.00 | $21.30 |
| Glyburide 1.5 mg Tab 100's 00378-1113-01 | $17.75 | $5.64 |
| Glyburide 3 mg Tab 100's 00378-1125-01 | $22.50 | $7.67 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG<br>STRENGTH & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Glyburide<br>3 mg Tab 1000's<br>00378-1125-10 | $210.00 | $72.85 |
| Glyburide<br>6 mg 100's<br>00378-1142-01 | $58.00 | $22.42 |
| Guanfacine<br>1 mg Tab 100's<br>00378-1160-01 | $35.00 | $14.75 |
| Guanfacine<br>2 mg Tab 100's<br>00378-1190-01 | $48.00 | $20.02 |
| Hydroxychloroquine<br>200 mg Tab 100's<br>00378-0373-01 | $56.90 | $28.40 |
| Indapamide<br>1.25 mg Tab 100's<br>00378-0069-01 | $7.96 | $4.48 |
| Indapamide<br>1.25 mg Tab 500's<br>00378-0069-05 | $34.21 | $21.30 |
| Indapamide<br>2.5 mg Tab 100's<br>00378-0080-01 | $10.50 | $7.38 |
| Indapamide<br>2.5 mg Tab 1000's<br>00378-0080-10 | $99.00 | $61.48 |
| Indomethacin<br>25 mg Cap 100's<br>00378-0143-01 | $4.00 | $2.61 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Indomethacin 25 mg Cap 1000's 00378-0143-10 | $34.20 | $22.79 |
| Indomethacin 50 mg Cap 100's 00378-0147-01 | $4.85 | $3.78 |
| Indomethacin 50 mg Cap 500's 00378-0147-05 | $23.00 | $17.20 |
| Ketoconazole 200 mg Tabs 100's 00378-0261-01 | $185.00 | $64.91 |
| Ketoprofen 50 mg Cap 100's 00378-4070-01 | $14.10 | $8.00 |
| Ketoprofen 75 mg Cap 100's 00378-5750-01 | $16.55 | $9.56 |
| Ketorolac Tromethamine 10 mg 100's 00378-1134-01 | $64.70 | $44.98 |
| Lactulose Solution 10 gm/15 ml 8 oz 00378-3331-70 | $5.15 | $3.32 |
| Lactulose Solution 10 gm/15 ml 16 oz 00378-3331-72 | $9.45 | $4.97 |
| Lactulose Solution 10 gm/15 ml 32 oz 00378-3331-74 | $18.50 | $8.88 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Loperamide HCL 2 mg Cap 100's 00378-2100-01 | $10.00 | $7.26 |
| Loperamide HCL 2 mg Cap 500's 00378-2100-05 | $47.00 | $33.97 |
| Lorazepam 0.5 mg Tab 100's 3078-0321-01 | $30.60 | $14.16 |
| Lorazepam 0.5 mg Tab 500's 00378-0321-05 | $145.05 | $67.25 |
| Lorazepam 1.0 mg Tab 100's 00378-0457-01 | $40.20 | $18.00 |
| Lorazepam 1.0 mg Tab 500's 00378-0457-05 | $191.50 | $85.47 |
| Lorazepam 1.0 mg Tab 1000's 00378-0457-10 | $378.40 | $161.99 |
| Lorazepam 2.0 mg Tab 100's 3078-0777-01 | $59.60 | $27.16 |
| Lorazepam 2.0 mg Tab 500s 00378-0777-05 | $285.20 | $129.02 |
| Methotrexate 2.5 mg Tab 100's 00378-0014-01 | $84.25 | $42.01 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Methyldopa 250 mg Tab 100's 00378-0611-01 | $6.75 | $6.53 |
| Nadolol 20 mg Tab 100's 00378-0028-01 | $31.00 | $7.25 |
| Nadolol 40 mg Tab 100's 00378-1171-01 | $38.50 | $11.97 |
| Nadolol 40 mg Tab 1000's 00378-1171-10 | $379.00 | $113.14 |
| Nadolol 80 mg Tab 100's 00378-1132-01 | $53.50 | $20.16 |
| Nadolol 80 mg Tab 1000's 00378-1132-10 | $529.00 | $195.07 |
| Nicardipine HCL 20 mg Cap 90's 00378-1020-77 | $24.53 | $8.84 |
| Nicardipine HCL 20 mg Cap 500's 00378-1020-05 | $119.03 | $46.65 |
| Nicardipine HCL 30 mg Cap 90's 00378-1430-77 | $39.02 | $14.86 |
| Nicardipine HCL 30 mg Cap 500's 00378-1430-05 | $189.19 | $78.38 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Nitrofurantoin 50 mg Cap 100's 00378-1650-01 | $33.75 | $17.68 |
| Nitrofurantoin 50 mg Cap 500's 00378-1650-05 | $160.48 | $83.98 |
| Nitrofurantoin 10 mg Cap 100's 00378-1700-01 | $56.49 | $31.42 |
| Nortriptyline HCL 10 mg Cap 100's 00378-1410-01 | $6.95 | $3.73 |
| Nortriptyline HCL 25 mg Cap 100's 00378-2325-01 | $9.60 | $5.38 |
| Nortriptyline HCL 50 mg Cap 100's 00378-3250-01 | $11.70 | $6.75 |
| Nortriptyline HCL 75 mg Cap 100's 00378-4175-01 | $14.95 | $8.40 |
| Orphenadrine Citrate ER 100 mg 100's 00378-3358-01 | $121.50 | $64.91 |
| Orphenadrine Citrate ER 100 mg 500's 00378-3358-05 | $596.95 | $308.32 |
| Orphenadrine W/AC 385/30/26 mg 100's 00378-3354-01 | $55.00 | $21.30 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Orphenadrine W/AC 770/60/50 mg 100's 00378-3356-01 | $80.00 | $28.40 |
| Pentoxifyline ER 400 mg Tab 100's 00378-0357-01 | $38.51 | $15.82 |
| Perphenazine / AMIT 2/10 Tab 100's 038-0330-01 | $4.35 | $2.61 |
| Perphenazine/ AMIT 2/10/Tab 500's 00378-0330-05 | $18.60 | $12.38 |
| Perphenazine/ AMIT 2/25/ Tab 100's 00378-0442-01 | $5.80 | $3.50 |
| Perphenazine/ AMIT 2/25/ Tab 500's 00378-0442-05 | $25.25 | $14.79 |
| Perphenazine/ AMIT 4/10 Tab 100's 00378-0042-01 | $5.25 | $3.61 |
| Pindolol 5 mg Tab 100's 00378-0052-01 | $12.95 | $5.56 |
| Pindolol 10 mg Tab 100's 00378-0127-01 | $16.95 | $8.65 |
| Piroxicam 10 mg Cap 100's 00378-1010-01 | $5.94 | $3.61 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG<br>STRENGTH & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Piroxicam<br>20 mg Cap 100's<br>00378-2020-01 | $7.54 | $4.38 |
| Piroxicam<br>20 mg Cap 500's<br>00378-2020-05 | $33.53 | $19.53 |
| Prazosin HCL<br>1 mg Cap 100's<br>00378-1101-01 | $5.50 | $3.67 |
| Prazosin HCL<br>1 mg Cap 1000's<br>00378-1101-10 | $49.75 | $28.22 |
| Prazosin HCL<br>2 mg Cap 100's<br>00378-2302-01 | $6.95 | $4.21 |
| Prazosin HCL<br>2 mg Cap 1000's<br>00378-2302-10 | $61.75 | $35.68 |
| Prazosin HCL<br>5 mg Cap 100's<br>00378-3205-01 | $11.50 | $7.56 |
| Prazosin HCL<br>5 mg Cap 250's<br>00378-3205-25 | $26.95 | $19.44 |
| Prednisolone Syrup<br>15 mg/5 ml 210 ml<br>00378-3425-24 | $41.25 | $9.44 |
| Prednisolone Syrup<br>15 mg/5 ml 480 ml<br>00378-3425-48 | $66.70 | $18.88 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Probenecid 500 mg Tab 100's 00378-0156-01 | $49.50 | $37.28 |
| Prochlorperazine MAL 5 mg 100's 00378-5105-01 | $32.00 | $18.07 |
| Prochlorperazine MAL 10 mg 100's 00378-5110-01 | $48.00 | $27.24 |
| Propoxyphene /APAP 65/650 Tab 100's 00378-0130-01 | $11.25 | $7.07 |
| Propoxyphene /APAP 65/650 Tab 500's 00378-0130-05 | $53.40 | $30.32 |
| Propranolol HCL 10 mg Tab 100's 00378-0182-01 | $3.30 | $2.08 |
| Propranolol HCL 10 mg Tab 1000's 00378-0182-10 | $23.00 | $8.58 |
| Propranolol HCL 20 mg Tab 100's 00378-0183-01 | $3.60 | $2.38 |
| Propranolol HCL 20 mg Tab 1000's 00378-0183-10 | $26.00 | $9.47 |
| Propranolol HCL 40 mg Tab 100's 00378-0184-01 | $4.60 | $2.84 |