# ANDERSON EXHIBIT 2D

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Propranolol HCL 40 mg Tab 1000's 00378-0184-10 | $36.00 | $17.17 |
| Propranolol HCL 80 mg Tab 100's 00378-0185-01 | $7.60 | $3.49 |
| Propranolol HCL 80 mg Tab 500's 00378-0185-05 | $34.00 | $13.03 |
| Propranolol HCTZ 25 - 40 mg Tab 100's 00378-0731-01 | $5.25 | $3.05 |
| Propranolol HCTZ 25 - 80 mg Tab 100's 00378-0347-01 | $7.80 | $4.47 |
| Ranitidine 150 mg Tab 60's 00378-3252-91 | $14.00 | $4.36 |
| Ranitidine 150 mg Tab 100's 00378-3252-01 | $22.75 | $7.34 |
| Ranitidine 150 mg Tab 500's 00378-3252-05 | $110.00 | $34.88 |
| Ranitidine 300 mg Tab 30's 00378-3254-93 | $14.00 | $5.33 |
| Ranitidine 300 mg Tab 100's 00378-3254-01 | $45.50 | $15.98 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Ranitidine 300 mg Tab 500's 00378-3254-05 | $220.00 | $81.52 |
| Spironolactone 25 mg Tab 100's 00378-2146-01 | $20.00 | $11.91 |
| Spironolactone 25 mg Tab 500's 00378-2146-05 | $94.00 | $55.55 |
| Spironolactone/HCTZ 25/25 Tab 100's 00378-0141-01 | $21.50 | $13.23 |
| Spironolactone/HCTZ 25/25 Tab 500's 00378-0141-05 | $101.50 | $62.16 |
| Terazosin HCL 10 mg Cap 100's 00378-1570-01 | $112.35 | $41.27 |
| Terazosin HCL 1 mg Cap 100's 00378-2260-01 | $112.35 | $41.27 |
| Terazosin HCL 2 mg Cap 100's 00378-2264-01 | $112.35 | $41.27 |
| Terazosin HCL 5 mg Cap 100's 00378-2268-01 | $112.35 | $41.27 |
| Thioridazine HCL 10 mg Tab 100's 00378-0612-01 | $10.30 | $6.28 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH  & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Thioridazine HCL 10 mg Tab 1000's 00378-0612-10 | $93.00 | $61.54 |
| Thioridazine HCL 25 mg Tab 100's 00378-0614-01 | $12.10 | $7.82 |
| Thioridazine HCL 25 mg Tab 1,000's 00378-0614-10 | $113.00 | $73.37 |
| Thioridazine HCL 50 mg Tab 100's 00378-0616-01 | $19.35 | $11.44 |
| Thioridazine HCL 50 mg Tab 1000's 00378-0616-10 | $185.50 | $120.71 |
| Thioridazine HCL 100 mg Tab 100's 00378-0618-01 | $25.50 | $15.64 |
| Thioridazine HCL 100 mg Tab 1000's 00378-0618-10 | $247.00 | $160.35 |
| Thiothixene 1 mg Cap 100's 00378-1001-01 | $5.95 | $3.89 |
| Thiothixene 2 mg Cap 100's 00378-2002-01 | $7.95 | $5.15 |
| Thiothixene 2 mg Cap 1,000's 00378-2002-10 | $69.95 | $51.18 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Thiothixene 5 mg Cap 100's 00378-3005-01 | $11.25 | $7.60 |
| Thiothixene 5 mg Cap 1000's 00378-3005-10 | $105.00 | $73.13 |
| Thiothixene 10 mg Cap 100's 00378-5010-01 | $16.75 | $10.65 |
| Thiothixene 10 mg Cap 1,000's 00378-5010-10 | $155.00 | $111.83 |
| Timolol Maleate 5 mg Tab 100's 00378-0055-01 | $11.50 | $8.23 |
| Timolol Maleate 10 mg Tab 100's 00378-0221-01 | $15.95 | $12.55 |
| Timolol Maleate 20 mg Tab 100's 00378-0715-01 | $31.95 | $22.37 |
| Tolazamide 25 mg Tab 100's 00378-0217-01 | $8.50 | $6.17 |
| Tolazamide 500 mg Tab 100's 00378-0551-01 | $16.50 | $11.46 |
| Tolbutamide 500 mg Tab 100's 00378-0215-01 | $12.31 | $7.40 |

CIVIL ACTION NO.  00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Tolbutamide 500 mg Tab 500's 00378-0215-05 | $60.35 | $34.61 |
| Triamter/HCTZ 37.5/25 Cap 100's 00378-2537-01 | $21.21 | $11.18 |
| Triamter/HCTZ 37.5/25 Cap 1000's 00378-2537-10 | $203.96 | $106.23 |
| TriamterHCTZ 37.5/25 Tab 100's 00378-1352-01 | $20.40 | $10.35 |
| Triamter/HCTZ 37.5/25 Tab 500's 00378-1352-05 | $99.19 | $44.85 |
| Triamter/HCTZ 75/50 Tab 100's 00378-1355-01 | $4.00 | $2.53 |
| Triamter/HCTZ 75/50 Tab 500's 00378-1355-05 | $18.00 | $9.41 |
| Trifluoperazine HCL 1 mg 100's 00378-2401-01 | $16.22 | $10.60 |
| Trifluoperazine HCL 2 mg 100's 00378-2402-01 | $23.68 | $15.34 |
| Trifluoperazine HCL 5 mg 100's 00378-2405-01 | $28.47 | $17.73 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG<br>STRENGTH & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Trifluoperazine HCL<br>5 mg 500's<br>00378-2405-05 | $126.69 | $84.24 |
| Trifluoperazine HCL<br>10 mg 100's<br>00378-2410-01 | $36.02 | $23.59 |
| Trifluoperazine HCL<br>10 mg 500's<br>00378-2410-05 | $162.09 | $112.04 |
| Verapamil<br>80 mg Tab 100's<br>00378-0512-01 | $4.15 | $3.49 |
| Verapamil<br>80 mg Tab 1000's<br>00378-0512-10 | $36.25 | $30.71 |
| Verapamil<br>120 mg Tab 500's<br>00378-0772-05 | $28.30 | $21.90 |
| Verapamil HCL ER<br>120 mg Tab (Isoptin) 100's<br>00378-1120-01 | $60.21 | $45.26 |
| Verapamil HCL ER<br>240 mg Tab (Isoptin) 100's<br>00378-0411-01 | $18.00 | $13.61 |
| Verapamil HCL ER<br>240 mg Tab (isoptin) 500's<br>00378-0411-05 | $78.50 | $58.29 |
| Verapamil HCL ER<br>120 mg Caps (Verelan) 100's<br>00378-6320-01 | $55.00 | $41.27 |

CIVIL ACTION NO. 00 CV 10698 MLW

| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
|---|---|---|
| Verapamil HCL ER 180 mg Caps (Verelan) 100's 00378-6380-01 | $58.00 | $44.84 |
| Verapamil HCL ER 240 mg Caps (Verelan) 100's 00378-6440-01 | $66.00 | $49.52 |

97.    The false price and cost representations, as they were submitted to the State of Texas on or after April 7, 1994, are organized in a chart within this paragraph by "Drug", "NDC Number", Texas Medicaid Payment Amount ("WEAC"/"DEAC"), "Relator's Cost", the "Gross Profit" and the percentage of "Gross Profit."  The amount under the heading "Relator's Cost" is the true price that DEFENDANT MYLAN PHARMACEUTICALS charged the Relator for the drug or caused another entity to charge the Relator for the drug.  A comparison of the Relator's cost with DEFENDANT MYLAN PHARMACEUTICALS' price representations shows the falsity of DEFENDANT MYLAN PHARMACEUTICALS' price representations for the specified drugs.  Furthermore, the table shows the materiality of DEFENDANT MYLAN PHARMACEUTICALS' false statements because it shows health care providers made a profit for prescribing DEFENDANT MYLAN PHARMACEUTICALS' drugs. Texas Medicaid, which intended to pay for drugs based upon estimated acquisition costs, never intended to pay the amounts under the heading "Gross Profit."

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC ‾‾‾ DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ ‾‾‾ DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % ‾‾‾ DEAC Provider's Gross Profit % |
| Acebutolol HCL 200 mg Cap 100's | 00378-1200-01 | $34.40 $ $ | $17.09 | $17.31 $ | 50% % |
| Acebutolol HCL 400 mg Cap 100's | 00378-1400-01 | $50.12 $ $ | $27.16 | $22.96 $ | 46% % |
| Acyclovir 200 mg Cap 100's | 00378-2200-01 | $28.59 $ $ | $12.31 | $16.28 $ | 57% % |
| Acyclovir 400 mg Tab 100's | 00378-0253-01 | $55.54 $ $ | $19.01 | $36.53 $ | 66% % |
| Acyclovir 800 mg Tab 100's | 00378-0302-01 | $107.97 $ $ | $43.20 | $ 64.77 $ | 60% % |
| Allopurinol 300 mg Tab 500's | 00378-0181-05 | $59.36 $ $ | $31.95 | $27.41 $ | 46% % |
| Amiloride HCL & HCTZ 50 - 5 mg Tab 100's | 00378-0577-01 | $5.58 $ $ | $2.98 | $2.60 $ | 47% % |
| Amiloride HCL & HCTZ 50 - 5 mg Tab 500's | 00378-0577-05 | $26.54 $ $ | $14.79 | $12.05 $ | 45% % |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC ‾‾‾ DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ ‾‾‾ DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % ‾‾‾ DEAC Provider's Gross Profit % |
| Amitriptyline HCL 10 mg Tab 100's | 00378-2610-01 | $3.13 $ $ | $1.97 | $1.16 $ | 37% % |
| Amitriptyline HCL 25 mg Tab 100's | 00378-2625-01 | $3.69 $ $ | $1.78 | $1.91 $ | 52% % |
| Amitriptyline HCL 25 mg Tab 1000's | 00378-2625-10 | $28.00 $ $ | $15.74 | $12.26 $ | 44% % |
| Amitriptyline HCL 50 mg Tab 100's | 00378-2650-01 | $4.48 $ $ | $2.31 | $2.17 $ | 48% % |
| Amitriptyline HCL 50 mg Tab 1000's | 00378-2650-10 | $33.60 $ $ | $20.83 | $12.77 $ | 38% % |
| Amitriptyline HCL 75 Mg Tab 100's | 00378-2675-01 | $7.84 $ $ | $3.38 | $4.46 $ | 57% % |
| Amitriptyline HCL 100 mg Tab 100's | 00378-2685-01 | $10.08 $ $ | $3.86 | $6.22 $ | 62% % |
| Amitriptyline HCL 150 Mg Tab 100's | 00378-2695-01 | $13.44 $ $ | $7.34 | $6.10 $ | 45% % |
| Atenolol 25 mg Tabs 100's | 00378-0218-01 | $6.16 $ $ | $2.08 | $4.08 $ | 66% % |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Atenolol<br>25 mg Tabs 1000's | 00378-0218-10 | $61.04<br>$<br>$ | $19.17 | $41.87<br>$ | 69%<br>% |
| Atenolol<br>50 mg Tab 100's | 00378-0231-01 | $3.30<br>$<br>$ | $1.90 | $1.40<br>$ | 42%<br>% |
| Atenolol<br>50 mg Tab 1000's | 00378-0231-10 | $29.00<br>$<br>$ | $15.19 | $13.81<br>$ | 48%<br>% |
| Atenolol<br>100 mg Tab 100's | 00378-0757-01 | $5.54<br>$<br>$ | $3.14 | $2.40<br>$ | 43%<br>% |
| Atenolol/Chlorthal<br>50/25 mg 100's | 00378-2063-01 | $19.04<br>$<br>$ | $7.70 | $11.34<br>$ | 60%<br>% |
| Atenolol/Chlorthal<br>100/25 mg 100's | 00378-2064-01 | $29.12<br>$<br>$ | $11.84 | $17.28<br>$ | 59%<br>% |
| Azathioprine<br>500 mg 100's | 00378-1005-01 | $102.76<br>$<br>$ | $47.34 | $55.42<br>$ | 54%<br>% |
| Bumetanide<br>0.5 mg Tab 100's | 00378-0245-01 | $13.01<br>$<br>$ | $8.14 | $4.87<br>$ | 37%<br>% |
| Bumetanide<br>1.0 Mg Tab 100's | 00378-0370-01 | $21.01<br>$<br>$ | $9.08 | $11.93<br>$ | 57%<br>% |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Bumetanide 2.0 Mg Tab 100's | 00378-0417-01 | $35.15 $ $ | $12.67 | $22.48 $ | 64% % |
| Captopril 12.5 Mg Tab 100's | 00378-3007-01 | $3.64 $ $ | $1.69 | $1.95 $ | 54% % |
| Captopril 12.5 Mg Tab 1000's | 00378-3007-10 | $27.93 $ $ | $14.58 | $13.35 $ | 48% % |
| Captopril 25 Mg Tab 100's | 00378-3012-01 | $4.20 $ $ | $2.30 | $1.90 $ | 45% % |
| Captopril 25 Mg Tab 1000's | 00378-3012-10 | $37.80 $ $ | $21.81 | $15.99 $ | 42% % |
| Captopril 50 Mg Tab 100's | 00378-3017-01 | $ $ $ $ | $3.88 | $ $ | % % |
| Captopril 50 Mg Tab 1000's | 00378-3017-10 | $61.99 $ $ | $36.92 | $25.07 $ | 40% % |
| Captopril 100 Mg Tab 100's | 00378-3022-01 | $15.07 $ $ | $8.17 | $6.90 $ | 46% % |
| Captopril/HCTZ 25/15 Mg 100's | 00378-0081-01 | $44.74 $ $ | $13.31 | $31.43 $ | 70% % |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Captopril/HCTZ 25/25 Mg 100's | 00378-0083-01 | $44.74<br>$<br>$ | $13.31 | $31.43<br>$ | 70%<br>% |
| Captopril/HCTZ 50/15 Mg 100's | 00378-0084-01 | $76.44<br>$<br>$ | $19.83 | $56.61<br>$ | 74%<br>% |
| Captopril/HCTZ 50/25 Mg 100's | 00378-0086-01 | $76.44<br>$<br>$ | $19.83 | $56.61<br>$ | 74%<br>% |
| Cefaclor 250 Mg Caps 100's | 00378-7250-01 | $49.28<br>$<br>$ | $27.53 | $21.75<br>$ | 44%<br>% |
| Cefaclor 500Mg Caps 100's | 00378-7500-01 | $96.32<br>$<br>$ | $54.10 | $42.22<br>$ | 44%<br>% |
| Cefacaclor 250 Mg/5 ml O/S 150 ml | 00378-7610-06 | $19.03<br>$<br>$ | $13.37 | $5.66<br>$ | 30%<br>% |
| Cefaclor 250 Mg/5 ml O/S 75 ml | 00378-7610-12 | $10.08<br>$<br>$ | $6.92 | $3.16<br>$ | 31%<br>% |
| Cefaclor 375 Mg/5 ml O/S 100 ml | 00378-7612-02 | $19.04<br>$<br>$ | $13.37 | $5.67<br>$ | 30%<br>% |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Cefaclor 375 Mg/5 ml O/S 50 ml | 00378-7612-09 | $10.08<br>$<br>$ | $6.92 | $3.16<br>$ | 31%<br>% |
| Cimetidine 200 Mg Tab 100's | 00378-0053-01 | $9.80<br>$<br>$ | $6.84 | $2.96<br>$ | 30%<br>% |
| Cimetidine 300 Mg Tab 100's | 00378-0317-01 | $10.36<br>$<br>$ | $5.56 | $4.80<br>$ | 46%<br>% |
| Cimetidine 300 Mg Tab 500's | 00378-0317-05 | $49.56<br>$<br>$ | $27.64 | $21.92<br>$ | 44%<br>% |
| Cimetidine 400 Mg Tab 100's | 00378-0372-01 | $12.04<br>$<br>$ | $6.64 | $5.40<br>$ | 45%<br>% |
| Cimetidine 400 Mg Tab 500's | 00378-0372-05 | $57.96<br>$<br>$ | $32.74 | $25.22<br>$ | 44%<br>% |
| Cimetidine 800 Mg Tab 100's | 00378-0541-01 | $22.12<br>$<br>$ | $13.62 | $8.50<br>$ | 38%<br>% |
| Clomipramine HCL 25 Mg Cap 100's | 00378-3025-01 | $28.56<br>$<br>$ | $11.25 | $17.31<br>$ | 61%<br>% |
| Clomipramine HCL 50 Mg Cap 100's | 00378-3050-01 | $38.36<br>$<br>$ | $16.76 | $21.60<br>$ | 56%<br>% |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Clomipramine HCL 75 MG Cap 100's | 00378-3075-01 | $49.44<br>$<br>$ | $22.37 | $27.07<br>$ | 55%<br>% |
| Clonazepam 0.5 Mg Tab 100's | 00378-1910-01 | $20.60<br>$<br>$ | $3.57 | $17.03<br>$ | 83%<br>% |
| Clonazepam 0.5 Mg Tab 1000's | 00378-1910-10 | $196.00<br>$<br>$ | $31.95 | $158.05<br>$ | 81%<br>% |
| Clonazepam 1 Mg Tab 100's | 00378-1912-01 | $23.96<br>$<br>$ | $4.74 | $19.22<br>$ | 80%<br>% |
| Clonazepam 1 Mg Tab 1000's | 00378-1912-10 | $227.69<br>$<br>$ | $42.60 | $185.09<br>$ | 81%<br>% |
| Clonazepam 2 Mg Tab 100's | 00378-1914-01 | $32.76<br>$<br>$ | $5.91 | $26.85<br>$ | 82%<br>% |
| Clonazepam 2 Mg Tab 500's | 00378-1914-05 | $155.68<br>$<br>$ | $26.04 | $129.64<br>$ | 83%<br>% |
| Clorazepate 3.75 Mg Tab 100's | 00378-0030-01 | $69.27<br>$<br>$ | $45.95 | $23.32<br>$ | 34%<br>% |
| Clorazepate 3.75 Mg Tab 500's | 00378-0030-05 | $342.10<br>$<br>$ | $218.59 | $123.51<br>$ | 36%<br>% |

91

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<hr>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<hr>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<hr>DEAC Provider's Gross Profit % |
| Clorazepate 7.5 Mg Tab 100's | 00378-0040-01 | $86.18<br>$<br>$ | $57.72 | $28.46<br>$ | 33%<br>% |
| Clorazepate 7.5 Mg Tab 500's | 00378-0040-05 | $422.24<br>$<br>$ | $274.66 | $147.58<br>$ | 35%<br>% |
| Clorazepate 15 Mg Tab 100's | 00378-0070-01 | $116.93<br>$ | $81.37 | $35.56<br>$ | 30%<br>% |
| Clozapine 100 Mg 100's | 00378-0860-01 | $175.00<br>$<br>$ | $156.56 | $18.44<br>$ | 11%<br>% |
| Cyclobenzaprine HCL 10 Mg Tab 100's | 00378-0751-01 | $6.76<br>$<br>$ | $3.79 | $2.97<br>$ | 44%<br>% |
| Cyclobenzaprine HCL 10 Mg Tab 1000's | 00378-0751-10 | $52.27<br>$<br>$ | $28.09 | $24.18<br>$ | 46%<br>% |
| Diazepam 2 Mg Tab 100's | 00378-0271-01 | $2.24<br>$<br>$ | $1.44 | $0.80<br>$ | 36%<br>% |
| Diazepam 2 Mg Tab 500's | 00378-0271-05 | $9.52<br>$<br>$ | $4.37 | $5.15<br>$ | 54%<br>% |
| Diazepam 5 Mg Tab 100's | 00378-0345-01 | $2.35<br>$<br>$ | $1.54 | $0.81<br>$ | 34%<br>% |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br><br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br><br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br><br>DEAC Provider's Gross Profit % |
| Diazepam 5 Mg Tab 500's | 00378-0345-05 | $10.08<br>$<br>$ | $4.90 | $5.18<br>$ | 51%<br>% |
| Diazepam 10 Mg Tab 100's | 00378-0477-01 | $2.57<br>$<br>$ | $1.86 | $0.71<br>$ | 28%<br>% |
| Diazepam 10 Mg Tab 500's | 00378-0477-05 | $11.20<br>$<br>$ | $5.86 | $5.34<br>$ | 48%<br>% |
| Diclofenac Potassium 50 Mg 100's | 00378-2474-01 | $87.36<br>$<br>$ | $26.31 | $61.05<br>$ | 70%<br>% |
| Dicyclomine HCL 10 Mg Caps 100's | 00378-1610-01 | $9.12<br>$<br>$ | $4.74 | $4.38<br>$ | 48%<br>% |
| Dicyclomine HCL 10 Mg Caps 500's | 00378-1610-05 | $44.24<br>$<br>$ | $22.15 | $22.09<br>$ | 50%<br>% |
| Dicyclomine HCL 20 MG Tabs 100's | 00378-1620-01 | $11.36<br>$<br>$ | $6.23 | $5.13<br>$ | 45%<br>% |
| Dicyclomine HCL 20 MG Tabs 500's | 00378-1620-05 | $55.16<br>$<br>$ | $28.12 | $27.04<br>$ | 49%<br>% |
| Diltiazem HCL 30 Mg Tab 100's | 00378-0023-01 | $5.95<br>$<br>$ | $2.88 | $3.07<br>$ | 52%<br>% |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC ‾‾‾ DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ ‾‾‾ DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % ‾‾‾ DEAC Provider's Gross Profit % |
| Diltiazem HCL 30 MG Tab 500's | 00378-0023-05 | $23.80 $ $ | $12.57 | $11.23 $ | 47% % |
| Diltiazem HCL 60 Mg Tab 100's | 00378-0045-01 | $8.61 $ $ | $5.06 | $3.55 $ | 41% % |
| Diltiazem HCL 60 MG Tab 500's | 00378-0045-05 | $41.02 $ $ | $23.59 | $17.43 $ | 42% % |
| Diltiazem HCL 90 Mg Tab 100's | 00378-0135-01 | $10.99 $ $ | $7.99 | $3.00 $ | 27% % |
| Diltiazem HCL 90 MG Tab 500's | 00378-0135-05 | $52.33 $ $ | $37.49 | $14.84 $ | 28% % |
| Diltiazem HCL 120 Mg Tab 100's | 00378-0525-01 | $17.39 $ $ | $10.38 | $7.01 $ | 40% % |
| Diltiazem HCL Er 60 MG Cap 100's | 00378-6060-01 | $54.60 $ $ | $24.54 | $30.06 $ | 55% % |
| Diltiazem HCL ER 90 Mg Cap 100's | 00378-6090-01 | $62.44 $ $ | $35.91 | $26.53 $ | 42% % |
| Diltiazem HCL ER 120 Mg Cap 100's | 00378-6120-01 | $81.36 $ $ | $52.56 | $28.80 $ | 35% % |

CIVIL ACTION NO. 00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Diltiazem HCL ER 180 Mg Cap DT 500's | 00378-5280-05 | $347.20<br>$<br>$ | $224.25 | $122.95<br>$ | 35%<br>% |
| Diltiazem HCL ER 240 Mg Cap DT 100's | 00378-5340-01 | $82.88<br>$<br>$ | $51.72 | $31.61<br>$ | 38%<br>% |
| Diltiazem HCL ER 240 MG Cap DT 500's | 00378-5340-05 | $411.60<br>$<br>$ | $245.08 | $166.52<br>$ | 40%<br>% |
| Diphenoxyliatropine 2.5/.025 100's | 00378-0415-01 | $33.25<br>$<br>$ | $18.37 | $14.88<br>$ | 45%<br>% |
| Diphenoxyliatropine 2.5/.025 1000's | 00378-0415-10 | $282.46<br>$<br>$ | $165.34 | $117.12<br>$ | 41%<br>% |
| Fluphenazine HCL 1 mg Tab 100's | 00378-6004-01 | $14.00<br>$<br>$ | $9.35 | $4.65<br>$ | 33%<br>% |
| Fluphenazine HCL 1 mg Tab 500's | 00378-6004-05 | $67.20<br>$<br>$ | $40.50 | $26.70<br>$ | 40%<br>% |
| Fluphenazine HCL 2.5 mg Tab 100's | 00378-6009-01 | $20.72<br>$<br>$ | $12.73 | $7.99<br>$ | 39%<br>% |
| Fluphenazine HCL 2.5 mg Tab 500's | 00378-6009-05 | $100.80<br>$<br>$ | $68.77 | $32.03<br>$ | 32%<br>% |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br><br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br><br>DEAC Provider's Gross Profit % |
| Fluphenazine HCL 5 mg Tab 100's | 00378-6074-01 | $27.44<br>$<br>$ | $16.26 | $11.18<br>$ | 41%<br>% |
| Fluphenazine HCL 5 mg Tab 500's | 00378-6074-05 | $134.40<br>$<br>$ | $80.39 | $54.01<br>$ | 40%<br>% |
| Fluphenazine HCL 10 mg Tab 100's | 00378-6097-01 | $40.88<br>$<br>$ | $20.95 | $19.93<br>$ | 49%<br>% |
| Fluphenazine Hcl 10 mg Tab 500's | 00378-6097-05 | $201.60<br>$<br>$ | $96.40 | $105.20<br>$ | 52%<br>% |
| Flurazepam Hcl 15 mg Cap 100's | 00378-4415-01 | $5.88<br>$<br>$ | $4.69 | $1.19<br>$ | 20%<br>% |
| Flurbiprofen 50 mg Tab 100's | 00378-0076-01 | $16.80<br>$<br>$ | $9.97 | $6.83<br>$ | 41%<br>% |
| Flurbiprofen 100 mg Tab 100's | 00378-0093-01 | $27.44<br>$<br>$ | $15.09 | $12.35<br>$ | 45%<br>% |
| Flurbiprofen 100 mg Tab 500's | 00378-0093-05 | $134.40<br>$<br>$ | $71.36 | $63.04<br>$ | 47%<br>% |
| Furosemide 20 mg Tab 100's | 00378-0208-01 | $2.35<br>$<br>$ | $1.83 | $0.52<br>$ | 22%<br>% |

96

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Furosemide 20 mg Tab 1000's | 00378-0208-10 | $17.92<br>$<br>$ | $13.63 | $4.29<br>$ | 24%<br>% |
| Furosemide 40 mg Tab 100's | 00378-0216-01 | $2.80<br>$<br>$ | $2.16 | $0.64<br>$ | 23%<br>% |
| Furosemide 40 mg Tab 1000's | 00378-0216-10 | $22.40<br>$<br>$ | $17.04 | $5.36<br>$ | 24%<br>% |
| Furosemide 80 mg Tab 100's | 00378-0232-01 | $5.26<br>$<br>$ | $4.06 | $1.20<br>$ | 23%<br>% |
| Furosemide 80 mg Tab 500's | 00378-0232-05 | $23.52<br>$<br>$ | $17.89 | $5.63<br>$ | 24%<br>% |
| Glipizide 5 mg Tab 100's | 00378-1105-01 | $7.11<br>$<br>$ | $3.59 | $3.52<br>$ | 50%<br>% |
| Glipizide 5 mg Tab 500's | 00378-1105-05 | $33.60<br>$<br>$ | 14.30 | $19.30<br>$ | 57%<br>% |
| Glipizide 10 mg Tab 100's | 00378-1110-01 | $10.41<br>$<br>$ | $5.56 | $4.85<br>$ | 47%<br>% |
| Glipizide 10 mg Tab 500's | 00378-1110-05 | $49.28<br>$<br>$ | $21.30 | $27.98<br>$ | 57%<br>% |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Glyburide 1.5 mg Tab 100's | 00378-1113-01 | $19.88<br>$<br>$ | $5.64 | $14.24<br>$ | 72%<br>% |
| Glyburide 3 mg Tab 100's | 00378-1125-01 | $25.20<br>$<br>$ | $7.67 | $17.53<br>$ | 70%<br>% |
| Glyburide 3 mg Tab 1000's | 00378-1125-10 | $235.20<br>$<br>$ | $72.85 | $162.35<br>$ | 69%<br>% |
| Glyburide 6 mg 100's | 00378-1142-01 | $64.96<br>$<br>$ | $22.42 | $42.54<br>$ | 65%<br>% |
| Guanfacine 1 mg Tab 100's | 00378-1160-01 | $39.20<br>$<br>$ | $14.75 | $24.45<br>$ | 62%<br>% |
| Guanfacine 2 mg Tab 100's | 00378-1190-01 | $53.76<br>$<br>$ | $20.02 | $33.74<br>$ | 63%<br>% |
| Hydroxychloroquine 200 mg Tab 100's | 00378-0373-01 | $63.72<br>$<br>$ | $28.40 | $35.32<br>$ | 55%<br>% |
| Indapamide 1.25 mg Tab 100's | 00378-0069-01 | $8.91<br>$<br>$ | $4.48 | $4.43<br>$ | 50%<br>% |
| Indapamide 1.25 mg Tab 500's | 00378-0069-05 | $38.31<br>$<br>$ | $21.30 | $17.01<br>$ | 44%<br>% |

CIVIL ACTION NO. 00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Indapamide 2.5 mg Tab 100's | 00378-0080-01 | $11.76<br>$<br>$ | $7.38 | $4.38<br>$ | 37%<br>% |
| Indapamide 2.5 mg Tab 1000's | 00378-0080-10 | $110.88<br>$<br>$ | $61.48 | $49.40<br>$ | 45%<br>% |
| Indomethacin 25 mg Cap 100's | 00378-0143-01 | $3.30<br>$<br>$ | $2.61 | $0.69<br>$ | 21%<br>% |
| Indomethacin 25 mg Cap 1000's | 00378-0143-10 | $28.56<br>$<br>$ | $22.79 | $5.77<br>$ | 20%<br>% |
| Indomethacin 50 mg Cap 100's | 00378-0147-01 | $4.76<br>$<br>$ | $3.78 | $0.98<br>$ | 21%<br>% |
| Indomethacin 50 mg Cap 500's | 00378-0147-05 | $21.56<br>$<br>$ | $17.20 | $4.36<br>$ | 20%<br>% |
| Ketoconazole 200 mg Tabs 100's | 00378-0261-01 | $207.20<br>$<br>$ | $64.91 | $142.29<br>$ | 69%<br>% |
| Ketoprofen 50 mg Cap 100's | 00378-4070-01 | $15.79<br>$<br>$ | $8.00 | $7.79<br>$ | 49%<br>% |
| Ketoprofen 75 mg Cap 100's | 00378-5750-01 | $18.53<br>$<br>$ | $9.56 | $8.97<br>$ | 48%<br>% |

CIVIL ACTION NO. 00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider' s Gross Profit %<br>DEAC Provider' s Gross Profit % |
| Ketorolac Tromethamine 10 mg 100's | 00378-1134-01 | $72.46<br>$<br>$ | $44.98 | $27.48<br>$ | 38%<br>% |
| Lactulose Solution 10 gm/15 ml 8 oz | 00378-3331-70 | $5.76<br>$<br>$ | $3.32 | $2.44<br>$ | 42%<br>% |
| Lactulose Solution 10 gm/15 ml 16 oz | 00378-3331-72 | $10.58<br>$<br>$ | $4.97 | $5.61<br>$ | 53%<br>% |
| Lactulose Solution 10 gm/15 ml 32 oz | 00378-3331-74 | $20.71<br>$<br>$ | $8.88 | $11.83<br>$ | 57%<br>% |
| Loperamide HCL 2 mg Cap 100's | 00378-2100-01 | $11.20<br>$<br>$ | $7.26 | $3.94<br>$ | 35%<br>% |
| Loperamide HCL 2 mg Cap 500's | 00378-2100-05 | $52.64<br>$<br>$ | $33.97 | $18.67<br>$ | 35%<br>% |
| Lorazepam 0.5 mg Tab 100's | 3078-0321-01 | $34.27<br>$<br>$ | $14.16 | $20.11<br>$ | 59%<br>% |
| Lorazepam 1.0 mg Tab 100's | 00378-0457-01 | $45.02<br>$<br>$ | $18.00 | $27.02<br>$ | 60%<br>% |
| Lorazepam 1.0 mg Tab 500's | 00378-0457-05 | $214.48<br>$<br>$ | $85.47 | $129.01<br>$ | 60%<br>% |

CIVIL ACTION NO. 00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC ___ DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ ___ DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % ___ DEAC Provider's Gross Profit % |
| Lorazepam 1.0 mg Tab 1000's | 00378-0457-10 | $423.80 $ $ | $161.99 | $261.81 $ | 62% % |
| Lorazepam 2.0 mg Tab 100's | 3078-0777-01 | $66.75 $ $ | $27.16 | $39.59 $ | 59% % |
| Lorazepam 2.0 mg Tab 500s | 00378-0777-05 | $319.42 $ $ | $129.02 | $190.40 $ | 60% % |
| Methotrexate 2.5 mg Tab 100's | 00378-0014-01 | $94.36 $ $ | $42.01 | $52.35 $ | 55% % |
| Methyldopa 250 mg Tab 100's | 00378-0611-01 | $7.56 $ $ | $6.53 | $1.03 $ | 14% % |
| Nadolol 20 mg Tab 100's | 00378-0028-01 | $34.72 $ $ | $7.25 | $27.47 $ | 79% % |
| Nadolol 40 mg Tab 100's | 00378-1171-01 | $43.12 $ $ | $11.97 | $31.15 $ | 72% % |
| Nadolol 40 mg Tab 1000's | 00378-1171-10 | $424.48 $ $ | $113.14 | $311.34 $ | 73% % |
| Nadolol 80 mg Tab 100's | 00378-1132-01 | $59.92 $ $ | $20.16 | $39.76 $ | 66% % |

101

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Nadolol<br>80 mg Tab 1000's | 00378-1132-10 | $592.48<br>$<br>$ | $195.07 | $397.41<br>$ | 67%<br>% |
| Nicardipine HCL<br>20 mg Cap 90's | 00378-1020-77 | $27.47<br>$<br>$ | $8.84 | $18.63<br>$ | 68%<br>% |
| Nicardipine HCL<br>20 mg Cap 500's | 00378-1020-05 | $133.31<br>$<br>$ | $46.65 | $86.66<br>$ | 65%<br>% |
| Nicardipine HCL<br>30 mg Cap 90's | 00378-1430-77 | $43.70<br>$<br>$ | $14.86 | $28.84<br>$ | 66%<br>% |
| Nicardipine HCL<br>30 mg Cap 500's | 00378-1430-05 | $211.89<br>$<br>$ | $78.38 | $133.51<br>$ | 63%<br>% |
| Nitrofurantoin<br>50 mg Cap 100's | 00378-1650-01 | $37.80<br>$<br>$ | $17.68 | $20.12<br>$ | 53%<br>% |
| Nitrofurantoin<br>50 mg Cap 500's | 00378-1650-05 | $179.73<br>$<br>$ | $83.98 | $95.75<br>$ | 53%<br>% |
| Nitrofurantoin<br>10 mg Cap 100's | 00378-1700-01 | $63.26<br>$<br>$ | $31.42 | $31.84<br>$ | 50%<br>% |
| Nortriptyline HCL<br>10 mg Cap 100's | 00378-1410-01 | $7.78<br>$<br>$ | $3.73 | $4.05<br>$ | 52%<br>% |

102

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC <br> DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ <br> DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % <br> DEAC Provider's Gross Profit % |
| Nortriptyline HCL 25 mg Cap 100's | 00378-2325-01 | $10.75 <br> $ <br> $ | $5.38 | $5.37 <br> $ | 50% <br> % |
| Nortriptyline HCL 50 mg Cap 100's | 00378-3250-01 | $13.10 <br> $ <br> $ | $6.75 | $6.35 <br> $ | 48% <br> % |
| Nortriptyline HCL 75 mg Cap 100's | 00378-4175-01 | $16.74 <br> $ <br> $ | $8.40 | $8.34 <br> $ | 50% <br> % |
| Orphenadrine Citrate ER 100 mg 100's | 00378-3358-01 | $136.08 <br> $ <br> $ | $64.91 | $71.17 <br> $ | 52% <br> % |
| Orphenadrine Citrate ER 100 mg 500's | 00378-3358-05 | $668.58 <br> $ <br> $ | $308.32 | $360.26 <br> $ | 54% <br> % |
| Orphenadrine W/AC 385/30/26 mg 100's | 00378-3354-01 | $61.60 <br> $ <br> $ | $21.30 | $40.30 <br> $ | 65% <br> % |
| Orphenadrine W/AC 770/60/50 mg 100's | 00378-3356-01 | $89.60 <br> $ <br> $ | $28.40 | $61.20 <br> $ | 68% <br> % |
| Pentoxifyline ER 400 mg Tab 100's | 00378-0357-01 | $43.13 <br> $ <br> $ | $15.82 | $27.31 <br> $ | 63% <br> % |
| Pindolol 5 mg Tab 100's | 00378-0052-01 | $14.50 <br> $ <br> $ | $5.56 | $8.94 <br> $ | 62% <br> % |

CIVIL ACTION NO. 00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Pindolol<br>10 mg Tab 100's | 00378-0127-01 | $18.98<br>$<br>$ | $8.65 | $10.33<br>$ | 54%<br>% |
| Piroxicam<br>10 mg Cap 100's | 00378-1010-01 | $6.65<br>$<br>$ | $3.61 | $3.04<br>$ | 46%<br>% |
| Piroxicam<br>20 mg Cap 100's | 00378-2020-01 | $8.44<br>$<br>$ | $4.38 | $4.06<br>$ | 48%<br>% |
| Piroxicam<br>20 mg Cap 500's | 00378-2020-05 | $37.55<br>$<br>$ | $19.53 | $18.02<br>$ | 48%<br>% |
| Prazosin HCL<br>1 mg Cap 100's | 00378-1101-01 | $6.16<br>$<br>$ | $3.67 | $2.49<br>$ | 40%<br>% |
| Prazosin HCL<br>1 mg Cap 1000's | 00378-1101-10 | $55.72<br>$<br>$ | $3.67 | $52.05<br>$ | 93%<br>% |
| Prazosin HCL<br>2 mg Cap 100's | 00378-2302-01 | $7.78<br>$<br>$ | $4.21 | $3.57<br>$ | 46%<br>% |
| Prazosin HCL<br>2 mg Cap 1000's | 00378-2302-10 | $69.16<br>$<br>$ | $35.68 | $33.48<br>$ | 49%<br>% |
| Prazosin HCL<br>5 mg Cap 100's | 00378-3205-01 | $12.88<br>$<br>$ | $7.56 | $5.32<br>$ | 41%<br>% |

CIVIL ACTION NO.  00 CV 10698 MLW

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost<br>(in or about<br>January<br>2001) | WEAC<br>Provider's<br>Gross Profit<br>$<br>DEAC<br>Provider's<br>Gross Profit<br>$ | WEAC<br>Provider's Gross<br>Profit %<br>DEAC<br>Provider's Gross<br>Profit % |
| Prazosin HCL<br>5 mg Cap 250's | 00378-3205-25 | $30.18<br>$<br>$ | $19.44 | $10.74<br>$ | 36%<br>% |
| Probenecio<br>500 mg Tab 100's | 00378-0156-01 | $55.44<br>$<br>$ | $37.28 | $18.16<br>$ | 33%<br>% |
| Prochlorperazine<br>MAL<br>5 mg 100's | 00378-5105-01 | $35.84<br>$<br>$ | $18.07 | $17.77<br>$ | 50%<br>% |
| Prochlorperazine<br>MAL<br>10 mg 100's | 00378-5110-01 | $53.76<br>$<br>$ | $27.24 | $26.52<br>$ | 49%<br>% |
| Propoxyphene<br>/APAP<br>65/650 Tab 100's | 00378-0130-01 | $12.60<br>$<br>$ | $7.07 | $5.53<br>$ | 44%<br>% |
| Propoxyphene<br>/APAP<br>65/650 Tab 500's | 00378-0130-05 | $59.80<br>$<br>$ | $30.32 | $29.78<br>$ | 50%<br>% |
| Propranolol HCL<br>10 mg Tab 100's | 00378-0182-01 | $3.69<br>$<br>$ | $2.08 | $1.61<br>$ | 44%<br>% |
| Propranolol HCL<br>10 mg Tab 1000's | 00378-0182-10 | $25.76<br>$<br>$ | $8.58 | $17.18<br>$ | 67%<br>% |