**ANDERSON EXHIBIT 6H**

CIVIL ACTION NO. 00 CV10698 MEL

## SECTION NO. 18
## THE SPECIFIC FALSE PRICE AND COST
## REPRESENTATIONS OF DEFENDANT
## BARR AS TO MEDICARE AND MEDICAID

204.   From on or before August 1, 1995 and continuing through the present date,

BARR knowingly caused Medicare/Medicaid to pay false or fraudulent claims for

prescription drugs, including those specified in this Section, and further made or used false

records or statements to get such false or fraudulent claims paid or approved.  As a result

of the said actions of  BARR and those persons and entities acting directly or indirectly in

concert with  BARR,  Medicare/Medicaid  paid grossly excessive,  unreasonable and

unlawful amounts for claims for the drugs, including those specified in this Section.  The

acts committed by  BARR that caused Medicare/Medicaid  to pay or approve said false or

fraudulent claims included, but were not necessarily limited to, knowingly making false or

fraudulent representations about prices and costs of the drugs, including those  specified

in this Section, which  BARR knew would be utilized by Medicare/Medicaid in paying or

approving claims for such drugs and using the inflated spread created by its false

representations of prices and costs as a financial inducement to increase or maintain sales

and  marketshare of those drugs.   Each of BARR's representations was utilized by

Medicare/Medicaid in paying or approving claims for the drugs, including those specified in

this Section.

205.   During the entire period of time specified in this section, BARR knowingly

caused its false or fraudulent price and cost representations to be reported by Red Book,

118

Blue Book and First DataBank's Automated Services and Medispan and further made or used false records or statements regarding the prices and costs of its  drugs, including those specified in this Section and submitted same to the Medicare/Medicaid.  BARR made and/or caused to be made approximately 36,427,129  false statements in the form of false or fraudulent price and costs representations to the state Medicaid Programs and the Medicare Program.

206.   By way of example,  BARR's price and cost representations for certain of the drugs in question, as reported by BARR are shown in the following chart. In comparison, the amount listed under the Relator's Cost column reflects the actual contract prices that were available to the Relator for the listed drugs.  The column "invoice price to wholesaler" represents the prices listed as invoice prices by one or more major wholesalers such as McKesson or Bergen Brunswig and available to the Relator through catalogs or computer purchasing software.   As a very small infusion pharmacy, the Relator did not receive the lowest prices available to volume purchasers. Accordingly,  in many instances the cost to Providers for the drugs was significantly lower than that paid by the Relator. For Providers that paid  less, the spread on the drugs was  correspondingly greater than the spread on the same drugs available to the Relator.  A listing of drugs with respect to which BARR knowingly caused Medicare/Medicaid to pay falsely inflated reimbursement amounts by reporting falsely inflated drug costs and prices is contained in **Exhibits "1"** (Medicaid) **and "2"** (Medicare/Medicaid) attached hereto.

CIVIL ACTION NO. 00 CV10698 MEL

| | Defendant: BARR CHLORDIAZEPOXIDE 10mg, 1,000's NDC # 00555-0033-05 | | | | | |
|---|---|---|---|---|---|---|
| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost Contract Price | Invoice Price to Wholesaler |
| 1993 | $22.19 | $22.19 | $22.19 | | | |
| 1994 | $22.19 | $22.19 | $31.62 | | | |
| 1995 | $31.62 | $31.62 | $31.62 | | | |
| 1996 | $31.62 | $31.62 | $31.62 | | | $13.56 |
| 1997 | $31.62 | | $31.62 | | | $13.56 |
| 1998 | $46.50 | | $46.50 | | | $13.56 |
| 1999 | $46.50 | | $139.50 | | $11.50 | $27.89 |
| 2000 | $139.50 | | $139.50 | | $26.15 | $27.89 |
| 2001 | $209.25 | | $209.25 | | $26.25 | $41.84 |
| 2002 | $209.25 | | $209.25 | | $39.37 | $41.84 |
| 2003 | $209.25 | | $209.25 | | | $43.03 |
| 2004 | $209.25 | | $209.25 | | $39.52 | $59.28 |

207.    As a result of BARR'S actions as alleged herein, the UNITED STATES has sustained damages, and BARR is liable to the United States for civil penalties and treble damages as provided by the False Claims Act.

CIVIL ACTION NO. 00 CV10698 MEL

## SECTION NO. 19
## THE SPECIFIC FALSE PRICE AND COST
## REPRESENTATIONS OF DEFENDANT
## BRISTOL-MYERS SQUIBB AS TO MEDICARE AND MEDICAID

208.    From on or before December 31, 1995 and continuing through the present

date, BRISTOL-MYERS SQUIBB knowingly caused Medicare/Medicaid to pay false or

fraudulent claims for prescription drugs, including those specified in this Section, and further

made or used false records or statements to get such false or fraudulent claims paid or

approved. As a result of the said actions of BRISTOL-MYERS SQUIBB and those persons

and entities acting directly or indirectly in concert with   BRISTOL-MYERS SQUIBB,

Medicare/Medicaid paid grossly excessive, unreasonable and unlawful amounts for claims

for the drugs, including those specified in this Section.  The acts committed by BRISTOL-

MYERS SQUIBB that caused Medicare/Medicaid to pay or approve said false or fraudulent

claims included, but were not necessarily limited to, knowingly making false or fraudulent

representations about prices and costs of the drugs, including those  specified in this

Section, which  BRISTOL-MYERS SQUIBB knew would be utilized by Medicare/Medicaid

in paying or approving claims for such drugs and using the inflated Spread created by its

false representations of prices and costs as a financial inducement to increase or maintain

sales and marketshare of those drugs.    Each of BRISTOL-MYERS SQUIBB's

representations was utilized by Medicare/Medicaid in paying or approving claims for the

drugs, including those specified in this Section.

209.    During the entire period of time specified in this section, BRISTOL-MYERS

SQUIBB knowingly caused its false or fraudulent price and cost representations to be

121

reported by Red Book, Blue Book and First DataBank's Automated Services and Medispan and further made or used false records or statements regarding the prices and costs of its drugs, including those specified in this Section and submitted same to the Medicare/Medicaid.   BRISTOL-MYERS SQUIBB made and/or caused to be made approximately 58,005,916  false statements in the form of false or fraudulent price and costs representations to the state Medicaid Programs and the Medicare Program.

210.  By way of example,   BRISTOL-MYERS SQUIBB's price and cost representations for certain of the drugs in question, as reported by BRISTOL-MYERS SQUIBB are shown in the following chart. In comparison, the amount listed under the Relator's Cost column reflects the actual contract prices that were available to the Relator for the listed drugs.  The column "invoice price to wholesaler" represents the prices listed as invoice prices by one or more major wholesalers such as McKesson or Bergen Brunswig and available to the Relator through catalogs or computer purchasing software.  As a very small infusion pharmacy, the Relator did not receive the lowest prices available to volume purchasers.  Accordingly,  in many instances the cost to Providers for the drugs was significantly lower than that paid by the Relator.  For Providers that paid  less, the Spread on the drugs was  correspondingly greater than the Spread on the same drugs available to the Relator.  A listing of drugs with respect to which BRISTOL-MYERS SQUIBB knowingly caused Medicare/Medicaid to pay falsely inflated reimbursement amounts by reporting falsely inflated drug costs and prices is contained in **Exhibits "1"**  (Medicaid) **and "2"**

CIVIL ACTION NO. 00 CV10698 MEL

**Defendant ABBOTT**
**Erythromycin Stearate**
**500 mg Tablets 100s**
**NDC #00074-6316-13**

| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost / Contract Price | Invoice Price to Wholesaler |
|------|------|------|------|------|------|------|
| 2003 | | | $26.35 | | | $15.30 |
| 2004 | | | $27.65 | | $14.59 | $21.89 |

**Defendant ABBOTT**

| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost / Contract Price | Invoice Price to Wholesaler |
|------|------|------|------|------|------|------|
| 1993 | $23.75 | $23.75 | $23.75 | $20.00 | | |
| 1994 | $23.75 | $23.75 | $23.75 | $20.00 | | $7.50 |
| 1995 | $23.75 | $23.75 | $23.75 | $20.00 | | $7.50 |
| 1996 | $23.75 | $23.75 | $24.44 | $20.00 | | $7.50 |
| 1997 | $24.44 | | $24.44 | | | $7.72 |
| 1998 | $24.44 | | $24.44 | | | $7.72 |
| 1999 | $24.44 | | $25.18 | $21.20 | | $7.72 |
| 2000 | $25.18 | | $25.18 | $21.20 | | $7.72 |
| 2001 | $25.18 | | $25.18 | $21.20 | $7.21 | $7.72 |
| 2002 | $25.18 | | $25.18 | | $6.60 | $7.72 |

CIVIL ACTION NO. 00 CV10698 MEL

| Defendant BRISTOL TAXOL 30mg (6mg/ml), 5ml 00015-3475-27 00015-3456-20 00015-3475-30 HCBCS J9265 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Texas "WEAC" Medicaid Reimbursement Based On False Reported Prices ** | Relator's Cost / Contract Price | Invoice Price to Wholesaler |
| 1993 | $182.63 | | | | | | |
| 1994 | $182.63 | $175.35 | | | | $140.26 | $175.32 |
| 1995 | $182.63 | $175.35 | | $146.10 | | | $146.10 |
| 1996 | $182.63 | $175.35 | | $146.10 | | $140.26 | $146.10 |
| 1997 | $182.63 | | $175.32 | | $149.02 | $140.26 | $146.10 |
| 1998 | $182.63 | | $175.32 | | $149.02 | $140.26 | $146.10 |
| 1999 | $182.63 | | $175.32 | | $149.02 | $149.00 | $146.10 |
| 2000 | $182.63 | | $175.32 | | $149.02 | $145.35 | $155.60 |
| 2001 | $182.63 | | $175.32 | | $149.02 | $121.60 $109.76* | $155.60 |
| 2002 | $182.63 | | $175.32 | | | $38.89* | $148.74 |
| 2003 | $182.63 | | $175.32 | | | $33.99 $25.90* | $146.10 |

** Amounts contained in the Texas WEAC (Wholesale Estimated Acquisition Cost) reimbursement column also reflect the fact that the Defendant's price and cost representations were falsely inflated. See paragraphs 112 - 114 herein.

* Beginning sometime in 2001, BRISTOL matched its competitors' prices for generic forms of Taxol. The prices indicated here are prices that the Relator would have paid as a result of the price match promotion.

211.    As a result of BRISTOL-MYERS SQUIBB's actions alleged herein, the

UNITED STATES has sustained damages, and BRISTOL-MYERS SQUIBB is liable to the

United States for civil penalties and treble damages as provided by False Claims Act.

CIVIL ACTION NO. 00 CV10698 MEL

## SECTION NO. 20
## THE SPECIFIC FALSE PRICE AND COST
## REPRESENTATIONS OF DEFENDANT
## DEY AS TO MEDICARE AND MEDICAID

212.   From on or before December 31, 1997 and continuing through the present date,  DEY knowingly caused Medicare/Medicaid to pay false or fraudulent claims for prescription drugs, including those specified in this Section, and further made or used false records or statements to get such false or fraudulent claims paid or approved.  As a result of the said actions of  DEY and those persons and entities acting directly or indirectly in concert with DEY, Medicare/Medicaid paid grossly excessive, unreasonable and unlawful amounts for claims for the drugs, including those specified in this Section.  The acts committed by  DEY that caused Medicare/Medicaid  to pay or approve said false or fraudulent claims included, but were not necessarily limited to, knowingly making false or fraudulent representations about prices and costs of the drugs, including those  specified in this Section, which  DEY knew would be utilized by Medicare/Medicaid in paying or approving claims for such drugs and using the inflated Spread created by its false representations of prices and costs as a financial inducement to increase or maintain sales and marketshare of those drugs.   Each of DEY's representations was utilized by Medicare/Medicaid in paying or approving claims for the drugs, including those specified in this Section.

213.   During the entire period of time specified in this section, DEY knowingly caused its false or fraudulent price and cost representations to be reported by Red Book,

125

Blue Book and First DataBank's Automated Services and Medispan and further made or used false records or statements regarding the prices and costs of its drugs, including those specified in this Section and submitted same to the Medicare/Medicaid.  DEY made and/or caused to be made approximately 3,367,626 false statements in the form of false or fraudulent price and costs representations to the state Medicaid Programs and the Medicare Program.

214.   By way of example, DEY's price and cost representations for certain of the drugs in question, as reported by DEY are shown in the following chart. In comparison, the amount listed under the Relator's Cost column reflects the actual contract prices that were available to the Relator for the listed drugs.  The column "invoice price to wholesaler" represents the prices listed as invoice prices by one or more major wholesalers such as McKesson or Bergen Brunswig and available to the Relator through catalogs or computer purchasing software.   As a very small infusion pharmacy, the Relator did not receive the lowest prices available to volume purchasers. Accordingly, in many instances the cost to Providers for the drugs was significantly lower than that paid by the Relator.  For Providers that paid less, the Spread on the drugs was correspondingly greater than the Spread on the same drugs available to the Relator.  A listing of drugs with respect to which DEY knowingly caused Medicare/Medicaid to pay falsely inflated reimbursement amounts by reporting falsely inflated drug costs and prices is contained in **Exhibits "1"** (Medicaid) **and "2"** (Medicare/Medicaid) attached hereto.  Attached as **Exhibit "9"** is a chart showing DEY's WACs  for certain of the drugs in question.

CIVIL ACTION NO. 00 CV10698 MEL

| Defendant DEY IPRATROPIUM BROMIDE 0.02% 2.5mls 60s 49502-0685-60 HCPCS J7645 J7644 | | | | | |
|---|---|---|---|---|---|
| Year | False "AWP" Reported Through Red Book | Medispan "AWP" | Texas "WEAC" Medicaid Reimbursement Based On False Reported Prices ** | Relator's Cost Contract Price | Invoice Price to Wholesaler |
| 1997 | $105.60 | $105.60 | | $43.20 | $64.10 |
| 1998 | $105.60 | $105.60 | | $43.20 | $51.15 |
| 1999 | $105.60 | $105.60 | | $30.60 | $48.25 |
| 2000 | $105.60 | $105.60 | $26.88 | $35.15 | $45.26 |
| 2001 | $105.60 | $105.60 | $40.32 | $20.45 | $37.89 |
| 2002 | $105.60 | $105.60 | | $16.50 | $31.89 |
| 2003 | $105.60 | $105.60 | $26.21 | $15.00 | $25.33 |

** Amounts contained in the Texas WEAC (Wholesale Estimated Acquisition Cost) reimbursement column also reflect the fact that the Defendant's price and cost representations were falsely inflated. See paragraphs 112 - 114 herein.

215.    As a result of DEY's actions alleged herein, the UNITED STATES has sustained damages, and DEY is liable to the United States for civil penalties and treble damages as provided by False Claims Act.

## SECTION NO. 21
## THE SPECIFIC FALSE PRICE AND COST
## REPRESENTATIONS OF DEFENDANT
## ETHEX AS TO MEDICAID

216.    From on or before August 1, 1995 and continuing through the present date, ETHEX knowingly caused Medicaid to pay false or fraudulent claims for prescription drugs, including those specified in this Section, and further made or used false records

statements to get such false or fraudulent claims paid or approved.  As a result of the said actions of ETHEX and those persons and entities acting directly or indirectly in concert with ETHEX, Medicaid  paid grossly excessive, unreasonable and unlawful amounts for claims for the drugs, including those specified in this Section.  The acts committed by ETHEX that caused Medicaid to pay or approve said false or fraudulent claims included, but were not necessarily limited to, knowingly making false or fraudulent representations about prices and costs of the drugs, including those  specified in this Section  which  ETHEX knew would be  utilized by Medicaid in paying or approving claims for such drugs and using the inflated Spread created by its false representations of prices and costs as a financial inducement to increase or maintain sales and marketshare of those drugs.  Each of ETHEX'S false representations was  utilized by Medicaid in paying or approving claims for the drugs, including those  specified in this Section.

217.   During the entire period of time specified in this Section, ETHEX knowingly caused its false or fraudulent price and cost representations to be reported by the recognized price publishing compendia known as Red Book,  Blue Book  and First DataBank's Automated Services and Medi-Span and further made or used false records or statements regarding  the prices and costs of its drugs, including those specified in this Section and submitted same to Medicaid.   ETHEX made or caused to be made approximately 26,045,340  false statements in the form of false or fraudulent price and cost representations to the state Medicaid Programs.

218.    By way of example, ETHEX'S price and cost representations for certain of the drugs in question, as reported by ETHEX are shown in the following chart. In comparison, the amount listed under the Relator's Cost column represents the actual contract prices that were available to the Relator for the listed drugs.    The column "invoice price to wholesaler" represents the prices listed as invoice prices by one or more major wholesalers such as McKesson or Bergen Brunswig and available to the Relator through catalogs or computer purchasing software. As a very small infusion pharmacy, the Relator did not receive the lowest prices available to volume purchasers. Accordingly, in many instances the cost to Providers for the drugs was significantly lower than that paid by the Relator. For Providers that paid less, the Spread on the drugs was correspondingly greater than the Spread on the same drugs available to the Relator.  A listing of drugs with respect to which ETHEX knowingly caused Medicaid to pay falsely inflated reimbursement amounts by reporting falsely inflated drug costs and prices is contained in **Exhibit "1"** (Medicaid only) attached hereto and incorporated herein by reference.

CIVIL ACTION NO. 00 CV10698 MEL

| | Defendant ETHEX NITROGLYCERIN ER CAPSULES Since 1995 NDC # 58177-0006-04 | | | | | |
|---|---|---|---|---|---|---|
| Year | False "AWP" Reported Through Red Book | False "AWP" Reported Through FDB Blue Book | Medispan "AWP" | False Direct Price Reported Through FDB or Blue Book | Relator's Cost Contract Price | Invoice Price to Wholesaler |
| 1993 | $13.02 | $13.02 | $13.02 | | | |
| 1994 | $13.02 | $13.02 | $13.02 | | | |
| 1995 | $13.02 | | $15.03 | | | |
| 1996 | $15.03 | $15.03 | $15.03 | | | $4.56 |
| 1997 | $15.03 | | $15.03 | | | $4.56 |
| 1998 | $15.03 | | $15.03 | | | $4.56 |
| 1999 | $15.03 | | $15.03 | | | $5.01 |
| 2000 | $24.90 | | $24.90 | | | $5.52 |
| 2001 | $24.90 | | $24.90 | | $5.09 | $5.52 |
| 2002 | $24.90 | | $24.90 | | $4.08 | $5.52 |
| 2003 | $49.78 | | $49.78 | | | $13.00 |
| 2004 | $49.78 | | $49.78 | | $9.54 | $14.46 |

219.   As a result of ETHEX'S actions as alleged herein, the UNITED STATES has

sustained damages, and ETHEX is liable to the United States for civil penalties and treble

damages as provided by the False Claims Act.

130

CIVIL ACTION NO. 00 CV10698 MEL

### SECTION NO. 22
### THE SPECIFIC FALSE PRICE AND COST
### REPRESENTATIONS OF
### DEFENDANT GENEVA AS TO MEDICAID

220.    From on or before December 31, 1995 and continuing through the present

date,  GENEVA knowingly caused  Medicaid   to pay false or fraudulent claims for

prescription drugs, including those specified in this Section, and further made or used false

records statements to get such false or fraudulent claims paid or approved.  As a result of

the said actions of GENEVA and those persons and entities acting directly or indirectly in

concert with GENEVA, Medicaid   paid grossly excessive, unreasonable and unlawful

amounts for claims for the drugs, including those specified in this Section.  The acts

committed by GENEVA that caused Medicaid to pay or approve said false or fraudulent

claims included, but were not necessarily limited to, knowingly making false or fraudulent

representations about prices and costs of the drugs, including those  specified in this

Section which GENEVA knew would be utilized by Medicaid in paying or approving claims

for such drugs and using the inflated Spread created by its false representations of prices

and costs as a financial inducement to increase or maintain sales and marketshare of those

drugs.  Each of GENEVA'S false representations was  utilized by Medicaid in paying or

approving claims for the drugs, including those  specified in this Section.

221.    During the entire period of time specified in this Section, GENEVA knowingly

caused its false or fraudulent price and cost representations to be reported by the

recognized price publishing compendia known as Red Book,  Blue Book  and First

DataBank's Automated Services and Medi-Span and further made or used false records or

131

statements regarding  the prices and costs of its drugs, including those specified in this Section and submitted same to Medicaid.  GENEVA made or caused to be made approximately 116,007,303  false statements in the form of false or fraudulent price and cost representations to the state Medicaid Programs.

222.  By way of example, GENEVA'S  price and cost representations for certain of the drugs in question, as   reported by GENEVA are shown in the following chart. In comparison, the amount  listed under the Relator's Cost column represents the actual contract prices that were available to the Relator for the listed drugs. The column "invoice price to wholesaler" represents the prices listed as invoice prices by one or more major wholesalers such as McKesson or Bergen Brunswig and available to the Relator through catalogs or computer purchasing software. As a very small infusion pharmacy, the Relator did not receive the lowest prices available to volume purchasers. Accordingly,  in many instances the cost to Providers for the drugs was significantly lower than that paid by the Relator. For Providers that paid less, the Spread on the drugs was correspondingly greater than the Spread on the same drugs available to the Relator.  A listing of drugs with respect to which GENEVA knowingly caused Medicaid to pay falsely inflated reimbursement amounts by reporting falsely inflated drug costs and prices is contained in **Exhibit "1"** (Medicaid only) attached hereto and incorporated herein by reference.  Attached as **Exhibits "9"** and **"10"** are charts showing GENEVA's WACs and WEACs for certain of the drugs in question.