**ANDERSON EXHIBIT 6N**

CIVIL ACTION NO. 00 CV10698 MEL

354.   Because of the DEFENDANTS' conduct as set forth in this Count, the UNITED STATES suffered actual damages recoverable under state statutes in excess of One Million Dollars ($1,000,000), all in violation of 31 U.S.C. §3729(a)(3).

## REQUESTS FOR RELIEF

355.   WHEREFORE, the Relator, on behalf of the UNITED STATES, demands that judgment be entered in its favor and against DEFENDANTS: ABBOTT LABORATORIES, INC.; ALPHARMA, INC.; ALPHARMA USPD, INC. f/k/a BARRE-NATIONAL, INC.; APOTHECON, INC.; AVENTIS PHARMACEUTICALS, INC.; AVENTIS BEHRING LLC; BARR LABORATORIES, INC.; BARR PHARMACEUTICALS, INC.; BARRE PARENT CORP.; BOEHRINGER INGELHEIM, CORP.; BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; BOEHRINGER INGELHEIM INTERNATIONAL GmbH; BOEHRINGER INGELHEIM AUSLANDBETEILIGUNGS GmbH; BRISTOL-MYERS SQUIBBCOMPANY; C.H. BOEHRINGER SOHN; DEY, INC.; DURAMED RESEARCH, INC.; EM PHARMA, INC.; EMD PHARMACEUTICALS, INC.; ETHEX CORPORATION; GENEVA PHARMACEUTICALS, INC.; GLAXO WELLCOME, INC.; GLAXOSMITHKLINE PLC; HARVARD DRUG GROUP, LLC; HOECHST MARION ROUSSEL, INC.; HOSPIRA, INC. IVAX CORPORATION; IVAX PHARMACEUTICALS, INC.; KV PHARMACEUTICAL COMPANY; LIPHA, S.A.; MAJOR PHARMACEUTICALS; MERCK-LIPHA, S.A.; MERCK KGaA; MYLAN PHARMACEUTICALS, INC.; MYLAN LABORATORIES, INC.; PAR PHARMACEUTICAL COMPANIES, INC.; PAR PHARMACEUTICALS, INC.; PHARMA-

213

CIVIL ACTION NO. 00 CV10698 MEL

INVESTMENT LIMITED; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; PURDUE FREDERICK COMPANY; PUREPAC PHARMACEUTICAL CO.; QUALITEST PHARMACEUTICALS, INC.; ROXANE LABORATORIES, INC.; SANDOZ, INC.; SCHEIN PHARMACEUTICAL, INC.; SCHERING CORPORATION; SCHERING-PLOUGH CORP.; SMITHKLINE BEECHAM CORP.; TEVA PHARMACEUTICALS, USA; UDL LABORATORIES, INC.; WARRICK PHARMACEUTICALS CORP.; WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES; and ZENITH GOLDLINE PHARMACEUTICALS, INC., with judgment to be entered against each DEFENDANT for the amount of damages: (1) to the States' Medicaid Programs arising (a) from claims for each DEFENDANT'S respective specified drugs and (b) jointly and severally with such other Defendants for damages as set forth in paragraphs 134 through 136 herein; and (2) to the Medicare Program arising from claims for those drugs classified under the HCPCS codes covering their specified drugs, and jointly and severally with such other Defendants whose drugs fall under said HCPCS codes, as follows:

356.   On Count I (False Claims Act; Causing Presentation of False or Fraudulent Claims) for triple the amount of the UNITED STATES' damages, plus civil penalties of no more than ELEVEN THOUSAND DOLLARS ($11,000.00) and no less than FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) for each false claim;

357.   On Count II (False Claims Act; Causing a False Record or Statement To Be Made or Used to get a False or Fraudulent Claim Paid or Approved by the Government) for triple the amount of UNITED STATES' damages plus civil penalties of no more than

214

ELEVEN THOUSAND DOLLARS ($11,000.00) and no less than FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) for each false statement;

358.   On Count III (False Claims Act; Causing False Records Or Statements To Be Used To Conceal An Obligation To Pay Money To The Government) for triple the amount of the UNITED STATES' damages plus civil penalties of no more than ELEVEN THOUSAND DOLLARS ($11,000.00) and no less than FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00)  for each false or fraudulent claim paid;

359.   On Count IV (False Claims Act; Causing Presentation of False or Fraudulent Claims; Causing a False Record or Statement to be Made or Used to Get a False or Fraudulent Claim Paid or Approved by the Government; Illegal Remuneration) for triple the amount of the UNITED STATES' damages, plus civil penalties of no more than ELEVEN THOUSAND DOLLARS ($11,000.00) and no less than FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) for each false claim;

360.   On Count V (False Claims Act; Causing Presentation Of False or Fraudulent Claims; Prohibited Referrals, Claims and Compensation Arrangements) for triple the amount of the UNITED STATES' damages, plus civil penalties of no more than ELEVEN THOUSAND DOLLARS ($11,000.00) and no less than FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) for each false statement;

361.   On Count VI (False Claims Act; Conspiring To Defraud The Government By Getting A False Or Fraudulent Claim Allowed Or Paid; J-Code/Physician Services) for triple the amount of the UNITED STATES' and States' damages, plus civil penalties of no more

than ELEVEN THOUSAND DOLLARS ($11,000.00) and no less than FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) for each false record or statement.

362.   On Count VII (False Claims Act; Conspiring To Defraud The Government By Getting A False Or Fraudulent Claim Allowed Or Paid; Hub and Spoke Conspiracy) for triple the amount of the UNITED STATES' and States' damages, plus civil penalties of no more than ELEVEN THOUSAND DOLLARS ($11,000.00) and no less than FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) for each false record or statement.

363.   On Count VIII (False Claims Act; Rebate Defendants Making, Using Or Causing To Be Made Or Used, A False Record Or Statement To Get A False Or Fraudulent Claim Paid Or Approved By The Government) (only as to DEFENDANTS DEY, INC.; PURDUE PHARMA, L.P.; PURDUE FREDERICK COMPANY and SCHEIN PHARMACEUTICAL, INC.) for triple the amount of the UNITED STATES' damages, plus civil penalties of no more than ELEVEN THOUSAND DOLLARS ($11,000.00) and no less than FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) for each false statement;

364.   On Count IX (False Claims Act; Rebate Defendants Making, Using Or Causing To Be Made Or Used, A False Record Or Statement To Conceal, Avoid Or Decrease An Obligation To Pay Or Transmit Money Or Property To The Government) (only as to DEFENDANTS   DEY, INC.; PURDUE PHARMA, L.P.; PURDUE FREDERICK COMPANY and SCHEIN PHARMACEUTICAL, INC. ) for triple the amount of the UNITED STATES' damages, plus civil penalties o4f no more than ELEVEN THOUSAND DOLLARS

216

($11,000.00) and no less than FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) for each false statement; and

365.   On Count X (False Claims Act; False Claims Under State Law Arising From Same Transaction or Occurrence as Brought in This False Claims Action) for damages encompassing the States' shares of the Medicaid funds at issue, together with such additional damages, penalties and other relief as may be available under applicable law for each false record or statement.

Further, the Relator, on its behalf, requests that it receive the maximum amount as permitted by law, of the proceeds of this action or settlement of this action collected by the UNITED STATES, plus an amount for reasonable expenses incurred, plus reasonable attorneys' fees and costs of this action. The Relator requests that its award be based upon the total value recovered, both tangible and intangible, including any amounts received from individuals or entities not parties to this action.

CIVIL ACTION NO. 00 CV10698 MEL

## DEMAND FOR JURY TRIAL

A jury trial is demanded in this case.

Dated: February 15, 2005

Respectfully submitted,
Attorneys for
the Private Person Plaintiff,
Ven-A-Care of the Florida Keys, Inc.

Jonathan Shapiro
BBO No.  454220
Stern, Shapiro, Weissberg & Garin
90 Canal Street
Boston, MA 02114-2022
617-742-5800

THE BREEN LAW FIRM
James J. Breen
Florida Bar No. 297178
Alison W. Simon
Florida Bar No: 0109568
P. O. Box 297470
Pembroke Pines, FL 33029
Phone: 954-874-1635
Fax: 954-874-1705

Attorneys for the United States
of America by and through
Ven-A-Care of the Florida
Keys, Inc., the Relator

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
Gary L. Azorsky
Susan S. Thomas
Jeanne A. Markey
Joy Clairmont
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3000

GOODE, CASSEB, JONES,
RIKLIN, CHOATE & WATSON
John E. Clark
2122 North Main Avenue
San Antonio, Texas 78212-9680
Phone:  512-733-6030

CIVIL ACTION NO. 00 CV10698 MEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _15th_ day of _February_, 2005, I caused an original and a copy of this Third Amended Complaint to be filed under seal and in camera for sixty (60) days and not to be served on the Defendants named herein or until further order of this Honorable Court.

I HEREBY CERTIFY that prior to this _15th_ day of _February_, 2005, I caused a copy of this Third Amended Complaint and written disclosure of substantially all material evidence and information the Relator, VEN-A-CARE possesses to be served on the Government pursuant to Rule 4(i)(1)(A) and (B), Fed.R.Civ.P., prior to the filing of this Third Amended Complaint by delivering a copy of the Third Amended Complaint, material evidence and information to the United States Attorney for the District of Massachusetts, and by sending a copy of the Third Amended Complaint, material evidence and information by Certified Mail, Return Receipt Requested, to the Attorney General of the United States in Washington, D.C.

Jonathan Shapiro

C:\Documents and Settings\Jim Breen\My Documents\BOSTON\3rdAmended\FINAL-Complaint-Pkg\Bos-3rd-Amd-Cmp-Final.wpd

219

EXHIBIT "1"

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 1

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Abbott | E.E.S. 200 Susp. 100 ml | 00074-6306-13 | Oral |
| Abbott | E.E.S. 200 Liq 200 Mg/5 ml | 00074-6306-16 | Oral |
| Abbott | E.E.S. 400 Liq 400 Mg/5 ml | 00074-6373-16 | Oral |
| Abbott | E.E.S./ sulfisoxazole 200 Mg, 100 ml | 00074-7156-13 | Oral |
| Abbott | E.E.S./ sulfisoxazole 200 Mg 150 ml | 00074-7156-43 | Oral |
| Abbott | E.E.S./sulfisoxazole 200 Mg  200 ml | 00074-7156-53 | Oral |
| Abbott | Ery-tab E/c Ud 250 Mg 100's | 00074-6304-11 | Oral |
| Abbott | Ery-tab E/c 250 Mg 100's | 00074-6304-13 | Oral |
| Abbott | Ery-tab E/c 250 Mg 30's | 00074-6304-30 | Oral |
| Abbott | Ery-tab 333 mg | 00074-6320-11 | Oral |
| Abbott | Ery-tab 333 mg | 00074-6320-13 | Oral |
| Abbott | Ery-tab 333 mg | 00074-6320-30 | Oral |
| Abbott | Ery-tab 333 mg | 00074-6320-53 | Oral |
| Abbott | Ery-tab 500 Mg u | 00074-6321-11 | Oral |
| Abbott | Ery-tab 500 Mg e | 00074-6321-13 | Oral |
| Abbott | Erythromycin Ethylsuccinate Tab 400 mg | 00074-2589-13 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 2

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Abbott | Erythromycin Ethylsuccinate Tab 400 mg | 00074-2589-53 | Oral |
| Abbott | Erythromycin Stearate 500 Mg Tab 100's | 00074-6316-13 | Oral |
| Abbott | Erythromycin Base 250 Mg Tab 100's | 00074-6326-13 | Oral |
| Abbott | Erythromycin Base 250 Mg Tab 500's | 00074-6326-53 | Oral |
| Abbott | Erythromycin Stearate 250 Mg Tab 100's | 00074-6346-20 | Oral |
| Abbott | Erythromycin Stearate Ud 250 Mg Tab 100's | 00074-6346-38 | Oral |
| Abbott | Erythromycin Stearate 250 Mg Tab 500's | 00074-6346-53 | Oral |
| Abbott | Isoflurane Vial | 00074-3292-01 | Inhalant |
| Abbott | Isoflurane Vial | 00074-3292-02 | Inhalant |
| Abbott | Pediazole Susp | 00074-8030-13 | Oral |
| Abbott | Pediazole Susp | 00074-8030-43 | Oral |
| Abbott | Pediazole Susp | 00074-8030-53 | Oral |
|  |  |  |  |
| Alpharma | ACETASOL HC SOL 2-1% | 00472-0882-82 | DROPS |
| Alpharma | ACETASOL SOL 2% | 00472-0880-99 | SOLUTION |
| Alpharma | ACYCLOVIR O/S 200 mg/5 ml | 00472-0082-16 | ORAL SUSP |
| Alpharma | ALBUTEROL SUL S 2 mg/5 ml | 00472-0825-16 | SYRUP |
| Alpharma | AMANTAD SYRP 50 mg/5 ml | 00472-0833-16 | SYRUP |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 3

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Alpharma | AMINOPH LIQ 105 mg/5 ml | 00472-0873-08 | LIQUID |
| Alpharma | APAP+COD SOL 12-120 mg/5 | 00472-1419-16 | ELIXIR |
| Alpharma | APAP+COD SOL 12-120 mg/5 | 00472-1419-28 | ELIXIR |
| Alpharma | APAP+COD SOL 12-120 mg/5 | 00472-1419-04 | ELIXIR |
| Alpharma | BETAMET DIP AUG 0.05% | 00472-0382-15 | OINT.(GM) |
| Alpharma | BETAMET DIP AUG 0.05% | 00472-0382-45 | OINT.(GM) |
| Alpharma | BETAMET DIP CR 0.05% | 00472-0380-15 | CREAM(GM) |
| Alpharma | BETAMET DIP CR 0.05% | 00472-0380-45 | CREAM(GM) |
| Alpharma | BETAMET DIP LOT 0.05% | 00472-1382-02 | LOTION |
| Alpharma | BETAMET DIP OIN 0.05% | 00472-0381-45 | OINT.(GM) |
| Alpharma | BETAMET DIP OIN 0.05% | 00472-0381-15 | OINT.(GM) |
| Alpharma | BETAMET VAL CRM 0.1% | 00472-0370-15 | CREAM(GM) |
| Alpharma | BETAMET VAL CRM 0.1% | 00472-0370-45 | CREAM(GM) |
| Alpharma | BETAMET VAL LOT 0.1% | 00472-0372-02 | LOTION |
| Alpharma | BETAMET VAL OIN 0.1% | 00472-0371-15 | OINT.(GM) |
| Alpharma | BETAMET VAL OIN 0.1% | 00472-0371-45 | OINT.(GM) |
| Alpharma | BROMANATE DC C/ | 00472-1645-04 | SYRUP |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 4

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Alpharma | BROMANATE DC C/ | 00472-1645-28 | SYRUP |
| Alpharma | BROMANATE DC C/ | 00472-1645-16 | SYRUP |
| Alpharma | BROMANYL COUGH | 00472-1634-16 | SYRUP |
| Alpharma | CHLORHEX GLUC O 1.2 mg/ml | 00472-0036-16 | LIQUID |
| Alpharma | CHLORPROM CONC 100 mg/ml | 00472-0742-98 | ORAL CONC. |
| Alpharma | CIMETID HCL LIQ 300 mg/5 ml | 00472-0514-08 | LIQUID |
| Alpharma | CIMETID HCL O/S 300 mg/5 ml | 00472-0514-16 | LIQUID |
| Alpharma | CLEMASTINE SYRP 0.67 mg/5 ml | 00472-0857-04 | SYRUP |
| Alpharma | CLINDAMY TOP SO 1% | 00472-0987-92 | SOLUTION |
| Alpharma | CLINDAMY TOP SO 1% | 00472-0987-91 | SOLUTION |
| Alpharma | CLOBETAS PR CR 0.05% | 00472-0400-15 | CREAM(GM) |
| Alpharma | CLOBETAS PR CR 0.05% | 00472-0400-45 | CREAM(GM) |
| Alpharma | CLOBETAS PR CR 0.05% | 00472-0400-30 | CREAM(GM) |
| Alpharma | CLOBETAS PR CR 0.05% | 00472-0400-60 | CREAM(GM) |
| Alpharma | CLOBETAS PR OIN 0.05% | 00472-0401-30 | OINT.(GM) |
| Alpharma | CLOBETAS PR OIN 0.05% | 00472-0401-15 | OINT.(GM) |
| Alpharma | CLOBETAS PR OIN 0.05% | 00472-0401-45 | OINT.(GM) |

## EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 5

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Alpharma | CLOBETAS PR OIN 0.05% | 00472-0401-60 | OINT.(GM) |
| Alpharma | CLOBETAS PR SOL 0.05% | 00472-0402-25 | SOLUTION |
| Alpharma | CLOBETAS PR SOL 0.05% | 00472-0402-50 | SOLUTION |
| Alpharma | CODAMINE SYRP 25-5 | 00472-0749-16 | SYRUP |
| Alpharma | CONSTULOSE SYR 10 G/15 ml | 00472-1358-32 | SYRUP |
| Alpharma | CONSTULOSE SYRP 10 G/15 ml | 00472-1358-08 | SYRUP |
| Alpharma | CYPROHEPTAD SYR 2 mg/5 ml | 00472-0755-16 | SYRUP |
| Alpharma | DETUSSIN LIQ 60-5 mg/5 ml | 00472-0958-16 | SOLUTION |
| Alpharma | DEXAMETH ELIX 0.5 mg/5 ml | 00472-0972-08 | ELIXIR |
| Alpharma | DEXAMETH ELIX 0.5mg 5 ml | 00472-0972-33 | ELIXIR |
| Alpharma | DIHISTINE DH EL 30-10-2/5 | 00472-1639-04 | LIQUID |
| Alpharma | DIHISTINE DH EL | 00472-1639-28 | LIQUID |
| Alpharma | DIHISTINE DH EL 30-10-2/5 | 00472-1639-16 | LIQUID |
| Alpharma | DIHISTINE EXP 100-30-10 | 00472-1640-04 | SYRUP |
| Alpharma | DIHISTINE EXP 100-30-10 | 00472-1640-16 | SYRUP |
| Alpharma | DYPHYLLINE GG E 100-100/15 | 00472-1238-16 | ELIXIR |
| Alpharma | ENTAC LIQ | 00472-0650-16 | LIQUID |

## EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 6

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Alpharma | ENULOSE SYRP 10 G/15 ml | 00472-1360-16 | SYRUP |
| Alpharma | ENULOSE SYRP 10 G/15 ml | 00472-1360-64 | SYRUP |
| Alpharma | ERYTHR EST OS 125 mg/5 ml | 00472-0977-16 | ORAL SUSP |
| Alpharma | ERYTHR EST OS 250 mg/5 ml | 00472-0979-16 | ORAL SUSP |
| Alpharma | ERYTHR ETH OS 200 mg/5 ml | 00472-0971-16 | ORAL SUSP |
| Alpharma | ERYTHR ETH OS 400 mg/5 ml | 00472-0974-16 | ORAL SUSP |
| Alpharma | ERYTHR SOL 2% | 00472-1244-92 | SOLUTION |
| Alpharma | FLUOCINON CRM 0.05% | 00472-3901-60 | CREAM(GM) |
| Alpharma | FLUOCINON CRM 0.05% | 00472-3901-15 | CREAM(GM) |
| Alpharma | FLUOCINON CRM 0.05% | 00472-3901-30 | CREAM(GM) |
| Alpharma | FLUOCINON SOL 0.05% | 00472-0829-02 | SOLUTION |
| Alpharma | GUIATUSS AC SYR 100-10 mg/5 | 00472-0012-16 | SYRUP |
| Alpharma | GUIATUSS AC SYR 100-10 mg/5 | 00472-0012-28 | SYRUP |
| Alpharma | GUIATUSS AC SYR 100-10 mg/5 | 00472-0012-04 | SYRUP |
| Alpharma | GUIATUSS CF SYR | 00472-0420-94 | SYRUP |
| Alpharma | GUIATUSS DAC SY 100-30-10 | 00472-0011-16 | SYRUP |
| Alpharma | HALOP O/S 2MG/ml | 00472-0766-99 | ORAL CONC. |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 7

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Alpharma | HEMORR+HC SUPP 25 mg | 00472-0511-24 | SUPP.RECT |
| Alpharma | HEMORR+HC SUPP 25 mg | 00472-0511-12 | SUPP.RECT |
| Alpharma | HYCOSIN EXP 100-5/5 ml | 00472-0077-16 | SYRUP |
| Alpharma | HYDROCORT CRM 2.5% | 00472-0337-16 | CREAM(GM) |
| Alpharma | HYDROCORT CRM 2.5% | 00472-0337-30 | CREAM(GM) |
| Alpharma | HYDROCORT CRM 2.5% | 00472-0337-20 | CREAM(GM) |
| Alpharma | HYDROMET SYRP | 00472-1030-28 | SYRUP |
| Alpharma | HYDROMET SYRP | 00472-1030-16 | SYRUP |
| Alpharma | HYDROXYZ SYRP 10 mg/5 ml | 00472-0771-16 | SYRUP |
| Alpharma | LACTULOSE SOL 10 G/15 ml | 00472-0208-08 | SYRUP |
| Alpharma | LACTULOSE SOL 10 G/15 ml | 00472-0208-16 | SYRUP |
| Alpharma | LACTULOSE SOL 10 G/15 ml | 00472-0208-32 | SYRUP |
| Alpharma | LIDOCA VISC 2% 20 mg/ml | 00472-0996-33 | SOLUTION |
| Alpharma | LINDANE LOT 1% | 00472-0570-16 | LOTION |
| Alpharma | LINDANE LOT 1% | 00472-0570-02 | LOTION |
| Alpharma | LINDANE LOT 1% | 00472-0570-28 | LOTION |
| Alpharma | LINDANE SHAM 1% | 00472-0572-02 | SHAMPOO |
| Alpharma | LINDANE SHAM 1% | 00472-0572-16 | SHAMPOO |
| Alpharma | LINDANE SHAM 1% | 00472-0572-28 | SHAMPOO |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 8

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Alpharma | METOCLOPR O/S 5 mg/5 ml | 00472-0454-16 | SOLUTION |
| Alpharma | NUCOTUSS EXP 200-60-20 | 00472-1245-16 | SYRUP |
| Alpharma | NUCOTUSS PED EX 100-30-10 | 00472-1240-16 | SYRUP |
| Alpharma | NYSTATIN CRM 100 MU/G | 00472-0163-15 | CREAM(GM) |
| Alpharma | NYSTATIN CRM 100 MU/G | 00472-0163-30 | CREAM(GM) |
| Alpharma | NYSTATIN O/S 100 MU/ml | 00472-1320-16 | ORAL SUSP |
| Alpharma | NYSTATIN O/S 100 MU/ml | 00472-1320-02 | ORAL SUSP |
| Alpharma | NYSTATIN OIN 100 MU/G | 00472-0166-30 | OINT.(GM) |
| Alpharma | NYSTATIN OIN 100 MU/G | 00472-0166-15 | OINT.(GM) |
| Alpharma | NYSTATIN+TRIAM | 00472-0155-30 | OINT.(GM) |
| Alpharma | NYSTATIN+TRIAM | 00472-0150-30 | CREAM(GM) |
| Alpharma | NYSTATIN+TRIAM | 00472-0155-15 | OINT.(GM) |
| Alpharma | NYSTATIN+TRIAM | 00472-0150-60 | CREAM(GM) |
| Alpharma | NYSTATIN+TRIAM | 00472-0150-15 | CREAM(GM) |
| Alpharma | NYSTATIN+TRIAM | 00472-0155-60 | OINT.(GM) |
| Alpharma | PAREGOR ELIX 2 MG/5 ml | 00472-0802-16 | LIQUID |
| Alpharma | PHENADEX PED DR | 00472-1142-31 | DROPS |
| Alpharma | PHENOB EL 20 mg/5 ml | 00472-1015-16 | ELIXIR |
| Alpharma | PHENOB EL 20 mg/5 ml | 00472-1015-28 | ELIXIR |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 1 - page 9

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Alpharma | POT CHL LIQ 10%<br>20 Meq/15 ml | 00472-1000-28 | LIQUID |
| Alpharma | POT CHL LIQ 10%<br>20 Meq/15 ml | 00472-1000-16 | LIQUID |
| Alpharma | POT CHL LIQ 20%<br>40 Meq/15 ml | 00472-1001-16 | LIQUID |
| Alpharma | PREDNISOL SYRP<br>15 mg/5 ml | 00472-0212-08 | SYRUP |
| Alpharma | PREDNISOL SYRP<br>15 mg/5 ml | 00472-0212-16 | SYRUP |
| Alpharma | PROMETH SYRP PL<br>6.25 mg/5 ml | 00472-1504-08 | SYRUP |
| Alpharma | PROMETHAZ SYR<br>6.25 mg/5 ml | 00472-1504-16 | SYRUP |
| Alpharma | PROMETHAZ SYRP<br>6.25 mg/5 ml | 00472-1504-04 | SYRUP |
| Alpharma | PROMETHAZ SYRP<br>6.25 mg/5 ml | 00472-1504-28 | SYRUP |
| Alpharma | PROMETHAZ VC SY<br>5-6.25 mg/5 ml | 00472-1628-04 | SYRUP |
| Alpharma | PROMETHAZ VC<br>SY 5-6.25 mg/5 ml | 00472-1628-16 | SYRUP |
| Alpharma | PROMETHAZ VC SY<br>5-6.25/5 ml | 00472-1628-28 | SYRUP |
| Alpharma | PROMETHAZ VC+CO<br>5-10-6.25 | 00472-1629-04 | SYRUP |
| Alpharma | PROMETHAZ VC+CO | 00472-1629-28 | SYRUP |
| Alpharma | PROMETHAZ VC+CO<br>5-10-6.25 | 00472-1629-16 | SYRUP |
| Alpharma | PROMETHAZ+COD S<br>10-6.25/5 | 00472-1627-04 | SYRUP |
| Alpharma | PROMETHAZ+COD S<br>10-6.25/5 | 00472-1627-28 | SYRUP |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 10

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Alpharma | PROMETHAZ+COD S | 00472-1627-16 | SYRUP |
| Alpharma | PROMETHAZ+DEX S 15-6.25/5 | 00472-1630-16 | SYRUP |
| Alpharma | PROMETHAZ+DEX S 15-6.25/5 | 00472-1630-28 | SYRUP |
| Alpharma | PROMETHAZ+DEX S 15-6.25/5 | 00472-1630-04 | SYRUP |
| Alpharma | SULFATRIM PED S 200-40 mg/5 | 00472-1285-16 | ORAL SUSP |
| Alpharma | SULFATRIM PED S 200-40 mg/5 | 00472-1285-33 | ORAL SUSP |
| Alpharma | SULFATRIM SUSP 200-40 mg/5 | 00472-1284-16 | ORAL SUSP |
| Alpharma | THEOLATE LIQ 90-150 | 00472-1540-16 | ELIXIR |
| Alpharma | THEOPHY ELIX 80 mg/15 ml | 00472-1444-16 | ELIXIR |
| Alpharma | THEOPHY ELIX 80 mg/15 ml | 00472-1444-28 | ELIXIR |
| Alpharma | THIORID CONC 100 mg/ml | 00472-1451-94 | ORAL CONC. |
| Alpharma | TRETINOIN CRM 0.025% | 00472-0117-45 | CREAM(GM) |
| Alpharma | TRETINOIN CRM 0.025% | 00472-0117-20 | CREAM(GM) |
| Alpharma | TRIAMCIN CRM 0.1% | 00472-0301-16 | CREAM(GM) |
| Alpharma | TRIAMCIN CRM 0.1% | 00472-0301-05 | CREAM(GM) |
| Alpharma | TRIAMCIN CRM 0.1% | 00472-0301-80 | CREAM(GM) |
| Alpharma | TRIAMCIN CRM 0.1% | 00472-0301-15 | CREAM(GM) |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 11

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Alpharma | TRIAMCIN OINT 0.1% | 00472-0306-80 | OINT.(GM) |
| Alpharma | TRIAMCIN OINT 0.1% | 00472-0306-15 | OINT.(GM) |
| Alpharma | TRIPLE SUL VAG | 00472-0700-78 | CREAM/APPL |
| Alpharma | VALPROIC SYRP 250 mg/5 ml | 00472-0210-16 | SYRUP |
| | | | |
| Apothecon | Albuterol Inh. Aerosol 17gm | 59772-6175-01 | Inhalation |
| Apothecon | Albuterol 17 gram (refill) | 59772-6175-02 | Inhalation |
| Apothecon | Amantadine 100 mg 100's | 62269-0211-24 | Oral |
| Apothecon | Amantadine 100 mg 500's | 62269-0211-29 | Oral |
| Apothecon | Amoxicillin 125 mg, 60s | 59772-0035-01 | Oral |
| Apothecon | Amoxicillin 250 mg, 100s | 59772-0036-02 | Oral |
| Apothecon | Amoxicillin 250 mg, 500s | 59772-0036-04 | Oral |
| Apothecon | Captopril/HCTZ 50 mg - 25 mg 100's | 59772-5163-05 | Oral |
| Apothecon | Captopril 12.5mg 100s | 59772-7045-01 | Oral |
| Apothecon | Captopril | 59772-7045-03 | Oral |
| Apothecon | Captopril | 59772-7045-04 | Oral |
| Apothecon | Captopril | 59772-7045-05 | Oral |
| Apothecon | Captopril 25mg 100s | 59772-7046-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 12

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Apothecon | Captorpil | 59772-7046-02 | Oral |
| Apothecon | Captopril | 59772-7046-03 | Oral |
| Apothecon | Captopril | 59772-7046-04 | Oral |
| Apothecon | Captopril | 59772-7047-03 | Oral |
| Apothecon | Captopril | 59772-7047-04 | Oral |
| Apothecon | Captopril | 59772-7047-05 | Oral |
| Apothecon | Captopril/ Hydrochlorothiazide | 59772-5161-05 | Oral |
| Apothecon | Captopril/ Hydrochlorothiazide | 59772-5162-05 | Oral |
| Apothecon | Captopril 100mg 100s | 59772-7048-01 | Oral |
| Apothecon | Captopril 50mg 100s | 59772-7047-01 | Oral |
| Apothecon | Captopril/HCTZ 25 mg - 15 mg 100's | 59772-5160-05 | Oral |
| Apothecon | Cefaclor 125 mg/gm 150 ml | 59772-7490-04 | Oral |
| Apothecon | Cefaclor 250mg 100s | 59772-7491-04 | Oral |
| Apothecon | Cefaclor 500mg 100s | 59772-7494-04 | Oral |
| Apothecon | Cefaclor | 59772-7492-02 | Oral |
| Apothecon | Cefaclor | 59772-7497-03 | Oral |
| Apothecon | Cefaclor | 59772-7497-01 | Oral |
| Apothecon | Cefaclor | 59772-7490-02 | Oral |
| Apothecon | Cefaclor | 59772-7493-01 | Oral |
| Apothecon | Cefaclor | 59772-7493-03 | Oral |
| Apothecon | Cefaclor | 59772-7492-04 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 13

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Apothecon | Cefadroxil Capsules 500 mg | 59772-7271-07 | Oral |
| Apothecon | Cefadroxil Capsules 500 mg | 59772-7271-03 | Oral |
| Apothecon | Cefadroxil 500 mg 100's | 59772-7271-04 | Oral |
| Apothecon | Doxycycline 100 mg 50s | 59772-0940-01 | Oral |
| Apothecon | Doxycycline 100 mg, 50s | 59772-0803-01 | Oral |
| Apothecon | Doxycycline 50 mg, 50s | 59772-0808-01 | Oral |
| Apothecon | Doxycycline | 59772-0803-02 | Oral |
| Apothecon | Doxycycline | 59772-0940-02 | Oral |
| Apothecon | Estradiol Tab 2.0mg 500s | 59772-0027-04 | Oral |
| Apothecon | Estradiol Tab 1.0mg 100s | 59772-0026-03 | Oral |
| Apothecon | Estradiol Tab 2.0 mg 100s | 59772-0027-03 | Oral |
| Apothecon | Estradiol Tab 0.5 mg 100s | 59772-0025-03 | Oral |
| Apothecon | Estradiol Tab 1.0 mg 500s | 59772-0026-04 | Oral |
| Apothecon | Etodolac 300mg 100s | 62269-0360-24 | Oral |
| Apothecon | Etodolac 200 mg 100's | 62269-0359-24 | Oral |
| Apothecon | Etodolac | 62269-0350-24 | Oral |
| Apothecon | Etodolac | 62269-0350-29 | Oral |