**ANDERSON EXHIBIT 6O**

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 14

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Apothecon | Potassium Chloride 10mEq(750mg) 100s | 59772-6910-01 | Oral |
| Apothecon | Potassium Chloride 10mEq(750mg) 1000s | 59772-6910-02 | Oral |
| | | | |
| Barr | ACETAM+COD TB # 30-300 mg | 51285-0303-05 | TABLET |
| Barr | AMILOR+HCTZ TB 50-5 mg | 00555-0483-02 | TABLET |
| Barr | AMILOR+HCTZ TB 50-5 mg | 00555-0483-05 | TABLET |
| Barr | APRI TAB 0.15-0.03 | 51285-0576-28 | TABLET |
| Barr | AVIANE TAB 0.1-0.02 | 51285-0017-28 | TABLET |
| Barr | CEFADROX CAP 500 mg | 00555-0582-02 | CAPSULE |
| Barr | CEFADROX CAP 500 mg | 00555-0582-10 | CAPSULE |
| Barr | CHLORDIAZ CAP 5 mg | 00555-0158-02 | CAPSULE |
| Barr | CHLORDIAZ CAP 10 mg | 00555-0033-02 | CAPSULE |
| Barr | CHLORDIAZ CAP 10 mg | 00555-0033-05 | CAPSULE |
| Barr | CHLORDIAZ CAP 25 mg | 00555-0159-04 | CAPSULE |
| Barr | CHLORDIAZ CAP 25 mg | 00555-0159-02 | CAPSULE |
| Barr | CHLORDIAZ CAP 5 mg | 00555-0158-04 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 15

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Barr | CHLORZOX TAB 500 mg | 00555-0585-04 | TABLET |
| Barr | CHLORZOX TAB 500 mg | 00555-0585-02 | TABLET |
| Barr | DANAZOL CAP 200 mg | 00555-0635-09 | CAPSULE |
| Barr | DANAZOL CAP 200 mg | 00555-0635-02 | CAPSULE |
| Barr | DEXTROAMPH TAB 10 mg | 00555-0953-02 | TABLET |
| Barr | DEXTROAMPH TAB 5 mg | 00555-0952-02 | TABLET |
| Barr | DIAZEPAM TAB 2 mg | 00555-0163-02 | TABLET |
| Barr | DIAZEPAM TAB 2 mg | 00555-0163-05 | TABLET |
| Barr | DIAZEPAM TAB 5 mg | 00555-0363-02 | TABLET |
| Barr | DIAZEPAM TAB 5 mg | 00555-0363-05 | TABLET |
| Barr | DIAZEPAM TAB 10 mg | 00555-0164-05 | TABLET |
| Barr | DIAZEPAM TAB 10 mg | 00555-0164-02 | TABLET |
| Barr | DIGOXIN TAB 0.1 125 MCG | 51285-0916-02 | TABLET |
| Barr | DIGOXIN TAB 0.1 125 MCG | 51285-0916-05 | TABLET |
| Barr | DIGOXIN TAB 0.2 250 MCG | 51285-0915-05 | TABLET |
| Barr | DIGOXIN TAB 0.2 250 MCG | 51285-0915-02 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 16

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Barr | DIPHENHYD CP 50 mg | 00555-0059-02 | CAPSULE |
| Barr | DIPHENHYD CP 50 mg | 00555-0059-05 | CAPSULE |
| Barr | DIPYRIDAM TB 25 mg | 00555-0252-04 | TABLET |
| Barr | DIPYRIDAM TB 25 mg | 00555-0252-02 | TABLET |
| Barr | DIPYRIDAM TB 25 mg | 00555-0252-05 | TABLET |
| Barr | DIPYRIDAM TB 50 mg | 00555-0285-02 | TABLET |
| Barr | DIPYRIDAM TB 50 mg | 00555-0285-04 | TABLET |
| Barr | DIPYRIDAM TB 50 mg | 00555-0285-05 | TABLET |
| Barr | DIPYRIDAM TB 75 mg | 00555-0286-04 | TABLET |
| Barr | DIPYRIDAM TB 75 mg | 00555-0286-02 | TABLET |
| Barr | DIPYRIDAM TB 75 mg | 00555-0286-05 | TABLET |
| Barr | DURADAL HD 5-1.67-2 | 51285-0726-57 | SYRUP |
| Barr | DURADAL HD PLUS 5-2.5-2 | 51285-0727-57 | SYRUP |
| Barr | DURADRIN CAP | 51285-0364-02 | CAPSULE |
| Barr | DURASAL II TAB 600-60 mg | 51285-0896-02 | TABLET |
| Barr | ERYTHR D/R CAP 250 mg | 00555-0584-02 | CAPSULE EC |
| Barr | ERYTHR D/R CAP 250 mg | 00555-0584-04 | CAPSULE EC |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 17

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Barr | ERYTHR GRAN 200 mg/5 ml | 00555-0215-23 | SUSP RECON |
| Barr | ERYTHR GRAN 200 mg/5 ml | 00555-0215-22 | SUSP RECON |
| Barr | ERYTHR+SULF O/S | 00555-0445-21 | SUSP RECON |
| Barr | ERYTHR+SULF O/S | 00555-0445-22 | SUSP RECON |
| Barr | ERYTHR+SULF O/S | 00555-0445-23 | SUSP RECON |
| Barr | ESTRADIOL TAB 0.5 mg | 51285-0501-02 | TABLET |
| Barr | ESTRADIOL TAB 0.5 mg | 00555-0899-02 | TABLET |
| Barr | ESTRADIOL TAB 1mg | 51285-0502-04 | TABLET |
| Barr | ESTRADIOL TAB 1 mg | 00555-0886-04 | TABLET |
| Barr | ESTRADIOL TAB 1 mg | 51285-0502-02 | TABLET |
| Barr | ESTRADIOL TAB 1 mg | 00555-0886-02 | TABLET |
| Barr | ESTRADIOL TAB 2 mg | 00555-0887-04 | TABLET |
| Barr | ESTRADIOL TAB 2 mg | 00555-0887-02 | TABLET |
| Barr | ESTRADIOL TAB 2 mg | 51285-0504-04 | TABLET |
| Barr | ESTRADIOL TAB 2 mg | 51285-0504-02 | TABLET |
| Barr | ESTROPIP TAB 0.75 mg | 51285-0010-02 | TABLET |
| Barr | ESTROPIP TAB 0.75 mg | 51285-0875-02 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 18

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Barr | ESTROPIP TAB 0.75 mg | 00555-0727-02 | TABLET |
| Barr | ESTROPIP TAB 1.5 mg | 00555-0728-02 | TABLET |
| Barr | ESTROPIP TAB 1.5 mg | 51285-0876-02 | TABLET |
| Barr | ESTROPIP TAB 3 mg | 00555-0729-02 | TABLET |
| Barr | FLUOXETINE CAP 20 mg | 00555-0877-02 | CAPSULE |
| Barr | FLUVOXAMIN TAB 100 mg | 00555-0969-02 | TABLET |
| Barr | FLUVOXAMIN TAB 50 mg | 00555-0968-02 | TABLET |
| Barr | FLUVOXAMIN TAB 25 mg | 00555-0967-02 | TABLET |
| Barr | GUAIFEN DM TAB 600-30 mg | 51285-0420-02 | TABLET SR 12H |
| Barr | GUAIFEN TAB 600 mg | 51285-0417-02 | TABLET SA |
| Barr | HYCROC B+AC TB 5-500 mg | 00555-0915-04 | TABLET |
| Barr | HYDROC B+AC TB 7.5 - 500 mg | 00555-0897-04 | TABLET |
| Barr | HYDROC B+AC TB 5 - 500 mg | 00555-0915-02 | TABLET |
| Barr | HYDROC B+AC TB 10-650 mg | 00555-0898-04 | TABLET |
| Barr | HYDROC B+AC TB 10-650MG | 00555-0898-02 | TABLET |
| Barr | HYDROC B+AC TB 7.5 - 500 mg | 00555-0897-02 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 19

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Barr | HYDROC B+AC TB 7.5 - 650 mg | 00555-0895-04 | TABLET |
| Barr | HYDROC B+AC TB 7.5 - 650  mg | 00555-0895-02 | TABLET |
| Barr | HYDROC B+AC TB 7.5 - 750 mg | 00555-0736-04 | TABLET |
| Barr | HYDROXYUR CAP 500 mg | 00555-0882-02 | CAPSULE |
| Barr | HYDROXYZ PAM CA 25 mg | 00555-0323-02 | CAPSULE |
| Barr | HYDROXYZ PAM CA 25 mg | 00555-0323-04 | CAPSULE |
| Barr | HYDROXYZ PAM CA 100 mg | 00555-0324-02 | CAPSULE |
| Barr | HYDROXYZ PAM CA 50 mg | 00555-0302-02 | CAPSULE |
| Barr | HYDROXYZ PAM CA 50 mg | 00555-0302-04 | CAPSULE |
| Barr | HYOSCYAM SR TAB 0.375 mg | 51285-0937-02 | TABLET SR 12H |
| Barr | ISONIAZID TB 100 mg | 00555-0066-02 | TABLET |
| Barr | ISONIAZID TB 100 mg | 00555-0066-05 | TABLET |
| Barr | ISONIAZID TB 300 mg | 00555-0071-02 | TABLET |
| Barr | ISONIAZID TB 300 mg | 00555-0071-05 | TABLET |
| Barr | ISONIAZID TB 300 mg | 00555-0071-01 | TABLET |
| Barr | LEUCOVOR TAB 5 mg | 00555-0484-01 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 20

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Barr | LEUCOVOR TAB 5 mg | 00555-0484-02 | TABLET |
| Barr | LEUCOVOR TAB 25 mg | 00555-0485-27 | TABLET |
| Barr | MEDCODIN 5/100M | 51285-0734-57 | SYRUP |
| Barr | MEDROXYPR TAB 10 mg | 51285-0542-02 | TABLET |
| Barr | MEDROXYPR TAB 10 mg | 00555-0779-04 | TABLET |
| Barr | MEDROXYPR TAB 10 mg | 00555-0779-02 | TABLET |
| Barr | MEDROXYPR TAB 2.5 mg | 00555-0872-02 | TABLET |
| Barr | MEDROXYPR TAB 2.5 mg | 00555-0872-04 | TABLET |
| Barr | MEDROXYPR TAB 2.5 mg | 51285-0540-02 | TABLET |
| Barr | MEDROXYPR TAB 5 mg | 51285-0541-02 | TABLET |
| Barr | MEDROXYPR TAB 5 mg | 00555-0873-02 | TABLET |
| Barr | MEDROXYPR TAB 5 mg | 00555-0873-04 | TABLET |
| Barr | MEGESTR TAB 20 mg | 00555-0606-02 | TABLET |
| Barr | MEGESTR TAB 40 mg | 00555-0607-02 | TABLET |
| Barr | MEGESTR TAB 40 MG | 00555-0607-03 | TABLET |
| Barr | MEGESTR TAB 40 mg | 00555-0607-04 | TABLET |
| Barr | MEPERID TAB 100 mg | 00555-0382-02 | TABLET |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
### Volume 1 - page 21

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Barr | MEPERID TAB 50 MG | 00555-0381-02 | TABLET |
| Barr | METHYLPRED TAB 4 mg | 51285-0301-02 | TABLET |
| Barr | METHYLPRED TAB 10 mg | 00555-0301-02 | TABLET |
| Barr | METHYLPRED TAB 4 mg | 00555-0301-38 | TABLET DS PK |
| Barr | METHYLPRED TAB 4 mg | 51285-0301-21 | TABLET DS PK |
| Barr | METOCLOPR TAB 5 mg | 51285-0585-04 | TABLET |
| Barr | METOCLOPR TAB 5 mg | 51285-0585-02 | TABLET |
| Barr | NALTREXONE TAB 50 mg | 00555-0902-02 | TABLET |
| Barr | NALTREXONE TAB 50 mg | 00555-0902-01 | TABLET |
| Barr | OXYCOD+ACET CAP 5-500 mg | 51285-0658-02 | CAPSULE |
| Barr | OXYCOD+APAP TAB 5-325 mg | 00555-027804 | TABLET |
| Barr | OXYCOD+APAP TAB 5-325 mg | 00555-0278-02 | TABLET |
| Barr | PROCHLORP TAB 10 mg | 51285-0522-02 | TABLET |
| Barr | PROCHLORP TAB 10 mg | 00555-0522-02 | TABLET |
| Barr | PROCHLORP TAB 5 mg | 51285-0521-02 | TABLET |
| Barr | PSEUDOEP+GUAIF 250-120 mg | 51285-0894-02 | CAPSULE SA |

## EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 22

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Barr | PSEUDOEPH+GUAIF 600-120 mg | 51285-0401-02 | TABLET SR 12H |
| Barr | PSEUDOEPH+GUAIF 300-60 mg | 51285-0895-02 | CAPSULE SA |
| Barr | S-PACK DM TAB 600-30-60 | 51285-0049-88 | TABLET SR SEQ |
| Barr | S-PACK TAB 600-6-600 | 51285-0048-88 | TABLET SR SEQ |
| Barr | SULFINP CAP 200 mg | 00555-0272-02 | CAPSULE |
| Barr | SULFINP TAB 100 mg | 00555-0271-02 | TABLET |
| Barr | TETRACY CP 250 MG | 00555-0011-05 | CAPSULE |
| Barr | TETRACY CP 500 MG | 00555-0010-05 | CAPSULE |
| Barr | TETRACY CP 500 MG | 00555-0010-02 | CAPSULE |
| Barr | TRAZOD TAB  50 MG | 00555-0489-04 | TABLET |
| Barr | TRAZOD TAB  50 MG | 00555-0489-02 | TABLET |
| Barr | TRAZOD TAB 100 MG | 00555-0490-04 | TABLET |
| Barr | TRAZOD TAB 100 MG | 00555-0490-02 | TABLET |
| Barr | TRAZOD TAB 150 MG | 00555-0732-02 | TABLET |
| Barr | TRAZOD TAB 150 MG | 00555-0732-04 | TABLET |
| Barr | TRAZOD TAB 300 MG | 00555-0733-02 | TABLET |
| Barr | TRIAM+HCTZ TB 25-37.5 MG | 00555-0643-04 | TABLET |
| Barr | TRIAM+HCTZ TB 25-37.5 MG | 00555-0643-02 | TABLET |
| Barr | TRIAM+HCTZ TB 50-75 MG | 00555-0444-02 | TABLET |
| Barr | TRIAM+HCTZ TB 50-75 MG | 00555-0444-04 | TABLET |
| Barr | TRIAMTER CP 37.5 - 25 mg | 00555-0488-02 | CAPSULE |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 23

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Barr | TRIAMTER CP 25-37.5 MG | 00555-0875-05 | CAPSULE |
| Barr | TRIAMTER CP 25-37.5 MG | 00555-0875-02 | CAPSULE |
| Barr | WARFARIN SOD TA 1 mg | 00555-0831-02 | TABLET |
| Barr | WARFARIN SOD TA 2 mg | 00555-0869-02 | TABLET |
| Barr | WARFARIN SOD TA 6 mg | 00555-0926-02 | TABLET |
| Barr | WARFARIN SOD TA 5 mg | 00555-0833-02 | TABLET |
| Barr | WARFARIN SOD TA 4 mg | 00555-0874-02 | TABLET |
| Barr | WARFARIN SOD TA 3 mg | 00555-0925-02 | TABLET |
| Barr | WARFARIN SOD TB 5 mg | 00555-0833-05 | TABLET |
| Barr | WARFARIN SOD TB 2.5 mg | 00555-0832-02 | TABLET |
| Barr | WARFARIN SOD TB 1 mg | 00555-0831-05 | TABLET |
| Barr | WARFARIN SOD TB 2 mg | 00555-0869-05 | TABLET |
| Barr | WARFARIN SOD TB 10 mg | 00555-0835-02 | TABLET |
| Barr | WARFARIN SOD TB 2.5 mg | 00555-0832-05 | TABLET |
| Barr | WARFARIN SOD TB 4 mg | 00555-0874-05 | TABLET |
| Barr | WARFARIN SOD TB 7.5 mg | 00555-0834-02 | TABLET |
| | | | |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 24

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Bristol | Capozide 25 mg/15 mg 100s | 00003-0338-50 | Oral |
| Bristol | Capozide 25 mg/25 mg 100s | 00003-0349-50 | Oral |
| Bristol | Capozide 50 mg/15 mg, 100s | 00003-0384-50 | Oral |
| Bristol | Capozide 50 mg/25 mg, 100s | 00003-0390-50 | Oral |
| Bristol | Cephalexin 500mg 100s | 00003-0874-50 | Oral |
| Bristol | Cephalexin 250 mg 100's | 00003-0749-50 | Oral |
| Bristol | Cephalexin 250 mg 100's | 00003-0749-51 | |
| Bristol | Cephalexin | 00003-0749-60 | Oral |
| Bristol | Cephalexin | 00003-0874-60 | Oral |
| Bristol | Cephalexin | 00003-2201-30 | Oral |
| Bristol | Cephalexin | 00003-2201-40 | Oral |
| Bristol | Cephalexin | 00003-2202-30 | Oral |
| Bristol | Cephalexin | 00003-2202-40 | Oral |
| Bristol | Doxycycline | 00003-0812-40 | Oral |
| Bristol | Doxycycline | 00003-0812-60 | Oral |
| Bristol | Doxycycline | 00003-0814-01 | Oral |
| Bristol | Doxycycline | 00003-0814-05 | Oral |
| Bristol | Doxycycline | 00003-8708-01 | Oral |
| Bristol | Doxycycline 100 mg, 50s | 0003-0940-40 | Oral |
| Bristol | Doxycycline 100 mg, 500s | 0003-0940-60 | Oral |
| Bristol | Polymox | 00015-7276-35 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 25

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Bristol | Polymox | 00015-7276-41 | Oral |
| Bristol | Polymox | 00015-7276-50 | Oral |
| Bristol | Polymox 125mg/5 ml | 00015-7276-77 | Oral |
| Bristol | Polymox | 00015-7277-16 | Oral |
| Bristol | Polymox | 00015-7277-35 | Oral |
| Bristol | Polymox | 00015-7277-41 | Oral |
| Bristol | Polymox | 00015-7277-50 | Oral |
| Bristol | Polymox | 00015-7277-77 | Oral |
| Bristol | Polymox | 00015-7278-60 | Oral |
| Bristol | Polymox | 00015-7278-66 | Oral |
| Bristol | Polymox | 00015-7278-80 | Oral |
| Bristol | Polymox 500 mg | 00015-7279-50 | Oral |
| Bristol | Polymox | 00015-7279-60 | Oral |
| Bristol | Polymox | 00015-7279-66 | Oral |
| Bristol | Polymox | 00015-7279-80 | Oral |
| Bristol | Trimox (Amoxicillin) 500mg 100s | 00003-0109-55 | Oral |
| Bristol | Trimox (Amoxicillin) 250mg 100s | 00003-0101-50 | Oral |
| Bristol | Trimox | 00003-1737-45 | Oral |
| Bristol | Trimox | 00003-1737-40 | Oral |
| Bristol | Trimox | 00003-1737-30 | Oral |
| Bristol | Trimox | 00003-1738-30 | Oral |
| Bristol | Trimox | 00003-0109-20 | Oral |
| Bristol | Trimox | 00003-0101-60 | Oral |
| Bristol | Trimox | 00003-0101-20 | Oral |
| Bristol | Trimox | 00003-1738-40 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 26

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Bristol | Trimox | 00003-0109-60 | Oral |
| Bristol | Trimox | 00003-1738-45 | Oral |
| Bristol | Trimox 250 | 00003-0101-51 | Oral |
| Bristol | Trimox | 00003-0109-45 | Oral |
| Bristol | Trimox 500 | 00003-0109-51 | Oral |
| Bristol | Trimox | 00003-1737-25 | Oral |
| Bristol | Trimox | 00003-1738-15 | Oral |
| Bristol | Trimox | 00003-1738-25 | Oral |
| | | | |
| Dey | Albuterol Inhalation Aerosol (refill) 17 gm | 49502-0303-27 | Inhalation |
| Dey | Albuterol Inhalation Aerosol 17 gm (90 mcg Aerosol Inhaler) | 49502-0303-17 49502-0333-17 | Inhalation |
| Dey | Albuterol Sulfate multi dose bottle | 49502-0105-01 | Inhalation |
| | | | |
| Ethex | BUSPIR HCL TAB 15 mg | 58177-0309-08 | TABLET |
| Ethex | BUSPIR HCL TAB 15 mg | 58177-0309-04 | TABLET |
| Ethex | BUSPIR HCL TAB 5 mg | 58177-0264-04 | TABLET |
| Ethex | BUSPIR HCL TAB 5 mg | 58177-0264-08 | TABLET |
| Ethex | BUSPIR HCL TAB 10 mg | 58177-0265-08 | TABLET |
| Ethex | BUSPIR HCL TAB 10 mg | 58177-0265-04 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 27

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Ethex | COD+GUAIF TAB 300-10 mg | 58177-0223-04 | TABLET |
| Ethex | DISOPYRAM ER CP 150 mg | 58177-0002-04 | CAPSULE SA |
| Ethex | DOXAZOSIN TAB 1 mg | 58177-0266-04 | TABLET |
| Ethex | DOXAZOSIN TAB 2 mg | 58177-0267-04 | TABLET |
| Ethex | DOXAZOSIN TAB 4 mg | 58177-0268-04 | TABLET |
| Ethex | DOXAZOSIN TAB 8 mg | 58177-0269-04 | TABLET |
| Ethex | EC-NAPROXEN TAB 375 mg | 58177-0302-04 | TABLET DR |
| Ethex | EC-NAPROXEN TAB 500 mg | 58177-0303-04 | TABLET DR |
| Ethex | ETHEZYME 830 OI 0.83 MMU/G | 58177-0816-02 | OINT.(GM) |
| Ethex | ETHEZYME OINT T 1.1 MMU/G | 58177-0804-02 | OINT.(GM) |
| Ethex | GUAIFENEX DM RX 600-30-60 | 58177-0277-17 | TAB SR SEQ |
| Ethex | GUAIFENEX DM TA 600-30 mg | 58177-0213-04 | TAB.SR 12H |
| Ethex | GUAIFENEX G TAB 1200 mg | 58177-0308-04 | TAB.SR 12H |
| Ethex | GUAIFENEX GP TA 1200-120 mg | 58177-0373-04 | TAB.SR 12H |
| Ethex | GUAIFENEX LA TB 600 mg | 58177-0205-04 | TABLET SA |
| Ethex | GUAIFENEX LA TB 600 mg | 58177-0205-08 | TABLET SA |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 28

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Ethex | GUAIFENEX PPA75 600-75 mg | 58177-0204-04 | TABLET SA |
| Ethex | GUAIFENEX PSE12 600-120 mg | 58177-0208-04 | TAB.SR 12H |
| Ethex | GUAIFENEX PSE60 600-60 mg | 58177-0214-04 | TAB.SR 12H |
| Ethex | GUAIFENEX PSED 800-80 mg | 58177-0413-04 | TAB.SR 12H |
| Ethex | GUAIFENEX TAB R 600-60-600 | 58177-0276-17 | TAB SR SEQ |
| Ethex | HISTA-VENT DA T 20-8-2.5 mg | 58177-0227-04 | TAB.SR 12H |
| Ethex | HISTINEX D LIQ 60-5 mg/5 ml | 58177-0898-07 | SOLUTION |
| Ethex | HISTINEX DM SYR 10-12.5-2 | 58177-0880-07 | SYRUP |
| Ethex | HISTINEX DM SYR 10-12.5-2 | 58177-0880-12 | SYRUP |
| Ethex | HISTINEX HC LIQ 5-2.5-2 | 58177-0877-12 | SYRUP |
| Ethex | HISTINEX HC LIQ 5-2.5-2 | 58177-0877-07 | SYRUP |
| Ethex | HISTINEX PV LIQ 30-2.5-2/5 | 58177-0883-07 | SYRUP |
| Ethex | HYDROC B+AC ELI | 58177-0909-07 | Oral |
| Ethex | HYDROC B+GUIAF 100-5/5 ml | 58177-0881-12 | SYRUP |
| Ethex | HYDROCOD+GUIAF 100-5/5 ml | 58177-0881-07 | SYRUP |
| Ethex | HYDROCORT+IOD C 1-1% | 58177-0803-02 | CREAM(GM) |
| Ethex | HYDROMORPH TAB 2 mg | 58177-0298-04 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 29

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Ethex | HYDROMORPH TAB 4 mg | 58177-0299-04 | TABLET |
| Ethex | HYDROQUIN CRM 4% | 58177-0801-02 | CREAM(GM) |
| Ethex | HYDROQUIN CRM+S 3-5-4% | 58177-0802-02 | CREAM(GM) |
| Ethex | HYDRO-TUSS CBX 15-2 mg/5 mg | 58177-0917-07 | SYRUP |
| Ethex | HYDRO-TUSS DM L 200-20/5 ml | 58177-0906-07 | ELIXIR |
| Ethex | HYDRO-TUSS HC L 15-3-2/5 | 58177-0915-07 | LIQUID |
| Ethex | HYDRO-TUSS HD L 100-30-2.5 | 58177-0890-07 | SOLUTION |
| Ethex | HYDRO-TUSS XP L 100-15-3/5 | 58177-0916-07 | LIQUID |
| Ethex | HYOSCYAM ER CP 0.375 mg | 58177-0017-04 | CAP.SR 12H |
| Ethex | HYOSCYAM ER TB 0.375 mg | 58177-0237-04 | TAB.SR 12H |
| Ethex | HYOSCYAM SL TAB 0.125 mg | 58177-0255-04 | TAB SUBL |
| Ethex | HYOSCYAM TAB 0.125 mg | 58177-0274-04 | TABLET |
| Ethex | ISOSOR MON ER T 120 mg | 58177-0201-04 | TAB.SR 24H |
| Ethex | ISOSOR MON ER T 30 mg | 58177-0222-04 | TAB.SR 24H |
| Ethex | ISOSOR MON ER T 60 mg | 58177-0238-04 | TAB.SR 24H |
| Ethex | ISOSOR MON TB 30 mg | 58177-0222-11 | TAB.SR 24H |
| Ethex | ISOSOR MON TB 60 mg | 58177-0238-11 | TAB.SR 24H |

## EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 30

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Ethex | KETOROL TRO TB 10 mg | 58177-0301-04 | TABLET |
| Ethex | MEPERID+PROM CP 50-25 mg | 58177-0027-04 | CAPSULE |
| Ethex | MORPHINE 100MG/20 mg/ml | 58177-0886-05 | SOLUTION |
| Ethex | MORPHINE IR TAB 15 mg | 58177-0313-04 | TABLET |
| Ethex | MORPHINE IR TAB 30 mg | 58177-0314-04 | TABLET |
| Ethex | MORPHINE O/S 20 mg/ml | 58177-0886-01 | SOLUTION |
| Ethex | MORPHINE OS 20 MG/ml | 58177-0886-03 | SOLUTION |
| Ethex | NATALCARE ADV T 90-1 mg | 58177-0350-20 | TABLET |
| Ethex | NATALCARE CFE60 60-1 mg | 58177-0322-20 | TABLET |
| Ethex | NATALCARE GLS T 90-1 mg | 58177-0418-20 | TABLET |
| Ethex | NATALCARE PIC F 60-1 mg | 58177-0258-11 | TABLET |
| Ethex | NATALCARE PIC T 60-1 mg | 58177-0257-11 | TABLET |
| Ethex | NATALCARE PLUS 27 - 1 mg | 58177-0225-04 | TABLET |
| Ethex | NATALCARE RX TA 27-0.5 mg | 58177-0317-05 | TABLET |
| Ethex | NATALCARE THREE 28-1 mg | 58177-0415-04 | TABLET |
| Ethex | NATATAB CFE TAB 50-1 mg | 58177-0328-11 | TABLET |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 31

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Ethex | NATATAB FA TAB 29-1 mg | 58177-0329-04 | TABLET |
| Ethex | NATATAB RX TAB 29 - 1 mg | 58177-0376-26 | TABLET |
| Ethex | NITROGL ER CAP 9 mg | 58177-0006-04 | CAPSULE SA |
| Ethex | NITROGL ER CAP 9 mg | 58177-0006-03 | CAPSULE SA |
| Ethex | NITROGL ER CAP 2.5 mg | 58177-0004-03 | CAPSULE SA |
| Ethex | NITROGL ER CAP 6.5 mg | 58177-0005-03 | CAPSULE SA |
| Ethex | NITROGL ER CAP 2.5 mg | 58177-0004-04 | CAPSULE SA |
| Ethex | NITROGL ER CAP 6.5 mg | 58177-0005-04 | CAPSULE SA |
| Ethex | NITROQCK SUB TB 0.4 mg | 58177-0324-18 | TAB SUBL |
| Ethex | NITROQCK SUBL T 0.6 mg | 58177-0325-04 | TAB SUBL |
| Ethex | NITROQCK SUBL T 0.3 mg | 58177-0323-04 | TAB SUBL |
| Ethex | NITROQCK SUBL T 0.4 mg | 58177-0324-04 | TAB SUBL |
| Ethex | NUTRINATE CHEW 29-1 mg | 58177-0351-26 | TAB CHEW |
| Ethex | OXYCODONE CAP 5 mg | 58177-0041-04 | CAPSULE |
| Ethex | OXYCODONE TAB 5 mg | 58177-0315-04 | TABLET |
| Ethex | OXYDOSE ORAL CO 20 mg/ml | 58177-0914-01 | ORAL CONC. |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 32

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Ethex | PANGESTYME CAP 48-16-48 | 58177-0028-04 | CAPSULE DR |
| Ethex | PANGESTYME CAP 59-18-59 | 58177-0049-04 | CAPSULE DR |
| Ethex | PANGESTYME CAP 20-4.5-25 | 58177-0031-04 | CAPSULE DR |
| Ethex | PANGESTYME CAP 20-4.5-25 | 58177-0031-06 | CAPSULE DR |
| Ethex | PANGESTYME CAP 33.2-10-38 | 58177-0029-04 | CAPSULE DR |
| Ethex | PANGESTYME CAP 66.4-20-75 | 58177-0030-04 | CAPSULE DR |
| Ethex | PANGESTYME CAP 65-20-65 | 58177-0050-04 | CAPSULE DR |
| Ethex | PANGESTYME CAP 3912-39 | 58177-0048-04 | CAPSULE DR |
| Ethex | POT CHL CAP 10Meq | 58177-0001-11 | CAPSULE SA |
| Ethex | POT CHL ER CAP 10 meq | 58177-0001-08 | CAPSULE SA |
| Ethex | POT CHL ER CAP 10 meq | 58177-0001-09 | CAPSULE SA |
| Ethex | POT CHL ER CAP 10 meq | 58177-0001-04 | CAPSULE SA |
| Ethex | POT CHL TAB 20 Meq | 58177-0202-11 | TAB PRT SR |
| Ethex | POT CHL TAB 20 Meq | 58177-0202-08 | TAB PRT SR |
| Ethex | POT CHL TAB 20 Meq | 58177-0202-09 | TAB PRT SR |
| Ethex | POT CHL TAB 20 Meq | 58177-0202-04 | TAB PRT SR |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 33

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Ethex | PREDNISOL SYRP 5 mg/5 ml | 58177-0912-03 | SYRUP |
| Ethex | PRENATAL MR90 F 90-1mg | 58177-0212-11 | TABLET SA |
| Ethex | PRENATAL MTR+SE 27-1 mg | 58177-0316-04 | TABLET |
| Ethex | PRENATAL RX TB 60-1 mg | 58177-0216-11 | TABLET |
| Ethex | PRENATAL Z A/F 65-1 mg | 58177-0275-11 | TABLET |
| Ethex | PROPAFENONE TB 150 mg | 58177-0331-11 | TABLET |
| Ethex | PSEUDUDOVENT DM 600-30-45 | 58177-0414-04 | TAB.SR 12H |
| Ethex | PSEUDOVENT CAP 250-120 mg | 58177-0045-04 | CAPSULE SA |
| Ethex | PSEUDOVENT PED 300-60 mg | 58177-0046-04 | CAPSULE SA |
| Ethex | QUADRA HIST-D C | 58177-0022-04 | CAPSULE SA |
| Ethex | QUADRA HIST-D P | 58177-0023-04 | CAPSULE SA |
| Ethex | TRIMETHOB CAP 250 mg | 58177-0037-04 | CAPSULE |
| Ethex | TRI-VENT DM SYR 100-15-45 | 58177-0918-07 | SYRUP |
| Ethex | ULTRA NATAL CAR 90-1 mg | 58177-0292-11 | TABLET |
| | | | |
| Geneva | Albuterol 2 mg tablets | 00781-1671-01 | Oral |
| Geneva | Albuterol 4 mg tablets | 00781-1672-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 34

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Alprazolam 1 mg | 00781-1328-13 | Oral |
| Geneva | Alprazolam 0.5 mg | 00781-1077-13 | Oral |
| Geneva | Alprazolam 2 mg | 00781-1089-01 | Oral |
| Geneva | Alprazolam 2 mg | 00781-1089-05 | Oral |
| Geneva | Alprazolam 1 mg | 00781-1079-01 | Oral |
| Geneva | Alprazolam 0.25 mg Tab 100's | 00781-1061-01 | Oral |
| Geneva | Alprazolam 1mg Tab 1000's | 00781-1079-10 | Oral |
| Geneva | Alprazolam 1mg Tab 500's | 00781-1079-05 | Oral |
| Geneva | Alprazolam 0.5 mg | 00781-1077-10 | Oral |
| Geneva | Alprazolam 0.25 mg | 00781-1061-05 | Oral |
| Geneva | Alprazolam 0.25 mg | 00781-1061-10 | Oral |
| Geneva | Alprazolam 0.5 mg | 00781-1077-01 | Oral |
| Geneva | Alprazolam 0.5 mg | 00781-1077-05 | Oral |
| Geneva | Amiodarone HCL 200 mg | 00781-1203-60 | Oral |
| Geneva | Amiodarone 200mg Tab 60's | 00781-1230-60 | Oral |
| Geneva | Amiodarone HCL 200 mg | 00781-1203-92 | Oral |

## EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 35

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Amiodarone HCL 200 mg | 00781-1203-05 | Oral |
| Geneva | Amitriptyline/ Perphenazine 10-2 mg | 00781-1265-05 | Oral |
| Geneva | Amitriptyline/ Perphenazine 10-2 mg | 00781-1265-13 | Oral |
| Geneva | Amitriptyline/ Perphenazine 10-4 mg | 00781-1266-01 | Oral |
| Geneva | Amitriptyline/ Perphenazine 25-2 mg | 00781-1273-01 | Oral |
| Geneva | Amitriptyline HCL 10 mg | 00781-1486-01 | Oral |
| Geneva | Amitriptyline HCL 10 mg | 00781-1486-10 | Oral |
| Geneva | Amitriptyline HCL 25 mg | 00781-1487-01 | Oral |
| Geneva | Amitriptyline HCL 25 mg | 00781-1487-10 | Oral |
| Geneva | Amitriptyline HCL 50 mg | 00781-1488-01 | Oral |
| Geneva | Amitriptyline HCL 50 mg | 00781-1488-10 | Oral |
| Geneva | Amitriptyline HCL 75 mg | 00781-1489-01 | Oral |
| Geneva | Amitriptyline HCL 100 mg | 00781-1490-01 | Oral |
| Geneva | Amitriptyline HC150 mg | 00781-1491-01 | Oral |
| Geneva | Amitriptyline/ Perphenazine 25-2 mg | 00781-1273-13 | Oral |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 36

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Amitriptyline/ Perphenazine 25-2 mg | 00781-1273-05 | Oral |
| Geneva | Amitriptyline/ Perphenazine 10-2 mg | 00781-1265-01 | Oral |
| Geneva | Amitriptyline/ Perphenazine 25-4 mg | 00781-1267-01 | Oral |
| Geneva | Amoxapine 150 mg | 00781-1847-31 | Oral |
| Geneva | Amoxapine 25 mg | 00781-1844-01 | Oral |
| Geneva | Amoxapine 100 mg | 00781-1846-01 | Oral |
| Geneva | Amoxapine 50 mg | 00781-1845-01 | Oral |
| Geneva | Aspir EC Tab 325 mg | 00781-1603-01 | Oral |
| Geneva | Atenolol 50 mg | 00781-1506-10 | Oral |
| Geneva | Atenolol 100 mg | 00781-1507-01 | Oral |
| Geneva | Atenolol 100 mg | 00781-1507-10 | Oral |
| Geneva | Atenolol 25 mg | 00781-1078-01 | Oral |
| Geneva | Atenolol 50 mg | 00781-1506-01 | Oral |
| Geneva | Atenolol 25 mg | 00781-1078-10 | Oral |
| Geneva | Atenolol 50 mg | 00781-1506-13 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 37

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Azathioprine 50mg Tab 100's | 00781-1059-01 | Oral |
| Geneva | Bell Alk/Ergotamine/ Phenobarb 0.6-0.2-40 | 00781-1701-01 | Oral |
| Geneva | Bisoprolol/HCTZ | 00781-1833-05 | Oral |
| Geneva | Bisoprolol/HCTZ | 00781- 1833-01 | Oral |
| Geneva | Bisoprolol/HCTZ | 00781- 1824-05 | Oral |
| Geneva | Bisoprolol/HCTZ | 00781- 1824-01 | Oral |
| Geneva | Bisoprolol/HCTZ | 00781-1841-05 | Oral |
| Geneva | Bisoprolol/HCTZ | 00781-1841-01 | Oral |
| Geneva | Bromocriptine Myselate | 00781-2819-01 | Oral |
| Geneva | Bromocriptine Myselate | 00781-1817-01 | Oral |
| Geneva | Bromocriptine Myselate | 00781-1817-31 | Oral |
| Geneva | Bromocriptine Myselate | 00781-2819-31 | Oral |
| Geneva | Brophen DC Syr | 00781-6805-04 | Oral |
| Geneva | Bupropion HCL 100 mg | 00781-1064-10 | Oral |
| Geneva | Bupropion HCL 100 mg | 00781-1064-01 | Oral |
| Geneva | Bupropion HCL 75 mg | 00781-1053-10 | Oral |
| Geneva | Bupropion HCL 75 mg | 00781-1053-01 | Oral |
| Geneva | Carisoprodol | 00781-1050-10 | Oral |
| Geneva | Carisoprodol 350 mg | 00781-1050-05 | Oral |
| Geneva | Carisoprodol 350 mg | 00781-1050-01 | Oral |
| Geneva | Cefuroxime Sodium | 00781-3918-96 | Injectable/ Infusion |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 38

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Cefuroxime Sodium 1.5 g | 00781-3922-96 | Injectable/ Infusion |
| Geneva | Cefuroxime Sodium 7.5 g | 00781-3926-95 | Injectable/ Infusion |
| Geneva | Chloral Hy Syrp | 00781-6605-16 | Oral |
| Geneva | Chlorpromazine HCL 50 mg | 00781-1717-13 | Oral |
| Geneva | Chlorpromazine HCL 50 mg | 00781-1717-01 | Oral |
| Geneva | Chlorpromazine HCL 50 mg | 00781-1717-10 | Oral |
| Geneva | Chlorpromazine HCL 100 mg | 00781-1718-13 | Oral |
| Geneva | Chlorpromazine HCL 100 mg | 00781-1718-01 | Oral |
| Geneva | Chlorpromazine HCL 100 mg | 00781-1718-10 | Oral |
| Geneva | Chlorpromazine HCL 200 mg | 00781-1719-13 | Oral |
| Geneva | Chlorpromazine HCL 200 mg | 00781-1719-01 | Oral |
| Geneva | Chlorpromazine HCL 200 mg | 00781-1719-10 | Oral |
| Geneva | Chlorpromazine HCL 25 mg | 00781-1716-10 | Oral |
| Geneva | Chlorpromazine HCL 10 mg | 00781-1715-13 | Oral |
| Geneva | Chlorpromazine HCL 25 mg | 00781-1716-01 | Oral |
| Geneva | Chlorpromazine HCL 10 mg | 00781-1715-01 | Oral |
| Geneva | Chlorpromazine HCL 25 mg | 00781-1716-13 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 39

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Choline Mag Tab 500 mg | 00781-1637-01 | Oral |
| Geneva | Choline Mag Tab 750 mg | 00781-1638-01 | Oral |
| Geneva | Cimetidine 400 mg | 00781-1449-05 | Oral |
| Geneva | Cimetidine 400 mg | 00781-1449-13 | Oral |
| Geneva | Cimetidine | 00781-1448-60 | Oral |
| Geneva | Cimetidine 300 mg | 00781-1448-05 | Oral |
| Geneva | Cimetidine 300 mg | 00781-1448-01 | Oral |
| Geneva | Cimetidine 800 mg | 00781-1444-01 | Oral |
| Geneva | Cimetidine 800 mg, 30s | 00781-1444-31 | Oral |
| Geneva | Cimetidine 400 mg | 00781-1449-01 | Oral |
| Geneva | Cimetidine 200 mg | 00781-1447-01 | Oral |
| Geneva | Cimetidine 300 mg | 00781-1448-13 | Oral |
| Geneva | Cimetidine 400 mg | 00781-1449-60 | Oral |
| Geneva | Clemastine Fumarate 2.68 mg | 00781-1359-01 | Oral |
| Geneva | Clemastine Fumarate 1.34 mg | 00781-1358-01 | Oral |
| Geneva | Clemastine Syrp 0.67 mg/5 ml | 00781-6131-04 | Oral |
| Geneva | Clemastine Syrp 0.67 mg/5 ml | 00781-6131-16 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 40

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Clomipramine HCL 75 mg | 00781-2047-01 | Oral |
| Geneva | Clomipramine HCL 25 mg | 00781-2027-01 | Oral |
| Geneva | Clomipramine HCL 50 mg | 00781-2037-01 | Oral |
| Geneva | Contrin | 00781-2025-13 | Oral |
| Geneva | Cyclobenzaprine Tab 10 mg | 00781-1324-01 | Oral |
| Geneva | Cyclobenzaprine 10 mg | 00781-1324-05 | Oral |
| Geneva | Cyclobenzaprine 10 mg | 00781-1324-13 | Oral |
| Geneva | Desipramine HCL 100 mg | 00781-1975-01 | Oral |
| Geneva | Desipramine HCL 50 mg | 00781-1973-10 | Oral |
| Geneva | Desipramine HCL 25 mg | 00781-1972-01 | Oral |
| Geneva | Desipramine HCL 10 mg | 00781-1971-01 | Oral |
| Geneva | Desipramine HCL 50 mg | 00781-1973-01 | Oral |
| Geneva | Desipramine HCL 150 mg | 00781-1976-50 | Oral |
| Geneva | Desipramine HCL 75 mg | 00781-1974-01 | Oral |
| Geneva | Desipramine HCL 25 mg | 00781-1972-10 | Oral |
| Geneva | Desipramine Tab 25 mg | 00781-1972-13 | Oral |
| Geneva | Desipramine Tab 50 mg | 00781-1973-13 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 41

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Diclofenac Sodium 50 mg | 00781-1787-01 | Oral |
| Geneva | Diclofenac Sodium 50 mg | 00781-1787-10 | Oral |
| Geneva | Diclofenac Sodium 75 mg | 00781-1789-60 | Oral |
| Geneva | Diclofenac Sodium 75 mg | 00781-1789-01 | Oral |
| Geneva | Diclofenac Sodium 75 mg | 00781-1789-10 | Oral |
| Geneva | Diclofenac Sodium | 00781-1381-01 | Oral |
| Geneva | Diclofenac Sodium 25 mg | 00781-1785-01 | Oral |
| Geneva | Diclofenac Sodium 25 mg | 00781-1785-60 | Oral |
| Geneva | Diclofenac Sodium 50 mg | 00781-1787-60 | Oral |
| Geneva | Diclofenac Potassium 50 mg | 00781-5017-01 | Oral |
| Geneva | Diclofenac Potassium 50 mg | 00781-1297-01 | Oral |
| Geneva | Diclofenac Tab 25 mg | 00781-1785-13 | Oral |
| Geneva | Diclofenac Tab 50 mg | 00781-1787-13 | Oral |
| Geneva | Diclofenac Tab 75 mg | 00781-1789-13 | Oral |
| Geneva | Diltiazem | 00781-1159-01 | Oral |
| Geneva | Doxazosin Mesylate | 00781-5003-01 | Oral |
| Geneva | Doxazosin Mesylate | 00781-5001-01 | Oral |
| Geneva | Doxazosin Mesylate | 00781-5002-01 | Oral |