**ANDERSON EXHIBIT 6P**

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 42

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Geneva | Doxazosin Mesylate | 00781-5004-01 | Oral |
| Geneva | Enalapril Maleate | 00781-1232-01 | Oral |
| Geneva | Enalapril Maleate | 00781-1233-10 | Oral |
| Geneva | Enalapril Maleate | 00781-1231-10 | Oral |
| Geneva | Enalapril Maleate | 00781-1231-01 | Oral |
| Geneva | Enalapril Maleate | 00781-1229-01 | Oral |
| Geneva | Enalapril Maleate | 00781-1229-10 | Oral |
| Geneva | Enalapril Maleate | 00781-1233-01 | Oral |
| Geneva | Enalapril Maleate | 00781-1232-10 | Oral |
| Geneva | Famotidine | 00781-1746-10 | Oral |
| Geneva | Famotidine | 00781-1736-10 | Oral |
| Geneva | Famotidine 40 mg | 00781-1746-01 | Oral |
| Geneva | Famotidine | 00781-1736-13 | Oral |
| Geneva | Famotidine | 00781-1736-31 | Oral |
| Geneva | Famotidine 20 mg | 00781-1736-01 | Oral |
| Geneva | Famotidine | 00781-1746-31 | Oral |
| Geneva | Famotidine | 00781-1746-13 | Oral |
| Geneva | Fiortal w/Codine 30mg Cap 100's | 00781-2221-01 | Oral |
| Geneva | Fiortal 325-40-50 | 00781-2120-01 | Oral |
| Geneva | Fluoxetine Hcl (Prozac) 20 mg | 00781-2822-01 | Oral |
| Geneva | Fluoxetine HCL | 00781-2823-01 | Oral |
| Geneva | Fluoxetine Hcl (Prozac) 40 mg | 00781-2824-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 43

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Fluphenazine HCL 5 mg | 00781-1438-01 | Oral |
| Geneva | Fluphenazine HCL 1 mg | 00781-1436-05 | Oral |
| Geneva | Fluphenazine HCL 10 mg | 00781-1439-13 | Oral |
| Geneva | Fluphenazine HCL 5 mg | 00781-1438-13 | Oral |
| Geneva | Fluphenazine HCL 10 mg | 00781-1439-05 | Oral |
| Geneva | Fluphenazine HCL | 00781-1437-05 | Oral |
| Geneva | Fluphenazine HCL 2.5 mg | 00781-1437-01 | Oral |
| Geneva | Fluphenazine HCL 5mg Tab 500's | 00781-1438-05 | Oral |
| Geneva | Fluphenazine HCL 10mg Tab 100's | 00781-1439-01 | Oral |
| Geneva | Fluphenazine HCL 2.5 mg | 00781-1437-13 | Oral |
| Geneva | Fluphenazine HCL 1 mg | 00781-1436-13 | Oral |
| Geneva | Fluphenazine HCL 1 mg | 00781-1436-01 | Oral |
| Geneva | Fluphenazine Tab 1 mg | 00781-1436-50 | Oral |
| Geneva | Fluphenazine Tab 2.5 mg | 00781-1437-50 | Oral |
| Geneva | Fluphenazine Tab 5 mg | 00781-1438-50 | Oral |
| Geneva | Fluphenazine Tab 10 mg | 00781-1439-50 | Oral |
| Geneva | Flurbiprofen 100 mg | 00781-1129-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 44

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Flurbiprofen Tab 100 mg | 00781-1129-05 | Oral |
| Geneva | Fluvoxamine Maleate | 00781-5040-01 | Oral |
| Geneva | Fluvoxamine Maleate | 00781-5040-10 | Oral |
| Geneva | Fluvoxamine Maleate | 00781-5041-01 | Oral |
| Geneva | Fluvoxamine Maleate | 00781-5041-10 | Oral |
| Geneva | Fluvoxamine Maleate | 00781-5042-01 | Oral |
| Geneva | Fluvoxamine Maleate | 00781-5042-10 | Oral |
| Geneva | Furosemide 80 mg | 00781-1446-01 | Oral |
| Geneva | Furosemide 40 mg | 00781-1966-10 | Oral |
| Geneva | Furosemide 40 mg | 00781-1966-01 | Oral |
| Geneva | Furosemide 20 mg | 00781-1818-10 | Oral |
| Geneva | Furosemide 20 mg | 00781-1818-01 | Oral |
| Geneva | Furosemide 80 mg | 00781-1446-05 | Oral |
| Geneva | Furosemide 10 mg/ml 60 ml solution | 00781-6302-02 | Oral |
| Geneva | Furosemide 80 mg UD 100s | 00781-1435-13 | Oral |
| Geneva | Glipizide 5 mg | 00781-1452-10 | Oral |
| Geneva | Glipizide 10 mg | 00781-1453-01 | Oral |
| Geneva | Glipizide 10 mg | 00781-1453-10 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 45

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Glipizide<br>5 mg | 00781-1452-01 | Oral |
| Geneva | Glipizide Tab<br>5 mg | 00781-1452-13 | Oral |
| Geneva | Glipizide Tab<br>10 mg | 00781-1453-13 | Oral |
| Geneva | Glyburide | 00781-1457-10 | Oral |
| Geneva | Glyburide | 00781-1457-13 | Oral |
| Geneva | Haloperidol<br>5 mg | 00781-1396-01 | Oral |
| Geneva | Haloperidol<br>5 mg | 00781-1396-10 | Oral |
| Geneva | Haloperidol<br>10 mg | 00781-1397-13 | Oral |
| Geneva | Haloperidol<br>10 mg | 00781-1397-01 | Oral |
| Geneva | Haloperidol<br>5 mg | 00781-1396-13 | Oral |
| Geneva | Haloperidol | 00781-1387-01 | Oral |
| Geneva | Haloperidol<br>0.5 mg | 00781-1391-01 | Oral |
| Geneva | Haloperidol<br>0.5 mg | 00781-1391-13 | Oral |
| Geneva | Haloperidol<br>0.5 mg | 00781-1391-10 | Oral |
| Geneva | Haloperidol<br>1 mg | 00781-1392-13 | Oral |
| Geneva | Haloperidol<br>2 mg | 00781-1393-01 | Oral |
| Geneva | Haloperidol<br>2 mg | 00781-1393-10 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 46

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Haloperidol 2 mg | 00781-1393-13 | Oral |
| Geneva | Haloperidol 1 mg | 00781-1392-10 | Oral |
| Geneva | Haloperidol 10 mg | 00781-1397-10 | Oral |
| Geneva | Haloperidol 1 mg | 00781-1392-01 | Oral |
| Geneva | Haloperidol Tab 20 mg | 00781-1398-01 | Oral |
| Geneva | HCTZ/ Triamterene 25-37.5 mg | 00781-1123-05 | Oral |
| Geneva | HCTZ/ Triamterene 25-37.5 mg | 00781-2074-01 | Oral |
| Geneva | HCTZ/ Triamterene 25-50 mg | 00781-2715-01 | Oral |
| Geneva | HCTZ/ Triamterene 25-50 mg | 00781-2715-10 | Oral |
| Geneva | HCTZ/ Triamterene 50-75 mg | 00781-1008-01 | Oral |
| Geneva | HCTZ/ Triamterene 50-75 mg | 00781-1008-05 | Oral |
| Geneva | HCTZ/ Triamterene 25-37.5 mg | 00781-2074-10 | Oral |
| Geneva | Hemorr+HC Supp | 00781-7700-32 | Supp.Rectal |
| Geneva | Hemorr+HC Supp | 00781-7700-40 | Supp. Rectal |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 47

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Geneva | Hydrocod/APAP 10-650 mg | 00781-1524-01 | Oral |
| Geneva | Hydrocod + AP CP 7.5 - 650 mg | 00781-1523-01 | Oral |
| Geneva | Hydrocod + AP Tab 7.5 - 500 mg | 00781-1513-01 | Oral |
| Geneva | Hydrocod + AP tab 7.5 - 500 mg | 00781-1513-05 | Oral |
| Geneva | Hydrocod + AP tab 5 - 500 mg | 00781-1606-01 | Oral |
| Geneva | Hydrocod | 00781-6586-16 | Oral |
| Geneva | Hydrocod+AP 7.5 - 750 mg | 00781-1532-01 | Oral |
| Geneva | Hydrocod+AP 7.5 - 750 mg | 00781-1532-05 | Oral |
| Geneva | Hydrocod+AP 5 - 500 mg | 00781-1606-05 | Oral |
| Geneva | Hydrocort Cream 2.5% | 00781-7011-22 | Topical |
| Geneva | Hydroxychloroquine Sulfate 200 mg | 00781-1407-01 | Oral |
| Geneva | Hydroxychloroquine Sulfate | 00781-1407-05 | Oral |
| Geneva | Hydroxyzine 25 mg | 00781-1334-05 | Oral |
| Geneva | Hydroxyzine PAM 50 mg | 00781-2254-01 | Oral |
| Geneva | Hydroxyzine Syrp 10 mg/5 ml | 00781-6570-16 | Oral |
| Geneva | Hydroxyzine | 00781-1332-01 | Oral |
| Geneva | Ibuprofen 400 mg | 00781-1352-05 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 48

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Ibuprofen 800 mg | 00781-1363-01 | Oral |
| Geneva | Ibuprofen 800 mg | 00781-1363-05 | Oral |
| Geneva | Ibuprofen 600 mg | 00781-1362-05 | Oral |
| Geneva | Imipramine HCL 10 mg | 00781-1762-01 | Oral |
| Geneva | Imipramine HCL 25 mg | 00781-1764-10 | Oral |
| Geneva | Imipramine HCL 50mg Tab 1000's | 00781-1766-10 | Oral |
| Geneva | Imipramine HCL 25 mg | 00781-1764-13 | Oral |
| Geneva | Imipramine HCL 25 mg | 00781-1764-01 | Oral |
| Geneva | Imipramine HCL 50 mg | 00781-1766-01 | Oral |
| Geneva | Imipramine HCL 50 mg | 00781-1766-13 | Oral |
| Geneva | Isosorbide Dinitrate 20 mg | 00781-1695-13 | Oral |
| Geneva | Isosorbide Dinitrate 5 mg | 00781-1635-01 | Oral |
| Geneva | Isosorbide Dinitrate 20 mg | 00781-1695-01 | Oral |
| Geneva | Isosorbide Dinitrate 10 mg | 00781-1556-10 | Oral |
| Geneva | Isosorbide Dinitrate 10 mg | 00781-1556-05 | Oral |
| Geneva | Isosorbide Dinitrate 20 mg | 00781-1695-10 | Oral |

## EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 49

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Isosorbide Dinitrate 10 mg | 00781-1556-01 | Oral |
| Geneva | Isosorbide Dinitrate 10 mg | 00781-1556-13 | Oral |
| Geneva | Isosorbide Dinitrate 5 mg | 00781-1635-10 | Oral |
| Geneva | Isosorbide Dinitrate 5 mg | 00781-1635-13 | Oral |
| Geneva | Isoxsuprine HCl | 00781-1872-10 | Oral |
| Geneva | Isoxsuprine Hcl 20 mg | 00781-1842-01 | Oral |
| Geneva | Isoxsuprine Hcl 10 mg | 00781-1840-01 | Oral |
| Geneva | Isoxruprine Tab 20 mg | 00781-1842-10 | Oral |
| Geneva | Lidocaine Sol. 2% 20 mg/ml | 00781-6190-46 | Topical |
| Geneva | Lindane Sham 1% | 00781-7160-16 | Topical |
| Geneva | Lindane Lot 1% | 00781-7150-16 | Topical |
| Geneva | Lithium Syrp 8 meq/5 ml | 00781-6100-16 | Oral |
| Geneva | Lonox Tab UD 2.5 - .025 mg | 00781-1262-13 | Oral |
| Geneva | Lonox Tab 2.5 - .025 mg | 00781-1262-01 | Oral |
| Geneva | Lonox 2.5/.025mg Tab 500's | 00781-1262-05 | Oral |
| Geneva | Lonox Tab 2.5 - .025 mg | 00781-1262-10 | Oral |
| Geneva | Loperamide | 00781-2760-03 | Oral |
| Geneva | Loperamide Cap 2 mg | 00781-2761-01 | Oral |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 50

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Geneva | Lorazepam 2 mg | 00781-1405-05 | Oral |
| Geneva | Lorazepam 2 mg | 00781-1405-01 | Oral |
| Geneva | Lorazepam 0.5 mg | 00781-1403-01 | Oral |
| Geneva | Lorazepam 0.5 mg | 00781-1403-05 | Oral |
| Geneva | Lorazepam 1 mg | 00781-1404-01 | Oral |
| Geneva | Lorazepam 1 mg | 00781-1404-05 | Oral |
| Geneva | Lorazepam 1 mg | 00781-1404-10 | Oral |
| Geneva | Lovastat Tab 10 mg | 00781-1323-60 | Oral |
| Geneva | Lovastat Tab 20 mg | 00781-1210-60 | Oral |
| Geneva | Lovastat Tab 40 mg | 00781-1213-60 | Oral |
| Geneva | Meclizine HCL 12.5 mg | 00781-1542-01 | Oral |
| Geneva | Meclizine HCL 12.5 mg | 00781-1542-10 | Oral |
| Geneva | Meclizine HCL 25 mg | 00781-1544-10 | Oral |
| Geneva | Meclizine HCL 25 mg | 00781-1544-01 | Oral |
| Geneva | Metform Tab 1000 mg | 00781-5052-01 | Oral |
| Geneva | Metform Tab 500 mg | 00781-5050-01 | Oral |
| Geneva | Metform Tab 850 mg | 00781-5051-01 | Oral |
| Geneva | Methazolamide 50 mg | 00781-1071-01 | Oral |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 51

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Methazolamide 25 mg | 00781-1072-01 | Oral |
| Geneva | Methocarbamol 500 mg | 00781-1760-05 | Oral |
| Geneva | Methocarbamol | 00781-1750-01 | Oral |
| Geneva | Methocarbamol 750 mg | 00781-1750-05 | Oral |
| Geneva | Methocarbamol 500 mg | 00781-1760-01 | Oral |
| Geneva | Methylpenidate HCL | 00781-1753-01 | Oral |
| Geneva | Methylpenidate HCL | 00781-1754-10 | Oral |
| Geneva | Methylpenidate HCL | 00781-1754-01 | Oral |
| Geneva | Methylpenidate HCL | 00781-1753-10 | Oral |
| Geneva | Methylpenidate HCL | 00781-1749-10 | Oral |
| Geneva | Methylpenidate HCL | 00781-1749-01 | Oral |
| Geneva | Methylpenidate HCL | 00781-1748-10 | Oral |
| Geneva | Methylpenidate HCL | 00781-1748-01 | Oral |
| Geneva | Metoprolol 50 mg | 00781-1223-13 | Oral |
| Geneva | Metoprolol 50 mg | 00781-1223-01 | Oral |
| Geneva | Metoprolol 100 mg | 00781-1228-01 | Oral |
| Geneva | Metoprolol 100 mg | 00781-1228-13 | Oral |
| Geneva | Metoprolol 50 mg | 00781-1223-10 | Oral |
| Geneva | Metoprolol Tab 100 mg | 00781-1228-10 | Oral |
| Geneva | Metoprolol Tartrate | 00781-3070-75 | Oral |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 52

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Mexilet 150 mg | 00781-2130-01 | Oral |
| Geneva | Mexilet 250 mg | 00781-2132-01 | Oral |
| Geneva | Mexilet 200 mg | 00781-2131-01 | Oral |
| Geneva | Naproxen 550 mg | 00781-1188-13 | Oral |
| Geneva | Naproxen Delayed - Release 375 mg | 00781-1646-01 | Oral |
| Geneva | Naproxen Delayed - Release 500 mg | 00781-1653-01 | Oral |
| Geneva | Naproxen 500 mg | 00781-1165-05 | Oral |
| Geneva | Naproxen 500 mg | 00781-1165-01 | Oral |
| Geneva | Naproxen 550 mg | 00781-1188-01 | Oral |
| Geneva | Naproxen 250 mg | 00781-1164-01 | Oral |
| Geneva | Naproxen 375 mg | 00781-1164-05 | Oral |
| Geneva | Naproxen 250 mg | 00781-1163-10 | Oral |
| Geneva | Naproxen 250 mg | 00781-1163-05 | Oral |
| Geneva | Naproxen 250 mg | 00781-1163-01 | Oral |
| Geneva | Naproxen 275 mg | 00781-1187-13 | Oral |
| Geneva | Naproxen 375 mg | 00781-1164-10 | Oral |

**EXHIBIT "1"**
**PRICE FRAUD DRUGS**
**BILLED THROUGH MEDICAID**
Volume 1 - page 53

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Geneva | Naproxen 275 mg | 00781-1187-01 | Oral |
| Geneva | Naproxen 500 mg | 00781-1165-10 | Oral |
| Geneva | Naproxen Cap 500 mg | 00781-1165-13 | Oral |
| Geneva | Naproxen Sod 275 mg | 00781-1187-10 | Oral |
| Geneva | Naproxen Sod 550 mg | 00781-1188-10 | Oral |
| Geneva | Naproxen Tab 250 mg | 00781-1163-13 | Oral |
| Geneva | Naproxen Tab 375 mg | 00781-1164-13 | Oral |
| Geneva | Nitrofurantoin 50 mg | 00781-2502-01 | Oral |
| Geneva | Nitrofurantoin 50 mg | 00781-2502-10 | Oral |
| Geneva | Nitrofurantoin 100 mg | 00781-2503-01 | Oral |
| Geneva | Nitrofurantoin Cap 50 mg | 00781-2502-05 | Oral |
| Geneva | Nortriptyline 10 mg | 00781-2630-01 | Oral |
| Geneva | Nortriptyline 50 mg | 00781-2632-01 | Oral |
| Geneva | Nortriptyline 10 mg | 00781-2631-01 | Oral |
| Geneva | Nortriptyline 25 mg | 00781-2631-05 | Oral |
| Geneva | Nortriptyline 25 mg | 00781-2631-13 | Oral |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 54

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Nortriptyline 50 mg | 00781-2632-13 | Oral |
| Geneva | Nortriptyline | 00781-2630-13 | Oral |
| Geneva | Nortripyline 75 mg | 00781-2633-01 | Oral |
| Geneva | Nystatin 100 mu/ml | 00781-6105-16 | Oral |
| Geneva | Nystatin | 00781-6105-61 | Oral |
| Geneva | Orphenadrine Citrate | 00781-1649-05 | Oral |
| Geneva | Orphenadrine Citrate | 00781-1649-01 | Oral |
| Geneva | Oxazepam 10 mg | 00781-2809-01 | Oral |
| Geneva | Oxazepam 15 mg | 00781-2810-01 | Oral |
| Geneva | Oxazepam 30 mg | 00781-2811-01 | Oral |
| Geneva | Oxazepam 15 mg | 00781-2810-05 | Oral |
| Geneva | Papaverine HCl | 00781-2000-01 | Oral |
| Geneva | Paregoric Elix US | 00781-6130-16 | Oral |
| Geneva | Pemoline | 00781-1751-01 | Oral |
| Geneva | Pemoline | 00781-1731-01 | Oral |
| Geneva | Penicillin G Sodium | 00781-6153-95 | Injectable/ Infusion |
| Geneva | Penicillin G Sodium 5 mmu | 00781-6153-97 | Injectable/ Infusion |
| Geneva | Perphenazine 2 mg | 00781-1046-10 | Oral |
| Geneva | Perphenazine 8 mg | 00781-1048-01 | Oral |
| Geneva | Perphenazine 16 mg | 00781-1049-01 | Oral |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 55

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Geneva | Perphenazine 16 mg | 00781-1049-13 | Oral |
| Geneva | Perphenazine 8 mg | 00781-1048-10 | Oral |
| Geneva | Perphenazine 4 mg | 00781-1047-10 | Oral |
| Geneva | Perphenazine 2 mg | 00781-1046-13 | Oral |
| Geneva | Perphenazine 8 mg | 00781-1048-13 | Oral |
| Geneva | Perphenazine 4 mg | 00781-1047-01 | Oral |
| Geneva | Perphenazine 2 mg | 00781-1046-01 | Oral |
| Geneva | Perphenazine 4 mg | 00781-1047-13 | Oral |
| Geneva | Phenaz Tab 100 mg | 00781-1510-01 | Oral |
| Geneva | Phenaz Tab 200 mg | 00781-1512-01 | Oral |
| Geneva | Phenobarbital | 00781-1091-10 | Oral |
| Geneva | Potassium Chloride Pkt | 00781-8010-30 | Oral |
| Geneva | Promethazine HCL 25 mg | 00781-1830-01 | Oral |
| Geneva | Promethazine HCL | 00781-1832-01 | Oral |
| Geneva | Promethazine HCL 25 mg | 00781-1830-10 | Oral |
| Geneva | Pseudoeph Tab 60 mg | 00781-1535-01 | Oral |
| Geneva | Pseudoephedrine/Chlor phen. 120-8 mg | 00781-2915-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 56

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Ranitidine HCL 150 mg | 00781-1883-13 | Oral |
| Geneva | Ranitidine HCL 150 mg | 00781-1883-60 | Oral |
| Geneva | Ranitidine HCL 300 mg | 00781-2865-05 | Oral |
| Geneva | Ranitidine HCL 150 mg | 00781-1883-05 | Oral |
| Geneva | Ranitidine HCL 300 mg | 00781-2865-31 | Oral |
| Geneva | Ranitidine HCL 300 mg | 00781-1884-31 | Oral |
| Geneva | Ranitidine HCL 300 mg | 00781-1884-13 | Oral |
| Geneva | Ranitidine HCL 300 mg | 00781-1884-25 | Oral |
| Geneva | Ranitidine HCL 300 mg | 00781-1884-10 | Oral |
| Geneva | Ranitidine HCL 150 mg | 00781-1883-01 | Oral |
| Geneva | Ranitidine HCL 150 mg | 00781-2855-05 | Oral |
| Geneva | Ranitidine HCL 150 mg | 00781-1883-10 | Oral |
| Geneva | Ranitidine HCL 150 mg | 00781-2855-60 | Oral |
| Geneva | Resaid ER 75-12 mg | 00781-2424-01 | Oral |
| Geneva | Rimactane | 00781-2018-01 | Oral |
| Geneva | Rimantadine HCL | 00781-5029-01 | Oral |
| Geneva | Salsalate 500 mg | 00781-1108-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 57

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Geneva | Salsalate 750 mg | 00781-1109-01 | Oral |
| Geneva | Salsalate 750 mg | 00781-1109-05 | Oral |
| Geneva | Spironolactone 25 mg | 00781-1599-10 | Oral |
| Geneva | Spironolactone 25 mg | 00781-1599-01 | Oral |
| Geneva | Sulfamethoxazole/ Trimethoprim | 00781-6062-16 | Oral |
| Geneva | Sulindac Tab 150 mg | 00781-1811-05 | Oral |
| Geneva | Sulindac Tab 150 mg | 00781-1811-01 | Oral |
| Geneva | Sulindac tab 200 mg | 00781-1812-01 | Oral |
| Geneva | Temazepam 30 mg | 00781-2202-05 | Oral |
| Geneva | Temazepam 15 mg | 00781-2201-01 | Oral |
| Geneva | Temazepam 30 mg | 00781-2202-01 | Oral |
| Geneva | Temazepam 15 mg | 00781-2201-05 | Oral |
| Geneva | Temazepam 7.5 mg | 00781-2209-01 | Oral |
| Geneva | Terazosin 10mg Cap 100's | 00781-2054-01 | Oral |
| Geneva | Terazosin 5 mg Cap 100's | 00781-2053-01 | Oral |
| Geneva | Terazosin 2mg Cap 100's | 00781-2052-01 | Oral |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 58

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Terazosin 1mg Cap 100's | 00781-2051-01 | Oral |
| Geneva | Terazosin HCl | 00781-2053-05 | Oral |
| Geneva | Terazosin HCl | 00781-2052-05 | Oral |
| Geneva | Terazosin HCl | 00781-1551-01 | Oral |
| Geneva | Terazosin HCl | 00781-1561-01 | Oral |
| Geneva | Terazosin HCl | 00781-1561-10 | Oral |
| Geneva | Terazosin HCl | 00781-1571-01 | Oral |
| Geneva | Terazosin Hcl | 00781-1571-10 | Oral |
| Geneva | Terazosin HCl | 00781-1541-01 | Oral |
| Geneva | Terazosin HCl | 00781-1541-10 | Oral |
| Geneva | Terazosin HCl | 00781-2051-05 | Oral |
| Geneva | Terazosin HCl | 00781-1551-10 | Oral |
| Geneva | Terazosin HCl | 00781-2054-05 | Oral |
| Geneva | Theophy Elix 80 mg/15 ml | 00781-6600-16 | Oral |
| Geneva | Thioridazine Hcl 100 mg | 00781-1644-10 | Oral |
| Geneva | Thioridazine Hcl 150 mg | 00781-1664-01 | Oral |
| Geneva | Thioridazine Hcl 200 mg | 00781-1674-01 | Oral |
| Geneva | Thioridazine 15 mg | 00781-1614-01 | Oral |
| Geneva | Thioridazine Hcl 10 mg | 00781-1604-10 | Oral |
| Geneva | Thioridazine Hcl 10 mg | 00781-1604-01 | Oral |
| Geneva | Thioridazine Hcl 25 mg | 00781-1624-10 | Oral |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 59

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Geneva | Thioridazine Hcl 50 mg | 00781-1634-01 | Oral |
| Geneva | Thioridazine Hcl 50 mg | 00781-1634-10 | Oral |
| Geneva | Thioridazine Hcl 100 mg | 00781-1644-01 | Oral |
| Geneva | Thioridazine Hcl 25 mg | 00781-1624-01 | Oral |
| Geneva | Thioridazine Hcl 10 mg | 00781-1604-13 | Oral |
| Geneva | Thioridazine Hcl 15 mg | 00781-1614-13 | Oral |
| Geneva | Thioridazine Hcl 25 mg | 00781-1624-13 | Oral |
| Geneva | Thioridazine Hcl 50 mg | 00781-1634-13 | Oral |
| Geneva | Thiothixene 10 mg | 00781-2229-01 | Oral |
| Geneva | Thiothixene 10 mg | 00781-2229-10 | Oral |
| Geneva | Thiothixene 1 mg | 00781-2226-01 | Oral |
| Geneva | Thiothixene 2 mg | 00781-2227-13 | Oral |
| Geneva | Thiothixene 2 mg | 00781-2227-01 | Oral |
| Geneva | Thiothixene 2 mg | 00781-2227-10 | Oral |
| Geneva | Thiothixene 5 mg | 00781-2228-13 | Oral |
| Geneva | Thiothixene 5 mg | 00781-2228-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 60

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Thiothixene 5 mg | 00781-2228-10 | Oral |
| Geneva | Thiothixene 10 mg | 00781-2229-13 | Oral |
| Geneva | Ticlopidine Hcl | 00781-1514-60 | Oral |
| Geneva | Trazodone Hcl 50 mg | 00781-1807-01 | Oral |
| Geneva | TrazodoneHCl 50 mg | 00781-1807-05 | Oral |
| Geneva | TrazodoneHCl 50 mg | 00781-1807-10 | Oral |
| Geneva | TrazodoneHCl 100 mg | 00781-1808-13 | Oral |
| Geneva | TrazodoneHCl 50 mg | 00781-1807-13 | Oral |
| Geneva | TrazodoneHCl 50 mg | 00781-1808-01 | Oral |
| Geneva | Tretinoin | 00781-7047-19 | Topical |
| Geneva | Tretinoin | 00781-7049-22 | Topical |
| Geneva | Tretinoin | 00781-7049-19 | Topical |
| Geneva | Tretinoin Sol 0.05% | 00781-6031-82 | Topical |
| Geneva | Tretinoin | 00781-7045-22 | Topical |
| Geneva | Tretinoin | 00781-7047-22 | Topical |
| Geneva | Tretinoin | 00781-7045-19 | Topical |
| Geneva | Tretinoin Gel 0.025% | 00781-7061-19 | Topical |
| Geneva | Tretinoin Gel 0.025% | 00781-7061-27 | Topical |
| Geneva | Triamcin 0.1% | 00781-7039-39 | Oral |
| Geneva | Triampterene+ HCTZ 25-50 mg | 00781-2715-13 | Oral |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 61

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Triampterene+ HCTZ 50 -75 mg | 00781-1008-13 | Oral |
| Geneva | Triampterene+ HCTZ 25-50 mg | 00781-2540-01 | Oral |
| Geneva | Triampterene + HCTZ 25-50 mg | 00781-2540-13 | Oral |
| Geneva | Triampterene+ HCTZ | 00781-1123-13 | Oral |
| Geneva | Triampterene+ HCTZ 25-50 mg | 00781-2540-10 | Oral |
| Geneva | Triamterene + HCTZ 37.5/25 Tab 100's | 00781-1123-01 | Oral |
| Geneva | Triazolam | 00781-1441-13 | Oral |
| Geneva | Triazolam 0.25 mg | 00781-1442-13 | Oral |
| Geneva | Triazolam 0.125 mg | 00781-1441-05 | Oral |
| Geneva | Trifluoperazine HCL 5 mg | 00781-1034-10 | Oral |
| Geneva | Trifluoperazine HCL 1 mg | 00781-1030-01 | Oral |
| Geneva | Trifluoperazine HCL 1 mg | 00781-1030-13 | Oral |
| Geneva | Trifluoperazine HCL 2 mg | 00781-1032-13 | Oral |
| Geneva | Trifluoperazine HCL 5 mg | 00781-1034-13 | Oral |
| Geneva | Trifluoperazine HCL 10 mg | 00781-1036-13 | Oral |
| Geneva | Trifluoperazine 10mg Tab 1000's | 00781-1036-10 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 62

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Geneva | Trifluoperazine 10mg Tab 100's | 00781-1036-01 | Oral |
| Geneva | Trifluoperazine 5mg Tab 100's | 00781-1034-01 | Oral |
| Geneva | Trifluoperazine HCL 2 mg | 00781-1032-10 | Oral |
| Geneva | Trifluoperazine HCL | 00781-1034-01 | Oral |
| Geneva | Trifluoperazine HCL 2 mg | 00781-1032-01 | Oral |
| Geneva | ULR-LA Tab 400-75 mg | 00781-1503-05 | Oral |
| Geneva | Ursodiol | 00781-2848-01 | Oral |
| Geneva | Verapam 80 mg | 00781-1016-01 | Oral |
| Geneva | Verapam 40 mg | 00781-1014-01 | Oral |
| Geneva | Verapam 80 mg | 00781-1016-05 | Oral |
| Geneva | Verapam 80 mg | 00781-1016-10 | Oral |
| Geneva | Verapam 120 mg | 00781-1017-01 | Oral |
| Geneva | Verapam 120 mg | 00781-1017-05 | Oral |
| Geneva | Vit B+ C+ Folic Acid | 00781-1102-01 | Oral |
|  |  |  |  |
| Zenith/Ivax | Acyclovir Cap 200 mg | 00172-4266-60 | Capsule |
| Zenith/Ivax | Acyclovir Cap 200 mg | 00172-4266-70 | Capsule |
| Zenith/Ivax | Acyclovir Tab 400 mg | 00172-4267-70 | Tablet |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 63

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Acyclovir Tab 400 mg | 00172-4267-60 | Tablet |
| Zenith/Ivax | Acyclovir Tab 800 mg | 00172-4268-60 | Tablet |
| Zenith/Ivax | Acyclovir Tab 200 mg | 00182-2666-89 | Capsule |
| Zenith/Ivax | Acyclovir Tab 400 mg | 00182-8200-89 | Tablet |
| Zenith/Ivax | Acyclovir Tab 800 mg | 00182-2667-89 | Tablet |
| Zenith/Ivax | Albuterol Inh R 90 Mcg | 00172-4390-19 | Aer Refill |
| Zenith/Ivax | Albuterol Inhal 90 Mcg | 00172-4390-18 | Aerosol |
| Zenith/Ivax | Allopur Tb 100 mg | 00182-1481-89 | Tablet |
| Zenith/Ivax | Allopur Tb 300 mg | 0018-21482-89 | Tablet |
| Zenith/Ivax | Amitrip Tab 100 mg | 00182-1063-89 | Tablet |
| Zenith/Ivax | Amitrip Tab 10 mg | 00182-1018-89 | Tablet |
| Zenith/Ivax | Amitrip Tab 25 mg | 00182-1019-10 | Tablet |
| Zenith/Ivax | Amitrip Tab 25 mg | 00182-1019-89 | Tablet |
| Zenith/Ivax | Amitrip Tab 50 mg | 00182-1020-89 | Tablet |
| Zenith/Ivax | Amitrip Tab 75 mg | 00182-1021-89 | Tablet |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 64

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Zenith/Ivax | Antispasmodic Elixir 16.2 Mg/ 5 ml | 00182-0686-40 | Elixir |
| Zenith/Ivax | Apap+cod Elixir 12-120 Mg/5 | 00182-1078-37 | Elixir |
| Zenith/Ivax | Apap+cod Elixir 12-120 Mg/5 | 00182-1078-40 | Elixir |
| Zenith/Ivax | Apap+cod Tb 30-300 mg | 00182-0948-89 | Tablet |
| Zenith/Ivax | Aspir+cod Tab # 60-325 mg | 00172-3985-70 | Tablet |
| Zenith/Ivax | Aspir+cod Tab # 60-325 mg | 00172-3985-60 | Tablet |
| Zenith/Ivax | Atenol Tab  25 mg | 00182-1001-89 | Tablet |
| Zenith/Ivax | Atenol Tab  25 mg | 00182-1001-01 | Tablet |
| Zenith/Ivax | Baclofen Tab 10 mg | 00172-4096-60 | Tablet |
| Zenith/Ivax | Baclofen Tab 10 mg | 00172-4096-80 | Tablet |
| Zenith/Ivax | Baclofen Tab 10 mg | 00182-1295-89 | Tablet |
| Zenith/Ivax | Baclofen Tab 20 mg | 00172-4097-60 | Tablet |
| Zenith/Ivax | Baclofen Tab 20 mg | 00182-1296-89 | Tablet |
| Zenith/Ivax | Bellad+ph+er Tb 0.6 - 0.2-40 | 00182-1990-01 | Tablet |
| Zenith/Ivax | Benzonatate Cap 100 mg | 00182-1080-01 | Capsule |
| Zenith/Ivax | Benztrop Tab 1 mg | 00182-1700-89 | Tablet |
| Zenith/Ivax | Benztrop Tab 1 mg | 00182-1700-01 | Tablet |
| Zenith/Ivax | Benztrop Tab 2 mg | 00182-1701-10 | Tablet |
| Zenith/Ivax | Benztrop Tab 2 mg | 00182-1701-89 | Tablet |
| Zenith/Ivax | Benztrop Tab 2 mg | 00182-1701-01 | Tablet |
| Zenith/Ivax | Benztrop Tb 0.5 mg | 00182-1299-89 | Tablet |
| Zenith/Ivax | Benztrop Tb 0.5 mg | 00182-1299-01 | Tablet |
| Zenith/Ivax | Betagen Sol 10% | 00182-0767-40 | Solution |
| Zenith/Ivax | Bisopr Tab 10-6.25 mg | 00172-5732-70 | Tablet |
| Zenith/Ivax | Bisopr Tab 10-6.25 mg | 00172-5732-60 | Tablet |
| Zenith/Ivax | Bisopr Tab 2.5-6.25 mg | 00172-5730-70 | Tablet |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 65

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Bisopr Tab 2.5-6.25 mg | 00172-5730-60 | Tablet |
| Zenith/Ivax | Bisopr Tab 5-6.25 mg | 00172-5731-60 | Tablet |
| Zenith/Ivax | Bisopr Tab 5-6.25 mg | 00172-5731-70 | Tablet |
| Zenith/Ivax | Bumetan Tab 0 .5 mg | 00172-4232-70 | Tablet |
| Zenith/Ivax | Bumetan Tab 0 .5 mg | 00172-4232-80 | Tablet |
| Zenith/Ivax | Bumetan Tab 0 .5 mg | 00172-4232-60 | Tablet |
| Zenith/Ivax | Bumetan Tab 1 mg | 00172-4233-60 | Tablet |
| Zenith/Ivax | Bumetan Tab 1 mg | 00172-4233-70 | Tablet |
| Zenith/Ivax | Bumetan Tab 1 mg | 00172-4233-80 | Tablet |
| Zenith/Ivax | Bumetan Tab 2 mg | 00172-4234-60 | Tablet |
| Zenith/Ivax | Bumetan Tab 2 mg | 00172-4234-80 | Tablet |
| Zenith/Ivax | Buspir HCl Tab 15 mg | 00172-5665-60 | Tablet |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 1 - page 66

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Zenith/Ivax | Buspir HCl Tab 5 mg | 00172-5663-10 | Tablet |
| Zenith/Ivax | Buspir HCl Tab 10 mg | 00172-5664-10 | Tablet |
| Zenith/Ivax | Buspir HCl Tab 15 mg | 00172-5665-65 | Tablet |
| Zenith/Ivax | Buspir HCl Tab 5 mg | 00172-5663-60 | Tablet |
| Zenith/Ivax | Buspir HCl Tab 10 mg | 00172-5664-70 | Tablet |
| Zenith/Ivax | Buspir HCl Tab 10 mg | 00172-5664-60 | Tablet |
| Zenith/Ivax | Buspir HCl Tab 5 mg | 00172-5663-70 | Tablet |
| Zenith/Ivax | Butal+apap+caf 325-40-50 | 00182-1274-01 | Tablet |
| Zenith/Ivax | Butal+apap+caf 325-40-50 | 00182-1274-05 | Tablet |
| Zenith/Ivax | Calcarb+d 600mg | 00182-4141-26 | Tablet |
| Zenith/Ivax | Captopr Hctz Ta 50-15 mg | 00172-5015-60 | Tablet |
| Zenith/Ivax | Captopr Hctz Ta 25-15 mg | 00172-2515-60 | Tablet |
| Zenith/Ivax | Captopr Hctz Ta 50-25 mg | 00172-5025-60 | Tablet |
| Zenith/Ivax | Carbamaz Ch 100 mg | 00182-1331-89 | Tablet |
| Zenith/Ivax | Carbamaz Tab 20 mg | 00182-1233-01 | Tablet |
| Zenith/Ivax | Carbamaz Tb 200 mg | 00182-1233-89 | Tablet |
| Zenith/Ivax | Carbid+lev Tb 10-100 mg | 00182-1948-89 | Tablet |
| Zenith/Ivax | Carbid+lev Tb 25-250 mg | 00182-1950-89 | Tablet |
| Zenith/Ivax | Carbid+lev Tb 25 -100 mg | 00182-1949-89 | Tablet |
| Zenith/Ivax | Carisoprod Comp 200-325 mg | 00182-1821-01 | Tablet |
| Zenith/Ivax | Cefaclor Cap 250 mg | 00172-4770-60 | Capsule |
| Zenith/Ivax | Cefaclor Cap 500 mg | 00172-4771-60 | Capsule |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 67

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Cefaclor O/s 18 Mg/5 ml | 00172-4773-20 | Susp Recon |
| Zenith/Ivax | Cefaclor Susp 18 Mg/5 ml | 00172-4773-21 | Susp Recon |
| Zenith/Ivax | Cefaclor Susp 125 Mg/5 ml | 00172-4772-23 | Susp Recon |
| Zenith/Ivax | Cefaclor Susp 125 Mg/5 ml | 00172-4772-22 | Susp Recon |
| Zenith/Ivax | Cefaclor Susp 250 Mg/5 ml | 00172-4774-23 | Susp Recon |
| Zenith/Ivax | Cefaclor Susp 250 Mg/5 ml | 00172-4774-22 | Susp Recon |
| Zenith/Ivax | Cefaclor Susp 375 Mg/5 ml | 00172-4775-21 | Susp Recon |
| Zenith/Ivax | Cefaclor Susp 375 Mg/5 ml | 00172-4775-20 | Susp Recon |
| Zenith/Ivax | Cefadrox Cap 500 mg | 00172-4058-48 | Capsule |
| Zenith/Ivax | Cefadrox Cap 500 mg | 00172-4058-60 | Capsule |
| Zenith/Ivax | Cefadrox Cap 500 mg | 00172-4058-43 | Capsule |
| Zenith/Ivax | Cefadrox Tab 1g | 00172-4059-48 | Tablet |
| Zenith/Ivax | Cephalex Cap 250 mg | 00172-4073-60 | Capsule |
| Zenith/Ivax | Cephalex Cap 250 mg | 00172-4073-70 | Capsule |
| Zenith/Ivax | Cephalex Cap 500 mg | 00172-4074-70 | Capsule |
| Zenith/Ivax | Cephalex Cap 500 mg | 00172-4074-60 | Capsule |
| Zenith/Ivax | Choline Tab 500 mg | 00182-1899-01 | Tablet |
| Zenith/Ivax | Choline Tab 750 mg | 00182-1895-01 | Tablet |
| Zenith/Ivax | Chlorphed Sr Cp 120-8 mg | 00182-1151-01 | Capsule |
| Zenith/Ivax | Cimetidine Tablets 200 mg | 00182-2660-17 | Tablet |
| Zenith/Ivax | Cimetidine Tablets 200 mg | 00182-2660-19 | Tablet |
| Zenith/Ivax | Cimetidine Tab 300 mg | 00172-7117-80 | Tablet |