**ANDERSON EXHIBIT 6Q**

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 68

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Cimetidine Tab 300 mg | 00172-7117-60 | Tablet |
| Zenith/Ivax | Cimetidine Tab 300 mg | 00172-7117-70 | Tablet |
| Zenith/Ivax | Cimetidine Tab 400 mg | 00172-7171-49 | Tablet |
| Zenith/Ivax | Cimetidine Tab 400 mg | 00172-7171-60 | Tablet |
| Zenith/Ivax | Cimetidine Tab 400 mg | 00172-7171-70 | Tablet |
| Zenith/Ivax | Cimetidine Tab 800 mg | 00172-7711-60 | Tablet |
| Zenith/Ivax | Cimetidine Tab 800 mg | 00172-7711-46 | Tablet |
| Zenith/Ivax | Cimetidine Tab 800 mg | 00172-7711-70 | Tablet |
| Zenith/Ivax | Clozapine Tab 100 mg | 00172-4360-70 | Tablet |
| Zenith/Ivax | Clozapine Tab 100 mg | 00172-4360-10 | Tablet |
| Zenith/Ivax | Clozapine Tab 100 mg | 00172-4360-60 | Tablet |
| Zenith/Ivax | Clozapine Tab 25 mg | 00172-4359-70 | Tablet |
| Zenith/Ivax | Clozapine Tab 25 mg | 00172-4359-10 | Tablet |
| Zenith/Ivax | Clozapine Tab 25 mg | 00172-4359-60 | Tablet |
| Zenith/Ivax | Cyclobenz Tb 10 mg | 00182-1919-89 | Tablet |
| Zenith/Ivax | Cyproheptad Tab 4 mg | 00182-1132-89 | Tablet |
| Zenith/Ivax | Cyproheptad Tab 4 mg | 00172-2929-80 | Tablet |
| Zenith/Ivax | Cyproheptad Tab 4 mg | 00172-2929-60 | Tablet |
| Zenith/Ivax | Desonide Crm 0.05% | 00182-5066-51 | Cream(gm) |
| Zenith/Ivax | Desonide Crm 0.05% | 00182-5066-52 | Cream(gm) |
| Zenith/Ivax | Dexameth Tab 4 mg | 00182-1614-01 | Tablet |
| Zenith/Ivax | Dexchlorph Tr Tab 6 mg | 00182-1015-01 | Tablet sa |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 69

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Diazepam Tab 2 mg | 00172-3925-60 | Tablet |
| Zenith/Ivax | Diazepam Tab 2 mg | 00172-3925-70 | Tablet |
| Zenith/Ivax | Diazepam Tab 2 mg | 00172-3925-80 | Tablet |
| Zenith/Ivax | Diazepam Tab 5 mg | 00172-3926-80 | Tablet |
| Zenith/Ivax | Diazepam Tab 5 mg | 00172-3926-60 | Tablet |
| Zenith/Ivax | Diazepam Tab 5 mg | 00172-3926-70 | Tablet |
| Zenith/Ivax | Diazepam Tab 10 mg | 00172-3927-60 | Tablet |
| Zenith/Ivax | Diazepam Tab 10 mg | 00172-3927-70 | Tablet |
| Zenith/Ivax | Diazepam Tab 10 mg | 00172-3927-80 | Tablet |
| Zenith/Ivax | Diphenox+ ATR Tab 2.5-.025 mg | 00172-3966-60 | Tablet |
| Zenith/Ivax | Diphenox+ ATR Tab 2.5 - .025 mg | 00172-3966-80 | Tablet |
| Zenith/Ivax | Dipyridam FC Tb 75 mg | 00182-1570-89 | Tablet |
| Zenith/Ivax | Dipyridam FC Tb 25 mg | 00182-1568-89 | Tablet |
| Zenith/Ivax | Dipyridam FC Tb 50 mg | 00182-1569-89 | Tablet |
| Zenith/Ivax | Doxazosin Tablet 1 mg | 00172-3685-70 | Tablet |
| Zenith/Ivax | Doxazosin Tablet 1 mg | 00172-3685-60 | Tablet |
| Zenith/Ivax | Doxazosin Tablet 2 mg | 00172-3686-80 | Tablet |
| Zenith/Ivax | Doxazosin Tablet 2 mg | 00172-3686-60 | Tablet |
| Zenith/Ivax | Doxazosin Tablet 2 mg | 00172-3686-70 | Tablet |
| Zenith/Ivax | Doxazosin Tablet 4 mg | 00172-3687-60 | Tablet |
| Zenith/Ivax | Doxazosin Tablet 4 mg | 00172-3687-70 | Tablet |
| Zenith/Ivax | Doxazosin Tablet 4 mg | 00172-3687-80 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 70

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Doxazosin Tablet 8 mg | 00172-3688-60 | Tablet |
| Zenith/Ivax | Doxazosin Tablet 8 mg | 00172-3688-70 | Tablet |
| Zenith/Ivax | Doxycyc Cap 100 mg | 00182-1035-89 | Capsule |
| Zenith/Ivax | Doxycyc Cp Bl 50 mg | 00172-2984-48 | Capsule |
| Zenith/Ivax | Doxycyc Cp Bl 100 mg | 00172-2985-48 | Capsule |
| Zenith/Ivax | Doxycyc Cp Bl 100 mg | 00172-2985-70 | Capsule |
| Zenith/Ivax | Doxycyc Cp Bl 50 mg | 00172-2984-70 | Capsule |
| Zenith/Ivax | Doxycyc Tab 100 mg | 00182-1535-89 | Tablet |
| Zenith/Ivax | Doxycyc Tb 100 mg | 00172-3626-70 | Tablet |
| Zenith/Ivax | Doxycyc Tb Org 100 mg | 00172-3626-48 | Tablet |
| Zenith/Ivax | Enalapr Mal Tab 5 mg | 00172-4196-80 | Tablet |
| Zenith/Ivax | Enalapr Mal Tab 20 mg | 00172-4198-80 | Tablet |
| Zenith/Ivax | Enalapr Mal Tab 10 mg | 00172-4197-60 | Tablet |
| Zenith/Ivax | Enalapr Mal Tab 5 mg | 00172-4196-60 | Tablet |
| Zenith/Ivax | Enalapr Mal Tab 20 mg | 00172-4198-70 | Tablet |
| Zenith/Ivax | Enalapr Mal Tab 10 mg | 00172-4197-80 | Tablet |
| Zenith/Ivax | Enalapr Mal Tab 2.5 mg | 00172-4195-60 | Tablet |
| Zenith/Ivax | Enalapr Mal Tab 20 mg | 00172-4198-60 | Tablet |
| Zenith/Ivax | Enalapr Mal Tb 2.5 mg | 00172-4195-80 | Tablet |
| Zenith/Ivax | Enalapr Tab 10 mg | 00172-4197-10 | Tablet |
| Zenith/Ivax | Enalapr Tab 2.5 mg | 00172-4195-10 | Tablet |
| Zenith/Ivax | Enalapr Tab 20 mg | 00172-4198-10 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 1 - page 71

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Enalapr Tab 5 mg | 00172-4196-10 | Tablet |
| Zenith/Ivax | Ergoloid Sub Tb 1 mg | 00172-2959-60 | Tab Subl |
| Zenith/Ivax | Erythr Pledgets 2% | 00172-3621-49 | Topical |
| Zenith/Ivax | Estazolam Tab 1 mg | 00172-4036-60 | Tablet |
| Zenith/Ivax | Estazolam Tab 2 mg | 00172-4037-60 | Tablet |
| Zenith/Ivax | Etodolac Tab 400 mg | 00172-4175-60 | Tablet |
| Zenith/Ivax | Etodolac Tab 400 mg | 00172-4175-70 | Tablet |
| Zenith/Ivax | Etodolac Tab 500 mg | 00172-4174-70 | Tablet |
| Zenith/Ivax | Etodolac Tab 500 mg | 00172-4174-60 | Tablet |
| Zenith/Ivax | Famotid Tab 20 mg | 00172-5728-80 | Tablet |
| Zenith/Ivax | Famotid Tab 20 mg | 00172-5728-70 | Tablet |
| Zenith/Ivax | Famotid Tab 20 mg | 00172-5728-60 | Tablet |
| Zenith/Ivax | Famotid Tab 20 mg | 00172-5728-10 | Tablet |
| Zenith/Ivax | Famotid Tab 40 mg | 00172-5729-70 | Tablet |
| Zenith/Ivax | Famotid Tab 40 mg | 00172-5729-60 | Tablet |
| Zenith/Ivax | Famotid Tab 40 mg | 00172-5729-10 | Tablet |
| Zenith/Ivax | Fenoprof Tab 600 mg | 00172-4141-70 | Tablet |
| Zenith/Ivax | Fenoprof Tab 600 mg | 00172-4141-60 | Tablet |
| Zenith/Ivax | Fluocinon Crm 0.05% | 00182-1731-52 | Cream (gm) |
| Zenith/Ivax | Fluoxetine Cap 10 mg | 00172-4363-60 | Capsule |
| Zenith/Ivax | Fluoxetine Cap 10 mg | 00172-4363-80 | Capsule |
| Zenith/Ivax | Fluoxetine Cap 10 mg | 00172-4363-70 | Capsule |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 1 - page 72

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Fluoxetine Cap 20 mg | 00172-4356-70 | Capsule |
| Zenith/Ivax | Fluoxetine Cap 20 mg | 00172-4356-80 | Capsule |
| Zenith/Ivax | Fluocinon Sol 0.05% | 00182-5050-68 | Solution |
| Zenith/Ivax | Flurbipr Tab 50 mg | 00172-4361-60 | Tablet |
| Zenith/Ivax | Flurbipr Tab 100 mg | 00172-4362-70 | Tablet |
| Zenith/Ivax | Flurbipr Tab 100 mg | 00172-4362-60 | Tablet |
| Zenith/Ivax | Flutamide Cap 125 mg | 00172-4960-70 | Capsule |
| Zenith/Ivax | Flutamide Cap 125 mg | 00172-4960-58 | Capsule |
| Zenith/Ivax | Folic Acid Tb 1 mg | 00182-0507-89 | Tablet |
| Zenith/Ivax | Folic Acid Tb 1 mg | 00182-0507-10 | Tablet |
| Zenith/Ivax | Furosem O/S 10 Mg/ml | 00182-6053-37 | Oral |
| Zenith/Ivax | Furosem O/S 10 mg/ml | 00182-6053-68 | Oral |
| Zenith/Ivax | Furosem Tab 20 mg | 00172-2908-80 | Tablet |
| Zenith/Ivax | Furosem Tab 20 mg | 00182-1170-89 | Tablet |
| Zenith/Ivax | Furosem Tab 20 mg | 00172-2908-70 | Tablet |
| Zenith/Ivax | Furosem Tab 20 mg | 00172-2908-60 | Tablet |
| Zenith/Ivax | Furosem Tab 40 Mg | 00172-2907-60 | Tablet |
| Zenith/Ivax | Furosem Tab 40 mg | 00182-1161-89 | Tablet |
| Zenith/Ivax | Furosem Tab 40 mg | 00172-2907-70 | Tablet |
| Zenith/Ivax | Furosem Tab 40 mg | 00172-2907-80 | Tablet |
| Zenith/Ivax | Gemfibr Tb 600 mg | 00182-1956-89 | Tablet |
| Zenith/Ivax | Gentamic Mdv 40 Mg/ml | 00182-1424-65 | Vial |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 73

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Gentamic Oph 0.3% | 00182-1695-62 | Drops |
| Zenith/Ivax | Glipizide Tab 5 mg | 00172-3649-70 | Tablet |
| Zenith/Ivax | Glipizide Tab 5 mg | 00172-3649-60 | Tablet |
| Zenith/Ivax | Glipizide Tab 10 mg | 00172-3650-70 | Tablet |
| Zenith/Ivax | Glipizide Tab 10 mg | 00172-3650-60 | Tablet |
| Zenith/Ivax | Glipizide Tab 10 mg | 00182-1995-89 | Tablet |
| Zenith/Ivax | Glipizide Tab 5 mg | 00182-1994-89 | Tablet |
| Zenith/Ivax | Guaifen Er Tab 600 mg | 00182-1188-01 | Tablet sa |
| Zenith/Ivax | Guaifen Tab 200 mg | 00182-2614-01 | Tablet |
| Zenith/Ivax | Guaifen+ DEXT Ta 600-30 mg | 00182-1042-01 | Tab.sr 12h |
| Zenith/Ivax | Guanabenz Tab 4 mg | 00172-4226-60 | Tablet |
| Zenith/Ivax | Guanabenz Tab 8 mg | 00172-4227-60 | Tablet |
| Zenith/Ivax | Guiatuss Ac Sf 10-100 Mg/5 ml | 00182-0017-37 | Syrup |
| Zenith/Ivax | Guiatuss Ac Sf 10-100 Mg/5 ml | 00182-0017-40 | Syrup |
| Zenith/Ivax | Guiatuss DAC Syrup 100-30-10 | 00182-1378-40 | Syrup |
| Zenith/Ivax | Halop O/s 2mg | 00182-6059-71 | Oral Conc. |
| Zenith/Ivax | Hemorr+hc Supp 25 mg | 00182-7038-16 | Supp.rect |
| Zenith/Ivax | Hydral Tab 10 mg | 00182-0905-89 | Tablet |
| Zenith/Ivax | Hydral Tab 25 mg | 00182-0554-89 | Tablet |
| Zenith/Ivax | Hydral Tab 50 mg | 00182-0555-89 | Tablet |
| Zenith/Ivax | Hydram Cgh Syrp 12.5 Mg/5 ml | 00182-1804-37 | Syrup |
| Zenith/Ivax | Hydroc+ap 7.5-750 mg | 00182-0681-01 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 74

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Hydroc+ap 7.5-750 mg | 00182-0681-05 | Tablet |
| Zenith/Ivax | Hydroc+ap Tb 7.5 - 500 mg | 00182-0691-01 | Tablet |
| Zenith/Ivax | Hydrochl Tab 25 mg | 00172-2083-60 | Tablet |
| Zenith/Ivax | Hydrochl Tab 50 mg | 00172-2089-60 | Tablet |
| Zenith/Ivax | Hydrochl Tab 50 mg | 00172-2089-80 | Tablet |
| Zenith/Ivax | Hydrochl Tab 25 mg | 00172-2083-80 | Tablet |
| Zenith/Ivax | Hydrochl Tab 50 mg | 00172-2089-85 | Tablet |
| Zenith/Ivax | Hydrochl Tb 25 Mg | 00182-0556-89 | Tablet |
| Zenith/Ivax | Hydrochl Tab 100 mg | 00172-2485-60 | Tablet |
| Zenith/Ivax | Hydrochl Tab 50 mg | 00182-0557-89 | Tablet |
| Zenith/Ivax | Hydrocod+ap Tb 5-500 mg | 00172-5643-60 | Tablet |
| Zenith/Ivax | Hydrocod+ap Tb 5-500 mg | 00172-5643-70 | Tablet |
| Zenith/Ivax | Hydrocod+ap Tb 7.5-500 mg | 00182-0691-05 | Tablet |
| Zenith/Ivax | Hydrocod+ap Tb 7.5-650 mg | 00182-0692-01 | Tablet |
| Zenith/Ivax | Hydrocod+b+guai 100-5/5 ml | 00182-0159-40 | Syrup |
| Zenith/Ivax | Hydrocort Supp 25 mg | 00182-7038-11 | Supp.rect |
| Zenith/Ivax | Hydrox+pam Cp 25 mg | 00182-1098-89 | Capsule |
| Zenith/Ivax | Hydrox+pam Cp 50 mg | 00182-1099-89 | Capsule |
| Zenith/Ivax | Hydroxyz Pam ca 50 mg | 00172-2909-60 | Capsule |
| Zenith/Ivax | Hydroxyz Pam ca 25 mg | 00172-2911-70 | Capsule |
| Zenith/Ivax | Hydroxyz Pam ca 50 mg | 00172-2909-70 | Capsule |
| Zenith/Ivax | Hydroxyz Pam ca 25 mg | 00172-2911-60 | Capsule |

**EXHIBIT "1"**
**PRICE FRAUD DRUGS**
**BILLED THROUGH MEDICAID**
Volume 1 - page 75

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Hydroxyz Syrp 10 Mg/5 ml | 00182-1376-40 | Syrup |
| Zenith/Ivax | Hydroxyz Tab 10 mg | 00182-1492-01 | Tablet |
| Zenith/Ivax | Hydroxyz Tab 25 mg | 00182-1493-05 | Tablet |
| Zenith/Ivax | Hydroxyz Tab 50 mg | 00182-1494-01 | Tablet |
| Zenith/Ivax | Hydroxyz Tb 10 mg | 00182-1492-89 | Tablet |
| Zenith/Ivax | Hydroxyz Tb 25 mg | 00182-1493-89 | Tablet |
| Zenith/Ivax | Hydroxyz Tb 50 mg | 00182-1494-89 | Tablet |
| Zenith/Ivax | Hyoscyam Tab 0.125 mg | 00182-1607-01 | Tablet |
| Zenith/Ivax | Hyoscyam Tr Cp 0.375 mg | 00182-1993-01 | Capsule sr 12h |
| Zenith/Ivax | Ibuprof Tab 400 mg | 00172-4018-70 | Tablet |
| Zenith/Ivax | Ibuprof Tab 600 mg | 00172-3646-60 | Tablet |
| Zenith/Ivax | Ibuprof Tab 600 mg | 00172-3646-70 | Tablet |
| Zenith/Ivax | Ibuprof Tb 400 mg | 00182-1809-89 | Tablet |
| Zenith/Ivax | Ibuprof Tb 600 mg | 00182-1810-89 | Tablet |
| Zenith/Ivax | Ibuprof Tb 800 mg | 00172-3648-70 | Tablet |
| Zenith/Ivax | Ibuprof Tb 800 mg | 00182-1297-89 | Tablet |
| Zenith/Ivax | Indapamide Tab 1.25 mg | 00172-4262-60 | Tablet |
| Zenith/Ivax | Indapamide Tab 2.5 mg | 00172-4259-70 | Tablet |
| Zenith/Ivax | Indapamide Tab 2.5 mg | 00172-4259-80 | Tablet |
| Zenith/Ivax | Indapamide Tab 2.5 mg | 00172-4259-60 | Tablet |
| Zenith/Ivax | Indapamide Tab 1.25 mg | 00172-4262-46 | Tablet |
| Zenith/Ivax | Indapamide Tab 1.25 mg | 00172-4262-70 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 1 - page 76

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Indapamide Tb 1.25 mg | 00172-4262-80 | Tablet |
| Zenith/Ivax | Indapamide Tb 2.5 mg | 00182-2610-89 | Tablet |
| Zenith/Ivax | Indapamide Tab 125 mg | 00182-8201-89 | Tablet |
| Zenith/Ivax | Indomet Cap 25 mg | 00172-4029-60 | Capsule |
| Zenith/Ivax | Indomet Cap 25 mg | 00172-4029-70 | Capsule |
| Zenith/Ivax | Indomet Cap 25 mg | 00182-1681-89 | Capsule |
| Zenith/Ivax | Indomet Cap 25 mg | 00172-4029-80 | Capsule |
| Zenith/Ivax | Indomet Cap 50 mg | 00172-4030-70 | Capsule |
| Zenith/Ivax | Indomet Cap 50 mg | 00182-1682-89 | Capsule |
| Zenith/Ivax | Indomet Cap 50 mg | 00172-4030-60 | Capsule |
| Zenith/Ivax | Isosor or Tb 10 mg | 00182-0514-89 | Tablet |
| Zenith/Ivax | Isosor or Tb 20 mg | 00182-0868-89 | Tablet |
| Zenith/Ivax | Isosor or Tb 5 mg | 00182-0550-89 | Tablet |
| Zenith/Ivax | Labetalol Tab 100 mg | 00172-4364-70 | Tablet |
| Zenith/Ivax | Labetalol Tab 100 mg | 00172-4364-60 | Tablet |
| Zenith/Ivax | Labetalol Tab 200 mg | 00172-4365-60 | Tablet |
| Zenith/Ivax | Labetalol Tab 200 mg | 00172-4365-70 | Tablet |
| Zenith/Ivax | Labetalol Tab 300 mg | 00172-4366-60 | Tablet |
| Zenith/Ivax | Lactulose Sol 10 G/15 ml | 00182-6072-97 | Syrup |
| Zenith/Ivax | Lactulose Sol 10 G/15 ml | 00182-6072-40 | Syrup |
| Zenith/Ivax | Lactulose Sol 10 G/15 ml | 00182-6075-58 | Syrup |
| Zenith/Ivax | Losopan Plus 540-40 | 00182-6081-39 | Oral Susp |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 77

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Losopan Susp 540 mg/5 ml | 00182-6078-39 | Oral Susp |
| Zenith/Ivax | Mecliz Chew Tab 25 mg | 00182-0571-01 | Tablet |
| Zenith/Ivax | Mecliz Tab 25 mg | 00182-0872-89 | Tablet |
| Zenith/Ivax | Mecliz Tab 25 mg | 00182-0872-10 | Tablet |
| Zenith/Ivax | Megestr Tab 40 mg | 00182-1864-89 | Tablet |
| Zenith/Ivax | Megestr Tab 40 mg | 00182-1864-01 | Tablet |
| Zenith/Ivax | Metform Tab 1000 mg | 00172-4432-60 | Tablet |
| Zenith/Ivax | Metform Tab 500 mg | 00172-4331-60 | Tablet |
| Zenith/Ivax | Metform Tab 500 mg | 00172-4331-70 | Tablet |
| Zenith/Ivax | Metform Tab 850 mg | 00172-4330-60 | Tablet |
| Zenith/Ivax | Methenam O/s 500 Mg/5 ml | 00182-0764-40 | Oral Susp |
| Zenith/Ivax | Methocarb+asp Tab 40-325 mg | 00172-2813-60 | Tablet |
| Zenith/Ivax | Methyld Tab 250 mg | 00172-2931-60 | Tablet |
| Zenith/Ivax | Methyld Tab 250 mg | 00172-2931-80 | Tablet |
| Zenith/Ivax | Methyld Tab 500 mg | 00172-2932-60 | Tablet |
| Zenith/Ivax | Methyld Tab 500 mg | 00172-2932-70 | Tablet |
| Zenith/Ivax | Methylpred Tab 4 mg | 00182-1050-03 | Tablet Ds pk |
| Zenith/Ivax | Metoclopr O/s 5 Mg/5 ml | 00182-6082-40 | Solution |
| Zenith/Ivax | Metoclopr Tab 5 mg | 00182-1898-01 | Tablet |
| Zenith/Ivax | Metoclopr Tab 5 mg | 00182-1898-89 | Tablet |
| Zenith/Ivax | Metoclopr Tab 10 mg | 00182-1789-89 | Tablet |
| Zenith/Ivax | Metronid Tab 250 mg | 00172-2971-70 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 1 - page 78

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Metronid Tab 250 mg | 00172-2971-60 | Tablet |
| Zenith/Ivax | Metronid Tab 250 mg | 00182-1330-89 | Tablet |
| Zenith/Ivax | Metronid Tab 250 mg | 00172-2971-65 | Tablet |
| Zenith/Ivax | Metronid Tab 250 mg | 00172-2971-80 | Tablet |
| Zenith/Ivax | Metronid Tab 500 mg | 00172-3007-60 | Tablet |
| Zenith/Ivax | Metronid Tab 500 mg | 00182-1517-89 | Tablet |
| Zenith/Ivax | Metronid Tab 500 mg | 00172-3007-48 | Tablet |
| Zenith/Ivax | Mycogen Ii Crm | 00182-1799-56 | Cream(gm) |
| Zenith/Ivax | Nadolol Tab 20 mg | 00172-4235-70 | Tablet |
| Zenith/Ivax | Nadolol Tab 20 mg | 00172-4235-60 | Tablet |
| Zenith/Ivax | Nadolol Tab 40 mg | 00172-4236-80 | Tablet |
| Zenith/Ivax | Nadolol Tab 40 mg | 00172-4236-60 | Tablet |
| Zenith/Ivax | Nadolol Tab 80 mg | 00172-4237-60 | Tablet |
| Zenith/Ivax | Nadolol Tab 120 mg | 00172-4238-60 | Tablet |
| Zenith/Ivax | Nadolol Tab 160 mg | 00172-4239-60 | Tablet |
| Zenith/Ivax | Nicardip Cap 20 mg | 00172-4288-60 | Capsule |
| Zenith/Ivax | Nicardip Cap 30 mg | 00172-4289-60 | Capsule |
| Zenith/Ivax | Nicarpid Cap 20 mg | 00172-4288-70 | Capsule |
| Zenith/Ivax | Nicarpid Cap 30 mg | 00172-4289-70 | Capsule |
| Zenith/Ivax | Nifedip Cap 20 Mg | 00182-1548-89 | Capsule |
| Zenith/Ivax | Nifedip Gelcap 10 mg | 00182-1547-89 | Capsule |
| Zenith/Ivax | Nitro Transd Sy 0.4 Mg/hr | 00182-1267-17 | Patch Td24 |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 79

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Nitro Transd Sy 0.2 Mg/hr | 00182-1240-17 | Patch Td24 |
| Zenith/Ivax | Nitrofuran Cap 50 mg | 00172-2130-60 | Capsule |
| Zenith/Ivax | Nitrofuran Cap 50 mg | 00172-2130-70 | Capsule |
| Zenith/Ivax | Nitrofuran Cap 100 mg | 00172-2131-60 | Capsule |
| Zenith/Ivax | Nitrofuran Cap 100 mg | 00172-2131-80 | Capsule |
| Zenith/Ivax | Nitrofuran Cap 100 mg | 00172-2131-70 | Capsule |
| Zenith/Ivax | Nitrofuran Cap 50 mg | 00172-2130-80 | Capsule |
| Zenith/Ivax | Nitrofuran Cp 50 mg | 00182-1944-89 | Capsule |
| Zenith/Ivax | Nitrofuran Cp 100 mg | 00182-1945-89 | Capsule |
| Zenith/Ivax | Nitrogl Er Cap 9 mg | 00182-1670-89 | Capsule sa |
| Zenith/Ivax | Nitrogl Er Cap 2.5 mg | 00182-0702-01 | Capsule sa |
| Zenith/Ivax | Nitrogl Er Cp 2.5 mg | 00182-0702-89 | Capsule sa |
| Zenith/Ivax | Nitrogl Er Cp 6.5 mg | 00182-0703-89 | Capsule sa |
| Zenith/Ivax | Nystatin O/s 100 Mu/ml | 00182-1546-40 | Oral Susp |
| Zenith/Ivax | Oxazepam Cap 10 mg | 00172-4804-70 | Capsule |
| Zenith/Ivax | Oxazepam Cap 10 mg | 00172-4804-60 | Capsule |
| Zenith/Ivax | Oxazepam Cap 15 mg | 00172-4805-60 | Capsule |
| Zenith/Ivax | Oxazepam Cap 15 mg | 00172-4805-70 | Capsule |
| Zenith/Ivax | Oxazepam Cap 30 mg | 00172-4806-70 | Capsule |
| Zenith/Ivax | Oxazepam Cap 30 mg | 00172-4806-60 | Capsule |
| Zenith/Ivax | Oxybutynin Tab 5 mg | 00182-1289-01 | Tablet |
| Zenith/Ivax | Oxybutynin Tab 5 mg | 00182-1289-05 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 1 - page 80

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Oxybutynin Tab 5 mg | 00182-1289-89 | Tablet |
| Zenith/Ivax | Oxycod+ APAP Tab 5-325 mg | 00182-1465-05 | Tablet |
| Zenith/Ivax | Pancrelip Tab 30-8-30 | 00182-1741-01 | Tablet |
| Zenith/Ivax | Perphen Tab 16 mg | 00172-3670-60 | Tablet |
| Zenith/Ivax | Perphen Tab 16 mg | 00172-3670-70 | Tablet |
| Zenith/Ivax | Perphen Tab 2 mg | 00172-3667-60 | Tablet |
| Zenith/Ivax | Perphen Tab 2 mg | 00172-3667-70 | Tablet |
| Zenith/Ivax | Perphen Tab 4 mg | 00172-3668-60 | Tablet |
| Zenith/Ivax | Perphen Tab 4 mg | 00172-3668-70 | Tablet |
| Zenith/Ivax | Perphen Tab 8 mg | 00172-3669-60 | Tablet |
| Zenith/Ivax | Perphen Tab 8 mg | 00172-3669-70 | Tablet |
| Zenith/Ivax | Phenaz Tab 100 mg | 00182-0138-01 | Tablet |
| Zenith/Ivax | Phenaz Tab 200 mg | 00182-0904-01 | Tablet |
| Zenith/Ivax | Phenob El 20 Mg/5 ml | 00182-0314-40 | Elixir |
| Zenith/Ivax | Phenyle La Tab 400-75 mg | 00172-4370-70 | Tablet sa |
| Zenith/Ivax | Phenylf La Tab 400-75 mg | 00172-4370-60 | Tablet sa |
| Zenith/Ivax | Phenyt Cap 100 mg | 00172-2057-60 | Capsule |
| Zenith/Ivax | Pindolol Tab 5 mg | 00172-4217-60 | Tablet |
| Zenith/Ivax | Pindolol Tab 10 mg | 00172-4218-60 | Tablet |
| Zenith/Ivax | Poly Vit+fl Drp 0.25 Mg/ml | 00182-6096-67 | Drops |
| Zenith/Ivax | Pot Chl Pwd 20 Meq | 00182-1451-17 | Packet |
| Zenith/Ivax | Pot Chl Sr Tab 10 Meq | 00182-1840-05 | Tablet sa |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 1 - page 81

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Pot Efferv Tab 25 Meq | 00182-1497-17 | Tablet Eff |
| Zenith/Ivax | Prazosin Cap 1 mg | 00172-4067-65 | Capsule |
| Zenith/Ivax | Prazosin Cap 1 mg | 00172-4067-80 | Capsule |
| Zenith/Ivax | Prazosin Cap 1 mg | 00172-4067-60 | Capsule |
| Zenith/Ivax | Prazosin Cap 2 mg | 00172-4068-65 | Capsule |
| Zenith/Ivax | Prazosin Cap 2 mg | 00172-4068-60 | Capsule |
| Zenith/Ivax | Prazosin Cap 2 mg | 00172-4068-80 | Capsule |
| Zenith/Ivax | Prazosin Cap 5 mg | 00172-4069-70 | Capsule |
| Zenith/Ivax | Prazosin Cap 5 mg | 00172-4069-65 | Capsule |
| Zenith/Ivax | Prazosin Cap 5 mg | 00172-4069-60 | Capsule |
| Zenith/Ivax | Prednison Tab 5 mg | 00182-0201-89 | Tablet |
| Zenith/Ivax | Prednison Tab 10 mg | 00182-1334-89 | Tablet |
| Zenith/Ivax | Prednison Tab 20 mg | 00182-1086-89 | Tablet |
| Zenith/Ivax | Probenecid Tab 500 mg | 00172-2190-60 | Tablet |
| Zenith/Ivax | Probenecid+colc | 00172-2193-60 | Tablet |
| Zenith/Ivax | Procain Cap 250 mg | 00172-2345-60 | Capsule |
| Zenith/Ivax | Procain Cap 500 mg | 00172-2347-60 | Capsule |
| Zenith/Ivax | Prochlorp Tab 10 mg | 00182-8211-89 | Tablet |
| Zenith/Ivax | Prochlorp Tab 5 mg | 00182-8210-89 | Tablet |
| Zenith/Ivax | Prochlorp Tab 10 mg | 00172-3691-60 | Tablet |
| Zenith/Ivax | Prochlorp Tab 5 mg | 00172-3690-60 | Tablet |
| Zenith/Ivax | Propox Cap 65 mg | 00172-2186-60 | Capsule |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 1 - page 82

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Propox Cap 65 mg | 00172-2186-80 | Capsule |
| Zenith/Ivax | Propox Cap 65 mg | 00172-2186-70 | Capsule |
| Zenith/Ivax | Propox+ap Tb 100-650 mg | 00182-0317-89 | Tablet |
| Zenith/Ivax | Propox+na+ap Tb 100-650 mg | 00172-4980-60 | Tablet |
| Zenith/Ivax | Propox+na+ap Tb 100-650 mg | 00172-4980-70 | Tablet |
| Zenith/Ivax | Propran Tab 10 mg | 00182-1812-89 | Tablet |
| Zenith/Ivax | Propran Tab 20 mg | 00182-1813-89 | Tablet |
| Zenith/Ivax | Propran Tab 40 mg | 00182-1814-89 | Tablet |
| Zenith/Ivax | Propran Tab 80 mg | 00182-1815-89 | Tablet |
| Zenith/Ivax | Pseudoeph Tab 600-120 mg | 00182-1740-01 | Tab.sr 12h |
| Zenith/Ivax | Quinine Cap 200 mg | 00172-4171-60 | Capsule |
| Zenith/Ivax | Quinine Cap 325 mg | 00172-4172-80 | Capsule |
| Zenith/Ivax | Quinine Cap 325 mg | 00172-4172-60 | Capsule |
| Zenith/Ivax | Quinine Sul 260 mg | 00182-8615-89 | Tablet |
| Zenith/Ivax | Quinine Tab 260 mg | 00172-3001-70 | Tablet |
| Zenith/Ivax | Quinine Tab 260 mg | 00172-3001-60 | Tablet |
| Zenith/Ivax | Salicyl Ac Tb 500 mg | 00182-1802-89 | Tablet |
| Zenith/Ivax | Salicyl Ac Tb 750 mg | 00182-1803-89 | Tablet |
| Zenith/Ivax | Sod Chl Oph/sol 5% | 00182-7024-64 | Drops |
| Zenith/Ivax | Sod Sulf Oph 10 % | 00182-0671-64 | Drops |
| Zenith/Ivax | Sulfisox Tab 500 mg | 00172-2218-60 | Tablet |
| Zenith/Ivax | Terazosin Cap 1 mg | 00172-4336-60 | Capsule |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 1 - page 83

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Terazosin Cap 1 mg | 00172-4336-10 | Capsule |
| Zenith/Ivax | Terazosin Cap 1 mg | 00172-4336-70 | Capsule |
| Zenith/Ivax | Terazosin Cap 10 mg | 00172-4339-70 | Capsule |
| Zenith/Ivax | Terazosin Cap 10 mg | 00172-4339-60 | Capsule |
| Zenith/Ivax | Terazosin Cap 2 mg | 00172-4337-60 | Capsule |
| Zenith/Ivax | Terazosin Cap 2 mg | 00172-4337-80 | Capsule |
| Zenith/Ivax | Terazosin Cap 2 mg | 00172-4337-70 | Capsule |
| Zenith/Ivax | Terazosin Cap 2 mg | 00172-4337-10 | Capsule |
| Zenith/Ivax | Terazosin Cap 5 mg | 00172-4338-10 | Capsule |
| Zenith/Ivax | Terazosin Cap 5 mg | 00172-4338-80 | Capsule |
| Zenith/Ivax | Terazosin Cap 5 mg | 00172-4338-70 | Capsule |
| Zenith/Ivax | Terazosin Cap 5 mg | 00172-4338-60 | Capsule |
| Zenith/Ivax | Terazosin Cap 10 mg | 00172-4339-10 | Capsule |
| Zenith/Ivax | Tetracy Cp 250 mg | 00182-0112-89 | Capsule |
| Zenith/Ivax | Tetracy Cp 250 mg | 00172-2416-80 | Capsule |
| Zenith/Ivax | Tetracy Cp 250 mg | 00172-2416-60 | Capsule |
| Zenith/Ivax | Tetracy Cp 500 mg | 00182-0679-89 | Capsule |
| Zenith/Ivax | Tetracy Cp 500 mg | 00172-2407-80 | Capsule |
| Zenith/Ivax | Theophy Er Tb 100 mg | 00182-1589-89 | Tablet sr 12h |
| Zenith/Ivax | Theophy Er Tb 200 mg | 00182-1590-89 | Tablet sr 12h |
| Zenith/Ivax | Theophy Er Tb 300 mg | 00182-1400-89 | Tablet sr 12h |
| Zenith/Ivax | Theophy Sr Tab 100 mg | 00182-1589-01 | Tablet sr 12h |