**ANDERSON EXHIBIT 6R**

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 1 - page 85

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Zenith/Ivax | Valproic Cap 250 mg | 00182-1754-01 | Capsule |
| Zenith/Ivax | Valproic Syr 250 Mg/5 ml | 00182-6115-40 | Syrup |
| Zenith/Ivax | Verapam Er Tab 240 mg | 00172-4280-70 | Tablet sa |
| Zenith/Ivax | Verapam Er Tab 180 mg | 00172-4286-70 | Tablet sa |
| Zenith/Ivax | Verapam Er Tab 180 mg | 00172-4286-60 | Tablet sa |
| Zenith/Ivax | Verapam Er Tab 240 mg | 00172-4280-60 | Tablet sa |
| Zenith/Ivax | Verapam Er Tab 120 mg | 00172-4285-60 | Tablet sa |
| Zenith/Ivax | Verapam Tab 80 mg | 00182-1300-89 | Tablet |
| Zenith/Ivax | Verapam Tab 120 mg | 00182-1301-89 | Tablet |
| Zenith/Ivax | Warfarin Sd Tb 10 mg | 00182-2679-89 | Tablet |
| Zenith/Ivax | Warfarin Sd Tb 4 mg | 00182-2675-89 | Tablet |
| Zenith/Ivax | Warfarin Sd Tb 2 mg | 00182-2672-89 | Tablet |
| Zenith/Ivax | Warfarin Sd Tb 7.5 mg | 00182-2678-89 | Tablet |
| Zenith/Ivax | Warfarin Sd Tb 1 mg | 00182-2671-89 | Tablet |
| Zenith/Ivax | Warfarin Sd Tb 5 mg | 00182-2676-89 | Tablet |
| Zenith/Ivax | Warfarin Sd Tb 3 mg | 00182-2674-89 | Tablet |
| Zenith/Ivax | Warfarin Sd Tb 6 mg | 00182-2677-89 | Tablet |
| Zenith/Ivax | Warfarin Sd Tb 2.5 mg | 00182-2673-89 | Tablet |
| Zenith/Ivax | Warfarin Sod Tab 2 mg | 00182-2672-01 | Tablet |
| Zenith/Ivax | Warfarin Sod Tab 4 mg | 00182-2675-01 | Tablet |
| Zenith/Ivax | Yohimbine Tab 5.4 mg | 00172-4368-60 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 1

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | ACETAM+COD SOL 12-120 mg/5 | 00904-7775-16 | ELIXIR |
| Major | ACETAM+COD TB # 30-300 mg | 00904-0175-60 | TABLET |
| Major | ACETAM+COD TB # 60-300 mg | 00904-3916-60 | TABLET |
| Major | ACETAM+COD TB 6 # 60-300 mg | 00904-3916-40 | TABLET |
| Major | ACETAM+COD TB # 30 -300 mg | 00904-0175-80 | TABLET |
| Major | ACETAM+COD TB # 15-300 mg | 00904-0571-60 | TABLET |
| Major | ALBUTEROL INHAL 90 mcg | 00904-5078-34 | AEROSOL |
| Major | ALBUTEROL SYRP 25 mg/5 ml | 00904-7681-16 | SYRUP |
| Major | ALLOPUR TAB 100 mg | 00904-2613-80 | TABLET |
| Major | ALLOPUR TAB 100 mg | 00904-2613-60 | TABLET |
| Major | ALLOPUR TAB 300 mg | 00904-2614-60 | TABLET |
| Major | ALLOPUR TAB 300 mg | 00904-2614-80 | TABLET |
| Major | ALLOPUR TAB 300 mg | 00904-2614-40 | TABLET |
| Major | ALLOPUR TB 100MG | 00904-2613-61 | TABLET |
| Major | ALLOPUR TB 300MG | 00904-2614-61 | TABLET |
| Major | AMANTAD CAP 100 MG | 00904-3430-60 | CAPSULE |
| Major | AMANTAD CP 100MG | 00904-3430-61 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 2

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | AMILOR+HCTZ TB 50-5 mg | 00904-2114-60 | TABLET |
| Major | AMINOPH TAB 100 mg | 00904-2273-80 | TABLET |
| Major | AMINOPH TAB 100 mg | 00904-2273-60 | TABLET |
| Major | AMINOPH TAB 200 mg | 00904-2283-80 | TABLET |
| Major | AMINOPH TAB 200 mg | 00904-2283-60 | TABLET |
| Major | AMITRIP TAB 100 mg | 00904-0204-60 | TABLET |
| Major | AMITRIP TAB 10MG | 00904-0200-60 | TABLET |
| Major | AMITRIP TAB 10MG | 00904-0200-80 | TABLET |
| Major | AMITRIP TAB 10MG | 00904-0200-61 | TABLET |
| Major | AMITRIP TAB 25MG | 00904-0201-80 | TABLET |
| Major | AMITRIP TAB 25MG | 00904-0201-61 | TABLET |
| Major | AMITRIP TAB 25MG | 00904-0201-60 | TABLET |
| Major | AMITRIP TAB 50MG | 00904-0202-60 | TABLET |
| Major | AMITRIP TAB 50MG | 00904-0202-80 | TABLET |
| Major | AMITRIP TAB 50MG | 00904-0202-61 | TABLET |
| Major | AMITRIP TAB 75MG | 00904-0203-61 | TABLET |
| Major | AMITRIP TAB 75MG | 00904-0203-60 | TABLET |
| Major | AMOXAPINE TAB 50 mg | 00904-3995-60 | TABLET |
| Major | AMOXICIL CAP 250 mg | 00904-2617-40 | CAPSULE |
| Major | ANU-MED HC SUPP 25 mg | 00904-0160-12 | SUPP.RECT |
| Major | ANU-MED HC SUPP 25 mg | 00904-0160-60 | SUPP.RECT |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 3

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | APRODINE SYRP 30-1.25/5 | 00904-1523-20 | SYRUP |
| Major | APRODINE TAB 60-2.5 mg | 00904-0250-59 | TABLET |
| Major | APRODINE TAB BO 60-2.5 mg | 00904-0250-24 | TABLET |
| Major | APRODINE+COD SY 30-10-1.25 | 00904-1579-16 | SYRUP |
| Major | ATENOL TAB 50MG | 00904-7634-80 | TABLET |
| Major | ATENOL TAB 50MG | 00904-7634-60 | TABLET |
| Major | ATENOL TAB 25MG | 00904-5392-80 | TABLET |
| Major | ATENOL+CHL TAB 25-50 mg | 00904-7881-60 | TABLET |
| Major | ATENOL+CHL TAB 25-100 mg | 00904-7882-60 | TABLET |
| Major | AURODEX OTIC SO | 00904-0793-35 | DROPS |
| Major | BACLOFEN TAB 10 mg | 00904-5216-60 | TABLET |
| Major | BACLOFEN TAB 10 mg | 00904-3365-61 | TABLET |
| Major | BACLOFEN TAB 10 mg | 00904-5216-40 | TABLET |
| Major | BELLAMINE TAB 0.6-0.2-40 | 00904-2548-60 | TABLET |
| Major | BENZONATATE CAP 100 mg | 00904-7737-60 | CAPSULE |
| Major | BENZTROP TAB 1MG | 00904-1056-80 | TABLET |
| Major | BENZTROP TAB 1MG | 00904-1056-61 | TABLET |
| Major | BENZTROP TAB 1MG | 00904-1056-60 | TABLET |
| Major | BENZTROP TAB 2MG | 00904-1057-61 | TABLET |
| Major | BENZTROP TAB 2MG | 00904-1057-80 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 4

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | BENZTROP TAB 2MG | 00904-1057-60 | TABLET |
| Major | BENZTROP TB 0.5MG | 00904-1055-61 | TABLET |
| Major | BENZTROP TB 0.5MG | 00904-1055-60 | TABLET |
| Major | BETAMET DIP CRM 0.05% | 00904-0766-45 | CREAM(GM) |
| Major | BETAMET DIP CRM 0.05% | 00904-0766-36 | CREAM(GM) |
| Major | BETAMET DIP LOT 0.05% | 00904-0768-03 | LOTION |
| Major | BETAMET VAL CRM 0.1% | 00904-0776-45 | CREAM(GM) |
| Major | BETAMET VAL CRM 0.1% | 00904-0776-36 | CREAM(GM) |
| Major | BETHAPRIM PED S 200-40 mg/5 | 00904-0406-16 | ORAL SUSP |
| Major | BUMETAN TAB 2.0 mg | 00904-5104-60 | TABLET |
| Major | BUTAL COMP TAB 325-40-50 | 00904-3892-80 | TABLET |
| Major | BUTAL COMP TAB 325-40-50 | 00904-3892-60 | TABLET |
| Major | BUTAL+APAP+CAF 325-40-50 | 00904-3280-60 | TABLET |
| Major | BUTAL+APAP+CAF 325-40-50 | 00904-3280-40 | TABLET |
| Major | BUTAL+ASP+CAF+C 30 mg | 00904-5140-60 | CAPSULE |
| Major | CALULOSE SYRP 10 G/15 ml | 00904-2115-16 | SYRUP |
| Major | CALULOSE SYRP 10 G/15 ml | 00904-2115-74 | SYRUP |
| Major | CAPTOPR TAB 25 mg | 00904-5046-60 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 5

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | CAPTOPR TAB 50 mg | 00904-5047-60 | TABLET |
| Major | CAPTOPR TAB 12.5 mg | 00904-5045-80 | TABLET |
| Major | CAPTOPR TAB 12.5 mg | 00904-5045-60 | TABLET |
| Major | CAPTOPR TAB 25MG | 00904-5046-80 | TABLET |
| Major | CAPTOPR TAB 50MG | 00904-5047-80 | TABLET |
| Major | CARBAMAZ TAB 200 MG | 00904-3855-80 | TABLET |
| Major | CARBAMAZ TAB 200 MG | 00904-3855-60 | TABLET |
| Major | CARBAMAZ TB 200 MG | 00904-3855-61 | TABLET |
| Major | CARBID+LEV TB 25-100 MG | 00904-7719-61 | TABLET |
| Major | CARISOPROD COMP 200-325 MG | 00904-0356-60 | TABLET |
| Major | CARISOPROD TAB 350 MG | 00904-0355-80 | TABLET |
| Major | CARISOPROD TAB 350 mg | 00904-0355-40 | TABLET |
| Major | CARISOPROD TAB 350 mg | 00904-0355-60 | TABLET |
| Major | CATULAC SYRP 10 G/15 ml | 00904-2117-69 | SYRUP |
| Major | CATULAC SYRP 10 G/15 ml | 009042-117-09 | SYRUP |
| Major | CEFADROX CAP 500 mg | 00904-5450-60 | CAPSULE |
| Major | CEPHALEX CAP 250 mg | 00904-3800-60 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 6

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | CEPHALEX O/S 125 mg/5 ml | 00904-3802-04 | SUSP RECON |
| Major | CHLORAL HY SYRP 500 mg/5 ml | 00904-1300-16 | SYRUP |
| Major | CHLORDIAZ CAP 10 mg | 00904-0091-60 | CAPSULE |
| Major | CHLORDIAZ CAP 10 mg | 00904-0091-80 | CAPSULE |
| Major | CHLORDIAZ CAP 25 mg | 00904-0092-60 | CAPSULE |
| Major | CHLORDIAZ CAP 25 mg | 00904-0092-40 | CAPSULE |
| Major | CHLORDIAZ CAP 5 mg | 00904-0090-60 | CAPSULE |
| Major | CHLORHEX GLUC 1.2 mg/ml | 00904-5145-16 | LIQUID |
| Major | CHLORPROM TAB 100 mg | 00904-2191-60 | TABLET |
| Major | CHLORPROM TAB 100 mg | 00904-2161-60 | TABLET |
| Major | CHLORPROM TAB 25 mg | 00904-2052-60 | TABLET |
| Major | CHLORPROM TAB 200 mg | 00904-2192-60 | TABLET |
| Major | CHLORPROM TAB 50 mg | 00904-2053-60 | TABLET |
| Major | CHLORPROP TAB 100 mg | 00904-0225-60 | TABLET |
| Major | CHLORPROP TAB 250 mg | 00904-0226-80 | TABLET |
| Major | CHLORPROP TAB 250 mg | 00904-0226-60 | TABLET |
| Major | CHLORTH TAB 50 mg | 00904-1350-60 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 7

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | CHLORZOX TAB 500 mg | 00904-0302-60 | TABLET |
| Major | CHLORZOX TAB 500 mg | 00904-0302-40 | TABLET |
| Major | CHOLESTYR LT OR 4 G | 00904-5235-52 | PACKET |
| Major | CHOLESTYR ORAL | 00904-5234-42 | POWDER |
| Major | CHOLESTYR ORAL | 00904-5235-42 | POWDER |
| Major | CHOLESTYR ORAL 4 G | 00904-5234-52 | PACKET |
| Major | CIMETID TAB 300 mg | 00904-5445-40 | TABLET |
| Major | CIMETID TAB 300 mg | 00904-5445-60 | TABLET |
| Major | CIMETID TAB 400 mg | 00904-5446-40 | TABLET |
| Major | CIMETID TAB 400 mg | 00904-5446-60 | TABLET |
| Major | CIMETID TAB 400 mg | 00904-5446-61 | TABLET |
| Major | CIMETID TAB 800 mg | 00904-5447-46 | TABLET |
| Major | CIMETID TAB 800 mg | 00904-5447-60 | TABLET |
| Major | CIMETID TB 300MG | 00904-5445-61 | TABLET |
| Major | CIMETID TB 800MG | 00904-5447-61 | TABLET |
| Major | CLEMASTINE SYRP 0.67 MG/5 ml | 00904-1524-00 | SYRUP |
| Major | CLEMASTINE TAB 2.68 MG | 00904-7679-60 | TABLET |
| Major | CLIOQUINOL+HC C 3-1% | 00904-0753-29 | CREAM(GM) |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 8

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | CLONAZEPAM TAB 1 mg | 00904-5343-40 | TABLET |
| Major | CLONAZEPAM TAB 0.5 mg | 00904-5342-40 | TABLET |
| Major | CODOTUSS LIQUID100-5/5 ml | 00904-7888-16 | SYRUP |
| Major | CORTISONE TAB 25 mg | 00904-2043-60 | TABLET |
| Major | CORTOMYCIN O/O | 00904-2995-38 | OINT.(GM) |
| Major | CORTOMYCIN SUSP | 00904-3017-10 | DROPS SUSP |
| Major | CYCLOBENZ TAB 10 mg | 00904-7809-80 | TABLET |
| Major | CYCLOBENZ TAB 10 mg | 00904-7809-40 | TABLET |
| Major | CYCLOBENZ TAB 10 mg | 00904-7809-60 | TABLET |
| Major | CYCLOBENZ TB 10 mg | 00904-7809-61 | TABLET |
| Major | CYPROHEPT TAB 4 mg | 00904-1145-80 | TABLET |
| Major | CYPROHEPTAD TAB 4 mg | 00904-1145-60 | TABLET |
| Major | CYPROHEPTAD TAB 4 mg | 00904-1145-61 | TABLET |
| Major | DESIPRAM TAB 25 mg | 00904-1570-60 | TABLET |
| Major | DESONIDE CRM 0.05% | 00904-7724-36 | CREAM(GM) |
| Major | DESONIDE CRM 0.05% | 00904-7724-02 | CREAM(GM) |
| Major | DESOXIMET CRM 0.25% | 00904-0764-36 | CREAM(GM) |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 9

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | DESOXIMET CRM 0.25% | 00904-0764-02 | CREAM(GM) |
| Major | DEXAMETH ELIX 0.5 mg/5 ml | 00904-0972-09 | ELIXIR |
| Major | DEXAMETH OPH 1% | 00904-3006-05 | DROPS |
| Major | DEXAMETH TAB 0.75 mg | 00904-0244-60 | TABLET |
| Major | DEXAPHEN SA TAB 120-6 mg | 00904-0667-40 | TAB.SR 12H |
| Major | DEXAPHEN SA TAB 120-6 mg | 00904-0667-60 | TAB.SR 12H |
| Major | DICYCLOM CAP 10mg | 00904-7896-60 | CAPSULE |
| Major | DICYCLOM CAP 10mg | 00904-7896-80 | CAPSULE |
| Major | DIFLUNIS TAB 500 mg | 00904-7808-52 | TABLET |
| Major | DILTIAZEM XR 240 mg | 00904-5382-61 | CAPSULE CR |
| Major | DILTIAZEM XR CP 240 mg | 00904-5382-60 | CAPSULE CR |
| Major | DIPYRIDAM TAB 75 mg | 00904-1088-61 | TABLET |
| Major | DIPYRIDAM TB 25 mg | 00904-1086-60 | TABLET |
| Major | DIPYRIDAM TB 25 mg | 00904-1086-61 | TABLET |
| Major | DIPYRIDAM TB 25 mg | 00904-1086-80 | TABLET |
| Major | DIPYRIDAM TB 50 mg | 00904-1087-61 | TABLET |
| Major | DIPYRIDAM TB 50 mg | 00904-1087-80 | TABLET |
| Major | DIPYRIDAM TB 50 mg | 00904-1087-60 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 10

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | DIPYRIDAM TB 75 mg | 00904-1088-60 | TABLET |
| Major | DIPYRIDAM TB 75 mg | 00904-1088-80 | TABLET |
| Major | DONNAPINE TAB 16.2 mg | 00904-3741-80 | TABLET |
| Major | DOXAZOSIN TAB 1 mg | 00904-5522-60 | TABLET |
| Major | DOXAZOSIN TAB 2 mg | 00904-5523-60 | TABLET |
| Major | DOXAZOSIN TAB 4 mg | 00904-5524-60 | TABLET |
| Major | DOXAZOSIN TAB 8 mg | 00904-5525-60 | TABLET |
| Major | DOXEPIN CAP 10 mg | 00904-1260-60 | CAPSULE |
| Major | DOXEPIN CAP 10 mg | 00904-1260-61 | CAPSULE |
| Major | DOXEPIN CAP 25 mg | 00904-1261-60 | CAPSULE |
| Major | DOXEPIN CAP 25 mg | 00904-1261-61 | CAPSULE |
| Major | DOXEPIN CAP 25 mg | 00904-1261-80 | CAPSULE |
| Major | DOXEPIN CAP 50 mg | 00904-1262-61 | CAPSULE |
| Major | DOXEPIN CAP 50 mg | 00904-1262-80 | CAPSULE |
| Major | DOXEPIN CAP 50 mg | 00904-1262-60 | CAPSULE |
| Major | DOXEPIN CAP 75 mg | 00904-1263-60 | CAPSULE |
| Major | DOXEPIN CAP 75 mg | 00904-1263-61 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 11

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | DOXEPIN CAP 100 mg | 00904-1264-60 | CAPSULE |
| Major | DOXEPIN CAP 100 mg | 00904-1264-61 | CAPSULE |
| Major | DOXYCYC CAP 50 mg | 00904-0427-51 | CAPSULE |
| Major | DOXYCYC CAP 100 mg | 00904-0428-40 | CAPSULE |
| Major | DOXYCYC CAP 100 mg | 00904-0428-51 | CAPSULE |
| Major | DOXYCYC TAB 100 mg | 00904-0430-51 | TABLET |
| Major | DOXYCYC TAB 100 mg | 00904-0430-40 | TABLET |
| Major | DOXYCYC TAB 100 mg | 00904-0430-61 | TABLET |
| Major | EES+SULFI O/S 2 | 00904-2475-07 | SUSP RECON |
| Major | EES+SULFI O/S 2 | 00904-2475-08 | SUSP RECON |
| Major | EES+SULFI O/S 2 | 00904-2475-04 | SUSP RECON |
| Major | ERYTHR D/R CAP 250 mg | 00904-2465-60 | CAPSULE EC |
| Major | ERYTHR O/O 5 mg/G | 00904-7926-38 | OINT.(GM) |
| Major | ERYTHR TOP SOL 2% | 00904-2845-03 | SOLUTION |
| Major | ESTRADIOL TAB 0.5 mg | 00904-5177-60 | TABLET |
| Major | ESTRADIOL TAB 1 mg | 00904-5178-60 | TABLET |
| Major | ESTRADIOL TAB 2 mg | 00904-5179-60 | TABLET |
| Major | FLUOCINOL CRM 0.025% | 00904-2659-36 | CREAM(GM) |
| Major | FLUOCINOL CRM 0.01% | 00904-2660-02 | CREAM(GM) |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 12

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | FLUOCINOL CRM 0.01% | 00904-2660-36 | CREAM(GM) |
| Major | FLUOCINOL CRM 0.025% | 00904-2659-02 | CREAM(GM) |
| Major | FLUOCINOL SOL 0.01% | 00904-2661-03 | SOLUTION |
| Major | FLUOCINON CRM 0.05% | 00904-0770-36 | CREAM(GM) |
| Major | FLUOCINON CRM 0.05% | 00904-0770-02 | CREAM(GM) |
| Major | FLUOCINON CRM 0.05% | 00904-0770-31 | CREAM(GM) |
| Major | FLUOCINON TOP S 0.05% | 00904-0769-03 | SOLUTION |
| Major | FLUOXYMEST TAB 10 mg | 00904-1218-60 | TABLET |
| Major | FLURAZEP CP 15 MG | 00904-2800-60 | CAPSULE |
| Major | FLURAZEP CP 15 MG | 00904-2800-40 | CAPSULE |
| Major | FLURAZEP CP 30 MG | 00904-2801-40 | CAPSULE |
| Major | FLURAZEP CP 30 MG | 00904-2801-60 | CAPSULE |
| Major | FOLIC ACID TB 1 mg | 00904-0625-80 | TABLET |
| Major | FUROSEM O/S 10MG/ML | 00904-1477-03 | SOLUTION |
| Major | GEMFIBR TAB 600 mg | 00904-5379-40 | TABLET |
| Major | GEMFIBR TAB 600 mg | 00904-5379-52 | TABLET |
| Major | GEMFIBR TB 600 MG | 00904-5379-61 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 13

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | GENTAMIC OPH 0.3% | 00904-1907-05 | DROPS |
| Major | GLYBURIDE TAB 5 mg | 00904-5077-60 | TABLET |
| Major | GUAIFEN LA CAP 600 mg | 00904-7759-60 | TABLET SA |
| Major | GUAIFEN LA CAP 600 mg | 00904-7759-70 | TABLET SA |
| Major | GUAIFEN TAB 200 MG | 00904-5154-60 | TABLET |
| Major | GUAIFEN+PSE TB 600-120 mg | 00904-5404-40 | TABLET SR 12H |
| Major | GUANFAC TAB 1MG | 00904-5133-60 | TABLET |
| Major | GUANFAC TAB 2MG | 00904-5134-60 | TABLET |
| Major | GUIAF/PSEUDO TB 600-60 mg | 00904-5150-60 | TABLET SR 12H |
| Major | HYDRAL TAB 10MG | 00904-5169-60 | TABLET |
| Major | HYDRAL TAB 25MG | 00904-5170-80 | TABLET |
| Major | HYDRAL TAB 25MG | 00904-5170-60 | TABLET |
| Major | HYDRAL TAB 50MG | 00904-5171-60 | TABLET |
| Major | HYDRAL TAB 50MG | 00904-5171-80 | TABLET |
| Major | HYDROC+APAP 5/500 MG | 00904-3440-61 | TABLET |
| Major | HYDROCHL TAB 25 MG | 00904-2083-80 | TABLET |
| Major | HYDROCHL TAB 50 MG | 00904-2089-80 | TABLET |
| Major | HYDROCO+ACET TB 7.5-650 MG | 00904-5158-60 | TABLET |
| Major | HYDROCOD B+HOM | 00904-0956-16 | SYRUP |
| Major | HYDROCOD+AP 7.5 | 00904-7632-61 | ORAL |
| Major | HYDROCOD+AP TB 7.5-500 MG | 00904-7631-60 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 14

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | HYDROCOD+AP TB 7.5-500 MG | 00904-7631-40 | TABLET |
| Major | HYDROCOD+AP TB 5-500 MG | 00904-3440-40 | TABLET |
| Major | HYDROCOD+AP TB 7.5-750 MG | 00904-7632-40 | TABLET |
| Major | HYDROCOD+AP TB 5-500 MG | 00904-3440-60 | TABLET |
| Major | HYDROCOD+AP TB 7.5-750 MG | 00904-7632-60 | TABLET |
| Major | HYDROCORT CRM 2.5% | 00904-0756-31 | CREAM(GM) |
| Major | HYDROCORT TAB 20 MG | 00904-2674-60 | TABLET |
| Major | HYDROX+PAM CP 100 MG | 00904-0360-60 | CAPSULE |
| Major | HYDROX+PAM CP 25 MG | 00904-0362-61 | CAPSULE |
| Major | HYDROX+PAM CP 50 MG | 00904-0363-61 | CAPSULE |
| Major | HYDROXYCH TAB 200 MG | 00904-5107-60 | TABLET |
| Major | HYDROXYZ PAM CA 50 MG | 00904-0363-60 | CAPSULE |
| Major | HYDROXYZ PAM CA 50 MG | 00904-0363-40 | CAPSULE |
| Major | HYDROXYZ PAM CA 25 MG | 00904-0362-40 | CAPSULE |
| Major | HYDROXYZ PAM CA 25 MG | 00904-0362-60 | CAPSULE |
| Major | HYDROXYZ SYRP 10 MG/5 ML | 00904-0379-16 | SYRUP |
| Major | HYDROXYZ TAB 10 MG | 00904-0357-80 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 15

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | HYDROXYZ TAB 25 MG | 00904-0358-80 | TABLET |
| Major | HYOSCYAM CAP 0.375 MG | 00904-7833-60 | CAP.SR 12H |
| Major | HYOSCYAM SULF S 0.125 MG | 00904-5120-60 | TAB SUBL |
| Major | HYOSCYAM TAB 0.125 MG | 00904-2496-60 | TABLET |
| Major | IBUPROF TAB 800 MG | 00904-5187-40 | TABLET |
| Major | IBUPROF TAB 800 MG | 00904-5187-60 | TABLET |
| Major | IBUPROF TB 400MG | 00904-1748-40 | TABLET |
| Major | IBUPROF TB 400MG | 00904-1748-60 | TABLET |
| Major | IBUPROF TB 400MG | 00904-1748-61 | TABLET |
| Major | IBUPROF TB 600MG | 00904-5186-60 | TABLET |
| Major | IBUPROF TB 600MG | 00904-5186-61 | TABLET |
| Major | IBUPROF TB 600MG | 00904-5186-40 | TABLET |
| Major | IBUPROF TB 800MG | 00904-5187-61 | TABLET |
| Major | INDOMET CAP 25 MG | 00904-1175-80 | CAPSULE |
| Major | INDOMET CAP 25 MG | 00904-1175-60 | CAPSULE |
| Major | INDOMET CAP 50 MG | 00904-1176-60 | CAPSULE |
| Major | INDOMET CAP 50 MG | 00904-1176-40 | CAPSULE |
| Major | ISONIAZID TB 100 MG | 00904-2095-60 | TABLET |
| Major | ISONIAZID TB 300 MG | 00904-2096-80 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 16

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | ISONIAZID TB 300 MG | 00904-2096-60 | TABLET |
| Major | ISOSOR OR TB 10 mg | 00904-2151-61 | TABLET |
| Major | ISOSOR OR TB 10 mg | 00904-2151-80 | TABLET |
| Major | ISOSOR OR TB 10 mg | 00904-2151-60 | TABLET |
| Major | ISOSOR OR TB 20 mg | 00904-2154-60 | TABLET |
| Major | ISOSOR OR TB 20 mg | 00904-2154-61 | TABLET |
| Major | ISOSOR OR TB 20 mg | 00904-2154-80 | TABLET |
| Major | ISOSOR OR TB 5 MG | 00904-2150-60 | TABLET |
| Major | ISOSOR OR TB 5 MG | 00904-2150-61 | TABLET |
| Major | ISOSOR OR TB 5 MG | 00904-2150-80 | TABLET |
| Major | ISOSOR SUB TB 2.5 MG | 00904-2342-60 | TAB SUBL |
| Major | ISOSOR SUB TB 5 MG | 00904-2343-60 | TAB SUBL |
| Major | KETOPROFEN CAP 75 MG | 00904-7712-60 | CAPSULE |
| Major | LIDOCA SOL 2% 20 MG/ml | 00904-0863-04 | SOLUTION |
| Major | LINDANE LOT 1% | 00904-0690-03 | LOTION |
| Major | LINDANE LOT 1% | 00904-0690-16 | LOTION |
| Major | LINDANE SHAM 1% | 00904-0692-16 | SHAMPOO |
| Major | LINDANE SHAM 1% | 00904-0692-03 | SHAMPOO |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 17

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | LITHIUM SYRP 8 MEQ/5 ml | 00904-2914-16 | SYRUP |
| Major | LOPERAM CAP 2 MG | 00904-7725-12 | TABLET |
| Major | LORAZEP TAB 0.5 MG | 00904-1500-40 | TABLET |
| Major | LORAZEP TAB 2MG | 00904-1502-40 | TABLET |
| Major | MECLIZ TAB 25 MG | 00904-2350-60 | TABLET |
| Major | MECLIZ TAB 12.5 MG | 00904-2384-80 | TABLET |
| Major | MECLIZ TAB 12.5 MG | 00904-2384-60 | TABLET |
| Major | MEDROXYPR TAB 10 MG | 00904-2690-51 | TABLET |
| Major | MEDROXYPR TAB 10 MG | 00904-2690-70 | TABLET |
| Major | MEDROXYPR TAB 2.5 MG | 00904-5227-60 | TABLET |
| Major | MEDROXYPR TAB 5 MG | 00904-5228-60 | TABLET |
| Major | MEGESTR TAB 20MG | 00904-3570-60 | TABLET |
| Major | MEGESTR TAB 40 MG | 00904-3571-40 | TABLET |
| Major | MEGESTR TAB 40 MG | 00904-3571-61 | TABLET |
| Major | MEGESTR TAB 40 MG | 00904-3571-60 | TABLET |
| Major | MEPROBAM TAB 200 MG | 00904-0044-60 | TABLET |
| Major | MEPROBAM TAB 400 MG | 00904-0045-60 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 18

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | MEPROBAM TAB 400 MG | 00904-0045-80 | TABLET |
| Major | METHADEX OPTH S 0.1% | 00904-3003-05 | DROPS SUSP |
| Major | METHOCARB TAB 500 MG | 00904-2364-40 | TABLET |
| Major | METHOCARB TAB 500 MG | 00904-2364-60 | TABLET |
| Major | METHOCARB TAB 750 MG | 00904-2365-40 | TABLET |
| Major | METHOCARB TAB 750 MG | 00904-2365-60 | TABLET |
| Major | METHOTR TAB 2.5 MG | 00904-1749-60 | TABLET |
| Major | METHYLD TAB 250 MG | 00904-2400-61 | TABLET |
| Major | METHYLD TAB 500 MG | 00904-2401-40 | TABLET |
| Major | METHYLD TAB 500 MG | 00904-2401-61 | TABLET |
| Major | METHYLPRED TAB 4 MG | 00904-2175-60 | TABLET |
| Major | METHYLPRED TAB 4 MG | 00904-2175-19 | TAB DS PK |
| Major | METOCLOPR SYRP 5 MG/5 ML | 00904-1073-16 | SOLUTION |
| Major | METOCLOPR TAB 5 MG | 00904-1069-40 | TABLET |
| Major | METOCLOPR TAB 5 MG | 00904-1069-60 | TABLET |
| Major | METOCLOPR TAB 10 MG | 00904-1070-61 | TABLET |
| Major | METOCLOPR TAB 10 MG | 00904-1070-40 | TABLET |