**ANDERSON EXHIBIT 6S**

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 20

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | NADOLOL TAB 40 MG | 00904-5070-60 | TABLET |
| Major | NAPHAZOLE OPH S 0.1% | 00904-1906-35 | DROPS |
| Major | NAPROXEN TAB 550 MG | 00904-5431-60 | TABLET |
| Major | NAPROXEN TB 250 MG | 00904-5535-61 | TABLET |
| Major | NAPROXEN TB 500 MG | 00904-5537-61 | TABLET |
| Major | NIFEDIP CAP 10MG | 00904-0409-61 | CAPSULE |
| Major | NIFEDIP CAP 20MG | 00904-0408-61 | CAPSULE |
| Major | NITRO TRANSD PA 0.6 MG/HR | 00904-5497-46 | PATCH TD24 |
| Major | NITRO TRANSD PA 0.4MG/HR | 00904-0653-46 | PATCH TD24 |
| Major | NITRO TRANSD PA 0.4 MG/HR | 00904-5496-46 | PATCH TD24 |
| Major | NITRO TRANSD PA | 00904-5495-46 | Patch |
| Major | NITROFURAN CAP 50 MG | 00904-7721-60 | CAPSULE |
| Major | NITROFURAN CAP 100 mg | 00904-7722-60 | CAPSULE |
| Major | NITROGL CAP 9 mg | 00904-0647-61 | CAPSULE SA |
| Major | NITROGL CAP 2.5 mg | 00904-0643-61 | CAPSULE SA |
| Major | NITROGL CAP 6.5 mg | 00904-0644-61 | CAPSULE SA |
| Major | NITROGL SR CAP 6.5 mg | 00904-0644-52 | CAPSULE SA |
| Major | NITROGL SR CAP 6.5 mg | 00904-0644-60 | CAPSULE SA |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 21

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | NITROGL SR CAP 9 mg | 00904-0647-52 | CAPSULE SA |
| Major | NITROGL SR CAP 9 mg | 00904-0647-60 | CAPSULE SA |
| Major | NITROGL SR CAP 2.5 mg | 00904-0643-52 | CAPSULE SA |
| Major | NITROGL SR CAP 2.5 mg | 00904-0643-60 | CAPSULE SA |
| Major | NOVAGEST DH ELI | 00904-0922-16 | LIQUID |
| Major | NOVAGEST+COD EX | 00904-0923-00 | EXPECT. |
| Major | NOVAGEST+COD EX 100-30-10 | 00904-0923-16 | SYRUP |
| Major | NYSTATIN CRM 100 MU/G | 00904-2706-36 | CREAM(GM) |
| Major | NYSTATIN CRM 100 MU/G | 00904-2706-31 | CREAM(GM) |
| Major | NYSTATIN O/S 100 MU/ML | 00904-2761-16 | ORAL SUSP |
| Major | NYSTATIN O/S 100 MU/ML | 00904-2761-03 | ORAL SUSP |
| Major | NYSTATIN+TRIAM | 00904-2574-31 | CREAM(GM) |
| Major | NYSTATIN+TRIAM | 00904-2574-02 | CREAM(GM) |
| Major | NYSTATIN+TRIAM | 00904-2574-36 | CREAM(GM) |
| Major | ORPHENAD TAB 50-770-60 | 00904-5239-60 | TABLET |
| Major | OXYBUTYNIN TAB 5 mg | 00904-2821-61 | TABLET |
| Major | OXYBUTYNIN TAB 5 mg | 00904-2821-80 | TABLET |
| Major | OXYBUTYNIN TAB 5 mg | 00904-2821-60 | TABLET |
| Major | PANCRELIP TAB 30-8-30 | 00904-3472-60 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 22

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | PANCRELIP TAB 30-8-30 | 00904-3472-40 | TABLET |
| Major | PAPAVER CAP 150 mg | 00904-2180-60 | CAPSULE SA |
| Major | PAPAVER CAP 150 mg | 00904-2180-80 | CAPSULE SA |
| Major | PAREGOR ELIX 2 mg/5 ml | 00904-0802-16 | LIQUID |
| Major | PENICIL-VK O/S 250 mg/5 ml | 00904-4004-08 | SUSP RECON |
| Major | PENTOXIFYL XR T 400 mg | 00904-5448-60 | TABLET SA |
| Major | PENTOXIFYL XR T 400 mg | 00904-5448-40 | TABLET SA |
| Major | PENTOXIFYL XR U 400 mg | 00904-5448-61 | TABLET SA |
| Major | PHENAZ TAB 100 MG | 00904-7922-80 | TABLET |
| Major | PHENAZ TAB 100 MG | 00904-7922-60 | TABLET |
| Major | PHENAZ TAB 200 MG | 00904-7923-60 | TABLET |
| Major | PHENAZ TAB 200 MG | 00904-7923-80 | TABLET |
| Major | PHENDIM TAB 35 MG | 00904-4270-80 | TABLET |
| Major | PHENOB EL 20 MG/5 ML | 00904-1015-16 | ELIXIR |
| Major | PHENYLP+GUAIF S 400-75 MG | 00904-3264-80 | TABLET SA |
| Major | POLY-VI-FL TAB 0.25 MG | 00904-5340-60 | TAB CHEW |
| Major | POT CHL CAP 10 MEQ | 00904-2295-61 | CAPSULE SA |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 23

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | POT CHL ER TAB 10 MEQ | 00904-3361-40 | TABLET SA |
| Major | POT CHL LIQ 10% 20 MEQ/15 ml | 00904-1007-16 | LIQUID |
| Major | POT EFFER TAB 25 MEQ | 00904-2720-60 | TABLET EFF |
| Major | POT EFFER TAB 25 MEQ | 00904-2720-46 | TABLET EFF |
| Major | POT TAB 75MG | 00904-3230-60 | TABLET |
| Major | PREDNISON TAB 5 MG | 00904-2157-60 | TABLET |
| Major | PREDNISON TAB 5 MG | 00904-2157-80 | TABLET |
| Major | PREDNISON TAB 10 MG | 00904-2141-80 | TABLET |
| Major | PRIMIDONE TAB 250 MG | 00904-0560-60 | TABLET |
| Major | PRIMIDONE TAB 250 MG | 00904-0560-80 | TABLET |
| Major | PROMETHAZ DM CG | 00904-1516-16 | SYRUP |
| Major | PROMETHAZ DM CG | 00904-1516-00 | SYRUP |
| Major | PROMETHAZ SUPP 50 MG | 00904-1290-12 | SUPP.RECT |
| Major | PROMETHAZ SYR P 6.25 MG/5 ML | 00904-1508-16 | SYRUP |
| Major | PROMETHAZ VC PL | 00904-1512-16 | SYRUP |
| Major | PROMETHAZ+COD S | 00904-1510-00 | SYRUP |
| Major | PROMETHAZ+COD S | 00904-1510-16 | SYRUP |
| Major | PROPOX CAP 65MG | 00904-7700-60 | CAPSULE |
| Major | PROPOX CAP 65MG | 00904-7700-61 | CAPSULE |
| Major | PROPOX+NA TAB 100-650 MG | 00904-7703-40 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 24

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | PROPOX+NA TAB 100-650 MG | 00904-7702-40 | TABLET |
| Major | PROPRAN TAB 10 MG | 00904-0411-61 | TABLET |
| Major | PROPRAN TAB 20 MG | 00904-0412-61 | TABLET |
| Major | PROPRAN TAB 20 MG | 00904-0412-60 | TABLET |
| Major | PROPRAN TAB 40 MG | 00904-0414-61 | TABLET |
| Major | PROPRANOLOL TAB 10 MG | 00904-0411-80 | TABLET |
| Major | PROPRANOLOL TAB 20 MG | 00904-0412-80 | TABLET |
| Major | PROPRANOLOL TAB 40 MG | 00904-0414-80 | TABLET |
| Major | PROPRANOLOL TAB 80 MG | 00904-0418-60 | TABLET |
| Major | PROPRANOLOL TAB 40 MG | 00904-0414-60 | TABLET |
| Major | PSEUDO+CHL CAP 120-8 MG | 00904-7777-70 | CAPSULE SA |
| Major | QUINID GLU TAB 324 MG | 00904-2202-70 | TABLET SA |
| Major | QUINID GLU TAB 324 MG | 00904-2202-60 | TABLET SA |
| Major | QUINID GLU TAB 324 MG | 00904-2202-40 | TABLET SA |
| Major | QUININE SUL CP 325 MG | 00904-5398-60 | CAPSULE |
| Major | RANITID TAB 150 MG | 00904-5261-52 | TABLET |
| Major | RANITID TAB 150 MG | 00904-5261-40 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 25

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | RANITID TAB 300 MG | 00904-5262-70 | TABLET |
| Major | RANITID TAB 300 MG | 00904-5262-47 | TABLET |
| Major | RANITID TAB 300 MG | 00904-5262-46 | Tablet |
| Major | RENTAMINE PED S 30-5-5-4/5 | 00904-1666-16 | ORAL SUSP |
| Major | RENTAMINE TAB 60-10-10-5 | 00904-1665-60 | TABLET |
| Major | RESERP TAB 0.25 mg | 00904-2199-80 | TABLET |
| Major | ROBAFEN AC SYRP 100-10 mg/5 ml | 00904-5065-16 | SYRUP |
| Major | ROBAFEN DAC SYR 100-30-10 | 00904-0042-16 | SYRUP |
| Major | ROLATUSS+HYDROC | 00904-1201-16 | LIQUID |
| Major | ROLATUSS-SR TAB | 00904-1198-60 | TABLET SA |
| Major | ROLATUSS-SR TAB | 00904-1198-40 | TABLET SA |
| Major | RONDAMETH TAB 50-4 mg | 00904-2537-60 | TABLET. |
| Major | RONDAMINE DM DR | 00904-0702-30 | DROPS |
| Major | RONDAMINE DM SY | 00904-0703-16 | SYRUP |
| Major | RONDAMINE TR TA | 00904-3250-60 | TABLET SA |
| Major | SALSAL TAB 500MG | 00904-1250-61 | TABLET |
| Major | SALSAL TAB 750MG | 00904-1251-61 | TABLET |
| Major | SELEGILINE TAB 5 mg | 00904-5266-52 | TABLET |
| Major | SPIRON+HCTZ TB 25-25 mg | 00904-0344-40 | TABLET |
| Major | SPIRON+HCTZ TB 25-25 mg | 00904-0344-60 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 26

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | SPIRONOL TB 25 MG | 00904-0343-60 | TABLET |
| Major | SPIRONOL TB 25 MG | 00904-0343-80 | TABLET |
| Major | SUCRALFATE TAB 1 G | 00904-5438-40 | TABLET |
| Major | SUCRALFATE TAB 1 G | 00904-5438-60 | TABLET |
| Major | SULFA/TRIM TB D 800-160 MG | 00904-2725-40 | TABLET |
| Major | SULFACET SOL 10% | 00904-2728-35 | DROPS |
| Major | SULFAM+TRI 800-160 mg | 00904-2725-61 | TABLET |
| Major | SULFAM+TRI TAB 800-160 mg | 00904-2725-60 | TABLET |
| Major | SULFASALAZ TAB 500 mg | 00904-1152-40 | TABLET |
| Major | SULFASALAZ TAB 500 mg | 00904-1152-60 | TABLET |
| Major | SULINDAC TAB 150 mg | 00904-3378-60 | TABLET |
| Major | SULINDAC TAB 200 mg | 00904-3379-60 | TABLET |
| Major | SULINDAC TAB 200 mg | 00904-3379-40 | TABLET |
| Major | TERAZOSIN CAP 1 | 00904-5485-60 | Capsule |
| Major | TERAZOSIN CAP 1 | 00904-5482-60 | Capsule |
| Major | TERAZOSIN CAP 2 | 00904-5483-60 | Capsule |
| Major | TERAZOSIN CAP 5 | 00904-5484-60 | Capsule |
| Major | TETRACY CP 250 MG | 00904-2416-80 | CAPSULE |
| Major | TETRACY CP 500 MG | 00904-2407-60 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 27

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | THEOPHY CR TAB 300 MG | 00904-1612-40 | TABLET SR 12H |
| Major | THEOPHY CR TAB 300 MG | 00904-1612-80 | TABLET SR 12H |
| Major | THEOPHY CR TAB 300 MG | 00904-1612-60 | TABLET SR 12H |
| Major | THEOPHY CR TAB 200 MG | 00904-1611-80 | TABLET SR 12H |
| Major | THEOPHY CR TAB 200 MG | 00904-1611-60 | TABLET SR 12H |
| Major | THEOPHY CR TAB 200 MG | 00904-1611-40 | TABLET SR 12H |
| Major | THEOPHY CR TAB 100 MG | 00904-1610-40 | TABLET SR 12H |
| Major | THEOPHY CR TAB 100 MG | 00904-1610-60 | TABLET SR 12H |
| Major | THEOPHY CR TB 100 MG | 00904-1610-61 | TABLET SR 12H |
| Major | THEOPHY CR TB 200 MG | 00904-1611-61 | TABLET SR 12H |
| Major | THEOPHY CR TB 300 MG | 00904-1612-61 | TABLET SR 12H |
| Major | THEOPHY ELIX 80 mg/15 ml | 00904-1444-16 | ELIXIR |
| Major | THYROID TAB 0.5 30 mg | 00904-7865-60 | TABLET |
| Major | THYROID TAB 0.5 30 mg | 00904-7865-80 | TABLET |
| Major | THYROID TAB 1GR 60 mg | 00904-0761-60 | TABLET |
| Major | THYROID TAB 1GR 60 mg | 00904-0761-80 | TABLET |
| Major | THYROID TAB 2GR 120 mg | 00904-0762-60 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 28

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | THYROID TAB 2GR 120 mg | 00904-0762-80 | TABLET |
| Major | THYROID TAB 3GR 180 mg | 00904-0763-60 | TABLET |
| Major | THYROID TAB 3GR 180 mg | 00904-0763-80 | TABLET |
| Major | TICLOPIDIN TAB 250 mg | 00904-5378-52 | TABLET |
| Major | TICLOPIDIN TAB 250 mg | 00904-5378-40 | TABLET |
| Major | TICLOPIDIN TB 250 mg | 00904-5378-61 | TABLET |
| Major | TIMOLOL OPHT SO 0.5% | 00904-5248-05 | DROPS |
| Major | TOBRAMY O/S 0.3% | 00904-2970-05 | DROPS |
| Major | TOLMETIN CAP 400 MG | 00904-7653-60 | CAPSULE |
| Major | TRAZOD TAB 50MG | 00904-3990-61 | TABLET |
| Major | TRAZOD TAB 50MG | 00904-5219-40 | TABLET |
| Major | TRAZOD TAB 100 MG | 00904-5220-40 | TABLET |
| Major | TRAZOD TAB 100 MG | 00904-5220-60 | TABLET |
| Major | TRAZOD TAB 100 MG | 00904-3991-61 | TABLET |
| Major | TRAZOD TAB 150 MG | 00904-3992-60 | TABLET |
| Major | TRAZOD TAB 50MG | 00904-5219-80 | TABLET |
| Major | TRAZOD TAB 50MG | 00904-5219-60 | TABLET |
| Major | TRIAM+HCTZ TB 3 25-37.5 mg | 00904-7873-40 | TABLET |
| Major | TRIAM+HCTZ TB 25-37.5 mg | 00904-7873-60 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 29

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | TRIAM+HCTZ TB 50-75 mg | 00904-1965-60 | TABLET |
| Major | TRIAM+HCTZ TB 50-75 mg | 00904-1965-40 | TABLET |
| Major | TRIAM+HCTZ TB 50-75 mg | 00904-1965-80 | TABLET |
| Major | TRIAMCIN CRM 0.1% | 00904-2741-27 | CREAM(GM) |
| Major | TRIAMCIN CRM 0.1% | 00904-2741-36 | CREAM(GM) |
| Major | TRIAMCIN CRM 0.025% | 00904-2738-11 | CREAM(GM) |
| Major | TRIAMCIN CRM 0.025% | 00904-2738-27 | CREAM(GM) |
| Major | TRIAMCIN CRM 0.1% | 00904-2741-11 | CREAM(GM) |
| Major | TRIAMCIN CRM 0.5% | 00904-2744-36 | CREAM(GM) |
| Major | TRIAMCIN CRM 0.025% | 00904-2738-36 | CREAM(GM) |
| Major | TRIAMCIN OINT 0.1% | 00904-2743-36 | OINT.(GM) |
| Major | TRIAMCIN OINT 0.1% | 00904-2743-27 | OINT.(GM) |
| Major | TRIAMCIN PSTE 0.1% | 00904-3643-68 | PASTE |
| Major | TRI-A-VITE+FLUO 1 MG | 00904-7810-60 | TAB CHEW |
| Major | TRIMAZIDE SUPP 100 MG | 00904-2735-15 | SUPP.RECT |
| Major | TRIMAZIDE SUPP 200 MG | 00904-2736-15 | SUPP.RECT |
| Major | TRIMETHOB CAP 250 MG | 00904-3291-60 | CAPSULE |
| Major | TRIMETHOP TAB 100 MG | 00904-1646-61 | TABLET |
| Major | TRI-VIT+FL DRP 0.5 MG/ML | 00904-2610-50 | DROPS |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 30

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Major | TRI-VIT+FL DRP 0.25 MG/ML | 00904-2597-50 | DROPS |
| Major | VALPROIC SFTGL 250 MG | 00904-2101-60 | CAPSULE |
| Major | VALPROIC SYR 250 MG/5 ML | 00904-2103-16 | SYRUP |
| Major | VASOTATE OTIC S 2% | 00904-0315-35 | SOLUTION |
| Major | VERAPAM TAB 40 MG | 00904-7799-60 | TABLET |
| Major | VERAPAM TAB 80 MG | 00904-2920-80 | TABLET |
| Major | VERAPAM TAB 80 MG | 00904-2920-61 | TABLET |
| Major | VERAPAM TAB 80 MG | 00904-2920-40 | TABLET |
| Major | VERAPAM TAB 80 MG | 00904-2920-60 | TABLET |
| Major | VERAPAM TAB 120 MG | 00904-2924-60 | TABLET |
| Major | VERAPAM TAB 120 MG | 00904-2924-61 | TABLET |
| Major | VERAPAM TAB 120 MG | 00904-2924-40 | TABLET |
|  |  |  |  |
| Mylan | Acebutolol HCl 400 mg Cap 100's | 00378-1400-01 | Oral |
| Mylan | Acebutolol HCl 200 mg Cap 100's | 00378-1200-01 | Oral |
| Mylan | Acyclovir 800 mg Tab 100's | 00378-0302-01 | Oral |
| Mylan | Acyclovir 200 mg Cap 100's | 00378-2200-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 31

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Acyclovir 400 mg Tab 100's | 00378-0253-01 | Oral |
| Mylan | Acyclovir 200 mg Cap 500's | 00378-2200-05 | Oral |
| Mylan | Albuterol Sulfate | 00378-0572-01 | Oral |
| Mylan | Albuterol Sulfate | 00378-3401-72 | Oral |
| Mylan | Albuterol Sulfate | 00378-0255-01 | Oral |
| Mylan | Albuterol Sulfate | 00378-0255-05 | Oral |
| Mylan | Albuterol Sulfate | 00378-0572-05 | Oral |
| Mylan | Allopurinol 300 mg Tab 500's | 00378-0181-05 | Oral |
| Mylan | Allopurinol | 00378-0181-01 | Oral |
| Mylan | Allopurinol | 00378-0137-10 | Oral |
| Mylan | Allopurinol | 00378-0137-01 | Oral |
| Mylan | Alprazolam 2 mg | 00378-4007-01 | Oral |
| Mylan | Alprazolam | 00378-4005-05 | Oral |
| Mylan | Alprazolam 1 mg | 00378-4005-01 | Oral |
| Mylan | Alprazolam | 00378-4001-01 | Oral |
| Mylan | Alprazolam | 00378-4001-05 | Oral |
| Mylan | Alprazolam | 00378-4003-05 | Oral |
| Mylan | Alprazolam | 00378-4003-01 | Oral |
| Mylan | Amiloride HCl/ HCTZ 50 - 5 mg Tab 100's | 00378-0577-01 | Oral |
| Mylan | Amiloride HCl/ HCTZ 50 - 5 mg Tab 500's | 00378-0577-05 | Oral |
| Mylan | Amitriptyline/Chlordiaz Epoxide | 00378-0277-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 32

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Amitriptyline/Chlordiaz Epoxide | 00378-0277-05 | Oral |
| Mylan | Amitriptyline/ Perphenazine 25 - 4 mg | 00378-0574-01 | Oral |
| Mylan | Amitriptyline/ Perphenazine 25 - 4 mg | 00378-0574-05 | Oral |
| Mylan | Amitriptyline/ Perphenazine 50 - 4 mg | 00378-0073-01 | Oral |
| Mylan | Amitriptyline/ Perphenazine 2/10/Tab 500's | 00378-0330-05 | Oral |
| Mylan | Amitriptyline/ Perphenazine 4/10 Tab 100's | 00378-0042-01 | Oral |
| Mylan | Amitriptyline/ Perphenazine 2/25/ Tab 500's | 00378-0442-05 | Oral |
| Mylan | Amitriptyline/ Perphenazine 2/10 Tab 100's | 00378-0330-01 | Oral |
| Mylan | Amitriptyline/ Perphenazine 2/25/ Tab 100's | 00378-0442-01 | Oral |
| Mylan | Amitriptyline HCl 150 Mg Tab 100's | 00378-2695-01 | Oral |
| Mylan | Amitriptyline HCl 100 mg Tab 100's | 00378-2685-01 | Oral |
| Mylan | Amitriptyline HCl 75 Mg Tab 100's | 00378-2675-01 | Oral |
| Mylan | Amitriptyline HCl 50 mg Tab 1000's | 00378-2650-10 | Oral |
| Mylan | Amitriptyline HCl 50 mg Tab 100's | 00378-2650-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 33

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Amitriptyline HCl 25 mg Tab 1000's | 00378-2625-10 | Oral |
| Mylan | Amitriptyline HCl 25 mg Tab 100's | 00378-2625-01 | Oral |
| Mylan | Amitriptyline HCl 10 mg Tab 100's | 00378-2610-01 | Oral |
| Mylan | Amitriptyline 10 mg Tab | 00378-2610-10 | Oral |
| Mylan | Amitriptyline/Chlordiaz Epoxide | 00378-0211-05 | Oral |
| Mylan | Amitriptyline/Chlordiaz Epoxide | 00378-0211-01 | Oral |
| Mylan | APAP/Propoxyphene Napsylate 100 - 650 mg | 00378-0155-01 | Oral |
| Mylan | APAP/Propoxyphene Napsylate 100 - 650 mg | 00378-0155-05 | Oral |
| Mylan | APAP/Propoxyphene Napsylate 100 - 650 mg | 00378-1155-05 | Oral |
| Mylan | Atenolol/Chlorthalidone 50/25 mg 100's | 00378-2063-01 | Oral |
| Mylan | Atenolol 100 mg Tab 100's | 00378-0757-01 | Oral |
| Mylan | Atenolol 50 mg Tab 1000's | 00378-0231-10 | Oral |
| Mylan | Atenolol 50 mg Tab 100's | 00378-0231-01 | Oral |
| Mylan | Atenolol 25 mg Tabs 1000's | 00378-0218-10 | Oral |
| Mylan | Atenolol/ Chlorthalidone 100/25 mg 100's | 00378-2064-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 34

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Atenolol 25 mg Tabs 100's | 00378-0218-01 | Oral |
| Mylan | Atropine Sulfate/ Diphenoxylate HCl 2.5/.025 1000's | 00378-0415-10 | Oral |
| Mylan | Atropine Sulfate/ Diphenoxylate HCl 2.5/.025 100's | 00378-0415-01 | Oral |
| Mylan | Azathioprine 500 mg 100's | 00378-1005-01 | Oral |
| Mylan | Bisoprolol/HCTZ | 00378-0503-01 | Oral |
| Mylan | Bisoprolol/HCTZ | 00378-0505-01 | Oral |
| Mylan | Bisoprolol/HCTZ | 00378-0501-01 | Oral |
| Mylan | Bumetanide 2.0 Mg Tab 100's | 00378-0417-01 | Oral |
| Mylan | Bumetanide 1.0 Mg Tab 100's | 00378-0370-01 | Oral |
| Mylan | Bumetanide 0.5 mg Tab 100's | 00378-0245-01 | Oral |
| Mylan | Bupropion HCl | 00378-1165-91 | Oral |
| Mylan | Bupropion HCl | 00378-1165-80 | Oral |
| Mylan | Bupropion HCl | 00378-1175-91 | Oral |
| Mylan | Bupropion HCl 75 mg 100's | 00378-0433-01 | Oral |
| Mylan | Bupropion HCl 100 mg 100's | 00378-0435-01 | Oral |
| Mylan | Buspirone (Buspar) | 00378-1150-05 | Oral |
| Mylan | Buspirone (Buspar) | 00378-1140-01 | Oral |
| Mylan | Buspirone (Buspar) | 00378-1150-01 | Oral |
| Mylan | Buspirone (Buspar) | 00378-1140-05 | Oral |
| Mylan | Buspirone (Buspar) | 00378-1165-80 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 35

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Buspirone (Buspar) | 00378-1175-91 | Oral |
| Mylan | Buspirone (Buspar) | 00378-1165-91 | Oral |
| Mylan | Butorphan 10 mg/ml | 00378-9639-43 | Spray |
| Mylan | Captopril 12.5 Mg Tab 100's | 00378-3007-01 | Oral |
| Mylan | Captopril 12.5 Mg Tab 1000's | 00378-3007-10 | Oral |
| Mylan | Captopril 25 Mg Tab 100's | 00378-3012-01 | Oral |
| Mylan | Captopril 25 Mg Tab 1000's | 00378-3012-10 | Oral |
| Mylan | Captopril 50 Mg Tab 100's | 00378-3017-01 | Oral |
| Mylan | Captopril 50 Mg Tab 1000's | 00378-3017-10 | Oral |
| Mylan | Captopril 100 Mg Tab 100's | 00378-3022-01 | Oral |
| Mylan | Captopril/HCTZ 25/15 Mg 100's | 00378-0081-01 | Oral |
| Mylan | Captopril/HCTZ 25/25 Mg 100's | 00378-0083-01 | Oral |
| Mylan | Captopril/HCTZ 50/15 Mg 100's | 00378-0084-01 | Oral |
| Mylan | Captopril/HCTZ 50/25 Mg 100's | 00378-0086-01 | Oral |
| Mylan | Carbidopa/Levodopa | 00378-0088-01 | Oral |
| Mylan | Carbidopa/Levodopa | 00378-0094-01 | Oral |
| Mylan | Cefaclor 375 Mg/5 ml  50 ml | 00378-7612-09 | Oral |
| Mylan | Cefaclor 375 Mg/5 ml  100 ml | 00378-7612-02 | Oral |
| Mylan | Cefaclor 250 Mg/5 ml 75 ml | 00378-7610-12 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 36

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Cefaclor 250 Mg/5 ml 150 ml | 00378-7610-06 | Oral |
| Mylan | Cefaclor 12.5 Mg/5 ml 50 ml | 00378-7604-09 | Oral |
| Mylan | Cefaclor 12.5 Mg/5 ml 100ml | 00378-7604-02 | Oral |
| Mylan | Cefaclor 12.5 Mg/5 ml 75 ml | 00378-7602-12 | Oral |
| Mylan | Cefaclor 125 mg/5 ml 150 ml | 00378-7602-06 | Oral |
| Mylan | Cefaclor 500Mg Caps 100's | 00378-7500-01 | Oral |
| Mylan | Cefaclor | 00378-7500-93 | Oral |
| Mylan | Cefaclor | 00378-7250-93 | Oral |
| Mylan | Cefaclor 250 Mg Caps 100's | 00378-7250-01 | Oral |
| Mylan | Chlorothiazide | 00378-0150-01 | Oral |
| Mylan | Chlorothiazide | 00378-0162-01 | Oral |
| Mylan | Chlorothiazide | 00378-0162-10 | Oral |
| Mylan | Chlorpropamide | 00378-0197-05 | Oral |
| Mylan | Chlorpropamide | 00378-0197-01 | Oral |
| Mylan | Chlorpropamide | 00378-0210-01 | Oral |
| Mylan | Chlorpropamide | 00378-0210-10 | Oral |
| Mylan | Chlorthalidone | 00378-0222-01 | Oral |
| Mylan | Chlorthalidone | 00378-0213-10 | Oral |
| Mylan | Chlorthalidone | 00378-0213-01 | Oral |
| Mylan | Chlorthalidone | 00378-0222-10 | Oral |
| Mylan | Cimetidine 400 Mg Tab 500's | 00378-0372-05 | Oral |

**EXHIBIT "1"**
**PRICE FRAUD DRUGS**
**BILLED THROUGH MEDICAID**
Volume 2 - page 37

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Cimetidine 800 Mg Tab 100's | 00378-0541-01 | Oral |
| Mylan | Cimetidine 300 Mg Tab 500's | 00378-0317-05 | Oral |
| Mylan | Cimetidine 300 Mg Tab 100's | 00378-0317-01 | Oral |
| Mylan | Cimetidine 200 Mg Tab 100's | 00378-0053-01 | Oral |
| Mylan | Cimetidine | 00378-0317-67 | Oral |
| Mylan | Cimetidine | 00378-0372-65 | Oral |
| Mylan | Cimetidine 400 Mg Tab 100's | 00378-0372-01 | Oral |
| Mylan | Clomipramine HCl 25 Mg Cap 100's | 00378-3025-01 | Oral |
| Mylan | Clomipramine HCl 50 Mg Cap 100's | 00378-3050-01 | Oral |
| Mylan | Clomipramine HCl 75 MG Cap 100's | 00378-3075-01 | Oral |
| Mylan | Clonazepam 2 Mg Tab 100's | 00378-1914-01 | Oral |
| Mylan | Clonazepam 2 Mg Tab 500's | 00378-1914-05 | Oral |
| Mylan | Clonazepam 0.5 Mg Tab 1000's | 00378-1910-10 | Oral |
| Mylan | Clonazepam 0.5 Mg Tab 100's | 00378-1910-01 | Oral |
| Mylan | Clonazepam 1 Mg Tab 1000's | 00378-1912-10 | Oral |
| Mylan | Clonazepam 1 Mg Tab 100's | 00378-1912-01 | Oral |
| Mylan | Clonidine HCl 0.1 mg | 00378-0152-10 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 38

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Clonidine HCl 0.2 mg | 00378-0186-01 | Oral |
| Mylan | Clonidine HCl 0.2 mg | 00378-0186-10 | Oral |
| Mylan | Clonidine HCl 0.3 mg | 00378-0199-01 | Oral |
| Mylan | Clonidine HCl 0.1 mg | 00378-0152-01 | Oral |
| Mylan | Clorazepate 3.75 Mg Tab 500's | 00378-0030-05 | Oral |
| Mylan | Clorazepate 3.75 Mg Tab 100's | 00378-0030-01 | Oral |
| Mylan | Clorazepate 7.5 Mg Tab 100's | 00378-0040-01 | Oral |
| Mylan | Clorazepate 7.5 Mg Tab 500's | 00378-0040-05 | Oral |
| Mylan | Clorazepate 15 Mg Tab 100's | 00378-0070-01 | Oral |
| Mylan | Clozapine 100 Mg 100's | 00378-0860-01 | Oral |
| Mylan | Clozapine 25 Mg 100's | 00378-0825-01 | Oral |
| Mylan | Clozapine 100 mg | 00378-0860-05 | Oral |
| Mylan | Cyclobenzaprine HCl 10 Mg Tab 100's | 00378-0751-01 | Oral |
| Mylan | Cyclobenzaprine HCl 10 Mg Tab 1000's | 00378-0751-10 | Oral |
| Mylan | Cystagon | 00378-9045-01 | Oral |
| Mylan | Cystagon | 00378-9040-01 | Oral |
| Mylan | Cystagon | 00378-9040-05 | Oral |
| Mylan | Cystagon | 00378-9045-05 | Oral |