**ANDERSON EXHIBIT 6T**

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 39

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Mylan | Diazepam 2 Mg Tab 100's | 00378-0271-01 | Oral |
| Mylan | Diazepam 2 Mg Tab 500's | 00378-0271-05 | Oral |
| Mylan | Diazepam 5 Mg Tab 100's | 00378-0345-01 | Oral |
| Mylan | Diazepam 5 Mg Tab 500's | 00378-0345-05 | Oral |
| Mylan | Diazepam 10 Mg Tab 100's | 00378-0477-01 | Oral |
| Mylan | Diazepam 10 Mg Tab 500's | 00378-0477-05 | Oral |
| Mylan | Diclofenac Potassium 50 Mg 100's | 00378-2474-01 | Oral |
| Mylan | Dicyclomine HCl 10 Mg Caps 100's | 00378-1610-01 | Oral |
| Mylan | Dicyclomine HCl 10 Mg Caps 500's | 00378-1610-05 | Oral |
| Mylan | Dicyclomine HCl 20 MG Tabs 500's | 00378-1620-05 | Oral |
| Mylan | Dicyclomine HCl 20 MG Tabs 100's | 00378-1620-01 | Oral |
| Mylan | Diltiazem HCl | 00378-5220-01 | Oral |
| Mylan | Diltiazem HCl | 00378-5220-05 | Oral |
| Mylan | Diltiazem HCl | 00378-5280-01 | Oral |
| Mylan | Diltiazem HCl 30 Mg Tab 100's | 00378-0023-01 | Oral |
| Mylan | Diltiazem HCl 30 MG Tab 500's | 00378-0023-05 | Oral |
| Mylan | Diltiazem HCl 60 Mg Tab 100's | 00378-0045-01 | Oral |
| Mylan | Diltiazem HCl 60 MG Tab 500's | 00378-0045-05 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 40

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Diltiazem HCl 90 Mg Tab 100's | 00378-0135-01 | Oral |
| Mylan | Diltiazem HCl 90 MG Tab 500's | 00378-0135-05 | Oral |
| Mylan | Diltiazem HCl 120 Mg Tab 100's | 00378-0525-01 | Oral |
| Mylan | Diltiazem HCl Er 60 MG Cap 100's | 00378-6060-01 | Oral |
| Mylan | Diltiazem HCl ER 90 Mg Cap 100's | 00378-6090-01 | Oral |
| Mylan | Diltiazem HCl ER 120 Mg Cap 100's | 00378-6120-01 | Oral |
| Mylan | Diltiazem HCl ER 180 Mg Cap DT 500's | 00378-5280-05 | Oral |
| Mylan | Diltiazem HCl ER 240 Mg Cap DT 100's | 00378-5340-01 | Oral |
| Mylan | Diltiazem HCl ER 240 MG Cap DT 500's | 00378-5340-05 | Oral |
| Mylan | Doxazosin Mesylate 1 mg | 00378-4021-01 | Oral |
| Mylan | Doxazosin Mesylate 8 mg | 00378-4028-01 | Oral |
| Mylan | Doxazosin Mesylate 4 mg | 00378-4024-01 | Oral |
| Mylan | Doxazosin Mesylate 2 mg | 00378-4022-01 | Oral |
| Mylan | Doxepin Hcl 25 mg | 00378-3125-01 | Oral |
| Mylan | Doxepin Hcl 25 mg | 00378-3125-10 | Oral |
| Mylan | Doxepin Hcl 10 mg | 00378-1049-10 | Oral |
| Mylan | Doxepin Hcl 10 mg | 00378-1049-01 | Oral |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 41

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Doxepin Hcl 50 mg | 00378-4250-10 | Oral |
| Mylan | Doxepin Hcl 75 mg | 00378-5375-01 | Oral |
| Mylan | Doxepin Hcl 75 mg | 00378-5375-10 | Oral |
| Mylan | Doxepin Hcl 100 mg | 00378-6410-01 | Oral |
| Mylan | Doxepin Hcl 100 mg | 00378-6410-10 | Oral |
| Mylan | Doxepin Hcl 50 mg | 00378-4250-01 | Oral |
| Mylan | Doxycycline 100 mg | 00378-0148-89 | Oral |
| Mylan | Doxycycline 100 mg | 00378-0167-05 | Oral |
| Mylan | Doxycycline 100 mg | 00378-0148-05 | Oral |
| Mylan | Doxycycline 50 mg | 00378-0145-89 | Oral |
| Mylan | Doxycycline Hyclate 100 mg Tab 50's | 00378-0167-89 | Oral |
| Mylan | Enalapril/HCTZ 10 - 25 mg | 00378-0723-01 | Oral |
| Mylan | Enalapril Maleate | 00378-1054-05 | Oral |
| Mylan | Enalapril Maleate 20 mg | 00378-1054-01 | Oral |
| Mylan | Enalapril Maleate | 00378-1053-10 | Oral |
| Mylan | Enalapril/HCTZ 5 - 12.5 mg | 00378-0712-01 | Oral |
| Mylan | Enalapril Maleate 10 mg | 00378-1053-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 42

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Enalapril Maleate 5 mg | 00378-1052-10 | Oral |
| Mylan | Enalapril Maleate | 00378-1052-01 | Oral |
| Mylan | Enalapril Maleate | 00378-1051-05 | Oral |
| Mylan | Enalapril Maleate | 00378-1051-01 | Oral |
| Mylan | Erythromycin Ethylsuccinate 400 mg | 00378-6400-05 | Oral |
| Mylan | Erythromycin Ethylsuccinate 400 mg | 00378-6400-01 | Oral |
| Mylan | Erythromycin Stearate 250 mg | 00378-0106-05 | Oral |
| Mylan | Erythromycin Stearate 500 mg | 00378-0107-01 | Oral |
| Mylan | Erythromycin Stearate 250 mg | 00378-0106-01 | Oral |
| Mylan | Estradiol 0.05 mg/24 hr | 00378-3350-99 | Patch |
| Mylan | Estradiol 0.1 mg/24 hr | 00378-3352-99 | Patch |
| Mylan | Estradiol 0.5 mg Tabs 100's | 00378-1452-01 | Oral |
| Mylan | Estradiol 0.5 mg Tabs 500's | 00378-1452-05 | Oral |
| Mylan | Estradiol 1.0 mg Tabs 100's | 00378-1454-01 | Oral |
| Mylan | Estradiol 1.0 mg Tabs 500's | 00378-1454-05 | Oral |
| Mylan | Estradiol 2.0 mg Tabs 100's | 00378-1458-01 | Oral |
| Mylan | Estradiol 2.0 mg Tas 500's | 00378-1458-05 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 43

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Estropipate 0.75 mg | 00378-4551-01 | Oral |
| Mylan | Estropipate 1.5 mg | 00378-4553-01 | Oral |
| Mylan | Estropipate 3 mg | 00378-4555-01 | Oral |
| Mylan | Etodolac 300 mg Cap 500's | 00378-7233-05 | Oral |
| Mylan | Etodolac 500 mg Tab 100's | 00378-1242-01 | Oral |
| Mylan | Etodolac 500 mg Tab 500's | 00378-1242-05 | Oral |
| Mylan | Etodolac 300 mg Cap 100's | 00378-7233-01 | Oral |
| Mylan | Etodolac 400 mg Tab 500's | 00378-0237-05 | Oral |
| Mylan | Etodolac 400 mg Tab 100's | 00378-0237-01 | Oral |
| Mylan | Etodolac 200 mg Cap 100's | 00378-7200-01 | Oral |
| Mylan | Etoposide | 00378-3266-94 | Oral |
| Mylan | Famotidine 20 mg | 00378-3020-01 | Oral |
| Mylan | Famotidine 40 mg | 00378-3040-93 | Oral |
| Mylan | Famotidine 40 mg | 00378-3040-01 | Oral |
| Mylan | Famotidine 20 mg | 00378-3020-93 | Oral |
| Mylan | Fenoprofen Calcium 600 mg | 00378-0471-01 | Oral |
| Mylan | Fluoxetine Hcl (Prozac) | 00378-4220-01 | Oral |
| Myaln | Fluoxetine Hcl (Prozac) | 00378-4210-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 44

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Fluphenazine HCl 10 mg Tab 500's | 00378-6097-05 | Oral |
| Mylan | Fluphenazine HCl 10 mg Tab 100's | 00378-6097-01 | Oral |
| Mylan | Fluphenazine HCl 5 mg Tab 500's | 00378-6074-05 | Oral |
| Mylan | Fluphenazine HCl 5 mg Tab 100's | 00378-6074-01 | Oral |
| Mylan | Fluphenazine HCl 2.5 mg Tab 500's | 00378-6009-05 | Oral |
| Mylan | Fluphenazine HCl 2.5 mg Tab 100's | 00378-6009-01 | Oral |
| Mylan | Fluphenazine HCl 1 mg Tab 500's | 00378-6004-05 | Oral |
| Mylan | Fluphenazine HCl 1 mg Tab 100's | 00378-6004-01 | Oral |
| Mylan | Flurazepam HCl 15 mg Cap 100's | 00378-4415-01 | Oral |
| Mylan | Flurazepam HCl 30 mg | 00378-4430-05 | Oral |
| Mylan | Flurazepam HCl 30 mg | 00378-4430-01 | Oral |
| Mylan | Flurazepam HCl 15 mg | 00378-4415-05 | Oral |
| Mylan | Flurbiprofen 100 mg Tab 100's | 00378-0093-01 | Oral |
| Mylan | Flurbiprofen 100 mg Tab 500's | 00378-0093-05 | Oral |
| Mylan | Flurbiprofen 50 mg Tab 100's | 00378-0076-01 | Oral |
| Mylan | Fluvoxamine Maleate 100 mg | 00378-0414-01 | Oral |
| Mylan | Fluvoxamine Maleate 50 mg | 00378-0412-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 45

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Fluvoxamine Maleate 25 mg | 00378-0407-01 | Oral |
| Mylan | Furosemide 80 mg Tab 100's | 00378-0232-01 | Oral |
| Mylan | Furosemide 40 mg Tab 1000's | 00378-0216-10 | Oral |
| Mylan | Furosemide 40 mg Tab 100's | 00378-0216-01 | Oral |
| Mylan | Furosemide 20 mg Tab 1000's | 00378-0208-10 | Oral |
| Mylan | Furosemide 20 mg Tab 100's | 00378-0208-01 | Oral |
| Mylan | Furosemide 80 mg Tab 500's | 00378-0232-05 | Oral |
| Mylan | Glipizide 10 mg Tab 100's | 00378-1110-01 | Oral |
| Mylan | Glipizide 10 mg Tab 500's | 00378-1110-05 | Oral |
| Mylan | Glipizide 5 mg Tab 100's | 00378-1105-01 | Oral |
| Mylan | Glipizide 5 mg Tab 500's | 00378-1105-05 | Oral |
| Mylan | Glyburide 1.5 mg Tab 100's | 00378-1113-01 | Oral |
| Mylan | Glyburide 3 mg Tab 100's | 00378-1125-01 | Oral |
| Mylan | Glyburide 3 mg Tab 1000's | 00378-1125-10 | Oral |
| Mylan | Glyburide 6 mg 100's | 00378-1142-01 | Oral |
| Mylan | Guanfacine 1 mg Tab 100's | 00378-1160-01 | Oral |
| Mylan | Guanfacine 2 mg Tab 100's | 00378-1190-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 46

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Haloperidol 1 mg | 00378-0257-01 | Oral |
| Mylan | Haloperidol 1 mg | 00378-0257-10 | Oral |
| Mylan | Haloperidol 2 mg | 00378-0214-10 | Oral |
| Mylan | Haloperidol 5 mg | 00378-0327-01 | Oral |
| Mylan | Haloperidol 5 mg Tablets, 1000's | 00378-0327-10 | Oral |
| Mylan | Haloperidol 2 mg | 00378-0214-01 | Oral |
| Mylan | Haloperidol 0.5 mg | 00378-0351-10 | Oral |
| Mylan | Haloperidol 0.5 mg | 00378-0351-01 | Oral |
| Mylan | HCTZ/ Methyldopa 250 - 15 mg | 00378-0507-01 | Oral |
| Mylan | HCTZ/ Methyldopa 250 - 25 mg | 00378-0711-01 | Oral |
| Mylan | HCTZ/ Methyldopa 250 - 25 mg | 00378-0711-10 | Oral |
| Mylan | Hydrochlorthiazide 12.5 mg | 00378-0810-01 | Oral |
| Mylan | Hydroxychloroquine 200 mg Tab 100's | 00378-0373-01 | Oral |
| Mylan | Indapamide 1.25 mg Tab 500's | 00378-0069-05 | Oral |
| Mylan | Indapamide 2.5 mg Tab 1000's | 00378-0080-10 | Oral |
| Mylan | Indapamide 1.25 mg Tab 100's | 00378-0069-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 47

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Indapamide 2.5 mg Tab 100's | 00378-0080-01 | Oral |
| Mylan | Indomethacin 50 mg Cap 100's | 00378-0147-01 | Oral |
| Mylan | Indomethacin 25 mg Cap 1000's | 00378-0143-10 | Oral |
| Mylan | Indomethacin 50 mg Cap 500's | 00378-0147-05 | Oral |
| Mylan | Indomethacin 25 mg Cap 100's | 00378-0143-01 | Oral |
| Mylan | Ketoconazole 200 mg Tabs 100's | 00378-0261-01 | Oral |
| Mylan | Ketoprofen 75 mg Cap 100's | 00378-5750-01 | Oral |
| Mylan | Ketoprofen 50 mg Cap 100's | 00378-4070-01 | Oral |
| Mylan | Ketorolac Tromethamine 10 mg | 00378-1134-05 | Oral |
| Mylan | Ketorolac Tromethamine 10 mg 100's | 00378-1134-01 | Oral |
| Mylan | Lactulose Solution 10 gm/15 ml 16 oz | 00378-3331-72 | Oral |
| Mylan | Lactulose Solution 10 gm/15 ml 8 oz | 00378-3331-70 | Oral |
| Mylan | Lactulose Solution 10 gm/15 ml 32 oz | 00378-3331-74 | Oral |
| Mylan | Loperamide HCl 2 mg Cap 100's | 00378-2100-01 | Oral |
| Mylan | Loperamide HCl 2 mg Cap 500's | 00378-2100-05 | Oral |
| Mylan | Lorazepam 2.0 mg Tab 500s | 00378-0777-05 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 48

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Lorazepam<br>0.5 mg Tab 100's | 00378-0321-01 | Oral |
| Mylan | Lorazepam<br>0.5 mg Tab 500's | 00378-0321-05 | Oral |
| Mylan | Lorazepam<br>1.0 mg Tab 100's | 00378-0457-01 | Oral |
| Mylan | Lorazepam<br>1.0 mg Tab 500's | 00378-0457-05 | Oral |
| Mylan | Lorazepam<br>1.0 mg Tab 1000's | 00378-0457-10 | Oral |
| Mylan | Lorazepam<br>2.0 mg Tab 100's | 00378-0777-01 | Oral |
| Mylan | Lovastat<br>10 mg | 00378-6510-91 | Oral |
| Mylan | Lovastat<br>20 mg | 00378-6520-05 | Oral |
| Mylan | Lovastat<br>20 mg | 00378-6520-91 | Oral |
| Mylan | Lovastat<br>40 mg | 00378-6540-05 | Oral |
| Mylan | Lovastat<br>40 mg | 00378-6540-91 | Oral |
| Mylan | Maprotiline Hcl<br>50 mg | 00378-0087-01 | Oral |
| Mylan | Maprotiline Hcl<br>75 mg | 00378-0092-01 | Oral |
| Mylan | Maprotiline Hcl<br>25 mg | 00378-0060-01 | Oral |
| Mylan | Meclofenamate Sodium<br>50 mg | 00378-2150-01 | Oral |
| Mylan | Meclofenamate Sodium | 00378-2150-05 | Oral |
| Mylan | Meclofenamate Sodium<br>100 mg | 00378-3000-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 49

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Meclofenamate Sodium 100 mg | 00378-3000-05 | Oral |
| Mylan | Methotrexate Sodium | 00378-0014-50 | Oral |
| Mylan | Methotrexate 2.5 mg Tab 100's | 00378-0014-01 | Oral |
| Mylan | Methyclothiazide 5 mg | 00378-0160-01 | Oral |
| Mylan | Methyldopa 250 mg | 00378-0611-10 | Oral |
| Mylan | Methyldopa 500 mg | 00378-0421-01 | Oral |
| Mylan | Methyldopa 500 mg | 00378-0421-05 | Oral |
| Mylan | Methyldopa 250 mg Tab 100's | 00378-0611-01 | Oral |
| Mylan | Metoprolo Tartrate 50 mg | 00378-0032-01 | Oral |
| Mylan | Metoprolo Tartrate 100 mg | 00378-0047-10 | Oral |
| Mylan | Metoprolo Tartrate 100 mg | 00378-0047-01 | Oral |
| Mylan | Metoprolo Tartrate 50 mg | 00378-0032-10 | Oral |
| Mylan | Nadolol 20 mg Tab 100's | 00378-0028-01 | Oral |
| Mylan | Nadolol 40 mg Tab 100's | 00378-1171-01 | Oral |
| Mylan | Nadolol 40 mg Tab 1000's | 00378-1171-10 | Oral |
| Mylan | Nadolol 80 mg Tab 100's | 00378-1132-01 | Oral |
| Mylan | Nadolol 80 mg Tab 1000's | 00378-1132-10 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 50

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Naproxen Sodium | 00378-0733-06 | Oral |
| Mylan | Naproxen 500 mg | 00378-0451-01 | Oral |
| Mylan | Naproxen 375 mg | 00378-0555-05 | Oral |
| Mylan | Naproxen 375 mg | 00378-0555-01 | Oral |
| Mylan | Naproxen 250 mg | 00378-0377-05 | Oral |
| Mylan | Naproxen 250 mg | 00378-0377-01 | Oral |
| Mylan | Naproxen Sodium 275 mg | 00378-0537-01 | Oral |
| Mylan | Naproxen Sodium 275 mg | 00378-0537-05 | Oral |
| Mylan | Naproxen Sodium 550 mg | 00378-0733-01 | Oral |
| Mylan | Naproxen Sodium 550 mg | 00378-0733-05 | Oral |
| Mylan | Naproxen 500 mg | 00378-0451-05 | Oral |
| Mylan | Nicardipine HCl 20 mg Cap 90's | 00378-1020-77 | Oral |
| Mylan | Nicardipine HCl 20 mg Cap 500's | 00378-1020-05 | Oral |
| Mylan | Nicardipine HCl 30 mg Cap 90's | 00378-1430-77 | Oral |
| Mylan | Nicardipine HCl 30 mg Cap 500's | 00378-1430-05 | Oral |
| Mylan | Nifedipine ER 90 mg | 00378-3495-01 | Oral |
| Mylan | Nifedipine ER 60 mg | 00378-3482-30 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 51

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Nifedipine ER 60 mg | 00378-3482-01 | Oral |
| Mylan | Nifedipine ER 30 mg | 00378-3475-30 | Oral |
| Mylan | Nifedipine ER 30 mg | 00378-3475-01 | Oral |
| Mylan | Nitrofurantoin 50 mg Cap 100's | 00378-1650-01 | Oral |
| Mylan | Nitrofurantoin 50 mg Cap 500's | 00378-1650-05 | Oral |
| Mylan | Nitrofurantoin 10 mg Cap 100's | 00378-1700-01 | Oral |
| Mylan | Nitroglycerin Transdermal System 0.4 mg/hr | 00378-9112-93 | Patch |
| Mylan | Nitroglycerin Transdermal System 0.2 mg/hr | 00378-9104-93 | Patch |
| Mylan | Nitroglycerin Transdermal System 0.6 mg/hr | 00378-9116-93 | Patch |
| Mylan | Nitroglycerin Transdermal System 0.1 mg/hr | 00378-9102-93 | Patch |
| Mylan | Nortriptyline HCl 25 mg Cap 100's | 00378-2325-01 | Oral |
| Mylan | Nortriptyline HCl 10 mg Cap 100's | 00378-1410-01 | Oral |
| Mylan | Nortriptyline HCl 75 mg Cap 100's | 00378-4175-01 | Oral |
| Mylan | Nortriptyline HCl 50 mg Cap 100's | 00378-3250-01 | Oral |
| Mylan | Orphenadrine Cit. ER 100 mg 100's | 00378-3358-01 | Oral |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 52

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Orphenadrine w/AC 385/30/26 mg 100's | 00378-3354-01 | Oral |
| Mylan | Orphenadrine w/AC 770/60/50 mg 100's | 00378-3356-01 | Oral |
| Mylan | Orphenadrine Cit. ER 100 mg 500's | 00378-3358-05 | Oral |
| Mylan | Pentoxifyline ER 400 mg Tab 100's | 00378-0357-01 | Oral |
| Mylan | Pentoxifylline | 00378-0357-05 | Oral |
| Mylan | Phenytoin Sodium Extended 100 mg | 00378-1560-10 | Oral |
| Mylan | Phenytoin Sodium Extended 100 mg | 00378-1560-01 | Oral |
| Mylan | Pindolol 10 mg Tab 100's | 00378-0127-01 | Oral |
| Mylan | Pindolol 5 mg Tab 100's | 00378-0052-01 | Oral |
| Mylan | Piroxicam 20 mg Cap 100's | 00378-2020-01 | Oral |
| Mylan | Piroxicam 10 mg Cap 100's | 00378-1010-01 | Oral |
| Mylan | Piroxicam 20 mg Cap 500's | 00378-2020-05 | Oral |
| Mylan | Prazosin HCl 5 mg Cap 250's | 00378-3205-25 | Oral |
| Mylan | Prazosin HCl 5 mg Cap 100's | 00378-3205-01 | Oral |
| Mylan | Prazosin HCl 2 mg Cap 1000's | 00378-2302-10 | Oral |
| Mylan | Prazosin HCl 1 mg Cap 1000's | 00378-1101-10 | Oral |
| Mylan | Prazosin HCl 2 mg Cap 100's | 00378-2302-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 53

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Prazosin HCl 1 mg | 00378-1101-25 | Oral |
| Mylan | Prazosin HCl 1 mg Cap 100's | 00378-1101-01 | Oral |
| Mylan | Prazosin HCl 2 mg | 00378-2302-25 | Oral |
| Mylan | Prazosin HCl 5 mg | 00378-3205-05 | Oral |
| Mylan | Prednisolone Syrup 15 mg/5 ml 480 ml | 00378-3425-48 | Oral |
| Mylan | Prednisolone Syrup 15 mg/5 ml  210 ml | 00378-3425-24 | Oral |
| Mylan | Probenecid 500 mg Tab 100's | 00378-0156-01 | Oral |
| Mylan | Prochlorperazine MAL 5 mg 100's | 00378-5105-01 | Oral |
| Mylan | Prochlorperazine MAL 10 mg 100's | 00378-5110-01 | Oral |
| Mylan | Propoxyphene /APAP 65/650 Tab 500's | 00378-0130-05 | Oral |
| Mylan | Propoxyphene HCl 65 mg | 00378-0129-01 | Oral |
| Mylan | Propoxyphene HCl 65 mg | 00378-0129-05 | Oral |
| Mylan | Propoxyphene CMP 65 mg | 00378-0131-01 | Oral |
| Mylan | Propoxyphene /APAP 65/650 Tab 100's | 00378-0130-01 | Oral |
| Mylan | Propranolol HCl 10 mg Tab 100's | 00378-0182-01 | Oral |
| Mylan | Propranolol HCl 10 mg Tab 1000's | 00378-0182-10 | Oral |
| Mylan | Propranolol HCl 20 mg Tab 100's | 00378-0183-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 54

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Mylan | Propranolol HCl 20 mg Tab 1000's | 00378-0183-10 | Oral |
| Mylan | Propranolol HCTZ 25 - 80 mg Tab 100's | 00378-0347-01 | Oral |
| Mylan | Propranolol HCTZ 25 - 40 mg Tab 100's | 00378-0731-01 | Oral |
| Mylan | Propranolol HCl 80 mg Tab 500's | 00378-0185-05 | Oral |
| Mylan | Propranolol HCl 80 mg Tab 100's | 00378-0185-01 | Oral |
| Mylan | Propranolol HCl 40 mg Tab 1000's | 00378-0184-10 | Oral |
| Mylan | Propranolol HCl 40 mg Tab 100's | 00378-0184-01 | Oral |
| Mylan | Ranitidine 150 mg Tab 60's | 00378-3252-91 | Oral |
| Mylan | Ranitidine 150 mg Tab 100's | 00378-3252-01 | Oral |
| Mylan | Ranitidine 150 mg Tab 500's | 00378-3252-05 | Oral |
| Mylan | Ranitidine 300 mg Tab 30's | 00378-3254-93 | Oral |
| Mylan | Ranitidine 300 mg Tab 100's | 00378-3254-01 | Oral |
| Mylan | Ranitidine 300 mg Tab 500's | 00378-3254-05 | Oral |
| Mylan | Sotalol HCl | 00378-0310-01 | Oral |
| Mylan | Sotalol HCl | 00378-0305-01 | Oral |
| Mylan | Sotalol HCl | 00378-0314-01 | Oral |
| Mylan | Spironolactone 25 mg Tab 100's | 00378-2146-01 | Oral |
| Mylan | Spironolactone 25 mg Tab 500's | 00378-2146-05 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 55

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Spironolactone/ HCTZ 25/25 Tab 100's | 00378-0141-01 | Oral |
| Mylan | Spironolactone/ HCTZ 25/25 Tab 500's | 00378-0141-05 | Oral |
| Mylan | Sulindac 200 mg | 00378-0531-01 | Oral |
| Mylan | Sulindac 150 mg | 00378-0427-01 | Oral |
| Mylan | Temazepam 15 mg | 00378-4010-05 | Oral |
| Mylan | Temazepam 15 mg | 00378-4010-01 | Oral |
| Mylan | Temazepam 30 mg | 00378-5050-05 | Oral |
| Mylan | Temazepam 30 mg | 00378-5050-01 | Oral |
| Mylan | Terazosin HCl 5 mg Cap 100's | 00378-2268-01 | Oral |
| Mylan | Terazosin HCl 10 mg Cap 100's | 00378-1570-01 | Oral |
| Mylan | Terazosin HCl 1 mg Cap 100's | 00378-2260-01 | Oral |
| Mylan | Terazosin HCl 2 mg Cap 100's | 00378-2264-01 | Oral |
| Mylan | Tetracycline HCl 500 mg | 00378-0102-01 | Oral |
| Mylan | Tetracycline HCl 500 mg | 00378-0102-05 | Oral |
| Mylan | Tetracycline HCl 250 mg | 00378-0101-10 | Oral |
| Mylan | Thioridazine HCl 25 mg Tab 1,000's | 00378-0614-10 | Oral |
| Mylan | Thioridazine HCl 25 mg Tab 100's | 00378-0614-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 56

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Mylan | Thioridazine HCl 10 mg Tab 1000's | 00378-0612-10 | Oral |
| Mylan | Thioridazine HCl 10 mg Tab 100's | 00378-0612-01 | Oral |
| Mylan | Thioridazine HCl 50 mg Tab 1000's | 00378-0616-10 | Oral |
| Mylan | Thioridazine HCl 100 mg Tab 100's | 00378-0618-01 | Oral |
| Mylan | Thioridazine HCl 50 mg Tab 100's | 00378-0616-01 | Oral |
| Mylan | Thioridazine HCl 100 mg Tab 1000's | 00378-0618-10 | Oral |
| Mylan | Thiothixene 1 mg Cap 100's | 00378-1001-01 | Oral |
| Mylan | Thiothixene 2 mg Cap 100's | 00378-2002-01 | Oral |
| Mylan | Thiothixene 10 mg Cap 1,000's | 00378-5010-10 | Oral |
| Mylan | Thiothixene 10 mg Cap 100's | 00378-5010-01 | Oral |
| Mylan | Thiothixene 5 mg Cap 1000's | 00378-3005-10 | Oral |
| Mylan | Thiothixene 5 mg Cap 100's | 00378-3005-01 | Oral |
| Mylan | Thiothixene 2 mg Cap 1,000's | 00378-2002-10 | Oral |
| Mylan | Timolol Maleate 5 mg Tab 100's | 00378-0055-01 | Oral |
| Mylan | Timolol Maleate 10 mg Tab 100's | 00378-0221-01 | Oral |
| Mylan | Timolol Maleate 20 mg Tab 100's | 00378-0715-01 | Oral |
| Mylan | Tolazamide 25 mg Tab 100's | 00378-0217-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 57

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Tolazamide 500 mg Tab 100's | 00378-0551-01 | Oral |
| Mylan | Tolbutamide 500 mg Tab 100's | 00378-0215-01 | Oral |
| Mylan | Tolbutamide 500 mg Tab 500's | 00378-0215-05 | Oral |
| Mylan | Tolmetin Sodium 400 mg | 00378-5200-01 | Oral |
| Mylan | Tolmetin Sodium 600 mg | 00378-0313-01 | Oral |
| Mylan | Triamterene/ HCTZ 37.5/25 Cap 100's | 00378-2537-01 | Oral |
| Mylan | Triamterene/ HCTZ 37.5/25 Tab 500's | 00378-1352-05 | Oral |
| Mylan | Triamterene/ HCTZ 37.5/25 Cap 1000's | 00378-2537-10 | Oral |
| Mylan | Triamterene/ HCTZ 75/50 Tab 100's | 00378-1355-01 | Oral |
| Mylan | Triamterene/ HCTZ 75/50 Tab 500's | 00378-1355-05 | Oral |
| Mylan | Triamterene/ HCTZ 37.5/25 Tab 100's | 00378-1352-01 | Oral |
| Mylan | Trifluoperazine HCl 10 mg 500's | 00378-2410-05 | Oral |
| Mylan | Trifluoperazine HCl 2 mg 100's | 00378-2402-01 | Oral |
| Mylan | Trifluoperazine HCl 5 mg 100's | 00378-2405-01 | Oral |
| Mylan | Trifluoperazine HCl 10 mg 100's | 00378-2410-01 | Oral |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 58

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Mylan | Trifluoperazine HCl 1 mg 100's | 00378-2401-01 | Oral |
| Mylan | Trifluoperazine HCl 5 mg 500's | 00378-2405-05 | Oral |
| Mylan | Verapamil 80 mg Tab 100's | 00378-0512-01 | Oral |
| Mylan | Verapamil 80 mg Tab 1000's | 00378-0512-10 | Oral |
| Mylan | Verapamil 120 mg Tab 500's | 00378-0772-05 | Oral |
| Mylan | Verapamil HCl ER 120 mg Tab 100's | 00378-1120-01 | Oral |
| Mylan | Verapamil HCl ER 240 mg Tab 100's | 00378-0411-01 | Oral |
| Mylan | Verapamil HCl ER 240 mg Tab  500's | 00378-0411-05 | Oral |
| Mylan | Verapamil HCl ER 120 mg Caps 100's | 00378-6320-01 | Oral |
| Mylan | Verapamil HCl ER 240 mg Caps  100's | 00378-6440-01 | Oral |
| Mylan | Verapamil HCl ER 180 mg Caps 100's | 00378-6380-01 | Oral |
| Mylan | Verapamil Hcl 120 mg Tablets, 100's | 00378-0772-01 | Oral |
| Mylan | Verapamil HCl 180 mg | 00378-1180-01 | Oral |
| Mylan | Verapamil HCl 180 mg | 00378-1180-05 | Oral |
|  |  |  |  |
| Par | ACEBUTOLOL CAP 400 mg | 49884-0588-01 | CAPSULE |
| Par | ACEBUTOLOL CAP 200 mg | 49884-0587-01 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 59

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Par | ACYCLOVIR CAP 200 mg | 49884-0565-01 | CAPSULE |
| Par | ACYCLOVIR TAB 400 mg | 49884-0566-01 | TABLET |
| Par | ALLOPUR TAB 100 mg | 49884-0104-10 | TABLET |
| Par | ALLOPUR TAB 100 mg | 49884-0602-01 | TABLET |
| Par | ALLOPUR TAB 100 mg | 49884-0602-10 | TABLET |
| Par | ALLOPUR TAB 100 mg | 49884-0104-01 | TABLET |
| Par | ALLOPUR TAB 300 mg | 49884-0603-01 | TABLET |
| Par | ALLOPUR TAB 300 mg | 49884-0603-05 | TABLET |
| Par | ALLOPUR TAB 300 mg | 49884-0603-10 | TABLET |
| Par | ALLOPUR TAB 300 mg | 49884-0105-01 | TABLET |
| Par | ALLOPUR TAB 300 mg | 49884-0105-05 | TABLET |
| Par | ALLOPUR TAB 300 mg | 49884-0105-10 | TABLET |
| Par | ALPRAZOL TAB 0.25 mg | 49884-0448-05 | TABLET |
| Par | ALPRAZOL TAB 0.5 mg | 49884-0449-01 | TABLET |
| Par | ALPRAZOL TAB 0.5 mg | 49884-0449-05 | TABLET |
| Par | ALPRAZOL TAB 1 MG | 49884-0450-01 | TABLET |
| Par | ALPRAZOL TAB 1 MG | 49884-0450-05 | TABLET |