**ANDERSON EXHIBIT 6U**

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 61

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Par | CARISOPROD COMP 200-325 mg | 49884-0246-01 | TABLET |
| Par | CLOMIPH CITR TAB 50 mg | 49884-0701-54 | TABLET |
| Par | CLOMIPH CITR TAB 50 mg | 49884-0701-55 | TABLET |
| Par | CLONAZEPAM TAB 1 mg | 49884-0496-01 | TABLET |
| Par | CLONAZEPAM TAB 1 mg | 49884-0496-05 | TABLET |
| Par | CLONAZEPAM TAB 2 mg | 49884-0497-01 | TABLET |
| Par | CLONAZEPAM TAB 2 mg | 49884-0497-05 | TABLET |
| Par | CLONAZEPAM TAB 0.5 mg | 49884-0495-05 | TABLET |
| Par | CLONAZEPAM TAB 0.5 mg | 49884-0495-01 | TABLET |
| Par | CYPROHEPTAD TAB 4 mg | 49884-0043-10 | TABLET |
| Par | CYPROHEPTAD TAB 4 mg | 49884-0043-01 | TABLET |
| Par | DEXAMETH TAB 0.75 mg | 49884-0085-10 | TABLET |
| Par | DEXAMETH TAB 0.25 mg | 49884-0083-01 | TABLET |
| Par | DEXAMETH TAB 0.75 mg | 49884-0085-01 | TABLET |
| Par | DEXAMETH TAB 0.5 mg | 49884-0084-10 | TABLET |
| Par | DEXAMETH TAB 0.5 mg | 49884-0084-01 | TABLET |
| Par | DEXAMETH TAB 0.25 mg | 49884-0083-10 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID

Volume 2 - page 62

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Par | DEXAMETH TAB 1.5 mg | 49884-0086-10 | TABLET |
| Par | DEXAMETH TAB 1.5 mg | 49884-0086-01 | TABLET |
| Par | DEXAMETH TAB 4 MG | 49884-0087-01 | TABLET |
| Par | DEXAMETH TAB 4 MG | 49884-0087-03 | TABLET |
| Par | DEXAMETH TAB 4 MG | 49884-0087-10 | TABLET |
| Par | DEXAMETH TAB 6 MG | 49884-0129-03 | TABLET |
| Par | DEXAMETH TAB 6 MG | 49884-0129-01 | TABLET |
| Par | DIPHENOX+ATR TAB 2.5-.025 mg | 49884-0771-01 | TABLET |
| Par | DOXEPIN CAP 10 MG | 49884-0217-01 | CAPSULE |
| Par | DOXEPIN CAP 10 MG | 49884-0217-10 | CAPSULE |
| Par | DOXEPIN CAP 25 MG | 49884-0218-01 | CAPSULE |
| Par | DOXEPIN CAP 25 MG | 49884-0218-10 | CAPSULE |
| Par | DOXEPIN CAP 50 MG | 49884-0219-01 | CAPSULE |
| Par | DOXEPIN CAP 50 MG | 49884-0219-10 | CAPSULE |
| Par | DOXEPIN CAP 75 MG | 49884-0220-10 | CAPSULE |
| Par | DOXEPIN CAP 75 MG | 49884-0220-01 | CAPSULE |
| Par | DOXEPIN CAP 100 MG | 49884-0221-10 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 63

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Par | DOXEPIN CAP 100 MG | 49884-0221-01 | CAPSULE |
| Par | DOXEPIN CAP 150 MG | 49884-0222-05 | CAPSULE |
| Par | DOXEPIN CAP 150 MG | 49884-0222-03 | CAPSULE |
| Par | DOXEPIN CAP 150 MG | 49884-0222-01 | CAPSULE |
| Par | ETODOLAC TAB 500 MG | 49884-0596-01 | TABLET |
| Par | FAMOTID TAB 20 MG | 49884-0608-01 | TABLET |
| Par | FAMOTID TAB 20 MG | 49884-0608-11 | TABLET |
| Par | FAMOTID TAB 20 MG | 49884-0608-10 | TABLET |
| Par | FAMOTID TAB 40 MG | 49884-0609-01 | TABLET |
| Par | FAMOTID TAB 40 MG | 49884-0609-10 | TABLET |
| Par | FAMOTID TAB 40 MG | 49884-0609-11 | TABLET |
| Par | FLECAINIDE TAB 100 MG | 49884-0695-01 | TABLET |
| Par | FLECAINIDE TAB 50 MG | 49884-0694-01 | TABLET |
| Par | FLECAINIDE TAB 150 MG | 49884-0696-01 | TABLET |
| Par | FLUOXETINE CAP 40 MG | 49884-0743-11 | CAPSULE |
| Par | FLUOXETINE CAP 20 MG | 49884-0733-10 | CAPSULE |
| Par | FLUOXETINE CAP 40 MG | 49884-0743-01 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 64

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Par | FLUOXETINE CAP 20 MG | 49884-0733-01 | CAPSULE |
| Par | FLUOXETINE CAP 10 MG | 49884-0732-01 | CAPSULE |
| Par | FLUOXETINE CAP 10 MG | 49884-0732-10 | CAPSULE |
| Par | FLUOXETINE TAB 20 MG | 49884-0735-11 | TABLET |
| Par | FLUOXETINE TAB 10 MG | 49884-0734-01 | TABLET |
| Par | FLUOXETINE TAB 20 MG | 49884-0735-82 | TABLET |
| Par | FLUOXETINE TAB 20 mg | 49884-0735-10 | TABLET |
| Par | FLUOXETINE TAB 20 mg | 49884-0735-01 | TABLET |
| Par | FLUOXETINE TAB 10 mg | 49884-0734-82 | TABLET |
| Par | FLUOXETINE TAB 10 mg | 49884-0734-11 | TABLET |
| Par | FLUOXETINE TAB 10 mg | 49884-0734-10 | TABLET |
| Par | FLUPHENAZ TB 1 mg | 49884-0061-01 | TABLET |
| Par | FLUPHENAZ TB 1 mg | 49884-0061-05 | TABLET |
| Par | FLUPHENAZ TB 2.5 mg | 49884-0062-05 | TABLET |
| Par | FLUPHENAZ TB 2.5 mg | 49884-0062-01 | TABLET |
| Par | FLUPHENAZ TB 5 mg | 49884-0076-05 | TABLET |
| Par | FLUPHENAZ TB 5 mg | 49884-0076-01 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 65

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Par | FLUPHENAZ TB 10 mg | 49884-0064-01 | TABLET |
| Par | FLUPHENAZ TB 10 mg | 49884-0064-05 | TABLET |
| Par | FLURAZEP CP 30 MG | 49884-0194-01 | CAPSULE |
| Par | GUANFAC TAB 1 MG | 49884-0572-01 | TABLET |
| Par | GUANFAC TAB 2 MG | 49884-0573-01 | TABLET |
| Par | HYDRAL TAB 10MG | 49884-0029-01 | TABLET |
| Par | HYDRAL TAB 10MG | 49884-0029-10 | TABLET |
| Par | HYDRAL TAB 25MG | 49884-0027-10 | TABLET |
| Par | HYDRAL TAB 25MG | 49884-0027-01 | TABLET |
| Par | HYDRA-ZIDE CAP 25-25 mg | 49884-0143-01 | CAPSULE |
| Par | HYDRA-ZIDE CAP 25-25 mg | 49884-0143-05 | CAPSULE |
| Par | HYDRA-ZIDE CAP 50-50 mg | 49884-0144-01 | CAPSULE |
| Par | HYDRA-ZIDE CAP 100-50 mg | 49884-0145-01 | CAPSULE |
| Par | IBUPROF TAB 400 MG | 49884-0777-01 | TABLET |
| Par | IBUPROF TAB 400 MG | 49884-0777-05 | TABLET |
| Par | IBUPROF TAB 400 MG | 49884-0467-05 | TABLET |
| Par | IBUPROF TAB 400 MG | 49884-0467-01 | TABLET |
| Par | IBUPROF TAB 600 MG | 49884-0468-05 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 66

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Par | IBUPROF TAB 600 MG | 49884-0778-05 | TABLET |
| Par | IBUPROF TAB 600 MG | 49884-0778-01 | TABLET |
| Par | IBUPROF TAB 600 MG | 49884-0468-01 | TABLET |
| Par | IBUPROF TAB 800 MG | 49884-0779-01 | TABLET |
| Par | IBUPROF TAB 800 MG | 49884-0469-01 | TABLET |
| Par | IBUPROF TAB 800 MG | 49884-0469-05 | TABLET |
| Par | IBUPROF TAB 800 MG | 49884-0779-05 | TABLET |
| Par | IMIPRAM TAB 10MG | 49884-0054-01 | TABLET |
| Par | IMIPRAM TAB 10MG | 49884-0054-10 | TABLET |
| Par | IMIPRAM TAB 25MG | 49884-0055-01 | TABLET |
| Par | IMIPRAM TAB 25MG | 49884-0055-10 | TABLET |
| Par | IMIPRAM TAB 50MG | 49884-0056-01 | TABLET |
| Par | IMIPRAM TAB 50MG | 49884-0056-10 | TABLET |
| Par | INDAPAMIDE TB 1.25 MG | 49884-0589-01 | TABLET |
| Par | INDAPAMIDE TB 1.25 mg | 49884-0589-10 | TABLET |
| Par | INDAPAMIDE TB 2.5 mg | 49884-0590-01 | TABLET |
| Par | INDAPAMIDE TB 2.5 mg | 49884-0590-10 | TABLET |
| Par | ISOSOR DIN TAB 10 mg | 49884-0021-01 | TABLET |
| Par | ISOSOR DIN TAB 20 mg | 49884-0022-01 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 67

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Par | ISOSOR DIN TB 10 mg | 49884-0021-10 | TABLET |
| Par | ISOSOR DIN TB 20 mg | 49884-0022-10 | TABLET |
| Par | ISOSOR OR TB 30 mg | 49884-0009-10 | TABLET |
| Par | ISOSOR OR TB 30 mg | 49884-0009-01 | TABLET |
| Par | ISOSOR OR TB 5 MG | 49884-0020-10 | TABLET |
| Par | MECLIZ TAB   25 mg | 49884-0035-10 | TABLET |
| Par | MECLIZ TAB   25 mg | 49884-0035-01 | TABLET |
| Par | MECLIZ TAB 12.5 mg | 49884-0034-10 | TABLET |
| Par | MECLIZ TAB 12.5 mg | 49884-0034-01 | TABLET |
| Par | MEGESTR TAB 20 MG | 49884-0289-01 | TABLET |
| Par | MEGESTR TAB 40 MG | 49884-0290-05 | TABLET |
| Par | MEGESTR TAB 40 MG | 49884-0290-01 | TABLET |
| Par | MEGESTR TAB 40 MG | 49884-0290-04 | TABLET |
| Par | METHIMAZOLE TAB 10 MG | 49884-0641-01 | TABLET |
| Par | METHIMAZOLE TAB 5 mg | 49884-0640-01 | TABLET |
| Par | METHYLPRED TAB 4 mg | 49884-0490-59 | TAB DS PK |
| Par | METHYLPRED TAB 4 mg | 49884-0490-01 | TABLET |
| Par | MINOCYCLIN CAP 100 mg | 49884-0644-03 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 68

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Par | MINOXIDIL TAB 10 mg | 49884-0257-05 | TABLET |
| Par | MINOXIDIL TAB 10 mg | 49884-0257-01 | TABLET |
| Par | MINOXIDIL TAB 2.5 mg | 49884-0256-01 | TABLET |
| Par | NICARDIP CAP 20 mg | 49884-0498-01 | CAPSULE |
| Par | NICARDIP CAP 20 mg | 49884-0498-05 | CAPSULE |
| Par | NICARDIP CAP 30 mg | 49884-0499-05 | CAPSULE |
| Par | NICARDIP CAP 30 mg | 49884-0499-01 | CAPSULE |
| Par | ORPHENGESIC FOR 50-770-60 | 49884-0473-01 | TABLET |
| Par | ORPHENGESIC FOR 50-770-60 | 49884-0473-05 | TABLET |
| Par | ORPHENGESIC TAB 25-385-30 | 49884-0472-01 | TABLET |
| Par | ORPHENGESIC TAB 25-385-30 | 49884-0472-05 | TABLET |
| Par | PENICIL-V POT T 250 mg | 49884-0578-01 | TABLET |
| Par | PENICIL-V POT T 500 mg | 49884-0579-01 | TABLET |
| Par | PROCHLORP TAB 10 mg | 49884-0550-01 | TABLET |
| Par | PROCHLORP TAB 5 mg | 49884-0549-01 | TABLET |
| Par | RANITID GEL CAP 150 mg | 49884-0647-02 | CAPSULE |
| Par | RANITID GEL CAP 300 mg | 49884-0648-11 | CAPSULE |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 69

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Par | RANITID TAB 150 mg | 49884-0544-05 | TABLET |
| Par | RANITID TAB 150 mg | 49884-0544-02 | TABLET |
| Par | RANITID TAB 150 mg | 49884-0544-01 | TABLET |
| Par | RANITID TAB 150 mg | 49884-0544-10 | TABLET |
| Par | RANITID TAB 300 mg | 49884-0545-11 | TABLET |
| Par | RANITID TAB 300 mg | 49884-0545-04 | TABLET |
| Par | RANITID TAB 300 mg | 49884-0545-01 | TABLET |
| Par | SELEGILINE TAB 5 mg | 49884-0610-02 | TABLET |
| Par | SSD AF CRM 1% Jar | 49884-0601-40 | CREAM(GM) |
| Par | SSD AF CRM 1% Jar | 49884-0601-36 | CREAM(GM) |
| Par | SSD CRM 1% JAR | 49884-0600-36 | CREAM(GM) |
| Par | SSD CRM 1% JAR | 49884-0600-40 | CREAM(GM) |
| Par | SSD CRM 1% TUBE | 49884-0600-85 | CREAM(GM) |
| Par | SSD CRM 1% TUBE | 49884-0600-58 | CREAM(GM) |
| Par | SSD CRM 1% TUBE | 49884-0600-57 | CREAM(GM) |
| Par | TEMAZEP CAP 15 MG | 49884-0240-05 | CAPSULE |
| Par | TEMAZEP CAP 15 MG | 49884-0240-01 | CAPSULE |
| Par | TEMAZEP CAP 30 MG | 49884-0241-01 | CAPSULE |
| Par | TEMAZEP CAP 30 MG | 49884-0241-05 | CAPSULE |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 70

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Par | TICLOPIDIN TB 250 MG | 49884-0599-05 | TABLET |
| Par | TICLOPIDIN TB 250 MG | 49884-0599-02 | TABLET |
| Par | TICLOPIDIN TB 250 MG | 49884-0599-11 | TABLET |
| Par | TRIAZOL TAB 0.25 mg | 49884-0454-05 | TABLET |
| Par | TRIAZOL TAB 0.25 mg | 49884-0454-12 | TABLET |
| Par | TRIAZOL TAB 0.125 MG | 49884-0453-05 | TABLET |
| Par | TRIAZOL TAB 0.125 MG | 49884-0453-12 | TABLET |
|  |  |  |  |
| Purepac | ACETAM+COD TB # 60-300 mg | 00228-3021-50 | TABLET |
| Purepac | ACETAM+COD TB # 30-300 mg | 00228-3020-10 | TABLET |
| Purepac | ACETAM+COD TB # 30-300 mg | 00228-3020-96 | TABLET |
| Purepac | ACETAM+COD TB # 60-300 mg | 00228-3021-10 | TABLET |
| Purepac | ACYCLOVIR CAP 200 mg | 00228-2605-11 | CAPSULE |
| Purepac | ACYCLOVIR TAB 400 mg | 00228-2606-11 | TABLET |
| Purepac | ALPRAZOL TAB 0.5 mg | 00228-2029-96 | TABLET |
| Purepac | ALPRAZOL TAB 0.5 mg | 00228-2029-50 | TABLET |
| Purepac | ALPRAZOL TAB 0.5 mg | 00228-2029-10 | TABLET |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 71

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Purepac | ALPRAZOL TAB 0.25 mg | 00228-2027-50 | TABLET |
| Purepac | ALPRAZOL TAB 0.25 mg | 00228-2027-96 | TABLET |
| Purepac | ALPRAZOL TAB 1 MG | 00228-2031-10 | TABLET |
| Purepac | ALPRAZOL TAB 1 MG | 00228-2031-50 | TABLET |
| Purepac | ALPRAZOL TAB 1 MG | 00228-2031-96 | TABLET |
| Purepac | ALPRAZOL TAB 2 MG | 00228-2039-50 | TABLET |
| Purepac | ALPRAZOL TAB 2 MG | 00228-2039-10 | TABLET |
| Purepac | BISOPROL TAB - 6.25-10 mg | 00228-2652-03 | TABLET |
| Purepac | BISOPROL TAB 6.25-2.5 mg | 00228-2650-10 | TABLET |
| Purepac | BISOPROL TAB 6.25-5 mg | 00228-2651-10 | TABLET |
| Purepac | BUTAL+ASP+CAF T 325-40-50 | 00228-2023-10 | TABLET |
| Purepac | BUTAL+ASP+CAF T 325-40-50 | 00228-2023-96 | TABLET |
| Purepac | CARBAMAZ TAB 200 mg | 00228-2143-96 | TABLET |
| Purepac | CARBAMAZ TAB 200 mg | 00228-2143-50 | TABLET |
| Purepac | CARBAMAZ TAB 200 mg | 00228-2143-10 | TABLET |
| Purepac | CARBID+LEV TB 10-100 mg | 00228-2538-10 | TABLET |
| Purepac | CARBID+LEV TB 10-100 mg | 00228-2538-50 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 72

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Purepac | CARBID+LEV TB 25 - 250 mg | 00228-2540-96 | TABLET |
| Purepac | CARBID+LEV TB 25-250 mg | 00228-2540-10 | TABLET |
| Purepac | CARBID+LEV TB 25 - 100 mg | 00228-2539-96 | TABLET |
| Purepac | CARBID+LEV TB 25-100 mg | 00228-2539-50 | TABLET |
| Purepac | CARBID+LEV TB 25 - 100 mg | 00228-2539-10 | TABLET |
| Purepac | CARBID+LEV TB 25 -250 mg | 00228-2540-50 | TABLET |
| Purepac | CLONAZEPAM TAB 2 mg | 00228-3005-11 | TABLET |
| Purepac | CLONAZEPAM TAB 0.5 mg | 00228-3003-11 | TABLET |
| Purepac | CLONAZEPAM TAB 0.5 mg | 00228-3003-50 | TABLET |
| Purepac | CLONAZEPAM TAB 1 mg | 00228-3004-11 | TABLET |
| Purepac | CLONAZEPAM TAB 1 mg | 00228-3004-50 | TABLET |
| Purepac | CLONAZEPAN TAB 2 mg | 00228-3005-50 | TABLET |
| Purepac | CLONIDINE TAB 0.1 mg | 00228-2127-10 | TABLET |
| Purepac | CLONIDINE TAB 0.2 mg | 00228-2128-50 | TABLET |
| Purepac | CLONIDINE TAB 0.2 mg | 00228-2128-10 | TABLET |
| Purepac | CLONIDINE TAB 0.3 mg | 00228-2129-10 | TABLET |
| Purepac | CLONIDINE TAB 0.1 mg | 00228-2127-50 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 73

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Purepac | DIAZEPAM TAB 2 mg | 00228-2051-50 | TABLET |
| Purepac | DIAZEPAM TAB 2 mg | 00228-2051-10 | TABLET |
| Purepac | DIAZEPAM TAB 5 mg | 00228-2052-10 | TABLET |
| Purepac | DIAZEPAM TAB 5 mg | 00228-2052-50 | TABLET |
| Purepac | DIAZEPAM TAB 10 mg | 00228-2053-10 | TABLET |
| Purepac | DIAZEPAM TAB 10 mg | 00228-2053-50 | TABLET |
| Purepac | DICLOFEN DR TAB 50 mg | 00228-2743-96 | TABLET DR |
| Purepac | DICLOFEN SOD TB 50 mg | 00228-2743-06 | TABLET DR |
| Purepac | DICLOFEN TAB 50 mg | 00228-2550-11 | TABLET EC |
| Purepac | DICLOFEN TAB 50 mg | 00228-2743-11 | TABLET DR |
| Purepac | DICLOFEN TAB 75 mg | 00228-2744-06 | TABLET DR |
| Purepac | DICLOFEN TAB 75 mg | 00228-2744-11 | TABLET DR |
| Purepac | DICLOFEN TAB 75 mg | 00228-2744-96 | TABLET DR |
| Purepac | DICLOFEN TAB 75 mg | 00228-2551-06 | TABLET EC |
| Purepac | DICLOFEN TAB 75 mg | 00228-2551-11 | TABLET EC |
| Purepac | DILTIAZEM CD CA 120 mg | 00228-2588-03 | CAP.SR 24H |
| Purepac | DILTIAZEM CD CA 300 mg | 00228-2579-03 | CAP.SR 24H |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 74

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Purepac | DILTIAZEM CD CA 240 mg | 00228-2578-03 | CAP.SR 24H |
| Purepac | DILTIAZEM CD CA 180 mg | 00228-2577-03 | CAP.SR 24H |
| Purepac | DOXAZOSIN TAB 1 MG | 00228-2642-11 | TABLET |
| Purepac | DOXAZOSIN TAB 2 MG | 00228-2643-11 | TABLET |
| Purepac | DOXAZOSIN TAB 4 MG | 00228-2644-11 | TABLET |
| Purepac | DOXAZOSIN TAB 8 MG | 00228-2645-11 | TABLET |
| Purepac | ETODOLAC TAB 400 MG | 00228-2599-11 | TABLET |
| Purepac | ETODOLAC TAB 500 MG | 00228-2632-11 | TABLET |
| Purepac | FENOPROF TAB 600 MG | 00228-2317-50 | TABLET |
| Purepac | FENOPROF TAB 600 mg | 00228-2317-10 | TABLET |
| Purepac | INDAPAMIDE TAB 2.5 mg | 00228-2571-11 | TABLET |
| Purepac | INDAPAMIDE TAB 2.5 mg | 00228-2571-96 | TABLET |
| Purepac | INDAPAMIDE TAB 1.25 mg | 00228-2597-96 | TABLET |
| Purepac | INDAPAMIDE TAB 1.25 mg | 00228-2597-11 | TABLET |
| Purepac | ISOSOR MON ER T 30 mg | 00228-2713-11 | TAB.SR 24H |
| Purepac | ISOSOR MONO ER 60 mg | 00228-2711-11 | TAB.SR 24H |
| Purepac | ISOSOR MONO ER 60 mg | 00228-2711-50 | TAB.SR 24H |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 75

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Purepac | ISOSOR MONO TAB 20 mg | 00228-2620-11 | TABLET |
| Purepac | ISOSOR MONO TAB 10 mg | 00228-2631-11 | TABLET |
| Purepac | LORAZEP TAB 0.5 mg | 00228-2057-10 | TABLET |
| Purepac | LORAZEP TAB 0.5 mg | 00228-2057-50 | TABLET |
| Purepac | LORAZEP TAB 1MG | 00228-2059-10 | TABLET |
| Purepac | LORAZEP TAB 1MG | 00228-2059-50 | TABLET |
| Purepac | LORAZEP TAB 2MG | 00228-2063-50 | TABLET |
| Purepac | LORAZEP TAB 2MG | 00228-2063-10 | TABLET |
| Purepac | METOCLOPR TAB 10 mg | 00228-2269-10 | TABLET |
| Purepac | METOCLOPR TAB 10 mg | 00228-2269-50 | TABLET |
| Purepac | NAPROXEN DR TAB 375 mg | 00228-2745-11 | TABLET DR |
| Purepac | NAPROXEN DR TAB 500 mg | 00228-2746-10 | TABLET DR |
| Purepac | NAPROXEN DR TAB 500 mg | 00228-2618-11 | TABLET EC |
| Purepac | NIFEDIP CAP 10MG | 00228-2497-10 | CAPSULE |
| Purepac | NIFEDIP CAP 10MG | 00228-2497-30 | CAPSULE |
| Purepac | NIFEDIP CAP 20MG | 00228-2530-10 | CAPSULE |
| Purepac | NIFEDIP CAP 20MG | 00228-2530-30 | CAPSULE |
| Purepac | OXAZEPAM CAP 10 MG | 00228-2067-50 | CAPSULE |
| Purepac | OXAZEPAM CAP 10 MG | 00228-2067-10 | CAPSULE |
| Purepac | OXAZEPAM CAP 15 MG | 00228-2069-50 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 76

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Purepac | OXAZEPAM CAP 15 MG | 00228-2069-10 | CAPSULE |
| Purepac | OXAZEPAM CAP 30 MG | 00228-2073-10 | CAPSULE |
| Purepac | PENTOXIFYL TAB 400 MG | 00228-2747-11 | TABLET SA |
| Purepac | PENTOXIFYL TAB 400 MG | 00228-2611-11 | TABLET SA |
| Purepac | PENTOXIFYL TAB 400 MG | 00228-2611-50 | TABLET SA |
| Purepac | PENTOXIFYL TAB 400 mg | 00228-2611-96 | TABLET SA |
| Purepac | PENTOXIFYL TAB 400 mg | 00228-2747-50 | TABLET SA |
| Purepac | PHENOB TAB 15MG | 00228-2026-96 | TABLET |
| Purepac | PROPRAN+HCTZ TAB 25-40 mg | 00228-2358-10 | TABLET |
| Purepac | PROPRAN+HCTZ TAB 25-80 MG | 00228-2360-10 | TABLET |
| Purepac | PROPRAN+HCTZ TAB 40-25 mg | 00228-2358-50 | TABLET |
| Purepac | PROPYLTHIOU TAB 50 mg | 00228-2348-10 | TABLET |
| Purepac | TEMAZEP CAP 15 MG | 00228-2076-50 | CAPSULE |
| Purepac | TEMAZEP CAP 15 MG | 00228-2076-10 | CAPSULE |
| Purepac | TEMAZEP CAP 30 MG | 00228-2077-10 | CAPSULE |
| Purepac | TEMAZEP CAP 30 MG | 00228-2077-50 | CAPSULE |
| Purepac | TICLOPIDIN TB 250 mg | 00228-2613-11 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 77

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Purepac | TICLOPIDIN TB 250 mg | 00228-2613-06 | TABLET |
| Purepac | TICLOPIDIN TB 250 mg | 00228-2613-03 | TABLET |
| Purepac | TOLMETIN CAP 400 mg | 00228-2520-10 | CAPSULE |
| Purepac | TOLMETIN CAP 400 mg | 00228-2520-50 | CAPSULE |
| Purepac | TOLMETIN TAB 600 mg | 00228-2480-10 | TABLET |
| Purepac | TRAZOD TAB 100 MG | 00228-2441-10 | TABLET |
| Purepac | VERAPAM TAB 80 mg | 00228-2473-10 | TABLET |
| Purepac | VERAPAM TAB 80 mg | 00228-2473-50 | TABLET |
| Purepac | VERAPAM TAB 80 mg | 00228-2473-96 | TABLET |
| Purepac | VERAPAM TAB 120 mg | 00228-2475-10 | TABLET |
| Purepac | VERAPAM TAB 120 mg | 00228-2475-50 | TABLET |
| | | | |
| Qualitest | A/B OTIC SOL 5.4-1.4 % | 00603-7020-73 | DROPS |
| Qualitest | ACETIC ACID HC 2-1% | 00603-7036-39 | DROPS |
| Qualitest | ACETIC ACID OTI 2% | 00603-7035-41 | SOLUTION |
| Qualitest | ALBUTEROL SYRP 2 mg/5 ml | 00603-1007-58 | SYRUP |
| Qualitest | ALBUTEROL TAB 2 mg | 00603-2093-21 | TABLET |
| Qualitest | ALBUTEROL TAB 4 mg | 00603-2094-21 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 78

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | ALLOPUR TAB 100 mg | 00603-2117-21 | TABLET |
| Qualitest | ALLOPUR TAB 300 mg | 00603-2118-28 | TABLET |
| Qualitest | ALLOPUR TAB 300 mg | 00603-2118-21 | TABLET |
| Qualitest | AMANTAD CAP 100 mg | 00603-2163-21 | CAPSULE |
| Qualitest | AMANTAD SYRP 50 mg/5 ml | 00603-1010-58 | SYRUP |
| Qualitest | AMITRIP TAB 100 mg | 00603-2216-21 | TABLET |
| Qualitest | AMITRIP TAB 10MG | 00603-2212-32 | TABLET |
| Qualitest | AMITRIP TAB 10MG | 00603-2212-21 | TABLET |
| Qualitest | AMITRIP TAB 150 MG | 00603-2217-21 | TABLET |
| Qualitest | AMITRIP TAB 25MG | 00603-2213-21 | TABLET |
| Qualitest | AMITRIP TAB 25MG | 00603-2213-32 | TABLET |
| Qualitest | AMITRIP TAB 50MG | 00603-2214-21 | TABLET |
| Qualitest | AMITRIP TAB 50MG | 00603-2214-32 | TABLET |
| Qualitest | AMITRIP TAB 75MG | 00603-2215-21 | TABLET |
| Qualitest | AMOXICIL CAP 250 MG | 00603-2266-28 | CAPSULE |
| Qualitest | ANTACID M CHR/C 200-200-20 | 00603-0710-57 | ORAL SUSP |
| Qualitest | ANTIBIOT OTIC S | 00603-7053-39 | DROPS SUSP |
| Qualitest | APAP+COD TAB 30-300 MG | 00603-2338-32 | TABLET |
| Qualitest | APAP+COD TAB 60-300 MG | 00603-2339-28 | TABLET |
| Qualitest | ASPIR+COD TAB # 60-325 MG | 00603-2362-21 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 79

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | ASPIR+COD TAB # 30-325 MG | 00603-2361-21 | TABLET |
| Qualitest | ATENOL TAB  50MG | 00603-2371-21 | TABLET |
| Qualitest | ATENOL TAB 100 MG | 00603-2372-21 | TABLET |
| Qualitest | ATENOL+CHL TAB 50-25 MG | 00603-2374-21 | TABLET |
| Qualitest | ATENOL+CHL TAB 100-25 MG | 00603-2375-21 | TABLET |
| Qualitest | BACLOFEN TAB 10 MG | 00603-2408-21 | TABLET |
| Qualitest | BACLOFEN TAB 10 MG | 00603-2408-28 | TABLET |
| Qualitest | BACLOFEN TAB 20 MG | 00603-2409-21 | TABLET |
| Qualitest | BACLOFEN TAB 20 MG | 00603-2409-28 | TABLET |
| Qualitest | BELLAD ALK+PB E 16.2 MG/5 ml | 00603-1030-58 | ELIXIR |
| Qualitest | BELLAD ALK+PB T 16.2 MG | 00603-2418-32 | TABLET |
| Qualitest | BELLAD ALK+PB T 16.2 MG | 00603-2418-21 | TABLET |
| Qualitest | BELLASPAS TAB 0.6-0.2-40 | 00603-2424-21 | TABLET |
| Qualitest | BENZONATATE S/G 100 MG | 00603-2426-28 | CAPSULE |
| Qualitest | BENZONATATE S/G 100 MG | 00603-2426-21 | CAPSULE |
| Qualitest | BENZTROP TAB 1 MG | 00603-2431-21 | TABLET |
| Qualitest | BENZTROP TAB 1 MG | 00603-2431-32 | TABLET |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 80

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | BENZTROP TAB 2 MG | 00603-2432-32 | TABLET |
| Qualitest | BENZTROP TB 0.5 MG | 00603-2430-21 | TABLET |
| Qualitest | BETAMET DIP CRM 0.05% | 00603-7728-74 | CREAM(GM) |
| Qualitest | BETAMET DIP CRM 0.05% | 00603-7728-83 | CREAM(GM) |
| Qualitest | BETAMET VAL CRM 0.1% | 00603-7718-83 | CREAM(GM) |
| Qualitest | BROMOPHED-DX SY 10-30-2/5 | 00603-1044-58 | SYRUP |
| Qualitest | BUT+AP+CAF TB 325-40-50 | 00603-2547-28 | TABLET |
| Qualitest | BUT+AP+CAF TB 325-40-50 | 00603-2547-21 | TABLET |
| Qualitest | BUT+AP+CAF TB 500-40-50 | 00603-2551-21 | TABLET |
| Qualitest | BUTAL COMP TAB 325-40-50 | 00603-2548-21 | TABLET |
| Qualitest | BUTAL COMP TAB 325-40-50 | 00603-2548-32 | TABLET |
| Qualitest | BUTAL+ACET TAB 325-50 MG | 00603-2540-21 | TABLET |
| Qualitest | BUTAL+APAP+CAF 325-40-50 | 00603-2546-21 | CAPSULE |
| Qualitest | CARBAMAZ TAB 200 mg | 00603-2563-21 | TABLET |
| Qualitest | CARDEC DROP 15-1 MG/ml | 00603-1062-45 | DROPS |
| Qualitest | CARISOP+AS+COD 16-200-325 | 00603-2584-21 | TABLET |
| Qualitest | CARISOPROD COMP 200-325 mg | 00603-2583-21 | TABLET |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 81

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | CARISOPROD TAB 350 mg | 00603-2582-21 | TABLET |
| Qualitest | CARISOPROD TAB 350 mg | 00603-2582-28 | TABLET |
| Qualitest | CARISOPROD TAB 350 mg | 00603-2582-32 | TABLET |
| Qualitest | CEFACLOR CAP 250 mg | 00603-2586-21 | CAPSULE |
| Qualitest | CEPHALEX CAP 500 mg | 00603-2596-21 | CAPSULE |
| Qualitest | CEPHALEX O/S 250 mg/5 ml | 00603-6542-64 | SUSP RECON |
| Qualitest | CEPHALEX O/S 250 mg/5 ml | 00603-6542-68 | SUSP RECON |
| Qualitest | CHERATUSSIN AC 100-10 mg/5 ml | 00603-1075-56 | SYRUP |
| Qualitest | CHERATUSSIN AC 100-10 mg/5 ml | 00603-1075-58 | SYRUP |
| Qualitest | CHLORAL HY SYRP 500 mg/5 ml | 00603-1088-58 | SYRUP |
| Qualitest | CHLORDIAZ+CLIN 2.5-5 mg | 00603-2714-21 | CAPSULE |
| Qualitest | CHLORDIAZ+CLIN 2.5-5 mg | 00603-2714-32 | CAPSULE |
| Qualitest | CHLOROTHIA TAB 500 mg | 00603-2738-21 | TABLET |
| Qualitest | CHLORPROM TAB 10 mg | 00603-2808-21 | TABLET |
| Qualitest | CHLORPROM TAB 100 mg | 00603-2811-21 | TABLET |
| Qualitest | CHLORPROM TAB 25 mg | 00603-2809-21 | TABLET |
| Qualitest | CHLORPROM TAB 200 mg | 00603-2812-21 | TABLET |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 82

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | CHLORPROM TAB 50 mg | 00603-2810-21 | TABLET |
| Qualitest | CHLORPROP TAB 250 mg | 00603-2836-21 | TABLET |
| Qualitest | CHLORTH TAB 25 mg | 00603-2860-21 | TABLET |
| Qualitest | CHLORTH TAB 50 mg | 00603-2861-21 | TABLET |
| Qualitest | CHLORTH TAB 100 mg | 00603-2862-21 | TABLET |
| Qualitest | CIMETID TAB 400 mg | 00603-2892-21 | TABLET |
| Qualitest | CLEMASTINE SYRP 0.67 mg/5 ml | 00603-1096-54 | SYRUP |
| Qualitest | CLIOQUINOL+HC C 3-1% | 00603-7801-76 | CREAM(GM) |
| Qualitest | CODAFED EXP 200-60-20 | 00603-1107-58 | SYRUP |
| Qualitest | CODAFED PED EXP 100-30-10 | 00603-1106-58 | SYRUP |
| Qualitest | CODITUSS DH SYR 5-1.66 mg/5 ml | 00603-1111-60 | SYRUP |
| Qualitest | CODITUSS DH SYR 5-1.66 mg/5 ml | 00603-1111-54 | SYRUP |
| Qualitest | CODITUSS DH SYR 5-1.66 mg/5 ml | 00603-1111-58 | SYRUP |
| Qualitest | CODITUSS DM SYR 10-5-8.33 | 00603-0728-54 | SYRUP |
| Qualitest | CODITUSS DM SYR 10-5-8.33 | 00603-0728-58 | SYRUP |
| Qualitest | COLCHICIN TAB 0.6 mg | 00603-3052-21 | TABLET |
| Qualitest | COLCHICIN TAB 0.6 mg | 00603-3052-32 | TABLET |