**ANDERSON EXHIBIT 6V**

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 83

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | CORTISONE TAB 25 mg | 00603-3062-21 | TABLET |
| Qualitest | CYCLOBENZ TAB 10 mg | 00603-3077-21 | TABLET |
| Qualitest | DECONGEST II TB 600-60 mg | 00603-3116-21 | TAB.SR 12H |
| Qualitest | DECONGESTANT TAB | 00603-3120-21 | TABLET SA |
| Qualitest | DESIPRAM TAB 25 mg | 00603-3166-21 | TABLET |
| Qualitest | DESIPRAM TAB 50 mg | 00603-3167-21 | TABLET |
| Qualitest | DESOXIMET CRM 0.25% | 00603-7733-74 | CREAM(GM) |
| Qualitest | DEXAMETH ELIX 0.5 mg/5 ml | 00603-1145-56 | ELIXIR |
| Qualitest | DEXAMETH TAB 0.5 mg | 00603-3190-21 | TABLET |
| Qualitest | DEXAMETH TAB 0.75 mg | 00603-3191-11 | TAB DS PK |
| Qualitest | DEXAMETH TAB 1.5 mg | 00603-3192-21 | TABLET |
| Qualitest | DEXCHLORPH TAB 4 mg | 00603-3198-21 | TABLET SA |
| Qualitest | DEXCHLORPH TAB 6 mg | 00603-3199-21 | TABLET SA |
| Qualitest | DICYCLOM CAP 10 mg | 00603-3265-32 | CAPSULE |
| Qualitest | DICYCLOM CAP 10 mg | 00603-3265-21 | CAPSULE |
| Qualitest | DICYCLOM TAB 20 mg | 00603-3266-21 | TABLET |
| Qualitest | DIPHENHYD CP 50 mg | 00603-3338-32 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 84

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | DIPYRIDAM TB 25 mg | 00603-3383-21 | TABLET |
| Qualitest | DOXEPIN CAP 25 mg | 00603-3456-21 | CAPSULE |
| Qualitest | DOXEPIN CAP 50 mg | 00603-3457-21 | CAPSULE |
| Qualitest | DOXEPIN CAP 100 mg | 00603-3459-21 | CAPSULE |
| Qualitest | DOXYCYC CAP 100 mg | 00603-3481-19 | CAPSULE |
| Qualitest | DOXYCYC CAP 100 mg | 00603-3481-28 | CAPSULE |
| Qualitest | DOXYCYC CAP 50 MG | 00603-3480-19 | CAPSULE |
| Qualitest | DOXYCYC TAB 100 mg | 00603-3482-28 | TABLET |
| Qualitest | DOXYCYC TAB 100 mg | 00603-3482-19 | TABLET |
| Qualitest | DRITUSS G TB 1200 mg | 00603-3503-21 | TAB.SR 12H |
| Qualitest | DRITUSS GP TB 1200-120 mg | 00603-3506-21 | TAB.SR 12H |
| Qualitest | DRITUSS HD ELIX 100-30-2.5 | 00603-1182-58 | ELIXIR |
| Qualitest | DYPHYLLINE GG E 100-100/15 | 00603-1190-58 | ELIXIR |
| Qualitest | ERYTHR GEL 2% | 00603-7735-88 | GEL |
| Qualitest | ERYTHR GEL 2% | 00603-7735-78 | GEL |
| Qualitest | ERYTHR SOL 2% | 00603-7737-52 | SOLUTION |
| Qualitest | ESTROPIP TAB 0.75 mg | 00603-3559-21 | TABLET |
| Qualitest | ESTROPIP TAB 1.5 mg | 00603-3560-21 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 85

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | FLUOCINOL CRM 0.01% | 00603-7747-88 | CREAM(GM) |
| Qualitest | FLUOCINOL CRM 0.01% | 00603-7747-74 | CREAM(GM) |
| Qualitest | FLUOCINOL CRM 0.025% | 00603-7748-88 | CREAM(GM) |
| Qualitest | FLUOCINOL CRM 0.025% | 00603-7748-74 | CREAM(GM) |
| Qualitest | FLUOCINOL SOL 0.01% | 00603-1231-43 | SOLUTION |
| Qualitest | FLUOCINOL SOL 0.01% | 00603-1231-49 | SOLUTION |
| Qualitest | FLUOCINON CRM 0.05% | 00603-7759-78 | CREAM(GM) |
| Qualitest | FLUOCINON CRM 0.05% | 00603-7759-74 | CREAM(GM) |
| Qualitest | FLUOCINON SOL 0.05% | 00603-1230-49 | SOLUTION |
| Qualitest | FLUORIDE DROP 0.5 mg/ml | 00603-1244-47 | DROPS |
| Qualitest | FUROSEM O/S 10 MG/ml | 00603-1250-52 | SOLUTION |
| Qualitest | FUROSEM TAB 20 MG | 00603-3736-32 | TABLET |
| Qualitest | FUROSEM TAB 40 MG | 00603-3737-32 | TABLET |
| Qualitest | GENTAFAIR OPH 0.3% | 00603-7158-37 | DROPS |
| Qualitest | GENTAMIC CRM 0.1% | 00603-7769-74 | CREAM(GM) |
| Qualitest | GENTAMIC OINT 0.1% | 00603-7770-74 | OINT.(GM) |
| Qualitest | GLIPIZIDE TAB 5 mg | 00603-3755-21 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 86

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | GLIPIZIDE TAB 10 mg | 00603-3756-21 | TABLET |
| Qualitest | GUAIFEN ER TB 1200 mg | 00603-3773-21 | TAB.SR 12H |
| Qualitest | GUAIFEN PSE TAB 600-120 mg | 00603-5668-21 | TAB.SR 12H |
| Qualitest | GUAIFEN PSE TAB 600-120 mg | 00603-5668-28 | TAB.SR 12H |
| Qualitest | GUAIFEN+COD TB 300-10 mg | 00603-3781-21 | TABLET |
| Qualitest | GUAIFEN-C LIQ 150-5/10 ml | 00603-1276-58 | LIQUID |
| Qualitest | GUAIFEN-P CAP 250-120 mg | 00603-3776-21 | CAPSULE SA |
| Qualitest | GUAIFEN-P-PD CA 300-60 mg | 00603-3777-21 | CAPSULE SA |
| Qualitest | GUANFAC TAB 1MG | 00603-3774-21 | TABLET |
| Qualitest | GUANFAC TAB 2MG | 00603-3775-21 | TABLET |
| Qualitest | HALOP CONC 2MG/ML | 006031290-54 | ORAL CONC. |
| Qualitest | HC TUSSIVE SYRP 5-2.5-2 | 00603-1284-54 | SYRUP |
| Qualitest | HC TUSSIVE SYRP 5-2.5-2 | 00603-1284-58 | SYRUP |
| Qualitest | HC TUSSIVE-D SY 60-5mg/ml | 00603-1285-58 | SOLUTION |
| Qualitest | HEMORR+HC SUPP 25 mg | 00603-8127-18 | SUPP.RECT |
| Qualitest | HEMORR+HC SUPP 25 mg | 00603-8127-11 | SUPP.RECT |
| Qualitest | HYDRAL TAB 10MG | 00603-3830-32 | TABLET |
| Qualitest | HYDRAL TAB 25MG | 00603-3831-21 | TABLET |
| Qualitest | HYDRAL TAB 25MG | 00603-3831-32 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 87

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | HYDRAL TAB 50MG | 00603-3832-21 | TABLET |
| Qualitest | HYDRAL TAB 10MG | 00603-3830-21 | TABLET |
| Qualitest | HYDROCHL TAB 25 MG | 00603-3858-21 | TABLET |
| Qualitest | HYDROCOD B+ACET 2.5-167/5 | 00603-1295-58 | ELIXIR |
| Qualitest | HYDROCOD+AP TB 7.5-650 mg | 00603-3884-21 | TABLET |
| Qualitest | HYDROCOD+AP TB 7.5-500 mg | 00603-3882-21 | TABLET |
| Qualitest | HYDROCOD+AP TB 5-500 mg | 00603-3881-28 | TABLET |
| Qualitest | HYDROCOD+AP TB 7.5-500 mg | 00603-3882-28 | TABLET |
| Qualitest | HYDROCOD+AP TB 5-500 mg | 00603-3881-21 | TABLET |
| Qualitest | HYDROCOD+AP TB 7.5-750 mg | 00603-3883-21 | TABLET |
| Qualitest | HYDROCOD+AP TB 7.5-750 mg | 00603-3883-28 | TABLET |
| Qualitest | HYDROCOD+AP TB 10-650 mg | 00603-3885-21 | TABLET |
| Qualitest | HYDROCOD+AP TB 10-650 mg | 00603-3885-28 | TABLET |
| Qualitest | HYDROCOD+AP TB 10-325 mg | 00603-3887-21 | TABLET |
| Qualitest | HYDROCOD+AP TB 10-325 mg | 00603-3887-28 | TABLET |
| Qualitest | HYDROCOD+AP TB 7.5-500 mg | 00603-3882-32 | TABLET |
| Qualitest | HYDROCOD+AP TB 7.5-650 mg | 00603-3884-28 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 88

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | HYDROCOD+AP TB 2.5-500 mg | 00603-3880-21 | TABLET |
| Qualitest | HYDROCORT CRM 2.5% | 00603-7781-78 | CREAM(GM) |
| Qualitest | HYDROCORT LOT 2.5% | 00603-7785-52 | LOTION |
| Qualitest | HYDROMORPH TAB 4 mg | 00603-3926-21 | TABLET |
| Qualitest | HYDROMORPH TAB 2 mg | 00603-3925-21 | TABLET |
| Qualitest | HYDROQUIN CRM 4% | 00603-7788-78 | CREAM(GM) |
| Qualitest | HYDROQUIN CRM 3-5-4% | 00603-7789-78 | CREAM(GM) |
| Qualitest | HYDROXYZ SYRP 10 MG/5 ml | 00603-1310-58 | SYRUP |
| Qualitest | HYDROXYZ TAB 10 MG | 00603-3970-28 | TABLET |
| Qualitest | HYDROXYZ TAB 25 MG | 00603-3971-21 | TABLET |
| Qualitest | HYDROXYZ TAB 25 MG | 00603-3971-32 | TABLET |
| Qualitest | HYDROXYZ TAB 50 MG | 00603-3972-21 | TABLET |
| Qualitest | HYDROXYZ TAB 50 MG | 00603-3972-28 | TABLET |
| Qualitest | HYOSCYAM CAP 0.375 MG | 00603-4004-21 | CAP.SR 12H |
| Qualitest | HYOSCYAM ER TB 0.375 MG | 00603-4005-21 | TAB.SR 12H |
| Qualitest | HYOSCYAM LIQ 12 MCG/5 ml | 00603-1315-58 | ELIXIR |
| Qualitest | HYOSCYAM ORAL S 0.125 MG/ml | 00603-1314-73 | DROPS |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 89

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | HYOSCYAM SL TB 0.125 mg | 00603-4002-21 | TAB SUBL |
| Qualitest | HYOSCYAM TAB 0.125 mg | 00603-4003-21 | TABLET |
| Qualitest | IBUPROF TAB 400 mg | 00603-4018-21 | TABLET |
| Qualitest | IBUPROF TAB 400 mg | 00603-4018-28 | TABLET |
| Qualitest | IBUPROF TAB 600 mg | 00603-4019-28 | TABLET |
| Qualitest | IBUPROF TAB 600 mg | 00603-4019-21 | TABLET |
| Qualitest | IBUPROF TAB 800 mg | 00603-4020-28 | TABLET |
| Qualitest | IBUPROF TAB 800 mg | 00603-4020-21 | TABLET |
| Qualitest | IMIPRAM TAB 25MG | 00603-4044-21 | TABLET |
| Qualitest | INDOMET CAP 25 MG | 00603-4067-32 | CAPSULE |
| Qualitest | INDOMET CAP 25 MG | 00603-4067-21 | CAPSULE |
| Qualitest | INDOMET CAP 50 MG | 00603-4068-21 | CAPSULE |
| Qualitest | IOPHEN NR LIQ 100 mg/5 ml | 00603-1328-58 | LIQUID |
| Qualitest | IOPHEN-C NR LIQ 100-10 mg/5 ml | 00603-1329-58 | LIQUID |
| Qualitest | IOPHEN-DM-NR LI 100-10/5 ml | 00603-1330-58 | LIQUID |
| Qualitest | ISOSOR OR TB 10 mg | 00603-4117-21 | TABLET |
| Qualitest | ISOSOR OR TB 10 mg | 00603-4117-32 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 90

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | ISOSOR OR TB 20 mg | 00603-4118-21 | TABLET |
| Qualitest | ISOSOR OR TB 20 mg | 00603-4118-32 | TABLET |
| Qualitest | ISOSOR OR TB 5 MG | 00603-4116-21 | TABLET |
| Qualitest | ISOSOR OR TB 5 MG | 00603-4116-32 | TABLET |
| Qualitest | ISOSOR SUB TB 2.5 mg | 00603-4122-32 | TAB SUBL |
| Qualitest | ISOSOR SUB TB 2.5 mg | 00603-4122-21 | TAB SUBL |
| Qualitest | ISOSOR SUB TB 5 mg | 00603-4123-32 | TAB SUBL |
| Qualitest | ISOSOR SUB TB 5 mg | 00603-4123-21 | TAB SUBL |
| Qualitest | K+ POT PWD 20MEQ | 006034173-16 | PACKET |
| Qualitest | K-EFFERVES TN 25 MEQ | 00603-4170-16 | TABLET EFF |
| Qualitest | LACTULOSE SYR 10 G/15 ml | 00603-1378-56 | SYRUP |
| Qualitest | LACTULOSE SYR 10 G/15 ml | 00603-1378-59 | SYRUP |
| Qualitest | LEVOBUN SOL 0.5% | 00603-7168-41 | DROPS |
| Qualitest | LEVOBUN SOL 0.5% | 00603-7168-37 | DROPS |
| Qualitest | LEVOTHYROX TAB 200 MCG | 00603-4197-32 | TABLET |
| Qualitest | LEVOTHYROX TAB 50 MCG | 00603-4193-32 | TABLET |
| Qualitest | LEVOTHYROX TAB 125 MCG | 00603-4200-32 | TABLET |
| Qualitest | LEVOTHYROX TAB 125 MCG | 00603-4200-21 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 91

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | LEVOTHYROX TAB 300 MCG | 00603-4198-21 | TABLET |
| Qualitest | LEVOTHYROX TAB 200 MCG | 00603-4197-21 | TABLET |
| Qualitest | LEVOTHYROX TAB 150 MCG | 00603-4196-21 | TABLET |
| Qualitest | LEVOTHYROX TAB 50 MCG | 00603-4193-21 | TABLET |
| Qualitest | LEVOTHYROX TAB 100 MCG | 00603-4195-32 | TABLET |
| Qualitest | LEVOTHYROX TAB 100 MCG | 00603-4195-21 | TABLET |
| Qualitest | LEVOTHYROX TAB 75 MCG | 00603-4194-32 | TABLET |
| Qualitest | LEVOTHYROX TAB 75 MCG | 00603-4194-21 | TABLET |
| Qualitest | LEVOTHYROX TAB 150 MCG | 00603-4196-32 | TABLET |
| Qualitest | LEVOTHYROX TAB 25 MCG | 00603-4192-32 | TABLET |
| Qualitest | LEVOTHYROX TAB 300 MCG | 00603-4198-32 | TABLET |
| Qualitest | LEVOTHYROX TAB 25 MCG | 00603-4192-21 | TABLET |
| Qualitest | LIDOCA VISC 2% 20 MG/ml | 00603-1392-64 | SOLUTION |
| Qualitest | LOPERAM CAP 2 MG | 00603-4235-21 | CAPSULE |
| Qualitest | MECLIZ TAB 12.5 MG | 00603-4319-32 | TABLET |
| Qualitest | MEDROXYPR TAB 10 MG | 00603-4368-24 | TABLET |
| Qualitest | MEDROXYPR TAB 10 MG | 00603-4368-19 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 92

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | MEGESTR TAB 40 MG | 00603-4392-21 | TABLET |
| Qualitest | MEPERITAB 100MG | 00603-4416-21 | TABLET |
| Qualitest | MEPERITAB 50MG | 00603-4415-21 | TABLET |
| Qualitest | METAPROT SYRP 10 MG/5 ml | 00603-1422-58 | SYRUP |
| Qualitest | METHAZOLAM TAB 25 mg | 00603-4470-21 | TABLET |
| Qualitest | METHOCARB TAB 500 mg | 00603-4487-21 | TABLET |
| Qualitest | METHOCARB TAB 500 mg | 00603-4487-28 | TABLET |
| Qualitest | METHOCARB TAB 750 mg | 00603-4488-28 | TABLET |
| Qualitest | METHOCARB TAB 750 mg | 00603-4488-21 | TABLET |
| Qualitest | METHYLPRED TAB 4 mg | 00603-4593-15 | TAB DS PK |
| Qualitest | METHYLPRED TAB 4 mg | 00603-4593-21 | TABLET |
| Qualitest | METOCLOPR ELIX 5 mg/5 ml | 00603-1435-58 | SOLUTION |
| Qualitest | METOCLOPR TAB 5 mg | 00603-4616-21 | TABLET |
| Qualitest | METOCLOPR TAB 5 mg | 00603-4616-28 | TABLET |
| Qualitest | METOCLOPR TAB 10 mg | 00603-4617-28 | TABLET |
| Qualitest | METOCLOPR TAB 10 mg | 00603-4617-32 | TABLET |
| Qualitest | METOCLOPR TAB 10 mg | 00603-4617-21 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 93

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | METOPROL TAB 50 mg | 00603-4627-21 | TABLET |
| Qualitest | METRONID TAB 500 mg | 00603-4641-28 | TABLET |
| Qualitest | METRONID TAB 500 mg | 00603-4641-21 | TABLET |
| Qualitest | MIGQUIN CAP 65-325-100 | 006034664-24 | CAPSULE |
| Qualitest | MIGQUIN CAP 65-325-100 | 00603-4664-21 | CAPSULE |
| Qualitest | MULTI VI+FL DR 0.25 mg/ml | 00603-1449-47 | DROPS |
| Qualitest | MULTI VI+FL DRP 0.5 mg/ml | 00603-1450-47 | DROPS |
| Qualitest | MULTI VI+FL+IRN 0.5 mg/ml | 00603-1453-47 | DROPS |
| Qualitest | MULTI VI+FL+IRN 0.25 mg/ml | 00603-1452-47 | DROPS |
| Qualitest | MULTI VIT+FL CH 0.25 mg | 00603-4710-21 | TAB CHEW |
| Qualitest | MULTI VIT+FL CH 1 mg | 00603-4712-21 | TAB CHEW |
| Qualitest | NAPHAZOLIN OPH 0.1% | 00603-7178-41 | DROPS |
| Qualitest | NEO-POLY-DEX SU 0.1% | 00603-7120-37 | DROPS SUSP |
| Qualitest | NEOPTIC OPTH SO | 00603-7225-39 | DROPS |
| Qualitest | NITROGL CAP 6.5 mg | 00603-4783-21 | CAPSULE SA |
| Qualitest | NITROGL ER CAP 2.5 mg | 00603-4782-21 | CAPSULE SA |
| Qualitest | NITROGL ER CAP 9 mg | 00603-4784-20 | CAPSULE SA |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 94

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | NYSTATIN CRM 100 MU/G | 00603-7820-78 | CREAM(GM) |
| Qualitest | NYSTATIN SUSP 100 MU/ML | 00603-1480-58 | ORAL SUSP |
| Qualitest | NYSTATIN SUSP 100 MU/ML | 00603-1480-49 | ORAL SUSP |
| Qualitest | ORGAN-1 NR TAB 200 mg | 00603-4886-21 | TABLET |
| Qualitest | OXYBUTYNIN SYRP 5 mg/5 ml | 00603-1490-58 | SYRUP |
| Qualitest | OXYBUTYNIN TAB 5 mg | 00603-4975-21 | TABLET |
| Qualitest | OXYBUTYNIN TAB 5 mg | 00603-4975-32 | TABLET |
| Qualitest | OXYCOD+APAP CAP 5-500 mg | 00603-4997-21 | CAPSULE |
| Qualitest | PANASE CAP 20-4.5-25 | 00603-5022-21 | CAPSULE EC |
| Qualitest | PANASE CAP 20-4.5-25 | 00603-5022-24 | CAPSULE EC |
| Qualitest | PAPAVER CAP 150 mg | 00603-5043-21 | CAPSULE SA |
| Qualitest | PAPAVER CAP 150 mg | 00603-5043-32 | CAPSULE SA |
| Qualitest | PEMOLINE TAB 18.75 mg | 00603-5055-21 | TABLET |
| Qualitest | PEMOLINE TAB 37.5 mg | 00603-5056-21 | TABLET |
| Qualitest | PEMOLINE TAB 37.5 mg | 00603-5056-28 | TABLET |
| Qualitest | PEMOLINE TAB 75 mg | 00603-5057-21 | TABLET |
| Qualitest | PERPHEN TAB 2MG | 00603-5090-21 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 95

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | PERPHEN TAB 4MG | 00603-5091-21 | TABLET |
| Qualitest | PERPHEN TAB 8MG | 00603-5092-21 | TABLET |
| Qualitest | PHENAZ TAB 100 MG | 00603-5141-21 | TABLET |
| Qualitest | PHENAZ TAB 100 MG | 00603-5141-32 | TABLET |
| Qualitest | PHENAZ TAB 200 MG | 00603-5142-32 | TABLET |
| Qualitest | PHENAZ TAB 200 MG | 00603-5142-21 | TABLET |
| Qualitest | PHENOB TAB 1.5G 97.2 MG | 00603-5168-21 | TABLET |
| Qualitest | PHENOB TAB 1.5G 97.2 MG | 00603-5168-32 | TABLET |
| Qualitest | PHENOB TAB 1/2G 32.4 MG | 00603-5166-32 | TABLET |
| Qualitest | PHENOB TAB 1/2G 32.4 MG | 00603-5166-21 | TABLET |
| Qualitest | PHENOB TAB 1/4G 16.2 MG | 00603-5165-21 | TABLET |
| Qualitest | PHENOB TAB 1/4G 16.2 MG | 00603-5165-32 | TABLET |
| Qualitest | PHENOB TAB 1GR 64.8 MG | 00603-5167-21 | TABLET |
| Qualitest | PHENOB TAB 1GR 64.8 MG | 00603-5167-32 | TABLET |
| Qualitest | PHENYLH DH EL 30-10-2/5 | 00603-1520-58 | LIQUID |
| Qualitest | PHENYLH DH EXP 30-10-2/5 | 00603-1520-54 | LIQUID |
| Qualitest | PHENYLP+GUAIF T 400-75 mg | 00603-5214-21 | TABLET SA |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 96

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | PHENYLP+GUAIF T 400-75 mg | 00603-5214-28 | TABLET SA |
| Qualitest | PILOCAR OPHT SO 1% | 00603-7247-41 | DROPS |
| Qualitest | PILOCAR OPHT SO 2% | 00603-7249-41 | DROPS |
| Qualitest | PILOCAR OPHT SO 3% | 00603-7251-41 | DROPS |
| Qualitest | PILOCAR OPHT SO 6% | 00603-7257-41 | DROPS |
| Qualitest | PILOCAR OPHT SO 4% | 00603-7253-42 | DROPS |
| Qualitest | PILOCAR OPHT SO 4% | 00603-7253-41 | DROPS |
| Qualitest | PINDOLOL TAB 5 mg | 00603-5220-21 | TABLET |
| Qualitest | PINDOLOL TAB 10 mg | 00603-5221-21 | TABLET |
| Qualitest | PIROXICAM CAP 20 mg | 00603-5223-21 | CAPSULE |
| Qualitest | POT CHL ER TAB 20 MEQ | 00603-5244-32 | TAB PRT SR |
| Qualitest | POT CHL ER TAB 20 MEQ | 00603-5244-21 | TAB PRT SR |
| Qualitest | POT CHL ER TAB 10 MEQ | 00603-5243-21 | TAB PRT SR |
| Qualitest | POT CHL ER TAB 20 MEQ | 00603-5244-28 | TAB PRT SR |
| Qualitest | POT CHL ER TAB 10 MEQ | 00603-5243-32 | TAB PRT SR |
| Qualitest | POT CHL LIQ 10% 20 MEQ/15 ml | 00603-1535-58 | LIQUID |
| Qualitest | POT CHL LIQ 10% 20 MEQ/15 ml | 00603-1532-58 | LIQUID |

## EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 97

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | POT CHL LIQ 10% 20 MEQ/15 ml | 00603-1534-58 | LIQUID |
| Qualitest | POT CHL LIQ 20% 40 meq/15 ml | 00603-1536-58 | LIQUID |
| Qualitest | POT CHL SF ELIX 20 meq/15 ml | 00603-1534-60 | LIQUID |
| Qualitest | POT CHL SR TAB 8 meq | 00603-5237-21 | TABLET SA |
| Qualitest | POT CHL SR TAB 8 meq | 00603-5237-28 | TABLET SA |
| Qualitest | POT CHL SR TAB 10 meq | 00603-5241-21 | TABLET SA |
| Qualitest | POT CHL SR TAB 10 meq | 00603-5241-28 | TABLET SA |
| Qualitest | POT CHL TAB 10 MEQ | 00603-5241-32 | TABLET SA |
| Qualitest | POT CHL TAB 8 MEQ | 00603-5237-32 | TABLET SA |
| Qualitest | PREDNISOL SYRP 15 mg/5 ml | 00603-1570-56 | SYRUP |
| Qualitest | PREDNISON TAB 5 mg | 00603-5332-21 | TABLET |
| Qualitest | PREDNISON TAB 5 mg | 00603-5332-32 | TABLET |
| Qualitest | PREDNISON TAB 10 mg | 00603-5333-15 | TAB DS PK |
| Qualitest | PREDNISON TAB 10 mg | 00603-5333-21 | TABLET |
| Qualitest | PREDNISON TAB 10 mg | 00603-5333-31 | TAB DS PK |
| Qualitest | PREDNISON TAB 10 mg | 00603-5333-32 | TABLET |
| Qualitest | PREDNISON TAB 20 mg | 00603-5334-32 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 98

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | PREDNISON TAB 20 mg | 00603-5334-21 | TABLET |
| Qualitest | PREDNISON TB 5 MG | 00603-5332-31 | TAB DS PK |
| Qualitest | PREDNISON TB 5 MG | 00603-5332-15 | TAB DS PK |
| Qualitest | PRENATAL PLUS I 65-1 MG | 00603-5361-21 | TABLET |
| Qualitest | PRIMIDONE TAB 250 MG | 00603-5370-21 | TABLET |
| Qualitest | PROCOF D LIQ 300-30-5/5 | 00603-1575-58 | LIQUID |
| Qualitest | PROCOF LIQ SF/A 300-5MG/5 | 00603-1574-58 | SYRUP |
| Qualitest | PROMETHAZ DM EX | 00603-1579-58 | SYRUP |
| Qualitest | PROMETHAZ SYRP 6.25 mg/5 ml | 00603-1580-58 | SYRUP |
| Qualitest | PROPOX+NA TAB 100-650 mg | 00603-5466-28 | TABLET |
| Qualitest | PROPOX+NA TB 100-650 mg | 00603-5467-28 | TABLET |
| Qualitest | PROPOX+NA TB 100-650 mg | 00603-5466-21 | TABLET |
| Qualitest | PROPOX+NA TB 100-650 mg | 00603-5467-21 | TABLET |
| Qualitest | PROPOX+NA+AP TB 100-650 mg | 00603-5468-32 | TABLET |
| Qualitest | PROPOX+NA+AP TB 100-650 mg | 00603-5468-28 | TABLET |
| Qualitest | PROPOX+NA+AP TB 100-650 mg | 00603-5467-32 | TABLET |
| Qualitest | PROPOX+NA+AP TB 100-650 mg | 00603-5466-32 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 99

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | PROPOX+NA+AP TB 100-650 mg | 00603-5468-21 | TABLET |
| Qualitest | PROPRAN TAB 60 MG | 00603-5492-21 | TABLET |
| Qualitest | PROPRAN+HCTZ TAB 25-40 mg | 00603-5503-21 | TABLET |
| Qualitest | PROPRANOLOL TAB 10 mg | 00603-5489-21 | TABLET |
| Qualitest | PROPRANOLOL TAB 10 mg | 00603-5489-32 | TABLET |
| Qualitest | PROPRANOLOL TAB 20 mg | 00603-5490-32 | TABLET |
| Qualitest | PROPRANOLOL TAB 80 mg | 00603-5493-28 | TABLET |
| Qualitest | PROPRANOLOL TAB 40 mg | 00603-5491-32 | TABLET |
| Qualitest | Q-BID LA TAB 600 mg | 00603-5543-28 | TABLET SA |
| Qualitest | Q-BID LA TAB 600 mg | 00603-5543-24 | TABLET SA |
| Qualitest | Q-BID LA TAB 600 mg | 00603-5543-21 | TABLET SA |
| Qualitest | Q-BID-DM TAB 600-30 mg | 00603-5542-21 | TABLET SR 12H |
| Qualitest | Q-BID-DM TAB 600-30 mg | 00603-5542-24 | TABLET SR 12H |
| Qualitest | Q-BID-DM TAB 600-30 mg | 00603-5542-28 | TABLET SR 12H |
| Qualitest | QUINDAL TAB 300-20 mg | 00603-5571-21 | TABLET SA |
| Qualitest | QUINID GLU TAB 324 mg | 00603-5598-21 | TABLET SA |
| Qualitest | QUINTEX CAP | 00603-5665-21 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 100

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | QUINTEX LIQ | 00603-1634-58 | LIQUID |
| Qualitest | Q-V TUSSIN SYRP 30-2.5-2/5 | 00603-1609-58 | SYRUP |
| Qualitest | SALSAL TAB 500MG | 00603-5754-28 | TABLET |
| Qualitest | SALSAL TAB 500MG | 00603-5754-21 | TABLET |
| Qualitest | SALSAL TAB 750MG | 00603-5755-21 | TABLET |
| Qualitest | SALSAL TAB 750MG | 00603-5755-28 | TABLET |
| Qualitest | SELENIUM LOT 2.5% | 00603-1674-54 | SHAMPOO |
| Qualitest | SOD FLUO CH TB 0.5 mg | 00603-3622-32 | TAB CHEW |
| Qualitest | SOD FLUO CH TB 1 mg | 00603-3623-32 | TAB CHEW |
| Qualitest | SOD SULF LOT 10-5% (W/W) | 00603-7844-78 | LOTION |
| Qualitest | SOD SULF OPH 10% | 00603-7280-41 | DROPS |
| Qualitest | SPIRONOL TAB 25 MG | 00603-5766-21 | TABLET |
| Qualitest | SULFAM+TRI TAB 800-160 mg | 00603-5779-21 | TABLET |
| Qualitest | SULFAM+TRI TAB 800-160 mg | 00603-5779-28 | TABLET |
| Qualitest | SULFATRIM PED S 200-40 mg/5 | 00603-1687-58 | ORAL SUSP |
| Qualitest | SULINDAC TAB 150 mg | 00603-5872-21 | TABLET |
| Qualitest | SULINDAC TAB 200 mg | 00603-5873-21 | TABLET |
| Qualitest | THEOPHY CR TAB 200 mg | 00603-5945-21 | TABLET SR 12H |
| Qualitest | THEOPHY CR TAB 100 mg | 00603-5944-28 | TABLET SR 12H |