**ANDERSON EXHIBIT 6W**

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 102

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | THYROID TAB 3GR 180 mg | 00603-6048-32 | TABLET |
| Qualitest | TOBRAMY O/S 0.3% | 00603-7345-37 | DROPS |
| Qualitest | TOLMETIN CAP 400 mg | 00603-6130-21 | CAPSULE |
| Qualitest | TRAZOD TAB 50MG | 00603-6144-21 | TABLET |
| Qualitest | TRAZOD TAB 100 MG | 00603-6145-21 | TABLET |
| Qualitest | TRAZOD TAB 150 MG | 00603-6146-21 | TABLET |
| Qualitest | TRIAM+HCTZ TB 37.5-25 mg | 00603-6180-21 | TABLET |
| Qualitest | TRIAM+HCTZ TB 75-50 mg | 00603-6182-21 | TABLET |
| Qualitest | TRIAM+HCTZ TB 75-50 mg | 00603-6182-28 | TABLET |
| Qualitest | TRIAMCIN CRM 0.5% | 00603-7852-74 | CREAM(GM) |
| Qualitest | TRIAMCIN CRM 0.025% | 00603-7850-74 | CREAM(GM) |
| Qualitest | TRIAMCIN CRM 0.025% | 00603-7850-90 | CREAM(GM) |
| Qualitest | TRIAMCIN CRM 0.1% | 00603-7870-69 | PASTE |
| Qualitest | TRIAMCIN CRM 0.1% | 00603-7851-74 | CREAM(GM) |
| Qualitest | TRIAMCIN CRM 0.1% | 00603-7851-90 | CREAM(GM) |
| Qualitest | TRIAMCIN LOT 0.1% | 00603-7855-49 | LOTION |
| Qualitest | TRIAMCIN OINT 0.1% | 00603-7859-74 | OINT.(GM) |
| Qualitest | TRICOSAL TAB 500 MG | 00603-6215-21 | TABLET |
| Qualitest | TRICOSAL TAB 750 MG | 00603-6216-21 | TABLET |
| Qualitest | TRICOSAL TAB 1000 MG | 00603-6217-21 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 103

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | TRIHEXYPH TAB 2 MG | 00603-6240-32 | TABLET |
| Qualitest | TRIHEXYPH TAB 2 MG | 00603-6240-21 | TABLET |
| Qualitest | TRIHEXYPH TAB 5 MG | 00603-6241-21 | TABLET |
| Qualitest | TRIHEXYPH TAB 5 MG | 00603-6241-32 | TABLET |
| Qualitest | TRIMETHOB SUPP 100 MG | 00603-8150-10 | SUPP.RECT |
| Qualitest | TRIMETHOB SUPP 200 MG | 00603-8151-10 | SUPP.RECT |
| Qualitest | TRI-VIT+FL CH T 1 MG | 00603-6300-21 | TAB CHEW |
| Qualitest | TRI-VIT+FL DRP 0.25 mg/ml | 00603-1785-47 | DROPS |
| Qualitest | TRI-VIT+FL DRP 0.5 mg/ml | 00603-1786-47 | DROPS |
| Qualitest | TRI-VIT+FL IRN 0.25 mg/ml | 00603-1787-47 | DROPS |
| Qualitest | TRIXAICIN CRM 0.025% | 00603-0648-88 | CREAM(GM) |
| Qualitest | TUSSIVE HC SYRP 5-2.5-2 | 00603-1284-60 | SYRUP |
| Qualitest | VALPROIC CAP 250 MG | 00603-6334-21 | CAPSULE |
| Qualitest | VALPROIC SYRP 250 MG/5 ml | 00603-1840-58 | SYRUP |
| Qualitest | VICA-FORTE CAP | 00603-6381-21 | CAPSULE |
| Qualitest | VI-Q-TUSS LIQ 100-5/5 ml | 00603-1853-58 | SYRUP |
| Qualitest | YOHIMBINE TAB 5.4 mg | 00603-6430-32 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 104

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Qualitest | YOHIMBINE TAB 5.4 mg | 00603-6430-21 | TABLET |
|  |  |  |  |
| Roxane | Acetaminophen/ Codeine | 00054-8022-24 | Oral |
| Roxane | Acetaminophen/ Codeine Solution U/D | 00054-8013-04 | Oral |
| Roxane | Acetaminophen/ Codeine Solution | 00054-3005-63 | Oral |
| Roxane | Acetaminophen/ Codeine Solution U/D | 00054-8002-04 | Oral |
| Roxane | Acetaminophen/ Codeine Solution U/D | 00054-8017-04 | Oral |
| Roxane | Aminophylline | 00054-8049-16 | Oral |
| Roxane | Atropine Sulfate/ Diphenoxylate HCl | 00054-8191-16 | Oral |
| Roxane | Azathioprine | 00054-8084-25 | Oral |
| Roxane | Azathioprine | 00054-4084-25 | Oral |
| Roxane | Butorphan Nasal | 0054-3090-36 | Nasal Solution |
| Roxane | Chlorpromazine HCl Intensol | 00054-3146-58 | Oral |
| Roxane | Cimetidine HCl | 00054-8230-16 | Oral |
| Roxane | Cimetidine HCl | 00054-3227-58 | Oral |
| Roxane | Cimetidine HCl | 00054-8227-16 | Oral |
| Roxane | Cocaine HCl | 00054-8164-03 | Topical |
| Roxane | Cocaine HCl | 00054-8163-03 | Topical |
| Roxane | Cocaine Top Solution 10% | 00054-3155-40 | Solution |
| Roxane | Cocaine Top Solution 4% | 00054-3154-40 | Solution |
| Roxane | Cyclophosphamide | 00054-8130-25 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 105

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Roxane | Cyclophosphamide | 00054-4129-25 | Oral |
| Roxane | Cyclophosphamide | 00054-4130-25 | Oral |
| Roxane | Cyclophosphamide | 00054-8089-25 | Oral |
| Roxane | Dexamethasone | 00054-4181-25 | Oral |
| Roxane | Dexamethasone | 00054-4179-25 | Oral |
| Roxane | Dexamethasone | 00054-8179-25 | Oral |
| Roxane | Dexamethasone | 00054-4180-25 | Oral |
| Roxane | Dexamethasone | 00054-8180-25 | Oral |
| Roxane | Dexamethasone | 00054-3177-63 | Oral |
| Roxane | Dexamethasone | 00054-4183-25 | Oral |
| Roxane | Dexamethasone | 00054-8175-25 | Oral |
| Roxane | Dexamethasone | 00054-8176-25 | Oral |
| Roxane | Dexamethasone | 00054-8183-25 | Oral |
| Roxane | Dexamethasone | 00054-4186-25 | Oral |
| Roxane | Dexamethasone Intensol | 00054-3176-44 | Oral |
| Roxane | Dexamethasone | 00054-4182-25 | Oral |
| Roxane | Dexamethasone | 00054-8181-25 | Oral |
| Roxane | Dexamethasone | 00054-4184-25 | Oral |
| Roxane | Dexamethasone | 00054-8174-25 | Oral |
| Roxane | Dexamethasone | 00054-8177-16 | Oral |
| Roxane | Dexamethasone 0.5 mg | 00054-4179-31 | |
| Roxane | Diclofenac Sodium | 00054-8222-25 | Oral |
| Roxane | Diclofenac Sodium | 00054-4222-21 | Oral |
| Roxane | Diclofenac Sodium | 00054-4221-31 | Oral |
| Roxane | Diclofenac Sodium | 00054-4221-25 | Oral |
| Roxane | Diclofenac Sodium | 00054-8221-25 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 106

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Roxane | Diclofenac Sodium | 00054-4223-21 | Oral |
| Roxane | Diclofenac Sodium | 00054-4222-31 | Oral |
| Roxane | Diclofenac Sodium | 00054-4222-25 | Oral |
| Roxane | Diclofenac Sodium | 00054-8223-25 | Oral |
| Roxane | Diclofenac Sodium | 00054-4223-25 | Oral |
| Roxane | Diclofenac Sodium | 00054-4221-21 | Oral |
| Roxane | Digoxin | 00054-3192-46 | |
| Roxane | Diphenox + ATR Sol. 2.5 - .025/5 | 00054-3194-46 | Liquid |
| Roxane | Furosemide | 00054-3294-50 | Oral |
| Roxane | Furosemide | 00054-3294-46 | Oral |
| Roxane | Furosemide | 00054-4301-25 | Oral |
| Roxane | Furosemide | 00054-8298-16 | Oral |
| Roxane | Furosemide | 00054-3298-63 | Oral |
| Roxane | Furosemide | 00054-8297-25 | Oral |
| Roxane | Furosemide | 00054-8301-25 | Oral |
| Roxane | Furosemide | 00054-4301-29 | Oral |
| Roxane | Furosemide 40mg,1000s | 00054-4299-31 | Oral |
| Roxane | Furosemide | 00054-4299-25 | Oral |
| Roxane | Furosemide | 00054-8299-25 | Oral |
| Roxane | Furosemide | 00054-4297-31 | Oral |
| Roxane | Furosemide | 00054-4297-25 | Oral |
| Roxane | Haloperidol 0.5mg Tab | 00054-4342-25 | Oral |
| Roxane | Haloperidol 1mg Tablet | 00054-4343-25 | Oral |
| Roxane | Haloperidol 1mg Tablet | 00054-4343-31 | Oral |
| Roxane | Haloperidol 2mg Tablet | 00054-4344-25 | Oral |
| Roxane | Haloperidol 2mg Tablet | 00054-4344-31 | Oral |
| Roxane | Haloperidol 5mg Tablet | 00054-4345-25 | Oral |
| Roxane | Haloperidol 5mg Tablet | 00054-4345-31 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 107

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Roxane | Haloperidol 10mg Tablet | 00054-4346-25 | Oral |
| Roxane | Haloperidol 10mg Tablet | 00054-4346-31 | Oral |
| Roxane | Haloperidol 20mg Tablet | 00054-4347-25 | Oral |
| Roxane | Haloperidol Lac 2mg/ml Conc | 00054-3350-50 | Oral |
| Roxane | Hydrochlorothiazide | 00054-3383-63 | Oral |
| Roxane | Hydromorphone HCl | 00054-4370-25 | Oral |
| Roxane | Hydromorphone HCl | 00054-3387-63 | Oral |
| Roxane | Hydromorphone HCl | 00054-4394-25 | Oral |
| Roxane | Hydromorphone HCl | 00054-8394-24 | Oral |
| Roxane | Hydromorphone HCl | 00054-4392-25 | Oral |
| Roxane | Hydromorphone HCl | 00054-3387-50 | Oral |
| Roxane | Hydromorphone HCl | 00054-8349-16 | Oral |
| Roxane | Hydromorphone HCl | 00054-8350-16 | Oral |
| Roxane | Hydromorphone HCl | 00054-3387-58 | Oral |
| Roxane | Hydromorphone HCl | 00054-8392-24 | Oral |
| Roxane | Hydroxyurea | 00054-2247-25 | Oral |
| Roxane | Hydroxyurea | 00054-8247-25 | Oral |
| Roxane | Lactulose | 00054-3486-58 | Oral |
| Roxane | Lactulose | 00054-3486-68 | Oral |
| Roxane | Lactulose | 00054-3486-63 | Oral |
| Roxane | Lactulose | 00054-8486-16 | Oral |
| Roxane | Leucovorin Calcium 5 mg Tablets, 100's | 00054-4496-25 | Oral |
| Roxane | Leucovorin Calcium | 00054-4497-10 | Oral |
| Roxane | Leucovorin Calcium | 00054-8498-06 | Oral |
| Roxane | Leucovorin Calcium | 00054-8496-19 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 108

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Roxane | Leucovorin Calcium | 00054-4498-05 | Oral |
| Roxane | Leucovorin Calcium | 00054-8497-06 | Oral |
| Roxane | Leucovorin Calcium 5 mg Tablets 30's | 00054-4496-13 | Oral |
| Roxane | Leucovorin Calcium | 00054-4499-11 | Oral |
| Roxane | Leucovorin Calcium | 00054-8499-06 | Oral |
| Roxane | Leucovorin Calcium | 00054-4498-10 | Oral |
| Roxane | Leucovorin Calcium | 00054-4497-05 | Oral |
| Roxane | Lidocaine HCl Viscous | 00054-3500-49 | Oral |
| Roxane | Lidocaine HCl | 00054-3505-47 | Solution |
| Roxane | Lidocaine HCl Viscous | 00054-8500-16 | Oral |
| Roxane | Lithium Citrate | 00054-3527-63 | Oral |
| Roxane | Megestrol | 00054-4604-25 | Oral |
| Roxane | Megestrol | 00054-8603-25 | Oral |
| Roxane | Megestrol | 00054-4603-25 | Oral |
| Roxane | Megestrol | 00054-8604-25 | Oral |
| Roxane | Meperidine HCl | 00054-3545-63 | Oral |
| Roxane | Meperidine HCl | 00054-8545-16 | Oral |
| Roxane | Meperidine HCl | 00054-8596-11 | Oral |
| Roxane | Meperidine HCl | 00054-4596-25 | Oral |
| Roxane | Meperidine HCl | 00054-4595-25 | Oral |
| Roxane | Meperidine HCl | 00054-8595-11 | Oral |
| Roxane | Methadone | 00054-9750-88 | Powder |
| Roxane | Methadone | 00054-9750-85 | Powder |
| Roxane | Methadone Sol. 10 mg/ml | 00054-3553-67 | Oral Conc. |
| Roxane | Methadone Chrry 10 mg/ml | 00054-3554-67 | Oral Conc. |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 109

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Roxane | Methadone Disk 40 mg | 00054-4538-25 | Tab Disper |
| Roxane | Methadone Tab 5 mg | 00054-4570-25 | Tablet |
| Roxane | Methadone Tab D 40 mg | 00054-4547-25 | Tab Disper |
| Roxane | Metoclopramide HCl Intensol | 00054-3564-44 | Oral |
| Roxane | Metoclopramide | 00054-3563-63 | Oral |
| Roxane | Metoclopramide | 00054-8563-04 | Oral |
| Roxane | Mexiletine HCl | 00054-2616-25 | Oral |
| Roxane | Mexiletine HCl | 00054-2617-25 | Oral |
| Roxane | Mexiletine HCl | 00054-2618-25 | Oral |
| Roxane | Mirtazapine 30mg Tablet | 00054-4677-13 | Oral |
| Roxane | Mirtazapine 45mg Tablet | 00054-4678-13 | Oal |
| Roxane | Morphine Sulfate | 00054-3785-49 | Oral |
| Roxane | Morphine Sulfate | 00054-4583-25 | Oral |
| Roxane | Morphine Sulfate 15 mg Tablets 100's | 00054-4582-25 | Oral |
| Roxane | Morphine Sulfate | 00054-3785-63 | Oral |
| Roxane | Morphine Sulfate | 00054-8582-24 | Oral |
| Roxane | Morphine Sulfate | 00054-8583-24 | Oral |
| Roxane | Morphine Sulfate | 00054-3786-49 | Oral |
| Roxane | Morphine Sulfate | 00054-8586-16 | Oral |
| Roxane | Morphine Sulfate | 00054-8585-16 | Oral |
| Roxane | Morphine Sulfate | 00054-3786-63 | Oral |
| Roxane | Naproxen | 00054-3630-63 | Oral |
| Roxane | Naproxen Tab 275 mg | 00054-4638-25 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 110

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Roxane | Nefazodone HCl 150 mg Tablet | 000054-4673-21 | Oral |
| Roxane | Nystatin | 00054-8607-16 | Oral |
| Roxane | Oramorph SR | 00054-4793-25 | Oral |
| Roxane | Oramorph SR | 00054-4805-27 | Oral |
| Roxane | Oramorph SR | 00054-4805-25 | Oral |
| Roxane | Oramorph SR | 00054-4790-29 | Oral |
| Roxane | Oramorph SR | 00054-4805-19 | Oral |
| Roxane | Oramorph SR | 00054-8790-24 | Oral |
| Roxane | Oramorph SR | 00054-4792-25 | Oral |
| Roxane | Oramorph SR | 00054-8793-11 | Oral |
| Roxane | Oramorph SR | 00054-8805-24 | Oral |
| Roxane | Oramorph SR | 00054-4790-25 | Oral |
| Roxane | Oramorph SR | 00054-8792-11 | Oral |
| Roxane | Potassium Chloride | 00054-3714-63 | Oral |
| Roxane | Potassium Chloride | 00054-3716-63 | Oral |
| Roxane | Potassium Chloride | 00054-8713-04 | Oral |
| Roxane | Potassium Chloride | 00054-8714-04 | Oral |
| Roxane | Prednisone | 00054-4728-31 | Oral |
| Roxane | Prednisone | 00054-4730-25 | Oral |
| Roxane | Prednisone | 00054-4730-29 | Oral |
| Roxane | Prednisone | 00054-8725-25 | Oral |
| Roxane | Prednisone | 00054-4728-25 | Oral |
| Roxane | Prednisone | 00054-8724-25 | Oral |
| Roxane | Prednisone | 00054-8726-25 | Oral |
| Roxane | Prednisone | 00054-4729-25 | Oral |
| Roxane | Prednisone | 00054-4729-29 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 111

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Roxane | Prednisone | 00054-8729-25 | Oral |
| Roxane | Prednisone | 00054-4733-25 | Oral |
| Roxane | Prednisone Intensol | 00054-3721-44 | Oral |
| Roxane | Prednisone | 00054-3722-50 | Oral |
| Roxane | Prednisone | 00054-8722-16 | Oral |
| Roxane | Prednisone | 00054-8739-25 | Oral |
| Roxane | Prednisone | 00054-4741-25 | Oral |
| Roxane | Prednisone | 00054-4741-31 | Oral |
| Roxane | Prednisone | 00054-8740-25 | Oral |
| Roxane | Prednisone | 00054-4742-25 | Oral |
| Roxane | Prednisone | 00054-3722-63 | Oral |
| Roxane | Propantheline Bromide | 00054-8737-25 | Oral |
| Roxane | Propantheline Bromide | 00054-4721-31 | Oral |
| Roxane | Propantheline Bromide | 00054-4721-25 | Oral |
| Roxane | Pseudoeph Tab 60 mg | 00054-4744-25 | Tablet |
| Roxane | Ranitidine 150mg Tablet | 00054-4853-21 | Oral |
| Roxane | Ranitidine 150mg Tablet | 00054-4853-25 | Oral |
| Roxane | Ranitidine 150mg Tablet | 00054-4853-29 | Oral |
| Roxane | Ranitidine 300mg Tablet | 00054-4854-25 | Oral |
| Roxane | Roxanol 100 | 00054-3751-58 | Oral |
| Roxane | Roxanol | 00054-3751-50 | Oral |
| Roxane | Roxanol | 00054-3751-44 | Oral |
| Roxane | Roxanol-T | 00054-3774-50 | Oral |
| Roxane | Roxanol-T | 00054-3774-44 | Oral |
| Roxane | Roxicet | 00054-4784-25 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 112

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Roxane | Roxicet | 00054-8650-24 | Oral |
| Roxane | Roxicet | 00054-3686-63 | Oral |
| Roxane | Roxicet | 00054-4650-29 | Oral |
| Roxane | Roxicet | 00054-8784-24 | Oral |
| Roxane | Roxicet | 00054-4650-25 | Oral |
| Roxane | Roxicet | 00054-8648-16 | Oral |
| Roxane | Roxicodone | 00054-4658-25 | Oral |
| Roxane | Roxicodone | 00054-8665-24 | Oral |
| Roxane | Roxicodone Intensol | 00054-3683-44 | Oral |
| Roxane | Roxicodone | 00054-8657-24 | Oral |
| Roxane | Roxicodone | 00054-3682-63 | Oral |
| Roxane | Roxicodone | 00054-8782-16 | Oral |
| Roxane | Roxicodone | 00054-4665-25 | Oral |
| Roxane | Roxicodone | 00054-4657-25 | Oral |
| Roxane | Roxicodone | 00054-8658-24 | Oral |
| Roxane | Roxilox | 00054-2795-25 | Oral |
| Roxane | Roxiprin 4.88/325 Tablet | 00054-4653-25 | Oral |
| Roxane | Roxiprin 4.88/325 Tablet | 00054-4653-31 | Oral |
| Roxane | Sodium Polystyrene Sulfonate | 00054-8816-11 | Oral |
| Roxane | Sodium Polystyrene Sulfonate | 00054-8815-01 | Oral |
| Roxane | Sodium Polystyrene Sulfonate | 00054-3805-63 | Oral |
| Roxane | Sodium Polystyrene Sulfonate | 00054-8817-55 | Oral |
| Roxane | Tamoxifen 10 mg Tablet | 00054-4831-21 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 113

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Roxane | Theophylinne | 00054-8848-16 | Oral |
| Roxane | Theophylinne | 00054-8845-04 | Oral |
| Roxane | Theophylinne | 00054-3841-63 | Oral |
| Roxane | Thioridazine HCl Intensol | 00054-3860-50 | Oral |
| Roxane | Thioridazine HCl Intensol | 00054-3861-50 | Oral |
| Roxane | Triazolam | 00054-4859-29 | Oral |
| Roxane | Triazolam | 00054-8858-25 | Oral |
| Roxane | Triazolam | 00054-4859-06 | Oral |
| Roxane | Triazolam | 00054-4858-06 | Oral |
| Roxane | Triazolam | 00054-8859-25 | Oral |
| Roxane | Triazolam 0.125mg Tablet | 00054-4858-29 | Oral |
|  |  |  |  |
| Schein Pharmaceutical | Acetazolamide Tabs | 00364-0400-01 | Oral |
| Schein Pharmaceutical | Acyclovir Capsules | 00364-2692-01 | Oral |
| Schein Pharmaceutical | Acyclovir Tablets | 00364-2690-01 | Oral |
| Schein Pharmaceutical | Acyclovir Tablets | 00364-2689-01 | Oral |
| Schein Pharmaceutical | Acyclovir Tablets | 00364-2689-05 | Oral |
| Schein Pharmaceutical | Allopurinol Tabs | 00364-0633-01 | Oral |
| Schein Pharmaceutical | Allopurinol Tabs | 00364-0633-05 | Oral |
| Schein Pharmaceutical | Allopurinol Tabs | 00364-0633-90 | Oral |
| Schein Pharmaceutical | Allopurinol Tabs | 00364-0632-01 | Oral |
| Schein Pharmaceutical | Allopurinol Tabs | 00364-0632-02 | Oral |
| Schein Pharmaceutical | Allopurinol Tabs | 00364-0632-90 | Oral |
| Schein Pharmaceutical | Aminophylline Tabs | 00364-0004-01 | Oral |
| Schein Pharmaceutical | Aminophylline Tabs | 00364-0005-01 | Oral |
| Schein Pharmaceutical | Amoxapine Tablets | 00364-2434-01 | Oral |
| Schein Pharmaceutical | Amoxapine Tablets | 00364-2433-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 114

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Amoxapine Tablets | 00364-2432-01 | Oral |
| Schein Pharmaceutical | Amoxapine Tablets | 00364-2435-30 | Oral |
| Schein Pharmaceutical | Atenelol/ chlorthalidone 100mg/25mg | 00364-2528-01 | Oral |
| Schein Pharmaceutical | Atenelol/ chlorthalidone 50mg/25mg | 00364-2527-01 | Oral |
| Schein Pharmaceutical | Atenolol Tablets | 00364-2514-90 | Oral |
| Schein Pharmaceutical | Atenolol Tablets | 00364-2514-01 | Oral |
| Schein Pharmaceutical | Atenolol Tablets | 00364-2513-90 | Oral |
| Schein Pharmaceutical | Atenolol Tablets 50 mg, 100s | 00364-2513-01 | Oral |
| Schein Pharmaceutical | Atenolol Tablets | 00364-2513-02 | Oral |
| Schein Pharmaceutical | Bacitracin | 00364-7174-70 | Topical |
| Schein Pharmaceutical | Baclofen Tabs | 00364-2312-90 | Oral |
| Schein Pharmaceutical | Baclofen Tabs | 00364-2313-01 | Oral |
| Schein Pharmaceutical | Baclofen Tabs | 00364-2313-90 | Oral |
| Schein Pharmaceutical | Baclofen Tabs | 00364-2312-01 | Oral |
| Schein Pharmaceutical | Bethanechol Chloride Tabs | 00364-0410-01 | Oral |
| Schein Pharmaceutical | Butalbital/apap/caffeine Tabs | 00364-2297-05 | Oral |
| Schein Pharmaceutical | Butalbital Compound Tabs | 00364-0677-02 | Oral |
| Schein Pharmaceutical | Butalbital/apap/caffeine Tabs | 00364-2297-01 | Oral |
| Schein Pharmaceutical | Butalbital Compound Tabs | 00364-0677-01 | Oral |
| Schein Pharmaceutical | Captopril Tablets | 00364-2630-01 | Oral |
| Schein Pharmaceutical | Carisoprodol Tabs | 00364-0475-05 | Oral |
| Schein Pharmaceutical | Carisoprodol Tabs | 00364-0475-02 | Oral |
| Schein Pharmaceutical | Chlordiazepoxide/ Clindinium | 00364-0559-05 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 115

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Chlordiazepoxide/ Clindinium | 00364-0559-01 | Oral |
| Schein Pharmaceutical | Clindamycin Caps | 00364-2337-01 | Oral |
| Schein Pharmaceutical | Colchicine Tabs | 00364-0074-01 | Oral |
| Schein Pharmaceutical | Colchicine Tabs | 00364-0074-02 | Oral |
| Schein Pharmaceutical | Cyclobenzaprine HCl Tablets | 00364-2348-90 | Oral |
| Schein Pharmaceutical | Cyclobenzaprine HCl Tablets | 00364-2348-05 | Oral |
| Schein Pharmaceutical | Cyclobenzaprine HCl Tablets | 00364-2348-01 | Oral |
| Schein Pharmaceutical | Cyclobenzaprine HCl Tablets | 00364-2348-02 | Oral |
| Schein Pharmaceutical | Dexchlor Er Tabs | 00364-0586-01 | Oral |
| Schein Pharmaceutical | Dexchlor Er Tabs | 00364-0585-01 | Oral |
| Schein Pharmaceutical | Diazepam Tabs | 00364-0776-05 | Oral |
| Schein Pharmaceutical | Diazepam Tabs | 00364-0774-01 | Oral |
| Schein Pharmaceutical | Diazepam Tabs | 00364-0774-02 | Oral |
| Schein Pharmaceutical | Diazepam Tabs | 00364-0774-05 | Oral |
| Schein Pharmaceutical | Diazepam Tabs | 00364-0775-01 | Oral |
| Schein Pharmaceutical | Diazepam Tabs | 00364-0776-02 | Oral |
| Schein Pharmaceutical | Diazepam Tabs | 00364-0776-01 | Oral |
| Schein Pharmaceutical | Diazepam Tabs | 00364-0775-05 | Oral |
| Schein Pharmaceutical | Diazepam Tabs | 00364-0775-02 | Oral |
| Schein Pharmaceutical | Disopyramide Phosphate Caps | 00364-0739-01 | Oral |
| Schein Pharmaceutical | Disopyramide Phosphate Caps | 00364-0739-90 | Oral |
| Schein Pharmaceutical | Disopyramide Phosphate Caps | 00364-0740-01 | Oral |
| Schein Pharmaceutical | Disopyramide Phosphate Caps | 00364-0740-90 | Oral |
| Schein Pharmaceutical | Doxepin Oral Solution | 00364-2278-77 | Oral |
| Schein Pharmaceutical | Doxepin HCl Capsules | 00364-2116-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 116

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Doxepin HCl Capsules | 00364-2114-01 | Oral |
| Schein Pharmaceutical | Doxepin HCl Capsules | 00364-2113-01 | Oral |
| Schein Pharmaceutical | Doxepin HCl Capsules | 00364-2115-02 | Oral |
| Schein Pharmaceutical | Doxepin HCl Capsules | 00364-2115-01 | Oral |
| Schein Pharmaceutical | Doxepin HCl Capsules | 00364-2114-02 | Oral |
| Schein Pharmaceutical | Doxepin HCl Capsules | 00364-2117-01 | Oral |
| Schein Pharmaceutical | Doxycycline Hyclate Tabs | 00364-2063-90 | Oral |
| Schein Pharmaceutical | Doxycycline Hyclate Tabs | 00364-2063-50 | Oral |
| Schein Pharmaceutical | Doxycycline Hyclate Tabs | 00364-2063-05 | Oral |
| Schein Pharmaceutical | Doxycycline Hyclate Caps | 00364-2033-50 | Oral |
| Schein Pharmaceutical | Doxycycline Hyclate Caps | 00364-2032-50 | Oral |
| Schein Pharmaceutical | Doxycycline Hyclate Caps | 00364-2032-90 | Oral |
| Schein Pharmaceutical | Doxycycline Hyclate Caps | 00364-2033-05 | Oral |
| Schein Pharmaceutical | Doxycycline Hyclate Caps | 00364-2033-90 | Oral |
| Schein Pharmaceutical | Enalapr 5 mg | 00364-2701-02 | Oral |
| Schein Pharmaceutical | Enalapr 2.5 mg | 00364-2698-02 | Oral |
| Schein Pharmaceutical | Enalapr 10 mg | 00364-2727-02 | Oral |
| Schein Pharmaceutical | Estropipate Tabs | 00364-2601-01 | Oral |
| Schein Pharmaceutical | Fluocinolone Topical Solution | 00364-7343-58 | Topical |
| Schein Pharmaceutical | Folic Acid Tabs | 00364-0137-02 | Oral |
| Schein Pharmaceutical | Folic Acid Tabs | 00364-0137-01 | Oral |
| Schein Pharmaceutical | Folic Acid Tabs | 00364-0137-90 | Oral |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 117

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Guaifenesin + Codeine Syrup | 00364-2621-16 | Oral |
| Schein Pharmaceutical | Hemorrhoidal Hc Suppositories | 00364-2423-24 | Suppository |
| Schein Pharmaceutical | Hydrocodone/ homatropine Syrup | 00364-2487-16 | Oral |
| Schein Pharmaceutical | Hydrocortisone | 00364-2446-56 | Topical |
| Schein Pharmaceutical | Hydroxyzine HCl Tablets | 00364-0494-05 | Oral |
| Schein Pharmaceutical | Hydroxyzine HCl Tablets | 00364-0495-02 | Oral |
| Schein Pharmaceutical | Hydroxyzine HCl Tablets | 00364-0496-01 | Oral |
| Schein Pharmaceutical | Hydroxyzine HCl Tablets | 00364-0494-01 | Oral |
| Schein Pharmaceutical | Hydroxyzine Pamoate Caps | 00364-0484-05 | Oral |
| Schein Pharmaceutical | Hydroxyzine Pamoate Caps | 00364-0484-01 | Oral |
| Schein Pharmaceutical | Hydroxyzine HCl Tablets | 00364-0495-05 | Oral |
| Schein Pharmaceutical | Hydroxyzine HCl Tablets | 00364-0496-05 | Oral |
| Schein Pharmaceutical | Hydroxyzine HCl Tablets | 00364-0495-01 | Oral |
| Schein Pharmaceutical | Hydroxyzine Pamoate Caps | 00364-0483-01 | Oral |
| Schein Pharmaceutical | Hydroxyzine Pamoate Caps | 00364-0483-05 | Oral |
| Schein Pharmaceutical | Ibuprofen Tabs | 00364-0766-05 | Oral |
| Schein Pharmaceutical | Ibuprofen Tabs | 00364-0766-90 | Oral |
| Schein Pharmaceutical | Ibuprofen Tabs | 00364-0766-01 | Oral |
| Schein Pharmaceutical | Ibuprofen Tabs | 00364-0765-90 | Oral |
| Schein Pharmaceutical | Ibuprofen Tabs | 00364-0765-01 | Oral |
| Schein Pharmaceutical | Ibuprofen Tabs | 00364-2137-01 | Oral |
| Schein Pharmaceutical | Ibuprofen Tabs | 00364-2137-90 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 118

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Ibuprofen Tabs | 00364-0765-05 | Oral |
| Schein Pharmaceutical | Ibuprofen Tabs | 00364-2137-05 | Oral |
| Schein Pharmaceutical | Isosorbide Oral Tabs 20 mg | 00364-0509-01 | Oral |
| Schein Pharmaceutical | Ketoprofen Er Capsules | 00364-2667-01 | Oral |
| Schein Pharmaceutical | Lactulose Syrup | 00364-2519-76 | Oral |
| Schein Pharmaceutical | Lactulose Syrup | 00364-2347-16 | Oral |
| Schein Pharmaceutical | Lactulose Syrup | 00364-2347-64 | Oral |
| Schein Pharmaceutical | Lactulose Solution 10 g/15 ml Syrup/Ounce | 00364-2519-32 | Oral |
| Schein Pharmaceutical | Levobunolol HCl Opth Sol. | 00364-3039-72 | Oral |
| Schein Pharmaceutical | Levobunolol HCl Opth Sol. | 00364-3039-53 | Oral |
| Schein Pharmaceutical | Levobunolol HCl Opth Sol. | 00364-3039-54 | Oral |
| Schein Pharmaceutical | Meclofenamate | 00364-2155-01 | Oral |
| Schein Pharmaceutical | Meclofenamate | 00364-2156-05 | Oral |
| Schein Pharmaceutical | Meclofenamate | 00364-2156-01 | Oral |
| Schein Pharmaceutical . | Meprobamate Tabs | 00364-0161-01 | Oral |
| Schein Pharmaceutical | Meprobamate Tabs | 00364-0161-02 | Oral |
| Schein Pharmaceutical | Meprobamate Tabs | 00364-0160-02 | Oral |
| Schein Pharmaceutical | Meprobamate Tabs | 00364-0160-01 | Oral |
| Schein Pharmaceutical | Methocarbamol Tabs | 00364-0347-05 | Oral |
| Schein Pharmaceutical | Methocarbamol Tabs | 00364-0347-01 | Oral |
| Schein Pharmaceutical | Methocarbamol Tabs | 00364-0346-01 | Oral |
| Schein Pharmaceutical | Methocarbamol Tabs | 00364-0346-05 | Oral |
| Schein Pharmaceutical | Methylphenidate HCl Tabs | 00364-0561-02 | Oral |
| Schein Pharmaceutical | Methylphenidate HCl Tabs | 00364-0562-01 | Oral |
| Schein Pharmaceutical | Methylphenidate HCl Tabs | 00364-0479-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 119

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Schein Pharmaceutical | Methylphenidate HCl Tabs | 00364-0562-02 | Oral |
| Schein Pharmaceutical | Methylphenidate HCl Tabs | 00364-0561-01 | Oral |
| Schein Pharmaceutical | Methylphenidate HCl Tabs | 00364-0479-02 | Oral |
| Schein Pharmaceutical | Metronidazole Tabs | 00364-0687-50 | Oral |
| Schein Pharmaceutical | Metronidazole Tabs | 00364-0595-01 | Oral |
| Schein Pharmaceutical | Metronidazole Tabs | 00364-0595-04 | Oral |
| Schein Pharmaceutical | Metronidazole Tabs | 00364-0595-90 | Oral |
| Schein Pharmaceutical | Metronidazole Tabs | 00364-0687-90 | Oral |
| Schein Pharmaceutical | Minocycline HCl Capsules | 00364-2498-50 | Oral |
| Schein Pharmaceutical | Minocycline HCl Capsules | 00364-2497-01 | Oral |
| Schein Pharmaceutical | Minoxidil Tab | 00364-2173-01 | Oral |
| Schein Pharmaceutical | Minoxidil Tab | 00364-2172-05 | Oral |
| Schein Pharmaceutical | Minoxidil Tab | 00364-2173-05 | Oral |
| Schein Pharmaceutical | Minoxidil Tab | 00364-2172-01 | Oral |
| Schein Pharmaceutical | Nadolol Tablets | 00364-2652-01 | Oral |
| Schein Pharmaceutical | Naproxen Tabs | 00364-2562-01 | Oral |
| Schein Pharmaceutical | Naproxen Tabs | 00364-2564-05 | Oral |
| Schein Pharmaceutical | Naproxen Tabs | 00364-2562-05 | Oral |
| Schein Pharmaceutical | Naproxen Tabs | 00364-2563-01 | Oral |
| Schein Pharmaceutical | Naproxen Tabs | 00364-2564-01 | Oral |
| Schein Pharmaceutical | Naproxen Tabs | 00364-2563-05 | Oral |
| Schein Pharmaceutical | Nitroglycerin Transdermal System | 00364-2502-30 | Patch |
| Schein Pharmaceutical | Nitroglycerin Transdermal System | 00364-2501-30 | Patch |
| Schein Pharmaceutical | Nortriptyline HCl Caps | 00364-2511-90 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl Caps Usp 75mg | 00364-2511-01 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl Caps | 00364-2508-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 120

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Nortriptyline HCl Caps Usp 25mg | 00364-2509-01 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl Caps | 00364-2509-02 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl Caps | 00364-2510-90 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl Caps | 00364-2508-05 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl Caps Usp 25mg | 00364-2509-05 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl | 00364-2509-90 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl Caps Usp 50mg | 00364-2510-01 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl Caps | 00364-2510-05 | Oral |
| Schein Pharmaceutical | Nortriptyline HCl Caps | 00364-2508-90 | Oral |
| Schein Pharmaceutical | Orphenadrine Citrate Er Tabs | 00364-2830-04 | Oral |
| Schein Pharmaceutical | Orphenadrine Citrate Er Tabs | 00364-2830-01 | Oral |
| Schein Pharmaceutical | Pilocarpine Ophth Solution | 00364-7133-72 | Soln |
| Schein Pharmaceutical | Pilocarpine Ophth Solution | 00364-7134-72 | Soln |
| Schein Pharmaceutical | Polyvitamin Fluoride Drops | 00364-0781-57 | Soln |
| Schein Pharmaceutical | Potassium Efferv Tabs | 00364-0635-30 | Oral |
| Schein Pharmaceutical | Potassium Efferv Tabs | 00364-0635-01 | Oral |
| Schein Pharmaceutical | Potassium Cl Powder Packets | 00364-7378-30 | Oral |
| Schein Pharmaceutical | Prednisolone Tabs | 00364-0217-02 | Oral |
| Schein Pharmaceutical | Prednisolone Tabs | 00364-0217-01 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0442-02 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0218-90 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0442-90 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0461-01 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0442-01 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0461-05 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 121

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Prednisone Tabs | 00364-0461-90 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0218-02 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0218-01 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0461-02 | Oral |
| Schein Pharmaceutical | Prednisone Tabs | 00364-0442-05 | Oral |
| Schein Pharmaceutical | Primidone Tabs | 00364-0366-01 | Oral |
| Schein Pharmaceutical | Primidone Tabs | 00364-0366-02 | Oral |
| Schein Pharmaceutical | Probenecid/colchicine Tabs | 00364-0315-01 | Oral |
| Schein Pharmaceutical | Probenecid Tabs | 00364-0314-01 | Oral |
| Schein Pharmaceutical | Probenecid Tabs | 00364-0314-02 | Oral |
| Schein Pharmaceutical | Promethazine Tabs | 00364-0222-01 | Oral |
| Schein Pharmaceutical | Propanolol Tabs | 00364-0757-02 | Oral |
| Schein Pharmaceutical | Propanolol Tabs | 00364-0758-01 | Oral |
| Schein Pharmaceutical | Propanolol Tabs | 00364-0757-01 | Oral |
| Schein Pharmaceutical | Propanolol Tabs | 00364-0756-02 | Oral |
| Schein Pharmaceutical | Propanolol Tabs | 00364-0756-01 | Oral |
| Schein Pharmaceutical | Propanolol Tabs | 00364-0760-05 | Oral |
| Schein Pharmaceutical | Propanolol Tabs | 00364-0760-01 | Oral |
| Schein Pharmaceutical | Propanolol Tabs 40 mg, 1000's | 00364-0758-02 | Oral |
| Schein Pharmaceutical | Quinidine Sulfate Tabs 200 mg | 00364-0229-01 | Oral |
| Schein Pharmaceutical | Quinidine Sulfate Tabs 300 mg | 00364-0582-01 | Oral |
| Schein Pharmaceutical | Quinidine Sulfate Tabs | 00364-0229-02 | Oral |
| Schein Pharmaceutical | Quinidine Gluconate SR | 00364-0604-04 | Oral |
| Schein Pharmaceutical | Quinidine Gluconate SR | 00364-0604-05 | Oral |
| Schein Pharmaceutical | Quinidine Gluconate SR | 00364-0604-01 | Oral |
| Schein Pharmaceutical | R-tannate Tabs | 00364-2196-01 | Oral |
| Schein Pharmaceutical | Ranitidine Tabs | 00364-2633-06 | Oral |
| Schein Pharmaceutical | Ranitidine Tabs | 00364-2634-30 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID

Volume 2 - page 122

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Ranitidine Tabs | 00364-2633-01 | Oral |
| Schein Pharmaceutical | Ranitidine Tabs | 00364-2633-05 | Oral |
| Schein Pharmaceutical | Ranitidine Tabs | 00364-2634-04 | Oral |
| Schein Pharmaceutical | Ranitidine Tabs | 00364-2634-01 | Oral |
| Schein Pharmaceutical | Sulfameth/trimethoprim Tabs | 00364-2068-01 | Oral |
| Schein Pharmaceutical | Sulfameth/trimethoprim Tabs | 00364-2068-90 | Oral |
| Schein Pharmaceutical | Sulfameth/trimethoprim DS Tabs | 00364-2069-90 | Oral |
| Schein Pharmaceutical | Sulfameth/trimethoprim DS Tabs | 00364-2069-01 | Oral |
| Schein Pharmaceutical | Sulfameth/trimethoprim DS Tabs | 00364-2069-05 | Oral |
| Schein Pharmaceutical | Sulfameth/trimethoprim Tabs | 00364-2068-05 | Oral |
| Schein Pharmaceutical | Sulindac Tabs | 00364-2442-01 | Oral |
| Schein Pharmaceutical | Sulindac Tabs | 00364-2442-05 | Oral |
| Schein Pharmaceutical | Sulindac Tabs | 00364-2442-90 | Oral |
| Schein Pharmaceutical | Sulindac Tabs | 00364-2441-01 | Oral |
| Schein Pharmaceutical | Sulindac Tabs | 00364-2441-90 | Oral |
| Schein Pharmaceutical | Sulindac Tabs | 00364-2441-05 | Oral |
| Schein Pharmaceutical | Thiothixene Caps | 00364-2168-01 | Oral |
| Schein Pharmaceutical | Thiothixene Caps | 00364-2167-01 | Oral |
| Schein Pharmaceutical | Thiothixene Caps | 00364-2166-01 | Oral |
| Schein Pharmaceutical | Thiothixene Caps | 00364-2169-01 | Oral |
| Schein Pharmaceutical | Thiothixene Caps | 00364-2169-02 | Oral |
| Schein Pharmaceutical | Timolol Maleate Ophthalmic Sol. | 00364-3077-53 | Soln |
| Schein Pharmaceutical | Timolol Maleate Ophthalmic Sol. | 00364-3078-54 | Soln |
| Schein Pharmaceutical | Timolol Maleate Ophthalmic Sol. | 00364-3077-54 | Soln |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 2 - page 123

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Timolol Maleate Ophthalmic Sol. | 00364-3078-72 | Soln |
| Schein Pharmaceutical | Timolol Maleate Ophthalmic Sol. | 00364-3077-72 | Soln |
| Schein Pharmaceutical | Trazodone Tabs | 00364-2109-02 | Oral |
| Schein Pharmaceutical | Trazodone Tabs | 00364-2110-01 | Oral |
| Schein Pharmaceutical | Trazodone Tabs | 00364-2109-01 | Oral |
| Schein Pharmaceutical | Trazodone Tabs | 00364-2110-02 | Oral |
| Schein Pharmaceutical | Trazodone Tabs | 00364-2300-01 | Oral |
| Schein Pharmaceutical | Triamcinolone Acetonide Oint | 00364-7360-72 | Topical |
| Schein Pharmaceutical | Triamcinolone Acetonide Lotion | 00364-7346-58 | Topical |
| Schein Pharmaceutical | Triamcinolone Dental Paste | 00364-2218-53 | Topical |
| Schein Pharmaceutical | Triamcinolone Acetonide Cream | 00364-7213-72 | Topical |
| Schein Pharmaceutical | Triamcinolone Acetonide Cream | 00364-7211-72 | Topical |
| Schein Pharmaceutical | Triamcinolone Acetonide Cream | 00364-7211-60 | Topical |
| Schein Pharmaceutical | Triamcinolone Acetonide Cream | 00364-7212-60 | Topical |
| Schein Pharmaceutical | Triamcinolone Acetonide Cream | 00364-7212-56 | Topical |
| Schein Pharmaceutical | Triamterene/HCZT Tabs | 00364-2242-05 | Oral |
| Schein Pharmaceutical | Triamterene/HCZT Tabs | 00364-2242-02 | Oral |
| Schein Pharmaceutical | Triamterene/HCZT Tabs | 00364-2242-01 | Oral |
| Schein Pharmaceutical | Trihexyphenidyl HCl Tablets | 00364-0409-90 | Oral |
| Schein Pharmaceutical | Trihexyphenidyl Tabs | 00364-0409-02 | Oral |
| Schein Pharmaceutical | Trihexyphenidyl Tabs | 00364-0409-01 | Oral |
| Schein Pharmaceutical | Trihexyphenidyl Tabs | 00364-0408-02 | Oral |