**ANDERSON EXHIBIT 6X**

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 2 - page 124

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Schein Pharmaceutical | Trihexyphenidyl Tabs | 00364-0408-01 | Oral |
| Schein Pharmaceutical | Trihexyphenidyl Tabs | 00364-0408-90 | Oral |
| Schein Pharmaceutical | Trimethoprim Tabs | 00364-0649-01 | Oral |
| Schein Pharmaceutical | Urodine Tabs | 00364-0321-01 | Oral |
| Schein Pharmaceutical | Valproic Acid Caps | 00364-0822-01 | Oral |
| Schein Pharmaceutical | Valproic Acid Syrup | 00364-2139-16 | Oral |
| Schein Pharmaceutical | Vecuronium Bromide | 00364-3061-33 | Oral |
| Schein Pharmaceutical | Verapamil Sr Capsules | 00364-2880-01 | Oral |
| Schein Pharmaceutical | Verapamil Sr Capsules | 00364-2882-01 | Oral |
| Schein Pharmaceutical | Verapamil Sr Capsules | 00364-2884-01 | Oral |
| Schein Pharmaceutical | Verapamil Sr Capsules | 00364-2886-01 | Oral |

C:\Documents and Settings\Jim Breen\My Documents\BOSTON\3rdAmended\FINAL-Complaint-Pkg\Exhibit1-Drugs-Medicaid-Vol2.wpd

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 1

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Teva | ACETAM+COD TB # 30-300 mg | 00093-0150-10 | TABLET |
| Teva | ACETAM+COD TB # 15-300 mg | 00093-0050-01 | TABLET |
| Teva | ACETAM+COD TB # 15-300 mg | 00093-0050-10 | TABLET |
| Teva | ACETAM+COD TB # 30-300 mg | 00093-0150-01 | TABLET |
| Teva | ACETAM+COD TB # 60-300 mg | 00093-0350-01 | TABLET |
| Teva | ACETAM+COD TB # 60-300 mg | 00093-0350-05 | TABLET |
| Teva | ACETAM+COD TB # 60-300 mg | 00093-0350-10 | TABLET |
| Teva | ACYCLOVIR CAP 200 mg | 00093-8940-01 | CAPSULE |
| Teva | ACYCLOVIR CAP 200 mg | 00093-8940-05 | CAPSULE |
| Teva | ACYCLOVIR TAB 400 mg | 00093-8943-01 | TABLET |
| Teva | ACYCLOVIR TAB 400 mg | 00093-8943-05 | TABLET |
| Teva | ACYCLOVIR TAB 800 mg | 00093-8947-05 | TABLET |
| Teva | ACYCLOVIR TAB 800 mg | 00093-8947-01 | TABLET |
| Teva | ALBUTEROL SYRP 2 mg/5 ml | 00093-0661-16 | SYRUP |
| Teva | AMIODARONE TAB 200 mg | 00093-9133-52 | TABLET |
| Teva | AMIODARONE TAB 200 mg | 00093-9133-06 | TABLET |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 2

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | AMOXICIL CAP 250 mg | 00093-3107-01 | CAPSULE |
| Teva | AMOXICIL CAP 250 mg | 00093-3107-05 | CAPSULE |
| Teva | AMOXICIL CAP 500 mg | 00093-3109-05 | CAPSULE |
| Teva | AMOXICIL CAP 500 mg | 00093-3109-53 | CAPSULE |
| Teva | AMOXICIL CH TAB 250 mg | 00093-2268-05 | TAB CHEW |
| Teva | AMOXICIL CHW TAB 250 mg | 00093-2268-01 | TAB CHEW |
| Teva | AMOXICIL CHW TAB 125 mg | 00093-2267-01 | TAB CHEW |
| Teva | AMOXICIL SUSP 125 mg/5 ml | 00093-4150-73 | SUSP RECON |
| Teva | AMOXICIL SUSP 125 mg/5 ml | 00093-4150-80 | SUSP RECON |
| Teva | AMOXICIL SUSP 125 mg/5 ml | 00093-4150-79 | SUSP RECON |
| Teva | AMOXICIL SUSP 250 mg/5 ml | 00093-4155-80 | SUSP RECON |
| Teva | AMOXICIL SUSP 250 mg/5 ml | 00093-4155-73 | SUSP RECON |
| Teva | AMOXICIL SUSP 250 mg/5 ml | 00093-4155-79 | SUSP RECON |
| Teva | AMPICIL CAP 250 mg | 00093-5145-01 | CAPSULE |
| Teva | AMPICIL CAP 250 mg | 00093-5145-05 | CAPSULE |
| Teva | AMPICIL CAP 500 mg | 00093-5146-01 | CAPSULE |
| Teva | AMPICIL CAP 500 mg | 00093-5146-05 | CAPSULE |

## EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 3

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Teva | ATENOL TAB 50 MG | 00093-0752-10 | TABLET |
| Teva | ATENOL TAB 50 MG | 00093-0752-01 | TABLET |
| Teva | ATENOL TAB 100 MG | 00093-0753-01 | TABLET |
| Teva | BENZONATATE CAP 100 mg | 00093-0060-01 | CAPSULE |
| Teva | BETAMET DIP LOT 0.05% | 00093-0302-39 | LOTION |
| Teva | BETA-VAL CRM 0.1% | 00093-0673-15 | CREAM(GM) |
| Teva | BETA-VAL CRM 0.1% | 00093-0673-95 | CREAM(GM) |
| Teva | BETA-VAL LOT 0.1% | 00093-0671-39 | LOTION |
| Teva | BUPROPIO HCL TAB 75 mg | 00093-0280-01 | TABLET |
| Teva | BUPROPIO HCL TB 100 mg | 00093-0290-01 | TABLET |
| Teva | BUTAL+ACET+CAF 325-40-50 | 00093-0854-01 | TABLET |
| Teva | CAPTOPR HCTZ TAB 50-15 mg | 00093-0181-01 | TABLET |
| Teva | CAPTOPR HCTZ TAB 25-25 mg | 00093-0177-01 | TABLET |
| Teva | CAPTOPR HCTZ TAB 50-25 mg | 00093-0182-01 | TABLET |
| Teva | CAPTOPR HCTZ TAB 25-15 mg | 00093-0176-01 | TABLET |
| Teva | CAPTOPR TAB 25 mg | 00093-0092-01 | TABLET |
| Teva | CAPTOPR TAB 25 mg | 00093-0092-10 | TABLET |
| Teva | CAPTOPR TAB 50 mg | 00093-0097-10 | TABLET |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 4

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | CAPTOPR TAB 50 mg | 00093-0097-01 | TABLET |
| Teva | CAPTOPR TAB 100 mg | 00093-0098-01 | TABLET |
| Teva | CAPTOPR TAB 12.5 mg | 00093-0091-10 | TABLET |
| Teva | CAPTOPR TAB 12.5 mg | 00093-0091-01 | TABLET |
| Teva | CARBAMAZ CH TB 100 mg | 00093-0778-01 | TAB CHEW |
| Teva | CARBAMAZ TAB 200 mg | 00093-0109-01 | TABLET |
| Teva | CARBAMAZ TAB 200 mg | 00093-0109-10 | TABLET |
| Teva | CARBID+LEV TB 10-100 mg | 00093-0292-01 | TABLET |
| Teva | CARBID+LEV TB 10-100 mg | 00093-0292-05 | TABLET |
| Teva | CARBID+LEV TB 25-250 mg | 00093-0294-10 | TABLET |
| Teva | CARBID+LEV TB 25-250 mg | 00093-0294-05 | TABLET |
| Teva | CARBID+LEV TB 25-100 mg | 00093-0293-10 | TABLET |
| Teva | CARBID+LEV TB 25-100 mg | 00093-0293-01 | TABLET |
| Teva | CARBID+LEV TB 25-100 mg | 00093-0293-05 | TABLET |
| Teva | CARBID+LEV TB 25-250 mg | 00093-0294-01 | TABLET |
| Teva | CEPHALEX CAP 250 mg | 00093-3145-05 | CAPSULE |
| Teva | CEPHALEX CAP 250 mg | 00093-3145-01 | CAPSULE |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 5

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | CEPHALEX CAP 500 mg | 00093-3147-01 | CAPSULE |
| Teva | CEPHALEX CAP 500 mg | 00093-3147-05 | CAPSULE |
| Teva | CEPHALEX O/S 125 mg/5 ml | 00093-4175-73 | SUSP RECON |
| Teva | CEPHALEX O/S 125 mg/5 ml | 00093-4175-74 | SUSP RECON |
| Teva | CEPHALEX O/S 250 mg/5 ml | 00093-4177-74 | SUSP RECON |
| Teva | CEPHALEX O/S 250 mg/5 ml | 00093-4177-73 | SUSP RECON |
| Teva | CEPHALEX TAB 250 mg | 00093-2238-01 | TABLET |
| Teva | CEPHALEX TAB 500 mg | 00093-2240-01 | TABLET |
| Teva | CHLORHEX GLUC 1.25 mg/ml | 00093-0014-16 | LIQUID |
| Teva | CHLORZOX TAB 500 mg | 00093-0542-01 | TABLET |
| Teva | CHLORZOX TAB 500 mg | 00093-0542-05 | TABLET |
| Teva | CIMETID HCL O/S 300 mg/5 ml | 00093-0506-87 | LIQUID |
| Teva | CIMETID TAB 200 mg | 00093-0111-01 | TABLET |
| Teva | CIMETID TAB 300 mg | 00093-0112-10 | TABLET |
| Teva | CIMETID TAB 300 mg | 00093-0112-01 | TABLET |
| Teva | CIMETID TAB 300 mg | 00093-0112-05 | TABLET |
| Teva | CIMETID TAB 400 mg | 00093-0113-10 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 6

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | CIMETID TAB 400 mg | 00093-0113-06 | TABLET |
| Teva | CIMETID TAB 400 mg | 00093-0113-05 | TABLET |
| Teva | CIMETID TAB 400 mg | 00093-0113-01 | TABLET |
| Teva | CIMETID TAB 800 mg | 00093-0122-56 | TABLET |
| Teva | CIMETID TAB 800 mg | 00093-0122-05 | TABLET |
| Teva | CIMETID TAB 800 mg | 00093-0122-01 | TABLET |
| Teva | CLEMASTINE SYRP 0.67 mg/5 ml | 00093-0309-12 | SYRUP |
| Teva | CLEMASTINE TB 2.68 mg | 00093-0308-01 | TABLET |
| Teva | CLINDAMY CAP 150 mg | 00093-3171-01 | CAPSULE |
| Teva | CLOBETAS PR CR 0.05% | 00093-9650-30 | CREAM(GM) |
| Teva | CLOBETAS PR CR 0.05% | 00093-9650-15 | CREAM(GM) |
| Teva | CLOBETAS PR CR 0.05% | 00093-9650-95 | CREAM(GM) |
| Teva | CLOMIPH CITR TAB 50 mg | 00093-0041-56 | TABLET |
| Teva | CLOMIPH CITR TAB 50 mg | 00093-0041-03 | TABLET |
| Teva | CLOMIPRAM CAP 25 mg | 00093-0956-01 | CAPSULE |
| Teva | CLOMIPRAM CAP 50 mg | 00093-0958-01 | CAPSULE |
| Teva | CLOMIPRAM CAP 75 mg | 00093-0960-01 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 7

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Teva | CLONAZEPAM TAB 1 mg | 00093-0833-01 | TABLET |
| Teva | CLONAZEPAM TAB 0.5 mg | 00093-0832-05 | TABLET |
| Teva | CLONAZEPAM TAB 0.5 mg | 00093-0832-10 | TABLET |
| Teva | CLONAZEPAM TAB 2 mg | 00093-0834-01 | TABLET |
| Teva | CLONAZEPAM TAB 0.5 mg | 00093-0832-01 | TABLET |
| Teva | CLONAZEPAM TAB 1 mg | 00093-0833-05 | TABLET |
| Teva | CLONAZEPAM TAB 1 mg | 00093-0833-10 | TABLET |
| Teva | CLONAZEPAM TAB 2 mg | 00093-0834-05 | TABLET |
| Teva | CROMOL SOD OPH/ 4% | 00093-1389-43 | DROPS |
| Teva | DICLOFEN POT TB 50 mg | 00093-0948-05 | TABLET |
| Teva | DICLOFEN POT TB 50 mg | 00093-0948-01 | TABLET |
| Teva | DICLOFEN SOD TA 75 mg | 00093-8737-10 | TABLET DR |
| Teva | DICLOFEN SOD TA 75 mg | 00093-8737-01 | TABLET DR |
| Teva | DICLOXAC CAP 250 mg | 00093-3123-01 | CAPSULE |
| Teva | DICLOXAC CAP 500 mg | 00093-3125-01 | CAPSULE |
| Teva | DIFLUNIS TAB 500 mg | 00093-0755-05 | TABLET |
| Teva | DIFLUNIS TAB 500 mg | 00093-0755-06 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 8

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | DIFLUNIS TAB 500 mg | 00093-0755-01 | TABLET |
| Teva | DILTIAZEM ER CA 300 mg | 00093-5119-98 | CAP.SR 24H |
| Teva | DILTIAZEM ER CA 240 mg | 00093-5118-98 | CAP.SR 24H |
| Teva | DILTIAZEM ER CA 180 mg | 00093-5117-98 | CAP.SR 24H |
| Teva | DILTIAZEM ER CA 120 mg | 00093-5112-98 | CAP.SR 24H |
| Teva | DILTIAZEM ER CP 90 mg | 00093-0022-01 | CAP.SR 12H |
| Teva | DILTIAZEM ER CP 60 mg | 00093-0021-01 | CAP.SR 12H |
| Teva | DILTIAZEM ER CP 120 mg | 00093-0023-01 | CAP.SR 12H |
| Teva | DILTIAZEM TAB 90 mg | 00093-0320-01 | TABLET |
| Teva | DILTIAZEM TAB 30 mg | 00093-0318-01 | TABLET |
| Teva | DILTIAZEM TAB 30 mg | 00093-0318-05 | TABLET |
| Teva | DILTIAZEM TAB 60 mg | 00093-0319-01 | TABLET |
| Teva | DILTIAZEM TAB 60 mg | 00093-0319-05 | TABLET |
| Teva | DILTIAZEM TAB 120 mg | 00093-0321-01 | TABLET |
| Teva | DISOPYRAM CAP 150 mg | 00093-3129-01 | CAPSULE |
| Teva | DOXAZOSIN TAB 1 mg | 00093-8120-01 | TABLET |
| Teva | DOXAZOSIN TAB 2 mg | 00093-8121-01 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 9

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | DOXAZOSIN TAB 4 mg | 00093-8122-01 | TABLET |
| Teva | DOXAZOSIN TAB 8 mg | 00093-8123-01 | TABLET |
| Teva | DOXEPIN O/S 10 mg/ml | 00093-9612-12 | ORAL CONC. |
| Teva | DOXYCYC CAP 100 mg | 00093-0653-53 | CAPSULE |
| Teva | DOXYCYC TAB 100 mg | 00093-0750-53 | TABLET |
| Teva | ENALAPR MAL TAB 2.5 mg | 00093-0026-01 | TABLET |
| Teva | ENALAPR MAL TAB 5 mg | 00093-0027-01 | TABLET |
| Teva | ENALAPR MAL TAB 5 mg | 00093-0027-10 | TABLET |
| Teva | ENALAPR MAL TAB 10 mg | 00093-0028-01 | TABLET |
| Teva | ENALAPR MAL TAB 20 mg | 00093-0029-10 | TABLET |
| Teva | ENALAPR MAL TAB 20 mg | 00093-0029-01 | TABLET |
| Teva | ENALAPR MAL TB 10 mg | 00093-0028-10 | TABLET |
| Teva | ENALAPR MAL TB 2.5 mg | 00093-0026-10 | TABLET |
| Teva | EPITOL TAB 200MG | 00093-0090-01 | TABLET |
| Teva | ESTAZOLAM TAB 1 mg | 00093-0129-01 | TABLET |
| Teva | ESTAZOLAM TAB 2 mg | 00093-0130-01 | TABLET |
| Teva | ETHOSUXIM SYRP 250 mg/5 ml | 00093-9660-16 | SYRUP |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 10

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | ETODOLAC TAB 400 mg | 00093-0892-01 | TABLET |
| Teva | FAMOTID TAB 20 MG | 00093-0896-01 | TABLET |
| Teva | FAMOTID TAB 40 MG | 00093-0897-01 | TABLET |
| Teva | FLUOCIN CR EMUL 0.05% | 00093-0263-92 | CREAM(GM) |
| Teva | FLUOCINON CRM 0.05% | 00093-0262-15 | CREAM(GM) |
| Teva | FLUOCINON CRM 0.05% | 00093-0262-30 | CREAM(GM) |
| Teva | FLUOCINON CRM 0.5% | 00093-0262-92 | CREAM(GM) |
| Teva | FLUOCINON CRM E 0.05% | 00093-0263-15 | CREAM(GM) |
| Teva | FLUOCINON CRM E 0.05% | 00093-0263-30 | CREAM(GM) |
| Teva | FLUOCINON GEL 0.05% | 00093-0265-92 | GEL |
| Teva | FLUOCINON ONT 0.05% | 00093-0264-15 | OINT.(GM) |
| Teva | FLUOCINON ONT 0.05% | 00093-0264-30 | OINT.(GM) |
| Teva | FLUOCINON ONT 0.05% | 00093-0264-92 | OINT.(GM) |
| Teva | FLUOCINON SOL 0.05% | 00093-0266-39 | SOLUTION |
| Teva | FLUOXETINE CAP 20 mg | 00093-1043-01 | CAPSULE |
| Teva | FLUOXETINE CAP 40 mg | 00093-7198-56 | CAPSULE |
| Teva | FLUOXETINE CAP 10 mg | 00093-1042-01 | CAPSULE |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 11

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | FLUOXETINE TAB 10 mg | 00093-7188-56 | TABLET |
| Teva | FLUPHENAZ ELIX 2.5 mg/5 ml | 00093-9686-16 | ELIXIR |
| Teva | FLUPHENAZ ORAL 5 mg/ml | 00093-9630-12 | ORAL CONC. |
| Teva | FLURBIPR TAB 100 mg | 00093-0711-05 | TABLET |
| Teva | FLURBIPR TAB 100 mg | 00093-0711-01 | TABLET |
| Teva | FLUTAMIDE CAP 125 mg | 00093-7120-86 | CAPSULE |
| Teva | FLUTAMIDE CAP 125 mg | 00093-7120-05 | CAPSULE |
| Teva | GEMFIBR TAB 600 mg | 00093-0670-05 | TABLET |
| Teva | GEMFIBR TAB 600 mg | 00093-0670-06 | TABLET |
| Teva | GLYBURIDE TAB 1.5 mg | 00093-8034-01 | TABLET |
| Teva | GLYBURIDE TAB 2.5 mg | 00093-8343-10 | TABLET |
| Teva | GLYBURIDE TAB 6 mg | 00093-8036-01 | TABLET |
| Teva | GLYBURIDE TAB D 5 mg | 00093-9364-01 | TABLET |
| Teva | GLYBURIDE TAB D 1.25 mg | 00093-9477-53 | TABLET |
| Teva | GLYBURIDE TAB D 5 mg | 00093-9364-10 | TABLET |
| Teva | GLYBURIDE TAB D 5 mg | 00093-9364-05 | TABLET |
| Teva | GLYBURIDE TAB D 2.5 mg | 00093-9433-01 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 12

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | GLYBURIDE TAB D 2.5 mg | 00093-9433-05 | TABLET |
| Teva | GLYBURIDE TAB M 5 mg | 00093-8344-05 | TABLET |
| Teva | GLYBURIDE TAB M 5 mg | 00093-8344-01 | TABLET |
| Teva | GLYBURIDE TAB M 2.5 mg | 00093-8343-05 | TABLET |
| Teva | GLYBURIDE TAB M 2.5 mg | 00093-8343-01 | TABLET |
| Teva | GLYBURIDE TAB M 5 mg | 00093-8344-10 | TABLET |
| Teva | GLYBURIDE TB M 1.25 mg | 00093-8342-01 | TABLET |
| Teva | HALOP O/P  2MG/ml | 00093-9604-23 | ORAL CONC. |
| Teva | HALOP O/S  2MG/ml | 00093-9604-12 | ORAL CONC. |
| Teva | HYDROC ENEMA 100 mg/60 ml | 00093-9168-71 | ENEMA |
| Teva | HYDROXYCH TAB 200 mg | 00093-9774-05 | TABLET |
| Teva | HYDROXYCH TAB 200 mg | 00093-9774-01 | TABLET |
| Teva | INDAPAMIDE TAB 1.25 mg | 00093-0663-10 | TABLET |
| Teva | INDAPAMIDE TAB 1.25 mg | 00093-0663-01 | TABLET |
| Teva | INDAPAMIDE TAB 2.5 mg | 00093-0008-10 | TABLET |
| Teva | INDAPAMIDE TAB 2.5 mg | 00093-0008-01 | TABLET |
| Teva | ISOSOR MONO TAB 20 mg | 00093-0076-01 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 13

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Teva | ISOSOR MONO TAB 20 mg | 00093-0076-05 | TABLET |
| Teva | KETOCONAZOLE CR 2% | 00093-0840-92 | CREAM(GM) |
| Teva | KETOCONAZOLE CR 2% | 00093-0840-30 | CREAM(GM) |
| Teva | KETOCONAZOLE CR 2% | 00093-0840-15 | CREAM(GM) |
| Teva | KETOCONAZOLE TB 200 mg | 00093-0900-05 | TABLET |
| Teva | KETOCONAZOLE TB 200 mg | 00093-0900-01 | TABLET |
| Teva | KETOPROFEN CAP 50 mg | 00093-3193-01 | CAPSULE |
| Teva | KETOPROFEN CAP 75 mg | 00093-3195-01 | CAPSULE |
| Teva | KETOPROFEN CAP 75 mg | 00093-3195-05 | CAPSULE |
| Teva | KETOROLAC TAB 10 mg | 00093-0314-01 | TABLET |
| Teva | LABETALOL TAB 200 mg | 00093-0102-05 | TABLET |
| Teva | LIDOCA JEL 2% | 00093-9200-31 | JEL |
| Teva | LOPERAM CAP 2 MG | 00093-0311-01 | CAPSULE |
| Teva | LOPERAM CAP 2 MG | 00093-0311-05 | CAPSULE |
| Teva | LOVASTAT TAB 10 MG | 00093-0926-06 | TABLET |
| Teva | LOVASTAT TAB 10 MG | 00093-0926-10 | TABLET |
| Teva | LOVASTAT TAB 20 MG | 00093-0576-06 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 14

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | LOVASTAT TAB 20 MG | 00093-0576-10 | TABLET |
| Teva | LOVASTAT TAB 40 MG | 00093-0928-10 | TABLET |
| Teva | LOVASTAT TAB 40 MG | 00093-0928-06 | TABLET |
| Teva | MEBENDAZ CHEW T 100 mg | 00093-9107-29 | TAB CHEW |
| Teva | METAPROT TAB 10 MG | 00093-2230-01 | TABLET |
| Teva | METAPROT TAB 20 MG | 00093-2232-01 | TABLET |
| Teva | METHAZOLAM TAB 50 MG | 00093-9424-01 | TABLET |
| Teva | METHAZOLAM TAB 25 MG | 00093-9411-01 | TABLET |
| Teva | METOCLOPR TAB 5 mg | 00093-2204-01 | TABLET |
| Teva | METOCLOPR TAB 5 mg | 00093-2204-05 | TABLET |
| Teva | METOCLOPR TAB 10 mg | 00093-2203-05 | TABLET |
| Teva | METOCLOPR TAB 10 mg | 00093-2203-01 | TABLET |
| Teva | METOCLOPR TAB 10 mg | 00093-2203-10 | TABLET |
| Teva | METOPROL TB 50 MG | 00093-0733-10 | TABLET |
| Teva | METOPROL TB TRT 100 mg | 00093-0734-10 | TABLET |
| Teva | METOPROL TB TRT 100 mg | 00093-0734-01 | TABLET |
| Teva | METOPROL TB TRT 50 mg | 00093-0733-01 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 15

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | METRONID TAB 250 mg | 00093-0851-01 | TABLET |
| Teva | METRONID TAB 250 mg | 00093-0851-05 | TABLET |
| Teva | METRONID TAB 250 mg | 00093-0851-52 | TABLET |
| Teva | METRONID TAB 500 mg | 00093-0852-05 | TABLET |
| Teva | METRONID TAB 500 mg | 00093-0852-53 | TABLET |
| Teva | MEXILET CAP 150 mg | 00093-8739-01 | CAPSULE |
| Teva | MEXILET CAP 200 mg | 00093-8740-01 | CAPSULE |
| Teva | MEXILET CAP 250 mg | 00093-8741-01 | CAPSULE |
| Teva | MICRON GLYB TAB 3 mg | 00093-8035-10 | TABLET |
| Teva | MICRON GLYB TAB 3 mg | 00093-8035-05 | TABLET |
| Teva | MICRON GLYB TAB 3 mg | 00093-8035-01 | TABLET |
| Teva | MINOCYCLIN CAP 100 mg | 00093-3167-53 | CAPSULE |
| Teva | MINOCYCLIN CAP 50 mg | 00093-3165-01 | CAPSULE |
| Teva | MULTI VI+FL+IR 0.5 mg | 00093-9197-01 | TAB CHEW |
| Teva | MULTI VIT+FL CH 0.5 mg | 00093-9158-01 | TAB CHEW |
| Teva | MULTI VIT+FL CH 0.5 mg | 00093-9158-10 | TAB CHEW |
| Teva | MULTI VIT+FL CH 1 mg | 00093-9166-01 | TAB CHEW |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 16

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | MULTI VIT+FL CH 1 mg | 00093-9166-10 | TAB CHEW |
| Teva | MULTI VIT+FL+IR 1 mg | 00093-9159-01 | TAB CHEW |
| Teva | NAPROXEN DR TAB 375 mg | 00093-1005-01 | TABLET EC |
| Teva | NAPROXEN DR TAB 500 mg | 00093-1006-01 | TABLET EC |
| Teva | NAPROXEN DR TAB 375 mg | 00093-1005-05 | TABLET EC |
| Teva | NAPROXEN DR TAB 500 mg | 00093-1006-05 | TABLET EC |
| Teva | NAPROXEN SOD 275 mg | 00093-0536-05 | TABLET |
| Teva | NAPROXEN SOD 275 mg | 00093-0536-01 | TABLET |
| Teva | NAPROXEN SOD 275 mg | 00093-0536-10 | TABLET |
| Teva | NAPROXEN SOD 550 mg | 00093-0537-10 | TABLET |
| Teva | NAPROXEN SOD 550 mg | 00093-0537-05 | TABLET |
| Teva | NAPROXEN SOD 550 mg | 00093-0537-01 | TABLET |
| Teva | NAPROXEN TAB 250 mg | 00093-0147-05 | TABLET |
| Teva | NAPROXEN TAB 250 mg | 00093-0147-01 | TABLET |
| Teva | NAPROXEN TAB 250 mg | 00093-0147-10 | TABLET |
| Teva | NAPROXEN TAB 375 mg | 00093-0148-10 | TABLET |
| Teva | NAPROXEN TAB 375 mg | 00093-0148-01 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 17

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | NAPROXEN TAB 375 mg | 00093-0148-05 | TABLET |
| Teva | NAPROXEN TAB 500 mg | 00093-0149-01 | TABLET |
| Teva | NAPROXEN TAB 500 mg | 00093-0149-05 | TABLET |
| Teva | NAPROXEN TAB 500 mg | 00093-0149-10 | TABLET |
| Teva | NEOMYCIN TAB 500 mg | 00093-1177-01 | TABLET |
| Teva | NICARDIP CAP 20 mg | 00093-0793-05 | CAPSULE |
| Teva | NICARDIP CAP 20 mg | 00093-0793-01 | CAPSULE |
| Teva | NICARDIP CAP 30 mg | 00093-0794-05 | CAPSULE |
| Teva | NICARDIP CAP 30 mg | 00093-0794-01 | CAPSULE |
| Teva | NIFEDIP CAP 10 MG | 00093-8171-01 | CAPSULE |
| Teva | NIFEDIP CAP 10 MG | 00093-8171-55 | CAPSULE |
| Teva | NIFEDIP ER TAB 60 MG | 00093-0822-01 | TAB SA OSM |
| Teva | NORTRIP CAP 10 MG | 00093-0810-05 | CAPSULE |
| Teva | NORTRIP CAP 10 MG | 00093-0810-01 | CAPSULE |
| Teva | NORTRIP CAP 25 MG | 00093-0811-05 | CAPSULE |
| Teva | NORTRIP CAP 25 MG | 00093-0811-01 | CAPSULE |
| Teva | NORTRIP CAP 50 MG | 00093-0812-05 | CAPSULE |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 18

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Teva | NORTRIP CAP 50 MB | 00093-0812-01 | CAPSULE |
| Teva | NORTRIP CAP 75 MG | 00093-0813-05 | CAPSULE |
| Teva | NORTRIP CAP 75 MG | 00093-0813-01 | CAPSULE |
| Teva | NYSTATIN TAB 500 MU | 00093-0983-01 | TABLET |
| Teva | PENICIL V POT T 250 mg | 00093-5194-01 | TABLET |
| Teva | PENICIL V POT T 250 mg | 00093-5194-10 | TABLET |
| Teva | PENICIL-V POT T 500 mg | 00093-5195-05 | TABLET |
| Teva | PENICIL-VK O/S 250 mg/5 ml | 00093-4127-73 | SUSP RECON |
| Teva | PENICIL-VK O/S 125 mg/5 ml | 00093-4125-73 | SUSP RECON |
| Teva | PENICIL-VK O/S 250 mg/5 ml | 00093-4127-74 | SUSP RECON |
| Teva | PENICIL-VK O/S 125 mg/5 ml | 00093-5198-73 | SUSP RECON |
| Teva | PENICIL-VK O/S 250 mg/5 ml | 000935-199-73 | SUSP RECON |
| Teva | PENICIL-VK O/S 250 mg/5 ml | 00093-5199-74 | SUSP RECON |
| Teva | PENICIL-VK O/S 125 mg/5 ml | 00093-5198-74 | SUSP RECON |
| Teva | PENICIL-VK O/S 125 mg/5 ml | 00093-4125-74 | SUSP RECON |
| Teva | PENICIL-VK TAB 500 mg | 00093-1174-01 | TABLET |
| Teva | PENICIL-VK TAB 250 mg | 00093-1171-01 | TABLET |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 19

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | PENICIL-VK TAB 500 mg | 00093-5195-01 | TABLET |
| Teva | PENICIL-VK TAB 250 mg | 00093-1172-01 | TABLET |
| Teva | PENICIL-VK TAB 500 mg | 00093-1173-01 | TABLET |
| Teva | PENICIL-VK TB 250 mg | 00093-1171-10 | TABLET |
| Teva | PENICIL-VK TB 250 mg | 00093-1172-10 | TABLET |
| Teva | PENICIL-VK TB 500 mg | 00093-1174-10 | TABLET |
| Teva | PENICIL-VK TB 500 mg | 00093-1173-10 | TABLET |
| Teva | PENTOXIFYL ER T 400 mg | 00093-5116-01 | TABLET SA |
| Teva | PIROXICAM CAP 10 mg | 00093-0756-01 | CAPSULE |
| Teva | PIROXICAM CAP 20 mg | 00093-0757-05 | CAPSULE |
| Teva | PIROXICAM CAP 20 mg | 00093-0757-01 | CAPSULE |
| Teva | POT CHL ER TAB 8 MEQ | 00093-9225-10 | TABLET SA |
| Teva | POT CHL ER TAB 8 MEQ | 00093-9225-01 | TABLET SA |
| Teva | PREDNISOL SYRP 15 mg/5 ml | 00093-6118-16 | SYRUP |
| Teva | PREDNISOL SYRP 15 mg/5 ml | 00093-6118-87 | SYRUP |
| Teva | PRENATAL OPTIMA 90-1MG | 00093-9217-93 | TABLET |
| Teva | PRENATAL PLUS T 27-1 MG | 00093-9111-05 | TABLET |

# EXHIBIT  "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 20

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | PRENATAL PLUS T 27-1 MG | 00093-9111-01 | TABLET |
| Teva | PRENATAL+BETA R 27-0.5 MG | 00093-9165-54 | TABLET |
| Teva | PRENATAL+BETA R 27-0.5 MG | 00093-9165-05 | TABLET |
| Teva | PROCAIN ER TAB 750 mg | 00093-9114-01 | TABLET SA |
| Teva | PROCAIN ER TAB 750 mg | 00093-9114-05 | TABLET SA |
| Teva | PROCAIN ER TAB 1000 mg | 00093-9117-01 | TABLET SA |
| Teva | PROCAIN SR TAB 500 mg | 00093-9188-01 | TABLET SA |
| Teva | PROCAIN SR TAB 500 mg | 00093-9188-05 | TABLET SA |
| Teva | PROCHLORPERAZ T 5 mg | 00093-9643-01 | TABLET |
| Teva | PROCHLORPERAZ T 10 mg | 00093-9652-01 | TABLET |
| Teva | PROPACET-100 TAB 100-650 mg | 00093-0490-01 | TABLET |
| Teva | PROPOX CAP 65MG | 00093-0741-01 | CAPSULE |
| Teva | PROPOX CAP 65MG | 00093-0741-05 | CAPSULE |
| Teva | PROPOX CAP 65MG | 00093-0741-10 | CAPSULE |
| Teva | PROPOX CMP CAP 65 MG | 00093-0686-01 | CAPSULE |
| Teva | PROPOX CMP CAP 65 MG | 00093-0686-05 | CAPSULE |
| Teva | PROPOX+N TB 1C/ 100-650 MG | 00093-0490-05 | TABLET |
| Teva | PROPOX+N TB 1C/ 100-650 MG | 00093-0890-05 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 21

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Teva | PROPOX+NAP TAB 100-650 MG | 00093-0890-01 | TABLET |
| Teva | QUINID ER TAB 300 MG | 00093-9175-52 | TABLET SA |
| Teva | QUINID ER TAB 300 MG | 00093-9175-01 | TABLET SA |
| Teva | RANITID TAB 150 MG | 00093-8544-10 | TABLET |
| Teva | RANITID TAB 150 MG | 00093-8544-06 | TABLET |
| Teva | RANITID TAB 150 MG | 00093-8544-05 | TABLET |
| Teva | RANITID TAB 150 MG | 00093-8544-01 | TABLET |
| Teva | RANITID TAB 300 MG | 00093-8547-56 | TABLET |
| Teva | RANITID TAB 300 MG | 00093-8547-52 | TABLET |
| Teva | RANITID TAB 300 MG | 00093-8547-01 | TABLET |
| Teva | SILVER NIT SOL 0.5% | 00093-9614-13 | SOLUTION |
| Teva | SOD FLUO CH TAB 1 mg | 00093-9131-10 | TAB CHEW |
| Teva | SOD FLUO DPR 0.5 mg/ml | 00093-9654-57 | DROPS |
| Teva | SOTALOL TAB 120 mg | 00093-1060-01 | TABLET |
| Teva | SOTALOL TAB 160 mg | 00093-1062-01 | TABLET |
| Teva | SOTALOL TAB 240 mg | 00093-1063-01 | TABLET |
| Teva | SOTALOL TAB 80 mg | 00093-1061-01 | TABLET |