**ANDERSON EXHIBIT 6Y**

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 22

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | SUCRALFATE TAB 1G | 00093-2210-05 | TABLET |
| Teva | SUCRALFATE TAB 1G | 00093-2210-01 | TABLET |
| Teva | SULFAM+TRI PED 200-40 MG/5 ml | 00093-0562-16 | ORAL SUSP |
| Teva | SULFAM+TRI TAB 400-80 mg | 00093-0088-05 | TABLET |
| Teva | SULFAM+TRI TAB 400-80 mg | 00093-0088-01 | TABLET |
| Teva | SULFAM+TRI TAB 800-160 mg | 00093-0089-05 | TABLET |
| Teva | SULFAM+TRI TAB 800-160 mg | 00093-0089-01 | TABLET |
| Teva | TERAZOSIN HCL C 1 MG | 00093-0760-01 | CAPSULE |
| Teva | TERAZOSIN HCL C 5 MG | 00093-0762-01 | CAPSULE |
| Teva | TERAZOSIN HCL C 10 mg | 00093-0763-01 | CAPSULE |
| Teva | TERAZOSIN HCL C 2 mg | 00093-0761-01 | CAPSULE |
| Teva | TICLOPIDIN TB 250 mg | 00093-0154-05 | TABLET |
| Teva | TICLOPIDIN TB 250 mg | 00093-0154-01 | TABLET |
| Teva | TOLMETIN CAP 400 mg | 00093-8815-01 | CAPSULE |
| Teva | TOLMETIN CAP 400 mg | 00093-8815-10 | CAPSULE |
| Teva | TRAZOD TAB  50MG | 00093-0637-10 | TABLET |
| Teva | TRAZOD TAB  50MG | 00093-0637-01 | TABLET |
| Teva | TRAZOD TAB 100 MG | 00093-0638-01 | TABLET |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
### Volume 3 - page 23

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Teva | TRAZOD TAB 100 MG | 00093-0638-10 | TABLET |
| Teva | TRIACET CRM 0.1% | 00093-0937-15 | CREAM(GM) |
| Teva | TRIACET CRM 0.1% | 00093-0937-81 | CREAM(GM) |
| Teva | TRIMETHOP TAB 100 mg | 00093-2158-01 | TABLET |
| Teva | TRIMETHOP TAB 200 mg | 00093-2159-01 | TABLET |
| Teva | URSODIOL CAP 300 mg | 00093-9380-01 | CAPSULE |
| Teva | VALPROIC SYRP 250 mg/5 ml | 00093-9633-16 | SYRUP |
| Teva | VERAPAM ER CAP 120 mg | 00093-5151-01 | CAP24H PEL |
| Teva | VERAPAM ER CAP 180 mg | 00093-5152-01 | CAP24H PEL |
| Teva | VERAPAM ER CAP 240 mg | 00093-5153-01 | CAP24H PEL |
| Teva | VIT B-COMP PLS 27-0.8 mg | 00093-9152-05 | TABLET |
| Teva | VIT B-COMP PLS 27-0.8 mg | 00093-9152-01 | TABLET |
| UDL Laboratories | Acetam+cod Tb # 30 - 300 mg | 51079-0161-20 | Tablet |
| UDL Laboratories | Acetam+cod Tb # 30 - 300 mg | 51079-0161-21 | Tablet |
| UDL Laboratories | Acetam+cod Tb # 60 - 300 mg | 51079-0106-21 | Tablet |
| UDL Laboratories | Acetam+cod Tb # 60 - 300 mg | 51079-0106-20 | Tablet |
| UDL Laboratories | Acetam+cod Tb 30 - 300 mg | 51079-0161-24 | Tablet |
| UDL Laboratories | Acyclovir Cap 200 mg | 51079-0876-20 | Capsule |
| UDL Laboratories | Acyclovir Tab 400 mg | 51079-0877-20 | Tablet |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 24

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Acyclovir Tab 800 mg | 51079-0878-20 | Tablet |
| UDL Laboratories | Albuterol Tb 2 mg | 51079-0657-20 | Tablet |
| UDL Laboratories | Albuterol Tb 4 mg | 51079-0658-20 | Tablet |
| UDL Laboratories | Albuterol Syrp 2 mg/5 ml | 51079-0760-10 | Syrup |
| UDL Laboratories | Allopur Tb 100 mg | 51079-0205-20 | Tablet |
| UDL Laboratories | Allopur Tb 300 mg | 51079-0206-20 | Tablet |
| UDL Laboratories | Alprazol Tab 0.25 mg | 51079-0788-21 | Tablet |
| UDL Laboratories | Alprazol Tab 0.5 mg | 51079-0789-21 | Tablet |
| UDL Laboratories | Alprazol Tab 1 mg | 51079-0790-21 | Tablet |
| UDL Laboratories | Alprazol Tb 0.25 mg | 51079-0788-20 | Tablet |
| UDL Laboratories | Alprazol Tb 0.5 mg | 51079-0789-20 | Tablet |
| UDL Laboratories | Alprazol Tb 1 mg | 51079-0790-20 | Tablet |
| UDL Laboratories | Amantad Cp 100 mg | 51079-0481-20 | Capsule |
| UDL Laboratories | Amilor+hctz Tb 50-5 mg | 51079-0421-20 | Tablet |
| UDL Laboratories | Amiodarone Tb 200 mg | 51079-0906-20 | Tablet |
| UDL Laboratories | Amitrip Tab 100 mg | 51079-0563-20 | Tablet |
| UDL Laboratories | Amitrip Tab 10 mg | 51079-0131-20 | Tablet |
| UDL Laboratories | Amitrip Tab 150 mg | 51079-0564-20 | Tablet |
| UDL Laboratories | Amitrip Tab 25 mg | 51079-0107-20 | Tablet |
| UDL Laboratories | Amitrip Tab 50 mg | 51079-0133-20 | Tablet |
| UDL Laboratories | Amitrip Tab 75 mg | 51079-0147-20 | Tablet |
| UDL Laboratories | Amoxicil Cp 250 mg | 51079-0600-20 | Capsule |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 25

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Amoxicil Cp 500 mg | 51079-0601-20 | Capsule |
| UDL Laboratories | Atenol Tab 25 mg | 51079-0759-20 | Tablet |
| UDL Laboratories | Atenol Tab 50 mg | 51079-0684-20 | Tablet |
| UDL Laboratories | Atenol Tab 50 mg | 51079-0684-24 | Tablet |
| UDL Laboratories | Atenol Tab 100 mg | 51079-0685-20 | Tablet |
| UDL Laboratories | Benztrop Tab 1 mg | 51079-0221-20 | Tablet |
| UDL Laboratories | Benztrop Tab 2 mg | 51079-0222-20 | Tablet |
| UDL Laboratories | Benztrop Tb 0.5 mg | 51079-0220-20 | Tablet |
| UDL Laboratories | Bisopr Tab 10 - 6.25 mg | 51079-0956-20 | Tablet |
| UDL Laboratories | Bisopr Tab 2.5 - 6.25 mg | 51079-0954-20 | Tablet |
| UDL Laboratories | Bisopr Tab 5 - 6.25 mg | 51079-0955-20 | Tablet |
| UDL Laboratories | Bumetan Tab 0.5 mg | 51079-0891-20 | Tablet |
| UDL Laboratories | Bumetan Tab 1 mg | 51079-0892-20 | Tablet |
| UDL Laboratories | Bumetan Tab 2 mg | 51079-0893-20 | Tablet |
| UDL Laboratories | Bupropio Hcl Tb 75 mg | 51079-0943-20 | Tablet |
| UDL Laboratories | Bupropio Hcl Tb 100 mg | 51079-0944-20 | Tablet |
| UDL Laboratories | Captopr Tab 25 mg | 51079-0864-20 | Tablet |
| UDL Laboratories | Captopr Tab 12.5 mg | 51079-0863-20 | Tablet |
| UDL Laboratories | Carbamaz Tab 100 mg | 51079-0870-20 | Tab Chew |
| UDL Laboratories | Carbamaz Tab 200 mg | 51079-0385-20 | Tablet |
| UDL Laboratories | Carbamaz Tab 200 mg | 51079-0385-24 | Tablet |
| UDL Laboratories | Carbid+lev Tb 10 - 100 mg | 51079-0755-20 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 26

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Carbid+lev Tb 25 - 100 mg | 51079-0756-20 | Tablet |
| UDL Laboratories | Carbid+lev Tb 25 - 100 mg | 51079-0756-24 | Tablet |
| UDL Laboratories | Carbid+lev Tb 25 - 250 mg | 51079-0783-20 | Tablet |
| UDL Laboratories | Carisoprod Tb 350 mg | 51079-0055-20 | Tablet |
| UDL Laboratories | Cefaclor Cap 250 mg | 51079-0617-20 | Capsule |
| UDL Laboratories | Cefaclor Cap 500 mg | 51079-0618-20 | Capsule |
| UDL Laboratories | Cephalex Cap 500 mg | 51079-0605-20 | Capsule |
| UDL Laboratories | Cephalex Cp 250 mg | 51079-0604-20 | Capsule |
| UDL Laboratories | Chlordiaz Cap 10 mg | 51079-0375-20 | Capsule |
| UDL Laboratories | Chlordiaz Cap 10 mg | 51079-0375-21 | Capsule |
| UDL Laboratories | Chlordiaz Cap 25 mg | 51079-0141-20 | Capsule |
| UDL Laboratories | Chlordiaz Cap 25 mg | 51079-0141-21 | Capsule |
| UDL Laboratories | Chlordiaz Cap 5 mg | 51079-0374-20 | Capsule |
| UDL Laboratories | Chlordiaz Cap 5 mg | 51079-0374-21 | Capsule |
| UDL Laboratories | Chlorprom Tab 10 mg | 51079-0518-20 | Tablet |
| UDL Laboratories | Chlorprom Tab 200 mg | 51079-0517-20 | Tablet |
| UDL Laboratories | Chlorprop Tab 100 mg | 51079-0202-20 | Tablet |
| UDL Laboratories | Chlorprop Tab 250 mg | 51079-0203-20 | Tablet |
| UDL Laboratories | Chloroth Tab 250 mg | 51079-0060-20 | Tablet |
| UDL Laboratories | Chloroth Tab 500 mg | 51079-0061-20 | Tablet |
| UDL Laboratories | Chlorphen Tab 4 mg | 51079-0163-20 | Tablet |
| UDL Laboratories | Chlorprom Tab 100 mg | 51079-0516-20 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 27

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Chlorprom Tab 25 mg | 51079-0519-20 | Tablet |
| UDL Laboratories | Chlorprom Tab 50 mg | 51079-0130-20 | Tablet |
| UDL Laboratories | Chlorth Tab 25 mg | 51079-0058-20 | Tablet |
| UDL Laboratories | Chlorth Tab 50 mg | 51079-0059-20 | Tablet |
| UDL Laboratories | Chlorzox Tab 500 mg | 51079-0476-20 | Tablet |
| UDL Laboratories | Cimetid O/s 3cm 300 Mg/5 ml | 51079-0770-10 | Liquid |
| UDL Laboratories | Cimetid Tab 300 mg | 51079-0807-20 | Tablet |
| UDL Laboratories | Cimetid Tab 400 mg | 51079-0808-20 | Tablet |
| UDL Laboratories | Cimetid Tab 400 mg | 51079-0808-24 | Tablet |
| UDL Laboratories | Cimetid Tab 800 mg | 51079-0809-20 | Tablet |
| UDL Laboratories | Clindamy Cap 150 mg | 51079-0598-20 | Capsule |
| UDL Laboratories | Clonazepam Tab 1 mg | 51079-0882-20 | Tablet |
| UDL Laboratories | Clonazepam Tab 1 mg | 51079-0882-21 | Tablet |
| UDL Laboratories | Clonazepam Tab 2 Mg | 51079-0883-20 | Tablet |
| UDL Laboratories | Clonazepam Tab 2 mg | 51079-0883-21 | Tablet |
| UDL Laboratories | Clonazepam Tb 0.5 mg | 51079-0881-20 | Tablet |
| UDL Laboratories | Clonazepam Tb 0.5 mg | 51079-0881-21 | Tablet |
| UDL Laboratories | Clonidinine Tab 0.1 mg | 51079-0299-20 | Tablet |
| UDL Laboratories | Clonidinine Tab 0.2 mg | 51079-0300-20 | Tablet |
| UDL Laboratories | Clonidinine Tab 0.3 mg | 51079-0301-20 | Tablet |
| UDL Laboratories | Clorazep 3.75 mg | 51079-0633-20 | Tablet |
| UDL Laboratories | Clorazep Tb 15 mg | 51079-0635-20 | Tablet |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 28

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Clorazep Tb 7.5 mg | 51079-0634-20 | Tablet |
| UDL Laboratories | Clozapine Tab 100 mg | 51079-0922-20 | Tablet |
| UDL Laboratories | Clozapine Tab 25 mg | 51079-0921-20 | Tablet |
| UDL Laboratories | Cyclobenz Tb 10 mg | 51079-0644-20 | Tablet |
| UDL Laboratories | Desipram Tab 25 mg | 51079-0489-20 | Tablet |
| UDL Laboratories | Desipram Tab 50 mg | 51079-0490-20 | Tablet |
| UDL Laboratories | Desipram Tab 75 mg | 51079-0491-20 | Tablet |
| UDL Laboratories | Diazepam Tab 2 mg | 51079-0284-21 | Tablet |
| UDL Laboratories | Diazepam Tab 5 mg | 51079-0285-21 | Tablet |
| UDL Laboratories | Diazepam Tab 10 mg | 51079-0286-21 | Tablet |
| UDL Laboratories | Diazepam Tb 2 mg | 51079-0284-20 | Tablet |
| UDL Laboratories | Diazepam Tb 5 mg | 51079-0285-20 | Tablet |
| UDL Laboratories | Diazepam Tb 10 mg | 51079-0286-20 | Tablet |
| UDL Laboratories | Dicyclom Cap 10 mg | 51079-0118-20 | Capsule |
| UDL Laboratories | Dicyclom Tab 20 mg | 51079-0119-20 | Tablet |
| UDL Laboratories | Digitek Tab .12 125 Mcg | 51079-0945-20 | Tablet |
| UDL Laboratories | Digitek Tab .12 125 Mcg | 51079-0945-24 | Tablet |
| UDL Laboratories | Digitek Tab .25 250 Mcg | 51079-0946-20 | Tablet |
| UDL Laboratories | Digitek Tab .25 250 Mcg | 51079-0946-24 | Tablet |
| UDL Laboratories | Diltiazem Cap 60 mg | 51079-0924-20 | Cap.sr 12h |
| UDL Laboratories | Diltiazem Cap 90 mg | 51079-0925-20 | Cap.sr 12h |
| UDL Laboratories | Diltiazem Tab 120 mg | 51079-0947-08 | Capsule cr |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 29

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Diltiazem Tab 180 mg | 51079-0948-08 | Capsule cr |
| UDL Laboratories | Diltiazem Tab 240 mg | 51079-0949-08 | Capsule cr |
| UDL Laboratories | Diltiazem Tab 30 mg | 51079-0745-20 | Tablet |
| UDL Laboratories | Diltiazem Tab 60 mg | 51079-0746-20 | Tablet |
| UDL Laboratories | Diltiazem Tab 90 mg | 51079-0747-20 | Tablet |
| UDL Laboratories | Diphenhyd Cp 50 mg | 51079-0066-20 | Capsule |
| UDL Laboratories | Diphenox+atr ta 2.5 - .025 mg | 51079-0067-20 | Tablet |
| UDL Laboratories | Dipyridam Tb 25 mg | 51079-0068-20 | Tablet |
| UDL Laboratories | Dipyridam Tb 50 mg | 51079-0069-20 | Tablet |
| UDL Laboratories | Dipyridam Tb 75 mg | 51079-0070-20 | Tablet |
| UDL Laboratories | Doxazosin Tab 4 mg | 51079-0959-20 | Tablet |
| UDL Laboratories | Doxepin Cap 10 mg | 51079-0436-20 | Capsule |
| UDL Laboratories | Doxepin Cap 25 mg | 51079-0437-20 | Capsule |
| UDL Laboratories | Doxepin Cap 50 mg | 51079-0438-20 | Capsule |
| UDL Laboratories | Doxepin Cap 75 mg | 51079-0645-20 | Capsule |
| UDL Laboratories | Doxepin Cap 100 mg | 51079-0651-20 | Capsule |
| UDL Laboratories | Doxycyc Cap 100 mg | 51079-0522-20 | Capsule |
| UDL Laboratories | Doxycyc Tab 100 mg | 51079-0554-20 | Tablet |
| UDL Laboratories | Enalapr Tab 10 mg | 51079-0952-20 | Tablet |
| UDL Laboratories | Enalapr Tab 2.5 mg | 51079-0950-20 | Tablet |
| UDL Laboratories | Enalapr Tab 20 mg | 51079-0953-20 | Tablet |
| UDL Laboratories | Enalapr Tab 5 mg | 51079-0951-20 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 30

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Enalapr Mal 10 - 25 mg | 51079-0977-20 | Tablet |
| UDL Laboratories | Famotid Tab 20 mg | 51079-0966-20 | Tablet |
| UDL Laboratories | Fenoporf Tab 600 mg | 51079-0477-20 | Tablet |
| UDL Laboratories | Fluoxetine Cap 20 mg | 51079-0971-20 | Capsule |
| UDL Laboratories | Fluphenaz Tb 1 mg | 51079-0485-20 | Tablet |
| UDL Laboratories | Fluphenaz Tb 2.5 mg | 51079-0486-20 | Tablet |
| UDL Laboratories | Fluphenaz Tb 5 mg | 51079-0487-20 | Tablet |
| UDL Laboratories | Fluphenaz Tb 10 mg | 51079-0488-20 | Tablet |
| UDL Laboratories | Flurazep Cap 15 mg | 51079-0302-21 | Capsule |
| UDL Laboratories | Flurazep Cap 30 mg | 51079-0303-21 | Capsule |
| UDL Laboratories | Flurazep Cp 15 mg | 51079-0302-20 | Capsule |
| UDL Laboratories | Flurazep Cp 30 mg | 51079-0303-20 | Capsule |
| UDL Laboratories | Flurbipr Tab 100 mg | 51079-0815-20 | Tablet |
| UDL Laboratories | Folic Acid Tb 1 mg | 51079-0041-20 | Tablet |
| UDL Laboratories | Furosem Tab 20 mg | 51079-0072-20 | Tablet |
| UDL Laboratories | Furosem Tab 20 mg | 51079-0072-24 | Tablet |
| UDL Laboratories | Furosem Tab 40 mg | 51079-0073-20 | Tablet |
| UDL Laboratories | Furosem Tab 40 mg | 51079-0073-24 | Tablet |
| UDL Laboratories | Furosem Tab 80 mg | 51079-0527-20 | Tablet |
| UDL Laboratories | Gemfibr Tb 600 mg | 51079-0787-20 | Tablet |
| UDL Laboratories | Glipizide Tab 5 mg | 51079-0810-20 | Tablet |
| UDL Laboratories | Glipizide Tab 10 mg | 51079-0811-20 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 31

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Glyburide Tab 5 mg | 51079-0873-20 | Tablet |
| UDL Laboratories | Glyburide Tb 2.5 Mg | 51079-0872-20 | Tablet |
| UDL Laboratories | Guaifen+cod 10 mg | 51079-0842-30 | Syrup |
| UDL Laboratories | Guaifen+cod 5ml 100 - 10 mg/5 ml | 51079-0841-30 | Syrup |
| UDL Laboratories | Halop O/s  5mg 1 Mg/ml | 51079-0797-10 | Solution |
| UDL Laboratories | Halop O/s  10mg 1 Mg/ml | 51079-0798-10 | Solution |
| UDL Laboratories | Halop O/s  15mg 1 Mg/ml | 51079-0799-10 | Solution |
| UDL Laboratories | Halop O/s  20mg 1 Mg/ml | 51079-0800-10 | Solution |
| UDL Laboratories | Hydrochl Tb 25 mg | 51079-0049-20 | Tablet |
| UDL Laboratories | Hydrochl Tb 50 mg | 51079-0111-20 | Tablet |
| UDL Laboratories | Hydrocod+ac 5 - 500 mg | 51079-0420-20 | Tablet |
| UDL Laboratories | Hydrocod+ac 5 - 500 mg | 51079-0933-20 | Tablet |
| UDL Laboratories | Hydrocod+ac 7.5 - 750 mg | 51079-0748-21 | Tablet |
| UDL Laboratories | Hydrocod+ac 7.5 - 500 mg | 51079-0867-21 | Tablet |
| UDL Laboratories | Hydrocod+ac Tb 5 - 500 mg | 51079-0420-21 | Tablet |
| UDL Laboratories | Hydrocod+ac Tb 5 - 500 mg | 51079-0933-21 | Tablet |
| UDL Laboratories | Hydrox+pam Cp 25 mg | 51079-0077-20 | Capsule |
| UDL Laboratories | Hydrox+pam Cp 50 mg | 51079-0078-20 | Capsule |
| UDL Laboratories | Ibuprof Tab 400 mg | 51079-0281-24 | Tablet |
| UDL Laboratories | Ibuprof Tab 600 mg | 51079-0282-24 | Tablet |
| UDL Laboratories | Ibuprof Tab 800 mg | 51079-0596-24 | Tablet |
| UDL Laboratories | Ibuprof Tb 400 mg | 51079-0281-20 | Tablet |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 32

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Ibuprof Tb 600 mg | 51079-0282-20 | Tablet |
| UDL Laboratories | Ibuprof Tb 800 mg | 51079-0596-20 | Tablet |
| UDL Laboratories | Indapamide Tb 2.5 mg | 51079-0868-20 | Tablet |
| UDL Laboratories | Indomet Cap 25 mg | 51079-0190-20 | Capsule |
| UDL Laboratories | Indomet Cap 50 mg | 51079-0191-20 | Capsule |
| UDL Laboratories | Isoniazid Tb 300 mg | 51079-0083-20 | Tablet |
| UDL Laboratories | Isoniazid Tb 100 mg | 51079-0082-20 | Tablet |
| UDL Laboratories | Labetalol Tab 100 mg | 51079-0928-20 | Tablet |
| UDL Laboratories | Labetalol Tab 200 mg | 51079-0929-20 | Tablet |
| UDL Laboratories | Lactulose Syr 1 10 G/15 ml | 51079-0636-10 | Syrup |
| UDL Laboratories | Lactulose Syr 3 10 G/15 ml | 51079-0637-10 | Syrup |
| UDL Laboratories | Leucovorin Tab 5 mg | 51079-0581-06 | Tablet |
| UDL Laboratories | Loperam Cap 2 mg | 51079-0690-20 | Capsule |
| UDL Laboratories | Lorazep Tab 0.5 mg | 51079-0417-20 | Tablet |
| UDL Laboratories | Lorazep Tab 0.5 mg | 51079-0417-21 | Tablet |
| UDL Laboratories | Lorazep Tab 0.5 mg | 51079-0417-24 | Tablet |
| UDL Laboratories | Lorazep Tab 1 mg | 51079-0386-20 | Tablet |
| UDL Laboratories | Lorazep Tab 1 mg | 51079-0386-24 | Tablet |
| UDL Laboratories | Lorazep Tab 2 mg | 51079-0387-20 | Tablet |
| UDL Laboratories | Lorazep Tab 2 mg | 51079-0387-21 | Tablet |
| UDL Laboratories | Lorazep Tab I mg | 51079-0386-21 | Tablet |
| UDL Laboratories | Lovastat Tab 10 mg | 51079-0974-20 | Tablet |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 33

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Lovastat Tab 20 mg | 51079-0975-20 | Tablet |
| UDL Laboratories | Lovastat Tab 40 mg | 51079-0976-20 | Tablet |
| UDL Laboratories | Loxapin Cap 5 mg | 51079-0900-20 | Capsule |
| UDL Laboratories | Loxapin Cap 10 mg | 51079-0901-20 | Capsule |
| UDL Laboratories | Loxapin Cap 25 mg | 51079-0902-20 | Capsule |
| UDL Laboratories | Loxapin Cap 50 mg | 51079-0903-20 | Capsule |
| UDL Laboratories | Mecliz Tab 25 mg | 51079-0090-20 | Tablet |
| UDL Laboratories | Megestr Tab 20 mg | 51079-0434-20 | Tablet |
| UDL Laboratories | Megestr Tab 40 mg | 51079-0435-20 | Tablet |
| UDL Laboratories | Metform Tab 500 mg | 51079-0972-20 | Tablet |
| UDL Laboratories | Metform Tab 850 mg | 51079-0973-20 | Tablet |
| UDL Laboratories | Methotr Tab 2.5 mg | 51079-0670-05 | Tablet |
| UDL Laboratories | Methyld Tab 250 mg | 51079-0200-20 | Tablet |
| UDL Laboratories | Methyld Tab 500 mg | 51079-0201-20 | Tablet |
| UDL Laboratories | Metoclopr Syr 1 5 Mg/5 ml | 51079-0590-10 | Solution |
| UDL Laboratories | Metoclopr Syr 5 5 Mg/5 ml | 51079-0429-10 | Solution |
| UDL Laboratories | Metoclopr Tab 5 mg | 51079-0629-20 | Tablet |
| UDL Laboratories | Metoclopr Tab 10 mg | 51079-0283-20 | Tablet |
| UDL Laboratories | Metoclopr Tab 10 mg | 51079-0283-24 | Tablet |
| UDL Laboratories | Metoprol Tab 50 mg | 51079-0801-20 | Tablet |
| UDL Laboratories | Metoprol Tab 50 mg | 51079-0801-24 | Tablet |
| UDL Laboratories | Metoprol Tab 100 mg | 51079-0802-20 | Tablet |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 34

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Metronid Tab 250 mg | 51079-0122-20 | Tablet |
| UDL Laboratories | Metronid Tab 500 mg | 51079-0126-20 | Tablet |
| UDL Laboratories | Nadolol Tb 20 mg | 51079-0812-20 | Tablet |
| UDL Laboratories | Nadolol Tb 40 mg | 51079-0813-20 | Tablet |
| UDL Laboratories | Nadolol Tb 80 mg | 51079-0814-20 | Tablet |
| UDL Laboratories | Naproxen Tab 250 mg | 51079-0793-20 | Tablet |
| UDL Laboratories | Naproxen Tab 375 mg | 51079-0794-20 | Tablet |
| UDL Laboratories | Naproxen Tab 500 mg | 51079-0795-20 | Tablet |
| UDL Laboratories | Naproxen Tb 500 mg | 51079-0795-24 | Tablet |
| UDL Laboratories | Neomycin Tb 500  mg | 51079-0015-20 | Tablet |
| UDL Laboratories | Nitrofuran Cp 50 mg | 51079-0584-20 | Capsule |
| UDL Laboratories | Nitrofuran Cp 100 mg | 51079-0585-20 | Capsule |
| UDL Laboratories | Nortrip Cap 10 mg | 51079-0803-20 | Capsule |
| UDL Laboratories | Nortrip Cap 25 mg | 51079-0804-20 | Capsule |
| UDL Laboratories | Nortrip Cap 50 mg | 51079-0805-20 | Capsule |
| UDL Laboratories | Nystat O/s 500m 100 Mu/ml | 51079-0307-10 | Oral Susp |
| UDL Laboratories | Oxazepam Cap 15 mg | 51079-0478-20 | Capsule |
| UDL Laboratories | Oxazepam Cap 15 mg | 51079-0478-21 | Capsule |
| UDL Laboratories | Oxybutynin Tab 5 mg | 51079-0628-20 | Tablet |
| UDL Laboratories | Penicil-vk Tb 250 mg | 51079-0615-20 | Tablet |
| UDL Laboratories | Penicil-vk Tb 500 mg | 51079-0616-20 | Tablet |
| UDL Laboratories | Pentoxifyl Tab 400 mg | 51079-0889-20 | Tablet |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 35

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Perphen Tab 16 mg | 51079-0823-20 | Tablet |
| UDL Laboratories | Perphen Tab 2 mg | 51079-0738-20 | Tablet |
| UDL Laboratories | Perphen Tab 4 mg | 51079-0739-20 | Tablet |
| UDL Laboratories | Perphen Tab 8 mg | 51079-0740-20 | Tablet |
| UDL Laboratories | Phenyl+gua Tb 7 400 - 75 mg | 51079-0859-20 | Tablet sa |
| UDL Laboratories | Phenyt Er Cap 100 mg | 51079-0905-20 | Capsule |
| UDL Laboratories | Piroxicam Cap 10 mg | 51079-0742-20 | Capsule |
| UDL Laboratories | Piroxicam Cap 20 mg | 51079-0743-20 | Capsule |
| UDL Laboratories | Potass Er Tab 6 8 Meq | 51079-0744-20 | Tablet sa |
| UDL Laboratories | Prazosin Cap 1 mg | 51079-0630-20 | Capsule |
| UDL Laboratories | Prazosin Cap 2 mg | 51079-0631-20 | Capsule |
| UDL Laboratories | Prazosin Cap 5 mg | 51079-0632-20 | Capsule |
| UDL Laboratories | Prednison Tab 5 mg | 51079-0032-20 | Tablet |
| UDL Laboratories | Prednison Tab 10 mg | 51079-0033-20 | Tablet |
| UDL Laboratories | Prednison Tab 20 mg | 51079-0022-20 | Tablet |
| UDL Laboratories | Prochlorp Tab 5 mg | 51079-0541-20 | Tablet |
| UDL Laboratories | Prochlorp Tb 10 mg | 51079-0542-20 | Tablet |
| UDL Laboratories | Propox+acet Tb 65 - 650 mg | 51079-0741-20 | Tablet |
| UDL Laboratories | Propox+na+ac Ta 100 - 650 mg | 51079-0934-20 | Tablet |
| UDL Laboratories | Propox+na+ac Ta 100 - 650 mg | 51079-0934-21 | Tablet |
| UDL Laboratories | Propox+na+ac Ta 100 - 650 mg | 51079-0934-24 | Tablet |
| UDL Laboratories | Propran Tab 10 mg | 51079-0277-20 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 36

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Propran Tab 20 mg | 51079-0278-20 | Tablet |
| UDL Laboratories | Propran Tab 40 mg | 51079-0279-20 | Tablet |
| UDL Laboratories | Propran Tab 80 mg | 51079-0280-20 | Tablet |
| UDL Laboratories | Quinid Gl Tab 324 mg | 51079-0027-20 | Tablet sa |
| UDL Laboratories | Quinid Su Tab 200 mg | 51079-0031-20 | Tablet |
| UDL Laboratories | Ranitid Tab 150 mg | 51079-0879-20 | Tablet |
| UDL Laboratories | Rifampin Cap 300 mg | 51079-0890-20 | Capsule |
| UDL Laboratories | Rr Alprazol Tab 0.25 mg | 51079-0788-19 | Tablet |
| UDL Laboratories | Rr Captopr Tab 12. 5 mg | 51079-0863-19 | Tablet |
| UDL Laboratories | Rr Captopr Tab 25 mg | 51079-0864-19 | Tablet |
| UDL Laboratories | RR Clindamy Cap 150 mg | 51079-0598-19 | Capsule |
| UDL Laboratories | RR Dipyridam Ta 50 mg | 51079-0069-19 | Tablet |
| UDL Laboratories | RR Dipyridam Ta 75 mg | 51079-0070-19 | Tablet |
| UDL Laboratories | RR Fluoxetine c 20 mg | 51079-0971-19 | Capsule |
| UDL Laboratories | RR Propox+na+ac 100 - 650 mg | 51079-0934-19 | Tablet |
| UDL Laboratories | RR Rifampin Cap 300 mg | 51079-0890-19 | Capsule |
| UDL Laboratories | RR Ticlopid Tab 250 mg | 51079-0920-19 | Tablet |
| UDL Laboratories | Sod Citr+citr/a 500 - 334 mg | 51079-0851-38 | Solution |
| UDL Laboratories | Sod Citr+cit/ac 334 - 500 mg | 51079-0850-10 | Solution |
| UDL Laboratories | Sod Citr+cit/ac 334 - 500 mg | 51079-0849-10 | Solution |
| UDL Laboratories | Spiron+hctz Tb 25 - 25 mg | 51079-0104-20 | Tablet |
| UDL Laboratories | Spironol Tb 25 mg | 51079-0103-20 | Tablet |
| UDL Laboratories | Sucralfate Tab 1 G | 51079-0871-20 | Tablet |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 37

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Sulfadiaz Tb 500 mg | 51079-0840-20 | Tablet |
| UDL Laboratories | Sulindac Tb 200 mg | 51079-0667-20 | Tablet |
| UDL Laboratories | Temazep Cap 15 mg | 51079-0418-20 | Capsule |
| UDL Laboratories | Temazep Cap 15 mg | 51079-0418-21 | Capsule |
| UDL Laboratories | Temazep Cap 30 mg | 51079-0419-20 | Capsule |
| UDL Laboratories | Temazep Cap 30 mg | 51079-0419-21 | Capsule |
| UDL Laboratories | Terazos Hcl Cp 10 mg | 51079-0939-20 | Capsule |
| UDL Laboratories | Terazosin Hcl C 1 mg | 51079-0936-20 | Capsule |
| UDL Laboratories | Terazosin Hcl C 2 mg | 51079-0937-20 | Capsule |
| UDL Laboratories | Terazosin Hcl C 5 mg | 51079-0938-20 | Capsule |
| UDL Laboratories | Thiorid Tab 10 mg | 51079-0565-20 | Tablet |
| UDL Laboratories | Thiorid Tab 25 mg | 51079-0566-20 | Tablet |
| UDL Laboratories | Thiorid Tab 50 mg | 51079-0567-20 | Tablet |
| UDL Laboratories | Thiorid Tab 100 mg | 51079-0580-20 | Tablet |
| UDL Laboratories | Thiothix Cap 1 mg | 51079-0586-20 | Capsule |
| UDL Laboratories | Thiothix Cap 2 mg | 51079-0587-20 | Capsule |
| UDL Laboratories | Thiothix Cap 5 mg | 51079-0588-20 | Capsule |
| UDL Laboratories | Thiothix Cap 10 mg | 51079-0589-20 | Capsule |
| UDL Laboratories | Ticlopidin Tb 250 mg | 51079-0920-20 | Tablet |
| UDL Laboratories | Tolbutam Tab 5c 500 mg | 51079-0560-20 | Tablet |
| UDL Laboratories | Trazod Tab 50 mg | 51079-0427-20 | Tablet |
| UDL Laboratories | Trazod Tab 100 mg | 51079-0428-20 | Tablet |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 38

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| UDL Laboratories | Triam+hctz Cp 3 25 - 37.5 mg | 51079-0935-20 | Capsule |
| UDL Laboratories | Triam+hctz Tb 7 50 - 75 mg | 51079-0433-20 | Tablet |
| UDL Laboratories | Trihexyph Tab 5 mg | 51079-0124-20 | Tablet |
| UDL Laboratories | Triprol Tab 2.5 6 - 2.5 mg | 51079-0046-20 | Tablet |
| UDL Laboratories | Triprol Tab 2.5 60 - 2.5 mg | 51079-0046-40 | Tablet |
| UDL Laboratories | Valproic Cp 250 mg | 51079-0298-20 | Capsule |
| UDL Laboratories | Verapam Er Cp 240 mg | 51079-0919-08 | Cap24h Pel |
| UDL Laboratories | Verapam Er Tb 180 mg | 51079-0899-20 | Tablet sa |
| UDL Laboratories | Verapam Er Tb 240 mg | 51079-0869-20 | Tablet sa |
| UDL Laboratories | Verapam Tab 80 mg | 51079-0682-20 | Tablet |
| UDL Laboratories | Verapam Tab 120 mg | 51079-0683-20 | Tablet |
| UDL Laboratories | Verapam Er Tb 120 mg | 51079-0894-20 | Tablet sa |
| | | | |
| Warrick | Albuterol Inhalation Aerosol 17 gm | 59930-1560-01 | Inhalation |
| Warrick | Albuterol Inhalation Aerosol (refill) 17 gm | 59930-1560-02 | Inhalation |
| | | | |
| Watson Laboratories | Acebutolol HCl Capsules | 52544-0438-01 | Oral |
| Watson Laboratories | Acebutololo HCl Capsules | 52544-0437-01 | Oral |
| Watson Laboratories | Acetaminophen/ codeine Phosphate 300/30mg | 52544-0851-01 | Oral |
| Watson Laboratories | Acetaminophen/ codeine Phosphate 300/15mg | 52544-0850-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 39

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Acetaminophen/ codeine Phosphate 300/30mg | 52544-0851-10 | Oral |
| Watson Laboratories | Acetaminophen/ codeine Phosphate 300/60mg | 52544-0852-01 | Oral |
| Watson Laboratories | Acetaminophen/ codeine Phosphate 300/60mg | 52544-0852-05 | Oral |
| Watson Laboratories | Acyclovir Tablets 400 mg | 52544-0335-01 | Oral |
| Watson Laboratories | Acyclovir 800 mg | 52544-0336-01 | Oral |
| Watson Laboratories | Alprazolam Tablets 1 mg | 52544-0684-01 | Oral |
| Watson Laboratories | Alprazolam Tablets | 52544-0683-05 | Oral |
| Watson Laboratories | Alprazolam Tablets | 52544-0683-10 | Oral |
| Watson Laboratories | Alprazolam Tablets | 52544-0682-05 | Oral |
| Watson Laboratories | Alprazolam Tablets 0.5 mg | 52544-0683-01 | Oral |
| Watson Laboratories | Alprazolam Tablets 0.25 mg | 52544-0682-05 | Oral |
| Watson Laboratories | Alprazolam Tablets 0.25 mg | 52544-0682-10 | Oral |
| Watson Laboratories | Alprazolam Tablets 1 mg | 52544-0682-01 | Oral |
| Watson Laboratories | Alprazolam Tablets 1 mg | 52544-0684-10 | Oral |
| Watson Laboratories | Amiloride HCl/HCZT Tablets | 52544-0684-05 | Oral |
| Watson Laboratories | Amiloride + HCTZ Tablets 5-50 mg | 52544-0685-10 | Oral |
| Watson Laboratories | Amoxapine Tablets | 52544-0379-01 | Oral |
| Watson Laboratories | Amoxapine Tablets | 52544-0380-01 | Oral |
| Watson Laboratories | Amoxapine Tablets | 52544-0381-01 | Oral |
| Watson Laboratories | Baclofen Tablets | 52544-0686-05 | Oral |
| Watson Laboratories | Baclofen Tablets | 52544-0686-01 | Oral |

# EXHIBIT  "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 40

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Baclofen Tablets | 52544-0687-05 | Oral |
| Watson Laboratories | Baclofen Tablets | 52544-0687-01 | Oral |
| Watson Laboratories | Butalbital/aspirin/caf/codeine 50/325/40/30 mg | 52544-0425-05 | Oral |
| Watson Laboratories | Butalbital/acetaminophen/caf 50/325/40mg | 52544-0485-05 | Oral |
| Watson Laboratories | Butalbital/acetaminophen/caf 50/325/40 mg | 52544-0485-01 | Oral |
| Watson Laboratories | Butalbital/aspirin/caf/codeine 50/325/40/30mg | 52544-0425-01 | Oral |
| Watson Laboratories | Captopril Tablets | 52544-0690-01 | Oral |
| Watson Laboratories | Captopril Tablets 50 mg | 52544-0690-10 | Oral |
| Watson Laboratories | Captopril Tablets | 52544-0689-10 | Oral |
| Watson Laboratories | Captopril Tablets | 52544-0689-01 | Oral |
| Watson Laboratories | Captopril Tablets | 52544-0688-10 | Oral |
| Watson Laboratories | Captoril Tablets | 52544-0688-01 | Oral |
| Watson Laboratories | Carisoprod Tablets 350 mg | 52544-0784-05 | Oral |
| Watson Laboratories | Carisoprod Tablets 350 mg | 52544-0784-10 | Oral |
| Watson Laboratories | Carisoprod Tablets 350 mg | 57544-0784-01 | Oral |
| Watson Laboratories | Chlordiazepoxide HCl 25mg | 52544-0787-05 | Oral |
| Watson Laboratories | Chlordiazepoxide HCl 10mg | 52544-0786-01 | Oral |
| Watson Laboratories | Chlordiazepoxide HCl 10mg | 52544-0786-05 | Oral |
| Watson Laboratories | Chlordiazepoxide HCl 10mg | 52544-0786-10 | Oral |
| Watson Laboratories | Chlordiazepoxide HCl 5mg | 52544-0785-05 | Oral |
| Watson Laboratories | Chlordiazepoxide HCl 5mg | 52544-0785-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 41

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Chloridiazepoxide HCl 25mg | 52544-0787-01 | Oral |
| Watson Laboratories | Chlorzoxazone Tablets | 52544-0693-05 | Oral |
| Watson Laboratories | Chlorzoxazone Tablets | 52544-0693-01 | Oral |
| Watson Laboratories | Clomiphene Citrate 50 mg | 52544-0781-30 | Oral |
| Watson Laboratories | Clomipramine HCl Capsules | 52544-0595-01 | Oral |
| Watson Laboratories | Clomipramine HCl Capsules | 52544-0596-01 | Oral |
| Watson Laboratories | Clomipramine HCl Capsules | 52544-0594-01 | Oral |
| Watson Laboratories | Clonazepam Tablets | 52544-0748-01 | Oral |
| Watson Laboratories | Clonazepam 0.5mg | 52544-0746-05 | Oral |
| Watson Laboratories | Clonazepam 1 mg | 52544-0747-01 | Oral |
| Watson Laboratories | Clonazepam Tablets 1 mg | 52544-0747-05 | Tablet |
| Watson Laboratories | Clonazepam Tablets 0.5 mg | 52544-0746-01 | Tablet |
| Watson Laboratories | Clorazepate 15mg | 52544-0837-01 | Oral |
| Watson Laboratories | Clorazepate 7.5mg | 52544-0836-01 | Oral |
| Watson Laboratories | Clorazepate 7.5mg | 52544-0836-05 | Oral |
| Watson Laboratories | Clorazepate 3.75mg | 52544-0835-01 | Oral |
| Watson Laboratories | Clorazepate 3.75mg | 52544-0835-05 | Oral |
| Watson Laboratories | Cyclobenzaprine HCl 10mg Tablets 100s | 52544-0418-01 | Oral |
| Watson Laboratories | Cyclobenzaprine HCl 10mg Tablets 500s | 52544-0418-05 | Oral |
| Watson Laboratories | Cyclobenzaprine HCl 10mg Tablets 1000s | 52544-0418-10 | Oral |
| Watson Laboratories | Desipramine HCl 50 mg | 52544-0809-05 | Oral |
| Watson Laboratories | Desipramine HCl 25 mg | 52544-0808-01 | Oral |
| Watson Laboratories | Desipramine HCl 50 mg | 52544-0809-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 42

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Desipramine HCl 100 mg | 52544-0545-01 | Oral |
| Watson Laboratories | Diclofen Sodium Tablets  75 mg | 52544-0339-05 | Oral |
| Watson Laboratories | Diclofen Sodium Tablets  75 mg | 52544-0339-10 | Oral |
| Watson Laboratories | Diclofen Sodium Tablets  75 mg | 52544-0339-01 | Oral |
| Watson Laboratories | Diclofen Sodium Tablets  50 mg | 52544-0338-01 | Oral |
| Watson Laboratories | Diclofen Sodium Tablets  75 mg | 52544-0339-60 | Oral |
| Watson Laboratories | Diclofen Sodium Tablets  50 mg | 52544-0338-60 | Oral |
| Watson Laboratories | Dicyclomine HCl 20mg | 52544-0795-01 | Oral |
| Watson Laboratories | Dicyclomine HCl 20mg | 52544-0795-10 | Oral |
| Watson Laboratories | Dicyclomine HCl 10mg | 52544-0794-01 | Oral |
| Watson Laboratories | Dicyclomine HCl 10mg | 52544-0794-10 | Oral |
| Watson Laboratories | Diethlpropion 25mg | 52544-0783-01 | Oral |
| Watson Laboratories | Diethylpropion HCl er | 52544-0782-01 | Oral |
| Watson Laboratories | Dilitazem 30mg | 52544-0775-01 | Oral |
| Watson Laboratories | Diltiazem 120mg | 52544-0778-01 | Oral |
| Watson Laboratories | Diltiazem 60 mg | 52544-0776-01 | Oral |
| Watson Laboratories | Diltiazem 60mg | 52544-0776-05 | Oral |
| Watson Laboratories | Diltiazem 90mg | 52544-0777-01 | Oral |
| Watson Laboratories | Diltiazem 240 mg | 52544-0664-01 | Oral |
| Watson Laboratories | Diltiazem 180 mg | 52544-0663-01 | Oral |
| Watson Laboratories | Doxepin HCl Capsules 25mg | 52544-0696-01 | Oral |
| Watson Laboratories | Doxepin HCl Capsules 50mg | 52544-0697-01 | Oral |
| Watson Laboratories | Doxepin Capsules 10 mg | 52544-0695-10 | Oral |
| Watson Laboratories | Doxepin Capsules 25 mg | 52544-0696-10 | Oral |