**ANDERSON EXHIBIT 6Z**

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 43

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Doxepin HCl Capsules | 52544-0695-01 | Oral |
| Watson Laboratories | Doxycycline Hyclate 100mg | 52544-0498-05 | Oral |
| Watson Laboratories | Doxycycline Hyclate 100mg | 52544-0499-05 | Oral |
| Watson Laboratories | Doxycycline Hyclate 100mg | 52544-0498-50 | Oral |
| Watson Laboratories | Doxycycline Hyclate 50mg | 52544-0500-50 | Oral |
| Watson Laboratories | Estazolam Tablets | 52544-0744-01 | Oral |
| Watson Laboratories | Estazolam Tablets | 52544-0745-01 | Oral |
| Watson Laboratories | Estradiol Tablets | 52544-0528-01 | Oral |
| Watson Laboratories | Estradiol Tablets 1 mg | 52544-0487-01 | Oral |
| Watson Laboratories | Estradiol Tablets | 52544-0488-01 | Oral |
| Watson Laboratories | Estradiol Tablets | 52544-0487-05 | Oral |
| Watson Laboratories | Estradiol Tablets 2 mg | 52544-0488-05 | Oral |
| Watson Laboratories | Estropipate Tablets | 52544-0415-01 | Oral |
| Watson Laboratories | Estropipate Tablets | 52544-0416-01 | Oral |
| Watson Laboratories | Estropipate Tablets | 52544-0414-01 | Oral |
| Watson Laboratories | Etodolac Tablets 400 mg | 52544-0667-01 | Oral |
| Watson Laboratories | Fluocinon Cream 0.05% 60 gm | 52544-0447-06 | Topical |
| Watson Laboratories | Fluocinon Cream 0.05% 30 gm | 52544-0447-03 | Topical |
| Watson Laboratories | Fluocinon Cream 0.05% 15 gm | 52544-0447-02 | Topical |
| Watson Laboratories | Fluocinon Solution 0.05% | 52544-0449-07 | Solution |
| Watson Laboratories | Fluocinon Solution 0.05% | 52544-0449-73 | Solution |
| Watson Laboratories | Furosemide Tablets | 52544-0300-01 | Oral |
| Watson Laboratories | Gilpizide Tablets | 52544-0460-05 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 44

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Watson Laboratories | Glipizide Tablets | 52544-0460-01 | Oral |
| Watson Laboratories | Glipizide Tablets | 52544-0460-10 | Oral |
| Watson Laboratories | Glipizide Tablets | 52544-0461-01 | Oral |
| Watson Laboratories | Glipizide Tablets | 52544-0461-05 | Oral |
| Watson Laboratories | Glipizide Tablets | 52544-0461-10 | Oral |
| Watson Laboratories | Glyburide Micro  3 mg | 52544-0559-01 | Oral |
| Watson Laboratories | Guaifenesin La 600 mg | 52544-0439-01 | Oral |
| Watson Laboratories | Guanabenz Tablets | 52544-0452-01 | Oral |
| Watson Laboratories | Guanabenz Acetate Tablets | 52544-0451-01 | Oral |
| Watson Laboratories | Guanfacine HCl Tablets | 52544-0444-01 | Oral |
| Watson Laboratories | Guanfacine HCl Tablets | 52544-0453-01 | Oral |
| Watson Laboratories | Guiatex II Sr 600/ 60 mg | 52544-0435-01 | Oral |
| Watson Laboratories | Halotus A-C AF | 52544-0489-34 | Oral |
| Watson Laboratories | Halotus A-C AF | 52544-0489-16 | Oral |
| Watson Laboratories | Halotus A-C AF | 52544-0489-66 | Oral |
| Watson Laboratories | Halotus DAC Liquid 100-30-10 | 52544-0490-16 | Oral |
| Watson Laboratories | Hydoxyzine HCl Tablets | 52544-0700-01 | Oral |
| Watson Laboratories | Hydroc B + AP Tablet 10 - 500 mg | 52544-0540-01 | Oral |
| Watson Laboratories | Hydroc B + GUIAF Syrup 100 - 5/5 ml | 52544-0519-16 | Oral |
| Watson Laboratories | Hydroc + AP Tablets 10 - 500 mg | 52544-0540-05 | Oral |
| Watson Laboratories | Hydroc B + AP Tablets 10-325 mg | 52544-0853-05 | Oral |
| Watson Laboratories | Hydroc B + AP Tablets 10-325 mg | 52544-0853-01 | Oral |
| Watson Laboratories | Hydrocodone B+ Hom syrup | 52544-0486-16 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 45

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Watson Laboratories | Hydrocodone B+ Hom syrup | 52544-0486-66 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 5/500mmg | 52544-0349-05 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 10/650mg | 52544-0503-05 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 2.5 Mg/500 mg | 52544-0388-01 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 7.5 Mg/ 500 mg | 52544-0385-05 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 7.5 Mg /750 mg | 52544-0387-05 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 7.5 Mg / 750 mg | 52544-0387-01 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 10/650mg | 52544-0503-01 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 7.5/650mg | 52544-0502-05 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 7.5/650mg | 52544-0502-01 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 5/500mg | 52544-0349-01 | Oral |
| Watson Laboratories | Hydrocodone/ acetaminophen 7.5 Mg / 500 mg | 52544-0385-01 | Oral |
| Watson Laboratories | Hydrooxyzine HCl Tablets 10mg | 52544-0699-01 | Oral |
| Watson Laboratories | Hydroxychloroquine Sulfate Tablets | 52544-0698-01 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 46

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Hydroxyzine HCl Tablets | 52544-0700-10 | Oral |
| Watson Laboratories | Hydroxyzine Pamoate 50mg | 52544-0801-01 | Oral |
| Watson Laboratories | Hydroxyzine Pamoate 25mg | 52544-0800-05 | Oral |
| Watson Laboratories | Hydroxyzine Pamoate 25mg | 52544-0800-01 | Oral |
| Watson Laboratories | Hydroxyzine HCl Tablets 50mg | 52544-0704-01 | Oral |
| Watson Laboratories | Hydroxyzine Tablets 10 mg | 52544-0699-10 | Oral |
| Watson Laboratories | Hydroxyzine Tablets 10 mg | 52544-0699-05 | Oral |
| Watson Laboratories | Hydroxyzine Tablets 25 mg | 52544-0700-05 | Oral |
| Watson Laboratories | Hydroxyzine Tablets 25 mg | 52544-0700-10 | Oral |
| Watson Laboratories | Hydroxyzine Tablets 50 mg | 52544-0704-10 | Oral |
| Watson Laboratories | Hydroxyzine Tablets 50 mg | 52544-0704-05 | Oral |
| Watson Laboratories | Hyoscyam Tablets 0.125 mg | 52544-0434-01 | Oral |
| Watson Laboratories | Indapamide Tablets 2.5 mg | 52544-0504-01 | Oral |
| Watson Laboratories | Indapamide Tablets 1.25 mg | 52544-0527-01 | Oral |
| Watson Laboratories | Indapamide Tablets 1.25 mg | 52544-0527-10 | Oral |
| Watson Laboratories | Indapamide Tablets 2.5 mg | 52544-0504-10 | Oral |
| Watson Laboratories | Labetalol Tablets 100 mg | 52544-0605-05 | Oral |
| Watson Laboratories | Labetalol 200mg | 52544-0606-01 | Oral |
| Watson Laboratories | Labetalol 200mg | 52544-0606-05 | Oral |
| Watson Laboratories | Labetalol 300mg | 52544-0607-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 47

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Labetalol 100mg | 52544-0605-01 | Oral |
| Watson Laboratories | Levora Tablets 0.15 - 0.03 | 52544-0279-28 | Oral |
| Watson Laboratories | Lorazepam 0.5mg | 52544-0240-05 | Oral |
| Watson Laboratories | Lorazepam 1mg | 52544-0241-05 | Oral |
| Watson Laboratories | Lorazepam 0.5mg | 52544-0240-01 | Oral |
| Watson Laboratories | Lorazepam 2mg | 52544-0242-10 | Oral |
| Watson Laboratories | Lorazepam 1mg | 52544-0241-10 | Oral |
| Watson Laboratories | Lorazepam 2mg | 52544-0242-05 | Oral |
| Watson Laboratories | Lorazepam 2mg | 52544-0242-01 | Oral |
| Watson Laboratories | Lorazepam 0.5mg | 52544-0240-10 | Oral |
| Watson Laboratories | Lorazepam 1mg | 52544-0241-01 | Oral |
| Watson Laboratories | Low-Ogestrel Tablets 0.3-0.03 mg | 52544-0847-28 | Oral |
| Watson Laboratories | Loxapine Succinate Capsules | 52544-0372-01 | Oral |
| Watson Laboratories | Loxapine Succinate Capsules | 52544-0370-01 | Oral |
| Watson Laboratories | Loxapine Succinate Capsules | 52544-0371-01 | Oral |
| Watson Laboratories | Loxapine Succinate Capsules | 52544-0369-01 | Oral |
| Watson Laboratories | Maprotiline HCl Tablets | 52544-0374-01 | Oral |
| Watson Laboratories | Maprotiline HCl Tablets | 52544-0375-01 | Oral |
| Watson Laboratories | Maprotiline HCl Tablets | 52544-0373-01 | Oral |
| Watson Laboratories | Melclizine HCl 25mg | 52544-0803-01 | Oral |
| Watson Laboratories | Melclizine HCl 25mg | 52544-0803-10 | Oral |
| Watson Laboratories | Meperidine HCl Tablets 50 mg | 52544-0726-01 | Oral |
| Watson Laboratories | Meperidine Tablets 100 mg | 52544-0727-01 | Oral |
| Watson Laboratories | Meprobamate 200mg | 52544-0804-01 | Oral |
| Watson Laboratories | Meprobamate 400mg | 52544-0805-10 | Oral |
| Watson Laboratories | Meprobamate 400mg | 52544-0805-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 48

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Methocarbamol 500mg | 52544-0806-01 | Oral |
| Watson Laboratories | Methocarbamol 750mg | 52544-0807-01 | Oral |
| Watson Laboratories | Methylprednisolone 4mg | 52544-0790-01 | Oral |
| Watson Laboratories | Methylprednisolone 4mg | 52544-0790-21 | Oral |
| Watson Laboratories | Metoprolol Tablets 100 mg | 52544-0463-10 | Oral |
| Watson Laboratories | Metoprolol Tartrate Tablets | 52544-0463-01 | Oral |
| Watson Laboratories | Metoprolol Tartrate Tablets | 52544-0462-01 | Oral |
| Watson Laboratories | Metoprolol Tartrate Tablets | 52544-0462-10 | Oral |
| Watson Laboratories | Mexiletine HCl Capsule 150 mg | 52544-0491-01 | Oral |
| Watson Laboratories | Mexiletine HCl Capsule 200 mg | 52544-0492-01 | Oral |
| Watson Laboratories | Mexiletine HCl Capsule 250 mg | 52544-0493-01 | Oral |
| Watson Laboratories | Microzide Capsule 12.5 mg | 52544-0622-01 | Oral |
| Watson Laboratories | Naproxen Sodium 275 mg | 52544-0792-01 | Oral |
| Watson Laboratories | Naproxen Sodium 550 mg | 52544-0793-01 | Oral |
| Watson Laboratories | Napxoen Sodium 550 mg | 52544-0793-05 | Oral |
| Watson Laboratories | Naproxen 375 mg | 52544-0821-01 | Oral |
| Watson Laboratories | Naproxen 375 mg | 52544-0822-05 | Oral |
| Watson Laboratories | Naproxen 375 mg | 52544-0822-01 | Oral |
| Watson Laboratories | Naproxin 500mg | 52544-0791-05 | Oral |
| Watson Laboratories | Naproxin 500mg | 52544-0791-01 | Oral |
| Watson Laboratories | Necon .5mg/.035mg | 52544-0550-28 | Oral |
| Watson Laboratories | Necon 1mg/.050 mg | 52544-0510-21 | Oral |
| Watson Laboratories | Necon 1mg/.050 mg | 52544-0556-28 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 49

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Necon 10/11 | 52544-0553-21 | Oral |
| Watson Laboratories | Necon 1mg/.035mg | 52544-0552-28 | Oral |
| Watson Laboratories | Necon 10/11 | 52544-0554-28 | Oral |
| Watson Laboratories | Necon 1mg/.035mg | 52544-0508-21 | Oral |
| Watson Laboratories | Necon Tablets 0.5-0.035 mg | 52544-0507-21 | Oral |
| Watson Laboratories | Norco Tablets 10-325 mg | 52544-0539-01 | Oral |
| Watson Laboratories | Ogestrel 0.5mg/0.05mg 3x28 | 52544-0848-28 | Oral |
| Watson Laboratories | Oxybutynin Chloride 5mg | 52544-0779-01 | Oral |
| Watson Laboratories | Oxybutynin Cl 5mg | 52544-0779-05 | Oral |
| Watson Laboratories | Oxycodone/ acetaminophen Tablets | 52544-0749-05 | Oral |
| Watson Laboratories | Oxycodone/ acetaminophen Capsules | 52544-0737-01 | Oral |
| Watson Laboratories | Oxycodone/ acetaminophen Tablets | 52544-0749-01 | Oral |
| Watson Laboratories | Oxycodone + ASP Tablets 4.88-325 mg | 52544-0820-05 | Oral |
| Watson Laboratories | Pentaz/NAL Tablets 50-0.5 mg | 52544-0395-01 | Oral |
| Watson Laboratories | Perphenazine + AMI Tablets 25 - 2 mg | 52544-0707-05 | Oral |
| Watson Laboratories | Perphenazine + AMI Tablets  25 - 4 mg | 52544-0709-05 | Oral |
| Watson Laboratories | Perphenazine/ amitryptiline HCl Tablets | 52544-0706-01 | Oral |
| Watson Laboratories | Perphenazine/ amitryptline HCl Tablets | 52544-0706-05 | Oral |
| Watson Laboratories | Perphenazine/ amitryotiline HCl Tablets | 52544-0708-01 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 50

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Perphenazine/ amitryptiline HCl Tablets | 52544-0707-01 | Oral |
| Watson Laboratories | Perphenazine/ amitryptiline HCl Tablets | 52544-0709-01 | Oral |
| Watson Laboratories | Piroxicam Capsule 20 mg | 52544-0713-05 | Oral |
| Watson Laboratories | Prednisone 20 mg | 52544-0832-05 | Oral |
| Watson Laboratories | Prednisone 20 mg | 52544-0832-01 | Oral |
| Watson Laboratories | Prednisone 10mg | 52544-0831-01 | Oral |
| Watson Laboratories | Prednisone 10 mg | 52544-0831-10 | Oral |
| Watson Laboratories | Prednisone 50 mg | 52544-0797-01 | Oral |
| Watson Laboratories | Propoxyphene HCl/acetaminophen | 52544-0714-01 | Oral |
| Watson Laboratories | Propoxyphene + AP Tablets 65-650 mg | 52544-0714-05 | Oral |
| Watson Laboratories | Propranolol HCl Tablets | 52544-0352-01 | Oral |
| Watson Laboratories | Quinine Sulfate Tablets | 52544-0715-10 | Oral |
| Watson Laboratories | Quinine Sulfate Tablets 260 mg | 52544-0715-05 | Oral |
| Watson Laboratories | Quinine Sulfate Tablets 260 mg | 52544-0715-01 | Oral |
| Watson Laboratories | Quinine Sulfate Tablets 325 mg | 52544-0716-01 | Oral |
| Watson Laboratories | Quinine Capsules 325 mg | 52544-0716-10 | Oral |
| Watson Laboratories | Ranitidine 150 mg | 52544-0760-05 | Oral |
| Watson Laboratories | Ranitidine 150 mg | 52544-0760-60 | Oral |
| Watson Laboratories | Ranitidine 300mg | 52544-0761-01 | Oral |
| Watson Laboratories | Ranitidine 300mg | 52544-0761-30 | Oral |
| Watson Laboratories | RDC Amilor + HCTZ 5-50 mg | 52544-0685-10 | Oral |

# EXHIBIT "1"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICAID
Volume 3 - page 51

| Defendant | Drug | NDC # | Type of Drug |
|-----------|------|-------|--------------|
| Watson Laboratories | Selegiline Capsules 5 mg | 52544-0137-60 | Oral |
| Watson Laboratories | Selegiline Tablets 5 mg | 52544-0136-60 | Oral |
| Watson Laboratories | Silver Sulfadiazine Cream 1% | 52544-0810-46 | Topical |
| Watson Laboratories | Silver Sulpadiazine Cream 1% | 52544-0810-55 | Topical |
| Watson Laboratories | Silver Sulfadiazine Cream 1% | 52544-0810-85 | Topical |
| Watson Laboratories | Silver Sulfadiazine Cream 1% | 52544-0810-52 | Topical |
| Watson Laboratories | Sucralfate 1gm | 52544-0780-01 | Oral |
| Watson Laboratories | Sucralfate 1gm | 52544-0780-05 | Oral |
| Watson Laboratories | Sulfasalazine 500mg | 52544-0796-05 | Oral |
| Watson Laboratories | Sulfasalazine 500mg | 52544-0796-10 | Oral |
| Watson Laboratories | Sulfasalazine 500mg | 52544-0796-01 | Oral |
| Watson Laboratories | Triamterene/ HCZT 37.5/25mg | 52544-0424-05 | Oral |
| Watson Laboratories | Triamterene/ HCZT 75/50mg | 52544-0348-01 | Oral |
| Watson Laboratories | Triamterene/ HCZT 75/50mg | 52544-0348-05 | Oral |
| Watson Laboratories | Triamterene/ HCZT 37.5/25 mg | 52544-0424-01 | Oral |
| Watson Laboratories | Triamterene/ HCTZ tablets 50-75 mg | 52544-0348-10 | Oral |
| Watson Laboratories | Trihxyphenidyl 2 mg | 52544-0575-01 | Oral |
| Watson Laboratories | Trihxyphenidyl 5 mg | 52544-0576-01 | Oral |
| Watson Laboratories | Unithroid Tablets 200 mcg | 52544-0911-01 | Oral |
| Watson Laboratories | Unithroid Tablets 300 mcg | 52544-0912-01 | Oral |
| Watson Laboratories | Valporic Acid Syrup | 52544-0426-16 | Oral |

# EXHIBIT "1"
# PRICE FRAUD DRUGS
# BILLED THROUGH MEDICAID
Volume 3 - page 52

| Defendant | Drug | NDC # | Type of Drug |
|---|---|---|---|
| Watson Laboratories | Verapamil HCl Tablets | 52544-0404-01 | Oral |
| Watson Laboratories | Verapamil Hcl Tablets | 52544-0343-05 | Oral |
| Watson Laboratories | Verapamil HCl Tablets 80 mg | 52544-0343-10 | Oral |
| Watson Laboratories | Verapamil Tablets 120 mg | 52544-0346-01 | Oral |
| Watson Laboratories | Verapamil HCl Tablets | 52544-0343-01 | Oral |
| Watson Laboratories | Verapamil HCl Tablets | 52544-0344-01 | Oral |
| Watson Laboratories | Verapamil Tablets 80 mg | 52544-0344-05 | Oral |
| Watson Laboratories | Verapamil Tablets 80 mg | 52544-0344-10 | Oral |
| Watson Laboratories | Verapamil HCl Tablets | 52544-0345-05 | Oral |
| Watson Laboratories | Verapamil HCl Tablets | 52544-0345-01 | Oral |
| Watson Laboratories | Verapamil Tablets 80 mg | 52544-0344-05 | Oral |
| Watson Laboratories | Verapamil Tablets 80 mg | 52544-0344-10 | Oral |
| Watson Laboratories | Verapamil  Tablets 120 mg | 52544-0345-10 | Tablet |
| Watson Laboratories | Verapamil Tablets 120 mg | 52544-0346-10 | Oral |
| Watson Laboratories | Verapamil Tablets 120 mg | 52544-0346-05 | Oral |
| Watson Laboratories | Yohimbine HCl Tablets | 52544-0717-01 | Oral |
| Watson Laboratories | Zovia 1mg/.050 mg | 52544-0533-21 | Oral |
| Watson Laboratories | Zovia 1mg/.035mg | 52544-0532-21 | Oral |
| Watson Laboratories | Zovia 1 Mg/.035 mg | 52544-0383-28 | Oral |
| Watson Laboratories | Zovia Tablets 1-0.05 mg | 52544-0384-28 | Oral |

EXHIBIT "2"

## EXHIBIT "2"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICARE AND MEDICAID
### Page 1

| Defendant | Drug | NDC # | Type of Drug | HCPCS Code |
|---|---|---|---|---|
| Alpharma | ALBUTEROL INH S 5 mg/ml | 00472-0832-20 | SOLUTION | J7618 J7625 |
| Alpharma | ALBUTEROL SUL S 0.83 mg/ml | 00472-0831-60 | SOLUTION | J7619 J7620 |
| Alpharma | ALBUTEROL SUL S 0.83 mg/ml | 00472-0831-23 | SOLUTION | J7619 J7620 |
| Alpharma | ALBUTEROL SUL S 0.83 mg/ml | 00472-0831-30 | SOLUTION | J7619 J7720 |
| Alpharma | CROMOL SOD 20MG/ 2 ml | 00472-0750-60 | AMPUL-NEB. | J7631 |
| Alpharma | CROMOL SOD 20MG/2 ml | 00472-0750-21 | AMPUL-NEB. | J7631 |
| Alpharma | IPRAT I/S VL 0.2mg/ml | 00472-0751-23 | SOLUTION | J7644 J7645 |
| Alpharma | IPRAT I/S VL 0.2 mg/ml | 00472-0751-30 | SOLUTION | J7644 J7645 |
| Alpharma | IPRAT I/S VL 0.2 mg/ml | 00472-0751-60 | SOLUTION | J7644 J7645 |
| Barr | METHOTR TAB 2.5 mg | 00555-0572-02 | TABLET | J8610 |
| Barr | METHOTR TAB 2.5 mg | 00555-0572-49 | TAB DS PK | J8610 |
| Barr | METHOTR TAB 2.5 mg | 00555-0572-48 | TAB DS PK | J8610 |
| Barr | METHOTR TAB 2.5 mg | 00555-0572-47 | TAB DS PK | J8610 |
| Barr | METHOTR TAB 2.5 mg | 00555-0572-46 | TAB DS PK | J8610 |
| Barr | METHOTR TAB 2.5 mg | 00555-0572-45 | TAB DS PK | J8610 |
| Barr | METHOTR TAB 2.5 mg | 00555-0572-35 | TABLET | J8610 |
| Bristol | Blenoxane 15 units ea | 00015-3010-20 | Infusion/ Injectable | J9040 |
| Bristol | Blenoxane 30 units ea | 00015-3063-01 | Infusion/ Injectable | J9040 |

## EXHIBIT "2"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICARE AND MEDICAID
## Page 2

| Defendant | Drug | NDC # | Type of Drug | HCPCS Code |
|-----------|------|-------|--------------|------------|
| Bristol | Taxol<br>30 mg (6mg/ml) 50 ml | 00015-3479-11 | Infusion/<br>Injectable | J9265 |
| Bristol | Taxol<br>30 mg (6mg/ml) 5 ml | 00015-3475-27<br>00015-3456-20<br>00015-3475-30 | Infusion/<br>Injectable | J9265 |
| Bristol | Taxol<br>30 mg (6 mg/ml) 16.7 ml | 00015-3476-27<br>00015-3476-30 | Infusion/<br>Injectable | J9265 |
| Dey | Ipratropium Bromide 0.02 %<br>2.5, ml 25's | 49502-0685-03 | Inhalation | J7644<br>J7645 |
| Dey | Ipratropium Bromide<br>unit dose | 49502-0685-33 | Inhalation | J7644<br>J7645 |
| Dey | Ipratropium Bromide 0.02%<br>2.5 ml, 60's | 49502-0685-60 | Inhalation | J7644<br>J7645 |
| Glaxo | Navelbine 10 mg/ml 1ml | 00173-0656-01 | Injection | J9390 |
| Glaxo | Navelbine 10 mg/ml 5ml | 00173-0656-44 | Injection | J9390 |
| Glaxo | Zantac<br>25 mg/ml | 00173-0362-38 | Injection | J2780 |
| Hoechst/<br>Aventis | Dolasetron Tab<br>50mg  5s | 00088-1202-29 | Anti-emetic<br>(oral) | S0174 |
| Hoechst/<br>Aventis | Dolasetron Tab<br>100mg  5s | 00088-1203-43 | Anti-emetic<br>(oral) | Q0180 |
| Hoechst/<br>Aventis | Dolasetron Tab<br>100mg  5s | 00088-1203-29 | Anti-emetic<br>(oral) | Q0180 |
| Hoechst/<br>Aventis | Dolasetron Tab<br>100mg  5s | 00088-1203-05 | Anti-emetic<br>(oral) | Q0180 |
| Hoechst/<br>Aventis | Dolasetron Tab<br>50mg 10s | 00088-1202-43 | Anti-emetic<br>(oral) | S0174 |
| Hoechst/<br>Aventis | Dolasetron Tab<br>50mg  5s | 00088-1202-05 | Anti-emetic<br>(oral) | S0174 |

## EXHIBIT "2"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICARE AND MEDICAID
## Page 3

| Defendant | Drug | NDC # | Type of Drug | HCPCS Code |
|---|---|---|---|---|
| Zenith/Ivax | Albuterol Sol .<br>0.83 Mg/ml | 00172-6405-49 | Inhalation | J7619<br>J7620 |
| Zenith/Ivax | Albuterol Sol.<br>0.83 mg/ml | 00172-6405-44 | Inhalation | J7619<br>J7620 |
| Zenith/Ivax | Albuterol Sol<br>5 Mg/ml | 00182-6014-65 | Inhalation | J7618<br>J7625 |
| Zenith/Ivax | Cromolyn Sod Sol<br>20 Mg/2 ml | 00172-6406-59 | Ampul-neb. | J7630 |
| Zenith/Ivax | Cromolyn Sod Sol<br>20 Mg/2 ml | 00172-6406-49 | Ampul-neb. | J7630 |
| Zenith/Ivax | Ipratropium<br>Inh Sol  0.2 Mg/ml | 00172-6407-44 | Solution | J7644<br>J7645 |
| Zenith/Ivax | Ipratropium<br>Inh Sol  0.2 Mg/ml | 00172-6407-49 | Solution | J7644<br>J7645 |
| Zenith/Ivax | Onxol Vial<br>6 mg/ml | 00172-3753-77 | Vial | J9265 |
| Zenith/Ivax | Onxol Vial<br>6 mg/ml | 00172-3756-75 | Vial | J9265 |
| Zenith/Ivax | Onxol Vial<br>6 mg/ml | 00172-3754-73 | Vial | J9265 |
| Zenith/Ivax | Vit B-12 Mdv<br>1000 Mcg/ml | 00182-0202-66 | Vial | J3420 |
| Major | ALBUTEROL SOL<br>5 mg/ml | 00904-7658-55 | SOLUTION | J7618<br>J7625 |
| Qualitest | ALBUTEROL SOL .0.83<br>MG/ml | 00603-1005-40 | SOLUTION | J7619<br>J7620 |
| Qualitest | ALBUTEROL SOL<br>5 mg/ml | 00603-1006-43 | SOLUTION | J7618<br>J7625 |
| Roxane | Acetylcysteine | 00054-3025-02 | Inhalation | J7608<br>J7610 |
| Roxane | Acetylcysteine | 00054-3026-02 | Inhalation | J7608<br>J7615 |
| Roxane | Acetylcysteine | 00054-3027-02 | Inhalation | J7608<br>J7610 |
| Roxane | Acetylcysteine | 00054-3028-02 | Inhalation | J7608<br>J7615 |
| Roxane | Albuterol Sulphate | 00054-8063-13 | Inhalation | J7619<br>J7620 |
| Roxane | Albuterol Sulphate | 00054-8063-21 | Inhalation | J7619<br>J7620 |

# EXHIBIT "2"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICARE AND MEDICAID
### Page 4

| Defendant | Drug | NDC # | Type of Drug | HCPCS Code |
|---|---|---|---|---|
| Roxane | Albuterol Sulphate | 00054-8063-11 | Inhalation | J7619 J7620 |
| Roxane | Cromolyn Sodium | 00054-8167-21 | Inhalation | J7630 |
| Roxane | Cromolyn Sodium | 00054-8167-23 | Inhalation | J7630 |
| Roxane | Ipratropium Bromide 0.02% 2.5 ml 30's | 00054-8402-13 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Br. 2.5mls 25s | 00054-8402-11 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Bromide 2.5 ml, 60s | 00054-8402-21 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Bromide INH (Atrovent) | 00054-8404-21 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Bromide INH (Atrovent) | 00054-8404-13 | Inhalation | J7644 J7645 |
| Roxane | Ipratropium Bromide INH (Atrovent) | 00054-8404-11 | Inhalation | J7644 J7645 |
| Roxane | Methotrexate Sodium | 00054-8550-03 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-05 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-07 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-10 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-4550-15 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-06 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-4550-25 | Oral | J8610 |
| Roxane | Methotrexate Sodium | 00054-8550-25 | Oral | J8610 |
| Roxane | Torecan Amp 10 m 5 mg/ml | 00054-1701-25 | Injection | J3280 |
| SmithKline (n/k/a Glaxo SmithKline) | Granisetron (Kytril) 1 mg Tablets 2's | 00029-4151-39 | Anti-emetic - Oral | Q0166 |
| SmithKline (n/k/a Glaxo SmithKilne) | Granisetron HCl (Kytril) 1mg Tablets 20s | 00029-4151-05 | Anti-emetic Tablets | Q0166 |

## EXHIBIT "2"
## PRICE FRAUD DRUGS
## BILLED THROUGH MEDICARE AND MEDICAID
## Page 5

| Defendant | Drug | NDC # | Type of Drug | HCPCS Code |
|-----------|------|-------|--------------|------------|
| UDL Laboratories | Paclitax Mdv 6 mg/ml | 51079-0963-01 | Vial | J9265 |
| UDL Laboratories | Paclitax Mdv 6 mg/ml | 51079-0962-01 | Vial | J9265 |
| UDL Laboratories | Paclitax Mdv 6 mg/ml | 51079-0961-01 | Vial | J9265 |

C:\Documents and Settings\Jim Breen\My Documents\BOSTON\3rdAmended\FINAL-Complaint-Pkg\Exhibit2-Drugs-Medicare.wpd

COMPOSITE EXHIBIT "3"

## Medicaid Prescription Reimbursement Information by State - Qtr Ending September 2004

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Alabama | WAC +9.2% then AWP-10% | $5.40 | $.50-$3.00* | Yes |
| Alaska | AWP-5% | $3.45-$11.46 (based on pharmacy/Medicaid volume) | $2.00 | No |
| Arizona | | $2.00 (FFS only) | none | No |
| Arkansas | AWP-15% | $5.51 | $.50-$3.00* | Yes |
| California | AWP-20% (generic); AWP-14% (brand) | $4.05 | $1.00 | Yes |
| Colorado | AWP-10%; AWP-35% (generic); AWP-13.5% (brand) | $4.00 (retail pharmacy); $1.89 (institutional pharmacy) | $.75 (generic); $3.00 (brand) | Yes |
| Connecticut | AWP-40% (generic); AWP-12% (brand) | $3.60 | $1.00 | Yes |
| Delaware | AWP-14% (traditional - retail independent & retail chain pharmacies); AWP-16% (non-traditional - long term care & speciality pharmacies) | $3.65 | none | Yes |
| DC | AWP-10% | $4.50 | $1.00 | No |
| Florida | Lower of AWP-13.25% or WAC+7% | $4.23; $4.73 (NH-long term care) | 2.5% of payment up to $300 | Yes |
| Georgia | AWP-10% | $4.63 (brand for profit pharm); $4.33 (brand not for profit); $5.13 (generic for profit pharm); $4.63 (generic not for profit) | $.50 (generic); $.50-$3.00*(brand); $.50 (preferred brand) | Yes |
| Hawaii | AWP-10.5% | $4.67 | none | Yes |
| Idaho | AWP-12% | $4.94 ($5.54 for unit dose) | none | Yes |
| Illinois | AWP-25% (generic); AWP-12% (brand) | $4.60 (generic); $3.40 (brand) | $0.00 (generic); $3.00 (brand) | Yes |
| Indiana | AWP-20% (generic); AWP-13.5% (brand) | $4.90 | $3.00 | Yes |
| Iowa | AWP-12% | $4.26 | $1.00 | Yes |
| Kansas | AWP-27% (generic); AWP-13% (single source) | $3.40 | $3.00 | Yes |
| Kentucky | AWP-12% | $4.51 | $1.00 | Yes |
| Louisiana | AWP-13.5% (AWP-15% for chains) | $5.77 | $.50-$3.00* | Yes |
| Maine | AWP-15%; direct supply drug list-usual & customary charge or AWP-17% plus $3.35 professional fee or FUL or MAC plus $3.35 professional fee (Mail order lowest of usual & customary charge, AWP-20% plus $1.00 professional fee-for exceptions see State plan, FUL or MAC plus $1.00 professional fee) | $3.35; $4.35 & $5.35 (compounding); $12.50 (insulin syringe) | $2.50 (generic & brand) (not to exceed $25 per mo.) (Mail order not subject to co-pay) $3 per day RHC (max of $30 per mo., per individual) | Yes |
| Maryland | Lower of AWP-12% or WAC+8%, direct price+8% or distributor price when available | $4.69 (generic); $3.69 (brand); $5.65 (generic-NH); $4.65 (brand-NH); $7.25 (home IV therapy) | $2.00 | Yes |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Massachusetts | WAC+6% | $3.50 (single source), $5 (multiple source) | $1.00 (multi-source & non-legend OTC); $3.00 (non-exempt) | Yes |
| Michigan | AWP-13.5% (independ pharm (1-4 stores)); AWP-15.1% (chain (5+ stores)) | $3.77 | $1.00 | Yes |
| Minnesota | AWP-11% | $3.65 | none | Yes |
| Mississippi | AWP-12% | $3.91; allows for a reasonable dispensing fee for OTC | $1.00 (generic); $2.00 (preferred brand); $3.00 (brand) | No |
| Missouri | Lower of AWP-10.43% or WAC+10% | $4.09 | $.50-$2.00* | Yes |
| Montana | AWP-15% | $4.70 | $1.00 | No |
| Nebraska | AWP-11% | $3.27-$5.00 (based on service delivery, unit dosage or 3rd party payors) | $2.00 | Yes |
| Nevada | AWP-15% | $4.76 | $1.00 (generic); $2.00 (brand) | No |
| New Hampshire | AWP-16% | $1.75 | $1.00 (generic); $2.00 (brand & compound) | Yes |
| New Jersey | AWP-12.5% | $3.73; $4.07 (addt'l services) | none | No |
| New Mexico | AWP-14% | $3.65 | none | Yes |
| New York | AWP-12% | $4.50 (generic); $3.50 (brand) | $.50 (generic); $2.00 (brand) | No |
| North Carolina | AWP-10% | $5.60 (generic); $4.00 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| North Dakota | AWP-10% | $5.60 (generic); $4.60 (brand) | $3.00 (brand) | No |
| Ohio | Lower of WAC+9% or AWP-12.8% | $3.70 | $3.00 (if not on PDL) | Yes |
| Oklahoma | AWP-12% | $4.15 | $1.00-$2.00* | Yes |
| Oregon | AWP-11% (institutional), AWP-15% (noninstitutional) | $3.50 (retail); $3.91 (institutional) | $2.00 (generic); $3.00 (brand) | Yes |
| Pennsylvania | AWP-10% | $4.00 | $1.00 | No |
| Rhode Island | WAC+5% | $3.40 (outpatient), $2.85 (long term care) | none | No |
| South Carolina | AWP-10% | $4.05 (independ pharm); $3.15 (institutional) | $3.00 | Yes |
| South Dakota | AWP-10.5% | $4.75 ($5.55 for unit dose) | $2.00 | Yes |
| Tennessee | AWP-13% | $2.50 (long term care dual eligib); $5.00 (NH only-if 28 days+) | N/A | Yes |
| Texas | Lower of AWP-15% or WAC+12% | $5.14 | None | Yes |
| Utah | AWP-15% | $3.90 (urban); $4.40 (rural) | $3.00 | Yes |
| Vermont | AWP-11.9% | $4.25 | $1.00-$3.00* | Yes |
| Virginia | AWP-10.25% | $3.75; $5.00 (unit dose drugs) | $1.00 | Yes |
| Washington | AWP-14% (single source & multiple source (w/2-4 manufact)), AWP-50% (multiple source from 5+ manufact), AWP-19% (brand-mail order), AWP-15% (generic-mail order) | $4.20-$5.20 (based on 3-tiered pharmacy volume); $3.25 (mail order) | none | Yes |
| West Virginia | AWP-12% | $3.90 (+$1.00 for compounding) | $.50-$3.00* | No |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Wisconsin | AWP-11.25% | $4.88 | $.50 (over-the-counter); $3.00 (brand); $1.00 (generic) | Yes |
| Wyoming | AWP-11% | $5.00 | $2.00 | No |

REVISED 6/29/04

(AWP=avg wholesale price, WAC=wholesaler acquisition cost, NH=nursing home)
*Co-pay varies by cost of prescription.
SOURCE: CMS Approved State Plans