**ANDERSON EXHIBIT 6AA**

| State | Formula | Dispensing Fee | Co-pay | Yes/No |
|---|---|---|---|---|
| Minnesota | AWP-11% | | $3.65 | none | Yes |
| Mississippi | AWP-12% | $3.91; allows for a reasonable dispensing fee for OTC | $1.00 (generic); $2.00 (preferred brand); $3.00 (brand) | No |
| Missouri | Lower of AWP-10.43% or WAC+10% | $4.09 | $.50-$2.00* | Yes |
| Montana | AWP-15% | $4.70 | $1.00 | No |
| Nebraska | AWP-11% | $3.27-$5.00 (based on service delivery, unit dosage or 3rd party payors) | $2.00 | Yes |
| Nevada | AWP-15% | $4.76 | $1.00 (generic); $2.00 (brand) | No |
| New Hampshire | AWP-16% | $1.75 | $1.00 (generic); $2.00 (brand & compound) | Yes |
| New Jersey | AWP-12.5% | $3.73; $4.07 (addt'l services) | none | No |
| New Mexico | AWP-12.5% | $3.65 | none | Yes |
| New York | AWP-12% | $4.50 (generic); $3.50 (brand) | $.50 (generic); $2.00 (brand) | No |
| North Carolina | AWP-10% | $5.60 (generic); $4.00 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| North Dakota | AWP-10% | $5.60 (generic); $4.60 (brand) | $3.00 (brand) | No |
| Ohio | Lower of WAC+9% or AWP-12.8% | $3.70 | $3.00 (if not on PDL) | Yes |
| Oklahoma | AWP-12% | $4.15 | $1.00-$2.00* | Yes |
| Oregon | AWP-11% (institutional), AWP-15% (noninstitutional) | $3.50 (retail); $3.91 (institutional) | $2.00 (generic); $3.00 (brand) | Yes |
| Pennsylvania | AWP-10% | $4.00 | $1.00 | No |
| Rhode Island | WAC+5% | $3.40 (outpatient), $2.85 (long term care) | none | No |
| South Carolina | AWP-10% | $4.05 (independ pharm); $3.15 (institutional) | $3.00 | Yes |
| South Dakota | AWP-10.5% | $4.75 ($5.55 for unit dose) | $2.00 | Yes |
| Tennessee | AWP-13% | $2.50 (long term care dual eligib); $5.00 (NH only-if 28 days+) | N/A | Yes |
| Texas | Lower of AWP-15% or WAC+12% | $5.14 | None | Yes |
| Utah | AWP-15% | $3.90 (urban); $4.40 (rural) | $3.00 | Yes |
| Vermont | AWP-11.9% | $4.25 | $1.00-$3.00* | Yes |
| Virginia | AWP-10.25% | $3.75; $5.00 (unit dose drugs) | $1.00 | Yes |
| Washington | AWP-14% (single source & multiple source (w/2-4 manufact)), AWP-50% (multiple source from 5+ manufact), AWP-19% (brand-mail order), AWP-15% (generic-mail order) | $4.20-$5.20 (based on 3-tiered pharmacy volume); $3.25 (mail order) | none | Yes |
| West Virginia | AWP-12% | $3.90 (+$1.00 for compounding) | $.50-$3.00* | No |
| Wisconsin | AWP-11.25% | $4.88 | $.50 (over-the-counter); $3.00 (brand); $1.00 (generic) | Yes |
| Wyoming | AWP-11% | $5.00 | $2.00 | No |

(AWP=avg wholesale price, WAC=wholesaler acquisition cost, NH=nursing home)
*Co-pay varies by cost of prescription.
SOURCE: CMS Approved State Plans

REVISED 6/29/04

## Medicaid Prescription Reimbursement Information by State - Qtr Ending March 2004

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Alabama | WAC +9.2% then AWP-10% | $5.40 | $.50-$3.00* | Yes |
| Alaska | AWP-5% | $3.45-$11.46 (based on pharmacy/Medicaid volume) | $2.00 | No |
| Arizona | AWP-15% | $2.00 (FFS only) | none | No |
| Arkansas | AWP-20% (generic); AWP-14% (brand) | $5.51 | $.50-$3.00* | Yes |
| California | AWP-5% | $4.05 | $1.00 | Yes |
| Colorado | AWP-35% (generic); AWP-13.5% (brand) | $4.00 (retail pharmacy); $1.89 (institutional pharmacy) | $.75 (generic); $3.00 (brand) | Yes |
| Connecticut | AWP-40% (generic); AWP-12% (brand) | $3.60 | $1.00 | Yes |
| Delaware | AWP-14% (traditional -- retail independent & retail chain pharmacies); AWP-16% (non-traditional - long term care & speciality pharmacies) | $3.65 | none | Yes |
| DC | AWP-10% | $4.50 | $1.00 | No |
| Florida | Lower of AWP-13.25% or WAC+7% | $4.23; $4.73 (NH-long term care) | 2.5% of payment up to $300 | Yes |
| Georgia | AWP-10% | $4.63 (brand for profit pharm); $4.33 (brand not for profit); $5.13 (generic for profit pharm); $4.63 (generic not for profit) | $.50 (generic); $.50-$3.00*(brand); $.50 (preferred brand) | Yes |
| Hawaii | AWP-10.5% | $4.67 | none | Yes |
| Idaho | AWP-12% | $4.94 ($5.54 for unit dose) | none | Yes |
| Illinois | AWP-25% (generic); AWP-12% (brand) | $4.60 (generic); $3.40 (brand) | $0.00 (generic); $3.00 (brand) | Yes |
| Indiana | AWP-20% (generic); AWP-13.5% (brand) | $4.90 | $.50-$3.00* | Yes |
| Iowa | AWP-12% | $4.26 | $1.00 | Yes |
| Kansas | AWP-27% (generic); AWP-13% (single source) | $3.40 | $3.00 | Yes |
| Kentucky | AWP-12% | $4.51 | $1.00 | Yes |
| Louisiana | AWP-13.5% (AWP-15% for chains) | $5.77 | $.50-$3.00* | Yes |
| Maine | AWP-13% | $3.35, $4.35 & $5.35 (compounding); $12.50 (insulin syringe) | $2.50 (generic & brand) (not to exceed $25 per mo.) (Mail order not subject to co-pay) $3 per day RHC (max of $30 per mo., per individual) | Yes |
| Maryland | Lower of AWP-10% or WAC+10%, direct price+10% or distributor price when available | $4.69 (generic); $3.69 (brand); $5.65 (generic-NH); $4.65 (brand-NH); $7.25 (home IV therapy) | $2.00 | Yes |
| Massachusetts | WAC+6% | $3.50 (single source), $5 (multiple source) | $2.00 | Yes |
| Michigan | AWP-13.5% (independ pharm (1-4 stores)); AWP-15.1% (chain (5+ stores)) | $3.77 | $1.00 | Yes |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Minnesota | AWP-11% | $3.65 | none | Yes |
| Mississippi | AWP-12% | $3.91; allows for a reasonable dispensing fee for OTC | $1.00 (generic); $2.00 (preferred brand); $3.00 (brand) | No |
| Missouri | Lower of AWP-10.43% or WAC+10% | $4.09 | $.50-$2.00* | Yes |
| Montana | AWP-15% | $4.70 | $1.00 | No |
| Nebraska | AWP-11% | $3.27-$5.00 (based on service delivery, unit dosage or 3rd party payors) | $2.00 | Yes |
| Nevada | AWP-15% | $4.76 | $1.00 (generic); $2.00 (brand) | No |
| New Hampshire | AWP-12% | $2.50 | $.50 (generic); $1.00 (brand) | Yes |
| New Jersey | AWP-10% | $3.73; $4.07 (addt'l services) | none | No |
| New Mexico | AWP-12.5% | $3.65 | none | Yes |
| New York | AWP-12% | $4.50 (generic); $3.50 (brand) | $.50 (generic); $2.00 (brand) | No |
| North Carolina | AWP-10% | $5.60 (generic); $4.00 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| North Dakota | AWP-10% | $5.60 (generic); $4.60 (brand) | $3.00 (brand) | No |
| Ohio | Lower of WAC+9% or AWP-12.8% | $3.70 | $3.00 (if not on PDL) | Yes |
| Oklahoma | AWP-12% | $4.15 | $1.00-$2.00* | Yes |
| Oregon | AWP-11% (institutional), AWP-15% (noninstitutional) | $3.50 (retail); $3.91 (institutional) | $2.00 (generic); $3.00 (brand) | Yes |
| Pennsylvania | AWP-10% | $4.00 | $1.00 | No |
| Rhode Island | WAC+5% | $3.40 (outpatient), $2.85 (long term care) | none | No |
| South Carolina | AWP-10% | $4.05 (independ pharm); $3.15 (institutional) | $3.00 | Yes |
| South Dakota | AWP-10.5% | $4.75 ($5.55 for unit dose) | $2.00 | Yes |
| Tennessee | AWP-13% | $2.50 (long term care dual eligib); $5.00 (NH only-if 28 days+) | N/A | Yes |
| Texas | Lower of AWP-15% or WAC+12% | $5.14 | None | Yes |
| Utah | AWP-15% | $3.90 (urban); $4.40 (rural) | $3.00 | Yes |
| Vermont | AWP-11.9% | $4.25 | $1.00-$3.00* | Yes |
| Virginia | AWP-10.25% | $3.75; $5.00 (unit dose drugs) | $1.00 | Yes |
| Washington | AWP-14% (single source & multiple source (w/2-4 manufact)), AWP-50% (multiple source from 5+ manufact), AWP-19% (brand-mail order), AWP-15% (generic-mail order) | $4.20-$5.20 (based on 3-tiered pharmacy volume); $3.25 (mail order) | none | Yes |
| West Virginia | AWP-12% | $3.90 (+$1.00 for compounding) | $.50-$3.00* | No |
| Wisconsin | AWP-11.25% | $4.88 | $.50 (over-the-counter); $3.00 (brand); $1.00 (generic) | Yes |
| Wyoming | AWP-11% | $5.00 | $2.00 | No |

(AWP=avg wholesale price, WAC=wholesaler acquisition cost, NH=nursing home)
*Co-pay varies by cost of prescription.

REVISED 3/22/04

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|

SOURCE: CMS Approved State Plans

## Medicaid Prescription Reimbursement Information by State - Qtr Ending December 2003

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Alabama | WAC +9.2% then AWP-10% | $5.40 | $.50-$3.00* | Yes |
| Alaska | AWP-5% | $3.45-$11.46 (based on pharmacy/Medicaid volume) | $2.00 | No |
| Arizona | | $2.00 (FFS only) | none | No |
| Arkansas | AWP-20% (generic); AWP-14% (brand) | $5.51 | $.50-$3.00* | Yes |
| California | AWP-5% | $4.05 | $1.00 | Yes |
| Colorado | AWP-35% (generic); AWP-13.5% (brand) | $4.00 (retail pharmacy); $1.89 (institutional pharmacy) | $.75 (generic); $3.00 (brand) | Yes |
| Connecticut | AWP-40% (generic); AWP-12% (brand) | $3.60 | $1.00 | Yes |
| Delaware | AWP-14% (traditional - retail independent & retail chain pharmacies); AWP-16% (non-traditional - long term care & speciality pharmacies) | $3.65 | none | Yes |
| DC | AWP-10% | $4.50 | $1.00 | No |
| Florida | Lower of AWP-13.25% or WAC+7% | $4.23; $4.73 (NH-long term care) | 25% of payment up to $300 | Yes |
| Georgia | AWP-10% | $4.63 (brand for profit pharm); $4.33 (brand not for profit); $5.13 (generic for profit pharm); $4.63 (generic not for profit) | $.50 (generic); $.50-$3.00*(brand); $.50 (preferred brand) | Yes |
| Hawaii | AWP-10.5% | $4.67 | none | Yes |
| Idaho | AWP-12% | $4.94 ($5.54 for unit dose) | none | Yes |
| Illinois | Lower of AWP-25% (generic) or AWP-12% (brand) | $4.60 (generic); $3.40 (brand) | $0.00 (generic); $3.00 (brand) | Yes |
| Indiana | AWP-20% (generic); AWP-13.5% (brand) | $4.90 | $.50-$3.00* | Yes |
| Iowa | AWP-10% | $5.17 | $1.00 | Yes |
| Kansas | AWP-27% (generic); AWP-13% (single source) | $3.40 | $3.00 | Yes |
| Kentucky | AWP-12% | $4.51 | $1.00 | Yes |
| Louisiana | AWP-13.5% (AWP-15% for chains) | $5.77 | $.50-$3.00* | Yes |
| Maine | AWP-13% | $3.35; $4.35 & $5.35 (compounding); $12.50 (insulin syringe) | $.50-$3.00* | Yes |
| Maryland | Lower of AWP-10% or WAC+10%, direct price+10% or distributor price when available | $4.69 (generic); $3.69 (brand); $5.65 (generic-NH); $4.65 (brand-NH); $7.25 (home IV therapy) | $2.00 | Yes |
| Massachusetts | WAC+6% | $3.50 (single source), $5 (multiple source) | $2.00 | Yes |
| Michigan | AWP-13.5% (independ pharm (1-4 stores)); AWP-15.1% (chain (5+ stores)) | $3.77 | $1.00 | Yes |
| Minnesota | AWP-14% | $3.65 | none | Yes |
| Mississippi | AWP-12% | $3.91 | $1.00 (generic); $2.00 (brand) | No |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Missouri | Lower of AWP-10.43% or WAC+10% | $4.09 | $.50-$2.00* | Yes |
| Montana | AWP-15% | $4.70 | $1.00 | No |
| Nebraska | AWP-11% | $3.27-$5.00 (based on service delivery, unit dosage or 3rd party payors) | $2.00 | Yes |
| Nevada | AWP-15% | $4.76 | $1.00 (generic); $2.00 (brand) | No |
| New Hampshire | AWP-12% | $2.50 | $.50 (generic); $1.00 (brand) | Yes |
| New Jersey | AWP-10% | $3.73; $4.07 (addt'l services) | none | No |
| New Mexico | AWP-12.5% | $3.65 | none | Yes |
| New York | AWP-10% | $4.50 (generic); $3.50 (brand) | $.50 (generic); $2.00 (brand) | No |
| North Carolina | AWP-10% | $5.60 (generic); $4.00 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| North Dakota | AWP-10% | $5.60 (generic); $4.60 (brand) | $3.00 (brand) | No |
| Ohio | Lower of WAC+9% or AWP-12.8% | $3.70 | none | Yes |
| Oklahoma | AWP-12% | $4.15 | $1.00-$2.00* | Yes |
| Oregon | AWP-11% (institutional), AWP-15% (noninstitutional) | $3.50 (retail); $3.91 (institutional) | $2.00 (generic); $3.00 (brand) | Yes |
| Pennsylvania | AWP-10% | $4.00 | $1.00 | No |
| Rhode Island | WAC+5% | $3.40 (outpatient), $2.85 (long term care) | none | No |
| South Carolina | AWP-10% | $4.05 (independ pharm); $3.15 (institutional) | $3.00 | Yes |
| South Dakota | AWP-10.5% | $4.75 ($5.55 for unit dose) | $2.00 | Yes |
| Tennessee | AWP-13% | $2.50 (long term care dual eligib); $5.00 (NH only-if 28 days+) | N/A | Yes |
| Texas | AWP-15% or WAC+12% (whichever is lowest) | $5.27 | None | Yes |
| Utah | AWP-15% | $3.90 (urban); $4.40 (rural) | $3.00 | Yes |
| Vermont | AWP-11.9% | $4.25 | $1.00-$3.00* | Yes |
| Virginia | AWP-10.25% | $4.25 | $1.00 | Yes |
| Washington | AWP-14% (single source & multiple source (w/2-4 manufact)), AWP-50% (multiple source from 5+ manufact), AWP-19% (brand-mail order), AWP-15% (generic-mail order) | $4.20-$5.20 (based on 3-tiered pharmacy volume); $3.25 (mail order) | none | Yes |
| West Virginia | AWP-12% | $3.90 (+$1.00 for compounding) | $.50-$3.00* | No |
| Wisconsin | AWP-11.25% | $4.88 | $.50 (over-the-counter); $1.00 (legend) | Yes |
| Wyoming | AWP-11% | $5.00 | $2.00 | No |

(AWP=avg wholesale price, WAC=wholesaler acquisition cost, NH=nursing home)
*Variation in co-pay amounts is due to the cost of the prescription.
SOURCE: CMS Approved State Plans

REVISED 1/12/04

## Medicaid Prescription Reimbursement Information by State - Qtr Ending September 2003

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| Alabama | WAC +9.2% (1st); AWP-10% (2nd) | $5.40 | $.50-$3.00* | Yes |
| Alaska | AWP-5% | $3.45-$11.46 (based on pharmacy/Medicaid volume) | $2.00 | No |
| Arizona | AWP-15% | $2.00 (FFS only) | none | No |
| Arkansas | AWP-20% (generic); AWP-14% (brand) | $5.51 | $.50-$3.00* | Yes |
| California | AWP-5% | $4.05 | $1.00 | Yes |
| Colorado | AWP-35% (generic); AWP-13.5% (brand) | $4.00 (retail pharmacy); $1.89 (institutional pharmacy) | $.75 (generic); $3.00 (brand) | Yes |
| Connecticut | AWP-40% (generic); AWP-12% | $3.60 | $1.00 | Yes |
| Delaware | AWP-14% (traditional); AWP-16% (non-traditional) | $3.65 | none | Yes |
| DC | AWP-10% | $4.50 | $1.00 | No |
| Florida | Lower of AWP-13.25% or WAC+7% | $4.23; $4.73 (NH-long term care) | none | Yes |
| Georgia | AWP-10% | $4.63 (for profit pharm); $4.33 (not for profit); $.50 (generic incentive) | $.50 (generic); $.50-$3.00*(brand); $.50 (preferred brand) | Yes |
| Hawaii | AWP-10.5% | $4.67 | none | Yes |
| Idaho | AWP-12% | $4.94 ($5.54 for unit dose) | none | Yes |
| Illinois | Lower of AWP-25% (generic) or AWP-12% (brand) | $4.60 (generic); $3.40 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| Indiana | AWP-20% (generic); AWP-13.5% (brand) | $4.90 | $.50-$3.00* | Yes |
| Iowa | AWP-10% | $5.17 | $1.00 | Yes |
| Kansas | AWP-27% (generic); AWP-13% (single source) | $3.40 | $3.00 | Yes |
| Kentucky | AWP-12% | $4.51 | $1.00 | Yes |
| Louisiana | AWP-13.5% (AWP-15% for chains) | $5.77 | $.50-$3.00* | Yes |
| Maine | AWP-13% | $3.35; $4.35 & $5.35 (compounding); $12.50 (insulin syringe) | $.50-$3.00* | Yes |
| Maryland | Lower of AWP-10% or WAC+10%, direct price+10% or distributor price when available | $4.69 (generic); $3.69 (brand); $5.65 (generic-NH); $4.65 (brand-NH); $7.25 (home IV therapy) | $2.00 | Yes |
| Massachusetts | WAC+6% | $3.50 (single source), $5 (multiple source) | $2.00 | Yes |
| Michigan | AWP-13.5% (1-4 stores); AWP-15.1% (5+ stores) | $3.77 | $1.00 | Yes |
| Minnesota | AWP-14% | $3.65 | none | Yes |
| Mississippi | AWP-12% | $3.91 | $1.00 (generic); $2.00 (brand) | No |
| Missouri | Lower of AWP-10.43% or WAC+10% | $4.09 | $.50-$2.00* | Yes |
| Montana | AWP-15% | $4.70 | $1.00 | No |
| Nebraska | AWP-11% | $3.27-$5.00 (based on service delivery, unit dosage or 3rd party payors) | $2.00 | Yes |
| Nevada | AWP-15% | $4.76 | $1.00 (generic); $2.00 (brand) | No |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY | STATE MAC |
|---|---|---|---|---|
| New Hampshire | AWP-12% | $2.50 | $.50 (generic); $1.00 (brand) | Yes |
| New Jersey | AWP-10% | $3.73; $4.07 (addt'l services) | none | No |
| New Mexico | AWP-12.5% | $3.65 | none | Yes |
| New York | AWP-10% | $4.50 (generic); $3.50 (brand) | $.50 (generic); $2.00 (brand) | No |
| North Carolina | AWP-10% | $5.60 (generic); $4.00 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| North Dakota | AWP-10% | $5.10 | $3.00 (brand) | No |
| Ohio | Lower of WAC+9% or AWP-12.8% | $3.70 | none | Yes |
| Oklahoma | AWP-12% | $4.15 | $1.00-$2.00* | Yes |
| Oregon | AWP-11% (institutional), AWP-15% (noninstitutional) | $3.50 (retail); $3.91 (institutional) | $2.00 (generic); $3.00 (brand) | Yes |
| Pennsylvania | AWP-10% | $4.00 | $1.00 | No |
| Rhode Island | WAC+5% | $3.40 (outpatient), $2.85 (long term care) | none | No |
| South Carolina | AWP-10% | $4.05 (independ pharm); $3.15 (institutional) | $3.00 | Yes |
| South Dakota | AWP-10.5% | $4.75 ($5.55 for unit dose) | $2.00 | Yes |
| Tennessee | AWP-13% | $2.50 (long term care dual eligib); $5.00 (NH only-if 28 days+) | N/A | Yes |
| Texas | AWP-15% or WAC+12% (whichever is lowest) | $5.27 | N/A | Yes |
| Utah | AWP-15% | $3.90 (urban); $4.40 (rural) | $3.00 | Yes |
| Vermont | AWP-11.9% | $4.25 | $1.00-$3.00* | Yes |
| Virginia | AWP-10.25% | $4.25 | $1.00 | Yes |
| Washington | AWP-14% (single source & multiple source (1-4 manufact)), AWP-50% (multiple source 5+), AWP-19% (brand-mail order), AWP-15% (generic-mail order) | $4.20-$5.20 (based on 3-tiered pharmacy volume); $3.25 (mail order) | none | Yes |
| West Virginia | AWP-12% | $3.90 (+$1.00 for compounding) | $.50-$3.00* | No |
| Wisconsin | AWP-11.25% | $4.88 | $.50 (over-the-counter); $1.00 (legend) | Yes |
| Wyoming | AWP-11% | $5.00 | $2.00 | No |
| | | | REVISED 10/15/03 | |

(AWP=avg wholesale price, WAC=wholesaler acquisition cost, NH=nursing home)
*Variation in co-pay amounts is due to the cost of the prescription.
SOURCE: CMS Approved State Plans

## Medicaid Prescription Reimbursement Information by State - Qtr Ending June 2003

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY* | STATE MAC |
|---|---|---|---|---|
| Alabama | WAC +9.2% (1st); AWP-10% (2nd) | $5.40 | $.50-$3.00 | Yes |
| Alaska | AWP-5% | $3.45-$11.46 (based on pharmacy/Medicaid volume) | $2.00 | No |
| Arizona | AWP-15% +$2.00 (FFS only) | | none | No |
| Arkansas | AWP-20% (generic); AWP-14% (brand) | $5.51 | $.50-$3.00 | Yes |
| California | AWP-5% | $4.05 | $1.00 | Yes |
| Colorado | AWP-35% (generic); AWP-13.5% (brand) | $4.00 (retail pharm); $1.89 (institut pharm) | $.75 (generic); $3.00 (brand) | Yes |
| Connecticut | AWP-40% (generic); AWP-12% | $3.60 | $1.00 | Yes |
| Delaware | AWP-14% (traditional); AWP-16% (non-traditional) | $3.65 | none | Yes |
| DC | AWP-10% | $4.50 | $1.00 | No |
| Florida | AWP-13.25%, WAC+7%, FUL, SMAC or Amount Billed (whichever is lowest) | $4.23; $4.73 (NH-long term care) | none | Yes |
| Georgia | AWP-10% | $4.63 (for profit pharm); $4.33 (not for profit); $.50 (generic incentive) | $.50 (generic); $.50-$3.00*(brand); $.50 (preferred brand) | Yes |
| Hawaii | AWP-10.5% | $4.67 | none | Yes |
| Idaho | AWP-12% | $4.94 ($5.54 for unit dose) | none | Yes |
| Illinois | AWP-25% (generic); AWP-12% (brand) | $4.60 (generic); $3.40 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| Indiana | AWP-20% (generic); AWP-13.5% (brand) | $4.90 | $.50-$3.00 | Yes |
| Iowa | AWP-10% | $5.17 | $1.00 | Yes |
| Kansas | AWP-27% (generic); AWP-13% (single source) | $3.40 | $3.00 | Yes |
| Kentucky | AWP-12% | $4.51 | $1.00 | Yes |
| Louisiana | AWP-13.5% (AWP-15% for chains) | $5.77 | $.50-$3.00 | Yes |
| Maine | AWP-13% | $3.35; $4.35 & $5.35 (compounding); $12.50 (insulin syringe) | $.50-$3.00 | Yes |
| Maryland | AWP-10% or WAC+10%, direct price+10% or distributor price when available | $4.69 (generic); $3.69 (brand); $5.65 (generic-NH); $4.65 (brand-NH); $7.25 (home IV therapy) | $2.00 | Yes |
| Massachusetts | WAC+6% | $3.50 (single source), $5 (multiple source) | $2.00 | Yes |
| Michigan | AWP-13.5% (1-4 stores); AWP-15.1% (5+ stores) | $3.77 | $1.00 | Yes |
| Minnesota | AWP-14% | $3.65 | none | Yes |
| Mississippi | AWP-12% | $3.91 | $1.00 (generic); $3.00 (brand) | No |
| Missouri | AWP-10.43% or WAC+10% | $4.09 | $.50-$2.00 | Yes |
| Montana | AWP-15% | $4.70 | $1.00 | No |
| Nebraska | AWP-11% | $3.27-$5.00 (based on service delivery, unit dosage or 3rd party payors) | $2.00 | Yes |

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY* | STATE MAC |
|---|---|---|---|---|
| Nevada | AWP-15% | $4.76 | $1.00 (generic); $2.00 (brand) | No |
| New Hampshire | AWP-12% | $2.50 | $.50 (generic); $1.00 (brand) | Yes |
| New Jersey | AWP-10% | $3.73; $4.07 (addt'l services) | none | No |
| New Mexico | AWP-12.5% | $3.65 | none | Yes |
| New York | AWP-10% | $4.50 (generic); $3.50 (brand) | $.50 (generic); $2.00 (brand) | No |
| North Carolina | AWP-10% | $5.60 (generic); $4.00 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| North Dakota | AWP-10% | $5.10 | $3.00 (brand) | No |
| Ohio | WAC+9% or AWP-12.8% | $3.70 | none | Yes |
| Oklahoma | AWP-12% | $4.15 | $1.00-$2.00 | Yes |
| Oregon | AWP-11% (institut), AWP-15% (noninstitut) | $3.50 (retail); $3.91 (institut) | $2.00 (generic); $3.00 (brand) | Yes |
| Pennsylvania | AWP-10% | $4.00 | $1.00 | No |
| Rhode Island | WAC+5% | $3.40 (outpatient), $2.85 (long term care) | none | No |
| South Carolina | AWP-10% | $4.05 (independ pharm); $3.15 (institut) | $3.00 | Yes |
| South Dakota | AWP-10.5% | $4.75 ($5.55 for unit dose) | $2.00 | Yes |
| Tennessee | AWP-13% | $2.50 (long term care dual eligib); $5.00 (NH only-if 28 days+) | N/A | Yes |
| Texas | AWP-15% or WAC+12% (whichever is lowest) | $5.27 | N/A | Yes |
| Utah | AWP-15% | $3.90 (urban); $4.40 (rural) | $3.00 | Yes |
| Vermont | AWP-11.9% | $4.25 | $1.00-$3.00 | Yes |
| Virginia | AWP-10.25% | $4.25 | $1.00 | Yes |
| Washington | AWP-14% (single source & multiple source (1-4 manufact)), AWP-50% (multiple source 5+), AWP-19% (brand-mail order), AWP-15% (generic-mail order) | $4.20-$5.20 (based on 3-tiered pharmacy volume); $3.25 (mail order) | none | Yes |
| West Virginia | AWP-12% | $3.90 (+$1.00 for compounding) | $.50-$2.00 | No |
| Wisconsin | AWP-11.25% | $4.88 | $.50 (over-the-counter); $1.00 (per legend) | Yes |
| Wyoming | AWP-11% | $5.00 | $2.00 | No |

(AWP=avg wholesale price, WAC=wholesaler acquisition cost, N/A=not available, NH=nursing home)
*Variation in co-pay amounts is due to the cost of the prescription.
SOURCE: CMS Approved State Plan

REVISED 7/3/03

Medicaid Prescription Reimbursement Information by State
As of May 22, 2003

Revised 5/22/2003

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY* | STATE MAC |
|---|---|---|---|---|
| Alabama | WAC +9.2% (1st); AWP-10% (2nd) | $5.40 | $.50-$3.00 | Yes |
| Alaska | AWP-5% | $3.45-$11.46 (based on pharmacy/Medicaid volume) | $2.00 | No |
| Arizona | AWP-15% +$2.00 (FFS only) | | none | No |
| Arkansas | AWP-20% (generic); AWP-14% (brand) | $5.51 | $.50-$3.00 | Yes |
| California | AWP-5% | $4.05 | $1.00 | Yes |
| Colorado | AWP-35% (generic); AWP-13.5% (brand) | $4.00 (retail pharm); $1.89 (institut pharm) | $.75 (generic); $3.00 (brand) | Yes |
| Connecticut | AWP-12% | $3.60 | $1.00 | No |
| Delaware | AWP-14% (traditional); AWP-16% (non-traditional) | $3.65 | none | Yes |
| DC | AWP-10% | $4.50 | $1.00 | No |
| Florida | AWP-13.25%, WAC+7%, FUL, SMAC or Amount Billed (whichever is lowest) | $4.23; $4.73 (NH-long term care) | none | Yes |
| Georgia | AWP-10% | $4.63 (for profit pharm); $4.33 (not for profit); $.50 (generic incentive) | $.50 (generic); $.50-$3.00*(brand); $.50 (preferred brand) | Yes |
| Hawaii | AWP-10.5% | $4.67 | none | Yes |
| Idaho | AWP-12% | $4.94 ($5.54 for unit dose) | none | Yes |
| Illinois | AWP-25% (generic); AWP-12% (brand) | $4.60 (generic); $3.40 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| Indiana | AWP-20% (generic); AWP-13.5% (brand) | $4.90 | $.50-$3.00 | Yes |
| Iowa | AWP-10% | $5.17 | $1.00 | No |
| Kansas | AWP-27% (generic); AWP-13% (single source) | $3.40 | $3.00 | Yes |
| Kentucky | AWP-12% | $4.51 | $1.00 | Yes |
| Louisiana | AWP-13.5% (AWP-15% for chains) | $5.77 | $.50-$3.00 | Yes |
| Maine | AWP-13% | $3.35; $4.35 & $5.35 (compounding); $12.50 (insulin syringe) | $.50-$3.00 | Yes |
| Maryland | AWP-10% or WAC+10%, direct price+10% or distributor price when available | $4.69 (generic); $3.69 (brand); $5.65 (generic-NH); $4.65 (brand-NH); $7.25 (home IV therapy) | $2.00 | Yes |
| Massachusetts | WAC+6% | $3.50 (single source), $5 (multiple source) | $0.50 | Yes |
| Michigan | AWP-13.5% (1-4 stores); AWP-15.1% (5+ stores) | $3.77 | $1.00 | Yes |
| Minnesota | AWP-14% | $3.65 | none | Yes |

(AWP=avg wholesale price, WAC=wholesaler acquisition cost, N/A=not available, NH=nursing home)
*Variation in co-pay amounts is due to the cost of the prescription.
SOURCE: CMS Approved State Plan

## Medicaid Prescription Reimbursement Information by State
### As of May 22, 2003

Revised 5/22/2003

| STATE | INGREDIENT COST | DISPENSING FEE | CO-PAY* | STATE MAC |
|---|---|---|---|---|
| Mississippi | AWP-12% | $3.91 | $1.00 (generic); $3.00 (brand) | No |
| Missouri | AWP-10.43% or WAC+10% | $4.09 | $.50-$2.00 | Yes |
| Montana | AWP-15% | $4.70 | $1.00 | No |
| Nebraska | AWP-11% | $3.27-$5.00 (based on service delivery, unit dosage or 3rd party payors) | $2.00 | Yes |
| Nevada | AWP-15% | $4.76 | $1.00 (generic); $2.00 (brand) | No |
| New Hampshire | AWP-12% | $2.50 | $.50 (generic); $1.00 (brand) | Yes |
| New Jersey | AWP-10% | $3.73; $4.07 (addt'l services) | none | No |
| New Mexico | AWP-12.5% | $3.65 | none | Yes |
| New York | AWP-10% | $4.50 (generic); $3.50 (brand) | $.50 (generic); $2.00 (brand) | No |
| North Carolina | AWP-10% | $5.60 (generic); $4.00 (brand) | $1.00 (generic); $3.00 (brand) | Yes |
| North Dakota | AWP-10% | $4.60 | $3.00 (brand) | No |
| Ohio | WAC+9% or AWP-12.8% | $3.70 | none | Yes |
| Oklahoma | AWP-12% | $4.15 | $1.00-$2.00 | Yes |
| Oregon | AWP-11% (institut), AWP-15% (noninstitut) | $3.50 (retail); $3.91 (institut) | $2.00 (generic); $3.00 (brand) | Yes |
| Pennsylvania | AWP-10% | $4.00 | $1.00 | Yes |
| Rhode Island | WAC+5% | $3.40 (outpatient), $2.85 (long term care) | none | No |
| South Carolina | AWP-10% | $4.05 (independ pharm); $3.15 (institut) | $3.00 | Yes |
| South Dakota | AWP-10.5% | $4.75 ($5.55 for unit dose) | $2.00 | No |
| Tennessee | AWP-13% | $2.50 (long term care dual eligib); $5.00 (NH only-if 28 days+) | N/A | Yes |
| Texas | AWP-15% or WAC+12% (whichever is lowest) | $5.27 | N/A | Yes |
| Utah | AWP-12% | $3.90 (urban); $4.40 (rural) | $3.00 | Yes |
| Vermont | AWP-11.9% | $4.25 | $1.00-$3.00 | Yes |
| Virginia | AWP-10.25% | $4.25 | $1.00 | Yes |
| Washington | AWP-14% (single source & multiple source (1-4 manufact)), AWP-50% (multiple source 5+) | $4.20-$5.20 (based on 3-tiered pharmacy volume) | none | Yes |
| West Virginia | AWP-12% | $3.90 (+$1.00 for compounding) | $.50-$2.00 | No |
| Wisconsin | AWP-11.25% | $4.88 | $.50 (over-the-counter); $1.00 (per legend) | Yes |
| Wyoming | AWP-11% | $5.00 | $2.00 | No |

(AWP=avg wholesale price, WAC=wholesaler acquisition cost, N/A=not available, NH=nursing home)
*Variation in co-pay amounts is due to the cost of the prescription.
SOURCE: CMS Approved State Plan