**ANDERSON EXHIBIT 6BB**

# MEDICAID REIMBURSEMENT FOR DRUGS BY STATE

This table shows Medicaid prescription drug reimbursement rates and related information for 1999 as reported by the state drug program administrators in the annual National Pharmaceutical Council Survey.

| State | Dispensing fees | Co-pay | Ingredient reimbursement basis |
|---|---|---|---|
| Alabama | $5.40 | $0.50 - $3.00 | WAC+9.2% |
| Alaska | $3.45 - $11.46 | $2.00 | AWP-5% |
| Arizona* † | — | | AWP-10% |
| Arkansas | $5.51 | $0.50 - $3.00 | AWP-10.5% |
| California | $4.05 | G: $1.00, B: $1.00 | AWP-5% |
| Colorado | $4.08 | G: $0.50, B: $2.00 | AWP-10%; WAC+18% |
| Connecticut | $4.10 | No | AWP-12% |
| Delaware | $3.65 | No | AWP-12.9% |
| District of Columbia† | $3.75 | $1.00 | AWP-10% |
| Florida | $4.23 | No | AWP-11.5%, WAC+7% |
| Georgia | $4.63 | $0.50 | AWP-10% |
| Hawaii | $4.67 | No | AWP-10.5% |
| Idaho | $4.94 | No | AWP-11% |
| Illinois | $3.69 - $15.45 | No | AWP-10%; AWP-12% (multi-source drugs) |
| Indiana | $4.00 | $0.50 - $3.00 | AWP-10% |
| Iowa | $4.10 - $6.38 | $1.00 | AWP-10% |
| Kansas | $4.94 | $2.00 | AWP-10% |
| Kentucky | $4.75 OP/$5.75 LTC | No | AWP-10% |
| Louisiana | $5.77 | $0.50 - $3.00 | AWP-10.5% |
| Maine | $3.35 - $5.35 | $0.50 - $3.00 | AWP-10% |
| Maryland | $4.21 | $1.00 | AWP-10% |
| Massachusetts | $3.00 | $0.50 | WAC+10% |
| Michigan | $3.72 | $1.00 | AWP-13.5% or AWP-15.1% |
| Minnesota | $3.65 | No | AWP-9% |
| Mississippi | $4.91 | $1.00 | AWP-10% |
| Missouri | $4.09 | $0.50 - $2.00 | AWP-10.43% |
| Montana | $2.00 - $4.20 | G: $1.00, B: $2.00 | AWP-10% |
| Nebraska | $2.85 - $5.05 | $1.00 | AWP-8.71% |
| Nevada | $4.76 | No | AWP-10% |
| New Hampshire | $2.50 | G: $0.50, B: $1.00 | AWP-12% |
| New Jersey | $3.73 - $4.07 | No | AWP-10% |
| New Mexico | $4.00 | No | AWP-12.5% |
| New York | $3.50 - $4.50 | G: $0.50, B: $2.00 | AWP-10% |
| North Carolina | $5.60 | $1.00 | AWP-10% |
| North Dakota | $4.60 | No | AWP-10% |
| Ohio | $3.70 | No | AWP-11% |
| Oklahoma | $4.15 | $1.00 - $2.00 | AWP-10.5% |
| Oregon | $3.80 - $4.16 | No | AWP-11% |
| Pennsylvania | $4.00 | $1.00 - $2.00 | AWP-10% |
| Rhode Island† | $2.85 - $3.40 | No | WAC+5% |
| South Carolina | $4.05 | $2.00 | AWP-13% |
| South Dakota | $4.75 - $5.55 | $2.00 | AWP-10.5% |
| Tennessee* † | — | | |
| Texas | $5.27 + 2% | No | AWP-15%; WAC+12% |
| Utah† | $3.90 - $4.40 | $1.00 | AWP-12% |
| Vermont | $4.25 | $1.00 - $2.00 | AWP-10% |
| Virginia | $4.25 | $1.00 | AWP-9% |
| Washington | $3.98 - $4.92 | No | AWP-11% |
| West Virginia | $3.90 - $4.90 | $0.50 - $2.00 | AWP-12% |
| Wisconsin | $4.88 to $40.11 | $0.50 - $1.00 | AWP-10% |
| Wyoming | $4.70 | $2.00 | AWP-4% |

OP = Outpatient; LTC = Long Term Care; WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; G = Generic; B = Brand Name.

*Within federal and state guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.

†These states did not submit information for this table, so their 1998 data are included.

Source: National Pharmaceutical Council, Reston, Va

DRUG REIMBURSEMENT INFORMATION                                                                     93

# MEDICAID REIMBURSEMENT FOR DRUGS BY STATE

This table shows Medicaid prescription drug reimbursement rates and related information as reported by the state drug program administrators in the annual National Pharmaceutical Council Survey.

| State | Dispensing Fees | Ingredient Reimbursement Basis | Co-pay | Year |
|---|---|---|---|---|
| Alabama | $5.40 | AWP-10%; WAC+9.2% | $0.50 - $3.00 | 2000 |
| Alaska | $3.45 | AWP-5% | $2.00 | 2000 |
| Arizona* | - | AWP-10% | - | 1999 |
| Arkansas | $5.51 | AWP-10.5% | $0.50 - $3.00 | 2000 |
| California | $4.05 | AWP-5% | G: $1.00, B: $1.00 | 2000 |
| Colorado | $4.08 | AWP-10% or WAC+18%, whichever is lowest | G: $0.50, B: $2.00 | 2000 |
| Connecticut | $4.10 | AWP-12% | No | 2000 |
| Delaware | $3.65 | AWP-12.9% | No | 2000 |
| District of Columbia | $3.75 | AWP-10% | $1.00 | 1999 |
| Florida | $4.23 | AWP-13.25%— | No | 2000 |
| Georgia | $4.63 | AWP-10% | $0.50 | 2000 |
| Hawaii | $4.67 | AWP-10.5% | No | 2000 |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-11% | No | 2000 |
| Illinois | G: $3.75, B: $3.45 | AWP-10%, AWP-12% for multi-source drugs | No | 2000 |
| Indiana | $4.00 | AWP-10% | $0.50 - $3.00 | 2000 |
| Iowa | $4.13 - $6.42 | AWP-10% | $1.00 | 2000 |
| Kansas | $4.50 | AWP-10% | $2.00 | 2000 |
| Kentucky | OP: $4.75, LTC: $5.75 | AWP-10% | No | 2000 |
| Louisiana | $5.77 | AWP-10.5% | $0.50 - $3.00 | 1999 |
| Maine | $3.35 (+ extra fees for compounding) | AWP-10% | $0.50 - $3.00 | 1999 |
| Maryland | $4.21 | Lowest of: WAC+10%, direct+10%, AWP-10% | $1.00 | 2000 |
| Massachusetts | $3.00 | WAC+10% | $0.50 | 2000 |
| Michigan | $3.72 | AWP-13.5% (1 to 4 stores), AWP-15.1% (5+ stores) | $1.00 | 2000 |
| Minnesota | $3.65 | AWP-9% | No | 2000 |
| Mississippi | $4.91 | AWP-10% | $1.00 | 2000 |
| Missouri | $4.09 | AWP-10.43% | $0.50 - $2.00 | 2000 |
| Montana | $2.00 - $4.20 | AWP-10% | G: $1.00, B: $2.00 | 2000 |
| Nebraska | $3.20 - $5.05 | AWP-8.71% | $1.00 | 2000 |
| Nevada | $4.76 | AWP-10% | No | 2000 |
| New Hampshire | $2.50 | AWP-12% | G: $0.50, B: $1.00 | 2000 |
| New Jersey | $3.73 - $4.07 | AWP-10% | No | 2000 |
| New Mexico | $4.00 | AWP-12.5% | No | 1999 |
| New York | B: $3.50 G: $4.50 | AWP-10% | G: $0.50, B: $2.00 | 2000 |
| North Carolina | $5.60 | AWP-10% | $1.00 | 2000 |
| North Dakota | $4.60 | AWP-10% | No | 1999 |
| Ohio | $3.70 | AWP-11% | No | 2000 |
| Oklahoma | $4.15 | AWP-10.5% | $1.00 - $2.00 | 2000 |
| Oregon | $3.91 - $4.28 (based on annual # of Rxs) | AWP-11% | No | 2000 |
| Pennsylvania | $4.00 | AWP-10% | $1.00 - $2.00 | 2000 |
| Rhode Island | OP: $3.40, LTC: $2.85 | WAC+5% | No | 1999 |
| South Carolina | $4.05 | AWP-10% | $2.00 | 2000 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | $2.00 | 2000 |
| Tennessee* | - | - | - | 1999 |
| Texas | $5.27 + 2% of ingredient & dispensing fee | AWP-15% or WAC+12%, whichever is lowest | No | 2000 |
| Utah | $3.90 - $4.40 (based on geographic area) | AWP-12% | $1.00 - $5.00 | 1999 |
| Vermont | $4.25 | AWP-11.9% | $1.00 - $2.00 | 2000 |
| Virginia | $4.25 | AWP-9% | $1.00 | 1999 |
| Washington | $4.06 - $5.02 (based on annual # of Rxs) | AWP-11% | No | 2000 |
| West Virginia | $3.90 (+ extra fees for compounding) | AWP-12% | $0.50 - $2.00 | 2000 |
| Wisconsin | $4.88 | AWP-10% | $0.50 - $1.00 | 2000 |
| Wyoming | $4.70 | AWP-4% | $2.00 | 2000 |

AWP = average wholesale price; B = brand name;
G = generic; LTC = long-term care;
OP = outpatient; WAC = wholesaler's acquisition cost.

*Within federal and state guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.

Source: National Pharmaceutical Council, Reston, Va.

# MEDICAID REIMBURSEMENT FOR DRUGS BY STATE

This table shows Medicaid prescription drug reimbursement rates | state drug program administrators to the National Association of and related information as of December 4, 2001, as reported by | Chain Drug Stores.

| State | Fees | Co-pay |
|---|---|---|
| Alabama | AWP - 10%; WAC + 9.2% + $5.40 | $0.50 - $3.00 |
| Alaska | AWP - 5% + $3.45 | $2.00 |
| Arizona | Entire program in managed care | No |
| Arkansas | AWP - 10.5% + $5.51 | $0.50 - $3.00 |
| California | AWP - 5% + $4.05 | $1.00 |
| Colorado | AWP - 11% + $4.00 | $0.50/$2.00 |
| Connecticut | AWP - 12% + $4.10 | No |
| Delaware | AWP - 12.9% + $3.65 | No |
| District of Columbia | AWP - 10% + $3.75 | $1.00 |
| Florida | AWP - 13.25% + $4.73 (formulary)/$3.73 (non-formulary) | No |
| Georgia | AWP - 10% + $4.63 (MFN) | $0.50 generic and preferred brand/$0.50 -$3.00 non-preferred brand |
| Hawaii | AWP - 10.5% + $4.67 | No |
| Idaho | AWP - 12% + $4.94 | No |
| Illinois | AWP - 20% + $5.10 (generics); AWP - 11% + $4.00 (brands) | No |
| Indiana | AWP - 10% + $4.00 | $0.50 - $3.00 |
| Iowa | AWP - 10% + $5.17 | $1.00 |
| Kansas | AWP - 10% + $4.50 | $2.00 |
| Kentucky | AWP - 10% + $4.51 | No |
| Louisiana | AWP - 13.5%/15% + $5.77 | $0.50 - $3.00 |
| Maine | EAC/AWP - 10% + ($3.10 - $5.10) (MFN) | $0.50 - $3.00 |
| Maryland | WAC + 10% + $4.21 | $1.00 |
| Massachusetts | WAC + 10% + $3.00 (MFN) | $0.50 |
| Michigan | AWP - 13.5% (independent)/15.1% (chain) + $3.77 | $0.50 - $3.00 (reverts to $1.00 if uncollectable) |
| Minnesota | AWP - 9% + $3.65; $8/bag for IV solutions; $14/bag for cancer therapy products; $30/bag for parenteral nutritional products (1 liter); $44/bag for parenteral nutritional products (>1 liter) | No |
| Mississippi | AWP - 10% + $4.91 | $1.00 |
| Missouri | AWP - 10.43% + $4.09 | $0.50 - $2.00 |
| Montana | AWP - 10% + ($2.00 - $4.20), based on dispensing fee questionnaire | $1.00/$2.00 |
| Nebraska | AWP - 8.71% + ($3.20 - $5.05) | $1.00 |
| Nevada | AWP - 10% + $4.76 | No |
| New Hampshire | AWP - 12% + $2.50 | $0.50/$1.00 |
| New Jersey | AWP - 13% + $3.50 | No |
| New Mexico | AWP - 12.5% + $4.00 | No |
| New York | AWP - 10% + $3.50/$4.50 | $0.50/$2.00 |
| North Carolina | AWP - 10% + $4.00 (brands); AWP - 10% + $5.60 (generics) | Brands: $3.00;  Generics: $1.00 |
| North Dakota | AWP - 10% + $4.60 | No |
| Ohio | AWP - 11.2% + $3.70 | No |
| Oklahoma | AWP - 10.5% + $4.15 | $1.00/$2.00 |
| Oregon | AWP - 13% + $3.50 ($3.80 for nursing homes) | No |
| Pennsylvania | AWP - 10% + $4.00 | $1.00 |
| Rhode Island | WAC + 5% + $3.40 | No |
| South Carolina | AWP - 10% + $2.00 | $3.00 |
| South Dakota | AWP - 10% + $4.75 | $2.00 |
| Tennessee | AWP - 13% + $2.50 | $5.00/$10.00 (income-dependent) |
| Texas | AWP - 15% (independent); AWP - 18% (chains and warehouses); WAC + 12% + ($5.27 + 2% + $0.15 delivery fee) | No |
| Utah | AWP - 12% + $3.90 (urban providers)/$4.40 (rural providers) | $1.00, with $5.00 maximum per month |
| Vermont | AWP - 11.9% + $4.25 | $1.00 - $3.00 |
| Virginia | AWP - 9% + $4.25 | Brands: $2.00; Generics: $1.00 |
| Washington | AWP - 11% + ($4.06 - $5.06) | No |
| West Virginia | AWP - 12% + $3.90 | $0.50 - $2.00 |
| Wisconsin | AWP - 11.25% + $4.38 | $1.00 |
| Wyoming | AWP - 11% + $5.00 | $1.00 |

AWP = average wholesale price; EAC = estimated acquisition cost; MFN = most favored nations reimbursement; WAC = wholesaler's acquisition cost.

Source: National Association of Chain Drug Stores, Alexandria, Va.; December 4, 2001.

DRUG REIMBURSEMENT INFORMATION · 113

# MEDICAID REIMBURSEMENT FOR DRUGS BY STATE

This table shows Medicaid prescription drug reimbursement rates, state drug program administrators to the National Association of and related information as of December 3, 2002, as reported by Chain Drug Stores.

| State | Medicaid Formula | Co-pay |
|-------|------------------|--------|
| Alabama | AWP - 10% or WAC + 9.2% + $5.40 (brands and generics) | $0.50 - $3.00 |
| Alaska | AWP - 5% + $3.45 | $2.00 |
| Arizona | Entire program in managed care | |
| Arkansas | AWP - 14% brands / AWP - 20% generics + $5.51 + $2.00 generic incentive | $0.50 to $3.00 |
| California | AWP - 5% + $3.55 | $1.00 |
| Colorado | AWP - 13.5% (brand) and AWP - 35% (generic) | $0.75 / $3.00 |
| Connecticut | AWP - 12% + $3.85 | None |
| Delaware | Generics: AWP - 58% Brands: AWP - 16.32% (traditional pharmacies: AWP - 24.32%); | None |
| District of Columbia | AWP - 10% + $3.75 | $1.00 |
| Florida | Lower of WAC + 7% or AWP - 13.25% + $4.73 (formulary) / $3.73 (nonformulary) | None |
| Georgia | AWP - 10% (MFN) + $4.63 (brand) / $5.13 (generic ) | Generics and preferred brands: $0.50; Nonpreferred brands; $0.50 - $3.00 |
| Hawaii | AWP - 10.5% + $4.67 | None |
| Idaho | AWP - 12% + $4.94 | None |
| Illinois | Brand: AWP - 12% + $3.40; generic AWP - 25% + $4.60 | Brands: $3.00; Generics: $1.00 |
| Indiana | AWP - 13.5% + $4.90 (brand) / AWP - 20% + $4.90 (generic) | Generic legend drugs, all nonlegend drugs, and compounded prescriptions: $0.50; Brands: $3.00 |
| Iowa | AWP - 10% + $5.17 | $1.00 |
| Kansas | AWP - 10% + $4.50 | $3.00 |
| Kentucky | AWP - 12% + $4.51 | $1.00 |
| Louisiana | AWP - 13.5% (independent) / AWP - 15% (chain) + $5.77 | $0.50 - $3.00 |
| Maine | EAC / AWP - 13% + $3.35 (MFN) | $0.50 - $3.00, $10.00 for HIV drugs |
| Maryland | Lower of (WAC + 10%) or (AWP - 10%) + $4.21 | Brands only: $2.00 |
| Massachusetts | WAC + 6% (MFN) + $3.50 (brand) / $5.00 (generic) | $2.00 |
| Michigan | AWP - 13.5% (independent / 15.1% (chain) + $3.77 | $0.50 - $3.00 (reverts to $1.00 if uncollectable) |
| Minnesota | AWP - 9% + $3.65; $8 / bag for IV solutions; $14 / bag for cancer therapy products; $30 / bag for parenteral nutritional products (1 liter); $44 / bag for parenteral nutritional products ( >1 liter) | None |
| Mississippi | AWP - 12% + $3.91 | $3.00 |
| Missouri | AWP - 10.43% + $4.09 | $0.50 - $2.00 |
| Montana | AWP - 15% + $4.70 | $1.00 minimum; 5% coinsurance |
| Nebraska | AWP - 11% + ($3.20 to $5.05) | $2.00 |
| Nevada | AWP - 15% + $4.76 | None |
| New Hampshire | AWP - 12% (MFN) + $2.50 | $0.50/$1.00 |
| New Jersey | AWP - 10% + ($3.73 to $4.07) | None |
| New Mexico | AWP - 12.5% + $3.65 | None |
| New York | AWP - 10% + $3.50 / $4.50 | Brands: $2.00; Generics & OTCs: $0.50 ($100/yr. limit) |
| North Carolina | AWP - 10% + $4.00 (brand); AWP - 10% + $5.60 (generic) | Brands: $3.00; Generics: $1.00 |
| North Dakota | AWP - 10% + $4.60 | $3.00 |
| Ohio | WAC + 9% (or AWP - 12.8% if WAC unknown) + $3.70 | $1.00 |
| Oklahoma | AWP - 12% + $4.15 | $1.00 / $2.00 |
| Oregon | AWP - 14% + $3.50 ($3.80 for nursing homes) | Brands: $3.00; Generics: $2.00 (pending as of 12/02) |
| Pennsylvania | AWP - 10% + $4.00 | $1.00 |
| Rhode Island | WAC + 5% + $3.40 | None |
| South Carolina | AWP - 10% + $4.05 | $3.00 |
| South Dakota | AWP - 10.5% + $4.75 | $2.00 |
| Tennessee | AWP - 13% + $2.50 | $1.00 / $1.00 / $3.00 (TennCare Medicaid); $1.00 / $3.00 / $5.00 (TennCare Standard Below Poverty); $5.00 / $15.00 / $25.00 TennCare Standard Above Poverty) |
| Texas | (AWP - 15%) / (WAC + 12%) + ($5.27 + 2% + $0.15 delivery fee) Chain pharmacy is reimbursed at warehouse rate of AWP - 18% | None (brands: $3.00; generics: $0.50 pending as of 12/02) |
| Utah | AWP - 12% + $3.90 (urban providers) / + $4.40 (rural) | $1.00, with $5.00 maximim per month; nontraditional: $2.00 |
| Vermont | AWP - 11.9% + $4.25 | Brands: $6.00; Generics: $3.00 (CMS approval pending) |
| Virginia | AWP - 10.25% + $4.25 | Brands: $2.00; Generics: $1.00 |
| Washington | AWP - 14% (brand) (fewer than five manufacturers); AWP - 50% (generic) (five or more manufacturers) | None |
| West Virginia | AWP - 12% + $3.90 | $0.50 for drugs with allowed charge of $10.00 or less; $1.00 for drugs with allowed charge of $10.01 to $25.00; $2.00 for drugs with allowed charge of $25.01 or more |
| Wisconsin | AWP - 11.25% + $4.38 | $0.50 for OTCs, no limit; $1.00 for legend drugs, up to $5.00 per month maximum |
| Wyoming | AWP - 11% + $5.00 | $2.00 |

AWP = average wholesale price; EAC = estimated acquisition cost; MFN = most favored nations reimbursement; WAC = wholesaler's acquisition cost.

EXHIBIT "4"

**Point-of-Care Knowledge Bases**

## First DataBank

# New Product Submission Form

For your convenience, you may use this form to add products to the National
Drug Data File (NDDF).  Please make copies of this form for each add.

| | |
|---|---|
| NDC Number | |
| UPC Number | |
| Product Name | |
| RX or OTC | |
| Package Size (ml, gm, each) | |
| Dosage Form (tablet, capsule, powder filled vial, ampul, ointment, etc...) | |
| Wholesale (Distributor) Price | |
| Direct Price | |
| AWP Price | |
| Effective Date (start ship date) | |
| Active Ingredients & strengths (Package Insert and Label are preferred.) | |

Company Name: _____

Your Name: _____

Telephone: _____

EXHIBIT "5"

TO: WBB                                          AT: 13055778545



## Texas Department of Health

William R. Archer III, M.D.          http://www.tdh.state.tx.us          Paul J. Patterson, M.D., M.P.H.
Commissioner of Health                                                    Executive Deputy Commissioner

1100 West 49th Street
Austin, Texas 78756-3199
(512) 458-7111

Under the Omnibus Budget Reconciliation Act (OBRA) of 1990, the state of Texas Vendor Drug Program
will continue to request completed questionnaire as a requirement for the production addition to the Texas
Vendor Drug Index (TVDI). A form is included so that all necessary information from the manufacturer will
be available for pricing and dosing recommendations. Questionnaires should be limited to no more than 20
per submittal request for any one month period. A separate questionnaire is to be submitted for each drug
and strength. <u>Please supply a cover sheet listing all products, strengths and package sizes for which you are
submitting applications.</u> Questions must be answered in full (NO - N/A). This form may be reproduced.

All inquiries regarding this questionnaire for BVD and revisions are to be directed to:

        Texas Department of Health
        Bureau Vendor Drug
        1100 West 49th Street.
        Austin, Texas 78756-3174

Drugs are listed in the BVD using the NDC number of the manufacturer or distributor who is holding the
drug forth as his own and has his company's name on the label of the container that is sold to the pharmacy.
If your company has a product to which the "New Drug Coverage" applies, please add the FDA approval
date of the New Drug Application (NDA), Product License Approval (PLA), Establishment License
Approval (ELA), or Antibiotic Drug Approval (ADA) to the questionnaire.

Martha McNeill, R.Ph.
Director of Product Management
Bureau of Vendor Drug
(512)338-6965
(512)338-6462-Fax
(512)338-6932-Secretary

# REQUEST FOR INFORMATION FOR NEW DRUG PRODUCT OR FOR ADDITIONAL INFORMATION OF PRODUCTS CURRENTLY INCLUDED IN TEXAS MEDICAID

Please fill out the following information for consideration on Texas Medicaid

CLUDE A COPY OF FILE CARD, PACKAGE INSERT AND OR MATERIAL FOR PHYSICIANS

## DRUG DESCRIPTION

| DC. NO: | | PACKAGE QTY: | |
|---|---|---|---|
| .ultiple package size of same strength | | products may be included) | |
| RODUCT BRAND NAME: ·ENERIC NAME: *STRUCTURALLY RELATED DRUGS: | | | |
| .RUG STRENGTH: | | | |
| :OLOR: | | FLAVOR: | ORANGE BOOK RATING: |
| )OSAGE FORM: | | IS THIS DRUG LEGEND OR OTC? | DEA SCHEDULE OF THE DRUG: |
| 1AXIMUM DAILY DOSE: | | | |
| .ECOMMENDED DAILY DOSE: | | | |
| .NGREDIENTS/DESCRIPTION: | | | |
| *LIST SHELF LIFE: | | | |
| *ESTIMATED AVG. DURATION OF THERAPY: | | | |
| 'MAXIMUM DURATION OF TREATMENT: | | | |
| A - Drug products that FDA considers to be therapeutically equivalent to other pharmaceutically equivalent products. B - Drug products that FDA at this time, considers not to be therapeutically equivalent to other pharmaceutically equivalent products. C - Not listed in Orange Book | | | |

** NEW ADDITIONAL INFORMATION - revised (April 1, 1998)

SENT BY: VENACARE;                    3052921739;           JAN      7:25PM;        PAGE 5

**TTACH COPIES OF PRICE LIST & ADD TO MAILING LIST IF NOT CURRENTLY LISTED**

## PRICE INFORMATION

| | |
|---|---|
| /ERAGE OF SUGGESTED WHOLESALE PRICE TO PHARMACY (AWP) | $ |
| JICE TO WHOLESALER AND/OR DISTRIBUTOR | $ |
| RECT PRICE TO PHARMACY | $ |
| JICE TO CHAIN WAREHOUSE | $ |
| INSTITUTIONAL OR OTHER CONTRACT PRICE** Nursing Home, Home Health Care) | $ |
| THER PRICE | $ |

1e set of price lists is sufficient for multiple submittals.
.otes: If prices vary by specific contract or customer arrangement, you may provide a price range.**

Please circle the companies to whom you report pricing information.

RST DATA BANK PRICE ALERT                      RED BOOK

EDI-SPAN                                        BLUE BOOK

HER:_____

Do you sell to distributors, repackagers, or relabiers, other than full-service drug wholesalers,   who in turn
sell your product to the retail trade bearing your NDC number?

If yes, attach a listing.

Attach a copy of your sales agreement with retail pharmacists (contract, policy, etc)

Attach a copy of your Vendor Liability Insurance:

a. Included or

b. Previously submitted or unchanged. (Do not need to resubmit)

Available date through WHOLESALERS_____

An Equal Employment Opportunity Employer                                            3

| ame of firm: | | |
|---|---|---|
| adress: | | |
| ity: | State: | Zip: |

ame and address of Manufacturer of drug:

| ity: | State: | Zip: |
|---|---|---|

ame and Address of representatives/government affairs persons covering the Texas area; if applicable:

| ity: | State: | Zip: |
|---|---|---|
| hone: | | |

Is this product now marketed under an approved NDA or ANDA?

Submit a copy of the FDA letter of approval of the NDA or ANDA, or, if not applicable, a copy of the FDA letter of approval for marketing.

Please circle DESI classification of this product.

2  Non-DESI/IRS: safe and effective

3  DESI/IRS under review

4  LTE DESI/IRS for some indications

5  Non-Covered - LTE DESI/IRS for all indications

6  Non-Covered - LTE DESI/IRS withdrawn form the market

...oduct added to the Texas Vendor Drug Program must bear the labeler code, as defined by the FDA, of the . ...ty, with the exception of a bonafide full-service drug wholesaler, marketing the final sale to the provider.

...nufacturers or distributors having one or more of their pharmaceuticals included in the program are responsible ...ubmitting notification of any changes pertaining to any of the above information not later than such revisions scheduled to occur to:

> Texas Department of Health
> Bureau of Vendor Drug
> Attn: Martha McNeill, R.Ph.
> Director of Product Management
> 1100 West 49th Street
> Austin, Texas 78756-3174

...rtify that the information submitted is correct to the best of my knowledge and that this product is not now in ...lation of either Federal or State Law. I also agree to inform the Texas Department of Health, in writing, of any ...nges in formulation, product status, price or availability as herein describe, within fifteen (15) days of such ..nge.

| | |
|---|---|
| sponsible Person (Type or Print) | Signature |

| | |
|---|---|
| ..: | |

| | | | |
|---|---|---|---|
| ..dress | City | State | Zip |

| | |
|---|---|
| mpany Name | (___) _____ <br> Telephone |

EXHIBIT "6"