# ANDERSON EXHIBIT 6CC

# Exhibit "6"
## Innovator Drugs Reported as Non-Innovator Drugs
### Page 1

| Company | Drug NDC# | Company Holding NDA | NDA Approval # | Time period of false reporting |
|---------|-----------|---------------------|----------------|-------------------------------|
| Dey | EpiPen Jr. 49502-0501-01 | Survival Technology, Inc. | 19-430 | 9/30/90 to the present |
| Dey | EpiPen 49502-0500-01 | Survival Technology, Inc. | 19-430 | 9/30/1990 to the present |
| Dey | Albuterol Inhalation Aerosol, 17gm refill 49502-0303-27 | Glaxo, Inc | 18-473 | 11/20/1996 to 2/28/2002 |
| Dey | Albuterol Inhalation Aerosol, 17gm 49502-0303-17 | Glaxo, Inc. | 18-473 | 10/21/1996 to 2/28/2003 |
| Dey | Albuterol Inhalation solution 0.5%, 20ml 49502-0196-20 | Glaxo, Inc. | 19-269 | 2/29/1996 to 12/31/2000 |
| Schein | Albuterol Inhalation Aerosol 17gm 00364-2632-98 | Schering (Warrick) | 17-559 | 10/5/1996 to 8/31/2001 |
| Schein | Albuterol Inhalation Aerosol, 17gm refill 00364-2632-17 | Schering (Warrick) | 17-559 | 10/5/1996 to the present |
| Schein | Dipivefrin Hydrochloride Opthalmic Sol 0.1% 5ml, 10ml, 15ml 00364-3040-53 00364-3040-54 00364-3040-72 | Allergan/Pacific Pharma | 18-239 | 3/1/1994 to the present |
| Schein | Levobunolol Hydrochloride Opthalmic Sol 0.25% 5ml,10ml,15ml 00364-3053-53 (5) 00364-3053-54 (10) | Allergan Pharmaceuticals | 19-219 | 9/1/1994 to2/28/2000 |

# Exhibit "6"
## Innovator Drugs Reported as Non-Innovator Drugs
### Page 2

| Company | Drug NDC# | Company Holding NDA | NDA Approval # | Time period of false reporting |
|---|---|---|---|---|
| Schein | Levobunolol Hydrochloride Opthalmic Sol 0.25% 5ml,10ml,15ml 00364-3039-53 (5) 00364-3039-54 (10) 00364-3039-72 (15) | Allergan Pharmaceuticals | 19-219 | 3/18/1994 to the present |
| Schein | Gemfibrozil 600 mg tablets 60's and 500's 00364-2566-06 (60) 00364-2566-05 (500) | Warner Chilcott | 18-422 | 11/14/1994 to withdrawal from the market |
| Schein | Perphenazine Tablets 2,4,8,and 16mg 100"s 00364-2623-01 (2) 00364-2624-01 (4) 00364-2625-01 (8) 00364-2626-01 (16) | Schering Warrick | 10-775 | 4/7/1995 to withdrawal from the market |
| Schein | Sterile Methylprednisolone Acetate Suspension 1ml and 1mlx25 00364-3064-51 (1) 00364-3064-46 (25) 00364-3065-51 (1) 00364-3065-46 (25) | The Upjohn Company | 11-757 | 9/8/1995 to withdrawal from the market |
| Schein | Verapamil HCL sustained caps 120mg, 180mg, 240mg, 360mg 100's 00364-2880-01(120) 00364-2882-01(180) 00364-2884-01(240) 00364-2886-01(360) | Elan Pharmaceuticals | 19-614 | 5/51999 to withdrawal from the market |
| Schein | Cytarabine Inj 500mg 00364-2468-54 | The Upjohn Company | 16-793 | 9/30/1990 to 12/31/2001 |
| Schein | Benzonatate100mg 100's 00364-2536-01 | Ciba | 11-210 | 4/1/1993 to withdrawal from the market |

# Exhibit "6"
## Innovator Drugs Reported as Non-Innovator Drugs
### Page 3

| Company | Drug NDC# | Company Holding NDA | NDA Approval # | Time period of false reporting |
|---|---|---|---|---|
| Purdue Pharma | Oxycontin 40 mg 59011-0105-25 | Purdue Pharma | 020553 | 8-30-1996 to the present |
| Purdue Pharma | Oxycontin 80 mg 59011-0107-10 | Purdue Pharma | 020553 | 1-8-1997 to the present |
| Purdue Pharma | Oxycontin 80 mg 59011-0107-25 | Purdue Pharma | 020553 | 1-29-1997 to the present |
| Purdue Pharma | Oxycontin 160 mg 59011-0109-10 | Purdue Pharma | 020553 | 4-27-2000 to the present |
| Purdue Pharma | Oxycontin 160 mg 59011-0109-25 | Purdue Pharma | 020553 | 4-27-2000 to the present |
| Purdue Frederick | MS Contin 200mg 00034-0513-10 | Purdue Frederick | 019516 | 12-1-1993 to the present |
| Purdue Frederick | MS Contin 200mg 00034-0513-25 | Purdue Frederick | 019516 | 11-30-1993 to the present |
| Purdue Frederick | MS Contin 15 mg 00034-0514-10 | Purdue Frederick | 019516 | 5-1-1990 to the present |
| Purdue Frederick | MS Contin 15mg 00034-0514-25 | Purdue Frederick | 019516 | 5-1-1990 to the present |
| Purdue Frederick | MS Contin 15 mg 00034-0514-90 | Purdue Frederick | 019516 | 11-1-1991 to the present |
| Purdue Frederick | MS Contin 30mg 00034-0515-10 | Purdue Frederick | 019516 | 5-29-1987 to the present |
| Purdue Frederick | MS Contin 30 mg 00034-0515-25 | Purdue Frederick | 019516 | 5-29-1987 to the present |
| Purdue Frederick | MS Contin 30 mg 00034-0515-45 | Purdue Frederick | 019516 | 5-29-1987 to the present |
| Purdue Frederick | MS Contin 30 mg 00034-0515-50 | Purdue Frederick | 019516 | 5-29-1987 to the present |
| Purdue Frederick | MS Contin 30 mg 00034-0515-90 | Purdue Frederick | 019516 | 5-29-1987 to the present |
| Purdue Frederick | MS Contin 60 mg 00034-0516-10 | Purdue Frederick | 019516 | 5-1-1988 to the present |

# Exhibit "6"
## Innovator Drugs Reported as Non-Innovator Drugs
### Page 4

| Company | Drug NDC# | Company Holding NDA | NDA Approval # | Time period of false reporting |
|---|---|---|---|---|
| Purdue Frederick | MS Contin 60 mg 00034-0516-25 | Purdue Frederick | 019516 | 5-1-1988 to the present |
| Purdue Frederick | MS Contin 60 mg 00034-0516-90 | Purdue Frederick | 019516 | 11-1-1991 to the present |
| Purdue Frederick | MS Contin 100 mg 00034-0517-10 | Purdue Frederick | 019516 | 5-1-1990 to the present |
| Purdue Frederick | MS Contin 100 mg 00034-0517-25 | Purdue Frederick | 019516 | 5-1-1990 to the present |
| Purdue Frederick | MS Contin 100 mg 00034-0517-90 | Purdue Frederick | 019516 | 11-1-1990 to the present |

C:\Documents and Settings\Jim Breen\My Documents\BOSTON\3rdAmended\FINAL-Complaint-Pkg\Exhibit6-Rebate.wpd

COMPOSITE EXHIBIT "7"

ENT BY: VENACARE;                           3052921739;        JAN-1( : 7:27PM;         PAGE 11



# Warrick
## Pharmaceuticals

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

December 20, 1994

*Hew Warrick's price is based on direct pri...*

Gerry F. Wello
Pharmacy Program Manager
Medicaid Pharmacy Services
Agency for Health Care Administration
1317 Winewood Blvd
Tallahassee FL   32301-0700

Dear Ms. Wello:

Warrick Pharmaceuticals, a unit of Schering-Plough Corporation, is pleased to announce the availability
of Griseofulvin Ultramicrosize Tablets, USP, a generic to Fulvicin®P/G (griseofulvin ultramicrosize)
Tablets, USP. Product information for package sizes and pricing information is as follows:

*EAC = Direct + 7%*

| PRODUCT | Package Size | NDC # 59930- | AWP | Direct Wholesale/ Chain Price |
|---|---|---|---|---|
| Griseofulvin Tablets, USP 125 mg | 100 | 1620-1 | $33.11 | $24.95 |
| Griseofulvin Tablets, USP 250 mg | 100 | 1621-1 | $64.96 | $48.75 |
| Griseofulvin Tablets, USP 330 mg | 100 | 1624-1 | $82.47 | $61.85 |

*26.70*
*52.16*
*66.18*

Please be advised that Warrick does not sell direct to retail pharmacies. Package Inserts, statement
of Therapeutic Equivalence,  and the FDA Approval Letter are enclosed. See INDICATIONS section
of package insert for Indications/Use. This product is being marketed under the Fulvicin P/G NDA, #61-
996. This information is provided in the event it is required for reimbursement purposes. If you require
additional information, please do not hesitate to contact us.

Sincerely,

Phyllis T. Sinoradzki
Executive Assistant

RECEIVED

JAN 03 1995

PDMP

SENT BY: VENACARE;                    3052921739;           JAN-16/02/09  3:27PM



# Roxane
## Laboratories, Inc.

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/274-0974

September 26, 1994

Susan McCloud
Acting Pharmacy Program Manager
Medicaid Office of Program Development
Department of Health & Rehabilitative Services
B-6, R-280
1317 Winewood Blvd.
Tallahassee  FL 32399-0700

*[handwritten: EAC= Wholesale + 7%]*
*[handwritten: This one pays as we. viped]*
*[handwritten: Because we pay on Wholesale/direct not AWP, we get significant saving]*

## MEDICAID PRODUCT ADDITION NOTIFICATION

*[handwritten: what we pay off AWP]*

Trade Name: not applicable

Generic Name: Methotrexate Tablets USP, 2.5 mg

Dosage Form & Strength:  tablet, 2.5 mg

| NDC (0054) | Package Size | Direct Price | Wholesale Price | AWP  = 40.4% |
|---|---|---|---|---|
| 4550-25 | Bottle of 100 Tablets | $188.40 | $157.00 *+7%=/L>%9* | $305.16 *—43%* |
| 4550-15 | Bottle of 36 Tablets | $69.60 | $58.00 | $133.83 |
| 8550-25 | 10 x 10 UD Blisters | $206.80 | $172.33 *+7%=L%Y39* | $305.16 — *4/5.6%* |
| 8550-03 | 4 x 2 Dosage Pack | $17.85 | $15.50 | $23.00 |
| 8550-05 | 4 x 3 Dosage Pack | $26.50 *Jo* | *1.9/6)-3%.* $23.00 *%p5e8* | *2.9/L> 24.93%* $35.00 *—25* *—29.7* |
| 8550-06 | 4 x 4 Dosage Pack | $35.35 | $30.75 | $49.00 *65* |
| 8550-07 | 4 x 5 Dosage Pack | $44.25 | $38.50 | $61.00 *63* |
| 8550-10 | 4 x 6 Dosage Pack | $53.25 | $46.25 | $72.00 *64* |

*[handwritten left margin: 799, 39, 4 of, 7% enth tabs]*

NDA Number: 40-054

Approval Date:  8-1-94



ROXANE • PAIN • INSTITUTE™

1 • 8 0 0 • 3 3 5 • 9 1 0 0

*[handwritten: RECEIVED]*

OCT 05 1994

PDMP

EXHIBIT "8"

BY: VENACARE;                     3052921739;        JAN-16-^^  .:27PM;        PAGE 14

 **Warrick**
PHARMACEUTICALS

12125 Moya Boulevard, Reno, Nevada 89506-2600 • Telephone 1 800 547-3869

March 6, 1997

Ms. Martha McNeil
Texas Department of Health
Vendor Drug Program
Texas State Medicaid
1100 West 49th Street
Austin, Texas 78756-3174

Dear Ms. McNeil:

Enclosed please find a copy of the most current Warrick Pharmaceuticals Product Line which
includes the Product Name, Package Size, NDC#, Therapeutic Rating, AWP and WAC pricing.

Please call Ms. Amy Stivale at 908-529-3604 if you require anything further.

Regards,

Louis Manfredi
Manager
Business Development

LM:tjs

lm73219a

BY: VENACARE;            3052921739;          JAN-16-°° /:27PM;         PAGE 15/21

| VENACARE PROTOCOLS | PKG SIZE | NDC # | Rating | AWP | Sybase 96 Cost (VEAC) |
|---|---|---|---|---|---|
| Cimetidine Tablets 400 mg | 100 | 59930-1802-1 | AB | $138.82 | $64.09 |
| | 500 | 59930-1802-2 | AB | 694.10 | 283.36 |
| | 1000 | 59930-1802-3 | AB | 1388.20 | 544.68 |
| Cimetidine Tablets 800 mg | 100 | 59930-1803-1 | AB | 246.01 | 113.61 |
| | 500 | 59930-1803-2 | AB | 1230.05 | 511.20 |
| | 1000 | 59930-1803-3 | ·AB | 2460.10 | 956.60 |
| Clotrimazole Cream, USP 1% | 15 g | 59930-1570-1 | AT | 7.85 | 6.25 |
| | 30 g | 59930-1570-2 | AT | 13.40 | 10.50 |
| | 45 g | 59930-1570-3 | AT | 16.25 | 12.75 |
| | 2 x 45 g | 59930-1570-9 | AT | 22.25 | 17.50 |
| Flurbiprofen Tablets, USP 50 mg | 100 | 59930-1771-1 | AB | 68.02 | 42.25 |
| Flurbiprofen Tablets, USP 100 mg | 100 | 59930-1772-1 | AB | 107.58 | 65.00 |
| | 500 | 59930-1772-2 | AB | 521.76 | 292.50 |
| Glyburide Tablets 1.25 mg | 100 | 59930-1592-1 | AB | 18.35 | 8.60 |
| Glyburide Tablets 2.5 mg | 100 | 59930-1622-1 | AB | 30.60 | 12.65 |
| Glyburide Tablets 5 mg | 100 | 59930-1639-1 | AB | 53.00 | 18.85 |
| | 500 | 59930-1639-2 | AB | 228.00 | 89.70 |
| | 1000 | 59930-1639-3 | AB | 440.00 | 170.00 |
| Griseofulvin Ultramicrosize Tablets, USP 125 mg | 100 | 59930-1620-1 | AB | 33.11 | 27.43 |
| Griseofulvin Ultramicrosize Tablets, USP 250 mg | 100 | 59930-1621-1 | AB | 64.56 | 53.80 |
| Griseofulvin Ultramicrosize Tablets, USP 330 mg | 100 | 59930-1624-1 | AB | 82.47 | 68.50 |
| Metoprolol 50 mg | 100 | 59930-1795-1 | AB | 41.75 | 10.12 |
| Metoprolol 100 mg | 100 | 59930-1797-1 | AB | 62.75 | 15.40 |
| Mexiletine HCl Capsules, USP 150 mg | 100 | 59930-1685-1 | AB | 69.24 | 54.35 |
| Mexiletine HCl Capsules, USP 200 mg | 100 | 59930-1686-1 | AB | 82.22 | 64.75 |
| Mexiletine HCl Capsules, USP 250 mg | 100 | 59930-1687-1 | AB | 95.66 | 75.30 |

In:0210b.

BY: VENACARE;                    3052921739;          JAN-16 '% 7:28PM;          PAGE 16/21

| WARRICK PRODUCTS | PACKAGE SIZE | NDC # | MEDI-SPAN MPI | AWP | Estimated Wholesale Acquisition Cost (WAC) |
|---|---|---|---|---|---|
| Albuterol, USP Inhalation Aerosol 17 g | Box of 1 | 59930-1560-1 | AN | $21.41 | $21.41 |
| Albuterol, USP Inhalation Aerosol Refill 17g | Box of 1 | 59930-1560-2 | AN | 19.79 | 19.79 |
| Albuterol Sulfate, USP Tablets 2 mg | 100 | 59930-1520-1 | AB | 23.65 | 2.50 |
|  | 500 | 59930-1520-2 | AB | 112.25 | 8.69 |
| Albuterol Sulfate, USP Tablets 4 mg | 100 | 59930-1530-1 | AB | 35.20 | 4.50 |
|  | 500 | 59930-1530-2 | AB | 168.25 | 17.38 |
| Albuterol Sulfate, USP Inhalation Solution, 0.083% | 60 x 3mL | 59930-1500-6 | AN | 72.60 | 44.86 |
|  | 25 x 3mL | 59930-1500-8 | AN | 30.25 | 18.69 |
| Albuterol Sulfate, USP Solution for Inhalation 0.5% | 20 mL | 59930-1515-4 | AN | 14.99 | 9.45 |
| Albuterol Sulfate, USP Syrup, 2 mg/5 mL | 16 oz. | 59930-1510-5 | AA | 24.75 | 9.55 |
| Augmented Betamethasone Dipropionate Ointment 0.05% | 15 g | 59930-1575-1 | AT | 21.47 | 16.45 |
|  | 45 g | 59930-1575-2 | AT | 43.20 | 33.63 |
|  | 50 g | 59930-1575-3 | AT | 51.30 | 47.75 |
| Captopril Tablets, USP 12.5 mg | 100 | 59930-1655-1 | AB | 59.13 | 3.50 |
| Captopril Tablets, USP 25 mg | 100 | 59930-1656-1 | AB | 63.93 | 6.75 |
|  | 500 | 59930-1656-2 | AB | 303.66 | 32.91 |
|  | 1000 | 59930-1656-3 | AB | 565.55 | 64.13 |
| Captopril Tablets, USP 50 mg | 100 | 59930-1657-1 | AB | 109.62 | 12.00 |
|  | 500 | 59930-1657-2 | AB | 520.71 | 58.50 |
|  | 1000 | 59930-1657-3 | AB | 989.36 | 114.00 |
| Captopril Tablets, USP 100 mg | 100 | 59930-1658-1 | AB | 149.96 | 72.00 |
| Cimetidine Tablets 200 mg | 100 | 59930-1800-1 | AB | 79.92 | 36.92 |
|  | 500 | 59930-1800-2 | AB | 383.60 | 166.14 |
|  | 1000 | 59930-1800-3 | AB | 739.20 | 313.82 |
| Cimetidine Tablets 300 mg | 100 | 59930-1801-1 | AB | 83.65 | 38.64 |
|  | 500 | 59930-1801-2 | AB | 418.26 | 173.83 |
|  | 1000 | 59930-1801-3 | AB | 834.52 | 325.44 |

In702185.

BY: VENACARE;            3052921739;            JAN-16-·· ·:28PM;            PAGE 17/21

| | | | | | |
|---|---|---|---|---|---|
| Perphenazine Tablets, USP 2 mg | 100 | 59930-1600-1 | AB | $ 46.00 | $21.85 |
| Perphenazine Tablets, USP 4 mg | 100 | 59930-1603-1 | AB | 65.00 | 28.85 |
| Perphenazine Tablets, USP 8 mg | 100 | 59930-1605-1 | AB | 78.00 | 35.58 |
| Perphenazine Tablets, USP 16 mg | 100 | 59930-1610-1 | AB | 108.00 | 48.03 |
| Selegiline HCl Tablets, USP 5 mg | 60 | 59930-1537-1 | AB | 122.45 | 97.96 |
| | 500 | 59930-1537-2 | AB | 1010.20 | 808.16 |
| | 1000 | 59930-1537-3 | AB | 2000.00 | 1600.00 |
| Theophylline Extended Release Tablets 100 mg | 100 | 59930-1650-1 | AB | 11.70 | 4.31 |
| | 500 | 59930-1650-2 | AB | 38.00 | 19.00 |
| | 1000 | 59930-1650-3 | AB | 74.00 | 36.97 |
| Theophylline Extended Release Tablets 200 mg | 100 | 59930-1660-1 | AB | 19.00 | 6.25 |
| | 500 | 59930-1660-2 | AB | 82.00 | 28.75 |
| | 1000 | 59930-1660-3 | AB | 155.00 | 54.53 |
| Theophylline Extended Release Tablets 300 mg | 100 | 59930-1670-1 | AB | 22.00 | 8.00 |
| | 500 | 59930-1670-2 | AB | 98.00 | 35.20 |
| | 1000 | 59930-1670-3 | AB | 190.00 | 73.43 |
| Theophylline Extended Release Tablets 450 mg | 100 | 59930-1680-1 | AB | 27.75 | 23.12 |

lm701185.

EXHIBIT "9"

# EXHIBIT "9"
## WAC - page 1

The following tables, organized by drug and NDC number, reflect the 2001 false wholesaler prices in First Data Bank's automated services. The information in the table under the heading "False Reported WAC" reflects each DEFENDANT'S false representations of price charged to wholesalers for drugs. The heading "Relator's Cost" reflects the true price that each DEFENDANT charged the Relator for the drug or caused another entity to charge the Relator for the drug.

| ABBOTT | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | ABBOTT'S FALSE REPORTED WAC | RELATOR'S COST (in or about January 2001) |
| Erythromycin Base 250 mg Tab 100's 00074-6326-13 | $11.16 | $7.40 |
| Erythromycin Base 250 mg Tab 500's 00074-6326-53 | $56.19 | $35.89 |
| Erythromycin Stearate 250 mg Tab 100's 00074-6346-20 | $11.00 | $7.86 |
| Erythromycin Stearate 250 mg Tab 500's 00074-6346-53 | $52.25 | $38.18 |
| Erythromycin Stearate 500 mg Tab 100's 00074-6316-13 | $19.88 | $15.30 |
| Erythromycin Stearate UD 250 mg Tab 100's 00074-6346-38 | $14.28 | $10.03 |
| ERY-TAB E/C | $6.36 | $2.76 |
| ERY-TAB E/C | $21.31 | $7.72 |

1

## EXHIBIT "9"
### WAC - page 2

| ABBOTT | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | ABBOTT'S FALSE REPORTED WAC | RELATOR'S COST (in or about January 2001) |
| ERY-TAB E/C UD 250 mg, 100's 00074-6304-11 | $23.20 | $9.90 |
| E.E.S. 200 Susp. 100 ml 00074-6306-13 | $3.82 | $3.45 |
| ERY E-Succ/Sulfisoxazole 200 mg, 100 ml 00074-7156-13 | $10.21 | $4.21 |
| ERY E-Succ/Sulfisoxazole 200 mg, 150 ml 00074-7156-43 | $15.31 | $6.32 |
| ERY E-Succ/Sulfisoxazole 200 mg 200 ml 00074-7156-53 | $19.86 | $8.42 |

| APOTHECON | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | APOTHECONS' FALSE REPORTED WAC | RELATOR'S COST (in or about March 2000) |
| ALBUTEROL INHALATION AEROSOL 17 gm 59772-6175-01 | $15.79 | $4.61 |

# EXHIBIT "9"
## WAC - page 3

| APOTHECON | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | APOTHECONS' FALSE REPORTED WAC | RELATOR'S COST (in or about March 2000) |
| AMANTADINE HCL 100mg 100's 62269-0211-24 | $29.26 | $10.12 |
| CAPTOPRIL 12.5 mg 100's 59772-7045-01 | $48.31 | $2.13 |
| CAPTOPRIL 25mg 100's 59772-7046-01 | $52.22 | $2.66 |
| CAPTOPRIL 100mg 100's 59772-7048-01 | $119.25 | $8.52 |
| CEFACLOR 250mg 100's 59772-7491-04 | $156.40 | $43.67 |
| CEFACLOR 500mg 100's 59772-7494-04 | $306.40 | $86.27 |
| DOXYCYCLINE 100mg 59772-0940-01 | $50.14 | $3.34 |
| ESTRADIOL 0.5mg 100's 59772-0025-03 | $18.80 | $11.18 |
| ESTRADIOL 1mg 100's 59772-0026-03 | $25.06 | $14.91 |
| ESTRADIOL 2mg 100's 59772-0027-03 | $36.59 | $22.37 |
| ETODOLAC 300MG 100's 62269-0360-24 | $100.18 | $35.79 |

3

# EXHIBIT "9"
## WAC - page 4

| APOTHECON | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | APOTHECONS' FALSE REPORTED WAC | RELATOR'S COST (in or about March 2000) |
| POTASSIUM CHLORIDE 10 mEq (750 mg) 100's 59772-6910-01 | $13.06 | $3.23 |

| BRISTOL | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | BRISTOL'S FALSE REPORTED WAC | RELATOR'S COST (in or about March 2000) |
| AMOXICILLIN 500mg 100's 00003-0109-55 | $34.73 | $8.36 |
| CEPHALEXIN 250mg 100's 00003-0749-50 | $47.50 | $7.04 |
| CEPHALEXIN 500mg 100's 00003-0874-50 | $93.10 | $14.62 |

| DEY | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | DEY's REPORTED FALSE WACs | RELATOR'S COST (in or about March 2000) |
| ALBUTEROL INHALATION AEROSOL 17 gm 49502-0303-17 | $5.99 | $2.90 |
| ALBUTEROL INHALATION AEROSOL (refill) 17 gm 49502-0303-27 | $5.74 | $2.99 |

# EXHIBIT "9"
## WAC - page 5

| GENEVA | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | GENEVAS' FALSE REPORTED WAC | VAC's COST |
| Alprazolam 0.25 mg Tab 1000's 00781-1061-10 | $18.23 | $9.68 |
| Alprazolam 1 mg Tab 500's 00781-1079-05 | $13.02 | $7.04 |
| Alprazolam 1 mg Tab 1000's 00781-1079-10 | $25.86 | $13.91 |
| Amiodarone 200 mg Tab 60's 00781-1230-60 | $79.62 | $39.32 |
| Azathioprine 50 mg Tab 100's 00781-1059-01 | $87.74 | $49.30 |
| Fiortal/Codine #3 30 mg Cap 100's 00781-2221-01 | $56.86 | $28.82 |
| Fluphenazine HCL 5 mg Tab 500's 00781-1438-05 | $99.00 | $49.36 |
| Fluphenazine HCL 10 mg Tab 100's 00781-1439-01 | $28.36 | $12.71 |
| Imipramine HCL 50 mg Tab 1000's 00781-1766-10 | $103.88 | $75.23 |

## EXHIBIT "9"
### WAC - page 6

| GENEVA | | |
|---|---|---|
| DRUG<br>STRENGTH & SIZE,<br>NDC#s | GENEVAS'<br>FALSE REPORTED WAC | VAC's COST |
| Lonox<br>2.5-.025 mg Tab 500's<br>00781-1262-05 | $154.26 | $49.74 |
| Terazosin<br>1 mg Cap 100's<br>00781-2051-01 | $102.76 | $26.29 |
| Terazosin<br>2 mg Cap 100's<br>00781-2052-01 | $102.76 | $26.29 |
| Terazosin<br>5 mg Cap 100's<br>00781-2053-01 | $102.76 | $26.29 |
| Terazosin<br>10 mg Cap 100's<br>00781-2054-01 | $102.76 | $26.29 |
| Triamterene/HCTZ<br>37.5/25 Tab 100's<br>00781-1123-01 | $16.86 | $7.84 |
| Trifluoperazine<br>5 mg Tab 100's<br>00781-1034-01 | $28.47 | $17.47 |
| Trifluoperazine<br>10 mg Tab 100's<br>00781-1036-01 | $36.02 | $18.84 |
| Trifluoperazine<br>10 mg Tab 1000's<br>00781-1036-10 | $357.05 | $179.03 |

6

# EXHIBIT "9"
## WAC - page 7

| MYLAN | | |
|---|---|---|
| DRUG<br>STRENGTH & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
| Acebutolol HCL<br>200 mg Cap 100's<br>00378-1200-01 | $30.75 | $17.09 |
| Acebutolol HCL<br>400 mg Cap 100's<br>00378-1400-01 | $44.75 | $27.16 |
| Acyclovir<br>200 mg Cap 100's<br>00378-2200-01 | $25.53 | $12.31 |
| Acyclovir<br>200 mg Cap 500's<br>00378-2200-05 | $121.29 | $59.11 |
| Acyclovir<br>400 mg Tab 100's<br>00378-0253-01 | $49.50 | $19.01 |
| Acyclovir<br>800 mg Tab 100's<br>00378-0302-01 | $96.41 | $43.20 |
| Allopurinol<br>300 mg Tab 500's<br>00378-0181-05 | $47.70 | $31.95 |
| Amiloride HCL & HCTZ<br>50 - 5 mg Tab 100's<br>00378-0577-01 | $4.99 | $2.98 |
| Amiloride HCL & HCTZ<br>50 - 5 mg Tab 500's<br>00378-0577-05 | $23.70 | $14.79 |
| Amitriptyline HCL<br>10 mg Tab 100's<br>00378-2610-01 | $2.80 | $1.97 |

# EXHIBIT "9"
## WAC - page 8

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Amitriptyline HCL 25 mg Tab 100's 00378-2625-01 | $3.30 | $1.78 |
| Amitriptyline HCL 25 mg Tab 1000's 00378-2625-10 | $25.00 | $15.74 |
| Amitriptyline HCL 50 mg Tab 100's 00378-2650-01 | $4.00 | $2.31 |
| Amitriptyline HCL 50 mg Tab 1000's 00378-2650-10 | $30.00 | $20.83 |
| Amitriptyline HCL 75 Mg Tab 100's 00378-2675-01 | $7.00 | $3.38 |
| Amitriptyline HCL 100 mg Tab 100's 00378-2685-01 | $9.00 | $3.86 |
| Amitriptyline HCL 150 Mg Tab 100's 00378-2695-01 | $12.00 | $7.34 |
| Atenolol 25 mg Tabs 100's 00378-0218-01 | $5.50 | $2.08 |
| Atenolol 25 mg Tabs 1000's 00378-0218-10 | $54.50 | $19.17 |
| Atenolol 50 mg Tab 100's 00378-0231-01 | $2.95 | $1.90 |

# EXHIBIT "9"
## WAC - page 9

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Atenolol 50 mg Tab 1000's 00378-0231-10 | $25.90 | $15.19 |
| Atenolol 100 mg Tab 100's 00378-0757-01 | $4.95 | $3.14 |
| Atenolol/Chlorthal 50/25 mg 100's 00378-2063-01 | $17.00 | $7.70 |
| Atenolol/Chlorthal 100/25 mg 100's 00378-2064-01 | $26.00 | $11.84 |
| Azathioprine 500 mg 100's 00378-1005-01 | $91.75 | $47.34 |
| Bumetanide 0.5 mg Tab 100's 00378-0245-01 | $11.62 | $8.14 |
| Bumetanide 1.0 Mg Tab 100's 00378-0370-01 | $18.76 | $9.08 |
| Bumetanide 2.0 Mg Tab 100's 00378-0417-01 | $31.39 | $12.67 |
| Bupropion HCL 75 mg 100's 00378-0433-01 | $50.45 | $33.23 |
| Bupropion HCL 100 mg 100's 00378-0435-01 | $67.30 | $45.05 |

9

# EXHIBIT "9"
## WAC - page 10

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Captopril 12.5 Mg Tab 100's 00378-3007-01 | $3.25 | $1.69 |
| Captopril 12.5 Mg Tab 1000's 00378-3007-10 | $24.94 | $14.58 |
| Captopril 25 Mg Tab 100's 00378-3012-01 | $3.75 | $2.30 |
| Captopril 25 Mg Tab 1000's 00378-3012-10 | $33.75 | $21.81 |
| Captopril 50 Mg Tab 100's 00378-3017-01 | $6.15 | $3.88 |
| Captopril 50 Mg Tab 1000's 00378-3017-10 | $55.35 | $36.92 |
| Captopril 100 Mg Tab 100's 00378-3022-01 | $13.46 | $8.17 |
| Captopril/HCTZ 25/15 Mg 100's 00378-0081-01 | $19.95 | $13.31 |
| Captopril/HCTZ 25/25 Mg 100's 00378-0083-01 | $19.95 | $13.31 |
| Captopril/HCTZ 50/15 Mg 100's 00378-0084-01 | $31.25 | $19.83 |

## EXHIBIT "9"
### WAC - page 11

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Captopril/HCTZ 50/25 Mg 100's 00378-0086-01 | $31.25 | $19.83 |
| Cefaclor 250 Mg Caps 100's 00378-7250-01 | $44.00 | $27.53 |
| Cefaclor 500Mg Caps 100's 00378-7500-01 | $86.00 | $54.10 |
| Cefaclor 125 mg/5 Ml O/S 150 ml 00378-7602-06 | $10.00 | $7.03 |
| Cefaclor 12.5 Mg/5 ml O/S 75 ml 00378-7602-12 | $5.00 | $3.73 |
| Cefaclor 12.5 Mg/5 ml O/S 100 ml 00378-7604-02 | $10.00 | $7.03 |
| Cefaclor 12.5 Mg/5 ml O/S 50 ml 00378-7604-09 | $5.00 | $3.73 |
| Cefaclor 250 Mg/5 ml O/S 150 ml 00378-7610-06 | $17.00 | $13.37 |
| Cefaclor 250 Mg/5 ml O/S 75 ml 00378-7610-12 | $9.00 | $6.92 |
| Cefaclor 375 Mg/5 ml O/S 100 ml 00378-7612-02 | $17.00 | $13.37 |

11

## EXHIBIT "9"
### WAC - page 12

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Cefaclor 375 Mg/5 ml O/S 50 ml 00378-7612-09 | $9.00 | $6.92 |
| Cimetidine 200 Mg Tab 100's 00378-0053-01 | $8.75 | $6.84 |
| Cimetidine 300 Mg Tab 100's 00378-0317-01 | $9.25 | $5.56 |
| Cimetidine 300 Mg Tab 500's 00378-0317-05 | $44.25 | $27.64 |
| Cimetidine 400 Mg Tab 100's 00378-0372-01 | $10.75 | $6.64 |
| Cimetidine 400 Mg Tab 500's 00378-0372-05 | $51.75 | $32.74 |
| Cimetidine 800 Mg Tab 100's 00378-0541-01 | $19.75 | $13.62 |
| Clomipramine HCL 25 Mg Cap 100's 00378-3025-01 | $25.50 | $11.25 |
| Clomipramine Hcl 50 Mg Cap 100's 00378-3050-01 | $34.25 | $16.76 |
| Clomipramine HCL 75 MG Cap 100's 00378-3075-01 | $44.15 | $22.37 |

## EXHIBIT "9"
### WAC - page 13

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Clonazepam 0.5 Mg Tab 100's 00378-1910-01 | $18.40 | $3.57 |
| Clonazepam 0.5 Mg Tab 1000's 00378-1910-10 | $175.00 | $31.95 |
| Clonazepam 1 Mg Tab 100's 00378-1912-01 | $21.40 | $4.74 |
| Clonazepam 1 Mg Tab 1000's 00378-1912-10 | $203.30 | $42.60 |
| Clonazepam 2 Mg Tab 100's 00378-1914-01 | $29.25 | $5.91 |
| Clonazepam 2 Mg Tab 500's 00378-1914-05 | $139.00 | $26.04 |
| Clorazepate 3.75 Mg Tab 100's 00378-0030-01 | $61.85 | $45.95 |
| Clorazepate 3.75 Mg Tab 500's 00378-0030-05 | $305.45 | $218.59 |
| Clorazepate 7.5 Mg Tab 100's 00378-0040-01 | $76.95 | $57.72 |
| Clorazepate 7.5 Mg Tab 500's 00378-0040-05 | $377.00 | $274.66 |