**ANDERSON EXHIBIT 6DD**

# EXHIBIT "9"
## WAC - page 14

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Clorazepate 15 Mg Tab 100's 00378-0070-01 | $104.40 | $81.37 |
| Clozapine 25 Mg 100's 00378-0825-01 | $93.75 | $60.71 |
| Clozapine 100 Mg 100's 00378-0860-01 | $243.25 | $156.56 |
| Cyclobenzaprine HCL 10 Mg Tab 100's 00378-0751-01 | $6.04 | $3.79 |
| Cyclobenzaprine HCL 10 Mg Tab 1000's 00378-0751-10 | $46.67 | $28.09 |
| Diazepam 2 Mg Tab 100's 00378-0271-01 | $2.00 | $1.44 |
| Diazepam 2 Mg Tab 500's 00378-0271-05 | $8.50 | $4.37 |
| Diazepam 5 Mg Tab 100's 00378-0345-01 | $2.10 | $1.54 |
| Diazepam 5 Mg Tab 500's 00378-0345-05 | $9.00 | $4.90 |
| Diazepam 10 Mg Tab 100's 00378-0477-01 | $2.30 | $1.86 |

14

# EXHIBIT "9"
## WAC - page 15

| MYLAN | | |
|---|---|---|
| DRUG<br>STRENGTH & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
| Diazepam<br>10 Mg Tab 500's<br>00378-0477-05 | $10.00 | $5.86 |
| Diclofenac Potassium<br>50 Mg 100's<br>00378-2474-01 | $78.00 | $26.31 |
| Dicyclomine HCL<br>10 Mg Caps 100's<br>00378-1610-01 | $8.15 | $4.74 |
| Dicyclomine HCL<br>10 Mg Caps 500's<br>00378-1610-05 | $39.50 | $22.15 |
| Dicyclomine HCL<br>20 MG Tabs 100's<br>00378-1620-01 | $10.15 | $6.23 |
| Dicyclomine HCL<br>20 MG Tabs 500's<br>00378-1620-05 | $49.25 | $28.12 |
| Diltiazem HCL<br>30 Mg Tab 100's<br>00378-0023-01 | $5.32 | $2.88 |
| Diltiazem HCL<br>30 MG Tab 500's<br>00378-0023-05 | $21.25 | $12.57 |
| Diltiazem HCL<br>60 Mg Tab 100's<br>00378-0045-01 | $7.69 | $5.06 |
| Diltiazem HCL<br>60 MG Tab 500's<br>00378-0045-05 | $36.63 | $23.59 |

# EXHIBIT "9"
## WAC - page 16

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Diltiazem HCL 90 Mg Tab 100's 00378-0135-01 | $9.82 | $7.99 |
| Diltiazem HCL 90 MG Tab 500's 00378-0135-05 | $46.73 | $37.49 |
| Diltiazem HCL 120 Mg Tab 100's 00378-0525-01 | $15.53 | $10.38 |
| Diltiazem HCL Er 60 MG Cap 100's 00378-6060-01 | $48.75 | $24.54 |
| Diltiazem HCL ER 90 Mg Cap 100's 00378-6090-01 | $55.75 | $35.91 |
| Diltiazem HCL ER 120 Mg Cap 100's 00378-6120-01 | $72.65 | $52.56 |
| Diltiazem HCL ER 180 Mg Cap DT 500's 00378-5280-05 | $310.00 | $224.25 |
| Diltiazem HCL ER 240 Mg Cap DT 100's 00378-5340-01 | $74.00 | $51.72 |
| Diltiazem HCL ER 240 MG Cap DT 500's 00378-5340-05 | $367.50 | $245.08 |
| Diphenoxyliatropine 2.5/.025 100's 00378-0415-01 | $29.69 | $18.37 |

16

# EXHIBIT "9"
## WAC - page 17

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Diphenoxyliatropine 2.5/.025 1000's 00378-0415-10 | $252.20 | $165.34 |
| Doxycycline Hyclate 100 mg Tab 50's 00378-0167-89 | $4.60 | $4.53 |
| Estradiol 0.5 mg Tabs 100's 00378-1452-01 | $11.95 | $4.79 |
| Estradiol 0.5 mg Tabs 500's 00378-1452-05 | $56.50 | $22.79 |
| Estradiol 1.0 mg Tabs 100's 00378-1454-01 | $14.70 | $7.40 |
| Estradiol 1.0 mg Tabs 500's 00378-1454-05 | $63.30 | $35.15 |
| Estradiol 2.0 mg Tabs 100's 00378-1458-01 | $20.40 | $10.60 |
| Estradiol 2.0 mg Tas 500's 00378-1458-05 | $96.90 | $50.32 |
| Etodolac 200 mg Cap 100's 00378-7200-01 | $32.00 | $17.09 |
| Etodolac 300 mg Cap 100's 00378-7233-01 | $34.00 | $18.48 |

17

# EXHIBIT "9"
## WAC - page 18

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Etodolac 300 mg Cap 500's 00378-7233-05 | $161.50 | $87.76 |
| Etodolac 400 mg Tab 100's 00378-0237-01 | $35.67 | $20.08 |
| Etodolac 400 mg Tab 500's 00378-0237-05 | $174.57 | $95.37 |
| Etodolac 500 mg Tab 100's 00378-1242-01 | $92.70 | $25.93 |
| Etodolac 500 mg Tab 500's 00378-1242-05 | $440.00 | $123.17 |
| Fluphenazine HCL 1 mg Tab 100's 00378-6004-01 | $12.50 | $9.35 |
| Fluphenazine Hcl 1 mg Tab 500's 00378-6004-05 | $60.00 | $40.50 |
| Fluphenazine HCL 2.5 mg Tab 100's 00378-6009-01 | $18.50 | $12.73 |
| Fluphenazine HCL 2.5 mg Tab 500's 00378-6009-05 | $90.00 | $68.77 |
| Fluphenazine HCL 5 mg Tab 100's 00378-6074-01 | $24.50 | $16.26 |

# EXHIBIT "9"
## WAC - page 19

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Fluphenazine HCL 5 mg Tab 500's 00378-6074-05 | $120.00 | $80.39 |
| Fluphenazine HCL 10 mg Tab 100's 00378-6097-01 | $36.50 | $20.95 |
| Fluphenazine Hcl 10 mg Tab 500's 00378-6097-05 | $180.00 | $96.40 |
| Flurazepam Hcl 15 mg Cap 100's 00378-4415-01 | $6.00 | $4.69 |
| Flurbiprofen 50 mg Tab 100's 00378-0076-01 | $15.00 | $9.97 |
| Flurbiprofen 100 mg Tab 100's 00378-0093-01 | $24.50 | $15.09 |
| Flurbiprofen 100 mg Tab 500's 00378-0093-05 | $120.00 | $71.36 |
| Furosemide 20 mg Tab 100's 00378-0208-01 | $3.80 | $1.83 |
| Furosemide 20 mg Tab 1000's 00378-0208-10 | $23.10 | $13.63 |
| Furosemide 40 mg Tab 100's 00378-0216-01 | $4.05 | $2.16 |

## EXHIBIT "9"
### WAC - page 20

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Furosemide 40 mg Tab 1000's 00378-0216-10 | $25.35 | $17.04 |
| Furosemide 80 mg Tab 100's 00378-0232-01 | $5.80 | $4.06 |
| Furosemide 80 mg Tab 500's 00378-0232-05 | $24.85 | $17.89 |
| Glipizide 5 mg Tab 100's 00378-1105-01 | $6.35 | $3.59 |
| Glipizide 5 mg Tab 500's 00378-1105-05 | $30.00 | $14.30 |
| Glipizide 10 mg Tab 100's 00378-1110-01 | $9.30 | $5.56 |
| Glipizide 10 mg Tab 500's 00378-1110-05 | $44.00 | $21.30 |
| Glyburide 1.5 mg Tab 100's 00378-1113-01 | $17.75 | $5.64 |
| Glyburide 3 mg Tab 100's 00378-1125-01 | $22.50 | $7.67 |
| Glyburide 3 mg Tab 1000's 00378-1125-10 | $210.00 | $72.85 |

## EXHIBIT "9"
### WAC - page 21

| MYLAN | | |
|---|---|---|
| DRUG<br>STRENGTH & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
| Glyburide<br>6 mg 100's<br>00378-1142-01 | $58.00 | $22.42 |
| Guanfacine<br>1 mg Tab 100's<br>00378-1160-01 | $35.00 | $14.75 |
| Guanfacine<br>2 mg Tab 100's<br>00378-1190-01 | $48.00 | $20.02 |
| Hydroxychloroquine<br>200 mg Tab 100's<br>00378-0373-01 | $56.90 | $28.40 |
| Indapamide<br>1.25 mg Tab 100's<br>00378-0069-01 | $7.96 | $4.48 |
| Indapamide<br>1.25 mg Tab 500's<br>00378-0069-05 | $34.21 | $21.30 |
| Indapamide<br>2.5 mg Tab 100's<br>00378-0080-01 | $10.50 | $7.38 |
| Indapamide<br>2.5 mg Tab 1000's<br>00378-0080-10 | $99.00 | $61.48 |
| Indomethacin<br>25 mg Cap 100's<br>00378-0143-01 | $4.00 | $2.61 |
| Indomethacin<br>25 mg Cap 1000's<br>00378-0143-10 | $34.20 | $22.79 |

## EXHIBIT "9"
### WAC - page 22

| MYLAN | | |
|---|---|---|
| DRUG<br>STRENGTH & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
| Indomethacin<br>50 mg Cap 100's<br>00378-0147-01 | $4.85 | $3.78 |
| Indomethacin<br>50 mg Cap 500's<br>00378-0147-05 | $23.00 | $17.20 |
| Ketoconazole<br>200 mg Tabs 100's<br>00378-0261-01 | $185.00 | $64.91 |
| Ketoprofen<br>50 mg Cap 100's<br>00378-4070-01 | $14.10 | $8.00 |
| Ketoprofen<br>75 mg Cap 100's<br>00378-5750-01 | $16.55 | $9.56 |
| Ketorolac Tromethamine<br>10 mg 100's<br>00378-1134-01 | $64.70 | $44.98 |
| Lactulose Solution<br>10 gm/15 ml 8 oz<br>00378-3331-70 | $5.15 | $3.32 |
| Lactulose Solution<br>10 gm/15 ml 16 oz<br>00378-3331-72 | $9.45 | $4.97 |
| Lactulose Solution<br>10 gm/15 ml 32 oz<br>00378-3331-74 | $18.50 | $8.88 |
| Loperamide HCL<br>2 mg Cap 100's<br>00378-2100-01 | $10.00 | $7.26 |

# EXHIBIT "9"
## WAC - page 23

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Loperamide HCL 2 mg Cap 500's 00378-2100-05 | $47.00 | $33.97 |
| Lorazepam 0.5 mg Tab 100's 3078-0321-01 | $30.60 | $14.16 |
| Lorazepam 0.5 mg Tab 500's 00378-0321-05 | $145.05 | $67.25 |
| Lorazepam 1.0 mg Tab 100's 00378-0457-01 | $40.20 | $18.00 |
| Lorazepam 1.0 mg Tab 500's 00378-0457-05 | $191.50 | $85.47 |
| Lorazepam 1.0 mg Tab 1000's 00378-0457-10 | $378.40 | $161.99 |
| Lorazepam 2.0 mg Tab 100's 3078-0777-01 | $59.60 | $27.16 |
| Lorazepam 2.0 mg Tab 500s 00378-0777-05 | $285.20 | $129.02 |
| Methotrexate 2.5 mg Tab 100's 00378-0014-01 | $84.25 | $42.01 |
| Methyldopa 250 mg Tab 100's 00378-0611-01 | $6.75 | $6.53 |

# EXHIBIT "9"
## WAC - page 24

| MYLAN | | |
|---|---|---|
| DRUG<br>STRENGTH & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
| Nadolol<br>20 mg Tab 100's<br>00378-0028-01 | $31.00 | $7.25 |
| Nadolol<br>40 mg Tab 100's<br>00378-1171-01 | $38.50 | $11.97 |
| Nadolol<br>40 mg Tab 1000's<br>00378-1171-10 | $379.00 | $113.14 |
| Nadolol<br>80 mg Tab 100's<br>00378-1132-01 | $53.50 | $20.16 |
| Nadolol<br>80 mg Tab 1000's<br>00378-1132-10 | $529.00 | $195.07 |
| Nicardipine HCL<br>20 mg Cap 90's<br>00378-1020-77 | $24.53 | $8.84 |
| Nicardipine HCL<br>20 mg Cap 500's<br>00378-1020-05 | $119.03 | $46.65 |
| Nicardipine HCL<br>30 mg Cap 90's<br>00378-1430-77 | $39.02 | $14.86 |
| Nicardipine HCL<br>30 mg Cap 500's<br>00378-1430-05 | $189.19 | $78.38 |
| Nitrofurantoin<br>50 mg Cap 100's<br>00378-1650-01 | $33.75 | $17.68 |

# EXHIBIT "9"
## WAC - page 25

| MYLAN | | |
|---|---|---|
| DRUG<br>STRENGTH  & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
| Nitrofurantoin<br>50 mg Cap 500's<br>00378-1650-05 | $160.48 | $83.98 |
| Nitrofurantoin<br>10 mg Cap 100's<br>00378-1700-01 | $56.49 | $31.42 |
| Nortriptyline HCL<br>10 mg Cap 100's<br>00378-1410-01 | $6.95 | $3.73 |
| Nortriptyline HCL<br>25 mg Cap 100's<br>00378-2325-01 | $9.60 | $5.38 |
| Nortriptyline HCL<br>50 mg Cap 100's<br>00378-3250-01 | $11.70 | $6.75 |
| Nortriptyline HCL<br>75 mg Cap 100's<br>00378-4175-01 | $14.95 | $8.40 |
| Orphenadrine Citrate ER<br>100 mg 100's<br>00378-3358-01 | $121.50 | $64.91 |
| Orphenadrine Citrate ER<br>100 mg 500's<br>00378-3358-05 | $596.95 | $308.32 |
| Orphenadrine W/AC<br>385/30/26 mg 100's<br>00378-3354-01 | $55.00 | $21.30 |
| Orphenadrine W/AC<br>770/60/50 mg 100's<br>00378-3356-01 | $80.00 | $28.40 |

# EXHIBIT "9"
## WAC - page 26

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Pentoxifyline ER 400 mg Tab 100's 00378-0357-01 | $38.51 | $15.82 |
| Perphenazine / AMIT 2/10 Tab 100's 038-0330-01 | $4.35 | $2.61 |
| Perphenazine/ AMIT 2/10/Tab 500's 00378-0330-05 | $18.60 | $12.38 |
| Perphenazine/ AMIT 2/25/ Tab 100's 00378-0442-01 | $5.80 | $3.50 |
| Perphenazine/ AMIT 2/25/ Tab 500's 00378-0442-05 | $25.25 | $14.79 |
| Perphenazine/ AMIT 4/10 Tab 100's 00378-0042-01 | $5.25 | $3.61 |
| Pindolol 5 mg Tab 100's 00378-0052-01 | $12.95 | $5.56 |
| Pindolol 10 mg Tab 100's 00378-0127-01 | $16.95 | $8.65 |
| Piroxicam 10 mg Cap 100's 00378-1010-01 | $5.94 | $3.61 |
| Piroxicam 20 mg Cap 100's 00378-2020-01 | $7.54 | $4.38 |

26

## EXHIBIT "9"
### WAC - page 27

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Piroxicam 20 mg Cap 500's 00378-2020-05 | $33.53 | $19.53 |
| Prazosin HCL 1 mg Cap 100's 00378-1101-01 | $5.50 | $3.67 |
| Prazosin HCL 1 mg Cap 1000's 00378-1101-10 | $49.75 | $28.22 |
| Prazosin HCL 2 mg Cap 100's 00378-2302-01 | $6.95 | $4.21 |
| Prazosin HCL 2 mg Cap 1000's 00378-2302-10 | $61.75 | $35.68 |
| Prazosin HCL 5 mg Cap 100's 00378-3205-01 | $11.50 | $7.56 |
| Prazosin HCL 5 mg Cap 250's 00378-3205-25 | $26.95 | $19.44 |
| Prednisolone Syrup 15 mg/5 ml 210 ml 00378-3425-24 | $41.25 | $9.44 |
| Prednisolone Syrup 15 mg/5 ml 480 ml 00378-3425-48 | $66.70 | $18.88 |
| Probenecid 500 mg Tab 100's 00378-0156-01 | $49.50 | $37.28 |

## EXHIBIT "9"
### WAC - page 28

| MYLAN | | |
|---|---|---|
| DRUG<br>STRENGTH  & SIZE,<br>NDC#s | MYLAN PHARMACEUTICALS'<br>FALSE REPORTED WAC | VAC's COST |
| Prochlorperazine MAL<br>5 mg 100's<br>00378-5105-01 | $32.00 | $18.07 |
| Prochlorperazine MAL<br>10 mg 100's<br>00378-5110-01 | $48.00 | $27.24 |
| Propoxyphene /APAP<br>65/650 Tab 100's<br>00378-0130-01 | $11.25 | $7.07 |
| Propoxyphene /APAP<br>65/650 Tab 500's<br>00378-0130-05 | $53.40 | $30.32 |
| Propranolol HCL<br>10 mg Tab 100's<br>00378-0182-01 | $3.30 | $2.08 |
| Propranolol HCL<br>10 mg Tab 1000's<br>00378-0182-10 | $23.00 | $8.58 |
| Propranolol HCL<br>20 mg Tab 100's<br>00378-0183-01 | $3.60 | $2.38 |
| Propranolol HCL<br>20 mg Tab 1000's<br>00378-0183-10 | $26.00 | $9.47 |
| Propranolol HCL<br>40 mg Tab 100's<br>00378-0184-01 | $4.60 | $2.84 |
| Propranolol HCL<br>40 mg Tab 1000's<br>00378-0184-10 | $36.00 | $17.17 |

## EXHIBIT "9"
### WAC - page 29

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Propranolol HCL 80 mg Tab 100's 00378-0185-01 | $7.60 | $3.49 |
| Propranolol HCL 80 mg Tab 500's 00378-0185-05 | $34.00 | $13.03 |
| Propranolol HCTZ 25 - 40 mg Tab 100's 00378-0731-01 | $5.25 | $3.05 |
| Propranolol HCTZ 25 - 80 mg Tab 100's 00378-0347-01 | $7.80 | $4.47 |
| Ranitidine 150 mg Tab 60's 00378-3252-91 | $14.00 | $4.36 |
| Ranitidine 150 mg Tab 100's 00378-3252-01 | $22.75 | $7.34 |
| Ranitidine 150 mg Tab 500's 00378-3252-05 | $110.00 | $34.88 |
| Ranitidine 300 mg Tab 30's 00378-3254-93 | $14.00 | $5.33 |
| Ranitidine 300 mg Tab 100's 00378-3254-01 | $45.50 | $15.98 |
| Ranitidine 300 mg Tab 500's 00378-3254-05 | $220.00 | $81.52 |

# EXHIBIT "9"
## WAC - page 30

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Spironolactone 25 mg Tab 100's 00378-2146-01 | $20.00 | $11.91 |
| Spironolactone 25 mg Tab 500's 00378-2146-05 | $94.00 | $55.55 |
| Spironolactone/HCTZ 25/25 Tab 100's 00378-0141-01 | $21.50 | $13.23 |
| Spironolactone/HCTZ 25/25 Tab 500's 00378-0141-05 | $101.50 | $62.16 |
| Terazosin HCL 10 mg Cap 100's 00378-1570-01 | $112.35 | $41.27 |
| Terazosin HCL 1 mg Cap 100's 00378-2260-01 | $112.35 | $41.27 |
| Terazosin HCL 2 mg Cap 100's 00378-2264-01 | $112.35 | $41.27 |
| Terazosin HCL 5 mg Cap 100's 00378-2268-01 | $112.35 | $41.27 |
| Thioridazine HCL 10 mg Tab 100's 00378-0612-01 | $10.30 | $6.28 |
| Thioridazine HCL 10 mg Tab 1000's 00378-0612-10 | $93.00 | $61.54 |

# EXHIBIT "9"
## WAC - page 31

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Thioridazine HCL 25 mg Tab 100's 00378-0614-01 | $12.10 | $7.82 |
| Thioridazine HCL 25 mg Tab 1,000's 00378-0614-10 | $113.00 | $73.37 |
| Thioridazine HCL 50 mg Tab 100's 00378-0616-01 | $19.35 | $11.44 |
| Thioridazine HCL 50 mg Tab 1000's 00378-0616-10 | $185.50 | $120.71 |
| Thioridazine HCL 100 mg Tab 100's 00378-0618-01 | $25.50 | $15.64 |
| Thioridazine HCL 100 mg Tab 1000's 00378-0618-10 | $247.00 | $160.35 |
| Thiothixene 1 mg Cap 100's 00378-1001-01 | $5.95 | $3.89 |
| Thiothixene 2 mg Cap 100's 00378-2002-01 | $7.95 | $5.15 |
| Thiothixene 2 mg Cap 1,000's 00378-2002-10 | $69.95 | $51.18 |
| Thiothixene 5 mg Cap 100's 00378-3005-01 | $11.25 | $7.60 |

31

# EXHIBIT "9"
## WAC - page 32

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Thiothixene 5 mg Cap 1000's 00378-3005-10 | $105.00 | $73.13 |
| Thiothixene 10 mg Cap 100's 00378-5010-01 | $16.75 | $10.65 |
| Thiothixene 10 mg Cap 1,000's 00378-5010-10 | $155.00 | $111.83 |
| Timolol Maleate 5 mg Tab 100's 00378-0055-01 | $11.50 | $8.23 |
| Timolol Maleate 10 mg Tab 100's 00378-0221-01 | $15.95 | $12.55 |
| Timolol Maleate 20 mg Tab 100's 00378-0715-01 | $31.95 | $22.37 |
| Tolazamide 25 mg Tab 100's 00378-0217-01 | $8.50 | $6.17 |
| Tolazamide 500 mg Tab 100's 00378-0551-01 | $16.50 | $11.46 |
| Tolbutamide 500 mg Tab 100's 00378-0215-01 | $12.31 | $7.40 |
| Tolbutamide 500 mg Tab 500's 00378-0215-05 | $60.35 | $34.61 |

## EXHIBIT "9"
### WAC - page 33

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Triamter/HCTZ 37.5/25 Cap 100's 00378-2537-01 | $21.21 | $11.18 |
| Triamter/HCTZ 37.5/25 Cap 1000's 00378-2537-10 | $203.96 | $106.23 |
| TriamterHCTZ 37.5/25 Tab 100's 00378-1352-01 | $20.40 | $10.35 |
| Triamter/HCTZ 37.5/25 Tab 500's 00378-1352-05 | $99.19 | $44.85 |
| Triamter/HCTZ 75/50 Tab 100's 00378-1355-01 | $4.00 | $2.53 |
| Triamter/HCTZ 75/50 Tab 500's 00378-1355-05 | $18.00 | $9.41 |
| Trifluoperazine HCL 1 mg 100's 00378-2401-01 | $16.22 | $10.60 |
| Trifluoperazine HCL 2 mg 100's 00378-2402-01 | $23.68 | $15.34 |
| Trifluoperazine HCL 5 mg 100's 00378-2405-01 | $28.47 | $17.73 |
| Trifluoperazine HCL 5 mg 500's 00378-2405-05 | $126.69 | $84.24 |

## EXHIBIT "9"
### WAC - page 34

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Trifluoperazine HCL 10 mg 100's 00378-2410-01 | $36.02 | $23.59 |
| Trifluoperazine HCL 10 mg 500's 00378-2410-05 | $162.09 | $112.04 |
| Verapamil 80 mg Tab 100's 00378-0512-01 | $4.15 | $3.49 |
| Verapamil 80 mg Tab 1000's 00378-0512-10 | $36.25 | $30.71 |
| Verapamil 120 mg Tab 500's 00378-0772-05 | $28.30 | $21.90 |
| Verapamil HCL ER 120 mg Tab (Isoptin) 100's 00378-1120-01 | $60.21 | $45.26 |
| Verapamil HCL ER 240 mg Tab (Isoptin) 100's 00378-0411-01 | $18.00 | $13.61 |
| Verapamil HCL ER 240 mg Tab (isoptin) 500's 00378-0411-05 | $78.50 | $58.29 |
| Verapamil HCL ER 120 mg Caps (Verelan) 100's 00378-6320-01 | $55.00 | $41.27 |
| Verapamil HCL ER 180 mg Caps (Verelan) 100's 00378-6380-01 | $58.00 | $44.84 |

34

## EXHIBIT "9"
### WAC - page 35

| MYLAN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | MYLAN PHARMACEUTICALS' FALSE REPORTED WAC | VAC's COST |
| Verapamil HCL ER 240 mg Caps (Verelan) 100's 00378-6440-01 | $66.00 | $49.52 |

| ROXANE | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | ROXANE'S FALSE REPORTED WACs | RELATOR'S COST (in or about March 2000) |
| IPRATROPIUM BROMIDE 2.5ml 25's 00054-8402-11 | $15.45 | $11.70 |

| SCHEIN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | SCHEIN'S FALSE REPORTED WAC | RELATOR'S COST (in or about March 2000) |
| Ketoprofen CP E 200 mg Cap 00364-2667-01 | $175.88 | $91.43 |
| Lactulose Solution 10 g/15 ml Syrup/Ounce 00364-2519-32 | $17.40 | $10.64 |
| Methylphen 20 mg Tab 00364-0562-02 | $495.55 | $268.59 |
| Methylphen 20mg Tab 00364-0562-01 | $50.85 | $23.54 |

# EXHIBIT "9"
## WAC - page 36

| SCHEIN | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | SCHEIN'S FALSE REPORTED WAC | RELATOR'S COST (in or about March 2000) |
| Methylphen 5 mg Tab 00364-0561-02 | $241.65 | $138.50 |
| Methylphen 5 mg Tab 00364-0561-01 | $24.80 | $11.59 |
| Orphenad ER 100 mg Tab 00364-2830-01 | $121.50 | $81.70 |
| Verapam SR 240 Mg Cap 00364-2884-01 | $89.55 | $49.25 |

| WARRICK | | |
|---|---|---|
| DRUG STRENGTH & SIZE, NDC#s | WARRICK'S FALSE REPORTED WAC | RELATOR'S COST (in or about March 2000) |
| ALBUTEROL INHALATION AEROSOL 17 gm 59930-1560-01 | $10.71 | $2.58 |
| ALBUTEROL INHALATION AEROSOL (refill) 17 gm 59930-1560-02 | $9.99 | $2.49 |

C:\Documents and Settings\Jim Breen\My Documents\BOSTON\3rdAmended\FINAL-Complaint-Pkg\Exhibit9-WAC.wpd

EXHIBIT "10"

## EXHIBIT "10"
### WEAC - page 1

The false price and cost representations, as they were submitted to the State of Texas are organized in the following charts by "Drug", "NDC Number", Texas Medicaid Payment Amount ("WEAC"/"DEAC"), "Relator's Cost", the "Gross Profit" and the percentage of "Gross Profit." The amount under the heading "Relator's Cost" is the true price that each DEFENDANT charged the Relator for the drug or caused another entity to charge the Relator for the drug. A comparison of the Relator's cost with each DEFENDANT'S price representations shows the falsity of each DEFENDANT'S price representations for the specified drugs. Furthermore, the tables show the impact of each DEFENDANT'S false statements because they show health care providers made a profit for prescribing each DEFENDANT'S drugs. Texas Medicaid, which intended to pay for drugs based upon estimated acquisition costs, never intended to pay the amounts under the heading "Gross Profit."

| DEFENDANT ABBOTT | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Erythromycin Base 250 mg Tab 100's | 00074-6326-13 | $12.46 / $12.45 | $7.40 | $5.06 / $5.05 | 41% / 41% |
| Erythromycin Base 250 mg Tab 500's | 00074-6326-53 | $59.705 / $59.15 | $35.89 | $23.815 / $23.26 | 40% / 39% |
| Erythromycin Stearate 250 mg Tab 100's | 00074-6346-20 | $12.98 / $12.28 | $7.86 | $5.12 / $4.42 | 39% / 36% |
| Erythromycin Stearate 250 mg Tab 500's | 00074-6346-53 | $61.665 / $58.35 | $38.18 | $23.485 / $20.17 | 38% / 35% |

# EXHIBIT "10"
## WEAC - page 2

| DEFENDANT ABBOTT | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Erythromycin Stearate 500 mg Tab 100's | 00074-6316-13 | $24.42<br>$22.19 | $15.30 | $9.12<br>$6.89 | 37%<br>31% |
| ERY-TAB E/C 250 mg, 100's | 00074-6304-13 | $<br>$21.20 | $7.72 | $<br>$13.48 | %<br>64% |
| ERY E-Succ/ Sulfisoxazole 200 mg, 100 ml | 00074-7156-13 | $<br>$10.75 | $4.21 | $<br>$6.54 | %<br>61% |
| ERY E-Succ/ Sulfisoxazole 200 mg, 150 ml | 00074-7156-43 | $<br>$15.90 | $6.32 | $<br>$9.58 | %<br>60% |
| ERY E-Succ/ Sulfisoxazole 200 mg 200 ml | 00074-7156-53 | $<br>$20.90 | $8.42 | $<br>$12.48 | %<br>60% |

| DEFENDANT APOTHECON | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about March 2000) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Albuterol 17 gm | 59772-6175-02 | $1.12922/gm<br>$19.20<br>$1.06118/gm<br>$18.04 | $5.00 | $14.20<br>$13.04 | 74%<br>72% |

# EXHIBIT "10"
## WEAC - page 3

| DEFENDANT APOTHECON | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about March 2000) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Captopril/ HCTZ 25 mg-15 mg 100's | 59772-5160-05 | $.61009/ea $61.00 $.60450/ea $60.45 | $19.17 | $41.83 $41.28 | 69% 68% |
| Captopril/ HCTZ 50 mg-25 mg 100's | 59772-5163-05 | $1.04784/ea $104.78 $1.03810/ea $103.81 | $25.94 | $78.84 $77.87 | 75% 75% |
| Cefaclor 125 mg/ 5 ml 150 ml | 59772-7490-04 | $.16724/ml $25.08 $.15720/ml $23.58 | $9.27 | $15.81 $14.31 | 63% 61% |
| Cefadroxil 500 mg 100's | 59772-7271-04 | $2.57880/ea $257.88 $2.42370/ea $242.37 | $82.90 | $174.98 $159.47 | 68% 66% |
| Estradiol 2 mg 100's | 59772-0027-03 | $.40985/ea $40.98 $.38520/ea $38.52 | $22.37 | $18.61 $16.15 | 45% 42% |
| Potassium Chloride 10 mEq 100's | 59772-6910-01 | $.14627/ea $14.62 $.13740/ea $13.74 | $3.50 | $11.12 $10.24 | 76% 75% |
| Potassium Chloride 10 mEq 1000's | 59772-6910-02 | $.14313/ea $143.13 $.13453/ea $134.53 | $28.90 | $114.23 $105.63 | 80% 79% |

# EXHIBIT "10"
## WEAC - page 4

| DEFENDANT DEY | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about March 2000) | WEAC Provider's Gross Profit $<br><br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br><br>DEAC Provider's Gross Profit % |
| Albuterol 17 gm | 49502-0303-17 | $0.39520/gm<br>$6.71<br>$0.352940/gm<br>$5.99 | $2.90 | $3.81<br>$3.09 | 57%<br>52% |
| Albuterol refill | 49502-0303-27 | $0.378810/gm<br>$6.44<br>$0.338230/gm<br>$5.75 | $2.99 | $3.45<br>$2.76 | 54%<br>48% |

| DEFENDANT GENEVA | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about March 2000) | WEAC Provider's Gross Profit $<br><br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br><br>DEAC Provider's Gross Profit % |
| Alprazolam 0.25 mg Tab 1000's | 00781-1061-01 | $20.41<br>$21.85 | $9.68 | $10.73<br>$12.17 | 110%<br>125% |
| Alprazolam 1 mg Tab 500's | 00781-1079-05 | $14.58<br>$15.60 | $7.04 | $7.54<br>$8.56 | 107%<br>121% |
| Alprazolam 1 mg Tab 1000's | 00781-1079-10 | $28.96<br>$30.99 | $13.91 | $15.05<br>$17.08 | 108%<br>122% |

# EXHIBIT "10"
## WEAC - page 5

| DEFENDANT GENEVA | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about March 2000) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Amiodarone 200 mg Tab 60's | 00781-1230-60 | $89.18<br>$95.43 | $39.32 | $49.86<br>$56.11 | 126%<br>142% |
| Azathioprine 50 mg Tab 100's | 00781-1059-01 | $98.26<br>$105.15 | $49.30 | $48.96<br>$55.85 | 99%<br>113% |
| Fiortal/Codine #3 30 mg Cap 100's | 00781-2221-01 | $63.68<br>$68.14 | $28.82 | $34.86<br>$39.32 | 120%<br>136% |
| Fluphenazine HCL 5 mg Tab 500's | 00781-1438-05 | $110.88<br>$118.64 | $49.36 | $61.52<br>$69.28 | 124%<br>140% |
| Fluphenazine HCL 10 mg Tab 100's | 00781-1439-01 | $31.76<br>$33.99 | $12.71 | $19.05<br>$21.28 | 149%<br>167% |
| Imipramine HCL 50 mg Tab 1000's | 00781-1766-10 | $116.34<br>$124.99 | $75.23 | $41.11<br>$49.76 | 55%<br>65% |
| Lonox 2.5-.025 mg Tab 500's | 00781-1262-05 | $151.55<br>$162.17 | $49.74 | $101.81<br>$112.43 | 204%<br>226% |
| Terazosin 1 mg Cap 100's | 00781-2051-01 | $115.00<br>$123.00 | $26.29 | $88.71<br>$96.71 | 337%<br>368% |
| Terazosin 2 mg Cap 100's | 00781-2052-01 | $115.00<br>$123.00 | $26.29 | $88.71<br>$96.71 | 337%<br>368% |
| Terazosin 10 mg Cap 100's | 00781-2054-01 | $115.00<br>$123.00 | $26.29 | $88.71<br>$96.91 | 337%<br>368% |

# EXHIBIT "10"
## WEAC - page 6

| DEFENDANT GENEVA | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about March 2000) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Triamterene/ HCTZ 37.5/25 Tab 100's | 00781-1123-01 | $18.88 / $20.21 | $7.84 | $11.04 / $12.37 | 140% / 157% |
| Trifluoperazine 5 mg Tab 100's | 00781-1034-01 | $31.88 / $34.12 | $17.47 | $14.41 / $16.65 | 82% / 95% |
| Trifluoperazine 10 mg Tab 100's | 00781-1036-01 | $40.34 / $43.17 | $18.84 | $21.50 / $24.33 | 114% / 129% |
| Trifluoperazine 10 mg Tab 1000's | 00781-1036-10 | $399.89 / $427.89 | $179.03 | $220.86 / $248.86 | 123% / 139% |

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Acebutolol HCL 200 mg Cap 100's | 00378-1200-01 | $34.40 / $ / $ | $17.09 | $17.31 / $ | 50% / % |
| Acebutolol HCL 400 mg Cap 100's | 00378-1400-01 | $50.12 / $ / $ | $27.16 | $22.96 / $ | 46% / % |

# EXHIBIT "10"
## WEAC - page 7

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Acyclovir 200 mg Cap 100's | 00378-2200-01 | $28.59 $ $ | $12.31 | $16.28 $ | 57% % |
| Acyclovir 400 mg Tab 100's | 00378-0253-01 | $55.54 $ $ | $19.01 | $36.53 $ | 66% % |
| Acyclovir 800 mg Tab 100's | 00378-0302-01 | $107.97 $ $ | $43.20 | $ 64.77 $ | 60% % |
| Allopurinol 300 mg Tab 500's | 00378-0181-05 | $59.36 $ $ | $31.95 | $27.41 $ | 46% % |
| Amiloride HCL & HCTZ 50 - 5 mg Tab 100's | 00378-0577-01 | $5.58 $ $ | $2.98 | $2.60 $ | 47% % |
| Amiloride HCL & HCTZ 50 - 5 mg Tab 500's | 00378-0577-05 | $26.54 $ $ | $14.79 | $12.05 $ | 45% % |
| Amitriptyline HCL 10 mg Tab 100's | 00378-2610-01 | $3.13 $ $ | $1.97 | $1.16 $ | 37% % |
| Amitriptyline HCL 25 mg Tab 100's | 00378-2625-01 | $3.69 $ $ | $1.78 | $1.91 $ | 52% % |
| Amitriptyline HCL 25 mg Tab 1000's | 00378-2625-10 | $28.00 $ $ | $15.74 | $12.26 $ | 44% % |