# ANDERSON EXHIBIT 6EE

# EXHIBIT "10"
## WEAC - page 8

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Amitriptyline HCL 50 mg Tab 100's | 00378-2650-01 | $4.48<br>$<br>$ | $2.31 | $2.17<br>$ | 48%<br>% |
| Amitriptyline HCL 50 mg Tab 1000's | 00378-2650-10 | $33.60<br>$<br>$ | $20.83 | $12.77<br>$ | 38%<br>% |
| Amitriptyline HCL 75 Mg Tab 100's | 00378-2675-01 | $7.84<br>$<br>$ | $3.38 | $4.46<br>$ | 57%<br>% |
| Amitriptyline HCL 100 mg Tab 100's | 00378-2685-01 | $10.08<br>$<br>$ | $3.86 | $6.22<br>$ | 62%<br>% |
| Amitriptyline HCL 150 Mg Tab 100's | 00378-2695-01 | $13.44<br>$<br>$ | $7.34 | $6.10<br>$ | 45%<br>% |
| Atenolol 25 mg Tabs 100's | 00378-0218-01 | $6.16<br>$<br>$ | $2.08 | $4.08<br>$ | 66%<br>% |
| Atenolol 25 mg Tabs 1000's | 00378-0218-10 | $61.04<br>$<br>$ | $19.17 | $41.87<br>$ | 69%<br>% |
| Atenolol 50 mg Tab 100's | 00378-0231-01 | $3.30<br>$<br>$ | $1.90 | $1.40<br>$ | 42%<br>% |
| Atenolol 50 mg Tab 1000's | 00378-0231-10 | $29.00<br>$<br>$ | $15.19 | $13.81<br>$ | 48%<br>% |
| Atenolol 100 mg Tab 100's | 00378-0757-01 | $5.54<br>$<br>$ | $3.14 | $2.40<br>$ | 43%<br>% |

# EXHIBIT "10"
## WEAC - page 9

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Atenolol/Chlorthal 50/25 mg 100's | 00378-2063-01 | $19.04 / $ / $ | $7.70 | $11.34 / $ | 60% / % |
| Atenolol/Chlorthal 100/25 mg 100's | 00378-2064-01 | $29.12 / $ / $ | $11.84 | $17.28 / $ | 59% / % |
| Azathioprine 500 mg 100's | 00378-1005-01 | $102.76 / $ / $ | $47.34 | $55.42 / $ | 54% / % |
| Bumetanide 0.5 mg Tab 100's | 00378-0245-01 | $13.01 / $ / $ | $8.14 | $4.87 / $ | 37% / % |
| Bumetanide 1.0 Mg Tab 100's | 00378-0370-01 | $21.01 / $ / $ | $9.08 | $11.93 / $ | 57% / % |
| Bumetanide 2.0 Mg Tab 100's | 00378-0417-01 | $35.15 / $ / $ | $12.67 | $22.48 / $ | 64% / % |
| Captopril 12.5 Mg Tab 100's | 00378-3007-01 | $3.64 / $ / $ | $1.69 | $1.95 / $ | 54% / % |
| Captopril 12.5 Mg Tab 1000's | 00378-3007-10 | $27.93 / $ / $ | $14.58 | $13.35 / $ | 48% / % |
| Captopril 25 Mg Tab 100's | 00378-3012-01 | $4.20 / $ / $ | $2.30 | $1.90 / $ | 45% / % |
| Captopril 25 Mg Tab 1000's | 00378-3012-10 | $37.80 / $ / $ | $21.81 | $15.99 / $ | 42% / % |

# EXHIBIT "10"
## WEAC - page 10

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost<br>(in or about<br>January 2001) | WEAC<br>Provider's<br>Gross Profit $<br>DEAC<br>Provider's<br>Gross Profit $ | WEAC<br>Provider's<br>Gross<br>Profit %<br>DEAC<br>Provider's<br>Gross<br>Profit % |
| Captopril<br>50 Mg Tab 100's | 00378-3017-01 | $<br>$<br>$<br>$ | $3.88 | $<br>$ | %<br>% |
| Captopril<br>50 Mg Tab 1000's | 00378-3017-10 | $61.99<br>$<br>$ | $36.92 | $25.07<br>$ | 40%<br>% |
| Captopril<br>100 Mg Tab 100's | 00378-3022-01 | $15.07<br>$<br>$ | $8.17 | $6.90<br>$ | 46%<br>% |
| Captopril/HCTZ<br>25/15 Mg 100's | 00378-0081-01 | $44.74<br>$<br>$ | $13.31 | $31.43<br>$ | 70%<br>% |
| Captopril/HCTZ<br>25/25 Mg 100's | 00378-0083-01 | $44.74<br>$<br>$ | $13.31 | $31.43<br>$ | 70%<br>% |
| Captopril/HCTZ<br>50/15 Mg 100's | 00378-0084-01 | $76.44<br>$<br>$ | $19.83 | $56.61<br>$ | 74%<br>% |
| Captopril/HCTZ<br>50/25 Mg 100's | 00378-0086-01 | $76.44<br>$<br>$ | $19.83 | $56.61<br>$ | 74%<br>% |
| Cefaclor<br>250 Mg Caps 100's | 00378-7250-01 | $49.28<br>$<br>$ | $27.53 | $21.75<br>$ | 44%<br>% |
| Cefaclor<br>500Mg Caps 100's | 00378-7500-01 | $96.32<br>$<br>$ | $54.10 | $42.22<br>$ | 44%<br>% |

# EXHIBIT "10"
## WEAC - page 11

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Cefacaclor 250 Mg/5 ml O/S 150 ml | 00378-7610-06 | $19.03 / $ / $ | $13.37 | $5.66 / $ | 30% / % |
| Cefaclor 250 Mg/5 ml O/S 75 ml | 00378-7610-12 | $10.08 / $ / $ | $6.92 | $3.16 / $ | 31% / % |
| Cefaclor 375 Mg/5 ml O/S 100 ml | 00378-7612-02 | $19.04 / $ / $ | $13.37 | $5.67 / $ | 30% / % |
| Cefaclor 375 Mg/5 ml O/S 50 ml | 00378-7612-09 | $10.08 / $ / $ | $6.92 | $3.16 / $ | 31% / % |
| Cimetidine 200 Mg Tab 100's | 00378-0053-01 | $9.80 / $ / $ | $6.84 | $2.96 / $ | 30% / % |
| Cimetidine 300 Mg Tab 100's | 00378-0317-01 | $10.36 / $ / $ | $5.56 | $4.80 / $ | 46% / % |
| Cimetidine 300 Mg Tab 500's | 00378-0317-05 | $49.56 / $ / $ | $27.64 | $21.92 / $ | 44% / % |
| Cimetidine 400 Mg Tab 100's | 00378-0372-01 | $12.04 / $ / $ | $6.64 | $5.40 / $ | 45% / % |
| Cimetidine 400 Mg Tab 500's | 00378-0372-05 | $57.96 / $ / $ | $32.74 | $25.22 / $ | 44% / % |

# EXHIBIT "10"
## WEAC - page 12

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Cimetidine 800 Mg Tab 100's | 00378-0541-01 | $22.12 / $ / $ | $13.62 | $8.50 / $ | 38% / % |
| Clomipramine HCL 25 Mg Cap 100's | 00378-3025-01 | $28.56 / $ / $ | $11.25 | $17.31 / $ | 61% / % |
| Clomipramine HCL 50 Mg Cap 100's | 00378-3050-01 | $38.36 / $ / $ | $16.76 | $21.60 / $ | 56% / % |
| Clomipramine HCL 75 MG Cap 100's | 00378-3075-01 | $49.44 / $ / $ | $22.37 | $27.07 / $ | 55% / % |
| Clonazepam 0.5 Mg Tab 100's | 00378-1910-01 | $20.60 / $ / $ | $3.57 | $17.03 / $ | 83% / % |
| Clonazepam 0.5 Mg Tab 1000's | 00378-1910-10 | $196.00 / $ / $ | $31.95 | $158.05 / $ | 81% / % |
| Clonazepam 1 Mg Tab 100's | 00378-1912-01 | $23.96 / $ / $ | $4.74 | $19.22 / $ | 80% / % |
| Clonazepam 1 Mg Tab 1000's | 00378-1912-10 | $227.69 / $ / $ | $42.60 | $185.09 / $ | 81% / % |
| Clonazepam 2 Mg Tab 100's | 00378-1914-01 | $32.76 / $ / $ | $5.91 | $26.85 / $ | 82% / % |
| Clonazepam 2 Mg Tab 500's | 00378-1914-05 | $155.68 / $ / $ | $26.04 | $129.64 / $ | 83% / % |

# EXHIBIT "10"
## WEAC - page 13

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Clorazepate 3.75 Mg Tab 100's | 00378-0030-01 | $69.27<br>$<br>$ | $45.95 | $23.32<br>$ | 34%<br>% |
| Clorazepate 3.75 Mg Tab 500's | 00378-0030-05 | $342.10<br>$<br>$ | $218.59 | $123.51<br>$ | 36%<br>% |
| Clorazepate 7.5 Mg Tab 100's | 00378-0040-01 | $86.18<br>$<br>$ | $57.72 | $28.46<br>$ | 33%<br>% |
| Clorazepate 7.5 Mg Tab 500's | 00378-0040-05 | $422.24<br>$<br>$ | $274.66 | $147.58<br>$ | 35%<br>% |
| Clorazepate 15 Mg Tab 100's | 00378-0070-01 | $116.93<br>$ | $81.37 | $35.56<br>$ | 30%<br>% |
| Clozapine 100 Mg 100's | 00378-0860-01 | $175.00<br>$<br>$ | $156.56 | $18.44<br>$ | 11%<br>% |
| Cyclobenzaprine HCL 10 Mg Tab 100's | 00378-0751-01 | $6.76<br>$<br>$ | $3.79 | $2.97<br>$ | 44%<br>% |
| Cyclobenzaprine HCL 10 Mg Tab 1000's | 00378-0751-10 | $52.27<br>$<br>$ | $28.09 | $24.18<br>$ | 46%<br>% |
| Diazepam 2 Mg Tab 100's | 00378-0271-01 | $2.24<br>$<br>$ | $1.44 | $0.80<br>$ | 36%<br>% |
| Diazepam 2 Mg Tab 500's | 00378-0271-05 | $9.52<br>$<br>$ | $4.37 | $5.15<br>$ | 54%<br>% |

# EXHIBIT "10"
## WEAC - page 14

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Diazepam 5 Mg Tab 100's | 00378-0345-01 | $2.35 / $ / $ | $1.54 | $0.81 / $ | 34% / % |
| Diazepam 5 Mg Tab 500's | 00378-0345-05 | $10.08 / $ / $ | $4.90 | $5.18 / $ | 51% / % |
| Diazepam 10 Mg Tab 100's | 00378-0477-01 | $2.57 / $ / $ | $1.86 | $0.71 / $ | 28% / % |
| Diazepam 10 Mg Tab 500's | 00378-0477-05 | $11.20 / $ / $ | $5.86 | $5.34 / $ | 48% / % |
| Diclofenac Potassium 50 Mg 100's | 00378-2474-01 | $87.36 / $ / $ | $26.31 | $61.05 / $ | 70% / % |
| Dicyclomine HCL 10 Mg Caps 100's | 00378-1610-01 | $9.12 / $ / $ | $4.74 | $4.38 / $ | 48% / % |
| Dicyclomine HCL 10 Mg Caps 500's | 00378-1610-05 | $44.24 / $ / $ | $22.15 | $22.09 / $ | 50% / % |
| Dicyclomine HCL 20 MG Tabs 100's | 00378-1620-01 | $11.36 / $ / $ | $6.23 | $5.13 / $ | 45% / % |
| Dicyclomine HCL 20 MG Tabs 500's | 00378-1620-05 | $55.16 / $ / $ | $28.12 | $27.04 / $ | 49% / % |
| Diltiazem HCL 30 Mg Tab 100's | 00378-0023-01 | $5.95 / $ / $ | $2.88 | $3.07 / $ | 52% / % |

## EXHIBIT "10"
### WEAC - page 15

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Diltiazem HCL 30 MG Tab 500's | 00378-0023-05 | $23.80 / $ / $ | $12.57 | $11.23 / $ | 47% / % |
| Diltiazem HCL 60 Mg Tab 100's | 00378-0045-01 | $8.61 / $ / $ | $5.06 | $3.55 / $ | 41% / % |
| Diltiazem HCL 60 MG Tab 500's | 00378-0045-05 | $41.02 / $ / $ | $23.59 | $17.43 / $ | 42% / % |
| Diltiazem HCL 90 Mg Tab 100's | 00378-0135-01 | $10.99 / $ / $ | $7.99 | $3.00 / $ | 27% / % |
| Diltiazem HCL 90 MG Tab 500's | 00378-0135-05 | $52.33 / $ / $ | $37.49 | $14.84 / $ | 28% / % |
| Diltiazem HCL 120 Mg Tab 100's | 00378-0525-01 | $17.39 / $ / $ | $10.38 | $7.01 / $ | 40% / % |
| Diltiazem HCL Er 60 MG Cap 100's | 00378-6060-01 | $54.60 / $ / $ | $24.54 | $30.06 / $ | 55% / % |
| Diltiazem HCL ER 90 Mg Cap 100's | 00378-6090-01 | $62.44 / $ / $ | $35.91 | $26.53 / $ | 42% / % |
| Diltiazem HCL ER 120 Mg Cap 100's | 00378-6120-01 | $81.36 / $ / $ | $52.56 | $28.80 / $ | 35% / % |
| Diltiazem HCL ER 180 Mg Cap DT 500's | 00378-5280-05 | $347.20 / $ / $ | $224.25 | $122.95 / $ | 35% / % |

## EXHIBIT "10"
### WEAC - page 16

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Diltiazem HCL ER 240 Mg Cap DT 100's | 00378-5340-01 | $82.88<br>$<br>$ | $51.72 | $31.61<br>$ | 38%<br>% |
| Diltiazem HCL ER 240 MG Cap DT 500's | 00378-5340-05 | $411.60<br>$<br>$ | $245.08 | $166.52<br>$ | 40%<br>% |
| Diphenoxyliatropine 2.5/.025 100's | 00378-0415-01 | $33.25<br>$<br>$ | $18.37 | $14.88<br>$ | 45%<br>% |
| Diphenoxyliatropine 2.5/.025 1000's | 00378-0415-10 | $282.46<br>$<br>$ | $165.34 | $117.12<br>$ | 41%<br>% |
| Fluphenazine HCL 1 mg Tab 100's | 00378-6004-01 | $14.00<br>$<br>$ | $9.35 | $4.65<br>$ | 33%<br>% |
| Fluphenazine HCL 1 mg Tab 500's | 00378-6004-05 | $67.20<br>$<br>$ | $40.50 | $26.70<br>$ | 40%<br>% |
| Fluphenazine HCL 2.5 mg Tab 100's | 00378-6009-01 | $20.72<br>$<br>$ | $12.73 | $7.99<br>$ | 39%<br>% |
| Fluphenazine HCL 2.5 mg Tab 500's | 00378-6009-05 | $100.80<br>$<br>$ | $68.77 | $32.03<br>$ | 32%<br>% |
| Fluphenazine HCL 5 mg Tab 100's | 00378-6074-01 | $27.44<br>$<br>$ | $16.26 | $11.18<br>$ | 41%<br>% |
| Fluphenazine HCL 5 mg Tab 500's | 00378-6074-05 | $134.40<br>$<br>$ | $80.39 | $54.01<br>$ | 40%<br>% |

# EXHIBIT "10"
## WEAC - page 17

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Fluphenazine HCL 10 mg Tab 100's | 00378-6097-01 | $40.88 $ $ | $20.95 | $19.93 $ | 49% % |
| Fluphenazine Hcl 10 mg Tab 500's | 00378-6097-05 | $201.60 $ $ | $96.40 | $105.20 $ | 52% % |
| Flurazepam Hcl 15 mg Cap 100's | 00378-4415-01 | $5.88 $ $ | $4.69 | $1.19 $ | 20% % |
| Flurbiprofen 50 mg Tab 100's | 00378-0076-01 | $16.80 $ $ | $9.97 | $6.83 $ | 41% % |
| Flurbiprofen 100 mg Tab 100's | 00378-0093-01 | $27.44 $ $ | $15.09 | $12.35 $ | 45% % |
| Flurbiprofen 100 mg Tab 500's | 00378-0093-05 | $134.40 $ $ | $71.36 | $63.04 $ | 47% % |
| Furosemide 20 mg Tab 100's | 00378-0208-01 | $2.35 $ $ | $1.83 | $0.52 $ | 22% % |
| Furosemide 20 mg Tab 1000's | 00378-0208-10 | $17.92 $ $ | $13.63 | $4.29 $ | 24% % |
| Furosemide 40 mg Tab 100's | 00378-0216-01 | $2.80 $ $ | $2.16 | $0.64 $ | 23% % |
| Furosemide 40 mg Tab 1000's | 00378-0216-10 | $22.40 $ $ | $17.04 | $5.36 $ | 24% % |

## EXHIBIT "10"
### WEAC - page 18

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Furosemide 80 mg Tab 100's | 00378-0232-01 | $5.26<br>$<br>$ | $4.06 | $1.20<br>$ | 23%<br>% |
| Furosemide 80 mg Tab 500's | 00378-0232-05 | $23.52<br>$<br>$ | $17.89 | $5.63<br>$ | 24%<br>% |
| Glipizide 5 mg Tab 100's | 00378-1105-01 | $7.11<br>$<br>$ | $3.59 | $3.52<br>$ | 50%<br>% |
| Glipizide 5 mg Tab 500's | 00378-1105-05 | $33.60<br>$<br>$ | 14.30 | $19.30<br>$ | 57%<br>% |
| Glipizide 10 mg Tab 100's | 00378-1110-01 | $10.41<br>$<br>$ | $5.56 | $4.85<br>$ | 47%<br>% |
| Glipizide 10 mg Tab 500's | 00378-1110-05 | $49.28<br>$<br>$ | $21.30 | $27.98<br>$ | 57%<br>% |
| Glyburide 1.5 mg Tab 100's | 00378-1113-01 | $19.88<br>$<br>$ | $5.64 | $14.24<br>$ | 72%<br>% |
| Glyburide 3 mg Tab 100's | 00378-1125-01 | $25.20<br>$<br>$ | $7.67 | $17.53<br>$ | 70%<br>% |
| Glyburide 3 mg Tab 1000's | 00378-1125-10 | $235.20<br>$<br>$ | $72.85 | $162.35<br>$ | 69%<br>% |
| Glyburide 6 mg 100's | 00378-1142-01 | $64.96<br>$<br>$ | $22.42 | $42.54<br>$ | 65%<br>% |

# EXHIBIT "10"
## WEAC - page 19

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Guanfacine 1 mg Tab 100's | 00378-1160-01 | $39.20 / $ / $ | $14.75 | $24.45 / $ | 62% / % |
| Guanfacine 2 mg Tab 100's | 00378-1190-01 | $53.76 / $ / $ | $20.02 | $33.74 / $ | 63% / % |
| Hydroxychloroquine 200 mg Tab 100's | 00378-0373-01 | $63.72 / $ / $ | $28.40 | $35.32 / $ | 55% / % |
| Indapamide 1.25 mg Tab 100's | 00378-0069-01 | $8.91 / $ / $ | $4.48 | $4.43 / $ | 50% / % |
| Indapamide 1.25 mg Tab 500's | 00378-0069-05 | $38.31 / $ / $ | $21.30 | $17.01 / $ | 44% / % |
| Indapamide 2.5 mg Tab 100's | 00378-0080-01 | $11.76 / $ / $ | $7.38 | $4.38 / $ | 37% / % |
| Indapamide 2.5 mg Tab 1000's | 00378-0080-10 | $110.88 / $ / $ | $61.48 | $49.40 / $ | 45% / % |
| Indomethacin 25 mg Cap 100's | 00378-0143-01 | $3.30 / $ / $ | $2.61 | $0.69 / $ | 21% / % |
| Indomethacin 25 mg Cap 1000's | 00378-0143-10 | $28.56 / $ / $ | $22.79 | $5.77 / $ | 20% / % |
| Indomethacin 50 mg Cap 100's | 00378-0147-01 | $4.76 / $ / $ | $3.78 | $0.98 / $ | 21% / % |

# EXHIBIT "10"
## WEAC - page 20

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Indomethacin 50 mg Cap 500's | 00378-0147-05 | $21.56<br>$<br>$ | $17.20 | $4.36<br>$ | 20%<br>% |
| Ketoconazole 200 mg Tabs 100's | 00378-0261-01 | $207.20<br>$<br>$ | $64.91 | $142.29<br>$ | 69%<br>% |
| Ketoprofen 50 mg Cap 100's | 00378-4070-01 | $15.79<br>$<br>$ | $8.00 | $7.79<br>$ | 49%<br>% |
| Ketoprofen 75 mg Cap 100's | 00378-5750-01 | $18.53<br>$<br>$ | $9.56 | $8.97<br>$ | 48%<br>% |
| Ketorolac Tromethamine 10 mg 100's | 00378-1134-01 | $72.46<br>$<br>$ | $44.98 | $27.48<br>$ | 38%<br>% |
| Lactulose Solution 10 gm/15 ml 8 oz | 00378-3331-70 | $5.76<br>$<br>$ | $3.32 | $2.44<br>$ | 42%<br>% |
| Lactulose Solution 10 gm/15 ml 16 oz | 00378-3331-72 | $10.58<br>$<br>$ | $4.97 | $5.61<br>$ | 53%<br>% |
| Lactulose Solution 10 gm/15 ml 32 oz | 00378-3331-74 | $20.71<br>$<br>$ | $8.88 | $11.83<br>$ | 57%<br>% |
| Loperamide HCL 2 mg Cap 100's | 00378-2100-01 | $11.20<br>$<br>$ | $7.26 | $3.94<br>$ | 35%<br>% |

# EXHIBIT "10"
## WEAC - page 21

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Loperamide HCL 2 mg Cap 500's | 00378-2100-05 | $52.64 $ $ | $33.97 | $18.67 $ | 35% % |
| Lorazepam 0.5 mg Tab 100's | 3078-0321-01 | $34.27 $ $ | $14.16 | $20.11 $ | 59% % |
| Lorazepam 1.0 mg Tab 100's | 00378-0457-01 | $45.02 $ $ | $18.00 | $27.02 $ | 60% % |
| Lorazepam 1.0 mg Tab 500's | 00378-0457-05 | $214.48 $ $ | $85.47 | $129.01 $ | 60% % |
| Lorazepam 1.0 mg Tab 1000's | 00378-0457-10 | $423.80 $ $ | $161.99 | $261.81 $ | 62% % |
| Lorazepam 2.0 mg Tab 100's | 3078-0777-01 | $66.75 $ $ | $27.16 | $39.59 $ | 59% % |
| Lorazepam 2.0 mg Tab 500s | 00378-0777-05 | $319.42 $ $ | $129.02 | $190.40 $ | 60% % |
| Methotrexate 2.5 mg Tab 100's | 00378-0014-01 | $94.36 $ $ | $42.01 | $52.35 $ | 55% % |
| Methyldopa 250 mg Tab 100's | 00378-0611-01 | $7.56 $ $ | $6.53 | $1.03 $ | 14% % |
| Nadolol 20 mg Tab 100's | 00378-0028-01 | $34.72 $ $ | $7.25 | $27.47 $ | 79% % |

## EXHIBIT "10"
### WEAC - page 22

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost<br>(in or about<br>January 2001) | WEAC<br>Provider's<br>Gross Profit $<br>DEAC<br>Provider's<br>Gross Profit $ | WEAC<br>Provider's<br>Gross<br>Profit %<br>DEAC<br>Provider's<br>Gross<br>Profit % |
| Nadolol<br>40 mg Tab 100's | 00378-1171-01 | $43.12<br>$<br>$ | $11.97 | $31.15<br>$ | 72%<br>% |
| Nadolol<br>40 mg Tab 1000's | 00378-1171-10 | $424.48<br>$<br>$ | $113.14 | $311.34<br>$ | 73%<br>% |
| Nadolol<br>80 mg Tab 100's | 00378-1132-01 | $59.92<br>$<br>$ | $20.16 | $39.76<br>$ | 66%<br>% |
| Nadolol<br>80 mg Tab 1000's | 00378-1132-10 | $592.48<br>$<br>$ | $195.07 | $397.41<br>$ | 67%<br>% |
| Nicardipine HCL<br>20 mg Cap 90's | 00378-1020-77 | $27.47<br>$<br>$ | $8.84 | $18.63<br>$ | 68%<br>% |
| Nicardipine HCL<br>20 mg Cap 500's | 00378-1020-05 | $133.31<br>$<br>$ | $46.65 | $86.66<br>$ | 65%<br>% |
| Nicardipine HCL<br>30 mg Cap 90's | 00378-1430-77 | $43.70<br>$<br>$ | $14.86 | $28.84<br>$ | 66%<br>% |
| Nicardipine HCL<br>30 mg Cap 500's | 00378-1430-05 | $211.89<br>$<br>$ | $78.38 | $133.51<br>$ | 63%<br>% |
| Nitrofurantoin<br>50 mg Cap 100's | 00378-1650-01 | $37.80<br>$<br>$ | $17.68 | $20.12<br>$ | 53%<br>% |
| Nitrofurantoin<br>50 mg Cap 500's | 00378-1650-05 | $179.73<br>$<br>$ | $83.98 | $95.75<br>$ | 53%<br>% |

# EXHIBIT "10"
## WEAC - page 23

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost<br>(in or about<br>January 2001) | WEAC<br>Provider's<br>Gross Profit $<br>DEAC<br>Provider's<br>Gross Profit $ | WEAC<br>Provider's<br>Gross<br>Profit %<br>DEAC<br>Provider's<br>Gross<br>Profit % |
| Nitrofurantoin<br>10 mg Cap 100's | 00378-1700-01 | $63.26<br>$<br>$ | $31.42 | $31.84<br>$ | 50%<br>% |
| Nortriptyline HCL<br>10 mg Cap 100's | 00378-1410-01 | $7.78<br>$<br>$ | $3.73 | $4.05<br>$ | 52%<br>% |
| Nortriptyline HCL<br>25 mg Cap 100's | 00378-2325-01 | $10.75<br>$<br>$ | $5.38 | $5.37<br>$ | 50%<br>% |
| Nortriptyline HCL<br>50 mg Cap 100's | 00378-3250-01 | $13.10<br>$<br>$ | $6.75 | $6.35<br>$ | 48%<br>% |
| Nortriptyline HCL<br>75 mg Cap 100's | 00378-4175-01 | $16.74<br>$<br>$ | $8.40 | $8.34<br>$ | 50%<br>% |
| Orphenadrine Citrate<br>ER 100 mg 100's | 00378-3358-01 | $136.08<br>$<br>$ | $64.91 | $71.17<br>$ | 52%<br>% |
| Orphenadrine Citrate<br>ER 100 mg 500's | 00378-3358-05 | $668.58<br>$<br>$ | $308.32 | $360.26<br>$ | 54%<br>% |
| Orphenadrine W/AC<br>385/30/26 mg 100's | 00378-3354-01 | $61.60<br>$<br>$ | $21.30 | $40.30<br>$ | 65%<br>% |
| Orphenadrine W/AC<br>770/60/50 mg 100's | 00378-3356-01 | $89.60<br>$<br>$ | $28.40 | $61.20<br>$ | 68%<br>% |
| Pentoxifyline ER<br>400 mg Tab 100's | 00378-0357-01 | $43.13<br>$<br>$ | $15.82 | $27.31<br>$ | 63%<br>% |

# EXHIBIT "10"
## WEAC - page 24

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Pindolol 5 mg Tab 100's | 00378-0052-01 | $14.50 $ $. | $5.56 | $8.94 $ | 62% % |
| Pindolol 10 mg Tab 100's | 00378-0127-01 | $18.98 $ $ | $8.65 | $10.33 $ | 54% % |
| Piroxicam 10 mg Cap 100's | 00378-1010-01 | $6.65 $ $ | $3.61 | $3.04 $ | 46% % |
| Piroxicam 20 mg Cap 100's | 00378-2020-01 | $8.44 $ $ | $4.38 | $4.06 $ | 48% % |
| Piroxicam 20 mg Cap 500's | 00378-2020-05 | $37.55 $ $ | $19.53 | $18.02 $ | 48% % |
| Prazosin HCL 1 mg Cap 100's | 00378-1101-01 | $6.16 $ $ | $3.67 | $2.49 $ | 40% % |
| Prazosin HCL 1 mg Cap 1000's | 00378-1101-10 | $55.72 $ $ | $3.67 | $52.05 $ | 93% % |
| Prazosin HCL 2 mg Cap 100's | 00378-2302-01 | $7.78 $ $ | $4.21 | $3.57 $ | 46% % |
| Prazosin HCL 2 mg Cap 1000's | 00378-2302-10 | $69.16 $ $ | $35.68 | $33.48 $ | 49% % |
| Prazosin HCL 5 mg Cap 100's | 00378-3205-01 | $12.88 $ $ | $7.56 | $5.32 $ | 41% % |

# EXHIBIT "10"
## WEAC - page 25

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Prazosin HCL 5 mg Cap 250's | 00378-3205-25 | $30.18<br>$<br>$ | $19.44 | $10.74<br>$ | 36%<br>% |
| Probenecio 500 mg Tab 100's | 00378-0156-01 | $55.44<br>$<br>$ | $37.28 | $18.16<br>$ | 33%<br>% |
| Prochlorperazine MAL 5 mg 100's | 00378-5105-01 | $35.84<br>$<br>$ | $18.07 | $17.77<br>$ | 50%<br>% |
| Prochlorperazine MAL 10 mg 100's | 00378-5110-01 | $53.76<br>$<br>$ | $27.24 | $26.52<br>$ | 49%<br>% |
| Propoxyphene /APAP 65/650 Tab 100's | 00378-0130-01 | $12.60<br>$<br>$ | $7.07 | $5.53<br>$ | 44%<br>% |
| Propoxyphene /APAP 65/650 Tab 500's | 00378-0130-05 | $59.80<br>$<br>$ | $30.32 | $29.78<br>$ | 50%<br>% |
| Propranolol HCL 10 mg Tab 100's | 00378-0182-01 | $3.69<br>$<br>$ | $2.08 | $1.61<br>$ | 44%<br>% |
| Propranolol HCL 10 mg Tab 1000's | 00378-0182-10 | $25.76<br>$<br>$ | $8.58 | $17.18<br>$ | 67%<br>% |
| Propranolol HCL 20 mg Tab 100's | 00378-0183-01 | $4.03<br>$<br>$ | $2.38 | $1.65<br>$ | 41%<br>% |
| Propranolol HCL 20 mg Tab 1000's | 00378-0183-10 | $29.12<br>$<br>$ | $9.47 | $19.65<br>$ | 67%<br>% |

# EXHIBIT "10"
## WEAC - page 26

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Propranolol HCL 40 mg Tab 100's | 00378-0184-01 | $5.15 / $ / $ | $2.84 | $2.31 / $ | 45% / % |
| Propranolol HCL 40 mg Tab 1000's | 00378-0184-10 | $40.32 / $ / $ | $17.17 | $23.15 / $ | 57% / % |
| Propranolol HCL 80 mg Tab 100's | 00378-0185-01 | $8.51 / $ / $ | $3.49 | $5.02 / $ | 59% / % |
| Propranolol HCL 80 mg Tab 500's | 00378-0185-05 | $38.08 / $ / $ | $13.03 | $25.05 / $ | 66% / % |
| Propranolol HCTZ 25 - 40 mg Tab 100's | 00378-0731-01 | $5.88 / $ / $ | $3.05 | $2.83 / $ | 48% / % |
| Propranolol HCTZ 25 - 80 mg Tab 100's | 00378-0347-01 | $8.73 / $ / $ | $4.47 | $4.26 / $ | 49% / % |
| Ranitidine 150 mg Tab 60's | 00378-3252-91 | $15.67 / $ / $ | $4.36 | $11.31 / $ | 72% / % |
| Ranitidine 150 mg Tab 100's | 00378-3252-01 | $25.48 / $ / $ | $7.34 | $18.14 / $ | 71% / % |
| Ranitidine 150 mg Tab 500's | 00378-3252-05 | $123.20 / $ / $ | $34.88 | $88.32 / $ | 72% / % |
| Ranitidine 300 mg Tab 30's | 00378-3254-93 | $15.68 / $ / $ | $5.33 | $10.35 / $ | 66% / % |

# EXHIBIT "10"
## WEAC - page 27

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Ranitidine 300 mg Tab 100's | 00378-3254-01 | $50.96 $ $ | $15.98 | $34.98 $ | 69% % |
| Ranitidine 300 mg Tab 500's | 00378-3254-05 | $246.40 $ $ | $81.52 | $164.88 $ | 67% % |
| Spironolactone 25 mg Tab 100's | 00378-2146-01 | $22.40 $ $ | $11.91 | $10.49 $ | 47% % |
| Spironolactone 25 mg Tab 500's | 00378-2146-05 | $105.28 $ $ | $55.55 | $49.73 $ | 47% % |
| Spironolactone/HCTZ 25/25 Tab 100's | 00378-0141-01 | $24.08 $ $ | $13.23 | $10.85 $ | 45% % |
| Spironolactone/HCTZ 25/25 Tab 500's | 00378-0141-05 | $113.68 $ $ | $62.16 | $51.52 $ | 45% % |
| Terazosin HCL 10 mg Cap 100's | 00378-1570-01 | $125.83 $ $ | $41.27 | $84.56 $ | 67% % |
| Terazosin HCL 1 mg Cap 100's | 00378-2260-01 | $125.83 $ $ | $41.27 | $84.56 $ | 67% % |
| Terazosin HCL 2 mg Cap 100's | 00378-2264-01 | $125.83 $ $ | $41.27 | $84.56 $ | 67% % |
| Terazosin HCL 5 mg Cap 100's | 00378-2268-01 | $125.83 $ $ | $41.27 | $84.56 $ | 67% % |

# EXHIBIT "10"
## WEAC - page 28

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost<br>(in or about<br>January 2001) | WEAC<br>Provider's<br>Gross Profit $<br>DEAC<br>Provider's<br>Gross Profit $ | WEAC<br>Provider's<br>Gross<br>Profit %<br>DEAC<br>Provider's<br>Gross<br>Profit % |
| Thioridazine HCL<br>10 mg Tab 100's | 00378-0612-01 | $11.53<br>$<br>$ | $6.28 | $5.25<br>$ | 46%<br>% |
| Thioridazine HCL<br>10 mg Tab 1000's | 00378-0612-10 | $106.40<br>$<br>$ | $61.54 | $44.86<br>$ | 42%<br>% |
| Thioridazine HCL<br>25 mg Tab 100's | 00378-0614-01 | $13.55<br>$<br>$ | $7.82 | $5.73<br>$ | 42%<br>% |
| Thioridazine HCL<br>25 mg Tab 1,000's | 00378-0614-10 | $126.56<br>$<br>$ | $73.37 | $53.19<br>$ | 42%<br>% |
| Thioridazine HCL<br>50 mg Tab 100's | 00378-0616-01 | $21.67<br>$<br>$ | $11.44 | $10.23<br>$ | 47%<br>% |
| Thioridazine HCL<br>50 mg Tab 1000's | 00378-0616-10 | $207.76<br>$<br>$ | $120.71 | $87.05<br>$ | 42%<br>% |
| Thioridazine HCL<br>100 mg Tab 100's | 00378-0618-01 | $28.56<br>$<br>$ | $15.64 | $12.92<br>$ | 45%<br>% |
| Thioridazine HCL<br>100 mg Tab 1000's | 00378-0618-10 | $276.64<br>$<br>$ | $160.35 | $116.29<br>$ | 42%<br>% |
| Thiothixene<br>1 mg Cap 100's | 00378-1001-01 | $6.66<br>$<br>$ | $3.89 | $2.77<br>$ | 42%<br>% |
| Thiothixene<br>2 mg Cap 100's | 00378-2002-01 | $8.90<br>$<br>$ | $5.15 | $3.75<br>$ | 42%<br>% |

# EXHIBIT "10"
## WEAC - page 29

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Thiothixene 2 mg Cap 1,000's | 00378-2002-10 | $78.34<br>$<br>$ | $51.18 | $27.16<br>$ | 35%<br>% |
| Thiothixene 5 mg Cap 100's | 00378-3005-01 | $12.60<br>$<br>$ | $7.60 | $5.00<br>$ | 40%<br>% |
| Thiothixene 5 mg Cap 1000's | 00378-3005-10 | $117.60<br>$<br>$ | $73.13 | $44.47<br>$ | 38%<br>% |
| Thiothixene 10 mg Cap 100's | 00378-5010-01 | $18.76<br>$<br>$ | $10.65 | $8.11<br>$ | 43%<br>% |
| Thiothixene 10 mg Cap 1,000's | 00378-5010-10 | $173.60<br>$<br>$ | $111.83 | $61.77<br>$ | 36%<br>% |
| Timolol Maleate 5 mg Tab 100's | 00378-0055-01 | $12.88<br>$<br>$ | $8.23 | $4.65<br>$ | 36%<br>% |
| Timolol Maleate 10 mg Tab 100's | 00378-0221-01 | $17.86<br>$<br>$ | $12.55 | $5.31<br>$ | 30%<br>% |
| Timolol Maleate 20 mg Tab 100's | 00378-0715-01 | $35.78<br>$<br>$ | $22.37 | $13.41<br>$ | 37%<br>% |
| Tolazamide 25 mg Tab 100's | 00378-0217-01 | $9.52<br>$<br>$ | $6.17 | $3.35<br>$ | 35%<br>% |
| Tolazamide 500 mg Tab 100's | 00378-0551-01 | $18.48<br>$<br>$ | $11.46 | $7.02<br>$ | 38%<br>% |

## EXHIBIT "10"
### WEAC - page 30

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Tolbutamide 500 mg Tab 100's | 00378-0215-01 | $13.78<br>$<br>$ | $7.40 | $6.38<br>$ | 46%<br>% |
| Tolbutamide 500 mg Tab 500's | 00378-0215-05 | $67.59<br>$<br>$ | $34.61 | $32.98<br>$ | 49%<br>% |
| Triamter/HCTZ 37.5/25 Cap 100's | 00378-2537-01 | $23.76<br>$<br>$ | $11.18 | $12.58<br>$ | 53%<br>% |
| Triamter/HCTZ 37.5/25 Cap 1000's | 00378-2537-10 | $228.43<br>$<br>$ | $106.23 | $122.20<br>$ | 53%<br>% |
| TriamterHCTZ 37.5/25 Tab 100's | 00378-1352-01 | $22.84<br>$<br>$ | $10.35 | $12.49<br>$ | 55%<br>% |
| Triamter/HCTZ 37.5/25 Tab 500's | 00378-1352-05 | $111.09<br>$<br>$ | $44.85 | $66.24<br>$ | 60%<br>% |
| Triamter/HCTZ 75/50 Tab 100's | 00378-1355-01 | $4.48<br>$<br>$ | $2.53 | $1.95<br>$ | 44%<br>% |
| Triamter/HCTZ 75/50 Tab 500's | 00378-1355-05 | $20.16<br>$<br>$ | $9.41 | $10.75<br>$ | 53%<br>% |
| Trifluoperazine HCL 1 mg 100's | 00378-2401-01 | $18.16<br>$ | $10.60 | $7.56<br>$ | 42%<br>% |

# EXHIBIT "10"
## WEAC - page 31

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Trifluoperazine HCL 2 mg 100's | 00378-2402-01 | $26.52 / $ / $ / $ | $15.34 | $11.18 / $ | 42% / % |
| Trifluoperazine HCL 5 mg 100's | 00378-2405-01 | $31.88 / $ / $ | $17.73 | $14.15 / $ | 44% / % |
| Trifluoperazine HCL 5 mg 500's | 00378-2405-05 | $141.89 / $ / $ | $84.24 | $57.65 / $ | 41% / % |
| Trifluoperazine HCL 10 mg 100's | 00378-2410-01 | $40.34 / $ / $ | $23.59 | $16.75 / $ | 42% / % |
| Trifluoperazine HCL 10 mg 500's | 00378-2410-05 | $181.54 / $ / $ | $112.04 | $69.50 / $ | 38% / % |
| Verapamil 80 mg Tab 100's | 00378-0512-01 | $4.64 / $ / $ | $3.49 | $1.15 / $ | 25% / % |
| Verapamil 80 mg Tab 1000's | 00378-0512-10 | $40.60 / $ / $ | $30.71 | $9.89 / $ | 24% / % |
| Verapamil 120 mg Tab 500's | 00378-0772-05 | $31.69 / $ / $ | $21.90 | $9.79 / $ | 31% / % |
| Verapamil HCL ER 120 mg Tab (Isoptin) 100's | 00378-1120-01 | $67.43 / $ / $ | $45.26 | $22.17 / $ | 33% / % |

# EXHIBIT "10"
## WEAC - page 32

| DEFENDANT MYLAN PHARMACEUTICALS | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC / DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $ / DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit % / DEAC Provider's Gross Profit % |
| Verapamil HCL ER 240 mg Tab (Isoptin) 100's | 00378-0411-01 | $20.16 / $ / $ | $13.61 | $6.55 / $ | 32% / % |
| Verapamil HCL ER 240 mg Tab (isoptin) 500's | 00378-0411-05 | $87.92 / $ / $ | $58.29 | $29.63 / $ | 34% / % |
| Verapamil HCL ER 120 mg Caps (Verelan) 100's | 00378-6320-01 | $61.60 / $ / $ | $41.27 | $20.33 / $ | 33% / % |
| Verapamil HCL ER 180 mg Caps (Verelan) 100's | 00378-6380-01 | $64.96 / $ / $ | $44.84 | $20.12 / $ | 31% / % |
| Verapamil HCL ER 240 mg Caps (Verelan) 100's | 00378-6440-01 | $73.92 / $ / $ | $49.52 | $24.40 / $ | 33% / % |

# EXHIBIT "10"
## WEAC - page 33

| DEFENDANT ROXANE | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | RELATOR'S COST (in or about March 2000) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Ipratropium Bromide 2.5 ml, 25's | 00054-8402-11 | 0.36736/ml<br>$22.96<br>.3608/ml<br>$22.55 | $11.70 | $11.24<br>$10.83 | 49%<br>48% |
| Ipratropium Bromide 2.5 ml, 60's | 00054-8402-21 | 0.36736/ml<br>$55.10<br>.360800/ml<br>$54.12 | $28.12 | $26.98<br>$26.00 | 49%<br>48% |

| DEFENDANT SCHEIN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Ketoprofen CP E 200 mg Cap 100's | 00364-2667-01 | $196.98<br>$185.14 | $91.43 | $105.55<br>$93.71 | 54%<br>51% |
| Lactulose Solution 10 g/15 ml Syrup/Ounce 946 ml | 00364-2519-32 | $19.48<br>$19.31 | $10.64 | $8.84<br>$8.67 | 45%<br>45% |
| Methylphen 20 mg Tab 1,000's | 00364-0562-02 | $555.01<br>$550.61 | $268.59 | $286.42<br>$282.02 | 52%<br>51% |

# EXHIBIT "10"
## WEAC - page 34

| DEFENDANT SCHEIN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC # | WEAC<br>DEAC | Relator's Cost (in or about January 2001) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Methylphen 20mg Tab 100's | 00364-0562-01 | $56.95<br>$56.50 | $23.54 | $33.41<br>$32.96 | 59%<br>58% |
| Methylphen 5 mg Tab 1,000's | 00364-0561-02 | $270.64<br>$268.50 | $138.50 | $132.14<br>$130.00 | 49%<br>48% |
| Methylphen 5 mg Tab 100's | 00364-0561-01 | $27.77<br>$27.59 | $11.59 | $16.18<br>$16.00 | 58%<br>58% |
| Orphenad ER 100 mg Tab 100's | 00364-2830-01 | $136.08<br>$135.00 | $81.70 | $54.38<br>$53.30 | 40%<br>39% |
| Verapam SR 240 Mg Cap 100's | 00364-2884-01 | $100.29<br>$99.50 | $49.25 | $51.04<br>$50.25 | 51%<br>51% |

| DEFENDANT WARRICK | | | | | |
|---|---|---|---|---|---|
| **Drug** | NDC # | WEAC<br>DEAC | Relator's Cost (in or about March 2000) | WEAC Provider's Gross Profit $<br>DEAC Provider's Gross Profit $ | WEAC Provider's Gross Profit %<br>DEAC Provider's Gross Profit % |
| Albuterol 17 gm | 59930-1560-01 | $0.705600/gm<br>$11.99 | $2.58 | $9.41 | 78% |
| Albuterol refill | 59930-1560-02 | $0.652230/gm<br>$11.09 | $2.49 | $8.60 | 78% |

C:\Documents and Settings\Jim Breen\My Documents\BOSTON\3rdAmended\FINAL-Complaint-Pkg\Exhibit10-WEAC.wpd