**ANDERSON EXHIBIT 8**

**Tawes, David - Vol. III 12-13-2007 - Pg: 802 Ln: 6 - Pg: 803 Ln: 1**

    **Annotation:**
```
802: 6              MR. WINGET-HERNANDEZ:  Objection.
      7             THE WITNESS:  Some have, some haven't.
      8   BY MS. TORGERSON:
      9        Q.   What are the circumstances under which
     10   some of those companies have not been responsive in
     11   providing pricing information?
     12             MR. AZORSKY:  Objection to form.
     13             THE WITNESS:  They didn't feel that
     14   we had the authority to ask for the information.
     15   BY MS. TORGERSON:
     16        Q.   Is that information where the prices you
     17   were requesting were not reported by those
     18   companies?
     19        A.   Yes, the wholesalers did not respond to
     20   our request.
     21        Q.   Do you know which wholesalers it was that
     22   didn't respond to your request?
803: 1        A.   No.
```

**Tawes, David - Vol. III 12-13-2007 - Pg: 703 Ln: 20 - Pg: 704 Ln: 17**

    **Annotation:**
```
703:20   Inspector General?
     21        A.   I have never used a drive with an F drive
     22   label, but I can't say for sure that back in 1997,
704: 1   there wasn't an F drive.
      2        Q.   And do you know what the source was of
      3   the catalog information that was compiled for the
      4   1997 report that's been labeled Abbott Exhibit 002?
      5             MR. WINGET-HERNANDEZ:  Objection, form.
      6             THE WITNESS:  We received drug pricing
      7   catalogs from Ven-A-Care.
      8   BY MR. GORTNER:
      9        Q.   Do you know if the entire report was
     10   based upon information that you received from
     11   Ven-A-Care?
     12        A.   I don't know.
     13        Q.   Do you have any reason to believe that
     14   the prices that are documented in Roxane Exhibit
     15   013 and Roxane Exhibit 014 were not received from
     16   Ven-A-Care?
     17        A.   No.
```

**Tawes, David - Vol. III 12-13-2007 - Pg: 705 Ln: 1 - 15**