**ANDERSON EXHIBIT 10C**

177

D-2

ALTERNATE
CONTRACT MARKETING

May 26, 1994

TO:        Field Sales Force
           District Managers

CC:        Cindy Dawson
           Mike Derr
           Phil Elliott
           Cliff Krajewski
           Karla Kreklow
           Debbie Longley
           Mary Beth Manso
           Chris Snead
           Dennis Walker

RE:  *Current Red Book AWP's*

As you are aware, on at the beginning of April, Abbott took a list price increase.
This also has an effect on our AWP (Average Wholesale Price) which Red Book quotes for
reimbursement purposes. Therefore, Mike Heggie was able to get Red Book to send a listing
of the "new" AWP's for ALL of our products, which will be effective through next April. I
hope this information is helpful and if you have any questions, please feel free to contact me.

Best regards,

Steve Kipperman

ABT006333

Confidential
AB0019135



178



36



SENOKOT Laxatives When the Rx May Constipate

180



VALRE/458                                                                 1995 RED BOOK

SENOKOT Laxatives  When the Rx May Constipate   PURDUE FREDERICK

182



183





184



1-800-624-0152    Ð-6

# FLORIDAINFUSION
## CHEMONET

DECEMBER 1995

---

## 2 GREAT WAYS TO SAVE
The first will save you money, the second saves you time...

### 1. REDUCED PRICES

FloridaInfusion, continuing in its role as the price leader in the delivery of pharmaceuticals and supplies to the Oncology Practitioner, is pleased to announce, until further notice, lower prices on the following drugs:

| Drug | | | Price |
|---|---|---|---|
| ZOFRAN 2mg/mL | 20mL | | $166.00 /vial |
| ZOFRAN 32mg/mL | 50mL | | $125.00 /bag |
| KYTRIL | 1mg | | $117.00 /vial |
| FLUDARA | 50mg | | $152.00 /vial |
| ADRIAMYCIN PFS | 200mg | | $258.00 /vial |
| DOXORUBICIN solution | 200mg | | $240.00 /vial |
| DOXORUBICIN powder | 50mg | | $152.00 /vial |
| MITOMYCIN | 5mL | | $98.00 /vial |
| MITOMYCIN | 20mL | | $309.00 /vial |
| NAVELBINE 10mg/mL | 1mL | | $38.15 /vial |
| NAVELBINE 10mg/mL | 5mL | | $191.25 /vial |
| 5-FU Solopak | 500mg | | $79.¢ /vial |
| 5-FU Solopak | 5gram | | $7.75 /vial |
| LEUCOVORIN | 100mg | | $37.75 /vial |

### 2. AUTOMATIC FAX ORDER SYSTEM

To provide you greater convenience, and to save you time and money, we would like to invite you to place your orders via fax using our 800 line. Of course your account manager or customer service representative is still available to assist you at any time. Take advantage of the following important benefits:

- Provides a permanent record of your order.
- Fax at your convenience, anytime night or day.
- Cut and copy the standard forms on pages 7 & 8.

**1-800-624-0152**

# PRICE LIST

**15**

## TERMS & CONDITIONS

**TERMS**

Net 30 from date of invoice. Overdue balances will be assessed a monthly 1.5% service finance charge. Orders placed before 3:00 p.m. E.S.T. will be processed the same day. Orders for $100 or more are shipped prepaid. Orders of less than $20 will be assessed a $5.00 handling and shipping charge. All bulk orders are shipped freight prepaid. Customers requesting special order handling will be billed the actual expense, unless special circumstances prevail or Florida Infusion Services is in error.

**FREIGHT**

Drug shipments outside of the state of Florida are shipped freight prepaid via UPS next-day air service. Medical supplies are shipped freight prepaid via UPS Ground for delivery between 2 - 5 days. Items requiring refrigeration during shipment will be shipped freight prepaid UPS Red label Monday through Thursday.

**PRICES**

Prices are subject to change without notice. We will attempt to notify customers of price changes in advance, when possible. We will be happy to quote, upon request, current prices at the time of the order.

**DAMAGES**

If goods arrive in a broken or damaged condition, the receiving party should request the carrier to note the nature of the damage or breakage on the delivery receipt and should notify Florida Infusion Services. Our responsibility for loss of, damage to, or delay in shipments of goods shall not, in any event, exceed the replacement cost of the shipment.

**RETURN GOODS POLICY**

All returns must be authorized by Florida Infusion Services. A return Goods Authorization Form will be mailed for all approved returns, a copy of which must accompany the returned goods. Florida Infusion Services will accept the following returns:

**ITEMS SHIPPED IN ERROR**

Full credit. We will refund freight expenses.

**OVERSTOCK ITEMS**

A 10% processing fee will be applied. Dated products must be received with at least 4 months shelflife. Products must be shipped prepaid. To comply with the Drug Marketing Prescription Act, all items returned for restock must be guaranteed to have been stored under sanitary conditions and within the appropriate temperature and humidity requirements.

**RETURNED ITEMS**

Outdated goods must be returned within 6 months after the expiration date. A 15% processing fee will be applied to the amount of credit obtained by the manufacturer.

**NON-RETURNABLE MERCHANDISE**

a. Refrigerated products.
b. Expired products retained for more than 6 months past the date of expiration.
c. Items not returnable to the original manufacturer.

FLORIDA INFUSION

186

CONFIDENTIAL
TAP-BLI 0016887



# TAP: The Total Package

## Lupron vs. Zoladex Present RTP Comparison
### on typical 101 kit order

Urology/Oncology Business Unit

For Rep Use Only

**Lupron Depot**

AWP
| | |
|---|---|
| 38 kits of 7.5 mg | $ 14,107.50 |
| 21 kits of 22.5 mg | $ 23,129.19 |
| | $ 52,078.63 |
| Total Cost | $ 37,236.69 |
| RTP | $ 14,841.94 |

**Zoladex**

AWP
| | |
|---|---|
| 38 kits of 3.6 mg | $ 9,609.06 |
| 21 kits of 10.8 mg | $ 15,724.17 |
| | $ 41,461.51 |
| Total Cost | $ 25,333.23 |
| RTP | $ 16,128.28 |

RTP Comparison Fav/(Unfav)   $ (1,286.34)

*Hit 'em With The Best Shot*

187

TAP-BLU 0016886
CONFIDENTIAL

E, E) E-2

Lupron Branding Business Unit

For Rep Use Only

# TAP: The Total Package

## Lupron vs. Zoladex New Pricing Comparison

**Lupron Depot 7.5 mg**

| Units | AWP | Cost | Discount | RTP |
|---|---|---|---|---|
| 1 to 11 | $515.63 | $412.50 | 0.0% | $103.13 |
| 12 to 23 | $515.63 | $400.13 | 3.0% | $115.50 |
| 24 to 42 | $515.63 | $391.09 | 5.0% | $124.75 |
| 44 to 59 | $515.63 | $383.53 | 7.0% | $132.00 |
| 60 to 71 | $515.63 | $375.98 | 9.0% | $140.25 |
| . . | $515.63 | $367.13 | 11.0% | $144.50 |
| 100 to 200 | $515.63 | $356.84 | 13.5% | $159.82 |

**Lupron Depot 22.5 mg**

| Units | AWP | Cost | Discount | RTP |
|---|---|---|---|---|
| 1 to 3 | $1,546.89 | $1,237.50 | 0.0% | $309.39 |
| 4 to 7 | $1,546.89 | $1,200.39 | 3.0% | $346.50 |
| 8 to 15 | $1,546.89 | $1,175.64 | 5.0% | $371.25 |
| 16 to 19 | $1,546.89 | $1,150.89 | 7.0% | $396.00 |
| 20 to 23 | $1,546.89 | $1,126.14 | 9.0% | $420.75 |
| 24 - | $1,546.89 | $1,101.39 | 11.0% | $445.50 |
| 34 to 66 | $1,546.89 | $1,070.43 | 13.5% | $476.46 |

**Zoladex 3.6 mg**

| Units | AWP | Cost | Discount | RTP |
|---|---|---|---|---|
| 1 to 11 | $410.51 | $328.40 | 0.0% | $82.10 |
| 12 to 23 | $410.51 | $392.26 | 11.0% | $172.23 |
| 24 to 42 | $410.51 | $285.73 | 13.0% | $181.50 |
| 44 to 59 | $410.51 | $275.86 | 6.0% | $191.45 |
| 60 to 71 | $410.51 | $266.09 | 12.0% | $141.11 |
| 74 to 73 | $410.51 | $259.44 | 10.0% | $151.97 |
| 100 to 200 | $410.51 | $252.82 | 23.0% | $155.84 |

**Zoladex 10.8 mg**

| Units | AWP | Cost | Discount | RTP |
|---|---|---|---|---|
| 1 to 3 | $1,231.53 | $985.22 | 0.0% | $246.31 |
| 4 to 7 | $1,231.53 | $866.99 | 12.0% | $364.54 |
| 8 to 15 | $1,231.53 | $847.29 | 14.0% | $384.24 |
| 16 to 19 | $1,231.53 | $817.73 | 17.0% | $413.80 |
| 20 to 23 | $1,231.53 | $788.18 | 20.0% | $443.35 |
| 24 to 33 | $1,231.53 | $768.47 | 22.0% | $463.00 |
| 34 to 99 | $1,231.53 | $748.77 | 24.0% | $482.76 |

Win con With The Best Shot



188

E-3

ONCOLOGY
THERAPEUTICS
NETWORK

**Now Available!**

# Anzemet™

## A New 5-HT₃ Receptor Antagonist

(dolasetron mesylate injection/tablets)
from Hoechst Marion Roussel

## Excellent Efficacy and Safety Profile

### Great Value!

| CATALOG NUMBER | NDC | BRAND NAME | ITEM | UNIT SIZE | ORDER QUANTITY | PRICE/UNIT | AWP |
|---|---|---|---|---|---|---|---|
| 900-250 | 0088-1206-32 | Anzemet | dolasetron mesylate | 100 mg vial | 1 | $750.00 | $1149.68 |
| 970-300 | 0088-1201-05 | Anzemet | dolasetron mesylate | 100 mg tablets | 3 | $289.75 | $110.00 |
| 970-305 | 0088-1203-29 | Anzemet | dolasetron mesylate | 100 mg tablets blister pack | 3 | $289.75 | $330.00 |
| 970-310 | 0088-1203-43 | Anzemet | dolasetron mesylate | 100 mg tablets unit dose | 10 | $579.50 | $660.00 |

Call OTN today at
1-800-482-6700
to place your order!

## Outstanding Support:

**Reimbursement and Patient Assistance
Program Hotline 1-888-895-2219**

Call the Anzemet Hotline for help with reimbursement
and patient assistance programs, Monday through
Friday between 10:00 am and 6:00 pm ET.

189

CONFIDENTIAL
— BAXTER INTERNAL USE ONLY —

F·1

AWP = POINTS TO CONSIDER



**CTS/OHS 50% Recombinate and 70% Hemofil M**

**homecare companies make significantly greater margins**

**our customers do not have to pass on the cost to patients**

**be prepared for competitor reaction**

**unfortunate timing of recent recalls**

•Caremark and Olsten comprise greater than 50% of our sales revenue and total unit sales for Recombinate and greater than 70% of our sales revenue and total unit sales for Hemofil M (1996 and 1997 YTD)

•Increasing AWPs was a large part of our negotiations with the large homecare companies

•Homecare companies that reimburse based on AWP make a significantly larger margin okn FVIII products compared to Baxter

eg. If Caremark or Olsten reimburse at today's AWP, their margins are greater than fifty cents per unit for Recombinate and greater than forty cents per unit for Hemofil M

•Our customers do not have to pass on the increase in AWPs to patients by reimbursing at these levels

•We need to be prepared for competitors to alarm the hemophilia community that Baxter has increased ASP and AWP!

•We need to stress that we witheld from increasing prices during product shortages in 1996 and now even though the prices increase seems untimely it is necessary and has been postponed as long as possible

•Baxter has been a leader in cost containment by keeping prices down - perhaps homecare companies, treatment centers, and insurance companies need to also do their fair share

0003153

190

F 2

Christopher Cheney

 **Bayer**

08/07/97 01:15 PM

**Pharmaceutical Division**

To:     Brian Shortell/WESTH/PH/US/BAYER
cc:
Subject: Re: Recombinate AWP Change

FYI ... it looks like if the reports are true we will need to follow suit.
———— Forwarded by Christopher Cheney/BAYER-US-NOTES on 08/07/97 01:13 PM ————

 David Mahoney
08/07/97 12:19 PM

To:     Christopher Cheney/BAYER-US-NOTES
cc:
Subject: Re: Recombinate AWP Change

Chris, if Baxter has increased their AWP then we must do the same. Many of the Homecare
companies are paid based on a discount from AWP. If we are lowed than Baxter then the return
will be lower to the HHC. It is a very simple process to increase our AWP, and can be done
overnight. Lets talk about this next week at our meeting in Old Saybrook.
08/06/97 06:35 AM

Christopher Cheney

 **Bayer**

08/06/97 06:35 AM

**Pharmaceutical Division**

To:     Brian Shortell/WESTH/PH/US/BAYER
cc:     Carole Guthrie/WESTH/PH/US/BAYER, David Mahoney/BAYER-US-NOTES, Terry
        Tenbrunsel/BAYER-US-NOTES
Subject: Recombinate AWP Change

Carole reports that a rep has heard that Baxter recently increased the AWP for Recombinate from
$1.18 to $1.24. Do we have any means for verifying this information? Secondly if the info is
correct would it be possible for us to match their increase? Would you be able to comment on the
pro's and con's of a change to our AWP?

Call me when you get a chance.

BAY0031

191

F-3

**SB**

**SmithKline Beecham.**
Pharmaceuticals

---

**M E M O R A N D U M**

Oncology and Specialty Products Business Unit

March 21, 1996

TO:   R. de Souza                cc:   M. Davis
                                       R. Van Thiel

FROM:   D. Tasse

RE:   Kytril Price Increase

I recommend a 4.8% price increase effective March 25, 1996 for all Kytril presentations.  This is in repose to a Glaxo Wellcome price increase of 4.8% for Zofran effective March 8, 1996.

The following are the revised prices for wholesalers and oncology distributors:

|  | FORM | WAC | AWP |
|---|---|---|---|
| Wholesalers: | 1mg/ml vial | 139.17 | 173.95 |
|  | 1mg 2's tablet | 66.02 | 82.55 |
|  | 1mg 20's tablet | 660.24 | 825.30 |
| Oncology Distributors: | 1mg/ml vial | 122.47 | 173.95 |
|  | 1mg 2's tablet | 62.72 | 82.55 |
|  | 1mg 20's tablet | 627.23 | 825.30 |

0321b.doc

Verbal approval from Richard de Souza.
obtained by [signature]

SBCC 0743

192

F.4

AA 000529

Venoglobulin-S 5% Solution Solvent Detergent
* New ASP = $76.15 / gram

| NDC Number | Item Description | AWP Pack Price | AWP Eff. Date |
|---|---|---|---|
| 49669-1612-1 | Soln, 5%, 50mL, 2.5g, ea, w/ IV set | $ 190.38 | 6/16/94 |
| 49669-1613-1 | Soln.,5%, 100mL, 5.0g, ea, w/ IV set | $ 380.75 | 6/16/94 |
| 49669-1614-1 | Soln., 5%, 200 mL, 10.0g, ea, w/ IV set | $ 761.50 | 6/16/94 |

Published AWP's for competitive products are as follows:
(Reference: Average AWP per †1994 Redbook)

| Cutter | Gamimune N 5% | $ 57.12/ g | |
|---|---|---|---|
| Cutter | Gamimune N 10% | $ 75.00/ g | |
| Baxter | Gammagard S/D | $ 64.00/ g | |
| Sandoz | Sandoglobulin | $ 42.00/ g | *List Price/ Cust. Srvc |
| ARC | Polygam | $ ? / g | |
| Immuno | Iveegam | $ 65.00/ g | |
| Armour | Gammar IV | $ 62.00/ g | |
| Alpha | Venoglobulin-I | $ 47.00/ g | NOW ↑ $60.82/ g |
| Alpha | Venoglobulin-S | $ 65.00/ g | NOW ↑ $76.15/ g |

Pharmacy billing and management services can bill for product based on the published AWP and thereby net incremental margin with Venoglobulin-S usage. Margin for the pharmacy is the difference between AWP and acquisition cost ($76.15/ g –$30/ g = $46.15/ g margin).  Good luck in capturing new homecare/clinic accounts!

F-5

BAY005297

# Gamimune®N Alternate Site Strategy

## Reimbursement

| | | Distributor Acquisition Price | A.W.P. | Spread |
|---|---|---|---|---|
| Bayer | Gamimune®N 10% | $33.60 | $75.00 | $41.40 |
| Alpha | Veroglobulin S 10% | $29.00 | $80.00 | $51.00 |
| Baxter | Gammagard | $23.75 | $64.00 | $40.25 |
| Centeon | Gammar P | $22.00 | $68.00 | $46.00 |
| Red Cross | Polygam S/D | $21.00 | $58.00 | $37.00 |

194

*F6*



INTEROFFICE CORRESPONDENCE

TO:  ATC Sales Force
     ATS Sales Force
     P. DeHart
     D. Flanaghan
     P. Gatto
     J. Gross
     G. Mull
     J. Brown

FROM:  Christine Chow

DATE:  19 September, 1996

RE: New AWP's

Bayer increased the AWP for Gamimune® N 10% from $75 per gram to $90.00 per gram beginning August, 1996.  These increases were published in the August 96 Update of the Red Book.  NDC numbers were changed to reflect Bayer's corporate identity numbering system.  Please see attached page from the Red Book.

Alpha has increased our AWP for Venoglobulin®-S 5% and Venoglobulin®-S 10%.  Effective 16 September 1996, our published Red Book Price is:

|                    | Old AWP      | New AWP     |
|--------------------|--------------|-------------|
| Venoglobulin-S 5%  | $76.15/ gram | $ 90/ gram  |
| Venoglobulin-S 10% | $80/ gram    | $ 95/ gram  |

These new prices have been submitted to the Red Book and MediSpan and can be used for out-patient billing purposes.  Please feel free to call if you have additional questions.

Very Best Regards,

cc:   Management Committee
      R. Mamidi
      S. Tonetta, Ph.D.
      G. Chan
      S. Wada

AA 000609

195

**Baxter**

F-7

Interoffice Memorandum – For Internal Use Only

To: Pete O'Malley

Date: June 11, 1996

cc: Larry Guiheen
    Matt Likens
    John Sonnier

From: Kyle A. Bush

Subject: AWP/WAC

Attached is a memo from one of our customers voicing a concern about the reimbursement
levels of Gammagard S/D. Reimbursement for Gammagard S/D in Florida is significantly
lower than any of the other IGIVs.

Reimbursement for IGIVs is based on either AWP (+/- a percentage depending on the state),
or wholesale acquisition cost (WAC) + 8%. (WAC is used as the method of reimbursement in
TX, RI, MA, MD, FL, CO, AL).

Walter has provided us with WAC prices for several IGIVs..

| Ven S 10% | Ven S 5% | Gam N 10% | Gam P-IV | Poly S/D | Gam S/D |
|-----------|----------|-----------|----------|----------|---------|
| $71.26 g  | $67.76   | $67.76    | $51.89   | $51.62   | $38.09  |

This price is being promoted by certain manufacturers sales force as a financial incentive to use
their product  The deliberate manipulation of AWP or WAC prices is a problem that we need to
address.  The spread between acquisition cost and AWP/WAC is direct profit for customers, and
is being used to increase product positioning in the market by certain manufacturers.

6/17

- Will raise AWP for G4/SD by 15%

- Reasons are:

    - Nonprofitation        - SD Press
    - HIV antigen           - RoD
    - Pull off label

- Will try to implement  Q3 1996

0003187

196

F8

## Baxter

Interoffice Memorandum—For Internal Use Only

To: Sales Managers
     Biotech Sales
     Hemophilia Sales

Date: August 6, 1997

cc: Brad Bridges    Pete O'Malley
    L.Cunningham   Steve Finney
    Jim Post       Judy Reuter

From: Kyle Bush

Subject: AWP History

Attached is a 1997 AWP history update for all IGIV products. Under the "1997 AWP column", the BOLDED entries represent recent increases.

We are very aware of the current AWP increases in the market place and the potential impact that could have on alternate site sales for Gammagard S/D. We have a strategy to raise AWP's for Hyland's products and will proceed when the timing is right. Specifically, we can increase AWP's proportionate to the average ASP increase for a specific product line. Or, we can justify an AWP increase if our internal investments have increased; i.e. PCR testing, packaging improvements, HIV/HCV antigen testing, capacity improvements, etc...

We increased the AWP for Gammagard S/D by 15% in October 1996. We will look at Gammagard S/D again in Q4 - 97 and see if the timing (criteria mentioned above has been met ) is right for another AWP increase.

0003384

197

F-9

To:     Scott Haviland

From:   David Cory

Date:   October 27, 1994

Re:     Zofran Pricing Recommendation

The following Zofran pricing position incorporates comments made by members of the
pricing team from the original pricing recommendation.  Chuck has spoken to Jim Daly
and plans to bring this recommendation to the pricing committee meeting on November 4,
1994.

Please let me know if you have any questions.

cc:  C. Bramlage

Command  15-20% Price Premium

GWNcl

GW4IG/8:00005

198

### Introduction

Market share for Kytril in the clinic segment for the week ending 9/30/94 was 36% of units. The cumulative penetration for Kytril in the clinic segment for fiscal 94/95 is 29% (market research DDD). Although internal pricing studies projected that Kytril penetration would not reach this level until 12 to 18 months following launch, this level of Kytril unit share has been consistent over a six week period. The clinic contribution to the CIE market is currently 35% or approximately $100MM in available antiemetic dollars per year. The Zofran pricing plan identifies 25% in cumulative Kytril unit sales as a trigger point at which time Glaxo Inc. would deliver a market response.

### Discussion

Physician reimbursement for the administration of intravenous oncology drugs is based on the spread between acquisition cost and the AWP. The typical spread between the List Price and the AWP in the industry is either 16 2/3% or 20%. The majority of agents in the oncology market carry a 20% AWP. This allows the oncologist to be compensated for the cost of the intravenous drug administered as Medicare reimburses at 80% of the AWP. The administration of intravenous agents in the outpatient or clinic setting is almost exclusive to the oncology practice.

SKB's clinic promotion has been based on a therapeutic equivalency campaign with significant reimbursement advantages in favor of Kytril. The current reimbursement spread favors Kytril at $18.80 per single-dose vial compared to Zofran at $-0.89 per 32mg dose per patient.

| | Net White | Purchase Vial | AWP Vial | Purchase Dose | 80% AWP/Dose | 80% AWP/Vial | Reimbursement Spread/Patient |
|---|---|---|---|---|---|---|---|
| Kytril | $132.80 | $114.00 | $166.00 | | | $132.80 | $18.80 |
| Zofran | $178.97 | $172.92 | $214.76 | $138.39 | $137.45 | | $-0.89 |

Because Kytril is available in a single dose presentation, the complete vial may be billed for reimbursement. Zofran, as a multi-dose presentation, may only be billed on a milligram basis for the dose administered. Kytril carries a 20% spread between List Price and AWP compared to Zofran which carries a 16 2/3% spread providing SKB with a significant advantage in the clinic setting with respect to reimbursement.

GWNeI

GW4IG/8:00006

199

Pharmaceutical companies were examined which currently have agents in the oncology class. The following examples illustrate that these agents carry a 20% AWP.

| Company | Agent | | List Price | AWP | Spread |
|---------|-------|---|-----------|-----|--------|
| Lederle | Novantrone 2mg/ml | 10ml | $494.94 | $616.18 | 20% |
| Adria | Adriamycin 2mg/ml | 100ml | $540.95 | $676.19 | 20% |
| Bristol | Platinol AQ 1mg/ml | 50ml | $129.62 | $162.75 | 20% |
| SKB | Kytril 1mg/ml 1ev | | $132.80 | $166.00 | 20% |

## Recommendation

In order to balance the reimbursement spread which currently exists between Zofran and the market in which it competes, one of the two scenarios which follow are recommended:

*Recommendation #1*

- 4.5% price increase       $178.97 to $187.02        224.42

- Increase AWP             16 2/3% to 20%
                           $214.76 to $233.78 (8.5%)

- 3% Wholesaler            $187.02 to $172.92 (chargeback)
  Rebate                   $172.92 to $167.31 (rebate)
  (11/14/94 - 1/31/95)

256

| | Net Whls | Purchase Vial | AWP Vial | Purchase Dose | 84% AWP/Dose | 80% AWP/Vial | Reimbursement Spread/Patient |
|---|---------|--------------|----------|---------------|--------------|--------------|------------------------------|
| Kytril | $132.80 | $114.00 | $166.00 | | | $132.80 | $18.80 |
| Zofran | $187.02 | $167.31 | $233.78 | $133.84 | $149.62 | | $15.77 |

187.12   167.73   224.42   133.94   143.07          9.23

8.23

This program would provide a reimbursement spread of $15.77 for a 32mg dose of Zofran. This would also incentivize the clinic segment of the business to utilize the approved 32mg dose of Zofran as reimbursement is provided on a milligram basis. Because the majority of the clinic business is price protected at $172.92 through 12/95 the net discount is only 3% off current contracted prices.

*GWNel*

GW4IG/8:00007

200

*Recommendation #2*

- 4.5% price increase          $178.97 to $187.02
                                                     78.12

- 7% Wholesaler                 $187.02 to $172.92 (chargeback)
  Rebate                        $172.92 to $159.82 (rebate)
  (11/7/94 - 1/31/95)                          60.82

| | Netl Wholesale | Purchase 20/Vial | AWP/Vial | Purchase Dose/A | 30% AWP/Dose | 32% AWP/Dose | Reimbursement Spread/Dose |
|---|---|---|---|---|---|---|---|
| Kytril | $132.80 | $114.00 | $166.00 | | | $132.80 | $18.80 |
| Zofran | $187.02 | $159.82 | $224.43 | $127.86 | $143.64 | | $15.77 |

KMS

This program would provide a reimbursement spread of $15.77 for Zofran.
Again, the program would incentivize the use of the approved 32mg dose as
reimbursement is provided for milligrams administered. The net discount from
price protection at $172.92 to $159.82 would be 7%.

The impact of these programs will provide a level platform for Zofran sales
promotion within the oncology clinics relative to Kytril. The recommended multi-
tiered modification to current promotion, should also provide an immediate
resultant impact to weekly unit sales without being easily intelligible by SKB as
to the means by which this was achieved. Thus, providing additional time before
a competitive response would be delivered.

In response, SKB will likely have two options:

Option 1:     Decrease the purchase price of Kytril.

Option 2:     Take a price increase to raise the AWP while maintaining purchase
              price to generate a higher spread than $52.00.

Neither option appears advantageous for SKB. Because SKB has not reduced
the price of Kytril recently and market share trend is positive, it appears they are
content with current pricing strategy. A reduction in price would have a
significant impact on Kytril revenues. Conversely, a price increase would be
inconsistent with the price message, a marketing strategy that SKB has
employed since launch.

GWNel

GW4IG/8:00008

201

(6 - 1

Dr. William Quan
Comprehensive Cancer Center, Inc.
c/o Salick Health Care Center, Inc.
8201 Beverly Blvd.
Los Angeles, CA. 90048-4520

Dear Willie,

A (VPR) Voluntary Price Reduction will become effective May 9, 1997. The wholesalers have been notified, however it may take two weeks to complete the transition. Pricing for direct orders are effective as of May 9,1997. This new pricing is designed to keep Salick competitive if the market place

| Products | | NDC# | NEW PRICES : |
|---|---|---|---|
| Adriamycin RDF 10 mg | | 108691 | $ 6.75 |
| Adriamycin RDF 20 mg | | 109691 | $ 13.49 |
| Adriamycin RDF 50 mg | | 110679 | $ 33.73 |
| Adriamycin RDF 150 mg | | 111683 | $101.19 |
| Adriamycin PFS 10 mg | | 113691 | $ 7.60 |
| Adriamycin PFS 20 mg | | 114691 | $ 15.20 |
| Adriamycin PFS 50 mg | | 115679 | $ 38.00 |
| Adriamycin PFS 75 mg | | 117687 | $ 57.00 |
| Adriamycin PFS 200mg | | 116683 | $152.00 |
| Bleosar | 15 unit | 161678 | $165.00 |
| Bleosar | 30 unit | 163686 | $330.00 |

If you have any questions, please don't hesitate to call me. Hope to see you in Denver.

Regards

Dan Bell
salickvp

000600

202

```
hor:  GRDERR at PN04PO
        10/21/97  9:22 AM
iority: Normal
o: *SGAMS at Mail_List
ubject: Market Company Alert - October 1997 Price Increase
---------------------------  Message Contents  -----------------------------

    SGAMS

FYI - Heads up.  The following P4U price increases may create a
spread between purchase price and Medicaid reimbursement that may
create sales complaints if not resolved in a reasonable time period
by customary Medicaid updates.  Therefore, your action may be
required in some instances if over the next few months Medicaid does
not automatically pick up the price changes.


    Glen



                            Forward Header
Subject: Market Company Alert - October 1997 Price Increase
Author:   JSHOLLEN at PN01PO
Date:     10/20/97 7:44 PM
```

October 20, 1997                            Contracting & Pricing

TO:   * VP US.Pharm Sls      * Acct Team Dirs     * Pharm Sls Spec
      * Reg Sls Dirs/PSMs     * Natl Acct Dirs     * Ophthalmic Reps/DSMs
      * Operations Dir        * Mgd HC Dirs        * Peptide Hormone Reps
      * Team Fed Govt         * Reg Acct Mgrs      * Oncology/Aids Reps
      * HC Ed Svcs            * DC Reg Dir/Mgr     * Uro/Derm Reps/UBCs
      * Therapeutic DSMs                           * Hospital Reps
      * PSL                                        * Team Kaiser
      * Public Affairs                             * Team Coaches/DSMs
      * Nat Cust Svc Sls Dir

FROM:     William Hillmer, Pricing Analyst, ext. 3-8386

SUBJECT:  October 1997 Price Increase - Effective October 21, 1997

Effective with the close of business hours, Monday, October 20, 1997, the
Retail & Wholesale prices of many Pharmacia & Upjohn Company products will be
revised.

All catalog orders received after business hours, October 20, 1997, will be
invoiced at revised prices. Attached are the product families affected and
their percentages.  A complete reprint of the Retail and Wholesale Price
Lists will be issued in January 1998.  Until then, please use your January
1997 Retail and Wholesale Price lists along with all 1997 price change
announcements. Within the next few days you will receive a letter detailing
the revised products and their new prices.

As a courtesy, we are allowing our customers the opportunity to make a one-
time buy-in purchase at old list prices if they have direct purchase history
for the products with price revisions.  Their one-time purchase will be
limited to a two-week average supply based on their net-direct April 1997
through September 1997 purchase history.

For all our customers who have April 1997 through September 1997 direct
purchase history for the products with price revisions, we will mail them a
Special Buy-In Order Form the week of November 10, 1997.  The Special Buy-In
Order Form will indicate the maximum allotment of each product that they may
purchase at old list prices.  Excessive purchases will be reduced to the buy-
in allotment. They must use the Special Buy-In Order Form and it must be
received on or before December 10, 1997 to be invoiced at the old prices.
As inventory allotments allow, their buy-in order will be shipped between the
receipt of their Order Form and January 16, 1998.

Complete buy-in instructions will be provided to customers with their
Special Buy-In Order Form.  PSM's will receive complete Price Increase
Buy-In order form packages in early November.

203

| PRODUCT | PERCENT INCREASE |
|---|---|
| ADRIAMYCIN | 6.0 |
| ADRUCIL Injection | 6.0 |
| ALBAMYCIN Capsules | 6.0 |
| ANSAID Tablets | 7.0 |
| AZULFIDINE Tablets | 10.0 |
| AZULFIDINE En-Tabs | 10.0 |
| BLEOMYCIN | 6.0 |
| CAVERJECT Sterile Powder | 5.0 |
| CLEOCIN Vaginal Cream | 7.5 |
| CLEOCIN HCl Capsules | 10.0 |
| CLEOCIN PHOSPHATE | 20.0* |
| CLEOCIN T Topical Solution | 7.0 |
| CLEOCIN T Topical Gel & Lotion | 7.0 |
| COLESTID Granules | 7.0 |
| COLESTID Tablets | 7.0 |
| CORTEF Oral Suspension | 7.0 |
| CORTEF Tablets | 7.0 |
| Cortisone Acetate Tablets | 7.0 |
| CORVERT Tablets | 15.0 |
| CYKLOKAPRON Ampoule | 30.0 |
| CYTOSAR-U Sterile Powder | 6.0 |
| DELTASONE Tablets | 6.0 |
| DEPO-Estradiol Sterile Solution | 10.0 |
| DEPO-MEDROL Sterile Aqueous Suspension | 6.0 |
| DEPO-PROVERA Contraceptive Injection | 6.0 |
| DEPO-PROVERA Sterile Aqueous Solution | 9.0 |
| DEPO-TESTADIOL Sterile Solution | 10.0 |
| DEPO-Testosterone Sterile Solution | 10.0 |
| DIDREX Tablets | 10.0 |
| DIPENTUM Capsules | 9.0 |
| DOSTINEX Tablets | 4.0 |
| EMCYT Capsules | 6.0 |
| ESTRING Ring | 5.0 |
| FLAVORED COLESTID Granules | 7.0 |
| GELFILM Products | 9.9 |
| GELFOAM Sterile Powder | 15.0 |
| GELFOAM Sterile Sponge | 4.8 |
| HALCION Tablets | 10.0 |
| HALOTESTIN Tablets | 10.0 |
| HEMABATE Sterile Solution | 9.9 |
| Heparin Sodium Injection | 7.0 |
| IDAMYCIN Injection | 6.0 |
| KABIKINASE Lyphilized Powder | 15.0 |
| LINCOCIN Capsules | 10.0 |
| LINCOCIN Sterile Solution | 6.0 |
| LONITEN Tablets | 10.0 |
| MEDROL Tablets | 7.0 |
| MICRONASE Tablets | 8.0 |
| MOTRIN Tablets | 6.0 |
| MYCOBUTIN Capsules | 5.0 |
| NEOSAR | 6.0 |
| OGEN Tablets | 5.0 |
| OGEN Vaginal Cream | 5.0 |
| ORINASE Tablets | 7.0 |
| PREPIDIL Gel | 9.9 |
| PROSTIN E2 Vaginal Suppository | 50.0 |
| PROSTIN VR PEDIATRIC Sterile Solution | 20.0 |
| PROVERA Tablets | 10.0 |
| SOLU-MEDROL | 6.0 |
| TOLINASE Tablets | 7.0 |
| TOPISAR | 5.0 |
| TROBICIN Sterile Powder | 10.0 |
| VINCASAR | 6.0 |
| XANAX Tablets | 8.0 |
| ZANOSAR Sterile Powder | 10.0 |
| ZINECARD Injection | 8.0 |

* WARNING NOTICE: Documents contain confidential trade secret information.
Do not release outside of State Attorney General's Offices.

204

G-3



15u ............ $198.00

30u ............ $396.00

205



# FLORIDA INFUSION

**SPECIAL PRICES VALID**
**Nov 17/97 - Nov 21/97**

## BLEOMYCIN

G-4

15unit ............. $175^{00}$

30unit ............. $350^{00}$

206

