# ANDERSON EXHIBIT 10E

Case 1:01-cv-12257-PBS   Document 6625-52   Filed 11/02/09   Page 2 of 26

237

L-3

## "A word from: Jeffrey Scott, M.D., National Medical Director, ION"

First, please let me welcome all of our members to ION! As we complete our first year as an organization, I would like to update you on our brief past, as well as our mission and plans for the coming year.

As a practicing medical oncologist in a 30-physician oncology group in Atlanta, I was more than interested, several years ago, in the possibilities offered by the emerging physician practice management (PPM) companies. Having developed a relationship with a PPM company, it was clear that some of the services they provided had merit for my practice.

ION members needn't be a PPM practice to enjoy many of the value-added services. They can be achieved simply through joining ION. Our mission is to offer a wide-ranging assortment of products and services to member physicians. How? By simply letting the practices retain 100% of their current control and autonomy, while offering those services that our membership has told us they want from ION.

## ION's VALUE PRICING GROUP



Because up to 60% of our practices' profitability is derived from chemotherapy, it was logical to begin leveraging ION's considerable buying mass to negotiate better drug discounts from the pharmaceutical industry. And that is exactly what happened. Even as a very large practice, my group has experienced tremendous savings in our initial months of ION membership.

We continue to meet regularly with pharmaceutical companies on your behalf. Our model identifies underused products, and through a process of education and practice guidelines, encourages our members to increase utilization wherever reasonable. As a practicing physician, I will never choose therapy based on price alone. However, if two therapies are equivalent in efficacy, I can no longer ignore the economic differences between them. ION - through publications, practice guidelines, local & national meetings, and effective formulary management - can assist its member practices in maximizing their true potential.

238

L -4

Byran Manning                                      January 27,1997
American Oncology Resources
{{{{{
Houston, TX.

Dear Bryan

We appreciate the time you and Fred Pounds extended Paula, Mike and myself last Wednesday to discuss the opportunities for partnering with AOR. We left the meeting with a further desire to continue discussions to meet your needs in developing a stronger relationship leading to a partnering position.

Below is a review of the items we discussed. Items we felt we brought to the table as a commitment to build a strong relationship and partnership with AOR.

1. A 3 year contract proposal that reduces the cost of your multi-source drugs by over $300,000.

   Some of the drugs on the multi-source list offer you saving of over 75% below list price of the drug. For a drug like Adriamycin, the reduced pricing offers AOR a reimbursement of over $8,000,000 profit when reimbursed at AWP.

The spread from acquisition cost to reimbursement on the multi-source products        offered on the contract give AOR a wide margin for profit.

We will off cource give you the chance to get good price on our LHRH as soon as it is introduced, estimation is July/Agust 1997. Since we do not know your usage of this compound figure is difficult to calculate.

2. 4% Administration fee for contracted products.

   Based on the figures you shared, this would be over $128,000 to AOR in Admin fees.

3. $55,000 grant to your medical education department for a partners program.

   The grant includes sponsorship of your quarterly education meetings and the annual AOR yearbook. This amount is already committed for 1997.

4. $40,000 for the AOR monthly teleconference. This money is also already committed for 1997.

*5. We have committed our Customer Development Unit to work with AOR to further develop comprehensive quality and marketing initiatives that improve the delivery of care to the patient, and provide a competitive marketplace advantage to AOR.*
*Support in the development of a disease management platform of care. Each platform will cost $300,000 - $400,000. We have committed to one, but will consider additional ones as the partnership develops. The two priority areas discussed include Breast Cancer and Colon Cancer.*
*Providing consultation on disease management process and principles.*
*Comprehensive research and analysts on "Best Practices" prior to initiation of platform of care -development.*
*Identification of quality indicators that will measure platform of care success.*
*Development of an organizational plan that will comprehensively assess existing resources, culture*

000025

239

*systems and processes, and make recommendations that will enhance AOR's ability to implement the platform of care.*
*Develop a process of change plan with AOR that implements the platform of care.*
*Development of customized tools and resources necessary to support implementation of the platform of care. These will include screening and risk assessment, treatment algorithms, patient education, provider education, plan marketing and promotion, and outcomes. These tools and resources will cost PNU and additional $100,000-150,000 without factoring human resource costs in.*
*Potential development of Internet access to this platform of care for your network, and potentially for you future customers. This will cost an additional $30,000 - $100,000 to PNU.*
*Close coordination with AOR's Regional Marketing Directors to enhance patient and provider recruitment opportunities as a result of disease managment development.*

6.a  A phase III protocol trial for "Oral Idamycin" in lymphoma.  This trial will offer revenues to AOR of $1.1M (225 patients at $5,000 per patient). The patient fee can be negotiated to a performance related fee, faster arccrual equals to higher patient fee.  This is a protocol study we could have placed at 2 or 3 different places.  We chose AOR.

6.b  The same applies to the oncotech trial, since the final protocal is not approved yet I can not specify the patients fee but it is not less than the aboved mention trial and the same performance based  payment can be negotiated.

7.  AOR Clinical data.  We are willing to look at the clinical data offered by AOR for  three for 200' there after negostiate the next coming 6 months. At the first evaluation we both may have better understanding of how our collaboration benefit both parties.

### John - also consider adding the following if you choose to initiate this project.

*8.  We will explore the AWP-40% situation with South Carolina's BC/BS to see if we can work with an employer coalition to sensitize BC/BS to the inappropriateness of their reimbursement strategy from an employer's perspective.*

The above items represent a considerable offering from PNU to the reveaues, profits *and quality of care of AOR.  Your greatest midterm savings to the bottom line will be by way of our short term investment of $450,000 - $650,000 in the development of a platform of care.  This represents a significant partnering commitment by our company that can not be matched by any other pharmaceutical company in terms of quality and expertise.  We have developed leading edge competencies in these areas that will provide a competitive advantage to our partnering customers.  We do not consider this "soft" money to your bottom line; because the savings, revenue and market share you will gain are very "hard".  We are enthusiastically pursuing this type of relationship, because, we believe that this is the type of collaboration that represents a true partnership that is mutually profitable, takes advantage of each of our corporate competiencies, and ultimately improves the delivery of care to the patient.*

The one item not resolved is the discount on major new sole source product introductions, primarily Camptosar.  The product is only in it's first 6 month of marketing.  The product received accelerated approval from the FDA and was rushed to market to fill a void in colon cancer treatments.  We do not know the full impact on the marketplace or the disease state yet.  We feel the product has tremendous potential, but we are not at a point where we can judge the outcome of a discount to AOR.  There are government pressures and prices mandated by the government for Medicaid and Federal Supply Schedules

000026

240

that have not been reconciled yet. It will take some time, before we can accurately measure the effect of the drug, both economically and treatment wise to determine if discounts are a viable option at this time. Certainly, any discount we give, have an effect on our government sales, which are significant.

The Camptosar issue is not a dead issue, but one we would like a little more time to resolve.

Overall, we feel we have an offer that is fair, shows commitment to AOR on the part of PNU, and is the beginning of future, stronger relationships. You could show your interest by agreeing to the 3 year contract offered and continued negotiations of the Camptosar issue, and other issues as they develop in 1997 and beyond.

As an interim step, we are continuing our development with the Medical education and clinical research areas.

Let us hear from you.

Sincerely,

John Thompson

cc:    *Lloyd Everson, M.D. and any other decision makers on the clinical side*
       *whomever the acting marketing director is*

000027

241

A 42 year old female is diagnosed with stage 2 breast cancer confirmed after biopsy and subsequent modified radical mastectomy. The recommended protocol is "Doxorubicin and Cyclophosphamide, given together every 3 weeks for 4 treatments total. Kytril is given intravenously pre-infusion and Zofran is given intravenously post infusion to control the associated severe nausea.

242

m-2

## 2001 Breast Cancer Drug Profits Per Dose

| DRUG | Ven-A-Care Cost | Medi-Cal Pays (Pharm) | Profit from Medi-Cal | Medicare Pays | Medicare Profit |
|---|---|---|---|---|---|
| Doxorubicin 84mg NDC 55390-0233-01 | $47.00 | $421.80 | $374.80 | $385.29 HCPCS J9000 | $338.29 |
| Cyclo-phosphamide 840mg NDC 00015-0539-41 | $114.00 | $562.42 | $448.42 | $562.42 HCPCS J9096 | $448.42 |
| Kytril 1mg NDC 00029-4149-01 | $116.50 | $185.44 | $68.94 | $185.44 HCPCS J1626 | $68.94 |
| Zofran 32mg NDC 00173-0442-00 | $167.73 | $243.58 | $75.85 | $194.56 HCPCS J2405 | $26.83 |
| NaCl .9% Minibag NDC 00038-0553-18 | $3.06 | $41.33 | $38.27 | $30.90 HCPCS J7040 | $27.84 |

243

**Total Profit on Drugs from Medi-Cal**

**for Total of 4 Treatments is**

**$4025.12**

**Total Profit on Drugs from Medicare**

m-3

**for Total of 4 Treatments is**

**$3641.28**

**(Includes 20% co-pay of $728.25)**

244

M-4

*61 year old female with stage 3 colon cancer confirmed after surgical resection of the tumor.  The Oncologist's recommended protocol for subsequent treatment is :*

Six Treatments of Chemotherapy with Leucovorin and Fluouracil given intravenously with Kytril to control nausea.

245

m- 5

# 2001 Colon Cancer Drug Profits Per Dose

| DRUG DOSE & NDC | Ven-A-Care Cost | Medi-Cal Allowed(Pharm) | Medi-Cal Profit | Medicare Allowed | Medicare Profit |
|---|---|---|---|---|---|
| Leucovorin 800mg 00641-2369-41 | $80.00 | $855.00 | $775.00 | $567.52 HCPCS J0640 | $487.52 |
| 5-Fluouracil 800mg 63323-0117-10 | $2.05 | $5.46 | $3.41 | $5.04 HCPCS J9190 | $2.99 |
| Kytril 1mg 00029-4149-01 | $116.50 | $185.44 | $68.94 | $185.40 HCPCS J1626 | $68.90 |
| NaCl .9% Minibag 00038-0553-18 | $3.06 | $41.33 | $38.27 | $30.90 HCPCS J7040 | $27.84 |

246

M-6

Total Profit on Drugs from Medi-Cal
for Total of 6 Treatments is
$5,313.72

Total Profit on Drugs from Medicare
for Total of 6 Treatments is
$3,523.50

(Includes 20% co-pay of $704.70)

247

N-1

# Medicare Payments for Prescription Drugs

**Response to Request from
Representative W. J. Tauzin**

June 2001

OEI-03-01-00490

U.S. Department of Health and Human Services
Office of Inspector General
Office of Evaluation and Inspections

248

JUN 2 0 2001

The Honorable W. J. Tauzin
Chairman, Committee on Energy and Commerce
House of Representatives
Washington, D.C. 20515

Dear Mr. Tauzin:

In response to your request, we are providing you with information on the amount of beneficiary coinsurance that would be saved if Medicare drug payments were based on prices available to other sources. In this report, we compared Medicare prices for 24 drugs to Department of Veterans Affairs prices and to wholesale catalog prices. We have enclosed four tables which illustrate the impact excessive payment amounts have on the Medicare program and its beneficiaries.

This report provides data clearly demonstrating that Medicare pays too much for prescription drugs. For example, we found that Medicare would save $1.9 billion a year if 24 drugs were reimbursed at prices available to the Department of Veterans Affairs. Over $380 million of this savings would directly impact Medicare beneficiaries in the form of reduced coinsurance payments. In some cases, the Department of Veterans Affairs price for a drug was less than the amount a Medicare beneficiary would pay in coinsurance. More conservatively, Medicare and its beneficiaries would save $887 million a year by paying the actual wholesale prices available to physicians and suppliers for these 24 drugs. Beneficiaries would pay over $175 million less in coinsurance if Medicare paid for these drugs based on catalog prices.

The majority of the data in this report was first presented in our September 2000 report, "Medicare Reimbursement of Prescription Drugs," (OEI-03-00-00310). The pricing data was collected in the second quarter of 2000 from Medicare carriers, the Department of Veterans Affairs, and several wholesale pricing catalogs. In order to provide a current estimate of potential savings, we have updated the total Medicare allowed charges data from the figures which appeared in the original report.

If you have any questions about this report, or if we can provide further assistance, please call me or George Grob, Deputy Inspector General for Evaluation and Inspections, or have your staff contact Robert Vito at (215) 861-4558.

Sincerely,

Helen Albert
Director, External Affairs

Enclosures

249

## TABLE OF CONTENTS

PAGE

Table 1: Medicare and the Department of Veterans Affairs,
Unit Costs and Beneficiary Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Table 2: Medicare and the Department of Veterans Affairs,
Potential Medicare and Beneficiary Savings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Table 3: Medicare and Wholesale Catalogs,
Unit Costs and Beneficiary Coinsurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Table 4: Medicare and Wholesale Catalogs,
Potential Medicare and Beneficiary Savings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

**TABLE 2:**

**MEDICARE AND THE DEPARTMENT OF VETERANS AFFAIRS**
**POTENTIAL MEDICARE AND BENEFICIARY SAVINGS**

| HCPCS CODE | GENERIC DRUG NAME | 2000 MEDIAN PRICES | | PERCENT SAVINGS | 2000 ALLOWED CHARGES | POTENTIAL SAVINGS | | |
|---|---|---|---|---|---|---|---|---|
| | | MEDICARE | VA | | | MEDICARE | BENEFICIARY | TOTAL |
| J0640 | Leucovorin Calcium, 50 mg | $18.02 | $1.63 | 91.0% | $69,228,203 | $50,372,930 | $12,593,232 | $62,966,162 |
| J1260 | Dolasetron Mesylate, 10 mg | $14.82 | $4.95 | 66.6% | $82,487,309 | $43,946,040 | $10,986,510 | $54,932,550 |
| J1440 | Filgrastim, 300 mcg | $171.38 | $130.72 | 23.7% | $51,133,657 | $9,705,191 | $2,426,298 | $12,131,488 |
| J1441 | Filgrastim, 480 mcg | $273.63 | $208.23 | 23.7% | $83,837,285 | $15,918,122 | $3,979,531 | $19,897,653 |
| J1562 | Immune Globulin, 5g | $396.63 | $110.54 | 72.1% | $49,903,101 | $28,796,164 | $7,199,041 | $35,995,205 |
| J1626 | Granisetron HCl, 100 mcg | $18.54 | $7.81 | 57.9% | $42,674,561 | $19,758,276 | $4,939,569 | $24,697,845 |
| J2405 | Ondansetron HCl, 1 mg | $6.09 | $3.94 | 35.3% | $55,003,100 | $15,534,537 | $3,883,634 | $19,418,172 |
| J2430 | Pamidronate Disodium, 30 mg | $243.56 | $203.45 | 16.5% | $156,095,768 | $20,564,957 | $5,141,239 | $25,706,197 |
| J2820 | Sargramostim, 50 mcg | $27.41 | $10.06 | 63.3% | $27,758,142 | $14,056,294 | $3,514,073 | $17,570,367 |
| J1608 | Acetylcysteine, per g | $5.05 | $1.50 | 70.3% | $22,452,105 | $12,626,530 | $3,156,633 | $15,783,163 |
| J7619 | Albuterol Sulfate, per mg | $0.47 | $0.07 | 85.1% | $261,270,168 | $177,886,072 | $44,471,518 | $222,357,590 |
| J7644 | Ipratropium Bromide, per mg | $3.34 | $0.84 | 74.9% | $310,310,047 | $185,814,399 | $46,453,600 | $232,267,999 |
| J9000 | Doxorubicin HCl, 10 mg | $42.97 | $6.29 | 85.3% | $30,586,166 | $20,882,969 | $5,220,742 | $26,103,711 |
| J9045 | Carboplatin, 50 mg | $101.37 | $41.14 | 59.4% | $140,046,625 | $66,568,083 | $16,642,021 | $83,210,104 |
| J9170 | Docetaxel, 20 mg | $283.65 | $151.77 | 46.5% | $110,792,891 | $41,209,565 | $10,302,391 | $51,511,957 |
| J9201 | Gemcitabine HCl, 200 mg | $88.46 | $74.86 | 15.4% | $100,372,242 | $12,338,978 | $3,084,744 | $15,423,722 |
| J9202 | Goserelin Acetate, 3.6 mg | $446.49 | $214.87 | 51.9% | $375,955,270 | $156,023,668 | $39,005,917 | $195,029,586 |
| J9206 | Irinotecan, 20 mg | $117.81 | $75.45 | 36.0% | $117,789,971 | $33,882,239 | $8,470,560 | $42,352,798 |
| J9217 | Leuprolide Acetate, 7.5 mg | $592.60 | $257.00 | 56.6% | $633,720,145 | $287,109,660 | $71,777,415 | $358,887,075 |
| J9265 | Paclitaxel, 30 mg | $173.49 | $107.59 | 38.0% | $284,530,532 | $86,463,906 | $21,615,727 | $108,079,633 |
| J9310 | Rituximab, 100 mg | $420.29 | $239.58 | 43.0% | $135,054,269 | $46,454,890 | $11,613,722 | $58,068,612 |
| J9350 | Topotecan, 4 mg | $573.75 | $307.25 | 46.4% | $34,885,298 | $12,963,042 | $3,240,761 | $16,203,803 |
| J9390 | Vinorelbine Tartrate, 10 mg | $75.50 | $46.20 | 38.8% | $27,866,679 | $8,651,589 | $2,162,897 | $16,814,486 |
| Q0136 | Epoetin Alfa, per 1000 units | $11.40 | $7.22 | 36.7% | $536,916,452 | $157,495,693 | $39,373,873 | $196,869,365 |
| | **TOTAL FOR 24 DRUGS** | | | | $3,740,614,980 | $1,525,622,594 | $381,255,648 | $1,906,378,242 |

251

TABLE 3:

MEDICARE AND WHOLESALE CATALOGS
UNIT COSTS AND BENEFICIARY COINSURANCE

| HCPCS CODE | GENERIC DRUG NAME | 2000 MEDIAN PRICES | | CATALOG PRICE AS PERCENTAGE OF MEDICARE PRICE | 20% MEDICARE COINSURANCE | |
|---|---|---|---|---|---|---|
| | | MEDICARE | CATALOGS | | CURRENT | BASED ON CATALOG PRICE |
| J0640 | Leucovorin Calcium, 50 mg | $18.02 | $2.94 | 16.3% | $3.60 | $0.59 |
| J1260 | Dolasetron Mesylate, 10 mg | $14.82 | $8.29 | 55.9% | $2.96 | $1.66 |
| J1440 | Filgrastim, 300 mcg | $171.38 | $144.30 | 84.2% | $34.28 | $28.86 |
| J1441 | Filgrastim, 480 mcg | $273.03 | $229.90 | 84.2% | $54.61 | $45.98 |
| J1562 | Immune Globulin, 5g | $396.63 | $300.00 | 75.6% | $79.33 | $60.00 |
| J1626 | Granisetron HCl, 100 mcg | $18.54 | $13.81 | 74.5% | $3.71 | $2.76 |
| J2405 | Ondansetron HCl, 1 mg | $6.09 | $5.49 | 90.1% | $1.22 | $1.10 |
| J2410 | Pamidronate Disodium, 30 | $243.56 | $223.26 | 91.7% | $48.71 | $44.65 |
| J2820 | Sargramostim, 50 mcg | $27.41 | $23.13 | 84.4% | $5.48 | $4.63 |
| J7608 | Acetylcysteine, per g | $5.05 | $3.38 | 66.9% | $1.01 | $0.68 |
| J7619 | Albuterol Sulfate, per mg | $0.47 | $0.13 | 27.7% | $0.09 | $0.03 |
| J7644 | Ipratropium Bromide, per mg | $3.34 | $1.53 | 45.8% | $0.67 | $0.11 |
| J9000 | Doxorubicin HCl, 10 mg | $42.92 | $10.08 | 23.5% | $8.58 | $2.02 |
| J9045 | Carboplatin, 50 mg | $101.37 | $87.79 | 86.6% | $20.27 | $17.56 |
| J9170 | Docetaxel, 20 mg | $283.65 | $238.86 | 84.2% | $56.73 | $47.77 |
| J9201 | Gemcitabine HCl, 200 mg | $88.46 | $74.49 | 84.2% | $17.69 | $14.90 |
| J9202 | Goserelin Acetate, 3.6 mg | $446.49 | $375.99 | 84.2% | $89.30 | $75.20 |
| J9206 | Irinotecan, 20 mg | $117.81 | $98.63 | 83.7% | $23.56 | $19.73 |
| J9217 | Leuprolide Acetate, 7.5 mg | $592.60 | $499.03 | 84.2% | $118.52 | $99.81 |
| J9265 | Paclitaxel, 30 mg | $173.49 | $146.10 | 84.2% | $34.70 | $29.22 |
| J9310 | Rituximab, 100 mg | $420.29 | $353.93 | 84.2% | $84.06 | $70.79 |
| J9350 | Topotecan, 4 mg | $573.75 | $507.32 | 88.4% | $114.75 | $101.46 |
| J9390 | Vinorelbine Tartrate, 10 mg | $75.50 | $64.11 | 84.9% | $15.10 | $12.82 |
| Q0136 | Epoetin Alfa, per 1000 units | $11.40 | $10.72 | 94.0% | $2.28 | $2.14 |

TABLE 4:

MEDICARE AND WHOLESALE CATALOGS:
POTENTIAL MEDICARE AND BENEFICIARY SAVINGS

| HCPCS CODE | GENERIC DRUG NAME | 2000 MEDIAN PRICES | | PERCENT SAVINGS | 2000 ALLOWED CHARGES | POTENTIAL SAVINGS | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | MEDICARE | CATALOGS | | | MEDICARE | BENEFICIARY | |
| J0640 | Leucovorin Calcium, 50 mg | $18.02 | $2.94 | 83.7% | $69,278,203 | $46,346,784 | $11,386,696 | $57,933,480 |
| J1260 | Dolasetron Mesylate, 10 mg | $14.82 | $8.29 | 44.1% | $82,482,309 | $29,074,736 | $7,268,684 | $36,343,420 |
| J1440 | Filgrastim, 300 mcg | $171.38 | $144.30 | 15.8% | $51,133,657 | $6,463,762 | $1,615,941 | $8,079,703 |
| J1441 | Filgrastim, 480 mcg | $273.03 | $229.90 | 15.8% | $83,837,285 | $10,594,884 | $2,648,721 | $13,243,607 |
| J1562 | Immune Globulin, 5g | $396.63 | $300.60 | 24.4% | $49,061,101 | $9,726,217 | $2,431,554 | $12,157,771 |
| J1626 | Granisetron HCl, 100 mcg | $18.34 | $13.81 | 25.5% | $42,674,561 | $8,709,846 | $2,177,461 | $10,887,307 |
| J2405 | Ondansetron HCl, 1 mg | $6.69 | $5.49 | 9.9% | $55,003,100 | $4,335,220 | $1,083,805 | $5,419,025 |
| J2430 | Pamidronate Disodium, 30 mg | $243.56 | $223.26 | 8.3% | $156,095,768 | $10,408,094 | $2,602,023 | $13,010,117 |
| J2820 | Sargramostim, 50 mcg | $27.41 | $23.13 | 15.6% | $27,758,142 | $3,467,489 | $866,872 | $4,334,361 |
| J1608 | Acetylcysteine, per g | $5.05 | $3.38 | 33.1% | $22,452,105 | $5,939,804 | $1,484,951 | $7,424,756 |
| J7619 | Albuterol Sulfate, per mg | $0.47 | $0.13 | 72.3% | $261,270,168 | $151,203,161 | $37,800,790 | $189,003,951 |
| J7644 | Ipratropium Bromide, per mg | $3.34 | $1.53 | 54.2% | $310,310,047 | $134,529,625 | $33,632,406 | $168,162,031 |
| J9000 | Doxorubicin HCl, 10 mg | $42.92 | $10.08 | 76.5% | $30,586,166 | $18,722,268 | $4,680,567 | $23,402,835 |
| J9045 | Carboplatin, 50 mg | $101.37 | $87.79 | 13.4% | $140,046,625 | $15,009,041 | $3,751,360 | $18,761,302 |
| J9170 | Docetaxel, 20 mg | $283.65 | $238.86 | 15.8% | $110,792,891 | $13,995,878 | $3,498,970 | $17,494,848 |
| J9201 | Gemcitabine HCl, 200 mg | $188.46 | $71.49 | 15.8% | $100,122,242 | $12,674,671 | $3,168,668 | $15,843,338 |
| J9202 | Goserelin Acetate, 3.6 mg | $446.49 | $375.99 | 15.8% | $375,955,270 | $47,490,150 | $11,877,518 | $59,367,688 |
| J9206 | Irinotecan, 20 mg | $117.81 | $98.63 | 16.3% | $117,789,971 | $15,141,391 | $3,835,348 | $19,176,739 |
| J9217 | Leuprolide Acetate, 7.5 mg | $592.60 | $499.03 | 15.8% | $653,720,145 | $80,050,211 | $20,012,553 | $100,062,764 |
| J9265 | Paclitaxel, 30 mg | $173.49 | $146.10 | 15.8% | $786,530,532 | $35,936,556 | $8,984,139 | $44,920,694 |
| J9310 | Rituximab, 100 mg | $420.29 | $353.93 | 15.8% | $135,054,269 | $17,059,081 | $4,264,770 | $21,323,851 |
| J9350 | Topotecan, 4 mg | $573.75 | $507.32 | 11.6% | $34,885,298 | $3,231,275 | $807,819 | $4,039,094 |
| J9390 | Vinorelbine Tartrate, 10 mg | $75.50 | $64.11 | 15.1% | $27,866,679 | $3,363,194 | $840,799 | $4,203,993 |
| Q0136 | Epoetin Alfa, per 1000 units | $11.40 | $10.72 | 6.0% | $536,916,452 | $23,621,276 | $5,405,319 | $32,026,595 |
| | TOTAL FOR 24 DRUGS | | | | $3,748,614,986 | $709,294,617 | $177,333,654 | $886,616,271 |

253



taking advantage of TAP's quantity discount program. Zeneca has a similar quantity discount program

To increase physicians' return to practice, TAP can either raise the price of Lupron Depot or increase the quantity discount percentages

The pricing decision for the 3 month depot, and now the four month depot, was based on the need to have reimbursement maintained for the offices converting to the three and four month

## REDACTED

Utilizing this coding will has been and will continue to be beneficial for urology offices because
- Most offices now file Medicare claims electronically. The current J9217 Lupron Depot code can be used with a "3" or "4" in the units column. If TAP would have changed the pricing structure, we would have to use a miscellaneous code of J9999 (otherwise unclassified anti-neoplastic agent) requiring a manual review of claims
- They will not have to submit invoices on what was paid, which is required when a J9999 is used
- The four-month launch in the physician market should be timed to coincide with the price increase on July 1, 1997.

Since TAP did not have a price increase for the three month, the pricing of Lupron Depot 30 mg at four times the price of Lupron 7.5 mg will be positively perceived by customers. For those customers who felt TAP should have lowered our price, it will be explained that pricing and reimbursement (and therefore RTP) are linked and it is necessary to keep pricing parity between the one-month and three-month products

**Launch Strategy**
Lupron Depot-4 Month 30 mg should be offered to all customers. The four month depot differentiates the Lupron product line even further from current or anticipated competition.

The promotional message for the four month is that Lupron Depot - 4 Month 30 mg is more convenient for both the physician practice (fewer patient visits allows more time for other procedures and more administration time) and the patient (3 visits to the office vs. 4 or 12 over the course of a year). While Lupron Depot 30 mg will cannibalize the one and the three month, opportunities now exist to capture the orchiectomy market and eliminate Zoladex 10.8 mg competition due to the added convenience of the four month. With fewer office visits, the practice reduces costs relative to time spent with patients and administration (billing). Private practice physicians will have time to perform other procedures. There will also be reduced costs to Medicare and managed care with the reduction in office visits

C:\TEMP\4LAUNCH.DOC

TAP-BLI 0018118
CONFIDENTIAL

254

**Private Practice Market**

The list price for Lupron Depot-4 Month 30 mg would be established at four times the price of Lupron Depot 7.5 mg. AWP will also be established at four times its current Lupron Depot 7.5 mg level. Currently, 60% of the private practice market has converted to three month. Based on feedback from TAP's largest volume urology practices, the three month Lupron Depot is the preferred duration of depot, even if there were a four or six month product available. There have only been a handful of urologists who would prefer a four month product.

The quantity discount program should remain similar to the current program. It should just incorporate Lupron Depot 30 mg as an equal contributor to quantity discount tiers. An example (using 3/97 pricing) is shown below.

Lupron Depot-4 Month 30 mg Pricing Structure

| Units | AWP | Cost | Discount | RTP |
|-------|-----|------|----------|-----|
| 1-2 | $2,062.50 | $1650.00 | 0% | $412.50 |
| 3-5 | $2,062.50 | $1,600.50 | 3% | $462.00 |
| 6-11 | $2,062.50 | $1,567.50 | 5% | $495.00 |
| 12-14 | $2,062.50 | $1,534.50 | 7% | $528.00 |
| 15-17 | $2,062.50 | $1,501.50 | 9% | $561.00 |
| 18-25 | $2,062.50 | $1,468.50 | 11% | $594.00 |

Since it is unrealistic for an account to order all Lupron Depot 30 mg, a blended discount schedule for all three products will be developed. Note that this chart takes into account only customers purchasing at the non-contracted pricing. Contracted customers would receive even steeper discounts.



For those private practice customers who feel they will be losing office revenue due to billing for fewer office visits, it is important to emphasize that there will now be time to see additional patients. In addition, Medicare will be paying for the four month within the same time frame as the one month allowing investment opportunities for payment collected sooner.

If it becomes necessary to further differentiate the Lupron product line from its competitors, we could offer deeper discounts in the quantity discount program for Lupron Depot 30 mg. This would make it more attractive to private physicians to switch from 3 month to 4 month.

**Cost Sensitive Markets**

It then makes sense to offer a price to cost sensitive markets which would be, for example, "four months for the price of three." With the competition increasing based on the prices Zeneca is offering for Zoladex in some cost sensitive markets, it makes sense for TAP to become more competitive in these markets with pricing for Lupron Depot. A recent example of Lupron market share loss to Zoladex is in the government Veterans Administration system. The price which Zeneca offered for Zoladex 3.6 mg was $131 compared to our offering of $273 for Lupron Depot 7.5 mg. $273 is 35% below list price for Lupron Depot 7.5 mg.

Another competitive situation which is likely in the fourth quarter of 1997 is the launch of Upjohn's GnRH analog, Decapeptyl. While Decapeptyl will only be available in a one-month

TAP-BLI 0018118
CONFIDENTIAL

255

formulation, the administration of the product is identical to Lupron Depot, so there are no perceived advantages for Lupron. It is anticipated that Upjohn will have a lower price than Lupron, and perhaps Zoladex, when they enter the market so that market share can be gained.

There is a unique opportunity for TAP in these cost sensitive markets with Lupron Depot 30 mg's use for the treatment of prostate cancer. Currently, the trend has been to evaluate patients on a quarterly basis. The main evaluation method for prostate cancer patients has been the PSA. By changing a patient's visit to every four months, reduced overall costs for the organization can be shown since the patient's evaluation period would also be altered.

The current utilization for three month in the cost sensitive markets needs to be determined. The shift from one to three month is not happening as quickly in hospitals, government institutions, and managed care organizations as it has in the private practice market. It could be that the formulary approval process just takes longer when there are more decision makers. There needs to be an effort to determine if there are underlying reasons why we may not be seeing the shift to 60% use of three month in the aforementioned markets. An example of why we might not see this shift comes from the managed care market. Managed care organizations may be concerned about a high percent disenrollment rate and may hold back on using the longer Lupron depot formulations. Even a quick survey of key institutions utilizing the specialty salesforces for administration could uncover any reasons for lack of three or four month acceptance.

For accounts not able to capitalize on "return to practice," such as managed care and hospitals, there will be a positive perception of the product due to a 33% reduction in office visits per year (four instead of 12). These accounts have contracted prices with TAP based on the one month pricing of the product.

## Other Considerations

With a May 30 approval, TAP could start taking orders for Lupron Depot 30 mg in private practice accounts in June, even though product may not be available until early July. It will be important to determine as soon as positive in which markets the Lupron Depot-4 Month product will be launched so that Takeda can be advised on 1, 3, and 4 month product distribution.

Since there are a number of managed care organizations, hospitals, and government accounts that purchase Lupron through a wholesaler, the drug needs to be placed into the wholesale system.

## Launch Materials

The following materials will be required if there is a roll-out which is similar to the launch of Lupron Depot-3 Month 22.5 mg.

## Salesforce Training Program

The Lupron salesforce should receive a training program by June 1997 if the launch is July 1, 1997. There should be a publication of the clinical data by that time for representative review. The training program will focus on the efficacy and safety profile and the number of days that an injection could be delayed.

## Physician Announcement Letter

TAP-BLI 0016120
CONFIDENTIAL

256

*[handwritten notes at top, partially illegible]*

*Never mind, although maybe you may want to mail it at the bottom of this page.*

This letter will announce the approval of Lupron Depot 30 mg. All urologists on TAP's Epsilon mailing list will receive a letter that will ask the urologists to call their TAP representative to learn more about availability.

*What about letter to wholesalers?*

**Physician Information Folder**

At July district sales meetings, will receive the necessary launch materials. These materials include:

- **Product Profile*** with clinical results stating consistent leuprolide levels over four months and castrate testosterone levels for four months. The safety of the product will also be discussed

- **Patient Conversion Worksheets*** for having offices inventory their current patients on an GnRH analog. 1. Ask those patients if they want to change to the four month product as they come in throughout the month; 2. Place a 4 Month sticker on the charts of those patients wishing to convert. This conversion process helps both TAP and the account. Since TAP may not be able to supply drug until sometime in the third quarter, this gives the office the opportunity to determine which patients may stay on the one or three month.

- **Reimbursement Instructions** asking offices to bill using the Lupron Depot 7.5 code, J9217, x 4 units

- **Pricing Information** providing a list price of $1650. TAP keeps the same 90 day payment terms. This is done to instill confidence in accounts that the timeframe for Medicare reimbursement is expected to be the same, within 45 days. The quantity discount pricing is not officially published, but is presented by the representative since converting to one month units can be confusing.

**Announcement Letter to Payers***

This letter announces the approval of Lupron Depot 30 mg, the list price and the AWP, and the recommended use of J9217 x four units. This letter will go to all Medicare and Medicaid carriers and all private insurers including managed care organizations.

**Medigap Assistance Program**

This program was introduced in late 1995 to help patients without a Medigap plan. The program assists patients in finding coverage for the 20% out-of-pocket costs for "Part B" services, including Lupron. Since the 20% co-pay is over $300 for the four month, the importance of reps continuing to utilize this program increases. This becomes particularly important if HCFA changes reimbursement to acquisition cost of medications.

**Cash Flow Analysis Computer Program**

This program helps evaluate pricing, cash outlay, and "return to practice" for combination Lupron one, three and four month orders in comparison to Zoladex one and three-month orders. Upjohn's product, Decapeptyl, may be added to this program. This program is meant to avoid customer confusion because different strategic directions were taken between TAP and Zeneca in the pricing of the three month products. An important addition is the incorporation of the time value of money and the additional "return to practice" generated by collection of the entire four months of Lupron within the same timeframe that one and three month is also collected.

**Patient Information***

TAP-BLI 0018121
CONFIDENTIAL

257

Patients will receive information that helps to answer most questions they may have about the four month.

**Sales Aid\***
Representatives will have a sales aid to work with. After the initial sales aid, product information will be incorporated into ongoing promotional pieces and programs such as "Profiles of Decision."

**LEP Programs/Regional Programs/Slide sets\***
For any programs held in 1997 close to the approval of Lupron Depot 30 mg, the selling message for the four month will be incorporated into programs.

**Market Research\***
Market research will be ongoing for the four month throughout the launch and questions will be incorporated into the primary research wave mailings which have been ongoing with urologists since 1991.

Individual phone interviews:  30 urologists will be contacted by phone and asked questions about
*   The number of prostate cancer patients treated with GnRH analogs and the percentage of Lupron vs. Zoladex used
*   The messages received from the TAP and Zeneca sales representatives about the four month depot
*   The perceived product differences between Lupron 30 mg and Zoladex 10.8 mg
*   The perceived differences in pricing between the one, three, and four month products
*   The perceived differences in cash outlay vs. "return to practice" between the one, three, and four-month products
*   The perceived differences between reimbursement for the products available

COMda:   This secondary market research effort will give us the main message that urologists are hearing when a TAP representative and a Zeneca representative talk to them.  There will be a minimum of 20 urologists giving specific messages they heard during a sales call.

Wave Tracking Surveys :  This mail survey, which has been ongoing since 1991, will continue to be done quarterly.  There are two surveys.  One contains questions for urologists about prostate cancer disease and its treatment, while the other survey contains questions about the products used to treat prostate cancer.  The disease survey goes out in quarters one and three.  The product surveys are mailed in quarters two and four.  The product survey in the fourth quarter will go out after launch so that we can get responses from urologists after initial use of Lupron Depot 30 mg.

IDIs :  In-depth interviews with urologists and oncologists will be scheduled as needed if TAP needs urology assistance in competitive, pricing, or reimbursement issues which may unexpectedly arise or if we need assistance in strategy direction.  IDIs will be conducted in late 1997 to determine the anticipated conversion of three month to four month use in 1998.

"TAP Into the Future" Consultant Meetings :  There are three consultant meetings scheduled so that Marketing will have one-on-one contact with 150 "large volume" customers.  This contact

C:\TEMP\LAUNCH.DOC

TAP-BLI 0019122
CONFIDENTIAL

258

will allow us to discuss four month strategies, the feasibility of the developing LDS (Lupron Distribution System), and potential new urology products (PDS, Lupron Depot 45 mg, apomorphine, and TNP-470)

\*=Would be utilized if reimbursement were either fee for service or acquisition

**Product Differences**
TAP will be able to continue to differentiate more strongly between the four-month and three-month products, particularly in the area of administration   The biggest difference is that Zoladex three-month is administered with a 14 gauge needle and Lupron Depot-4 and 3 month is administered with a 22 gauge needle   A 14 gauge needle may cause some issues to be raised
- Local anesthetic should be considered and this takes additional time when giving injections
- Who is qualified to give a 14 gauge injection?   In most cases, it will be the physician.  Nurses reluctance to use a 16 gauge needle when administering the Zoladex one-month has kept the product out of offices.
- When an injection is given, there is a need to aspirate for blood return into the syringe. This cannot be done with the Zoladex syringe
- Vessel puncture and large bone precautions need to be taken.

TAP will have a more user-friendly product and we will continue to capitalize on this.

**Ongoing Clinical Studies**
Zeneca initiated a US study at 10 institutions targeting 100 patients in 1996   It is a two year study for patients with advanced disease requiring one year of treatment (4 injections; 1 every 13 weeks) and one year of follow-up.  The investigator meeting was held in April, 1995, but there were still protocol revisions being made in July.  Dr. Michael Sarosdy from the University of Texas Health Sciences Center is the lead investigator for the study.  TAP has talked with several investigators about the study and they were told by Zeneca that this is a marketing study.  Zeneca did file their original NDA with only European data from the Netherlands   The study may have been initiated for several reasons:
- The study could be a Phase IV requested by the FDA to provide US clinical information
- The study could be a dosing study to change the current labeling to thirteen weeks or 91 days.

There has been no recent information on Zeneca conducting any studies for a six month depot.

*Tap 4 month study ready for release?*

TAP-BLJ 0019123
CONFIDENTIAL

259

0-2



**SmithKline Beecham**
*Pharmaceuticals*

MEMORANDUM
*Marketing Research*
Solutions through commitment —
committed to customers. committed to team. committed to excellence.

RECEIVED

AUG - 9 1996

URSULA B. BAR

6 August, 1996

MEMO TO:    Ursula Bartels                    cc:  B. Carter
            Ashok Chainani                          A. McClafferty
                                                     D. Pernock
                                                     B. Rosen
                                                     D. Tasse
                                                     R. Van Thiel

FROM:       Louis Deppe

SUBJECT:    Zofran Downdosing and Pre-Mix Bag Sales

In an effort to slow the downdosing of Zofran IV by physicians and to stop the rapidly deteriorating Zofran multidose vial sales. Glaxo launched a 32 mg pre-mix minibag in April of 1995. As one can see (Attachment A, graph 1), this strategy has been somewhat successful with regard to downdosing. Indeed, the average daily dose of Zofran was precipitously declining and, at one point (March 1995), reached a low of 33.7 mg per day across all emetogenicities. This trend continued until the pre-mix bag was introduced in April 1995. Since that time, the average daily dose has slowly increased and has since stabilized at around 26 mg per day.

As far as stopping the Zofran IV decline in market share and sales, this strategy has, at best, slowed the deterioration. Although the pre-mix bags have been somewhat successful in capturing market share and sales dollars, it has largely been at the expense of the Zofran multidose vial, as total Zofran IV sales continue to decline across all channels (Attachment A, graph 2 & 3). The only exception is in the clinic setting where total Zofran IV sales (multidose vial plus pre-mix bag) are relatively stable at around 57.8 million per month (Attachment A, graph 4).

1

SB01504

260

Interestingly, Zofran IV sales in hospitals has continued to decline despite the introduction of the premix bag. In fact, the premix bag only represents 10.5% of Zofran IV sales in hospitals as compared to over 36% of Zofran clinic business. The reason for the lack of the premix bag sales in the in-patient hospital setting is that the cost of using IV Zofran is covered by DRGs, hence, the financial incentive based on 3rd party reimbursement, especially Medicare, does not exist. Thus, the decision in a hospital setting is to use the lowest cost treatment in an attempt to come in under the fixed capitated payment, which would support down dosing Zofran IV from a multidose vial.

In the clinic setting however, since Medicare reimbursement is based on AWP, product selection is largely based upon the spread between acquisition cost and AWP. For example, the average daily dose of Zofran IV in the clinic setting is 26 mg. The average cost of Zofran (taken for a multidose vial) to a clinic purchased through an oncology supply house is $4.11 per milligram or $108.60 for the 26 mgs. The AWP (also the amount reimbursed by Medicare) is $6.11 per milligram or $158.87 for the 26 mgs. Therefore, the spread between the AWP and clinic cost represents a profit to the clinic of $50.27 for the medication alone. When the Zofran 32 milligram pre-mix bag is considered, the cost to a clinic is $123.47 when purchase through an oncology supply house. Since the AWP is $195.54 for the 32 milligram pre-mix bag, this represents a spread or profit of $70.07, almost $20 more for the pre-mix bag. Further, this is costing the Medicare system an additional $36.67 ($195.54 minus $158.87) each time the Zofran 32 mg pre-mix bag is used in clinics versus using 26 milligrams for a multidose vial. (Please note the Zofran Ad within Attachment B that appeared in the Oncology Therapeutics Network (OTN)[1] November/December sales catalog. In this ad, Glaxo acknowledges the fact that downdosing exists and that one would receive less profit by using a 26 mg dose from the vial than by using the full 32 mg dose, either from a vial or premix bag).

As of late, Glaxo promotional efforts have focused almost entirely on the financial benefits of "up-dosing" rather than the efficacy of Zofran. Though physicians have certainly benefited financially from such tactics, it is costing 3rd party payers and patients more for medication. I have attached three recent promotional examples that support this. As mentioned earlier, Attachment B contains an ad that appeared in the OTN November/December sales catalog. This ad clearly demonstrates to the buyer that the profit per patient (mislabeled as reimbursement per patient) for 32 milligrams of Zofran from the premix bag is substantially higher ($67.11) than 32 milligrams from their multidose vial (MDV) ($52.06) or 1 milligram of *Kytril* ($58.00). (By the way, the *Kytril* amount was understated and they have since dropped it from their ad). Attachment C is a similar ad that ran in OTN's May/June catalog which demonstrates the same point in a slightly different fashion and minus the *Kytril* comparison. Attachment D was discovered circulating in the field by one of our oncology reps. This piece, crafted with care by a resourceful Glaxo representative[2] and made to look like an authentic Oncology Therapeutics Network ad, also demonstrates to customers the profit gained by "up-dosing" Zofran.

From this analysis, there seems to be no other reason, other than profitability, to explain uptake differentials between the hospital and clinic settings, therefore explaining why physicians are willing to use more expensive drug regimens.

---

[1] Oncology Therapeutics Network is a major distributor of oncologic pharmaceuticals to hospitals and clinics.
[2] Oncology Therapeutics Network has verified with SB that although this looks very similar to one of their ads, it was not produced by them.

2

SB01505

261





Toby Hartnos:
12/07/98 02:51 PM

To:      Practice Managers, Physician Advisory Board, Mark Kanemuri, Grant Swanson/Oncare @ Exchange,
         Jonathon Chs/Oncare, Carl Higuchi/Oncare, Leeon Pang, Margaret Sunderland/TX00/Oncare, Gregory
         Preiss/TX00/Oncare @ Exchange, Miguel Miro-Quesada/TX00/Oncare, Sandi Olsen/TX00/Oncare, Ali
         Daya/TX00/Oncare, Kenneth Deaton/Southeast/Oncare, Michael Shiaor/Southeast/Oncare @ Exchange,
         Ravi Sarma/Southwest/Oncare, Rita Fahey/Southwest/Oncare, Cathy Putnick/Southeast/Oncare, Tom
         Sem/XDU/Oncare @ Exchange
cc:      Kim Bergstrom/Oncare, Kevin Reganti/Oncare @ Exchange, John Kennedy/Oncare @ Exchange, Rick
         Hippert/TX00/Oncare @ Exchange, Michael Goldberg/Oncare, Louis Stripling/OA00/Oncare
Subject: Anti-Emetic Contract for 1999.

To: Medical Policy Committee, Physician Advisory Committee, Practice Managers:

A year ago, the OnCare  Medical Policy Committee and the Physicians Advisory Committee
approved a therapeutic interchange program for anti-emetics declaring that we consider the 5HT3
products to be equivalent.  Subsequently we signed a very favorable purchasing agreement with
SmithKline Beecham, the makers of Kytril. During this contract year, we achieved approximately
85% compliance with the program, resulting a significant savings by the practices that participated.
The current contract ends 12/31/98, and I have been involved in negotiations with the three
companies that have 5HT3 anti-emetic products (Anzemet by Hoechst Marion Roussel, Kytril by
SmithKline Beecham, and Zofran by Glaxo Wellcome).  The results can be summarized as follows.

| Name       | Typical dose | Cost/dose | AWP/dose*** | Margin  |
|------------|--------------|-----------|-------------|---------|
| Anzemet    | 100mg        | $61.25    | $149.88     | $88.63  |
| Kytril     | 0.7mg        | $84.40    | $130.20***  | $95.80  |
| Zofran     | 20mg         | $83.50    | $122.20     | $38.70  |
| Zofran Bag* | 32mg        | $105.28   | $195.52     | $90.24  |

In addition to the above prices, both SKB and HMR have committed to contribute to  research and
educational programs through the OnCare Foundation. If Anzemet is selected, HMR will sponsor at
least two nursing programs to deal with conversion issues.  All three have committed to provide an
adequate amount of oral products at no cost for indigent patients.  Also.  HMR has a program through
OTN whereby they will provide up to $300 a month toward the Lynx station lease in return for
utilization data. It will be up to each practice to decide if they want to participate in the Lynx program.
Recommendation:
I recommend that we switch to Anzemet as our preferred anti-emetic because of demonstrated
efficacy and economic advantages to each practice.  The margin is much greater than the other
products.  It has been on the market for over a year and a number of you have tried the product and
found it to be effective.  As of 1/1/99 there will be a J code, facilitating reimbursement. The advantage
company wide will be over $600,000. We need to make a decision ASAP. If I have not heard from
you by Friday Dec 11, I will assume that you are supportive of this switch.
I appreciate your commitment to this program and to making it successful. Our ability to get good
pricing depends on our ability to generate market share for selected products.

---

\*   I don't consider the Zofran  prefilled bag to be a comparative product, since it results in a much higher dose than
     required for therapeutic effect with a much higher probability of side effects such as headaches.  It is also not considered
     with the OnCare treatment guidelines.
\*\*  I am using AWP for comparison purposes only, realizing that Medicare pays less and other payors may pay more.

SBCC 0650