**ANDERSON EXHIBIT 10H**

312

2.   **Cannibalization of VePesid® (etoposide) for injection Business**

It is anticipated that the availability of Etopophos will result in the cannibalization of a portion of the existing VePesid and generic etoposide business.  This is a logical assumption in light of the "saturated" etoposide market which has existed since the late 1980's.  If correctly priced, the advantageous profile of Etopophos should result in a substantial shift in etoposide purchasing patterns toward Etopophos with the brand "cannibalizing" 25 to 30 percent of sales within the first 12 months.

*How can BMSO best position Etopophos to cannibalize both VePesid injectable and regain share from its generic competitors?*

3.   **Pricing Concerns**

The launch of Etopophos represents the introduction of a premium product into a saturated and increasingly price-sensitive market.  Since the advent of generic competition, the VePesid® (etoposide) for injection average selling price has declined by over 33 percent ($69 versus $109 per 100 mg vial) as of May 1, 1995.  Future erosion is expected in light of multiple etoposide approvals expected throughout 1995.

The Etopophos product profile is significantly superior to that of etoposide for injection and is expected to support as much as a 20 percent price premium over VePesid injectable and its generic competitor(s).  Market Research indicates, however, that the amount of premium the market will bear diminishes as the generic price erodes.  As a result, at anticipated levels of $ 65.00/100 mg etoposide, Etopophos may support only a 10 to 15 percent premium. Once established, Etopophos may be able take advantage of the compound's superiority and maintain its pricing despite continued erosion of the VePesid/generic market.

In light of the delay in product approval and the expected rapid decline in market price due to multiple generic competitors, a decision may need to be made as to whether the brand is better served by attempting to be price competitive (with a premium) or to establish a higher price for the brand and allow it to fill a niche market where its advantages are best employed.  Consideration of the latter option will become increasingly important if Agency approval is significantly delayed.

*How can BMSO best implement a pricing strategy for Etopophos to ensure the brand maintains its introductory price in the face of further declines in market etoposide pricing and still maintain a market share of 30?*

5

313

**4.    Physician Pricing Incentives**

Currently, physician practices can take advantage of the growing disparity between VePesid's list price (and, subsequently, the Average Wholesale Price [AWP]) and the actual acquisition cost when obtaining reimbursement for etoposide purchases. If the acquisition price of Etopophos is close to the list price, the physicians' financial incentive for selecting the brand is largely diminished.

To provide adequate financial incentive for the use of Etopophos, the following strategies could be employed:

1.    Reduction of the VePesid AWP.  Under this option, the list price and/or AWP for VePesid would be reduced from its current level to the highest bid price currently in the marketplace.

2.    Establish a premium list price for Etopophos (etoposide phosphate) for injection.  A list price of $120.54 would represent a 15% premium over the current VePesid (etoposide) for injection MD direct list price of $104.82, while $125.57 would represent 115% of the wholesale list price of $109.19.

Volume based conversion discounts would be extended to:

- Physician Practices (through BMOTN)

- Hospitals (through GPO Partnerships)

- Non-GPO Hospitals (through competitive bidding)

- All other channels of trade (also through competitive bidding)

*How can BMSO best price and discount Etopophos to negate any financial dis-incentives when compared to current reimbursement levels for VePesid and the generic etoposides?  How can such a program be instituted to result in an average selling price of $75.00 per 100 mg equivalent Etopophos vial?*

**5.    Lack of Market-Driven Clinical Data**

Upon launch, relatively little efficacy data will be available for Etopophos® (etoposide phosphate) for injection.  This is not a great concern since the compound

6

# HOSPITAL PHARMACIST REPORT

R-2

## UNDER ATTACK

/ANCOMYCIN-RESISTANT *S. AUREUS* HITS U.S. SHORES

## The United States confirms isolates of *S. aureus* with diminished susceptibility to vancomycin

The widespread, and often unwarranted, use of antimicrobial agents, particularly vancomycin is a major contributing factor in the emergence of *S. aureus* with diminished susceptibility to vancomycin. Both patients had recent prolonged exposure to vancomycin. Studies show that as many as 60% of vancomycin prescriptions in hospitals are inconsistent with CDC recommendations. Published in the MMWR, detailed recommendations for preventing and controlling *S. aureus* with diminished susceptibility to vancomycin emphasize strict adherence to contact isolation precautions and other recommended infection control practices, judicious use of vancomycin, and active surveillance for *S. aureus* with diminished susceptibility to vancomycin.

# 1995 RED BOOK

| PROD. MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

R-3

## VANCOMYCIN HYDROCHLORIDE

**(Abbott Hosp)**
PDI, IJ (ADD-VANTAGE)
500 mg, 10s ea.......00074-6534-01   108.78
(FLIPTOP VIAL)
500 mg, 10s ea.......00074-4332-01   302.34   AP
(ADD-VANTAGE)
1 gm, 10s ea.........00074-6535-01   217.55

(FLIPTOP VIAL)
1 gm, 10s ea ........00074-6533-01   604.44   AP
(BULK VIAL)
5 gm, ea.............00074-6509-01   135.99   AP

316

R-4

FROM FLORIDA
INFUSION 1995
CATALOG



VANCOMYCIN
500mg ........ $4.20
1gm ........ $8.40

317

1996 RED BOOK

R-5

## VANCOMYCIN HYDROCHLORIDE

| PROD/MFR | NDC | AWP | DP | OBC |
|----------|-----|-----|----|----|
| **(Abbott Hosp)** | | | | |
| PDI, IJ (ADD-VANTAGE) | | | | |
| 500 mg, 10s ea.......... | 00074-6534-01 | 113.17 | | AP |
| (VIAL, FLIPTOP) | | | | |
| 500 mg, 10s ea.......... | 00074-4332-01 | 314.45 | | AP |
| (ADD-VANTAGE) | | | | |
| 1 gm, 10s ea.......... | 00074-6535-01 | 226.22 | | AP |
| (VIAL, FLIPTOP) | | | | |
| 1 gm, 10s ea.......... | 00074-6533-01 | 628.66 | | AP |
| (BULK VIAL) | | | | |
| 5 gm, ea.......... | 00074-6509-01 | 141.43 | | AP |

318



R-6



319

# 2000 RED BOOK ANNUAL

R-7

## VANCOMYCIN HYDROCHLORIDE

**(Abbott Hosp)**
PDI, IJ (ADD-VANTAGE)

| PROD MFR | | NDC | AWP | DP | OBC |
|---|---|---|---|---|---|
| 500 mg, 10s ea | ........ | 00074-4434-01 | 137.63 | 115.90 | AP |
| (VIAL, FLIPTOP) | | | | | |
| 500 mg, 10s ea | ........ | 00074-4332-01 | 382.14 | 321.80 | AP |
| (ADD-VANTAGE) | | | | | |
| 1 gm, 10s ea | ........ | 00074-6535-01 | 274.91 | 231.50 | AP |
| (VIAL, FLIPTOP) | | | | | |
| 1 gm, 10s ea | ........ | 00074-6533-01 | 764.16 | 643.50 | AP |
| (BULK VIAL) | | | | | |
| 5 gm, ea | ........ | 00074-6509-01 | 171.90 | 144.76 | AP |

320

```
09/10/01          M c K e s s o n    ECONOLINK System
22:30                  Facility: VENA CARE
Range: From - 00074-6533-01              Selected By: NDC Code
       Thru - 00074-6533-02              Sorted By: NDC Code
--------------------------------------------------------------------------------

  scription: VANCOMY FTV 1GM    ABB    10
Economost #: 2505626                      Subst Econo #:
    Local #:                                Local Dept:
   Generic: 41281   VANCOMYCIN HCL          Mica Dept: DA
Therapeutic: 081228  MISCELLANEOUS ANTIBIOTICS     Form: VIAL
       NDC: 00074-6533-01                  Mfg Unit: UNIT
       UPC: 3-00746-53301                  Strength: 1G
  Mfg Name: ABBOTT LABORATORIES HOSP         Sched: 6
Alt Source:                            Std Ord Min: 001
Alternate ID:                                 Size:   10.00
       AWP:   $177.25                    Order Unit: EA
AWP Last Updt: 06/19/01                    Case Qty: 00005
REG       Price:  $151.02   Qual Qty:  0      Price CD:
  "    Start Date: 00/00/00  End Date: 00/00/00  Last Update: 04/20/00
CNTR/SPCL Price:   $43.67   Qual Qty:  1      Price CD: E
  "    Start Date: 07/01/01  End Date: 06/30/02  Last Update: 08/09/01
  Retail Price:    .00                     Reg Code:
   Retail Type:                           Reg Price:
  Rtl Base Cost:    .00                      A.W.P.:
  National Cost:    .00                     Profit %:       .00
    Sugg Retail:    .00                     Label Cnt:
     Zone Cust:                           Last Maint: 00/00/00
Reorder Quantity:                     Source Supply: 0000
  Reorder Point:    .00                  Inventory Cnts:       .000
     Velocity Ind:                         Physical Loc:
```

321

S-1

## EXAMPLES OF
## EXCESSIVE REIMBURSEMENTS FOR PHARMACEUTICALS BY LOUISIANA MEDICAID PHARMACY PROGRAM

| COMPANY | DRUG | NDC # | HCPCS CODE | LOWEST PRICE OIG REPORT * | AVERAGE MEDICARE ALLOWED OIG REPORT * | LOUISIANA MEDICAID REIMBURSEMENT ** |
|---|---|---|---|---|---|---|
| Elkins-Sinn | Leucovorin 50 mg | 00641-2369-41 | J0640 | $ 2.39 | $ 21.70 | $ 50.34 |
| Chiron | Etoposide 100 mg/5 ml | 53905-0291-01 | J9182 | $37.06 | $137.57 | $125.30 |
| Abbott | Vancomycin HCL 500 mg | 00074-4332-01 | J3370 | $ 3.45 | $ 9.44 | $ 30.43 |
| Gensia | Doxorubicin HCL 10 mg/5 ml | 00703-5043-03 | J9000 | $10.87 | $ 44.19 | $ 39.78 |
| Gensia | Doxorubicin HCL 50 mg/25 ml | 00703-5046-01 | J9010 | $54.00 | $207.12 | $198.91 |
| Baxter Biotech | Immune Globulin 500 mg | 00944-2620-01 | J1561 | $12.50 | $ 42.21 | $ 49.15 |
| SmithKline | Granisetron HCL 1 mg/1 ml | 00029-4149-01 | J1625 | $122.90 | $170.02 | $158.77 |
| Glaxo/Cerenex | Ondansetron HCL 2 mg/ml 20 ml | 00173-0442-00 | J2405 | $156.80 *** | $243.20 *** | $218.74 *** |

\*   Lowest prices and Average Medicare Allowed Amounts excerpted from Appendix B, page B-3, Office of the Inspector General Report "Excessive Medicare Payments for Prescription Drugs" (December 1997, OEI-03-97-00290)

\*\* Louisiana Medicaid reimbursements obtained from Louisiana Bureau of Health Services Financing Medical Assistance Program (504) 342-3891

\*\*\*Reflects Prices for a 40 mg vial

322

5-2

**Bristol-Myers Cefadroxil 500mg (bottle of 100 )**
**NDC# 59772-7271-04**
**AWP = $305.00**
**HCFA Federal Upper Limit ("FUL") = $276.72**
**Ven-A-Care Net Invoice Cost = $82.90**

| State | Medicaid Reimbursement (Does not include dispensing fee) | | Spread |
|---|---|---|---|
| Louisiana | $274.50 | | $191.60 |
| Pennsylvania | $274.50 | | $191.60 |
| Florida | $261.08 | | $178.18 |
| Michigan | $205.00 | State MAC | $122.10 |
| Texas | $118.64 | State MAC | $35.74 |
| Ohio | $99.00 | State MAC | $16.10 |

(IVAX's Cefadroxil now available for $47.48)

323



WSJ.com - Facing an Impending Budget Crunch, States Seek to ...

S-3

interactive.wsj.com/articles/SP0815038B8687786690.htm

File

# THE WALL STREET JOURNAL

February 7, 2001

## Facing an Impending Budget Crunch, States Seek to Curb Medicaid Costs

**By ANDREW CAFFREY**
Staff Reporter of THE WALL STREET JOURNAL

MEDICAID is looking like a budget buster again.

The mammoth health program that provides health and nursing-home care to low-income and elderly residents is being hit by an explosion in prescription-drug use and a surge in caseloads -- just as states are beginning to struggle with fast-declining revenues. As a result, states are deploying multiple strategies to wring as much as several hundred million dollars in savings from their Medicaid programs.

States, however, aren't seeking to cut the politically popular benefits; in fact, they are looking for ways to maintain -- and even expand -- services. Instead, states are looking for more concessions from health-care providers.

The pharmaceutical industry is the main target, because states say the drug-cost component of Medicaid is rising at more than 20% annually. In spending proposals submitted to Legislatures in Missouri, Maine, Florida and others, governors are seeking bigger discounts from manufacturers and restricted access to expensive brand-name drugs. In other states, including New Jersey and Connecticut, governors are proposing that local pharmacies be required to lower their prices.

Meantime, nursing homes and hospitals that treat Medicaid patients are another target. Proposed budgets in states such as New York, Ohio and Indiana contain provisions to cut reimbursement rates.

### Sharing the Pain

Total state Medicaid costs are projected to rise 8% to 12% for the

In this Section:
World-Wide
Asia
Europe
The Americas
Economy
Earnings Focus
Politics & Policy

Editorial Page
Leisure & Arts
Voices

Weekend Journal
Journal Links

WSJ.com Audio:
Business Update
Markets Recap
WSJ on Audible
Learn More

Journal Atlas:
Table of Contents
Headlines
Business Index
Search
  News Search
  Past Editions
  Briefing Books
  Quotes

Resources:

REGIONAL REPORT







3/10/2001 9:27 AM

324

SENT BY: VeNACARE;                                              5-7-01 10:59AM;                        PAGE 2/4

Help
New Features
E-mail Center
Your Account
Contact Us
WSJ.com Gifts
Glossary
Special Reports
Weather

STOCK QUOTES

Free WSJ.com Sites:
Books
Careers
College
Homes
Online Investing
Opinion

fiscal year beginning July 1, while tax revenues in some states are expected to grow by only 3% to 4.5%. And many states are moving to expand coverage to include more uninsured Americans. Connecticut has a new program that is expected to cost $30 million to cover 18,000 working parents over the next fiscal year. Ohio is proposing to add nearly 5,000 new beds for disabled, mentally retarded and elderly nursing-home residents.

 But with states loath to cut Medicaid benefits -- and concessions from providers likely to cover only part of the higher costs -- budget writers are looking elsewhere in state government to save money. "The rest of state government is dramatically impacted," says Timothy Keen, assistant budget director in Ohio, where Medicaid costs are projected to rise 7.7% for the fiscal year beginning July. Under Gov. Bob Taft's proposed budget, 27 state agencies would see funding cut from current levels. For instance, drug-and-alcohol addiction services would see a $2.5 million cut.

Wednesday in Connecticut, which faces nearly an 11% increase in Medicaid costs, Gov. John Rowland plans to announce a hiring freeze on all noncritical agencies in his spending plan for fiscal 2002. Marc Ryan, the state budget director, says Medicaid will account for $249 million, or 55% of the $450 million in new spending the administration seeks for next year's budget.

325

FEB-7-01   U.Some|                 PAGE 3/4
J- r-i-gu-/a-lac-b-o-ar-vc-eq.1shh1a/4/cr-dn-3-9781/75/3686&1//8599U.SE8

**Personal Tech**
**Starting a Business**
**Web Watch**
**Wine**

**The Print Journal:**
**Subscribe**
**Customer Service**

**More Dow Jones Sites:**
**Barron's Online**
**Publications Library**
**Reprints**
**SmartMoney**
**Work.com**
**Dow Jones & Co.**

**Corrections**

**Privacy Policy**

And in Missouri, "we've had to do perhaps the biggest core cuts to our agencies in years," says budget director Brian Long. In part because of Medicaid costs, the state won't fund increased costs for school transportation and special education, for example.

To be sure, states have access to other resources, such as funds from the tobacco-industry lawsuit, to indirectly ease pressures on Medicaid. Some 29 states are moving to exploit a loophole that allows them to recoup billions of dollars from the federal government for care at county-run medical facilities. States have several more years to tap into this pot of money, though the federal government is considering closing the loophole.



**More Concessions**

Still, the pressure is on to attack Medicaid costs themselves. Here's a closer look at some plans to pare those expenses:

- **Squeezing drug makers:** Five years ago, prescription drugs were 8% of Florida's Medicaid costs; next year they will be 19% of total spending, says state Medicaid director Bob Sharpe. He says higher drug costs account for 70% of the $1.5 billion increase in Medicaid expenses projected for next year.

Florida has perhaps the most ambitious state plan to wring concessions from drug makers. Gov. Jeb Bush proposes to save $100 million in state funds next year by forcing drug companies to increase the rebates they offer Medicaid programs, to 25% from 19%. Companies that don't comply would find their medicines on a restricted list that makes it harder for doctors to prescribe them, says Mr. Sharpe.

An industry trade group, Pharmaceutical Research and Manufacturers of America in Washington, D.C., says it will oppose the plan because it would set off a chain reaction among other states to demand similar deeper discounts.

- **Going to generics:** Missouri's proposed budget is one of

FEB 07 '01 09:41
JUN-26-2001 14:59

326

SENT BY: VENACARE;                    305                    -/-01 11:00AM;         PAGE 4/4

several seeking to hire consultants to examine such things as whether physicians are prescribing effective but cheap generic drugs. Maine's spending plan would mandate generic substitutes where possible and limit the number of doctors from whom a single patient can get a prescription.

- **Targeting druggists:** Nearly 20 states have adopted or are considering measures to require deeper discounts from pharmacies and cut the fees druggists get for filling prescriptions, says the National Association of Chain Drug Stores, an Alexandria, Va., trade group. But the group's general counsel, Larry Kocut, says targeting his members doesn't make sense. "If drug costs are rising, and we have no control over the utilization, cutting us doesn't really solve the problem," he says. Most states want to raise average discounts to 15% from 10% and cut pharmacists dispensing fees to, for example, $2 from $4. New Jersey's budget proposes only the larger discounts, and only from drug stores that fill more than 10,000 prescriptions a year.

- **Pressuring the providers:** Indiana has proposed cutting its reimbursements to hospitals and nursing homes by 5%. Those and other measures are part of a $61 million savings package Indiana officials proposed under pressure from state legislators who are concerned about a projected 9.2% rise in Medicaid next year and want more money for public education.

Nursing homes in Indiana say they couldn't afford a 5% cut. "I think we're at a desperation point," says Rodney McBride, vice president of the Bloomington Hospital and Health Care System in Indiana, which is closing one of its four nursing homes because it's losing money providing care to Medicaid patients.

The battle to curb Medicaid costs is likely to prompt many such complaints. "People will be very upset about our budget," says Connecticut's Mr. Ryan. "Frankly it's not as bad as we'll see in the future if medical-inflation trends continue as they are and if revenue trends continue down."

Write to Andrew Caffrey at andrew.caffrey@wsj.com



327

 

**VEN-A-CARE**
OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1636
FAX (305) 292-1773

June 12, 1997

Dr. Bruce Vladeck
Administrator
Health Care Financing Administration
Department of Health and Human Services
200 Independence Blvd. S.W.
Hubert Humphrey Building Room 314G
Washington, D. C. 20201

RE: <u>THE HEALTH CARE FINANCING ADMINISTRATION'S KNOWING
SQUANDERING OF MORE THAN ONE BILLION DOLLARS OF MEDICARE
FUNDS FOR PARENTERAL NUTRITION.</u>

Dear Dr. Vladeck,

Ven-A-Care of the Florida Keys, Inc., "VAC", has for the past six years attempted to assist
the Health Care Financing Administration, "HCFA", in limiting infusion and inhalation
pharmaceutical reimbursements to the reasonable levels contemplated by United States
laws and regulations.

One of the specific pharmaceutical products is Total Parenteral Nutrition, "TPN". TPN is
covered under the Prosthetic Device Benefit of Part B of the Medicare Program. During the
past six years, VAC's officers, directors and legal counsel have made countless telephone
calls, written numerous letters, created numerous reports and made detailed presentations
to HCFA and other responsible governmental officials detailing the grossly excessive, price
gouging reimbursements that the Medicare Program is making for TPN. For years, VAC
characterized these payments as being unwittingly made by HCFA. However, after six
years of knowledge by HCFA and no discernable action concerning these grossly excessive
reimbursements, these payments can no longer be characterized as unwitting.

Enclosed herewith you will find a toilet seat, together with a bag of TPN, HCPCS code
B4199, that has been admixed with parenteral nutrition lipids 20%, HCPCS code B4186.
The toilet seat is symbolic of the grossly excessive payments made a number of years ago
by the Pentagon. To this day, Americans still remember the Pentagon's $400.00 toilet
seats. Fortunately, for American taxpayers, the Pentagon only purchased a limited number
of the infamous $400.00 toilet seats. Conversely, HCFA ,after six years of knowledge about
the true costs for TPN and ancillary supplies continues to allow grossly excessive payments
to be made.  The bag of TPN enclosed herewith  and the ancillary supplies and pump costs
VAC a total of <u>$48.90 per day</u> , yet our Nation's Medicare Program which you administer
continues to allow <u>$427.67 per day</u> for TPN (HCPCS codes B4199, B4186, B4224, B4220,
B9006RR, and E0776RRXA).

24 Hour Beeper Service  •  745-0289

328

Dr. Bruce Vladeck
HCFA
June 12, 1997
Page 2

Financial data obtained from the Part B Extract and Summary System "BESS" reports indicates that the Medicare Program has allowed approximately **$1.4 billion dollars** during the last six years for parenteral nutrition and ancillary supplies and pumps. Your agency's inability to act responsibly and take corrective action has cost our Nation's Medicare Program approximately **$1.176 billion dollars in excessive payments** during the past six years ( computation equals VAC's cost plus a reasonable 40% profit margin). You should be ashamed of your agency's course of conduct particularly in light of the fact that the Medicare Program is now raising beneficiaries' Part B premiums and the Medicare Part A Program's financial solvency is in jeopardy.

We have elaborated in previous communications the fact that during the past six years Medicare's allowable for TPN has risen despite the fact that the cost in the private sector has fallen dramatically. The Medicare Program now pays  two to three times the amounts that private insurers pay for TPN.

If you fail to heed our last cry for you and your agency to take responsible action, your legacy as the Administrator of HCFA may well be remembered as the Administrator responsible for purchasing  Medicare's version of the infamous $400.00 toilet seats. We are aware that this letter is less than cordial. However, we hope that you will find our frankness and candor sobering and will finally take some immediate corrective action. Be advised that we are willing to wait no more than thirty days (30) from the date of this letter  for you or your agency to send to us a copy of your plan outlining the corrective measures and timetable for implementation before VAC seeks to implement its own corrective plan.

Sincerely,

Zachary T. Bentley

T. Mark Jones

cc: minus toilet seat and TPN
    HHS Secretary, Donna Shalala
    Inspector General, June Gibbs Brown
    Congressman Fortney "Pete" Stark
    Teruni Rosengren, GAO
    Michael Hertz, Esquire, United States Department of Justice
    James Breen, Esquire, Wampler, Buchanan and Breen
    Atlee Wampler III, Esquire, Wampler, Buchanan and Breen

933 Fleming Street                    VEN-A-CARE of the Florida Keys, Inc.                    Key West, Florida 3:
                                              (305) 290-1635

329



330

 

VEN-A-CARE
OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 330-
(305) 292-1635
FAX (305) 292-172.

August 13, 1997

Dr. Bruce Vladeck
Administrator
Health Care Financing Administration
Department of Health and Human Services
200 Independence Blvd. S.W.
Hubert Humphrey Building Room 314G
Washington, D.C. 20201

RE: THE HEALTH CARE FINANCING ADMINISTRATION'S KNOWING
SQUANDERING OF TENS OF MILLIONS OF DOLLARS ANNUALLY
IN PRECIOUS MEDICARE AND MEDICAID PROGRAM FUNDS BY
FAILING TO ACT RESPONSIBLY BY STOPPING THE MEDICARE
CARRIERS AND STATES' MEDICAID AGENCIES FROM PAYING
PROVIDERS MORE FOR CERTAIN GENERIC DRUGS THAN THEIR
EQUIVALENT BRANDS

Dear Dr. Vladeck,

    We are again writing to you to provide you and your agency, the Health Care Financing
Administration ("HCFA"), with the opportunity to act responsibly.

    Approximately two years ago, we gave HCFA specific examples of pharmaceuticals
whereby the Medicare and States' Medicaid programs were paying providers MORE FOR
GENERIC DRUGS THEN THEIR EQUIVALENT BRANDS. Many examples showed that
the State's Medicaid Programs were paying more then TWICE the amount for generic's
then the equivalent brands. After two years of knowledge about this outrageous waste of
the Programs funds, neither you nor HCFA have taken any discernable action. Be
apprised that due to HCFA's inaction, this problem has now expanded to include other
drugs. YOUR ADMINISTRATION'S COURSE OF CONDUCT CONCERNING THIS
MATTER IS IRRESPONSIBLE AND UNACCEPTABLE.

    This type of irresponsible management and wasteful spending is deserving of a chapter
in the popular book entitled The Death of Common Sense. Enclosed you will find three
charts which compare reimbursements currently being made by the Medicare and States
Medicaid Programs for generic drugs versus their equivalent brands.

    I realize that your tenure as HCFA's Administrator will soon end, however, if you fail to
take immediate action concerning this matter, you will be remembered as the HCFA
Administrator who knowingly allowed the Medicare Program to purchase the equivalent of
$400.00 toilet seats (TPN) and for allowing the Medicare and States' Medicaid Programs
to pay more for generic drugs than their equivalent brands.

24 Hour Beeper Service  •  745-0289

331

Dr. Bruce Vladeck
HCFA
August 13, 1997
Page 2

Be advised that Abbott Labs has announced availability of a new generic acyclovir sodium for injection. As evidenced by our third chart, Abbott Labs published and/or caused to be published a price that is approximately 40% higher then the brand Zovirax, thus causing the State's Medicaid Programs to pay significantly more for Abbott's generic than Glaxo-Wellcome's Brand Zovirax. As you may or may not be aware, acyclovir is an antiviral drug that is widely prescribed for persons who are inflicted with HIV diseases.

We sincerely hope that your Administration will immediately cease and desist facilitating the financial exploitation of the suffering of this nation's Medicare beneficiaries and Medicaid recipients.

Sincerely,

Zachary T. Bentley

T. Mark Jones

c.c. HHS Secretary, Donna Shalala
Inspector General, June Gibbs Brown
Congressman Fortney "Pete" Stark
Teruni Rosengren, GAO
Michael Hertz, Esquire, United States Department of Justice
James Breen, Esquire, Wampler, Buchanan and Breen
Atlee Wampler III, Esquire, Wampler, Buchanan and Breen

933 Fleming Street                    VEN-A-CARE of the Florida Keys, Inc.                    Key West, Florida 3304
                                      (305) 292-1650

332

## EXAMPLES OF THE MEDICARE PROGRAM PAYING PROVIDERS
## MORE FOR GENERIC DRUGS THAN THE BRANDS

| | BRAND | | | FLORIDA MEDICARE (GENERIC) | | |
|---|---|---|---|---|---|---|
| COMPANY | DRUG | NDC | RED BOOK AWP | HCPCS | DRUG | 1997 FLORIDA MEDICARE ALLOWABLE |
| Lilly | Vancocin 500mg | 00002-1444-01 | $ 7.80 | J3370 | Vancomycin 500 mg | $ 12.91 |
| Bristol Myers | Kantrex 500 mg | 00015-3502-20 | $ 3.36 | J1840 | Kanamycin Sulfate 500 mg | $ 6.69 |
| Glaxo Wellcone | Lanoxin 0.5 mg | 00173-0260-10 | $ 2.35 | J1160 | Dapsun 0.5 mg | $ 2.53 |
| Roche | Fluorouracil 500 mg | 00004-1977-01 | $ 1.52 | J9190 | Fluorouracil 500 mg | $ 1.55 |
| Bristol Myers | Vepesid 100 mg | 00015-3095-20 | $136.49 | J9182 | Etoposide 100 mg | $141.97 |

333

EXAMPLES OF STATES' MEDICAID PROGRAMS PAYING PROVIDER'
MORE FOR GENERIC DRUGS THAN THE BRANDS

| BRAND | | | | GENERIC | | | |
|---|---|---|---|---|---|---|---|
| COMPANY | DRUG | NDC | FLORIDA MEDICAID | COMPANY | DRUG | NDC | FLORIDA MEDICAID |
| Lilly | Vancocin 500 mg | 00002-1444-01 | $ 6.67680 | Abbott | Vancomycin 500 mg | 00074-4332-01 | $ 30.89017 |
| Lilly | Vancocin 500 mg | 00002-1444-01 | $ 6.67680 | Fujisawa | Lyphocin 500 mg | 00469-2210-30 | $ 7.49000 |
| Lilly | Vancocin 1 gm | 00002-7321-25 | $ 13.91000 | Abbott | Vancomycin 1 mg | 00074-6533-01 | $ 61.69978 |
| Lilly | Prolam 300 | 00469-0113-10 | $ 84.53000 | Abbott | Pentamidine | 00074-4548-01 | $111.40518 |
| Lilly | Chorion 1 ml | 00002-7194-01 | $ 29.63900 | Pharmacia | Vincasar 1 ml | 00013-7456-86 | $ 317.3620 |
| Bristol-Myers | Vepesid 5 ml | 00015-3095-20 | $116.83000 | Chiron | Etoposide 5 ml | 53905-0291-01 | $119.84000 |
| Bristol-Myers | Amikin 2ml | 00015-3020-20 | $ 29.32870 | Abbott | Amikacin 2 ml | 00074-1956-01 | $ 97.87718 |
| Bristol-Myers | Amikin 2 ml | 00015-3020-20 | $ 29.32870 | Elkins-Sinn | Amikacin 2 ml | 00641-0123-23 | $ 54.57000 |
| Bristol-Myers | Amikin 2 ml | 00015-3020-20 | $ 29.32870 | Gensia | Amikacin 2 ml | 00703-9032-03 | $ 55.89680 |
| Pharmacia | Cleocin Phosphate 2 ml | 00009-0870-26 | $ 6.48420 | Abbott | Clindamycin Phosphate 2 ml | 00074-4050-01 | $ 10.99159 |
| Pharmacia | Cleocin Phosphate 2 ml | 00009-0870-26 | $ 6.48420 | Solopak | Clindamycin Phosphate 2 ml | 39769-0226-02 | $ 9.15920 |
| Pharmacia | Cleocin Phosphate 4 ml | 00009-0775-26 | $ 11.86628 | Abbott | Clindamycin Phosphate 4 ml | 00074-4051-01 | $ 20.13340 |
| Pharmacia | Cleocin Phosphate 4 ml | 00009-0775-26 | $ 11.86628 | Solopak | Clindamycin Phosphate 4 ml | 39769-0226-04 | $ 16.77760 |

334

## EXAMPLES OF STATES' MEDICAID PROGRAMS PAYING PROVIDERS MORE FOR GENERIC DRUGS THAN THE BRANDS

| BRAND | | | | GENERIC | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| COMPANY | DRUG | NDC | FLORIDA MEDICAID | COMPANY | DRUG | NDC | RED BOOK "AWP" | "DP" | FLORIDA MEDICAID |
| Glaxo-Wellcome | Zovirax 500 mg | 00173-0995-01 | $504.7083 | Abbott | Acyclovir Sodium 500 mg | 00074-4427-01 | $95.00 | $80.00 | $ 84.5500 |
| Glaxo-Wellcome | Zovirax 1 gm | 00173-0952-01 | $1009.94059 | Abbott | Acyclovir Sodium 1,000 mg (1 gm) | 00074-4452-01 | $190.00 | $160.00 | $169.1000 |

335

 

**VEN-A-CARE**
OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

June 1, 1998

Honorable Nancy-Ann Min DeParle
Administrator
Health Care Financing Administration
Department of Health and Human Services
200 Independence Blvd. S.W.
Hubert Humphrey Building Room 314G
Washington, D. C. 20201

RE: HCFA's PROPOSED METHODOLOGY REVISION FOR PAYMENT OF
DRUGS AND BIOLOGICALS.

Dear Ms. DeParle,

We are writing regarding HCFA's proposed regulation for the payment of drugs and
biologicals that would revise the method for calculating the median average wholesale
price ("AWP") for multiple-source drugs to equal the lower of the median price of the
generic AWPs or the lowest brand name AWP. As you may be aware we have
for more than six years attempted to assist the Health Care Financing Administration,
"HCFA" in limiting certain infusion and inhalation pharmaceutical reimbursements to the
reasonable amounts contemplated by United States laws and regulations

Under HCFA's proposed regulation the Medicare Program will be paying providers for
certain drugs at the brand name prices while allowing the provider to purchase and to
utilize the much cheaper generic

This revision may have the undesired effect of somehow legitimatizing what the FBI
and the Department of Justice sought to prosecute in 1992 under operation "Goldpill"
(see enclosed article *Drug Topics* July 20, 1992). Under Goldpill, the FBI arrested 82
pharmacists and the Department of Justice sought criminal prosecution for crimes
including billing the government for brand name drugs while in truth and in fact
dispensing cheaper generic

Your Agency writes that it is taking this action "because of OIG reports and because
we believe it is fiscally responsible" We fail to see how any responsible governmental
official can possibly construe the act of paying for a brand name drug when cheaper
generic are being used as acting "fiscally responsible"

24 Hour Beeper Service  •  745-0289

336

Ms. DeParle
June 1, 1998
Page 2

This ill-conceived revision only adds insult to the injury of the fact that Medicare is
paying providers _more_ for certain generic drugs than their equivalent brands in the first
place.

Sincerely,

Zachary T. Bentley

T. Mark Jones

cc: Mr. Horace Deets, Executive Director, AARP
    HHS Secretary, Donna Shalala
    HHS Inspector General, June Gibbs Brown
    Congressman Fortney "Pete" Stark
    Teruni Rosengren, GAO

337

## ROUNDUP

### AT DEADLINE

# Operation Goldpill a bitter pill for R.Ph.s to swallow

For America's most trusted profession, June 30 was a day of shame. On that day—under national press coverage—more than 1,000 FBI agents and 120 other federal law enforcement officers fanned out across the country and began arresting pharmacists and setting pharmacies.

Based on evidence gathered through undercover operations and electronic surveillance in more than 50 cities, 139 persons were charged with a variety of drug diversion, fraud, and conspiracy charges. Among them were 82 pharmacists and one doctor, the FBI reported.

**Operation Bitterpill:** Government officials called Operation Goldpill the biggest criminal fraud investigation in the history of the health-care industry. They vowed that it was far from complete for pharmacists it might as well have been dubbed Operation Bitterpill, difficult to reconcile with their No. 1 rating of professional trustworthiness in several Gallup Polls. (For pharmacists' reactions, see following story.)

Although final figures from the FBI on the first phase of the probe were not complete at press time, the 96 pharmacies reported closed all seemed to be independently owned. At least in the Chicago area, some cases involved sale of drug samples originally provided to physicians, other health-care professionals, and clinics.

FBI director William S. Sessions said the investigation, which took nearly two years, discovered two major scams. One involved illegally diverting, repackaging, and distributing prescription drugs, generally noncontrolled substances. The second involved intentional, excessive or false billing, including dispensing generics and charging Medicaid or private insurers for brand-name

drugs. Although the schemes were found in every region—16 FBI field offices took part in the investigations—there did not appear to be a nationwide link.

"I want to assure the American public that at no time during this investigation did the FBI allow tainted or outdated pharmaceuticals to reach the public," Sessions said at a news conference. During "every step of this operation," he said, the FBI worked closely with the Food & Drug Administration to carefully monitor potential sales of inferior medications. "Whenever the FBI or FDA suspected any medications of being adulterated or expired, they were seized. Public safety was paramount, and plans were put in place to ensure that affected customers had continued access to medication."

Federal health officials emphasized that at disturbing as the cases are they should not reflect on all health-care professionals. The motivation for these illicit schemes was pure greed," said Louis W. Sullivan, M.D., secretary of Health & Human Services. "It is unconscionable for health-care professionals to sacrifice their patients' welfare for economic gain. The medical professionals who would engage in such activities represent only a tiny fraction of the honest, dedicated, and caring men and women in the health professions in America.

FDA commissioner David A. Kessler, M.D., agreed and advised patients with suspicions about their medicines to consult a doctor or pharmacist they trust. "The overwhelming majority of health-care providers have the highest integrity," Kessler said. Patients, he added, should be suspicious of any medicines marked "samp" or unless dispensed as a sample from a

physician, or if the medicine looks different from those previously purchased. The FDA also operates a hotline that patients and pharmacists can call between 9 A.M. and 9 P.M. EDT. The number is 1 (800)-FDA-8868.

**Largest in N.Y. area:** The largest diversion operations took place in the New York metropolitan area, where 33 pharmacists were charged and 11 pharmacies and beauty supply stores were seized and closed. FBI officials said a network of people bought Rxs from Medicaid recipients and then, through a complex black-market web, sold them to pharmacies. The scam is well-known (see Drug Topics, Nov. 11, 1990) and typically works this way:

A Medicaid recipient, often a drug addict, visits an unscrupulous doctor, describes a nonexistent condition, and gets an Rx for a high-cost brand-name drug. After the prescription is filled, the "patient" sells the drug to a middleman called a "runner" or a "nonrunner" for about 10% of its cost. Later, the middleman sells the drugs to a distributor, who then sells them to another distributor or directly to pharmacies—loose in plastic baggies or garbage bags—at a price well under average wholesale price. Sometimes the drugs are resealed in containers with counterfeit safety seals and bogus manufacturers' packaging.

The second type of fraud involved pharmacies submitting false reimbursement claims to Medicaid or private insurers. Sometimes bills were submitted for brand-names when generics were dispensed; sometimes the drugs were never dispensed. There were cases of multiple bills being submitted for the same Rx. There also were cases of prescription splitting, so the R.Ph. could get two dispensing fees.

338

**SB** **SmithKline Beecham**
*Pharmaceuticals*

Martha McNeill, R.Ph.
Product Manager
Vendor Drug Program
Texas Department of Health
1100 West 49th Street
Austin, TX 78756-3174

April 20, 1994

Dear Ms. McNeill:

Enclosed please find the completed application for Kytril™ (granisetron hydrochloride) Injection. If there is any further information required, or if you have any questions on the application, please contact me toll free at 1-800-699-3851.

Thank you for your assistance.

Sincerely,

Peg Skelly
SB/CRC-200
8990 Springbrook Drive
Minneapolis, MN 55433

CC:   Barry Gershon
      Larry Maddock

U-1

SB022217

339

2)  PRICE INFORMATION          SB02220

| Average of suggested wholesale price to pharmacy. | $166.00 |
| Direct price to pharmacy | No direct price |
| Price to wholesaler and/or distributor | $132.80 |
| Special price to chain warehouse | No special price |
| Special price to institutional pharmacy (i.e., nursing home, home health care) | No special price |
| Other price | No other price |

3)  Please circle the companies to whom you report pricing information.

First Data Bank Price Alert      Red Book

Medi-Span          Blue Book

4)  Do you sell to distributors, repackagers, or relabelers, other than full-service drug
    wholesalers, who in turn sell your product to the retail trade bearing your NDC number?

No

340

I certify that the information submitted is correct to the best of my knowledge and that this product is not now in violation of either Federal or State Law. I also agree to inform the Texas Department of Health, in writing, of any changes in formulation, product status, price or availability as herein described, within fifteen (15) days of such change.

Barry Gershon
Responsible Person (Type or Print)

Signature

One Franklin Plaza, P.O. Box 7929     Philadelphia     PA     19101
Address                                City              State   ZIP

SmithKline Beecham Pharmaceuticals       ( 215 ) 751-4000
Company Name                              Telephone

5002222

341

U.2

**Texas Department of Health**

David R. Smith, M.D.
Commissioner

1100 West 49th Street
Austin, Texas 78756-3199
(512) 458-7111

Robert A. MacLean, M.D.
Deputy Commissioner

May 16, 1994.

Barry Gershon
SmithKline Beecham Pharm.
One Franklin Plaza/P.O. Box 7929
Philadelphia, PA 19101

Dear Mr. Gershon:

This will advise you that your application for inclusion of the drug Kytril on the list of drug products for which the Texas Vendor Drug Program will reimburse pharmacies on Medicaid prescriptions has been approved. All claims should be submitted under product NDC number. The effective date for this approval is April 28, 1994.

Thank you for your submission of these products. Your cooperation in keeping me informed of any changes to your product line, including changes in cost to wholesalers and retail/chain pharmacies, is hereby requested and required.

Sincerely,

*Martha McNeill, R.Ph.*

Martha McNeill, R.Ph.
Product Manager
Vendor Drug Program

SB007440

RECEIVED

MAY 23 1994

B. GERSHON