**ANDERSON EXHIBIT 14**

```
                                     Gerzel, April
0001
  1                  UNITED STATES DISTRICT COURT
  2                   DISTRICT OF MASSACHUSETTS
  3
      In re: PHARMACEUTICAL          )
  4   INDUSTRY AVERAGE WHOLESALE     )
      PRICE LITIGATION               )   MDL No. 1456
  5                                  )
      THIS DOCUMENT RELATES TO:      )   Civil Action No.
  6                                  )       01-12257-PBS
      US ex rel Ven-A-Care of        )
  7   the Florida Keys, Inc.         )
      v. Abbott Laboratories, Inc.)
  8   No. 07-CV-11618-PBS            )
  9
 10
              VIDEOTAPED ORAL DEPOSITION OF APRIL GERZEL
 11
                          February 20, 2009
 12
 13
 14
 15           DEPOSITION upon videotaped oral
 16   examination, of the witness, APRIL GERZEL, taken on
 17   behalf of Ven-A-Care of the Florida Keys, Inc. in the
 18   above entitled cause pending in the United States
 19   District Court, District of Massachusetts, before
 20   TAMMY POZZI, Certified Shorthand Reporter in and for
 21   the State of Texas, on February 20, 2009, in the law
 22   offices of Jones Day, 77 West Wacker, 35th Floor,
 23   Chicago, Illinois, between the hours of 8:32 a.m. and
 24   12:13 p.m., pursuant to due notice and the Federal
 25   Rules of Civil Procedure.
0002
  1                    A P P E A R A N C E S
  2   COUNSEL FOR Ven-A-Care OF THE FLORIDA KEYS, INC.:
  3        ANDERSON LLC
           Mr. C. Jarrett Anderson
  4        208 West 14th Street, Suite 203
           Austin, Texas 78701
  5        (512) 469-9191
  6   COUNSEL FOR ABBOTT LABORATORIES INC.:
  7        JONES DAY
           Mr. Eric P. Berlin
  8        Ms. Tara A. Fumerton
           77 West Wacker Drive, Suite 3500
  9        Chicago, Illinois 60601
           (312) 782-3939
 10
      COUNSEL FOR THE STATES OF WISCONSIN, ILLINOIS,
 11   KENTUCKY, IDAHO, HAWAII, ALASKA AND SOUTH CAROLINA:
                                    (Via telephone)
 12        MICHAEL WINGET-HERNANDEZ
           Mr. Michael Winget-Hernandez
 13        101 College Street
           Dripping Springs, Texas 78620
 14        (512) 858-4181
 15   COUNSEL FOR THE STATES OF ALABAMA AND MISSISSIPPI:
                                    (Not present)
 16        BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES,
           P.C.
 17        Mr. Paul Lynn
           218 Commerce Street
                                  Page 1
```

Gerzel, April

0065
```
 1              MS. FUMERTON:  -- lack of foundation.
 2     You haven't established that she wrote it?
 3          A.   No, I -- I don't know.
 4          Q.   (BY MR. ANDERSON):  Have you ever heard,
 5     Ms. Gerzel, that Abbott knew AWPs were published for
 6     its products at 125 percent of WAC?
 7               MS. FUMERTON:  Objection, form.
 8          A.   That I knew or that everybody knew that --
 9          Q.   (BY MR. ANDERSON):  Have you ever heard
10     that people at Abbott knew that Abbott's AWPs were
11     published at 125 percent of its WACs?
12               MS. FUMERTON:  Objection, form.
13          A.   I -- I -- that was something that I have
14     heard before, yes.
15          Q.   (BY MR. ANDERSON):  Did you hear that from
16     other people within Abbott PPD and Pricing?
17          A.   I actually don't know who I heard it from.
18          Q.   How long ago had you been aware of the fact
19     that AWPs were being published at 125 percent of
20     Abbott's WACs?
21               MS. FUMERTON:  Objection, form.
22          A.   I -- I don't recall when I first had that
23     general knowledge.
24          Q.   (BY MR. ANDERSON):  Was it more than four
25     or five years ago?
```
0066
```
 1          A.   I don't believe it was in my HPD day --
 2     time.
 3          Q.   Sometime when you got --
 4          A.   Cor- --
 5          Q.   -- to PPD?
 6          A.   Correct.
 7          Q.   Probably pretty early in your tenure at
 8     PPD, in, like, 2000 or so?
 9          A.   I honest- -- I don't know.
10          Q.   I'll tell you, Ms. Gerzel, that I've done
11     the math, and $164.42 which is their handwritten WAC,
12     if you multiply that by 1.25, or 125 percent, you get
13     to $205.53 which is the handwritten AWP on this
14     page.  That -- is that consistent with your
15     understanding about how Abbott was estimating AWPs?
16               MS. FUMERTON:  Objection, form.  Lack
17     of foundation.
18          A.   I don't know that Abbott was estimating
19     AWPs.
20          Q.   (BY MR. ANDERSON):  Is that at least
21     consistent with your understanding that AWPs were
22     being published at 125 percent of WAC?
23               MS. FUMERTON:  Objection, form.
24          A.   It's my general understanding, yeah.
25          Q.   (BY MR. ANDERSON):  If you could, look at
```
0067
```
 1     what's been marked in this case as Gerzel (sic)
 2     Exhibit 4, also DeYoung Exhibit 507, and it's in
 3     electronic form on my computer.
 4               MS. FUMERTON:  I'm sorry.  I was --
 5     De- -- DeYoung what?
 6               MR. ANDERSON:  DeYoung 507, also
 7     Garvin Exhibit 4.  It's the PowerPoint presentation.
 8               MS. FUMERTON:  Do you mind if I --
 9               MR. ANDERSON:  No.
10               MS. FUMERTON:  I'm sure if I take a --
```
Page 28

Gerzel, April

```
22        sessions, yes.
23             Q.    Have you seen that PowerPoint presentation
24        before?
25             A.    It looks familiar, yes.
0070
 1             Q.    Okay.  Looking down in the lower right-hand
 2        corner at the slide that -- that's titled "Price
 3        Definitions"?
 4             A.    Uh-huh.
 5             Q.    Do you see a definition of AWP?
 6             A.    Yes, I do.
 7             Q.    And that definition defines AWP as average
 8        wholesale price, correct?
 9             A.    Correct.
10             Q.    And then it notes that AWP is estimated at
11        125 percent of WAC, correct?
12             A.    Correct.
13             Q.    Is that consistent with your training at
14        PPD?
15                   MS. FUMERTON:  Objection, form.
16             A.    It's consistent with my general knowledge,
17        yeah.
18             Q.    (BY MR. ANDERSON):  And then there's
19        actually a notation that Abbott was -- pardon me,
20        that AWP was known to be used in reimbursement,
21        correct?
22             A.    As a reimbursement reference, yes.
23             Q.    And were you aware of that when you were in
24        PPD?
25             A.    I have become aware of that in my current
0071
 1        roles.
 2             Q.    Were you aware of that back in the 2001,
 3        2000 time frame when you started in PPD?
 4             A.    I believe it's something that's -- I've
 5        gained over time in my more current roles within
 6        Government.
 7             Q.    Is it -- is it likely that you had an
 8        understanding that AWP was used for reimbursement
 9        back in 2001, 2002?
10             A.    Probably not.
11             Q.    Do you think -- you said you've seen that
12        document before.  Were you trained on that document?
13                   MS. FUMERTON:  Objection, form.
14        Misrepresents testimony.
15             A.    I believe that I have been in training
16        classes with this document, but I don't -- that
17        doesn't mean that I have a full understanding of
18        everything that was prevent- -- presented.
19             Q.    (BY MR. ANDERSON):  Do you believe you were
20        at least presented the price definitions that are set
21        forth on the first page of Garvin Exhibit 4?
22             A.    Yes.
23             Q.    Okay.  Do you -- do you think that at that
24        point at least, at some level, you were made aware
25        that AWP was used for reimbursement?
0072
 1             A.    I believe that it was put up there and --
 2        yeah.
 3             Q.    Okay.  And that awareness would have
 4        preceded your work in reporting prices to the
 5        compendia, correct?
 6             A.    If I had attended this training before
```

Page 30

Gerzel, April

```
 7      then, yes.
 8          Q.   And you -- and you most likely did,
 9      correct?
10          A.   I don't know when I attended this
11      training.
12          Q.   Do you have any reason to think that a
13      PowerPoint dated September 2001 would not have been
14      presented to you until sometime after 2003?
15          A.   I -- I don't know when the training classes
16      were held.  We don't have them on a
17      regularly-scheduled basis.
18          Q.   Well, it wouldn't take two years to hold
19      it, would it?
20               MS. FUMERTON:  Objection, form.
21          A.   I -- I don't know -- I don't know when I
22      had this training.
23          Q.   (BY MR. ANDERSON):  All right.  Is it most
24      likely, Ms. Gerzel, that when you were getting
25      pricing reports from the compendia that had AWP
0073
 1      information on it, that you knew at some level that
 2      AWP was used for reimbursement?
 3          A.   I -- I don't know.  I don't recall knowing
 4      that.
 5          Q.   Do you have any reason to think that when
 6      you were getting the pricing reports from the
 7      compendia that showed AWP for Abbott drugs, you did
 8      not know AWP was used for reimbursement?
 9          A.   I really only had a general knowledge of
10      AWP then in my -- in my role.  My role was to report
11      list and WAC and to make product and price changes.
12               MR. ANDERSON:  Objection,
13      nonresponsive.
14          Q.   (BY MR. ANDERSON):  Ma'am, do you have any
15      reason to think you didn't know AWP at some level was
16      used for reimbursement prior to 2003?
17          A.   I -- I had no -- I -- I don't know why I
18      would know that.  It was not involved in any of my
19      roles and responsibilities.
20          Q.   Well, it was included in this training
21      correct?
22          A.   Correct.
23          Q.   And the training is dated September 2001,
24      correct?
25          A.   Correct.
0074
 1          Q.   And you believe you participated in the
 2      training, correct?
 3               MS. FUMERTON:  Objection, form.
 4          A.   At some point in time I participated in
 5      training.  I started in mid-September.  I don't know
 6      if I participated in this training in September.
 7          Q.   (BY MR. ANDERSON):  I know.  But I'm not
 8      limiting it to September.  I'm saying, prior to 2003,
 9      don't you think you were trained on that particular
10      Garvin Exhibit 4?
11          A.   I don't know.
12               MS. FUMERTON:  Objection, form.
13          Q.   (BY MR. ANDERSON):  Do you have any --
14               MS. FUMERTON:  Asked and answered.
15          Q.   (BY MR. ANDERSON):  Do you have any reason
16      to think you were trained on Garvin Exhibit 4 after
17      2003?
```