**ANDERSON EXHIBIT 18A**



July – September 1999

**LEADER DRUG STORES® Advantage**

Lucrative Contract Pricing from Leading Manufacturers

- Leader® Brand Products
- ProfitPak®
- Rx Advantage™
- PreferredSOURCE™

Over 100 NEW Items! Inside This Catalog

Cardinal Distribution

DEPOSITION EXHIBIT
Warren 003
9.9.08
PENGAD 800-631-6989

CH 055666

Car.Hlth/SLB 0685093       Car.Suf.Co. 0616174

Case 1:01-cv-12257-PBS   Document 6625-66   Filed 11/02/09   Page 3 of 6



## Pharmacist Update



11MG Starter Kit/7 Patches
CIN 2850626/DP 285062

11MG Refill Kit/14 Patches
CIN 2850634/DP 285063

11mg Strength

22 MG Starter Kit/7 Patches
CIN 2850659/DP 285065

22 MG Refill Kit/14 Patches
CIN 2850667/DP 285066

22mg Strength

7 Patches
ONE WEEK SUPPLY

# Nicotine Transdermal System

- FDA approved OTC product.
- Demonstrated record of safety and efficacy.
- 24 hour control of nicotine withdrawal symptoms.
- Dosing flexibility:
  - 22 mg Strength for people who smoke 16 or more cigarettes per day.
  - 11 mg Strength for people who smoke 15 or less cigarettes per day.
- Starter kit features Audio Tape and Action Guide; refill kits with 14 patches are available.
- Patches are packaged in a child-resistant pouch and a disposal unit is included.
- Nicotine Transdermal System is a result of a joint-venture between the Perrigo Company and Elan Pharmaceuticals.



Patches shown actual size



## Nicotine Transdermal System

**Indications:**
To reduce withdrawal symptoms, including nicotine cravings associated with quitting smoking.

**Contraindications:**
In patients hypersensitive or allergic to nicotine.

**Strengths:**
22 mg and 11 mg
(the same as former Rx strengths)

**Dosage:**
22 mg per day for 6 weeks or 11 mg per day for 6 weeks.

**Pregnancy Warning:**
Nicotine has been shown to cause fetal harm in animal studies.

**Side Effects:**
Abdominal pain, somnolence, skin rash, sweating.

### What happens to your body when you quit smoking?

**In 20 Minutes**
- Blood pressure drops to a level close to that before the last cigarette.
- Temperature of hands and feet increases to normal.

**8 Hours Later**
- Carbon Monoxide level in blood drops to normal.

**After 24 Hours**
- Chance of heart attack decreases.

**2-3 Weeks Later**
- Circulation improves.
- Lung function increases up to 30%.

**In 1-9 Months**
- Coughing, sinus congestion, fatigue, shortness of breath decrease.
- Cilia regain normal function in the lungs, increasing ability to handle mucus, clean the lungs, reduce infection.

**1 Year After Quitting**
- Excess risk of coronary heart disease is half that of smokers.
  - Source: American Cancer Society

CH 055667

Car.Hlth/SLB 0685094            Car.Suf.Co. 0616175



July – September 1999

**LEADER DRUG STORES Advantage**

Lucrative Contract Pricing from Leading Manufacturers

- Leader® Brand Products
- ProfitPak®
- Rx Advantage™
- PreferredSOURCE™

**Over 100 NEW Items! Inside This Catalog**

Cardinal Distribution

CH 055668

Car.Hlth/SLB 0685095     Car.Suf.Co. 0616176



# Pharmacist Update



11MG Starter Kit/7 Patches CIN 2850626/DP 285062
11MG Refill Kit/14 Patches CIN 2850634/DP 285063

22 MG Starter Kit/7 Patches CIN 2850659/DP 285065
22 MG Refill Kit/14 Patches CIN 2850667/DP 285066

11mg Strength
22mg Strength

# Nicotine Transdermal System

- FDA approved OTC product.
- Demonstrated record of safety and efficacy.
- 24 hour control of nicotine withdrawal symptoms.
- Dosing flexibility:
  - 22 mg Strength for people who smoke 16 or more cigarettes per day.
  - 11 mg Strength for people who smoke 15 or less cigarettes per day.
- Starter kit features Audio Tape and Action Guide; refill kits with 14 patches are available.
- Patches are packaged in a child-resistant pouch and a disposal unit is included.
- Nicotine Transdermal System is a result of a joint-venture between the Perrigo Company and Elan Pharmaceuticals.



Patches shown actual size

## Nicotine Transdermal System

**Indications:** To reduce withdrawal symptoms including nicotine cravings associated with quitting smoking.

**Contraindications:** In patients hypersensitive or allergic to nicotine.

**Strengths:** 22 mg and 11 mg (the same as former Rx strengths).

**Dosage:** 22 mg per day for 6 weeks or 11 mg per day for 6 weeks.

**Pregnancy Warning:** Nicotine has been shown to cause fetal harm in animal studies.

**Side Effects:** Abdominal pain, somnolence, skin rash, sweating.

## What happens to your body when you quit smoking?

**In 20 Minutes**
- Blood pressure drops to a level close to that before the last cigarette.
- Temperature of hands and feet increases to normal.

**8 Hours Later**
- Carbon Monoxide level in blood drops to normal.

**After 24 Hours**
- Chance of heart attack decreases.

**2-3 Weeks Later**
- Circulation improves.
- Lung function increases up to 30%.

**In 1-9 Months**
- Coughing, sinus congestion, fatigue, shortness of breath decrease.
- Cilia regain normal function in the lungs, increasing ability to handle mucus, clean the lungs, reduce infection.

**1 Year After Quitting**
- Excess risk of coronary heart disease is half that of a smoker.

Source: American Cancer Society



CH 055669

Car.Hlth/SLB 0685096    Car.Suf.Co. 0616177

# Did you know . . .

96% of all product shipped through First Script™ is dispensed to patients within 90 days!

## Increased Profitability

- More than $600 average annual program savings
- Off-invoice savings
- Free goods on non-exclusive generics
- 90 days dating

## Automatic Distribution

- Products available when patients need them
- No lost sales to your competitors because items aren't stocked

## Guaranteed Sales

- Eliminate the risk of unsold product
- Return product for full credit if not sold within 90 days
- Reminder letter sent to return unused product before dating expires
- Only 4% of all product is actually returned

## Managed Product Selection

- A team of Registered Pharmacists select only the most high-profile and best-selling items for distribution
- Average 3-5 items per month



# First Script™

Receive newly released brand and generic products effortlessly and before your competition!

For more First Script™ information contact your Cardinal Sales Consultant.



CH 055670

Car.Hlth/SLB 0685097          Car.Suf.Co. 0616178