**ANDERSON EXHIBIT 18B**



## POTENTIAL SAVINGS EARNED ON FIRST SCRIPT IN 1999

| Month | Product | Manufacturer | Savings* |
|---|---|---|---|
| **JANUARY** | Ditropan XL 5 mg./ 100s | Alza Pharmaceuticals | $5.10 |
| **FEBRUARY** | Pyridium Plus 150 mg./ 30s | Warner Chilcott Labs | $0.88 |
| **MARCH** | Zydone Tablets 5 mg./ 100s | Endo Labs | $1.85 |
| | Zydone Tablets 7.5 mg./ 100s | Endo Labs | $2.04 |
| **APRIL** | MetroLotion 2 fl. oz. | Galderma | $1.77 |
| | Verelan PM 200 mg./ 100s | Schwarz Pharma | $6.50 |
| | Gynodiol 1.5 mg./ 100s | Fielding Company | $3.16 |
| **MAY** | MiraLax 255 gm. | Braintree Labs | $2.60 |
| | Xopenex 24 X 3 mL. | Sepracor | $1.14 |
| | Xenical 120 mg./ 90s | Roche | $1.98 |
| | Prozac 10 mg./ 30s | Eli Lilly and Company | $3.16 |
| | Pletal 100 mg/ 60s | Pharmacia & Upjohn | $1.43 |
| | Avalide 150 mg./ 12.5 90s | Bristol-Myers Squibb | $5.63 |
| **JUNE** | Cenestin .625 mg./ 100s | Duramed Pharmaceuticals, Inc. | $4.16 |
| | Verapamil HCL 240 mg. X 100s | Schein Pharmaceuticals | $89.55 ◆ |
| | Baycol 0.4 mg./ 100s | Bayer Corporation | $3.00 |

◆ FREE

### FIRST SCRIPT TOTAL SAVINGS: $133

\* Savings include all promtional discounts and are approximate based on NIFO and the value of extending dating.

CH 055671

Car.Hlth/SLB 0685098         Car.Suf.Co. 0616179



# Table of Contents



Rx Advantage™



Leader® Brand Products



PreferredSOURCE™



ProfitPak®

**Product Listing**

| Rx Advantage Contracts | Off Invoice | Rebate | Page |
|---|---|---|---|
| 3M Pharmaceuticals | YES | NO | 1 |
| Abbott Laboratories | YES | NO | 2-4 |
| Becton Dickinson | YES | NO | 5 |
| Blansett Pharmacal Co. | NO | YES | 6 |
| Braintree Laboratories | NO | YES | 7 |
| Colgate Oral Pharmaceuticals | YES | YES | 8 |
| Digestive Care, Inc. | YES | NO | 9 |
| Ferring Pharmaceuticals | YES | NO | 10 |
| Forest Laboratories | NO | YES | 11-14 |
| Glaxo Wellcome | NO | YES | 15-17 |
| Glenwood | NO | YES | 18 |
| Horizon Pharmaceutical Corporation | YES | YES | 19-20 |
| Kerr | NO | YES | 21 |
| Mallinckrodt Chemical | NO | YES | 22 |
| Medicis Pharmaceutical Corporation | NO | YES | 23 |
| Ortho Biotech, Inc. | NO | YES | 24-25 |
| Pfizer | NO | YES | 26-30 |
| R & D Laboratories | YES | NO | 31 |
| Roxane Laboratories | YES | YES | 32-36 |
| Savage | YES | YES | 37-38 |
| Schering Laboratories | NO | YES | 39-41 |
| Upsher-Smith Laboratories | YES | YES | 42-43 |
| Wyeth-Ayerst | YES | NO | 44-48 |
| Zeneca | NO | YES | 49-51 |

| | Page |
|---|---|
| Leader Brand Products | 53-60 |
| Preferred Souce | 61-99 |
| ProfitPak Listing | 101-104 |

CH 055672

Car.Hlth/SLB 0685099            Car.Suf.Co. 0616180







Car.Hlth/SLB 0685101    Car.Suf.Co. 0616182    CH 055674



# What's New In Rx Advantage

Abbot has extended its agreement through June 2001.
Braintree has added GoLytely Pineapple and NuLytely Lemon Lime.
Forest has extended its agreement on Levothroid through December 1999.
Glaxo has added Serevent Aerosol, Serevent Diskus and Imitrex Tablets.
Mallinckrodt has extended savings on Anexsia through June 2000.
Ortho Biotech has extended savings on Procrit through December 1999.
Schering has extended savings on Normodyne and Vanceril through December 1999.

# Note

As of 1-1-98, the following software vendors are not sending data to NDC:

Accounting Systems Computers, Advanced Business Systems, Apollo Pharmacy Systems, Applied Micro Systems LTD., Best Computer Systems, Bristow Computers, Care Company, Comcotec Inc., Compusolve, Computer Solutions Inc., Dagar Software Development Cor., Daytech Corp., Digital Simplistics, Diversified Data, Francom's Software Ltd., Gensoft Development Group, Hidden Valley Medical, L Systems, Mai Basic Four, Mavis Computer Systems, Mede America, New Tech Computer Systems, Omnisys Inc., Pacific Pharmacy Computers, PC Business Systems, PC1, Pharmacy Consultant Services, Pharmacy Data Systems, Pharmacy Systems Inc, Pharmacy Systems Northwest, Pharm-Tech, PRN/Practiputing Inc., Prodigy Data Systems, Renlar, Scientific Retail Systems, Signature Software Systems Inc., Soft-Wear, Solid Data Systems, Steel City Software, Synercom, Tap Computer Systems, Tom Lanham Software, and Waif Computer.

If one of these is your vendor, you are not currently submitting data to be eligible for these rebates. To become eligible, please have your vendor contact NDC or contact your sales consultant to receive information on ScriptLINE as an alternative.

**Each Leader Member must sign a Glaxo, Wyeth and Zeneca agreement and have their data sent to NDC in order to be eligible for discounts.**

If you have any questions regarding the electronic format for data, please contact NDC at 1-800-786-8223.

Case 1:01-cv-12257-PBS   Document 6625-67   Filed 11/02/09   Page 7 of 8



## Rx Advantage Product Index

| Product | Manufacturer | Page | Product | Manufacturer | Page |
|---|---|---|---|---|---|
| Alesse | Wyeth-Ayerst | 45 | Nephr Amine | R & D Laboratories | 31 |
| Anexsia | Mallinckrodt Chemical | 22 | Nephro-Fer Rx | R & D Laboratories | 31 |
| Azathioprine | Roxane Laboratories | 34 | Nephro-Vite Rx | R & D Laboratories | 31 |
| Calcium Carb | Roxane Laboratories | 34 | Nordette Tab | Wyeth-Ayerst | 45 |
| Cardura | Pfizer | 27 | Normodyne | Schering | 39 |
| Chlorpromazine | Roxane Laboratories | 34 | Norvasc | Pfizer | 26 |
| Codeine | Roxane Laboratories | 36 | NuLytely | Braintree Laboratories | 7 |
| Desmopressin Acetate | Ferring Pharmaceuticals | 10 | Pacerone* | Upsher Smith | 43 |
| Dexamethasone | Roxane Laboratories | 34 | Pancrecarb | Digestive Care | 9 |
| Digoxin | Roxane Laboratories | 34 | Pediazole | Abbott Laboratories | 4 |
| Diphenoxylt | Roxane Laboratories | 35 | PerioGard* | Colgate Oral Pharmaceuticals | 8 |
| Duracet | Wyeth-Ayerst | 46 | Premarin | Wyeth-Ayerst | 44 |
| Dynacin* | Medicis Pharmaceuticals | 23 | Premphase | Wyeth-Ayerst | 44 |
| EES* | Abbott Laboratories | 2 | Procardia XL | Pfizer | 28 |
| Effexor | Wyeth-Ayerst | 47 | Procrit | Ortho Biotech, Inc. | 24-25 |
| Ery Base Filmtab | Abbott Laboratories | 2 | Prolex DH | Blansett Pharmacal Co. | 6 |
| Ery DR Cap | Abbott Laboratories | 3 | Propantheline | Roxane Laboratories | 35 |
| Ery Ethyl Liquid | Abbott Laboratories | 2 | Proventil HFA | Schering Laboratories | 41 |
| Ery Ethyl Succ | Abbott Laboratories | 2 | Roxanol Oral | Roxane Laboratories | 32 |
| EryPed* | Abbott Laboratories | 2 | Roxicet | Roxane Laboratories | 33 |
| Ery Stearate | Abbott Laboratories | 3 | Roxicodone | Roxane Laboratories | 34 |
| Ery-Tab | Abbott Laboratories | 3 | Roxiprin | Roxane Laboratories | 33 |
| Flonase Nasal Spray | Glaxo Wellcome | 15 | Rx Containers | Kerr | 21 |
| Flovent Aerosol | Glaxo Wellcome | 15 | Saliva Sub | Roxane Laboratories | 35 |
| Flovent Rotoadisk | Glaxo Wellcome | 15 | Serevent Aerosol | Glaxo Wellcome | 16 |
| GoLytely | Braintree Laboratories | 7 | Serevent Diskus | Glaxo Wellcome | 17 |
| Hydromorphone HCL | Roxane Laboratories | 36 | Sodium Polys SS | Roxane Laboratories | 35 |
| Imitrex Nasal Spray | Glaxo Wellcome | 15 | Suprax | Wyeth-Ayerst | 48 |
| Imitrex Tablets | Glaxo Wellcome | 15 | Thioridaz | Roxane Laboratories | 35 |
| Ipatropium | Roxane Laboratories | 35 | Tiazac | Forest Pharmaceuticals | 11-12 |
| Kaochlar - SF | Savage | 37 | Triphasil | Wyeth-Ayerst | 45 |
| Klor-Con | Upsher Smith | 42 | Trovan | Pfizer | 30 |
| Levothroid | Forest Laboratories | 13-14 | Tympagesic | Savage Laboratories | 38 |
| Lidocaine | Roxane Laboratories | 35 | Ultrafine | Becton Dickinson | 5 |
| Lithium Carb | Roxane Laboratories | 35 | Vanceril | Schering | 40 |
| Lo-Dose | Becton Dickinson | 5 | Verelan | Wyeth-Ayerst | 48 |
| Lodine XL | Wyeth-Ayerst | 46 | Wellbutrin SR | Glaxo Wellcome | 15 |
| Lo/Ovral | Wyeth-Ayerst | 45 | Yocon | Glenwood | 18 |
| Lorazepam | Roxane Laboratories | 35 | Zebutal* | Horizon Pharmaceutical Corporation | 20 |
| Meperidine | Roxane Laboratories | 36 | Zestril* | Zeneca Pharmaceuticals | 49 |
| Methadone | Roxane Laboratories | 36 | Zestoretic | Zeneca Pharmaceuticals | 50 |
| Minitran* | 3M Pharmaceuticals | 1 | Ziac | Wyeth-Ayerst | 46 |
| Morphine Sulf | Roxane Laboratories | 32 | Zithromax | Pfizer | 29 |
| Naprelan | Wyeth-Ayerst | 46 | Zoto HC | Horizon Pharmaceutical Corporation | 19 |

\* AB or AT Rated Products

**PRICES IN THIS CATALOG ARE SUBJECT TO CHANGE WITHOUT NOTIFICATION.**



Manufacturer: **3M Pharmaceuticals**          Effective: 4-1-98 - 3-31-00
Savings:      **Up to 33% Off Invoice**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Net Sell |
|---|---|---|---|---|---|---|---|---|
| Minitran | 0.1 mg/hr | 30 | 00089-0301-02 | Transderm-Nitro Nitro-Dur | 2304772 | 961027 | $ 12.93 | $ 26.90 |
| Minitran | 0.2 mg/hr | 30 | 00089-0302-02 | Transderm-Nitro Nitro-Dur | 2304780 | 961035 | $ 13.31 | $ 27.24 |
| Minitran | 0.4 mg/hr | 30 | 00089-0303-02 | Transderm-Nitro Nitro-Dur | 2304988 | 961043 | $ 12.81 | $ 30.33 |
| Minitran | 0.6 mg/hr | 30 | 00089-0304-02 | Transderm-Nitro Nitro-Dur | 2304806 | 961051 | $ 16.02 | $ 33.25 |

## Key Facts:
- Minitran is AB1 Rated and is a fully interchangeable, cost effective alternative to Nitro-Dur.
- Minitran is smaller, less noticeable and more comfortable for patients.

### Minitran Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Minitran 0.4 mg/hr | 30 | $53.11 | $44.25 | $46.74 | $30.33 | $16.41 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Nitro-Dur 0.4 mg/hr | 30 | $53.48 | $44.57 | $47.06 | $45.46 | $1.60 |

## Pharmacist Action Steps:
Product is AB1 rated to Nitro-Dur: Fill the preferred item.

July - September 1999                                                                 1