**ANDERSON EXHIBIT 18C**



Manufacturer: **3M Pharmaceuticals**  
Savings: **Up to 33% Off Invoice**

Effective: 4-1-98 - 3-31-00

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Net Sell |
|---|---|---|---|---|---|---|---|---|
| Minitran | 0.1 mg/hr | 30 | 00089-0301-02 | Transderm-Nitro Nitro-Dur | 2304772 | 961027 | $ 12.93 | $ 26.90 |
| Minitran | 0.2 mg/hr | 30 | 00089-0302-02 | Transderm-Nitro Nitro-Dur | 2304780 | 961035 | $ 13.31 | $ 27.24 |
| Minitran | 0.4 mg/hr | 30 | 00089-0303-02 | Transderm-Nitro Nitro-Dur | 2304988 | 961043 | $ 12.81 | $ 30.33 |
| Minitran | 0.6 mg/hr | 30 | 00089-0304-02 | Transderm-Nitro Nitro-Dur | 2304806 | 961051 | $ 16.02 | $ 33.25 |

## Key Facts:

- Minitran is AB1 Rated and is a fully interchangeable, cost effective alternative to Nitro-Dur.
- Minitran is smaller, less noticeable and more comfortable for patients.

### Minitran Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Minitran 0.4 mg/hr | 30 | $53.11 | $44.25 | $46.74 | $30.33 | $16.41 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Nitro-Dur 0.4 mg/hr | 30 | $53.48 | $44.57 | $47.06 | $45.46 | $1.60 |

## Pharmacist Action Steps:

Product is AB1 rated to Nitro-Dur: Fill the preferred item.

July - September 1999

1

CH 055677

Car.Hlth/SLB 0685104    Car.Suf.Co. 0616185



Manufacturer: **Abbott Laboratories**  
Savings: **Up to 42% Off Invoice**

Effective: 7-1-97 - 6-30-01

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Net Sell |
|---|---|---|---|---|---|---|---|---|
| EES 400 | 400 mg | 100 | 00074-5729-13 | Erythromycin ES Tab | 2042588 | 000493 | $ 2.75 | $ 13.81 |
| EES 400 | 400 mg | 500 | 00074-5729-53 | Erythromycin ES Tab | 1059427 | 000507 | $ 13.26 | $ 66.99 |
| EES 400 | 400 mg | 1000 | 00074-5729-19 | N/A | 1490564 | 775509 | $ 25.70 | $ 129.84 |
| EES 200 Liquid | 200 mg | 480 mL | 00074-6306-16 | Erythromycin Liquid | 1364298 | 234168 | $ 1.21 | $ 11.12 |
| EES 400 Liquid | 400 mg | 480 mL | 00074-6373-16 | Erythromycin Liquid | 1019421 | 000876 | $ 2.01 | $ 20.71 |
| EES Granules | N/A | 100 mL | 00074-6369-02 | Erythromycin ES Gran | 1312735 | 000825 | $ 0.67 | $ 5.85 |
| EES Granules | N/A | 200 mL | 00074-6369-10 | N/A | 1361369 | 000833 | $ 1.18 | $ 10.69 |
| Ery Ethyl 200 Liquid | 200 mg | Pint | 00074-3747-16 | N/A | 2119360 | 879100 | $ 4.55 | $ 7.58 |
| Ery Ethyl 400 Liquid | 400 mg | Pint | 00074-3748-16 | N/A | 2119352 | 879118 | $ 6.34 | $ 16.38 |
| Ery Ped | 200 mg | 100 mL | 00074-6302-13 | Erythromycin ES Gran | 1450022 | 535729 | $ | $ 6.93 |
| Ery Ped | 200 mg | 200 mL | 00074-6302-53 | N/A | 1450014 | 535717 | $ | $ 12.62 |
| Ery Ped | 400 mg | 100 mL | 00074-6305-13 | N/A | 1285873 | 000663 | $ | $ 10.66 |
| Ery Ped | 400 mg | 200 mL | 00074-6305-53 | N/A | 1285923 | 000671 | $ | $ 19.46 |
| Ery Base Filmtab | 250 mg | 100 | 00074-6326-13 | N/A | 1183491 | 000892 | $ 0.63 | $ 6.52 |
| Ery Base Filmtab | 250 mg | 500 | 00074-6326-53 | N/A | 1333525 | 292184 | $ 3.04 | $ 31.66 |
| Ery Base Filmtab | 500 mg | 100 | 00074-6227-13 | N/A | 1112838 | 000906 | $ 1.56 | $ 13.01 |
| Eryth E-Succ Tablet | 400 mg | 100 | 00074-2589-13 | N/A | 2226421 | 904651 | $ 4.09 | $ 10.35 |
| Eryth E-Succ Tablet | 400 mg | 500 | 00074-2589-53 | N/A | 2254878 | 904660 | $ 19.86 | $ 50.20 |

**EES Example:**
Purchase these Abbott products at a significant discount off of normal prices.

2

July - September 1999

CH 055678

Car.Hlth/SLB 0685105          Car.Suf.Co. 0616186



Manufacturer: **Abbott Laboratories**  Effective: 7-1-97 - 6-30-01
Savings: **Up to 42% Off Invoice**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Net Sell |
|---|---|---|---|---|---|---|---|---|
| Ery-Tab | 250mg | 100 | 00074-6304-13 | E-Mycin | 1266154 | 000922 | $ 0.53 | $ 6.92 |
| Ery-Tab | 250 mg | 500 | 00074-6304-53 | E-Mycin | 1283324 | 234141 | $ 2.71 | $ 33.51 |
| Ery-Tab | 333 mg | 100 | 00074-6320-13 | E-Mycin | 1141373 | 000930 | $ 1.50 | $ 11.20 |
| Ery-Tab | 333 mg | 500 | 00074-6320-53 | E-Mycin | 1333558 | 339032 | $ 7.57 | $ 54.33 |
| Ery-Tab | 500 mg | 100 | 00074-6321-13 | N/A | 1141381 | 000949 | $ 1.94 | $ 16.07 |
| Ery DR Cap | 250 mg | 100 | 00074-6301-13 | ERYC | 1422716 | 498483 | $ 2.5 | $ 9.88 |
| Ery DR Cap | 250 mg | 500 | 00074-6301-53 | ERYC | 1422724 | 498491 | $ 12.94 | $ 46.88 |
| Ery Stearate | 250 mg | 100 | 00074-6346-20 | Erythromycin ST | 1215482 | 000914 | $ 1.04 | $ 6.56 |
| Ery Stearate | 250 mg | 500 | 00074-6346-53 | Erythromycin ST | 1139450 | 000795 | $ 5.02 | $ 31.89 |
| Ery Stearate | 250 mg | 1000 | 00074-6346-19 | Erythromycin ST | 1410224 | 826898 | $ 9.75 | $ 61.79 |
| Ery Stearate | 500 mg | 100 | 00074-6316-13 | N/A | 2307908 | 000817 | $ 2.01 | $ 12.78 |

### Ery-Tab Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Ery-Tab 333 mg tablet | 100 | $35.98 | $12.51 | $31.66 | $11.20 | $20.46 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| E-Mycin 333 mg Tablet | 100 | $50.85 | $29.04 | $44.75 | $29.62 | $15.13 |

CH 055679

Car.Hlth/SLB 0685106                Car.Suf.Co. 0616187



Manufacturer: **Abbott Laboratories**
Savings: **Up to 16% Off Invoice**

Effective: 7-1-97 - 6-30-01

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Net Sell |
|---|---|---|---|---|---|---|---|---|
| Eryth/sulfisoxazole | | 200 mL | 00074-7156-53 | N/A | 2391746 | 081558 | $ 1.33 | $ 6.83 |
| Eryth/sulfisoxazole | | 100 mL | 00074-7156-13 | N/A | 2391720 | 081400 | $ 0.43 | $ 3.65 |
| Eryth/sulfisoxazole | | 150 mL | 00074-7156-43 | N/A | 2391738 | 081450 | $ 1.00 | $ 5.12 |
| Pediazole | Suspension | 100 mL | 00074-8030-13 | N/A | 1356427 | 234249 | $ | $ 9.92 |
| Pediazole | Suspension | 150 mL | 00074-8030-43 | N/A | 1145036 | 001694 | $ | $ 14.80 |
| Pediazole | Suspension | 200 mL | 00074-8030-53 | N/A | 1356450 | 001678 | $ | $ 19.47 |
| Pediazole | Suspension | 250 mL | 00074-8030-73 | N/A | 1737386 | 648590 | $ | $ 23.98 |

Purchase these Abbott products at a significant discount off of normal prices.

CH 055680

Car.Hlth/SLB 0685107            Car.Suf.Co. 0616188



Manufacturer: **Becton Dickinson**  
Savings: **Up to 7% Off Invoice**

Effective: 1-1-99 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | C&S Savings | Net Sell |
|---|---|---|---|---|---|---|---|---|
| Lo-Dose | N/A | U-100 | 08290-3284-65 | N/A | 1152388 | 317322 | $ 1.41 | $ 18.45 |
| Lo-Dose | N/A | 28/1 cc | 08290-3284-10 | N/A | 1152669 | 012955 | $ 1.41 | $ 18.45 |
| Lo-Dose | N/A | 3/10cc | 08290-3284-30 | N/A | 1464197 | 559202 | $ 1.41 | $ 18.45 |
| Ultrafine | N/A | 1 ml | 08290-3284-11 | N/A | 1860949 | 719099 | $ 1.51 | $ 19.88 |
| Ultrafine | N/A | .5 ml | 08290-3284-66 | N/A | 1860956 | 719102 | $ 1.51 | $ 19.88 |
| Ultrafine | N/A | .3 ml | 08290-3284-31 | N/A | 1860964 | 719110 | $ 1.51 | $ 19.88 |
| Ultrafine II Short Needle | N/A | .5 cc | 08290-3284-68 | N/A | 2487239 | 433306 | $ 0.53 | $ 20.87 |
| Ultrafine II Short Needle | N/A | .3 cc | 08290-3284-38 | N/A | 2487247 | 433608 | $ 0.53 | $ 20.87 |
| Ultrafine II SY | N/A | 1 cc | 08290-3284-18 | N/A | 2561066 | 256106 | $ 0.53 | $ 20.87 |

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Lo-Dose Syringes | 100 | $21.47 | $18.81 | $18.89 | $18.45 | |

**Lo-Dose Example:**  
Purchase products at a significant discount off of normal prices.

CH 055681

Car.Hlth/SLB 0685108    Car.Suf.Co. 0616189



Manufacturer: **Blansett Pharmacal Co.**  
Savings: **Up to 8% Rebate**

Effective: 1-1-99 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Prolex DH | NA | 480 ml | 51674-0012-07 | Entuss, Protuss | 2135465 | 870161 |

| Market Share | Rebate |
|---|---|
| 36.5% - 41.4% | 2% |
| 41.5% - 46.4% | 4% |
| 46.5% - 51.4% | 6% |
| ≥ 51.5% | 8% |

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Prolex DH | 480 ml | $36.24 | $29.00 | $31.89 | $27.26 | |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Entuss Ex | 480 ml | $46.10 | $36.88 | $40.57 | $37.62 | $2.95 |

**Prolex DH Example:**
Receive an 8% rebate on all purchases of Prolex DH if market share of 51.5% or greater is achieved. Rebates are calculated on an individual store basis.

** Contract net sell after rebate if an 8% rebate is earned.



6



Manufacturer: **Braintree Laboratories**  
Savings: **Up to 10% Rebate**

Effective: 1-1-99 - 9-30-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| GoLytely PW | | 1Pk | 52268-0700-01 | Colyte, Peg 3350 | 1443977 | 816965 |
| GoLytely SL | 4000 ml | EA | 52268-0100-01 | Colyte, Peg 3350 | 1367101 | 119636 |
| GoLytely SL Pineapple | 4001 ml | EA | 52268-0101-01 | Colyte, Peg 3351 | 2878080 | 287808 |
| NuLytely Oral SL | .4/ltr | EA | 52268-0300-01 | Colyte, Peg 3350 | 1196658 | 735370 |
| NuLytely SL Cherry | 4000 ml | EA | 52268-0301-01 | Colyte, Peg 3350 | 2284115 | 956775 |
| NuLytely SL Lemon Lime | 4001 ml | EA | 52268-0302-01 | Colyte, Peg 3351 | 2878072 | 287807 |

| Market Share Increase Over Baseline | Rebate Payout |
|---|---|
| 1% - 3.4% | 2% |
| 3.5% - 6.4% | 4% |
| 6.5% - 10.4% | 6% |
| 10.5% - 14.4% | 8% |
| > 14.5% | 10% |

### GoLytely Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| GoLytely SL | 4000ml | $14.82 | $12.35 | $13.04 | $11.36 | |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Colyte | 4000ml | $15.40 | $12.32 | $13.55 | $12.57 | 0.98 |

**GoLytely Example:**
Receive a 10% rebate on all purchases of the above listed products if market share is increased 14.5% over baseline of 2Q98.
Rebates are calculated on Leader as a group.
2Q98 baseline market share was 55.92%

** Contract net sell after rebate if a 10% rebate is earned.

July - September 1999

7

CH 055683

Car.Hlth/SLB 0685110          Car.Suf.Co. 0616191



Manufacturer: **Colgate Oral Pharmaceuticals**  Effective: 1-1-99 - 12-31-99
Savings: **10% Off Invoice and up to 14% Rebate**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| PerioGard | N/A | 480ml | 00126-0271-16 | Peridex | 2063006 | 889687 | 0.51 | $ 4.59 |

### Key Facts:
- PerioGard is AT rated to Peridex.
- Offers convenient single-unit package with dose cup.
- PerioGard increases profits *and* saves your patients money.

### PerioGard Profit Analysis:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| PerioGard | 480ml | $10.40 | $5.00 | $9.15 | $4.59 | $1.55 |

| Market Share | Rebate |
|---|---|
| 15.0% - 25.% | 2% |
| 25.1% - 37.0% | 4% |
| 37.1% - 50.0% | 7% |
| 50.1% - 65.0% | 10% |
| 65.1% - 80.0% | 12% |
| ≥ 80.1% | 14% |

### PerioGard Example:
Receive 10% off invoice on all purchases of PerioGard and earn an additional 14% rebate if Leader achieves a market share greater than 80.1%.

### Pharmacist Action Steps:
Dispense PerioGard as the preferred brand of chlorhexidine therapy.
PerioGard has the highest rating of topical products, AT, which can be fully substitutable for Peridex.

Rebates are calculated on Leader as a group.

CH 055684

Car.Hlth/SLB 0685111    Car.Suf.Co. 0616192



Manufacturer: **Digestive Care**
Savings: **5% Off Invoice**

Effective: 1-1-99 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Pancrecarb | MS-8 | 100 | 59767-0001-01 | Creon, Pancrease | 2753820 | 275382 | | $ 82.89 |

## Key Facts:
- Pancrecarb provides optimized levels of pancreatic enzymes by creating a micro-environment in the pH range of 8.5 to 9.5 which allows for increased digestion of fats and lipids. The increased absorption of fats and nutrients yields gains in weight and height.
- Pancrecarb microspheres are formulated through a patented process that combines enteric coating along with bicarbonate.
- The high level of enzyme efficiency allows for, in most situations, a greatly reduced dosage (typically 50%) of lipase.
- Some patients can be weaned off of H2 blockers after a short period of time.

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Pancrecarb | MS-8 | $106.80 | $85.45 | $93.98 | $82.89 | $11.09 |

**Pancrecarb Example:**
Receive 5% off invoice on all purchases of Pancrecarb.

## Pharmacist Action Steps:
Dispense Pancrecarb for the treatment of pancreatic insufficiency associated with Cystic Fibrosis.

July - September 1999

9

CH 055685

Car.Hlth/SLB 0685112          Car.Suf.Co. 0616193



Manufacturer: **Ferring Pharmaceuticals, Inc.**  Effective: New Agreement Under Negotiation
Savings: **3% Off Invoice**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Savings | Net Sell |
|---|---|---|---|---|---|---|---|---|
| Desmopressin Acetate Rhinal Tube | .1 mg | 2.5mL | 55566-5020-01 | DDAVP | 1012962 | 876240 | | $ 44.50 |

### Key Facts:
- Ferring manufactures all of the Desmopressin Acetate used in the United States.
- Both products are manufactured by Ferring Laboratories to the exact same specifications and quality control, under the same NDA.

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Ferring Desmopressin Acetate Rhinal Tube 0.01% Nasal Solution | 2.5mL | $61.80 | $44.95 | $54.38 | $44.50 | |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| DDAVP Rhinal Tube (Desmopressin Acetate) 0.01% Nasal Solution | 2.5 mL | $76.43 | $61.14 | $67.26 | $62.36 | $4.90 |

### Pharmacist Action Steps:
Work with physician to ensure Desmopressin Acetate is dispensed.

CH 055686

Car.Hlth/SLB 0685113                              Car.Suf.Co. 0616194