# ANDERSON EXHIBIT 18D




Manufacturer: **Forest Pharmaceuticals**

Effective: 1-1-99 - 12-31-99

Savings: **Up to 12% Rebate on Tiazac**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| *Tiazac | 120 mg | 30 | 00456-2612-30 | Dilacor XR and Cardizem CD | 2546778 | 254677 |
| *Tiazac | 180 mg | 30 | 00456-2613-30 | Dilacor XR and Cardizem CD | 2546786 | 254678 |
| *Tiazac | 240 mg | 30 | 00456-2614-30 | Dilacor XR and Cardizem CD | 2546794 | 254679 |
| *Tiazac | 300 mg | 30 | 00456-2615-30 | No competitive strength available | 2546802 | 254680 |
| *Tiazac | 360 mg | 30 | 00456-2616-30 | No competitive strength available | 2546810 | 010166 |

| Market Share | Rebate |
|---|---|
| 10.0% - 14.9% | 3% |
| 15.0% - 19.9% | 6% |
| 20.0% - 24.9% | 8% |
| 25.0% - 29.9% | 10% |
| > 29.9% | 12% |

## Key Facts:

- Widest range of once-daily diltiazem single capsule dosage strengths.
- Smallest once-daily diltiazem capsule sizes for ease of administration.

### Tiazac Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Tiazac 240 mg Capsule | 90 | $133.15 | $109.14 | $117.17 | $98.22 | $18.95 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Cardizem CD 240 mg Capsule | 90 | $178.92 | $149.10 | $157.45 | $152.08 | $5.37 |

## Pharmacist Action Steps:

Tiazac, Cardizem CD and Dilacor XR are BC rated: Work with physician to ensure the preferred product is dispensed.

* If you are a member of Cardinal Health's Profit Pak program, this product will be filled as a Profit Pak item.
** Contract net sell after rebate if a 12% rebate is earned.

Rebates are calculated on Leader as a group.



CH 055687

Car.Hlth/SLB 0685114

Car.Suf.Co. 0616195




Manufacturer: **Forest Pharmaceuticals (Continued)**

Savings: **Up to 12% Rebate on Tiazac**

Effective: 1-1-99 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Tiazac | 120 mg | 90 | 00456-2612-90 | Dilacor XR and Cardizem CD | 2413086 | 178578 |
| Tiazac | 180 mg | 90 | 00456-2613-90 | Dilacor XR and Cardizem CD | 2413094 | 178624 |
| Tiazac | 240 mg | 90 | 00456-2614-90 | Dilacor XR and Cardizem CD | 2413102 | 178918 |
| Tiazac | 300 mg | 90 | 00456-2615-90 | No competitive strength available | 2413110 | 178934 |
| Tiazac | 360 mg | 90 | 00456-2616-90 | No competitive strength available | 2413128 | 178086 |

| Market Share | Rebate |
|---|---|
| 10.0% - 14.9% | 3% |
| 15.0% - 19.9% | 6% |
| 20.0% - 24.9% | 8% |
| 25.0% - 29.9% | 10% |
| > 29.9% | 12% |

## Key Facts:

- Widest range of once-daily diltiazem single capsule dosage strengths.
- Smallest once-daily diltiazem capsule sizes for ease of administration.

### Tiazac Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Tiazac 240 mg Capsule | 90 | $133.15 | $109.14 | $117.17 | $98.22 | $18.95 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Cardizem CD 240 mg Capsule | 90 | $178.92 | $149.10 | $157.45 | $152.08 | $5.37 |

## Pharmacist Action Steps:

Tiazac, Cardizem CD and Dilacor XR are BC rated: Work with physician to ensure the preferred product is dispensed.

** Contract net sell after rebate if a 12% rebate is earned.

Rebates are calculated on Leader as a group.




Manufacturer: **Forest Pharmaceuticals**

Savings: **20% Rebate on Levothroid**

Effective: 7-1-97 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Levothroid Tablet | .025 mg | 100 | 00456-0320-01 | Synthroid | 1314186 | 090093 |
| *Levothroid Tablet | .05 mg | 100 | 00456-0321-01 | Synthroid | 1314194 | 009123 |
| Levothroid Tablet | .075 mg | 100 | 00456-0322-01 | Synthroid | 1005537 | 297674 |
| *Levothroid Tablet | .1 mg | 100 | 00456-0323-01 | Synthroid | 1314202 | 090166 |
| Levothroid Tablet | .125 mg | 100 | 00456-0324-01 | Synthroid | 1237916 | 090182 |
| *Levothroid Tablet | .15 mg | 100 | 00456-0325-01 | Synthroid | 1057868 | 090212 |

## Key Facts:

- The 0.137 mg strength is not offered by Knoll for Synthroid.
- Levothroid has less excipients in their tablets which could be beneficial to those with allergy problems to Synthroid.
- Although these products are not AB rated, they have been studied and found to be therapeutically interchangeable.

## Levothroid Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Levothroid 0.15 mg | 100 | $19.18 | $10.55 | $16.88 | $8.65 | $8.23 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Synthroid 0.15 mg | 100 | $29.58 | $24.65 | $26.03 | $25.14 | $0.89 |

**Levothroid Example:**
Receive 20% rebate on all purchases of the above listed Levothroid SKU's.

* If you are a member of Cardinal Health's Profit Pak program, this product will be filled as a Profit Pak item.
** Contract net sell after rebate.



CH 055689

Car.Hlth/SLB 0685116

Car.Suf.Co. 0616197




Manufacturer: **Forest Pharmaceuticals (Continued)**

Effective: 7-1-97 - 12-31-99

Savings: **20% Rebate on Levothroid**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Levothroid Tablet | .175 mg | 100 | 00456-0326-01 | Synthroid | 1291590 | 090239 |
| *Levothroid Tablet | .2 mg | 100 | 00456-0327-01 | Synthroid | 1314210 | 090255 |
| Levothroid Tablet | .3 mg | 100 | 00456-0328-01 | Synthroid | 1314228 | 243094 |
| *Levothroid Tablet | .112 mg | 100 | 00456-0330-01 | Synthroid | 1635523 | 855901 |
| Levothroid Tablet | .137 mg | 100 | 00456-0331-01 | Synthroid | 1914258 | 862908 |
| *Levothroid Tablet | .088 mg | 100 | 00456-0329-01 | Synthroid | 1633478 | 855898 |

## Key Facts:

- The 0.137 mg strength is not offered by Knoll for Synthroid.
- Levothroid has less excipients in their tablets which could be beneficial to those with allergy problems to Synthroid.
- Although these products are not AB rated, they have been studied and found to be therapeutically interchangeable.

### Levothroid Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Levothroid 0.15 mg | 100 | $19.18 | $10.55 | $16.88 | $8.65 | $8.23 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Synthroid 0.15 mg | 100 | $29.58 | $24.65 | $26.03 | $25.14 | $0.89 |

**Levothroid Example:**
Receive 20% rebate on all purchases of the above listed Levothroid SKU's.

* If you are a member of Cardinal Health's Profit Pak program, this product will be filled as a Profit Pak item.
** Contract net sell after rebate.



CH 055690

Car.Hlth/SLB 0685117

Car.Suf.Co. 0616198




Manufacturer: **Glaxo Wellcome**

Savings: **Up to 20% Rebate**

Effective: 7-1-99 - 3-31-00

| Item Description | Strength | Size | NDC# | Compared to: | CIN # | DP# |
|---|---|---|---|---|---|---|
| Flonase Nasal Spray | 0.05% | 120 dose | 00173-0453-01 | Allergic Rhinitis Nasal Inhalers | 2278182 | 950262 |
| Flovent Inhalation Aerosol | 110 mcg | 120 dose | 00173-0494-00 | Asthma Anti-inflammatory | 2478766 | 393355 |
| Flovent Inhalation Aerosol | 220 mcg | 120 dose | 00173-0495-00 | Asthma Anti-inflammatory | 2478774 | 393363 |
| Flovent Inhalation Aerosol | 44 mcg | 120 dose | 00173-0491-00 | Asthma Anti-inflammatory | 2478758 | 393339 |
| Flovent Rotadisk | 50 mcg | | 00173-0511-00 | Asthma Anti-inflammatory | 2745156 | 274515 |
| Flovent Rotadisk | 100 mcg | | 00173-0509-00 | Asthma Anti-inflammatory | 2745164 | 274516 |
| Flovent Rotadisk | 250 mcg | | 00173-0504-00 | Asthma Anti-inflammatory | 2745172 | 274517 |
| Imitrex Nasal Spray | 20 mg | | 00173-0523-00 | Migraine Treatments | 2606838 | 260683 |
| Imitrex Nasal Spray | 5 mg | | 00173-0524-00 | Migraine Treatments | 2606846 | 260684 |
| Imitrex Tablets | 25mg | 9 | 00173-0460-02 | Migraine Treatments | 2378453 | 921882 |
| Imitrex Tablets | 50mg | 9 | 00173-0459-00 | Migraine Treatments | 2378446 | 921890 |

| Flonase Growth Over Baseline | Rebate |
|---|---|
| 0.50% - 1.49% | 1.0% |
| 1.50% - 2.79% | 4.0% |
| 2.80% - 3.99% | 8.0% |
| 4.00% - 6.79% | 11.0% |
| ≥ 6.80% | 20.0% |

| Flovent Growth Over Baseline | Rebate |
|---|---|
| 0.33% - 0.99% | 1.0% |
| 1.00% - 1.99% | 2.8% |
| 2.00% - 2.99% | 4.0% |
| 3.00% - 3.99% | 7.0% |
| ≥ 4.00% | 9.0% |

| Imitrex Nasal Spray Growth Over Baseline | Rebate |
|---|---|
| 1.50% - 2.99% | 3.0% |
| 3.00% - 4.49% | 4.0% |
| 4.50% - 5.99% | 5.0% |
| ≥ 6.00% | 6.0% |

| Imitrex Tablets Growth Over Baseline | Rebate |
|---|---|
| 1.00% - 1.99% | 0.25% |
| 2.00% - 3.99% | 0.50% |
| 4.00% - 5.99% | 1.00% |
| 6.00% - 7.99% | 1.50% |
| ≥ 8.0% | 2.00% |

**This contract is being tracked by NDC.**
All Leader members must fill out the sign up sheet on the next page.

**Rebates are calculated on Leader as a group.**
**Products and tiers subject to change.**



CH 055691

Car.Hlth/SLB 0685118

Car.Suf.Co. 0616199




Manufacturer: **Glaxo Wellcome**

Savings: **Up to 20% Rebate**

Effective: 7-1-99 - 3-31-00

| Item Description | Strength | Size | NDC# | Compared to: | CIN # | DP# |
|---|---|---|---|---|---|---|
| Wellbutrin SR | 100 mg | 60 | 00173-0947-55 | Treatment of Depression | 2522589 | 519936 |
| Wellbutrin SR | 150 mg | 60 | 00173-0135-55 | Treatment of Depression | 2522571 | 519332 |
| Serevent Inhalation Aerosol | 21mcg/act | | 00173-0464-00 | Inhaled Bronchodilators | 2087146 | 891380 |
| Serevent Inhalation Aerosol Refill | 21mcg/act | | 00173-0465-00 | Inhaled Bronchodilators | 2087120 | 891398 |
| Serevent Diskus Inahalation Powder | | 60 | 00173-0521-00 | Inhaled Bronchodilators | 2711919 | 271191 |

| Wellbutrin SR Growth Over Baseline | Rebate |
|---|---|
| 0.5% - 0.9% | 3.00% |
| 1.0% - 1.4% | 4.00% |
| 1.5% - 1.9% | 5.00% |
| ≥2.0% | 6.00% |

| Serevent Aerosol Growth Over Baseline | Rebate |
|---|---|
| 0.50% - 0.99% | 1.00% |
| 1.00% - 1.49% | 2.00% |
| 1.50% - 1.99% | 3.00% |
| 2.00% - 2.49% | 5.00% |
| ≥2.50% | 6.00% |

| Serevent Diskus Growth Over Baseline | Rebate |
|---|---|
| 0.50% - 0.99% | 2.00% |
| 1.00% - 1.49% | 3.00% |
| 1.50% - 1.99% | 4.00% |
| 2.00% - 2.49% | 6.00% |
| ≥2.50% | 8.00% |

**This contract is being tracked by NDC.**
All Leader members must fill out the sign up sheet on the next page.

**Rebates are calculated on Leader as a group.**
**Products and tiers subject to change.**



CH 055692

Car.Hlth/SLB 0685119

Car.Suf.Co. 0616200




**EXHIBIT E**

**AGREEMENT FOR PHARMACY INCLUSION IN GLAXO WELLCOME'S PERFORMANCE REBATE AGREEMENT**

The party below hereby certifies that it wishes to access the Glaxo Wellcome Performance Rebate Agreement through the below-named Participant. For the purposes of the Glaxo Wellcome Rebate Agreement, the party below understands and certifies that it is only affiliated with the below-named contract holder.

The party below understands that this affiliation may be changed, but will require notification to the below named group in writing and by signing an agreement with the new contract holder. This notification must also be sent to Glaxo Wellcome.

Please complete the following: (Please Print)

Pharmacy NABP number (must be 7 digits) _ _ _ _ _ _ _
Data Vendor: ______________________
Pharmacy Name: ______________________
DBA: ______________________
Address: ______________________
City: ______________ St: ________ ZIP: ________
Phone Number: ____________ Contact Person: ____________
Authorized Signature: ______________________
Printed Name of above: ______________________
Effective Date: ______________________

Contract Holder Name: Cardinal Distribution

Contract Holder Authorized Signature: ______________________

Printed Name of Above: Craig Cowman, VP, Rx Product Management

Effective Date: ______________________

( Fax to: Cardinal Health Attn: Elisabeth Grunwald 614-757-8228 or mail to: Cardinal Distribution, 7000 Cardinal Place, Dublin, OH 43017 Attn: Elisabeth Grunwald )



CH 055693

Car.Hlth/SLB 0685120

Car.Suf.Co. 0616201




Manufacturer: **Glenwood**

Savings: **5% Rebate**

Effective: New Agreement Under Negotiation

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| *Yocon | 5.4 mg | 100 | 53159-0001-01 | Caverject | 1305671 | 451223 |

## Yocon Profit Analysis:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Yocon 5.4 mg Tablets | 100 | $55.64 | $37.88 | $48.96 | $36.75 | $12.21 |

**Yocon Example:**
A 5% rebate will be given on all purchases of Yocon 5.4 mg.

*If you are a member of Cardinal Health's Profit Pak program, this product will be filled as a Profit Pak item.
** Contract net sell after rebate.



CH 055694

Car.Hlth/SLB 0685121

Car.Suf.Co. 0616202




Manufacturer: **Horizon Pharmaceutical Corporation**

Effective: 5-1-98 - 4-30-00

Savings: **Save 5% Off Invoice and up to 4% Rebate**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cost Savings | Net Sell |
|---|---|---|---|---|---|---|---|---|
| Zoto HC | | 10 ml | 59630-0135-01 | Cortane | 2191401 | 971901 | $ [illegible] | $ 12.38 |

## Key Facts:

- Indicated for swimmer's ear.
- Contains a germicide effective against gram-negative and gram-positive bacteria, plus fungus and yeast.
- Contains an anti-inflammatory.
- Added benefit of the topical anesthetic pramoxine.

### Zoto HC Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Zoto HC | N/A | $15.95 | $12.76 | $14.04 | $12.38 | [illegible] |

| Competitive Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Cortane-B | N/A | $15.95 | $12.76 | $14.04 | $13.02 | $1.02 |

**Zoto HC Example:**

Receive 5% off invoice on all purchases of Zoto HC 10 mL and up to a 4% rebate if a 41% market share is attained.

| Market Share | Rebate |
|---|---|
| 58% - 60% | 1% |
| 61% - 64% | 2% |
| 65% - 69% | 3% |
| ≥ 69.5% | 4% |

** Contract net sell after 5% off invoice and 4% rebate.
Rebates will be calculated on an individual store basis.



CH 055695

Car.Hlth/SLB 0685122 Car.Suf.Co. 0616203




Manufacturer: **Horizon Pharmaceutical Corporation**

Savings: **Save 3% Off Invoice**

Effective: 2-1-99 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Net Sell |
|---|---|---|---|---|---|---|---|---|
| Zebutal | 50/500/40mg | 100 | 59630-0170-10 | Esgic | 2831972 | 283197 | $ 1.65 | $ 54.45 |

## Key Facts:

- Indicated for tension headaches.
- AB rated to Esgic Plus Caps.
- Brand name product with a generic price.

### Zebutal Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Zebutal | 100 | $68.75 | $55.00 | $60.50 | $54.45 | $6.05 |

| Competitive Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Esgic | 100 | $115.64 | $96.37 | $101.76 | $98.30 | $3.47 |

**Zoto HC Example:**
Receive 3% off invoice on all purchases of Zebutal.

** Contract net sell after 3% off invoice.



CH 055696

Car.Hlth/SLB 0685123

Car.Suf.Co. 0616204




Manufacturer: **Kerr**

Savings: **10% Rebate**

Effective: 1-1-99 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|

Complete line of Prescription Container items.

**Rebate Offer:**
Purchase products at regular prices and receive a 10% rebate.