**ANDERSON EXHIBIT 18E**




Manufacturer: **Mallinckrodt Chemical**  
Savings: **15% Rebate**

Effective: 7-1-97 - 6-30-00

| Item Description | Strength | Size | NDC# | Compared to: | CIN # | DP# |
|---|---|---|---|---|---|---|
| *Anexsia Tab | 7.5mg/650m | 100 | 00406-5362-01 | Vicodin and Lortab | 2434496 | 255572 |
| Anexsia Tab | 7.5mg/650m | 500 | 00406-5362-05 | Vicodin and Lortab | 2425411 | 245011 |
| Anexsia Tab | 5mg/500mg | 100 | 00406-5361-01 | Vicodin and Lortab | 2425403 | 244988 |
| Anexsia Tab | 5mg/500mg | 500 | 00406-5361-05 | Vicodin and Lortab | 2448710 | 299952 |

### Key Facts:
- Anexsia tablets are AA rated.
- Anexsia is available in the same dosage strengths as Lorcet Plus, Vicodin and Lortab 5/500.

### Anexsia Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Anexsia 5/500 mg | 100 | $45.18 | $33.44 | $39.76 | $29.09 | $10.67 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Vicodin 5/500 mg | 100 | $43.02 | $37.36 | $37.86 | $38.11 | $5.35 |
| Lortab 5/500 mg | 100 | $67.86 | $52.93 | $59.72 | $53.99 | $5.73 |

**Anexsia Example:**  
Leader stores will receive a 15% rebate on purchases of Anexsia tablets.

### Pharmacist Action Steps:
- Work with local physicians to convert Lorcet Plus, Vicodin and Lortab DAW prescriptions to the same Anexsia strength and increase your profits per bottle.
- Discuss the benefits of Anexsia with your patients who want a branded Hydrocodone/APAP tablet, then phone the physician to change the prescription.

*If you are a member of Cardinal Health's Profit Pak program, this product will be filled as a Profit Pak item.  
** Contract net sell after rebate.



Manufacturer: **Medicis**  
Savings: **Up to 8% Rebate**

Effective: 1-1-99 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Dynacin Caps | 50 mg | 100 | 99207-0497-10 | Minocin & Vectrin | 1122506 | 805475 |
| Dynacin Caps | 50 mg | 500 | 99207-0497-05 | Minocin & Vectrin | 2199073 | 918997 |
| Dynacin Caps | 100 mg | 50 | 99207-0498-50 | Minocin & Vectrin | 1122514 | 805483 |
| Dynacin Caps | 100 mg | 500 | 99207-0498-05 | Minocin & Vectrin | 2199081 | 918989 |

### Key Facts:
- Significantly less expensive than Minocin - approximately 33 - 36% less!
- Dynacin is the number one brand of minocycline prescribed by dermatologists.
- Dynacin, Minocin and Vectrin are all AB rated.

### Dynacin Profit Analysis vs. Competitive Item:

| Preferred Product (in bold) | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| **Dynacin 50 mg** | 100 | $ 145.00 | $ 99.90 | $ 127.60 | $ 93.90 | |
| Minocin 50 mg | 100 | $ 189.06 | $ 151.25 | $ 166.37 | $ 154.28 | $12.09 |
| Vectrin 50 mg | 100 | $ 145.00 | $ 108.75 | $ 127.60 | $ 102.23 | $16.67 |

| Preferred Product (in bold) | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| **Dynacin 100 mg** | 50 | $ 125.00 | $ 87.55 | $ 110.00 | $ 82.30 | |
| Minocin 100 mg | 50 | $ 157.48 | $ 125.98 | $ 138.58 | $ 128.50 | $10.08 |
| Vectrin 100 mg | 50 | $ 125.00 | $ 93.75 | $ 110.00 | $ 95.63 | $14.37 |

| Dynacin Market Share | Rebate % |
|---|---|
| 52% - 56% | 2% |
| 57% - 61% | 3% |
| 62% - 66% | 5% |
| ≥ 67 | 8% |

### Pharmacist Action Steps:
- Work with local physicians to convert Minocin DAW and Vectrin DAW prescriptions to Dynacin and increase your profits 35% - 60% per bottle!
- Discuss the benefits of Dynacin with your patients who want a branded minocycline, then phone the physician to change the prescription.

** Contract net sell after rebate, if an 8% rebate is achieved.

Rebates are calculated on Leader as a whole.

CH 055699

Car.Hlth/SLB 0685126                    Car.Suf.Co. 0616207



Manufacturer: **Ortho Biotech, Inc.**  
Savings: **2% Rebate**

Effective: 1-1-99 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Procrit | 10mUn/mL | 6s | 59676-0310-01 | Epogen | 1889047 | 719960 |
| Procrit | 10mUn/mL | 25s | 59676-0310-02 | Epogen | 1910512 | 858307 |
| Procrit | 2mUn/mL | 6s | 59676-0302-01 | Epogen | 1889013 | 719935 |
| Procrit | 2mUn/mL | 25s | 59676-0302-02 | Epogen | 1950286 | 866083 |
| Procrit | 3mUn/mL | 6s | 59676-0303-01 | Epogen | 1889021 | 719943 |
| Procrit | 3mUn/mL | 25s | 59676-0303-02 | Epogen | 1910538 | 858323 |

### Key Facts:
- Procrit offers three convenient, efficient and space-saving packaging options.
- Pharmacists, use the valuable support services offered by Ortho Biotech for your Procrit patients (see below).

### Procrit Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Procrit | 10mUn/mL | $120.00 | $100.00 | $105.60 | $100.00 | $5.60 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Epogen | 10mUn/mL | $120.00 | $100.00 | $105.60 | $102.00 | $3.60 |

**Procrit Example:**  
A 2% rebate will be given on all purchases of Procrit if an 80% monthly market share for Leader as a whole is attained.

**Call 1-800-PROCRIT to receive the following FREE from Ortho Biotech\*\*\*:**

\*\*\* For Non-Dialysis Indications

Patient Education materials about Procrit  
Procrit Starter Kits  
Sharps Containers for proper needle disposal

\*\* Contract net sell after rebate.  
Rebates are calculated on Leader as a group.

CH 055700

Car.Hlth/SLB 0685127   Car.Suf.Co. 0616208



Manufacturer: **Ortho Biotech, Inc. (Continued)**  
Savings: **2% Rebate**

Effective: 1-1-99 -12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Procrit | 4mUn/mL | 6s | 59676-0304-01 | Epogen | 1889039 | 719951 |
| Procrit | 4mUn/mL | 25s | 59676-0304-02 | Epogen | 1910520 | 858315 |
| Procrit | 20mUn/mL | 6s | 59676-0312-01 | Epogen | 2278216 | 950033 |
| Procrit | 20mUn/mL | 25s | 59676-0320-01 | Epogen | 2544088 | 254408 |
| Procrit | 4mUn/mL | 4's | 59676-0340-01 | Epogen | 2838514 | 077733 |

**Key Facts:**
- Procrit offers three convenient, efficient and space-saving packaging options.
- Pharmacists, use the valuable support services offered by Ortho Biotech for your procrit patients (see below).

**Procrit Profit Analysis vs. Competitive Item:**

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Procrit | 10mUn/mL | $120.00 | $100.00 | $105.60 | $100.00 | $5.60 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Epogen | 10mUn/mL | $120.00 | $100.00 | $105.60 | $102.00 | $3.60 |

**Procrit Example:**
A 2% rebate will be given on all purchases of Procrit if an 80% monthly market share for Leader as a whole is attained.

**Call 1-800-PROCRIT to receive the following FREE from Ortho Biotech\*\*\*:**

\*\*\* For Non-Dialysis Indications

Patient Education materials about Procrit  
Procrit Starter Kits  
Sharps Containers for proper needle disposal

\*\* Contract net sell after rebate.  
Rebates are calculated on Leader as a group.

July - September 1999

25

CH 055701

Car.Hlth/SLB 0685128          Car.Suf.Co. 0616209



Manufacturer: **Pfizer**  
Savings: **Save up to 9% on Norvasc**

Effective: 4-1-98 to 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Norvasc | 10 mg | 90 | 00069-1540-68 | Calcium Channel Blockers | 2552560 | 255256 |
| Norvasc | 10 mg | 100 UD | 00069-1540-41 | Calcium Channel Blockers | 1671320 | 858889 |
| Norvasc | 2.5 mg | 90 | 00069-1520-68 | Calcium Channel Blockers | 2552545 | 010228 |
| *Norvasc | 5 mg | 90 | 00069-1530-68 | Calcium Channel Blockers | 2552552 | 255255 |
| Norvasc | 5 mg | 100 | 00069-1530-41 | Calcium Channel Blockers | 1671304 | 858870 |
| Norvasc | 5 mg | 300 | 00069-1530-72 | Calcium Channel Blockers | 1984707 | 873535 |

| Norvasc *Cash* Market Share | Rebate |
|---|---|
| < 25% Cash Market Share | 0.00% |
| 25% ≥ 26% Cash Market Share | 1.00% |
| 28% ≥ 29% Cash Market Share | 3.00% |
| 29% ≥ 30% Cash Market Share | 4.00% |
| 30% ≥ 31% Cash Market Share | 5.00% |
| 31% ≥ 33% Cash Market Share | 6.00% |
| 33% ≥ 34% Cash Market Share | 7.00% |
| 34% ≥ 35% Cash Market Share | 8.00% |
| 35% ≥ Cash Market Share | 9.00% |

\* If you are a member of Cardinal Health's Profit Pak program, this product will be filled as a Profit Pak item.

**This contract is being tracked by NDC.**
Rebates are calculated on Leader as a group.

CH 055702

Car.Hlth/SLB 0685129                    Car.Suf.Co. 0616210



Manufacturer: **Pfizer**  
Savings: **Save up to 9% on Cardura**  
Effective: 4-1-98 to 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Cardura | 1 mg | 100 | 00049-2750-66 | Alpha Blockers | 1858117 | 718955 |
| Cardura | 1 mg | 100 UD | 00049-2750-41 | Alpha Blockers | 2073138 | 891975 |
| Cardura | 2 mg | 100 | 00049-2760-66 | Alpha Blockers | 1858125 | 718963 |
| Cardura | 2 mg | 100 UD | 00049-2760-41 | Alpha Blockers | 2073146 | 891983 |
| Cardura | 4 mg | 100 | 00049-2770-66 | Alpha Blockers | 1858133 | 718971 |
| Cardura | 4 mg | 100 UD | 00049-2770-41 | Alpha Blockers | 2073153 | 718980 |
| Cardura | 8 mg | 100 | 00049-2780-66 | Alpha Blockers | 1858141 | 891991 |
| Cardura | 8 mg | 100 UD | 00049-2780-41 | Alpha Blockers | 2073179 | 892009 |

| Cardura *Cash* Market Share | Rebate |
|---|---|
| 43% ≥ 44% Cash Market Share | 1.00% |
| 44% ≥ 46% Cash Market Share | 2.00% |
| 46% ≥ 47% Cash Market Share | 3.00% |
| 47% ≥ 48% Cash Market Share | 4.00% |
| 48% ≥ 49% Cash Market Share | 5.00% |
| 49% ≥ 51% Cash Market Share | 6.00% |
| 51% ≥ 52% Cash Market Share | 7.00% |
| 52% ≥ 53% Cash Market Share | 8.00% |
| 53% ≥ Cash Market Share | 9.00% |

This contract is being tracked by NDC.

Car.Hlth/SLB 0685130     Car.Suf.Co. 0616211     CH 055703



**Manufacturer:** Pfizer  
**Savings:** Save up to 11% on Procardia XL  

**Effective:** 4-1-98 to 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Procardia XL | 30 mg | 100 UD | 00069-2650-41 | Calcium Channel Blockers | 1748706 | 651290 |
| Procardia XL | 30 mg | 100 | 00069-2650-41 | Calcium Channel Blockers | 1748714 | 651265 |
| Procardia XL | 30 mg | 300 | 00069-2650-72 | Calcium Channel Blockers | 1803170 | 672548 |
| Procardia XL | 30 mg | 5000 | 00069-2650-94 | Calcium Channel Blockers | 2117802 | 864170 |
| Procardia XL | 30 mg | 100 Repal | 00069-2650-66 | Calcium Channel Blockers | 1632249 | 901555 |
| Procardia XL | 60 mg | 100 UD | 00069-2660-41 | Calcium Channel Blockers | 1748698 | 651303 |
| Procardia XL | 60 mg | 100 | 00069-2660-66 | Calcium Channel Blockers | 1748722 | 651273 |
| Procardia XL | 60 mg | 300 | 00069-2660-72 | Calcium Channel Blockers | 1803162 | 672556 |
| Procardia XL | 60 mg | 5000 | 00069-2660-94 | Calcium Channel Blockers | 2117794 | 864188 |
| *Procardia XL | 60 mg | 100 | 00069-2660-66 | Calcium Channel Blockers | 1632348 | 901563 |
| Procardia XL | 90 mg | 100 | 00069-2670-66 | Calcium Channel Blockers | 1748730 | 651281 |

| Procardia XL *Cash* Market Share | Rebate |
|---|---|
| > 19% Cash Market Share | 0.00% |
| 19% ≥ 19.7% Cash Market Share | 2.00% |
| 19.7% ≥ 20.3% Cash Market Share | 3.00% |
| 20.3% ≥ 21% Cash Market Share | 4.00% |
| 21% ≥ 22% Cash Market Share | 5.00% |
| 22% ≥ 22.6% Cash Market Share | 6.00% |
| 22.6% ≥ 23.3% Cash Market Share | 7.00% |
| 23.3% ≥ 24% Cash Market Share | 8.00% |
| 24% ≥ 25% Cash Market Share | 9.00% |
| 25% ≥ Cash Market Share | 11.00% |

* If you are are member of Cardinal Health's Profit Pak program, this product will be filled as a Profit Pak item.

This contract is being tracked by NDC.

CH 055704

Car.Hlth/SLB 0685131          Car.Suf.Co. 0616212



Manufacturer: **Pfizer**  Effective: 4-1-98 to 12-31-99
Savings: **Save up to 9% on Zithromax**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Zithromax | 250 mg | 3 x 6 pk | 00069-3060-75 | Oral Suspension Antibiotics | 2574473 | 257447 |
| Zithromax | 250 mg | 30 | 00069-3060-30 | Oral Suspension Antibiotics | 2574457 | 257445 |
| Zithromax | 250 mg | 50 UD | 00069-3060-86 | Oral Suspension Antibiotics | 2574465 | 257446 |
| Zithromax | 600 mg | 30 | 00069-3080-30 | Oral Suspension Antibiotics | 2481265 | 407925 |
| Zithromax | 1 gm | 3 x 1 | 00069-3051-75 | Oral Suspension Antibiotics | 2372787 | 897850 |
| Zithromax | 1 gm | 10 x 1 | 00069-3051-07 | Oral Suspension Antibiotics | 2381986 | 897868 |
| Zithromax | 100 mg/5mL | 15 mL | 00069-3110-19 | Oral Suspension Antibiotics | 2403301 | 120421 |
| Zithromax | 200 mg/5mL | 15 mL | 00069-3120-19 | Oral Suspension Antibiotics | 2403319 | 120472 |
| Zithromax | 200 mg/5mL | 22.5 mL | 00069-3130-19 | Oral Suspension Antibiotics | 2403327 | 120898 |
| Zithromax | 200/5m | 30 mL | 00069-3140-19 | Oral Suspension Antibiotics | 2773338 | 369128 |

| Zithromax *Cash* Market Share | Rebate |
|---|---|
| > 8% Cash Market Share | 0.00% |
| 8% ≥ 8.4% Cash Market Share | 1.00% |
| 8.4% ≥ 9% Cash Market Share | 2.00% |
| 9% ≥ 9.4% Cash Market Share | 3.00% |
| 9.4% ≥ 10% Cash Market Share | 4.00% |
| 10% ≥ 10.4% Cash Market Share | 5.00% |
| 10.4% ≥ 11% Cash Market Share | 6.00% |
| 11% ≥ 11.4% Cash Market Share | 7.00% |
| 11.4% ≥ 12% Cash Market Share | 8.00% |
| 12% ≥ Cash Market Share | 9.00% |

This contract is being tracked by NDC.

July - September 1999

CH 055705
Car.Hlth/SLB 0685132     Car.Suf.Co. 0616213



**Manufacturer:** Pfizer  
**Savings:** Save up to 9% on Trovan

Effective: 1-1-99 to 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Trovan | 100 mg | 30 tb | 00049-3780-30 | Oral/Solid Powder Antibiotics | 2721660 | 272166 |
| Trovan | 100 mg | 40 ud | 00049-3780-43 | Oral/Solid Powder Antibiotics | 2721710 | 272171 |
| Trovan | 200 mg | 30 tb | 00049-3790-30 | Oral/Solid Powder Antibiotics | 2721678 | 076531 |
| Trovan | 200 mg | 40 ud | 00049-3790-43 | Oral/Solid Powder Antibiotics | 2721769 | 272176 |
| Trovan | 200 mg | 40 ml | 00049-3890-28 | Oral/Solid Powder Antibiotics | 2721785 | 272178 |
| Trovan | 300 mg | 60 ml | 00049-3900-28 | Oral/Solid Powder Antibiotics | 2721801 | 272180 |

| Trovan *Cash* Market Share | Rebate |
|---|---|
| > 6% Cash Market Share | 0.00% |
| 6% ≥ 6.5% Cash Market Share | 1.00% |
| 6.5% ≥ 7.5% Cash Market Share | 2.00% |
| 7.5 ≥ 7.5% Cash Market Share | 3.00% |
| 7.5% ≥ 8% Cash Market Share | 4.00% |
| 8% > 8.5% Cash Market Share | 5.00% |
| 8.5% ≥ 9% Cash Market Share | 6.00% |
| 9% ≥ 9.5% Cash Market Share | 7.00% |
| 9.5% ≥ 10% Cash Market Share | 8.00% |
| 10% ≥ Cash Market Share | 9.00% |

This contract is being tracked by NDC.

CH 055706  
Car.Hlth/SLB 0685133　　Car.Suf.Co. 0616214



Manufacturer: **R & D Laboratories**  
Savings: **15% Off Invoice**

Effective: 1-1-99 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Case Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Nephro-Vite Rx | | 100 | 54391-1002-01 | N/A | 1508613 | 731480 | 5.53 | $ 32.06 |
| Nephro-Vite Fe | 100 mg | 120 | 54391-2213-06 | N/A | 1935089 | 864960 | 9.74 | $ 56.46 |
| Nephr Amine Inj. | 5.40% | 250 mL | 54391-1909-55 | N/A | 1161520 | 538132 | 9.65 | $ 51.33 |
| Nephro-Vite+ Fe | 3x10UD | 30TB | 54391-2213-08 | N/A | 2588101 | 258810 | 2.55 | $ 14.79 |
| Nephro-Fer Rx | 3x10UD | 30TB | 54391-1313-08 | N/A | 2588119 | 258811 | 1.49 | $ 8.61 |

### Key Facts:

- Nephro-Vite Rx: This prescription strength renal vitamin supplies a full milligram of folic acid and 10 milligrams of $B_6$, in addition to the full complement of water soluble B and C vitamins, Nephro-Vite Rx remains the micronutrient replacement therapy of choice for most leading renal care professionals.

### Nephro-Vite Rx Profit Analysis:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Nephro-Vite Rx | NA | $51.59 | $36.85 | $45.40 | $32.06 | |

**Nephro-Vite Rx Example:**
Purchase products at a significant discount off of normal prices.

### Call 1-800-338-9066 to receive the following FREE from R&D Laboratories:

Patient and professional education information and materials.  
Patient starter packets.  
Technical inquiries.

July - September 1999

31

CH 055707

Car.Hlth/SLB 0685134         Car.Suf.Co. 0616215



Manufacturer: **Roxane Laboratories**
Savings: **Up to 12% Off Invoice**

Effective: 7-1-97 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Morphine Sulf Soln | 10 mg/5 mL | 100 | 00054-3785-49 | N/A | 1380450 | 217867 | $ 0.67 | $ 6.69 |
| Morphine Sulf Soln | 10 mg/5 mL | 500 | 00054-3785-63 | N/A | 1338094 | 070211 | $ 1.89 | $ 17.78 |
| Morphine Sulf Soln | 20 mg/5 mL | 100 | 00054-3786-49 | N/A | 1303692 | 347361 | $ 0.95 | $ 10.01 |
| Morphine Sulf Soln | 20 mg/5 mL | 500 | 00054-3786-63 | N/A | 1266436 | 241083 | $ 2.60 | $ 27.29 |
| Morphine Sulf Soln | 15 mg | 100 | 00054-4582-25 | N/A | 1286673 | 297402 | $ 0.92 | $ 9.70 |
| Morphine Sulf Soln | 30 mg | 100 | 00054-4583-25 | N/A | 1286780 | 297410 | $ 1.57 | $ 16.53 |
| Roxanol Oral Conc | 100 mg/5 mL | 540 | 00054-3751-58 | N/A | 1239938 | 360392 | $ 0.37 | $ 77.28 |
| Roxanol Oral Conc | 20 mg/mL | 30 mL | 00054-3751-44 | N/A | 1049675 | 070246 | $ 0.07 | $ 14.06 |
| Roxanol Oral Conc | 20 mg/mL | 120mL | 00054-3751-50 | N/A | 1099407 | 070254 | $ 0.25 | $ 52.82 |

**Leader Source**

| Purchases | Rebate % |
|---|---|
| 5% | 3% |
| 10% | 4% |
| 15% | 5% |
| Co-op Rebate | 1% |

This contract has both an off invoice and rebate portion. Off invoice prices are listed above. Leader stores can earn additional rebates (outlined above) based on their total LeaderSource purchases divided by the total Rx purchases (generic and branded) from Cardinal Health. An additional 1% rebate is awarded to all preferred stores based on co-op LeaderSource performance. If co-op percentage = 10%, each qualifying preferred customer receives an additional 1%.



Manufacturer: **Roxane Laboratories (Continued)**  
Savings: **Up to 12% Off Invoice**

Effective: 1-1-97 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Roxicet | 5 mg/325 mg | 100 | 00054-4650-25 | N/A | 1338136 | 174270 | $ 0.68 | $ 7.10 |
| Roxicet | 325 mg | 500 | 00054-4650-29 | N/A | 1488717 | 570834 | $ 3.04 | $ 31.90 |
| Roxicet Oral Soln | 5/325 mg/5mL | 500 | 00054-3686-63 | N/A | 1236348 | 462276 | $ 0.14 | $ 30.25 |
| Roxicodone Intensol | 20 mg/mL | 30 | 00054-3683-44 | N/A | 1830017 | 679720 | $ 0.15 | $ 31.53 |
| Roxicodone Oral Soln | 5 mg/5mL | 500 | 00054-3682-63 | N/A | 1286707 | 174203 | $ 0.16 | $ 33.63 |
| Roxicodone Tab | 5 mg | 100 | 00054-4657-25 | N/A | 1496280 | 140461 | $ 0.11 | $ 24.13 |
| Roxiprin | | 100 | 00054-4653-25 | N/A | 1162742 | 174254 | $ 0.80 | $ 9.01 |

|  | Leader Source |
|---|---|
| Purchases | Rebate % |
| 5% | 3% |
| 10% | 4% |
| 15% | 5% |
| Co-op Rebate | 1% |

This contract has both an off invoice and rebate portion. Off invoice prices are listed above. Leader stores can earn additional rebates (outlined above) based on their total LeaderSource purchases divided by the total Rx purchases (generic and branded) from Cardinal Health. An additional 1% rebate is awarded to all preferred stores based on co-op LeaderSource performance. If co-op percentage = 10%, each qualifying preferred customer receives an additional 1%.

CH 055709

Car.Hlth/SLB 0685136      Car.Suf.Co. 0616217