**ANDERSON EXHIBIT 18F**


Manufacturer: **Roxane Laboratories (Continued)**
Savings: **Up to 12% Off Invoice**

Effective: 1-1-97 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Contract Net Sell |
|---|---|---|---|---|---|---|---|
| Dexamethasone | .5 mg | 100 | 00054-4179-25 | N/A | 1039403 | 174467 | $ 3.57 |
| Dexamethasone | .75 mg | 100 | 00054-4180-25 | N/A | 1052901 | 380539 | $ 4.45 |
| Dexamethasone | 1.5 mg | 100 | 00054-4182-25 | N/A | 1118652 | 380547 | $ 8.26 |
| Dexamethasone | 4 mg | 100 | 00054-4184-25 | N/A | 1118686 | 174483 | $ 10.88 |
| Azathioprine | 50 mg | 100 | 00054-4084-25 | N/A | 2431336 | 250821 | $ 87.72 |
| Calcium Carb | 1250 mg | 100 | 00054-4120-25 | N/A | 1396415 | 174432 | $ 5.70 |
| Chlorpromazine | 100 mg | 240 cn | 00054-3146-58 | N/A | 1251016 | 217735 | $ 10.46 |
| Dexamethasone | 1 mg | 100 | 00054-4181-25 | N/A | 1286756 | 281891 | $ 18.77 |
| Dexamethasone | 2 mg | 100 | 00054-4183-25 | N/A | 1557255 | 307599 | $ 36.95 |
| Dexamethasone | 6 mg | 100 | 00054-4186-25 | N/A | 1728948 | 217832 | $ 43.13 |
| Digoxin | .05 mg | 60 ml | 00054-3192-46 | N/A | 1588474 | 620505 | $ 6.03 |

Leader Source

| Purchases | Rebate % |
|---|---|
| 5% | 3% |
| 10% | 4% |
| 15% | 5% |
| Co-op Rebate | 1% |

This contract has both an off invoice and rebate portion. Off invoice prices are listed above. Leader stores can earn additional rebates (outlined above) based on their total LeaderSource purchases divided by the total Rx purchases (generic and branded) from Cardinal Health. An additional 1% rebate is awarded to all preferred stores based on co-op LeaderSource performance. If co-op percentage = 10%, each qualifying preferred customer receives an additional 1%.

CH 055710

Car.Hlth/SLB 0685137          Car.Suf.Co. 0616218



Manufacturer: **Roxane Laboratories (Continued)**
Savings: **Up to 12% Off Invoice**

Effective: 1-1-97 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Diphenoxylt | 2.5 mg | 60 mlc | 00054-3194-46 | N/A | 1286681 | 307688 | | $ 4.87 |
| Ipatropium | 0.02% | 30x2.5ml | 00054-8402-13 | N/A | 2540771 | 254077 | 1.37 | $ 25.82 |
| Ipatropium | 0.02% | 60x2.5ml | 00054-8402-21 | N/A | 2717973 | 271797 | 2.74 | $ 51.65 |
| Ipatropium | 0.02% | 25x2.5ml | 00054-8402-11 | N/A | 2471654 | 365319 | 1.13 | $ 21.52 |
| Lidocaine | 4% | 50 ml | 0054-3505-47 | N/A | 1060078 | 386529 | 0.09 | $ 4.18 |
| Lithium Carb | 300 mg | 1000 | 00054-4527-31 | N/A | 1268747 | 217778 | 0.48 | $ 44.54 |
| Lorazepam | 2 mgml | 30 ml | 00054-3532-44 | N/A | 1100502 | 755508 | | $ 31.29 |
| Propantheline | 15 mg | 100 | 00054-4721-25 | N/A | 1450907 | 281921 | 0.05 | $ 9.48 |
| Saliva Sub | | 120 ml | 00054-3769-50 | N/A | 1267129 | 241075 | | $ 4.41 |
| Sodium Polys SS | 15 mg/ml | 500 ss | 00054-3805-63 | N/A | 1328236 | 293091 | | $ 24.78 |
| Thioridaz | 100 mg | 120 ml | 00054-3861-50 | N/A | 1239870 | 360562 | | $ 19.01 |

**Leader Source**

| Purchases | Rebate % |
|---|---|
| 5% | 3% |
| 10% | 4% |
| 15% | 5% |
| Co-op Rebate | 1% |

This contract has both an off invoice and rebate portion. Off invoice prices are listed above. Leader stores can earn additional rebates (outlined above) based on their total LeaderSource purchases divided by the total Rx purchases (generic and branded) from Cardinal Health. An additional 1% rebate is awarded to all preferred stores based on co-op LeaderSource performance. If co-op percentage = 10%, each qualifying preferred customer receives an additional 1%.

July - September 1999

35

CH 055711

Car.Hlth/SLB 0685138        Car.Suf.Co. 0616219



**Manufacturer:** Roxane Laboratories (Continued)   Effective: 1-1-97 - 12-31-99
**Savings:** Up to 12% Off Invoice

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Meperidine Syrup | 50 mg/5 mL | 500 | 00054-3545-63 | N/A | 1044791 | 347337 | $ 1.02 | $ 42.71 |
| Methadone Intensol | 10 mg/mL | 30 | 00054-3553-44 | N/A | 1591619 | 620491 | $ 0.04 | $ 18.01 |
| Methadone Syrup | 10 mg/5 mL | 500 | 00054-3556-63 | N/A | 1363753 | 174556 | $ 0.10 | $ 42.71 |
| Methadone Syrup | 5 mg/5mL | 500 | 00054-3555-63 | N/A | 1225846 | 070238 | $ 0.06 | $ 24.67 |
| Methadone Tab | 5 mg | 100 | 00054-4570-25 | N/A | 1380542 | 217840 | $ 0.02 | $ 7.10 |
| Codeine PO4 Soln | 15 mg/5mL | 500 | 00054-3161-63 | N/A | 1259100 | 174459 | $ - | $ 27.67 |
| Codeine Sulf | 30 mg | 100 | 00054-4156-25 | N/A | 1088251 | 174033 | $ - | $ 26.79 |
| Codeine Sulf | 60 mg | 100 | 00054-4157-25 | N/A | 1416130 | 251321 | $ - | $ 49.55 |
| Hydromorphone HCL | 2 mg | 100 | 00054-4392-25 | N/A | 1239995 | 360244 | $ 0.40 | $ 16.79 |
| Hydromorphone HCL | 4 mg | 100 | 00054-4394-25 | N/A | 1240001 | 360295 | $ 2.94 | $ 30.82 |

**Leader Source**

| Purchases | Rebate % |
|---|---|
| 5% | 3% |
| 10% | 4% |
| 15% | 5% |
| Co-op Rebate | 1% |

This contract has both an off invoice and rebate portion. Off invoice prices are listed above. Leader stores can earn additional rebates (outlined above) based on their total LeaderSource purchases divided by the total Rx purchases (generic and branded) from Cardinal Health. An additional 1% rebate is awarded to all preferred stores based on co-op LeaderSource performance. If co-op percentage = 10%, each qualifying preferred customer receives an additional 1%.

CH 055712

Car.Hlth/SLB 0685139   Car.Suf.Co. 0616220



Manufacturer: **Savage Laboratories**  
Savings: **36% Off Invoice**

Effective: 1-1-99 – 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Kaochlor-SF | 10% | 480 mL | 00281-3093-51 | N/A | 1302520 | 002674 | $ 0.75 | $ 1.33 |

**Kaochlor-SF Example:**
Purchase Kaochlor-SF at a 36% discount off of normal prices.

July - September 1999

37

CH 055713

Car.Hlth/SLB 0685140          Car.Suf.Co. 0616221



Manufacturer: **Savage Laboratories**  
Savings: **Up $2.42 per bottle Rebate**

Effective: 1-1-99 - 9-30-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Tympagesic | 13 mL | N/A | 00281-7363-39 | Auralgan Otic & Americaine Otic | 1153543 | 003034 |

| Percentage of Incremental Bottles Over 1997/1998 Baseline | Rebate Payout |
|---|---|
| 10% | $1.21 per incremental bottle |
| 20% | $1.51 per incremental bottle |
| 30% | $1.81 per incremental bottle |
| 40% | $2.12 per incremental bottle |
| 50% | $2.42 per incremental bottle |

### Tympagesic Profit Analysis

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Tympagesic | 13 mL | $15.17 | $12.13 | $13.35 | $9.95 | $3.40 |

**Tympagesic Example:**  
Receive a $2.42 rebate on all incremental purchases of Tympagesic above the same quarter in the previous year.

**Contract Net Sell if increase above baseline for Leader as a whole increases by 50%.

### Pharmacist Action Steps:
Work with physician to ensure preferred item is dispensed.



**Manufacturer:** Schering Laboratories  
**Savings:** Up to 8.1% Rebate  
Effective: 7-1-97 - 12-31-99

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| *Normodyne Tablet | 100 mg | 100 | 00085-0244-04 | Inderal | 1075647 | 266086 |
| Normodyne Tablet | 100 mg | 500 | 00085-0244-05 | Inderal | 1075852 | 271128 |
| *Normodyne Tablet | 200 mg | 100 | 00085-0752-04 | Inderal | 1344498 | 078166 |
| Normodyne Tablet | 200 mg | 500 | 00085-0752-05 | Inderal | 1036441 | 259993 |
| Normodyne Tablet | 300 mg | 100 | 00085-0438-03 | Inderal | 1344514 | 078190 |
| Normodyne Tablet | 300 mg | 500 | 00085-0438-05 | Inderal | 1156918 | 260002 |
| Normodyne Tablet | 5 mgml | 20 mL | 00085-0362-07 | Inderal | 1096551 | 446912 |
| Normodyne Tablet | 5 mgml | 40 mL | 00085-0362-06 | Inderal | 1424332 | 512834 |
| Normodyne Tablet | 5 mgml | 4 mL | 00085-0362-08 | Inderal | 1528371 | 599794 |
| Normodyne Tablet | 5 mgml | 8 mL | 00085-0362-09 | Inderal | 1528363 | 599808 |

| Normodyne Market Share | | Rebate |
|---|---|---|
| Baseline Market Share | 65.10% | |
| +5% | | 1.90% |
| +6% | | 2.50% |
| +7% | | 3.00% |
| +8% | | 3.60% |
| +9% | | 4.20% |
| +10% | | 4.80% |
| +11% | | 5.50% |
| +12% | | 6.10% |
| +13% | | 6.80% |
| +14% | | 7.50% |
| +15% | | 8.10% |

**Example:**  
Leader stores as a whole must have a minimum of 5% growth in market share plus growth in units to receive a rebate.

* If you are a member of Cardinal Health's Profit Pak program, this product will be filled as a Profit Pak item.

Rebates are calculated for Leader as a group.

July - September 1999

CH 055715

Car.Hlth/SLB 0685142   Car.Suf.Co. 0616223



Manufacturer: **Schering Laboratories**  Effective: 7-1-97 - 12-31-99
Savings: **Up to 2.07% Rebate**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Vanceril | 42 mcg | 16.8 gr | 00085-0736-04 | Beclovent | 1306414 | 078719 |

| Vanceril Market Share | | Rebate |
|---|---|---|
| Baseline Market Share | 65.50% | |
| +5% | | 0.36% |
| +6% | | 0.45% |
| +7% | | 0.54% |
| +8% | | 0.72% |
| +9% | | 0.90% |
| +10% | | 1.08% |
| +11% | | 1.26% |
| +12% | | 1.44% |
| +13% | | 1.62% |
| +14% | | 1.89% |
| +15% | | 2.07% |

Leader stores as a whole must have a minimum of 5% market share growth and growth in units to receive a rebate.

Rebates are calculated for Leader as a group.

CH 055716

Car.Hlth/SLB 0685143    Car.Suf.Co. 0616224



Manufacturer: **Schering Laboratories (Continued)**  Effective: 1-1-98 - 12-31-99
Savings: **Up to 1.17% Rebate**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Proventil HFA | | | 00085-1132-01 | Proventil & Ventolin | 2529923 | 556025 |

### Proventil HFA Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell* | Profit Per Unit |
|---|---|---|---|---|---|---|
| Proventil HFA | 17 grams | $27.32 | $22.77 | $24.04 | $22.96 | $1.08 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Ventolin Inhaler | 17 grams | $27.92 | $23.27 | $24.57 | $23.74 | $0.83 |

### Pharmacist Action Steps:

Work with physician and patient to ensure preferred item is dispensed.

| Proventil Market Share | | Rebate |
|---|---|---|
| Baseline Market Share | 56.10% | |
| +5% | | 0.18% |
| +6% | | 0.27% |
| +7% | | 0.31% |
| +8% | | 0.40% |
| +9% | | 0.49% |
| +10% | | 0.58% |
| +11% | | 0.72% |
| +12% | | 0.81% |
| +13% | | 0.94% |
| +14% | | 1.03% |
| +15% | | 1.17% |

* Contract net sell after rebate if a 1.17% rebate is earned.

Leader stores as a whole must have a minimum of 5% growth in market share plus growth in units to receive a rebate.

Rebates are calculated for Leader as a group.

July - September 1999

41

CH 055717

Car.Hlth/SLB 0685144          Car.Suf.Co. 0616225



**Manufacturer:** Upsher-Smith Laboratories
**Savings:** Up to 34% Off Invoice

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Klor-Con | 10 mEq | 100 | 00245-0041-11 | Ten-K, K-Tab, Klotrix | 1092246 | 438936 | $ 2.?? | $ 6.97 |
| Klor-Con | 10mEq | 500 | 00245-0041-15 | K-Tab | 1092147 | 438944 | $ 14.13 | $ 27.77 |
| Klor-Con | 8 mEq | 100 | 00245-0040-11 | Slow-K | 1092527 | 438901 | $ 1.?? | $ 6.28 |
| Klor-Con | 8mEq | 500 | 00245-0040-15 | Slow-K | 1092253 | 438928 | $ 7.?? | $ 24.54 |

### Key Facts:
- Has undergone the same rigorous testing as other brands.
- Outstanding supply record to avoid costly "out-of-stocks".

### Klor-Con Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Klor-Con 10 mEq | 100 | $18.17 | $9.06 | $15.99 | $6.97 | |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| K-Tab | 100 | $39.39 | $31.51 | $34.66 | $32.14 | $2.52 |

**Klor-Con Example:**
Purchase products at a 20% discount off of normal prices.

**Pricing Subject to Change**

CH 055718

Car.Hlth/SLB 0685145                    Car.Suf.Co. 0616226



Manufacturer: **Upsher-Smith Laboratories**
Savings: **22% Off Invoice**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Pacerone | 200 mg | 60 | 00245-0147-60 | Cordarone | 2756641 | 275664 | 17.52 | $ 63.70 |
| Pacerone | 200 mg | 10 x 10ud | 00245-0147-01 | Cordarone | 275667 | 275667 | 28.67 | $ 104.19 |

**Key Facts:**
- AB rated to Cordarone and recognized by the FDA as a fully substitutable product
- 50% less than Cordarone

### Pacerone Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Pacerone 200mg | 60 | $183.56 | $79.63 | $161.53 | $63.70 | |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Cordarone 200mg | 60 | $203.96 | $163.17 | $179.48 | $166.43 | $13.05 |

**Pacerone Example:**
Receive 5% off invoice on every day purchases.

July - September 1999

43



Manufacturer: **Wyeth-Ayerst**
Savings: **Up to 4% Rebate***

Effective: 4-1-98 - 3-31-01

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Premarin Tabs | 0.3 mg | 100 | 00046-0868-81 | HRT Products | 1124478 | 008567 |
| Premarin Tabs | 0.3 mg | 1000 | 00046-0868-91 | HRT Products | 1007723 | 008575 |
| Premarin Tabs | 0.625 mg | 100 | 00046-0867-81 | HRT Products | 1200864 | 841331 |
| Premarin Tabs | 0.625 mg | 1000 | 00046-0867-91 | HRT Products | 1095751 | 008559 |
| Premarin Tabs | 0.625 mg | 5000 | 00046-0867-95 | HRT Products | 1049535 | 433683 |
| Premarin Tabs | 0.625 mg | 100 UD | 00046-0867-99 | HRT Products | 1005461 | 154903 |
| Premarin Tabs | 0.9 mg | 100 | 00046-0864-81 | HRT Products | 1285857 | 008591 |
| Premarin Tabs | 1.25 mg | 100 | 00046-0866-81 | HRT Products | 1538362 | 841340 |
| Premarin Tabs | 1.25 mg | 1000 | 00046-0866-91 | HRT Products | 1124452 | 008524 |
| Premarin Tabs | 1.25 mg | 5000 | 00046-0866-95 | HRT Products | 1049451 | 433691 |
| Premarin Tabs | 1.25 mg | 100 UD | 00046-0866-99 | HRT Products | 0120062 | 116416 |
| Premarin Tabs | 2.5 mg | 100 | 00046-0865-81 | HRT Products | 1669282 | 902500 |
| Premarin Tabs | 2.5 mg | 1000 | 00046-0865-91 | HRT Products | 1326693 | 008494 |
| Premphase | 0.625mg/5mg | 3 cartons | 00046-2573-02 | HRT Products | 2412815 | 163937 |
| Premphase | 0.625mg/2.5mg | 3x(2x14) | 00046-0875-02 | HRT Products | 2412807 | 163953 |

&lt;Baseline Market Share

| | | |
|---|---|---|
| To 2.49% | Above Baseline | 0 |
| 2.5% - 2.99% | Above Baseline | 1.25% |
| 3.0% - 3.49% | Above Baseline | 1.75% |
| 3.5% - 3.99% | Above Baseline | 2.50% |
| 4.0% - 4.99% | Above Baseline | 3.25% |
| ≥ 5.0% | Above Baseline | 4.00% |

* Rebate will be received as an off invoice starting in October of 1998.

** This rebate is being tracked by NDC.

Each Leader member must sign an agreement to be eligible, if you have not done so, please contact your sales consultant.

44

July - September 1999



Manufacturer: **Upsher-Smith Laboratories**
Savings: **22% Off Invoice**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# | Cash Savings | Contract Net Sell |
|---|---|---|---|---|---|---|---|---|
| Pacerone | 200 mg | 60 | 00245-0147-60 | Cordarone | 2756641 | 275664 | $ 17.52 | $ 63.70 |
| Pacerone | 200 mg | 10 x 10ud | 00245-0147-01 | Cordarone | 275667 | 275667 | $ 28.65 | $ 104.19 |

### Key Facts:
- AB rated to Cordarone and recognized by the FDA as a fully substitutable product
- 50% less than Cordarone

#### Pacerone Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Pacerone 200mg | 60 | $183.56 | $79.63 | $161.53 | $63.70 | $97.23 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Cordarone 200mg | 60 | $203.96 | $163.17 | $179.48 | $166.43 | $13.05 |

**Pacerone Example:**
Receive 5% off invoice on every day purchases.

July - September 1999

43

CH 055721

Car.Hlth/SLB 0685148              Car.Suf.Co. 0616229