**ANDERSON EXHIBIT 18G**



Manufacturer: **Wyeth-Ayerst**  
Savings: **Up to 4% Rebate***

Effective: 4-1-98 – 3-31-01

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Premarin Tabs | 0.3 mg | 100 | 00046-0868-81 | HRT Products | 1124478 | 008567 |
| Premarin Tabs | 0.3 mg | 1000 | 00046-0868-91 | HRT Products | 1007723 | 008575 |
| Premarin Tabs | 0.625 mg | 100 | 00046-0867-81 | HRT Products | 1200864 | 841331 |
| Premarin Tabs | 0.625 mg | 1000 | 00046-0867-91 | HRT Products | 1095751 | 008559 |
| Premarin Tabs | 0.625 mg | 5000 | 00046-0867-95 | HRT Products | 1049535 | 433683 |
| Premarin Tabs | 0.625 mg | 100 UD | 00046-0867-99 | HRT Products | 1005461 | 154903 |
| Premarin Tabs | 0.9 mg | 100 | 00046-0864-81 | HRT Products | 1285857 | 008591 |
| Premarin Tabs | 1.25 mg | 100 | 00046-0866-81 | HRT Products | 1538362 | 841340 |
| Premarin Tabs | 1.25 mg | 1000 | 00046-0866-91 | HRT Products | 1124452 | 008524 |
| Premarin Tabs | 1.25 mg | 5000 | 00046-0866-95 | HRT Products | 1049451 | 433691 |
| Premarin Tabs | 1.25 mg | 100 UD | 00046-0866-99 | HRT Products | 0120062 | 116416 |
| Premarin Tabs | 2.5 mg | 100 | 00046-0865-81 | HRT Products | 1669282 | 902500 |
| Premarin Tabs | 2.5 mg | 1000 | 00046-0865-91 | HRT Products | 1326693 | 008494 |
| Premphase | 0.625mg/5mg | 3 cartons | 00046-2573-02 | HRT Products | 2412815 | 163937 |
| Premphase | 0.625mg/2.5mg | 3x(2x14) | 00046-0875-02 | HRT Products | 2412807 | 163953 |

| <Baseline Market Share | | |
|---|---|---|
| To 2.49% | Above Baseline | 0 |
| 2.5% - 2.99% | Above Baseline | 1.25% |
| 3.0% - 3.49% | Above Baseline | 1.75% |
| 3.5% - 3.99% | Above Baseline | 2.50% |
| 4.0% - 4.99% | Above Baseline | 3.25% |
| ≥ 5.0% | Above Baseline | 4.00% |

* Rebate will be received as an off invoice starting in October of 1998.

** This rebate is being tracked by NDC.

Each Leader member must sign an agreement to be eligible, if you have not done so, please contact your sales consultant.



Manufacturer: **Wyeth-Ayerst**　　　　　　　　　　　　　　Effective: 4-1-98 - 3-31-01
Savings: **Up to 31% Rebate***

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Alesse - 21 | | 3 x 21 | 00008-0912-02 | All Oral Contraceptives | 2570968 | 257096 |
| Alesse - 28 | | 3 x 28 | 00008-2576-02 | All Oral Contraceptives | 2565679 | 256567 |
| Lo/Ovral Tab | | 6 x 21 | 00008-0078-01 | All Oral Contraceptives | 1022052 | 096660 |
| Lo/Ovral - 28 Tabs | | 6 x 28 | 00008-2514-02 | All Oral Contraceptives | 1239821 | 966679 |
| Nordette Tab | | 6 x 21 | 00008-0075-01 | All Oral Contraceptives | 1080548 | 096717 |
| Nordette - 28 Tab | | 6 x 28 | 00008-2533-02 | All Oral Contraceptives | 1123678 | 096725 |
| Triphasil - 21 | | 3 x 21 | 00008-2535-01 | All Oral Contraceptives | 1379858 | 097268 |
| Triphasil - 28 | | 3 x 28 | 00008-2536-01 | All Oral Contraceptives | 1379866 | 097284 |

| | <Baseline Market Share | |
|---|---|---|
| To 3.749% | Above Baseline | 0 |
| 3.75% - 5.749% | Above Baseline | 9.0% |
| 5.75% - 7.99% | Above Baseline | 14.5% |
| 8.0% - 10.49% | Above Baseline | 19.8% |
| 10.5% - 11.99% | Above Baseline | 25.5% |
| ≥ 12% | Above Baseline | 31.0% |

\* Rebate will be received as an off invoice starting in October of 1998.
\*\* This rebate is being tracked by NDC.
Each Leader member must sign an agreement to be eligible, if you have not done so, please contact your sales consultant.

July - September 1999　　　　　　　　　　　　　　　　　　　　　45

CH 055723

Car.Hlth/SLB 0685150　　　　　　　　Car.Suf.Co. 0616231




**Manufacturer:** Wyeth-Ayerst  
**Savings:** Up to 13.25% Rebate*

**Effective:** 4-1-98 - 3-31-01

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Ziac Tabs | 2.5mg/6.25mg | 100 | 00005-3238-23 | Cardiovascular Products | 1984194 | 878853 |
| Ziac Tabs | 5mg/6.25mg | 100 | 00005-3234-23 | Cardiovascular Products | 1984202 | 873861 |
| Ziac Tabs | 10mg/6.25mg | 30 | 00005-3235-38 | Cardiovascular Products | 1984210 | 873870 |
| Duracet Capsules | | 100 | 00008-0909-01 | Non-Narcotic Analgesics | 2580413 | 258041 |
| Lodine XL Tabs | 400 mg | 100 | 00046-0829-81 | All NSAIDs | 2513778 | 629499 |
| Lodine XL Tabs | 600 mg | 100 | 00046-0831-81 | All NSAIDs | 2513786 | 490008 |
| Naprelan Tabs | 375 mg | 100 | 00008-0901-03 | All NSAIDs | 2444594 | 263605 |
| Naprelan Tabs | 500 mg | 75 | 00008-0902-02 | All NSAIDs | 2444602 | 263613 |

| Ziac | <Baseline Market Share | |
|---|---|---|
| To 0.99% | Above Baseline | 0 |
| 1.0% - 1.99% | Above Baseline | 2.50% |
| 2.0% - 2.99% | Above Baseline | 5.00% |
| 3.0% - 3.99% | Above Baseline | 7.75% |
| 4.0% - 4.99% | Above Baseline | 10.50% |
| ≥ 5.0% | Above Baseline | 13.25% |

| Duracet | <Baseline Market Share | |
|---|---|---|
| To 9.99 | Above Baseline | 0 |
| 10.0% - 14.99% | Above Baseline | 4.00% |
| 15.0% - 19.99% | Above Baseline | 6.25% |
| 20.0% - 24.99% | Above Baseline | 8.75% |
| ≥ 25.0% | Above Baseline | 11.00% |

| Lodine & Naprelan | <Baseline Market Share | |
|---|---|---|
| To 0.99% | Above Baseline | 0 |
| 1.0% - 1.99% | Above Baseline | 3.00% |
| 2.0% - 2.99% | Above Baseline | 4.50% |
| 3.0% - 3.99% | Above Baseline | 6.25% |
| 4.0% - 4.99% | Above Baseline | 8.75% |
| ≥ 5.0% | Above Baseline | 11.50% |

\* Rebate will be received as an off invoice starting in October of 1998.

\*\* This rebate is being tracked by NDC.

Each Leader member must sign an agreement to be eligible, if you have not done so, please contact your sales consultant.



Manufacturer: **Wyeth-Ayerst**  
Savings: **Up to 8.7% Rebate***

Effective: 4-1-98 - 3-31-01

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Effexor Tabs | 25 mg | 100 | 00008-0701-01 | Antidepressants & SSRI, SNRI | 2061190 | 888389 |
| Effexor Tabs | 25 mg | 10 x 10 | 00008-0701-02 | Antidepressants & SSRI, SNRI | 2061216 | 888672 |
| Effexor Tabs | 37.5 mg | 100 | 00008-0781-01 | Antidepressants & SSRI, SNRI | 2061224 | 888397 |
| Effexor Tabs | 37.5 mg | 10 x 10 | 00008-0781-02 | Antidepressants & SSRI, SNRI | 2061232 | 888680 |
| Effexor Tabs | 50 mg | 100 | 00008-0703-01 | Antidepressants & SSRI, SNRI | 2061240 | 888400 |
| Effexor Tabs | 50 mg | 10 x 10 | 00008-0703-02 | Antidepressants & SSRI, SNRI | 2061257 | 888699 |
| Effexor Tabs | 75 mg | 100 | 00008-0704-01 | Antidepressants & SSRI, SNRI | 2061265 | 888419 |
| Effexor Tabs | 75 mg | 10 x 10 | 00008-0704-02 | Antidepressants & SSRI, SNRI | 2061273 | 888702 |
| Effexor Tabs | 100 mg | 100 | 00008-0705-01 | Antidepressants & SSRI, SNRI | 2061299 | 888427 |
| Effexor Tabs | 100 mg | 10 x 10 | 00008-0705-02 | Antidepressants & SSRI, SNRI | 2061307 | 888710 |
| Effexor XR Cap | 37.5 mg | 100 | 00008-0837-01 | Antidepressants & SSRI, SNRI | 2700672 | 010911 |
| Effexor XR Cap | 75 mg | 100 | 00008-0833-01 | Antidepressants & SSRI, SNRI | 2700680 | 731950 |
| Effexor XR Cap | 150 mg | 100 | 00008-0836-01 | Antidepressants & SSRI, SNRI | 2700706 | 731968 |

|  | <Baseline Market Share |
|---|---|
| To 0.99% | Above Baseline 0 |
| 1.0% - 1.99% | Above Baseline 2.00% |
| 2.0% - 2.99% | Above Baseline 3.00% |
| 3.0% - 3.99% | Above Baseline 5.00% |
| 4.0% - 4.99% | Above Baseline 6.75% |
| ≥ 5.0% | Above Baseline 8.70% |

\* Rebate will be received as an off invoice starting in October of 1998.  
\*\* This rebate is being tracked by NDC.  
Each Leader member must sign an agreement to be eligible, if you have not done so, please contact your sales consultant.

CH 055725

Car.Hlth/SLB 0685152              Car.Suf.Co. 0616233



Manufacturer: **Wyeth-Ayerst**
Savings: **Up to 10.7% Rebate***

Effective: 4-1-98 - 3-31-01

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Verelan Cap | 120 mg | 100 | 00005-2490-23 | Calcium Channel Blockers | 1832278 | 697748 |
| Verelan Cap | 180 mg | 100 | 00005-2489-23 | Calcium Channel Blockers | 1776525 | 761254 |
| Verelan Cap | 240 mg | 100 | 00005-2491-23 | Calcium Channel Blockers | 1832286 | 697755 |
| Verelan Cap | 360 mg | 100 | 00005-2495-23 | Calcium Channel Blockers | 2475507 | 627067 |
| Suprax Tabs | 200 mg | 100 | 00005-3899-23 | Antibiotic Tablets | 1741115 | 644595 |
| Suprax Tabs | 400 mg | 10 | 00005-3897-94 | Antibiotic Tablets | 1255892 | 541532 |
| Suprax Tabs | 400 mg | 50 | 00005-3897-18 | Antibiotic Tablets | 1719012 | 675280 |
| Suprax Tabs | 400 mg | 100 | 00005-3897-23 | Antibiotic Tablets | 1719004 | 019151 |
| Suprax Tabs | 400 mg | 10 x 10 | 00005-3897-60 | Antibiotic Tablets | 1128107 | 805238 |
| Suprax Suspension | 100mg/5mg | 50 mL | 00005-3898-40 | Antibiotic Suspensions | 1719038 | 675298 |
| Suprax Suspension | 100mg/5mg | 75 mL | 00005-3898-42 | Antibiotic Suspensions | 2097608 | 753152 |
| Suprax Suspension | 100mg/5mg | 100 mL | 00005-3898-46 | Antibiotic Suspensions | 1719020 | 675306 |

**Verelan**   <Baseline Market Share
| | | |
|---|---|---|
| To 3.749% | Above Baseline | 0 |
| 3.75% - 5.749% | Above Baseline | 4.50% |
| 5.75% - 8.249% | Above Baseline | 5.70% |
| 8.25% - 10.49% | Above Baseline | 7.00% |
| 10.5% - 11.99% | Above Baseline | 8.50% |
| ≥ 12.0% | Above Baseline | 10.00% |

**Suprax Tabs**   <Baseline Market Share
| | | |
|---|---|---|
| To 0.99% | Above Baseline | 0 |
| 1.0% - 1.49% | Above Baseline | 5.00% |
| 1.50% - 1.99% | Above Baseline | 6.50% |
| 2.0% - 2.49% | Above Baseline | 7.70% |
| 2.5% - 2.99% | Above Baseline | 8.80% |
| ≥ 3.0% | Above Baseline | 10.70% |

**Suprax Suspension**   <Baseline Market Share
| | | |
|---|---|---|
| To 0.99% | Above Baseline | 0 |
| 1.0% - 1.99% | Above Baseline | 2.50% |
| 2.0% - 2.99% | Above Baseline | 3.00% |
| 3.0% - 3.99% | Above Baseline | 4.25% |
| 4.0% - 4.99% | Above Baseline | 5.70% |
| ≥ 5.0% | Above Baseline | 7.80% |

\* Rebate will be received as an off invoice starting in October of 1998.

\*\* This rebate is being tracked by NDC.

Each Leader member must sign an agreement to be eligible, if you have not done so, please contact your sales consultant.

CH 055726

Car.Hlth/SLB 0685153        Car.Suf.Co. 0616234



Manufacturer: **Zeneca Pharmaceuticals**  
Savings: **Up to 43% Rebate**

Effective: 7-1-97 - 6-30-00

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Zestril | 2.5 mg | 100 | 00310-0135-10 | Prinivil | 2415339 | 188859 |
| Zestril | 5 mg | 100 | 00310-0130-10 | Prinivil | 1475268 | 574279 |
| Zestril | 5 mg | 1000 | 00310-0130-34 | Prinivil | 1679059 | 791059 |
| *Zestril | 10 mg | 100 | 00310-0131-10 | Prinivil | 1475284 | 574287 |
| Zestril | 10 mg | 1000 | 00310-0131-34 | Prinivil | 1679042 | 791067 |
| *Zestril | 20 mg | 100 | 00310-0132-10 | Prinivil | 1475300 | 574295 |
| Zestril | 20 mg | 1000 | 00310-0132-34 | Prinivil | 1678994 | 791075 |
| Zestril | 40 mg | 100 | 00310-0134-10 | Prinivil | 1585280 | 616265 |
| Zestril | 30 mg | 100 | 00310-0133-10 | Prinivil | 2842102 | 284210 |

### Key Facts:
- Zestril is AB rated and is a cost effective alternative to Prinivil.

### Zestril Profit Analysis vs. Competitive Item:

| Preferred Product | UM | AWP | Direct Cost | AWP Less 12% | Contract Cost** | Profit Per Unit |
|---|---|---|---|---|---|---|
| Zestril 10mg | 100 | $87.92 | $73.27 | $77.37 | $39.63 | $37.74 |

| Competing Product | UM | AWP | Direct Cost | AWP Less 12% | Net Sell | Profit Per Unit |
|---|---|---|---|---|---|---|
| Prinivil 10 mg | 100 | $87.16 | $72.63 | $76.70 | $72.63 | $4.07 |

** Contract cost after rebate, assuming the highest attainable rebate is achieved.

### Pharmacist Action Steps:
- Product is AB rated, fill the preferred item.
- This contract will be using Leader total unit volume, allowing you to take full advantage of the highest attainable market share percentages.
- Market share is calculated on tablets dispensed which is being tracked by NDC.

Each Leader member must sign an agreement to be eligible, if you have not done so, please contact your sales consultant, or see page 50 to sign up.

Rebates are calculated on Leader as a group.

CH 055727

Car.Hlth/SLB 0685154                                   Car.Suf.Co. 0616235



Manufacturer: **Zeneca Pharmaceuticals (Continued)**    Effective: 7-1-97 - 6-30-00

Savings: **Up to 43% Rebate**

| Item Description | Strength | Size | NDC# | Compared to: | CIN# | DP# |
|---|---|---|---|---|---|---|
| Zestoretic | 10/12.55 mg | 100 | 00310-0141-10 | Prinzide | 2466639 | 941093 |
| Zestoretic | 20/12 mg | 100 | 00310-0142-10 | Prinzide | 2466613 | 623423 |
| Zestoretic | 20/25 mg | 100 | 00310-0145-10 | Prinzide | 2466621 | 623415 |

**Zestril/Zestoretic Quarterly Tablet Volume ('000s)**

| Achieved Market Share | <100 | ≥100 | ≥350 | ≥750 | ≥1500 |
|---|---|---|---|---|---|
| <20% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| ≥20% | 0.50% | 1.00% | 1.25% | 2.00% | 3.00% |
| ≥25% | 3.00% | 3.50% | 3.75% | 4.75% | 5.75% |
| ≥30% | 5.50% | 6.00% | 6.25% | 7.50% | 8.75% |
| ≥35% | 8.00% | 8.50% | 8.75% | 10.25% | 11.75% |
| ≥40% | 10.50% | 11.00% | 11.25% | 13.00% | 14.25% |
| ≥45% | 13.25% | 13.75% | 14.00% | 15.75% | 16.75% |
| ≥50% | 16.00% | 16.50% | 16.75% | 18.50% | 19.25% |
| ≥55% | 18.75% | 19.25% | 19.50% | 21.25% | 21.75% |
| ≥60% | 21.50% | 22.00% | 22.25% | 24.00% | 24.25% |
| ≥65% | 24.25% | 24.75% | 25.00% | 26.75% | 27.25% |
| ≥70% | 27.00% | 27.50% | 27.75% | 29.50% | 30.25% |
| ≥75% | 29.75% | 30.25% | 30.50% | 32.25% | 33.25% |
| ≥80% | 32.50% | 33.00% | 33.25% | 35.00% | 36.25% |
| ≥85% | 35.25% | 35.75% | 36.00% | 37.75% | 39.25% |
| ≥90% | 38.00% | 38.50% | 38.75% | 40.50% | 42.25% |
| ≥95% | 40.75% | 41.25% | 41.50% | 43.25% | 43.75% |

Each Leader member must sign an agreement to be eligible, if you have not done so, please contact your sales consultant, or see page 50 to sign up.



CH 055728

Car.Hlth/SLB 0685155    Car.Suf.Co. 0616236



## SINGLE GROUP DEDICATION DECLARATION

In compliance with the Zeneca Pharmaceuticals' Single Group Dedication Policy, _____ declares
(Pharmacy Name)
**Leader Drug-Cardinal Health-WPN** as the exclusive buying group for purposes of
(Buying Group/Co-op/PSAO/WPN)
eligibility for the Zeneca Pharmaceuticals' Performance Incentive Reimbursement Contract.

This document will serve as written confirmation of single group of choice, and will remain on file and in effect until further signed written confirmation of a change has been received by Zeneca. Changes in designation will only be accepted on a Zeneca Pharmaceuticals' Single Group Dedication Declaration Form.

### ALL INFORMATION MUST BE FILLED OUT

_____        _____
(Signature)                        (Pharmacy Name)

_____        _____
(Printed Name)                     (Address)

_____        _____
(Title)                            (City, St., ZIP)

_____        _____        _____
(Date)                             (DEA #)                    (NABP #)

_____        _____
(Phone #)                          (FAX #)

Upon completion, please mail or Fax a copy to the following:

Cardinal Distribution, 7000 Cardinal Pl., Dublin, OH 43017,
ATTN; Elisabeth Grunwald
FAX: 614-757-8228

*Zeneca Pharmaceuticals is a business unit of Zeneca Inc.

CH 055729

Car.Hlth/SLB 0685156         Car.Suf.Co. 0616237