**ANDERSON EXHIBIT 18H**



CH 055730

Car.Hlth/SLB 0685157          Car.Suf.Co. 0616238



**New!**



**Bilberry** is highly regarded around the world for its ability to improve eye health and occular blood flow.*



**Cranberry's** active constituents promote a healthy urinary tract system.*



Traditionally used to promote general well-being, especially during seasons when the body is stressed.



**Kava Kava** promotes relaxation in times of stress and anxiety.*



**Milk Thistle's** active constituents, Silymarin, promotes healthy liver function.*



**Grape Seed's** active constituents are an excellent source of antioxidants which prevent oxidative damage to the body.*

| Product Name | CIN# | DP# |
|---|---|---|
| Bilberry | 285309 | 2853091 |
| Cranberry | 285310 | 2853109 |
| Ech/Golden | 285312 | 2853125 |
| Grape Seed | 285313 | 2853133 |
| Kava | 077914 | 2858033 |
| Milk Thistle | 285316 | 2853166 |
| Valerian | 285317 | 2853174 |



**Valerian** is used for it's natural calmative effects to promote a restful sleep.*

CH 055731

Car.Hlth/SLB 0685158        Car.Suf.Co. 0616239



| ITEM DESCRIPTION | STORE COST | SUGG RET | RET G.M.% | CATEG | UPC 96295 | NDC 37205 | COMPARES TO | CIN ITEM# | DP ITEM# | AWP |
|---|---|---|---|---|---|---|---|---|---|---|
| **ANALGESICS** | | | | | | | | | | |
| ALERTNESS AID 16ct | 1.15 | 2.69 | 57.2% | Analg | 96325 | 019573 | Vivarin | 1963255 | 964980 | 1.44 |
| ANALGESIC TABS 100ct | 0.89 | 1.49 | 40.3% | Analg | 10884 | 049378 | Anacin | 2810356 | 281035 | 1.11 |
| ASPIRIN 81mg CHEW CHERR 36ct | 0.75 | 1.29 | 41.9% | Analg | 10740 | 070868 | Bayer Cherry | 2534154 | 253415 | 0.94 |
| ASPIRIN 81mg CHEW ORNGE 36ct | 0.75 | 1.29 | 41.9% | Analg | 36306 | 046768 | Bayer Orange | 1363092 | 962660 | 0.94 |
| ASPIRIN BUFFERED 100ct | 1.75 | 3.59 | 51.3% | Analg | 39065 | 015078 | Bufferin | 1154590 | 965049 | 2.19 |
| ASPIRIN COATED 5gr TABS 100ct | 0.80 | 1.99 | 59.8% | Analg | 41366 | 014578 | Bayer | 1413665 | 965057 | 1.00 |
| ASPIRIN COATED 5gr TABS 300ct | 1.90 | 3.99 | 52.4% | Analg | 41367 | 014587 | Bayer | 1413673 | 965065 | 2.38 |
| ASPIRIN ENT LO-DOSE 120ct | 1.55 | 2.99 | 48.2% | Analg | 10202 | 051076 | Bayer | 2250710 | 965081 | 1.94 |
| ASPIRIN ENT LO-DOSE 500ct | 4.75 | 9.99 | 52.5% | Analg | 10822 | 051090 | Bayer | 2691566 | 269156 | 5.94 |
| ASPIRIN ENT MAX-STR 60ct | 1.65 | 3.99 | 58.6% | Analg | 96339 | 051172 | Ecotrin MS | 2260024 | 965090 | 2.06 |
| ASPIRIN ENTERIC 100ct | 1.70 | 3.99 | 57.4% | Analg | 37648 | 042978 | Ecotrin | 2260032 | 965120 | 2.13 |
| ASPIRIN ENTERIC 500ct | 5.75 | 11.99 | 52.0% | Analg | 10821 | 042990 | Ecotrin | 2691574 | 269157 | 7.19 |
| AZO-DINE URINARY ANALG 32ct | 2.20 | 4.99 | 55.9% | Analg | 10621 | 014664 | Azo Standard | 2425569 | 245763 | 2.75 |
| HEADACHE PAIN RELIEF 100ct | 1.85 | 4.59 | 59.7% | Analg | 10816 | 070378 | Excedrin | 2582468 | 258246 | 2.31 |
| IBUPROFEN CAPSULES 50ct BROWN | 1.75 | 3.19 | 45.1% | Analg | 10846 | 064571 | Advil | 2740249 | 274024 | 2.19 |
| IBUPROFEN CPLTS 100ct BROWN | 2.35 | 5.99 | 60.8% | Analg | 78355 | 034178 | Advil | 1783554 | 965189 | 2.94 |
| IBUPROFEN CPLTS N/CRC 50ct BROWN | 1.50 | 3.99 | 62.4% | Analg | 78354 | 034171 | Advil | 1783547 | 965170 | 1.88 |
| IBUPROFEN TABS 100ct BROWN | 2.35 | 5.99 | 60.8% | Analg | 11087 | 035078 | Advil | 1110873 | 966126 | 2.94 |
| IBUPROFEN TABS 250ct BROWN | 5.15 | 11.99 | 57.0% | Analg | 10775 | 035085 | Advil | 2552487 | 255248 | 6.44 |
| IBUPROFEN TABS N/CRC 50ct BROWN | 1.50 | 3.99 | 62.4% | Analg | 11090 | 035071 | Advil | 1110907 | 966118 | 1.88 |
| IBUPROFEN TABS WHITE 100ct | 2.35 | 5.99 | 60.8% | Analg | 10258 | 034578 | Motrin | 2302990 | 966185 | 2.94 |
| IBUPROFEN TABS WHITE 50ct | 1.50 | 3.99 | 62.4% | Analg | 10257 | 034571 | Motrin | 2303006 | 966177 | 1.88 |
| MOTION SICKNESS RELIEF 12ct | 0.85 | 2.39 | 64.4% | Analg | 20033 | 011153 | Dramamine | 1200336 | 966207 | 1.06 |
| NAPROXEN SODIUM CAPS 50ct | 3.10 | 4.19 | 26.0% | Analg | 10723 | 026171 | Aleve | 2532265 | 571458 | 3.88 |
| NAPROXEN SODIUM CAPS 100ct | 5.25 | 7.19 | 27.0% | Analg | 10724 | 026178 | Aleve | 2695690 | 269569 | 6.56 |
| PAIN RELIEVER 325mg TABS 100ct | 1.25 | 2.99 | 58.2% | Analg | 5969 | 003178 | Tylenol | 1963230 | 966282 | 1.56 |
| PAIN RELIEVER 500mg CAPS 100ct | 1.80 | 4.39 | 59.0% | Analg | 05964 | 002078 | Tylenol | 1059641 | 966525 | 2.25 |
| PAIN RELIEVER 500mg CAPS 500ct | 5.85 | 12.99 | 55.0% | Analg | 10823 | 002090 | Tylenol | 2691590 | 269159 | 7.31 |
| PAIN RELIEVER 500mg CAPS 50ct | 1.15 | 2.99 | 61.5% | Analg | 78353 | 002071 | Tylenol | 1784032 | 966517 | 1.44 |
| PAIN RELIEVER 500mg GLCP 100ct | 2.85 | 4.99 | 42.9% | Analg | 10214 | 002578 | Tylenol | 1745504 | 965014 | 3.56 |
| PAIN RELIEVER 500mg GLCP 50ct | 1.75 | 2.99 | 41.5% | Analg | 10213 | 002571 | Tylenol | 1745512 | 965006 | 2.19 |
| PAIN RELIEVER 500mg GLTB 100ct | 2.85 | 4.99 | 42.9% | Analg | 10699 | 018778 | Tylenol | 2511962 | 483370 | 3.56 |
| PAIN RELIEVER 500mg GLTB 50ct | 1.75 | 2.99 | 41.5% | Analg | 10698 | 018771 | Tylenol | 2511970 | 483389 | 2.19 |
| PAIN RELIEVER 500mg TABS 60ct | 1.15 | 2.99 | 61.5% | Analg | 05970 | 003572 | Tylenol | 1059708 | 966533 | 1.44 |
| PAIN RELIEVER 500mg TABS 100ct | 1.80 | 4.39 | 59.0% | Analg | 5977 | 003578 | Tylenol | 1059773 | 966541 | 2.25 |
| PAIN RELIEVER PM XS CAPS 50ct | 1.70 | 3.99 | 57.4% | Analg | 22114 | 006071 | Tylenol PM | 1221142 | 966576 | 2.13 |
| PAIN RELIEVER PM XS GCPS 50ct | 1.95 | 4.39 | 55.6% | Analg | 10807 | 006171 | Tylenol PM | 2712412 | 076429 | 2.44 |
| PAIN RELIEVER SUPPOS 120mg 12ct | 2.75 | 5.99 | 54.1% | Analg | 10834 | 045553 | Feverall | 2740918 | 274091 | 3.44 |
| SLEEP AID GELTABS 16ct | 1.20 | 2.99 | 59.9% | Analg | 10187 | 012073 | Unisom Liquid Caps | 2239663 | 966584 | 1.50 |
| SLEEP AID TABS 32ct | 3.25 | 5.99 | 45.7% | Analg | 10818 | 012164 | Unisom Tabs | 2582492 | 258249 | 4.06 |
| **CHILDREN'S ANALGESICS** | | | | | | | | | | |
| IBUPROFEN SUSPENSION BERRY 4oz | 2.70 | 3.99 | 32.3% | Analg Ch | 10848 | 064326 | Motrin | 2727287 | 076591 | 3.38 |
| PAIN REL CHILD CHEW BGUM 30ct | 1.00 | 1.99 | 49.7% | Analg Ch | 10680 | 038265 | Tylenol | 2441079 | 275352 | 1.25 |
| PAIN REL CHILD CHEW FRT 30ct | 1.00 | 1.99 | 49.7% | Analg Ch | 6995 | 004565 | Tylenol | 1069954 | 966231 | 1.25 |
| PAIN REL CHILD CHEW GRP 30ct | 1.00 | 1.99 | 49.7% | Analg Ch | 74549 | 005565 | Tylenol | 1745496 | 966223 | 1.25 |
| PAIN REL ELIXIR CHERRY 4oz | 1.25 | 3.19 | 60.8% | Analg Ch | 13559 | 050526 | Tylenol Elixir | 1135599 | 966240 | 1.56 |
| PAIN REL JR STR FRUIT 24ct | 1.30 | 2.79 | 53.4% | Analg Ch | 10468 | 017262 | Tylenol Jr. | 2312957 | 927830 | 1.63 |
| PAIN REL JR STR GRAPE 24ct | 1.30 | 2.79 | 53.4% | Analg Ch | 10467 | 017265 | Tylenol Jr. | 2312965 | 927945 | 1.63 |
| PAIN REL SUSP BUBGUM 4oz | 1.40 | 3.49 | 59.9% | Analg Ch | 10767 | 071726 | Tylenol Susp | 2545457 | 010311 | 1.75 |
| PAIN REL SUSP CHERRY 4oz | 1.40 | 3.49 | 59.9% | Analg Ch | 10217 | 050826 | Tylenol Susp | 2302974 | 966274 | 1.75 |
| PAIN REL SUSP GRAPE 4oz | 1.40 | 3.49 | 59.9% | Analg Ch | 10777 | 051826 | Tylenol Susp | 2545473 | 254547 | 1.75 |
| PAIN REL SUSP DROPS CHERRY .5oz | 1.40 | 3.49 | 59.9% | Analg Ch | 10912 | 000805 | Tylenol Susp | 2804151 | 280415 | 1.75 |
| PAIN REL SUSP DROPS GRAPE .5oz | 1.40 | 3.49 | 59.9% | Analg Ch | 10216 | 051805 | Tylenol Susp | 2302982 | 966266 | 1.75 |
| **EXTERNAL ANALGESICS** | | | | | | | | | | |
| ARTHRICREAM 3oz | 1.40 | 2.99 | 53.2% | AnalgExt | 06905 | 019821 | Aspercreme | 1069053 | 962716 | 1.75 |
| CAPSAICIN APR (PURIF).025% 2oz | 3.75 | 4.99 | 24.8% | AnalgExt | 10620 | 017316 | Capzasin-P | 2515526 | 495220 | 4.69 |
| CAPSAICIN APR (PURIF).075% 2oz | 3.95 | 8.79 | 55.1% | AnalgExt | 10755 | 040716 | Capzasin-P | 2552461 | 010327 | 4.94 |
| MUSCLE RUB MAX STR 4oz | 2.25 | 4.99 | 54.9% | AnalgExt | 10667 | 046026 | Ben-Gay Ultra | 2441103 | 263850 | 2.81 |
| PAIN REL GEL MAX STR 3oz | 2.35 | 3.99 | 41.1% | AnalgExt | 10347 | 070421 | Flex-All | 2552529 | 255252 | 2.94 |
| ANTACID LIQ 12oz | 1.25 | 2.49 | 49.8% | Ant/Lax | 38680 | 054040 | Maalox | 1386804 | 966657 | 1.56 |
| ANTACID LIQ PLUS LEMON 12oz | 2.25 | 3.99 | 43.6% | Ant/Lax | 10813 | 054140 | Maalox Plus | 2582435 | 258243 | 2.81 |

Page 53



Leader Brand Products

| ITEM DESCRIPTION | STORE COST | SUGG RET | RET G.M.% | CATEG | UPC 96295 | NDC 37205 | COMPARES TO | CIN ITEM# | DP ITEM# | AWP |
|---|---|---|---|---|---|---|---|---|---|---|
| ANTACIDS/LAXATIVES ||||||||||||
| ANTACID LIQ w/SIMETH 12oz | 1.25 | 2.49 | 49.8% | Ant/Lax | 38679 | 053040 | Mylanta | 1386796 | 966690 | 1.56 |
| ANTACID LIQ w/SIMETH II 12oz | 1.75 | 3.29 | 46.8% | Ant/Lax | 10181 | 053540 | Mylanta II | 1783471 | 966703 | 2.19 |
| ANTACID TABLETS EX STR 100ct | 3.50 | 5.99 | 41.6% | Ant/Lax | 10708 | 078078 | Gaviscon XS | 2513620 | 489387 | 4.38 |
| ANTACID TABS REG 150ct | 2.05 | 3.19 | 35.7% | Ant/Lax | 78349 | 021047 | Tums | 1783497 | 966665 | 2.56 |
| ANTACID TABS ASST FLAVS 150ct | 2.05 | 3.19 | 35.7% | Ant/Lax | 78348 | 020047 | Tums | 1783489 | 966673 | 2.56 |
| ANTACID TABS EX STR ASST 96ct | 2.10 | 3.19 | 34.2% | Ant/Lax | 96335 | 020580 | Tums XS | 1963354 | 966681 | 2.63 |
| ANTACID TABS EX STR TROPIC 96ct | 2.10 | 3.19 | 34.2% | Ant/Lax | 10750 | 070680 | Tums XS | 2534147 | 253414 | 2.63 |
| ANTACID TABS W/ MAG FRUIT 150ct | 1.75 | 2.99 | 41.5% | Ant/Lax | 10885 | 012347 | Rolaids | 2810521 | 281052 | 2.19 |
| ANTACID TABS W/ MAG REG 150ct | 1.75 | 2.99 | 41.5% | Ant/Lax | 10886 | 012447 | Rolaids | 2810547 | 281054 | 2.19 |
| ANTI-DIARRHEAL CAPLETS 12ct | 1.65 | 3.59 | 54.0% | Ant/Lax | 10180 | 037053 | Imodium | 1363068 | 966711 | 2.06 |
| ANTI-DIARRHEAL CAPS N/CRC 18ct | 2.25 | 4.99 | 54.9% | Ant/Lax | 10748 | 037089 | Imodium | 2534188 | 253418 | 2.81 |
| ANTI-DIARRHEAL ORL SOL 4oz | 2.15 | 4.99 | 56.9% | Ant/Lax | 10814 | 037726 | Imodium | 2582443 | 258244 | 2.69 |
| ANTI-NAUSEA LIQ 4oz | 1.50 | 3.99 | 62.4% | Ant/Lax | 10479 | 029126 | Emetrol | 2312932 | 927368 | 1.88 |
| BISACODYL LAX TABS 25ct | 1.30 | 2.99 | 56.5% | Ant/Lax | 10300 | 012863 | Dulcolax | 2281715 | 963143 | 1.63 |
| BISACODYL SUPPOS 12ct | 1.60 | 3.29 | 51.4% | Ant/Lax | 10573 | 010253 | Dulcolax | 2372126 | 041807 | 2.00 |
| CIMETIDINE 200mg 12ct TABS | 1.35 | 3.99 | 66.2% | Ant/Lax | 10852 | 052853 | Tagamet | 2740801 | 274080 | 1.69 |
| CIMETIDINE 200mg 30ct TABS | 2.70 | 6.99 | 61.4% | Ant/Lax | 10853 | 052865 | Tagamet | 2740892 | 076710 | 3.38 |
| CITRATE OF MAG 10oz | 0.85 | 1.39 | 38.8% | Ant/Lax | 38243 | 011038 |  | 1382431 | 963178 | 1.06 |
| CITRATE OF MAG LO SOD LEM 10oz | 0.95 | 1.59 | 40.3% | Ant/Lax | 10815 | 036238 |  | 2582450 | 010905 | 1.19 |
| DAIRY DIGEST SUPPLEMENT 60ct | 3.95 | 6.99 | 43.5% | Ant/Lax | 96307 | 011372 | Lactaid | 2539971 | 253997 | 4.94 |
| DAIRY DIGEST SUPPLEMENT ULTRA 32ct | 4.65 | 6.49 | 28.4% | Ant/Lax | 10679 | 011472 | Lactaid Ultra | 2873354 | 287335 | 5.81 |
| ENEMA 4.5oz | 0.60 | 0.89 | 32.6% | Ant/Lax | 82316 | 003011 | Fleet | 1823160 | 963194 | 0.75 |
| ENEMA TWIN PACK 2x4.5oz | 1.10 | 1.59 | 30.8% | Ant/Lax | 10572 | 003036 | Fleet | 2372159 | 040762 | 1.38 |
| FIBER LAXATIVE 90ct | 4.40 | 7.99 | 44.9% | Ant/Lax | 10772 | 021375 | Fiber-con | 2545440 | 254544 | 5.50 |
| FIBER ORNG ORIG TEXTR 33 13oz | 2.80 | 4.99 | 43.9% | Ant/Lax | 78345 | 030327 | Metamucil | 1783455 | 963453 | 3.50 |
| FIBER ORNG SMOOTH 30 13oz | 2.95 | 4.99 | 40.9% | Ant/Lax | 10323 | 034727 | Metamucil | 2303212 | 963437 | 3.69 |
| FIBER ORNG SMOOTH SF 48 10oz | 4.10 | 5.99 | 31.6% | Ant/Lax | 10322 | 036638 | Metamucil | 2303204 | 963445 | 5.13 |
| FIBER REGULAR FLAVOR 52 13oz | 2.80 | 4.99 | 43.9% | Ant/Lax | 09278 | 030127 | Metamucil | 2303196 | 963410 | 3.50 |
| GAS RELIEF 80mg SIMETH 100ct | 1.39 | 3.49 | 60.2% | Ant/Lax | 10277 | 011278 | Mylanta Gas | 2804644 | 280414 | 1.74 |
| GAS RELIEF XS SOFTGELS 30ct | 1.95 | 4.99 | 60.9% | Ant/Lax | 10907 | 029565 | Gas-X | 2788362 | 278836 | 2.44 |
| GLYC SUPPOS ADULT 25ct | 1.10 | 1.99 | 44.7% | Ant/Lax | 39072 | 032063 | Squibb | 1390723 | 963240 | 1.38 |
| GLYC SUPPOS INFANT 25ct | 1.00 | 1.99 | 49.7% | Ant/Lax | 78346 | 031763 | Squibb | 1783463 | 963259 | 1.25 |
| LAXATIVE FEMININE (BIS) 30ct | 1.10 | 2.79 | 60.6% | Ant/Lax | 10806 | 029865 | Correctol (Bis) | 2712586 | 271258 | 1.38 |
| LAXATIVE PILLS w/SENNA MS 24ct | 1.60 | 2.99 | 46.5% | Ant/Lax | 10861 | 029462 | Ex-Lax (Senna) | 2740934 | 274093 | 2.00 |
| MILK OF MAGNESIA 12oz | 1.10 | 2.99 | 63.2% | Ant/Lax | 46036 | 083340 | Phillips | 1460369 | 966789 | 1.38 |
| MILK OF MAGNESIA MINT 12oz | 1.10 | 2.99 | 63.2% | Ant/Lax | 10817 | 083440 | Phillips Mint | 2582484 | 258248 | 1.38 |
| MINERAL OIL USP 16oz | 1.50 | 2.69 | 44.2% | Ant/Lax | 10183 | 083143 | Squibb | 2227700 | 963372 | 1.88 |
| PINK BISMUTH 12oz | 2.00 | 3.49 | 42.7% | Ant/Lax | 10198 | 030240 | PeptoBismol | 2245728 | 035785 | 2.50 |
| PINK BISMUTH 8oz | 1.60 | 2.59 | 38.2% | Ant/Lax | 15848 | 030234 | PeptoBismol | 1158484 | 966797 | 2.00 |
| PINK BISMUTH EX-STR 8oz | 1.90 | 3.49 | 45.6% | Ant/Lax | 10197 | 033734 | PeptoBismol | 2245736 | 966800 | 2.38 |
| PINK BISMUTH TABS 30ct | 1.60 | 2.99 | 46.5% | Ant/Lax | 10796 | 072065 | Pepto-Bismol | 2572691 | 257269 | 2.00 |
| RANITIDINE 75MG 10CT | 2.00 | 3.49 | 42.7% | Ant/Lax | 10693 | 052952 | Zantac | 2853059 | 285305 | 2.50 |
| RANITIDINE 75MG 30CT | 3.95 | 7.19 | 45.1% | Ant/Lax | 10694 | 052965 | Zantac | 2853067 | 285306 | 4.94 |
| SENNA PLUS TABLETS 60ct | 2.65 | 6.39 | 58.5% | Ant/Lax | 10793 | 025172 | Senekot S | 2570612 | 257061 | 3.31 |
| SENNA TABLETS 100ct | 2.65 | 6.39 | 58.5% | Ant/Lax | 10188 | 024178 | Senekot | 2239689 | 963526 | 3.31 |
| SIMETHICONE DROPS 1oz | 2.65 | 5.99 | 55.8% | Ant/Lax | 96309 | 011910 | Mylicon | 1963099 | 963798 | 3.31 |
| STOOL SOFT w/LAX 100ct | 2.40 | 5.79 | 58.5% | Ant/Lax | 10206 | 048778 | PeriColace | 2245751 | 966819 | 3.00 |
| STOOL SOFTENER 100ct | 2.00 | 4.99 | 59.9% | Ant/Lax | 38263 | 026501 | Colace | 1382639 | 966827 | 2.50 |
| STOOL SOFTENER 240mg 100ct | 6.05 | 14.99 | 59.6% | Ant/Lax | 10662 | 014878 | Surfak | 2443604 | 264334 | 7.56 |
| BABY ||||||||||||
| A&D OINTMENT 4oz | 1.20 | 2.59 | 53.7% | Baby | 06900 |  | A & D | 1069004 | 963828 | 1.50 |
| BABY OIL 14oz | 1.45 | 2.39 | 39.3% | Baby | 38355 |  | J & J | 1383553 | 963844 | 1.81 |
| BABY POWDER 15oz | 1.05 | 1.99 | 47.2% | Baby | 10278 |  | J & J | 2283091 | 963879 | 1.31 |
| BABY SHAMPOO MUPPET 15oz | 1.45 | 2.49 | 41.8% | Baby | 10888 |  | J & J | 2788826 | 278836 | 1.81 |
| BABY WIPES 84ct | 1.95 | 3.29 | 40.7% | Baby | 38687 |  |  | 1386879 | 963895 | 2.44 |
| BABY WIPES REFILL PACK 84ct | 1.75 | 2.99 | 41.5% | Baby | 10842 |  |  | 2719771 | 076510 | 2.19 |
| BABY WIPES TRAVEL PK 35ct | 0.85 | 1.29 | 34.1% | Baby | 10843 |  |  | 2719789 | 271978 | 1.06 |
| COTTON SWABS 180ct | 0.90 | 1.39 | 35.3% | Baby | 10284 |  | Q-Tips | 2279420 | 968544 | 1.13 |
| COTTON SWABS 300ct | 1.20 | 1.99 | 39.7% | Baby | 38688 |  | Q-Tips | 2279438 | 968579 | 1.50 |
| PED ELECTROLYTE FRUIT 1ltr | 2.35 | 3.99 | 41.1% | Baby | 10642 | 022008 | Pedialyte | 2417509 | 201049 | 2.94 |
| PED ELECTROLYTE GRAPE 1ltr | 2.35 | 3.99 | 41.1% | Baby | 10641 | 022108 | Pedialyte | 2417525 | 201502 | 2.94 |

Page 54

CH 055733

Car.Hlth/SLB 0685160         Car.Suf.Co. 0616241



| ITEM DESCRIPTION | STORE COST | SUGG RET | RET G.M.% | CATEG | UPC 96295 | NDC 37205 | COMPARES TO | CIN ITEM# | DP ITEM# | AWP |
|---|---|---|---|---|---|---|---|---|---|---|
| BABY | | | | | | | | | | |
| PED ELECTROLYTE UNFLVR 1ltr | 2.35 | 3.99 | 41.1% | Baby | 10640 | 022208 | Pedialyte | 2417517 | 201170 | 2.94 |
| COLD/COUGH | | | | | | | | | | |
| ALLERGY TABS 4mg 100ct | 0.85 | 2.49 | 65.9% | C&C | 10265 | 021578 | ChlorTrimeton | 2302966 | 968595 | 1.06 |
| ALLERGY TABS 4mg 24ct | 0.55 | 1.59 | 65.4% | C&C | 38809 | 021562 | ChlorTrimeton | 1388099 | 968587 | 0.69 |
| ALLERHIST-1 16ct | 3.20 | 5.79 | 44.7% | C&C | 10332 | 022873 | Tavist-1 | 2312916 | 931535 | 4.00 |
| ALLERHIST-D 16ct | 3.90 | 5.79 | 32.6% | C&C | 10336 | 086073 | Tavist-D | 2312924 | 927244 | 4.88 |
| BROMATAPP EXT RLF TABS 24ct | 2.95 | 4.79 | 38.4% | C&C | 78343 | 030662 | Dimetapp Ext | 1783430 | 968633 | 3.69 |
| CHEST RUB MEDICATED 3.5oz | 1.50 | 2.99 | 49.8% | C&C | 10204 | 036025 | Vicks | 2250736 | 968641 | 1.88 |
| COLD & ALLERGY ELIXIR 4oz | 1.10 | 3.19 | 65.5% | C&C | 23918 | 094426 | Dimetapp | 1239185 | 968684 | 1.38 |
| COLD & ALLERGY ELIXIR 8oz | 1.40 | 3.99 | 64.9% | C&C | 10765 | 094434 | Dimetapp | 2545424 | 254542 | 1.75 |
| COLD & COUGH DM ELIXIR 4oz | 1.30 | 3.19 | 59.2% | C&C | 75814 | 093926 | Dimetapp DM | 1758143 | 968692 | 1.63 |
| COMPLETE ALLERGY CAPS 100ct | 2.60 | 6.99 | 62.8% | C&C | 10222 | 027778 | Benadryl | 2302958 | 968781 | 3.25 |
| COMPLETE ALLERGY CAPS 24ct | 1.15 | 2.99 | 61.5% | C&C | 19965 | 027762 | Benadryl | 1199652 | 968765 | 1.44 |
| COMPLETE ALLERGY CHEW 24ct | 1.40 | 2.79 | 49.8% | C&C | 10610 | 019062 | Benadryl | 2384840 | 081876 | 1.75 |
| COMPLETE ALLERGY ELIXIR 4oz | 1.10 | 3.19 | 65.5% | C&C | 13471 | 056526 | Benadryl | 1134717 | 968790 | 1.38 |
| COMPLETE ALLERGY ELIXIR 8oz | 1.75 | 3.99 | 56.1% | C&C | 10766 | 056534 | Benadryl | 2545432 | 254543 | 2.19 |
| COMPLETE ALLERGY MINI TABS 100ct | 2.60 | 6.99 | 62.8% | C&C | 96333 | 027078 | Benadryl | 1963339 | 968811 | 3.25 |
| COMPLETE ALLERGY MINI TABS 24ct | 1.15 | 2.99 | 61.5% | C&C | 22117 | 027062 | Benadryl | 1221175 | 968803 | 1.44 |
| COUGH DROPS CHERRY 30ct | 0.55 | 0.89 | 38.2% | C&C | 21751 | | Halls | 1217512 | 968820 | 0.69 |
| COUGH DROPS HON/LEM 30ct | 0.55 | 0.89 | 38.2% | C&C | 21762 | | Halls | 1217629 | 968838 | 0.69 |
| COUGH DROPS MENTHOL 30ct | 0.55 | 0.89 | 38.2% | C&C | 21725 | | Halls | 1217256 | 968846 | 0.69 |
| COUGH DROPS NATURAL HERB 24ct | 0.65 | 1.29 | 49.6% | C&C | 10696 | | Ricola | 2853075 | 077754 | 0.81 |
| COUGH DROPS SF BL CHER 30ct | 0.90 | 1.49 | 39.6% | C&C | 10659 | | Halls | 2441020 | 275409 | 1.13 |
| COUGH DROPS SF MENTH 30ct | 0.90 | 1.49 | 39.6% | C&C | 10660 | | Halls | 2441038 | 275417 | 1.13 |
| DAY-TIME LIQUID 6oz | 1.55 | 2.99 | 48.2% | C&C | 10800 | 087730 | DayQuil | 2572709 | 965316 | 1.94 |
| DAY-TIME SOFTGELS 12ct | 1.95 | 3.29 | 40.7% | C&C | 36258 | 025053 | DayQuil | 2362580 | 965308 | 2.44 |
| DECONGESTANT D 4oz | 1.25 | 2.99 | 58.2% | C&C | 10801 | 087926 | Vick's 44-D | 2572717 | 257271 | 1.56 |
| DIXAPHEDRINE 10ct | 2.00 | 3.29 | 39.2% | C&C | 10480 | 096652 | Drixoral | 2313997 | 927376 | 2.50 |
| EFFERVESCENT COLD REL 20ct | 1.75 | 3.19 | 45.1% | C&C | 10291 | | Alka-Seltzer | 1783448 | 9633909 | 2.19 |
| EPINEPHRINE MIST .5oz | 8.05 | 10.99 | 26.8% | C&C | 10208 | 010605 | Primatene | 2256568 | 965316 | 10.06 |
| EPINEPHRINE MIST REFILL .5oz | 7.10 | 9.99 | 28.9% | C&C | 10209 | 010705 | Primatene | 2256576 | 965324 | 8.88 |
| FLU, COUGH & COLD 6ct | 1.70 | 2.99 | 43.1% | C&C | 75925 | 033091 | TheraFlu | 1759257 | 965332 | 2.13 |
| FLU, COUGH & COLD NITE 6ct | 2.20 | 3.99 | 44.9% | C&C | 10889 | 033191 | TheraFlu | 2788347 | 278834 | 2.75 |
| HISTA TABS 24ct | 0.95 | 2.39 | 60.3% | C&C | 37650 | 045062 | Actifed | 1376508 | 965340 | 1.19 |
| INHALER DECONGESTANT .007oz | 1.55 | 2.49 | 37.8% | C&C | 10303 | 056359 | Vicks | 2283171 | 965367 | 1.94 |
| LOZENGES CHERRY 18ct | 1.20 | 1.99 | 39.7% | C&C | 10743 | | Chloraseptic | 2534139 | 010326 | 1.50 |
| LOZENGES SF CHERRY 16ct | 0.95 | 1.49 | 36.2% | C&C | 10318 | | N'ICE | 2303246 | 963917 | 1.19 |
| LOZENGES SF CITRUS 16ct | 0.95 | 1.49 | 36.2% | C&C | 10317 | | N'ICE | 2303253 | 963925 | 1.19 |
| MULTI-SYMPTOM C&C GELS 10ct | 1.30 | 2.39 | 45.6% | C&C | 10219 | 008552 | Sudafed Gels | 2302941 | 965405 | 1.63 |
| MULTI SYMPTOM COLD TABS 24ct | 1.45 | 2.49 | 41.8% | C&C | 10795 | 040062 | Comtrex | 2570596 | 257059 | 1.81 |
| NASAL SPRAY .5oz | 0.95 | 1.99 | 52.3% | C&C | 10199 | 030405 | Afrin | 2245744 | 963933 | 1.19 |
| NASAL SPRAY 1oz | 1.25 | 2.99 | 58.2% | C&C | 06893 | 030410 | Afrin | 1068931 | 963941 | 1.56 |
| NASAL SPRAY SALINE 1.5oz | 1.00 | 1.99 | 49.7% | C&C | 10192 | 093013 | Ocean | 2239671 | 965413 | 1.25 |
| NASAL SPRAY X-MOIST 1oz | 1.35 | 3.19 | 57.7% | C&C | 10648 | 006710 | Afrin Extra | 2520310 | 514306 | 1.69 |
| NASAL STRIPS MED/LARGE 12ct | 2.55 | 3.99 | 36.1% | C&C | 10931 | | Breathe Right | 2869261 | 286926 | 3.19 |
| NASAL STRIPS MED/LARGE 30ct | 6.80 | 9.99 | 31.9% | C&C | 10932 | | Breathe Right | 2869279 | 286927 | 8.50 |
| NASAL STRIPS SMALL/MED 12ct | 2.55 | 3.99 | 36.1% | C&C | 10933 | | Breathe Right | 2869287 | 286928 | 3.19 |
| NIGHT-TIME SOFTGELS 12ct | 1.95 | 3.29 | 40.7% | C&C | 75958 | 041053 | NyQuil Caps | 1759588 | 965421 | 2.44 |
| NIGHT TIME CHERRY 10oz | 1.95 | 3.89 | 49.9% | C&C | 78342 | 088038 | NyQuil | 1783422 | 965448 | 2.44 |
| NIGHT TIME CHERRY 6oz | 1.45 | 2.79 | 48.0% | C&C | 46037 | 088030 | NyQuil | 1460377 | 965430 | 1.81 |
| NIGHT TIME REGULAR 10oz | 1.95 | 3.89 | 49.9% | C&C | 23916 | 087538 | NyQuil | 1239169 | 965464 | 2.44 |
| NIGHT TIME REGULAR 6oz | 1.45 | 2.79 | 48.0% | C&C | 38806 | 087530 | NyQuil | 1388065 | 965456 | 1.81 |
| PAIN RELIEF COLD 24ct | 1.65 | 3.49 | 52.7% | C&C | 10703 | 021162 | Tylenol Cold | 2507051 | 461725 | 2.06 |
| PAIN RELIEF FLU GELCAP 20ct | 1.75 | 3.99 | 56.1% | C&C | 10798 | 085960 | Tylenol Flu | 2572733 | 010822 | 2.19 |
| PAIN RELIEVR COLD+COUGH 24ct | 1.40 | 2.79 | 49.8% | C&C | 10704 | 020762 | Tylenol Cold | 2474690 | 372870 | 1.75 |
| PAIN RELIEVR COUGH/COLD 4oz | 1.40 | 2.79 | 49.8% | C&C | 10797 | 082326 | Tylenol | 2572725 | 257272 | 1.75 |
| PEDIA RELIEF COUGH-COLD 4oz | 1.40 | 2.99 | 53.2% | C&C | 10326 | 000326 | Pedia Care | 2303238 | 963968 | 1.75 |
| PEDIA RELIEF DROPS .5oz | 1.50 | 2.99 | 49.8% | C&C | 10325 | 000105 | Pedia Care | 2303220 | 963976 | 1.88 |
| PSEUDO COLD&ALLERGY 24ct | 1.00 | 2.99 | 66.6% | C&C | 10465 | 045162 | Sudafed C&A | 2312981 | 933481 | 1.25 |
| PSEUDOEPHED FOR KIDS 4oz | 1.40 | 2.99 | 53.2% | C&C | 10906 | 044426 | Sudafed | 2788354 | 278835 | 1.75 |
| PSEUDOEPHEDRINE TABS 24ct | 0.75 | 1.99 | 62.3% | C&C | 38810 | 044562 | Sudafed | 1388107 | 965146 | 0.94 |

CH 055734

Car.Hlth/SLB 0685161         Car.Suf.Co. 0616242