**ANDERSON EXHIBIT 18I**



| ITEM DESCRIPTION | STORE COST | SUGG RET | RET G.M.% | CATEG | UPC 96295 | NDC 37205 | COMPARES TO | CIN ITEM# | DP ITEM# | AWP |
|---|---|---|---|---|---|---|---|---|---|---|
| **COLD/COUGH** | | | | | | | | | | |
| PSEUDOEPHEDRINE TABS 96ct | 1.85 | 5.99 | 69.1% | C&C | 10773 | 044580 | Sudafed | 2283125 | 965154 | 2.31 |
| PSEUDOEPHEDRINE CAPS 12HR 10ct | 2.15 | 3.29 | 34.7% | C&C | 10684 | 044652 | Sudafed 12HR | 2873339 | 287333 | 2.69 |
| SEVERE COLD & FLU CAPS 16ct | 1.25 | 2.89 | 56.7% | C&C | 75923 | 050173 | Contac Severe | 1759232 | 968749 | 1.56 |
| SINUS ALLER PAIN REL GEL 24ct | 1.75 | 3.19 | 45.1% | C&C | 36444 | 038562 | Tylenol A/S | 1364447 | 965200 | 2.19 |
| SINUS PAIN REL MAX STR 24ct | 1.40 | 2.99 | 53.2% | C&C | 38811 | 044762 | Sinutab | 1388115 | 963984 | 1.75 |
| SINUS PAIN RELIEVER GEL 24ct | 1.75 | 3.19 | 45.1% | C&C | 36393 | 037662 | Tylenol Sinus | 1363936 | 965162 | 2.19 |
| THROAT SPRAY CHERRY 6oz | 1.30 | 2.99 | 56.5% | C&C | 10308 | 032730 | Chloraseptic | 2281673 | 963992 | 1.63 |
| THROAT SPRAY MENTHOL 6oz | 1.30 | 2.99 | 56.5% | C&C | 10307 | 032630 | Chloraseptic | 2281681 | 964000 | 1.63 |
| TRIACTING EXPECTO 4oz | 1.25 | 2.79 | 55.2% | C&C | 10462 | 018226 | Triaminic | 2312999 | 928275 | 1.56 |
| TRIACTING MULTI-SYMPTOM 4oz | 1.25 | 2.79 | 55.2% | C&C | 10464 | 014026 | Triaminic | 2313005 | 928283 | 1.56 |
| TRIACTING NITE TIME 4oz | 1.35 | 2.79 | 51.6% | C&C | 10461 | 004226 | Triaminic | 2313013 | 928291 | 1.69 |
| TRIACTING SYRUP 4oz | 1.25 | 2.79 | 55.2% | C&C | 10463 | 011626 | Triaminic | 2313021 | 928330 | 1.56 |
| TUSSIN CF 4oz | 1.25 | 2.79 | 55.2% | C&C | 10764 | 096526 | Robitussin CF | 2552479 | 255247 | 1.56 |
| TUSSIN CF 8oz | 2.25 | 4.29 | 47.6% | C&C | 10215 | 096534 | Robitussin CF | 2302933 | 965219 | 2.81 |
| TUSSIN DM 4oz | 1.20 | 2.59 | 53.7% | C&C | 38808 | 097026 | Robitussin DM | 1388081 | 965227 | 1.50 |
| TUSSIN DM 8oz | 2.00 | 4.19 | 52.3% | C&C | 75934 | 097034 | Robitussin DM | 1759349 | 965235 | 2.50 |
| TUSSIN DM CLEAR 4oz | 1.65 | 2.99 | 44.8% | C&C | 10763 | 071226 | | 2545499 | 254549 | 2.06 |
| TUSSIN EXPECTORANT 4oz | 1.20 | 2.19 | 45.2% | C&C | 10186 | 096026 | Robitussin | 1388073 | 965243 | 1.50 |
| TUSSIN EXPECTORANT 8oz | 1.80 | 3.49 | 48.4% | C&C | 38807 | 096034 | Robitussin | 2235380 | 019240 | 2.25 |
| TUSSIN PE 4oz | 1.30 | 2.59 | 49.8% | C&C | 10218 | 097526 | Robitussin PE | 2302925 | 965278 | 1.63 |
| TUSSIN SEV/CONG GELS 12ct | 1.90 | 3.19 | 40.4% | C&C | 96319 | 053753 | Robitussin Sev | 1963198 | 964026 | 2.38 |
| ZINC - DR ZINC LOZ CHERRY 18ct | 2.40 | 3.99 | 39.8% | C&C | 10910 | | Cold Eeze | 2788818 | 077212 | 3.00 |
| ZINC - DR ZINC LOZ CITRUS 18ct | 2.40 | 3.99 | 39.8% | C&C | 10909 | | Cold Eeze | 2788800 | 278880 | 3.00 |
| ZINC LOZENGES 24ct | 1.30 | 2.49 | 47.8% | C&C | 10774 | | Cold Eeze | 2570620 | 257062 | 1.63 |
| **COSMETIC** | | | | | | | | | | |
| COSMETIC PUFFS 300ct | 0.60 | 0.99 | 39.4% | Cosmetic | 39228 | | Curity | 1392281 | 965286 | 0.75 |
| COTTON PUFFS TRIPLE SZ 100ct | 0.70 | 1.29 | 45.7% | Cosmetic | 10285 | | Curity | 2256816 | 965294 | 0.88 |
| NAIL POLISH REMOVER 6oz | 1.05 | 1.49 | 29.5% | Cosmetic | 38080 | | Cutex | 1380807 | 964034 | 1.31 |
| **DIABETIC** | | | | | | | | | | |
| ALCOHOL SWABS 100ct | 0.95 | 1.49 | 36.2% | Diabetic | 10612 | 015578 | BD | 1221233 | 934356 | 1.19 |
| FINGERS SKIN CREAM 4oz | 5.25 | 8.99 | 41.6% | Diabetic | 10855 | | | 2743805 | 076744 | 6.56 |
| GLUCOSE TABS ORANGE 50ct | 3.95 | 6.99 | 43.5% | Diabetic | 10717 | | BD | 2513612 | 489603 | 4.94 |
| GLUCOSE TABS ORANGE ctn12x10ct | 11.70 | 1.59 | 38.7% | Diabetic | 10718 | | BD | 2513596 | 489565 | 14.63 |
| GLUCOSE TABS RASP 50ct | 3.95 | 6.99 | 43.5% | Diabetic | 10296 | | BD | 2281632 | 964077 | 4.94 |
| GLUCOSE TABS RASP ctn12x10ct | 11.70 | 1.59 | 38.7% | Diabetic | 10297 | | BD | 2281624 | 964085 | 14.63 |
| LANCETS ASST COLORS 200ct | 6.05 | 9.99 | 39.4% | Diabetic | 10295 | 011882 | BD | 2281640 | 964093 | 7.56 |
| LANCETS THIN 100ct | 3.60 | 5.69 | 36.7% | Diabetic | 10841 | 014278 | BD | 2853083 | 285308 | 4.50 |
| LANCETS THIN 200ct | 6.05 | 9.99 | 39.4% | Diabetic | 10677 | 014282 | BD | 2441046 | 275468 | 7.56 |
| SYRINGES 28G 1/2cc 100ct | 9.40 | 13.88 | 32.3% | Diabetic | 10494 | 600483 | BD | 2365377 | 040843 | 22.00 |
| SYRINGES 28G 1cc 100ct | 9.40 | 13.88 | 32.3% | Diabetic | 10495 | 601671 | BD | 2365385 | 041289 | 22.00 |
| SYRINGES 29G 1/2cc 100ct | 11.15 | 14.88 | 25.1% | Diabetic | 10496 | 600624 | BD | 2365393 | 041386 | 22.00 |
| SYRINGES 29G 1cc 100ct | 11.15 | 14.88 | 25.1% | Diabetic | 10497 | 601770 | BD | 2365401 | 041440 | 22.00 |
| SYRINGES 29G 3/10cc 100ct | 11.15 | 14.88 | 25.1% | Diabetic | 10498 | 600913 | BD | 2365419 | 041491 | 22.00 |
| **EYE/EAR** | | | | | | | | | | |
| EAR WAX REMOVAL DROPS .5oz | 1.85 | 4.59 | 59.7% | Eye&Ear | 10665 | 045705 | Murine | 2441095 | 264326 | 2.31 |
| EYE DROPS .5oz | 1.05 | 2.19 | 52.1% | Eye&Ear | 47088 | 013905 | Visine | 2260040 | 965472 | 1.31 |
| EYE DROPS A/R .5oz | 1.20 | 2.39 | 49.8% | Eye&Ear | 96373 | 013805 | Visine A/C | 1963735 | 965480 | 1.50 |
| EYE DRY EYES OINTMENT 1/8oz | 1.80 | 4.39 | 59.0% | Eye&Ear | 10261 | 013479 | Refresh PM | 2256964 | 965502 | 2.25 |
| EYE MULTI PURPOSE SOL 12oz | 2.90 | 5.49 | 47.2% | Eye&Ear | 10715 | | ReNu | 2532570 | 571431 | 3.63 |
| EYE SALINE SOLUTION 12oz | 1.30 | 1.99 | 34.7% | Eye&Ear | 78397 | | B&L | 1783976 | 965529 | 1.63 |
| EYE TEARS ARTIFICIAL .5oz | 1.40 | 4.29 | 67.4% | Eye&Ear | 96379 | 013705 | Liquifilm | 1963792 | 964131 | 1.75 |
| EYE TEARS PURE .5oz | 2.10 | 4.99 | 57.9% | Eye&Ear | 96377 | 060305 | Tears Naturale | 1963776 | 965537 | 2.63 |
| EYE WASH SOLUTION 4oz | 1.40 | 2.89 | 51.6% | Eye&Ear | 96375 | 002326 | Collyrium | 1963750 | 965510 | |
| **FAMILY PLAN** | | | | | | | | | | |
| LUBRICATING JELLY 4oz | 1.35 | 2.59 | 47.9% | Fam Plan | 10203 | | | 2250744 | 965553 | 1.69 |
| PREGNANCY TEST KIT ea | 3.35 | 6.99 | 52.1% | Fam Plan | 10313 | | E.P.T. | 2292647 | 965600 | 4.19 |
| PREGNANCY TEST KIT 2PK ea | 5.75 | 9.99 | 42.4% | Fam Plan | 10470 | | E.P.T. | 2515583 | 495212 | 7.19 |
| **FEMININE HYGIENE** | | | | | | | | | | |
| MAXIPAD REGULAR cs12x24ct | 20.00 | 2.29 | 27.2% | FemHy | 70263 | | Stayfree | 1112382 | 965561 | 25.00 |
| MAXIPAD SUPER cs12x24ct | 20.00 | 2.29 | 27.2% | FemHy | 70254 | | Stayfree | 1112630 | 965570 | 25.00 |
| M-ZOLE 3 COMBO PACK REUS APP | 6.35 | 10.99 | 42.2% | FemHy | 10833 | 058903 | Monistat 3 | 2868503 | 286850 | 7.94 |

CH 055735

Car.Hlth/SLB 0685162        Car.Suf.Co. 0616243



| ITEM DESCRIPTION | STORE COST | SUGG RET | RET G.M.% | CATEG | UPC 96295 | NDC 37205 | COMPARES TO | CIN ITEM# | DP ITEM# | AWP |
|---|---|---|---|---|---|---|---|---|---|---|
| **FEMININE HYGIENE** | | | | | | | | | | |
| MICONAZOLE 7 CREAM 1.59oz | 4.25 | 6.99 | 39.2% | FemHy | 36249 | 059029 | Monistat 7 | 1362490 | 965588 | 5.31 |
| **FIRST AID** | | | | | | | | | | |
| ALOE VERA GEL 8oz | 2.40 | 3.49 | 31.2% | FirstAid | 10732 | | Aloe Extra | 2524684 | 010038 | 3.00 |
| ANTI-ITCH CREAM .1oz | 1.35 | 2.99 | 54.8% | FirstAid | 10608 | 027810 | Benadryl | 2372134 | 041505 | 1.69 |
| ANTI-ITCH GEL .4oz | 2.70 | 4.99 | 45.9% | FirstAid | 10488 | 025326 | Benadryl | 2552495 | 255249 | 3.38 |
| BACITRACIN, USP 1oz | 0.95 | 1.99 | 52.3% | FirstAid | 78398 | 027510 | Baciguent | 1783984 | 965618 | 1.19 |
| BANDAGE ANTIBACTERIAL ASST 30ct | 1.45 | 2.19 | 33.8% | First Aid | 10675 | | J & J | 2854867 | 285486 | 1.81 |
| BANDAGE ANTIBACTERIAL X/LGE 10ct | 1.70 | 2.49 | 31.7% | First Aid | 10661 | | J & J | 2858041 | 285804 | 2.13 |
| BANDAGE ANTIBIOTIC ASSTD 20ct | 1.50 | 2.19 | 31.5% | FirstAid | 10663 | | J & J | 2854826 | 285482 | 1.88 |
| BANDAGE ANTIBIOTIC 3/4x3" 20ct | 1.50 | 2.19 | 31.5% | FirstAid | 10664 | | J & J | 2854842 | 285484 | 1.88 |
| BANDAGE FABRIC FLEX 30ct | 1.35 | 2.19 | 38.4% | FirstAid | 04728 | | J & J | 1047281 | 965650 | 1.69 |
| BANDAGE FOAM ASST 45ct | 1.50 | 2.49 | 39.8% | FirstAid | 10832 | | J & J | 2695740 | 269574 | 1.88 |
| BANDAGE GAUZE 2" 4yds | 0.95 | 1.49 | 36.2% | FirstAid | 10282 | | J & J | 2256873 | 965634 | 1.19 |
| BANDAGE GAUZE 3" 4yds | 1.20 | 1.99 | 39.7% | FirstAid | 10283 | | J & J | 2256881 | 965642 | 1.50 |
| BANDAGE PLASTIC 3/4" 60ct | 1.10 | 1.79 | 38.5% | FirstAid | 10831 | | J & J | 2614246 | 010876 | 1.38 |
| BANDAGE SHEER 1"X3" 40ct | 1.15 | 1.99 | 42.2% | FirstAid | 10256 | | J & J | 2256907 | 965669 | 1.44 |
| BANDAGE SHEER ASST 60ct | 1.40 | 1.99 | 29.6% | FirstAid | 10253 | | J & J | 2256915 | 965677 | 1.75 |
| BANDAGE SHEER EX-LGE 10ct | 1.25 | 2.29 | 45.4% | FirstAid | 10254 | | J & J | 2256923 | 965685 | 1.56 |
| BANDAGE SHEER TRIAL SZ ctn12x10ct | 5.40 | 0.50 | 10.0% | FirstAid | 10625 | | | 2417491 | 201030 | 6.75 |
| CALDYPHEN CLEAR 6oz | 1.70 | 3.29 | 48.3% | FirstAid | 10310 | 028130 | Caladryl Clear | 2281699 | 962600 | 2.13 |
| CALDYPHEN LOTION 6oz | 1.70 | 3.29 | 48.3% | FirstAid | 10309 | 013030 | Caladryl | 2281707 | 962627 | 2.13 |
| HYDRO .5% CREAM 1oz | 0.95 | 2.39 | 60.3% | FirstAid | 21834 | 010110 | Cortaid | 1218346 | 962643 | 1.19 |
| HYDRO 1% CREAM 1oz | 1.00 | 2.59 | 61.4% | FirstAid | 10275 | 016210 | Cortizone 1% | 2256972 | 962651 | 1.25 |
| HYDRO 1% CREAM w/ALOE 1oz | 1.20 | 2.89 | 58.5% | FirstAid | 22120 | 027210 | Cortaid | 1221209 | 962678 | 1.50 |
| HYDRO 1% OINT 1oz | 1.00 | 2.59 | 61.4% | FirstAid | 10276 | 016110 | Cortizone 1% | 2256980 | 962686 | 1.25 |
| LICE CONTROL SPRAY 5oz | 2.65 | 5.39 | 50.8% | FirstAid | 10320 | 016628 | Rid | 2303279 | 962694 | 3.31 |
| LICE KILLING SHAMPOO 4oz | 2.65 | 5.39 | 50.8% | FirstAid | 10312 | 016526 | Rid | 2292639 | 962708 | 3.31 |
| LICE SHAMPOO CRM RINSE 2oz | 5.10 | 8.99 | 43.3% | FirstAid | 10730 | 028516 | | 2552503 | 255250 | 6.38 |
| LICE SHAMPOO CRM RINSE 4oz | 8.20 | 12.99 | 36.9% | FirstAid | 10744 | 028526 | | 2552511 | 255251 | 10.25 |
| PETROLEUM JELLY 13oz | 1.95 | 2.99 | 34.8% | First Aid | 10819 | 006927 | Vaseline | 2823599 | 077578 | 2.44 |
| POVIDONE IODINE SOL 8oz | 1.80 | 5.99 | 69.9% | FirstAid | 10673 | 018634 | Betadine | 2443554 | 275301 | 2.25 |
| STERILE PADS 2x2 25ct | 1.95 | 2.99 | 34.8% | FirstAid | 10286 | | J&J | 2256824 | 966509 | 2.44 |
| STERILE PADS 3x3 25ct | 2.10 | 3.49 | 39.8% | FirstAid | 10287 | | J&J | 2256832 | 966924 | 2.63 |
| STERILE PADS 4x4 10ct | 1.60 | 2.99 | 46.5% | FirstAid | 10288 | | J&J | 2256840 | 966932 | 2.00 |
| TAPE WP ADHESIVE 1" 5yds | 1.20 | 1.99 | 39.7% | FirstAid | 10281 | | J&J | 2256857 | 966940 | 1.50 |
| TAPE WP ADHESIVE 1/2" 10yds | 1.20 | 1.99 | 39.7% | FirstAid | 10280 | | J&J | 2256865 | 966967 | 1.50 |
| THERMOM DIGIT COVERS 50ct | 1.40 | 2.79 | 49.8% | FirstAid | 96389 | | | 1963891 | 962848 | 1.75 |
| THERMOM DIGITAL ea | 4.90 | 7.99 | 38.7% | FirstAid | 96391 | | BD | 1963917 | 962856 | 6.13 |
| THERMOM DIGITAL FLEX ea | 5.80 | 9.99 | 41.9% | FirstAid | 10883 | | BD | 2788792 | 278879 | 7.25 |
| THERMOMETER BABY ea | 1.20 | 2.49 | 51.8% | FirstAid | 51093 | | BD | 1510932 | 928739 | 1.50 |
| THERMOMETER ORAL ea | 0.90 | 2.49 | 63.9% | FirstAid | 38812 | | BD | 1388123 | 966983 | 1.13 |
| TRIPLE ANTIBIOTIC EXTRA 1oz | 1.70 | 3.99 | 57.4% | FirstAid | 10487 | 026610 | NeosporinPlus | 2372167 | 926493 | 2.13 |
| TRIPLE ANTIBIOTIC OINT 1oz | 1.25 | 3.59 | 65.2% | FirstAid | 06880 | 027310 | Neosporin | 1068808 | 962864 | 1.56 |
| HOT/COLD REUSABLE PACK 1ea | 2.30 | 3.99 | 42.4% | FirstAidHC | 10636 | | | 2443588 | 275204 | 2.88 |
| INSTANT COLD PACK 1ea | 1.10 | 1.79 | 38.5% | FirstAidHC | 10635 | | | 2443596 | 275239 | 1.38 |
| **FOOTCARE** | | | | | | | | | | |
| TOLNAFTATE AF CREAM 1oz | 1.45 | 3.79 | 61.7% | Foot Care | 10729 | 019710 | Tinactin | 2534121 | 253412 | 1.81 |
| CLOTRIMAZOLE AF CREAM 1oz | 3.95 | 6.99 | 43.5% | Foot Care | 10274 | 016010 | Lotrimin | 2256998 | 962880 | 4.94 |
| BUNION PADS ctn6x8ct | 4.90 | 1.49 | 45.2% | Foot Pads | 10271 | | Scholls | 2292654 | 967009 | 6.13 |
| CALLOUS PADS ctn6x8ct | 4.90 | 1.49 | 45.2% | Foot Pads | 10270 | | Scholls | 2292662 | 967025 | 6.13 |
| CORN PADS ctn6x12ct | 3.35 | 0.99 | 43.6% | Foot Pads | 10269 | | Scholls | 2292670 | 967033 | 4.19 |
| CORN PADS MEDIC ctn6x12ct | 7.95 | 2.39 | 44.6% | Foot Pads | 10273 | | Scholls | 2292688 | 967050 | 9.94 |
| HEEL GRIPS ctn6x1pr | 3.20 | 0.99 | 46.1% | Foot Pads | 10272 | | Scholls | 2292696 | 967076 | 4.00 |
| **HAIR** | | | | | | | | | | |
| THERA T-PLUS SHAMPOO 8.5oz | 1.50 | 3.99 | 62.4% | Hair | 38262 | | Neutragena | 2382620 | 933929 | 1.88 |
| **HEMORRHOIDAL** | | | | | | | | | | |
| HEMOR PRE-MOIST PADS 100ct | 2.40 | 4.79 | 49.9% | Hemor | 10205 | | Tucks | 1491687 | 963003 | 3.00 |
| HEMORRHOID CREAM 1.8oz | 1.80 | 3.79 | 52.5% | Hemor | 96327 | 057224 | Preparation-H | 1963271 | 963119 | 2.25 |
| HEMORRHOID OINT 2oz | 1.80 | 3.79 | 52.5% | Hemor | 06895 | 040516 | Preparation-H | 2312940 | 927384 | 2.25 |
| HEMORRHOID SUPPOS 12ct | 1.75 | 3.49 | 49.9% | Hemor | 10820 | 071516 | Preparation-H | 1963214 | 963127 | 2.19 |

CH 055736

Car.Hlth/SLB 0685163                    Car.Suf.Co. 0616244



| ITEM DESCRIPTION | STORE COST | SUGG RET | RET G.M.% | CATEG | UPC 96295 | NDC 37205 | COMPARES TO | CIN ITEM# | DP ITEM# | AWP |
|---|---|---|---|---|---|---|---|---|---|---|
| **HOME CARE** | | | | | | | | | | |
| BLOOD PRESSURE KIT MANUAL | 11.20 | 19.99 | 44.0% | Home Care | 10713 | | | 2850592 | 285059 | 14.00 |
| BLOOD PRESSURE KIT DIGITAL | 24.65 | 39.99 | 38.4% | Home Care | 10714 | | | 2850600 | 285060 | 30.81 |
| **INCONTINENCE** | | | | | | | | | | |
| INCONT ADULT WASH TRVL 10ct | 1.05 | 1.79 | 41.3% | Incont | 10844 | | | 2719805 | 271980 | 1.31 |
| INCONT ADULT WASHCLOTH 50ct | 3.20 | 5.49 | 41.7% | Incont | 10845 | | | 2719813 | 271981 | 4.00 |
| INCONT BRIEFS LARGE cs4x18ct | 37.80 | 13.99 | 32.5% | Incont | 10452 | | Depend | 2312825 | 929182 | 47.25 |
| INCONT BRIEFS MED cs4x22ct | 37.80 | 13.99 | 32.5% | Incont | 10451 | | Depend | 2312833 | 929190 | 47.25 |
| INCONT MALE GUARD cs6x14ct | 22.20 | 5.99 | 38.2% | Incont | 10859 | | | 2743870 | 274387 | 27.75 |
| INCONT PADS REG cs6x22ct | 18.60 | 4.59 | 32.5% | Incont | 10459 | | Poise | 2312858 | 929204 | 23.25 |
| INCONT PADS SUPER ABS cs6x20ct | 18.60 | 4.59 | 32.5% | Incont | 10458 | | Poise | 2312841 | 929620 | 23.25 |
| **INCONTINENCE** | | | | | | | | | | |
| INCONT UNDERG SLIP-ON cs6x16ct | 43.80 | 11.88 | 38.6% | Incont | 10752 | | | 2534105 | 253410 | 54.75 |
| INCONT UNDERGARM SUP cs4x30ct | 38.80 | 13.99 | 30.7% | Incont | 10453 | | Depend | 2312874 | 929786 | 48.50 |
| INCONT UNDERPADS SUP cs6x10ct | 26.40 | 5.99 | 26.5% | Incont | 10455 | | Depend | 2312890 | 930016 | 33.00 |
| INCONT UNDERPADS XLG cs6x18ct | 26.40 | 5.99 | 26.5% | Incont | 10456 | | Depend | 2312908 | 930032 | 33.00 |
| **NUTRITION** | | | | | | | | | | |
| COMPLETE NUTRITION CHOC cs4x6x8oz | 18.00 | 5.99 | 24.9% | Nutritionals | 10654 | 001534 | Ensure | 2832806 | 283280 | 22.50 |
| COMPLETE NUTRITION VAN cs4x6x8oz | 18.00 | 5.99 | 24.9% | Nutritionals | 10655 | 001634 | Ensure | 2832814 | 283281 | 22.50 |
| COMP NUTRITION PLUS CHOC cs4x6x8oz | 20.00 | 6.99 | 28.5% | Nutritionals | 10657 | 001734 | Ensure Plus | 2832830 | 283283 | 25.00 |
| COMP NUTRITION PLUS VAN cs4x6x8oz | 20.00 | 6.99 | 28.5% | Nutritionals | 10658 | 001834 | Ensure Plus | 2832848 | 283284 | 25.00 |
| **ORAL** | | | | | | | | | | |
| ANTISEPT MOUTH CLEANSR .5oz | 1.80 | 3.89 | 53.7% | Oral | 10762 | | Gly-Oxide | 2552446 | 255244 | 2.25 |
| BREATH GELS 50ct | 1.70 | 3.79 | 55.1% | Oral | 10769 | | Breath Assure | 2570570 | 257057 | 2.13 |
| DENTAL FLOSS MINT 100yds | 1.00 | 1.79 | 44.1% | Oral | 30008 | | J & J | 1488378 | 002917 | 1.25 |
| DENTAL FLOSS UNWAX 100yds | 1.00 | 1.79 | 44.1% | Oral | 30007 | | J & J | 1200237 | 002895 | 1.25 |
| DENTAL FLOSS WAXED 100yds | 1.00 | 1.79 | 44.1% | Oral | 30006 | | J & J | 1200187 | 002887 | 1.25 |
| DENTURE TABS 40ct | 1.60 | 2.49 | 35.7% | Oral | 78344 | | Efferdent | 1092840 | 963160 | 2.00 |
| M/WASH ANTISEPTIC 1ltr | 1.50 | 2.79 | 46.2% | Oral | 01184 | 031845 | Listerine | 1011840 | 963186 | 1.88 |
| M/WASH BLUE MINT ltr | 1.50 | 2.79 | 46.2% | Oral | 96393 | 066445 | Listerine | 1963933 | 963208 | 1.88 |
| M/WASH GREEN 24oz | 1.50 | 2.49 | 39.8% | Oral | 01160 | 037150 | Scope | 1011600 | 963216 | 1.88 |
| M/WASH GREEN TS 6oz | 0.90 | 1.49 | 39.6% | Oral | 10646 | | Scope | 2441053 | 264385 | 1.13 |
| TBRUSH COMPCT 39 SFT ctn12 | 6.00 | 0.99 | 49.5% | Oral | 96385 | | Oral B 35 | 1963818 | 963283 | 7.50 |
| TBRUSH DLX ADULT ctn12 | 4.35 | 0.69 | 47.5% | Oral | 96387 | | Tek | 1963875 | 963291 | 5.44 |
| TBRUSH GEM HEAD ctn12 | 8.60 | 1.29 | 44.4% | Oral | 96383 | | Colgate | 1963834 | 963313 | 10.75 |
| TBRUSH LARGE 55 SOFT ctn12 | 6.00 | 0.99 | 49.5% | Oral | 96381 | | Oral B 60 | 1963859 | 963321 | 7.50 |
| **SHAVING PRODUCTS** | | | | | | | | | | |
| RAZORS LADIES DISPO 10ct | 1.55 | 2.69 | 42.4% | Shave | 78389 | | Daisy | 1783893 | 967173 | 1.94 |
| RAZORS PIVOT PLUS DISP 10ct | 1.55 | 2.69 | 42.4% | Shave | 78392 | | Good News | 1783927 | 967181 | 1.94 |
| RAZORS TWIN PLUS DISP 10ct | 1.55 | 2.69 | 42.4% | Shave | 10315 | | Good News | 1784024 | 967211 | 1.94 |
| **SKIN CARE** | | | | | | | | | | |
| ACNE PADS MAX STR 75ct | 1.75 | 3.29 | 46.8% | Skin | 10674 | | Oxy XS Pads | 2443562 | 275344 | 2.19 |
| GENTLE SKIN CLEANSER 16oz | 2.25 | 5.99 | 62.4% | Skin | 10761 | | Cetaphil | 2552453 | 255245 | 2.81 |
| HAND SANITIZER 8oz | 1.50 | 2.99 | 49.8% | Skin | 10824 | | Purell | 2691616 | 269161 | 1.88 |
| OATMEAL BATH REGULAR 8ct | 2.45 | 4.29 | 42.9% | Skin | 10613 | 017851 | Aveeno | 2434504 | 255459 | 3.06 |
| OATMEAL BATH OILATED 8ct | 2.45 | 4.29 | 42.9% | Skin | 10614 | 017951 | Aveeno | 2434512 | 255530 | 3.06 |
| SKIN CARE LOT 15oz | 1.50 | 2.79 | 46.2% | Skin | 39068 | | V.I.C. | 1390681 | 966061 | 1.88 |
| **SMOKING CESSATION** | | | | | | | | | | |
| NICOTINE TRANSDERMAL SYSTEM 11mg 7ct | 15.50 | 21.99 | 29.5% | Smok/Cess | 10735 | 003612 | Nicoderm CQ | 2850626 | 285062 | 19.38 |
| NICOTINE TRANSDERMAL SYSTEM 11mg 14ct | 29.50 | 37.99 | 22.3% | Smok/Cess | 10737 | 003674 | Nicoderm CQ | 2850634 | 285063 | 36.88 |
| NICOTINE TRANSDERMAL SYSTEM 22mg 7ct | 15.50 | 21.99 | 29.5% | Smok/Cess | 10647 | 003712 | Nicoderm CQ | 2850659 | 285065 | 19.38 |
| NICOTINE TRANSDERMAL SYSTEM 22mg 14ct | 29.50 | 37.99 | 22.3% | Smok/Cess | 10649 | 003774 | Nicoderm CQ | 2850667 | 285066 | 36.88 |
| **SUNCARE** | | | | | | | | | | |
| SUNBLOCK ACTIVE SPF30 4oz | 2.75 | 4.99 | 44.9% | Suncare | 10825 | | Coppertone Sport | 2691624 | 269162 | 3.44 |
| SUNBLOCK CHILD SPF30 4oz | 2.10 | 3.99 | 47.4% | Suncare | 10334 | | Water Babies | 2312791 | 966088 | 2.63 |
| SUNBLOCK CHILD SPF45 4oz | 3.10 | 4.99 | 37.9% | Suncare | 10826 | | Water Babies | 2691632 | 269163 | 3.88 |
| SUNBLOCK MOISTUR SPF15 4oz | 1.95 | 3.49 | 44.1% | Suncare | 10337 | | Coppertone | 2312809 | 928259 | 2.44 |
| SUNBLOCK MOISTUR SPF30 4oz | 2.10 | 3.99 | 47.4% | Suncare | 10338 | | Coppertone | 2312817 | 928267 | 2.63 |
| SUNBLOCK MOISTUR SPF45 4oz | 3.10 | 4.99 | 37.9% | Suncare | 10827 | | Coppertone | 2691640 | 269164 | 3.88 |
| SUNLESS TANNING LOT 3.75oz | 1.95 | 3.49 | 44.1% | Suncare | 10339 | | Coppertone | 2356657 | 040681 | 2.44 |
| **VITAMINS** | | | | | | | | | | |
| VIT A&D COD LIVER OIL NAT 100ct | 2.60 | 3.99 | 34.8% | Vita A | 10229 | | | 2294205 | 967246 | 3.25 |

Page 58

CH 055737

Car.Hlth/SLB 0685164          Car.Suf.Co. 0616245



| ITEM DESCRIPTION | STORE COST | SUGG RET | RET G.M.% | CATEG | UPC 96295 | NDC 37205 | COMPARES TO | CIN ITEM# | DP ITEM# | AWP |
|---|---|---|---|---|---|---|---|---|---|---|
| **VITAMINS** | | | | | | | | | | |
| VIT B-1 100mg 100ct | 2.00 | 3.79 | 47.2% | Vita B | 05404 | | | 2294239 | 967289 | 2.50 |
| VIT B-12 100mcg 100ct | 1.55 | 2.99 | 48.2% | Vita B | 78384 | | | 2294247 | 967297 | 1.94 |
| VIT B-6 50mg 100ct | 1.80 | 3.29 | 45.3% | Vita B | 05462 | | | 2294254 | 967300 | 2.25 |
| VIT BALANCED B-100 NAT 50ct | 4.50 | 6.99 | 35.6% | Vita B | 78372 | | | 2294262 | 967327 | 5.63 |
| VIT NIACIN 100mg 100ct | 1.40 | 2.79 | 49.8% | Vita B | 10230 | 007878 | | 2294460 | 967343 | 1.75 |
| VIT A 8000IU NAT 100ct | 1.45 | 2.79 | 48.0% | Vita C | 10228 | | | 2294197 | 967360 | 1.81 |
| VIT C 500mg & ECHINACEA 60ct | 2.10 | 3.99 | 47.4% | Vita C | 10916 | 008872 | | 2812642 | 281264 | 2.63 |
| VIT C 1000mg 100ct | 3.95 | 6.39 | 38.2% | Vita C | 05452 | | | 2283141 | 967378 | 4.94 |
| VIT C 1000mg TR w/RH NAT 60ct | 3.40 | 5.99 | 43.2% | Vita C | 10251 | | | 2283182 | 967408 | 4.25 |
| VIT C 1000mg w/RH NAT 100ct | 4.10 | 6.49 | 36.8% | Vita C | 05596 | | | 2283208 | 967432 | 5.13 |
| VIT C 250mg 100ct | 1.70 | 2.49 | 31.7% | Vita C | 05417 | | | 2283158 | 967440 | 2.13 |
| VIT C 500mg 100ct | 1.90 | 2.99 | 36.5% | Vita C | 05481 | | | 2283166 | 967564 | 2.38 |
| VIT C 500mg 250ct | 3.50 | 5.99 | 41.6% | Vita C | 10918 | 008985 | | 2812667 | 281266 | 4.38 |
| VIT C 500mg TR w/RH NAT 60ct | 2.10 | 3.99 | 47.4% | Vita C | 10248 | | | 2283224 | 967475 | 2.63 |
| VIT C 500mg w/RH NAT 100ct | 2.10 | 3.99 | 47.4% | Vita C | 84106 | | | 2283232 | 967491 | 2.63 |
| VIT C CHEW 250mg 100ct | 2.25 | 3.79 | 40.6% | Vita C | 05437 | | | 2283174 | 967548 | 2.81 |
| Vit D 400IU 60ct | 1.45 | 2.19 | 33.8% | Vita D | 10913 | 009172 | | 2818417 | 281841 | 1.81 |
| VIT E 1000IU 50ct | 4.95 | 7.49 | 33.9% | Vita E | 78387 | | | 2283240 | 967580 | 6.19 |
| VIT E 1000IU NAT 50ct | 6.20 | 9.99 | 37.9% | Vita E | 84112 | | | 2283307 | 967599 | 7.75 |
| VIT E 400IU 100ct | 3.90 | 5.49 | 29.0% | Vita E | 78386 | 007478 | | 2283273 | 967670 | 4.88 |
| VIT E 400IU 250ct | 9.40 | 12.99 | 27.6% | Vita E | 10919 | 009085 | | 2812683 | 281268 | 11.75 |
| VIT E 400IU NAT 100ct | 4.40 | 7.99 | 44.9% | Vita E | 84111 | 007578 | | 2283323 | 967696 | 5.50 |
| VIT E 400IU WATER DISPERS 100ct | 5.60 | 7.99 | 29.9% | Vita E | 10252 | 007678 | | 2283281 | 967726 | 7.00 |
| VIT E 800IU 50ct | 4.65 | 7.49 | 37.9% | Vita E | 10240 | | | 2283299 | 967734 | 5.81 |
| VIT CALC MAGN ZINC NAT 100ct | 1.80 | 3.49 | 48.4% | Vita Min | 78377 | 007178 | | 2294296 | 967750 | 2.25 |
| VIT CHROM PICOLINATE NAT 100ct | 3.50 | 5.99 | 41.6% | Vita Min | 10244 | | | 2294346 | 967777 | 4.38 |
| VIT FERROUS SULF 27mg 100ct | 1.40 | 2.99 | 53.2% | Vita Min | 10811 | 041478 | | 2717841 | 271784 | 1.75 |
| VIT FERROUS SULF 65mg 100ct | 3.10 | 4.69 | 33.9% | Vita Min | 10259 | 041378 | Feosol | 2294361 | 968080 | 3.88 |
| VIT OYS SH CAL 500 mg NAT 100ct | 2.00 | 3.79 | 47.2% | Vita Min | 10305 | 008278 | | 2294528 | 967840 | 2.50 |
| VIT OYS SH CAL 500 w/D NAT 100ct | 1.50 | 3.59 | 58.2% | Vita Min | 10232 | 008378 | | 2294502 | 967807 | 1.88 |
| VIT POTASSIUM GLUC NAT 100ct | 1.80 | 3.49 | 48.4% | Vita Min | 05633 | | | 2294536 | 967866 | 2.25 |
| VIT ZINC 50mg NAT 100ct | 2.00 | 3.99 | 49.9% | Vita Min | 10238 | | | 2294627 | 967920 | 2.50 |
| VIT CALCIUM 600mg 60ct | 1.70 | 4.39 | 61.3% | Vita NBE | 78369 | 039172 | Caltrate | 2294304 | 967971 | 2.13 |
| VIT CALCIUM 600mg w/D 60ct | 2.50 | 4.59 | 45.5% | Vita NBE | 10236 | 039272 | Caltrate w/D | 2294312 | 967998 | 3.13 |
| VIT CALCIUM CITRATE 100ct | 3.75 | 6.99 | 46.4% | Vita NBE | 10749 | 071078 | Citrical Tabs | 2534170 | 253417 | 4.69 |
| VIT CENTRAL-VITE 130ct | 4.10 | 6.99 | 41.3% | Vita NBE | 78361 | 007281 | Centrum | 2281764 | 968005 | 5.13 |
| VIT CENTRAL-VITE SELECT 60ct | 2.75 | 4.99 | 44.9% | Vita NBE | 43072 | 007372 | Centrum Silver | 2294338 | 968048 | 3.44 |
| VIT GINSENG CONCEN 30ct | 4.30 | 6.99 | 38.5% | Vita NBE | 96313 | | Ginsana | 2294429 | 968110 | 5.38 |
| VIT MULT-VIT&MIN woFE NAT 100ct | 3.60 | 6.99 | 48.5% | Vita NBE | 10247 | | | 2294452 | 968137 | 4.50 |
| VIT MULTI VIT CHEW 100ct | 2.00 | 4.39 | 54.4% | Vita NBE | 10223 | 038878 | Flintstones | 2283349 | 968145 | 2.50 |
| VIT MULTI VIT CHEW w/C 100ct | 2.30 | 4.99 | 53.9% | Vita NBE | 10225 | 038978 | Flintstones | 2283364 | 968161 | 2.88 |
| VIT MULTI VIT CHEW w/IRON 100ct | 2.10 | 4.79 | 56.2% | Vita NBE | 10224 | 039078 | Flintstones | 2283380 | 968188 | 2.63 |
| VIT ONE DAILY 100ct | 1.90 | 3.49 | 45.6% | Vita NBE | 78367 | 008078 | One-A-Day | 2294486 | 968200 | 2.38 |
| VIT ONE DAILY w/CAL-IR-ZNC 100ct | 3.25 | 5.79 | 43.9% | Vita NBE | 78365 | 008178 | One-A-Day | 2294494 | 968218 | 4.06 |
| VIT STRESS 60ct | 3.25 | 5.39 | 39.7% | Vita NBE | 05701 | | Stresstabs | 2294577 | 968234 | 4.06 |
| VIT STRESS w/IRON 60ct | 3.40 | 5.79 | 41.3% | Vita NBE | 07197 | | Stresstabs w/I | 2294585 | 968242 | 4.25 |
| VIT STRESS w/ZINC 60ct | 3.50 | 5.79 | 39.6% | Vita NBE | 05707 | | Stresstabs w/Z | 2294593 | 968250 | 4.38 |
| VIT THERA PLUS 130ct | 4.45 | 7.49 | 40.6% | Vita NBE | 10226 | | Theragran-M | 2294601 | 968269 | 5.56 |
| VIT VISION FORMULA 60ct | 2.60 | 4.99 | 47.9% | Vita NBE | 10234 | 007972 | Ocuvite | 2294176 | 968196 | 3.25 |
| VIT FOLIC ACID 250ct | 2.60 | 3.99 | 34.8% | Vita Supp | 10245 | | | 2294387 | 968285 | 3.25 |
| VIT GARLIC OIL NAT 100ct | 2.20 | 3.49 | 37.0% | Vita Supp | 05591 | 007778 | | 2294411 | 968307 | 2.75 |
| GLUCOSAMINE COMPLEX 500mg 60ct | 6.50 | 13.99 | 53.5% | Vita Supp | 10790 | 009872 | | 2846459 | 284645 | 8.13 |
| VIT L-LYSINE NAT 100ct | 2.20 | 4.69 | 53.1% | Vita Supp | 05549 | | | 2294445 | 968315 | 2.75 |
| VIT SELENIUM 200mg 100ct | 2.75 | 4.99 | 44.9% | Vita Supp | 10917 | 008778 | | 2812691 | 281269 | 3.44 |
| BILBERRY EXTRACT 60mg 40ct CAPSULES | 5.50 | 9.49 | 42.0% | Vit/Herbals | 10722 | 005158 | | 2853091 | 285309 | 6.88 |
| CRANBERRY CONCENTRATE 90X 400mg 60ct | 4.60 | 7.99 | 42.4% | Vit/Herbals | 10731 | 005372 | | 2853109 | 285310 | 5.75 |
| ECHINACEA 380mg 100ct | 3.35 | 5.99 | 44.1% | Vit/Herbals | 10911 | 009278 | Echinex | 2818425 | 281842 | 4.19 |
| ECHINACEA w/ GOLDENSEAL 400mg 50ct CAP | 4.15 | 8.49 | 51.1% | Vit/Herbals | 10711 | 004871 | | 2853125 | 285312 | 5.19 |
| GARLIC 500mg 100ct | 4.75 | 7.99 | 40.6% | Vit/Herbals | 10850 | 009378 | Garlique | 2818433 | 281843 | 5.94 |
| GINKGO BILOBA 40mg 40ct | 4.50 | 7.99 | 43.7% | Vit/Herbals | 10851 | 009458 | Ginkgoba | 2818458 | 281845 | 5.63 |
| GINSENG 410mg 100ct | 2.95 | 6.99 | 57.8% | Vit/Herbals | 10854 | 009578 | Ginsana | 2818466 | 281846 | 3.69 |

CH 055738

Car.Hlth/SLB 0685165                                        Car.Suf.Co. 0616246


| ITEM DESCRIPTION | STORE COST | SUGG RET | RET G.M.% | CATEG | UPC 96295 | NDC 37205 | COMPARES TO | CIN ITEM# | DP ITEM# | AWP |
|---|---|---|---|---|---|---|---|---|---|---|
| **VITAMINS** | | | | | | | | | | |
| GRAPE SEED EXTRACT 50mg 30ct CAPSULE | 3.05 | 5.99 | 49.1% | Vit/Herbals | 10733 | 005465 | | 2853133 | 285313 | 3.81 |
| KAVA KAVA EXTRACT 233mg 60ct | 7.15 | 10.99 | 34.9% | Vit/Herbals | 10669 | 005672 | | 2858033 | 077914 | 8.94 |
| MILK THISTLE 180mg 40ct CAPSULES | 5.40 | 9.49 | 43.1% | Vit/Herbals | 10728 | 005258 | | 2853166 | 285316 | 6.75 |
| SAW PALMETTO 160mg 30ct | 3.05 | 6.99 | 56.4% | Vit/Herbals | 10856 | 009665 | Propalmex | 2818482 | 281848 | 3.81 |
| ST JOHNS WORT 375mg 50ct | 3.60 | 5.99 | 39.9% | Vit/Herbals | 10860 | 009771 | Kira | 2818607 | 281860 | 4.50 |
| VALERIAN ROOT 445mg 100ct CAPSULES | 3.30 | 4.79 | 31.1% | Vit/Herbals | 10716 | 004978 | | 2853174 | 285317 | 4.13 |
| **WETS & DRYS** | | | | | | | | | | |
| ALCOHOL ETHYL 16oz | 0.80 | 0.99 | 19.2% | Wets | 10492 | | | 2369411 | 929018 | 1.00 |
| ALCOHOL ISO 70% 32oz | 0.95 | 1.29 | 26.4% | Wets | 10802 | 001245 | | 2690279 | 269027 | 1.19 |
| ALCOHOL ISO 70% cs12x16oz | 5.40 | 0.69 | 34.8% | Wets | 37997 | 001243 | | 1379973 | 966100 | 6.75 |
| ALCOHOL ISO 70% WNTGRN 16oz | 0.65 | 0.99 | 34.3% | Wets | 10915 | | | 2810620 | 281062 | 0.81 |
| BORIC ACID 4oz | 1.10 | 1.99 | 44.7% | Wets | 10491 | | | 2369395 | 929026 | 1.38 |
| EPSOM SALT 4lbs | 1.60 | 2.19 | 26.9% | Wets | 10493 | 060207 | | 2369437 | 929034 | 2.00 |
| EPSOM SALT 1lb | 0.65 | 0.99 | 34.3% | Wets | 10914 | 060243 | | 2810653 | 281065 | 0.81 |
| HYDRO PEROXIDE 8oz | 0.30 | 0.59 | 49.2% | Wets | 10490 | 087134 | | 2369429 | 929042 | 0.38 |
| HYDRO PEROXIDE cs12x16oz | 4.20 | 0.69 | 49.3% | Wets | 38083 | 087143 | | 1380831 | 966193 | 5.25 |
| HYDRO PEROXIDE 32oz | 0.85 | 1.29 | 34.1% | Wets | 10803 | 087145 | | 2690287 | 269028 | 1.06 |
| WITCH HAZEL cs12x16oz | 10.20 | 1.39 | 38.8% | Wets | 10185 | 082243 | | 2228922 | 966215 | 12.75 |
| **SUPPLIES** | | | | | | | | | | |
| CAMERA 35MM DISPOSABLE 27 EXP. | 4.50 | 8.99 | 49.9% | z-Misc. | 10809 | | Kodak | 2821957 | 282195 | 5.63 |
| BAGS LDR IMPR PLSTIC LGE cs1000 | 50.00 | | | z-Supplies | 10474 | | | 2298263 | 928747 | 62.50 |
| BAGS LDR IMPR PLSTIC MED cs1000 | 42.00 | | | z-Supplies | 10787 | | | 2561124 | 256112 | 52.50 |
| BAGS LDR IMPRNT 6x4 cs2000 | 77.50 | | | z-Supplies | 10475 | | | 2298230 | 928879 | 96.88 |
| BAGS LDR IMPRNT 7x10 cs3000 | 65.00 | | | z-Supplies | 10476 | | | 2298222 | 928887 | 81.25 |
| BAGS LDR IMPRNT RxLG cs3000 | 70.00 | | | z-Supplies | 10477 | | | 2298248 | 928895 | 87.50 |
| BAGS LDR IMPRNT RxSM cs3000 | 56.00 | | | z-Supplies | 10478 | | | 2298255 | 929000 | 70.00 |
| BAGS LDR IMPRNT 8x5x17 cs.75M | 75.00 | | | z-Supplies | 10835 | | | 2826154 | 282615 | 93.75 |

CH 055739

Car.Hlth/SLB 0685166          Car.Suf.Co. 0616247

