# ANDERSON EXHIBIT 18J



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| ACEBUTOLOL HCL 200MG | 100 | CP | Sectral | AB | ESI Lederle | $ 91.35 | 59911-5842-01 | 465380 | 2508349 |
| ACEBUTOLOL HCL 400MG | 100 | CP | Sectral | AB | ESI Lederle | $ 121.50 | 59911-5844-01 | 465402 | 2508356 |
| ACEPHEN 120MG | 12 | SU | Tylenol | NR | G & W Labs | $ 3.44 | 00713-0118-12 | 104140 | 1268663 |
| ACEPHEN 325MG | 12 | SU | Tylenol | NR | G & W Labs | $ 5.06 | 00713-0164-12 | 505951 | 1531631 |
| ACEPHEN 650MG | 12 | SU | Tylenol | NR | G & W Labs | $ 5.08 | 00713-0165-12 | 104167 | 1467638 |
| ACETAMIN/COD 120MG | 120 ML | EL | Tylenol/Codeine Elixer | AA | Alpharma | $ 5.74 | 00472-1419-04 | 512044 | 1508746 |
| ACETAMIN/COD 480ML | 480 ML | EL | Tylenol/Cod | AA | Morton Grove | $ 18.64 | 60432-0245-16 | 836117 | 1896935 |
| ACETAMIN/COD2 300/15 | 100 | TB | Tylenol/Cod #2 | AA | Teva | $ 13.94 | 00093-0050-01 | 279587 | 1095413 |
| ACETAMIN/COD3 300/30 | 100 | TB | Tylenol/Cod #3 | AA | Purepac | $ 26.12 | 00228-3020-10 | 276133 | 2761336 |
| ACETAMIN/COD3 300/30 | 1000 | TB | Tylenol/Cod #3 | AA | Purepac | $ 219.18 | 00228-3020-96 | 276134 | 2761344 |
| ACETAMIN/COD4 300/60 | 100 | TB | Tylenol/Cod #4 | AA | Purepac | $ 32.47 | 00228-3021-10 | 278436 | 2784361 |
| ACETAMIN/COD4 300/60 | 500 | TB | Tylenol/Cod #4 | AA | Purepac | $ 219.18 | 00228-3021-50 | 276418 | 2764181 |
| ACETAZOLAMIDE 125MG | 100 | TB | Diamox | AB | Taro | $ 21.33 | 51672-4022-01 | 258924 | 2589240 |
| ACETAZOLAMIDE 250MG | 100 | TB | Diamox | AB | Schein | $ 28.00 | 00364-0400-01 | 443735 | 1544717 |
| ACETIC ACID 2% 15ML | 15 ML | SL | Vosol | AT | Morton Grove | $ 10.06 | 60432-0741-15 | 556300 | 2530319 |
| ACETIC ACID/AL ACE | 60 ML | DR | Domeboro | AT | Bausch & Lomb | $ 7.38 | 24208-0615-77 | 366455 | 1554328 |
| ACETOHEXAMIDE 250MG | 100 | TB | Dymelor | AB | Barr Labs | $ 26.38 | 00555-0442-02 | 529710 | 1448430 |
| ACETOHEXAMIDE 500MG | 100 | TB | Dymelor | AB | Barr Labs | $ 37.48 | 00555-0443-02 | 529729 | 1448422 |
| ACETYLCYSN 10% 100MG | 3X10 ML | MD | Mucosil | AN | Dey Labs | $ 40.26 | 49502-0181-10 | 532460 | 1452002 |
| ACETYLCYSN 10% 100MG/ML | 12X4 ML | SD | Mucosil | AN | Dey Labs | $ 67.80 | 49502-0181-04 | 487198 | 2467405 |
| ACETYLCYSN 10% 100MG/ML | 3X30 ML | MD | Mucosil | AN | Dey Labs | $ 110.48 | 49502-0181-30 | 532479 | 1570373 |
| ACETYLCYSN 20% 200MG/ML | 100 ML | SD | Mucosil | AN | Dey Labs | $ 92.21 | 49502-0182-00 | 947709 | 1825827 |
| ACETYLCYSN 20% 200MG/ML | 12X4 ML | SD | Mucosil | AN | Dey Labs | $ 81.36 | 49502-0182-04 | 487201 | 1484765 |
| ACETYLCYSN 20% 200MG/ML | 3X10 ML | MD | Mucosil | AN | Dey Labs | $ 48.66 | 49502-0182-10 | 532487 | 1489434 |
| ACETYLCYSN 20% 200MG/ML | 3X30 ML | MD | Mucosil | AN | Dey Labs | $ 133.43 | 49502-0182-30 | 532495 | 1467398 |
| ACIDULATED ORAL 500ML | 500 ML | RI | Phosflur | NR | Morton Grove | $ 8.31 | 60432-0114-17 | 253737 | 2537371 |
| ACYCLOVIR 200MG 100 | 100 | CP | Zovirax | AB | Novopharm | $ 97.20 | 55953-0940-40 | 256858 | 2568582 |
| ACYCLOVIR 200MG 500 | 500 | CP | Zovirax | AB | Novopharm | $ 461.70 | 55953-0940-70 | 256857 | 2568574 |
| ACYCLOVIR 200MG/5ML ORAL | 480 ML | SS | Zovirax | AB | Alpharma | $ 90.64 | 00472-0082-16 | 257131 | 2571313 |
| ACYCLOVIR 400MG 100 | 100 | TB | Zovirax | AB | Novopharm | $ 118.60 | 55953-0943-40 | 256856 | 2568566 |
| ACYCLOVIR 400MG 500 | 500 | TB | Zovirax | AB | Novopharm | $ 895.85 | 55953-0943-70 | 256855 | 2568558 |
| ACYCLOVIR 800MG 100 | 100 | TB | Zovirax | AB | Novopharm | $ 366.65 | 55953-0947-40 | 010418 | 2568541 |
| ACYCLOVIR 800MG 500 | 500 | TB | Zovirax | AB | Novopharm | $1,741.59 | 55953-0947-70 | 256859 | 2568590 |
| AK-CIDE 0.5% OPHT | 3.5 GM | OI | Vasocidin | AT | Akorn | $ 10.27 | 17478-0276-35 | 115118 | 2195634 |
| AK-CIDE 0.5% OPHT | 5 ML | DR | Metimyd | AT | Akorn | $ 10.27 | 17478-0275-10 | 153249 | 1273606 |
| AK-FLUOR 10% 25X5ML | 125 | AM | Fluorescite | NR | Akorn | $ 136.50 | 17478-0254-10 | 421405 | 1073188 |
| AK-FLUOR 10% 12X5ML | 60 | MD | Flucrescite | NR | Akorn | $ 65.52 | 17478-0253-10 | 461962 | 2119436 |
| AK-FLUOR 25% 12X2ML | 24 | AM | Fluorescite | NR | Akorn | $ 65.52 | 17478-0251-20 | 289078 | 2119428 |
| AK-FLUOR 25% 12X2ML | 24 | SD | Fluorescite | NR | Akorn | $ 65.52 | 17478-0250-20 | 461970 | 2119444 |
| AK-NACL 5% OPHT | 15 ML | DR | Mura-128 | NR | Akorn | $ 11.35 | 17478-0621-12 | 608173 | 1589712 |
| AK-NACL 5% OPHT | 3.5 GM | OI | Mura-128 | NR | Akorn | $ 11.35 | 17478-0620-35 | 249289 | 1479468 |
| AK-NEFRIN 0.12% | 15 ML | DR | Prefin | NR | Akorn | $ 3.56 | 17478-0220-12 | 261270 | 1803956 |
| AK-PENTOLATE 1% | 15 ML | DR | Cyclogyl | AT | Akorn | $ 10.61 | 17478-0100-12 | 332321 | 1073451 |
| AK-PENTOLATE 1% | 2 ML | DR | Cyclogyl | AT | Akorn | $ 64.20 | 17478-0100-20 | 345237 | 1274307 |
| AK-PENTOLATE 2% | 2 ML | DR | Cyclogyl | AT | Akorn | $ 88.80 | 17478-0097-20 | 260727 | 2607273 |
| AK-PENTOLATE 2% | 5 ML | DR | Cyclogyl | AT | Akorn | $ 12.40 | 17478-0097-10 | 260728 | 2607281 |

CH 055741

Car.Hlth/SLB 0685168                    Car.Suf.Co. 0616249



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| AK-RINSE OPHT | 120 ML | SL | Dacriose | NR | Akorn | $ 3.88 | 17478-0269-18 | 153354 | 1467026 |
| AKWA TEARS OPHT | 3.5 GM | OI | Lacri-Lube | NR | Akorn | $ 3.88 | 17478-0062-35 | 115363 | 1272830 |
| ALBUTEROL 90MCG INHL | 17 GM | AR | Proventil | BN | Warrick | $ 21.41 | 59930-1560-01 | 184195 | 2413714 |
| ALBUTEROL 90MCG INHL | 17 GM | AR | Ventolin | AB | Apothecon | $ 12.99 | 59772-6175-02 | 491055 | 2513927 |
| ALBUTEROL 90MCG REFILL | 17 GM | AR | Proventil | BN | Warrick | $ 19.79 | 59930-1560-02 | 184420 | 2413706 |
| ALBUTEROL 90MCG REFILL | 17 GM | AR | Ventolin | AB | Apothecon | $ 14.50 | 59772-6175-01 | 491039 | 2513935 |
| ALBUTEROL SULF 0.083% | 25X3 ML | SL | Proventil | AN | Warrick | $ 30.25 | 59930-1500-08 | 882097 | 1246206 |
| ALBUTEROL SULF 0.083% | 25X3 ML | SL | Ventolin | AN | Dey Labs | $ 30.25 | 49502-0697-03 | 769061 | 1472273 |
| ALBUTEROL SULF 0.083% | 30X3 ML | SL | Proventil | AN | Dey Labs | $ 36.30 | 49502-0697-33 | 917540 | 2226645 |
| ALBUTEROL SULF 0.083% | 60X3 ML | SL | Proventil | AN | Warrick | $ 72.60 | 59930-1500-06 | 882127 | 1246271 |
| ALBUTEROL SULF 0.083% | 60X3 ML | SL | Ventolin | AN | Dey Labs | $ 72.60 | 49502-0697-60 | 788759 | 1652981 |
| ALBUTEROL SULF 0.5% | 20 ML | SL | Proventil | AN | Warrick | $ 14.99 | 59930-1515-04 | 882089 | 1246313 |
| ALBUTEROL SULF 2MG | 100 | TB | Proventil | AB | Warrick | $ 23.65 | 59930-1520-01 | 889113 | 2360535 |
| ALBUTEROL SULF 2MG | 480 ML | SR | Proventil | AA | Warrick | $ 24.75 | 59930-1510-05 | 882119 | 1246339 |
| ALBUTEROL SULF 2MG | 500 | TB | Proventil | AB | Warrick | $ 112.25 | 59930-1520-02 | 244325 | 2360543 |
| ALBUTEROL SULF 4MG | 100 | TB | Proventil | AB | Warrick | $ 35.20 | 59930-1530-01 | 889121 | 2360550 |
| ALBUTEROL SULF 4MG | 500 | TB | Proventil | AB | Warrick | $ 168.25 | 59930-1530-02 | 244511 | 2360568 |
| ALLOPURINOL 100MG | 100 | TB | Zyloprim | AB | Schein | $ 18.50 | 00364-0632-01 | 497622 | 1544600 |
| ALLOPURINOL 100MG | 1000 | TB | Zyloprim | AB | Schein | $ 190.80 | 00364-0632-02 | 443743 | 1544618 |
| ALLOPURINOL 300MG | 100 | TB | Zyloprim | AB | Schein | $ 44.48 | 00364-0633-01 | 497630 | 1544584 |
| ALLOPURINOL 300MG | 100 UD | TB | Zyloprim | AB | Schein | $ 38.80 | 00364-0633-90 | 648892 | 1827732 |
| ALLOPURINOL 300MG | 500 | TB | Zyloprim | AB | Schein | $ 228.23 | 00364-0633-05 | 443751 | 1544592 |
| ALPHAQUIN HP 4% | 30 GM | CR | Viquin Forte Cream | NR | Stratus | $ 34.00 | 58980-0580-10 | 274782 | 2747822 |
| ALPRAZOLAM 0.25MG | 100 | TB | Xanax | AB | Greenstone | $ 52.57 | 59762-3719-01 | 865478 | 1922277 |
| ALPRAZOLAM 0.25MG | 100 UD | TB | Xanax | AB | Geneva | $ 62.50 | 00781-1061-13 | 275461 | 2754612 |
| ALPRAZOLAM 0.25MG | 1000 | TB | Xanax | AB | Greenstone | $ 507.34 | 59762-3719-04 | 865494 | 1923044 |
| ALPRAZOLAM 0.25MG | 500 | TB | Xanax | AB | Greenstone | $ 257.78 | 59762-3719-03 | 865486 | 1923051 |
| ALPRAZOLAM 0.5MG | 100 | TB | Xanax | AB | Greenstone | $ 65.46 | 59762-3720-01 | 865508 | 1922285 |
| ALPRAZOLAM 0.5MG | 100 UD | TB | Xanax | AB | Geneva | $ 74.25 | 00781-1077-13 | 275460 | 2754604 |
| ALPRAZOLAM 0.5MG | 1000 | TB | Xanax | AB | Greenstone | $ 650.18 | 59762-3720-04 | 865524 | 1923077 |
| ALPRAZOLAM 0.5MG | 500 | TB | Xanax | AB | Greenstone | $ 323.77 | 59762-3720-03 | 865516 | 1923069 |
| ALPRAZOLAM 1MG | 100 | TB | Xanax | AB | Greenstone | $ 88.08 | 59762-3721-01 | 865532 | 1922228 |
| ALPRAZOLAM 1MG | 1000 | TB | Xanax | AB | Greenstone | $ 842.69 | 59762-3721-04 | 865559 | 1923093 |
| ALPRAZOLAM 1MG | 500 | TB | Xanax | AB | Greenstone | $ 428.78 | 59762-3721-03 | 865540 | 1923085 |
| ALPRAZOLAM 2MG | 100 | TB | Xanax | AB | Greenstone | $ 153.61 | 59762-3722-01 | 865567 | 1922301 |
| ALPRAZOLAM 2MG | 500 | TB | Xanax | AB | Greenstone | $ 732.72 | 59762-3722-03 | 865575 | 1923101 |
| AMANTADINE HCL 100MG | 100 | CP | Symmetrel | AB | Apothecon | $ 34.68 | 62269-0211-24 | 253006 | 2432623 |
| AMANTADINE HCL 100MG | 500 | CP | Symmetrel | AB | Apothecon | $ 168.99 | 62269-0211-29 | 253049 | 2432631 |
| AMANTADINE HCL 50MG | 480 ML | SR | Symmetrel | AA | Endo Labs | $ 74.27 | 60951-0656-16 | 936308 | 2244192 |
| AMILORIDE HCL 5MG | 100 | TB | Midamor | AB | Par | $ 43.93 | 49884-0117-01 | 548219 | 1856194 |
| AMILORIDE HCL/HCT 5/50 | 100 | TB | Moduretic | AB | Endo Labs | $ 32.75 | 60951-0764-70 | 859788 | 2129773 |
| AMINO ACID CERVICAL | 77 GM | CR | Amino Cervical Cr | NR | Hope Pharm | $ 19.40 | 60267-0234-14 | 453994 | 2502052 |
| AMINOPHYLLINE 100MG | 100 | TB | Aminophylline | AB | Schein | $ 3.45 | 00364-0004-01 | 497657 | 1538149 |
| AMINOPHYLLINE 105MG 5ML | 240 ML | SL | Somophyllin D | AA | Alpharma | $ 12.32 | 00472-0873-08 | 102717 | 1508969 |
| AMINOPHYLLINE 200MG | 100 | TB | Aminophylline | AB | Schein | $ 5.99 | 00364-0005-01 | 497673 | 1538156 |
| AMIODARONE HCL 200MG | 60 | TB | Cordarone | AB | Copley | $ 183.40 | 38245-0133-68 | 282862 | 2828622 |

62

CH 055742

Car.Hlth/SLB 0685169         Car.Suf.Co. 0616250

<\_>



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| AMITRIPTYLINE HCL 100MG | 100 | TB | Elavil | AB | Geneva | $ 19.70 | 00781-1490-01 | 029769 | 1453307 |
| AMITRIPTYLINE HCL 10MG | 100 | TB | Elavil | AB | Geneva | $ 5.45 | 00781-1486-01 | 029696 | 1226919 |
| AMITRIPTYLINE HCL 10MG | 1000 | TB | Elavil | AB | Geneva | $ 44.70 | 00781-1486-10 | 237035 | 2374247 |
| AMITRIPTYLINE HCL 150MG | 100 | TB | Elavil | AB | Geneva | $ 26.62 | 00781-1491-01 | 029785 | 1276229 |
| AMITRIPTYLINE HCL 25MG | 100 | TB | Elavil | AB | Geneva | $ 10.50 | 00781-1487-01 | 029718 | 1276161 |
| AMITRIPTYLINE HCL 25MG | 1000 | TB | Elavil | AB | Geneva | $ 85.75 | 00781-1487-10 | 029726 | 1454131 |
| AMITRIPTYLINE HCL 50MG | 100 | TB | Elavil | AB | Geneva | $ 12.40 | 00781-1488-01 | 029734 | 1276179 |
| AMITRIPTYLINE HCL 50MG | 1000 | TB | Elavil | AB | Geneva | $ 110.50 | 00781-1488-10 | 029742 | 1453299 |
| AMITRIPTYLINE HCL 75MG | 100 | TB | Elavil | AB | Geneva | $ 16.28 | 00781-1489-01 | 029750 | 1226877 |
| AMOXAPINE 100MG | 100 | TB | Asendin | AB | Schein | $ 166.95 | 00364-2434-01 | 702641 | 1121532 |
| AMOXAPINE 150MG | 30 | TB | Asendin | AB | Schein | $ 78.99 | 00364-2435-30 | 702650 | 1121557 |
| AMOXAPINE 25MG | 100 | TB | Asendin | AB | Schein | $ 61.51 | 00364-2432-01 | 702625 | 1121615 |
| AMOXAPINE 50MG | 100 | TB | Asendin | AB | Schein | $ 99.89 | 00364-2433-01 | 702633 | 1121649 |
| AMOXICILLIN 125MG CHEW | 60 | TB | Amoxil | AB | Apothecon | $ 5.99 | 59772-0035-01 | 496413 | 2516201 |
| AMOXICILLIN 250MG CHEW | 100 | TB | Amoxil | AB | Apothecon | $ 13.16 | 59772-0036-02 | 496421 | 2516318 |
| AMOXICILLIN 250MG CHEW | 500 | TB | Amoxil | AB | Apothecon | $ 67.44 | 59772-0036-04 | 496448 | 2516193 |
| ANDEC TR | 100 | TB | Rondec TR | NR | Expert Medical | $ 40.87 | 55053-0077-01 | 466239 | 2508547 |
| ANEMAGEN SFT GELATIN | 10X10 UD | CP | Chromagen FA | | Ethex Corp | $ 33.86 | 58177-0043-11 | 287854 | 2878544 |
| ANTIPYRINE/BENZOCAINE | 10 ML | DR | Auralgan | NR | Bausch & Lomb | $ 2.20 | 24208-0561-62 | 678783 | 1830884 |
| ANUCORT HC 25MG | 12 | SU | Anusol HC | NR | G & W Labs | $ 8.70 | 00713-0503-12 | 104272 | 1268713 |
| ANUCORT HC 25MG | 24 | SU | Anusol HC | NR | G & W Labs | $ 17.04 | 00713-0503-24 | 720496 | 1605633 |
| ANUSERT | 12 | SU | Anusol | NR | G & W Labs | $ 3.24 | 00713-0510-12 | 406996 | 1467620 |
| ANUSERT HEMORRHOIDAL | 30 GM | OI | Anusol | NR | G & W Labs | $ 3.24 | 00713-0249-31 | 691593 | 1533645 |
| AQUAVIT-E 50U/ML | 30 ML | DR | Aquasol E Oral Drops | NR | Cypress | $ 40.29 | 60258-0111-30 | 274979 | 2749794 |
| ARTIFICIAL TEARS | 15 ML | DR | Liquifilm | NR | Schein | $ 2.45 | 00364-2427-72 | 734527 | 1376664 |
| ASPIRIN/COD3 325/30 | 100 | TB | Empirin W/Cod | NR | Zenith Goldline | $ 13.39 | 00172-3984-60 | 646040 | 1700426 |
| ASPIRIN/COD3 325/60 | 100 | TB | Empirin W/Cod | NR | Zenith Goldline | $ 23.03 | 00172-3985-60 | 646032 | 1151190 |
| ATENOLOL 100MG | 100 | TB | Tenormin | AB | Schein | $ 98.55 | 00364-2514-01 | 762750 | 1408038 |
| ATENOLOL 100MG | 100 UD | TB | Tenormin | AB | Schein | $ 105.75 | 00364-2514-90 | 801984 | 1909019 |
| ATENOLOL 25MG | 100 | TB | Tenormin | AB | Geneva | $ 70.25 | 00781-1078-01 | 787540 | 1130079 |
| ATENOLOL 25MG | 1000 | TB | Tenormin | AB | Geneva | $ 665.00 | 00781-1078-10 | 257378 | 2573780 |
| ATENOLOL 50MG | 100 | TB | Tenormin | AB | Schein | $ 67.53 | 00364-2513-01 | 762733 | 1407584 |
| ATENOLOL 50MG | 100 UD | TB | Tenormin | AB | Schein | $ 75.99 | 00364-2513-90 | 801976 | 1401504 |
| ATENOLOL 50MG | 1000 | TB | Tenormin | AB | Schein | $ 632.00 | 00364-2513-02 | 762741 | 1407592 |
| ATENOLOL/CHLORTHAL 100/25 | 100 | TB | Tenoretic | AB | Schein | $ 129.95 | 00364-2528-01 | 788597 | 1668136 |
| ATENOLOL/CHLORTHAL 50/25 | 100 | TB | Tenoretic | AB | Schein | $ 92.50 | 00364-2527-01 | 788589 | 1668128 |
| ATROPINE SULF 1% OPHT | 15 ML | DR | Isopto-Atropine | NR | Bausch & Lomb | $ 3.36 | 24208-0750-06 | 363502 | 1161884 |
| ATROPINE SULF 1% OPHT | 3.5 GM | OI | Isopto-Atropine | NR | Bausch & Lomb | $ 2.42 | 24208-0825-55 | 380431 | 1161934 |
| AUROTO 15ML OTIC | 15 ML | DR | Auralgan | NR | Alpharma | $ 3.08 | 00472-0016-99 | 102776 | 1515469 |
| AZATHIOPRINE 50MG | 100 | TB | Imuran | AB | Roxane Labs | $ 116.63 | 00054-4084-25 | 250821 | 2431336 |
| B-PLEX | 100 | TB | Berocca | NR | Zenith Goldline | $ 12.00 | 00182-4062-01 | 429775 | 1368620 |
| BACITRACIN 30 GM USP | 30 GM | OI | Bacitracin | NR | Clay Park Labs | $ 1.10 | 45802-0060-03 | 098892 | 1559061 |
| BACITRACIN 500UGM | 144X.9 GM | OI | Bacitracin | NR | Clay Park Labs | $ 7.56 | 45802-0060-70 | 827819 | 1612753 |
| BACITRACIN 500UGM | 15 GM | OI | Bacitracin | NR | Clay Park Labs | $ 0.84 | 45802-0060-01 | 098884 | 2146728 |
| BACITRACIN 500UGM | 3.5 GM | OI | Bacitracin | AT | Fougera & Co. | $ 3.79 | 00168-0026-38 | 125105 | 1101823 |
| BACITRACIN 500UGM | 454 GM | OI | Bacitracin | NR | Clay Park Labs | $ 15.00 | 45802-0060-05 | 098914 | 2146736 |

CH 055743

Car.Hlth/SLB 0685170                Car.Suf.Co. 0616251


| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| BACITRACIN ZINC USP | 15 GM | OI | Baciquent | NR | Fougera & Co. | $ 1.60 | 00168-0011-35 | 125113 | 1393362 |
| BACITRACIN/POLYMYXIN | 3.5 GM | OI | Polysporin | AT | Bausch & Lomb | $ 10.40 | 24208-0555-55 | 388696 | 1160928 |
| BACLOFEN 10MG | 100 | TB | Lioresal | AB | Schein | $ 36.28 | 00364-2312-01 | 645184 | 1576156 |
| BACLOFEN 10MG | 100 UD | TB | Lioresal | AB | Schein | $ 41.75 | 00364-2312-90 | 834955 | 1182468 |
| BACLOFEN 20MG | 100 | TB | Lioresal | AB | Schein | $ 64.00 | 00364-2313-01 | 645192 | 1576149 |
| BACLOFEN 20MG | 100 UD | TB | Lioresal | AB | Schein | $ 73.35 | 00364-2313-90 | 834963 | 2181188 |
| BEL-PHEN-ERGOT SR | 100 | TB | Bellergal S | NR | Zenith Goldline | $ 45.45 | 00182-1990-01 | 549843 | 1605047 |
| BELLADONNA/OPIUM 16/30 | 12 UD | SU | B D Supprettes | NR | Paddock Labs. | $ 31.78 | 00574-7045-12 | 255921 | 2559219 |
| BELLADONNA/OPIUM 16/60 | 12 | SU | B D Supprettes | NR | Paddock Labs. | $ 35.42 | 00574-7040-12 | 904589 | 2199024 |
| BELLADONNA/OPIUM 16/60 | 20 | SU | B D Supprettes | NR | Paddock Labs. | $ 59.01 | 00574-7040-20 | 904597 | 2199016 |
| BENZOYL PEROX 10% | 150 ML | LQ | Desquam X | NR | Glades Pharm | $ 14.38 | 59366-2741-05 | 789674 | 1651140 |
| BENZOYL PEROX 10% | 240 ML | LQ | Benzac AC | NR | Glades Pharm | $ 23.26 | 59366-2741-08 | 789687 | 1651132 |
| BENZOYL PEROX 10% | 60 GM | GL | Benzac AC | NR | Glades Pharm | $ 13.56 | 59366-2744-01 | 789968 | 1660422 |
| BENZOYL PEROX 10% | 90 GM | GL | Benzac AC | NR | Glades Pharm | $ 18.13 | 59366-2744-03 | 840319 | 1001882 |
| BENZOYL PEROX 2.5% | 60 GM | GL | Benzac AC | NR | Glades Pharm | $ 12.75 | 59366-2742-01 | 789895 | 1660406 |
| BENZOYL PEROX 5% | 120 ML | LQ | Benzac W | NR | Glades Pharm | $ 12.32 | 59366-2739-04 | 789640 | 1651173 |
| BENZOYL PEROX 5% | 150 ML | LQ | Desquam X | NR | Glades Pharm | $ 13.44 | 59366-2739-05 | 789658 | 1651165 |
| BENZOYL PEROX 5% | 240 ML | LQ | Benzac AC | NR | Glades Pharm | $ 21.17 | 59366-2739-08 | 789666 | 1651157 |
| BENZOYL PEROX 5% | 60 GM | GL | Benzac AC | NR | Glades Pharm | $ 13.25 | 59366-2743-01 | 789950 | 1660414 |
| BENZOYL PEROX 5% | 90 GM | GL | Benzac AC | NR | Glades Pharm | $ 17.00 | 59366-2743-03 | 840300 | 1001841 |
| BENZOYL PEROX 6% GEL | 1.5 OZ | GL | Triaz Gel | NR | Glades Pharm | $ 17.74 | 59366-2856-01 | 281221 | 2812212 |
| BENZOYL PEROX ALC-B 10% | 60 GM | GL | Benzac | NR | Glades Pharm | $ 13.56 | 59366-2746-01 | 257599 | 2575991 |
| BENZOYL PEROX ALC-B 5% | 60 GM | GL | Benzac | NR | Glades Pharm | $ 13.25 | 59366-2745-01 | 257598 | 2575983 |
| BENZOYL PEROX WASH 2.5% | 240 ML | LQ | Benzac Ac | NR | Glades Pharm | $ 18.70 | 59366-2736-08 | 033428 | 1660455 |
| BENZOYL PEROXIDE 10% GEL | 1.5 OZ | GL | Triaz Gel | NR | Glades Pharm | $ 18.29 | 59366-2966-01 | 281222 | 2812220 |
| BENZTROPINE MSYL 0.5MG | 100 | TB | Cogentin | AA | Par | $ 9.75 | 49884-0164-01 | 548375 | 1572759 |
| BENZTROPINE MSYL 1MG | 100 | TB | Cogentin | AA | Par | $ 11.15 | 49884-0165-01 | 548383 | 1572767 |
| BENZTROPINE MSYL 1MG | 1000 | TB | Cogentin | AA | Par | $ 103.25 | 49884-0165-10 | 548391 | 1147693 |
| BENZTROPINE MSYL 2MG | 100 | TB | Cogentin | AA | Par | $ 14.00 | 49884-0166-01 | 548405 | 1572775 |
| BENZTROPINE MSYL 2MG | 1000 | TB | Cogentin | AA | Par | $ 132.25 | 49884-0166-10 | 548413 | 1147495 |
| BETAMETHASONE DIP 0.05% | 15 GM | OI | Diprosone | AB | Alpharma | $ 5.57 | 00472-0381-15 | 572284 | 1477462 |
| BETAMETHASONE DIP 0.05% | 15 GM | CR | Diprosone | AB | Taro | $ 6.75 | 51672-1274-01 | 785180 | 2415701 |
| BETAMETHASONE DIP 0.05% | 45 GM | CR | Diprosone | AB | Taro | $ 4.88 | 51672-1274-06 | 785199 | 1415710 |
| BETAMETHASONE DIP 0.05% | 45 GM | OI | Diprosone | AB | Alpharma | $ 10.43 | 00472-0381-45 | 572292 | 1477470 |
| BETAMETHASONE DIP 0.05% | 50 GM | OI | Diprolene | AB | Warrick | $ 51.30 | 59930-1575-03 | 254879 | 2548790 |
| BETAMETHASONE DIP 0.05% | 60 ML | LT | Diprosone | AB | Alpharma | $ 14.23 | 00472-1382-02 | 572276 | 1477454 |
| BETAMETHASONE DIP AUG 0.05% | 15 GM | OI | Diprolene | AB | Warrick | $ 21.47 | 59930-1575-01 | 187968 | 2414514 |
| BETAMETHASONE DIP AUG 0.05% | 45 GM | OI | Diprolene | AB | Warrick | $ 43.20 | 59930-1575-02 | 187984 | 2414522 |
| BETAMETHASONE VAL 0.1% | 15 GM | CR | Valisone | AB | Taro | $ 3.95 | 51672-1269-01 | 730955 | 1409630 |
| BETAMETHASONE VAL 0.1% | 15 GM | OI | Valisone | AB | Fougera & Co. | $ 4.93 | 00168-0033-15 | 125253 | 1158138 |
| BETAMETHASONE VAL 0.1% | 45 GM | CR | Valisone | AB | Taro | $ 3.35 | 51672-1269-06 | 730963 | 1409648 |
| BETAMETHASONE VAL 0.1% | 45 GM | OI | Valisone | AB | Fougera & Co. | $ 8.90 | 00168-0033-46 | 125261 | 1158278 |
| BETAMETHASONE VAL 0.1% | 60 ML | LT | Valisone | AB | Fougera & Co. | $ 12.25 | 00168-0041-60 | 125245 | 1152123 |
| BETHANECHOL CL 10MG | 100 | TB | Urecholine | AA | Schein | $ 41.00 | 00364-0349-01 | 439685 | 1538644 |
| BETHANECHOL CL 25MG | 100 | TB | Urecholine | AA | Schein | $ 59.00 | 00364-0410-01 | 439770 | 1538826 |
| BETHANECHOL CL 50MG | 100 | TB | Urecholine | AA | Schein | $ 89.00 | 00364-0590-01 | 502812 | 1538867 |

64

CH 055744

Car.Hlth/SLB 0685171        Car.Suf.Co. 0616252



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| BETHANECHOL CL 5MG | 100 | TB | Urecholine | AA | Sidmak Labs | $ 29.00 | 50111-0323-01 | 724564 | 1486661 |
| BISACODYL 10MG | 12 | SU | Dulcolax | NR | G & W Labs | $ 2.42 | 00713-0109-12 | 104248 | 1467604 |
| BROMANATE 120ML AF SF | 120 ML | EL | Dimetapp | NR | Alpharma | $ 2.00 | 00472-0711-04 | 750778 | 2367282 |
| BROMANATE 480ML AF SF | 480 ML | EL | Dimetapp | NR | Alpharma | $ 4.73 | 00472-0711-16 | 976130 | 2367258 |
| BROMANATE DM | 120 ML | EL | Dimetapp DM | NR | Alpharma | $ 3.11 | 00472-0712-94 | 790923 | 2371649 |
| BROMANATE DM AF | 240 ML | EL | Dimetapp DM | NR | Alpharma | $ 5.32 | 00472-0712-98 | 790931 | 2371656 |
| BROMFENEX-PD SA 60/6MG | 100 | CP | Bromfed PD | NR | Ethex Corp | $ 46.35 | 58177-0020-04 | 594610 | 2360154 |
| BROMFENEX SA 120/12 | 100 | CP | Bromfed | NR | Ethex Corp | $ 50.70 | 58177-0019-04 | 594300 | 2360162 |
| BROMOCRIPTINE 5MG | 30 | CP | Parlodel | NR | Geneva | $ 84.84 | 00781-2819-31 | 283841 | 2838415 |
| BROMOCRIPTINE 2.5MG | 100 | TB | Parlodel | NR | Geneva | $ 168.49 | 00781-1817-01 | 256556 | 2565562 |
| BROMOCRIPTINE 2.5MG | 30 | TB | Parlodel | NR | Geneva | $ 50.69 | 00781-1817-31 | 256555 | 2565554 |
| BROMOCRIPTINE MSYL 5MG | 100 | CP | Parlodel | NR | Geneva | $ 267.91 | 00781-2819-01 | 283842 | 2838423 |
| BROMODIPHENHYD/COD | 480 ML | SR | Ambenyl Cough Syrup | AA | Morton Grove | $ 14.25 | 60432-0590-16 | 762857 | 1896927 |
| BUMETANIDE 0.5MG | 100 | TB | Bumex | AB | Mylan | $ 28.55 | 00378-0245-01 | 956600 | 2292191 |
| BUMETANIDE 1MG | 100 | TB | Bumex | AB | Mylan | $ 40.03 | 00378-0370-01 | 956619 | 2292217 |
| BUMETANIDE 2MG | 100 | TB | Bumex | AB | Mylan | $ 67.76 | 00378-0417-01 | 956627 | 2292225 |
| BUTALBIT/APAP/CAFF 500MG | 100 | TB | Esgic Plus | NR | Inwood Labs | $ 79.30 | 00258-3657-01 | 280221 | 2802213 |
| BUTALBITAL CMPD | 100 | TB | Fiorinal Tab | AB | Schein | $ 6.75 | 00364-0677-01 | 503231 | 2541209 |
| BUTALBITAL CMPD | 1000 | TB | Fiorinal Tab | AB | Schein | $ 48.55 | 00364-0677-02 | 503258 | 1541192 |
| BUTALBITAL/APAP/CAFF | 100 | TB | Fioricet | AB | Schein | $ 13.90 | 00364-2297-01 | 633046 | 1845486 |
| BUTALBITAL/APAP/CAFF | 500 | TB | Fioricet | AB | Schein | $ 52.75 | 00364-2297-05 | 633054 | 1853787 |
| BUTALBITAL/ASA/CAFF/COD | 500 | CP | Fiorinal/Cod#3 | AB | Watson | $ 445.27 | 52544-0425-05 | 581135 | 2533586 |
| BUTALBITAL/COD 30MG | 100 | CP | Fiorinal/Cod#3 | AB | Watson | $ 93.74 | 52544-0425-01 | 205052 | 2418861 |
| CALCIUM CARB 1250MG | 100 | TB | Calcium Carb | NR | Roxane Labs | $ 9.19 | 00054-4120-25 | 174432 | 1396415 |
| CAPSAICIN 0.025% | 20 GM | CR | Zostrix | NR | Glades Pharm | $ 4.79 | 59366-2772-03 | 948306 | 2254118 |
| CAPSAICIN 0.025% | 42 GM | CR | Zostrix | NR | Glades Pharm | $ 6.59 | 59366-2772-05 | 948314 | 2254126 |
| CAPSAICIN 0.025% | 60 GM | CR | Zostrix | NR | Glades Pharm | $ 5.70 | 59366-2872-06 | 101052 | 2392868 |
| CAPSAICIN 0.025% | 85 GM | CR | Zostrix | NR | Glades Pharm | $ 10.79 | 59366-2772-07 | 948322 | 2254134 |
| CAPSAICIN 0.075% | 30 GM | CR | Zostrix | NR | Glades Pharm | $ 7.19 | 59366-2773-05 | 948330 | 2254142 |
| CAPSAICIN 0.075% | 60 GM | CR | Zostrix | NR | Glades Pharm | $ 8.39 | 59366-2873-06 | 367311 | 2472686 |
| CAPSAICIN 0.075% | 60 GM | CR | Zostrix HP | NR | Glades Pharm | $ 10.79 | 59366-2773-07 | 948357 | 2254159 |
| CAPTOPRIL 100MG | 100 | TB | Capoten | AB | Mylan | $ 152.64 | 00378-3022-01 | 247243 | 2427649 |
| CAPTOPRIL 12.5MG | 100 | TB | Capoten | AB | Mylan | $ 62.80 | 00378-3007-01 | 247510 | 2427706 |
| CAPTOPRIL 12.5MG | 100 UD | TB | Capoten | AB | Apothecon | $ 5.66 | 59772-7045-05 | 051586 | 2385383 |
| CAPTOPRIL 12.5MG | 1000 | TB | Capoten | AB | Mylan | $ 621.36 | 00378-3007-10 | 247499 | 2427698 |
| CAPTOPRIL 25MG | 100 | TB | Capoten | AB | Mylan | $ 66.24 | 00378-3012-01 | 247464 | 2427680 |
| CAPTOPRIL 25MG | 100 UD | TB | Capoten | AB | Apothecon | $ 6.68 | 59772-7046-02 | 051373 | 2385375 |
| CAPTOPRIL 25MG | 1000 | TB | Capoten | AB | Mylan | $ 656.71 | 00378-3012-10 | 247456 | 2427672 |
| CAPTOPRIL 50MG | 100 | TB | Capoten | AB | Mylan | $ 113.53 | 00378-3017-01 | 247448 | 2427664 |
| CAPTOPRIL 50MG | 1000 | TB | Capoten | AB | Mylan | $ 1,110.68 | 00378-3017-10 | 247421 | 2427656 |
| CAPTOPRIL/HCTZ 25/15MG | 100 | TB | Capozide | AB | Apothecon | $ 21.39 | 59772-5160-05 | 271476 | 2714764 |
| CAPTOPRIL/HCTZ 25/25MG | 100 | TB | Capozide | AB | Apothecon | $ 22.09 | 59772-5161-05 | 271477 | 2714772 |
| CAPTOPRIL/HCTZ 50/15MG | 100 | TB | Capozide | AB | Apothecon | $ 32.54 | 59772-5162-05 | 271478 | 2714780 |
| CAPTOPRIL/HCTZ 50/25MG | 100 | TB | Capozide | AB | Apothecon | $ 30.89 | 59772-5163-05 | 271479 | 2714798 |
| CARBAMAZEPINE 100MG | 100 | TB | Tegretol | AB | Teva | $ 19.73 | 00093-0778-01 | 831212 | 1608256 |
| CARBAMAZEPINE 200MG | 100 | TB | Tegretol | AB | Taro | $ 29.00 | 51672-4005-01 | 589675 | 2534543 |

CH 055745

Car.Hlth/SLB 0685172          Car.Suf.Co. 0616253