**ANDERSON EXHIBIT 18K**



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| CARBAMAZEPINE 200MG | 1000 | TB | Tegretol | AB | Purepac | $ 221.18 | 00228-2143-96 | 461636 | 1093939 |
| CARBAMAZEPINE 200MG | 1000 | TB | Tegretol | AB | Taro | $ 373.20 | 51672-4005-03 | 286476 | 2864767 |
| CARBAMAZEPINE 200MG | 500 | TB | Tegretol | AB | Taro | $ 140.65 | 51672-4005-02 | 282313 | 2823136 |
| CARBIDOPA/LEVODOPA 10/100 | 100 | TB | Sinemet | AB | Purepac | $ 58.59 | 00228-2538-10 | 866431 | 1972744 |
| CARBIDOPA/LEVODOPA 10/100 | 500 | TB | Sinemet | AB | Purepac | $ 287.09 | 00228-2538-50 | 866440 | 1976471 |
| CARBIDOPA/LEVODOPA 25/100 | 100 | TB | Sinemet | AB | Purepac | $ 64.74 | 00228-2539-10 | 866458 | 1976463 |
| CARBIDOPA/LEVODOPA 25/100 | 1000 | TB | Sinemet | AB | Purepac | $ 627.98 | 00228-2539-96 | 866474 | 1972728 |
| CARBIDOPA/LEVODOPA 25/100 | 500 | TB | Sinemet | AB | Purepac | $ 317.23 | 00228-2539-50 | 866466 | 1972736 |
| CARBIDOPA/LEVODOPA 25/250 | 100 | TB | Sinemet | AB | Purepac | $ 80.96 | 00228-2540-10 | 866482 | 1972710 |
| CARBIDOPA/LEVODOPA 25/250 | 500 | TB | Sinemet | AB | Purepac | $ 396.70 | 00228-2540-50 | 866490 | 1972702 |
| CARBINOXAMINE 480ML | 480 ML | SR | Rondec | NR | Morton Grove | $ 18.56 | 60432-0102-16 | 556327 | 2530327 |
| CARBINOXAMINE CMPD | 120 ML | SR | Rondec DM | NR | Morton Grove | $ 4.42 | 60432-0202-04 | 981168 | 2358489 |
| CARBINOXAMINE CMPD | 30 ML | DR | Rondec DM | NR | Morton Grove | $ 5.15 | 60432-0951-30 | 632295 | 1013218 |
| CARBINOXAMINE CMPD | 480 ML | SR | Rondec DM | NR | Morton Grove | $ 12.28 | 60432-0202-16 | 632309 | 2118230 |
| CARISOPRODOL 350MG | 100 | TB | Soma | AA | Schein | $ 59.63 | 00364-0475-01 | 520047 | 1559244 |
| CARISOPRODOL 350MG | 500 | TB | Soma | AA | Schein | $ 286.38 | 00364-0475-05 | 520098 | 1559251 |
| CARISOPRODOL CMPD 200MG | 100 | TB | Soma Cmpd | AB | Par | $ 141.84 | 49884-0246-01 | 076350 | 1862119 |
| CARISOPRODOL CMPD 200MG | 500 | TB | Soma Cmpd | AB | Par | $ 699.62 | 49884-0246-05 | 849758 | 1862101 |
| CARISOPRODOL CMPD COD 6MG | 100 | TB | Soma Comp / Cod | AB | Eon Labs | $ 193.03 | 00185-0749-01 | 367494 | 2472934 |
| CEFACLOR 125MG/5ML | 150 ML | SS | Ceclor | AB | Apothecon | $ 20.28 | 59772-7490-04 | 496367 | 2516250 |
| CEFACLOR 125MG/5ML | 75 ML | SS | Ceclor | AB | Apothecon | $ 13.73 | 59772-7490-02 | 496200 | 2516292 |
| CEFACLOR 187MG/5ML | 100 ML | SS | Ceclor | AB | Apothecon | $ 29.17 | 59772-7497-03 | 496340 | 2516276 |
| CEFACLOR 187MG/5ML | 50 ML | SS | Ceclor | AB | Apothecon | $ 12.02 | 59772-7497-01 | 496359 | 2516268 |
| CEFACLOR 250MG | 100 | CP | Ceclor | AB | Apothecon | $ 98.57 | 59772-7491-04 | 496197 | 2516300 |
| CEFACLOR 250MG/5ML | 150 ML | SS | Ceclor | AB | Apothecon | $ 48.34 | 59772-7492-04 | 496383 | 2516235 |
| CEFACLOR 250MG/5ML | 75 ML | SS | Ceclor | AB | Apothecon | $ 17.93 | 59772-7492-02 | 496375 | 2516243 |
| CEFACLOR 375MG/5ML | 100 ML | SS | Ceclor | AB | Apothecon | $ 48.58 | 59772-7493-03 | 496405 | 2516219 |
| CEFACLOR 375MG/5ML | 50 ML | SS | Ceclor | AB | Apothecon | $ 20.07 | 59772-7493-01 | 496391 | 2516227 |
| CEFACLOR 500MG | 100 | CP | Ceclor | AB | Apothecon | $ 185.97 | 59772-7494-04 | 496219 | 2516284 |
| CEFADROXIL 500MG | 100 | CP | Duricef | AB | Apothecon | $ 240.55 | 59772-7271-04 | 334545 | 2460988 |
| CEFADROXIL 500MG | 50 | CP | Duricef | AB | Apothecon | $ 117.33 | 59772-7271-03 | 334537 | 2460970 |
| CEPHALEXIN 125MG/5ML | 100 ML | SS | Keflex | AB | Apothecon | $ 6.01 | 00003-2201-30 | 529435 | 1437532 |
| CEPHALEXIN 125MG/5ML | 200 ML | SS | Keflex | AB | Apothecon | $ 11.55 | 00003-2201-40 | 529443 | 1437540 |
| CEPHALEXIN 250MG | 100 | CP | Keflex | AB | Apothecon | $ 49.01 | 00003-0749-50 | 516139 | 1437656 |
| CEPHALEXIN 250MG | 500 | CP | Keflex | AB | Apothecon | $ 205.95 | 00003-0749-60 | 647608 | 1721083 |
| CEPHALEXIN 250MG/5ML | 100 ML | SS | Keflex | AB | Apothecon | $ 9.69 | 00003-2202-30 | 529451 | 1437557 |
| CEPHALEXIN 250MG/5ML | 200 ML | SS | Keflex | AB | Apothecon | $ 17.57 | 00003-2202-40 | 529478 | 1437565 |
| CEPHALEXIN 500MG | 100 | CP | Keflex | AB | Apothecon | $ 91.49 | 00003-0874-50 | 516147 | 1437664 |
| CEPHALEXIN 500MG | 500 | CP | Keflex | AB | Apothecon | $ 345.00 | 00003-0874-60 | 647594 | 1721091 |
| CEPHRADINE 250MG | 100 | CP | Velosef | AB | Teva | $ 55.00 | 00093-3153-01 | 489859 | 1572668 |
| CEPHRADINE 500MG | 100 | CP | Velosef | AB | Teva | $ 102.00 | 00093-3155-01 | 489875 | 1572676 |
| CHLORAL HYDRATE 500MG 5ML | 480 ML | SR | Chloral Hydrate | NR | Morton Grove | $ 13.79 | 60432-0533-16 | 769738 | 1486851 |
| CHLORDIAZE/AMITRIP 10/25 | 100 | TB | Limbitrol DS | AB | Mylan | $ 84.50 | 00378-0277-01 | 682829 | 1762400 |
| CHLORDIAZE/AMITRIP 10/25 | 500 | TB | Limbitrol DS | AB | Mylan | $ 421.55 | 00378-0277-05 | 689688 | 1268929 |
| CHLORDIAZE/AMITRIP 5/12.5 | 100 | TB | Limbitrol | AB | Mylan | $ 59.88 | 00378-0211-01 | 682837 | 1762418 |
| CHLORDIAZE/AMITRIP 5/12.5 | 500 | TB | Limbitrol | AB | Mylan | $ 298.27 | 00378-0211-05 | 689670 | 1268911 |




CH 055746

Car.Hlth/SLB 0685173                    Car.Suf.Co. 0616254



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| CHLORDIAZEPOX HCL 10MG | 100 | CP | Librium | AB | Barr Labs | $ 21.06 | 00555-0033-02 | 009989 | 1586270 |
| CHLORDIAZEPOX HCL 10MG | 1000 | CP | Librium | AB | Barr Labs | $ 139.50 | 00555-0033-05 | 010006 | 1109289 |
| CHLORDIAZEPOX HCL 25MG | 100 | CP | Librium | AB | Barr Labs | $ 22.68 | 00555-0159-02 | 010014 | 1109313 |
| CHLORDIAZEPOX HCL 25MG | 500 | CP | Librium | AB | Barr Labs | $ 81.06 | 00555-0159-04 | 010022 | 1109297 |
| CHLORDIAZEPOX HCL 5MG | 100 | CP | Librium | AB | Barr Labs | $ 18.66 | 00555-0158-02 | 009954 | 1109321 |
| CHLORDIAZEPOX HCL 5MG | 500 | CP | Librium | AB | Barr Labs | $ 76.44 | 00555-0158-04 | 009962 | 1586288 |
| CHLORHEXIDINE GLUC 0.12% | 480 ML | SL | Peridex | AT | Alpharma | $ 10.40 | 00472-0036-16 | 196657 | 2416949 |
| CHLOROQUINE PHOS 250MG | 100 | TB | Aralen | AA | Global | $ 189.75 | 00115-2790-01 | 275277 | 2752772 |
| CHLOROQUINE PHOS 250MG | 50 | TB | Aralen | AA | Global | $ 124.38 | 00115-2790-06 | 272249 | 2722494 |
| CHLOROTHIAZIDE 250MG | 100 | TB | Diuril | AB | Mylan | $ 13.45 | 00378-0150-01 | 615552 | 1762392 |
| CHLOROTHIAZIDE 500MG | 100 | TB | Diuril | AB | Mylan | $ 21.33 | 00378-0162-01 | 615579 | 1762384 |
| CHLOROTHIAZIDE 500MG | 1000 | TB | Diuril | AB | Mylan | $ 213.30 | 00378-0162-10 | 615587 | 1802644 |
| CHLORPHNIRM 4MG 100 | 100 | TB | Chlor-Trimeton | AA | Geneva | $ 5.42 | 00781-1148-01 | 397881 | 1452457 |
| CHLORPROMAZINE HCL 100MG | 100 | TB | Thorazine | BP | Geneva | $ 73.55 | 00781-1718-01 | 030449 | 1143858 |
| CHLORPROMAZINE HCL 100MG | 100 UD | TB | Thorazine | BP | Geneva | $ 89.00 | 00781-1718-13 | 162620 | 1143908 |
| CHLORPROMAZINE HCL 100MG | 1000 | TB | Thorazine | BP | Geneva | $ 511.90 | 00781-1718-10 | 030457 | 1079391 |
| CHLORPROMAZINE HCL 100MG | 240 ML | CN | Thorazine | AA | Roxane Labs | $ 20.12 | 00054-3146-58 | 217735 | 1251016 |
| CHLORPROMAZINE HCL 10MG | 100 | TB | Thorazine | BP | Geneva | $ 27.24 | 00781-1715-01 | 030384 | 1075308 |
| CHLORPROMAZINE HCL 10MG | 100 UD | TB | Thorazine | BP | Geneva | $ 57.40 | 00781-1715-13 | 162590 | 1143940 |
| CHLORPROMAZINE HCL 200MG | 100 | TB | Thorazine | BP | Geneva | $ 94.75 | 00781-1719-01 | 030465 | 1079458 |
| CHLORPROMAZINE HCL 200MG | 100 UD | TB | Thorazine | BP | Geneva | $ 109.95 | 00781-1719-13 | 162639 | 1143965 |
| CHLORPROMAZINE HCL 200MG | 1000 | TB | Thorazine | BP | Geneva | $ 640.25 | 00781-1719-10 | 030473 | 2079432 |
| CHLORPROMAZINE HCL 25MG | 100 | TB | Thorazine | BP | Geneva | $ 46.95 | 00781-1716-01 | 030406 | 1075373 |
| CHLORPROMAZINE HCL 25MG | 100 UD | TB | Thorazine | BP | Geneva | $ 50.85 | 00781-1716-13 | 162604 | 1143916 |
| CHLORPROMAZINE HCL 25MG | 1000 | TB | Thorazine | BP | Geneva | $ 303.40 | 00781-1716-10 | 030414 | 1075365 |
| CHLORPROMAZINE HCL 50MG | 100 | TB | Thorazine | BP | Geneva | $ 61.76 | 00781-1717-01 | 030422 | 1143783 |
| CHLORPROMAZINE HCL 50MG | 100 UD | TB | Thorazine | BP | Geneva | $ 67.95 | 00781-1717-13 | 162612 | 2143808 |
| CHLORPROMAZINE HCL 50MG | 1000 | TB | Thorazine | BP | Geneva | $ 406.35 | 00781-1717-10 | 030430 | 1075423 |
| CHLORPROPAMIDE 100MG | 100 | TB | Diabinese | AB | Sidmak Labs | $ 29.06 | 50111-0372-01 | 673250 | 1862200 |
| CHLORPROPAMIDE 250MG | 100 | TB | Diabinese | AB | Sidmak Labs | $ 61.00 | 50111-0373-01 | 673269 | 1862218 |
| CHLORPROPAMIDE 250MG | 1000 | TB | Diabinese | AB | Sidmak Labs | $ 585.00 | 50111-0373-03 | 673277 | 1862226 |
| CHLORTHALIDONE 100MG | 100 | TB | Hygroton | NR | Sidmak Labs | $ 25.00 | 50111-0364-01 | 673285 | 2383933 |
| CHLORTHALIDONE 25MG | 100 | TB | Hygroton | AB | Mylan | $ 12.10 | 00378-0222-01 | 572853 | 1575182 |
| CHLORTHALIDONE 25MG | 1000 | TB | Hygroton | AB | Mylan | $ 104.30 | 00378-0222-10 | 689718 | 1358159 |
| CHLORTHALIDONE 50MG | 100 | TB | Hygroton | AB | Mylan | $ 13.10 | 00378-0213-01 | 572845 | 1574219 |
| CHLORTHALIDONE 50MG | 1000 | TB | Hygroton | AB | Mylan | $ 117.25 | 00378-0213-10 | 689726 | 1268614 |
| CHLORZOXAZONE 500MG | 100 | TB | Parafon Forte DSC | AA | Barr Labs | $ 48.98 | 00555-0585-02 | 595918 | 1530377 |
| CHLORZOXAZONE 500MG | 500 | TB | Parafon Forte DSC | AA | Barr Labs | $ 215.81 | 00555-0585-04 | 595926 | 1530369 |
| CHOLESTYRAMINE | 378 GM | PW | Questran | AB | Apothecon | $ 24.59 | 59772-5585-02 | 277348 | 2773489 |
| CHOLINE MAG TRISL 1000MG | 100 | TB | Trilisate | NR | Sidmak Labs | $ 115.00 | 50111-0530-01 | 717053 | 1849082 |
| CHOLINE MAG TRISL 500MG | 100 | TB | Trilisate | NR | Sidmak Labs | $ 47.00 | 50111-0528-01 | 717045 | 1849108 |
| CHOLINE MAG TRISL 500MG 240ML | 240 | SL | Trilisate Liquid | NR | Cypress | $ 24.99 | 60258-0090-08 | 255991 | 2559912 |
| CHOLINE MAG TRISL 750MG | 100 | TB | Trilisate | NR | Sidmak Labs | $ 73.00 | 50111-0529-01 | 717037 | 1849090 |
| CIMETIDINE 200MG | 100 | TB | Tagamet | AB | Mylan | $ 80.13 | 00378-0053-01 | 914959 | 2125599 |
| CIMETIDINE 300MG | 100 | TB | Tagamet | AB | Mylan | $ 83.95 | 00378-0317-01 | 914967 | 2125607 |
| CIMETIDINE 300MG | 500 | TB | Tagamet | AB | Mylan | $ 418.76 | 00378-0317-05 | 914975 | 2125615 |

67

CH 055747

Car.Hlth/SLB 0685174    Car.Suf.Co. 0616255



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| CIMETIDINE 300MG 5ML | 240 ML | SL | Tagamet | AA | Endo Labs | $ 91.59 | 60951-0635-35 | 956910 | 2295905 |
| CIMETIDINE 300MG 5ML | 480 ML | SL | Tagamet | AA | Alpharma | $ 161.57 | 00472-0514-16 | 938653 | 2264257 |
| CIMETIDINE 400MG | 100 | TB | Tagamet | AB | Mylan | $ 139.39 | 00378-0372-01 | 914983 | 2125623 |
| CIMETIDINE 400MG | 500 | TB | Tagamet | AB | Mylan | $ 698.96 | 00378-0372-05 | 914991 | 2125631 |
| CIMETIDINE 800MG | 100 | TB | Tagamet | AB | Mylan | $ 256.05 | 00378-0541-01 | 915050 | 2125649 |
| CLEMASTINE FUM 0.5MG | 480 ML | SR | Tavist | AA | Copley | $ 75.80 | 38245-0268-07 | 357383 | 2468338 |
| CLEMASTINE FUM 0.67MG | 120 ML | SR | Tavist | AA | Copley | $ 19.25 | 38245-0268-14 | 778222 | 1623966 |
| CLEMASTINE FUM 1.34MG | 100 | TB | Tavist | NR | Geneva | $ 33.00 | 00781-1358-01 | 887145 | 2071264 |
| CLEMASTINE FUM 2.68MG | 100 | TB | Tavist | AB | Geneva | $ 86.05 | 00781-1359-01 | 887153 | 2071249 |
| CLINDAMYCIN HCL 150MG | 100 | CP | Cleocin | AB | Schein | $ 114.50 | 00364-2337-01 | 625205 | 1570985 |
| CLINDAMYCIN PHOS 1% | 30 ML | SL | Cleocin T | AT | Greenstone | $ 10.51 | 59762-3728-01 | 862614 | 1639996 |
| CLINDAMYCIN PHOS 1% | 60 ML | SL | Cleocin T | AT | Greenstone | $ 20.65 | 59762-3728-02 | 862622 | 1640002 |
| CLIPOXIDE 2.5/5 | 100 | CP | Librax | NR | Schein | $ 19.35 | 00364-0559-01 | 503711 | 1544022 |
| CLIPOXIDE 2.5/5 | 500 | CP | Librax | NR | Schein | $ 60.00 | 00364-0559-05 | 503738 | 1544030 |
| CLOBETASOL PROP 0.05% | 15 GM | OI | Temovate | AB | Taro | $ 19.39 | 51672-1259-01 | 587389 | 2534212 |
| CLOBETASOL PROP 0.05% | 15 GM | CR | Temovate | A1 | Taro | $ 19.39 | 51672-1258-01 | 589578 | 2534550 |
| CLOBETASOL PROP 0.05% | 25 ML | SL | Temovate | AT | Alpharma | $ 21.41 | 00472-0402-25 | 180521 | 2413367 |
| CLOBETASOL PROP 0.05% | 30 GM | CR | Temovate | A1 | Taro | $ 26.77 | 51672-1258-02 | 587427 | 2534196 |
| CLOBETASOL PROP 0.05% | 30 GM | OI | Temovate | AB | Taro | $ 26.77 | 51672-1259-02 | 587370 | 2534220 |
| CLOBETASOL PROP 0.05% | 45 GM | CR | Temovate | A1 | Taro | $ 38.91 | 51672-1258-06 | 587400 | 2534204 |
| CLOBETASOL PROP 0.05% | 45 GM | OI | Temovate | AB | Taro | $ 38.91 | 51672-1259-06 | 587362 | 2534261 |
| CLOBETASOL PROP 0.05% | 50 ML | SL | Temovate | AT | Alpharma | $ 41.81 | 00472-0402-50 | 180629 | 2413375 |
| CLOBETASOL PROP 0.05% | 60 GM | CR | Temovate | A1 | Taro | $ 51.87 | 51672-1258-03 | 280841 | 2808418 |
| CLOBETASOL PROP 0.05% | 60 GM | OI | Temovate | AB | Taro | $ 51.87 | 51672-1259-03 | 280842 | 2808426 |
| CLOBETASOL PROPIONAT 0.05% | 15 GM | GL | Temovate Gel | AB | Glades Pharm | $ 21.87 | 59366-2791-01 | 274756 | 2747566 |
| CLOBETASOL PROPIONAT 0.05% | 30 GM | GL | Temovate Gel | AB | Glades Pharm | $ 30.26 | 59366-2791-03 | 274757 | 2747574 |
| CLOBETASOL PROPIONAT 0.05% | 60 GM | GL | Temovate Gel | AB | Glades Pharm | $ 54.97 | 59366-2791-06 | 274759 | 2747590 |
| CLOFIBRATE 500MG | 100 | CP | Atromid | AB | Novopharm | $ 86.57 | 55953-0382-40 | 764230 | 1222454 |
| CLOMIPHENE CIT 50MG | 10 | TB | Clomid | AB | Teva | $ 68.55 | 00093-0041-03 | 810029 | 1138783 |
| CLOMIPHENE CIT 50MG | 3X10 | TB | Clomid | AB | Watson | $ 207.60 | 52544-0781-30 | 933635 | 2245769 |
| CLOMIPRAMINE 25MG | 100 | CP | Anafranil | AB | Watson | $ 75.00 | 52544-0594-01 | 556807 | 2530616 |
| CLOMIPRAMINE 50MG | 100 | CP | Anafranil | AB | Watson | $ 101.13 | 52544-0595-01 | 556823 | 2530624 |
| CLOMIPRAMINE 75MG | 100 | CP | Anafranil | AB | Watson | $ 133.13 | 52544-0596-01 | 556858 | 2530632 |
| CLONAZEPAM 0.5MG | 100 | TB | Klonopin | AB | Purepac | $ 66.58 | 00228-3003-11 | 254071 | 2540714 |
| CLONAZEPAM 0.5MG | 500 | TB | Klonopin | AB | Purepac | $ 316.26 | 00228-3003-50 | 261314 | 2613149 |
| CLONAZEPAM 1MG | 100 | TB | Klonopin | AB | Purepac | $ 75.95 | 00228-3004-11 | 254072 | 2540722 |
| CLONAZEPAM 1MG | 500 | TB | Klonopin | AB | Purepac | $ 360.76 | 00228-3004-50 | 261315 | 2613156 |
| CLONAZEPAM 2MG | 100 | TB | Klonopin | AB | Purepac | $ 105.25 | 00228-3005-11 | 254073 | 2540730 |
| CLONAZEPAM 2MG | 500 | TB | Klonopin | AB | Purepac | $ 499.94 | 00228-3005-50 | 261313 | 2613131 |
| CLONIDINE HCL 0.1MG | 100 | TB | Catapres | AB | Mylan | $ 18.10 | 00378-0152-01 | 578746 | 1813914 |
| CLONIDINE HCL 0.1MG | 1000 | TB | Catapres | AB | Mylan | $ 161.95 | 00378-0152-10 | 578754 | 1268564 |
| CLONIDINE HCL 0.2MG | 100 | TB | Catapres | AB | Mylan | $ 26.95 | 00378-0186-01 | 578762 | 1813955 |
| CLONIDINE HCL 0.2MG | 1000 | TB | Catapres | AB | Mylan | $ 257.95 | 00378-0186-10 | 578770 | 1268531 |
| CLONIDINE HCL 0.3MG | 100 | TB | Catapres | AB | Mylan | $ 39.75 | 00378-0199-01 | 578789 | 1813948 |
| CLORAZEPATE DIPOT 15MG | 100 | TB | Tranxene | AB | Mylan | $ 175.10 | 00378-0070-01 | 541893 | 1762350 |
| CLORAZEPATE DIPOT 3.75MG | 100 | TB | Tranxene | AB | Mylan | $ 103.74 | 00378-0030-01 | 541680 | 1762343 |





68

CH 055748

Car.Hlth/SLB 0685175

Car.Suf.Co. 0616256



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| CLORAZEPATE DIPOT 3.75MG | 500 | TB | Tranxene | AB | Mylan | $ 508.34 | 00378-0030-05 | 541850 | 1268440 |
| CLORAZEPATE DIPOT 7.5MG | 100 | TB | Tranxene | AB | Mylan | $ 129.05 | 00378-0040-01 | 541877 | 1762335 |
| CLORAZEPATE DIPOT 7.5MG | 500 | TB | Tranxene | AB | Mylan | $ 632.36 | 00378-0040-05 | 541885 | 1115849 |
| CLOTRIMAZOLE 1% | 10 ML | SL | Lotrimin | AT | Teva | $ 7.40 | 00093-0248-43 | 118257 | 2402782 |
| CLOTRIMAZOLE 1% | 15 GM | CR | Lotrimin | AB | Warrick | $ 7.85 | 59930-1570-01 | 887781 | 2205516 |
| CLOTRIMAZOLE 1% | 2X45 GM | CR | Lotrimin | AB | Warrick | $ 22.25 | 59930-1570-09 | 887811 | 2205540 |
| CLOTRIMAZOLE 1% | 30 GM | CR | Lotrimin | AB | Warrick | $ 13.40 | 59930-1570-02 | 887790 | 2205524 |
| CLOTRIMAZOLE 1% | 30 ML | SL | Lotrimin | AT | Teva | $ 15.52 | 00093-0248-31 | 118338 | 2402774 |
| CLOTRIMAZOLE 1% | 45 GM | CR | Lotrimin | AB | Warrick | $ 16.25 | 59930-1570-03 | 887803 | 2205532 |
| CLOXACILLIN SOD 250MG | 100 | CP | Tegopen | AB | Apothecon | $ 44.09 | 57783-6028-01 | 544698 | 1437599 |
| CLOZAPINE 100MG | 100 | TB | Clozaril | AB | Zenith Goldline | $ 315.27 | 00172-4360-60 | 271589 | 2715894 |
| CLOZAPINE 100MG | 10X10 UD | TB | Clozaril | AB | Zenith Goldline | $ 315.27 | 00172-4360-10 | 282475 | 2824753 |
| CLOZAPINE 100MG | 500 | TB | Clozaril | AB | Zenith Goldline | $ 1,529.07 | 00172-4360-70 | 271596 | 2715969 |
| CLOZAPINE 25MG | 100 | TB | Clozaril | AB | Zenith Goldline | $ 121.68 | 00172-4359-60 | 271581 | 2715811 |
| CLOZAPINE 25MG | 10X10 UD | TB | Clozaril | AB | Zenith Goldline | $ 121.68 | 00172-4359-10 | 282474 | 2824746 |
| CLOZAPINE 25MG | 500 | TB | Clozaril | AB | Zenith Goldline | $ 590.17 | 00172-4359-70 | 271587 | 2715878 |
| CODAL-DH 480ML | 480 ML | SR | Codimal DH | NR | Cypress | $ 17.95 | 60258-0770-16 | 540307 | 2526317 |
| CODAL-DM 480ML | 480 ML | SR | Codimal DM | NR | Cypress | $ 17.95 | 60258-0771-16 | 010133 | 2543635 |
| CODEINE PHOS 10GM | 10 GM | PW | Codeine Phosphate | NR | Mallinckrodt | $ 82.50 | 00406-1548-32 | 792314 | 1289826 |
| CODEINE PHOS 15MG | 500 ML | SL | Codeine Phos | NR | Roxane Labs | $ 35.78 | 00054-3161-63 | 174459 | 1259100 |
| CODEINE PHOS 25GM | 25 GM | PW | Codeine Phosphate | NR | Mallinckrodt | $ 206.25 | 00406-1548-35 | 792322 | 1320944 |
| CODEINE SULF 30MG | 100 | TB | Codeine | NR | Roxane Labs | $ 40.27 | 00054-4156-25 | 174033 | 1088251 |
| CODEINE SULF 60MG | 100 | TB | Codeine | NR | Roxane Labs | $ 73.77 | 00054-4157-25 | 251321 | 1416130 |
| COLCHICINE 0.6MG | 100 | TB | Colchicine | NR | Schein | $ 19.30 | 00364-0074-01 | 784141 | 1652288 |
| COLCHICINE 0.6MG | 1000 | TB | Colchicine | NR | Schein | $ 173.70 | 00364-0074-02 | 503800 | 1534189 |
| CONTRIN 10X10 UD | 10x10 UD | CP | Trinsicon | NR | Geneva | $ 44.18 | 00781-2025-13 | 271657 | 2716579 |
| CROMOLYN SOD 10MG ML | 120X2ML UD | AM | Intal | AN | Arcola Labs | $ 84.12 | 00070-9996-12 | 477990 | 2510873 |
| CROMOLYN SOD 10MG ML | 60X2ML UD | AM | Intal | AN | Arcola Labs | $ 42.06 | 00070-9996-06 | 477982 | 2510865 |
| CROMOLYN SOD 4% OPHT | 10 ML | SL | Crolom | AT | Akorn | $ 37.25 | 17478-0291-11 | 275642 | 2756427 |
| CYCLOBENZAPRINE HCL 10MG | 100 | TB | Flexeril | AB | Schein | $ 86.10 | 00364-2348-01 | 634107 | 1753987 |
| CYCLOBENZAPRINE HCL 10MG | 100 UD | TB | Flexeril | AB | Schein | $ 96.90 | 00364-2348-90 | 639257 | 1729607 |
| CYCLOBENZAPRINE HCL 10MG | 1000 | TB | Flexeril | AB | Schein | $ 760.00 | 00364-2348-02 | 835005 | 1695816 |
| CYCLOBENZAPRINE HCL 10MG | 500 | TB | Flexeril | AB | Schein | $ 395.00 | 00364-2348-05 | 690139 | 1844885 |
| CYDEC DROPS 25MG | 30 ML | DR | Rondec Drops | NR | Cypress | $ 14.00 | 60258-0439-30 | 895628 | 2053015 |
| CYNDAL W/CODEINE | 480 ML | EX | Endal Exp | NR | Cypress | $ 19.80 | 60258-0695-16 | 542776 | 2526325 |
| CYPROHEPTADINE HCL 2MG | 480 ML | SR | Periactin | AA | Alpharma | $ 29.87 | 00472-0755-16 | 102989 | 1543081 |
| CYPROHEPTADINE HCL 4MG | 100 | TB | Periactin | AA | Sidmak Labs | $ 15.95 | 50111-0314-01 | 429252 | 1862234 |
| CYPROHEPTADINE HCL 4MG | 1000 | TB | Periactin | AA | Sidmak Labs | $ 108.00 | 50111-0314-03 | 791199 | 1889708 |
| CYTRA-2 SOLN | 480 ML | SL | Bicitra SL | NR | Cypress | $ 7.89 | 60258-0001-16 | 540390 | 2526341 |
| CYTRA-3 16OZ VANILLA | 480 ML | SR | Polycitra SR | NR | Cypress | $ 16.95 | 60258-0002-16 | 461490 | 2506947 |
| CYTRA-K 100 PACKETS | 100 | CY | PolyCitra-K Crystals | NR | Cypress | $ 50.99 | 60258-0005-01 | 286147 | 2861474 |
| CYTRA-K ORAL SOLN | 480 ML | SL | Polycitra-K | NR | Cypress | $ 16.95 | 60258-0003-16 | 540358 | 2526333 |
| DANAZOL 200MG | 100 | CP | Danocrine | AB | Barr Labs | $ 306.38 | 00555-0635-02 | 454974 | 2503225 |
| DANAZOL 200MG | 60 | CP | Danocrine | AB | Barr Labs | $ 208.49 | 00555-0635-09 | 453919 | 2502433 |
| DECOHISTINE | 120 ML | SR | Novahistine | NR | Morton Grove | $ 4.85 | 60432-0585-04 | 836311 | 2118057 |
| DECOHISTINE | 480 ML | SR | Novahistine | NR | Morton Grove | $ 15.00 | 60432-0585-16 | 763020 | 2118156 |

CH 055749

Car.Hlth/SLB 0685176

Car.Suf.Co. 0616257



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| DECOHISTINE DH | 120 ML | EL | Novahistine DH | NR | Morton Grove | $ 4.85 | 60432-0584-04 | 836303 | 2118065 |
| DECOHISTINE DH | 480 ML | EL | Novahistine DH | NR | Morton Grove | $ 12.33 | 60432-0584-16 | 763012 | 2118164 |
| DESIPRAMINE HCL 100MG | 100 | TB | Norpramin | AB | Geneva | $ 106.75 | 00781-1975-01 | 579378 | 1738541 |
| DESIPRAMINE HCL 10MG | 100 | TB | Norpramin | AB | Geneva | $ 25.95 | 00781-1971-01 | 604240 | 1376276 |
| DESIPRAMINE HCL 150MG | 50 | TB | Norpramin | AB | Geneva | $ 109.95 | 00781-1976-50 | 599719 | 1376573 |
| DESIPRAMINE HCL 25MG | 100 | TB | Norpramin | AB | Geneva | $ 27.95 | 00781-1972-01 | 554855 | 1376607 |
| DESIPRAMINE HCL 25MG | 100 UD | TB | Norpramin | AB | Geneva | $ 46.36 | 00781-1972-13 | 636339 | 1736404 |
| DESIPRAMINE HCL 25MG | 1000 | TB | Norpramin | AB | Geneva | $ 214.35 | 00781-1972-10 | 840416 | 1017540 |
| DESIPRAMINE HCL 50MG | 100 | TB | Norpramin | AB | Geneva | $ 59.30 | 00781-1973-01 | 554863 | 1376615 |
| DESIPRAMINE HCL 50MG | 100 UD | TB | Norpramin | AB | Geneva | $ 62.12 | 00781-1973-13 | 648221 | 1737097 |
| DESIPRAMINE HCL 50MG | 1000 | TB | Norpramin | AB | Geneva | $ 475.05 | 00781-1973-10 | 793930 | 1735992 |
| DESIPRAMINE HCL 75MG | 100 | TB | Norpramin | AB | Geneva | $ 72.05 | 00781-1974-01 | 579351 | 1758432 |
| DESMOPRESSIN ACE 0.01% | 5 ML | SL | DDAVP | BX | Bausch & Lomb | $ 130.03 | 24208-0342-05 | 270088 | 2700888 |
| DESONIDE 0.05% | 15 GM | CR | Tridesilon | AB | Taro | $ 9.95 | 51672-1280-01 | 788643 | 1668755 |
| DESONIDE 0.05% | 15 GM | OI | Tridesilon | AB | Taro | $ 9.95 | 51672-1281-01 | 936065 | 2242261 |
| DESONIDE 0.05% | 60 GM | CR | Tridesilon | AB | Taro | $ 25.50 | 51672-1280-03 | 788651 | 1668763 |
| DESONIDE 0.05% | 60 GM | OI | Tridesilon | AB | Taro | $ 25.50 | 51672-1281-03 | 936073 | 2242279 |
| DESOXIMETASONE 0.05% | 15 GM | CR | Topicort | AB | Taro | $ 12.70 | 51672-1271-01 | 730858 | 1874692 |
| DESOXIMETASONE 0.05% | 15 GM | GL | Topicort | NR | Taro | $ 16.18 | 51672-1261-01 | 280964 | 2809648 |
| DESOXIMETASONE 0.05% | 60 GM | CR | Topicort | AB | Taro | $ 29.85 | 51672-1271-03 | 730866 | 1874700 |
| DESOXIMETASONE 0.05% | 60 GM | GL | Topicort | NR | Taro | $ 39.67 | 51672-1261-03 | 280965 | 2809655 |
| DESOXIMETASONE 0.25% | 15 GM | CR | Topicort | AB | Taro | $ 15.30 | 51672-1270-01 | 730831 | 1874718 |
| DESOXIMETASONE 0.25% | 15 GM | OI | Topicort | AB | Taro | $ 15.30 | 51672-1262-01 | 416282 | 2483568 |
| DESOXIMETASONE 0.25% | 60 GM | CR | Topicort | AB | Taro | $ 36.72 | 51672-1270-03 | 730840 | 1874726 |
| DESOXIMETASONE 0.25% | 60 GM | OI | Topicort | AB | Taro | $ 36.72 | 51672-1262-03 | 416347 | 2483576 |
| DEXAMETHASONE 0.1% | 5 ML | DR | Decadron | AT | Bausch & Lomb | $ 14.69 | 24208-0720-02 | 099880 | 1303874 |
| DEXAMETHASONE 0.25MG | 100 | TB | Decadron | BP | Par | $ 4.30 | 49884-0083-01 | 548871 | 2114130 |
| DEXAMETHASONE 0.5MG | 100 | TB | Decadron | BP | Par | $ 12.00 | 49884-0084-01 | 548928 | 1706456 |
| DEXAMETHASONE 0.5MG | 100 | TB | Decadron | AB | Roxane Labs | $ 12.01 | 00054-4179-25 | 174467 | 1039403 |
| DEXAMETHASONE 0.5MG 5ML | 100 ML | EL | Decadron | AA | Alpharma | $ 11.08 | 00472-0972-33 | 501875 | 1238278 |
| DEXAMETHASONE 0.5MG5ML | 240 ML | EL | Decadron | AA | Morton Grove | $ 26.57 | 60432-0466-08 | 763039 | 2118149 |
| DEXAMETHASONE 0.75MG | 100 | TB | Decadron | BP | Par | $ 12.60 | 49884-0085-01 | 548944 | 1572791 |
| DEXAMETHASONE 0.75MG | 100 | TB | Decadron | AB | Roxane Labs | $ 14.61 | 00054-4180-25 | 380539 | 1052901 |
| DEXAMETHASONE 1.5MG | 100 | TB | Decadron | BP | Par | $ 27.10 | 49884-0086-01 | 548987 | 2114064 |
| DEXAMETHASONE 1.5MG | 100 | TB | Decadron | AB | Roxane Labs | $ 27.14 | 00054-4182-25 | 380547 | 1118652 |
| DEXAMETHASONE 1MG | 100 | TB | Decadron | NR | Roxane Labs | $ 28.06 | 00054-4181-25 | 281891 | 1286756 |
| DEXAMETHASONE 2MG | 100 | TB | Decadron | NR | Roxane Labs | $ 54.95 | 00054-4183-25 | 307599 | 1557255 |
| DEXAMETHASONE 4MG | 100 | TB | Decadron | BP | Par | $ 58.40 | 49884-0087-01 | 549029 | 2572808 |
| DEXAMETHASONE 4MG | 100 | TB | Decadron | AB | Roxane Labs | $ 58.41 | 00054-4184-25 | 174483 | 1118686 |
| DEXAMETHASONE 4MG | 50 | TB | Decadron | BP | Par | $ 30.00 | 49884-0087-03 | 549010 | 2114031 |
| DEXAMETHASONE 6MG | 100 | TB | Decadron | BP | Roxane Labs | $ 98.88 | 00054-4186-25 | 217832 | 1728948 |
| DEXCHLOR ER 4MG | 100 | TB | Polaramine | NR | Schein | $ 37.50 | 00364-0585-01 | 504564 | 1535129 |
| DEXCHLOR ER 6MG | 100 | TB | Polaramine | NR | Schein | $ 52.25 | 00364-0586-01 | 504572 | 1540350 |
| DEXCHLORPHENIRAMINE 2MG 5ML | 3840 ML | SR | Aller-Chlor | AA | Morton Grove | $ 271.10 | 60432-0539-28 | 836370 | 2118032 |
| DEXCHLORPHENIRAMINE 2MG 5ML | 480 ML | SR | Aller-Chlor | AA | Morton Grove | $ 42.36 | 60432-0539-16 | 836362 | 2118040 |
| DIAZEPAM 10MG | 100 | TB | Valium | AB | Mylan | $ 19.95 | 00378-0477-01 | 332151 | 1814037 |

70



CH 055750

Car.Hlth/SLB 0685177

Car.Suf.Co. 0616258