# ANDERSON EXHIBIT 18L



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| DIAZEPAM 10MG | 500 | TB | Valium | AB | Mylan | $ 92.60 | 00378-0477-05 | 578592 | 1268424 |
| DIAZEPAM 2MG | 100 | TB | Valium | AB | Mylan | $ 8.95 | 00378-0271-01 | 332143 | 1814052 |
| DIAZEPAM 2MG | 500 | TB | Valium | AB | Mylan | $ 39.90 | 00378-0271-05 | 578576 | 1268382 |
| DIAZEPAM 5MG | 100 | TB | Valium | AB | Mylan | $ 12.75 | 00378-0345-01 | 332135 | 1814045 |
| DIAZEPAM 5MG | 500 | TB | Valium | AB | Mylan | $ 57.95 | 00378-0345-05 | 578584 | 1268366 |
| DIBUCAINE 1% 1OZ | 30 GM | OI | Nupercainal | NR | Fougera & Co. | $ 2.25 | 00168-0046-31 | 125342 | 1188887 |
| DICLOFENAC POT 50MG | 100 | TB | Cataflam | AB | Geneva | $ 148.94 | 00781-1297-01 | 278902 | 2789022 |
| DICLOFENAC SOD 0.1% OPHT | 2.5 ML | SL | Voltaren | NR | Falcon | $ 24.20 | 61314-0231-26 | 280060 | 2800605 |
| DICLOFENAC SOD 0.1% OPHT | 5 ML | SL | Voltaren | NR | Falcon | $ 37.97 | 61314-0231-05 | 077339 | 2800621 |
| DICLOFENAC SOD 25MG | 100 | TB | Voltaren | AB | Geneva | $ 46.65 | 00781-1785-01 | 932400 | 2379865 |
| DICLOFENAC SOD 25MG | 100 UD | TB | Voltaren | AB | Geneva | $ 49.91 | 00781-1785-13 | 932418 | 2379857 |
| DICLOFENAC SOD 25MG | 60 | TB | Voltaren | AB | Geneva | $ 28.00 | 00781-1785-60 | 932248 | 2379873 |
| DICLOFENAC SOD 50MG | 100 | TB | Voltaren | AB | Purepac | $ 94.57 | 00228-2550-11 | 335525 | 2461507 |
| DICLOFENAC SOD 50MG | 100 UD | TB | Voltaren | AB | Geneva | $ 97.05 | 00781-1787-13 | 932558 | 2379816 |
| DICLOFENAC SOD 50MG | 1000 | TB | Voltaren | AB | Purepac | $ 927.29 | 00228-2550-96 | 335533 | 2461515 |
| DICLOFENAC SOD 50MG | 60 | TB | Voltaren | AB | Purepac | $ 56.82 | 00228-2550-06 | 335517 | 2461499 |
| DICLOFENAC SOD 75MG | 100 | TB | Voltaren | AB | Purepac | $ 114.47 | 00228-2551-11 | 335576 | 2461531 |
| DICLOFENAC SOD 75MG | 100 UD | TB | Voltaren | AB | Geneva | $ 117.53 | 00781-1789-13 | 932590 | 2379881 |
| DICLOFENAC SOD 75MG | 1000 | TB | Voltaren | AB | Purepac | $ 1,123.02 | 00228-2551-96 | 335665 | 2461549 |
| DICLOFENAC SOD 75MG | 60 | TB | Voltaren | AB | Purepac | $ 68.79 | 00228-2551-06 | 335568 | 2461523 |
| DICLOXACILLIN SOD 250MG | 100 | CP | Dynapen | AB | Apothecon | $ 49.91 | 59772-6048-01 | 830003 | 1437615 |
| DICLOXACILLIN SOD 500MG | 100 | CP | Dynapen | AB | Apothecon | $ 70.57 | 59772-6058-01 | 830011 | 1437623 |
| DICYCLOMINE HCL 10MG | 100 | CP | Bentyl | AB | Watson | $ 23.12 | 52544-0794-01 | 434876 | 1177328 |
| DICYCLOMINE HCL 10MG | 1000 | CP | Bentyl | AB | Watson | $ 210.10 | 52544-0794-10 | 434884 | 1177393 |
| DICYCLOMINE HCL 20MG | 100 | TB | Bentyl | AB | Watson | $ 29.95 | 52544-0795-01 | 434892 | 1177658 |
| DICYCLOMINE HCL 20MG | 1000 | TB | Bentyl | AB | Watson | $ 194.00 | 52544-0795-10 | 434906 | 1177716 |
| DIETHYLPROP HCL 25MG | 100 | TB | Tenuate | AA | Watson | $ 33.02 | 52544-0783-01 | 279342 | 2793420 |
| DIETHYLPROPION HCL ER 75MG | 100 | TB | Tenuate Dospan | BC | Watson | $ 88.50 | 52544-0782-01 | 280403 | 2804037 |
| DIFLORASONE DIACETATE 0.05% | 15 GM | CR | Psorcon | AB | Fougera & Co. | $ 27.43 | 00168-0242-15 | 275625 | 2756252 |
| DIFLORASONE DIACETATE 0.05% | 30 GM | CR | Psorcon | AB | Fougera & Co. | $ 37.68 | 00168-0242-30 | 275626 | 2756260 |
| DIFLORASONE DIACETATE 0.05% | 60 GM | CR | Psorcon | AB | Fougera & Co. | $ 71.12 | 00168-0242-60 | 275627 | 2756278 |
| DIFLORASONE DIACETATE .05% | 15 GM | OI | Psorcon | | Taro | $ 30.89 | 51672-1295-01 | 287745 | 2877454 |
| DIFLORASONE DIACETATE .05% | 30 GM | OI | Psorcon | | Taro | $ 42.45 | 51672-1295-02 | 287749 | 2877496 |
| DIFLORASONE DIACETATE .05% | 60 GM | OI | Psorcon | | Taro | $ 81.56 | 51672-1295-03 | 078112 | 2877504 |
| DIFLUNISAL 250MG | 60 | TB | Dolobid | AB | Endo Labs | $ 49.46 | 60951-0768-60 | 806099 | 2206027 |
| DIFLUNISAL 500MG | 60 | TB | Dolobid | AB | Endo Labs | $ 69.23 | 60951-0769-60 | 804827 | 1205970 |
| DIGOXIN 0.05MG/ML | 60 ML | EL | Lanoxin | NR | Roxane Labs | $ 10.40 | 00054-3192-46 | 620505 | 1588474 |
| DIGOXIN 0.125MG | 100 | TB | Lanoxin | NR | Duramed | $ 10.03 | 51285-0970-02 | 341878 | 2462984 |
| DIGOXIN 0.125MG | 1000 | TB | Lanoxin | NR | Duramed | $ 77.14 | 51285-0970-05 | 341207 | 2463008 |
| DIGOXIN 0.25MG | 100 | TB | Lanoxin | NR | Duramed | $ 10.03 | 51285-0971-02 | 341509 | 2462992 |
| DIGOXIN 0.25MG | 1000 | TB | Lanoxin | NR | Duramed | $ 77.14 | 51285-0971-05 | 341568 | 2462976 |
| DIHISTINE DH | 240 ML | EL | Novahistine DH | NR | Alpharma | $ 7.00 | 00472-1639-08 | 112666 | 2399152 |
| DILTIAZEM HCL 120MG | 100 | TB | Cardizem | AB | Watson | $ 115.25 | 52544-0778-01 | 801950 | 1687938 |
| DILTIAZEM HCL 30MG | 100 | TB | Cardizem | AB | Watson | $ 40.40 | 52544-0775-01 | 801909 | 1687896 |
| DILTIAZEM HCL 30MG | 500 | TB | Cardizem | AB | Watson | $ 201.85 | 52544-0775-05 | 801917 | 1687904 |
| DILTIAZEM HCL 60MG | 100 | TB | Cardizem | AB | Watson | $ 63.60 | 52544-0776-01 | 801925 | 1687912 |

CH 055751

Car.Hlth/SLB 0685178        Car.Suf.Co. 0616259



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| DILTIAZEM HCL 60MG | 500 | TB | Cardizem | AB | Watson | $ 316.50 | 52544-0776-05 | 801933 | 1114354 |
| DILTIAZEM HCL 90MG | 100 | TB | Cardizem | AB | Watson | $ 87.95 | 52544-0777-01 | 801941 | 1687920 |
| DILTIAZEM HCL ER 120MG | 100 | CP | Cardizem SR | A1 | Mylan | $ 112.47 | 00378-6120-01 | 257351 | 2573517 |
| DILTIAZEM HCL ER 120MG | 100 | CP | Dilacor XR | A2 | Mylan | $ 91.01 | 00378-5220-01 | 274829 | 2748291 |
| DILTIAZEM HCL ER 120MG | 500 | CP | Dilacor XR | A2 | Mylan | $ 443.15 | 00378-5220-05 | 274830 | 2748309 |
| DILTIAZEM HCL ER 180MG | 100 | CP | Dilacor XR | A2 | Mylan | $ 107.15 | 00378-5280-01 | 274831 | 2748317 |
| DILTIAZEM HCL ER 180MG | 500 | CP | Dilacor XR | A2 | Mylan | $ 521.45 | 00378-5280-05 | 274832 | 2748325 |
| DILTIAZEM HCL ER 240MG | 100 | CP | Dilacor XR | A2 | Mylan | $ 114.60 | 00378-5340-01 | 274833 | 2748333 |
| DILTIAZEM HCL ER 240MG | 500 | CP | Dilacor XR | A2 | Mylan | $ 557.62 | 00378-5340-05 | 274835 | 2748358 |
| DILTIAZEM HCL ER 60MG | 100 | CP | Cardizem SR | A1 | Mylan | $ 75.48 | 00378-6060-01 | 257349 | 2573491 |
| DILTIAZEM HCL ER 90MG | 100 | CP | Cardizem SR | A1 | Mylan | $ 86.28 | 00378-6090-01 | 257350 | 2573509 |
| DIOCTO-C 16OZ | 480 ML | SR | Peri-Colace | NR | Alpharma | $ 5.02 | 00472-0930-16 | 103039 | 1184530 |
| DIPHEN 12.5MG5ML | 480 ML | SR | Benadryl | NR | Morton Grove | $ 6.07 | 60432-0634-16 | 762970 | 2170702 |
| DIPHEN AF 12.5MG5ML | 120 ML | EL | Benadryl | NR | Morton Grove | $ 2.50 | 60432-0033-04 | 985392 | 2351831 |
| DIPHEN AF 12.5MG5ML | 480 ML | EL | Benadryl | NR | Morton Grove | $ 7.66 | 60432-0033-16 | 115002 | 2401842 |
| DIPHENHYDRAMINE HCL 12.5MG | 120 ML | SR | Benadryl | NR | Morton Grove | $ 2.13 | 60432-0634-04 | 966428 | 1699156 |
| DIPHENHYDRMN HCL 25MG | 100 | CP | Benadryl | NA | Eon Labs | $ 8.26 | 00185-0648-01 | 640549 | 2152874 |
| DIPHENHYDRMN HCL 25MG | 1000 | CP | Benadryl | NA | Eon Labs | $ 45.50 | 00185-0648-10 | 725048 | 2503993 |
| DIPHENHYDRMN HCL 50MG | 100 | CP | Benadryl | NA | Eon Labs | $ 9.04 | 00185-0649-01 | 924873 | 2194454 |
| DIPHENHYDRMN HCL 50MG | 1000 | CP | Benadryl | NA | Eon Labs | $ 58.24 | 00185-0649-10 | 054534 | 2386480 |
| DIPHENOXYLT/ATROP 2.5MG | 1 M | TB | Lomotil | AA | Mylan | $ 378.28 | 00378-0415-10 | 102431 | 1574201 |
| DIPHENOXYLT/ATROP 2.5MG | 100 | TB | Lomotil | AA | Mylan | $ 42.76 | 00378-0415-01 | 260619 | 2606192 |
| DIPHENOXYLT/ATROP 2.5MG | 60 ML | SL | Lomotil | AA | Roxane Labs | $ 6.28 | 00054-3194-46 | 307688 | 1286681 |
| DIPIVEFRIN HCL 0.1% OPHT | 15 ML | DR | Propine | AT | Bausch & Lomb | $ 37.21 | 24208-0540-15 | 756148 | 2364941 |
| DIPIVEFRIN HCL 0.1% OPHT | 10 ML | DR | Propine | AT | Bausch & Lomb | $ 25.31 | 24208-0540-10 | 755990 | 2364933 |
| DIPIVEFRIN HCL 0.1% OPHT | 5 ML | DR | Propine | AT | Bausch & Lomb | $ 14.07 | 24208-0540-05 | 755982 | 2364925 |
| DIPYRIDAMOLE 25MG | 100 | TB | Persantine | AB | Barr Labs | $ 17.95 | 00555-0252-02 | 010324 | 1075720 |
| DIPYRIDAMOLE 25MG | 1000 | TB | Persantine | AB | Barr Labs | $ 179.50 | 00555-0252-05 | 010340 | 1075746 |
| DIPYRIDAMOLE 25MG | 500 | TB | Persantine | AB | Barr Labs | $ 89.75 | 00555-0252-04 | 010332 | 2603561 |
| DIPYRIDAMOLE 50MG | 100 | TB | Persantine | AB | Barr Labs | $ 28.95 | 00555-0285-02 | 010359 | 1109644 |
| DIPYRIDAMOLE 50MG | 1000 | TB | Persantine | AB | Barr Labs | $ 289.50 | 00555-0285-05 | 272108 | 1896844 |
| DIPYRIDAMOLE 50MG | 500 | TB | Persantine | AB | Barr Labs | $ 144.75 | 00555-0285-04 | 010367 | 1444496 |
| DIPYRIDAMOLE 75MG | 100 | TB | Persantine | AB | Barr Labs | $ 41.75 | 00555-0286-02 | 010375 | 1109560 |
| DIPYRIDAMOLE 75MG | 1000 | TB | Persantine | AB | Barr Labs | $ 417.50 | 00555-0286-05 | 272116 | 1200799 |
| DIPYRIDAMOLE 75MG | 500 | TB | Persantine | AB | Barr Labs | $ 208.75 | 00555-0286-04 | 010383 | 1444504 |
| DISOBROM SA 120/6 | 100 | TB | Drixoral | NR | Genova | $ 19.90 | 00781-1600-01 | 031224 | 1080084 |
| DISOPYRAMIDE PHOS 100MG | 100 | CP | Norpace | AB | Schein | $ 35.00 | 00364-0739-01 | 505269 | 1537364 |
| DISOPYRAMIDE PHOS 150MG | 100 | CP | Norpace | AB | Schein | $ 40.00 | 00364-0740-01 | 505420 | 1537455 |
| DISOPYRAMIDE PHOS ER 150MG | 100 | CP | Norpace CR | AB | Ethex Corp | $ 79.27 | 58177-0002-04 | 674141 | 1856889 |
| DISULFIRAM 250MG | 100 | TB | Antabuse | BX | Sidmak Labs | $ 62.50 | 50111-0331-01 | 673366 | 1486653 |
| DISULFIRAM 500MG | 100 | TB | Antabuse | BX | Sidmak Labs | $ 74.25 | 50111-0332-01 | 731684 | 1931906 |
| DOCUSATE SOD 10MG | 480 ML | SL | Colace | NR | Morton Grove | $ 13.90 | 60432-0018-16 | 981060 | 2401834 |
| DOCUSATE SOD DSS | 16 OZ | SR | Peri-Colace | NR | Schein | $ 3.30 | 00364-7192-16 | 683663 | 1537398 |
| DOXEPIN HCL 100MG | 100 | CP | Sinequan | AB | Mylan | $ 43.95 | 00378-6410-01 | 491519 | 1574193 |
| DOXEPIN HCL 100MG | 1000 | CP | Sinequan | AB | Mylan | $ 429.95 | 00378-6410-10 | 491527 | 2113561 |
| DOXEPIN HCL 10MG | 100 | CP | Sinequan | AB | Mylan | $ 13.95 | 00378-1049-01 | 491438 | 1814029 |

CH 055752

Car.Hlth/SLB 0685179     Car.Suf.Co. 0616260



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| DOXEPIN HCL 10MG | 1000 | CP | Sinequan | AB | Mylan | $ 133.95 | 00378-1049-10 | 491446 | 1737790 |
| DOXEPIN HCL 150MG | 100 | CP | Sinequan | AB | Schein | $ 231.71 | 00364-2525-01 | 784117 | 1652304 |
| DOXEPIN HCL 25MG | 100 | CP | Sinequan | AB | Mylan | $ 14.25 | 00378-3125-01 | 491454 | 1814011 |
| DOXEPIN HCL 25MG | 1000 | CP | Sinequan | AB | Mylan | $ 143.95 | 00378-3125-10 | 491462 | 1268325 |
| DOXEPIN HCL 50MG | 100 | CP | Sinequan | AB | Mylan | $ 19.95 | 00378-4250-01 | 491470 | 1814003 |
| DOXEPIN HCL 50MG | 1000 | CP | Sinequan | AB | Mylan | $ 203.95 | 00378-4250-10 | 491489 | 1268317 |
| DOXEPIN HCL 75MG | 100 | CP | Sinequan | AB | Mylan | $ 41.95 | 00378-5375-01 | 491497 | 2813996 |
| DOXEPIN HCL 75MG | 1000 | CP | Sinequan | AB | Mylan | $ 365.95 | 00378-5375-10 | 491500 | 1737782 |
| DOXEPIN HCL CONC 10MG | 120 ML | CN | Sinequan | AA | Morton Grove | $ 18.25 | 60432-0651-04 | 836400 | 1271733 |
| DOXYCYCLINE HYCL 100MG | 100 UD | CP | Vibramycin | AB | Schein | $ 111.43 | 00364-2033-90 | 660493 | 1834100 |
| DOXYCYCLINE HYCL 100MG | 100 UD | TB | Vibramycin | AB | Schein | $ 111.75 | 00364-2063-90 | 716740 | 1858026 |
| DOXYCYCLINE HYCL 100MG | 50 | TB | Vibratab | AB | Schein | $ 9.24 | 00364-2063-50 | 440620 | 1401918 |
| DOXYCYCLINE HYCL 100MG | 50 | CP | Vibramycin | AB | Schein | $ 23.50 | 00364-2033-50 | 505455 | 1537653 |
| DOXYCYCLINE HYCL 100MG | 500 | CP | Vibramycin | AB | Schein | $ 215.18 | 00364-2033-05 | 443999 | 1537414 |
| DOXYCYCLINE HYCL 100MG | 500 | TB | Vibratab | AB | Schein | $ 176.63 | 00364-2063-05 | 491756 | 1537679 |
| DOXYCYCLINE HYCL 50MG | 100 UD | CP | Vibramycin | AB | Schein | $ 51.53 | 00364-2032-90 | 660485 | 1834092 |
| DOXYCYCLINE HYCL 50MG | 50 | CP | Vibramycin | AB | Schein | $ 14.02 | 00364-2032-50 | 440612 | 1537349 |
| DURADAL HD 5MG | 480 ML | SR | Endal-HD | NR | Duramed | $ 17.10 | 51285-0726-57 | 126721 | 2404598 |
| DURADAL HD PLUS | 480 ML | SR | Endal HD Plus | NR | Duramed | $ 28.00 | 51285-0727-57 | 583111 | 2533636 |
| DURADRIN | 100 | CP | Midrin | NR | Duramed | $ 37.75 | 51285-0364-02 | 768154 | 1425834 |
| DURATEX | 100 | CP | Entex | NR | Duramed | $ 34.85 | 51285-0293-02 | 695475 | 1425826 |
| DYPHYLLINE GG | 480 ML | EL | Lufyllin GG Elixir | NR | Alpharma | $ 14.39 | 00472-1238-16 | 577367 | 1603703 |
| EC-NAPROXEN 375MG | 100 | TB | EC Naprosyn | AB | Ethex Corp | $ 93.37 | 58177-0302-04 | 259086 | 2590867 |
| EC-NAPROXEN 500MG | 100 | TB | EC Naprosyn | AB | Ethex Corp | $ 114.04 | 58177-0303-04 | 259087 | 2590875 |
| ENDOCET 5/325 | 100 | TB | Percocet | AA | Endo Labs | $ 25.73 | 60951-0602-70 | 926450 | 2222750 |
| ENDOCET 5/325 | 500 | TB | Percocet | AA | Endo Labs | $ 98.45 | 60951-0602-85 | 926507 | 2222768 |
| ENDODAN 4.88MG | 100 | TB | Percodan | AA | Endo Labs | $ 23.00 | 60951-0610-70 | 926515 | 2222776 |
| ENDODAN 4.88MG | 500 | TB | Percodan | AA | Endo Labs | $ 110.71 | 60951-0610-85 | 926523 | 2222784 |
| EPINEPHRINE MIST 15ML | 15 ML | AR | Primatene Mist | NR | Alpharma | $ 9.48 | 00472-0970-99 | 296309 | 1356237 |
| EPINEPHRINE MIST 15ML REFILL | 15 ML | AR | Primatene Mist Refill | NR | Alpharma | $ 8.48 | 00472-0970-15 | 868396 | 2073088 |
| ERCAF | 100 | TB | Cafergot | AA | Geneva | $ 63.71 | 00781-1995-01 | 031429 | 1080290 |
| ERGOLOID MSYL 1MG | 100 | TB | Hydergine SL | AA | Zenith Goldline | $ 16.45 | 00172-2959-60 | 613290 | 1795061 |
| ERGOLOID MSYL 1MG | 100 | TB | Hydergine | AB | Major | $ 76.25 | 00904-0336-60 | 701220 | 2098945 |
| ERYTHROM ES/SULFISOX 200MG/5ML | 100 ML | SS | Pediazole | AB | Barr Labs | $ 12.70 | 00555-0445-22 | 595772 | 1529825 |
| ERYTHROM ES/SULFISOX 200MG/5ML | 150 ML | SS | Pediazole | AB | Barr Labs | $ 18.80 | 00555-0445-21 | 595780 | 1529817 |
| ERYTHROM ES/SULFISOX 200MG/5ML | 200 ML | SS | Pediazole | AB | Barr Labs | $ 24.78 | 00555-0445-23 | 595799 | 1529809 |
| ERYTHROMYCIN 2% | 30 GM | GL | Emgel Erygel Ats Gel | AT | Glades Pharm | $ 19.75 | 59366-2462-03 | 840289 | 1709138 |
| ERYTHROMYCIN 2% | 60 | PD | T Stat | AT | Glades Pharm | $ 19.87 | 59366-2878-06 | 254041 | 2540417 |
| ERYTHROMYCIN 2% | 60 GM | GL | Emgel Erygel Ats Gel | AT | Glades Pharm | $ 32.75 | 59366-2462-05 | 840297 | 1261247 |
| ERYTHROMYCIN 2% | 60 ML | SL | T-Stat | AT | Schein | $ 5.22 | 00364-2073-58 | 505641 | 1537745 |
| ERYTHROMYCIN 5% | 3.5 GM | OI | Ilotycin | AT | Bausch & Lomb | $ 4.25 | 24208-0910-55 | 366528 | 1303791 |
| ERYTHROMYCIN 5% | 3.75 GM | OI | Ilotycin | AT | Fougera & Co. | $ 4.43 | 00168-0070-38 | 125393 | 1267871 |
| ERYTHROMYCIN DR 250MG | 100 | CP | Eryc | AB | Barr Labs | $ 26.65 | 00555-0584-02 | 635138 | 1795244 |
| ERYTHROMYCIN DR 250MG | 500 | CP | Eryc | AB | Barr Labs | $ 122.90 | 00555-0584-04 | 635146 | 1109867 |
| ERYTHROMYCIN E-SUCC 200MG | 480 ML | SS | EES | AB | Alpharma | $ 19.04 | 00472-0971-16 | 103241 | 1184878 |
| ERYTHROMYCIN E-SUCC 400MG | 100 | TB | EES | AB | Mylan | $ 26.95 | 00378-6400-01 | 613657 | 1762319 |

73

CH 055753

Car.Hlth/SLB 0685180          Car.Suf.Co. 0616261



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| ERYTHROMYCIN E-SUCC 400MG | 480 ML | SS | EES | AB | Alpharma | $ 33.39 | 00472-0974-16 | 152390 | 1184894 |
| ERYTHROMYCIN E-SUCC 400MG | 500 | TB | EES | AB | Mylan | $ 143.10 | 00378-6400-05 | 613630 | 1804657 |
| ERYTHROMYCIN EST 125MG/5ML | 480 ML | SS | Ilosone | AB | Alpharma | $ 39.50 | 00472-0977-16 | 103179 | 1226091 |
| ERYTHROMYCIN EST 250MG/5ML | 480 ML | SS | Ilosone | AB | Alpharma | $ 66.75 | 00472-0979-16 | 103195 | 1184860 |
| ERYTHROMYCIN PLEDGETS 2% | 60 | EA | Erycette | AT | Glades Pharm | $ 21.96 | 59366-2838-06 | 010310 | 2561298 |
| ERYTHROMYCIN STRT 250MG | 100 | TB | Erythrocin | AB | Mylan | $ 18.16 | 00378-0106-01 | 244295 | 1574185 |
| ERYTHROMYCIN STRT 250MG | 500 | TB | Erythrocin | AB | Mylan | $ 71.35 | 00378-0106-05 | 102458 | 1574177 |
| ERYTHROMYCIN STRT 500MG | 100 | TB | Erythrocin | AB | Mylan | $ 28.85 | 00378-0107-01 | 102466 | 1574169 |
| ESTAZOLAM 1MG | 100 | TB | ProSom | AB | Teva | $ 85.37 | 00093-0129-01 | 258829 | 2588291 |
| ESTAZOLAM 2MG | 100 | TB | ProSom | AB | Teva | $ 95.09 | 00093-0130-01 | 010663 | 2588309 |
| ESTRADIOL 0.5MG | 100 | TB | Estrace | AB | Apothecon | $ 15.37 | 59772-0025-03 | 334553 | 2460996 |
| ESTRADIOL 1MG | 100 | TB | Estrace | AB | Apothecon | $ 28.61 | 59772-0026-03 | 334561 | 2461002 |
| ESTRADIOL 1MG | 500 | TB | Estrace | AB | Apothecon | $ 124.61 | 59772-0026-04 | 334588 | 2461010 |
| ESTRADIOL 2MG | 100 | TB | Estrace | AB | Apothecon | $ 37.11 | 59772-0027-03 | 334596 | 2461028 |
| ESTRADIOL 2MG | 500 | TB | Estrace | AB | Apothecon | $ 203.44 | 59772-0027-04 | 334618 | 2461036 |
| ESTROPIPATE 0.75MG | 100 | TB | Ogen | AB | Watson | $ 41.28 | 52544-0414-01 | 891070 | 2063287 |
| ESTROPIPATE 1.5MG | 100 | TB | Ogen | AB | Watson | $ 57.67 | 52544-0415-01 | 891088 | 2063295 |
| ESTROPIPATE 3MG | 100 | TB | Ogen | AB | Watson | $ 100.39 | 52544-0416-01 | 887390 | 2063303 |
| ETHOSUXIMIDE 250MG/5ML | 480 ML | SR | Zarontin | AA | Copley | $ 77.85 | 38245-0660-07 | 865990 | 2245512 |
| ETODOLAC 200MG | 100 | CP | Lodine | AB | Mylan | $ 110.56 | 00378-7200-01 | 257510 | 2575108 |
| ETODOLAC 300MG | 100 | CP | Lodine | AB | Mylan | $ 125.21 | 00378-7233-01 | 257511 | 2575116 |
| ETODOLAC 300MG | 500 | CP | Lodine | AB | Mylan | $ 594.75 | 00378-7233-05 | 257512 | 2575124 |
| ETODOLAC 400MG | 100 | TB | Lodine | AB | Purepac | $ 138.25 | 00228-2599-11 | 254447 | 2544476 |
| ETODOLAC 400MG | 500 | TB | Lodine | AB | Purepac | $ 702.35 | 00228-2599-50 | 260115 | 2601151 |
| ETODOLAC 500MG | 100 | TB | Lodine | AB | Purepac | $ 139.09 | 00228-2632-11 | 076892 | 2757607 |
| EXTRA STRENGTH MUSCLE | 90 GM | OI | Ben Gay Ultra | NR | Clay Park Labs | $ 1.69 | 45802-0174-53 | 661538 | 2147007 |
| EYE SINE 0.5OZ | .5 OZ | DR | Visine | NR | Akorn | $ 2.81 | 17478-0610-12 | 632767 | 1167279 |
| FE-TINIC 150 FORTE | 10X10 UD | CP | Niferex Forte Caps | NR | Ethex Corp | $ 23.36 | 58177-0025-11 | 259029 | 2590297 |
| FENOPROFEN CALC 600MG | 100 | TB | Nalfon | AB | ESI Lederle | $ 47.19 | 00005-3559-43 | 602833 | 1565001 |
| FENOPROFEN CALC 600MG | 500 | TB | Nalfon | AB | ESI Lederle | $ 229.21 | 00005-3559-31 | 602841 | 1565902 |
| FENTANYL CIT 1GM | 1 VL | PW | Fentanyl Citrate | NR | Mallinckrodt | $ 1,350.00 | 00406-1130-52 | 826405 | 1491620 |
| FERRAGEN | 100 | CP | Chromagen | NR | Pecos | $ 19.95 | 59879-0118-01 | 490059 | 2513794 |
| FERROUS SULF 480ML | 16 OZ | EL | Feosol Elixir | NR | Alpharma | $ 4.83 | 00472-1465-16 | 359424 | 1187244 |
| FERROUS SULF 50CC | 50 CC | DR | Feosol | NR | Schein | $ 3.69 | 00364-1146-57 | 444618 | 1541044 |
| FERROUS SULF FC 325MG | 1000 | TB | Ferrous Sulfate | NR | Zenith Goldline | $ 12.59 | 00182-4028-10 | 318647 | 1407154 |
| FIORTAL | 100 | CP | Fiorinal | AB | Geneva | $ 38.90 | 00781-2120-01 | 260863 | 2608636 |
| FLUOCINOLONE ACETN 0.01% | 15 GM | CR | Synalar CR | AT | Fougera & Co. | $ 2.15 | 00168-0058-15 | 125407 | 1213651 |
| FLUOCINOLONE ACETN 0.01% | 20 ML | SL | Synalar | AT | Bausch & Lomb | $ 5.00 | 24208-0465-63 | 585254 | 1704899 |
| FLUOCINOLONE ACETN 0.01% | 60 GM | CR | Synalar CR | AT | Fougera & Co. | $ 4.28 | 00168-0058-60 | 125415 | 1213735 |
| FLUOCINOLONE ACETN 0.01% | 60 ML | SL | Synalar / Fluonid | AT | Fougera & Co. | $ 10.80 | 00168-0059-60 | 125466 | 1213768 |
| FLUOCINOLONE ACETN 0.025% | 15 GM | CR | Synalar CR | AT | Fougera & Co. | $ 3.05 | 00168-0060-15 | 125423 | 1213859 |
| FLUOCINOLONE ACETN 0.025% | 15 GM | OI | Synalar Oint | AT | Fougera & Co. | $ 4.20 | 00168-0064-15 | 246492 | 1214253 |
| FLUOCINOLONE ACETN 0.025% | 60 GM | CR | Synalar CR | AT | Fougera & Co. | $ 7.20 | 00168-0060-60 | 125431 | 1213982 |
| FLUOCINOLONE ACETN 0.025% | 60 GM | OI | Synalar Oint | AT | Fougera & Co. | $ 9.96 | 00168-0064-60 | 125458 | 1214295 |
| FLUOCINONIDE-E 0.05% | 15 GM | CR | Lidex E | AB | Taro | $ 9.50 | 51672-1254-01 | 730874 | 1757210 |
| FLUOCINONIDE-E 0.05% | 30 GM | CR | Lidex E | AB | Taro | $ 14.16 | 51672-1254-02 | 730882 | 1757194 |

74

CH 055754

Car.Hlth/SLB 0685181                    Car.Suf.Co. 0616262