**ANDERSON EXHIBIT 18M**



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| FLUOCINONIDE-E 0.05% | 60 GM | CR | Lidex E | AB | Taro | $ 22.60 | 51672-1254-03 | 730890 | 1757202 |
| FLUOCINONIDE 0.05% | 120 GM | CR | Lidex | AB | Taro | $ 13.62 | 51672-1253-04 | 730947 | 2046209 |
| FLUOCINONIDE 0.05% | 15 GM | OI | Lidex | AB | Teva | $ 15.90 | 00093-0264-15 | 767379 | 1497940 |
| FLUOCINONIDE 0.05% | 15 GM | CR | Lidex | AB | Taro | $ 8.25 | 51672-1253-01 | 730912 | 1575257 |
| FLUOCINONIDE 0.05% | 15 GM | GL | Lidex | AB | Fougera & Co. | $ 12.00 | 00168-0135-15 | 976741 | 2344943 |
| FLUOCINONIDE 0.05% | 30 GM | OI | Lidex | AB | Teva | $ 21.90 | 00093-0264-30 | 767387 | 1507797 |
| FLUOCINONIDE 0.05% | 30 GM | CR | Lidex | AB | Taro | $ 11.25 | 51672-1253-02 | 730920 | 1575265 |
| FLUOCINONIDE 0.05% | 60 GM | OI | Lidex | AB | Teva | $ 35.35 | 00093-0264-92 | 767395 | 1507839 |
| FLUOCINONIDE 0.05% | 60 GM | CR | Lidex | AB | Taro | $ 16.25 | 51672-1253-03 | 730939 | 1575240 |
| FLUOCINONIDE 0.05% | 60 GM | GL | Lidex | AB | Fougera & Co. | $ 39.60 | 00168-0135-60 | 976768 | 2344935 |
| FLUOCINONIDE 0.05% | 60 ML | SL | Lidex | AT | Teva | $ 23.80 | 00093-0266-39 | 623970 | 1146125 |
| FLUORETS OPTHAL 1MG | 100 | SI | Ful-Glo Strips | NR | Akorn | $ 13.15 | 17478-0400-01 | 347752 | 1423896 |
| FLUOROCAINE 5ML | 5 ML | DR | Fluress | NR | Akorn | $ 9.15 | 17478-0311-10 | 560421 | 1167733 |
| FLUOROMETHOLONE 0.1% 10ML | 10 | DR | FML | AB | Pacific Pharma | $ 16.01 | 60758-0880-10 | 271196 | 2711968 |
| FLUOROMETHOLONE 0.1% 15ML | 15 | DR | FML | AB | Pacific Pharma | $ 22.39 | 60758-0880-15 | 270902 | 2709020 |
| FLUOROMETHOLONE 0.1% 5ML | 5 | DR | FML | AB | Pacific Pharma | $ 10.05 | 60758-0880-05 | 076424 | 2711950 |
| FLUOXYMESTERONE 10MG | 100 | TB | Halotestin | BP | Rosemont | $ 141.47 | 00832-0086-00 | 113182 | 2117489 |
| FLUPHENAZINE HCL 10MG | 100 | TB | Prolixin | AB | Geneva | $ 114.75 | 00781-1439-01 | 603163 | 1380369 |
| FLUPHENAZINE HCL 10MG | 100 UD | TB | Prolixin | AB | Geneva | $ 170.30 | 00781-1439-13 | 648167 | 1737071 |
| FLUPHENAZINE HCL 10MG | 50 | TB | Prolixin | AB | Geneva | $ 60.24 | 00781-1439-50 | 560847 | 1531268 |
| FLUPHENAZINE HCL 10MG | 500 | TB | Prolixin | AB | Geneva | $ 545.25 | 00781-1439-05 | 784419 | 1975267 |
| FLUPHENAZINE HCL 1MG | 100 | TB | Prolixin | AB | Geneva | $ 49.75 | 00781-1436-01 | 603139 | 1379437 |
| FLUPHENAZINE HCL 1MG | 100 UD | TB | Prolixin | AB | Geneva | $ 62.99 | 00781-1436-13 | 679828 | 1737725 |
| FLUPHENAZINE HCL 1MG | 50 | TB | Prolixin | AB | Geneva | $ 26.10 | 00781-1436-50 | 560812 | 1531276 |
| FLUPHENAZINE HCL 1MG | 500 | TB | Prolixin | AB | Geneva | $ 233.79 | 00781-1436-05 | 784362 | 1975275 |
| FLUPHENAZINE HCL 2.5MG | 100 | TB | Prolixin | AB | Geneva | $ 75.75 | 00781-1437-01 | 603147 | 1380401 |
| FLUPHENAZINE HCL 2.5MG | 100 UD | TB | Prolixin | AB | Geneva | $ 90.99 | 00781-1437-13 | 648140 | 1737063 |
| FLUPHENAZINE HCL 2.5MG | 473 ML | EL | Prolixin | AA | Copley | $ 126.80 | 38245-0686-07 | 868469 | 2134302 |
| FLUPHENAZINE HCL 2.5MG | 50 | TB | Prolixin | AB | Geneva | $ 40.57 | 00781-1437-50 | 560820 | 1531250 |
| FLUPHENAZINE HCL 2.5MG | 500 | TB | Prolixin | AB | Geneva | $ 330.74 | 00781-1437-05 | 784370 | 1923432 |
| FLUPHENAZINE HCL 5MG | 100 | TB | Prolixin | AB | Geneva | $ 89.95 | 00781-1438-01 | 603155 | 1379601 |
| FLUPHENAZINE HCL 5MG | 100 UD | TB | Prolixin | AB | Geneva | $ 134.99 | 00781-1438-13 | 648159 | 1737089 |
| FLUPHENAZINE HCL 5MG | 50 | TB | Prolixin | AB | Geneva | $ 47.17 | 00781-1438-50 | 560839 | 1531243 |
| FLUPHENAZINE HCL 5MG | 500 | TB | Prolixin | AB | Geneva | $ 423.70 | 00781-1438-05 | 784400 | 1975259 |
| FLUPHENAZINE HCL 5MGML | 120 ML | CN | Prolixin | AA | Copley | $ 106.60 | 38245-0630-14 | 758302 | 1688779 |
| FLURAZEPAM HCL 15MG | 100 | CP | Dalmane | AB | Mylan | $ 23.95 | 00378-4415-01 | 376256 | 2813905 |
| FLURAZEPAM HCL 15MG | 500 | CP | Dalmane | AB | Mylan | $ 111.50 | 00378-4415-05 | 376264 | 1268184 |
| FLURAZEPAM HCL 30MG | 100 | CP | Dalmane | AB | Mylan | $ 26.70 | 00378-4430-01 | 376272 | 1813898 |
| FLURAZEPAM HCL 30MG | 500 | CP | Dalmane | AB | Mylan | $ 127.95 | 00378-4430-05 | 376280 | 1225416 |
| FLURBIPROFEN 100MG | 100 | TB | Ansaid | AB | Mylan | $ 112.50 | 00378-0093-01 | 925691 | 2208684 |
| FLURBIPROFEN 100MG | 500 | TB | Ansaid | AB | Mylan | $ 545.20 | 00378-0093-05 | 925705 | 2208692 |
| FLURBIPROFEN 50MG | 100 | TB | Ansaid | AB | Mylan | $ 72.07 | 00378-0076-01 | 925713 | 2208676 |
| FLURBIPROFN SOD 0.03% | 2.5 ML | DR | Ocufen | AT | Pacific Pharma | $ 9.48 | 60758-0910-03 | 261794 | 2617942 |
| FOLIC ACID 1MG | 100 | TB | Folvite | AA | Schein | $ 12.00 | 00364-0137-01 | 855200 | 2121556 |
| FOLIC ACID 1MG | 1000 | TB | Folvite | AA | Schein | $ 26.00 | 00364-0137-02 | 444561 | 1536911 |
| FORMULA-B PLUS | 100 | TB | Berocca Plus | NR | Major | $ 15.95 | 00904-7929-60 | 674770 | 2091619 |

75

CH 055755

Car.Hlth/SLB 0685182                    Car.Suf.Co. 0616263



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| FUROSEMIDE 10MG/ML | 120 ML | SL | Lasix | AA | Morton Grove | $ 14.28 | 60432-0613-04 | 836435 | 2118024 |
| FUROSEMIDE 10MG/ML | 60 ML | SL | Lasix | AA | Morton Grove | $ 10.40 | 60432-0613-60 | 769673 | 2118115 |
| FUROSEMIDE 20MG | 100 | TB | Lasix | AB | Mylan | $ 9.10 | 00378-0208-01 | 102474 | 2575173 |
| FUROSEMIDE 20MG | 100 UD | TB | Lasix | AB | Zenith Goldline | $ 12.90 | 00182-1170-89 | 595365 | 1418250 |
| FUROSEMIDE 20MG | 1000 | TB | Lasix | AB | Mylan | $ 81.90 | 00378-0208-10 | 102482 | 1575166 |
| FUROSEMIDE 40MG | 100 | TB | Lasix | AB | Mylan | $ 10.40 | 00378-0216-01 | 102490 | 1575141 |
| FUROSEMIDE 40MG | 100 UD | TB | Lasix | AB | Zenith Goldline | $ 18.20 | 00182-1161-89 | 595373 | 1418102 |
| FUROSEMIDE 40MG | 1000 | TB | Lasix | AB | Mylan | $ 93.60 | 00378-0216-10 | 102504 | 1575158 |
| FUROSEMIDE 80MG | 100 | TB | Lasix | AB | Mylan | $ 27.80 | 00378-0232-01 | 578614 | 1575133 |
| FUROSEMIDE 80MG | 500 | TB | Lasix | AB | Mylan | $ 132.05 | 00378-0232-05 | 578622 | 1146851 |
| GANI-TUSS-DM NR 100-2M | 480 ML | SR | Tussi-Organidin DM NR | NR | Cypress | $ 39.95 | 60258-0262-16 | 124761 | 2404440 |
| GEMFIBROZIL 600MG | 500 | TB | Lopid | AB | Warner Chilcott | $ 466.67 | 00047-0084-30 | 826383 | 1510866 |
| GEMFIBROZIL 600MG | 60 | TB | Lopid | AB | Warner Chilcott | $ 59.55 | 00047-0084-20 | 826391 | 1510916 |
| GENTAK 0.3% OPHT | 3.5 GM | OI | Garamycin | AT | Akorn | $ 14.60 | 17478-0284-35 | 245461 | 1465277 |
| GENTAMICIN SULF 0.1% | 15 GM | CR | Garamycin | AT | Clay Park Labs | $ 3.00 | 45802-0056-35 | 099015 | 2134534 |
| GENTAMICIN SULF 0.1% | 15 GM | OI | Garamycin | AT | Clay Park Labs | $ 3.00 | 45802-0046-35 | 099031 | 2134542 |
| GENTAMICIN SULF 0.1% | 30 GM | OI | Garamycin | AT | Clay Park Labs | $ 4.90 | 45802-0046-11 | 829641 | 2289163 |
| GENTAMICIN SULF 0.3% | 15 ML | DR | Garamycin | AT | Bausch & Lomb | $ 8.95 | 24208-0580-64 | 366498 | 1554310 |
| GENTAMICIN SULF 0.3% | 5 ML | DR | Garamycin | AT | Bausch & Lomb | $ 7.10 | 24208-0580-60 | 099910 | 1530765 |
| GLIPIZIDE 10MG | 100 | TB | Glucotrol | AB | Watson | $ 63.82 | 52544-0461-01 | 044156 | 2359149 |
| GLIPIZIDE 10MG | 1000 | TB | Glucotrol | AB | Watson | $ 575.95 | 52544-0461-10 | 067962 | 2389674 |
| GLIPIZIDE 10MG | 500 | TB | Glucotrol | AB | Watson | $ 303.13 | 52544-0461-05 | 044610 | 2359156 |
| GLIPIZIDE 5MG | 100 | TB | Glucotrol | AB | Watson | $ 34.76 | 52544-0460-01 | 042960 | 2359123 |
| GLIPIZIDE 5MG | 1000 | TB | Glucotrol | AB | Watson | $ 313.80 | 52544-0460-10 | 067873 | 2389666 |
| GLIPIZIDE 5MG | 500 | TB | Glucotrol | AB | Watson | $ 165.16 | 52544-0460-05 | 043893 | 2359131 |
| GLUCOSAMINE CHONDRATIN DS | 60 | CP | Cosamin DS | NR | Pecos | $ 79.95 | 59879-0609-06 | 257721 | 2577211 |
| GLYBURIDE 1.25MG | 100 | TB | Micronase | NA | Greenstone | $ 18.40 | 59762-3725-01 | 901911 | 2148682 |
| GLYBURIDE 1.25MG | 50 | TB | Diabeta | BX | Copley | $ 8.20 | 38245-0477-49 | 896934 | 2125540 |
| GLYBURIDE 2.5MG | 100 | TB | Diabeta | BX | Copley | $ 32.05 | 38245-0433-10 | 896942 | 2125557 |
| GLYBURIDE 2.5MG | 100 | TB | Micronase | NA | Greenstone | $ 30.60 | 59762-3726-03 | 901920 | 2148674 |
| GLYBURIDE 2.5MG | 100 UD | TB | Micronase | NA | Geneva | $ 31.55 | 00781-1456-13 | 887099 | 2073542 |
| GLYBURIDE 2.5MG | 100 UD | TB | Diabeta | BX | Copley | $ 32.60 | 38245-0433-55 | 923230 | 2208163 |
| GLYBURIDE 2.5MG | 500 | TB | Diabeta | BX | Copley | $ 137.10 | 38245-0433-50 | 896950 | 2125565 |
| GLYBURIDE 5MG | 100 | TB | Diabeta | BX | Copley | $ 58.85 | 38245-0364-10 | 897000 | 2125573 |
| GLYBURIDE 5MG | 100 | TB | Micronase | NA | Greenstone | $ 54.75 | 59762-3727-04 | 901938 | 2148666 |
| GLYBURIDE 5MG | 100 UD | TB | Micronase | NA | Geneva | $ 53.44 | 00781-1457-13 | 887137 | 2073583 |
| GLYBURIDE 5MG | 100 UD | TB | Diabeta | BX | Copley | $ 59.50 | 38245-0364-55 | 923249 | 2208171 |
| GLYBURIDE 5MG | 1000 | TB | Micronase | NA | Greenstone | $ 440.05 | 59762-3727-07 | 901954 | 2148641 |
| GLYBURIDE 5MG | 1000 | TB | Diabeta | BX | Copley | $ 440.65 | 38245-0364-20 | 897027 | 2154995 |
| GLYBURIDE 5MG | 500 | TB | Diabeta | BX | Copley | $ 245.85 | 38245-0364-50 | 897019 | 2125581 |
| GLYBURIDE 5MG | 500 | TB | Micronase | NA | Greenstone | $ 228.05 | 59762-3727-06 | 901946 | 2148658 |
| GLYBURIDE MICRON 1.5MG | 100 | TB | Glynase | AB | Greenstone | $ 31.51 | 59762-3781-01 | 271559 | 2715597 |
| GLYBURIDE MICRON 3MG | 100 | TB | Glynase | AB | Greenstone | $ 53.25 | 59762-3782-01 | 271557 | 2715571 |
| GLYBURIDE MICRON 3MG | 1000 | TB | Glynase | AB | Greenstone | $ 451.44 | 59762-3782-03 | 271556 | 2715563 |
| GLYBURIDE MICRON 6MG | 100 | TB | Glynase | AB | Greenstone | $ 89.73 | 59762-3783-01 | 271554 | 2715548 |
| GLYBURIDE MICRON 6MG | 1000 | TB | Glynase | AB | Greenstone | $ 786.96 | 59762-3783-03 | 271561 | 2715613 |



CH 055756

Car.Hlth/SLB 0685183         Car.Suf.Co. 0616264



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| GLYBURIDE MICRON 6MG | 500 | TB | Glynase | AB | Greenstone | $ 393.48 | 59762-3783-02 | 271552 | 2715522 |
| GLYCERIN 12 ADULT | 12 | SU | Sani-Supp | NR | G & W Labs | $ 1.41 | 00713-0101-13 | 389668 | 1531698 |
| GLYCERIN 12 INFANT | 12 | SU | Sani-Supp | NR | G & W Labs | $ 1.40 | 00713-0102-13 | 389714 | 1427491 |
| GONAK 2.5% 15ML OPHT | 15 ML | DR | Goniosol | NR | Akorn | $ 11.19 | 17478-0064-12 | 407186 | 1479443 |
| GRISEOFULVIN ULTR 125MG | 100 | TB | Gris-PEG | AB | Warrick | $ 33.11 | 59930-1620-01 | 960322 | 2289510 |
| GRISEOFULVIN ULTR 250MG | 100 | TB | Gris-PEG | AB | Warrick | $ 64.96 | 59930-1621-01 | 960330 | 2289502 |
| GRISEOFULVIN ULTR 330MG | 100 | TB | Grisactin Ultra | AB | Warrick | $ 82.47 | 59930-1624-01 | 960349 | 2289494 |
| GUAIFENESIN/COD PHOS | 480 ML | SR | Tussi-Organidin NR | NR | Morton Grove | $ 47.82 | 60432-0088-16 | 435813 | 2487304 |
| GUAIFENESIN/COD PHOS 300/10 | 100 | TB | Broatex | NR | Ethex Corp | $ 53.99 | 58177-0223-04 | 113034 | 2399780 |
| GUAIFENESIN/PPA LA 400/75 | 100 | TB | Entex LA | NR | Sidmak Labs | $ 11.00 | 50111-0385-01 | 438774 | 1862317 |
| GUAIFENESIN/PPA LA 400/75 | 500 | TB | Entex LA | NR | Sidmak Labs | $ 49.50 | 50111-0385-02 | 438952 | 2862308 |
| GUAIFENEX DM 600/30 | 100 | TB | Humibid DM | NR | Ethex Corp | $ 39.14 | 58177-0213-04 | 931640 | 2227817 |
| GUAIFENEX G 1200MG | 100 | TB | Duratuss G | NR | Ethex Corp | $ 38.09 | 58177-0308-04 | 270936 | 2709368 |
| GUAIFENEX LA SA 600MG | 100 | TB | Humibid LA | NR | Ethex Corp | $ 23.60 | 58177-0205-04 | 931705 | 2227809 |
| GUAIFENEX LA SA 600MG | 500 | CL | Humibid LA | NR | Ethex Corp | $ 112.10 | 58177-0205-08 | 031313 | 2381895 |
| GUAIFENEX PSE SA 600MG | 100 | TB | Entex PSE | NR | Ethex Corp | $ 51.50 | 58177-0208-04 | 932256 | 2232247 |
| GUAIFENEX RX 600/60 | 56 | TB | Syn-Rx | NR | Ethex Corp | $ 25.45 | 58177-0276-17 | 492256 | 2514354 |
| GUAIFENEX RX DM 600/30 | 56 | TB | Syn-Rx DM | NR | Ethex Corp | $ 28.36 | 58177-0277-17 | 492787 | 2514362 |
| GUAIFENX PPA SA 600/75 | 100 | TB | Dura Vent | NR | Ethex Corp | $ 50.33 | 58177-0204-04 | 938572 | 2245777 |
| GUAIFENX PSE SA 600/60 | 100 | TB | Deconsal II | NR | Ethex Corp | $ 30.62 | 58177-0214-04 | 931713 | 2228286 |
| GUAIVENT-PD SA 300/60 | 100 | CP | Guaifed PD | NR | Ethex Corp | $ 45.28 | 58177-0015-04 | 594687 | 2360139 |
| GUAIVENT SA 250MG | 100 | CP | Guaifed | NR | Ethex Corp | $ 56.80 | 58177-0016-04 | 594750 | 2360147 |
| GUANABENZ ACE 4MG | 100 | TB | Wytensin | AB | Watson | $ 53.17 | 52544-0451-01 | 949159 | 2277622 |
| GUANABENZ ACE 8MG | 100 | TB | Wytensin | AB | Watson | $ 79.82 | 52544-0452-01 | 949167 | 2277630 |
| GUANFACINE HCL 1MG | 100 | TB | Tenex | AB | Watson | $ 70.58 | 52544-0444-01 | 101842 | 2394559 |
| GUANFACINE HCL 2MG | 100 | TB | Tenex | AB | Watson | $ 96.77 | 52544-0453-01 | 101834 | 2394567 |
| GUIATUSS DM AF IMPR | 480 ML | SR | Robitussin | NR | Alpharma | $ 7.64 | 00472-1031-16 | 103330 | 1000389 |
| GUIATUSS DM AF IMPR | 240 ML | SR | Robitussin DM | NR | Alpharma | $ 2.92 | 00472-1031-98 | 356859 | 1640242 |
| HALOPERIDOL 0.5MG | 100 | TB | Haldol | AB | Mylan | $ 20.00 | 00378-0351-01 | 677701 | 1762251 |
| HALOPERIDOL 0.5MG | 100 UD | TB | Haldol | AB | Geneva | $ 27.82 | 00781-1391-13 | 692557 | 1737733 |
| HALOPERIDOL 0.5MG | 1000 | TB | Haldol | AB | Mylan | $ 188.73 | 00378-0351-10 | 689734 | 1225408 |
| HALOPERIDOL 10MG | 100 | TB | Haldol | AB | Geneva | $ 69.55 | 00781-1397-01 | 593362 | 1450196 |
| HALOPERIDOL 1MG | 100 | TB | Haldol | AB | Mylan | $ 29.29 | 00378-0257-01 | 677710 | 1762244 |
| HALOPERIDOL 1MG | 100 UD | TB | Haldol | AB | Geneva | $ 39.60 | 00781-1392-13 | 648116 | 1735059 |
| HALOPERIDOL 1MG | 1000 | TB | Haldol | AB | Mylan | $ 263.20 | 00378-0257-10 | 682993 | 1225366 |
| HALOPERIDOL 20MG | 100 | TB | Haldol | AB | Geneva | $ 112.49 | 00781-1398-01 | 593370 | 1122928 |
| HALOPERIDOL 2MG | 100 | TB | Haldol | AB | Mylan | $ 39.95 | 00378-0214-01 | 683000 | 1762236 |
| HALOPERIDOL 2MG | 100 UD | TB | Haldol | AB | Geneva | $ 53.80 | 00781-1393-13 | 648124 | 1737048 |
| HALOPERIDOL 2MG | 1000 | TB | Haldol | AB | Mylan | $ 385.96 | 00378-0214-10 | 683019 | 1225358 |
| HALOPERIDOL 2MG/ML | 120 ML | CN | Haldol | AA | Copley | $ 51.84 | 38245-0604-14 | 778257 | 2134276 |
| HALOPERIDOL 2MG/ML | 15 ML | CN | Haldol | AA | Alpharma | $ 12.50 | 00472-0766-99 | 438871 | 1280387 |
| HALOPERIDOL 5MG | 100 | TB | Haldol | AB | Mylan | $ 66.95 | 00378-0327-01 | 683027 | 1762228 |
| HALOPERIDOL 5MG | 100 UD | TB | Haldol | AB | Geneva | $ 86.09 | 00781-1396-13 | 648132 | 1737030 |
| HALOPERIDOL 5MG | 1000 | TB | Haldol | AB | Mylan | $ 650.53 | 00378-0327-10 | 689742 | 2113587 |
| HISTA VENT DA | 100 | TB | Dura-Vent DA | NR | Ethex Corp | $ 48.95 | 58177-0227-04 | 101826 | 2394591 |
| HISTENEX D 5/60MG | 480 ML | SR | Histussin D | NR | Ethex Corp | $ 38.84 | 58177-0898-07 | 256093 | 2560936 |

CH 055757

Car.Hlth/SLB 0685184         Car.Suf.Co. 0616265



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| HISTINEX DM 480ML SF AF | 480 ML | SR | Poly-Histine DM | NR | Ethex Corp | $ 23.47 | 58177-0880-07 | 892556 | 2115566 |
| HISTINEX DM 960ML SF AF | 960 ML | SR | Poly-Histine DM | NR | Ethex Corp | $ 46.94 | 58177-0880-12 | 297275 | 2448223 |
| HISTINEX HC 5MG | 480 ML | SR | Histussin HC | NR | Ethex Corp | $ 25.16 | 58177-0877-07 | 916390 | 2190759 |
| HISTINEX PV SF/AF 30MG | 480 ML | SR | P V Tussin | NR | Ethex Corp | $ 38.84 | 58177-0883-07 | 920711 | 2226678 |
| HYCOCLEAR TUSS | 480 ML | SR | VicodinTuss | NR | Ethex Corp | $ 45.72 | 58177-0881-07 | 916382 | 2190767 |
| HYDRA-ZIDE 25/25 | 100 | CP | Apresazide | AB | Par | $ 44.07 | 49884-0143-01 | 555061 | 2114346 |
| HYDRA-ZIDE 50/50 | 100 | CP | Apresazide | AB | Par | $ 65.85 | 49884-0144-01 | 555118 | 1486521 |
| HYDRALAZINE HCL 100MG | 100 | TB | Apresoline | AA | Sidmak Labs | $ 8.30 | 50111-0397-01 | 760048 | 2127926 |
| HYDRALAZINE HCL 10MG | 100 | TB | Apresoline | AA | Sidmak Labs | $ 4.20 | 50111-0398-01 | 673374 | 2127710 |
| HYDRALAZINE HCL 10MG | 1000 | TB | Apresoline | AA | Sidmak Labs | $ 36.00 | 50111-0398-03 | 791245 | 2308294 |
| HYDRALAZINE HCL 25MG | 100 | TB | Apresoline | AA | Sidmak Labs | $ 5.19 | 50111-0327-01 | 759970 | 2127959 |
| HYDRALAZINE HCL 25MG | 1000 | TB | Apresoline | AA | Sidmak Labs | $ 44.25 | 50111-0327-03 | 759988 | 1486620 |
| HYDRALAZINE HCL 50MG | 100 | TB | Apresoline | AA | Sidmak Labs | $ 5.75 | 50111-0328-01 | 759996 | 2127942 |
| HYDRALAZINE HCL 50MG | 1000 | TB | Apresoline | AA | Sidmak Labs | $ 47.00 | 50111-0328-03 | 791253 | 1486646 |
| HYDRO-TUSSIN HD | 480 ML | EL | Duratuss HD | NR | Ethex Corp | $ 31.69 | 58177-0890-07 | 490148 | 2513828 |
| HYDROCHLOROTHIAZD 100MG | 100 | TB | Hydrodiuril | AB | Zenith Goldline | $ 6.85 | 00172-2485-60 | 718491 | 1805084 |
| HYDROCHLOROTHIAZD 25MG | 100 | TB | Hydrodiuril | AB | Zenith Goldline | $ 3.95 | 00172-2083-60 | 417009 | 2484210 |
| HYDROCHLOROTHIAZD 50MG | 100 | TB | Hydrodiuril | AB | Zenith Goldline | $ 4.23 | 00172-2089-60 | 347469 | 2465425 |
| HYDROCHLOROTHZD 25MG | 1000 | TB | Hydrodiuril | AB | ESI Lederle | $ 23.23 | 00005-3752-34 | 337498 | 1599067 |
| HYDROCHLOROTHZD 50MG | 1000 | TB | Hydrodiuril | AB | ESI Lederle | $ 33.89 | 00005-3753-34 | 337501 | 1005271 |
| HYDROCODONE BIT | 5 GM | CY | Hydrocodone Bitartrate | NR | Mallinckrodt | $ 240.13 | 00406-1582-53 | 331783 | 2457547 |
| HYDROCODONE CMPD | 480 ML | SR | Hycodan SR | AA | Schein | $ 13.50 | 00364-2487-16 | 764868 | 1257690 |
| HYDROCODONE PA | 480 ML | SR | Tussion EX | NR | Morton Grove | $ 17.35 | 60432-0110-16 | 460052 | 2506459 |
| HYDROCODONE/APAP 10/500 | 100 | TB | Lortab 10 | AA | Watson | $ 49.24 | 52544-0540-01 | 255058 | 2550580 |
| HYDROCODONE/APAP 10/650 | 100 | TB | Lorcet-10 | AA | Watson | $ 50.78 | 52544-0503-01 | 108251 | 2397206 |
| HYDROCODONE/APAP 10/650 | 500 | TB | Lorcet-10 | AA | Watson | $ 231.47 | 52544-0503-05 | 118621 | 2403012 |
| HYDROCODONE/APAP 10/660 | 100 | TB | Vicodin HP | AA | Mallinckrodt | $ 61.17 | 00406-0362-01 | 076943 | 2763910 |
| HYDROCODONE/APAP 2.5/500 | 100 | TB | Lortab 2.5 | AA | Watson | $ 33.35 | 52544-0388-01 | 959642 | 1602135 |
| HYDROCODONE/APAP 5/500 | 100 | TB | Vicodin | AA | Watson | $ 19.75 | 52544-0349-01 | 891096 | 1838689 |
| HYDROCODONE/APAP 5/500 | 500 | TB | Vicodin | AA | Watson | $ 97.75 | 52544-0349-05 | 891100 | 1838697 |
| HYDROCODONE/APAP 5MG/500MG | 100 | CP | Bancap HC | AA | Mallinckrodt | $ 22.61 | 00406-4357-01 | 257946 | 2579464 |
| HYDROCODONE/APAP 7.5/500 | 100 | TB | Lortab | AA | Watson | $ 37.97 | 52544-0385-01 | 768243 | 1602127 |
| HYDROCODONE/APAP 7.5/500 | 500 | TB | Lortab | AA | Watson | $ 167.73 | 52544-0385-05 | 843369 | 1602168 |
| HYDROCODONE/APAP 7.5/500MG | 480 ML | EL | Lortab Elixir | NR | Mallinckrodt | $ 49.37 | 00406-0375-16 | 274940 | 2749406 |
| HYDROCODONE/APAP 7.5/650 | 100 | TB | Lorcet Plus | AA | Watson | $ 42.24 | 52544-0502-01 | 167592 | 2412849 |
| HYDROCODONE/APAP 7.5/650 | 500 | TB | Lorcet Plus | AA | Watson | $ 177.83 | 52544-0502-05 | 267546 | 2445278 |
| HYDROCODONE/APAP 7.5/750 | 100 | TB | Vicodin ES | AA | Watson | $ 35.44 | 52544-0387-01 | 768251 | 1602184 |
| HYDROCODONE/APAP 7.5/750MG | 500 | TB | Vicodin ES | AA | Watson | $ 165.56 | 52544-0387-05 | 913308 | 1602176 |
| HYDROCODONE/BIT/APAP 10/500MG | 500 | TB | Lortab | AA | Mallinckrodt | $ 253.03 | 00406-0363-05 | 076834 | 2752392 |
| HYDROCORT IODOQUINOL 1% | 30 ML | CR | Vytone | NR | Glades Pharm | $ 35.12 | 59366-2706-01 | 277098 | 2770980 |
| HYDROCORT/ACETIC ACID | 10 ML | SL | Vosol HC | AT | Morton Grove | $ 13.73 | 60432-0740-01 | 010097 | 2539369 |
| HYDROCORTISONE 1% | 30 GM | CR | Hytone | AT | Alpharma | $ 2.36 | 00472-0321-26 | 572411 | 1477710 |
| HYDROCORTISONE 1% | 30 GM | OI | Hytone | | Clay Park Labs | $ 2.99 | 45802-0276-03 | 099163 | 2146777 |
| HYDROCORTISONE 1% | 4 OZ | LT | Hytone | AT | Fougera & Co. | $ 9.00 | 00168-0287-04 | 282501 | 2825016 |
| HYDROCORTISONE 1% | 454 GM | CR | Hytone | AT | Clay Park Labs | $ 24.99 | 45802-0278-05 | 831034 | 2134955 |
| HYDROCORTISONE 2.5% | 20 GM | CR | Hytone | NA | Alpharma | $ 4.70 | 00472-0337-20 | 640972 | 1701408 |

78



CH 055758

Car.Hlth/SLB 0685185            Car.Suf.Co. 0616266



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| HYDROCORTISONE 2.5% | 30 GM | OI | Hytone | AT | Fougera & Co. | $ 8.84 | 00168-0146-30 | 861049 | 1906817 |
| HYDROCORTISONE 2.5% | 30 GM | CR | Hytone | AT | Schein | $ 3.60 | 00364-2446-56 | 855219 | 1911841 |
| HYDROCORTISONE 2.5% | 454 GM | OI | Hytone | AT | Clay Park Labs | $ 58.32 | 45802-0014-05 | 099201 | 2134591 |
| HYDROCORTISONE 2.5% | 480 GM | CR | Hytone | AT | Fougera & Co. | $ 72.00 | 00168-0080-16 | 297909 | 2448702 |
| HYDROCORTISONE 2.5% | 60 ML | LT | Hytone | AT | Glades Pharm | $ 32.35 | 59366-2708-02 | 789631 | 1651181 |
| HYDROCORTISONE ENMA | 7X60 ML | SL | Cortenema | BR | Copley | $ 54.00 | 38245-0168-37 | 351903 | 2466969 |
| HYDROCORTISONE VAL 0.2% | 15 GM | CR | Westcort | AB | Taro | $ 13.80 | 51672-1290-01 | 280223 | 2802239 |
| HYDROCORTISONE VAL 0.2% | 15 GM | OI | Westcort | AB | Taro | $ 13.80 | 51672-1292-01 | 280235 | 2802353 |
| HYDROCORTISONE VAL 0.2% | 45 GM | CR | Westcort | AB | Taro | $ 28.62 | 51672-1290-06 | 280225 | 2802254 |
| HYDROCORTISONE VAL 0.2% | 45 GM | OI | Westcort | AB | Taro | $ 28.62 | 51672-1292-06 | 280237 | 2802379 |
| HYDROCORTISONE VAL 0.2% | 60 GM | CR | Westcort | AB | Taro | $ 34.45 | 51672-1290-03 | 280231 | 2802312 |
| HYDROCORTISONE VAL 0.2% | 60 GM | OI | Westcort | AB | Taro | $ 34.45 | 51672-1292-03 | 280239 | 2802395 |
| HYDROMORPHONE 15GR | 972 MG | PW | Dilaudid | NR | Paddock Labs. | $ 181.53 | 00574-2017-01 | 241466 | 2423093 |
| HYDROMORPHONE 1GM | 1 GM | PW | Hydromorphone HCL | NR | Mallinckrodt | $ 166.25 | 00406-3245-52 | 765210 | 2121259 |
| HYDROMORPHONE 2MG | 100 | TB | Dilaudid | NR | Roxane Labs | $ 37.18 | 00054-4392-25 | 360244 | 1239995 |
| HYDROMORPHONE 3MG | 6 UD | SU | Dilaudid | NR | Paddock Labs. | $ 20.83 | 00574-7224-06 | 240907 | 2423101 |
| HYDROMORPHONE 4MG | 100 | TB | Dilaudid | NR | Roxane Labs | $ 61.31 | 00054-4394-25 | 360295 | 1240001 |
| HYDROQUINONE 4% | 28.4GM | CR | Lustra | NR | Glades Pharm | $ 27.28 | 59366-2788-01 | 286497 | 2864973 |
| HYDROQUINONE 4% | 30 GM | CR | Eldoquin Forte | NR | Glades Pharm | $ 32.01 | 59366-2785-03 | 505811 | 2518165 |
| HYDROQUINONE 4% CR SUNSCREEN | 30 GM | CR | Solaquin Forte | NR | Glades Pharm | $ 32.01 | 59366-2787-03 | 505900 | 2518173 |
| HYDROQUINONE 4% GEL SUNSCREEN | 30 GM | GL | Solaquin Forte Gel | NR | Glades Pharm | $ 32.01 | 59366-2783-03 | 464775 | 2508190 |
| HYDROXYCHLRQNE SULF 200MG | 100 | TB | Plaquenil | AB | Apothecon | $ 74.04 | 62269-0250-24 | 262838 | 2442663 |
| HYDROXYCHLRQNE SULF 200MG | 500 | TB | Plaquenil | AB | Apothecon | $ 376.68 | 62269-0250-29 | 334510 | 2460962 |
| HYDROXYUREA 500MG | 100 | CP | Hydrea | AB | Duramed | $ 127.73 | 51285-0548-02 | 281618 | 2816189 |
| HYDROXYZINE HCL 10MG | 100 | TB | Atarax | AB | Schein | $ 7.20 | 00364-0494-01 | 509000 | 1540376 |
| HYDROXYZINE HCL 10MG | 500 | TB | Atarax | AB | Schein | $ 31.40 | 00364-0494-05 | 509019 | 1540384 |
| HYDROXYZINE HCL 10MG/5ML | 480 ML | SR | Atarax | AA | Morton Grove | $ 12.70 | 60432-0150-16 | 683671 | 1628387 |
| HYDROXYZINE HCL 25MG | 100 | TB | Atarax | AB | Schein | $ 10.50 | 00364-0495-01 | 509027 | 1540392 |
| HYDROXYZINE HCL 25MG | 1000 | TB | Atarax | AB | Schein | $ 87.50 | 00364-0495-02 | 496812 | 1540400 |
| HYDROXYZINE HCL 25MG | 500 | TB | Atarax | AB | Schein | $ 43.00 | 00364-0495-05 | 444081 | 1550300 |
| HYDROXYZINE HCL 50MG | 100 | TB | Atarax | AB | Schein | $ 14.86 | 00364-0496-01 | 509035 | 1550292 |
| HYDROXYZINE HCL 50MG | 500 | TB | Atarax | AB | Schein | $ 58.85 | 00364-0496-05 | 509043 | 1501626 |
| HYDROXYZINE PAM 100MG | 100 | CP | Vistaril | AB | Barr Labs | $ 32.38 | 00555-0324-02 | 116742 | 1598697 |
| HYDROXYZINE PAM 25MG | 100 | CP | Vistaril | AB | Schein | $ 20.60 | 00364-0483-01 | 509086 | 1536044 |
| HYDROXYZINE PAM 25MG | 500 | CP | Vistaril | AB | Schein | $ 92.30 | 00364-0483-05 | 509094 | 1121037 |
| HYDROXYZINE PAM 50MG | 100 | CP | Vistaril | AB | Schein | $ 21.95 | 00364-0484-01 | 509116 | 1536051 |
| HYDROXYZINE PAM 50MG | 500 | CP | Vistaril | AB | Schein | $ 97.00 | 00364-0484-05 | 509124 | 1678705 |
| HYOSCYAMINE SULF 0.125MG | 100 | TB | Levsin | NR | Kremers Urban | $ 15.26 | 62175-0101-01 | 386677 | 2478014 |
| HYOSCYAMINE SULF 0.125MG | 100 | TB | Levsin S L | NR | Kremers Urban | $ 18.76 | 62175-0102-01 | 386693 | 2478022 |
| HYOSCYAMINE SULF 0.125MG | 15 ML | DR | Levsin DR | NR | Kremers Urban | $ 9.70 | 62175-0105-15 | 387142 | 2478048 |
| HYOSCYAMINE SULF 0.125MG | 480 ML | EL | Levsin Elixir | NR | Kremers Urban | $ 20.85 | 62175-0104-16 | 386782 | 2478030 |
| HYOSCYAMINE SULF 0.15MG | 100 | TB | Cystospaz | NR | Expert Medical | $ 21.25 | 55053-0111-01 | 132470 | 2406130 |
| HYOSCYAMINE SULF 0.375MG | 100 | CP | Levsinex | NR | Kremers Urban | $ 47.79 | 62175-0103-01 | 387320 | 2478055 |
| HYOSCYAMINE SULF ER 0.375MG | 100 | TB | Levbid | NR | Duramed | $ 54.28 | 51285-0937-02 | 361437 | 2470474 |
| IBUPROFEN 100MG/5ML | 480 ML | SS | Motrin | AB | Alpharma | $ 20.23 | 00472-1270-16 | 273908 | 2739084 |
| IBUPROFEN 200MG | 100 | TB | Advil | NR | Schein | $ 4.67 | 00364-2145-01 | 634468 | 1540608 |

CH 055759

Car.Hlth/SLB 0685186                    Car.Suf.Co. 0616267