**ANDERSON EXHIBIT 18N**



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| IBUPROFEN 200MG | 250 | TB | Advil | NR | Schein | $ 9.33 | 00364-2145-04 | 497479 | 1598895 |
| IBUPROFEN 200MG | 50 | TB | Advil | NR | Schein | $ 2.92 | 00364-2145-50 | 497460 | 1540632 |
| IBUPROFEN 400MG | 100 | TB | Motrin | AB | Schein | $ 19.50 | 00364-0765-01 | 509140 | 1538214 |
| IBUPROFEN 400MG | 100 UD | TB | Motrin | AB | Schein | $ 22.95 | 00364-0765-90 | 648850 | 1829621 |
| IBUPROFEN 400MG | 500 | TB | Motrin | AB | Schein | $ 80.80 | 00364-0765-05 | 509159 | 1550284 |
| IBUPROFEN 600MG | 100 | TB | Motrin | AB | Schein | $ 27.64 | 00364-0766-01 | 509167 | 1550276 |
| IBUPROFEN 600MG | 100 UD | TB | Motrin | AB | Schein | $ 31.45 | 00364-0766-90 | 648868 | 1829639 |
| IBUPROFEN 600MG | 500 | TB | Motrin | AB | Schein | $ 114.41 | 00364-0766-05 | 509175 | 1550268 |
| IBUPROFEN 800MG | 100 | TB | Motrin | AB | Schein | $ 36.27 | 00364-2137-01 | 496847 | 1550250 |
| IBUPROFEN 800MG | 100 UD | TB | Motrin | AB | Schein | $ 37.05 | 00364-2137-90 | 648876 | 1834209 |
| IBUPROFEN 800MG | 500 | TB | Motrin | AB | Schein | $ 145.10 | 00364-2137-05 | 496855 | 1550243 |
| IMIPRAMINE HCL 10MG | 100 | TB | Tofranil | AB | Geneva | $ 28.37 | 00781-1762-01 | 032115 | 1085059 |
| IMIPRAMINE HCL 25MG | 100 | TB | Tofranil | AB | Geneva | $ 47.40 | 00781-1764-01 | 032166 | 1453661 |
| IMIPRAMINE HCL 25MG | 100 UD | TB | Tofranil | AB | Geneva | $ 87.30 | 00781-1764-13 | 278823 | 1450774 |
| IMIPRAMINE HCL 25MG | 1000 | TB | Tofranil | AB | Geneva | $ 453.90 | 00781-1764-10 | 032174 | 1450451 |
| IMIPRAMINE HCL 50MG | 100 | TB | Tofranil | AB | Geneva | $ 69.00 | 00781-1766-01 | 032182 | 1450782 |
| IMIPRAMINE HCL 50MG | 100 UD | TB | Tofranil | AB | Geneva | $ 129.38 | 00781-1766-13 | 493996 | 1450808 |
| IMIPRAMINE HCL 50MG | 1000 | TB | Tofranil | AB | Geneva | $ 655.50 | 00781-1766-10 | 032190 | 1450790 |
| INDAPAMIDE 1.25MG | 100 | TB | Lozol | AB | Arcola Labs | $ 63.30 | 00070-0777-00 | 352888 | 2467256 |
| INDAPAMIDE 1.25MG | 1000 | TB | Lozol | AB | Arcola Labs | $ 612.69 | 00070-0777-99 | 360988 | 2470417 |
| INDAPAMIDE 2.5MG | 100 | TB | Lozol | AB | Arcola Labs | $ 77.96 | 00070-3000-00 | 853496 | 1760206 |
| INDAPAMIDE 2.5MG | 1000 | TB | Lozol | AB | Arcola Labs | $ 727.61 | 00070-3000-99 | 853500 | 1762624 |
| INDOMETHACIN 25MG | 100 | CP | Indocin | AB | Zenith Goldline | $ 20.06 | 00172-4029-60 | 380881 | 1828185 |
| INDOMETHACIN 25MG | 1000 | CP | Indocin | AB | Zenith Goldline | $ 200.00 | 00172-4029-80 | 732150 | 1828193 |
| INDOMETHACIN 50MG | 100 | CP | Indocin | AB | Zenith Goldline | $ 37.65 | 00172-4030-60 | 380903 | 1828201 |
| INDOMETHACIN 50MG | 500 | CP | Indocin | AB | Zenith Goldline | $ 183.54 | 00172-4030-70 | 558567 | 1828219 |
| INDOMETHACIN SR 75MG | 100 | CP | Indocin SR | AB | Eon Labs | $ 150.48 | 00185-0720-01 | 640654 | 2530780 |
| INDOMETHACIN SR 75MG | 60 | CP | Indocin SR | AB | Eon Labs | $ 90.29 | 00185-0720-60 | 640646 | 1727783 |
| IPRATROPIUM 0.02% INH | 25X2.5ML | SD | Atrovent | AN | Roxane Labs | $ 44.06 | 00054-8402-11 | 365319 | 2471654 |
| IPRATROPIUM 0.02% UD | 30X2.5MLUD | SD | Atrovent | AN | Roxane Labs | $ 52.87 | 00054-8402-13 | 254077 | 2540771 |
| IPRATROPIUM 0.02% UD | 60X2.5MLUD | SL | Atrovent | AN | Roxane Labs | $ 105.74 | 00054-8402-21 | 271797 | 2717973 |
| ISONIAZID 100MG | 100 | TB | Isoniazid | AA | Barr Labs | $ 5.16 | 00555-0066-02 | 235121 | 1757145 |
| ISONIAZID 100MG | 1000 | TB | Isoniazid | AA | Barr Labs | $ 28.73 | 00555-0066-05 | 010618 | 2112514 |
| ISONIAZID 300MG | 100 | TB | Isoniazid | AA | Barr Labs | $ 8.55 | 00555-0071-02 | 010626 | 1757152 |
| ISONIAZID 300MG | 1000 | TB | Isoniazid | AA | Barr Labs | $ 68.65 | 00555-0071-05 | 010634 | 2112506 |
| ISONIAZID 300MG | 30 | TB | Isoniazid | AA | Barr Labs | $ 7.45 | 00555-0071-01 | 428426 | 1603489 |
| ISOSORBIDE DINIT 10MG | 100 | TB | Isordil | AB | Par | $ 7.60 | 49884-0021-01 | 555363 | 2113884 |
| ISOSORBIDE DINIT 10MG | 100 UD | TB | Isordil | AB | Geneva | $ 18.95 | 00781-1556-13 | 353078 | 1424282 |
| ISOSORBIDE DINIT 10MG | 1000 | TB | Isordil | AB | Par | $ 37.24 | 49884-0021-10 | 555371 | 2113926 |
| ISOSORBIDE DINIT 20MG | 100 | TB | Isordil | AB | Par | $ 8.95 | 49884-0022-01 | 555398 | 1399674 |
| ISOSORBIDE DINIT 20MG | 100 UD | TB | Isordil | AB | Geneva | $ 22.45 | 00781-1695-13 | 694630 | 1887660 |
| ISOSORBIDE DINIT 20MG | 1000 | TB | Isordil | AB | Par | $ 43.86 | 49884-0022-10 | 555401 | 1399526 |
| ISOSORBIDE DINIT 30MG | 100 | TB | Isordil | AB | Par | $ 53.15 | 49884-0009-01 | 555428 | 1572825 |
| ISOSORBIDE DINIT 30MG | 1000 | TB | Isordil | AB | Par | $ 478.35 | 49884-0009-10 | 555436 | 1572817 |
| ISOSORBIDE DINIT 40MG | 1000 | TB | Isordil SA | AB | Inwood Labs | $ 135.71 | 00258-3549-10 | 534412 | 1012129 |
| ISOSORBIDE DINIT 5MG | 100 | TB | Isordil | AB | Par | $ 7.25 | 49884-0020-01 | 555347 | 2114403 |



80





| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| ISOSORBIDE DINIT 5MG | 100 UD | TB | Isordil | AB | Geneva | $ 14.95 | 00781-1635-13 | 353094 | 1450972 |
| ISOSORBIDE DINIT 5MG | 1000 | TB | Isordil | AB | Par | $ 35.52 | 49884-0020-10 | 555355 | 2114395 |
| ISOSORBIDE DINIT ER 40MG | 100 | TB | Isordil Tembids | AB | Inwood Labs | $ 56.60 | 00258-3613-01 | 287602 | 2876027 |
| ISOSORBIDE MNIT 10MG | 100 | TB | Monoket | AB | Purepac | $ 65.45 | 00228-2631-11 | 077571 | 2822948 |
| ISOSORBIDE MNIT 20MG | 100 | TB | Ismo | AB | Kremers Urban | $ 62.85 | 62175-0107-01 | 401668 | 2480333 |
| ISOSORBIDE MNIT ER 30MG | 100 | TB | Imdur | NR | Warrick | $ 111.56 | 59930-1502-01 | 283989 | 2839892 |
| ISOSORBIDE MNIT ER 60MG | 100 | TB | Imdur | NR | Warrick | $ 117.40 | 59930-1549-01 | 282263 | 2822633 |
| KETOPROFEN 25MG | 100 | CP | Orudis | AB | ESI Lederle | $ 74.35 | 00005-3284-43 | 836060 | 1699578 |
| KETOPROFEN 50MG | 100 | CP | Orudis | AB | ESI Lederle | $ 91.91 | 00005-3285-43 | 836079 | 1699586 |
| KETOPROFEN 75MG | 100 | CP | Orudis | AB | ESI Lederle | $ 102.21 | 00005-3286-43 | 836087 | 1699594 |
| KETOPROFEN ER 200MG | 100 | CP | Orudis | NR | Schein | $ 249.00 | 00364-2667-01 | 010962 | 2706448 |
| KETOROLAC TROMETHM 10MG | 100 | TB | Toradol | AB | Ethex Corp | $ 113.23 | 58177-0301-04 | 255992 | 2599207 |
| LABETALOL HCL 100MG | 100 | TB | Normodyne | AB | Warrick | $ 48.01 | 59930-1602-01 | 278643 | 2786432 |
| LABETALOL HCL 100MG | 100 UD | TB | Normodyne | AB | Warrick | $ 50.99 | 59930-1602-04 | 278646 | 2786465 |
| LABETALOL HCL 100MG | 1000 | TB | Normodyne | AB | Warrick | $ 421.86 | 59930-1602-03 | 077187 | 2786457 |
| LABETALOL HCL 100MG | 500 | TB | Normodyne | AB | Warrick | $ 227.78 | 59930-1602-02 | 278644 | 2786440 |
| LABETALOL HCL 200MG | 100 | TB | Normodyne | AB | Warrick | $ 68.10 | 59930-1636-01 | 278647 | 2786473 |
| LABETALOL HCL 200MG | 1000 | TB | Normodyne | AB | Warrick | $ 614.41 | 59930-1636-03 | 278649 | 2786499 |
| LABETALOL HCL 200MG | 500 | TB | Normodyne | AB | Warrick | $ 323.53 | 59930-1636-02 | 278648 | 2786481 |
| LABETALOL HCL 300MG | 100 | TB | Normodyne | AB | Warrick | $ 90.61 | 59930-1653-01 | 278651 | 2786515 |
| LABETALOL HCL 300MG | 500 | TB | Normodyne | AB | Warrick | $ 430.23 | 59930-1653-02 | 278652 | 2786523 |
| LACTULOSE 10GM 15ML | 240 ML | SR | Chronulac | AA | Schein | $ 13.50 | 00364-2519-76 | 882275 | 1332584 |
| LACTULOSE 10GM 15ML | 480 ML | SL | Chronulac | AA | Schein | $ 25.75 | 00364-2347-16 | 787973 | 1121052 |
| LACTULOSE 10GM 15ML | 960 ML | SR | Chronulac | AA | Schein | $ 48.90 | 00364-2519-32 | 882283 | 1332634 |
| LEUCOVORIN CALC 25MG | 25 | TB | Wellcovorin | AB | Barr Labs | $ 600.00 | 00555-0485-27 | 541109 | 1503911 |
| LEUCOVORIN CALC 5MG | 100 | TB | Wellcovorin | AB | Barr Labs | $ 235.20 | 00555-0484-02 | 541095 | 1789858 |
| LEUCOVORIN CALC 5MG | 30 | TB | Wellcovorin | AB | Barr Labs | $ 70.81 | 00555-0484-01 | 598844 | 2855815 |
| LEUPROLIDE ACE 1MG/0.2ML | 6X2.8 ML | MD | Lupron | AP | Eon Labs | $ 2,025.00 | 00185-7400-14 | 282629 | 2826295 |
| LEUPROLIDE ACE 1MG/0.2ML KIT | 1 | MD | Lupron | AP | Eon Labs | $ 337.50 | 00185-7400-85 | 282631 | 2826311 |
| LEVOBUNOLOL HCL 0.25% | 10 ML | SL | Betagan | AT | Bausch & Lomb | $ 26.62 | 24208-0545-10 | 893579 | 2115616 |
| LEVOBUNOLOL HCL 0.25% | 5 ML | SL | Betagan | AT | Bausch & Lomb | $ 13.38 | 24208-0545-05 | 893536 | 2115608 |
| LEVOBUNOLOL HCL 0.50% | 10 ML | SL | Betagan | AT | Bausch & Lomb | $ 31.51 | 24208-0505-10 | 893510 | 2115582 |
| LEVOBUNOLOL HCL 0.50% | 15 ML | DR | Betagan | AT | Bausch & Lomb | $ 45.80 | 24208-0505-15 | 898473 | 2115590 |
| LEVOBUNOLOL HCL 0.50% | 5 ML | SL | Betagan | AT | Bausch & Lomb | $ 16.27 | 24208-0505-05 | 893498 | 2115574 |
| LEVORA 0.15/30 | 6X21 | TB | Nordette-21 | AB | Watson | $ 152.07 | 00905-0277-21 | 918130 | 2190775 |
| LEVORA 0.15/30 | 6X28 | TB | Nordette-28 | AB | Watson | $ 152.07 | 00905-0279-28 | 918148 | 2190783 |
| LEVOTABS 0.025MG | 1000 | TB | Synthroid | NR | Pecos | $ 57.00 | 59879-0201-10 | 913537 | 1610211 |
| LEVOTABS 0.05MG | 1000 | TB | Synthroid | NR | Pecos | $ 57.20 | 59879-0202-10 | 913545 | 1610252 |
| LEVOTABS 0.075MG | 1000 | TB | Synthroid | NR | Pecos | $ 57.40 | 59879-0203-10 | 913553 | 1610278 |
| LEVOTABS 0.125MG | 1000 | TB | Synthroid | NR | Pecos | $ 66.60 | 59879-0205-10 | 913561 | 1610336 |
| LEVOTABS 0.15MG | 1000 | TB | Synthroid | NR | Pecos | $ 67.40 | 59879-0206-10 | 848298 | 1742287 |
| LEVOTABS 0.1MG | 1000 | TB | Synthroid | NR | Pecos | $ 57.60 | 59879-0204-10 | 848280 | 1742279 |
| LEVOTABS 0.2MG | 1000 | TB | Synthroid | NR | Pecos | $ 69.20 | 59879-0207-10 | 913570 | 1705276 |
| LIDOCAINE HCL 2% | 100 ML | SL | Xylocaine | AT | Morton Grove | $ 3.95 | 60432-0464-00 | 762911 | 2118180 |
| LIDOCAINE HCL 2% | 30 ML | GL | Xylocaine | AT | Copley | $ 14.20 | 38245-0200-11 | 886688 | 2226637 |
| LIDOCAINE HCL 4% | 50 ML | SL | Xylocaine | AT | Roxane Labs | $ 7.04 | 00054-3505-47 | 386529 | 1060078 |

CH 055761

Car.Hlth/SLB 0685188                    Car.Suf.Co. 0616269



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| LINDANE 1% | 480 ML | SH | Kwell Shampoo | AT | Morton Grove | $ 102.44 | 60432-0547-16 | 762938 | 1896893 |
| LINDANE 1% | 60 ML | SH | Kwell Shampoo | AT | Morton Grove | $ 16.12 | 60432-0547-60 | 836567 | 2117992 |
| LINDANE 1% | 480 ML | LT | Kwell Lotion | AT | Morton Grove | $ 90.36 | 60432-0546-16 | 762920 | 1896901 |
| LINDANE 1% | 60 ML | LT | Kwell Lotion | AT | Morton Grove | $ 15.18 | 60432-0546-60 | 805793 | 2118107 |
| LIPRAM 10000U | 100 | CP | Creon | NR | Global | $ 60.13 | 00115-7003-01 | 276511 | 2765113 |
| LIPRAM 10000U | 250 | CP | Creon | NR | Global | $ 144.28 | 00115-7003-05 | 276512 | 2765121 |
| LITHIUM CARB 300MG | 1000 | TB | Eskalith | AB | Roxane Labs | $ 192.00 | 00054-4527-31 | 217778 | 1268747 |
| LITHIUM CARB 600MG | 100 | CP | Lithane | NR | Roxane Labs | $ 34.92 | 00054-2531-25 | 491780 | 1423730 |
| LITHIUM CIT 8MEQ | 480 ML | SR | Cibalith-S Syrup | AA | Morton Grove | $ 19.29 | 60432-0616-16 | 620548 | 1272566 |
| LOPERAMIDE HCL 2MG | 100 | CP | Imodium | AB | Mylan | $ 64.97 | 00378-2100-01 | 753777 | 1597871 |
| LOPERAMIDE HCL 2MG | 500 | CP | Imodium | AB | Mylan | $ 298.73 | 00378-2100-05 | 753785 | 1597863 |
| LORAZEPAM 0.5MG | 100 | TB | Ativan | AB | Mylan | $ 64.31 | 00378-0321-01 | 683043 | 1813815 |
| LORAZEPAM 0.5MG | 500 | TB | Ativan | AB | Mylan | $ 312.59 | 00378-0321-05 | 641499 | 1225143 |
| LORAZEPAM 1MG | 100 | TB | Ativan | AB | Mylan | $ 83.77 | 00378-0457-01 | 683060 | 1813831 |
| LORAZEPAM 1MG | 1000 | TB | Ativan | AB | Mylan | $ 796.67 | 00378-0457-10 | 641480 | 1224914 |
| LORAZEPAM 1MG | 500 | TB | Ativan | AB | Mylan | $ 405.24 | 00378-0457-05 | 683078 | 1225036 |
| LORAZEPAM 2MG | 100 | TB | Ativan | AB | Mylan | $ 122.11 | 00378-0777-01 | 677655 | 1813823 |
| LORAZEPAM 2MG | 500 | TB | Ativan | AB | Mylan | $ 594.11 | 00378-0777-05 | 641472 | 1224880 |
| LORAZEPAM INT 2MGML | 30 ML | SL | Ativan | NR | Roxane Labs | $ 40.22 | 00054-3532-44 | 755508 | 1100502 |
| LOXAPINE SUCC 10MG | 100 | CP | Loxitane | AB | Watson | $ 108.27 | 52544-0370-01 | 774960 | 1838671 |
| LOXAPINE SUCC 25MG | 100 | CP | Loxitane | AB | Watson | $ 163.60 | 52544-0371-01 | 774979 | 1838663 |
| LOXAPINE SUCC 50MG | 100 | CP | Loxitane | AB | Watson | $ 218.29 | 52544-0372-01 | 774987 | 1838655 |
| LOXAPINE SUCC 5MG | 100 | CP | Loxitane | AB | Watson | $ 83.79 | 52544-0369-01 | 774952 | 1874833 |
| MAG-LACTATE SR 84MG | 100 | TB | Mag Tab SR | NR | Genesis Products | $ 9.95 | 68585-0007-01 | 278498 | 2784981 |
| MAG-OXIDE 400MG | 120 | TB | Mag-Ox 400 | NR | Genesis Products | $ 6.90 | 68585-0006-12 | 257633 | 2576338 |
| MAG 64 TABS | 60 | TB | Slow-Mag | NR | Genesis Products | $ 5.49 | 68585-0005-75 | 956767 | 2276616 |
| MAPROTILINE HCL 25MG | 100 | TB | Ludiomil | AB | Mylan | $ 43.58 | 00378-0060-01 | 672599 | 1762210 |
| MAPROTILINE HCL 50MG | 100 | TB | Ludiomil | AB | Mylan | $ 64.48 | 00378-0087-01 | 672602 | 2762201 |
| MAPROTILINE HCL 75MG | 100 | TB | Ludiomil | AB | Mylan | $ 88.54 | 00378-0092-01 | 683086 | 1846476 |
| MAXIMUM WART REMOVAL STIEFL | 13.5 ML | SL | Occlusal HP | NR | Glades Pharm | $ 5.00 | 59366-2701-05 | 789607 | 1408145 |
| MEBENDAZOLE 100MG | 12 | TB | Vermox | AB | Copley | $ 58.56 | 38245-0107-08 | 108227 | 2397198 |
| MECLIZINE HCL 12.5MG | 100 | TB | Antivert | AA | Par | $ 5.60 | 49884-0034-01 | 555738 | 1572841 |
| MECLIZINE HCL 12.5MG | 1000 | TB | Antivert | AA | Par | $ 54.88 | 49884-0034-10 | 555746 | 1572833 |
| MECLIZINE HCL 25MG | 100 | TB | Antivert | AA | Par | $ 8.80 | 49884-0035-01 | 555754 | 1572858 |
| MECLIZINE HCL 25MG | 1000 | TB | Antivert | AA | Par | $ 86.24 | 49884-0035-10 | 555762 | 1572866 |
| MECLOFENAMATE SOD 100MG | 100 | CP | Meclomen | AB | Schein | $ 34.94 | 00364-2156-01 | 500224 | 1539410 |
| MECLOFENAMATE SOD 100MG | 500 | CP | Meclomen | AB | Schein | $ 230.50 | 00364-2156-05 | 855235 | 2121572 |
| MECLOFENAMATE SOD 50MG | 100 | CP | Meclomen | AB | Schein | $ 39.80 | 00364-2155-01 | 500232 | 1539329 |
| MEDROXYPROGEST ACE 10MG | 100 | TB | Provera | AB | Greenstone | $ 46.75 | 59762-3742-02 | 862606 | 1907757 |
| MEDROXYPROGEST ACE 2.5MG | 100 | TB | Provera | AB | Greenstone | $ 29.83 | 59762-3740-01 | 862584 | 1907773 |
| MEDROXYPROGEST ACE 2.5MG | 1000 | TB | Cycrin | AB | Greenstone | $ 248.30 | 59762-3740-05 | 557323 | 2530921 |
| MEDROXYPROGEST ACE 5MG | 100 | TB | Provera | AB | Greenstone | $ 45.01 | 59762-3741-01 | 862592 | 1907765 |
| MEGESTROL ACE 20MG | 100 | TB | Megace | AB | Barr Labs | $ 67.12 | 00555-0606-02 | 483575 | 2511996 |
| MEGESTROL ACE 40MG | 100 | TB | Megace | AB | Barr Labs | $ 110.21 | 00555-0607-02 | 187623 | 2414449 |
| MEGESTROL ACE 40MG | 250 | TB | Megace | AB | Barr Labs | $ 270.11 | 00555-0607-03 | 284475 | 2445575 |
| MEGESTROL ACE 40MG | 500 | TB | Megace | AB | Barr Labs | $ 529.39 | 00555-0607-04 | 187798 | 2414456 |




CH 055762

Car.Hlth/SLB 0685189   Car.Suf.Co. 0616270



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| MELPAQUE HP 4% | 15 GM | CR | Eldopaque Forte Cream | NR | Stratus | $ 17.60 | 58980-0473-05 | 765155 | 1672765 |
| MELPAQUE HP 4% | 30 GM | CR | Eldopaque Forte Cream | NR | Stratus | $ 29.00 | 58980-0473-10 | 765163 | 1672781 |
| MELQUIN-3 3% TOP | 30 ML | SL | Melanex Top Sol | NR | Stratus | $ 8.70 | 58980-0476-10 | 878022 | 2356632 |
| MELQUIN HP 4% | 15 GM | CR | Eldoquin Forte Cream | NR | Stratus | $ 17.60 | 58980-0472-05 | 765139 | 1672740 |
| MEPERIDINE 100MG | 100 | TB | Demerol | AA | Barr Labs | $ 129.57 | 00555-0382-02 | 303488 | 1469204 |
| MEPERIDINE 50MG | 100 | TB | Demerol | AA | Barr Labs | $ 68.12 | 00555-0381-02 | 303453 | 1055359 |
| MEPERIDINE HCL 25GM | 25 GM | PW | Meperidine HCL | NR | Mallinckrodt | $ 262.81 | 00406-1585-55 | 765228 | 2121267 |
| MEPERIDINE HCL 50MG/5ML | 500 ML | SR | Demerol | AA | Roxane Labs | $ 77.06 | 00054-3545-63 | 347337 | 1044791 |
| MEPERIDINE/PROMETH 25/50MG | 100 | CP | Mepergan Fortis | NR | Ethex Corp | $ 55.55 | 58177-0027-04 | 274414 | 2744142 |
| MEPHOBARBITAL 100MG | 250 | TB | Mebaril | NR | Global | $ 84.47 | 00115-7007-05 | 275665 | 2756658 |
| MEPHOBARBITAL 32MG | 250 | TB | Mebaral | NR | Global | $ 43.15 | 00115-7005-05 | 076870 | 2755650 |
| MEPHOBARBITAL 50MG | 250 | TB | Mebaril | NR | Global | $ 62.01 | 00115-7006-05 | 275569 | 2755692 |
| MEPROBAMATE 200MG | 100 | TB | Miltown | AA | Schein | $ 23.93 | 00364-0160-01 | 517011 | 1539006 |
| MEPROBAMATE 400MG | 100 | TB | Miltown | AA | Schein | $ 31.29 | 00364-0161-01 | 460737 | 1539535 |
| METAPROTERENAL SULF 5% INH | 30 ML | SL | Alupent Inh Sol | AN | Morton Grove | $ 37.70 | 60432-0676-30 | 254674 | 2546745 |
| METAPROTERENOL SULF 0.40% | 25X2.5 ML | SL | Dey Lute | AN | Dey Labs | $ 30.75 | 49502-0678-03 | 606987 | 1280452 |
| METAPROTERENOL SULF 0.60% | 25X2.5 ML | SL | Dey Lute | AN | Dey Labs | $ 30.75 | 49502-0676-03 | 571768 | 1469402 |
| METAPROTERENOL SULF 10MG | 100 | TB | Alupent | AB | Teva | $ 32.82 | 00093-2230-01 | 687936 | 1098813 |
| METAPROTERENOL SULF 20MG | 100 | TB | Alupent | AB | Teva | $ 46.62 | 00093-2232-01 | 687944 | 1098854 |
| METAPROTERENOL SULF 2MG/ML | 480 ML | SR | Alupent | AA | Morton Grove | $ 14.33 | 60432-0650-16 | 762903 | 1804772 |
| METAPROTERENOL SULF 5% | 10 ML | SL | Alupent Inh Sol | AN | Morton Grove | $ 13.70 | 60432-0676-01 | 010164 | 2546737 |
| METHADONE 10MG/ML HCL | 30 ML | CN | Dolophine | AA | Roxane Labs | $ 22.52 | 00054-3553-44 | 620491 | 1591619 |
| METHADONE HCL 2MG/ML | 500 ML | SL | Dolophine HCL | NR | Roxane Labs | $ 53.43 | 00054-3556-63 | 174556 | 1363753 |
| METHADONE HCL 5MG | 100 | TB | Dolophine HCL | AA | Roxane Labs | $ 8.87 | 00054-4570-25 | 217840 | 1380542 |
| METHADONE HCL 5MG/5ML | 500 ML | SL | Methadone HCL | NR | Roxane Labs | $ 30.85 | 00054-3555-63 | 070238 | 1225846 |
| METHADOSE HCL 10MG | 100 | TB | Dolophine | AA | Mallinckrodt | $ 14.10 | 00406-3454-34 | 284513 | 2445542 |
| METHAZOLAMIDE 25MG | 100 | TB | Neptazane | AB | ESI Lederle | $ 43.85 | 00005-3519-23 | 865346 | 1922475 |
| METHAZOLAMIDE 50MG | 100 | TB | Neptazane | AB | ESI Lederle | $ 65.44 | 00005-3520-23 | 865354 | 1922483 |
| METHOCARBAMOL 500MG | 100 | TB | Robaxin | AA | Schein | $ 37.65 | 00364-0346-01 | 517135 | 1539501 |
| METHOCARBAMOL 500MG | 500 | TB | Robaxin | AA | Schein | $ 170.59 | 00364-0346-05 | 517143 | 1538933 |
| METHOCARBAMOL 750MG | 100 | TB | Robaxin | AA | Schein | $ 49.41 | 00364-0347-01 | 517151 | 1539063 |
| METHOCARBAMOL 750MG | 500 | TB | Robaxin | AA | Schein | $ 235.29 | 00364-0347-05 | 444154 | 1539444 |
| METHOCARBAMOL/ASA 400MG | 100 | TB | Robaxisal | AB | Par | $ 27.35 | 49884-0249-01 | 957747 | 1114396 |
| METHOTREXATE 10MG | 4X4 | TB | Rheumatrex | NR | Barr Labs | $ 49.53 | 00555-0572-47 | 936103 | 2242337 |
| METHOTREXATE 12.5MG | 4X5 | TB | Rheumatrex | NR | Barr Labs | $ 61.44 | 00555-0572-48 | 936111 | 2242345 |
| METHOTREXATE 15MG | 4X6 | TB | Rheumatrex | NR | Barr Labs | $ 73.32 | 00555-0572-49 | 936154 | 2242352 |
| METHOTREXATE 2.5MG | 100 | TB | Methotrexate | AB | Barr Labs | $ 362.95 | 00555-0572-02 | 716707 | 1854538 |
| METHOTREXATE 2.5MG | 36 | TB | Methotrexate | AB | Barr Labs | $ 130.05 | 00555-0572-35 | 717100 | 1111962 |
| METHOTREXATE 7.5MG | 4X3 | TB | Rheumatrex | NR | Barr Labs | $ 35.63 | 00555-0572-46 | 936090 | 2242329 |
| METHYCLOTHIAZIDE 5MG | 100 | TB | Enduron | AB | Mylan | $ 49.64 | 00378-0160-01 | 683094 | 1758473 |
| METHYLDOPA 125MG | 100 | TB | Aldomet | AB | Endo Labs | $ 26.72 | 60951-0775-70 | 859877 | 2205557 |
| METHYLDOPA 250MG | 1000 | TB | Aldomet | AB | Zenith Goldline | $ 179.36 | 00172-2931-80 | 423904 | 1798743 |
| METHYLDOPA/HCTZ 250/15 | 100 | TB | Aldoril | AB | Mylan | $ 46.65 | 00378-0507-01 | 433314 | 1762194 |
| METHYLDOPA/HCTZ 250/25 | 100 | TB | Aldoril | AB | Mylan | $ 54.97 | 00378-0711-01 | 433322 | 1762186 |
| METHYLDOPA/HCTZ 250/25 | 1000 | TB | Aldoril | AB | Mylan | $ 534.04 | 00378-0711-10 | 620602 | 1224716 |
| METHYLPHENIDATE 10MG | 100 | TB | Ritalin | AB | Apothecon | $ 26.59 | 59772-8841-01 | 253617 | 2536175 |

CH 055763

Car.Hlth/SLB 0685190  Car.Suf.Co. 0616271



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| METHYLPHENIDATE 10MG | 1000 | TB | Ritalin | AB | Apothecon | $ 259.22 | 59772-8841-03 | 010025 | 2536183 |
| METHYLPHENIDATE 20MG | 100 | TB | Ritalin | AB | Apothecon | $ 38.12 | 59772-8842-01 | 253619 | 2536191 |
| METHYLPHENIDATE 20MG | 1000 | TB | Ritalin | AB | Apothecon | $ 371.63 | 59772-8842-03 | 253620 | 2536209 |
| METHYLPHENIDATE 5MG | 100 | TB | Ritalin | AB | Apothecon | $ 18.58 | 59772-8840-01 | 253615 | 2536159 |
| METHYLPHENIDATE 5MG | 1000 | TB | Ritalin | AB | Apothecon | $ 181.21 | 59772-8840-03 | 253616 | 2536167 |
| METHYLPHENIDATE ER 20MG | 100 | TB | Ritalin | AB | Apothecon | $ 61.37 | 59772-8843-01 | 253621 | 2536217 |
| METHYLPREDNISOLONE 4MG | 100 | TB | Medrol | AB | Greenstone | $ 54.00 | 59762-3327-02 | 949051 | 2277614 |
| METHYLPREDNISOLONE 4MG | 21 | TB | Medrol Dosepak | AB | Greenstone | $ 11.00 | 59762-3327-01 | 949043 | 2277606 |
| METHYLTESTOSTERONE 25MG | 100 | TB | Testero | BP | Global | $ 223.13 | 00115-3986-01 | 076781 | 2747392 |
| METOCLOPRAMIDE HCL 10MG | 100 | TB | Reglan | AB | Sidmak Labs | $ 27.50 | 50111-0430-01 | 673544 | 2862282 |
| METOCLOPRAMIDE HCL 10MG | 1000 | TB | Reglan | AB | Sidmak Labs | $ 215.00 | 50111-0430-03 | 764493 | 1862291 |
| METOCLOPRAMIDE HCL 10MG | 500 | TB | Reglan | AB | Sidmak Labs | $ 130.00 | 50111-0430-02 | 673552 | 1889682 |
| METOCLOPRAMIDE HCL 1MGML | 480 ML | SR | Reglan | NA | Morton Grove | $ 14.76 | 60432-0622-16 | 683701 | 1272905 |
| METOCLOPRAMIDE HCL 5MG | 100 | TB | Reglan | AB | Sidmak Labs | $ 32.00 | 50111-0517-01 | 384577 | 2477511 |
| METOCLOPRAMIDE HCL 5MG | 500 | TB | Reglan | AB | Sidmak Labs | $ 138.00 | 50111-0517-02 | 384607 | 2477529 |
| METOPROLOL TART 100MG | 100 | TB | Lopressor | AB | Mylan | $ 73.99 | 00378-0047-01 | 884278 | 1319615 |
| METOPROLOL TART 100MG | 100 UD | TB | Lopressor | AB | Geneva | $ 80.65 | 00781-1228-13 | 865788 | 1978899 |
| METOPROLOL TART 100MG | 1000 | TB | Lopressor | AB | Mylan | $ 699.99 | 00378-0047-10 | 884383 | 1319581 |
| METOPROLOL TART 50MG | 100 | TB | Lopressor | AB | Mylan | $ 47.91 | 00378-0032-01 | 884260 | 1319839 |
| METOPROLOL TART 50MG | 100 UD | TB | Lopressor | AB | Geneva | $ 55.56 | 00781-1223-13 | 865753 | 1978865 |
| METOPROLOL TART 50MG | 1000 | TB | Lopressor | AB | Mylan | $ 486.50 | 00378-0032-10 | 884375 | 1319672 |
| METRONIDAZOLE 250MG | 100 | TB | Flagyl | AB | Schein | $ 41.25 | 00364-0595-01 | 517453 | 1539097 |
| METRONIDAZOLE 250MG | 100 UD | TB | Flagyl | AB | Schein | $ 75.30 | 00364-0595-90 | 648744 | 1728161 |
| METRONIDAZOLE 250MG | 250 | TB | Flagyl | AB | Schein | $ 83.85 | 00364-0595-04 | 517461 | 1539055 |
| METRONIDAZOLE 500MG | 100 UD | TB | Flagyl | AB | Schein | $ 135.15 | 00364-0687-90 | 648752 | 1728112 |
| METRONIDAZOLE 500MG | 50 | TB | Flagyl | AB | Schein | $ 35.77 | 00364-0687-50 | 517488 | 1539089 |
| MEXILETINE HCL 150MG | 100 | CP | Mexitil | AB | Novopharm | $ 69.24 | 55953-0739-40 | 789305 | 2368124 |
| MEXILETINE HCL 200MG | 100 | CP | Mexitil | AB | Warrick | $ 82.22 | 59930-1686-01 | 241989 | 2422970 |
| MEXILETINE HCL 200MG | 100 | CP | Mexitil | AB | Novopharm | $ 82.22 | 55953-0740-40 | 789313 | 2368132 |
| MEXILETINE HCL 250MG | 100 | CP | Mexitil | AB | Warrick | $ 95.66 | 59930-1687-01 | 242039 | 2422988 |
| MEXILETINE HCL 250MG | 100 | CP | Mexitil | AB | Novopharm | $ 95.66 | 55953-0741-40 | 789321 | 2368140 |
| MICONAZOL 2% 1OZ | 30 GM | CR | Micatin | NR | Fougera & Co. | $ 3.20 | 00168-0142-31 | 765791 | 1834720 |
| MICONAZOLE-3 VAG 200MG | 3 | SU | Monistat 3 | AB | Alpharma | $ 20.89 | 00472-1738-03 | 961620 | 2307437 |
| MINOCYCLINE HCL 100MG | 50 | CP | Minocin | AB | ESI Lederle | $ 77.11 | 59911-5870-01 | 358894 | 2468999 |
| MINOCYCLINE HCL 50MG | 100 | CP | Minocin | AB | ESI Lederle | $ 95.50 | 59911-5869-01 | 359025 | 2469005 |
| MINOXIDIL 10MG | 100 | TB | Loniten | AB | Schein | $ 54.50 | 00364-2173-01 | 600830 | 1539295 |
| MINOXIDIL 2.5MG | 100 | TB | Loniten | AB | Schein | $ 28.88 | 00364-2172-01 | 596493 | 1539485 |
| MINOXIDIL TOP 2% | 2X60 ML | SL | Rogaine | NR | Copley | $ 21.00 | 38245-0639-84 | 416460 | 2483543 |
| MINOXIDIL TOP 2% | 60 ML | SL | Rogaine | NR | Copley | $ 11.99 | 38245-0639-12 | 416428 | 2483550 |
| MORPHINE SULF 100GM | 100 GM | PW | Morphine Sulfate | NR | Mallinckrodt | $ 1,061.00 | 00406-1521-57 | 274598 | 2745982 |
| MORPHINE SULF 10MG/5ML | 100 ML | SL | Morphine | NR | Roxane Labs | $ 9.04 | 00054-3785-49 | 217867 | 1380450 |
| MORPHINE SULF 10MG/5ML | 500 ML | SL | Morphine | NR | Roxane Labs | $ 31.20 | 00054-3785-63 | 070211 | 1338094 |
| MORPHINE SULF 15MG | 100 | TB | Morphine | NR | Roxane Labs | $ 18.32 | 00054-4582-25 | 297402 | 1286673 |
| MORPHINE SULF 15MG/ML | 20 ML | MD | Morphine | NR | | $ 15.90 | 00209-6854-20 | 271202 | 2712024 |
| MORPHINE SULF 20MG/5ML | 100 ML | SL | Morphine | NR | Roxane Labs | $ 12.88 | 00054-3786-49 | 347361 | 1303692 |
| MORPHINE SULF 20MG/5ML | 500 ML | SL | Morphine | NR | Roxane Labs | $ 52.61 | 00054-3786-63 | 241083 | 1266436 |




CH 055764

Car.Hlth/SLB 0685191                    Car.Suf.Co. 0616272