**ANDERSON EXHIBIT 18O**



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| MORPHINE SULF 20MG/ML | 120 ML | SL | MSIR | NR | Ethex Corp | $ 77.96 | 58177-0886-03 | 132144 | 2406098 |
| MORPHINE SULF 20MG/ML | 30 ML | SL | MSIR | NR | Ethex Corp | $ 20.76 | 58177-0886-01 | 132187 | 2406106 |
| MORPHINE SULF 25GM | 25 GM | PW | Morphine Sulfate | NR | Mallinckrodt | $ 265.25 | 00406-1521-55 | 792330 | 1223106 |
| MORPHINE SULF 30MG | 100 | TB | Morphine | NR | Roxane Labs | $ 31.22 | 00054-4583-25 | 297410 | 1286780 |
| MORPHINE SULF 50GM | 50 GM | PW | Morphine Sulfate | NR | Mallinckrodt | $ 530.05 | 00406-1521-56 | 274597 | 2745974 |
| MORPHINE SULF 5GM | 5 GM | PW | Morphine Sulfate | NR | Mallinckrodt | $ 53.05 | 00406-1521-53 | 010099 | 2280444 |
| MORPHINE SULF ER 100MG | 100 | TB | MS Contin | AB | ABG Labs | $ 511.43 | 60999-0903-10 | 283421 | 2834216 |
| MORPHINE SULF ER 15MG | 100 | TB | MS Contin | AB | ABG Labs | $ 90.95 | 60999-0900-10 | 284669 | 2846699 |
| MORPHINE SULF ER 30MG | 100 | TB | MS Contin | AB | ABG Labs | $ 172.86 | 60999-0901-10 | 077803 | 2846707 |
| MORPHINE SULF ER 60MG | 100 | TB | MS Contin | AB | ABG Labs | $ 337.32 | 60999-0902-10 | 284671 | 2846715 |
| MULTIHISTAMINE-D | 100 | CP | Poly-Histine D | NR | Pecos | $ 49.95 | 59879-0117-01 | 956635 | 2292183 |
| MULTIHISTAMINE-D PED | 100 | CP | Poly-Histine D Ped | NR | Pecos | $ 39.95 | 59879-0506-01 | 925586 | 2378438 |
| MULTIVIT/FLUOR 1MG CHEW | 100 | TB | Poly-Vi-Flor | NR | Copley | $ 3.40 | 38245-0166-10 | 106321 | 1804376 |
| MULTIVIT/FLUOR 1MG CHEW | 1000 | TB | Poly-Vi-Flor | NR | Copley | $ 33.01 | 38245-0166-20 | 244694 | 1144658 |
| MULTIVIT/FLUOR/IRON 1MG | 100 | TB | Poly-Vi-Flor FE | NR | Copley | $ 4.00 | 38245-0159-10 | 106348 | 1804368 |
| MYPHETANE DC 480ML | 480 ML | SR | Dimetane DC | AA | Morton Grove | $ 15.00 | 60432-0461-16 | 367400 | 2472926 |
| MYPHETANE DX COUGH | 480 ML | SR | Dimetane DX | AA | Morton Grove | $ 16.00 | 60432-0482-16 | 692697 | 2118214 |
| MYTEX 480ML | 480 ML | SL | Banex | NR | Morton Grove | $ 15.40 | 60432-0051-16 | 352705 | 2465714 |
| MYTUSSIN AC | 120 ML | SR | Robitussin AC | NR | Morton Grove | $ 4.14 | 60432-0045-04 | 073547 | 2390458 |
| MYTUSSIN AC 3840ML | 3840 ML | SR | Robitussin AC | NR | Morton Grove | $ 80.79 | 60432-0045-28 | 073733 | 2390433 |
| MYTUSSIN AC COUGH | 480 ML | SR | Robitussin AC | NR | Morton Grove | $ 12.03 | 60432-0045-16 | 073725 | 2390441 |
| MYTUSSIN DAC 10MG | 480 ML | SR | Robitussin DAC | NR | Morton Grove | $ 18.87 | 60432-0541-16 | 632155 | 2118248 |
| NADOLOL 120MG | 100 | TB | Corgard | AB | Apothecon | $ 137.53 | 59772-2464-01 | 858200 | 1400498 |
| NADOLOL 160MG | 100 | TB | Corgard | AB | Apothecon | $ 135.05 | 59772-2465-01 | 858226 | 1400514 |
| NADOLOL 20MG | 100 | TB | Corgard | AB | Apothecon | $ 47.51 | 59772-2461-01 | 858129 | 1338250 |
| NADOLOL 40MG | 100 | TB | Corgard | AB | Apothecon | $ 31.59 | 59772-2462-01 | 858145 | 1400266 |
| NADOLOL 80MG | 100 | TB | Corgard | AB | Apothecon | $ 88.97 | 59772-2463-01 | 858170 | 2400398 |
| NAFAZAIR 0.10% | 15 ML | DR | Vasocon | AT | Bausch & Lomb | $ 5.65 | 24208-0725-06 | 099937 | 1161645 |
| NALDELATE 480ML | 480 ML | SR | Naldecon | NR | Alpharma | $ 8.20 | 00472-0801-16 | 103586 | 1279710 |
| NALDELATE PED | 120 ML | SR | Naldecon | NR | Alpharma | $ 2.77 | 00472-1007-04 | 606030 | 1625730 |
| NALGEST SR | 100 | TB | Naldecon | NR | Major | $ 13.43 | 00904-1003-60 | 703443 | 2102861 |
| NALSPAN PEDIATRIC | 30 ML | DR | Naldecon Ped Drops | NR | Morton Grove | $ 10.95 | 60432-0011-30 | 433870 | 2487288 |
| NALSPAN PEDIATRIC R | 480 ML | SR | Naldecon Ped Drops | NR | Morton Grove | $ 8.18 | 60432-0012-16 | 434078 | 2487296 |
| NALTREXONE HCL 50MG | 100 | TB | Revia | AB | Barr Labs | $ 427.51 | 00555-0902-02 | 275267 | 2752673 |
| NALTREXONE HCL 50MG | 30 | TB | Revia | AB | Barr Labs | $ 128.25 | 00555-0902-01 | 275266 | 2752665 |
| NAPROXEN 250MG | 100 | TB | Naprosyn | AB | Mylan | $ 73.96 | 00378-0377-01 | 882798 | 1338037 |
| NAPROXEN 250MG | 500 | TB | Naprosyn | AB | Mylan | $ 360.40 | 00378-0377-05 | 882801 | 1338102 |
| NAPROXEN 375MG | 100 | TB | Naprosyn | AB | Mylan | $ 95.05 | 00378-0555-01 | 882810 | 1338326 |
| NAPROXEN 375MG | 500 | TB | Naprosyn | AB | Mylan | $ 461.28 | 00378-0555-05 | 882828 | 1338458 |
| NAPROXEN 500MG | 100 | TB | Naprosyn | AB | Mylan | $ 116.05 | 00378-0451-01 | 882836 | 1338664 |
| NAPROXEN 500MG | 500 | TB | Naprosyn | AB | Mylan | $ 562.99 | 00378-0451-05 | 882844 | 1338797 |
| NAPROXEN SOD 275MG | 100 | TB | Anaprox | AB | Mylan | $ 71.51 | 00378-0537-01 | 939200 | 2269918 |
| NAPROXEN SOD 275MG | 500 | TB | Anaprox | AB | Mylan | $ 357.55 | 00378-0537-05 | 939218 | 2269900 |
| NAPROXEN SOD 550MG | 100 | TB | Anaprox | AB | Mylan | $ 111.34 | 00378-0733-01 | 939226 | 2269892 |
| NAPROXEN SOD 550MG | 500 | TB | Anaprox | AB | Mylan | $ 556.70 | 00378-0733-05 | 939234 | 2269884 |
| NATALCARE | 10X10 UD | CL | Precare | NR | Ethex Corp | $ 22.81 | 58177-0232-11 | 259070 | 2590701 |

85




| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| NATALCARE PIC | 10X10 UD | TB | Niferex PN | NR | Ethex Corp | $ 21.74 | 58177-0257-11 | 259030 | 2590305 |
| NATALCARE PIC FORTE | 10X10 UD | TB | Nifrex PN Forte | NR | Ethex Corp | $ 21.74 | 58177-0258-11 | 259031 | 2590313 |
| NECON 0.5/35 | 6X21 | TB | Ortho Novum 0.5/35 | AB | Watson | $ 167.14 | 52544-0507-21 | 304352 | 2449775 |
| NECON 0.5/35 | 6X28 | TB | Modicon | AB | Watson | $ 167.94 | 52544-0550-28 | 258857 | 2435667 |
| NECON 1/35 | 6X21 | TB | Ortho Novum 1/35 | AB | Watson | $ 153.26 | 52544-0508-21 | 304646 | 2449817 |
| NECON 1/35 | 6X28 | TB | Ortho Novum 1/35 | AB | Watson | $ 153.26 | 52544-0552-28 | 257958 | 2435675 |
| NECON 1/50 | 6X21 | TB | Ortho Novum 1/50 | AB | Watson | $ 153.26 | 52544-0510-21 | 304662 | 2449809 |
| NECON 1/50 | 6X28 | TB | Ortho Novum 1/50 | AB | Watson | $ 153.26 | 52544-0556-28 | 258865 | 2435683 |
| NECON 10/11 | 6X21 | TB | Ortho Novum 10/11 | AB | Watson | $ 167.14 | 52544-0553-21 | 304395 | 2449791 |
| NECON 10/11 | 6X28 | TB | Ortho Novum 10/11 | AB | Watson | $ 167.94 | 52544-0554-28 | 258903 | 2435691 |
| NEOMYCIN SULF 500MG | 100 | TB | Neomycin | AA | Teva | $ 51.69 | 00093-1177-01 | 100390 | 1465509 |
| NEOMYCIN/BAC/POLY/HC | 3.75 GM | OI | Cortisporin | AT | Fougera & Co. | $ 5.71 | 00168-0029-38 | 772445 | 1447705 |
| NEOMYCIN/POLY/BAC/HC | 10 ML | SL | Cortisporin | AT | Bausch & Lomb | $ 28.00 | 24208-0631-10 | 398675 | 2479533 |
| NEOMYCIN/POLY-B/ DEXAMETH | 3.75 GM | OI | Maxitrol | AT | Fougera & Co. | $ 8.15 | 00168-0221-38 | 667137 | 1803147 |
| NEOMYCIN/POLY-B/ DEXAMETH | 5 ML | DR | Maxitrol | AT | Bausch & Lomb | $ 8.00 | 24208-0830-60 | 099902 | 1303890 |
| NEOMYCIN/POLY-B/GRM | 10 ML | DR | Neosporin | AT | Bausch & Lomb | $ 22.68 | 24208-0790-62 | 099953 | 1303981 |
| NIACIN 100MG | 100 | TB | Niacin | NR | Zenith Goldline | $ 2.45 | 00182-0001-01 | 129976 | 1589480 |
| NIACIN 100MG | 1000 | TB | Niacin | NR | Zenith Goldline | $ 14.80 | 00182-0001-10 | 319333 | 1758028 |
| NIACIN 250MG | 100 | TB | Niacin | NR | Zenith Goldline | $ 3.25 | 00182-4404-01 | 742104 | 1383306 |
| NIACIN 500MG | 100 | TB | Niacin | AA | Zenith Goldline | $ 4.69 | 00182-4405-01 | 742112 | 1383322 |
| NIACIN 50MG | 100 | TB | Niacin | NR | Zenith Goldline | $ 2.00 | 00182-0053-01 | 129968 | 1737154 |
| NIACIN TD 250MG | 100 | CP | Nicobid Caps | NR | Zenith Goldline | $ 5.45 | 00182-0811-01 | 319341 | 1758010 |
| NIACIN TD 250MG | 1000 | CP | Nicobid Caps | NR | Zenith Goldline | $ 47.60 | 00182-0811-10 | 319368 | 1142371 |
| NIACIN TD 500MG | 100 | CL | Niacin TR | NR | Zenith Goldline | $ 5.59 | 00182-4417-01 | 606758 | 1589472 |
| NIACIN TD 500MG | 100 | CP | Nicobid Caps | NR | Zenith Goldline | $ 6.70 | 00182-4418-01 | 606774 | 2758001 |
| NIACIN TD 500MG | 1000 | CP | Nicobid Caps | NR | Zenith Goldline | $ 58.00 | 00182-4418-10 | 606782 | 1923416 |
| NICARDIPINE 20MG | 500 | CP | Cardene | AB | Mylan | $ 190.38 | 00378-1020-05 | 438995 | 2487965 |
| NICARDIPINE 20MG | 90 | CP | Cardene | AB | Mylan | $ 35.32 | 00378-1020-77 | 438707 | 2487957 |
| NICARDIPINE 30MG | 500 | CP | Cardene | AB | Mylan | $ 302.64 | 00378-1430-05 | 439150 | 2487981 |
| NICARDIPINE 30MG | 90 | CP | Cardene | AB | Mylan | $ 56.17 | 00378-1430-77 | 439002 | 2487973 |
| NICOTINE TRANSDERM 14MG | 30 | AP | Habitrol | AB | Par | $ 104.13 | 49884-0059-72 | 035079 | 2738565 |
| NICOTINE TRANSDERM 21MG | 30 | AP | Habitrol | AB | Par | $ 109.50 | 49884-0063-72 | 273857 | 2738573 |
| NICOTINE TRANSDERM 7MG | 30 | AP | Habitrol | AB | Par | $ 98.64 | 49884-0058-72 | 273855 | 2738557 |
| NIFEDIPINE 10MG | 100 | CP | Procardia | AB | Schein | $ 45.50 | 00364-2376-01 | 693618 | 1847060 |
| NIFEDIPINE 10MG | 300 | CP | Procardia | AB | Schein | $ 143.88 | 00364-2376-29 | 693626 | 2847077 |
| NIFEDIPINE 20MG | 100 | CP | Procardia | AB | Schein | $ 86.50 | 00364-2377-01 | 693634 | 1847086 |
| NIFEDIPINE 20MG | 300 | CP | Procardia | AB | Schein | $ 245.00 | 00364-2377-29 | 693642 | 1847094 |
| NITROFURANTOIN MACRO 100MG | 100 | CP | Macrodantin | AB | Geneva | $ 113.65 | 00781-2503-01 | 847569 | 2071256 |
| NITROFURANTOIN MACRO 100MG | 100 UD | CP | Macrodantin | AB | Zenith Goldline | $ 115.99 | 00182-1945-89 | 847666 | 1006618 |
| NITROFURANTOIN MACRO 50MG | 100 | CP | Macrodantin | AB | Geneva | $ 66.95 | 00781-2502-01 | 847542 | 2067304 |
| NITROFURANTOIN MACRO 50MG | 100 UD | CP | Macrodantin | AB | Zenith Goldline | $ 71.70 | 00182-1944-89 | 847658 | 1010156 |
| NITROFURANTOIN MACRO 50MG | 1000 | CP | Macrodantin | AB | Geneva | $ 617.00 | 00781-2502-10 | 887170 | 2073476 |
| NITROFURANTOIN MACRO 50MG | 500 | CP | Macrodantin | AB | Geneva | $ 318.60 | 00781-2502-05 | 847550 | 2067312 |
| NITROGLYCERIN 2% | 60 GM | OI | Nitrol Oint. | NR | Fougera & Co. | $ 10.62 | 00168-0038-60 | 028835 | 1294461 |
| NITROGLYCERIN 9MG | 60 | CP | Nitro-Bid | NR | Ethex Corp | $ 14.96 | 58177-0006-03 | 733520 | 1182930 |
| NITROGLYCERIN CR 2.5MG | 100 | CP | Nitro-Bid | NR | Ethex Corp | $ 9.15 | 58177-0004-04 | 733490 | 1182880 |

CH 055766

Car.Hlth/SLB 0685193        Car.Suf.Co. 0616274



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| NITROGLYCERIN CR 2.5MG | 60 | CP | Nitro-Bid | NR | Ethex Corp | $ 5.98 | 58177-0004-03 | 733482 | 1037597 |
| NITROGLYCERIN CR 6.5MG | 100 | CP | Nitro-Bid | NR | Ethex Corp | $ 13.99 | 58177-0005-04 | 733512 | 1182898 |
| NITROGLYCERIN CR 6.5MG | 60 | CP | Nitro-Bid | NR | Ethex Corp | $ 8.02 | 58177-0005-03 | 733504 | 1037506 |
| NITROGLYCERIN SA 9MG | 100 | CP | Nitro-Bid | NR | Ethex Corp | $ 15.03 | 58177-0006-04 | 733539 | 1037464 |
| NITROGLYCERIN TRNSDM 0.1MG | 30 | AP | Transderm Nitro | NA | Mylan | $ 43.33 | 00378-9102-93 | 273731 | 2737310 |
| NITROGLYCERIN TRNSDM 0.2MG | 30 | AP | Transderm Nitro | A2 | Mylan | $ 44.32 | 00378-9104-93 | 462586 | 2507507 |
| NITROGLYCERIN TRNSDM 0.4MG | 30 | AP | Transderm Nitro | A2 | Mylan | $ 50.73 | 00378-9112-93 | 462659 | 2507515 |
| NITROGLYCERIN TRNSDM 0.6MG | 30 | AP | Transderm Nitro | A2 | Mylan | $ 55.86 | 00378-9116-93 | 462683 | 2507523 |
| NITROQUICK 0.3MG | 100 | TB | Nitrostat | NR | Ethex Corp | $ 7.08 | 58177-0323-04 | 282144 | 2821445 |
| NITROQUICK 0.4MG | 100 | TB | Nitrostat | NR | Ethex Corp | $ 7.08 | 58177-0324-04 | 282145 | 2821452 |
| NITROQUICK 0.4MG | 4X25 | TB | Nitrostat | · | Ethex Corp | $ 15.45 | 58177-0324-18 | 282149 | 2821494 |
| NITROQUICK 0.6MG | 100 | TB | Nitrostat | NR | Ethex Corp | $ 7.08 | 58177-0325-04 | 077555 | 2821460 |
| NORTRIPTYLINE HCL 10MG | 100 | CP | Pamelor | AB | Schein | $ 31.64 | 00364-2508-01 | 781355 | 1647031 |
| NORTRIPTYLINE HCL 10MG | 100 UD | CP | Pamelor | AB | Schein | $ 39.50 | 00364-2508-90 | 786667 | 1660067 |
| NORTRIPTYLINE HCL 25MG | 100 | CP | Pamelor | AB | Schein | $ 64.59 | 00364-2509-01 | 781363 | 1647023 |
| NORTRIPTYLINE HCL 25MG | 100 UD | CP | Pamelor | AB | Schein | $ 80.45 | 00364-2509-90 | 786675 | 1660083 |
| NORTRIPTYLINE HCL 25MG | 500 | CP | Pamelor | AB | Schein | $ 314.87 | 00364-2509-05 | 781371 | 1647015 |
| NORTRIPTYLINE HCL 50MG | 100 | CP | Pamelor | AB | Schein | $ 120.91 | 00364-2510-01 | 781380 | 2647006 |
| NORTRIPTYLINE HCL 50MG | 100 UD | CP | Pamelor | AB | Schein | $ 152.95 | 00364-2510-90 | 786683 | 1660091 |
| NORTRIPTYLINE HCL 75MG | 100 | CP | Pamelor | AB | Schein | $ 18.24 | 00364-2511-01 | 781398 | 1646991 |
| NORTRIPTYLINE HCL 75MG | 100 UD | CP | Pamelor | AB | Schein | $ 221.36 | 00364-2511-90 | 786691 | 1660075 |
| NUCOTUSS 20MG | 480 ML | SR | Nucofed Expectorant | NR | Alpharma | $ 26.95 | 00472-1245-16 | 781665 | 1889492 |
| NUQUIN HP 4% | 15 GM | CR | Solaquin Forte Cr | NR | Stratus | $ 17.00 | 58980-0574-05 | 765082 | 1672674 |
| NUQUIN HP 4% | 60 GM | CR | Solaquin Forte Cr | NR | Stratus | $ 39.95 | 58980-0574-20 | 765104 | 1672690 |
| NYSTATIN 100 MU | 15 GM | OI | Mycostatin | NA | Alpharma | $ 1.92 | 23317-0166-15 | 572314 | 1477637 |
| NYSTATIN 100 MU | 15 GM | CR | Mycostatin | AT | Taro | $ 2.10 | 51672-1289-01 | 838969 | 2127090 |
| NYSTATIN 100 MU | 30 GM | OI | Mycostatin | NA | Alpharma | $ 3.28 | 23317-0166-30 | 572322 | 1477645 |
| NYSTATIN 100 MU | 30 GM | CR | Mycostatin | AT | Taro | $ 3.20 | 51672-1289-02 | 838977 | 2127108 |
| NYSTATIN 500 MU | 100 | TB | Mycostatin | AA | Teva | $ 58.06 | 00093-0983-01 | 258369 | 1086909 |
| NYSTATIN OR 100 MU | 480 ML | SS | Mycostatin | AA | Schein | $ 81.59 | 00364-2075-16 | 655198 | 1753953 |
| NYSTATIN OR 100 MU | 60 ML | SS | Mycostatin | AA | Schein | $ 16.40 | 00364-2075-58 | 517836 | 1549864 |
| NYSTATIN VAG 100 MU | 15 | TB | Mycostatin | AT | Sidmak Labs | $ 29.95 | 50111-0375-09 | 673617 | 1851328 |
| NYSTATIN VAG 100 MU | 30 | TB | Mycostatin | AT | Sidmak Labs | $ 39.95 | 50111-0375-10 | 673625 | 1851310 |
| NYSTATIN/TRIAMCIN | 15 GM | CR | Mycolog II Cream | AT | Taro | $ 2.40 | 51672-1263-01 | 730971 | 1409606 |
| NYSTATIN/TRIAMCIN | 15 GM | OI | Mycolog II Ointment | AT | Taro | $ 2.40 | 51672-1272-01 | 860581 | 2232205 |
| NYSTATIN/TRIAMCIN | 30 GM | CR | Mycolog II Cream | AT | Taro | $ 4.75 | 51672-1263-02 | 730980 | 1409598 |
| NYSTATIN/TRIAMCIN | 30 GM | OI | Mycolog II Ointment | AT | Taro | $ 4.75 | 51672-1272-02 | 010862 | 2613354 |
| NYSTATIN/TRIAMCIN | 60 GM | CR | Mycolog II Cream | AT | Taro | $ 7.50 | 51672-1263-03 | 730998 | 1409564 |
| NYSTATIN/TRIAMCIN | 60 GM | OI | Mycolog II Ointment | AT | Taro | $ 7.50 | 51672-1272-03 | 860590 | 2232197 |
| OCTICAIR OTIC | 10 ML | SS | Cortisporin | AT | Bausch & Lomb | $ 28.00 | 24208-0635-62 | 099996 | 1303957 |
| ORPHENADR/ASA/Caff 25/385/30 | 100 | TB | Norgesic | AB | Apothecon | $ 73.59 | 62269-0265-24 | 547875 | 2528347 |
| ORPHENADR/ASA/Caff 50/770/60 | 100 | TB | Norgesic Forte | AB | Apothecon | $ 110.39 | 62269-0266-24 | 547921 | 2528362 |
| ORPHENADRINE CIT 100MG | 100 | TB | Norflex | NR | Mylan | $ 171.80 | 00378-3358-01 | 277507 | 2775070 |
| ORPHENADRINE CIT 100MG | 500 | TB | Norflex | NR | Mylan | $ 815.90 | 00378-3358-05 | 277508 | 2775088 |
| OXACILLIN SOD 250MG | 100 | CP | Bactocill | AB | Teva | $ 28.40 | 00093-3115-01 | 100404 | 1572718 |
| OXAZEPAM 10MG | 100 | CP | Serax | AB | Purepac | $ 75.33 | 00228-2067-10 | 594318 | 1494673 |

CH 055767

Car.Hlth/SLB 0685194                    Car.Suf.Co. 0616275



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| OXAZEPAM 15MG | 100 | CP | Serax | AB | Purepac | $ 94.72 | 00228-2069-10 | 594334 | 1494681 |
| OXAZEPAM 15MG | 500 | CP | Serax | AB | Purepac | $ 451.83 | 00228-2069-50 | 594342 | 1850668 |
| OXAZEPAM 30MG | 100 | CP | Serax | AB | Purepac | $ 137.00 | 00228-2073-10 | 594350 | 1494699 |
| OXYBUTYNIN CL 5MG | 100 | TB | Ditropan | AB | Sidmak Labs | $ 38.59 | 50111-0456-01 | 673633 | 1757392 |
| OXYBUTYNIN CL 5MG | 1000 | TB | Ditropan | AB | Sidmak Labs | $ 335.00 | 50111-0456-03 | 181820 | 1042530 |
| OXYBUTYNIN CL 5MG | 500 | TB | Ditropan | AB | Sidmak Labs | $ 170.00 | 50111-0456-02 | 791296 | 1931898 |
| OXYBUTYNIN CL 5MG/5ML | 480 ML | SR | Ditropan | AA | Cypress | $ 39.99 | 60258-0071-16 | 540412 | 2526358 |
| OXYCODONE HCL 5GM | 5 GM | PW | Oxycodone | NR | Mallinckrodt | $ 268.20 | 00406-8865-53 | 278318 | 2783181 |
| OXYCODONE HCL 5MG | 100 | CP | Oxyir | NR | Ethex Corp | $ 24.44 | 58177-0041-04 | 282185 | 2821858 |
| OXYCODONE/APAP 5/500 | 100 | CP | Tylox | AA | Duramed | $ 49.50 | 51285-0644-02 | 941174 | 2259133 |
| PANCRELIPASE 16000U | 100 | CP | Pancrease MT-16 | NR | Pecos | $ 89.95 | 59879-0122-01 | 936081 | 2242667 |
| PANCRELIPASE 4500U | 100 | CP | Pancrease | NR | Global | $ 36.99 | 00115-7004-01 | 261310 | 2613107 |
| PANCRELIPASE 4500UN | 250 | CP | Pancrease | NR | Global | $ 87.87 | 00115-7004-05 | 261309 | 2613099 |
| PANCRELIPASE 8000U | 100 | TB | Viokase | | Global | $ 28.02 | 00115-7029-01 | 287420 | 2874204 |
| PANCRON 20 | 100 | CP | Creon 20 | NR | Pecos | $ 79.95 | 59879-0126-01 | 257945 | 2579456 |
| PAPAVERINE HCL 150MG | 1000 | CP | Pavabid | NR | Eon Labs | $ 80.08 | 00185-5156-10 | 434744 | 2487346 |
| PAPAVERINE HCL SA 150MG | 100 | CP | Pavabid | NR | Eon Labs | $ 10.32 | 00185-5156-01 | 924814 | 2212538 |
| PAREGORIC 480ML | 480 ML | EL | Paregoric | NR | Morton Grove | $ 11.75 | 60432-0457-16 | 805815 | 2118099 |
| PEG 3350 4000ML | 4000 ML | SL | Colyte | AA | Kremers Urban | $ 13.25 | 62175-0446-01 | 841730 | 1258003 |
| PENTAZ/NALX HCL 50/0.5GM | 100 | TB | Talwin NX | AB | Watson | $ 93.23 | 52544-0395-01 | 257085 | 2570851 |
| PENTOXIFYLLINE ER 400MG | 100 | TB | Trental | AB | Mylan | $ 55.45 | 00378-0357-01 | 258131 | 2581312 |
| PENTOXIFYLLINE ER 400MG | 1000 | TB | Trental | AB | Purepac | $ 564.21 | 00228-2611-96 | 258801 | 2588010 |
| PENTOXIFYLLINE ER 400MG | 500 | TB | Trental | AB | Purepac | $ 282.10 | 00228-2611-50 | 258800 | 2588002 |
| PERPHENAZINE 16MG | 100 | TB | Trilafon | AB | Warrick | $ 108.00 | 59930-1610-01 | 101060 | 2296952 |
| PERPHENAZINE 16MG | 100 UD | TB | Trilafon | AB | Geneva | $ 114.10 | 00781-1049-13 | 842508 | 1040278 |
| PERPHENAZINE 2MG | 100 | TB | Trilafon | AB | Warrick | $ 46.00 | 59930-1600-01 | 101079 | 2296986 |
| PERPHENAZINE 2MG | 100 UD | TB | Trilafon | AB | Geneva | $ 53.89 | 00781-1046-13 | 842478 | 1707603 |
| PERPHENAZINE 4MG | 100 | TB | Trilafon | AB | Warrick | $ 65.00 | 59930-1603-01 | 035963 | 2296978 |
| PERPHENAZINE 4MG | 100 UD | TB | Trilafon | AB | Geneva | $ 74.65 | 00781-1047-13 | 842486 | 1039478 |
| PERPHENAZINE 8MG | 100 | TB | Trilafon | AB | Warrick | $ 78.00 | 59930-1605-01 | 036226 | 2296960 |
| PERPHENAZINE 8MG | 100 UD | TB | Trilafon | AB | Geneva | $ 98.00 | 00781-1048-13 | 842494 | 1039544 |
| PERPHENAZINE/AMITRIP 2/10 | 100 | TB | Triavil | AB | Mylan | $ 24.95 | 00378-0330-01 | 683132 | 1762178 |
| PERPHENAZINE/AMITRIP 2/10 | 500 | TB | Triavil | AB | Mylan | $ 117.35 | 00378-0330-05 | 635286 | 1229780 |
| PERPHENAZINE/AMITRIP 2/25 | 100 | TB | Triavil | AB | Mylan | $ 28.95 | 00378-0442-01 | 683140 | 1762160 |
| PERPHENAZINE/AMITRIP 2/25 | 500 | TB | Triavil | AB | Mylan | $ 131.29 | 00378-0442-05 | 635294 | 1229749 |
| PERPHENAZINE/AMITRIP 4/10 | 100 | TB | Triavil | AB | Mylan | $ 28.50 | 00378-0042-01 | 683345 | 1229731 |
| PERPHENAZINE/AMITRIP 4/25 | 100 | TB | Triavil | AB | Mylan | $ 31.30 | 00378-0574-01 | 683353 | 1762152 |
| PERPHENAZINE/AMITRIP 4/25 | 500 | TB | Triavil | AB | Mylan | $ 143.05 | 00378-0574-05 | 635316 | 1229699 |
| PERPHENAZINE/AMITRIP 4/50 | 100 | TB | Triavil | AB | Mylan | $ 43.28 | 00378-0073-01 | 683361 | 1229681 |
| PHENAZOPYRIDINE HCL 100MG | 100 | TB | Pyridium | NR | Schein | $ 28.99 | 00364-0286-01 | 440523 | 1805001 |
| PHENAZOPYRIDINE HCL 200MG | 100 | TB | Pyridium | NR | Schein | $ 59.00 | 00364-0321-01 | 440531 | 1805019 |
| PHENDIMTRZN TART 35MG | 100 | TB | Plegine | AA | Eon Labs | $ 11.94 | 00185-4057-01 | 957356 | 2296150 |
| PHENOBARBITAL 15MG | 1000 | TB | Phenobarbital | NR | Purepac | $ 9.80 | 00228-2026-96 | 176753 | 1075316 |
| PHENOBARBITAL 20MG | 480 ML | EL | Phenobarbital | NR | Morton Grove | $ 8.42 | 60432-0026-16 | 769690 | 1628395 |
| PHENOBARBITAL 30MG | 1000 | TB | Phenobarbital | NR | Purepac | $ 13.75 | 00228-2028-96 | 251607 | 1075340 |
| PHENTERMINE HCL 15MG | 100 | CP | Phentermine HCL | AA | Eon Labs | $ 17.03 | 00185-0644-01 | 957372 | 2296176 |

CH 055768

Car.Hlth/SLB 0685195        Car.Suf.Co. 0616276



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| PHENTERMINE HCL 15MG | 1000 | CP | Phentermine HCL | AA | Eon Labs | $ 144.58 | 00185-0644-10 | 957380 | 2296184 |
| PHENTERMINE HCL 30MG | 100 | CP | Fastin | AA | Eon Labs | $ 19.25 | 00185-5000-01 | 640417 | 2135887 |
| PHENTERMINE HCL 30MG | 1000 | CP | Fastin | AA | Eon Labs | $ 169.47 | 00185-5000-10 | 010170 | 2381267 |
| PHENTERMINE HCL 37.5MG | 100 | TB | Adipex P | AA | Purepac | $ 105.70 | 00228-3016-11 | 284039 | 2840395 |
| PHENTERMINE HCL 37.5MG | 1000 | TB | Adipex P | AA | Purepac | $ 865.03 | 00228-3016-96 | 077752 | 2840411 |
| PHENYLEPHRINE HCL 2.5% | 15 ML | DR | Neo-Synephrin | NR | Bausch & Lomb | $ 4.90 | 24208-0740-06 | 388661 | 1162171 |
| PHENYLPHRINE HCL 1% | 480 ML | SL | Neo Synephrine | NR | Alpharma | $ 10.93 | 00472-1014-16 | 600210 | 1515543 |
| PHENYTOIN 125MG/5ML | 240 ML | SS | Dilantin | AB | Alpharma | $ 29.98 | 00472-0067-08 | 475491 | 2510014 |
| PHENYTOIN EXTENDED 100MG | 100 | CP | Dilantin | AB | Mylan | $ 24.06 | 00378-1560-01 | 283788 | 2837888 |
| PHENYTOIN EXTENDED 100MG | 1000 | CP | Dilantin | AB | Mylan | $ 233.67 | 00378-1560-10 | 077727 | 2837896 |
| PHYSOSTIGMINE 0.25% OPHT | 3.75 GM | OI | Physostigmine | NR | Fougera & Co. | $ 6.98 | 00168-0068-38 | 772453 | 1668011 |
| PILOSTAT 0.5% | 15 ML | DR | Isopto-Carpine | NR | Bausch & Lomb | $ 4.76 | 24208-0806-15 | 152994 | 1554294 |
| PILOSTAT 1% | 15 ML | DR | Isopto-Carpine | NR | Bausch & Lomb | $ 7.95 | 24208-0676-15 | 152102 | 1304005 |
| PILOSTAT 1% | 2X15 ML | DR | Isopto-Carpine | NR | Bausch & Lomb | $ 8.76 | 24208-0676-30 | 613177 | 1583475 |
| PILOSTAT 2% | 15 ML | DR | Isopto-Carpine | NR | Bausch & Lomb | $ 10.03 | 24208-0681-15 | 152110 | 1304039 |
| PILOSTAT 2% | 2X15 ML | DR | Isopto-Carpine | NR | Bausch & Lomb | $ 12.76 | 24208-0681-30 | 613169 | 1583491 |
| PILOSTAT 3% | 15 ML | DR | Isopto-Carpine | NR | Bausch & Lomb | $ 7.72 | 24208-0811-15 | 152129 | 1554286 |
| PILOSTAT 4% | 15 ML | DR | Isopto-Carpine | NR | Bausch & Lomb | $ 8.22 | 24208-0686-15 | 152137 | 1304062 |
| PILOSTAT 4% | 2X15 ML | DR | Isopto-Carpine | NR | Bausch & Lomb | $ 13.50 | 24208-0686-30 | 613150 | 1583517 |
| PILOSTAT 6% | 15 ML | DR | Isopto-Carpine | NR | Bausch & Lomb | $ 12.10 | 24208-0821-15 | 365602 | 1304112 |
| PINDOLOL 10MG | 100 | TB | Visken | AB | Mylan | $ 93.52 | 00378-0127-01 | 795640 | 1688399 |
| PINDOLOL 5MG | 100 | TB | Visken | AB | Mylan | $ 69.30 | 00378-0052-01 | 795631 | 1688407 |
| PIROXICAM 10MG | 100 | CP | Feldene | AB | Mylan | $ 131.20 | 00378-1010-01 | 791903 | 1684638 |
| PIROXICAM 20MG | 100 | CP | Feldene | AB | Mylan | $ 231.35 | 00378-2020-01 | 791911 | 1684620 |
| PIROXICAM 20MG | 500 | CP | Feldene | AB | Mylan | $ 1,077.69 | 00378-2020-05 | 791920 | 1684612 |
| POLY-VIT/FL/IRON 0.25MGML | 50 ML | DR | Poly Vi Flor Iron | NR | Hi-Tech | $ 6.00 | 50383-0634-50 | 880043 | 2111565 |
| POLY-VIT/FL/IRON 0.5MGML | 50 ML | DR | Poly Vi Flor Iron | NR | Hi-Tech | $ 6.00 | 50383-0633-50 | 897809 | 2575413 |
| POLYSACCHARIDE IRON 150MG | 100 | CP | Niferex-150 | NR | Pecos | $ 21.88 | 59879-0105-01 | 118303 | 2402766 |
| POLYVIT/FLUOR 0.25MG | 50 ML | DR | Poly-Vi-Flor | NR | Schein | $ 5.04 | 00364-0781-57 | 444650 | 1546548 |
| POLYVITAMIN 50CC | 50 ML | DR | Vi Daylin DR | NR | Schein | $ 3.75 | 00364-7037-57 | 439754 | 1540582 |
| POLYVITAMIN/IRON 50CC | 50 ML | DR | Poly-Vi-Sol/FE | NR | Schein | $ 4.23 | 00364-7304-57 | 444642 | 1540574 |
| POTASSIUM GLUC 20MCG/15ML | 473 ML | EL | Kaon Elixir | NR | Cypress | $ 18.99 | 60258-0021-16 | 276242 | 2762425 |
| POTASSIUM BICARB EFF 25MEQ | 30 | TB | K-Lyte(Orange) | NR | Schein | $ 8.35 | 00364-0635-30 | 534455 | 1546399 |
| POTASSIUM CL 10% | 480 ML | SL | Kay-Ciel | NR | Morton Grove | $ 4.64 | 60432-0095-16 | 836672 | 2117950 |
| POTASSIUM CL 10MEQ | 100 | TB | Klotrix | BC | Apothecon | $ 16.32 | 59772-6910-01 | 334634 | 2461044 |
| POTASSIUM CL 10MEQ | 1000 | TB | Klotrix | BC | Apothecon | $ 180.42 | 59772-6910-02 | 331945 | 2458008 |
| POTASSIUM CL 10MEQ | 1000 | CP | Micro-K 10 | AB | Ethex Corp | $ 176.47 | 58177-0001-09 | 135593 | 2407096 |
| POTASSIUM CL 20% RED | 480 ML | SL | Kaon CL | NR | Morton Grove | $ 5.96 | 60432-0005-16 | 763047 | 2118131 |
| POTASSIUM CL 20MEQ | 30 | PK | K-Lor | NR | Schein | $ 6.15 | 00364-7378-30 | 518816 | 1546480 |
| POTASSIUM CL ER 10MEQ | 100 | CP | Micro-K 10 | AB | Ethex Corp | $ 20.09 | 58177-0001-04 | 674117 | 1855659 |
| POTASSIUM CL ER 10MEQ | 100 UD | CP | Slow-K | AB | Ethex Corp | $ 20.15 | 58177-0001-11 | 217409 | 2420750 |
| POTASSIUM CL ER 10MEQ | 500 | CP | Micro-K 10 | AB | Ethex Corp | $ 92.88 | 58177-0001-08 | 674125 | 1855642 |
| POTASSIUM CL ER 8MEQ | 100 | TB | Slow-K | AB | Copley | $ 15.71 | 38245-0225-10 | 692379 | 1718808 |
| POTASSIUM CL ER 8MEQ | 1000 | TB | Slow-K | AB | Copley | $ 151.38 | 38245-0225-20 | 747912 | 1804350 |
| POTASSIUM CL SF 10% | 3840 ML | SL | Kay-Ciel | NR | Alpharma | $ 19.15 | 00472-1000-28 | 103683 | 1188028 |
| POTASSIUM HCL 500MG | 100 | TB | Potaba | NR | Global | $ 30.20 | 00115-7011-01 | 284485 | 2844850 |

CH 055769

Car.Hlth/SLB 0685196          Car.Suf.Co. 0616277