# ANDERSON EXHIBIT 18P



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| POTASSIUM HCL 500MG | 1000 | TB | Potaba | NR | Global | $ 252.52 | 00115-7011-03 | 284486 | 2844868 |
| POVIDONE IODINE 10% | 30 GM | OI | Betadine | NR | Clay Park Labs | $ 1.43 | 45802-0051-03 | 184462 | 2146918 |
| PRAZOSIN HCL 1MG | 100 | CP | Minipress | AB | Mylan | $ 26.90 | 00378-1101-01 | 683370 | 1813765 |
| PRAZOSIN HCL 1MG | 250 | CP | Minipress | AB | Mylan | $ 63.60 | 00378-1101-25 | 683388 | 1229384 |
| PRAZOSIN HCL 2MG | 100 | CP | Minipress | AB | Mylan | $ 35.10 | 00378-2302-01 | 683396 | 1813757 |
| PRAZOSIN HCL 2MG | 250 | CP | Minipress | AB | Mylan | $ 85.60 | 00378-2302-25 | 683400 | 1229616 |
| PRAZOSIN HCL 5MG | 100 | CP | Minipress | AB | Mylan | $ 60.25 | 00378-3205-01 | 683434 | 1813740 |
| PRAZOSIN HCL 5MG | 250 | CP | Minipress | AB | Mylan | $ 142.50 | 00378-3205-25 | 683418 | 1229418 |
| PREDNISOLONE 15MG/5ML | 240 ML | SR | Prelone | AA | W.E. Pharm | $ 67.39 | 59196-0010-24 | 275457 | 2754570 |
| PREDNISOLONE 15MG/5ML | 480 ML | SR | Prelone | AA | W.E. Pharm | $ 107.83 | 59196-0010-48 | 275438 | 2754380 |
| PREDNISOLONE 5MG | 1000 | TB | Prednisolone | BX | Schein | $ 25.84 | 00364-0217-02 | 365874 | 1546209 |
| PREDNISOLONE ACE 1% | 10 ML | DR | Pred Forte | AB | Pacific Pharma | $ 23.10 | 60758-0119-10 | 260949 | 2609493 |
| PREDNISOLONE ACE 1% | 15 ML | DR | Pred Forte | AB | Pacific Pharma | $ 34.06 | 60758-0119-15 | 260951 | 2609519 |
| PREDNISOLONE ACE 1% | 5 ML | DR | Pred Forte | AB | Pacific Pharma | $ 12.60 | 60758-0119-05 | 260948 | 2609485 |
| PREDNISOLONE SOD PHOS 1% | 10 ML | DR | Inflamase Forte | AT | Bausch & Lomb | $ 20.09 | 24208-0715-10 | 609650 | 2369130 |
| PREDNISOLONE SOD PHOS 1% | 15 ML | DR | Inflamase Forte | AT | Bausch & Lomb | $ 27.63 | 24208-0715-06 | 388580 | 1161546 |
| PREDNISOLONE SOD PHOS 1% | 5 ML | DR | Inflamase Forte | AT | Bausch & Lomb | $ 13.65 | 24208-0715-02 | 363421 | 1161488 |
| PREDNISONE 10MG | 100 | TB | Deltasone | AB | Schein | $ 7.04 | 00364-0461-01 | 518956 | 1546183 |
| PREDNISONE 10MG | 100 UD | TB | Deltasone | AB | Schein | $ 12.85 | 00364-0461-90 | 716758 | 1860915 |
| PREDNISONE 10MG | 1000 | TB | Deltasone | AB | Schein | $ 66.67 | 00364-0461-02 | 855251 | 1258532 |
| PREDNISONE 10MG | 500 | TB | Deltasone | AB | Schein | $ 35.99 | 00364-0461-05 | 518964 | 1546191 |
| PREDNISONE 20MG | 100 | TB | Deltasone | AB | Schein | $ 14.24 | 00364-0442-01 | 518972 | 1546175 |
| PREDNISONE 20MG | 100 UD | TB | Deltasone | AB | Schein | $ 18.05 | 00364-0442-90 | 716766 | 1860923 |
| PREDNISONE 20MG | 1000 | TB | Deltasone | AB | Schein | $ 99.75 | 00364-0442-02 | 855260 | 1258540 |
| PREDNISONE 20MG | 500 | TB | Deltasone | AB | Schein | $ 60.28 | 00364-0442-05 | 518980 | 1546167 |
| PREDNISONE 5MG | 100 | TB | Deltasone | AB | Schein | $ 6.52 | 00364-0218-01 | 518913 | 1546142 |
| PREDNISONE 5MG | 100 UD | TB | Deltasone | AB | Schein | $ 8.25 | 00364-0218-90 | 518948 | 1860907 |
| PREDNISONE 5MG | 1000 | TB | Deltasone | AB | Schein | $ 29.97 | 00364-0218-02 | 518921 | 1546159 |
| PRENATAL MR 90 FE SA | 10X10 UD | TB | Prenate | NR | Ethex Corp | $ 21.30 | 58177-0212-11 | 259067 | 2590677 |
| PRENATAL MTR 100 W/SELENIUM | 100 | TB | Materne Selenium | NR | Ethex Corp | $ 23.56 | 58177-0316-04 | 277901 | 2779015 |
| PRENATAL PLUS | 100 | TB | Stuartnatal Plus | NR | Copley | $ 21.30 | 38245-0111-10 | 273594 | 2735942 |
| PRENATAL PLUS | 500 | TB | Stuartnatal Plus | NR | Copley | $ 106.50 | 38245-0111-50 | 273595 | 2735959 |
| PRENATAL RX | 10X10 UD | TB | Natalins | NR | Ethex Corp | $ 17.16 | 58177-0216-11 | 259069 | 2590693 |
| PRENATAL RX W/BETA | 200 | TB | Enfamil Natalins Rx | NR | Copley | $ 13.50 | 38245-0165-24 | 273565 | 2735652 |
| PRENATAL RX W/BETA | 500 | TB | Enfamil Natalins Rx | NR | Copley | $ 33.75 | 38245-0165-50 | 273566 | 2735660 |
| PRENATAL Z ADV FORMULA | 10X10 UD | TB | Adv Frm Zenate | NR | Ethex Corp | $ 23.48 | 58177-0275-11 | 259068 | 2590685 |
| PRIMIDONE 250MG | 100 | TB | Mysoline | AB | Schein | $ 51.87 | 00364-0366-01 | 519006 | 1546076 |
| PRIMIDONE 250MG | 1000 | TB | Mysoline | AB | Schein | $ 500.38 | 00364-0366-02 | 519014 | 1546084 |
| PRINCIPEN 125MG/5ML | 100 ML | SS | Ampicillin | AB | Apothecon | $ 2.34 | 00003-0969-09 | 084131 | 1020304 |
| PRINCIPEN 125MG/5ML | 200 ML | SS | Ampicillin | AB | Apothecon | $ 4.07 | 00003-0969-61 | 084158 | 1302488 |
| PRINCIPEN 250MG | 100 | CP | Ampicillin | AB | Apothecon | $ 12.79 | 00003-0122-50 | 084069 | 1237106 |
| PRINCIPEN 250MG | 500 | CP | Ampicillin | AB | Apothecon | $ 42.11 | 00003-0122-60 | 084085 | 1370832 |
| PRINCIPEN 250MG/5ML | 100 ML | SS | Ampicillin | AB | Apothecon | $ 3.94 | 00003-0972-52 | 084174 | 1035286 |
| PRINCIPEN 250MG/5ML | 200 ML | SS | Ampicillin | AB | Apothecon | $ 7.21 | 00003-0972-61 | 084190 | 1302280 |
| PRINCIPEN 500MG | 100 | CP | Ampicillin | AB | Apothecon | $ 17.09 | 00003-0134-50 | 084093 | 1370824 |
| PRINCIPEN 500MG | 500 | CP | Ampicillin | AB | Apothecon | $ 65.10 | 00003-0134-60 | 084115 | 1252428 |




CH 055770

Car.Hlth/SLB 0685197                         Car.Suf.Co. 0616278



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| PROBENECID 500MG | 100 | TB | Benemid | AB | Schein | $ 98.33 | 00364-0314-01 | 444227 | 1546050 |
| PROBENECID/COLCHCN 500/0.5 | 100 | TB | Col-Benemid | BP | Schein | $ 84.34 | 00364-0315-01 | 519049 | 1546068 |
| PROCAINAMIDE HCL SA 1000MG | 100 | TB | Procan SR | AB | Copley | $ 102.85 | 38245-0117-10 | 595683 | 2534741 |
| PROCAINAMIDE HCL SA 500MG | 100 | TB | Procan SR | AB | Copley | $ 40.25 | 38245-0188-10 | 692387 | 1900679 |
| PROCAINAMIDE HCL SA 500MG | 500 | TB | Procan SR | AB | Copley | $ 195.20 | 38245-0188-50 | 692395 | 2134245 |
| PROCAINAMIDE HCL SA 750MG | 100 | TB | Procan SR | AB | Copley | $ 47.25 | 38245-0114-10 | 692409 | 1486711 |
| PROCHLORPERAZN MAL 10MG | 100 | TB | Compazine | AB | Apothecon | $ 60.44 | 62269-0276-24 | 346136 | 2464964 |
| PROCHLORPERAZN MAL 5MG | 100 | TB | Compazine | AB | Apothecon | $ 54.98 | 62269-0275-24 | 346101 | 2464956 |
| PROMETHAZINE HCL 12.5MG | 100 | TB | Phenergan | BP | ESI Lederle | $ 6.50 | 59911-5871-01 | 033278 | 2382067 |
| PROMETHAZINE HCL 25MG | 100 | TB | Phenergan | BP | ESI Lederle | $ 3.96 | 59911-5872-01 | 033375 | 2382059 |
| PROMETHAZINE HCL 50MG | 100 | TB | Phenergan | BP | ESI Lederle | $ 5.98 | 59911-5873-01 | 033405 | 2382042 |
| PROMETHAZINE HCL 6.25MG/5ML | 120 ML | SR | Phenergan | AA | Morton Grove | $ 3.85 | 60432-0608-04 | 981192 | 2358448 |
| PROMETHAZINE HCL 6.25MG/5ML | 480 ML | SR | Phenergan | AA | ESI Lederle | $ 6.57 | 59911-5818-03 | 032840 | 2382760 |
| PROMETHAZINE VC | 120 ML | SR | Phenergan VC | AA | Morton Grove | $ 3.78 | 60432-0605-04 | 981230 | 2358430 |
| PROMETHAZINE VC | 3840 ML | SR | Phenergan VC | AA | Alpharma | $ 41.08 | 00472-1628-28 | 113417 | 1186444 |
| PROMETHAZINE VC | 480 ML | SR | Phenergan VC | AA | ESI Lederle | $ 6.57 | 59911-5820-03 | 032964 | 2382083 |
| PROMETHAZINE VC/COD | 120 ML | SR | Phenergan VC/Cod | AA | Morton Grove | $ 5.68 | 60432-0607-04 | 981257 | 2358414 |
| PROMETHAZINE VC/COD | 3840 ML | SR | Phenergan VC/Cod | AA | Alpharma | $ 73.17 | 00472-1629-28 | 103861 | 1185487 |
| PROMETHAZINE VC/COD | 480 ML | SR | Phenergan VC/Cod | AA | ESI Lederle | $ 10.39 | 59911-5821-03 | 033065 | 2382745 |
| PROMETHAZINE/COD | 120 ML | SR | Phenergan Cod | AA | Morton Grove | $ 6.10 | 60432-0606-04 | 981460 | 2358380 |
| PROMETHAZINE/COD | 3840 ML | SR | Phenergan Cod | AA | Alpharma | $ 70.28 | 00472-1627-28 | 269638 | 1185461 |
| PROMETHAZINE/COD | 480 ML | SR | Phenergan Cod | AA | ESI Lederle | $ 8.10 | 59911-5819-03 | 032891 | 2382752 |
| PROMETHAZINE/DM | 120 ML | SR | Phenergan DM | AA | Morton Grove | $ 4.08 | 60432-0604-04 | 981419 | 2358364 |
| PROMETHAZINE/DM | 480 ML | SR | Phenergan DM | AA | ESI Lederle | $ 7.33 | 59911-5822-03 | 033227 | 2382075 |
| PROPANTHELINE BR 15MG | 100 | TB | Pro Banthine | BP | Roxane Labs | $ 23.68 | 00054-4721-25 | 281921 | 1450907 |
| PROPOX HCL/APAP 65/650 | 100 | TB | Wygesic | AA | Mylan | $ 26.35 | 00378-0130-01 | 102598 | 1574078 |
| PROPOX HCL/APAP 65/650 | 500 | TB | Wygesic | AA | Mylan | $ 125.15 | 00378-0130-05 | 102601 | 1147313 |
| PROPOX NAP/APAP 100MG | 100 | TB | Darvocet-N 100 | AB | Mylan | $ 33.75 | 00378-0155-01 | 332178 | 1229350 |
| PROPOX NAP/APAP 100MG | 500 | TB | Darvocet-N 100 | AB | Mylan | $ 159.51 | 00378-0155-05 | 464139 | 1763192 |
| PROPOX NAP/APAP 100MG | 500 | TB | Darvocet-N 100 | AB | Teva | $ 242.15 | 00093-0490-05 | 256846 | 1599588 |
| PROPOXYPHENE CMPD 65MG | 100 | CP | Darvon CPD 65 | AA | Mylan | $ 37.25 | 00378-0131-01 | 932671 | 2235687 |
| PROPOXYPHENE HCL 65MG | 100 | CP | Darvon | AA | Mylan | $ 35.76 | 00378-0129-01 | 932663 | 2235695 |
| PROPOXYPHENE HCL 65MG | 500 | CP | Darvon | AA | Mylan | $ 170.44 | 00378-0129-05 | 102571 | 2292076 |
| PROPRANOLOL HCL 10MG | 100 | TB | Inderal | AB | Schein | $ 17.74 | 00364-0756-01 | 519480 | 1545805 |
| PROPRANOLOL HCL 10MG | 1000 | TB | Inderal | AB | Schein | $ 146.69 | 00364-0756-02 | 519499 | 1545797 |
| PROPRANOLOL HCL 20MG | 100 | TB | Inderal | AB | Schein | $ 19.20 | 00364-0757-01 | 519502 | 1545789 |
| PROPRANOLOL HCL 20MG | 1000 | TB | Inderal | AB | Schein | $ 199.44 | 00364-0757-02 | 519510 | 1545771 |
| PROPRANOLOL HCL 40MG | 100 | TB | Inderal | AB | Schein | $ 37.99 | 00364-0758-01 | 519529 | 1545763 |
| PROPRANOLOL HCL 40MG | 1000 | TB | Inderal | AB | Schein | $ 283.41 | 00364-0758-02 | 519537 | 1545755 |
| PROPRANOLOL HCL 60MG | 100 | TB | Inderal | AB | Watson | $ 41.47 | 52544-0352-01 | 064220 | 2359099 |
| PROPRANOLOL HCL 80MG | 100 | TB | Inderal | AB | Schein | $ 45.28 | 00364-0760-01 | 519545 | 1545722 |
| PROPRANOLOL HCL 80MG | 500 | TB | Inderal | AB | Schein | $ 197.95 | 00364-0760-05 | 519553 | 1545730 |
| PROPRANOLOL HCL SA 120MG | 100 | CP | Inderal LA | AB | ESI Lederle | $ 135.78 | 59911-5473-01 | 976911 | 2345106 |
| PROPRANOLOL HCL SA 120MG | 1000 | CP | Inderal LA | AB | ESI Lederle | $ 1,315.97 | 59911-5473-02 | 976920 | 2345114 |
| PROPRANOLOL HCL SA 160MG | 100 | CP | Inderal LA | AB | ESI Lederle | $ 177.75 | 59911-5479-01 | 976938 | 2345122 |
| PROPRANOLOL HCL SA 60MG | 100 | CP | Inderal LA | AB | ESI Lederle | $ 93.66 | 59911-5470-01 | 976865 | 2345072 |

CH 055771

Car.Hlth/SLB 0685198              Car.Suf.Co. 0616279



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| PROPRANOLOL HCL SA 60MG | 1000 | CP | Inderal LA | AB | ESI Lederle | $ 908.02 | 59911-5470-02 | 976873 | 2345080 |
| PROPRANOLOL HCL SA 80MG | 100 | CP | Inderal LA | AB | ESI Lederle | $ 109.54 | 59911-5471-01 | 976881 | 2345064 |
| PROPRANOLOL HCL SA 80MG | 1000 | CP | Inderal LA | AB | ESI Lederle | $1,061.77 | 59911-5471-02 | 976890 | 2345098 |
| PROPRANOLOL HCL/HCT 40/25 | 100 | TB | Inderide | AB | Purepac | $ 31.50 | 00228-2358-10 | 438057 | 1038074 |
| PROPRANOLOL HCL/HCT 40/25 | 500 | TB | Inderide | AB | Purepac | $ 154.35 | 00228-2358-50 | 438073 | 1038066 |
| PROPRANOLOL HCL/HCT 80/25 | 100 | TB | Inderide | AB | Purepac | $ 39.20 | 00228-2360-10 | 438081 | 1038231 |
| PROTRIPTYLINE HCL 10MG | 100 | TB | Vivactil | AB | Sidmak Labs | $ 57.75 | 50111-0524-01 | 324140 | 2456366 |
| PROTRIPTYLINE HCL 5MG | 100 | TB | Vivactil | AB | Sidmak Labs | $ 39.95 | 50111-0523-01 | 324108 | 2456358 |
| PSEUDO-CHLOR SR 120/8 | 100 | CP | Deconamine SR | NR | Geneva | $ 22.50 | 00781-2915-01 | 633887 | 1839729 |
| PSEUDOEPHEDRINE 60MG | 1000 | TB | Sudafed | NR | Geneva | $ 25.00 | 00781-1535-10 | 033936 | 1002856 |
| PSEUDOEPHEDRINE 30MG | 100 | TB | Sudafed | NR | Geneva | $ 3.36 | 00781-1533-01 | 237442 | 1545144 |
| PSEUDOEPHEDRINE 30MG | 1000 | TB | Sudafed | NR | Geneva | $ 17.15 | 00781-1533-10 | 162833 | 1723659 |
| PSEUDOEPHEDRINE 60MG | 100 | TB | Sudafed | NR | Geneva | $ 4.07 | 00781-1535-01 | 033928 | 1244508 |
| PURALUBE PETROL OPHT | 3.5 GM | OI | Puralube Opth | NR | Fougera & Co. | $ 3.60 | 00168-0150-38 | 657913 | 1712454 |
| PYRAZINAMIDE 500MG | 100 | TB | Pyrazinamide | AB | ESI Lederle | $ 96.69 | 00005-5093-23 | 263184 | 1332923 |
| PYRAZINAMIDE 500MG | 500 | TB | Pyrazinamide | AB | ESI Lederle | $ 459.03 | 00005-5093-31 | 168556 | 1594183 |
| PYRINYL | 4 OZ | SH | Rid Shampoo | NR | Alpharma | $ 4.83 | 00472-1583-94 | 116815 | 2402535 |
| QUINIDINE GLUC ER 324MG | 500 | TB | Quinaglute | AB | Schein | $ 227.39 | 00364-0604-05 | 855294 | 1258524 |
| QUINIDINE GLUC SA 324MG | 100 | TB | Quinaglute | AB | Schein | $ 49.93 | 00364-0604-01 | 519723 | 1538032 |
| QUINIDINE GLUC SR 324MG | 250 | TB | Quinaglute | AB | Schein | $ 121.30 | 00364-0604-04 | 519758 | 1538040 |
| QUINIDINE SULF 200MG | 100 | TB | Quinidine Sulf | AB | Schein | $ 17.49 | 00364-0229-01 | 519804 | 1537927 |
| QUINIDINE SULF 200MG | 1000 | TB | Quinidine Sulf | AB | Schein | $ 145.23 | 00364-0229-02 | 519839 | 1537919 |
| QUINIDINE SULF 300MG | 100 | TB | Quinidine Sulf | AB | Schein | $ 33.65 | 00364-0582-01 | 519871 | 1537935 |
| QUINIDINE SULF ER 300MG | 100 | TB | Quinidine Sulf ER | AB | ESI Lederle | $ 74.53 | 59911-5895-01 | 188042 | 2414670 |
| QUINIDINE SULF ER 300MG | 250 | TB | Quinidine Sulf ER | AB | ESI Lederle | $ 178.21 | 59911-5895-02 | 208922 | 2419190 |
| QUININE SULF 260MG | 100 | TB | Quinine | NR | Watson | $ 14.58 | 52544-0715-01 | 925160 | 2211647 |
| QUININE SULF 260MG | 1000 | TB | Quinine | NR | Watson | $ 128.82 | 51875-0384-04 | 925187 | 2212165 |
| QUININE SULF 260MG | 500 | TB | Quinine | NR | Watson | $ 67.80 | 52544-0715-05 | 925179 | 2212157 |
| QUININE SULF 325MG | 100 | CP | Quinine | NR | Watson | $ 15.15 | 52544-0716-01 | 774693 | 2168326 |
| QUININE SULF 325MG | 1000 | CP | Quinine | NR | Watson | $ 132.25 | 52544-0716-10 | 801259 | 2168318 |
| RANITIDINE HCL 150MG | 100 | TB | Zantac | AB | Novopharm | $ 148.00 | 55953-0544-40 | 258137 | 2581379 |
| RANITIDINE HCL 150MG | 1000 | TB | Zantac | AB | Novopharm | $1,480.00 | 55953-0544-80 | 258135 | 2581353 |
| RANITIDINE HCL 150MG | 500 | TB | Zantac | AB | Novopharm | $ 740.00 | 55953-0544-70 | 258136 | 2581361 |
| RANITIDINE HCL 150MG | 500 | GC | Zantac | AB | Geneva | $ 716.65 | 00781-2855-05 | 270064 | 2700649 |
| RANITIDINE HCL 150MG | 60 | TB | Zantac | AB | Novopharm | $ 88.80 | 55953-0544-35 | 258138 | 2581387 |
| RANITIDINE HCL 150MG GELDOSE | 60 | GC | Zantac Geldose | AB | Geneva | $ 86.00 | 00781-2855-60 | 270063 | 2700631 |
| RANITIDINE HCL 300MG | 100 | TB | Zantac | AB | Novopharm | $ 93.93 | 55953-0547-40 | 258133 | 2581338 |
| RANITIDINE HCL 300MG | 250 | TB | Zantac | AB | Novopharm | $ 671.75 | 55953-0547-58 | 258132 | 2581320 |
| RANITIDINE HCL 300MG | 30 | TB | Zantac | AB | Novopharm | $ 30.93 | 55953-0547-27 | 258134 | 2581346 |
| RANITIDINE HCL 300MG | 500 | GC | Zantac | AB | Geneva | $1,292.61 | 00781-2865-05 | 270066 | 2700664 |
| RANITIDINE HCL 300MG GELDOSE | 30 | GC | Zantac Geldose | AB | Geneva | $ 77.56 | 00781-2865-31 | 270065 | 2700656 |
| RESAID ER | 100 | CP | Resaid | AB | Geneva | $ 46.25 | 00781-2424-01 | 271228 | 2712289 |
| RESAID ER | 1000 | CP | Resaid | AB | Geneva | $ 447.30 | 00781-2424-10 | 271229 | 2712297 |
| RESERPINE 0.1MG | 100 | TB | Reserpine | BP | Eon Labs | $ 19.67 | 00185-0032-01 | 924830 | 2212546 |
| RESERPINE 0.1MG | 1000 | TB | Reserpine | BP | Eon Labs | $ 177.03 | 00185-0032-10 | 924849 | 2212553 |
| RESERPINE 0.25MG | 100 | TB | Serpasil R | BP | Eon Labs | $ 27.94 | 00185-0134-01 | 957429 | 1283647 |

92

CH 055772

Car.Hlth/SLB 0685199           Car.Suf.Co. 0616280



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| RESERPINE 0.25MG | 1000 | TB | Serpasil R | BP | Eon Labs | $ 265.43 | 00185-0134-10 | 924857 | 2212561 |
| RIFAMPIN 300MG | 100 | CP | Rifadin | AB | Eon Labs | $ 190.08 | 00185-0799-01 | 257720 | 2577203 |
| RIFAMPIN 300MG | 30 | CP | Rifadin | AB | Eon Labs | $ 57.02 | 00185-0799-30 | 257718 | 2577187 |
| RIFAMPIN 300MG | 60 | CP | Rifadin | AB | Eon Labs | $ 113.99 | 00185-0799-60 | 257719 | 2577195 |
| RIFAMPIN USP 150MG | 100 | CP | Rifadin | AB | Eon Labs | $ 134.10 | 00185-0801-01 | 076931 | 2761385 |
| RIFAMPIN USP 150MG | 30 | CP | Rifadin | AB | Eon Labs | $ 40.23 | 00185-0801-30 | 276137 | 2761377 |
| RMS 10MG 12 | 12 | SU | Morphine Suppositories | NR | Upsher-Smith | $ 16.95 | 00245-0161-12 | 089494 | 1272459 |
| RMS 20MG 12 | 12 | SU | Morphine Suppositories | NR | Upsher-Smith | $ 20.56 | 00245-0162-12 | 089508 | 1272467 |
| RMS 30MG 12 | 12 | SU | Morphine Suppositories | NR | Upsher-Smith | $ 28.71 | 00245-0163-12 | 512311 | 1425008 |
| RMS 5MG 12 | 12 | SU | Morphine Suppositories | NR | Upsher-Smith | $ 14.35 | 00245-0160-12 | 089486 | 1272442 |
| ROLATUSS SA | 100 | TB | Ru-Tuss | NR | Major | $ 19.21 | 00904-1198-60 | 705110 | 2091478 |
| ROXANOL 20MG/ML | 240 ML | SL | MSIR | NR | Roxane Labs | $ 131.22 | 00054-3751-58 | 360392 | 1239938 |
| ROXANOL 20MG/ML DRP | 120 ML | SL | MSIR | NR | Roxane Labs | $ 77.96 | 00054-3751-50 | 070254 | 1099407 |
| ROXANOL 20MG/ML DRP | 30 ML | SL | MSIR | NR | Roxane Labs | $ 20.76 | 00054-3751-44 | 070246 | 1049675 |
| ROXICET 5/325 ORAL | 500 ML | SL | Roxicet Oral | NR | Roxane Labs | $ 37.37 | 00054-3686-63 | 462276 | 1236348 |
| ROXICET 5MG | 100 | TB | Percocet | AA | Roxane Labs | $ 25.73 | 00054-4650-25 | 174270 | 1338136 |
| ROXICET 5MG | 500 | TB | Percocet | AA | Roxane Labs | $ 108.54 | 00054-4650-29 | 570834 | 1488717 |
| ROXICODONE 1MGML | 500 ML | SL | Oxycodone | NR | Roxane Labs | $ 41.65 | 00054-3682-63 | 174203 | 1286707 |
| ROXICODONE 5MG | 100 | TB | Oxycodone | NR | Roxane Labs | $ 31.04 | 00054-4657-25 | 140961 | 1496280 |
| ROXICODONE INTNS 20MGML | 30 ML | SL | Oxycodone | NR | Roxane Labs | $ 40.56 | 00054-3683-44 | 679720 | 1830017 |
| ROXIPRIN 4.88MG | 100 | TB | Percodan | AA | Roxane Labs | $ 22.28 | 00054-4653-25 | 174254 | 1162742 |
| RY-TUSS | 100 | CL | Rynatuss | NR | Cypress | $ 149.99 | 60258-0271-01 | 286144 | 2861441 |
| SALIVA SUB 120ML | 120 ML | SL | NA | NR | Roxane Labs | $ 4.82 | 00054-3769-50 | 241075 | 1267129 |
| SALSALATE 500MG | 100 | TB | Disalcid | NR | Sidmak Labs | $ 21.25 | 50111-0390-01 | 429325 | 1931880 |
| SALSALATE 500MG | 500 | TB | Disalcid | NR | Sidmak Labs | $ 99.50 | 50111-0390-02 | 550345 | 1931872 |
| SALSALATE 750MG | 100 | TB | Disalcid | NR | Sidmak Labs | $ 28.00 | 50111-0391-01 | 429333 | 1486570 |
| SALSALATE 750MG | 500 | TB | Disalcid | NR | Sidmak Labs | $ 127.25 | 50111-0391-02 | 429341 | 1931864 |
| SANGCYA 100MGML ORAL | 50ML | SL | Neoral | AB | Sangstat | $ 259.56 | 62053-0539-05 | 283152 | 2831527 |
| SELEGILINE HCL 5MG | 60 | TB | Eldepryl | AB | ESI Lederle | $ 88.59 | 59911-3254-01 | 451819 | 2500676 |
| SELEGILINE HCL 5MG | 60 | CP | Eldepryl | NR | ESI Lederle | $ 138.24 | 59911-5886-01 | 077656 | 2831006 |
| SELENIUM SULFIDE 2.5% | 120 ML | LT | Selsun | AT | Alpharma | $ 6.20 | 00472-1533-04 | 244449 | 1187376 |
| SIR BEST-T ORANGE/OVAL | 100 | TB | Surbex-T | | Genesis Products | $ 4.32 | 68585-0011-01 | 253789 | 2537892 |
| SODIUM CL 0.9% | 3 ML | SL | Sodium CL 0.9% | NR | Warrick | $ 24.30 | 59930-1609-01 | 274636 | 2746360 |
| SODIUM CL 0.9% | 100X3ML UD | SD | Sodium CL 0.9% | NR | Dey Labs | $ 24.20 | 49502-0830-03 | 343722 | 1443308 |
| SODIUM CL 0.9% | 5 ML | EA | Sodium CL 0.9% | NR | Warrick | $ 24.30 | 59930-1609-02 | 274637 | 2746378 |
| SODIUM FLUORIDE 2.2MG CHEW | 1000 | TB | Luride Reg. Strgth | NR | Copley | $ 8.15 | 38245-0131-20 | 261068 | 1804392 |
| SODIUM FLUORIDE 2.2MGML | 50 ML | DR | Sodium Fluoride | NR | Copley | $ 8.10 | 38245-0654-48 | 258181 | 2581817 |
| SODIUM POLYS 15GM/60ML | 500 ML | SS | Kayexalate | AA | Roxane Labs | $ 47.86 | 00054-3805-63 | 293091 | 1328236 |
| SODIUM SULFACET/SUL 10% | 25 GM | LT | Sulfacet R | NR | Glades Pharm | $ 29.95 | 59366-2731-03 | 921840 | 2194157 |
| SODIUM SULFACET/SUL 10/5% | 30 GM | LT | Sulfacet | NR | Hope Pharm | $ 24.50 | 60267-0119-30 | 454001 | 2502045 |
| SODIUM SULFACET/SUL 10/5% | 60 GM | LT | Novacet | NR | Glades Pharm | $ 44.45 | 59366-2762-07 | 420867 | 2484871 |
| SPIRONOLACTONE 25MG | 100 | TB | Aldactone | AB | Mylan | $ 39.49 | 00378-2146-01 | 683469 | 1798891 |
| SPIRONOLACTONE 25MG | 500 | TB | Aldactone | AB | Mylan | $ 187.50 | 00378-2146-05 | 689963 | 1271055 |
| SPIRONOLACTONE/HCTZ 25/25 | 100 | TB | Aldactazide | AB | Mylan | $ 42.55 | 00378-0141-01 | 689971 | 1798917 |
| SPIRONOLACTONE/HCTZ 25/25 | 500 | TB | Aldactazide | AB | Mylan | $ 190.27 | 00378-0141-05 | 689980 | 1271006 |
| SSD 1% | 25 GM | CR | Silvadene | AB | Par | $ 3.90 | 49884-0600-57 | 719447 | 1887702 |

93



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| SSD 1% | 400 GM | CR | Silvadene | AB | Par | $ 25.75 | 49884-0600-40 | 028541 | 1047570 |
| SSD 1% | 85 GM | CR | Silvadene | AB | Par | $ 11.05 | 49884-0600-85 | 719463 | 1887694 |
| SSD 1% JAR | 50 GM | CR | Silvadene | AB | Par | $ 6.20 | 49884-0600-36 | 028533 | 1047562 |
| SSD 1% TUBE | 50 GM | CR | Silvadene | AB | Par | $ 6.20 | 49884-0600-58 | 719455 | 1887710 |
| SSD AF 1% | 400 GM | CR | Silvadene | BX | Par | $ 25.75 | 49884-0601-40 | 695203 | 2863637 |
| SSD AF 1% | 50 GM | CR | Silvadene | BX | Par | $ 6.20 | 49884-0601-36 | 695190 | 1863620 |
| STRESS NF 60 | 60 | TB | Stress Tabs NF | NR | Zenith Goldline | $ 6.75 | 00182-4487-26 | 914479 | 1468271 |
| SU-TUSS DM 20/200MG FRUIT | 480 ML | EL | Dura Tuss DM Elixir | NR | Cypress | $ 33.99 | 60258-0245-16 | 280772 | 2807725 |
| SUCRALFATE 1GM | 100 | TB | Carafate | AB | Watson | $ 70.92 | 52544-0780-01 | 760617 | 1356617 |
| SUCRALFATE 1GM | 500 | TB | Carafate | AB | Watson | $ 344.26 | 52544-0780-05 | 760625 | 1356641 |
| SULFACETAMIDE 10% | 15 ML | DR | Sodium Sulamyd | AT | Bausch & Lomb | $ 3.90 | 24208-0670-04 | 100129 | 1304195 |
| SULFACETAMIDE 10% | 3.75 GM | OI | Sodium Sulamyd | AT | Fougera & Co. | $ 6.95 | 00168-0079-38 | 125857 | 1287945 |
| SULFACETAMIDE/PRED 0.25% | 10 ML | DR | Vasocidin | AT | Bausch & Lomb | $ 19.66 | 24208-0317-10 | 302260 | 2449288 |
| SULFACETAMIDE/PRED 0.25% | 5 ML | DR | Vasocidin | AT | Bausch & Lomb | $ 14.61 | 24208-0317-05 | 302252 | 2449270 |
| SULFADIAZINE 500MG | 100 | TB | Sulfadiazine | AB | Eon Labs | $ 98.73 | 00185-0757-01 | 932710 | 2233245 |
| SULFAMETH/TMP 200/40/5ML | 480 ML | SS | Bactrim | AB | Teva | $ 14.45 | 00093-0562-16 | 659096 | 1999515 |
| SULFAMETH/TMP 400/80 | 500 | TB | Bactrim | AB | Schein | $ 92.50 | 00364-2068-05 | 517747 | 1121300 |
| SULFAMETH/TMP DS 800/160 | 100 UD | TB | Bactrim DS | AB | Schein | $ 62.75 | 00364-2069-90 | 648914 | 1728120 |
| SULFASALAZINE 500MG | 100 | TB | Azulfidine | AB | Watson | $ 14.39 | 52544-0796-01 | 436224 | 2020600 |
| SULFASALAZINE 500MG | 1000 | TB | Azulfidine | AB | Watson | $ 135.00 | 52544-0796-10 | 487414 | 1325661 |
| SULFASALAZINE 500MG | 500 | TB | Azulfidine | AB | Watson | $ 68.33 | 52544-0796-05 | 449474 | 1020742 |
| SULFATRIM 200/40 PED | 480 ML | SS | Bactrim Ped | AB | Alpharma | $ 12.99 | 00472-1285-16 | 103926 | 1187426 |
| SULFATRIM DS 800/160 | 500 | TB | Bactrim DS | AB | Schein | $ 199.95 | 00364-2069-05 | 517798 | 1541697 |
| SULFATRIM TABS | 100 | TB | Bactrim | AB | Schein | $ 20.71 | 00364-2068-01 | 517720 | 1540889 |
| SULFATRIM/TMP DS 800MG | 100 | TB | Bactrim DS | AB | Schein | $ 40.11 | 00364-2069-01 | 517771 | 1540855 |
| SULFINPYRAZONE 100MG | 100 | TB | Anturane | AB | Barr Labs | $ 34.43 | 00555-0271-02 | 011002 | 1114370 |
| SULFINPYRAZONE 200MG | 100 | CP | Anturane | AB | Barr Labs | $ 48.51 | 00555-0272-02 | 011029 | 1074293 |
| SULFISOXAZOLE 500MG | 100 | TB | Gantrisin | AB | Zenith Goldline | $ 25.85 | 00172-2218-60 | 607150 | 1700368 |
| SULINDAC 150MG | 100 | TB | Clinoril | AB | Schein | $ 93.53 | 00364-2441-01 | 660841 | 1800150 |
| SULINDAC 150MG | 100 UD | TB | Clinoril | AB | Schein | $ 87.59 | 00364-2441-90 | 660868 | 1800176 |
| SULINDAC 200MG | 100 | TB | Clinoril | AB | Schein | $ 114.94 | 00364-2442-01 | 660884 | 1800192 |
| SULINDAC 200MG | 100 UD | TB | Clinoril | AB | Schein | $ 106.77 | 00364-2442-90 | 660906 | 1800218 |
| SULINDAC 200MG | 500 | TB | Clinoril | AB | Schein | $ 574.70 | 00364-2442-05 | 660892 | 1800200 |
| SUMYCIN 250MG | 100 | CP | Achromycin | AB | Apothecon | $ 6.63 | 00003-0655-40 | 084204 | 1321041 |
| SUMYCIN 250MG | 1000 | CP | Achromycin | AB | Apothecon | $ 57.78 | 00003-0655-60 | 084220 | 1252196 |
| SUMYCIN 500MG | 100 | CP | Achromycin | AB | Apothecon | $ 12.17 | 00003-0763-40 | 084239 | 1348515 |
| SUMYCIN 500MG | 500 | CP | Achromycin | AB | Apothecon | $ 66.49 | 00003-0763-50 | 084255 | 1252246 |
| TAMOXIFEN CIT 10MG | 250 | TB | Nolvadex | NR | Barr Labs | $ 441.07 | 00555-0446-03 | 870218 | 1786466 |
| TAMOXIFEN CIT 10MG | 60 | TB | Nolvadex | NR | Barr Labs | $ 105.86 | 00555-0446-09 | 870200 | 1786409 |
| TAMOXIFEN CIT 20MG | 30 | TB | Nolvadex | NR | Barr Labs | $ 105.86 | 00555-0904-01 | 534560 | 2525814 |
| TEARS RENEWED | 15 ML | DR | Tears Naturale | NR | Akorn | $ 4.94 | 17478-0061-12 | 153397 | 1467042 |
| TEARS RENEWED | 3.5 GM | OI | Hypotears | NR | Akorn | $ 5.39 | 17478-0063-35 | 685631 | 2831592 |
| TEBAMIDE 100MG | 10 | SU | Tigan | NR | G & W Labs | $ 5.60 | 00713-0107-09 | 104302 | 1326867 |
| TEBAMIDE 200MG | 10 | SU | Tigan | NR | G & W Labs | $ 5.99 | 00713-0108-09 | 104310 | 1268978 |
| TEMAZEPAM 15MG | 100 | CP | Restoril | AB | Mylan | $ 44.90 | 00378-4010-01 | 689998 | 1762129 |
| TEMAZEPAM 15MG | 500 | CP | Restoril | AB | Mylan | $ 213.20 | 00378-4010-05 | 690007 | 1270974 |



94



CH 055774

Car.Hlth/SLB 0685201              Car.Suf.Co. 0616282