**ANDERSON EXHIBIT 18Q**



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| SSD 1% | 400 GM | CR | Silvadene | AB | Par | $ 25.75 | 49884-0600-40 | 028541 | 1047570 |
| SSD 1% | 85 GM | CR | Silvadene | AB | Par | $ 11.05 | 49884-0600-85 | 719463 | 1887694 |
| SSD 1% JAR | 50 GM | CR | Silvadene | AB | Par | $ 6.20 | 49884-0600-36 | 028533 | 1047562 |
| SSD 1% TUBE | 50 GM | CR | Silvadene | AB | Par | $ 6.20 | 49884-0600-58 | 719455 | 1887710 |
| SSD AF 1% | 400 GM | CR | Silvadene | BX | Par | $ 25.75 | 49884-0601-40 | 695203 | 2863637 |
| SSD AF 1% | 50 GM | CR | Silvadene | BX | Par | $ 6.20 | 49884-0601-36 | 695190 | 1863620 |
| STRESS NF 60 | 60 | TB | Stress Tabs NF | NR | Zenith Goldline | $ 6.75 | 00182-4487-26 | 914479 | 1468271 |
| SU-TUSS DM 20/200MG FRUIT | 480 ML | EL | Dura Tuss DM Elixir | NR | Cypress | $ 33.99 | 60258-0245-16 | 280772 | 2807725 |
| SUCRALFATE 1GM | 100 | TB | Carafate | AB | Watson | $ 70.92 | 52544-0780-01 | 760617 | 1356617 |
| SUCRALFATE 1GM | 500 | TB | Carafate | AB | Watson | $ 344.26 | 52544-0780-05 | 760625 | 1356641 |
| SULFACETAMIDE 10% | 15 ML | DR | Sodium Sulamyd | AT | Bausch & Lomb | $ 3.90 | 24208-0670-04 | 100129 | 1304195 |
| SULFACETAMIDE 10% | 3.75 GM | OI | Sodium Sulamyd | AT | Fougera & Co. | $ 6.95 | 00168-0079-38 | 125857 | 1287945 |
| SULFACETAMIDE/PRED 0.25% | 10 ML | DR | Vasocidin | AT | Bausch & Lomb | $ 19.66 | 24208-0317-10 | 302260 | 2449288 |
| SULFACETAMIDE/PRED 0.25% | 5 ML | DR | Vasocidin | AT | Bausch & Lomb | $ 14.61 | 24208-0317-05 | 302252 | 2449270 |
| SULFADIAZINE 500MG | 100 | TB | Sulfadiazine | AB | Eon Labs | $ 98.73 | 00185-0757-01 | 932710 | 2233245 |
| SULFAMETH/TMP 200/40/5ML | 480 ML | SS | Bactrim | AB | Teva | $ 14.45 | 00093-0562-16 | 659096 | 1999515 |
| SULFAMETH/TMP 400/80 | 500 | TB | Bactrim | AB | Schein | $ 92.50 | 00364-2068-05 | 517747 | 1121300 |
| SULFAMETH/TMP DS 800/160 | 100 UD | TB | Bactrim DS | AB | Schein | $ 62.75 | 00364-2069-90 | 648914 | 1728120 |
| SULFASALAZINE 500MG | 100 | TB | Azulfidine | AB | Watson | $ 14.39 | 52544-0796-01 | 436224 | 2020600 |
| SULFASALAZINE 500MG | 1000 | TB | Azulfidine | AB | Watson | $ 135.00 | 52544-0796-10 | 487414 | 1325661 |
| SULFASALAZINE 500MG | 500 | TB | Azulfidine | AB | Watson | $ 68.33 | 52544-0796-05 | 449474 | 1020742 |
| SULFATRIM 200/40 PED | 480 ML | SS | Bactrim Ped | AB | Alpharma | $ 12.99 | 00472-1285-16 | 103926 | 1187426 |
| SULFATRIM DS 800/160 | 500 | TB | Bactrim DS | AB | Schein | $ 199.95 | 00364-2069-05 | 517798 | 1541697 |
| SULFATRIM TABS | 100 | TB | Bactrim | AB | Schein | $ 20.71 | 00364-2068-01 | 517720 | 1540889 |
| SULFATRIM/TMP DS 800MG | 100 | TB | Bactrim DS | AB | Schein | $ 40.11 | 00364-2069-01 | 517771 | 1540855 |
| SULFINPYRAZONE 100MG | 100 | TB | Anturane | AB | Barr Labs | $ 34.43 | 00555-0271-02 | 011002 | 1114370 |
| SULFINPYRAZONE 200MG | 100 | CP | Anturane | AB | Barr Labs | $ 48.51 | 00555-0272-02 | 011029 | 1074293 |
| SULFISOXAZOLE 500MG | 100 | TB | Gantrisin | AB | Zenith Goldline | $ 25.85 | 00172-2218-60 | 607150 | 1700368 |
| SULINDAC 150MG | 100 | TB | Clinoril | AB | Schein | $ 93.53 | 00364-2441-01 | 660841 | 1800150 |
| SULINDAC 150MG | 100 UD | TB | Clinoril | AB | Schein | $ 87.59 | 00364-2441-90 | 660868 | 1800176 |
| SULINDAC 200MG | 100 | TB | Clinoril | AB | Schein | $ 114.94 | 00364-2442-01 | 660884 | 1800192 |
| SULINDAC 200MG | 100 UD | TB | Clinoril | AB | Schein | $ 106.77 | 00364-2442-90 | 660906 | 1800218 |
| SULINDAC 200MG | 500 | TB | Clinoril | AB | Schein | $ 574.70 | 00364-2442-05 | 660892 | 1800200 |
| SUMYCIN 250MG | 100 | CP | Achromycin | AB | Apothecon | $ 6.63 | 00003-0655-40 | 084204 | 1321041 |
| SUMYCIN 250MG | 1000 | CP | Achromycin | AB | Apothecon | $ 57.78 | 00003-0655-60 | 084220 | 1252196 |
| SUMYCIN 500MG | 100 | CP | Achromycin | AB | Apothecon | $ 12.17 | 00003-0763-40 | 084239 | 1348515 |
| SUMYCIN 500MG | 500 | CP | Achromycin | AB | Apothecon | $ 66.49 | 00003-0763-50 | 084255 | 1252246 |
| TAMOXIFEN CIT 10MG | 250 | TB | Nolvadex | NR | Barr Labs | $ 441.07 | 00555-0446-03 | 870218 | 1786466 |
| TAMOXIFEN CIT 10MG | 60 | TB | Nolvadex | NR | Barr Labs | $ 105.86 | 00555-0446-09 | 870200 | 1786409 |
| TAMOXIFEN CIT 20MG | 30 | TB | Nolvadex | NR | Barr Labs | $ 105.86 | 00555-0904-01 | 534560 | 2525814 |
| TEARS RENEWED | 15 ML | DR | Tears Naturale | NR | Akorn | $ 4.94 | 17478-0061-12 | 153397 | 1467042 |
| TEARS RENEWED | 3.5 GM | OI | Hypotears | NR | Akorn | $ 5.39 | 17478-0063-35 | 685631 | 2831592 |
| TEBAMIDE 100MG | 10 | SU | Tigan | NR | G & W Labs | $ 5.60 | 00713-0107-09 | 104302 | 1326867 |
| TEBAMIDE 200MG | 10 | SU | Tigan | NR | G & W Labs | $ 5.99 | 00713-0108-09 | 104310 | 1268978 |
| TEMAZEPAM 15MG | 100 | CP | Restoril | AB | Mylan | $ 44.90 | 00378-4010-01 | 689998 | 1762129 |
| TEMAZEPAM 15MG | 500 | CP | Restoril | AB | Mylan | $ 213.20 | 00378-4010-05 | 690007 | 1270974 |

CH 055774

Car.Hlth/SLB 0685201                         Car.Suf.Co. 0616282



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| TEMAZEPAM 30MG | 100 | CP | Restoril | AB | Mylan | $ 48.10 | 00378-5050-01 | 690015 | 1762111 |
| TEMAZEPAM 30MG | 500 | CP | Restoril | AB | Mylan | $ 238.40 | 00378-5050-05 | 677850 | 1270941 |
| TEMAZEPAM 7.5MG | 100 | CP | Restoril | NR | Geneva | $ 46.67 | 00781-2209-01 | 260865 | 2608651 |
| TERAK 3.5GM | 3.5 GM | OI | Terramycin | NR | Akorn | $ 14.55 | 17478-0230-35 | 984221 | 2355386 |
| TETRA TANNATE 240ML PED | 240 ML | SS | Rynatuss Ped Susp | NR | Morton Grove | $ 41.03 | 60432-0117-08 | 260191 | 2601912 |
| TETRA TANNATE 480ML PED | 480 ML | SS | Rynatuss Ped Susp | NR | Morton Grove | $ 51.00 | 60432-0117-16 | 076405 | 2710390 |
| THEOLATE | 480 ML | EL | Quibron Liquid | NR | Alpharma | $ 6.54 | 00472-1540-16 | 103993 | 1278878 |
| THEOPHYLLIN 80MG/15ML | 480 ML | EL | Elixophyilin Elixir | AA | Morton Grove | $ 4.97 | 60432-0019-16 | 763080 | 1403765 |
| THEOPHYLLIN CR 200MG | 1000 | TB | Theo-Dur | AB | Sidmak Labs | $ 155.00 | 50111-0482-03 | 730580 | 2127835 |
| THEOPHYLLIN ER 100MG | 100 | CP | Slo-Bid | NA | Arcola Labs | $ 19.76 | 00070-2340-00 | 926230 | 2215291 |
| THEOPHYLLIN ER 125MG | 100 | CP | Slo-Bid | NA | Arcola Labs | $ 24.77 | 00070-2341-00 | 926256 | 2220275 |
| THEOPHYLLIN ER 200MG | 100 | CP | Slo-Bid | NA | Arcola Labs | $ 29.48 | 00070-2342-00 | 926264 | 2215309 |
| THEOPHYLLIN ER 300MG | 100 | CP | Slo-Bid | BC | Arcola Labs | $ 35.10 | 00070-2343-00 | 926280 | 2215317 |
| THEOPHYLLIN SR 100MG | 100 | TB | Theo-Dur | AB | Sidmak Labs | $ 11.70 | 50111-0483-01 | 730548 | 1849181 |
| THEOPHYLLIN SR 100MG | 500 | TB | Theo-Dur | AB | Sidmak Labs | $ 38.00 | 50111-0483-02 | 730556 | 1849173 |
| THEOPHYLLIN SR 200MG | 100 | TB | Theo-Dur | AB | Sidmak Labs | $ 19.00 | 50111-0482-01 | 730564 | 2849164 |
| THEOPHYLLIN SR 200MG | 500 | TB | Theo-Dur | AB | Sidmak Labs | $ 82.00 | 50111-0482-02 | 730572 | 1849157 |
| THEOPHYLLIN SR 300MG | 100 | TB | Theo-Dur | AB | Sidmak Labs | $ 22.00 | 50111-0459-01 | 730599 | 1849140 |
| THEOPHYLLIN SR 300MG | 1000 | TB | Theo-Dur | AB | Sidmak Labs | $ 190.00 | 50111-0459-03 | 730610 | 1849124 |
| THEOPHYLLIN SR 300MG | 500 | TB | Theo-Dur | AB | Sidmak Labs | $ 98.50 | 50111-0459-02 | 730602 | 1849132 |
| THEOPHYLLIN SR 450MG | 100 | TB | Theo-Dur | AB | Sidmak Labs | $ 27.75 | 50111-0518-01 | 863700 | 1679000 |
| THERAVITE 4OZ | 120 ML | SL | Theragran Liq | NR | Alpharma | $ 5.43 | 00472-1555-04 | 488992 | 1515550 |
| THIORIDAZINE 100MGML | 120 ML | CN | Mellaril | AA | Roxane Labs | $ 36.89 | 00054-3861-50 | 360562 | 1239870 |
| THIORIDAZINE HCL 100MG | 100 | TB | Mellaril | AB | Mylan | $ 63.36 | 00378-0618-01 | 102679 | 1574060 |
| THIORIDAZINE HCL 100MG | 100 UD | TB | Mellaril | AB | Geneva | $ 65.62 | 00781-1644-13 | 506958 | 1725860 |
| THIORIDAZINE HCL 100MG | 1000 | TB | Mellaril | AB | Mylan | $ 553.95 | 00378-0618-10 | 692972 | 1270651 |
| THIORIDAZINE HCL 10MG | 100 | TB | Mellaril | AB | Mylan | $ 31.60 | 00378-0612-01 | 244317 | 1798941 |
| THIORIDAZINE HCL 10MG | 100 UD | TB | Mellaril | AB | Geneva | $ 33.96 | 00781-1604-13 | 506907 | 1453927 |
| THIORIDAZINE HCL 10MG | 1000 | TB | Mellaril | AB | Mylan | $ 303.60 | 00378-0612-10 | 102628 | 1798958 |
| THIORIDAZINE HCL 150MG | 100 | TB | Mellaril | AB | Geneva | $ 83.38 | 00781-1664-01 | 424803 | 1462381 |
| THIORIDAZINE HCL 15MG | 100 | TB | Mellaril | AB | Geneva | $ 37.25 | 00781-1614-01 | 034681 | 1210079 |
| THIORIDAZINE HCL 15MG | 100 UD | TB | Mellaril | AB | Geneva | $ 107.50 | 00781-1614-13 | 506915 | 1809367 |
| THIORIDAZINE HCL 200MG | 100 | TB | Mellaril | AB | Geneva | $ 94.97 | 00781-1674-01 | 352985 | 1462399 |
| THIORIDAZINE HCL 25MG | 100 | TB | Mellaril | AB | Mylan | $ 44.45 | 00378-0614-01 | 102636 | 1798974 |
| THIORIDAZINE HCL 25MG | 100 UD | TB | Mellaril | AB | Geneva | $ 47.22 | 00781-1624-13 | 506923 | 1453943 |
| THIORIDAZINE HCL 25MG | 1000 | TB | Mellaril | AB | Mylan | $ 426.80 | 00378-0614-10 | 102644 | 1798982 |
| THIORIDAZINE HCL 50MG | 100 | TB | Mellaril | AB | Mylan | $ 53.95 | 00378-0616-01 | 102652 | 1798990 |
| THIORIDAZINE HCL 50MG | 100 UD | TB | Mellaril | AB | Geneva | $ 56.16 | 00781-1634-13 | 506931 | 1462373 |
| THIORIDAZINE HCL 50MG | 1000 | TB | Mellaril | AB | Mylan | $ 521.80 | 00378-0616-10 | 102660 | 1799006 |
| THIOTHIXENE 10MG | 100 | CP | Navane | AB | Schein | $ 60.10 | 00364-2169-01 | 596523 | 1550425 |
| THIOTHIXENE 1MG | 100 | CP | Navane | AB | Schein | $ 21.10 | 00364-2166-01 | 606537 | 1550433 |
| THIOTHIXENE 2MG | 100 | CP | Navane | AB | Schein | $ 27.50 | 00364-2167-01 | 596507 | 1550417 |
| THIOTHIXENE 5MG | 100 | CP | Navane | AB | Schein | $ 42.50 | 00364-2168-01 | 596515 | 1552009 |
| THIOTHIXENE HCC 5MGML | 120 ML | CN | Navane | AA | Copley | $ 31.75 | 38245-0613-14 | 758280 | 1684703 |
| TIMOLOL MAL .05% | 10 ML | DR | Timoptic | AT | Bausch & Lomb | $ 32.29 | 24208-0324-10 | 255437 | 2554376 |
| TIMOLOL MAL 0.25% | 10 ML | DR | Timoptic | AT | Bausch & Lomb | $ 27.18 | 24208-0330-10 | 255434 | 2554343 |

CH 055775

Car.Hlth/SLB 0685202                                    Car.Suf.Co. 0616283



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| TIMOLOL MAL 0.25% | 15 ML | DR | Timoptic | AT | Bausch & Lomb | $ 41.55 | 24208-0330-15 | 255435 | 2554350 |
| TIMOLOL MAL 0.25% | 5 ML | DR | Timoptic | AT | Bausch & Lomb | $ 14.06 | 24208-0330-05 | 255433 | 2554335 |
| TIMOLOL MAL 0.25% OPHT | 5ML | SL | Timoptic XE | AB | Falcon | $ 22.67 | 61314-0224-05 | 283899 | 2838993 |
| TIMOLOL MAL 0.5% | 15 ML | DR | Timoptic | AT | Bausch & Lomb | $ 48.32 | 24208-0324-15 | 255438 | 2554384 |
| TIMOLOL MAL 0.5% | 5 ML | DR | Timoptic | AT | Bausch & Lomb | $ 16.64 | 24208-0324-05 | 255436 | 2554368 |
| TIMOLOL MAL 0.5% OPHT | 2.5ML | SL | Timoptic XE | AB | Falcon | $ 15.20 | 61314-0225-25 | 283900 | 2839009 |
| TIMOLOL MAL 0.5% OPHT | 5ML | SL | Timoptic XE | AB | Falcon | $ 26.95 | 61314-0225-05 | 283901 | 2839017 |
| TIMOLOL MAL 10MG | 100 | TB | Blocadren | AB | Mylan | $ 35.60 | 00378-0221-01 | 690643 | 1853944 |
| TIMOLOL MAL 20MG | 100 | TB | Blocadren | AB | Mylan | $ 67.50 | 00378-0715-01 | 690651 | 1853936 |
| TIMOLOL MAL 5MG | 100 | TB | Blocadren | AB | Mylan | $ 28.75 | 00378-0055-01 | 690635 | 1853951 |
| TOBRAMYCIN OPTH 0.3% | 5 ML | DR | Tobrex | AT | Bausch & Lomb | $ 15.00 | 24208-0290-05 | 879835 | 1257484 |
| TOLAZAMIDE 100MG | 100 | TB | Tolinase | AB | Zenith Goldline | $ 34.99 | 00172-2978-60 | 104884 | 1874585 |
| TOLAZAMIDE 250MG | 100 | TB | Tolinase | AB | Mylan | $ 24.51 | 00378-0217-01 | 690040 | 1813690 |
| TOLAZAMIDE 500MG | 100 | TB | Tolinase | AB | Mylan | $ 51.50 | 00378-0551-01 | 631302 | 1813682 |
| TOLBUTAMIDE 500MG | 100 | TB | Orinase | AB | Zenith Goldline | $ 26.99 | 00172-2245-60 | 839809 | 1271352 |
| TOLBUTAMIDE 500MG | 500 | TB | Orinase | AB | Zenith Goldline | $ 133.00 | 00172-2245-70 | 844705 | 1358811 |
| TRAZODONE HCL 100MG | 100 | TB | Desyrel | AB | Schein | $ 73.26 | 00364-2110-01 | 496820 | 1551878 |
| TRAZODONE HCL 100MG | 100 UD | TB | Desyrel | AB | Geneva | $ 76.94 | 00781-1808-13 | 724211 | 1402064 |
| TRAZODONE HCL 100MG | 1000 | TB | Desyrel | AB | Schein | $ 576.92 | 00364-2110-02 | 634450 | 1551860 |
| TRAZODONE HCL 150MG | 100 | TB | Desyrel | AB | Schein | $ 146.92 | 00364-2300-01 | 639834 | 1559871 |
| TRAZODONE HCL 50MG | 100 | TB | Desyrel | AB | Schein | $ 56.54 | 00364-2109-01 | 625094 | 1551845 |
| TRAZODONE HCL 50MG | 100 UD | TB | Desyrel | AB | Geneva | $ 37.90 | 00781-1807-13 | 724190 | 1402056 |
| TRAZODONE HCL 50MG | 1000 | TB | Desyrel | AB | Schein | $ 413.85 | 00364-2109-02 | 496790 | 1551852 |
| TRETINOIN 0.025% | 20 GM | CR | Retin A | AB | Alpharma | $ 26.11 | 00472-0117-20 | 275706 | 2757060 |
| TRETINOIN 0.025% | 45 GM | CR | Retin A | AB | Alpharma | $ 49.45 | 00472-0117-45 | 275707 | 2757078 |
| TRETINOIN 0.05% | 28ML | SL | Retin A | AT | Copley | $ 45.70 | 38245-0655-85 | 284150 | 2841500 |
| TRI-P 15ML ORAL INFNT | 15 ML | DR | Triaminic | NR | Cypress | $ 6.95 | 60258-0448-15 | 895776 | 2677060 |
| TRI-VIT/FLOUR 0.25MG | 50 ML | DR | Vi-Daylin-F ADC | NR | Schein | $ 8.20 | 00364-0783-57 | 475149 | 2552107 |
| TRI VITAMIN FLUO 0.5MG | 50 ML | DR | Tri-Vi-Flor | NR | Schein | $ 6.00 | 00364-0782-57 | 474991 | 1552090 |
| TRIAMCINLN ACETND 0.025% | 15 GM | CR | Kenalog | AT | Schein | $ 1.74 | 00364-7211-72 | 521175 | 1551787 |
| TRIAMCINLN ACETND 0.025% | 80 GM | CR | Kenalog | AT | Schein | $ 4.32 | 00364-7211-60 | 521191 | 1551779 |
| TRIAMCINLN ACETND 0.025% | 80 GM | OI | Aristocort | AT | Fougera & Co. | $ 4.45 | 00168-0005-80 | 126012 | 1039072 |
| TRIAMCINLN ACETND 0.1% | 15 GM | OI | Kenalog | AT | Schein | $ 2.05 | 00364-7360-72 | 521132 | 1552355 |
| TRIAMCINLN ACETND 0.1% | 5 GM | PS | Kenalog | AT | Taro | $ 9.86 | 51672-1267-05 | 731005 | 1575273 |
| TRIAMCINLN ACETND 0.1% | 60 ML | LT | Kenalog | AT | Schein | $ 8.78 | 00364-7346-58 | 521582 | 1552363 |
| TRIAMCINLN ACETND 0.1% | 80 GM | OI | Kenalog | AT | Alpharma | $ 5.06 | 00472-0306-80 | 151939 | 1472885 |
| TRIAMCINLN ACETND 0.1% | 80 GM | CR | Kenalog | AT | Schein | $ 4.80 | 00364-7212-60 | 444502 | 1551761 |
| TRIAMCINLN ACETND 0.5% | 15 GM | CR | Kenalog | AT | Schein | $ 4.28 | 00364-7213-72 | 521264 | 1551720 |
| TRIAMTERENE/HCTZ 37.5/25 | 100 | CP | Dyazide(New) | AB | Mylan | $ 37.53 | 00378-2537-01 | 406295 | 2481133 |
| TRIAMTERENE/HCTZ 37.5/25 | 100 | TB | Maxzide-25 | AB | Mylan | $ 33.96 | 00378-1352-01 | 478083 | 2510675 |
| TRIAMTERENE/HCTZ 37.5/25 | 1000 | CP | Dyazide(New) | AB | Mylan | $ 360.68 | 00378-2537-10 | 406856 | 2481141 |
| TRIAMTERENE/HCTZ 37.5/25 | 500 | TB | Maxzide-25 | AB | Mylan | $ 160.17 | 00378-1352-05 | 478156 | 2510683 |
| TRIAMTERENE/HCTZ 50/25 | 100 | CP | Maxide | AB | Geneva | $ 27.95 | 00781-2540-01 | 839523 | 1906775 |
| TRIAMTERENE/HCTZ 50/25 | 100 UD | CP | Dyazide (Old) | AB | Geneva | $ 32.00 | 00781-2715-13 | 747084 | 1120963 |
| TRIAMTERENE/HCTZ 50/25 | 1000 | CP | Maxide | AB | Geneva | $ 269.00 | 00781-2540-10 | 834203 | 1906783 |
| TRIAMTERENE/HCTZ 50/25 RED | 100 | CP | Dyazide (Old) | AB | Geneva | $ 27.95 | 00781-2715-01 | 547689 | 1464551 |



CH 055776

Car.Hlth/SLB 0685203    Car.Suf.Co. 0616284



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| TRIAMTERENE/HCTZ 50/25 RED | 1000 | CP | Dyazide (Old) | AB | Geneva | $ 269.00 | 00781-2715-10 | 547697 | 1464544 |
| TRIAMTERENE/HCTZ 75/50 | 100 | TB | Maxzide | AB | Mylan | $ 55.61 | 00378-1355-01 | 478180 | 2510691 |
| TRIAMTERENE/HCTZ 75/50 | 100 UD | TB | Maxzide | AB | Geneva | $ 69.05 | 00781-1008-13 | 678732 | 1840040 |
| TRIAMTERENE/HCTZ 75/50 | 500 | TB | Maxzide | AB | Mylan | $ 264.11 | 00378-1355-05 | 478199 | 2510709 |
| TRIAZOLAM 0.125MG | 100 UD | TB | Halcion | AB | Geneva | $ 65.25 | 00781-1441-13 | 859087 | 1908078 |
| TRIAZOLAM 0.125MG | 10X10 | TB | Halcion | AB | Greenstone | $ 61.00 | 59762-3717-04 | 338095 | 2462109 |
| TRIAZOLAM 0.25MG | 100 UD | TB | Halcion | AB | Geneva | $ 67.22 | 00781-1442-13 | 859117 | 1908102 |
| TRIAZOLAM 0.25MG | 10X10 | TB | Halcion | AB | Greenstone | $ 66.68 | 59762-3718-04 | 338052 | 2462091 |
| TRIAZOLAM 0.25MG | 500 | TB | Halcion | AB | Greenstone | $ 323.40 | 59762-3718-03 | 865460 | 1923143 |
| TRIFLUOPERAZIN HCC 10MG | 100 | TB | Stelazine | AB | Geneva | $ 159.09 | 00781-1036-13 | 287105 | 1476225 |
| TRIFLUOPERAZINE 1MG | 100 | TB | Stelazine | AB | Geneva | $ 54.40 | 00781-1030-01 | 034940 | 1087600 |
| TRIFLUOPERAZINE HCC 1MG | 100 UD | TB | Stelazine | AB | Geneva | $ 56.85 | 00781-1030-13 | 301183 | 1449727 |
| TRIFLUOPERAZINE HCL 10MG | 100 | TB | Stelazine | AB | Geneva | $ 152.24 | 00781-1036-01 | 034983 | 1087758 |
| TRIFLUOPERAZINE HCL 10MG | 1000 | TB | Stelazine | AB | Geneva | $ 1,065.62 | 00781-1036-10 | 035068 | 1462431 |
| TRIFLUOPERAZINE HCL 2MG | 100 | TB | Stelazine | AB | Geneva | $ 80.24 | 00781-1032-01 | 034959 | 1087642 |
| TRIFLUOPERAZINE HCL 2MG | 100 UD | TB | Stelazine | AB | Geneva | $ 83.85 | 00781-1032-13 | 287091 | 1454040 |
| TRIFLUOPERAZINE HCL 2MG | 1000 | TB | Stelazine | AB | Geneva | $ 561.76 | 00781-1032-10 | 233439 | 1045012 |
| TRIFLUOPERAZINE HCL 5MG | 100 | TB | Stelazine | AB | Geneva | $ 100.98 | 00781-1034-01 | 034967 | 1087675 |
| TRIFLUOPERAZINE HCL 5MG | 100 UD | TB | Stelazine | AB | Geneva | $ 105.52 | 00781-1034-13 | 301205 | 1449735 |
| TRIFLUOPERAZINE HCL 5MG | 1000 | TB | Stelazine | AB | Geneva | $ 706.82 | 00781-1034-10 | 262854 | 1840024 |
| TRIHEXPHENIDYL HCL2MG/5ML | 480 ML | EL | Artane | AA | Cypress | $ 30.99 | 60258-0081-16 | 271271 | 2712719 |
| TRIHEXYPHENIDYL HCL 2MG | 100 | TB | Artane | AA | Schein | $ 18.29 | 00364-0408-01 | 521388 | 1552256 |
| TRIHEXYPHENIDYL HCL 2MG | 100 UD | TB | Artane | AA | Schein | $ 18.84 | 00364-0408-90 | 835048 | 2115699 |
| TRIHEXYPHENIDYL HCL 2MG | 1000 | TB | Artane | AA | Schein | $ 148.06 | 00364-0408-02 | 444537 | 1552264 |
| TRIHEXYPHENIDYL HCL 5MG | 100 | TB | Artane | AA | Schein | $ 37.03 | 00364-0409-01 | 521396 | 1552231 |
| TRIHEXYPHENIDYL HCL 5MG | 100 UD | TB | Artane | AA | Schein | $ 32.73 | 00364-0409-90 | 835056 | 2115681 |
| TRIHEXYPHENIDYL HCL 5MG | 1000 | TB | Artane | AA | Schein | $ 342.71 | 00364-0409-02 | 521418 | 1552249 |
| TRIHIST-D 12.5MG CHRY | 480 ML | EL | Poly-Histine-D Elix | NR | Cypress | $ 19.50 | 60258-0226-16 | 895563 | 2052991 |
| TRIMETHOBENZAMID HCL 250MG | 100 | CP | Tigan Caps | NR | Pecos | $ 39.90 | 59879-0115-01 | 956643 | 2292175 |
| TRIMETHOMPRIM SULFA POLYMYX | 10 ML | DR | Polytrim | AT | Bausch & Lomb | $ 17.42 | 24208-0315-10 | 254379 | 2543791 |
| TRIMETHOPRIM 100MG | 100 | TB | Trimpex | AB | Schein | $ 22.80 | 00364-0649-01 | 444545 | 1552207 |
| TRIMETHOPRIM 200MG | 100 | TB | Trimpex | AB | Teva | $ 32.00 | 00093-2159-01 | 596841 | 1098904 |
| TRIMOX 125MG 5ML | 100 ML | SS | Amoxil | AB | Apothecon | $ 3.94 | 00003-1737-40 | 084395 | 1044106 |
| TRIMOX 125MG 5ML | 150 ML | SS | Amoxil | AB | Apothecon | $ 4.02 | 00003-1737-45 | 084409 | 1175173 |
| TRIMOX 125MG 5ML | 80 ML | SS | Amoxil | AB | Apothecon | $ 3.05 | 00003-1737-30 | 084387 | 1175116 |
| TRIMOX 250MG | 100 | CP | Amoxil | AB | Apothecon | $ 22.75 | 00003-0101-50 | 084328 | 1174978 |
| TRIMOX 250MG | 30 | CP | Amoxil | AB | Apothecon | $ 11.75 | 00003-0101-20 | 284514 | 2845147 |
| TRIMOX 250MG | 500 | CP | Amoxil | AB | Apothecon | $ 106.28 | 00003-0101-60 | 084344 | 1184167 |
| TRIMOX 250MG 5ML | 100 ML | SS | Amoxil | AB | Apothecon | $ 6.02 | 00003-1738-40 | 084425 | 1044122 |
| TRIMOX 250MG 5ML | 150 ML | SS | Amoxil | AB | Apothecon | $ 6.81 | 00003-1738-45 | 084433 | 1175231 |
| TRIMOX 250MG 5ML | 80 ML | SS | Amoxil | AB | Apothecon | $ 5.11 | 00003-1738-30 | 084417 | 1175215 |
| TRIMOX 500MG | 100 | CP | Amoxil | AB | Apothecon | $ 39.26 | 00003-0109-55 | 865168 | 2136976 |
| TRIMOX 500MG | 30 | CP | Amoxil | AB | Apothecon | $ 18.72 | 00003-0109-20 | 284515 | 2845154 |
| TRIMOX 500MG | 500 | CP | Amoxil | AB | Apothecon | $ 213.51 | 00003-0109-60 | 084379 | 1264308 |
| TRIOTANN | 100 | TB | Rynatan | NR | Duramed | $ 43.00 | 51285-0825-02 | 695467 | 1229707 |
| TRIOTANN-S 4X120ML PED ORL | 4X120 ML | SS | Rynatan | NR | Duramed | $ 70.89 | 51285-0717-55 | 791040 | 1641604 |

CH 055777

Car.Hlth/SLB 0685204   Car.Suf.Co. 0616285

Case 1:01-cv-12257-PBS   Document 6625-82   Filed 11/02/09   Page 6 of 6



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| TRIOTANN 480ML PED ORAL | 480 ML | SS | Rynatan | NR | Duramed | $ 34.27 | 51285-0717-57 | 789780 | 2135960 |
| TRIPLE ANTIBIOTC EYE | 3.75 GM | OI | Neosporin Oph | AT | Fougera & Co. | $ 4.43 | 00168-0027-38 | 125180 | 1261189 |
| TRIPLE SULF VAGINAL APPL | 78 GM | CR | Sultrin | AT | Clay Park Labs | $ 6.94 | 45802-0156-45 | 099716 | 2134724 |
| TRIPROLIDN/P-EPHED/COD | 480 ML | SR | Actifed W/ Cod | AA | Morton Grove | $ 12.25 | 60432-0462-16 | 836915 | 2117885 |
| TRIVITAMIN/FE/FLUOR .25MG | 50 ML | DR | Tri Vi Flor Iron | NR | Hi-Tech | $ 6.00 | 50383-0628-50 | 403520 | 2480549 |
| TROPICAMIDE 0.5% | 15 ML | DR | Mydriacyl Opth Sol | AT | Bausch & Lomb | $ 15.97 | 24208-0590-64 | 380512 | 1303783 |
| TROPICAMIDE 1% | 15 ML | DR | Mydriacyl Opth Sol | AT | Bausch & Lomb | $ 17.07 | 24208-0585-64 | 366471 | 1303775 |
| TROPICAMIDE 1% | 2 ML | DR | Mydriacyl Opth Sol | AT | Bausch & Lomb | $ 60.36 | 24208-0585-59 | 366463 | 1162452 |
| ULTRA NATAL | 100 | TB | Prenate Ultra | NR | Pecos | $ 18.95 | 59879-0123-01 | 256252 | 2562528 |
| ULTRA NATALCARE 1MG | 10X10 UD | TB | Prenate Ultra | NR | Ethex Corp | $ 27.14 | 58177-0292-11 | 285477 | 2854776 |
| VALPROIC ACID 250MG | 100 | CP | Depakene | AB | Rosemont | $ 59.00 | 00832-1007-00 | 683736 | 1804723 |
| VALPROIC ACID 250MG | 480 ML | SR | Depakene | AA | Copley | $ 62.35 | 38245-0633-07 | 806838 | 1171982 |
| VEETIDS 125MG/5ML | 100 ML | SS | Pen Vee K | AA | Apothecon | $ 2.75 | 00003-0681-44 | 084506 | 1072636 |
| VEETIDS 125MG/5ML | 200 ML | SS | Pen Vee K | AA | Apothecon | $ 3.88 | 00003-0681-54 | 084514 | 1073204 |
| VEETIDS 250MG | 100 | TB | Pen Vee K | AB | Apothecon | $ 7.74 | 00003-0115-50 | 084441 | 1073782 |
| VEETIDS 250MG | 1000 | TB | Pen Vee K | AB | Apothecon | $ 69.25 | 00003-0115-75 | 084468 | 1252378 |
| VEETIDS 250MG/5ML | 100 ML | SS | Pen Vee K | AA | Apothecon | $ 3.47 | 00003-0682-44 | 084522 | 1073691 |
| VEETIDS 250MG/5ML | 200 ML | SS | Pen Vee K | AA | Apothecon | $ 4.85 | 00003-0682-54 | 084530 | 1073758 |
| VEETIDS 500MG | 100 | TB | Pen Vee K | AB | Apothecon | $ 18.03 | 00003-0116-50 | 084476 | 1073774 |
| VEETIDS 500MG | 1000 | TB | Pen Vee K | AB | Apothecon | $ 105.77 | 00003-0116-75 | 084492 | 1252394 |
| VERAPAMIL ER 120MG | 100 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 86.21 | 00172-4285-60 | 272056 | 2720563 |
| VERAPAMIL HCL 120MG | 100 | TB | Calan/Isoptin | AB | Mylan | $ 35.45 | 00378-0772-01 | 688630 | 1813641 |
| VERAPAMIL HCL 120MG | 500 | TB | Calan/Isoptin | AB | Mylan | $ 167.40 | 00378-0772-05 | 635278 | 1270289 |
| VERAPAMIL HCL 40MG | 100 | TB | Calan/Isoptin | AB | Geneva | $ 27.66 | 00781-1014-01 | 845930 | 1999614 |
| VERAPAMIL HCL 80MG | 100 | TB | Calan/Isoptin | AB | Mylan | $ 27.70 | 00378-0512-01 | 688592 | 1813674 |
| VERAPAMIL HCL 80MG | 1000 | TB | Calan/Isoptin | AB | Mylan | $ 247.50 | 00378-0512-10 | 635260 | 1307263 |
| VERAPAMIL HCL ER 240MG | 100 | TB | Calan SR/Isoptin SR | AB | Mylan | $ 120.95 | 00378-0411-01 | 310336 | 2450591 |
| VERAPAMIL HCL ER 240MG | 500 | TB | Calan SR/Isoptin SR | AB | Mylan | $ 557.75 | 00378-0411-05 | 310352 | 2450617 |
| VERAPAMIL HCL SR 120MG | 100 | CP | Verelan | | Schein | $ 129.05 | 00364-2880-01 | 287923 | 2879237 |
| VERAPAMIL HCL SR 180MG | 100 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 108.63 | 00172-4286-60 | 899259 | 2145233 |
| VERAPAMIL HCL SR 180MG | 100 | CP | Verelan | | Schein | $ 135.16 | 00364-2882-01 | 287924 | 2879245 |
| VERAPAMIL HCL SR 180MG | 500 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 537.96 | 00172-4286-70 | 983217 | 2357283 |
| VERAPAMIL HCL SR 240MG | 100 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 120.85 | 00172-4280-60 | 899267 | 2171957 |
| VERAPAMIL HCL SR 240MG | 100 | CP | Verelan | | Schein | $ 152.54 | 00364-2884-01 | 287925 | 2879252 |
| VERAPAMIL HCL SR 240MG | 500 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 598.25 | 00172-4280-70 | 899275 | 2171973 |
| VERAPAMIL HCL SR 360MG | 100 | CP | Verelan | | Schein | $ 209.94 | 00364-2886-01 | 287926 | 2879260 |
| VETUSS HC | 480 ML | SR | RuTuss Soln | NR | Cypress | $ 29.50 | 60258-0767-16 | 897116 | 2372779 |
| VIGEN-C YELLOW/ORANGE | 60 | CP | Vicon-C | NR | Genesis Products | $ 4.95 | 68585-0400-75 | 253788 | 2537884 |
| VITAMIN-MINERAL SUPP | 500 ML | EA | Gevrabon | NR | Morton Grove | $ 9.21 | 60432-0627-16 | 253739 | 2537397 |
| VITAMIN A & D | 120 GM | OI | A and D Ointment | NR | Clay Park Labs | $ 1.38 | 45802-0070-44 | 099740 | 2146876 |
| VITAMIN A & D | 144X5 GM | OI | A and D Ointment | NR | Clay Park Labs | $ 8.14 | 45802-0070-71 | 828645 | 1886415 |
| VITAMIN A & D | 454 GM | OI | A and D Ointment | NR | Clay Park Labs | $ 9.57 | 45802-0070-05 | 099767 | 2146884 |
| VITAMIN A & D | 60 GM | OI | A and D Ointment | NR | Clay Park Labs | $ 0.88 | 45802-0070-10 | 099732 | 2146868 |
| VITAMIN B-12 1MMCG | 10 ML | MD | Vitamin B12 | AP | Schein | $ 5.25 | 00364-6651-54 | 502642 | 1541457 |
| VITAMIN B-12 1MMCG | 30 ML | MD | Vitamin B12 | AP | Schein | $ 11.99 | 00364-6651-56 | 502650 | 1541531 |
| WARFARIN SOD 10MG | 100 | TB | Coumadin | AB | Barr Labs | $ 93.04 | 00555-0835-02 | 258203 | 2582039 |

98

CH 055778

Car.Hlth/SLB 0685205        Car.Suf.Co. 0616286