**ANDERSON EXHIBIT 18R**



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| TRIOTANN 480ML PED ORAL | 480 ML | SS | Rynatan | NR | Duramed | $ 34.27 | 51285-0717-57 | 789780 | 2135960 |
| TRIPLE ANTIBIOTC EYE | 3.75 GM | OI | Neosporin Oph | AT | Fougera & Co. | $ 4.43 | 00168-0027-38 | 125180 | 1261189 |
| TRIPLE SULF VAGINAL APPL | 78 GM | CR | Sultrin | AT | Clay Park Labs | $ 6.94 | 45802-0156-45 | 099716 | 2134724 |
| TRIPROLIDN/P-EPHED/COD | 480 ML | SR | Actifed W/ Cod | AA | Morton Grove | $ 12.25 | 60432-0462-16 | 836915 | 2117885 |
| TRIVITAMIN/FE/FLUOR .25MG | 50 ML | DR | Tri Vi Flor Iron | NR | Hi-Tech | $ 6.00 | 50383-0628-50 | 403520 | 2480549 |
| TROPICAMIDE 0.5% | 15 ML | DR | Mydriacyl Opth Sol | AT | Bausch & Lomb | $ 15.97 | 24208-0590-64 | 380512 | 1303783 |
| TROPICAMIDE 1% | 15 ML | DR | Mydriacyl Opth Sol | AT | Bausch & Lomb | $ 17.07 | 24208-0585-64 | 366471 | 1303775 |
| TROPICAMIDE 1% | 2 ML | DR | Mydriacyl Opth Sol | AT | Bausch & Lomb | $ 60.36 | 24208-0585-59 | 366463 | 1162452 |
| ULTRA NATAL | 100 | TB | Prenate Ultra | NR | Pecos | $ 18.95 | 59879-0123-01 | 256252 | 2562528 |
| ULTRA NATALCARE 1MG | 10X10 UD | TB | Prenate Ultra | NR | Ethex Corp | $ 27.14 | 58177-0292-11 | 285477 | 2854776 |
| VALPROIC ACID 250MG | 100 | CP | Depakene | AB | Rosemont | $ 59.00 | 00832-1007-00 | 683736 | 1804723 |
| VALPROIC ACID 250MG | 480 ML | SR | Depakene | AA | Copley | $ 62.35 | 38245-0633-07 | 806838 | 1171982 |
| VEETIDS 125MG/5ML | 100 ML | SS | Pen Vee K | AA | Apothecon | $ 2.75 | 00003-0681-44 | 084506 | 1072636 |
| VEETIDS 125MG/5ML | 200 ML | SS | Pen Vee K | AA | Apothecon | $ 3.88 | 00003-0681-54 | 084514 | 1073204 |
| VEETIDS 250MG | 100 | TB | Pen Vee K | AB | Apothecon | $ 7.74 | 00003-0115-50 | 084441 | 1073782 |
| VEETIDS 250MG | 1000 | TB | Pen Vee K | AB | Apothecon | $ 69.25 | 00003-0115-75 | 084468 | 1252378 |
| VEETIDS 250MG/5ML | 100 ML | SS | Pen Vee K | AA | Apothecon | $ 3.47 | 00003-0682-44 | 084522 | 1073691 |
| VEETIDS 250MG/5ML | 200 ML | SS | Pen Vee K | AA | Apothecon | $ 4.85 | 00003-0682-54 | 084530 | 1073758 |
| VEETIDS 500MG | 100 | TB | Pen Vee K | AB | Apothecon | $ 18.03 | 00003-0116-50 | 084476 | 1073774 |
| VEETIDS 500MG | 1000 | TB | Pen Vee K | AB | Apothecon | $ 105.77 | 00003-0116-75 | 084492 | 1252394 |
| VERAPAMIL ER 120MG | 100 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 86.21 | 00172-4285-60 | 272056 | 2720563 |
| VERAPAMIL HCL 120MG | 100 | TB | Calan/Isoptin | AB | Mylan | $ 35.45 | 00378-0772-01 | 688630 | 1813641 |
| VERAPAMIL HCL 120MG | 500 | TB | Calan/Isoptin | AB | Mylan | $ 167.40 | 00378-0772-05 | 635278 | 1270289 |
| VERAPAMIL HCL 40MG | 100 | TB | Calan/Isoptin | AB | Geneva | $ 27.66 | 00781-1014-01 | 845930 | 1999614 |
| VERAPAMIL HCL 80MG | 100 | TB | Calan/Isoptin | AB | Mylan | $ 27.70 | 00378-0512-01 | 688592 | 1813674 |
| VERAPAMIL HCL 80MG | 1000 | TB | Calan/Isoptin | AB | Mylan | $ 247.50 | 00378-0512-10 | 635260 | 1307263 |
| VERAPAMIL HCL ER 240MG | 100 | TB | Calan SR/Isoptin SR | AB | Mylan | $ 120.95 | 00378-0411-01 | 310336 | 2450591 |
| VERAPAMIL HCL ER 240MG | 500 | TB | Calan SR/Isoptin SR | AB | Mylan | $ 557.75 | 00378-0411-05 | 310352 | 2450617 |
| VERAPAMIL HCL SR 120MG | 100 | CP | Verelan | | Schein | $ 129.05 | 00364-2880-01 | 287923 | 2879237 |
| VERAPAMIL HCL SR 180MG | 100 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 108.63 | 00172-4286-60 | 899259 | 2145233 |
| VERAPAMIL HCL SR 180MG | 100 | CP | Verelan | | Schein | $ 135.16 | 00364-2882-01 | 287924 | 2879245 |
| VERAPAMIL HCL SR 180MG | 500 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 537.96 | 00172-4286-70 | 983217 | 2357283 |
| VERAPAMIL HCL SR 240MG | 100 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 120.85 | 00172-4280-60 | 899267 | 2171957 |
| VERAPAMIL HCL SR 240MG | 100 | CP | Verelan | | Schein | $ 152.54 | 00364-2884-01 | 287925 | 2879252 |
| VERAPAMIL HCL SR 240MG | 500 | TB | Calan SR/Isoptin SR | AB | Zenith Goldline | $ 598.25 | 00172-4280-70 | 899275 | 2171973 |
| VERAPAMIL HCL SR 360MG | 100 | CP | Verelan | | Schein | $ 209.94 | 00364-2886-01 | 287926 | 2879260 |
| VETUSS HC | 480 ML | SR | RuTuss Soln | NR | Cypress | $ 29.50 | 60258-0767-16 | 897116 | 2372779 |
| VIGEN-C YELLOW/ORANGE | 60 | CP | Vicon-C | NR | Genesis Products | $ 4.95 | 68585-0400-75 | 253788 | 2537884 |
| VITAMIN-MINERAL SUPP | 500 ML | EA | Gevrabon | NR | Morton Grove | $ 9.21 | 60432-0627-16 | 253739 | 2537397 |
| VITAMIN A & D | 120 GM | OI | A and D Ointment | NR | Clay Park Labs | $ 1.38 | 45802-0070-44 | 099740 | 2146876 |
| VITAMIN A & D | 144X5 GM | OI | A and D Ointment | NR | Clay Park Labs | $ 8.14 | 45802-0070-71 | 828645 | 1886415 |
| VITAMIN A & D | 454 GM | OI | A and D Ointment | NR | Clay Park Labs | $ 9.57 | 45802-0070-05 | 099767 | 2146884 |
| VITAMIN A & D | 60 GM | OI | A and D Ointment | NR | Clay Park Labs | $ 0.88 | 45802-0070-10 | 099732 | 2146868 |
| VITAMIN B-12 1MMCG | 10 ML | MD | Vitamin B12 | AP | Schein | $ 5.25 | 00364-6651-54 | 502642 | 1541457 |
| VITAMIN B-12 1MMCG | 30 ML | MD | Vitamin B12 | AP | Schein | $ 11.99 | 00364-6651-56 | 502650 | 1541531 |
| WARFARIN SOD 10MG | 100 | TB | Coumadin | AB | Barr Labs | $ 93.04 | 00555-0835-02 | 258203 | 2582039 |

98

CH 055778

Car.Hlth/SLB 0685205   Car.Suf.Co. 0616286



| Item Description | Size | Form | Comparable Brand | A/B | Supplier | AWP | NDC # | DP# | CIN |
|---|---|---|---|---|---|---|---|---|---|
| WARFARIN SOD 1MG | 100 | TB | Coumadin | AB | Barr Labs | $ 56.02 | 00555-0831-02 | 258204 | 2582047 |
| WARFARIN SOD 1MG | 1000 | TB | Coumadin | AB | Barr Labs | $ 560.48 | 00555-0831-05 | 076952 | 2764728 |
| WARFARIN SOD 2.5MG | 100 | TB | Coumadin | AB | Barr Labs | $ 60.33 | 00555-0832-02 | 258206 | 2582062 |
| WARFARIN SOD 2.5MG | 1000 | TB | Coumadin | AB | Barr Labs | $ 602.83 | 00555-0832-05 | 276474 | 2764744 |
| WARFARIN SOD 2MG | 100 | TB | Coumadin | AB | Barr Labs | $ 58.46 | 00555-0869-02 | 258205 | 2582054 |
| WARFARIN SOD 2MG | 1000 | TB | Coumadin | AB | Barr Labs | $ 584.86 | 00555-0869-05 | 276473 | 2764736 |
| WARFARIN SOD 3MG | 100 | TB | Coumadin | AB | Barr Labs | $ 60.55 | 00555-0925-02 | 282532 | 2825321 |
| WARFARIN SOD 4MG | 100 | TB | Coumadin | AB | Barr Labs | $ 60.73 | 00555-0874-02 | 258207 | 2582070 |
| WARFARIN SOD 4MG | 1000 | TB | Coumadin | AB | Barr Labs | $ 607.09 | 00555-0874-05 | 276470 | 2764702 |
| WARFARIN SOD 5MG | 100 | TB | Coumadin | AB | Barr Labs | $ 61.13 | 00555-0833-02 | 258208 | 2582088 |
| WARFARIN SOD 5MG | 1000 | TB | Coumadin | AB | Barr Labs | $ 611.34 | 00555-0833-05 | 276471 | 2764710 |
| WARFARIN SOD 6MG | 100 | TB | Coumadin | AB | Barr Labs | $ 86.69 | 00555-0926-02 | 282533 | 2825339 |
| WARFARIN SOD 7.5MG | 100 | TB | Coumadin | AB | Barr Labs | $ 89.70 | 00555-0834-02 | 258209 | 2582096 |
| ZINC OXIDE 1OZ | 30 GM | OI | Zinc Oxide | NR | Alpharma | $ 1.18 | 23317-0800-28 | 572128 | 1472950 |
| ZINC SULF 220MG | 100 | CP | Zinc Sulfate | NR | Genesis Products | $ 4.95 | 68585-0008-01 | 280416 | 2804169 |
| ZOVIA 1/35 6X21 BLSTR | 6X21 | TB | Demulen | AB | Watson | $ 159.57 | 52544-0532-21 | 154725 | 2410777 |
| ZOVIA 1/50 6X21 BLSTR | 6X21 | TB | Demulen | AB | Watson | $ 177.32 | 52544-0533-21 | 154792 | 2410785 |
| ZOVIA 28 1/35 | 6X28 | TB | Demulen 1/35 | AB | Watson | $ 159.57 | 52544-0383-28 | 152544 | 2410744 |
| ZOVIA 28 1/50 | 6X28 | TB | Demulen 1/50 | AB | Watson | $ 177.32 | 52544-0384-28 | 152692 | 2410769 |

CH 055779

Car.Hlth/SLB 0685206                    Car.Suf.Co. 0616287



CH 055780

Car.Hlth/SLB 0685207          Car.Suf.Co. 0616288




| Description | Size | File Cost (NIFO) | Retail Disc. | Cash Savings | Order Quantity | C.I.N. Branded | DP Item # Branded |
|---|---|---|---|---|---|---|---|
| Adalat | 100 | $153.94 | 0.40% | $0.62 | EA | 1265222 | 850195 |
| Aldactazide Tab | 100 | $41.34 | 2.00% | $0.83 | EA | 2371268 | 079405 |
| Aldactone Tab 25 mg | 100 | $38.36 | 2.00% | $0.77 | EA | 1355288 | 079472 |
| Anaprox DS Tab | 100 | $108.91 | 1.25% | $1.36 | EA | 1469303 | 568082 |
| Anexsia Tab 7.5 mg | 100 | $46.79 | 4.00% | $1.87 | EA | 2434496 | 255572 |
| Ansaid Tab 100 mg | 100 | $137.43 | 2.50% | $3.44 | EA | 1577774 | 614297 |
| Azulfidine 500 mg | 100 | $27.43 | 0.75% | $0.21 | EA | 1212356 | 069485 |
| Bactrim DS Tab | 100 | $106.88 | 13.00% | $13.89 | EA | 1009299 | 073288 |
| Brethine Tab 5 mg | 100 | $38.54 | 1.25% | $0.48 | EA | 1396332 | 028932 |
| Bromfed PD | 100 | $74.15 | 4.00% | $2.97 | EA | 1181254 | 062820 |
| Bumex .5 mg | 100 | $26.59 | 5.50% | $1.46 | EA | 1193416 | 073423 |
| Bumex 1 mg | 100 | $37.34 | 6.00% | $2.24 | EA | 1193432 | 241407 |
| Bumex 2mg | 100 | $63.12 | 6.00% | $3.79 | EA | 1238591 | 376728 |
| Buspar 10 mg | 100 | $103.73 | 1.00% | $1.04 | EA | 1241108 | 475629 |
| Buspar 5 mg | 100 | $59.48 | 0.50% | $0.30 | EA | 1240894 | 475610 |
| Calan Tab 80 mg | 100 | $47.36 | 2.00% | $0.95 | EA | 1047679 | 079162 |
| Carafate 1 gr | 100 | $71.05 | 0.75% | $0.53 | EA | 1293174 | 055-158 |
| Cardizem CD Cap 180 mg | 30 | $38.15 | 1.00% | $0.38 | EA | 1403898 | 762342 |
| Ceftin 250 mg | 20 | $63.25 | 1.50% | $0.95 | EA | 1478270 | 580805 |
| Corgard 40mg/R1189-B | 100 | $118.80 | 0.50% | $0.59 | EA | 1357334 | 242306 |
| Corgard 80 mg | 100 | $162.89 | 0.75% | $1.22 | EA | 1357383 | 082503 |
| **Darvocet-N 100mg** | **100** | **$55.77** | **1.50%** | **$0.84** | EA | **1324888** | **0052396** |
| Deconamine SR Caps | 100 | $75.56 | 1.00% | $0.76 | EA | 1191899 | 014761 |
| Deconsal II | 100 | $51.65 | 2.00% | $1.03 | EA | 1749712 | 648507 |
| Demulen Comp Disp1/35-28 | 6 | $148.50 | 2.00% | $2.97 | EA | 1020528 | 079677 |
| Desyrel Tab 100 mg | 100 | $256.51 | 6.00% | $15.39 | EA | 1024157 | 056820 |
| Desyrel Tab 150 mg | 100 | $220.99 | 3.50% | $7.73 | EA | 1045806 | 184837 |
| Desyrel Tab 50 mg | 100 | $146.79 | 7.00% | $10.28 | EA | 1024124 | 056855 |
| Diabeta 2.5mg | 100 | $32.15 | 6.00% | $1.93 | EA | 1329077 | 036439 |
| Diabeta 5 mg | 100 | $59.00 | 12.00% | $7.08 | EA | 1329051 | 036420 |
| Diabinese 250mg/R1233-B | 100 | $67.36 | 1.50% | $1.01 | EA | 1019769 | 068969 |
| Dilacor XR 120 mg | 100 | $89.76 | 1.00% | $0.90 | EA | 1442920 | 816795 |
| Dilacor XR 180 mg | 100 | $105.69 | 1.50% | $1.59 | EA | 1627744 | 781002 |
| Dilacor XR 240 mg | 100 | $113.03 | 1.25% | $1.41 | EA | 1627751 | 781029 |
| Disalcid 750 mg | 100 | $67.15 | 2.00% | $1.34 | EA | 1025675 | 071625 |
| Dura-Vent | 100 | $72.84 | 5.00% | $3.64 | EA | 2854040 | 464155 |
| Duratuss G / R1244-B | 100 | $42.40 | 5.00% | $2.12 | EA | 2504975 | 456985 |
| Duratuss/R1245-B | 100 | $56.24 | 5.00% | $2.81 | EA | 1906312 | 854131 |
| Duricef Cap 500 mg | 50 | $175.00 | 2.50% | $4.38 | EA | 1221084 | 365580 |
| Dyazide 25/37.5 mg | 100 | $38.00 | 1.00% | $0.38 | EA | 2013100 | 904309 |
| Dynacin 100mg | 50 | $91.93 | 3.00% | $2.76 | EA | 1122514 | 805483 |
| Dynacin Cap 50 mg/R1264-B | 100 | $104.90 | 3.00% | $3.15 | EA | 1122506 | 805475 |
| E-Mycin Tab 333 mg | 100 | $29.04 | 3.00% | $0.87 | EA | 1243948 | 618128 |
| Elavil 25 mg | 100 | $36.25 | 2.00% | $0.73 | EA | 2060978 | 059765 |
| Elavil 50 mg | 100 | $64.49 | 1.50% | $0.97 | EA | 1205889 | 240052 |
| Entex LA Tab | 100 | $79.05 | 1.00% | $0.79 | EA | 1246156 | 025356 |
| Esgic Plus Cap | 100 | $82.34 | 3.00% | $2.47 | EA | 2508182 | 464759 |
| Esgic Plus Tab | 100 | $80.05 | 3.00% | $2.40 | EA | 1752518 | 653411 |
| Esgic Tab | 100 | $107.58 | 4.00% | $4.30 | EA | 1065648 | 035289 |
| Estrace 1 mg | 100 | $37.72 | 1.25% | $0.47 | EA | 1346865 | 056952 |
| Estrace 2 mg | 100 | $55.08 | 1.50% | $0.83 | EA | 1346949 | 056995 |

Controlled substances are in bold type    101    New items are in red type

CH 055781

Car.Hlth/SLB 0685208    Car.Suf.Co. 0616289




| Description | Size | File Cost (NIFO) | Retail Disc. | Cash Savings | Order Quantity | C.I.N. Branded | DP Item # Branded |
|---|---|---|---|---|---|---|---|
| Feldene Cap 20 mg | 100 | $231.17 | 1.00% | | EA | 1060037 | 114170 |
| Fertinex 75IU | 10 | $497.30 | 1.00% | | EA | 2523686 | 529168 |
| Fioricet Tab 100s | 100 | $51.13 | 1.25% | | EA | 1390772 | 112364 |
| Fiorinal Tabs | 100 | $49.07 | 1.50% | | EA | 1250133 | 076252 |
| Flagyl 250 mg | 100 | $67.38 | 6.00% | | EA | 1043587 | 143987 |
| Glucotrol 10 mg | 100 | $58.48 | 1.50% | | EA | 1331214 | 111996 |
| Glucotrol 5 mg | 100 | $31.85 | 1.00% | | EA | 1331206 | 111988 |
| Glynase 3 mg | 100 | $48.65 | 2.50% | | EA | 1520758 | 770850 |
| Glynase Prestab 6mg | 100 | $77.35 | 2.50% | | EA | 1246800 | 878375 |
| Guaifed | 100 | $85.20 | 2.00% | | EA | 1181320 | 264792 |
| Guaifed PD | 100 | $67.92 | 2.00% | | EA | 1054881 | 381578 |
| Humibid DM | 100 | $63.03 | 9.10% | | EA | 1766443 | 648515 |
| Humibid LA | 100 | $42.05 | 1.00% | | EA | 1565282 | 310050 |
| Inderal LA 120 mg | 100 | $110.31 | 1.25% | | EA | 1221001 | 008052 |
| Inderal LA 160 mg | 100 | $144.43 | 1.25% | | EA | 1221019 | 008060 |
| Inderal LA 80 mg | 100 | $89.00 | 1.00% | | EA | 1220979 | 008044 |
| Inderal Tab 10 mg | 100 | $31.03 | 1.25% | | EA | 1069467 | 008079 |
| Inderal Tab 20 mg | 100 | $43.56 | 1.50% | | EA | 1136548 | 008117 |
| Inderal Tab 40 mg | 100 | $56.53 | 2.00% | | EA | 1069566 | 008141 |
| Inderal Tab 80 mg | 100 | $86.79 | 2.50% | | EA | 1348069 | 008257 |
| Intal Nebulizer 2ml | 2ml | $46.55 | 2.00% | | EA | 1088707 | 236837 |
| Ionamin 30 mg | 100 | $123.06 | 0.50% | | EA | 2533958 | 584789 |
| K-Tab 10 mEq | 100 | $33.89 | 5.00% | | EA | 1094960 | 001163 |
| Lanoxin 0.125 | 100 | $16.92 | 7.50% | | EA | 1004985 | 018570 |
| Lanoxin Tab 0.25 mg | 1000 | $130.06 | 2.50% | | EA | 1025824 | 018546 |
| Lanoxin Tab 0.25 mg | 100 | $16.92 | 9.00% | | EA | 1025808 | 018538 |
| Lasix 20mg | 100 | $15.95 | 2.00% | | EA | 2199909 | 036692 |
| Lasix 40mg | 100 | $22.35 | 2.50% | | EA | 1765049 | 036730 |
| Levbid .375 | 100 | $62.99 | 4.00% | | EA | 2378651 | 888966 |
| Levothroid .05mg | 100 | $7.14 | 3.00% | | EA | 1314194 | 090123 |
| Levothroid .15mg | 100 | $10.55 | 3.00% | | EA | 1057868 | 090212 |
| Levothroid 0.1 mg | 100 | $8.68 | 3.00% | | EA | 1314202 | 090166 |
| Levsin SL .125 mg | 100 | $35.54 | 3.00% | | EA | 1512987 | 633224 |
| Levsinex Timecaps 0.375mg/R1555 | 100 | $70.85 | 5.00% | | EA | 1149756 | 074896 |
| **Lomotil Tab** | 100 | $44.39 | 3.50% | | EA | **1181338** | **242047** |
| **Lorcet Plus** | 100 | $61.04 | 6.00% | | EA | **1518976** | **327077** |
| **Lorcet Tab 10/650mg** | 100 | $85.87 | 2.50% | | EA | **1669563** | **790567** |
| **Lortab Tab 10/500mg** | 100 | $54.91 | 7.00% | | EA | **2465391** | **347450** |
| **Lortab Tab 7.5/500mg** | 100 | $52.38 | 5.00% | | EA | **1554971** | **622184** |
| Lozol Tab 2.5 mg | 100 | $87.33 | 0.75% | | EA | 1243039 | 090301 |
| Macrodantin Cap 50 mg | 100 | $71.10 | 1.25% | | EA | 1260777 | 025496 |
| Micro-K 10 MEQ | 100 | $20.33 | 1.50% | | EA | 1340066 | 241334 |
| Micro-K 8 MEQ | 100 | $19.26 | 1.50% | | EA | 1229665 | 072605 |
| Micronase Tab 5 mg | 100 | $55.53 | 4.00% | | EA | 1327873 | 088382 |
| Motrin 400 mg | 100 | $9.97 | 9.00% | | EA | 1250000 | 088412 |
| Motrin 600 mg | 100 | $14.21 | 12.00% | | EA | 1272848 | 245267 |
| Motrin 800 mg | 100 | $18.77 | 5.00% | | EA | 1082742 | 269220 |
| Myambutol 400 mg. | 100 | $158.80 | 2.00% | | EA | 1258714 | 279560 |
| Naprosyn Tab 375 mg | 100 | $91.09 | 1.00% | | EA | 1292671 | 086193 |
| Naprosyn Tab 500 mg | 100 | $111.26 | 1.00% | | EA | 1053974 | 086223 |
| Norflex 100 mg | 100 | $192.50 | 2.00% | | EA | 1191527 | 071803 |

Controlled substances are in bold type         102         New items are in red type

CH 055782

Car.Hlth/SLB 0685209         Car.Suf.Co. 0616290

 

| Description | Size | File Cost (NIFO) | Retail Disc. | Cash Savings | Order Quantity | C.I.N. Branded | DP Item # Branded |
|---|---|---|---|---|---|---|---|
| Norgesic Forte 50 mg | 100 | $153.65 | 3.00% | | EA | 1219013 | 241245 |
| Normodyne 100 mg | 100 | $46.01 | 5.00% | | EA | 1075647 | 266086 |
| Normodyne 200 mg | 100 | $65.27 | 5.00% | | EA | 1344498 | 078166 |
| Normodyne 300 mg | 100 | $86.82 | 1.75% | | EA | 1344514 | 078190 |
| Norpace Cap 100 mg | 100 | $54.15 | 2.00% | | EA | 1124874 | 079952 |
| Norpace Cap 150 mg | 100 | $63.96 | 2.00% | | EA | 1124882 | 079995 |
| Norpace CR 100mg | 100 | $65.22 | 2.00% | | EA | 1095330 | 080047 |
| Norpace CR 150mg | 100 | $77.08 | 2.00% | | EA | 1095348 | 080063 |
| Norvasc 5 mg | 90 | $95.33 | 0.50% | | EA | 2552552 | 255255 |
| Ogen 0.625 mg | 100 | $51.85 | 1.50% | | EA | 1033588 | 001384 |
| Ogen 1.25 mg | 100 | $72.43 | 2.00% | | EA | 1033570 | 001392 |
| Orudis Cap 75 mg | 100 | $99.26 | 1.00% | | EA | 1236686 | 368067 |
| Pancrease | 100 | $33.61 | 1.00% | | EA | 1211408 | 056022 |
| Parafon Forte Dsc | 100 | $101.83 | 1.75% | | EA | 1442573 | 532673 |
| Phrenilin Forte 50/650 mg | 100 | $27.68 | 5.00% | | EA | 1125319 | 236039 |
| Premarin .3 mg | 100 | $31.35 | 0.50% | | EA | 1124478 | 008567 |
| Premarin 0.625 mg 100 | 100 | $42.46 | 1.50% | | EA | 1124460 | 008540 |
| Premarin 0.625 mg 1000 | 1000 | $409.06 | 1.25% | | EA | 1095751 | 008559 |
| Premarin 1.25 mg | 100 | $59.19 | 2.00% | | EA | 1124445 | 008516 |
| Premarin 1.25 mg 1000 | 1000 | $570.81 | 1.00% | | EA | 1124452 | 008524 |
| Premarin 2.5 mg | 100 | $101.55 | 1.00% | | EA | 1124437 | 008486 |
| Procardia XL 30 mg | 100 | $110.69 | 0.50% | | EA | 1748714 | 651265 |
| Procardia XL 60 mg | 100 | $191.55 | 0.75% | | EA | 1748722 | 651273 |
| Proventil Repetab 4 mg | 100 | $64.68 | 0.75% | | EA | 1449990 | 542059 |
| Provera 10 mg | 100 | $73.21 | 8.00% | | EA | 1299817 | 088579 |
| Provera 2.5 mg | 100 | $39.16 | 3.50% | | EA | 1140250 | 327719 |
| Provera 5 mg | 100 | $59.10 | 4.50% | | EA | 1137769 | 316970 |
| Quinaglute Duratabs | 100 | $46.80 | 2.00% | | EA | 1141431 | 014958 |
| Quinidex Extend Tab | 100 | $77.20 | 1.50% | | EA | 1033927 | 072834 |
| Reglan 10 mg | 100 | $61.50 | 1.50% | | EA | 1200955 | 072788 |
| Rynatan Tab | 100 | $135.70 | 2.50% | | EA | 1110303 | 243248 |
| Septra DS Tab | 100 | $128.10 | 10.00% | | EA | 1303270 | 018864 |
| Sinemet CR | 100 | $139.70 | 1.00% | | EA | 1409119 | 743712 |
| Sinequan 50 mg | 100 | $55.25 | 5.50% | | EA | 0110961 | 112151 |
| Sinequan Cap 25 mg | 100 | $39.25 | 6.00% | | EA | 1109578 | 112135 |
| Skelaxin 400mg | 100 | $47.52 | 8.50% | | EA | 1034636 | 121517 |
| Soma 350 mg | 100 | $210.57 | 1.25% | | EA | 1287390 | 091960 |
| Synthroid .025 mg | 100 | $19.15 | 4.50% | | EA | 1084573 | 028584 |
| Synthroid .05mg | 100 | $21.75 | 5.00% | | EA | 1156025 | 236934 |
| Synthroid .075 mg | 100 | $24.05 | 5.00% | | EA | 1208933 | 028606 |
| Synthroid .1 mg | 100 | $24.60 | 5.00% | | EA | 1156033 | 028622 |
| Synthroid .112 mg | 100 | $28.45 | 5.00% | | EA | 1519891 | 601233 |
| Synthroid .125 mg | 100 | $28.85 | 5.50% | | EA | 1208958 | 285552 |
| Synthroid .15 mg | 100 | $29.65 | 5.00% | | EA | 1084508 | 028738 |
| Synthroid .2 mg | 100 | $35.35 | 6.50% | | EA | 1156041 | 028673 |
| Synthroid .3mg/R2105 | 100 | $48.05 | 6.00% | | EA | 1078419 | 028703 |
| Synthroid 0.088mg. | 100 | $24.40 | 4.50% | | EA | 1846807 | 696900 |
| Synthroid 0.175mg. | 100 | $35.25 | 5.00% | | EA | 1519883 | 601268 |
| Tenex 1mg | 100 | $84.79 | 1.25% | | EA | 1414184 | 485063 |
| Theo Dur Tab 200 mg | 100 | $28.23 | 4.00% | | EA | 1139229 | 046663 |
| Theo Dur Tab 300 mg | 100 | $33.54 | 4.50% | | EA | 1263151 | 238740 |

Controlled substances are in bold type      103      New items are in red type

CH 055783

Car.Hlth/SLB 0685210           Car.Suf.Co. 0616291