**ANDERSON EXHIBIT 18S**



| Description | Size | File Cost (NIFO) | Retail Disc. | Cash Savings | Order Quantity | C.I.N. Branded | DP Item # Branded |
|---|---|---|---|---|---|---|---|
| Thyroid .5 gr | 100 | $9.19 | 12.50% | $1.15 | EA | 1112549 | 090662 |
| Thyroid 1 gr | 100 | $10.21 | 13.00% | $1.33 | EA | 1112572 | 090670 |
| Thyroid 2 gr | 100 | $18.89 | 16.00% | $3.02 | EA | 1112606 | 090719 |
| Tiazac 120mg | 30 | $24.16 | 5.00% | $1.21 | EA | 2546778 | 254677 |
| Tiazac 180mg | 30 | $29.17 | 5.50% | $1.60 | EA | 2546786 | 254678 |
| Tiazac 240mg | 30 | $41.38 | 6.00% | $2.48 | EA | 2546794 | 254679 |
| Tiazac 300mg | 30 | $53.62 | 6.00% | $3.22 | EA | 2546802 | 254680 |
| Tiazac 360mg | 30 | $54.65 | 6.50% | $3.55 | EA | 2546810 | 254681 |
| Trandate 100 mg | 100 | $46.01 | 1.50% | $0.69 | EA | 1088608 | 272639 |
| Trandate 200 mg | 100 | $65.27 | 1.50% | $0.98 | EA | 1341338 | 237639 |
| Tri-Levlen 28 pack | 3 | $67.25 | 1.25% | $0.84 | EA | 1218486 | 362972 |
| **Tylenol w/codeine #3** | **100** | **$30.68** | **8.00%** | **$2.49** | EA | 2023000 | 056138 |
| **Vicodin ES Tab** | **100** | **$44.55** | **2.00%** | **$0.89** | EA | 1516616 | 633178 |
| **Vicodin HP / 660 mg.** | **100** | **$50.72** | **3.50%** | **$1.78** | EA | 2510857 | 477907 |
| **Vicodin Tab** | **100** | **$40.40** | **2.00%** | **$0.81** | EA | 1181551 | 048232 |
| **Vicoprofen 7.5 / 200mg.** | **100** | **$74.88** | **4.00%** | **$3.00** | EA | 2613305 | 261330 |
| Volmax 4mg. | 100 | $64.87 | 1.50% | $0.97 | EA | 2303022 | 961213 |
| Volmax 8mg. | 100 | $120.43 | 2.00% | $2.41 | EA | 2303014 | 961221 |
| Voltaren 50mg | 100 | $102.14 | 0.50% | $0.51 | EA | 1507953 | 596728 |
| Voltaren 75mg | 100 | $123.70 | 0.50% | $0.62 | EA | 1507912 | 596663 |
| **Xanax .25mg** | **100** | **$63.55** | **1.50%** | **$0.95** | EA | 1296300 | 088749 |
| **Xanax Tab 0.5 mg** | **100** | **$79.17** | **1.50%** | **$1.19** | EA | 1296318 | 088757 |
| **Xanax Tab 1 mg** | **100** | **$105.63** | **2.00%** | **$2.11** | EA | 1296540 | 088781 |
| Yocon 5.4 mg | 100 | $41.75 | 6.00% | $2.51 | EA | 1305671 | 451223 |
| Zestril 10mg | 100 | $76.05 | 0.50% | $0.38 | EA | 1475284 | 574287 |
| Zestril 20mg | 100 | $81.40 | 0.50% | $0.41 | EA | 1475300 | 574295 |

Controlled substances are in bold type

104

New items are in red type



| Description | Size | File Cost (NIFO) | Retail Disc. | Cash Savings | Order Quantity | C.I.N. Branded | DP Item # Branded |
|---|---|---|---|---|---|---|---|
| Thyroid .5 gr | 100 | $9.19 | 12.50% | | EA | 1112549 | 090662 |
| Thyroid 1 gr | 100 | $10.21 | 13.00% | | EA | 1112572 | 090670 |
| Thyroid 2 gr | 100 | $18.89 | 16.00% | | EA | 1112606 | 090719 |
| Tiazac 120mg | 30 | $24.16 | 5.00% | | EA | 2546778 | 254677 |
| Tiazac 180mg | 30 | $29.17 | 5.50% | | EA | 2546786 | 254678 |
| Tiazac 240mg | 30 | $41.38 | 6.00% | | EA | 2546794 | 254679 |
| Tiazac 300mg | 30 | $53.62 | 6.00% | | EA | 2546802 | 254680 |
| Tiazac 360mg | 30 | $54.65 | 6.50% | | EA | 2546810 | 254681 |
| Trandate 100 mg | 100 | $46.01 | 1.50% | | EA | 1088608 | 272639 |
| Trandate 200 mg | 100 | $65.27 | 1.50% | | EA | 1341338 | 237639 |
| Tri-Levlen 28 pack | 3 | $67.25 | 1.25% | | EA | 1218486 | 362972 |
| Tylenol w/codeine #3 | 100 | $30.68 | 8.00% | | EA | 2023000 | 056138 |
| Vicodin ES Tab | 100 | $44.55 | 2.00% | | EA | 1516616 | 633178 |
| Vicodin HP / 660 mg. | 100 | $50.72 | 3.50% | | EA | 2510857 | 477907 |
| Vicodin Tab | 100 | $40.40 | 2.00% | | EA | 1181551 | 048232 |
| Vicoprofen 7.5 / 200mg. | 100 | $74.88 | 4.00% | | EA | 2613305 | 261330 |
| Volmax 4mg. | 100 | $64.87 | 1.50% | | EA | 2303022 | 961213 |
| Volmax 8mg. | 100 | $120.43 | 2.00% | | EA | 2303014 | 961221 |
| Voltaren 50mg | 100 | $102.14 | 0.50% | | EA | 1507953 | 596728 |
| Voltaren 75mg | 100 | $123.70 | 0.50% | | EA | 1507912 | 596663 |
| Xanax .25mg | 100 | $63.55 | 1.50% | | EA | 1296300 | 088749 |
| Xanax Tab 0.5 mg | 100 | $79.17 | 1.50% | | EA | 1296318 | 088757 |
| Xanax Tab 1 mg | 100 | $105.63 | 2.00% | | EA | 1296540 | 088781 |
| Yocon 5.4 mg | 100 | $41.75 | 6.00% | | EA | 1305671 | 451223 |
| Zestril 10mg | 100 | $76.05 | 0.50% | | EA | 1475284 | 574287 |
| Zestril 20mg | 100 | $81.40 | 0.50% | | EA | 1475300 | 574295 |

CH 055784

Car.Hlth/SLB 0685211    Car.Suf.Co. 0616292



| Description | Size | File Cost (NIFO) | Retail Disc. | Cash Savings | Order Quantity | C.I.N. Branded | DP Item # Branded |
|---|---|---|---|---|---|---|---|
| Thyroid .5 gr | 100 | $9.19 | 12.50% | | EA | 1112549 | 090662 |
| Thyroid 1 gr | 100 | $10.21 | 13.00% | | EA | 1112572 | 090670 |
| Thyroid 2 gr | 100 | $18.89 | 16.00% | | EA | 1112606 | 090719 |
| Tiazac 120mg | 30 | $24.16 | 5.00% | | EA | 2546778 | 254677 |
| Tiazac 180mg | 30 | $29.17 | 5.50% | | EA | 2546786 | 254678 |
| Tiazac 240mg | 30 | $41.38 | 6.00% | | EA | 2546794 | 254679 |
| Tiazac 300mg | 30 | $53.62 | 6.00% | | EA | 2546802 | 254680 |
| Tiazac 360mg | 30 | $54.65 | 6.50% | | EA | 2546810 | 254681 |
| Trandate 100 mg | 100 | $46.01 | 1.50% | | EA | 1088608 | 272639 |
| Trandate 200 mg | 100 | $65.27 | 1.50% | | EA | 1341338 | 237639 |
| Tri-Levlen 28 pack | 3 | $67.25 | 1.25% | | EA | 1218486 | 362972 |
| **Tylenol w/codeine #3** | **100** | **$30.68** | **8.00%** | | EA | 2023000 | 056138 |
| **Vicodin ES Tab** | **100** | **$44.55** | **2.00%** | | EA | 1516616 | 633178 |
| **Vicodin HP / 660 mg.** | **100** | **$50.72** | **3.50%** | | EA | 2510857 | 477907 |
| **Vicodin Tab** | **100** | **$40.40** | **2.00%** | | EA | 1181551 | 048232 |
| Vicoprofen 7.5 / 200mg. | 100 | $74.88 | 4.00% | | EA | 2613305 | 261330 |
| Volmax 4mg. | 100 | $64.87 | 1.50% | | EA | 2303022 | 961213 |
| Volmax 8mg. | 100 | $120.43 | 2.00% | | EA | 2303014 | 961221 |
| Voltaren 50mg | 100 | $102.14 | 0.50% | | EA | 1507953 | 596728 |
| Voltaren 75mg | 100 | $123.70 | 0.50% | | EA | 1507912 | 596663 |
| **Xanax .25mg** | **100** | **$63.55** | **1.50%** | | EA | 1296300 | 088749 |
| **Xanax Tab 0.5 mg** | **100** | **$79.17** | **1.50%** | | EA | 1296318 | 088757 |
| **Xanax Tab 1 mg** | **100** | **$105.63** | **2.00%** | | EA | 1296540 | 088781 |
| Yocon 5.4 mg | 100 | $41.75 | 6.00% | | EA | 1305671 | 451223 |
| Zestril 10mg | 100 | $76.05 | 0.50% | | EA | 1475284 | 574287 |
| Zestril 20mg | 100 | $81.40 | 0.50% | | EA | 1475300 | 574295 |



Controlled substances are in bold type        104        New items are in red type



SATISFACTION GUARANTEED

# COMPLETE NUTRITION
## Balanced Nutritional Supplement

## COMPARE TO ENSURE®* AND ENSURE PLUS®*



Vanilla Regular - 24 x 8oz
Order#: CIN#2832814 / DP#283281



Vanilla Plus - 24 x 8oz
Order#: CIN#2832848 / DP#283284



Chocolate Regular - 24 x 8oz
Order#: CIN#2832806 / DP#283280



Chocolate Plus - 24 x 8oz
Order#: CIN#2832830 / DP#283283

- Great tasting
- Ready to drink
- High $$ profitability
- Lactose free
- New 6-Pack Overwrap

*All Leader® Brand products are satisfaction guaranteed or your money back*

* ENSURE® and ENSURE PLUS® are registered trademarks of Abbott Laboratories. This product is not manufactured or distributed by Abbott Laboratories, distributors of ENSURE® and ENSURE PLUS.®

CH 055785

Car.Hlth/SLB 0685212      Car.Suf.Co. 0616293