**ANDERSON EXHIBIT 19**

Maryland Example: NDC 00074632613 in 2004 Q2

| State | Utilization | | | Original Pricing | | | But-for Pricing | | Dispensing Fee | Reimbursement Amounts Per Claim | | | Under (Over) Extrapolation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Scripts | Units | Dollars | AWP | WAC | MAC | WAC | AWP | | Average Original | But-for Claim-by-Claim | But-for Extrapolated | Per Script | Aggregate |
| Maryland | 145 | 5,513 | 1,270 | 0.1551 | 0.1241 | 0.0975 | 0.0814 | 0.1018 | 4.69 | 8.76 | 8.03 | 7.01 | (1.02) | (148) |

Nebraska Example: NDC 00074632653 in 1997 Q1

| State | Utilization | | | Original Pricing | | | But-for Pricing | | Reimbursement Amounts Per Claim | | | | Under (Over) Extrapolation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Scripts | Units | Dollars | AWP | WAC | MAC | WAC | AWP | Dispensing Fee | Average Original | But-for Claim-by-Claim | But-for Extrapolated | Per Script | Aggregate |
| Missouri | 324 | 10,912 | 2,634 | 0.1364 | 0.1091 | 0.0650 | 0.0556 | 0.0695 | 4.09 | 8.13 | 6.19 | 6.44 | 0.26 | 83.28 |
| Nebraska | 14 | 642 | 97 | 0.1364 | 0.1091 | 0.0650 | 0.0556 | 0.0695 | 4.66 | 6.90 | 6.90 | 5.47 | (1.43) | (20.01) |