# ANDERSON EXHIBIT 20

# 28

# FILE NAME:

Ery /Ped ungo



**EXHIBIT**

LEHN 9

2L 1-15-09



EXHIBIT  520

WIT: De Young

DATE: 3-20-07

Cynthia Vohlken

TXABT 244823

TXABT 244823

 **ABBOTT**
INTEROFFICE CORRESPONDENCE

FROM: Bob Rochelle, Asst. Market Manager, Managed Care

DEPT:  0502    BLDG:  AP30      EXT:  5-0351

TO: Russ Lehn
Dave Dezelan
Ron Mulcahy
Chris Pavlik
Garry Sparks

DATE:   May 19, 1995

RE: 1995/1996 Ery Contracts

Please find attached a draft Ery contract for 1995/1996. In the proposed contract, we have made several changes, some in the body of the contract itself and others to the pricing and tier structure (Exhibit A of the agreement).

While there were many changes to the contract, below I outline for you the broad thrust of those changes. Also, please find attached a price grid which overviews the price and tier changes proposed. I will review all the changes with you at our meeting next Wednesday.

## GOALS OF NEW CONTRACT

The goals of the proposed 1995/1996 Antibiotic Contract are as follows:

- Stop the margin bleeding due to dramatic price decreases in the 1994/1995 vs. the previous year;
- Further level the competitive playing field by offering one contract to all chains (in lieu of two separate contracts for large and small chains);
- Further simplify pricing by offering one-performance-tier contracts only;
- Shifting contracts further away from base price incentives (by raising access prices) and increasingly toward performance incentives (by lowering tiers and increasing rebates at those tiers);
- Rationalize the performance tier structure, i.e. set performance tiers so they will be more uniformly and reasonably attainable by accounts;
- Adjust category-specific prices according to category price elasticity, existing Abbott market share, category margin contribution, and break-even analyses; and
- Adjust line item prices to specific products based on feedback from the NAMs.

**TXABT 244824**

HIGHLY CONFIDENTIAL

## ADJUSTMENTS TO CONTRACT

Contract Language

The major contract language changes proposed are as follows:

- Adding Categories Six & Seven (Pediazole and PCE) to the contract;
- Better defining Abbott Product Usage (or market share), specifically how the different data sources are used in these calculations;
- Putting the onus on RBGs, wholesalers, and member stores to properly report data to Abbott; and
- Stipulating the time frame for rebate payments.

Pricing

The major pricing changes proposed are as follows:

- CHAINS: Raising base prices moderately (with the exception of Category 1 where prices stayed level – 36% of all Ery margin flows through this category), and bringing in performance tiers slightly to partially offset base price increases;
- RBGs: Increasing base prices slightly (except in Categories 2 & 4 where prices were raised significantly – RBGs purchased very little product in these categories last semester, and performance is deteriorating), and bringing in performance tiers significantly to partially offset base price increases;
- SMALL CHAINS: Merging the chains into one contract has the effect of decreasing base prices to the small chains from 3% – 24%;
- Rationalizing performance tiers so that in aggregate they are more achievable for all account types;
- Spreading prices between 'premium' and 'economy' products within categories (e.g. Category 5: (a) increasing price for the premium EryPed product, (b) raising the mid-teir EES O/S significantly and (c) lowering ery ethyl succinate somewhat. The net effect is to increase and make more uniform the spread between largely substitutable products within this category). The goal is to reap more margin from category 5 as a whole.

In considering these price adjustments, please remember the following:

- Abbott has not increased list price on any of these items since 1991;
- The ten-year compound annual price increases for these products range from –1.6% to 3.91%. (excluding the branded premium product EryPed, this range collapses to –1.56% – 1.16%).
- While CPI 3/94-3/95 was only 2.86%, CoGs on these products ranged between 4-6% '93/94. Annual increases in CoGs such as this cut into margin, yet we have seen little offsetting price increases.
- Last year's effective price decreases were 2% – 9% to the Large Chains and 12% – 26% to the retail buying groups versus previous year. While we cannot regain all lost margin, we can justifiably raise prices slightly. (Despite as much as 26% price decreases, RBGs generally did not increase performance).

I look forward to discussing this with you further Wednesday.

Thank you.

TXABT 244825

HIGHLY CONFIDENTIAL

## Overview - Proposed Price and Tier Changes

As a result of the proposed changes, prices and tiers will move for large chains, small chains and retail buying groups.

### Base Price Increases (Price Increase Net of Projected Rebates)

|  |  | Large | Small | RBG | Net Price Change All Accounts |
|---|---|---|---|---|---|
| Cat 1 | EryTab | 0.0% | -12.7% | 3.0% | 0.0% |
| Cat 2 | Caps | 3.0% | -9.7% | 8.0% | 3.0% |
| Cat 3 | Stearate | 5.0% | -11.1% | 4.0% | 0.8% |
|  | Base | 8.0% | -4.0% | 6.0% | 5.8% |
| Cat 4 | EES | 6.0% | -2.6% | 8.0% | 6.0% |
|  | Ery Ethyl | 3.0% | -7.0% | 0.0% | 4.2% |
| Cat 5 | EryPed O/S | 5.0% | -5.5% | 4.0% | 5.0% |
|  | EES O/S | 7.0% | -15.7% | 6.0% | 7.0% |
|  | Ery Ethyl O/S | 2.0% | -23.5% | -2.0% | 2.0% |

### Tiers (Change from previous year)

|  | Large | Small* | RBG |
|---|---|---|---|
| Cat 1 | 85% (+10%) | 85% (+25% vs. 1st tier) | 60% (even w/ 1st tier) |
| Cat 2 | 80% (-5%) | 80% (+10% vs. 1st tier) | 50% (-20% vs. 1st tier) |
| Cat 3 | 95% (-5%) | 95% (+15% vs. 1st tier) | 80% (even w/ 1st tier) |
| Cat 4 | 85% (-10%) | 85% (+5% vs. 1st tier) | 60% (-20% vs. 1st tier) |
| Cat 5 | 75% (-10%) | 75% (+5% vs. 1st tier) | 50% (-20% vs. 1st tier) |

*by virtue of being combined with Larges in 1995/1996, Small Chains will now have access to much lower base/access prices.

Kicku of 1% + 3%. for

HIGHLY CONFIDENTIAL

TXABT 244826

TXABT 244826

DRAFT : 5/19/95

Abbott Laboratories
Pharmaceutical Products Division

200 Abbott Park Road
Abbott Park, IL 60064-3537

## ANTIBIOTIC PURCHASE AGREEMENT

Customer: _____

City/State: _____

Customer #: _____

Tax I.D. # (F.E.I.N.) _____

Acct. Mgr.: _____

Agreement Term:  One (1) Year     From: __/__/__  To: 06/30/1996

(beginning the later of July 1, 1995 or date of signing)

1.  **Purchase and Sale.** Customer shall purchase from Abbott, and Abbott shall sell to Customer, the antibiotic products described in Exhibit A ("Antibiotic Products") upon the terms and conditions of this Agreement. Customer commits to purchase from Abbott, and Abbott commits to sell to Customer, a minimum of Thirty Thousand Dollars ($30,000) of Antibiotic Products per six-month period of this agreement.

2.  **Prices and Delivery.** Prices for Abbott Antibiotic Products are set forth in Exhibit A. Prices shall be firm for the Agreement Term. Direct purchase invoices are discounted 2%/thirty (30) days, net thirty-one (31) days of invoice date. Sixty (60) days extended dating will be granted for orders of $500 or more. Delivery shall be F.O.B. destination.

3.  **Definitions.**

    (a) **Category One.** All strengths of Abbott EryTab®, E-Mycin®, and all other multi-source Enteric Coated Erythromycin Tablet Products.

    (b) **Category Two.** Abbott Delayed Release Erythromycin Capsules, ERYC®, and all other multi-source Delayed Release Erythromycin Capsule products.

    (c) **Category Three.** All strengths of Abbott Erythrocin® Stearate, Abbott Erythromycin Base Filmtab®, and all other multi-source Erythromycin Stearate Tablet products.

    (d) **Category Four.** All strengths of Abbott EES® tablets, Abbott Erythromycin Ethylsuccinate tablets, and all other multi-source Erythromycin Ethylsuccinate tablet products.

    (e) **Category Five.** All strengths of Abbott EES® liquids, Abbott EryPed®, Abbott Erythromycin Ethylsuccinate Oral Suspension, and all other multi-source Erythromycin Ethylsuccinate Oral Suspension products.

    (f) **Category Six.** All sizes of Abbott Pediazole®, Abbott erythromycin / sulfisoxazole, and all other multi-source erythromycin / sulfisoxazole suspension products.

    (g) **Category Seven.** All strengths of Abbott PCE® tablets, and all other multi-source polymer-coated erythromycin products.

    (h) **Abbott Product Usage.** The percentage of Customer's unit purchases within a given Category which are Abbott Antibiotic Products as described under paragraph five (5) below. For the purposes of determining Abbott Product Usage, the markets for categories one through seven (1 - 7) are defined in Exhibit D.

    (i) **Units.** For the purposes of determining Abbott Product Usage, units for categories one (1), two (2), three (3), four (4) and seven (7) shall be based on 'eaches', i.e. tablets, capsules, etc. Units for categories five (5) and six (6) shall be based on milliliters, regardless of product concentration.

    (j) **Rebates.** The rebates corresponding to Abbott Product Usage as shown in Exhibit A.

c:\data\wml\data\comm\eryagree

HIGHLY CONFIDENTIAL

TXABT 244827

TXABT 244827

4. **Rebate Payment.** If Abbott Product Usage falls within any of the Rebate levels in Exhibit A, Abbott shall pay the rebate indicated on Exhibit A for all purchases of such Antibiotic Products. These rebates shall be based upon Abbott Product Usage as determined for each of the first and second six month periods of this Agreement. Subject to paragraph five (5), rebates will be calculated using two data sources: (1) Abbott sales data will be used to determine sales of Abbott products in each category ; (2) IMS data will be used to determine Abbott Product Usage vis-a-vis competitive product usage in each category.

IMS data will be received by Abbott within 75 days after the end of each six-month period. Abbott will issue rebate payments based on this data no later than 120 days after the end of each six-month period. For those accounts supplying their own data (see paragraph five (5) below), rebate payments, where applicable, will be made no later than 45 days after receipt of data from Customer.

*(RBG CONTRACT ONLY:* If an independent store belongs to multiple retail buying groups, Abbott will recognize a non-direct product sale for a contract as it is reported by the store's wholesaler, and register that sale to the specific contract reported in the Abbott sales tracking system. It is the responsibility of each retail buying group to assure that their wholesalers report transactions appropriately for their membership).

5. **Provision of Data.** Customer shall sign and provide to Abbott a release in the form of Exhibit B which allows for the provision of data to Abbott from IMS America. Such data shall be used to determine Abbott Product Usage. If Customer does not provide Abbott with the release in Exhibit B, Customer shall supply data directly to Abbott on diskette in the form of Exhibit C. Data record layout shall be provided by Abbott to Customer if this option is selected. (For the purposes of determining Abbott Product Usage, the markets for categories one through seven (1 - 7) are described in Exhibit D).

6. **Product Availability.** Abbott may discontinue marketing any Antibiotic Products or reasonably allocate supply in the event of shortage, and any such action shall not be deemed a breach of this Agreement.

7. **Customer Eligibility.** Products purchased hereunder are restricted for distribution solely to Customer's pharmacies for retail sale to the public. Before contract pricing is made available to Customer, Customer must provide to Abbott a listing of store locations including name, address and DEA number must be provided by Customer. This list must be updated during the contract period as changes occur.

8. **Competition.** Customer represents that the net prices of Antibiotic Products in this Agreement are competitive with those available from competitors of Abbott, and Abbott represents it has offered the net prices herein to meet competition.

9. **Reporting Obligation.** This agreement sets forth the terms of a discount/rebate program. Customer may be obligated by law to report such discounts/rebates to federal or state agencies. *See,* e.g, U.S. Code of Fed. Regs., Vol. 42, Part 1001.

10. **Additional Terms.** Additional terms and conditions not stated herein are contained in the Abbott Pharmaceutical Products and Ross Products Division Price Catalogs in effect at time of invoice and are subject to change by Abbott without notice.

c:\data\armldata\forms\exyagree

HIGHLY CONFIDENTIAL

TXABT 244828

TXABT 244828

11. **Term and Termination.** This Agreement shall be in effect during the Agreement Term, unless terminated sooner pursuant to the following:

(a) **Breach.** If a party commits a material breach of this Agreement, the non-breaching party may terminate this Agreement upon delivering thirty (30) days prior written notice to the breaching party, unless the breaching party cures the breach during such 30-day period.

(b) **Bankruptcy.** Either party may terminate this Agreement immediately upon delivering written notice to the other party in the event of the bankruptcy or insolvency of the other party.

(c) **Without Cause.** Either party may terminate this Agreement without cause as of the end of any calendar quarter by giving the other party ninety (90) days prior written notice.

The expiration or termination of this Agreement shall not affect any rights and obligations of the parties which have accrued prior to the effective date of such expiration or termination.

12. **Books and Records.** Customer shall maintain accurate books and records relating to the purchase and sale of all manufacturer's Antibiotic Products. At Abbott's written request, Customer shall make such information available for inspection by Abbott or its designated auditors during regular business hours.

13. **Miscellaneous.**

(a) **Confidentiality.** Except as otherwise may be required to be disclosed by law, each party shall maintain the confidentiality of the existence of, and all the terms and conditions of, this Agreement throughout the Agreement Term and for a period of three (3) years thereafter.

(b) **Notices.** Any notice required or permitted to be given by either party tot he other shall be given in person or sent by first class mail, postage prepaid, addressed to the other party at the address first set forth above or as a party may notify the other in accordance herewith.

(c) **Use of Trademarks, Etc.** Neither party shall use any patented, trade-named, trade-marketed, service-marked or copyrighted material or property belonging to the other party, except as expressly permitted in writing by the other party.

(d) **Force Majeure.** Noncompliance with any obligations hereunder due to force majeure, such as acts of God, laws or regulations of any government, war, civil commotion, destruction of production facilities and materials, fire, earthquake or storm, labor disturbances, shortage of materials, failure of public utilities or common carriers, and any other causes beyond the reasonable control of the parties, shall not constitute breach of contract.

(e) **Assignment and Waiver.** Neither party may assign this Agreement to a third party without the prior written consent of the other party. Any permitted assignee shall assume all obligations of its assignor. No assignment shall relieve a party of any obligations which have accrued prior thereto. If Customer sells all or substantially all its business relating to this Agreement, Customer shall assign this Agreement to the acquiring party, subject to Abbott's consent. Any waiver of a breach of any provision of this Agreement shall not be construed as a waiver of any succeeding breach of such provision or a waiver of the provision itself.

c:\data\amcrdata\forms\key1prpt

**TXABT 244829**

HIGHLY CONFIDENTIAL

(f) **Binding Agreement.** This Agreement shall inure to the benefit of and be binding upon each party, its successors and permitted assigns.

(g) **Entire Agreement.** This Agreement along with Exhibits A, B, C and D constitutes the entire agreement of the parties and shall supersede any prior agreements and understandings of the parties with respect to its subject matter. This Agreement may not be amended except upon the written agreement of the parties.

(h) **Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of Illinois, exclusive of choice of law provisions.

14. **Acceptance.** This Agreement shall become binding once signed by an authorized representative of Customer and accepted by Abbott at its home office.

**Abbott Laboratories**
**Pharmaceutical Products Division**

By: _____
    Debbie DeYoung
    Manager
    Contract Marketing & Major Accounts

Date: _____

Customer: _____

By: _____

Name: _____

Title: _____

Date: _____

*Please return both originals of agreement to: Abbott Laboratories, Pharmaceutical Products Division, Dept. 302, Bldg. AP30, 200 Abbott Park Road, Abbott Park, IL 60064. A fully executed original will be returned to you for your files.*

PCE500®, PCE333®, EryTab®, Erythrocin®, EES® and EryPed®, and Pediazole® are registered trademarks of Abbott Laboratories.
E-Mycin® is a registered trademark of Boots Pharmaceuticals, Inc.
ERY® is a registered trademark of Parke-Davis.

c:\data\amidata\forms\eryagree

HIGHLY CONFIDENTIAL

**TXABT 244830**

TXABT 244830

| EXHIBIT A:  PRICING AND REBATE SCHEDULE | CHAINS |

**CATEGORY ONE:  ENTERIC COATED TABLETS**

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 85% |
|---|---|---|---|---|---|---|
| 6304-13 | Ery-Tab 250mg | 100 | $20.00 | $5.00 | 75% | $0.25 |
| 6304-53 | Ery-Tab 250mg | 500 | $95.00 | $24.69 | 74% | $1.23 |
| 6320-13 | Ery-Tab 333mg | 100 | $29.45 | $8.72 | 70% | $0.44 |
| 6320-53 | Ery-Tab 333mg | 500 | $139.89 | $42.29 | 70% | $2.11 |
| 6321-13 | Ery-Tab 500mg | 100 | $33.77 | $13.63 | 60% | $0.68 |

**CATEGORY TWO:  DELAYED RELEASE CAPSULES**

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 80% |
|---|---|---|---|---|---|---|
| 6301-13 | Ery DR Capsules | 100 | $20.48 | $8.96 | 56% | $0.45 |
| 6301-53 | Ery DR Capsules | 500 | $99.82 | $43.56 | 56% | $2.18 |

**CATEGORY THREE:  STEARATE AND BASE TABLETS**

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 85% |
|---|---|---|---|---|---|---|
| 6346-20 | Erythrocin Stearate 250mg | 100 | $11.58 | $4.91 | 58% | $0.20 |
| 6346-53 | Erythrocin Stearate 250mg | 500 | $55.00 | $23.84 | 57% | $0.95 |
| 6346-19 | Erythrocin Stearate 250mg | 1000 | $106.70 | $46.19 | 57% | $1.85 |
| 6316-13 | Erythrocin Stearate 500mg | 100 | $20.93 | $11.04 | 47% | $0.44 |
| 6326-13 | Ery Base Filmtab 250mg | 100 | $11.75 | $5.05 | 57% | $0.10 |
| 6326-53 | Ery Base Filmtab 250mg | 500 | $55.81 | $24.52 | 56% | $0.49 |
| 6227-13 | Ery Base Filmtab 500mg | 100 | $21.56 | $11.28 | 48% | $0.23 |

**CATEGORY FOUR:  ETHYLSUCCINATE TABLETS**

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 85% |
|---|---|---|---|---|---|---|
| 5729-13 | E.E.S. 400 Filmtab | 100 | $18.46 | $11.68 | 37% | $0.58 |
| 5729-53 | E.E.S. 400 Filmtab | 500 | $87.68 | $56.66 | 35% | $2.83 |
| 5729-19 | E.E.S. 400 Filmtab | 1000 | $159.64 | $109.81 | 31% | $5.49 |
| 2589-13 | Uncoated Ery Ethyl 400 | 100 | $18.46 | $9.29 | 50% | $0.46 |
| 2589-53 | Uncoated Ery Ethyl 400 | 500 | $87.68 | $45.06 | 49% | $2.25 |

**CATEGORY FIVE:  ETHYLSUCCINATE LIQUIDS, GRANULES, AND ORAL SUSPENSION**

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 75% |
|---|---|---|---|---|---|---|
| 6306-16 | E.E.S. 200 Liquid | Pint | $16.50 | $8.51 | 48% | $0.43 |
| 6373-16 | E.E.S. 400 Liquid | Pint | $30.73 | $15.84 | 48% | $0.79 |
| 6369-02 | E.E.S. Granules | 100ml | $6.66 | $5.25 | 21% | $0.26 |
| 6369-10 | E.E.S. Granules | 200ml | $12.16 | $9.59 | 21% | $0.48 |
| 3747-16 | Ery Ethyl 200 Liquid | Pint | $16.50 | $6.07 | 63% | $0.30 |
| 3748-16 | Ery Ethyl 400 Liquid | Pint | $30.73 | $13.06 | 58% | $0.65 |
| 6302-13 | EryPed 200 | 100ml | $6.48 | $5.02 | 23% | $0.25 |
| 6302-53 | EryPed 200 | 200ml | $11.81 | $9.12 | 23% | $0.46 |
| 6305-60 | EryPed 400 | 60ml | $6.55 | $5.06 | 23% | $0.46 |
| 6305-13 | EryPed 400 | 100ml | $9.98 | $7.89 | 21% | $0.39 |
| 6305-53 | EryPed 400 | 200ml | $18.21 | $14.39 | 21% | $0.72 |

**CATEGORY SIX:  ERYTHROMYCIN / SULFISOXAZOLE**

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 70% | 90% |
|---|---|---|---|---|---|---|---|
| 7156-13 | Erythromycin / sulfisoxazole | 100ml | $10.75 | $4.25 | 60% | $0.13 | $0.21 |
| 7156-43 | Erythromycin / sulfisoxazole | 150ml | $15.90 | $6.25 | 61% | $0.19 | $0.31 |
| 7156-53 | Erythromycin / sulfisoxazole | 200ml | $20.90 | $8.25 | 61% | $0.25 | $0.41 |
| 8030-13 | Pediazole | 100ml | $13.49 | $7.15 | 47% | None | None |
| 8030-43 | Pediazole | 150ml | $20.05 | $10.65 | 47% | None | None |
| 8030-53 | Pediazole | 200ml | $26.32 | $13.90 | 47% | None | None |
| 8030-73 | Pediazole | 250ml | $32.41 | $17.25 | 47% | None | None |

**CATEGORY SEVEN:  PCE**

| LIST/TUC | PRODUCT | SIZE | LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 55% |
|---|---|---|---|---|
| 3368-13 | PCE 500 | 100 | $125.05 | $6.25 |

HIGHLY CONFIDENTIAL

TXABT 244831

TXABT 244831



**EXHIBIT A:   PRICING AND REBATE SCHEDULE**

### CATEGORY ONE:  ENTERIC COATED TABLETS

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 60% |
|---|---|---|---|---|---|---|
| 6304-13 | Ery-Tab 250mg | 100 | $20.00 | $6.45 | 68% | $1.61 |
| 6304-53 | Ery-Tab 250mg | 500 | $95.00 | $31.29 | 67% | $7.83 |
| 6320-13 | Ery-Tab 333mg | 100 | $29.45 | $10.25 | 65% | $1.97 |
| 6320-53 | Ery-Tab 333mg | 500 | $139.89 | $49.71 | 64% | $9.53 |
| 6321-13 | Ery-Tab 500mg | 100 | $33.77 | $14.30 | 58% | $1.35 |

### CATEGORY TWO:  DELAYED RELEASE CAPSULES

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 60% |
|---|---|---|---|---|---|---|
| 6301-13 | Ery DR Capsules | 100 | $20.48 | $10.75 | 48% | $2.22 |
| 6301-53 | Ery DR Capsules | 500 | $99.82 | $52.15 | 48% | $10.77 |

### CATEGORY THREE:  STEARATE AND BASE TABLETS

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 80% |
|---|---|---|---|---|---|---|
| 6346-20 | Erythrocin Stearate 250mg | 100 | $11.58 | $5.97 | 48% | $1.26 |
| 6346-53 | Erythrocin Stearate 250mg | 500 | $55.00 | $28.99 | 47% | $6.10 |
| 6346-19 | Erythrocin Stearate 250mg | 1000 | $106.70 | $56.16 | 47% | $11.82 |
| 6316-13 | Erythrocin Stearate 500mg | 100 | $20.93 | $11.60 | 45% | $1.00 |
| 6326-13 | Ery Base Filmtab 250mg | 100 | $11.75 | $5.71 | 51% | $0.76 |
| 6326-53 | Ery Base Filmtab 250mg | 500 | $55.81 | $27.72 | 50% | $3.69 |
| 6227-13 | Ery Base Filmtab 500mg | 100 | $21.56 | $11.64 | 46% | $0.59 |

### CATEGORY FOUR:  ETHYLSUCCINATE TABLETS

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 60% |
|---|---|---|---|---|---|---|
| 5729-13 | E.E.S. 400 Filmtab | 100 | $18.46 | $12.95 | 30% | $1.85 |
| 5729-53 | E.E.S. 400 Filmtab | 500 | $87.68 | $62.82 | 28% | $8.99 |
| 5729-19 | E.E.S. 400 Filmtab | 1000 | $159.64 | $121.75 | 24% | $17.43 |
| 2589-13 | Uncoated Ery Ethyl 400 | 100 | $18.46 | $9.99 | 46% | $1.16 |
| 2589-53 | Uncoated Ery Ethyl 400 | 500 | $87.68 | $48.46 | 45% | $5.65 |

### CATEGORY FIVE:  ETHYLSUCCINATE LIQUIDS, GRANULES, AND ORAL SUSPENSION

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 50% |
|---|---|---|---|---|---|---|
| 6306-16 | E.E.S. 200 Liquid | Pint | $16.50 | $10.55 | 36% | $2.47 |
| 6373-16 | E.E.S. 400 Liquid | Pint | $30.73 | $20.25 | 34% | $5.20 |
| 6369-02 | E.E.S. Granules | 100ml | $6.66 | $5.79 | 13% | $0.80 |
| 6369-10 | E.E.S. Granules | 200ml | $12.15 | $10.58 | 13% | $1.47 |
| 3747-16 | Ery Ethyl 200 Liquid | Pint | $16.50 | $7.79 | 53% | $2.02 |
| 3748-16 | Ery Ethyl 400 Liquid | Pint | $30.73 | $16.76 | 45% | $4.35 |
| 6302-13 | EryPed 200 | 100ml | $6.48 | $5.52 | 15% | $0.75 |
| 6302-53 | EryPed 200 | 200ml | $11.81 | $10.06 | 15% | $1.40 |
| 6305-60 | EryPed 400 | 60ml | $6.55 | $5.56 | 15% | $0.96 |
| 6305-13 | EryPed 400 | 100ml | $9.98 | $8.67 | 13% | $1.17 |
| 6305-53 | EryPed 400 | 200ml | $18.21 | $15.81 | 13% | $2.14 |

### CATEGORY SIX:  ERYTHROMYCIN / SULFISOXAZOLE

| LIST-TUC | PRODUCT | SIZE | LIST | PRICE | % OFF LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN: 70% | 90% |
|---|---|---|---|---|---|---|---|
| 7156-13 | Erythromycin / sulfisoxazole | 100ml | $10.75 | $5.38 | 50% | $1.26 | $1.34 |
| 7156-43 | Erythromycin / sulfisoxazole | 150ml | $15.90 | $7.95 | 50% | $1.89 | $2.01 |
| 7156-53 | Erythromycin / sulfisoxazole | 200ml | $20.90 | $10.45 | 50% | $2.45 | $2.61 |
| 8030-13 | Pediazole | 100ml | $13.49 | $7.15 | 47% | None | None |
| 8030-43 | Pediazole | 150ml | $20.05 | $10.65 | 47% | None | None |
| 8030-53 | Pediazole | 200ml | $26.32 | $13.90 | 47% | None | None |
| 8030-73 | Pediazole | 250ml | $32.41 | $17.25 | 47% | None | None |

### CATEGORY SEVEN:  PCE

| LIST-TUC | PRODUCT | SIZE | LIST | ADDITIONAL REBATE FOR ABBOTT PRODUCT USAGE: GREATER THAN 65% |
|---|---|---|---|---|
| 3389-13 | PCE 500 | 100 | $125.05 | $6.25 |

HIGHLY CONFIDENTIAL

TXABT 244832

TXABT 244832

EXHIBIT B

AGREEMENT FOR THE RELEASE OF DATA

The undersigned, on behalf of _____("Customer"), authorizes IMS to release Sales Data to Abbott Laboratories ("Abbott") according to the terms of this Release. Release shall be valid for the term of the Abbott Antibiotic Purchase Agreement.

The Sales Data provided to Abbott will consist of Customer's sales of Abbott Antibiotic Products and designated competitive products at the National Level. IMS will provide Sales Data to Abbott only as a processed composite so that the sales volumes for individual competitive products are not determinable. This release only authorizes Abbott to make the Sales Data available to Abbott home office personnel only for use in Abbott's determination of Abbott Product Usage.

Customer may terminate this Release at any time with or without cause by giving IMS thirty (30) days prior written notice of Customer's intention to terminate.

_____
(Customer)

By:      _____

Name:   _____

Title:   _____

Date:    _____

c:\data\amidata\Victms\eryagree

HIGHLY CONFIDENTIAL

TXABT 244833

TXABT 244833

## EXHIBIT C

### DATA REPORTING FORM

| Category | "A" Abbott | "B" Other | "C" Total | "D" Percent |
|----------|-----------|-----------|-----------|-------------|
| One | _____ | _____ | _____ | _____ |
| Two | _____ | _____ | _____ | _____ |
| Three | _____ | _____ | _____ | _____ |
| Four | _____ | _____ | _____ | _____ |
| Five | _____ | _____ | _____ | _____ |
| Six | _____ | _____ | _____ | _____ |
| Seven | _____ | _____ | _____ | _____ |

Where:

A = Total Unit Purchases of Abbott Antibiotic Products direct or through a wholesaler, as defined in Definitions, paragraph 3 (i) on Page 1 (Categories 1 - 4 and 7 based on 'eaches', i.e. tablets or capsules, categories 5 and 6 based on milliliters).

B = Total Unit Purchases of all other antibiotic products, as defined in Definitions, paragraph 3 (i) on Page 1 (Categories 1 - 4 and 7 based on 'eaches', i.e. tablets or capsules, categories 5 and 6 based on milliliters).

C = Total of A and B.

D = Column A divided by Column C multiplied by 100 ("Abbott Product Usage").

For the purposes of determining Abbott Product Usage, the markets for categories one through seven (1 - 7) are described in Exhibit D.

c:\data\umi\data\form\eryastec

HIGHLY CONFIDENTIAL

TXABT 244834

TXABT 244834

## EXHIBIT D

For the purposes of determining Abbott Product Usage, the markets for categories one through seven (1 - 7) are described below.

NOT AVAILABLE AS OF MAY 18, 1995. (10-page list of NDC #s will be provided to you with final contract).

c:\data\amidata\forms\voyagres.

HIGHLY CONFIDENTIAL

TXABT 244835

TXABT 244835

# RBG Mail Program

- **Objective: Influence RBG member pharmacies to order Abbott Erythromycin**
- **Direct to pharmacy mailer**
  - Ery price list
  - Abbott Letter
  - RBG Letter?
- **Next Steps**
  - Identify RBG targets
  - Obtain customer buy-in
  - Obtain Order/SKU #'s if applicable
  - Obtain RBG to pharmacy prices

HIGHLY CONFIDENTIAL

TXABT 244836

TXABT 244836

15:06 Monday, August 14, 1995

COUNTS OF CUSTOMERS IN EACH RETAIL BUYING GROUP
PHARMACEUTICAL PRODUCTS DIVISION
REQUEST #CPNB01

| OBS | BUYING GROUP NUMBER | BUYING GROUP NAME | NUMBER OF MEMBERS |
|---|---|---|---|
| 1 | G9407701 | ADVANTAGE PHARMACY | 894 |
| 2 | G9507901 | AFFILIATED BUYING | 146 |
| 3 | G9439001 | ALBERTSONS | 4 |
| 4 | G9930201 | ALLSCRIPTS | 2 |
| 5 | G8401702 | AMERICAN DRUG STOR | 13 |
| 6 | G9416701 | ARBOR DRUG | |
| 7 | G9411805 | BIG BEAR | 437 |
| 8 | G9418001 | BIG B | 56 |
| 9 | G9434003 | BRUDNICK PREFERRED | 152 |
| 10 | G9323201 | CAROLINA ALLIED | 483 |
| 11 | G9426301 | CORDIBLE | 15 |
| 12 | G9515901 | COMMUNITY IND PHCY | 48 |
| 13 | G9425901 | COURTESY DRUGS | 19 |
| 14 | G9417203 | DISCOUNT DRUG MART | 1 |
| 15 | G9229905 | DDMARCKS | 71 |
| 16 | G9018901 | DRUG EMPORIUM | 263 |
| 17 | G9424303 | F & M | 106 |
| 18 | G9320904 | FAMILY PHARMACIES | 1963 |
| 19 | G9405401 | FAMILY VALUE | 402 |
| 20 | G9411891 | FLESH | 45 |
| 21 | G9217801 | FRED MEYER | 30 |
| 22 | G9501201 | FREDS PHARMACY | |
| 23 | G9424901 | FRUTH | 18 |
| 24 | G9131205 | GENPHARM DISTRIBUT | 1 |
| 25 | G9131701 | GIANT EAGLE | |
| 26 | G9416703 | GIANT FOOD | 99 |
| 27 | G9433003 | GODD NEIGHBOR | 3187 |
| 28 | G9422001 | HAPPY HARRYS DISC | 1 |
| 29 | G9424201 | HARPO DRUG | 136 |
| 30 | G9417201 | HE BUTT | 9 |
| 31 | G9421001 | HEALTH SOURCE PRCH | 778 |
| 32 | G9435501 | HEALTHMART | 767 |
| 33 | G9012021 | HI-SCHOOL PHARMACY | 80 |
| 34 | G9502501 | IND PHARMACY COOP | 860 |
| 35 | G9505101 | IND PHRMACIST COOP | 159 |
| 36 | G8105701 | JACK ECKERD | 11 |
| 37 | G9412801 | K & B | 4 |
| 38 | G9417209 | KERR DRUG | 6 |
| 39 | G9400561 | KEYSTONE WHOLESALE | 10 |
| 40 | G9007501 | KMART | 1671 |
| 41 | G9428003 | LEADER DRUG STORES | 1196 |
| 42 | G9404903 | LEGGS SHAREHOLDER | 347 |
| 43 | G9416705 | LONGS DRUG STORE | 341 |
| 44 | G9424901 | MAJOR VALUE | 196 |
| 45 | G9334301 | MARC GLASSMAN | 36 |
| 46 | G9205602 | MARK STEVENS | 5 |
| 47 | G9432003 | MAXIDRUG INC. | |
| 48 | G9428301 | MED PLUS PHCY | 98 |
| 49 | G9417901 | MEDIC DISCOUNT DRG | 31 |
| 50 | G9429801 | MEDICAP PHARMACY | 122 |
| 51 | G9309001 | MEDICINE SHOPPE | 1098 |
| 52 | G9312001 | MEIJER THRIFY ACRE | 102 |

HIGHLY CONFIDENTIAL

TXABT 244837

COUNTS    PHARMACEUTICAL PRODUCTS DIVISION
OF CUSTOMERS IN EACH RETAIL BUYING GROUP
REQUEST #CPABQ01

| OBS | BUYING GROUP NUMBER | BUYING GROUP NAME | NUMBER OF MEMBERS |
|---|---|---|---|
| 53 | G9407703 | NORTHEAST PHARMACY | 645 |
| 54 | G9393501 | PACE | 3173 |
| 55 | G9105002 | PAY-LESS/THRIFTY | 1004 |
| 56 | G9417101 | PERRY DRUG STORES | 240 |
| 57 | G9018303 | PHAR-MOR | 294 |
| 58 | G9328801 | PHARM BUS ASSOC | 3153 |
| 59 | G9501801 | PHARMACY TECHNOLOG | 2 |
| 60 | G9501501 | PHARMAGEN PHARMACYS | 116 |
| 61 | G9434201 | PREFERRED PLUS | 865 |
| 62 | G9318901 | QUALITY CARE PHARM | 1 |
| 63 | G9106801 | RACK RITE/RITE AID | 1886 |
| 64 | G9506901 | RAINBOW OF VALUE | 6409 |
| 65 | G9401201 | RANDALLS | 11 |
| 66 | G8490403 | REVCO DRUGS | 2007 |
| 67 | G9404501 | RXMED | 560 |
| 68 | G9417103 | SAFEWAY | 399 |
| 69 | G9417103 | SCHNUCKS MARKETS | 6 |
| 70 | G9419301 | SERVALL | 544 |
| 71 | G9427901 | SHOPKO | 126 |
| 72 | G9300701 | SMITHS PHARMACY | 82 |
| 73 | G9421601 | SNYDER DRUG | 48 |
| 74 | G9321803 | SUPERMARKET GENERL | 192 |
| 75 | G9421701 | SUPERVALUE PHARM | 0 |
| 76 | G9417501 | TAYLOR DRUG STORE | 35 |
| 77 | G9425801 | THE KROGER CORP | 1 |
| 78 | G9421701 | THRIFT (MCKESSON) | 33 |
| 79 | G8659601 | THRIFT DRUG CO. | 462 |
| 80 | G9434001 | VALUE MOST | 404 |
| 81 | G9334303 | VALUE-RITE | 5177 |
| 82 | G9349303 | WAKEFERN FOOD CORP | 111 |
| 83 | G9418603 | WAL-MART | 16 |
| 84 | G8413501 | WALGREEN DRUG STOR | 57 |
| 85 | G9321401 | WEGMANS PHARMACIES | 3 |
| 86 | G9428001 | YOUNGFELLOW DRUG | 33 |
|  |  |  | ========= |
|  |  |  | 38,741 |

HIGHLY CONFIDENTIAL

TXABT 244838

TXABT 244838

# REMEMBER....

**Special (YOUR NAME HERE) Pricing on the Abbott Family of Erythromycin Products**

**YOUR LOGO HERE**

| YOUR SKU # HERE | NDC 00074 | Abbott Erythromycin Product | Package Size | AWP | Your Low Price |
|---|---|---|---|---|---|
| | 5729-13 | E.E.S. 400® Filmtab | 100 | $ 21.92 | |
| | 5729-53 | E.E.S. 400® Filmtab | 500 | 104.12 | |
| | 5729-19 | E.E.S. 400® Filmtab | 1000 | 189.57 | |
| | 2589-13 | Uncoated Ery Ethyl 400 | 100 | 21.92 | |
| | 2589-53 | Uncoated Ery Ethyl 400 | 500 | 104.12 | |
| | 6290-60 | PCE® 333 | 60 | | |
| | 3389-13 | PCE® 500 | 100 | | |
| | 6304-13 | Ery-Tab® 250 mg | 100 | 23.75 | |
| | 6304-53 | Ery-Tab® 250 mg | 500 | 112.81 | |
| | 6320-13 | Ery-Tab® 333 mg | 100 | 34.37 | |
| | 6320-53 | Ery-Tab® 333 mg | 500 | 166.12 | |
| | 6321-13 | Ery-Tab® 500 mg | 100 | 40.10 | |
| | 6301-13 | Erythromycin Capsules 250 mg | 100 | 24.32 | |
| | 6301-53 | Erythromycin Capsules 250 mg | 500 | 118.54 | |
| | 6326-13 | Erythromycin Base 250 mg | 100 | 13.95 | |
| | 6326-53 | Erythromycin Base 250 mg | 500 | 66.27 | |
| | 6227-13 | Erythromycin Base 500 mg | 100 | 25.61 | |
| | 6346-20 | Erythrocin® Stearate 250 mg | 100 | 13.75 | |
| | 6346-53 | Erythrocin® Stearate 250 mg | 500 | 66.31 | |
| | 6346-19 | Erythrocin® Stearate 250 mg | 1000 | 126.70 | |
| | 6316-13 | Erythrocin® Stearate 500 mg | 100 | 24.85 | |
| | 6306-16 | E.E.S.® 200 Liquid | pint | 19.59 | |
| | 6373-16 | E.E.S. 400® Liquid | pint | 36.49 | |
| | 6369-02 | E.E.S.® Granules 200 mg | 100 ml | 7.91 | |
| | 6369-10 | E.E.S.® Granules 200 mg | 200 ml | 14.43 | |
| | 3747-16 | Ery Ethyl 200 Liquid | pint | 19.59 | |
| | 3748-16 | Ery Ethyl 400 Liquid | pint | 36.49 | |
| | 6302-13 | EryPed® 200 | 100 ml | 7.70 | |
| | 6302-53 | EryPed® 200 | 200 ml | 14.03 | |
| | 6305-60 | EryPed® 400 | 60 ml | 7.78 | |
| | 6305-13 | EryPed® 400 | 100 ml | 11.85 | |
| | 6305-53 | EryPed® 400 | 200 ml | 21.62 | |
| | 7156-13 | Erythromycin/sulfisoxazole | 100 ml | 10.75 | |
| | 7156-43 | Erythromycin/sulfisoxazole | 150 ml | 15.90 | |
| | 7156-53 | Erythromycin/sulfisoxazole | 200 ml | 20.90 | |
| | 8030-13 | Pediazole | 100 ml | 13.49 | |
| | 8030-43 | Pediazole | 150 ml | 20.05 | |
| | 8030-53 | Pediazole | 200 ml | 26.32 | |
| | 8030-73 | Pediazole | 250 ml | 32.41 | |

**Abbott Laboratories** The Erythromycin Company

HIGHLY CONFIDENTIAL

TXABT 244839

TXABT 244839

# RBG Mail Program

- **Objective: Influence RBG member pharmacies to order Abbott Erythromycin**
- **Direct to pharmacy mailer**
  - Ery price list
  - Abbott Letter
  - RBG Letter?
- **Next Steps**
  - Identify RBG targets
  - Obtain customer buy-in
  - Obtain Order/SKU #'s if applicable
  - Obtain RBG to pharmacy prices

HIGHLY CONFIDENTIAL

TXABT 244840

TXABT 244840

15:06 Monday, August 14, 1995    1

COUNTS OF CUSTOMERS IN EACH RETAIL BUYING GROUP
PHARMACEUTICAL PRODUCTS DIVISION
REQUEST #CPM801

| OBS | BUYING GROUP NUMBER | BUYING GROUP NAME | NUMBER OF MEMBERS |
|---|---|---|---|
| 1 | G9407701 | ADVANTAGE PHARMACY | 894 |
| 2 | G9507901 | AFFILIATED BUYING | 146 |
| 3 | G9219001 | ALBERTSONS | 4 |
| 4 | G9305201 | ALLSCRIPTS | 2 |
| 5 | G9440702 | AMERICAN DRUG STOR | 13 |
| 6 | G9416701 | ARBOR DRUG | 2 |
| 7 | G9416805 | BIG B | 437 |
| 8 | G9416803 | BIG BEAR | 56 |
| 9 | G9424208 | BRUNSWICK PREFERRED | 452 |
| 10 | G9927201 | CAROLINA ALLIED | 423 |
| 11 | G9426301 | CENYSIBLE | 115 |
| 12 | G9515301 | COMMUNITY IND PHCY | 48 |
| 13 | G9425901 | COURTESY DRUGS | 19 |
| 14 | G9417203 | DISCOUNT DRUG MART | 1 |
| 15 | G9925901 | DOMINICKS | 1 |
| 16 | G8016305 | DRUG EMPORIUM | 71 |
| 17 | G9424303 | F & M | 263 |
| 18 | G9320901 | FAMILY PHARMACIES | 106 |
| 19 | G9405401 | FAMILY VALUE | 1963 |
| 20 | G9411501 | FARM FRESH | 42 |
| 21 | G9217801 | FRED MEYER | 45 |
| 22 | G9501201 | FREDS | 30 |
| 23 | G9424301 | FREDS PHARMACY | 1 |
| 24 | G9417205 | GENPHARM DISTRIBUT | 1 |
| 25 | G9131101 | GIANT EAGLE | 13 |
| 26 | G9416103 | GIANT FOOD | 99 |
| 27 | G9433303 | GOOD NEIGHBOR | 1 |
| 28 | G9432001 | HAPPY HARRYS DISC | 3187 |
| 29 | G9424201 | HARCO DRUG | 14 |
| 30 | G9417201 | HE BUTT | 136 |
| 31 | G9210001 | HEALTH SOURCE PRCH | 9 |
| 32 | G9435501 | HEALTHMART | 778 |
| 33 | G9401202 | HI-SCHOOL PHARMACY | 767 |
| 34 | G9502601 | IND PHARMACY COOP | 80 |
| 35 | G9505101 | IND PHARMACIST COOP | 860 |
| 36 | G8105701 | JACK ECKERD | 159 |
| 37 | G9417207 | K & B | 11 |
| 38 | G9417209 | KERR DRUG | 4 |
| 39 | G9400801 | KEYSTONE WHOLESALE | 6 |
| 40 | G9209001 | KMART | 10 |
| 41 | G9420803 | LEADER DRUG STORES | 1671 |
| 42 | G9434005 | LEGEND/SHAREHOLDER | 1196 |
| 43 | G9416705 | LONGS DRUG STORE | 107 |
| 44 | G9424901 | MAJOR VALUE | 341 |
| 45 | G9424301 | MARK GLASSMAN | 196 |
| 46 | G9205602 | MARK STEVENS | 36 |
| 47 | G9432003 | MAXIDRUG INC. | 5 |
| 48 | G9426901 | MED PLUS PHCY | 1 |
| 49 | G9428901 | MED DISCOUNT DRG | 98 |
| 50 | G9429801 | MEDICAP PHARMACY | 91 |
| 51 | G9309001 | MEDICINE SHOPPE | 122 |
| 52 | G9312001 | MEIJER THRIFY ACRE | 1098 |
| | | | 102 |

HIGHLY CONFIDENTIAL

**TXABT 244841**

TXABT 244841

COUNTS OF CUSTOMERS IN EACH RETAIL BUYING GROUP
PHARMACEUTICAL PRODUCTS DIVISION
REQUEST #CPMB01

| OBS | BUYING GROUP NUMBER | BUYING GROUP NAME | NUMBER OF MEMBERS |
|---|---|---|---|
| 53 | G9407703 | NORTHEAST PHARMACY | 645 |
| 54 | G9303501 | PACE | 3173 |
| 55 | G9103002 | PAYLESS/THRIFTY | 1004 |
| 56 | G9417101 | PERRY DRUG STORES | 240 |
| 57 | G9016303 | PHAR-MOR | 294 |
| 58 | G9328801 | PHARMACEUS ASSOC | 3153 |
| 59 | G9513801 | PHARMACY TECHNOLOG | 2 |
| 60 | G9501101 | PHARMOGEN PHARMCYS | 116 |
| 61 | G9434201 | PREFERRED PLUS | 865 |
| 62 | G9318901 | QUALITY CARE PHARM | 1 |
| 63 | G9416901 | RACK RITE/RITE AID | 1886 |
| 64 | G9506901 | RAINBOW OF VALUE | 549 |
| 65 | G9401201 | RANDALLS | 11 |
| 66 | G8430403 | REVCO DRUGS | 2007 |
| 67 | G9404501 | RXMED | 560 |
| 68 | G9417103 | SAFEWAY | 399 |
| 69 | G9417304 | SCHNUCKS MARKETS | 6 |
| 70 | G9419301 | SERVALL | 544 |
| 71 | G9427901 | SHOPKO | 126 |
| 72 | G9300701 | SMITHS PHARMACY | 82 |
| 73 | G9321601 | SNYDERS DRUG | 48 |
| 74 | G9217803 | SUPERMARKET GENERL | 192 |
| 75 | G9421701 | SUPERVALUE PHARM | 0 |
| 76 | G9417501 | TAYLOR DRUG STORE | 35 |
| 77 | G9425801 | THE KROGER CORP | 11 |
| 78 | G9429701 | THRIFT (MCKESSON) | 33 |
| 79 | G8619601 | THRIFT DRUG CO. | 462 |
| 80 | G9434001 | VALUE MOST. | 404 |
| 81 | G9324003 | VALUE-RITE | 5177 |
| 82 | G9143501 | WAKEFERN FOOD CORP | 114 |
| 83 | G9416803 | WAL-MART | 16 |
| 84 | G8419501 | WALGREEN DRUG STOR | 57 |
| 85 | G9321401 | WEGMANS PHARMACIES | 3 |
| 86 | G9428001 | YOUNGFELLOW DRUG | 3 |
| | | | ======= |
| | | | 38741 |

HIGHLY CONFIDENTIAL

TXABT 244842

TXABT 244842

# REMEMBER.....

**YOUR LOW PRICE**

Special (YOUR NAME HERE)
Pricing on the
Abbott Family
of Erythromycin
Products

YOUR LOGO
HERE

| YOUR SKU # HERE | NDC- 00074- | Abbott Erythromycin Product | Package Size | AWP | Your Low Price |
|---|---|---|---|---|---|
| | 5729-13 | E.E.S. 400® Filmtab | 100 | $ 21.92 | |
| | 5729-53 | E.E.S. 400® Filmtab | 500 | 104.12 | |
| | 5729-19 | E.E.S. 400® Filmtab | 1000 | 189.57 | |
| | 2589-13 | Uncoated Ery Ethyl 400 | 100 | 21.92 | |
| | 2589-53 | Uncoated Ery Ethyl 400 | 500 | 104.12 | |
| | 6290-60 | PCE® 333 | 60 | | |
| | 3389-13 | PCE® 500 | 100 | | |
| | 6304-13 | Ery-Tab® 250 mg | 100 | 23.75 | |
| | 6304-53 | Ery-Tab® 250 mg | 500 | 112.81 | |
| | 6320-13 | Ery-Tab® 333 mg | 100 | 34.97 | |
| | 6320-53 | Ery-Tab® 333 mg | 500 | 166.12 | |
| | 6321-13 | Ery-Tab® 500 mg | 100 | 40.10 | |
| | 6301-13 | Erythromycin Capsules 250 mg | 100 | 24.32 | |
| | 6301-53 | Erythromycin Capsules 250 mg | 500 | 118.54 | |
| | 6326-13 | Erythromycin Base 250 mg | 100 | 13.95 | |
| | 6326-53 | Erythromycin Base 250 mg | 500 | 66.27 | |
| | 6227-13 | Erythromycin Base 500 mg | 100 | 25.61 | |
| | 6346-20 | Erythrocin® Stearate 250 mg | 100 | 13.75 | |
| | 6346-53 | Erythrocin® Stearate 250 mg | 500 | 65.31 | |
| | 6346-19 | Erythrocin® Stearate 250 mg | 1000 | 126.70 | |
| | 6316-13 | Erythrocin® Stearate 500 mg | 100 | 24.85 | |
| | 6306-16 | E.E.S.® 200 Liquid | pint | 19.59 | |
| | 6373-16 | E.E.S. 400® Liquid | pint | 36.49 | |
| | 6369-02 | E.E.S.® Granules 200 mg | 100 ml | 7.91 | |
| | 6369-10 | E.E.S.® Granules 200 mg | 200 ml | 14.43 | |
| | 6747-16 | Ery Ethyl 200 Liquid | pint | 19.59 | |
| | 3746-16 | Ery Ethyl 400 Liquid | pint | 36.49 | |
| | 6302-13 | EryPed® 200 | 100 ml | 7.70 | |
| | 6302-53 | EryPed® 200 | 200 ml | 14.03 | |
| | 6305-60 | EryPed® 400 | 60 ml | 7.78 | |
| | 6305-13 | EryPed® 400 | 100 ml | 11.85 | |
| | 6305-53 | EryPed® 400 | 200 ml | 21.62 | |
| | 7156-13 | Erythromycin/sulfisoxazole | 100 ml | 10.75 | |
| | 7156-43 | Erythromycin/sulfisoxazole | 150 ml | 15.90 | |
| | 7156-53 | Erythromycin/sulfisoxazole | 200 ml | 20.90 | |
| | 8030-13 | Pediazole | 100 ml | 13.49 | |
| | 8030-43 | Pediazole | 150 ml | 20.05 | |
| | 8030-53 | Pediazole | 200 ml | 26.32 | |
| | 8030-73 | Pediazole | 250 ml | 32.41 | |

 Abbott Laboratories The Erythromycin Company

HIGHLY CONFIDENTIAL

TXABT 244843

TXABT 244843