**ANDERSON EXHIBIT 23**

```
                   30(b)(6) Ven-A-Care (Lockwood, M.D., John M.)
00001
   1                  UNITED STATES DISTRICT COURT
   2                FOR THE DISTRICT OF MASSACHUSETTS
   3
   4   IN RE:   PHARMACEUTICAL     ) MDL NO. 1456
       INDUSTRY AVERAGE WHOLESALE  ) Master File No.
   5   PRICE LITIGATION            ) 01-12257-PBS
                                   )
   6   THIS DOCUMENT RELATES TO    ) Subcategory Case No.
       United States of America    ) 06-11337
   7   ex rel. Ven-A-Care of       )
       the Florida Keys, Inc. v.   ) Hon. Patti B. Saris
   8   Actavis Mid Atlantic LLC,   )
       et al., Civil Action No.    )
   9   08-10852                    )
  10
  11            VIDEOTAPED 30(b)(6) DEPOSITION OF
  12         VEN-A-CARE BY JOHN M. LOCKWOOD, M.D.
  13                       Volume I
  14                  (Taken by Defendants)
  15                      July 27, 2009
  16                        9:02 a.m.
  17                 Omni Hotel at CNN Center
  18                      100 CNN Center
  19                     Atlanta, Georgia
  20
  21   Reported by:   F. Renee Finkley, RPR, CRR, CLR,
  22   CCR-B-2289
00002
   1                  APPEARANCES OF COUNSEL
   2
   3   On behalf of Ven-A-Care of the
   4   Florida Keys, The Relator, and
   5   The Witness John M. Lockwood, M.D.:
   6        JAMES JOSEPH BREEN, Esq.
   7        ALISON WARREN SIMON, Esq. (Via Telephone)
   8        The Breen Law Firm
   9        5755 North Point Parkway
  10        Suite 260
  11        Alpharetta, Georgia   30022
  12        (770) 740-0008
  13        jbreen@breenlaw.com
  14
  15
  16
  17
  18
  19
  20
  21
  22
00003
   1          APPEARANCES OF COUNSEL (continued)
   2
   3   On behalf of the Defendants Mylan Inc. f/k/a Mylan
   4   Laboratories, Inc., Mylan Pharmaceuticals, Inc., and
   5   UDL Laboratories, Inc. on behalf of all Defendants:
   6        CLIFFORD KATZ, Esq.
   7        BRENDAN J. CYR, Esq.
   8        Kelley, Drye & Warren, LLP
   9        101 Park Avenue
  10        New York, New York  10178
  11        (212) 808-7609
```

```
                 30(b)(6) Ven-A-Care (Lockwood, M.D., John M.)
14      the Florida Keys to Defendants' Joint Interrogatories
15      Concerning the Court's Subject Matter Jurisdiction,
16      31 U.S.C. 3730(e)(4).
17          Q.    And did you help prepare these responses?
18          A.    Yeah.  I talked to lawyers as they were
19      doing it, yes.
20          Q.    And can you turn to a -- about ten pages
21      in to the verification?
22          A.    I don't --
00045
 1          Q.    Just -- actually it's page 14.  Is that
 2      your signature on the verification?
 3          A.    Yes, it is.
 4          Q.    Now, can you turn to page 7?
 5          A.    Okay.
 6          Q.    Is this the list of drug purchasers that
 7      you just referred to?
 8          A.    I believe it is, yes.
 9          Q.    So other than what's on this list, you're
10      not aware of any purchases of any Mylan drugs?
11          A.    Not specifically, and I -- unfortunately,
12      we did lose some documents, invoices, whatever,
13      during our roof failure during Hurricane Georges, I
14      think, in '99 or whatever.  So we lost some potential
15      invoices there that may or may not have shown
16      something more, but this is what we could find
17      searching the records we have.  Yes.
18          Q.    Setting aside the records, does Ven-A-Care
19      have any knowledge of actually purchasing Mylan drugs
20      other than what's on this list?
21          A.    Well, I -- I think with what I said, I --
22      our recollection -- this is what we could find.  No
00046
 1      one has a specific recollection beyond that, although
 2      we very well may have purchased some that we can no
 3      longer document.
 4                (Exhibit Lockwood 003 was
 5          marked for identification.)
 6          Q.    (By Mr. Katz)  Okay.  I'm going to hand
 7      you a document which has been marked as Defendants'
 8      Exhibit 3.
 9          A.    Okay.
10          Q.    Can you identify this document for the
11      record?
12          A.    This looks like a copy of a fax
13      transmission sent to Rob Vito at the Office of
14      Inspector General from Zach Bentley and on, looks
15      like, 2/10/1998 with some prices from the Harvard
16      Drug Group.
17          Q.    And Zach Bentley worked for Ven-A-Care at
18      the time, right?
19          A.    Yes, he did.
20          Q.    So this is a fax from Ven-A-Care to the
21      OIG, right?
22          A.    Yes.
00047
 1          Q.    And the purpose of this fax was to provide
 2      an invoice with an Albuterol price; is that right?
 3          A.    Well, I would say the purpose was to send
 4      him some pricing information, and the pricing
 5      information we sent him is -- are these prices from
 6      the Harvard Drug Group and this invoice.
 7          Q.    But in particular, the purpose was to send
                                Page 17
```