**ANDERSON EXHIBIT 26S**

291

Perhaps this could be accomplished through the establishment of multi-tier reimbursement programs to parallel the multi-tier pricing levels.  Hospitals, nursing homes, HMOs and others would each have an AWP reflecting in part their actual acquisition costs.  Or, in the alternative, these purchasers could be required to provide rebates to Medicare based on standards similar to "best price" and "average marketplace price" or AMP, of the MADPA law....

In your quest for source for funding we may have a notion that is a little different.  We heard about the 12 EC countries that have special pricing, and in Mexico and Canada.   The fact is that most of the Medicare and Medicaid entities are purchasing prescription drugs under very favored pricing.  I think the heart of the problem is neither Medicare nor Medicaid are experiencing the fiscal benefits of pricing available to hospitals, HMOs, clinics, and the like.

We recommend that you take a long hard look at that. As you know, there is rampant price discrimination in our market.   As was mentioned a minute ago, there are parallels between Canada and United States markets in terms of drug distribution.  I can tell you one parallel there is not.   We are denied by industry in our buying groups prices based even on economies of scale.  We could put every independent drugstore in the United States together and not get a better price than a 12-bed, not-for-profit hospital.  It is one of those subjects we have struggled with.

We   suggest   that   you   look   at   a   multi-tier reimbursement formula.  Hospitals and other outfits are not paying what a retail pharmacy is paying.  You look at the acquisition costs, overhead and services and pay them accordingly.   They are buying at one-forth to one-fifth of  our  costs.   I  think  you  will  see  the  scope  of available savings.  Contrast this with how much Medicare is presently paying for the prescription drug coverage. I can remember when Energy and Commerce considered what became the Prescription Drug Marketing Act, many days of hearings and a long investigation, it appeared in 1986 and 1987, in that period, that the hospitals and others are billing three to five times retail.  Medicare is absorbing extraordinary expenses for prescription drugs far more than Medicaid outpatient pays retailers in our marketplace which is the highest retail price.

I  have  some  specific  prices  I  wanted  to  make reference to briefly.  There has been a rather disgusting debate in recent months about David Pryor's efforts that

12

292

led to OBRA provisions along with Ron Wyden, Jim Cooper, and others in the House. There has been unhealthy speculation about what has happened to the pricing on prescription drugs for HMOs and hospitals and the like.

If they have had a 5 to 8 percent increase we have had a similar one. What we encourage you to look at is what is the spread. We got a recent price sheet from a nonprofit in Michigan. The spread is larger now than it was 5 years ago. So don't get distracted on whether they had a 5 or 6 percent increase. Look at the fact that they are paying 85 percent less for coumadin this year than we are. You would have to have a 700 percent increase on their part to match the circumstance that we are in.

The concept of "lower of" or "best price" is market based, and naturally related rebates vary widely because they reflect actual pricing practices. A flat rate rebate is arbitrary, not market based, and actually more akin to a tax than a mirror of market practices. In the context of the outpatient Medicaid program with its retailer "lower of" provisions, a flat rate approach for suppliers is inherently unfair.

Interestingly, those who object to the fundamental fairness of the "best price" approach are by in large purchasers that acquire prescription drugs at discriminatory prices and their suppliers. Much is said about "discounts," "bulk purchases," "large purchasers" and other normal market concepts and practices. The stark reality is that our market is unlike most. Its hallmarks are discriminatory pricing and cost shifting. These practices predate the 1990 amendments by decades. After a dozen days of hearings on such practices, the House Small Business Committee in 1967 noted in its report that,

...Consumer interests are compromised by permitting

13

293

drug price discrimination in the area, because the
retailers and consumers ultimately must pay higher drug
prices as a form of economic subsidy to the drug supplier
for the lower prices which that drug supplier charges the
institutions....

Similarly your subcommittee and the Oversight Subcommittee

have repeatedly documented the characteristics of this market

place. In September 1985, the Oversight Subcommittee, for example,

revealed the following pricing practices as typical of our market:

PHARMACEUTICAL DIVERSION

EXHIBIT 1

PRODUCT ANALYSIS BY TIER PRICING

| Product | AWP ($) | Contract ($) |
|---|---|---|
| Tylenol tabs., 325 mg., 1000 | 32.54 | 2.84 |
| Proventil inhaler, each | 9.16 | 1.95 |
| Canipen-N, inj., 1g., 10s | 148.69 | 35.70 |
| Velosof, 250 mg. caps., 100s | 38.71 | 14.80/10 |
| Lotrimin 1% cream, 15 g. each | 5.27 | .99 |
| Garamycin, 80 mg./2 ml. inj. | 84.50 | 10.20 |
| Alupent tabs., 10 mg., 100s | 12.22 | 2.99 |
| Depo-medrol, 40 mg. inj. | 4.95 | 2.30 |
| Transderm Nitro, 2.5 mg. | 28.70 | .30 |
| Nilstat Susp., bowel | 13.84 | 1.78 |
| K-Lor, 15 mg., 100 | 28.58 | 3.50 |
| K-Tab, 10 mg., 100 | 10.44 | .62 |
| Kaon-ce tabs, 100 | 9.49 | 3.00 |

14

294

Price distinctions are lawful if provided as functional discounts or to legitimate nonprofit entities for their own use. It is critical to understand, as Justice Thurgood Marshall observed in the 1976 Abbott, et. al. vs: Portland Retail Druggist Association that in permitting price discrimination for non-profits

> ....Congress was primarily interested in directly aiding nonprofit institutions by lowering their operating expenses, but not interested in indirectly aiding such institutions by providing them with the means of raising additional money.

Consequently, it is noteworthy that during the 1985 investigation it was determined that hospitals were actually billing private citizens and third party payers, including Medicare and Medicaid, 3 to 5 times the retail charge for prescription drugs to the general public.

We urge the Subcommittee to thoroughly document the current actual acquisition costs and mark-up practices of the recipients of discriminatory prices and to revisit the net impact on the typical citizen, both as a consumer and a taxpayer. It appears that as retail consumers they pay the highest price. As hospital consumers they pay even higher prices. And as taxpayers they are only further victimized by discriminatory pricing and related cost shifting.

In the interim, consumers are being provided interesting advice, for example an article entitled "Twenty-four Ways to Cut Hospital Healthcare Bills," in the January, 1991, Bottom Line, included two relevant recommendations:

1. Bring your own medicines. Savings over hospital cost of insulin, for example, is 90%.

15·

295

2.   Do not take any drugs home from the hospital unless they are free of charge.   Fill prescriptions at your own drug store.

It   was   essential,   in   our   view,   to   the   successful implementation of the 1990 amendments that the GAO be required to monitor and report on relevant pricing practices.   Unfortunately, the GAO reports have been delayed.   Listening to some involved in the   current   debate,   one   could   conclude   that   acquiring   such information is a challenge comparable to the discovery of a new drug.   In reality, however, virtually any wholesaler and many others in the market including the preferred purchasers and their suppliers   who   testified   today,   have   the   information   readily available.

Even our organization or members occasionally unearth evidence of   these   pricing   practices.   Several   recent   acquisitions   are attached to this statement.   The first is a two page invoice from a Michigan hospital dated May 13, 1991.   The retail prices are compared to the hospital, or unit prices.   The most extreme example is a retail price of $42.12 and a hospital price of $0.36 (36 cents), or a 99.1% differential.   (See attachment #1.)

The   second   is   an   analysis   of   approximately   500   branded products   and   their   prices   provided   to   purchasers,   including hospitals, in the southeast states though Prucare under a September 1991 contract.   The average differential from the retail price was 60% (See attachment #2.)   And the third includes two invoices both dated July 24, 1992, one revealing prices available to our members and the other prices available to a mail order pharmacy.   It is

16

296

noteworthy that the volume is identical.  Price differentials
include a retail price of $254.80 and a mail order price of $18.59;
a retail price of $243.24 and a mail order price of $20.09; and a
retail price of $22.86 and a mail order price of $2.63.  (See
attachment #3.)

  With such incredibly low acquisition costs, preferred
purchasers such as hospitals could absorb acquisition cost
increases well in excess of 100 or 200 percent and their pharmacies
would still retain their well earned reputations as profit centers.

  From our vantage point, discriminatory pricing practices and
related cost shifting and price gouging of the Medicare and
Medicaid programs by preferred purchasers continue unabated since
the enactment of the 1990 amendments.  Hundreds of millions of
dollars in rebates in the two transitional years serve to document
these discriminatory practices.

  Little wonder your 1990 "best price" approach is becoming a
model.  The states of Rhode Island and New Jersey have recently
rejected the flat tax approach for the market-based "best price"
approach for their prescription drug program for the elderly.  Our
organization and others have suggested the "best price" approach
for other Federal taxpayer supported programs, including those for
Federal employees and military personnel.

  From our vantage point the best is yet to come.  After January
1, 1993, the Medicaid program will experience rebates based on
unrestrained "best price" practices.  Typical experiences are
reflected by Florida Governor Lawton Chiles who recently reported

17

297

to Sen. Pryor that fiscal 1992 rebates of $46 million were well over the estimated $32 million. The Governor stressed that these rebates had helped prevent reductions in service to Medicaid clients.

To reiterate, the best is yet to come for the states and for the Medicaid recipients in the outpatient program.

## H.R. 5614

Against this background and our assessment of continuing marketplace practices, we cannot support H.R. 5614 which adopts the arbitrary flat tax approach.

## H.R. 3405

We do not specifically endorse each of the provisions of H.R. 3405, but do not oppose providing equal access to the best prices in our market for Public Health Service Act programs.

## H.R. 2890

When opponents of the 1990 "best price" amendments were arguing that the Department of Veterans' Affairs enjoyed special prices due to the patriotism of the industry and that enactment of Medicaid "best price" rebates would jeopardize prices, we supported an exemption of all Veterans' Affairs purchases from the determination of "best price" for Medicaid. To the extent that failure to provide an exemption threatens the "best price" approach for Medicaid, we reiterate our 1990 support for the exemption. I

18

298

should note that our members, your constituents, remain unpersuaded that those who have served our country in the armed services should be denied the freedom to select the pharmacy of their choice. Unfortunately, unlike the Medicaid program which protects consumers' choice, the Veterans' Affairs Department has rejected consumer choice in favor of mail order pharmacy.

Rather than modifying or substituting an inherently unfair flat tax for "best price," we urge the Subcommittee to continue its comprehensive assessment with specific emphasis on the mark-ups or overhead charges of the preferred purchasers in both the Medicare and Medicaid programs. If these preferred purchasers were required to share the bounty of their special prices with Medicaid and Medicare while being permitted a reasonable mark-up, billions in savings annually would be available.

CONCLUSION

Ultimately, we support legislation to insure equal access for fair prices for retail pharmacy and consequently for the majority of American consumers who are presently victimized by multitier pricing; but today and for the remainder of the 102nd Congress, Second Session, the full implementation of equal access to best prices in the market for the Medicaid out-patient drug program is a high priority.

On behalf of the Officers, Executive Committee, and members of the National Association of Retail Druggists, we thank you for the opportunity to provide our views on H.R. 2890, H.R. 3405, and H.R. 5614.

299



ATTACHMENT 1

Invoice from a Michigan Hospital

300



301



## NARD Legislative Defense Fund

*National Association of Retail Druggists* ★ *205 Daingerfield Road, Alexandria, Virginia 22314*

---

The attached analysis compares the contract prices available under this contract to the Average Wholesale Prices and Direct Prices that were current as of the month of the contract (Source: MediSpan's Prescription Pricing Guide, September 1991). Approximately 500 branded items were located that were discounted beyond the amount (AWP -15%) that might be available to retail pharmacists. The average discount off of AWP for these items was 59 percent. In addition, the AWP for a market basket containing one of each of these items was $36,701.63 and the contract price for the same market basket was $16,944.27. This represents a difference of 54 percent. Any way you slice it, our members are getting a raw deal.

*Established in 1985*
*The NARD Legislative Defense Fund can accept both personal and corporate funds.*

302

Southeast/Prucare  Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Acijel  Jelly | 85 gm | $20.50 | | $12.40 | 39.51% | |
| Aclovate  cream/ointment | 15 gm | $9.72 | | $5.25 | 45.99% | |
| Aclovate  cream/ointment | 45 gm | $20.26 | | $10.94 | 46.00% | |
| Aerobid  Inhaler | 7 gm | $35.18 | | $2.50 | 92.89% | |
| Albalon  Liquifilm | 15 ml | $11.31 | $9.05 | $0.95 | 91.60% | 89.50% |
| Albalon-A  Liquifilm | 15 ml | $11.31 | $9.05 | $1.25 | 88.95% | 86.19% |
| Alupent Inh. Solution | 10 ml | $11.21 | | $3.95 | 64.76% | |
| Alupent Syrup | 16 oz | $25.59 | | $5.72 | 77.65% | |
| Alupent 10 mg tabs | 100 | $26.24 | | $6.65 | 74.68% | |
| Alupent 20 mg tabs | 100 | $37.23 | | $5.39 | 85.52% | |
| Alupent Inhaler | 10 ml | $15.56 | | $3.35 | 78.47% | |
| Alupent Inhaler Refill | 10 ml | $13.94 | | $3.05 | 78.12% | |
| Anasid 50 mg tabs | 100 | $67.75 | $54.20 | $49.50 | 26.94% | 8.67% |
| Anasid 100 mg tabs | 100 | $105.78 | $84.61 | $77.27 | 26.94% | 8.68% |
| Anasid 100 mg tabs | 500 | $512.94 | $410.35 | $374.78 | 26.94% | 8.66% |
| Atrovent  Inhaler | 200 sprays | $21.44 | | $17.31 | 19.26% | |
| Aygestin 5 mg tabs | 50 | $42.54 | $34.03 | $14.28 | 66.43% | 58.04% |
| Azmacort  Inhaler | 20 gm | $31.36 | | $12.00 | 61.73% | |
| Azulfidine  500 mg | 500 | $78.75 | $66.50 | $24.99 | 68.27% | 62.42% |
| Asulfidine  Entabs  500 mg | 500 | $101.25 | $85.50 | $77.09 | 23.86% | 9.84% |
| Bactrim  tabs | 100 | $61.95 | | $4.02 | 93.51% | |
| Bactrim  DS tabs | 500 | $410.01 | | $28.50 | 93.05% | |
| Bactrim  Ped.  Suspension | 16 oz | $36.11 | | $3.70 | 89.75% | |
| Beclovent  Inhaler | 17 gm | $25.37 | | $5.95 | 76.55% | |
| Beclovent  Inhaler Refill | 17 gm | $22.40 | | $5.85 | 73.88% | |
| Beconase  Inhaler | 16.8 gm | $25.37 | | $5.95 | 76.55% | |
| Beconase AQ Inhaler | 25 gm | $27.38 | | $14.08 | 48.58% | |
| Benzamycin Topical Gel | 23.3 gm | $18.48 | $14.78 | $8.68 | 53.14% | 41.41% |
| Bleph-10 SOP | 3.5 gm | $10.88 | $8.70 | $1.00 | 90.81% | 88.51% |
| Bleph-10 Ophth. Soln. | 5 ml | $10.94 | $8.75 | $1.25 | 88.57% | 85.71% |
| Bleph-10 Ophth. Soln. | 15 ml | $14.44 | $11.55 | $0.95 | 93.42% | 91.77% |
| Blephamide Ophth. Oint. | 3.5 gm | $11.68 | $9.34 | $1.55 | 86.73% | 83.40% |
| Blephamide Ophth. Soln. | 5 ml | $12.40 | $9.92 | $1.50 | 67.90% | 64.88% |
| Blephamide Ophth. Soln. | 10 ml | $18.36 | $13.09 | $2.45 | 85.02% | 81.28% |
| Brethaire  Inhaler | 7.5 ml | $17.00 | | $5.56 | 66.71% | |
| Brethine  2.5 mg tabs | 100 | $20.79 | | $6.93 | 66.67% | |
| Brethine  5 mg tabs | 100 | $29.94 | | $9.98 | 66.67% | |
| Cafergot  Sig-Pak | 90 | $78.20 | | $58.65 | 25.66% | |
| Cafergot  tabs | 250 | $207.00 | | $154.00 | 25.60% | |
| Calan 40 mg tabs | 100 | $27.50 | | $3.90 | 85.82% | |
| Calan 80 mg tabs | 100 | $39.54 | | $3.50 | 91.15% | |
| Calan 80 mg tabs | 500 | $189.71 | | $16.80 | 91.14% | |
| Calan 120 mg tabs | 100 | $53.48 | | $5.25 | 90.18% | |
| Calan 120 mg tabs | 500 | $256.69 | | $25.20 | 90.18% | |
| Calan SR 180 mg tabs | 100 | $93.53 | | $54.00 | 42.26% | |
| Calan SR 240 mg tabs | 100 | $108.03 | | $54.00 | 50.01% | |
| Capoten 12.5 mg tabs | 100 | $51.56 | $43.42 | $35.43 | 31.28% | 18.40% |
| Capoten 12.5 mg tabs | 1000 | $510.21 | $439.66 | $350.62 | 31.28% | 20.25% |
| Capoten 25 mg tabs | 100 | $56.75 | $47.79 | $39.00 | 31.28% | 18.39% |
| Capoten 25 mg tabs | 1000 | $561.66 | $472.98 | $385.97 | 31.28% | 18.40% |
| Capoten 50 mg tabs | 100 | $94.62 | $79.68 | $65.02 | 31.28% | 18.40% |
| Capoten 50 mg tabs | 1000 | $936.18 | $788.3o | $643.33 | 31.28% | 18.40% |
| Capoten 100 mg tabs | 100 | $139.90 | $117.81 | $96.14 | 31.28% | 18.39% |
| Cardene 20 mg caps | 500 | $172.22 | | $126.30 | 26.66% | |
| Cardene 30 mg caps | 500 | $273.80 | | $200.79 | 26.67% | |
| Catapres-TTS  1 | 3 x 4 | $69.75 | | $54.81 | 21.42% | |
| Catapres-TTS  2 | 3 x 4 | $117.43 | | $92.27 | 21.43% | |
| Catapres-TTS  3 | 1 x 4 | $54.25 | | $42.63 | 21.42% | |

### 303

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Ceftin 125 mg tabs | 20 | $29.23 | | $17.68 | 39.51% | |
| Ceftin 125 mg tabs | 60 | $83.51 | | $50.50 | 39.53% | |
| Ceftin 250 mg tabs | 20 | $55.32 | | $33.58 | 39.30% | |
| Ceftin 250 mg tabs | 60 | $157.93 | | $95.87 | 39.30% | |
| Ceftin 500 mg tabs | 20 | $104.98 | | $63.73 | 39.29% | |
| Ceftin 500 mg tabs | 60 | $310.37 | | $185.45 | 40.25% | |
| Cipro 250 mg tabs | 100 | $233.87 | $198.86 | $184.21 | 21.23% | 7.37% |
| Cipro 500 mg tabs | 100 | $270.84 | $230.12 | $213.17 | 21.23% | 7.37% |
| Cipro 750 mg tabs | 50 | $234.68 | $199.56 | $182.87 | 19.09% | 4.86% |
| Cleocin-T Topical Soln. | 30 ml | $9.58 | $7.74 | $6.41 | 33.78% | 17.18% |
| Cleocin-T Topical Gel | 30 gm | $15.58 | $12.54 | $10.38 | 33.80% | 17.22% |
| Colestid Granules | 500 gm | $62.29 | $49.83 | $30.00 | 51.84% | 39.80% |
| Colyte | each | $13.87 | | $6.01 | 56.67% | |
| Chloroptic Ophth. Oint. | 3.5 gm | $11.35 | $9.08 | $0.95 | 91.63% | 89.54% |
| Chloroptic Ophth. Soln. | 7.5 ml | $11.25 | $9.00 | $1.25 | 88.89% | 86.11% |
| Cortisporin Otic Soln. | 10 ml | $16.01 | | $1.55 | 90.32% | |
| Cortisporin Otic Susp. | 10 ml | $16.01 | | $1.55 | 90.32% | |
| Cytotec 100 mcg tabs | 60 | $20.98 | | $15.00 | 28.50% | |
| Cytotec 100 mcg tabs | 120 | $41.94 | | $30.00 | 28.47% | |
| Cytotec 200 mcg tabs | 60 | $35.79 | | $27.14 | 24.17% | |
| Cytotec 200 mcg tabs | 120 | $59.66 | | $45.24 | 24.17% | |
| Deconamine SR caps | 500 | $237.60 | | $32.50 | 86.32% | |
| Deltasone 5 mg tabs | 100 | $2.94 | $2.35 | $1.60 | 45.58% | 31.91% |
| Deltasone 5 mg tabs | 500 | $7.38 | $5.90 | $3.25 | 55.96% | 44.92% |
| Deltasone 20 mg tabs | 100 | $6.44 | $5.15 | $3.60 | 44.10% | 30.10% |
| Deltasone 50 mg tabs | 100 | $14.69 | $11.75 | $6.15 | 58.13% | 47.66% |
| Demulen 1/35-28 | 6 x 28 | $121.64 | | $15.00 | 87.67% | |
| Demulen 1/50-28 | 6 x 28 | $135.52 | | $21.00 | 84.50% | |
| Depakene 250 mg caps | 100 | $77.35 | $65.14 | $9.35 | 87.91% | 85.65% |
| Depakene syrup | 16 oz | $79.05 | $66.57 | $9.95 | 87.41% | 85.05% |
| Depakote 250 mg tabs | 100 | $47.31 | $39.84 | $36.48 | 22.89% | 8.43% |
| Depakote 500 mg tabs | 100 | $87.27 | $73.49 | $67.30 | 22.88% | 8.42% |
| Depo-Medrol 40 mg/ml | 5 ml | $17.89 | $14.31 | $5.78 | 67.69% | 59.61% |
| Depo-Medrol 80 mg/ml | 5 ml | $32.55 | $26.04 | $11.25 | 65.44% | 56.80% |
| Desowen cream 0.05% | 15 gm | $10.00 | $8.00 | $4.95 | 50.50% | 38.13% |
| Desowen cream 0.05% | 60 gm | $25.63 | $20.50 | $12.95 | 49.47% | 36.83% |
| Desquam-X Wash | 5 oz | $10.38 | $8.63 | $3.84 | 62.93% | 55.50% |
| Desquam-X 10 Wash | 5 oz | $11.06 | $9.23 | $3.84 | 65.34% | 58.40% |
| Diabinese 250 mg tabs | 250 | $147.95 | $124.59 | $63.15 | 57.32% | 49.31% |
| Diprolene cream/oint. | 15 gm | $17.78 | | $9.46 | 46.79% | |
| Diprolene cream/oint. | 45 gm | $35.78 | | $18.95 | 47.04% | |
| Diprolene lotion | 30 ml | $20.40 | | $7.50 | 63.24% | |
| Diprolene lotion | 60 ml | $40.20 | | $13.95 | 65.30% | |
| Disalcid 500 mg tabs | 100 | $30.60 | | $4.25 | 86.11% | |
| Disalcid 500 mg tabs | 500 | $145.20 | | $20.19 | 86.10% | |
| Disalcid 750 mg tabs | 100 | $39.12 | | $5.25 | 86.58% | |
| Duofilm | 0.5 oz | $8.39 | $6.71 | $5.00 | 40.41% | 25.48% |
| Duphalac syrup | 240 ml | $11.40 | | $5.50 | 51.75% | |
| Duphalac syrup | 480 ml | $21.25 | | $10.00 | 52.94% | |
| Duphalac syrup | 960 ml | $41.17 | | $19.50 | 52.64% | |
| Dynapen 250 mg caps | 100 | $93.95 | $82.42 | $7.50 | 92.02% | 90.90% |
| Dynapen 500 mg caps | 50 | $87.77 | $76.99 | $6.76 | 92.30% | 91.22% |
| Dynapen suspension | 100 ml | $8.77 | $7.70 | $2.00 | 77.19% | 74.03% |
| E.E.S. 400 tabs | 500 | $104.12 | $87.68 | $48.25 | 53.68% | 47.25% |
| E.E.S. 200 liquid | 16 oz | $19.59 | $16.50 | $8.00 | 59.16% | 51.52% |
| E.E.S. 400 liquid | 16 oz | $36.49 | $30.73 | $15.45 | 57.66% | 49.72% |
| E-Pilo 4 Ophth. Soln. | 10 ml | $12.66 | $10.55 | $1.82 | 85.62% | 82.75% |
| E-Pilo 6 Ophth. Soln. | 10 ml | $13.06 | $10.90 | $2.03 | 84.46% | 81.38% |

304

Southeast/Prucare  Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Elimite 5% cream | 60 gm | $13.44 | $10.75 | $2.50 | 81.40% | 76.74% |
| Elixophyllin  elixir | pint | $42.13 | | $1.60 | 95.73% | |
| Elocon  cream/ointment | 15 gm | $11.40 | | $4.25 | 62.72% | |
| Elocon  cream/ointment | 45 gm | $20.68 | | $9.65 | 52.83% | |
| Elocon  lotion | 30 ml | $12.36 | | $3.32 | 73.14% | |
| Epifrin 1/4% ophth. | 15 ml | $18.93 | $15.14 | $7.25 | 61.70% | 52.11% |
| Epifrin 1/2% ophth. | 15 ml | $21.48 | $17.16 | $7.50 | 65.08% | 56.34% |
| Epifrin 1% ophth. | 15 ml | $23.03 | $18.42 | $7.75 | 66.35% | 57.93% |
| Epifrin 2% ophth. | 15 ml | $26.31 | $21.05 | $8.00 | 69.59% | 62.00% |
| Ery-Tab 250 mg tabs | 100 | $23.75 | $20.00 | $3.51 | 85.22% | 82.45% |
| Ery-Tab 250 mg tabs | 500 | $112.81 | $95.00 | $17.43 | 84.55% | 81.65% |
| Ery-Tab 333 mg tabs | 100 | $34.97 | $29.45 | $4.78 | 86.33% | 83.77% |
| Ery-Tab 333 mg tabs | 500 | $166.12 | $139.89 | $23.78 | 85.69% | 83.00% |
| Ery-Tab 500 mg tabs | 100 | $40.10 | $33.77 | $12.78 | 68.13% | 62.16% |
| Erygel 2% Topical Gel | 30 gm | $15.75 | $12.60 | $1.44 | 90.86% | 88.57% |
| Erymax Topical Soln. | 2 oz | $15.68 | $12.70 | $1.75 | 88.88% | 86.22% |
| Eryped 400 | 100  ml | $11.85 | $9.98 | $5.10 | 56.96% | 48.90% |
| Eryped 400 | 200  ml | $21.62 | $18.21 | $11.00 | 49.12% | 39.59% |
| Erythrocin 250 mg | 500 | $65.31 | $55.00 | $24.75 | 62.10% | 55.00% |
| Erythrocin 500 mg | 100 | $24.66 | $20.93 | $11.89 | 52.17% | 43.19% |
| Esgic tabs | 100 | $46.26 | | $4.50 | 90.68% | |
| Eskalith CR 450 mg | 100 | $28.75 | | $17.18 | 40.24% | |
| Estraderm 0.05 mg patch | 6 x 8 | $84.41 | | $59.76 | 29.20% | |
| Estraderm 0.1 mg patch | 6 x 8 | $94.20 | | $66.70 | 29.19% | |
| Estraderm 0.1 mg patch | 24 | $45.70 | | $32.36 | 29.19% | |
| Estratab 0.625 mg | 100 | $25.54 | | $8.96 | 64.92% | |
| Estratab 1.25 mg | 100 | $34.99 | | $12.30 | 64.85% | |
| Estratab 2.5 mg | 100 | $60.53 | | $21.28 | 64.84% | |
| Eulexin 125 mg caps | 100 | $124.02 | | $97.45 | 21.42% | |
| Eulexin 125 mg caps | 500 | $620.10 | | $487.45 | 21.39% | |
| Exsel lotion | 4 oz | $11.25 | $9.00 | $1.25 | 88.89% | 86.11% |
| Fedahist gyrocaps | 100 | $37.54 | $30.03 | $6.95 | 61.49% | 76.86% |
| FML  Liquifilm | 5 ml | $11.98 | $9.58 | $1.50 | 87.48% | 84.34% |
| FML  Liquifilm | 10 ml | $17.58 | $14.06 | $2.95 | 83.22% | 79.02% |
| FML  Liquifilm | 15 ml | $24.58 | $19.66 | $5.95 | 75.79% | 69.74% |
| Grisactin 250 mg caps | 100 | $53.69 | $42.95 | $18.25 | 66.01% | 57.51% |
| Grisactin 500 mg tabs | 60 | $56.71 | $45.37 | $11.21 | 80.23% | 75.29% |
| Grisactin Ultra 250 mg | 100 | $36.05 | $28.84 | $6.85 | 81.00% | 76.25% |
| Grisactin Ultra 333 mg | 100 | $64.30 | $51.44 | $11.45 | 82.19% | 77.74% |
| Grisactin Ultra 500 mg | 100 | $88.19 | $70.55 | $16.20 | 81.63% | 77.04% |
| Halcion 0.125 mg tabs | 100 | $54.54 | $43.63 | $39.70 | 27.21% | 9.01% |
| Halcion 0.125 mg tabs | 500 | $264.60 | $211.68 | $192.61 | 27.21% | 9.01% |
| Halcion 0.25 mg tabs | 100 | $59.61 | $47.69 | $43.39 | 27.21% | 9.02% |
| Halcion 0.25 mg tabs | 500 | $289.06 | $231.25 | $210.42 | 27.21% | 9.01% |
| Hismanal  tabs | 100 | $149.90 | | $108.11 | 27.88% | |
| Hytone 1% cream/oint. | 1 oz | $5.95 | $4.76 | $0.99 | 83.36% | 79.20% |
| Hytone 2.5% cream | 1 oz | $10.28 | $8.22 | $1.75 | 82.98% | 78.71% |
| Hytone 2.5% cream | 2 oz | $16.44 | $13.15 | $3.10 | 81.14% | 76.43% |
| Hytone 2.5% lotion | 2 oz | $16.41 | $13.13 | $5.00 | 69.53% | 61.92% |
| Hytrin 1 mg tabs | 100 | $89.91 | $75.71 | $69.94 | 22.21% | 7.62% |
| Hytrin 2 mg tabs | 100 | $89.91 | $75.71 | $69.94 | 22.21% | 7.62% |
| Hytrin 5 mg tabs | 100 | $89.91 | $75.71 | $69.94 | 22.21% | 7.62% |
| Hytrin 10 mg tabs | 100 | $89.91 | $75.71 | $69.94 | 22.21% | 7.62% |
| Inderal 10 mg tabs | 100 | $24.58 | $19.65 | $1.63 | 93.36% | 91.70% |
| Inderal 10 mg tabs | 1000 | $239.88 | $191.90 | $15.67 | 93.47% | 91.83% |
| Inderal 20 mg tabs | 100 | $35.10 | $28.08 | $2.29 | 93.48% | 91.84% |
| Inderal 20 mg tabs | 1000 | $337.49 | $269.99 | $22.04 | 93.47% | 91.84% |
| Inderal 40 mg tabs | 100 | $44.74 | $35.79 | $3.03 | 93.23% | 91.53% |

Page 3



305

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Inderal 40 mg tabs | 1000 | $437.99 | $350.39 | $28.83 | 93.42% | 91.77% |
| Inderal 1.5 mg tabs | 100 | $61.68 | $49.50 | $4.12 | 93.34% | 91.68% |
| Inderal 80 mg tabs | 100 | $58.68 | $54.94 | $5.01 | 92.71% | 90.88% |
| Inderal LA 60 mg caps | 100 | $60.39 | $48.31 | $23.09 | 61.77% | 52.20% |
| Inderal LA 80 mg caps | 100 | $70.60 | $56.48 | $26.85 | 61.97% | 52.46% |
| Inderal LA 120 mg caps | 100 | $87.53 | $70.02 | $33.25 | 62.01% | 52.51% |
| Inderal LA 180 mg caps | 100 | $114.60 | $91.68 | $43.53 | 62.02% | 52.52% |
| Inspirease system | each | $13.20 | | $6.35 | 51.89% | |
| Inspirease reser. bags | 3 | $7.14 | | $3.25 | 54.48% | |
| Intal inhaler 112 spray | each | $31.48 | | $23.57 | 25.13% | |
| Intal inhaler 200 spray | each | $50.08 | | $37.85 | 24.42% | |
| Intal nebulizer soln. 2 ml | 60 | $39.95 | | $29.91 | 25.13% | |
| Intal nebulizer soln. 2 ml | 120 | $74.62 | | $55.87 | 25.13% | |
| Isordil 2.5 mg SL tabs | 100 | $17.38 | $13.90 | $1.50 | 91.37% | 89.21% |
| Isordil 5 mg SL tabs | 100 | $18.56 | $14.85 | $1.53 | 91.78% | 89.70% |
| Isordil 5 mg tabs | 100 | $18.65 | $14.92 | $1.53 | 91.80% | 89.75% |
| Isordil10 mg tabs | 100 | $21.76 | $17.41 | $1.43 | 93.43% | 91.79% |
| Isordil10 mg tabs | 500 | $103.41 | $82.73 | $8.00 | 92.26% | 90.33% |
| Isordil 2.5 mg tabs | 1000 | $204.59 | $163.67 | $15.50 | 92.42% | 90.53% |
| Isordil 20 mg tabs | 100 | $33.63 | $26.90 | $2.25 | 93.31% | 91.64% |
| Isordil 20 mg tabs | 500 | $159.83 | $127.86 | $8.50 | 94.68% | 93.35% |
| Isordil 30 mg tabs | 100 | $37.84 | $30.27 | $3.40 | 91.01% | 88.77% |
| Isordil 30 mg tabs | 500 | $179.60 | $143.68 | $12.42 | 93.08% | 91.38% |
| Isordil Titradose 40 mg | 100 | $41.06 | $32.65 | $4.14 | 89.92% | 87.40% |
| Isordil Tembid 40 mg cap | 100 | $41.60 | $33.28 | $7.90 | 81.01% | 76.26% |
| Isordil Tembid 40 mg tab | 100 | $41.60 | $33.28 | $7.90 | 81.01% | 76.26% |
| K-Dur 20 meq tabs | 100 | $15.06 | | $6.00 | 46.08% | |
| Kaon CL-10 | 500 | $94.04 | $75.23 | $15.00 | 84.05% | 60.06% |
| Kenalog-10 injection | 5 ml | $7.81 | $6.25 | $4.06 | 48.02% | 35.04% |
| Keralyt gel | 1 oz | $13.97 | $11.64 | $7.55 | 45.96% | 35.14% |
| Kerlone 10 mg tabs | 100 | $59.70 | | $38.00 | 36.35% | |
| Kerlone 20 mg tabs | 100 | $89.53 | | $56.00 | 37.45% | |
| Lac-Hydrin lotion | 5 oz | $10.81 | $9.01 | $7.03 | 34.97% | 21.98% |
| Levlen-28 | 3 x 28 | $55.50 | | $13.50 | 75.68% | |
| Levsin drops | 15 ml | $10.45 | $8.36 | $8.47 | 36.09% | 22.61% |
| Levsin/SL tabs | 100 | $19.71 | $15.77 | $11.04 | 43.99% | 29.99% |
| Levsinex Timecap | 100 | $40.71 | $32.57 | $26.37 | 35.22% | 19.04% |
| Lidex cream | 30 gm | $21.53 | | $4.90 | 77.24% | |
| Lidex gel | 15 gm | $15.53 | | $7.77 | 49.97% | |
| Lidex gel | 30 gm | $21.53 | | $10.38 | 51.79% | |
| Lidex ointment | 15 gm | $15.53 | | $7.77 | 49.97% | |
| Lidex ointment | 30 gm | $21.53 | | $10.38 | 51.79% | |
| Lidex solution | 20 ml | $17.66 | | $8.71 | 50.68% | |
| Lidex-E | 15 gm | $15.53 | | $7.77 | 49.97% | |
| Lidex-E | 30 gm | $21.53 | | $10.38 | 51.79% | |
| Lo/Ovral-21 | 6 x 21 | $126.63 | $101.30 | $92.41 | 27.02% | 8.78% |
| Lo/Ovral-28 | 6 x 28 | $128.16 | $102.53 | $93.53 | 27.02% | 8.78% |
| Lodine 200 mg caps | 100 | $85.00 | $68.00 | $61.20 | 28.00% | 10.00% |
| Lodine 300 mg caps | 100 | $96.25 | $77.00 | $69.30 | 28.00% | 10.00% |
| Loestrin 1.5/30 | 5 x 21 | $101.28 | $84.40 | $22.50 | 77.78% | 73.34% |
| Loestrin 1/20 | 5 x 21 | $101.28 | $84.40 | $22.50 | 77.78% | 73.34% |
| Loestrin-Fe 1.5/30 | 5 x 28 | $101.28 | $84.40 | $22.50 | 77.78% | 73.34% |
| Loestrin-Fe 1/20 | 5 x 28 | $101.28 | $84.40 | $22.50 | 77.78% | 73.34% |
| Lotrimin cream 1% | 15 gm | $8.45 | | $4.07 | 51.89% | |
| Lotrimin cream 1% | 30 gm | $14.34 | | $6.95 | 51.53% | |
| Lotrimin solution 1% | 30 ml | $15.46 | | $7.53 | 51.36% | |
| Lotrisone cream | 15 gm | $13.08 | | $8.40 | 35.78% | |
| Lotrisone cream | 45 gm | $27.42 | | $16.20 | 40.92% | |

Page 4

306

Southeast/Procare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Lozol 2.5 tabs | 100 | $57.77 | | $25.00 | 56.72% | |
| Ludiomil 25 mg tabs | 100 | $37.19 | | $12.39 | 66.68% | |
| Ludiomil 50 mg tabs | 100 | $55.03 | | $18.34 | 66.67% | |
| MS-Contin 60 mg tabs | 100 | $203.42 | | $38.00 | 61.32% | |
| Maxair inhaler | 25.6 gm | $15.06 | | $7.50 | 50.20% | |
| Maxidex Ophth. Ointment | 3.5 gm | $13.44 | $10.75 | $8.00 | 40.48% | 25.58% |
| Maxiflor 0.05% cream | 30 gm | $22.50 | $18.00 | $5.17 | 77.02% | 71.28% |
| Maxiflor 0.05% cream | 80 gm | $36.56 | $29.25 | $9.03 | 75.30% | 69.13% |
| Maxiflor 0.05% ointment | 30 gm | $22.50 | $18.00 | $4.67 | 79.24% | 74.06% |
| Maxiflor 0.05% ointment | 60 gm | $36.56 | $29.25 | $8.42 | 76.97% | 71.21% |
| Medrol 4 mg Dosepak | 21 | $10.46 | $8.37 | $7.19 | 31.26% | 14.10% |
| Micro-K 8 meq caps | 100 | $11.86 | $9.49 | $6.00 | 49.41% | 36.78% |
| Micro-K 8 meq caps | 500 | $53.16 | $42.53 | $26.00 | 51.09% | 38.87% |
| Micro-K-10 meq caps | 100 | $13.03 | $10.42 | $6.00 | 53.95% | 42.42% |
| Micro-K 10-meq caps | 500 | $58.84 | $47.07 | $26.00 | 55.81% | 44.76% |
| Micronase 1.25 mg tabs | 100 | $17.38 | $13.90 | $8.01 | 53.91% | 42.37% |
| Micronase 2.5 mg tabs | 100 | $28.96 | $23.17 | $12.94 | 55.32% | 44.15% |
| Micronase 5 mg tabs | 500 | $215.03 | $172.02 | $107.90 | 49.82% | 37.27% |
| Micronase 5 mg tabs | 1000 | $416.15 | $332.92 | $210.05 | 49.53% | 36.91% |
| Modicon-21 | 6 x 21 | $124.50 | | $29.10 | 76.63% | |
| Modicon-28 | 6 x 28 | $125.10 | | $29.10 | 76.74% | |
| Monistat 3 | 3 | $19.90 | | $5.50 | 72.36% | |
| Mycelex Troches | 70 | $45.00 | $38.28 | $35.76 | 20.53% | 6.58% |
| Mycelex-G 1% Vag. Cr. | 45 gm | $13.42 | $11.42 | $7.27 | 45.83% | 36.34% |
| Mycelex-G 100 mg vag.t. | 7 | $14.10 | $11.99 | $7.64 | 45.82% | 36.28% |
| Mycelex-G 500 mg vag.t. | each | $11.77 | $10.01 | $6.38 | 45.79% | 36.26% |
| Mysoline 250 mg tabs | 100 | $35.51 | $28.41 | $10.76 | 69.70% | 62.13% |
| Nasacort Nasal Inhaler | 10 gm | $31.00 | | $23.40 | 24.52% | |
| Nasalcrom Nasal Sol. Kit | 13 ml | $17.54 | | $13.13 | 25.14% | |
| Nasalide Spray | 25 ml | $23.14 | | $16.53 | 28.57% | |
| Neosporin Ophth. Oint. | 3.5 gm | $13.19 | | $1.26 | 90.45% | |
| Neosporin Ophth. Soln. | 10 ml | $13.19 | | $1.39 | 89.46% | |
| Nitro-Dur 0.1 mg/hr | 30 | $35.70 | | $9.00 | 74.79% | |
| Nitro-Dur 0.2 mg/hr | 30 | $36.24 | | $9.00 | 75.17% | |
| Nitro-Dur 0.3 mg/hr | 30 | $40.62 | | $9.00 | 77.84% | |
| Nitro-Dur 0.4 mg/hr | 30 | $40.62 | | $9.00 | 77.84% | |
| Nitro-Dur 0.6 mg/hr | 30 | $44.04 | | $9.00 | 79.56% | |
| Nitrol Ointment 8 pack | 8 x 60 | $48.99 | | $9.80 | 80.40% | |
| Nitrol Oint-TSAR Kit 2% | each | $7.65 | | $2.90 | 62.09% | |
| Nitrolingual Spray | 14.4 gm | $17.06 | | $7.80 | 54.28% | |
| Nolamine tabs | 250 | $40.30 | | $26.95 | 33.13% | |
| Nor-Q-D 35 mg | 6 x 42 | $141.77 | | $27.00 | 80.96% | |
| Norlestrin-21 1 mg | 5 x 21 | $101.29 | $84.40 | $22.50 | 77.79% | 73.34% |
| Norlestrin-21 2.5 mg | 5 x 21 | $104.81 | $87.34 | $22.50 | 78.53% | 74.24% |
| Norlestrin Fe 1 mg | 5 x 28 | $101.29 | $84.40 | $22.50 | 77.79% | 73.34% |
| Norlestrin Fe 2.5 mg | 5 x 28 | $104.81 | $87.34 | $22.50 | 78.53% | 74.24% |
| Ophthetic Ophth. Drops | 15 ml | $10.31 | $8.25 | $0.95 | 90.79% | 88.48% |
| Ortho Diaphragm Kits | each | $15.72 | | $10.40 | 33.84% | |
| Ortho-Novum1-35 28 | 6 x 28 | $113.70 | | $29.10 | 74.41% | |
| Ortho-Novum 1-50 28 | 6 x 28 | $113.70 | | $29.10 | 74.41% | |
| Ortho-Novum 10/11 28 | 6 x 28 | $125.10 | | $29.10 | 76.74% | |
| Ortho-Novum 7/7/7 28 | 6 x 28 | $115.20 | | $29.10 | 74.74% | |
| Ortho-Novum 7/7/7 28 | 12 x 28 | $225.60 | | $58.20 | 74.20% | |
| Orudis 25 mg caps | 100 | $71.29 | $57.02 | $36.20 | 48.41% | 33.01% |
| Orudis 50 mg caps | 100 | $87.49 | $69.99 | $46.89 | 46.41% | 33.00% |
| Orudis 75 mg caps | 100 | $97.31 | $77.85 | $52.45 | 46.10% | 32.63% |
| Orudis 75 mg caps | 500 | $463.55 | $370.84 | $248.48 | 46.40% | 33.00% |
| Ovral-28 | 6 x 28 | $184.13 | $147.30 | $124.40 | 32.44% | 15.55% |

Page 5

307

Southeast/Prucare  Analysis

| Description | | AWP price | Direct  price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Oxistat  cream | 15 gm | $11.71 | | $7.11 | 39.28% | |
| Oxistat  cream | 30 gm | $19.54 | | $11.86 | 39.30% | |
| Pamelor 10 mg caps | 100 | $34.50 | | $25.00 | 27.54% | |
| Pamelor 25 mg caps | 100 | $69.00 | | $49.95 | 27.61% | |
| Pamelor 50 mg caps | 100 | $130.20 | | $94.30 | 27.57% | |
| Pamelor 75 mg caps | 100 | $198.60 | | $143.75 | 27.62% | |
| Pancrease caps | 100 | $28.63 | | $13.42 | 53.13% | |
| Pancrease caps | 250 | $68.02 | | $33.53 | 50.71% | |
| Panoxyl 5 | 2 oz | $8.50 | $6.60 | $2.50 | 70.59% | 63.24% |
| Panoxyl 10 | 2 oz | $8.94 | $7.15 | $2.50 | 72.04% | 65.03% |
| Panoxyl Aq 2.5 gel | 2 oz | $6.13 | $6.50 | $2.50 | 69.25% | 61.54% |
| Panwarfarin 5 mg tabs | 100 | $25.92 | $21.83 | $2.80 | 89.20% | 87.17% |
| Pediazole  suspension | 100 ml | $13.99 | $11.78 | $4.23 | 69.76% | 64.09% |
| Pediazole  suspension | 150 ml | $20.79 | $17.51 | $6.25 | 69.94% | 64.31% |
| Pediazole  suspension | 200 ml | $27.29 | $22.98 | $8.37 | 69.33% | 63.58% |
| Pediazole  suspension | 250 ml | $33.61 | $26.30 | $10.50 | 68.76% | 62.90% |
| Pilagan 1% Ophth. Soln. | 15 ml | $8.13 | $6.50 | $1.95 | 76.01% | 70.00% |
| Pilagan 2% Ophth. Soln. | 15 ml | $8.44 | $6.75 | $2.00 | 76.30% | 70.37% |
| Pilagan 4% Ophth. Soln. | 15 ml | $8.75 | $7.00 | $2.95 | 68.29% | 57.86% |
| Pilocar 1% Ophth. Soln. | 15 ml | $7.92 | $6.50 | $0.92 | 88.38% | 85.08% |
| Pilocar 2% Ophth. Soln. | 15 ml | $7.92 | $6.50 | $1.25 | 84.22% | 81.06% |
| Pilocar 4% Ophth. Soln. | 15 ml | $8.58 | $7.15 | $1.94 | 77.39% | 72.87% |
| Pilocar 6% Ophth. Soln. | 15 ml | $9.24 | $7.70 | $2.68 | 71.00% | 65.19% |
| Pnu-Immune syringes | 5 | $63.60 | $53.56 | $47.15 | 25.86% | 11.97% |
| Pnu-Immune vial | each | $56.70 | $47.75 | $42.00 | 25.93% | 12.04% |
| Poly Pred Ophth. Soln. | 5 ml | $13.56 | $10.85 | $2.50 | 81.56% | 76.96% |
| Polytrim Ophth. Soln. | 10 ml | $13.24 | $10.59 | $5.50 | 56.46% | 48.06% |
| Pred Forte Ophth. Soln. | 1 ml | $4.06 | $3.25 | $0.95 | 76.60% | 70.77% |
| Pred Forte Ophth. Soln. | 5 ml | $11.55 | $9.24 | $1.50 | 87.01% | 83.77% |
| Pred Forte Ophth. Soln. | 10 ml | $16.61 | $13.29 | $2.95 | 82.24% | 77.80% |
| Pred-G Ophth. Soln. | 2 ml | $5.81 | $4.65 | $4.25 | 26.85% | 8.60% |
| Pred-G Ophth. Soln. | 5 ml | $15.88 | $12.70 | $5.00 | 68.51% | 60.63% |
| Pred-G Ophth. Soln. | 10 ml | $27.56 | $22.05 | $9.50 | 65.53% | 56.92% |
| Pred-G Ophth. Oint. | 3.5 gm | $14.76 | $11.81 | $9.95 | 32.59% | 15.75% |
| Pred-Mild 0.12% O.S. | 5 ml | $10.89 | $8.71 | $1.25 | 88.52% | 85.65% |
| Pred-Mild 0.12% O.S. | 10 ml | $15.19 | $12.15 | $1.95 | 87.16% | 83.95% |
| Premarin 0.3 mg tabs | 100 | $23.75 | $19.00 | $11.40 | 52.00% | 40.00% |
| Premarin 0.3 mg tabs | 1000 | $226.39 | $181.11 | $108.67 | 52.00% | 40.00% |
| Premarin 0.625 mg tabs | 100 | $33.09 | $26.47 | $15.88 | 52.01% | 40.01% |
| Premarin 0.625 mg tabs | 1000 | $315.24 | $252.19 | $151.31 | 52.00% | 40.00% |
| Premarin 0.9 mg tabs | 100 | $39.19 | $31.35 | $18.81 | 52.00% | 40.00% |
| Premarin 1.25 mg tabs | 100 | $45.28 | $36.22 | $21.73 | 52.01% | 40.01% |
| Premarin 1.25 mg tabs | 1000 | $431.55 | $345.24 | $207.14 | 52.00% | 40.00% |
| Premarin 2.5 mg tabs | 100 | $78.41 | $62.73 | $37.64 | 52.00% | 40.00% |
| Premarin 2.5 mg tabs | 1000 | $747.69 | $598.15 | $358.89 | 52.00% | 40.00% |
| Premarin vag. w/app. | 1.5 oz | $25.68 | $20.70 | $17.97 | 30.56% | 13.19% |
| Proctocream HC | 30 gm | $11.96 | | $7.42 | 37.96% | |
| Procotfoam-HC | 10 gm | $14.71 | | $9.02 | 38.68% | |
| Proventil Repetabs | 100 | $47.20 | | $13.44 | 71.53% | |
| Provera 2.5 mg tabs | 100 | $30.08 | $24.06 | $8.74 | 70.94% | 63.67% |
| Provera 5 mg tabs | 100 | $45.38 | $36.30 | $13.19 | 70.93% | 63.66% |
| Provera 10 mg tabs | 500 | $267.16 | $213.73 | $78.84 | 70.49% | 63.11% |
| Psorcon Ointment | 15 gm | $16.96 | $13.57 | $6.00 | 64.62% | 55.78% |
| Psorcon Ointment | 30 gm | $22.96 | $18.30 | $10.80 | 52.80% | 40.98% |
| Psorcon Ointment | 60 gm | $42.38 | $33.89 | $19.00 | 57.51% | 48.89% |
| Quinaglute Duratabs | 100 | $46.95 | | $11.00 | 76.57% | |
| Quinaglute Duratabs | 250 | $113.80 | | $27.00 | 76.29% | |
| Quinidex Extentabs | 100 | $60.25 | $48.20 | $26.00 | 56.85% | 46.06% |

Page 6

308

Southeast/Prucare  Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Quinidex Extentabs | 250 | $144.06 | $115.25 | $64.20 | 55.44% | 44.30% |
| Retin-A cream 0.025% | 20 gm | $21.12 | | $9.75 | 53.84% | |
| Retin-A cream 0.025% | 45 gm | $40.02 | | $19.75 | 50.65% | |
| Retin-A cream 0.05% | 45 gm | $41.16 | | $22.00 | 46.55% | |
| Retin-A cream 0.1% | 20 gm | $25.56 | | $13.00 | 49.14% | |
| Retin-A cream 0.05% | 20 gm | $21.64 | | $11.00 | 49.63% | |
| Retin-A gel 0.01% | 15 gm | $16.98 | | $10.00 | 41.11% | |
| Retin-A gel 0.01% | 45 gm | $40.26 | | $22.00 | 45.38% | |
| Retin-A gel 0.025% | 15 gm | $17.18 | | $10.00 | 41.72% | |
| Retin-A gel 0.025% | 45 gm | $40.62 | | $22.00 | 45.84% | |
| Retin-A liquid 0.05% | 28 ml | $33.60 | | $20.00 | 40.48% | |
| Retin-A Kit 0.025% cr. | 20 gm | $21.12 | | $9.75 | 53.84% | |
| Retin-A Kit 0.025% cr. | 45 gm | $40.02 | | $19.75 | 50.65% | |
| Retin-A Kit 0.05% cr. | 20 gm | $21.64 | | $11.00 | 49.63% | |
| Retin-A Kit 0.05% cr. | 45 gm | $41.16 | | $22.00 | 46.55% | |
| Retin-A Kit 0.1% cr. | 20 gm | $25.56 | | $13.00 | 49.14% | |
| Retin-A Kit 0.1% cr. | 45 gm | $48.12 | | $24.00 | 50.12% | |
| Retin-A Kit 0.01% gel | 15 gm | $16.98 | | $10.00 | 41.11% | |
| Retin-A Kit 0.01% gel | 45 gm | $40.26 | | $22.00 | 45.38% | |
| Retin-A Kit 0.025% gel | 15 gm | $17.18 | | $10.00 | 41.72% | |
| Retin-A Kit 0.025% gel | 45 gm | $40.62 | | $22.00 | 45.84% | |
| Ridaura 3 mg caps | 60 | $57.65 | | $43.52 | 24.51% | |
| Rimactane 300 mg caps | 100 | $134.87 | | $44.94 | 66.68% | |
| Rondec-TR tabs | 65.62 | $55.26 | | $12.49 | 77.40% | |
| Rynatan Pediatric Susp. | 16 oz | $64.67 | | $13.38 | 79.37% | |
| Sectral 200 mg caps | 100 | $72.76 | $58.21 | $38.31 | 47.35% | 34.19% |
| Sectral 400 mg caps | 100 | $96.75 | $77.40 | $50.94 | 47.35% | 34.19% |
| Septra Suspension Grape | 16 oz | $33.38 | | $4.25 | 87.27% | |
| Serophene 50 mg tabs | 30 | $159.16 | | $63.00 | 60.42% | |
| Slo-Bid Gyrocaps 100 mg | 100 | $18.97 | | $4.15 | 78.12% | |
| Slo-Bid Gyrocaps 125 mg | 100 | $23.77 | | $3.15 | 86.75% | |
| Slo-Bid Gyrocaps 200 mg | 100 | $28.56 | | $5.20 | 81.79% | |
| Slo-Bid Gyrocaps 200 mg | 1000 | $280.63 | | $51.00 | 81.83% | |
| Slo-Bid Gyrocaps 300 mg | 1000 | $333.25 | | $60.00 | 82.00% | |
| Slo-Bid Gyrocaps 300 mg | 100 | $34.02 | | $6.10 | 82.07% | |
| Slo-Bid Gyrocaps 50 mg | 100 | $15.73 | | $2.70 | 82.84% | |
| Slo-Bid Gyrocaps 75 mg | 100 | $17.36 | | $2.90 | 83.29% | |
| Slo-Phyllin 100 mg tabs | 100 | $15.16 | | $3.95 | 73.94% | |
| Slo-Phyllin 200 mg tabs | 100 | $20.14 | | $4.75 | 76.42% | |
| Slo-Phyllin 250 gry-cap | 100 | $36.71 | | $9.00 | 75.48% | |
| Slo-Phyllin 60 gry-cap | 100 | $23.58 | | $7.20 | 69.47% | |
| Slow-K tabs | 1000 | $134.88 | | $44.94 | 66.68% | |
| Soma Compound | 100 | $100.00 | | $11.55 | 88.45% | |
| Soma Compound | 500 | $483.96 | | $40.06 | 89.66% | |
| Spectazole cream | 15 gm | $9.54 | | $2.84 | 70.23% | |
| Statrol Ophth. Soln. | 5 ml | $11.25 | $9.00 | $6.60 | 41.33% | 26.67% |
| Stuartnatal 1 + 1 | 100 | $16.74 | | $2.87 | 82.86% | |
| Sulfacet-R lotion | 25 gm | $14.65 | $11.72 | $7.74 | 47.17% | 33.96% |
| Sultrin vag. tabs | 20 | $25.50 | | $15.41 | 39.57% | |
| Synthroid 0.025 mg | 10 | $13.56 | | $9.35 | 31.05% | ... |
| Synthroid 0.05 mg | 100 | $15.24 | | $10.50 | 31.10% | |
| Synthroid 0.075 mg | 100 | $16.92 | | $11.65 | 31.15% | |
| Synthroid 0.1 mg | 100 | $17.40 | | $12.00 | 31.03% | |
| Synthroid 0.125 mg | 100 | $20.34 | | $14.00 | 31.17% | |
| Synthroid 0.15 mg | 1000 | $177.72 | | $122.40 | 31.13% | |
| Synthroid 0.2 mg | 1000 | $212.88 | | $146.55 | 31.11% | |
| Synthroid 0.3 mg | 100 | $33.96 | | $23.35 | 31.24% | |
| Tambocor 100 mg | 100 | $88.20 | | $70.80 | 19.73% | |

Page 7

309

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Tavist syrup | 4 oz. | $17.88 | | $14.15 | 20.86% | |
| Tavist tabs | 100 | $78.42 | | $60.50 | 22.85% | |
| Tavist-D | 100 | $72.90 | | $56.25 | 22.84% | |
| Tavist-1 | 100 | $58.56 | | $45.15 | 22.90% | |
| Tegretol Chew tab 100mg | 100 | $15.18 | | $5.06 | 66.87% | |
| Tegretol 200 mg | 100 | $29.25 | | $9.75 | 66.67% | |
| Temovate cream/oint. | 15 gm | $17.23 | | $11.52 | 33.14% | |
| Temovate cream/oint. | 30 gm | $23.83 | | $15.93 | 33.15% | |
| Temovate cream/oint. | 45 gm | $34.58 | | $23.17 | 33.19% | |
| Tenex 1 mg | 100 | $62.18 | $49.74 | $36.04 | 42.04% | 27.54% |
| Tenex 1 mg | 500 | $295.13 | $236.10 | $171.11 | 42.02% | 27.53% |
| Tenex 2 mg | 100 | $85.25 | $68.20 | $54.23 | 36.39% | 20.48% |
| Tenormin 25 mg | 100 | $76.16 | | $55.42 | 27.23% | |
| Tenormin 50 mg | 100 | $77.71 | | $56.55 | 27.23% | |
| Tenormin 50 mg | 1000 | $767.84 | | $558.71 | 27.24% | |
| Tenormin 100 mg | 100 | $116.56 | | $84.80 | 27.25% | |
| Tessalon Perles | 100 | $56.83 | | $16.00 | 71.85% | |
| Theo-Dur Sprinkle 125 mg | 100 | $16.68 | | $3.00 | 82.01% | |
| Theo-Dur Sprinkle 50 mg | 100 | $12.84 | | $2.50 | 80.53% | |
| Theo-Dur Sprinkle 75 mg | 100 | $14.64 | | $2.75 | 81.22% | |
| Theo-Dur100 mg tabs | 100 | $13.56 | | $2.49 | 81.64% | |
| Theo-Dur100 mg tabs | 1000 | $124.08 | | $24.90 | 79.93% | |
| Theo-Dur 200 mg tabs | 100 | $20.22 | | $3.30 | 83.68% | |
| Theo-Dur 200 mg tabs | 1000 | $180.24 | | $33.00 | 81.69% | |
| Theo-Dur 300 mg tabs | 100 | $24.00 | | $4.05 | 83.13% | |
| Theo-Dur 300 mg tabs | 1000 | $219.36 | | $40.50 | 81.54% | |
| Theo-24 caps 300 mg | 100 | $30.47 | | $5.31 | 82.57% | |
| Tobrex Ophth. Oint. | 3.5 gm | $14.06 | $11.05 | $8.20 | 41.68% | 25.79% |
| Tobrex Ophth. Soln. | 5 ml | $14.06 | $11.05 | $8.20 | 41.68% | 25.79% |
| Tolectin DS 400 mg | 100 | $81.88 | | $27.00 | 67.02% | |
| Tolectin 200 mg tabs | 100 | $51.79 | | $13.50 | 73.93% | |
| Tolectin 600 mg tabs | 100 | $99.40 | | $41.50 | 58.25% | |
| Trandate 100 mg tabs | 100 | $35.59 | | $17.71 | 50.24% | |
| Trandate 200 mg tabs | 100 | $50.96 | | $25.96 | 49.06% | |
| Trandate 200 mg tabs | 500 | $242.10 | | $123.97 | 48.79% | |
| Trandate 300 mg tabs | 100 | $67.80 | | $34.54 | 49.06% | |
| Transderm-Nitro 10 | 30 | $43.47 | | $8.40 | 80.88%+ | |
| Transderm-Nitro 15 | 30 | $47.89 | | $8.40 | 82.46% | |
| Transderm-Nitro 2.5 | 30 | $37.16 | | $8.40 | 77.40% | |
| Transderm-Nitro 5 | 30 | $38.03 | | $8.40 | 77.91% | |
| Tri-Levlen 28 | 3 x 28 | $51.80 | | $13.50 | 73.94% | |
| Tri-Norinyl 28 | 24 x 28 | $447.60 | | $108.00 | 75.87% | |
| Trilisate 1000 mg tabs | 60 | $42.76 | | $6.15 | 85.62% | |
| Trilisate 500 mg tabs | 100 | $44.45 | | $5.10 | 88.53% | |
| Trilisate 750 mg tabs | 100 | $55.17 | | $7.45 | 86.50% | |
| Trinalin tabs | 100 | $67.50 | | $29.67 | 56.04% | |
| Uniphyl 400 mg tabs | 100 | $48.43 | | $3.45 | 92.88% | |
| Valisone lotion | 20 ml | $15.30 | | $8.54 | 44.18% | |
| Vasocidin Ophth. Soln. | 10 ml | $14.40 | $12.00 | $5.20 | 63.89% | 56.67% |
| Velosef susp. 125mg/5ml | 100 ml | $8.39 | $7.07 | $4.69 | 41.72% | 30.83% |
| Velosef susp. 250mg/5ml | 100 ml | $15.75 | $13.27 | $6.18 | 60.76% | 53.43% |
| Ventolin Inhaler | each | $19.48 | | $5.95 | 69.46% | ... |
| Ventolin Inhaler refill | 17 gm | $17.95 | | $5.85 | 67.41% | |
| Ventolin Rotocap lot | 96 | $23.89 | | $18.30 | 23.40% | |
| Ventolin Soln. for Inh. | 20 ml | $14.86 | | $7.95 | 46.50% | |
| Ventolin syrup 2mg/ml | 16 oz | $27.88 | | $14.72 | 47.20% | |
| Ventolin 2 mg tabs | 100 | $31.09 | | $8.95 | 71.21% | |
| Ventolin 2 mg tabs | 500 | $147.64 | | $42.51 | 71.21% | |

310

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Ventolin 4 mg tabs | 100 | $46.38 | | $13.44 | 71.02% | |
| Ventolin 4 mg tabs | 500 | $220.45 | | $63.84 | 71.04% | |
| Verelan Pellet Caps 120 mg | 100 | $89.30 | $75.20 | $51.00 | 42.89% | 32.18% |
| Verelan Pellet Caps 240 mg | 100 | $99.09 | $83.44 | $54.00 | 45.50% | 35.28% |
| Vi-Daylin Chewable | 100 | $9.57 | $8.06 | $2.15 | 77.53% | 73.33% |
| Vi-Daylin Drops | 50 ml | $8.03 | $8.76 | $1.44 | 82.07% | 78.70% |
| Vi-Daylin F Chewable | 100 | $11.89 | $10.01 | $2.64 | 77.80% | 73.63% |
| Vi-Daylin F w/Iron Chew. | 100 | $12.52 | $10.54 | $2.78 | 77.80% | 73.62% |
| Vi-Daylin Plus Iron Chew. | 100 | $10.09 | $8.50 | $2.65 | 73.74% | 68.82% |
| Vi-Daylin w/Iron Drops | 50 ml | $8.03 | $8.76 | $1.13 | 85.93% | 63.28% |
| Vi-Daylin F ADC Drops | 50 ml | $8.27 | $8.96 | $1.29 | 84.40% | 81.47% |
| Vi/Day/F ADC/Iron drops | 50 ml | $8.27 | $6.96 | $1.55 | 81.26% | 77.73% |
| Vi-Day/F drops | 50 ml | $9.03 | $7.60 | $1.55 | 82.83% | 79.61% |
| Vi-Day/F w/Iron drops | 50 ml | $9.03 | $7.60 | $1.93 | 78.63% | 74.61% |
| Visken 10 mg tabs | 100 | $78.00 | | $58.00 | 25.64% | |
| Visken 5 mg tabs | 100 | $58.80 | | $45.40 | 22.79% | |
| Vytone cream 1% | 1 oz | $15.26 | $12.22 | $8.08 | 47.12% | 33.88% |
| Westcort cream 2% | 15 gm | $10.08 | $8.40 | $3.00 | 70.24% | 64.29% |
| Westcort cream 2% | 45 gm | $20.15 | $16.79 | $5.62 | 72.11% | 66.53% |
| Westcort cream 2% | 60 gm | $24.22 | $20.18 | $8.07 | 66.68% | 60.01% |
| Westcort ointment 2% | 15 gm | $10.08 | $8.40 | $3.00 | 70.24% | 64.29% |
| Westcort ointment 2% | 45 gm | $20.15 | $18.79 | $5.62 | 72.11% | 66.53% |
| Wytensin 4 mg tabs | 100 | $53.05 | $42.44 | $32.41 | 38.91% | 23.63% |
| Wytensin 8 mg tabs | 100 | $79.63 | $63.70 | $48.66 | 38.89% | 23.61% |
| Xanax 0.25 mg tabs | 100 | $47.98 | $38.38 | $34.92 | 27.22% | 9.02% |
| Xanax 0.25 mg tabs | 500 | $232.68 | $186.14 | $169.37 | 27.21% | 9.01% |
| Xanax 0.5 mg tabs | 100 | $59.76 | $47.81 | $43.50 | 27.21% | 9.01% |
| Xanax 0.5 mg tabs | 500 | $289.65 | $231.72 | $216.85 | 25.13% | 6.42% |
| Xanax 1 mg tabs | 100 | $79.74 | $63.79 | $58.04 | 27.21% | 9.01% |
| Xanax 1 mg tabs | 500 | $386.70 | $309.38 | $281.40 | 27.23% | 9.04% |
| Xanax 2 mg tabs | 100 | $135.58 | $108.46 | $98.69 | 27.21% | 9.01% |
| Xanax 2 mg tabs | 500 | $657.56 | $526.05 | $478.66 | 27.21% | 9.01% |
| Zantac 150 mg tabs | 60 | $84.23 | | $54.51 | 35.28% | |
| Zantac 150 mg tabs | 100 | $140.38 | | $90.85 | 35.28% | |
| Zantac 300 mg tabs | 30 | $73.13 | | $49.37 | 32.49% | |

Average discount off of AWP                    59.21%

Market basket comparison
Sum of AWP prices          $36,701.63
Sum of contract prices     $16,944.57
Discount off of AWP prices      53.83%

Compiled by: K. Whittemore    2/28/92

Page 9



Retail

ATTACHMENT III

Retail/Mail Order Comparison

311

| DEPT | ITEM NUMBER | QTY ORD | UM | ITEM DESCRIPTION | STORE RETAIL | UNIT PRICE | GP % | CODE | CHGMS |
|---|---|---|---|---|---|---|---|---|---|
| AA | 1615160 | 1 | EA | ALBUTEROL SOL .5ML U/D DEV | 31.19 | 25.70 | 17.6 | 1 R | 25.70 |
| HC | 2169879 | 1 | EA | AEROBID INHALER SYSTEM | 40.05 | 33.61 | 17.6 | 1 R | 33.61 |
| AD | 1155916 | 1 | EA | LEVOTHRO INHALER 30MCG | 30.00 | 20.82 |  | 1 R | 20.82 |
| AD | 1313224 | 1 | EA | NITRO TAB TUBE 2X | 9.03 | 7.43 | 17.6 | 1 R | 7.43 |
| AD | 1732215 | 1 | EA | NORMAL HYDROL ICER ARM | 24.74 | 20.43 | 17.6 | 1 R | 20.43 |
| AD | 1732178 | 1 | EA | KADR-CL-G TAB 75MG | 27.34 | 22.56 | 17.6 | 1 R | 22.56 |
| DA | 1924146 | 1 | EA | M-T-C-5 CONC 10ML 2910 LXP | 27.35 | 22.85 | 15.2 | 1 R | 192.82 |
| DA | 2261121 | 1 | EA | THEO-DUR SPRINK CAP 200MG | 20.87 | 17.51 | 14.2 | 1 R | 17.91 |
|  |  |  |  | PAGE 2 |  |  |  |  |  |
| AD | 1927441 | 1 | EA | THEO-DUR SA TAB 300MG | 12.14 | 10.55 | 14.2 | 1 R | 106.55 |
| HC | 1967061 | 1 | EA | PROVENTIL INHALER REF | 18.35 | 15.41 | 17.6 | 1 MR | 15.41 |
| HC | 1106783 | 1 | EA | PROVENTIL INHALER 17CM | 16.76 | 14.17 | 17.2 | 1 WR | 14.17 |
| AD | 1706616 | 1 | EA | DRUGMNIN TAB 50MG RUG | 80.20 | 68.58 | 15.8 | 1 R | 68.58 |
| AD | 1941855 | 1 | EA | SPIRONOL TAB 25MG RUG | 30.26 | 25.95 | 12.0 | 1 R | 25.95 |
| AD | 3649250 | 1 | EA | TMZ/CODNC TAB 50MG RUG 500 | 79.01 |  | 14.4 | 1 R | 43.60 |

LINES 5 CASES PIECES

THIS INVOICE IS PAYABLE TO   McKESSON DRUG CO.

NET PAYABLE BY STMT DUE DATE        827.80

GROSS PAYABLE AFTER STMT DUE DATE   844.43

CONTINUED



312

313



Mfrs/order retail

ECONOTONE COST PLUS ORDER

INVOICE DATE 7/29/92

| ITEM NUMBER | QTY ORD UM | ITEM DESCRIPTION | | STORE RETAIL | UNIT PRICE | DISC % | I D | HAZARDOUS MATERIALS CODE CLASS CODE EXTENS |
|---|---|---|---|---|---|---|---|---|
| 2169829 | 1 EA | ACROBID INHALER SYSTEM | 7GM | 40.79 | | | KR | 2.58 |
| 1651610 | 20 EA | ALBUTEROL SOL 5ML U/D QTY | 25 | 37.19 | 32.60 | | KR | 651.40 |
| 3057592 | 1 EA | ALUPENT SOL 0.6% 2.5ML | | 34.95 | 32.17 | | KR | 21.59 |
| 3257246 | 1 EA | ARCENT MD COMPLETE | | 24.89 | 28.24 | | KR | 28.24 |
| 2703629 | 1 EA | AZMACORT INHALER | 20GM | 32.35 | 28.91 | | R | 9.93 |
| 1929178 | 1 EA | LEVOTHROID TAB 300MG | 100 | 36.00 | 31.45 | | KR | 31.45 |
| 1929516 | 1 EA | LEVOXYL 5 50MCG | | 24.65 | | | KR | 7.95 |
| 3127239 | 1 EA | METRIC OINTMENT | 60GM | 9.03 | | | KR | 17.45 |
| 1049787 | 1 EA | PROVENTIL INHALER REF | | 20.35 | | | KR | 11.56 |
| 1104475 | 1 EA | PROVENTIL INHALER REF | | 18.76 | | | KR | 11.56 |
| 2611121 | 1 EA | THEO-DUR SPRINK 200MG | 100 | 20.87 | | | KR | 50.20 |
| 1393206 | 1 EA | THEO-DUR SPRINK CAP 20MG | 1000 | 251.24 | 20.83 | | KR | 20.83 |
| 3655529 | 1 EA | VANCENASE AQ NASAL SPR | | 25.62 | | | KR | 17.52 |
| 1791102 | 1 EA | VENTOLIN INHALER | | 20.35 | 17.49 | | KR | 17.49 |

911.78

1183839   6 EA INTAC NEBULIZER AMP 2ML   120   79.84   66.31   R

SUBTOTAL

NET PAYABLE BY SMT DUE DATE

GROSS PAYABLE AFTER SMT DUE DATE

THIS INVOICE IS PAYABLE TO   McKESSON DRUG CO.

V-P DOLLARS

| LINES | CASES | PIECES |
|---|---|---|
| | | 1 |

1344.43
1344.43
1371.87



314