**ANDERSON EXHIBIT 27**

```
                                          Lehn, Russell
0001
  1              UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
  2
  3   In re:  PHARMACEUTICAL INDUSTRY
      AVERAGE WHOLESALE PRICE
  4   LITIGATION,
                                       MDL No. 1456
  5   THIS DOCUMENT RELATES TO:
                                       Civil Action No.
  6   US ex rel. Ven-a-Care of the     01-12257-PBS
      Florida Keys, Inc., v. Abbott
  7   Laboratories, Inc.
  8   NO. 07-CV-11618-PBS
      _____/
  9
 10
              VIDEOTAPED DEPOSITION OF RUSSELL LEHN
 11
 12            Taken on Behalf of Ven-a-Care
 13
 14      DATE TAKEN:        January 15, 2009
 15      TIME:              9:05 a.m. - 12:45 p.m.
 16      PLACE:             Hotel Indigo
                            1223 Boulevard of the Arts
 17                         Sarasota, Florida
 18
 19
 20
 21
 22
 23            Stenographically Reported by:
                         Elsa Rohow
 24            Registered Professional Reporter
 25
0002
  1   APPEARANCES:
  2
  3   Counsel for Ven-a-Care of the Florida Keys:
  4       C. JARRETT ANDERSON, ESQUIRE
          Anderson, LLC
  5       208 West 14th Street
          Suite 203
  6       Austin, Texas  78701
  7
      Counsel for Abbott Laboratories, Inc. and Russell Lehn:
  8
          ERIC P. BERLIN, ESQUIRE
  9       Jones Day
          77 West Wacker Drive
 10       Chicago, Illinois  60601
 11
      Counsel for the States of Wisconsin, Illinois, Kentucky,
 12   Idaho, Hawaii, Alaska and South Carolina:
 13       MICHAEL WINGET-HERNANDEZ, ESQUIRE
          (Appeared via telephone)
 14       Michael Winget-Hernandez, LLC
          101 College Street
 15       Dripping Sands, Texas  78620
 16
      Counsel for the States of Alabama and Mississippi:
 17
          H. CLAY BARNETT, III, ESQUIRE
                                       Page 1
```

```
                                         Lehn, Russell
23      Q.   And other than the fact that they were brand
24   products, was there a reason why list price was the
25   basis for the calculation of the rebates?  I'll
0060
 1   rephrase.
 2      A.   Please do.
 3      Q.   Sir, were the list prices used as the basis for
 4   the rebate calculations because pharmacies were
 5   typically paying list price to buy the drugs?
 6      A.   There may be -- they may have been buying
 7   everything at list price.  I don't think it had anything
 8   to do with how they were buying it.
 9      Q.   Looking at the erythromycin products listed on
10   Exhibit A, do you see a notation there that those
11   rebates are calculated off of Abbott wholesale deal
12   price?
13      A.   Yes, I do.
14      Q.   Can you explain why the rebates for the
15   erythromycins were calculated off of the wholesale deal
16   price instead of the list price?
17      A.   To reflect the competitive nature of those
18   products in the market.
19      Q.   How did calculating the rebates off of the deal
20   price reflect the competitiveness?
21      A.   Well, they were lower than those off of list
22   price.
23      Q.   The deal prices were lower than the list
24   prices?
25      A.   That's correct, of the -- wholesaler deal price
0061
 1   would have been lower than the list price.
 2      Q.   What -- what is the wholesale deal price in
 3   this context?
 4      A.   I don't know what it is.
 5      Q.   No, no, no, not the exact number, sir.  I'm
 6   asking conceptually, is the wholesale deal price the
 7   WAC?
 8      A.   No.  It was the wholesale deal price.
 9      Q.   The price that reflected what?
10      A.   The price that reflected the purchase price of
11   those products that were bought on deal or contract by
12   the wholesaler.
13      Q.   What about situations where wholesalers weren't
14   buying at the deal price?
15      A.   It's -- it wouldn't have made any difference.
16   The rebate was calculated off of the -- off of the deal
17   price.
18           Even though many of those purchases may have
19   been at list, the amount that was reimbursed was still
20   calculated from this, from the deal price.
21      Q.   What -- were the rebates calculated off of the
22   wholesale deal price because the assumption was that all
23   the wholesalers would be paying deal price?
24           MR. BERLIN:  Objection, form.
25           THE WITNESS:  No.  I'm sorry.
0062
 1           MR. BERLIN:  Go ahead.  You can answer over my
 2      objection.
 3           THE WITNESS:  I did.  Yeah, I know.
 4           Could you restate it.
 5   BY MR. ANDERSON:
 6      Q.   Yes, sir.  Were the -- were the rebates for the
 7   erythromycin products calculated off of deal price
```

Lehn, Russell

```
 8  because the assumption was all wholesalers were paying
 9  deal price?
10          MR. BERLIN:  Same objection.
11          THE WITNESS:  All wholesalers were paying deal
12      price?  No, not -- all wholesalers were not paying
13      deal price, but the assumption was that that was
14      the -- the price model standard from which we -- we
15      were going to calculate the rebate.
16  BY MR. ANDERSON:
17      Q.  Was the -- was the assumption that the deal
18  prices more accurate reflected the market prices?
19          MR. BERLIN:  Objection, form.
20          THE WITNESS:  Was there a relationship between
21      those?  Probably so.
22  BY MR. ANDERSON:
23      Q.  Is it true, sir, that with respect to the
24  erythromycins, the deal prices were more representative
25  of the market prices than the list prices?
0063
 1      A.  Probably so.
 2          MR. BERLIN:  Wait, wait.  Let me get in an
 3      objection.
 4  BY MR. ANDERSON:
 5      Q.  The --
 6          MR. BERLIN:  But -- both of you, let me get an
 7      objection.
 8          MR. ANDERSON:  Okay.
 9          MR. BERLIN:  Objection, form.
10  BY MR. ANDERSON:
11      Q.  I noticed that this Exhibit A, sir, is dated
12  April 22nd, 1993.
13      A.  Yes.
14      Q.  And then your name is listed there, correct?
15      A.  Uh-huh.
16      Q.  Did you --
17      A.  Yes.
18      Q.  -- draft Exhibit A?
19      A.  Did I or one of my people draft it?
20      Q.  Yes, sir.
21      A.  I would think so.
22      Q.  And that's why your name's on it?
23      A.  My name would have been on any contract.
24      Q.  Did you approve of the use of deal price as the
25  foundation for calculating the rebates on the
0064
 1  erythromycins?
 2      A.  Did I approve?  It was approved by the
 3  marketing group.
 4      Q.  Within Abbott PPD?
 5      A.  Yes.
 6      Q.  And then, in turn, that information was
 7  forwarded on to you?
 8      A.  That's correct.
 9      Q.  And that's the same marketing group that
10  ultimately was -- whose actions were ultimately approved
11  by the president of PPD?
12      A.  That's correct.  In this case, there would have
13  been several marketing groups.
14      Q.  Can you explain why the drugs that are not
15  erythromycin products, such as Biaxin and Depakene, had
16  their rebates calculated off of list price as opposed to
17  deal price?
18      A.  Yes.
```

Page 27

```
                                     Lehn, Russell
19        Q.   And what's that explanation?
20        A.   There were no deal prices for those products.
21        Q.   Is it true that it was pretty rare for a PPD
22   product to be sold at deal prices?
23             MR. BERLIN:  Objection to form.
24   BY MR. ANDERSON:
25        Q.   I'll be more specific.  Would -- is it true,
0065
 1   sir, that other than the erythromycin multi-source
 2   products, it was pretty rare for a PPD product to be
 3   sold at a wholesale deal price?
 4             MR. BERLIN:  Objection, form.
 5             THE WITNESS:  Yes.
 6   BY MR. ANDERSON:
 7        Q.   In looking at the percentages used to calculate
 8   the rebates off of wholesale deal price for the
 9   erythromycins, I see one product in the middle of page
10   11 known as Ery Derm with a 47 percent rebate, which is
11   significantly higher than the other rebate percentages.
12   Do you see that?
13        A.   Yes.
14             MR. BERLIN:  Move to strike counsel's
15        commentary.
16   BY MR. ANDERSON:
17        Q.   Can -- can you explain why that percentage is
18   higher than the other percentages?
19        A.   No.
20        Q.   Is it likely that that higher percentage
21   reflects greater market price competition on the Ery
22   Derm product as opposed to the other products?
23        A.   Probably.
24        Q.   How did you or people in the PPD pricing
25   department go about evaluating the prevailing market
0066
 1   prices in setting these rebate percentages?
 2        A.   I don't recall.
 3        Q.   Were there sources for market price information
 4   that you-all had access to?
 5        A.   Were there sources for?
 6        Q.   Market price information.
 7        A.   Market price information?
 8        Q.   Yes, sir.
 9        A.   Yes.
10        Q.   Such as what?
11        A.   Any competitive price that was picked up by any
12   of our salespeople in the field.
13        Q.   Were there more structured sources of price
14   information, such as IMS, that Abbott PPD had access to?
15        A.   Well, we had access to IMS, but I don't recall
16   that being a price source of market pricing.
17        Q.   How did you or others in PPD pricing use the
18   IMS data?
19        A.   I didn't use it a lot.  It was used by
20   marketing groups mainly to look at prescription data and
21   how prescriptions were written and how prescriptions
22   were dispensed.
23        Q.   You can set that aside for just a moment, but
24   I'm going to -- I'm going to put a new sticker on it.
25             (Lehn Exhibit No. 3 was marked for
0067
 1   identification.)
 2        Q.   Take a look at what's been marked as Lehn
 3   Exhibit 3, please.  Do you recognize this type of
                                Page 28
```