**ANDERSON EXHIBIT 28**

ProTEXT Transcript Condensing for Windows

```
  SHEET 1   PAGE 1
00310
 1              NO. D-1-GV-04-001286
 2   THE STATE OF TEXAS        ) IN THE DISTRICT COURT
                               )
 3   ex rel.                   )
        VEN-A-CARE OF THE      )
 4      FLORIDA KEYS, INC.,    )
            Plaintiffs,        )
 5                             )
     VS.                       ) TRAVIS COUNTY, TEXAS
 6                             )
     ABBOTT LABORATORIES INC., )
 7   ABBOTT LABORATORIES, and  )
     HOSPIRA, INC.             )
 8        Defendant(s).        ) 201ST JUDICIAL DISTRICT
 9
10   *******************************************************
11             ORAL AND VIDEOTAPED DEPOSITION OF
                      JOSEPH EDWARD FISKE
12                    March 22, 2007
13                       VOLUME 2
14                   HIGHLY CONFIDENTIAL
15   *******************************************************
16      ORAL AND VIDEOTAPED DEPOSITION OF JOSEPH EDWARD
17   FISKE, produced as a witness at the instance of the
18   Plaintiffs, and duly sworn, was taken in the
```

```
    PAGE 2
19   above-styled and numbered cause on the 22nd of March,
20   2007, from 9:09 a.m. to 5:03 p.m., before CYNTHIA
21   VOHLKEN, CSR in and for the State of Texas, reported
22   by machine shorthand, at the offices of Jones Day, 77
23   W. Wacker, Suite 3500, Chicago, Illinois, pursuant to
24   the Texas Rules of Civil Procedure and the provisions
25   attached previously.
00311
 1            A P P E A R A N C E S
 2   FOR THE PLAINTIFF(S):
 3        Mr. Raymond C. Winter
           Ms. Margaret Moore
 4        Assistant Attorneys General
           Office of the Attorney General
 5        State of Texas
           Post Office Box 12548  (78711-2548)
 6        300 W. 15th Street, 9th Floor
           Austin, Texas  78701
 7
 8   FOR THE RELATOR:
 9        Mr. C. Jarrett Anderson
           Anderson LLC
10        1300 Guadalupe, Suite 103
           Austin, Texas  78703
11
12   FOR THE DEFENDANT(S) ABBOTT LABORATORIES INC. AND
```

```
    PAGE 3
     HOSPIRA, INC.:
13
          Mr. Jason Winchester
14        Ms. Tara Fumerton
           Jones Day
15        77 West Wacker, Suite 3500
           Chicago, Illinois  60601-1692
16
17   ALSO PRESENT:
18        John Maloy Lockwood, M.D.
              Ven-A-Care of the Florida Keys
19        Mr. Brian Bobbitt, Videographer
20
21
                    *-*-*-*-*-*
22
23
24
25
00312
 1                       INDEX
 2   Appearances................................... 311
 3   JOSEPH EDWARD FISKE, Volume 2
         Examination by Mr. Anderson.............. 315
 4
     Signature and Changes......................... 596
```

```
    PAGE 4
 5   Reporter's Certificate........................ 598
 6
     VIDEOTAPE NUMBER
 7
          6 .................................. 315
 8        7 .................................. 362
          8 .................................. 416
 9        9 .................................. 464
         10 .................................. 520
10       11 .................................. 577
11
                       EXHIBITS
12
     NO.   DESCRIPTION                          PAGE
13
                  (Previous Exhibits)
14
         63 ......................................... 401
15       72 ......................................... 427
        359 ......................................... 329
16      503 ......................................... 438
        513 ......................................... 526
17      514 ......................................... 534
        527 ......................................... 373
18
                    (New Exhibits)
```

You may have up to 3 Header and 3 Footer Lines

SHEET 3  PAGE 9

11  as follows:
12                    EXAMINATION
13  BY MR. ANDERSON:
14      Q.  Good morning, sir.  Do you understand that
15  you are the Abbott corporate representative to testify
16  regarding pricing?
17      A.  Yes, I do.
18      Q.  Okay.  And specifically you know you're
19  designated to testify about price setting and prices
20  to different classes of trade, correct?
21      A.  Yes, I do.
22      Q.  And, likewise, you know that you're
23  designated concerning price reports made by Abbott to
24  price-reporting services, correct?
25      A.  Yes, I do.
00316
 1      Q.  And toward that end I would like for you to
 2  define certain pricing terms.  Are you willing to do
 3  that?
 4      A.  Yes, I am.
 5      Q.  Can you provide me with Abbott's definition
 6  of WAC?
 7      A.  WAC means wholesale acquisition cost.
 8      Q.  And other than the plain words, does WAC have
 9  another meaning?
10              MR. WINCHESTER:  Objection, form.  Let

PAGE 10

11  me also clarify, before you answer, as to all of these
12  questions and these pricing issues, Mr. Fiske is
13  designated specifically with respect to these issues
14  as -- as relate to PPD drugs.
15              Go ahead and answer.
16      A.  No, it doesn't have another meaning.  I'm
17  going to answer the question your way this way,
18  however, that WAC price is also a case quantity
19  discount price that in the Pharmaceutical Products
20  Division would be available to any direct purchasing
21  customer who purchases in a full case quantity.
22      Q.  (BY MR. ANDERSON)  Can you describe how WAC
23  prices are used by Abbott in transacting business with
24  wholesalers?
25      A.  It's our published catalog WAC, wholesale
00317
 1  acquisition cost, and a wholesaler will receive WAC
 2  price whether they purchase in a full case quantity or
 3  an individual bottle.  It's the price that the
 4  wholesaler generally pays for the product.
 5      Q.  And when you say a wholesaler will receive
 6  that price, do you mean that that will be the price
 7  that is charged the wholesaler?
 8      A.  It's the invoice price for the product.
 9      Q.  And in turn, is it your understanding that
10  that is the price that the wholesaler will pay as

PAGE 11

11  published on the invoice?
12      A.  It's -- yes.
13      Q.  And are there any exceptions to that?
14      A.  Yes, there are.
15      Q.  And what are the exceptions?
16      A.  When a product is launched into the
17  marketplace, there may be launch incentives for the
18  wholesaler to stock product as well as -- I'll call it
19  push, distribute the product to customers of theirs.
20      Q.  And are those --
21      A.  Those are available for a very short period
22  of time.  I'm sorry for interrupting you.  Those are
23  available for a very short period of time, two to
24  three weeks, generally, at most.  It's just to get the
25  product in the marketplace to make sure it's available
00318
 1  as the representatives start promoting the product to
 2  physicians.
 3      Q.  Are these lower invoice prices offered a
 4  couple of weeks after launch set before launch by
 5  Abbott?
 6              MR. WINCHESTER:  Objection, form.
 7      A.  They're -- they're part of the launch plan,
 8  sir.
 9      Q.  (BY MR. ANDERSON)  Okay.  So they're known to
10  Abbott before Abbott launches a product?

PAGE 12

11      A.  Yes, sir.
12      Q.  All right.  And are there any other
13  exceptions, setting aside this launch price?
14              MR. WINCHESTER:  Objection, form.
15      Q.  (BY MR. ANDERSON)  I'll rephrase to be more
16  specific.
17              Sir, are there any other exceptions to
18  the fact that Abbott bills wholesalers at WAC other
19  than this launch price?
20      A.  Not today.
21      Q.  In the -- in the past have there been other
22  exceptions to Abbott billing wholesalers at WAC?
23      A.  Yes, there have.
24      Q.  And what were those?
25      A.  The only one that comes to mind is there was
00319
 1  a period of time, I don't know precisely the length of
 2  the time, when there was an opportunity for
 3  wholesalers and other customers to purchase
 4  erythromycin products during a deal period, and if
 5  they purchased a certain dollar volume or quantity of
 6  product, that deal price would be available to them
 7  for the remainder of the year, I believe the -- the
 8  situation was.
 9      Q.  In that context is it true that Abbott was
10  billing wholesalers for the Ery's at a price lower