**ANDERSON EXHIBIT 31**

07/02/99  02:00:59  Via Fax  →  12013502795 PRICE UPDATE NOTIFIC Page 001


ABB. PHARM


RECEIVED JUL - 2 1999 RED BOOK PRICING

VIA FAX

TO: MEDICAL ECONOMICS COMPANY

Done RB 7/6/99

FROM: PHARMACEUTICAL PRODUCTS DIVISION

ATTN: RONI LANE

TO: FAX PHONE#: (201) 722 2666

Job Number: 10090132-010-6-0001
TIME: Fri Jul 02 01:50:09 1999

4 pages including cover sheet

all + AWP's ok
per: Darrell Ballard


Fiske
DEPOSITION
EXHIBIT
9

Confidential                               Red Book 00936

07/02/99  02:01:16  Via Fax       ->       12013502795 PRICE UPDATE NOTIFIC Page 002

 ABBOTT

**Pharmaceutical Products Division**
Abbott Laboratories
One Abbott Park Road
Abbott Park, Illinois 60064-3500



RECEIVED JUL - 2 1999
RED BOOK PRICING

Thursday, July 1, 1999

Dear Abbott/Ross Data Vendor:

Effective with the close of business Thursday, July 1, 1999, the prices of our Abbott Pharmaceutical products have changed as follows:

No preannouncement of this change has occurred.

Questions may be directed to the Abbott PPD Pricing Department at (847) 937-6009.

Please update your records accordingly.

Thank you.

Confidential                                       Red Book 00937

RECEIVED JUL - 2 1999 RED BOOK PRICING

## ABBOTT LABORATORIES PRICE CHANGES EFFECTIVE JULY 2, 1999

| PRODUCT DESCRIPTION | STRENGTH | NDC CODE 0074 | CASE SIZE | SIZE | DIRP LIST PRICE | WAC CASE PRICE | AWP PRICE |
|---|---|---|---|---|---|---|---|
| Ery-Tab | 250mg | 6304-13 | 48 | 100 | 21.20 A | 20.14 A | 25.18 A |
| | | 6304-11 | 50 | 10/10 | 23.20 A | 23.20 A | 27.84 *D |
| | | 6304-30 | 48 | 30 | 6.36 A | 6.36 A | 7.95 A |
| | | 6304-40 | 48 | 40 | 8.48 A | 8.48 A | 10.60 A |
| | | 6304-53 | 12 | 500 | 100.70 A | 95.67 A | 119.59 A |
| | 333mg | 6320-13 | 48 | 100 | 31.21 A | 29.65 A | 37.06 A |
| | | 6320-11 | 50 | 10/10 | 33.21 A | 33.21 A | 39.85 D |
| | | 6320-30 | 48 | 30 | 10.40 A | 9.88 A | 12.35 A |
| | | 6320-53 | 12 | 500 | 148.25 A | 140.84 A | 176.05 A |
| | 500mg | 6321-13 | 48 | 100 | 35.79 A | 34.00 A | 42.50 A |
| | | 6321-11 | 50 | 10/10 | 37.79 A | 37.79 A | 45.35 *D |
| Eryderm | | 2698-02 | 48 | 60ml | 14.71 A | 13.98 A | 17.48 A |
| Eryped 200 | | 6302-05 | 100 | 5ml Vial | 0.70 A | 0.70 A | 0.84 A |
| | | 6302-13 | 48 | 100ml | 7.36 A | 6.99 A | 8.74 A |
| | | 6302-53 | 24 | 200ml | 13.70 A | 13.02 A | 16.28 A |
| Eryped 400 | | 6305-05 | 100 | 5ml Vial | 1.08 A | 1.08 A | 1.30 A |
| | | 6305-13 | 48 | 100ml | 11.32 A | 10.75 A | 13.44 A |
| | | 6305-53 | 24 | 200ml | 21.07 A | 20.02 A | 25.03 A |
| Eryped Chewable Tablets | 200mg | 6314-40 | 48 | 40 | 18.23 A | 17.32 A | 21.65 A |
| Eryped Drops | 100mg/2.5ml | 6303-50 | 48 | 50ml | 5.77 A | 5.48 A | 6.85 A |
| Eryth Delayed-Release Caps | 250mg | 6301-13 | 48 | 100 | 21.70 A | 20.62 A | 25.78 A |
| | | 6301-53 | 12 | 500 | 105.25 A | 99.99 A | 124.99 A |
| Eryth Ethyl Oral Suspension | 200mg/5ml | 3747-16 | 12 | Pint | 17.49 A | 16.62 A | 20.78 A |
| | 400mg/5ml | 3748-16 | 12 | Pint | 32.57 A | 30.94 A | 38.68 A |
| Erythrocin Stearate Filmtab | 500mg | 6318-13 | 24 | 100 | 22.19 A | 21.08 A | 26.35 A |
| | 250mg | 6346-19 | 6 | 1000 | 113.20 A | 107.54 A | 134.43 A |
| | | 6346-20 | 48 | 100 | 12.28 A | 11.67 A | 14.59 A |
| | | 6346-38 | 50 | 10/10 | 14.28 A | 14.28 A | 17.14 D |
| | | 6346-41 | 48 | 40 | 4.91 A | 4.91 A | 6.14 A |
| | | 6346-53 | 12 | 500 | 58.35 A | 55.43 A | 69.29 A |
| Erythromycin Base Filmtab | 500mg | 6227-13 | 24 | 100 | 22.86 A | 21.72 A | 27.15 A |
| | 250mg | 6326-13 | 48 | 100 | 12.45 A | 11.83 A | 14.79 A |
| | | 6326-11 | 50 | 10/10 | 16.45 A | 16.45 A | 19.74 A |
| | | 6326-53 | 12 | 500 | 59.15 A | 56.19 A | 70.24 A |

07/02/99  02:02:06  Via Fax          →          12013582795 PRICE UPDATE NOTIFIC Page 004

| Product | Strength | NDC | Qty | Size | Price 1 | Price 2 | Price 3 |
|---|---|---|---|---|---|---|---|
| Erythromycin Ethyl Tablets | 400mg | 2589-13 | 48 | 100 | 19.57 A | 18.59 A | 23.24 A |
| | | 2589-53 | 12 | 500 | 92.95 A | 88.30 A | 110.38 A |
| E.E.S 400 Filmtab | | 5729-13 | 48 | 100 | 19.57 A | 18.59 A | 23.24 A |
| | | 5729-11 | 50 | 10/10 | 21.57 A | 21.57 A | 25.88 D |
| | | 5729-19 | 6 | 1000 | 173.07 A | 164.42 A | 205.53 A |
| | | 5729-53 | 12 | 500 | 92.95 A | 88.30 A | 110.38 A |
| E.E.S. 200 Liquid | 200mg/5ml | 6306-13 | 48 | 100ml | 4.02 A | 3.82 A | 4.78 A |
| E.E.S. 400 Liquid | 400mg/5ml | 6373-13 | 48 | 100ml | 7.22 A | 6.86 A | 8.58 A |
| E.E.S. Granules | 200mg/5ml | 6369-02 | 48 | 100ml | 7.06 A | 6.71 A | 8.39 A |
| | | 6369-10 | 24 | 200ml | 13.15 A | 12.49 A | 15.61 A |
| E.E.S. LIQUID-200 | | 6306-16 | 12 | Pint | 17.49 A | 16.62 A | 20.78 A |
| E.E.S. LIQUID-400 | | 6373-16 | 12 | Pint | 32.57 A | 30.94 A | 38.68 A |
| HYTRIN CAPSULES | 1mg | 3805-13 | 48 | 100 | 150.23 A | 142.72 A | 178.40 A |
| | | 3805-11 | 12 | 10/10 | 151.73 A | 151.73 A | 182.08 D |
| | 2mg | 3806-13 | 48 | 100 | 150.23 A | 142.72 A | 178.40 A |
| | | 3806-11 | 12 | 10/10 | 151.73 A | 151.73 A | 182.08 D |
| | 5mg | 3807-13 | 48 | 100 | 150.23 A | 142.72 A | 178.40 A |
| | | 3807-11 | 12 | 10/10 | 151.73 A | 151.73 A | 182.08 D |
| | 10mg | 3808-13 | 48 | 100 | 150.23 A | 142.72 A | 178.40 A |
| | | 3808-11 | 12 | 10/10 | 151.73 A | 151.73 A | 182.08 D |
| PROSOM TABLETS | 1mg | 3735-13 | 24 | 100 | 96.27 A | 91.46 A | 114.33 A |
| | 2mg | 3736-13 | 24 | 100 | 107.25 A | 101.89 A | 127.36 A |

**ROSS PHARMACEUTICAL PRODUCTS**

| Product | NDC | Qty | Size | Price 1 | Price 2 | Price 3 |
|---|---|---|---|---|---|---|
| Pediazole Suspension | 8030-13 | 48 | 100ml | 14.85 | 14.20 | 17.75 |
| | 8030-43 | 48 | 150ml | 22.21 | 21.10 | 26.38 |
| | 8030-53 | 24 | 200ml | 29.16 | 27.70 | 34.63 |
| SURVANTA | 1040-08 | 20 | 8 ML | 677.88 | 677.88 | 813.46 |

LINDA


RECEIVED JUL - 2 1999 RED BOOK PRICING

**Confidential**                                                **Red Book 00939**