UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | Subcategory No. 06-11337-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | |
| *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* No. 07-CV-11618-PBS ) ) ) ) | Hon. Patti B. Saris |

**DECLARATION OF C. JARRETT ANDERSON, SUBMITTING EXHIBITS
IN SUPPORT OF PLAINTIFF VEN-A-CARE'S OPPOSITION TO ABBOTT
LABORATORIES' MOTION *IN LIMINE* TO EXCLUDE CERTAIN OPINIONS
PROFFERED BY PLAINTIFF'S EXPERT MARK G. DUGGAN, PH.D.**

I, C. Jarrett Anderson, do hereby declare as follows:

1.     I am a member of the Bar of the State of Texas an attorney at law in the State of Texas and counsel for Plaintiff Ven-A-Care of the Florida Keys, Inc. ("VAC"). I am a member in good standing of the Texas State Bar. I am admitted *pro hac vice* before this court.

2.     On behalf of the Plaintiff VAC, I am submitting with this declaration Exhibits in support of Plaintiffs' Opposition to Abbott Laboratories' Motion in Limine to Exclude Certain Opinions Proffered by Plaintiff's Expert Mark G. Duggan, Ph.D.

3. The following exhibits are true and correct copies of the materials described therein and submitted with this declaration:

| Exhibit No. | Description |
|---|---|
| 1 | 10/30/09 Declaration of Mark G. Duggan, PH.D. |
| 2 | 03/27/09 Expert Report of Mark G. Duggan, PH.D. |
| 3 | 02/20/09 Deposition Transcript of April Gerzel |
| 4 | 10/29/09 Declaration of J. Kevin Gorospe, Chief of Medi-Cal Pharmacy Policy, California Department of Health Care Services |
| 5 | 05/05/09 Deposition Transcript of James Hughes |
| 6 | 05/06/09 Deposition Transcript of James Hughes |
| 7 | 05/13/09 Deposition Transcript of Steven Young |
| 8 | Hughes Deposition Transcript Excerpt marked as Exhibit "1" |

I swear under the penalties of perjury that the foregoing statements are true and correct.

/s/ Jarrett Anderson
C. JARRETT ANDERSON

Executed this 2nd day of November, 2009

I hereby certify that I have this day caused an electronic copy of the above Declaration of C. Jarrett Anderson, Submitting Exhibits In Support of Plaintiff Ven-a-care's Opposition to Abbott Laboratories' Motion *in Limine* to Exclude Certain Opinions Proffered by Plaintiff's Expert Mark G. Duggan, PH.D. to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: November 2, 2009

/s/ Jarrett Anderson
C. JARRETT ANDERSON