**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *State of Iowa*<br><br>*v.*<br><br>   *Abbott Laboratories Inc., et al.* | ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 07-12141<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**NOVEMBER 2009 STATUS REPORT FOR THE STATE OF IOWA**

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for November 2009, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: November 2, 2009

                                    Respectfully submitted,

                                    **KIRBY McINERNEY, LLP**
                                    825 Third Avenue
                                    New York, New York 10022
                                    (212) 371-6600

                  By:   /s/ Joanne M. Cicala_____
                          Joanne M. Cicala
                          Kathryn B. Allen

# November 2009 Status Report for the State of Iowa

**Discovery**

1. **Plaintiff's Supplemental Document Production and Responses to Interrogatories**

On October 16, 2009, plaintiff provided a supplemental document production in response to Defendants' First Set of Document Requests and First Set of Interrogatories, and Teva Pharmaceuticals USA, Inc.'s First Set of Requests for Production and First Set of Interrogatories.

On October 16, 2009, plaintiff also provided supplemental responses to Defendants' First Set of Requests for Production and Interrogatories and Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.'s First Set of Requests for Production and Interrogatories.

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 2nd day of November, 2009, she caused a true and correct copy of the above November 2009 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: November 2, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600