# EXHIBIT D

| Column | Record 1 | Calculation |
|---|---|---|
| Trans_Control_Num | 60008800002070600 | |
| Bill_Prov_Number | 5401512800 | |
| Manufacturer | 00074 | |
| TCN_digit | 6 | |
| Year_of_svc | 2000 | |
| FIRST_DATE_OF_SVC | 36613 | |
| DRUG_NAME | SODIUM CHLORIDE | |
| DRUG_PRICE | 0.0506 | |
| DRUG_QUANTITY | 250 | C |
| DAYS_SUPPLIED | 2 | |
| BRAND_NECESSARY | 0 | |
| DRUG_THERA_CLASS | 403600 | |
| DRUG_CODE | 00074613802 | |
| Total_Claim_Charge | 19.8 | |
| Total_Claim_Paid_Amt | 18.4 | A |
| Paid_Date | 36616 | |
| UNIT_DOSE | 0 | |
| REFILL_INDICATOR | R | |
| Month_of_Svc | 36586 | |
| Bill_Prov_County_Code | 5 | |
| Allowed_Charge | 18.4 | |
| Reci_Program_Code | J | |
| CLM_RECIP_PMT_AMT | 0 | |
| THIRD_PARTY_PMT_AMT | 0 | |
| DRUG_GENERIC_CODE | 9827 | |
| DISPENSING_FEE | 5.75 | B |
| PRESCRIPTION_NUMBER | 23711 | |
| CUSTOMER_LOC | 3 | |
| MCARE_TOT_BILL | 0 | |
| RECIP_COPAY_AMT | 0 | |
| DEA_NUM | | |
| COMPOUND_CODE | 1 | |
| PRESC_PROV_LICENS_NO | 19111 | |
| REIMBURSEMENT_AMOUNT | 18.4 | |
| RecipMcareInd | 0 | |
| McareCoinsAmt | 0 | |
| McareAllowedAmt | 0 | |
| STECK_FIRST_DATE_OF_SVC | 20000328 | |
| STECK_Paid_Date | 20000331 | |
| STECK_ID | 33724871 | |
| Per Unit Ingredient Cost | 0.0506 | A - B / C |