# EXHIBIT E

| Column | Record 1 | Calculation |
|---|---|---|
| DCN | 2000038956915 | |
| ServiceLineNbr | 6 | |
| AccidentInjuryCd | 3 | |
| AdjudicatedDt | 36574 | |
| AgeMonthsNbr | X | |
| AgeYearsNbr | X | |
| ApprCd | C | |
| BillerNbr | | |
| CatgMedlNeedyCd | 4 | |
| CatgOfAssistanceCd | 93 | |
| ChronicIllnessInd | | |
| DataTypeCd | F | |
| DCNDt | 36563 | |
| DocumentCd | 1 | |
| DSCSServicesInd | | |
| EISServiceUnitsNbr | | |
| EligibilityDefinerCd | 1 | |
| EncounterPriceAmt | 0 | |
| EntitlementProgramCd | A | |
| FamilyPlanningInd | 0 | |
| FederalCatgOfServiceCd | 230 | |
| FederalCatgOfServicePct | 0 | |
| FiscalYr | **** | |
| HIPAAVersion | | |
| HMHKRecordCd | 5 | |
| JuvRehabAndLEAServicePaidAmt | 0 | |
| MCECoverageCd | | |
| MCEOrgCd | | |
| MCEProviderOrgInd | 0 | |
| MCEProviderTypeCd | | |
| MCESiteNbr | | |
| MCESubmitterCd | | |
| MedicheckScreeningInd | | |
| MedrEligibilityCd | | |
| NetCashBasisLiabilityAmt | 28.1 | |
| NetLiabilityAmt | 28.1 | |
| OGPCEAAdjCd | | |
| PayeeID | 3635194846012600 | |
| PendDt | 36563 | |
| PriorApprovalCd | N | |
| PriorApprovalControlNbr | 0 | |
| ProgramCoverageCd | | |
| ProviderChargeAmt | 28.1 | |
| ProviderID | 363519484001 | |
| ProviderReferenceNbr | | |
| ProviderTypeCd | 60 | |

| | | |
|---|---|---|
| RecipientCountyDistrictNbr | 226 | |
| RecipientEligibilityMangpCd | | |
| RecipientEligibleSLIBCd | | |
| RecipientExceptionCd | | |
| RecipientGroupNbr | 0 | |
| RecipientMCEEnrollmentTypeCd | 0 | |
| RecipientMCENbr | | |
| RecipientRestrictionProgramCd | | |
| RecipientSpendDownTypeCd | | |
| ReconciliationCd | | |
| RecordIDCd | D | |
| RejectionStatusCd | | |
| ScheduleNbr | 2182000 | |
| ServiceBillDt | 36560 | |
| ServiceExclusionCarveOutCd | | |
| ServiceFromDt | 36530 | |
| ServicePayableAmt | 28.1 | A |
| ServicePricedAmt | 28.1 | |
| ServicePricedDt | 36574 | |
| ServiceThruDt | 36530 | |
| ServiceUnitsNbr | 1 | |
| ServTrueCountyOfResidenceCd | 200 | |
| SourceOfDataCd | 6 | |
| SourceOfEntryCd | E | |
| SumDSHAdjAmt | 0 | |
| SumNonDSHAdjAmt | 0 | |
| SumTPLAdjAmt | 0 | |
| SystemIDCd | | |
| UnderservedInd | | |
| UniversalProviderID | | |
| VoidInd | | |
| VoucherDt | 36574 | |
| VoucherNbr | 20000495358 | |
| CompoundCd | 1 | |
| CompoundDispUnitCd | | |
| CompoundDosageFormCd | | |
| CompoundRoutAdminCd | | |
| CopayAmt | 0 | |
| DaysSupplyIntendDispNbr | 0 | |
| DispenseStatCd | | |
| DrugDAWCd | 0 | |
| DrugDaysSupplyNbr | 7 | |
| DrugDurConflictCd | | |
| DrugPriceFormatCd | 1 | |
| DrugQuan | 500 | C |
| DrugQuanAllow | 500 | |
| DrugSpecificTherapeuticClassCd | W8F | |

| | |
|---|---|
| DurLevEffortCd | |
| DurLevEffortCd2 | |
| DurLevEffortCd3 | |
| IntendDispenseQuan | 0 |
| MedicarePartDCd | |
| NationalDrugCd | 00074613802 |
| NbrRefillsAuth | 0 |
| NDCAPBasicHealthInd | 1 |
| NursingHomeInd | N |
| OtherCoverageCd | |
| PrescribedQuan | 0 |
| PrescribingLastName | |
| PrescribingPracQual | |
| PrescribingPractitionerId | 406923095 |
| PrescriptionDt | 36422 |
| PrescriptionNbr | 64136 |
| PrimaryCareProviderID | |
| ProfessionalFeeAmt | 3.75 |
| ProfServCd | |
| ProfServCd2 | |
| ProfServCd3 | |
| ReasForServCd | |
| ReasForServCd2 | |
| ReasForServCd3 | |
| RefillNbr | 0 |
| ResultServCd | |
| ResultServCd2 | |
| ResultServCd3 | |
| SubmissClarCd | |
| UnitDoseInd | |
| AllowAmt | 0 |
| CompoundDispUnitCdB | |
| CompoundDosageFormCdb | |
| IngrBasis | |
| IngrCost | 0 |
| IngrQuan | 0 |
| NationalDrugCdb | |
| RejInd | |
| TPLActionCd | |
| TPLAdjudicatedDt | |
| TPLAmt | 0 |
| TPLResourceCd | |
| TPLStatusCd | |
| STECK_AdjudicatedDt | 20000218 |
| STECK_DCNDt | 20000207 |
| STECK_PendDt | 20000207 |
| STECK_ServiceBillDt | 20000204 |

B

| | | |
|---|---|---|
| STECK_ServiceFromDt | 20000105 | |
| STECK_ServicePricedDt | 20000218 | |
| STECK_ServiceThruDt | 20000105 | |
| STECK_VoucherDt | 20000218 | |
| STECK_PrescriptionDt | 19990919 | |
| STECK_TPLAdjudicatedDt | 0 | |
| STECK_ID | 6728102 | |
| Per Unit Ingredient Cost | 0.0487 | (A - B) / C |