# EXHIBIT F

| Column | Record 1 | Calculation |
|---|---|---|
| Store_Id | 2307026 | |
| Pharmacy_Name | BINSONS PHARMACY INC | |
| Claim_Service_Begin_Date | 12/7/2000 | |
| Invoice_Date | 12/7/2000 | |
| CGN_Sequence_Number | 9827 | |
| National_Drug_Code | 00074613802 | |
| Generic_Price_Index | 1 | |
| Quantity_Integer | 500 | C |
| Quantity_Decimal | 0 | |
| Days_Supply | 10 | |
| New_Refill_Code | 0 | |
| Compound_Indicator | 1 | |
| Pharmacy_DAW | | |
| Charges | 48.4 | |
| Pharmacy_Gross_Amount_Due | 0 | |
| Copayment_Amount | 1 | |
| Other_Insurance | 0 | |
| Approved_Amount | 10.21 | A |
| Pharmacy_Final_Type_Price | | |
| Professional_Charge | 3.77 | B |
| Incentive_Fee | | |
| Beneficiary_Level_Of_Care | 22 | |
| STECK_Quantiy | 500 | |
| STECK_Claim_Service_Begin_Date | 20001207 | |
| STECK_Invoice_Date | 20001207 | |
| STECK_Input_File | LITFFSA | |
| STECK_Input_Record_Number | 11327959 | |
| Per Unit Ingredient Cost | 0.01288 | (A - B) / C |