# EXHIBIT G

| Column | Record 1 | Calculation |
|---|---|---|
| DOS | 1/3/2000 | |
| PROVIDER_NAME | MEDICATE LTC PHARMACY | |
| ICN | 4600004438857 | |
| ICN_DATE | 36529 | |
| NDC | 00074613802 | |
| GENERIC_NAME | SODIUM CHLORIDE IRRIG SOLUTION | |
| BRAND_NAME | SODIUM CHLORIDE | |
| STRENGTH | 0.009 | |
| UNITS | 250 | C |
| DAYS | 1 | |
| REFILL | 0 | |
| AMOUNT_BILLED | 16.84 | |
| AMOUNT_ALLOWED | 12.58 | |
| DISP_FEE | 4.09 | B |
| COPAY | 0 | |
| OTH_INS | 0 | |
| AMOUNT_PAID | 16.67 | A |
| STECK_DOS | 20000103 | |
| STECK_ICN_DATE | 20000104 | |
| STECK_ID | 252359 | |
| Per Unit Ingredient Cost | 0.05032 | (A - B) / C |