# EXHIBIT H

| Column | Record 1 | Calculation |
|---|---|---|
| Encrypted_ICN | 500052425755 | |
| Claim_Type | D | |
| Claim_Status_Indicator | A | |
| First_Service_Date | 2/21/2000 | |
| Claim_Status_Date | 3/2/2000 | |
| Original_Paid_Date | 3/2/2000 | |
| Comp_Code | NULL | |
| State_Aid_Category_Code | 11 | |
| Insurance_Amount | 0 | |
| Header_Eob_Description | 365 - FEE ADJUSTED TO MAXIMUM ALLOWABLE. | |
| Metric_Drug_Quantity | -1 | |
| NDC | 74613802 | |
| Therapeutic_Class | 3886W8F | |
| Generic_Product_Indicator | 2 | |
| Drug_Class_Code | F | |
| Drug_Form_Code | 2 | |
| Number_of_Days_Supplied | 7 | |
| Prescription_Refill_Indicator | 0 | |
| Billing_Provider_Type | 7 | |
| Total_Billed | 117.2 | |
| Paid_Amount | 32 | A |
| Allowed_Amount | 32 | |
| Disp_Fee | 0 | |
| Copay_Amount | 0 | |
| Net_Billed_Amount | 117.2 | |
| Professional_Service_Fee | 0 | |
| Associated_RX_Fee | 0 | |
| Quantity_Billed | 2000 | B |
| STECK_First_Service_Date | 20000221 | |
| STECK_Claim_Status_Date | 20000302 | |
| STECK_Original_Paid_Date | 20000302 | |
| STECK_Insurance_Amount | 0 | |
| STECK_Metric_Drug_Quantity | -1 | |
| STECK_Total_Billed | 117.2 | |
| STECK_Paid_Amount | 32 | |
| STECK_Allowed_Amount | 32 | |
| STECK_Disp_Fee | 0 | |
| STECK_Copay_Amount | 0 | |
| STECK_Net_Billed_Amount | 117.2 | |
| STECK_Associated_RX_Fee | 0 | |
| STECK_Quantity_Billed | 2000 | |
| STECK_ID | 693313 | |
| Per Unit Ingredient Cost | 0.01325 | (A - 5.51) / B |