# EXHIBIT I

| Column | Record 1 | Calculation |
|---|---|---|
| rec_id | 143321 | |
| rec_code | 62 | |
| tpl_segs | 0 | |
| tcn | 40009800001036000 | |
| remit_number | 807827 | |
| voucher_number | 2520 | |
| claim_form_ind | R | |
| provider_num | 465205 | |
| provider_cos | 30 | |
| provider_type | 70 | |
| provider_county | 83 | |
| provider_zip | 40000000 | |
| pay_to_prov_number | 465205 | |
| pay_to_prov_type | 70 | |
| date_billed | 98 | |
| entry_date | 98 | |
| susp_date | 0 | |
| cycle_date | 112 | |
| adj_date | 98 | |
| paid_date | 117 | |
| orig_date | 0 | |
| hist_date | 0 | |
| first_dos | 97 | |
| last_dos | 97 | |
| eob_code1 | 0 | |
| eob_code2 | 0 | |
| curr_loc_date | 112 | |
| other_ins_ind | 1 | |
| charge_amt | 293.43 | |
| non_cov_chgs | 0 | |
| recip_pmt_amt | 0 | |
| comp_recip_pmt | 0 | |
| comp_interest | 0 | |
| third_prty_pmt | 0 | |
| medicare_pmt | 0 | |
| net_claim_chrg | 293.43 | |
| reimbursement_amt | 35 | A |
| pa_number | 0 | |
| demo_proj_num | | |
| prescript_dt | 97 | |
| prescribe_phys | 299467 | |
| script_num | 53085 | |
| ther_class | W8F | |
| refill_ind | N | |
| refills_num | 0 | |
| submitted_units | 5000 | |

| | | |
|---|---|---|
| drug_qty | 5000 | B |
| pa_line_num | | |
| allow_chrg | 3500 | |
| allow_chrg_src | C | |
| ndc | 00074613802 | |
| icn | 0 | |
| days_supply | 0 | |
| num_exceptions | 0 | |
| ncpdp_exec_cd1 | | |
| ncpdp_li_num1 | 0 | |
| ncpdp_status1 | | |
| ncpdp_exec_cd2 | | |
| ncpdp_li_num2 | 0 | |
| ncpdp_status2 | | |
| ncpdp_exec_cd3 | | |
| ncpdp_li_num3 | 0 | |
| ncpdp_status3 | | |
| ncpdp_exec_cd4 | | |
| ncpdp_li_num4 | 0 | |
| ncpdp_status4 | | |
| ncpdp_exec_cd5 | | |
| ncpdp_li_num5 | 400 | |
| ncpdp_status5 | | |
| tpl_carrier_id1 | 0 | |
| tpl_carrier_id2 | 0 | |
| tpl_carrier_id3 | 0 | |
| STECK_date_billed | 20000407 | |
| STECK_entry_date | 20000407 | |
| STECK_susp_date | 0 | |
| STECK_cycle_date | 20000421 | |
| STECK_adj_date | 20000407 | |
| STECK_paid_date | 20000426 | |
| STECK_orig_date | 0 | |
| STECK_hist_date | 0 | |
| STECK_first_dos | 20000406 | |
| STECK_last_dos | 20000406 | |
| STECK_curr_loc_date | 20000421 | |
| STECK_prescript_dt | 0 | |
| STECK_ID | 3973914 | |
| Per Unit Ingredient Cost | 0.00626 | (A - 3.70) / B |