**EXHIBIT J**

| Column | Record 1 | Calculation |
|---|---|---|
| NV440_RECIP_NBR_FILLER_1 | X | |
| NV440_RECIP_NBR_BYTE_7 | X | |
| NV440_RECIP_NBR_FILLER_2 | X | |
| NV440_PHMCY_NBR | 462997 | |
| NV440_RX_NBR | 6948934 | |
| NV440_SEQ_NBR | 10100 | |
| NV440_RX_DT | 36762 | |
| NV440_TRANS_SWITCH_NBR | 3 | |
| NV440_AUTH_REFILLS | 0 | |
| NV440_PRSCR_LIC_NBR | PD954 | |
| FILLER | | |
| NV440_SERVICE_DT | 36762 | |
| NV440_TRANS_DATE | 36762 | |
| NV440_TRANS_TM | 1899-12-30 13:04:47.000 | |
| NV440_PRODUCT_ID_NDC | 74613802 | |
| NV440_CLM_STAT | PD | |
| NV440_QTY_DISPENSED | 1000 | C |
| NV440_RX_DAYS_SUPPLY | 5 | |
| NV440_UC_SUBMIT_AMT | 91.68 | |
| NV440_COST_BASIS_SUBMITTED | 1 | |
| NV440_DAW_FLG | 5 | |
| NV440_COMPOUND_CD | 1 | |
| NV440_CLNT_LOC | 0 | |
| NV440_CLNT_GROUP_ID | V | |
| NV440_REFILL_NBR | 0 | |
| NV440_CLM_OTH_COV_CD | 0 | |
| NV440_COST_BASIS_PD | 3 | |
| NV440_TOTAL_CLM_AMT_PD | 28.25 | A |
| NV440_CLM_PMT_DT | 36766 | |
| NV440_INHERITED_OVR | | |
| NV440_UNLMT_FLG | | |
| NV440_CLNT_CNTY | X | |
| NV440_PHMCY_REG | 6 | |
| NV440_DISP_EXP_AMT_PD | 5.27 | B |
| NV440_DEA_SCHED_CD | 0 | |
| NV440_INGRED_COST_VDP_CALC | 22.42 | |
| NV440_GCNSEQNO | 9827 | |
| NV440_CLM_DRUG_IND | | |
| NV440_ACT_USER_ID | 0 | |
| NV440_ACT_CODE | 0 | |
| NV440_ACT_REASON | | |
| NV440_RECEIPT_DT | 36762 | |
| NV440_GROSS_AMT_DUE | 91.68 | |
| NV440_RX_CLARIFICATION_CD | 0 | |
| NV440_CMPD_DOSAGE_FORM_CD | | |
| NV440_CMPD_DISP_UNIT_FORM | | |

| | |
|---|---|
| NV440_CMPD_ROUTE_OF_ADMIN | |
| NV440_HMO_PLAN_ID | 77 |
| NV440_OTHER_PAYER_AMT_PD_RECOG | 0 |
| NV440_CLM_PMT_ACCTG_INFO | 04 13 08 |
| NV440_CLNT_NME_INDX | X |
| NV440_CLNT_DOB | X |
| NV440_CLIENT_GENDER | X |
| NV440_PREGNANCY_IND | |
| NV440_PRODUCT_ID_QUAL | |
| NV440_RX_ORIGIN_CD | |
| NV440_QTY_PRESCRIBED | 0 |
| NV440_UNIT_OF_MEAS | |
| NV440_PA_TYPE_CD | 0 |
| NV440_PA_NBR_SUBMITTED | 0 |
| NV440_PREF_PROD_FLAG | |
| NV440_PRSCR_LNAME_INDX | |
| NV440_PHMCY_SW_VENDOR | |
| NV440_PHARMACIST_ID | |
| NV440_COB_SEGMENTS_SUBMITTED | 0 |
| NV440_OTHER_PAYER_ID_1 | |
| NV440_OTHER_PAYER_DT_1 | |
| NV440_OTHER_PAYER_COV_TYPE_1 | |
| NV440_OTHER_PAYER_ID_QUAL_1 | |
| NV440_OTHER_P_RESP_STATUS_1 | |
| NV440_OTHER_PAYER_REJ_CODE_1_1 | |
| NV440_OTHER_PAYER_REJ_CODE_1_2 | |
| NV440_OTHER_PAYER_REJ_CODE_1_3 | |
| NV440_OTHER_PAYER_REJ_CODE_1_4 | |
| NV440_OTHER_PAYER_REJ_CODE_1_5 | |
| NV440_OTHER_PAYER_AMT_REC_1 | 0 |
| NV440_OTHER_PAYER_ID_2 | |
| NV440_OTHER_PAYER_DT_2 | |
| NV440_OTHER_PAYER_COV_TYPE_2 | |
| NV440_OTHER_PAYER_ID_QUAL_2 | |
| NV440_OTHER_P_RESP_STATUS_2 | |
| NV440_OTHER_PAYER_REJ_CODE_2_1 | |
| NV440_OTHER_PAYER_REJ_CODE_2_2 | |
| NV440_OTHER_PAYER_REJ_CODE_2_3 | |
| NV440_OTHER_PAYER_REJ_CODE_2_4 | |
| NV440_OTHER_PAYER_REJ_CODE_2_5 | |
| NV440_OTHER_PAYER_AMT_REC_2 | 0 |
| NV440_OTHER_PAYER_ID_3 | |
| NV440_OTHER_PAYER_DT_3 | |
| NV440_OTHER_PAYER_COV_TYPE_3 | |
| NV440_OTHER_PAYER_ID_QUAL_3 | |
| NV440_OTHER_P_RESP_STATUS_3 | |
| NV440_OTHER_PAYER_REJ_CODE_3_1 | |

| | |
|---|---|
| NV440_OTHER_PAYER_REJ_CODE_3_2 | |
| NV440_OTHER_PAYER_REJ_CODE_3_3 | |
| NV440_OTHER_PAYER_REJ_CODE_3_4 | |
| NV440_OTHER_PAYER_REJ_CODE_3_5 | |
| NV440_OTHER_PAYER_AMT_REC_3 | 0 |
| NV440_DUR_CONFL_RSN_CD_SUB_1 | |
| NV440_DUR_SRVC_CD_SUB_1 | |
| NV440_DUR_RESULT_CD_SUB_1 | |
| NV440_DUR_CONFL_RSN_CD_SUB_2 | |
| NV440_DUR_SRVC_CD_SUB_2 | |
| NV440_DUR_RESULT_CD_SUB_2 | |
| NV440_DUR_CONFL_RSN_CD_SUB_3 | |
| NV440_DUR_SRVC_CD_SUB_3 | |
| NV440_DUR_RESULT_CD_SUB_3 | |
| NV440_DUR_CONFL_RSN_CD_SUB_4 | |
| NV440_DUR_SRVC_CD_SUB_4 | |
| NV440_DUR_RESULT_CD_SUB_4 | |
| NV440_DUR_CONFL_RSN_CD_SUB_5 | |
| NV440_DUR_SRVC_CD_SUB_5 | |
| NV440_DUR_RESULT_CD_SUB_5 | |
| NV440_DUR_CONFL_RSN_CD_SUB_6 | |
| NV440_DUR_SRVC_CD_SUB_6 | |
| NV440_DUR_RESULT_CD_SUB_6 | |
| NV440_DUR_CONFL_RSN_CD_SUB_7 | |
| NV440_DUR_SRVC_CD_SUB_7 | |
| NV440_DUR_RESULT_CD_SUB_7 | |
| NV440_DUR_CONFL_RSN_CD_SUB_8 | |
| NV440_DUR_SRVC_CD_SUB_8 | |
| NV440_DUR_RESULT_CD_SUB_8 | |
| NV440_DUR_CONFL_RSN_CD_SUB_9 | |
| NV440_DUR_SRVC_CD_SUB_9 | |
| NV440_DUR_RESULT_CD_SUB_9 | |
| NV440_DUR_REJ_CRIT_ID | 0 |
| NV440_PATIENT_PD_AMT_SUBMITTED | 0 |
| NV440_PATIENT_PAY_AMT_DUE | 0 |
| NV440_INGRED_COST_RETURNED | 0 |
| NV440_OTHER_PAYER_AMT_PD_SUM | 0 |
| NV440_PHMCY_INCENT_AMT_PD | 0 |
| NV440_VDP_PA_TYPE | |
| NV440_CLM_TBD_INFO | |
| STECK_NV440_RX_DT | 20000824 |
| STECK_NV440_SERVICE_DT | 20000824 |
| STECK_NV440_TRANS_DATE | 20000824 |
| STECK_NV440_CLM_PMT_DT | 20000828 |
| STECK_NV440_RECEIPT_DT | 20000824 |
| STECK_NV440_OTHER_PAYER_DT_1 | 0 |
| STECK_NV440_OTHER_PAYER_DT_2 | 0 |

| | | |
|---|---|---|
| STECK_NV440_OTHER_PAYER_DT_3 | 0 | |
| STECK_ID | 154402152 | |
| Per Unit Ingredient Cost | 0.02283 | (A - .15 - B) / C |