


Printer Friendly | Text Size
Select a Country | Site Map | Contact Us

 Enter Search

**Home**
**About Abbott**
　Our Promise
　Message from the Chairman
　Fast Facts
　Areas of Expertise
　History
　Abbott Worldwide
**Products**
**Global Citizenship**
**Careers**
**News & Media**
**Investor Relations**
**Global Licensing**

## Message from the Chairman



Welcome to Abbott.

Thanks for your interest in our company. I invite you to learn more about us – what we do and what we can do for you or someone you care about. And Abbott.com is the perfect place – the largest single source of information about our company, and one that's always available to you.

Our company is a multi-national enterprise and a broad-based medical innovator, with leadership in technologies and businesses across the spectrum of health care. Whether it's maintaining health or detecting and treating medical conditions, our diverse lines of businesses enable us to serve more people better than ever before.

Our goal at Abbott is very straightforward: to help the people who depend upon us by continuing to advance medical science. We do this in many ways – through our products that directly help patients, through our advocacy for causes we believe in, and through our global humanitarian efforts that help people in need around the world.

We are guided in this work by a commitment to building on opportunities that significantly improve health and the practice of health care. We deliver on this commitment by staying true to a core set of values:

We set our sights on pioneering solutions that advance health care.

We strive to achieve results for those we serve by setting our own high standards.

We share a deep passion for our work and caring for the people we help.

We are here for the long term – building on our strong, enduring heritage and continuing to invest in the future to address health needs where they are the greatest.

At Abbott, we don't take our success for granted. Our 72,000 employees around the world know that it is the result of hard work, a commitment to excellence, and a desire to make a difference in all that we do. We are proud of our achievements, and we will continue to work hard to deliver on our promise.

Thank you for taking the time to get to know our company and our work.

Best regards,

Miles D. White

Chairman of the Board and Chief Executive Officer

Home | Select a Country | Site Map | Contact Us | Privacy Policy | Terms of Use

Copyright © 2006, 2009 Abbott Laboratories. Abbott Park, Illinois, U.S.A.

Unless otherwise specified, all product names appearing in this Internet site are trademarks owned by or licensed to Abbott Laboratories, its subsidiaries or affiliates. No use of any Abbott trademark, trade name, or trade dress in this site may be made without the prior written authorization of Abbott Laboratories, except to identify the product or services of the company.