**EXHIBIT B**

0001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re:                        )
PHARMACEUTICAL INDUSTRY        ) CA No. 01-12257-PBS
AVERAGE WHOLESALE PRICE        ) MDL No. 1456
LITIGATION                     ) Pages 16-1 - 16-132


BENCH TRIAL - DAY SIXTEEN
BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE




United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
December 8, 2006, 9:15 a.m.




LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA 02210
(617)345-6787

1 basically we'll finish next week except for possibly --

2 MR. BERMAN: Except for Bell perhaps and then the
3 Rosenthal rebuttal.

4 THE COURT: Right. Do you know yet whether you
5 want Dr. Bell again?

6 MR. BERMAN: We're still debating whether we'll do
7 it with Hartman or whether we want to cross-examine him.

8 THE COURT: So I can get my eighth Bell notebook?

9 MR. WISE: Your Honor, before you go, I was going
10 to request at some point, if we have time, we can talk about
11 post-trial scheduling matters?

12 THE COURT: Actually I was starting to think
13 optimistically about that myself. I was sort of thinking --
14 maybe you can agree on a schedule today -- I was sort of
15 thinking somewhere around the second or third week of January
16 I would get post-trial filings so that people can have a
17 decent vacation after this long haul. So basically assume
18 that's off-limits, you all have a week off, and then give you
19 two to three weeks afterwards to file whatever you need to
20 file, with closing arguments at the end of January is
21 currently how I was roughly thinking.

22 I was thinking out loud of 20 pages apiece for each
23 of the defendants, A, for a memo and, B, for findings of
24 fact, so it would be 20 for a memo and 20 for findings of
25 fact, and then I'd multiply that times four. For you, that's

1   80 because as it spun out, actually, the individual issues
2   are actually quite significant, things I hadn't focused on
3   before because I'd been primarily focused on the crosscutting
4   issues. And then perhaps each one of you might want to do
5   another 20-page memo and findings of fact on the crosscutting
6   issues. That's sort of what I'm thinking. It creates a huge
7   amount of work for me, but I don't know how we can do it in
8   less than that. I'm not looking for replies, rebuttals,
9   anything. I mean, essentially a 20-page memo discussing the
10  legal principles and basically the spin -- that's not the
11  right word, but, you know, the basic theory of the case, plus
12  20 pages on the actual facts with citations.
13        MR. TRETTER: And conclusions of law or just
14  findings of fact?
15        THE COURT: You know, I don't know, if you do a
16  memo, you need conclusions of law. There are certain legal
17  questions that will need some analysis as they've spun out.
18  For example, the issue of -- I've got to think about the
19  adequacy of the Blue Cross-Blue Shield representation. I
20  just have to address that. I've got some concerns about that
21  as I've spun before: When is the knowledge of an agent
22  imputed to the principal, when is it, when isn't it? That
23  becomes a huge issue with Blue Cross-Blue Shield as part of
24  the adequacy of representation. And of course basic 93A
25  issues, but you've sort of briefed some of those, the two key