**EXHIBIT E**

```
 1                  UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MASSACHUSETTS

 3     -----------------------------------
       IN RE:                            :    Civil Action
 4                                       :    No. 01-12257-PBS
       PHARMACEUTICAL INDUSTRY           :    Courtroom No. 19
 5     AVERAGE WHOLESALE PRICE           :    1 Courthouse Way
       LITIGATION                        :    Boston, MA 02210
 6                                       :    10:00 a.m., Tuesday
                                         :    July 3, 2007
 7     -----------------------------------

 8                            HEARING

 9

10     Before:      THE HONORABLE PATTI B. SARIS,
                    UNITED STATES DISTRICT JUDGE
11

12

13     APPEARANCES:

14     Hagens Berman Sobol Shapiro LLP, (by Steve W. Berman, Esq.)
         1301 5th Avenue, Seattle, WA 98101-1090,
15       on behalf of the Plaintiffs.

16     Hagens Berman Sobol Shapiro LLP,
         (by Edward Notargiacomo, Esq.),
17       One Main Street, Cambridge, MA 02142,
         on behalf of the Plaintiffs.
18
       The Haviland Law Firm, LLC, (by Donald E. Haviland, Esq.)
19       740 S. Third Street, Philadelphia, PA 91912,
         on behalf of the Plaintiffs.
20
       Hogan & Hartson, (by Steven J. Edwards, Esq. and Lyndon M.
21       Tretter, Esq.), 875 Third Ave., New York, NY 10022,
         on behalf of the Defendant Bristol-Myers Squibb.
22

23                        Maria L. Cloonan
                         Federal Court Reporter
24                    1 Courthouse Way - Room 7200
                      Boston, MA  02210- 617-439-7086
25            Mechanical Steno - Transcript by Computer
```

```
 1    after the opinion.
 2            THE COURT:  And, would that include the
 3    federal government and the state?
 4            MR. BERMAN:  It would not.
 5            THE COURT:  It would not.  See, so they still
 6    have that exposure out there.  That's their issue.
 7    Right?
 8            MR. BERMAN:  Correct.
 9            MR. EDWARDS:  I think one of the issues here,
10    your Honor, is these companies are very independent
11    companies.  And, the plaintiffs, the states, are also
12    very independent.  And, the law firms representing the
13    plaintiffs in all of these cases don't always see eye to
14    eye.
15            THE COURT:  And, I certainly understand that.
16    I mean, one of the -- most of this litigation has been
17    tried on the so-called crosscutting issues.  But,
18    really, when it came down to it, for me, it was not only
19    company by company, but drug by drug, NDC by NDC, and
20    even -- and year by year.  So, it's incredibly time
21    intensive for me.
22            I probably dealt with most of what I'll call
23    the crosscutting issues.  But, of course, other
24    defendants have the right to say I was wrong and ask me
25    to reconsider it because they haven't been actually
```