# EXHIBIT F

# Table of Contents
## October 20, 2009, Hearing
## United States' Presentation Exhibits

| | | |
|---|---|---|
| A. | Fauci Ex.3 | Declaration of Simon Platt (Roxane) |
| B. | Henderson Ex. 19 | Declaration of Simon Platt (Dey) |
| C. | Henderson Common Ex. 3 | Declaration of Carolyn Helton |
| D. | Henderson Ex. 63 | Declaration of Ian Dew |
| E. | Henderson Ex. 35 | Dey's 1992 Launch of Albuterol Unit Dose |
| F. | Henderson Ex. 49 | Dey's 1995 Launch of Cromolyn Sodium |
| G. | Henderson Ex. 50 | March 24, 2003, Deposition of Charles Rice (selected pages) |
| H. | Henderson Ex. 55 | Dey's 1994 National Sales Convention, "Working a Homecare Pharmacy" |
| I. | Henderson Ex. 58 | Dey's 1995 National Sales Meeting |
| J. | Henderson Ex. 69 | Dey's 1996 Launch Plan for Ipratropium Bromide |
| K. | Lavine Ex. 1 | Declaration of Patrick Ormond (Abbott) |
| L. | Amended Henderson Common Ex. 24A, 24B | Declaration of Myers and Stauffer |
| M. | Fauci Ex. 55 | October 2, 1998, Email from Judy Waterer |
| N. | Fauci Ex. 29 | Roxane's 1996 Marking Plan for Ipratropium Bromide |
| O. | Fauci Ex. 180 | Sept. 10, 1999, Email from Tom Russillo |
| P. | Fauci Ex. 83 | July 7, 2000, Email from Tom Russillo |