## EXHIBIT A

| EXHIBIT | IDENTIFICATION |
|---|---|
| Exh B | Chart of Public Disclosures |
| Exh C | November 2, 2009 Declaration of T. Mark Jones with exhibits 1-7 |
| Exh D | Excerpts of Deposition of T. Mark Jones May 9, 2007 |
| Exh E | Excerpts of Deposition of T. Mark Jones, December 8, 2008 |
| Exh F | Excerpts of Deposition of John M. Lockwood, M.D July 27, 2009 |
| Exh G | Excerpts of Deposition of T. Mark Jones, December 9, 2008 |
| Exh H | Excerpts of Deposition of T. Mark Jones  March 18, 2008 |
| Exh I | DL-TX-0090851-DL-TX-0090855 |
| Exh J | ROX-04606-ROX 04624 |
| Exh K | ROX-TX-16255-16256 |
| Exh L | Excerpts of Deposition of Luis Cobo March 3, 2003 |
| Exh M | Excerpts of Deposition of Luis Cobo, July 31, 2008 |
| Exh N | Excerpts of Deposition of T. Mark Jones May 9, 2007 |
| Exh O | Excerpts of Deposition of Zachary Bentley, March 6, 2008 |
| Exh P | VAC MDL 73407 |
| Exh Q | Excerpts of Deposition of T. Mark Jones, October 8, 2002 |
| Exh R | Excerpts of Deposition of John M. Lockwood, M.D., 30(b)(6) April 23, 2009 |
| Exh S | Excerpts of Deposition of John M. Lockwood, M.D. March 17, 2008 |
| Exh T | Excerpts of Deposition of David Tawes, Vol II  April 25, 2007 |
| Exh U | Excerpts of Deposition of David Tawes  Vol III December 13, 2007 |
| Exh V | Excerpts of Deposition of Robert Vito February 6, 2008 |
| Exh W | Excerpts of Deposition of Robert Vito. June 20, 2007 |
| Exh X | Excerpts of Deposition of Nancy Molyneaux, January 11, 2007 |
| Exh Y | Excerpts of Deposition of Linda Ragone, Vol I April 17, 2007 |
| Exh Z | Excerpts of Deposition of John M. Lockwood, M.D -30(b)(6) April 24, 2009 |
| Exh AA | VAC MDL 90973-90975 |
| Exh BB | **VAC MDL 53655** *Document marked "Attorney's Eyes Only" and Bates numbered R1-022880, marked as Exhibit 525 at 3/3/03 deposition of Luis Cobo in Texas v. Dey case (**NOT ATTACHED TO PUBLIC FILING**).* |
| Exh CC | **VAC MDL 53658** *Document marked "Attorney's Eyes Only" and Bates numbered R1-022883, marked as Exhibit 530 at 3/3/03 deposition of Luis Cobo in Texas v. Dey case (**NOT ATTACHED TO PUBLIC FILING**).* |
| Exh DD | *Document marked "Attorney's Eyes Only" and Bates numbered **R1-030364-30365**, marked as **Exhibit 515** at 3/3/03 deposition of Luis Cobo in Texas v. Dey case (**NOT ATTACHED TO PUBLIC FILING**).* |
| Exh EE | VAC MDL 49845-49848; |
| Exh FF | VAC MDL 73915 |
| Exh GG | VAC MDL 71681 |
| Exh HH | MPL 507 |
| Exh II | VAC MDL 91359-91361 |

| EXHIBIT | IDENTIFICATION |
|---------|----------------|
| **Exh JJ** | **HHD013-1239**  Roxane Exhibit 13 |
| **Exh KK** | **VAC MDL 43715-43720** |
| **Exh LL** | Excerpts of Deposition of John M. Lockwood, M.D., July 23, 2008 |
| **Exh MM** | April 10, 2000 Complaint |
| **Exh NN** | Excerpts of Deposition of Luis Cobo, March 4, 2008 |
| **Exh OO** | DL-TX-0122497 |