# EXHIBIT C

# EXHIBIT C

# NOVEMBER 3, 2009 DECLARATION OF T. MARK JONES WITH EXHIBIT #1 THROUGH EXHIBIT #7 FILED AS SEPARATE DOCUMENT