# EXHIBIT F

1

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3

4    IN RE:  PHARMACEUTICAL    ) MDL NO. 1456
       INDUSTRY AVERAGE WHOLESALE ) Master File No.
5    PRICE LITIGATION       ) 01-12257-PBS
                          )
6    THIS DOCUMENT RELATES TO  ) Subcategory Case No.
       United States of America  ) 06-11337
7    ex rel. Ven-A-Care of     )
       the Florida Keys, Inc. v. ) Hon. Patti B. Saris
8    Actavis Mid Atlantic LLC,  )
       et al., Civil Action No.  )
9    08-10852                )

10

11         VIDEOTAPED 30(b)(6) DEPOSITION OF

12      VEN-A-CARE BY JOHN M. LOCKWOOD, M.D.

13                Volume I

14           (Taken by Defendants)

15            July 27, 2009

16              9:02 a.m.

17         Omni Hotel at CNN Center

18           100 CNN Center

19          Atlanta, Georgia

20

21    Reported by:   F. Renee Finkley, RPR, CRR, CLR,

22    CCR-B-2289

1    catalogs and other information that occurred in -- in

2    '99 and 2000 associated with the DOJ AWPs, et cetera;

3    but they're specifically referenced in that letter as

4    the Bergen Brunswig prices in '99.

5            Is there more?  I think we believe at

6    Ven-A-Care that we began disclosing inflated price

7    information to the government, including Pete Stark,

8    and ultimately the OIG and Richard Kusserow as early

9    as 1992 and had an ongoing dialogue with the OIG and

10   OIG agents and OIG attorneys about drug pricing

11   information and drug pricing fraud that starts way

12   back in -- in at least '92, if it not earlier.

13           And we made a habit of sending pricing

14   information to the OIG, including -- and I -- it's my

15   recollection that when we gave Rob Vito a password to

16   Innovatix, that Mylan was one of the companies that

17   at that time had a contract with Innovatix, and I

18   think that was 1998, if I'm remembering correctly --

19   I think there's testimony on that as well -- that

20   opened up pricing information to them.

21           This letter is dated January 31, 2001, and

22   I think I've testified that we gave the Department of