# EXHIBIT I

## DEY LABORATORIES, INC.

### MEMORANDUM

TO:    Pam Marrs
       Charles Rice
       Jean-Pierre Termier

FROM:  Robert F. Mozak

DATE:  February 24, 1992

RE:    <u>ALBUTEROL PRICING STRATEGIES</u>

Although the pricing strategy will be reviewed at the March 6 meeting, I thought you would be interested in reviewing it sooner in light of the earlier approval of Albuterol.

Essentially this pricing strategy will be followed by Dey sales people through the initial introduction and until competition emerges. If there are any questions, let me know.

*Bob*

RFM:ms

DEPOSITION EXHIBIT 459 Galles 2/6/05cv

CONFIDENTIAL
DL-TX-0090851

## PRICING

## OBJECTIVES:

* TO SEEK THE HIGHEST PRICES POSSIBLE IN RETAIL, HOMECARE AND HOSPITAL SEGMENTS. TO MAXIMIZE DEY PROFITABILITY.

* TO SEEK LONG – TERM (3 YEARS) AGREEMENTS WITH MAJOR PURCHASING GROUPS FOR ALL DEY PRODUCTS THROUGH LEVERAGING OF ALBUTEROL UD.

* TO PROVIDE INCENTIVE TO RETAIL / CHAIN PROVIDERS TO USE DEY'S ALBUTEROL UD BY INCREASING THE SPREAD ON MEDICARE / MEDICAID REIMBURSEMENTS.

CONFIDENTIAL
DL-TX-0090852

## COMPETITIVE PRICES:

|  | AWP | WHOLESALE | DIRECT PHCY. | |
|---|---|---|---|---|
| SCHERING: | 35.50* | 29.50* | 31.86 | NEW 2/1/92 |
| EY: | 32.30 | 24.95 | 26.50 | |
| DIFF: | – 8.0% | – 15% | – 17% | |

* SOURCES: REDBOOK, BLUEBOOK, (2/92)
  FIRST DATA BANK, MEDISPAN

CONFIDENTIAL
DL-TX-0090853

## PRICING STRATEGIES

1) INCREASE THE SPREAD TO RETAIL / HOMECARE ACCOUNTS BY LOWERING ACQUISITION COST MORE THAN AWP.

2) PHARMACY / CHAIN BID RANGE: $23.95 – $26.50 (AVG. $25.95) WILL INCREASE SPREAD FOR RETAIL AND PROVIDE DEY WITH HIGHEST PROFIT.

3) INDIVIDUAL DIRECT HOSPITAL BID RANGE: $19.00 – $24.95 (AVG. $22.50) WILL PROVIDE INDIVIDUAL HOSPITALS INCENTIVE TO USE DEY WHILE MAXIMIZING DEY PROFIT.

4) LARGE GROUPS PRICES: $11.00 – $18.00 RANGE (AVG. $12.50). DEY TO BID IN THIS RANGE FOR LONGER TERM CONTRACTS (3 YEARS) FOR FULL AWARDS.

5) COMPOUNDERS: MAKING OWN PRODUCT FOR .25 – .30 PER DOSE DEY TO SELL FOR .45 – .60 PER DOSE ($11.25 – $15.00 PER CARTON) DEPENDING ON CONTRACT LENGTH AND VOLUMES.

CONFIDENTIAL
DL-TX-0090854

**NOTE: PRICING ASSUMES NO INITIAL GENERIC COMPETITION.**



## ALBUTEROL SALES COVERAGE

**FIELD SALES**
- Drug Wholesalers (1)
- Compounders (2)
- Chain Drug Hqt. (3)
- A-Accounts (4) (Hospitals)

**TELE-SALES**
- B-Accounts (1) (Hospitals)
- Retail Accts (2)
- Homecare (3)

**NATIONAL ACCTS.**

*POPE*
- Wholesalers (1)
- Purchasing Groups (2)
- Mail Order (3)
- Mass Merch (4)
- Food Rx (6)

*WILSON*
- Purchasing Groups (1)
- VA Hospitals (2)
- CCS (3)
- Mass Merch (4)
- Military (5)

*MOZAK*
- Compounders (1)
- Mass Merch (2)
- Food Rx (3)

WK1, WK2, WK3, WK4, WK5, WK6, WK7, WK8

REPRESENT PRIORITIES

CONFIDENTIAL
DL-TX-0090855

| EXHIBIT | IDENTIFICATION |
|---------|----------------|
| Exh JJ | HHD013-1239  Roxane Exhibit 13 |
| Exh KK | VAC MDL 43715-43720 |
| Exh LL | Excerpts of Deposition of John M. Lockwood, M.D., July 23, 2008 |
| ~~Exh MM~~ | April 10, 2000 Complaint |
| Exh NN | Excerpts of Deposition of Luis Cobo, March 4, 2008 |
| Exh OO | DL-TX-0122497 |

## EXHIBIT A

| EXHIBIT | IDENTIFICATION |
|---|---|
| Exh B | Chart of Public Disclosures |
| Exh C | November 2, 2009 Declaration of T. Mark Jones with exhibits 1-7 |
| Exh D | Excerpts of Deposition of T. Mark Jones May 9, 2007 |
| Exh E | Excerpts of Deposition of T. Mark Jones, December 8, 2008 |
| Exh F | Excerpts of Deposition of John M. Lockwood, M.D July 27, 2009 |
| Exh G | Excerpts of Deposition of T. Mark Jones, December 9, 2008 |
| Exh H | Excerpts of Deposition of T. Mark Jones March 18, 2008 |
| Exh I | DL-TX-0090851-DLTX0090855 Dey Exh 259 |
| Exh J | ROX-04606-ROX 04624  Tupa Exh 648 |
| Exh K | ROX-TX-16255-16256  Exh. 132  to Fauci Decl docket # 313-49 |
| Exh L | Excerpts of Deposition of Luis Cobo March 3, 2003 |
| Exh M | Excerpts of Deposition of Luis Cobo, July 31, 2008 |
| Exh N | Excerpts of Deposition of T. Mark Jones May 9, 2007 |
| Exh O | Excerpts of Deposition of Zachary Bentley, March 6, 2008 |
| Exh P | **VAC MDL 73407** |
| Exh Q | Excerpts of Deposition of T. Mark Jones, October 8, 2002 |
| Exh R | Excerpts of Deposition of John M. Lockwood, M.D., 30(b)(6) April 23, 2009 |
| Exh S | Excerpts of Deposition of John M. Lockwood, M.D. March 17, 2008 |
| Exh T | Excerpts of Deposition of David Tawes, Vol II  April 25, 2007 |
| Exh U | Excerpts of Deposition of David Tawes  Vol III December 13, 2007 |
| Exh V | Excerpts of Deposition of Robert Vito February 6, 2008 |
| Exh W | Excerpts of Deposition of Robert Vito. June 20, 2007 |
| Exh X | Excerpts of Deposition of Nancy Molyneaux, January 11, 2007 |
| Exh Y | Excerpts of Deposition of Linda Ragone, Vol I April 17, 2007 |
| Exh Z | Excerpts of Deposition of John M. Lockwood, M.D -30(b)(6) April 24, 2009 |
| Exh AA | **VAC MDL 90973-90975** |
| Exh BB | **VAC MDL 53655** *Document marked "Attorney's Eyes Only" and Bates numbered R1-022880, marked as Exhibit 525 at 3/3/03 deposition of Luis Cobo in Texas v. Dey case.* |
| Exh CC | **VAC MDL 53658** *Document marked "Attorney's Eyes Only" and Bates numbered R1-022883, marked as Exhibit 530 at 3/3/03 deposition of Luis Cobo in Texas v. Dey case* |
| Exh DD | *Document marked "Attorney's Eyes Only" and Bates numbered R1-030364-30365, marked as **Exhibit 515** at 3/3/03 deposition of Luis Cobo in Texas v. Dey case* |
| Exh EE | **VAC MDL 49845-49848;** |
| Exh FF | **VAC MDL 73915** |
| Exh GG | **VAC MDL 71681** |
| Exh HH | **MPL 507** |
| Exh II | **VAC MDL 91359-91361** |