# EXHIBIT M

592

1                UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF MASSACHUSETTS

3                    MDL No. 1456

4               Master File No. 01-CV-12257-PBS

5    -------------------------------------X

6    In Re:  PHARMACEUTICAL INDUSTRY        )

7    AVERAGE WHOLESALE PRICE LITIGATION     )

8    -------------------------------------X

9    UNITED STATES OF AMERICA ex rel.       )

10   VEN-A-CARE OF THE FLORIDA KEYS,        )

11   INC., et al.,                          )

12        Plaintiffs,                       )

13   v.                                     )

14   DEY, INC., et al., (Civil Action       )

15   No. 05-11084-PBS),                     )

16        Defendants.                       )

17   -------------------------------------X

18          CAPTIONS CONTINUE ON FOLLOWING PAGES

19

20                    VOLUME III

21      CONTINUED VIDEOTAPED DEPOSITION OF LUIS COBO

22

627

1    trying to expand our services to our clients.

2    And it also helped us in the Medicaid patients

3    that we were servicing by being able to control -

4    - um, to control and ensure that patients

5    received at least the medications that they

6    needed the most in the month.  I mean, Medicaid

7    always had limitations, and when you had patients

8    that were bouncing around from pharmacy to

9    pharmacy, it became difficult to be able to

10   submit drug exception requests which would allow

11   patients to receive additional medications.  And,

12   as a result, there were often times when Medicaid

13   patients that were also receiving IV therapy

14   drugs, which could become quite voluminous in

15   quantities, found themselves in a predicament

16   where they were not able to get certain --

17   certain of their drugs because they had different

18   pharmacies that were servicing them.

19          So we took this on as an extended

20   service of Ven-A-Care.  And from time to time, we

21   may have dispensed products at Ven-A-Care, may

22   have needed to purchase a drug product on an

628

1     emergency basis because we needed to take care of

2     the patient and we may not have had the product

3     on hand.  And until Ven-A-Care could order the

4     product and get it in, Cobo Pharmacy would sell

5     Ven-A-Care a, you know, a one-day/two-day supply,

6     whatever it would be, so the patient could be

7     serviced.

8          Q.   And what was the -- how did you come up

9     with the price that Cobo would charge Ven-A-Care

10    in that situation?

11         A.   I think we set a price at Cobo

12    Pharmacy, cost plus 10 percent.

13         Q.   So what you had paid to acquire the

14    drug plus 10 percent?

15         A.   Yeah.  It was essentially like a

16    wholesale transaction.  Cobo Pharmacy at the time

17    also maintained a wholesale license, so there

18    were times when I would service physician's

19    offices and things if they needed some emergency

20    medication or something.

21         Q.   For what period of time did Cobo have

22    what you referred to as a wholesale license?

631

1      Q.    Did it have any other licenses?

2      A.    Cobo Pharmacy?

3      Q.    Right.

4      A.    No.

5      Q.    You said Ven-A-Care at some point

6  obtained the community pharmacy license;

7  approximately when was that?

8      A.    I believe that the year was in '93.

9      Q.    And does it still have a community

10  pharmacy license?

11      A.    No, it does not.

12      Q.    When did it stop having one?

13      A.    In the early 2000's.  I don't know the

14  specific -- the specific time frame.

15      Q.    Did it expire or did you -- was it

16  terminated for some other reason?

17      A.    I had an interaction on one of my

18  inspections in discussing what our situation was.

19  It was suggested to me that, you know, that

20  probably the best thing to do was just to

21  eliminate the community portion of the license

22  and just maintain -- just maintain the special