# EXHIBIT O

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

------------------------------------------

IN THE DISTRICT COURT OF

TRAVIS COUNTY, TEXAS

Cause No. GV401286

Case No.

MDL No. 1456

Civil Action No.

01-12257-PBS

THE STATE OF TEXAS Ex rel.

VEN-A-CARE OF THE FLORIDA KEYS, INC.,

Plaintiffs

v.

ABBOTT LABORATORIES, INC., et al.,

Defendants.

Volume II

------------------------------------------

CONTINUED VIDEOTAPE DEPOSITION OF ZACHARY TAYLOR BENTLEY II, Thursday, March 6, 2008

9:05 a.m. - 12:25 p.m. 1:20 p.m. - to 5:25 p.m.

21st Floor 2 South Biscayne Boulevard Miami, Florida 33131

by: Sherilynn McKay, RMR, CRR Notary Public, State of Florida

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 03-cv-11865-PBS

THE COMMONWEALTH OF MASSACHUSETTS,

Plaintiff,

- against -

MYLAN LABORATORES, INC., et al.

Defendants.

---

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO IN AND FOR THE COUNTY OF ADA

Case No. CV OC 0701847

STATE OF IDAHO,

Plaintiff

vs.

ALPHARMA USPD INC., et al.,

Defendants.

---

COMMONWEALTH OF KENTUCKY FRANKLIN CIRCUIT COURT

DIV 1 CIVIL ACTION NO. 04-CI-1487

COMMONWEALTH OF KENTUCKY Ex rel,

JACK CONWAY ATTORNEY GENERAL

Plaintiff,

v.

ALPHARMA USPD, INC., et al.

Defendants.

-------------------------------------------------------

COMMONWEALTH OF KENTUCKY FRANKLIN CIRCUIT COURT

FRANKLIN CIRCUIT COURT - DIV III

CIVIL ACTION NO.

COMMONWEALTH OF KENTUCKY, 03-CI-1134

Plaintiff

vs.

ABBOTT LABORATORIES, INC.,

Defendant.

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, DOCKET NO.

ALABAMA MASTER CV-2005-219

In the Matter of ALABAMA MEDICAID PHARMACEUTICAL

AVERAGE WHOLESALE PRICE LITIGATION

A Yes.

Q And that encloses a number of letters from you to the heads of the Medicaid programs of the various states. Correct?

A Yes, sir.

Q And those letters are dated October 24, 1994?

A Correct.

Q Am I correct in assuming that it's these October 24, 1994 letters to the directors of Medicaid that you're referring to in your letter to Mr. Wells on October 31, 1994, one week later?

A Oh. Yes.

Q And, in fact, you carbon copy Mr. Wells on the bottom of each of the letters to the various state Medicaid agencies. Correct?

A Correct.

Q In this letter, you indicate to each of the Medicaid program heads that you are working on a continuing educational project concerning our nation's Medicaid reimbursement of the above-referenced drugs.

Did I read that correctly?

A Yes, sir.

Q Were you working on a continuing educational project?

A It was to me.

Q Were you in school?

A I don't think you have to be in school to have -- to do continuing education.

Q In fact, your continuing education project was Ven-A-Care's investigation. Correct?

A Well, it was also educating of me. I certainly considered it to be educational. I knew nothing about the pharmaceutical business and it was all a learning experience.

Q Is it your testimony that this letter fairly and honestly conveys to the head of the Medicaid programs the reason that you're asking the questions that you do?

A It certainly reflects one of the reasons. I didn't put all of the reasons down. That was my main reason right there.

Q You didn't advise these Medicaid programs