# EXHIBIT Q

1

1               CAUSE NO. GV002327

2  THE STATE OF TEXAS       ) IN THE DISTRICT COURT
    EX REL.                )
3      VEN-A-CARE OF THE    )
      FLORIDA KEYS, INC.   )
4                     )
         PLAINTIFFS,      )
5                     )
    VS.                ) TRAVIS COUNTY, TEXAS
6                     )
    DEY, INC.; ROXANE     )
7  LABORATORIES, INC. AND  )
    WARRICK PHARMACEUTICALS  )
8  CORPORATION,         )
                     )
9         DEFENDANTS.    ) 53RD JUDICIAL DISTRICT

10     **********************************************
    ORAL AND VIDEOTAPED DEPOSITION OF
11
    TERRY MARK JONES
12
    OCTOBER 8, 2002
13

14     **********************************************

15       ORAL AND VIDEOTAPED DEPOSITION OF

16  TERRY MARK JONES, PRODUCED AS A WITNESS AT THE

17  INSTANCE OF THE DEFENDANT DEY, INC., AND DULY SWORN,

18  WAS TAKEN IN THE ABOVE-STYLED AND NUMBERED CAUSE ON

19  THE 8TH OF OCTOBER, 2002, FROM 9:22 A.M. TO 4:21 P.M.,

20  BEFORE DEBRA L. SIETSMA, CSR IN AND FOR THE STATE

21  OF TEXAS, REPORTED BY MACHINE SHORTHAND, AT

22  300 WEST 15TH STREET, 9TH FLOOR, PURSUANT TO THE

23  TEXAS RULES OF CIVIL PROCEDURE AND THE PROVISIONS

24  AS PREVIOUSLY SET FORTH.

25

115

1    Q.   AND -- AND GIVE ME AN EXAMPLE, JUST AN

2    EXAMPLE OF HOW THAT -- OF HOW YOU DO THAT.  GIVE --

3    A.   IF YOU ORDER A DRUG AND THE PRICES -- THE

4    PRICE ON THE INVOICE -- OR YOU GET A CATALOG WHERE THE

5    PRICE IS SET AT SOME PRICE AND YOU GO TO REDBOOK AND

6    YOU LOOK AT THE REIMBURSEMENT PRICE, AND THAT'S HOW

7    YOU COMPARE IT.

8    Q.   JUST COMPARE THE TWO?

9    A.   SURE.

10   Q.   AND WHATEVER THE DIFFERENCE IS IS -- IS -- IS

11   WHAT?  IS THAT --

12   A.   WELL, I THINK --

13   Q.   THAT'S -- THAT'S THE DIFFERENCE?

14   A.   THAT WOULD BE THE SPREAD, THE DIFFERENCE

15   BETWEEN WHAT YOU ACQUIRE THE DRUG FOR AND WHAT YOU'RE

16   ABLE TO RECEIVE REIMBURSEMENT FOR.

17   Q.   WHEN DID YOU FIRST BEGIN NOTICING THIS SPREAD

18   THAT YOU JUST DESCRIBED EXISTING AS A FACTOR IN

19   INDUSTRY SALES OF GENERIC PRODUCTS?

20   MR. BREEN:  OBJECTION TO FORM.

21   Q.   (BY MR. FLECKMAN)  WHEN DID THIS FIRST COME

22   TO YOUR ATTENTION?

23   A.   THE WAY IT FIRST CAME TO MY ATTENTION WAS

24   BEFORE WE FILED THE NMC CASE, WHILE WE WERE IN THE

25   MIDDLE OF LITIGATION WITH IMMUNE CARE.  WE -- WE

Mark Jones 10-8-2002

1    QUESTIONED THE TPN ISSUE THAT WAS A PART -- TOTAL

2    PARENTERAL NUTRITION WAS A PART OF THE PACKAGE THAT

3    IMMUNE CARE WAS OFFERING.  AND WE EVALUATED THE

4    COMPONENTS OF THE TPN AND LOOKED AT THE AWP, AND THE

5    COMPONENT PRICES WERE SIGNIFICANTLY LESS THAN WHAT THE

6    AWP COLLECTIVELY ADDED UP TO, AND WE FELT LIKE THAT

7    WAS WHERE -- THAT -- THAT WAS WHERE -- A SPREAD IN

8    THAT PARTICULAR COMPOUND OF DRUG.

9    Q.    OKAY.

10   A.    WHEN WE WERE RUNNING VEN-A-CARE EARLY ON, WE

11   WERE AN HIV -- I MEAN BASICALLY MOST OF OUR -- OUR

12   PATIENTS WERE HIV, AND MOST OF THE DRUGS THAT WE DEALT

13   WITH WERE BRANDED DRUGS, SO SPREADS WEREN'T AN ISSUE.

14   IF A PATIENT WAS ON CYTOVENE OR PATIENTS WERE ON

15   PENTAMIDINE -- SOME PATIENTS WERE ON CERTAIN

16   CHEMOTHERAPY DRUGS THAT WERE STILL UNDER PATENT.  YOU

17   KNOW, THE PRICE THAT WE GOT QUOTED WAS THE PRICE WE

18   PAID, WAS THE PRICE THAT WE WERE REIMBURSED FOR.

19   WE WATCHED IT EVOLVE.  I THINK ONE OF

20   THE FIRST TIMES WE SAW IT EVOLVE WAS -- WAS WITH AN --

21   AN IVIG, IMMUNOGLOBULIN CASE, AND ZACK HAD HAD SOME

22   EXPERIENCE.  I DON'T PARTICULARLY REMEMBER THE TERMS

23   OF HIS EXPERIENCE WITH LEUCOVORIN, IV KIND OF

24   CHEMOTHERAPY ADJUNCT CASE, WHICH HAD A SIGNIFICANT

25   SPREAD ON IT AND I -- I THINK IT WAS PROBABLY 18 OR

1    $20 PER DOSE.

2    THE IVIG CASE, THE -- I THINK THAT WE

3    LAID IT OUT SOMEWHERE -- I WAS ALSO SOLICITED BY A

4    REPRESENTATIVE WANTING TO KNOW WHERE I WAS -- ACTUALLY

5    LET ME BACK UP AND TELL YOU THE -- THE STORY.

6    WE WERE BUYING GAMMAR FROM ARMOUR TO

7    ADMINISTER TO A GUILLAIN-BARRE PATIENT.  IT WAS

8    150 GRAMS A MONTH.  APPARENTLY, ARMOUR HAD A LIMITED

9    SELECTION OF GAMMAR, BECAUSE THEY WERE SWITCHING THE

10   WAY THEY MANUFACTURED IT FROM A HEAT-TREATED PROCESS

11   TO A SOLVENT DETERGENT PROCESS, AND THIS WAS IN

12   RESPONSE TO THE CONTAMINATED BLOOD SUPPLIES FROM THE

13   HIV EPIDEMIC.  SO THE REP REFERRED ME TO A SPECIALTY

14   WHOLESALER CALLED FFF IN ORDER TO BUY WHAT LITTLE

15   ALLOTMENT WAS LEFT OF THE GAMMAR.  AND AFTER ABOUT A

16   MONTH OR TWO, THEY HAD RUN OUT OF THE EXISTING ARMOUR

17   BRAND OF IVIG.

18   SO THE SALES REP THAT WAS WORKING AT FFF

19   GAVE ME PRICES FOR ANOTHER IVIG PRODUCT PRODUCED BY

20   AMERICAN RED CROSS CALLED POLYGAM, AND IT JUST SO

21   HAPPENED THAT IT WAS ABOUT THREE OR FOUR DOLLARS

22   CHEAPER ON -- ON THE FRONT END.  SO BECAUSE GAMMAR WAS

23   GONE AND BECAUSE POLYGAM WAS AVAILABLE AND BECAUSE THE

24   PRICE WAS CHEAPER, WE STARTED ORDERING IT.

25   WELL, WE GOT INTO A RELATIONSHIP OF

1    ORDERING THE POLYGAM; AND THIS PATIENT WAS GETTING

2    150 GRAMS A MONTH.  AND, APPARENTLY, WHEN ARMOUR

3    STARTED RESTOCKING THEIR SUPPLY, WHEN THEY GOT THROUGH

4    THE MANUFACTURING PROCESS, FRANCIE CALLED ME UP AND

5    SAID, "I LOOKED AT FFF" -- APPARENTLY SHE WAS ABLE TO

6    TRACK WHAT MY PURCHASING, YOU KNOW, HISTORY WAS --

7    "AND I NOTICE THAT YOU STARTED USING POLYGAM."

8    I SAID, "YEAH.  WELL, YOU KNOW, YOU WERE

9    OUT OF GAMMAR."

10   SHE GOES, "WELL, YOU -- YOU SHOULDN'T BE

11   USING POLYGAM BECAUSE, IF YOU LOOK AT ARMOUR'S PRICE,

12   ARMOUR'S PRICE HAS A 50-DOLLAR MORE SPREAD ON THE END

13   OF IT."

14   I'M LIKE, "WELL, WHAT ARE YOU TALKING

15   ABOUT?"

16   SHE GOES, "WELL, IT MAY COST YOU A

17   COUPLE DOLLARS -- COUPLE, FEW DOLLARS MORE ON THE

18   FRONT END BUT, WHEN YOU ARE REIMBURSED, THE END RESULT

19   IS A MUCH LARGER SPREAD, A MUCH LARGER PROFIT MARGIN."

20   AND IT DIDN'T REALLY MATTER ANYWAY.  THIS WAS A

21   WORKMEN'S COMP PATIENT THAT ZACK HAD NEGOTIATED PRICES

22   FOR ACROSS THE BOARD.  SO I MEAN WE WEREN'T -- WE --

23   WE WERE BUYING IT FOR THE FRONT END TO BUY IT AS

24   CHEAPLY AS POSSIBLE SO THAT, YOU KNOW, WHATEVER

25   NEGOTIATED PRICE IT WAS -- AND I DON'T RECALL WHAT IT

119

1    WAS -- WAS WHAT -- THE PROFIT THAT WE MADE OFF OF IT.

2    SHE ASSUMED THAT IT WAS A MEDICAID PATIENT OR MEDICARE

3    PATIENT WHERE THE INCREASED REIMBURSEMENT -- WHAT --

4    WHAT THEY HAD SAID WAS THE -- WAS -- WHAT THEY SAID

5    WAS THE AWP WOULD AFFECT MY SPREAD.  THAT WAS A

6    REAL -- YOU KNOW, A TIME WHERE IT STARTED TO REALLY

7    COME CLEAR THAT THEY WERE STARTING TO MARKET IT.

8    BEFORE THAT, THE OTHER INSTANCE WHERE WE

9    RAN INTO IT WAS WITH PULMADOSE AND PROSCRIPT, AND THAT

10   WAS MORE IN '95, LIKE SEPTEMBER SOMEWHERE IN '95,

11   WHERE THE -- I KNOW.  I GUESS THEY WERE SPECIALTY

12   RESPIRATORY DEALERS.  THEY HAD CONTACTED ZACK AND

13   MYSELF, WANTING US TO GET INTO AN ARRANGEMENT WITH

14   THEM OF SUPPLYING -- I THINK IT WAS -- WELL, IT WAS

15   ALBUTEROL AND A NUMBER OF OTHER INHALANT SOLUTIONS --

16   TO PATIENTS IN THE KEY WEST COMMUNITY.

17   AND THEY CONTACTED CRITICARE, BECAUSE

18   CRITICARE WAS A HOME HEALTH AGENCY.  AND THE DEAL WAS

19   IS THAT PROSCRIPT WOULD PROVIDE THE DRUG AT A CERTAIN

20   COST TO US, WE COULD BILL MEDICARE AND MEDICAID, AND

21   THE PROFIT MARGIN, THE SPREAD ON THE DRUG, WAS SPLIT.

22   AND THEN PROSCRIPT WAS ANOTHER ONE -- AND I DON'T KNOW

23   THAT I HAD ANY CONVERSATIONS WITH PROSCRIPT, BUT

24   PROSCRIPT OFFERED YOU REFERRAL FEES AND FINDER'S FEES

25   AND FOLLOW-UP FEES.  SO WE WERE STARTING TO REALLY

Mark Jones 10-8-2002

120

1    UNDERSTAND, YOU KNOW, THE NATURE OF THE SPREAD GAME.

2    SO WE IMMEDIATELY -- BECAUSE WE WERE IN

3    DIALOGUES WITH THE OIG, WITH -- WITH DOJ.  WE WERE IN

4    DIALOGUES WITH THEM THROUGH OUR FILING OF THE NMC CASE

5    IN JUNE, AND WE HAD BEEN IN DIALOGUE WITH THEM

6    BEFORE -- AND I SHOULD BACKTRACK FOR YOU.

7    BEFORE WE -- FIRST OF ALL, WE TURNED ALL

8    THE PULMADOSE STUFF OVER AND SAID, "LOOK, THIS IS

9    WHAT'S HAPPENING IN THE INHALATION," AND WE TURNED IT

10   OVER -- THE IVIG TO THEM, BUT WE WERE ALSO INVOLVED

11   WITH MARITZA PENNISTON, WHO WAS FROM JACKSONVILLE, OUT

12   OF THE -- I THINK IT'S THE OFFICE OF AUDIT FOR THE

13   OIG.  SHE HAD CONTACTED US AND HAD US PRICE OUT

14   PARENTERAL FORMULAS, PARENTERAL FORMULAS THAT SHE HAD

15   TAKEN OUT OF WHAT'S CALLED A STANDARD MERCK FORMULA

16   SO -- BECAUSE THE OIG WAS TRYING TO INVESTIGATE OR

17   LOOKING AT PRICING IN THE PARENTERAL NUTRITION ARENA.

18   SO WE -- WE'D HAD THAT DIALOGUE.

19   WE'D -- WE'D STARTED, YOU KNOW, TALKING TO THE -- TO

20   THE GOVERNMENT FOLKS ABOUT IT.  AND THEN IN '95

21   AND '96 WE STARTED TURNING OVER ALL THE INFORMATION

22   THAT WE GOT WHEN ANYONE WAS TRYING TO -- TO MARKET US

23   WITH THE SPREAD.

24   MR. FLECKMAN:  OKAY.  I'M -- I'M GOING

25   TO HAVE TO OBJECT AS NONRESPONSIVE.