# EXHIBIT R

                                                                    1

1                    UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF MASSACHUSETTS

3     IN RE:   PHARMACEUTICAL      )

4     INDUSTRY AVERAGE WHOLESALE ) MDL NO. 1456

5     PRICE LITIGATION             ) CIVIL ACTION:

6     THIS DOCUMENT RELATES TO     ) 01-CV-12257-PBS

7     U.S. ex rel. Ven-A-Care of ) Judge Patti B. Saris

8     the Florida Keys, Inc. v.    )

9     Abbott Laboratories Inc.,    ) Chief Magistrate Judge

10    No. 07-CV-11618-PBS          ) Marianne B. Bowler

11

12              VIDEOTAPED 30(b)(6) DEPOSITION OF

13                    JOHN M. LOCKWOOD, M.D.

14                           Volume I

15        (Taken by Defendant Abbott Laboratories Inc.)

16                         April 23, 2009

17                           9:27 a.m.

18                           Suite 800

19                    1420 Peachtree Street, N.E.

20                        Atlanta, Georgia

21    Reported by:   F. Renee Finkley, RPR, CRR, CLR,

22    CCR-B-2289

```
                                                                   20
 1              MR. BREEN:  Got you.  Okay.  I just want
 2         to let you know if -- you know, zig or zag on
 3         those, however you think is appropriate, but
 4         when you get to one of them and he doesn't have
 5         a present recollection that's sufficient to
 6         respond, let me know and I will -- we will
 7         endeavor to try to remedy that is all I'm
 8         saying.
 9              MR. BERLIN:  I appreciate that.  Thank
10         you.
11         Q.   (By Mr. Berlin)  Why were you looking at
12    this issue in 2000?
13         A.   Well, we were looking -- and we started
14    looking at this earlier than 2000 -- at oral drugs
15    where we felt that there were issues with the
16    reported WACs and in particular where, had the WAC
17    prices been reported what we felt would be
18    accurately, that there in fact would have been a
19    change in the federal upper limit for those drugs, if
20    they were on a federal upper limit, and -- and also
21    looking at what effect that may or may not have had
22    on the reported AWP for those drugs.  And we had
```

Lockwood, M.D., John M. - 30(b)(6) 4-23-09

21

1   looked in detail at that FUL issue or started to look
2   in detail at that FUL issue and I happened to look at
3   the Abbott drugs just as part of the process.
4       Q.   What led you to look at the Abbott drugs
5   at that point in 2000 as opposed to sometime in 1999
6   or 1998?
7       A.   Well, this isn't the only thing I was
8   doing at Ven-A-Care. We had a wide variety of
9   projects going on. I certainly had a wide variety of
10  projects going on at any one time and it was just a
11  matter of, I guess, what we had time to look at in
12  terms of investigating and looking at these issues.
13  And I looked at -- happen to look at Abbott in more
14  detail in 2000, and in many ways, this complaint
15  describes what I found.
16      Q.   Was that something that was on -- really
17  what I'm trying to determine, is it something that
18  was on sort of an agenda or task list that you had
19  saying I want to look at the Abbott drugs and you
20  were just busy or was it just that day you thought I
21  ought to look at the Abbott drugs on this?
22      A.   I don't think that we were ever that

Lockwood, M.D., John M. - 30(b)(6) 4-23-09

22

1   organized that we had a specific task list about what
2   to do, but we started looking at some oral drugs
3   and -- and in particular looking at the FUL issue.
4   And that ultimately led to me looking at -- so, I
5   mean, I looked at lots of other manufacturers too.
6   It's not like I only looked at Abbott.  But I looked
7   at these drugs and looked at PPD and found what I
8   thought were discrepancies and problems with these
9   drugs in terms of their price reporting.
10       Q.   When you sat down to look at this issue,
11  describe how you went about doing that, I mean sort
12  of the mechanics of and the documents that you used
13  to try to evaluate the issue.
14       A.   Well, we had a number of things available,
15  meaning we had a number of different price lists
16  available, and we had McKesson catalogs that went
17  back I think to 1992, which contained prices on these
18  drugs or many of these drugs.  We had some Bergen
19  Brunswig printouts that contained prices on these
20  drugs.
21       And during 2000 we had been essentially
22  shifted by McKesson from the catalogs into an

23

1   electronic version of their catalog called Econolink
2   that was on a computer, so that I basically did a
3   printout or looked at the Abbott drugs listed in
4   Econolink, because I guess it was user-friendly or it
5   was computerized, whatever, and really looked at and
6   saw and noticed the discrepancies between the
7   so-called regular costs at McKesson, which is their
8   catalog price, list price, noncontract price, variety
9   of different names for it, and the AWPs.
10              And during 2000 I was able to -- I did a
11  number of things.  I was able to print that Econolink
12  database to a file, a text file.  And during 2000 and
13  perhaps a little bit earlier, but mainly during 2000,
14  one of my other projects was to learn and teach
15  myself how to use Microsoft Access, which is a
16  software program that allows you to manipulate
17  databases.
18              So one of the things I was able to do was
19  to import the text file from this electronic catalog
20  into Microsoft Access, including all the pricing
21  data, times, dates, the whole thing as a text file.
22  And then I was able to essentially investigate this

Lockwood, M.D., John M. - 30(b)(6) 4-23-09

24

1   more by creating new columns where I would, for
2   instance on an investigative level, divide the
3   average wholesale price by the regular cost, the
4   catalog price.  That would give me a ratio.  And then
5   I could --
6       Q.   I'm sorry.  Which number was the numerator
7   and denominator?
8       A.   The AWP that was in that program divided
9   by the noncontract catalog price, regular cost
10  column, what -- there were a number of different
11  names for this column, and that gave me a ratio;
12  essentially divide the AWP by the regular cost
13  column.
14           That showed me that for the bulk of the
15  Abbott PPD drugs, that that ratio was 1.25, as I
16  recall.  Now, this is a -- kind of an interesting
17  math issue, but in -- as I recall -- and I'd probably
18  have to sit down, do the math again.  But I think if
19  you add 20 percent to the WAC price -- First Data
20  Bank was doing that to arrive at an AWP, but the
21  reverse of that gives you a 1.25 ratio.  It's a
22  little bit -- it's a math glitch.

25

1  But suffice it to say that for all the PPD
2  drugs, that ratio was about 1.25.  For the -- mainly
3  the drugs in this complaint, that ratio was
4  significantly higher, and it varied from drug to
5  drug, but significantly higher, so that it allowed me
6  to also look at -- I ultimately looked at the
7  reported WACs on those and found, I felt, consistency
8  in the other PPD drugs that -- they're typical brand
9  drugs.  The regular cost column was very consistent
10 with the reported wholesale acquisition cost, and for
11 these Ery drugs, it was inconsistent.
12         I then also looked at these drugs in
13 regards to the FUL.  And for many of the drugs that
14 were initially filed -- and I think with our initial
15 notice and whatever, disclosures, whatever those
16 legal terms are, but one of our initial letters to
17 the government on this, we pointed out that -- at
18 least in our opinion, that had Abbott reported what
19 we assume were the real wholesale prices, which were
20 actually below the price we were getting it -- and
21 we're assuming 2 to 5 percent below -- that in many
22 of those cases, had Abbott, in our opinion, reported

Lockwood, M.D., John M. - 30(b)(6) 4-23-09

1   truthfully what the -- they were really selling the
2   drug to the wholesaler for, that the federal upper
3   limit would have been a different number than what it
4   was or that the federal upper limit for these drugs
5   that -- that, you know, was being paid at that time.
6        We also thought that -- it appeared that
7   these drugs were all markup company drugs, that First
8   Data Bank was dealing with them as a markup basis and
9   that if they had truthfully reported the WAC prices
10  and -- to First Data Bank, that an AWP would have
11  been calculated, which was significantly lower than
12  the AWP that we were seeing in the data sources, and
13  in many cases, if not all of the initial cases -- I'd
14  have to look at them, look at the letter; we can look
15  at that letter if you like -- that the AWP for these
16  drugs would have been below the federal upper limit.
17       (Discussion off the record.)
18       Q.   (By Mr. Berlin)  While you were talking, I
19  believe what we got was the additional -- the copies
20  of your transcript of your previous depositions,
21  which we haven't needed to refer to.  But I just
22  wanted you to have a copy just in case you wanted to

Lockwood, M.D., John M. - 30(b)(6) 4-23-09

227

1   testified to -- you would have to be a -- I guess I'm
2   looking for the right word, but a qualified
3   purchaser, that you had to be a pharmacy with, you
4   know, an address and all of those things.
5           And the McKesson rep usually came to Key
6   West as I think I recall about once a month,
7   ballpark. They'd walk by our office. They knew we
8   were there and where we were. But no, you as an
9   attorney, if you don't have a pharmacy license and
10  all the other things that go along with that, you
11  could not get the catalog.
12      Q.  And at some point you provided a -- I may
13  be confusing programs. I apologize if I am. But did
14  you provide a copy of Econolink to the federal
15  government?
16      A.  Yes, sir, we did.
17      Q.  When did you do that?
18      A.  I may want to recheck the date, but it was
19  either January 18th, 2001 or January 19th, 2001. We
20  were in Boston doing a presentation to them and
21  that's when we gave it to them. Yeah.
22      Q.  And did you seek McKesson's permission to

Lockwood, M.D., John M. - 30(b)(6) 4-23-09