# EXHIBIT T

```
                                                                    296

 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3                       VOLUME II

 4  ------------------------------------X  MDL NO. 1456

 5  IN RE:  PHARMACEUTICAL INDUSTRY      : CIVIL ACTION:

 6  AVERAGE WHOLESALE PRICE LITIGATION   : 01-CV-12257-PBS

 7  ------------------------------------X

 8  THIS DOCUMENT RELATES TO:            :

 9  U.S. ex rel. Ven-A-Care of the       : CIVIL ACTION:

10  Florida Keys, Inc. v. Abbott         : 06-CV-11337-PBS

11  Laboratories, Inc.                   :

12  ------------------------------------X

13             IN THE CIRCUIT COURT OF

14          MONTGOMERY COUNTY, ALABAMA

15  ------------------------------------X

16  STATE OF ALABAMA,                    : CASE NO.

17          Plaintiff,                   : CV-05-219

18      v.                               :

19  ABBOTT LABORATORIES, INC.,           : JUDGE

20  et al.,                              : CHARLES PRICE

21          Defendants.                  :

22  ------------------------------------X
```

Tawes, David   Vol II  4-25-2007

338

1    THE WITNESS:  I -- I don't recall any
2    discussions about the difficulty in -- in
3    implementing estimated acquisition costs.
4    BY MR. TORBORG:
5        Q.   Do you believe that your reports on
6    Albuterol Sulfate, starting with this one, 2000,
7    provided accurate information regarding what
8    providers were paying for Albuterol Sulfate?
9        MR. NEAL:  Objection as to form.
10       You can answer.
11       THE WITNESS:  I think that the reports
12   provided examples of other prices that were
13   available in the marketplace.
14   BY MR. TORBORG:
15       Q.   Do you believe your 1997 report that we
16   talked about yesterday with the 22 drugs -- do you
17   recall that?
18       A.   Yes.
19       Q.   That was the one where you found prices
20   available in catalogs that were provided by
21   Ven-A-Care.  Did you believe those provided
22   reliable information regarding how much physicians

339

1  could purchase drugs for?
2          MR. NEAL:  Objection as to form.
3          THE WITNESS:  I believe that the
4  information presented in the catalogs was reliable,
5  yes.
6  BY MR. TORBORG:
7      Q.   When you circulated -- when you
8  circulated your reports at OIG to state Medicaid
9  programs -- have you done that on occasion?
10         MR. WINGET-HERNANDEZ:  Objection; form.
11         MR. NEAL:  Objection as to form.
12         THE WITNESS:  I don't recall doing that.
13 I may have for one or two reports.
14 BY MR. TORBORG:
15     Q.   -- did you expect that the state
16 Medicaid programs would take into consideration the
17 findings in your report?
18         MR. WINGET-HERNANDEZ:  Objection to form.
19         MR. NEAL:  Objection as to form.
20         THE WITNESS:  I expected they may read
21 it.  I didn't know whether I expected them to
22 change anything or not.

Tawes, David  Vol II 4-25-2007