# EXHIBIT X

1

1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3     ---------------------------x

4     IN RE:  PHARMACEUTICAL     :   MDL NO. 1456

5     INDUSTRY AVERAGE WHOLESALE :   CIVIL ACTION

6     PRICE LITIGATION           :   01-CV-12257-PBS

7              vs.               :

8     THIS DOCUMENT RELATES TO   :   HIGHLY

9     U.S. ex rel. Ven-A-Care of :   CONFIDENTIAL

10    The Florida Keys, Inc.     :

11    v. Abbott Laboratories,    :

12    Inc., No. 06-CV-11337-PBS  :

13    ---------------------------x

14

15            Oral Deposition of NANCY MOLYNEAUX, was

16    taken pursuant to notice at the Law Offices of Morgan

17    Lewis, 1701 Market Street, Philadelphia,

18    Pennsylvania, on Thursday, January 11, 2007,

19    beginning at 10:00 a.m., before Jeanne Christian,

20    Court Reporter-Notary Public, there being present.

21

22

23

24

25

247

1    Ven-A-Care had provided to your office at this

2    time?

3         A.   I don't remember.

4         Q.   In the second sentence, Mr. Vito wrote,

5    "We would like to make one more request for

6    information at this time.  During our discussions,

7    you made us aware that you had several catalogs

8    from manufacturers and buying groups that could

9    provide us with pricing information on

10   prescription drugs.  We would like very much to

11   examine this information. Would you be able to

12   send us the original catalogs for our review?"

13            And my question is, do you recall

14   receiving any original catalogs from Ven-A-Care?

15        A.   No, I do not.

16        Q.   Any reason to believe that you did not

17   receive such documents?

18            MR. NEAL:  I object to the form.

19            THE WITNESS:  No.

20            MR. TORBORG:  We will do one more, and

21   then we will take a break.  Mark this as Exhibit

22   Abbott 024, please.

23

24

25

251

1  inhalation pharmaceutical reimbursement to

2  reasonable levels contemplated by the enabling

3  legislation.  VAC is particularly concerned now

4  about a continuing practice of the Medicare and

5  Medicaid Programs of paying exorbitant

6  reimbursement for infusion and inhalation drugs

7  which results in more than one million dollars per

8  year of federal funds being wasted. Ven-A-Care's

9  efforts to date have not resulted in much needed

10  changes."

11          And my question again will be, do you

12  recall working with Ven-A-Care on the topic of

13  excessive payments for infusion and inhalation

14  pharmaceutical reimbursements?

15          MS. POLLACK:  I object to the form of

16  the question.  There is no foundation.

17          THE WITNESS:  What do you mean by

18  working with?

19  BY MR.TORBORG:

20      Q.   Did you ever discuss excessive payments

21  for infusion and inhalation pharmaceutical

22  products with Ven-A-Care?

23

24

25

Molyneaux, Nancy 1-11-2007

252

1      A.    I believe so, but I do not recall a

2    particular conversation.

3      Q.    What do you recall about these

4    conversations?

5      A.    Just the conclusion that Medicare, in

6    particular, was paying too much.

7      Q.    Do you recall any time frame when that

8    conversation may have occurred?

9      A.    Probably around the time that I was

10   working on the TPN report, in 1996 or so.

11     Q.    To the best of your recollection, was

12   the TPN report the first time that you became

13   aware that there was a large difference between

14   the amount that Medicare was reimbursing for

15   infusion and parenteral drugs versus the

16   acquisition cost of providers?

17     A.    Yes.

18     Q.    If I could ask you to flip to the second

19   page of this document, there is a paragraph toward

20   the bottom of the page that says over a year ago.

21         Do you see that?

22     A.    Um-hum.

23

24

25