# EXHIBIT Y

1

1     UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MASSACHUSETTS

3 ---------------------------------X  MDL NO. 1456

4 IN RE:  PHARMACEUTICAL INDUSTRY :  CIVIL ACTION:

5 AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS

6 ---------------------------------X

7 THIS DOCUMENT RELATES TO:    :

8 U.S. ex rel. Ven-A-Care of the  :  CIVIL ACTION:

9 Florida Keys, Inc. v. Abbott   :  06-CV-11337-PBS

10 Laboratories, Inc.      :

11 ---------------------------------X

12

13     IN THE CIRCUIT COURT OF

14    MONTGOMERY COUNTY, ALABAMA

15 ---------------------------------X

16 STATE OF ALABAMA,      :  CASE NO.

17    Plaintiff,     :  CV-05-219

18   v.         :

19 ABBOTT LABORATORIES, INC.,   :  JUDGE

20 et al.,         :  CHARLES PRICE

21    Defendants.    :

22 ---------------------------------X

124

1    is and what isn't an un -- so I don't know the

2    distinction.  We've certainly never made that

3    distinction.

4         Q.   Right.

5         A.   I know that there have been lawsuits

6    filed against drug companies as qui tam.

7         Q.   Okay.

8         A.   Or qui tam.

9         Q.   Did you have at any time any

10   understanding about an obligation to keep the

11   existence of such a lawsuit secret?

12        A.   Not that I recall.

13        Q.   Do you recall any conversations with any

14   individuals at Ven-A-Care relating to lawsuits they

15   may have filed?

16        A.   No.

17        Q.   Do you recall any conversations with

18   individuals from Ven-A-Care?

19        A.   Yes.

20        Q.   All right.  Who at Ven-A-Care have you

21   spoken with?

22        A.   There was a person named Mark, and there

125

1    were other people, but I don't remember their

2    names.

3         Q.   All right.  What do you recall about

4    your conversations with Mark?

5         A.   We'd had meetings, one meeting that I --

6    or two that I can recall.  And also, I would

7    receive information from them about drug pricing.

8         Q.   When did the meetings take place with

9    Mark and others?

10        A.   I don't know the year.

11        Q.   Roughly?

12        A.   Maybe five year -- more than five years

13   ago, five years ago.  I don't know.

14        Q.   Do you have any record of those

15   meetings?

16        A.   I don't.

17        Q.   Do you know if anybody took notes at

18   those meetings?

19        A.   I -- there may have been notes taken at

20   those meetings, yes.

21        Q.   All right.  Do you recall who attended

22   that meeting or --

130

1     think, of Ven-A-Care.

2          Q.    Anybody on OIG other than you?

3          A.    Rob would be -- would have been on.

4          Q.    Do you recall how many phone

5     conversations there were?

6          A.    No.

7          Q.    Do you recall what the purpose of the

8     phone conversations were?

9          A.    I believe the purpose was to see what

10    information they had access to in terms of drug

11    pricing.

12         Q.    Did they have access to drug pricing

13    information?

14         A.    Yes.

15         Q.    What kind of information did you get

16    from Ven-A-Care?

17         A.    For certain drugs that we were

18    reviewing, Ven-A-Care could provide us with

19    information on what people could purchase them for

20    from either group purchasing organizations or at --

21    from wholesalers.

22         Q.    Do you know where Ven-A-Care got that

131

1    information?

2         A.    I believe they were a functioning

3    pharmacy and supplier, so they received that

4    information as a purchaser.

5         Q.    Where did you get your understanding

6    that Ven-A-Care was a functioning pharmacy and

7    supplier?

8         A.    I guess from when I was first introduced

9    to what they were, who they were.

10        Q.    Do you recall that introduction?

11        A.    No.

12        Q.    Did you ever obtain any information to

13   indicate that Ven-A-Care was not a functioning

14   pharmacy and supplier?

15        A.    No, I don't believe so.

16        Q.    Any other conversations with Ven-A-Care

17   that you can recall?

18        A.    Not specifically.

19        Q.    Any other communications with

20   Ven-A-Care; e-mail, letter, fax?

21        A.    Faxes.

22        Q.    Tell me about the faxes.