# EXHIBIT AA

*Wampler Buchanan & Breen*
*A Professional Association*
*Attorneys and Counselors at Law*
*900 Sun-Trust Building*
*777 Brickell Avenue*
*Miami, Florida 33131*

(305) 577-0044

FAX (305) 577-8545

**SENSITIVE MATERIAL - DO NOT DISCLOSE**
**SUBJECT TO COURT SEALING ORDER**

October 23, 2000

**Via Facsimile 617-748-3969 and U.S. Mail**

Suzanne E. Durrell, Esquire
Chief, Civil Division
Peter Levitt, Esquire
Assistant United States Attorney
United States Attorney's Office
District of Massachusetts
Suite 9200
One Courthouse Way
Boston, MA 02110

**Via Facsimile 202-305-7797 and U.S. Mail**

T. Reed Stephens, Esquire
Trial Attorney, Commercial Litigation Branch
Civil Division
United States Department of Justice
P. O. Box 261
Ben Franklin Station
Washington, DC 20044

**RE:   Additional Charges and Additional Defendants**

Dear Suzanne, Peter and Reed:

[REDACTED] See the
attached **Exhibit "A"** for the matrix involving Abbott's specified pharmaceuticals, the spreads
on Abbott's Erythromycin oral drugs and the adverse affect of Abbott's fraud on the FUL.

Sincerely,

Atlee W. Wampler, III
James J. Breen
For the Firm

/dlm
Attachment
cc:   Ven-A-Care of the Florida Keys, Inc. (via facsimile)(w/o attachment)
F:\CLIENTS\4690\Correspondence\L2A-DurrellLevitt AWW.wpd

2202962

VAC MDL 90973

## MATRIX OF ABBOTT SPECIFIED PHARMACEUTICALS
## IN RELATION TO ABBOTT ERYTHROMYCIN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Erythromycin Base Tab 250mg,100s | 00074 -6326 -13 | $14.79 | $11.16 | $7.40 | $11.10 | $17.93 | $6.83 |
| Erythromycin Base Tab 250mg,500s | 00074 -6326 -53 | $70 24 | $56.19 | $35.89 | $53.835 | $17.93 X 5 = $89.65 | $35.815 |
| ERY-TAB E/C 250mg,30 | 00074 -6304 -30 | $7.95 | $6.36 | $2.76 | $4.14 | $17.93 /3.333 = $5.37 | $1.23 |
| ERY-TAB E/C 250mg,100 | 00074 -6304 -13 | $25 18 | $21.31 | $7.72 | $11.58 | $17.93 | $6.35 |
| ERY-TAB E/C, UD, 250mg,100 | 00074 -6304 -11 | $27.84 | $23.20 | $9.90 | $14.85 | $17.93 | $3.08 |
| E.E.S. 200 Susp. 100ml | 00074 -6306 -13 | $4.78 | $3.82 | $3.45 | $5.175 | $6.97/ 100ml | $1.795 |
| ERY E-Succ/ Sulfisoxazole 200mg,100ml | 00074 -7156 -13 | $12 76 | $10.21 | $4.21 | $6.315 | $7.46 | $1.145 |
| ERY E-Succ/ Sulfisoxazole 200mg,150ml | 00074 -7156 -43 | $18.89 | $15.31 | $6.32 | $9.48 | $10.73 | $1.25 |
| ERY E-Succ/ Sulfisoxazole 200mg,200ml | 00074 -7156 -53 | $24.83 | 19.86 | $8.42 | $12.63 | $13.66 | $1.03 |

**EXHIBIT "A"**

2202963

**VAC MDL 90974**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Erythromycin Stearate Tab 250mg,100 | 00074 -6346 -20 | $14.59 | $11.00 | $7.86 | $11.79 | $17.88 | $6.09 |
| Erythromycin Stearate Tab 250mg,UD, 100 | 00074 -6346 -38 | $17.14 | $14.28 | $10.03 | $15.045 | $17.88 | $2.835 |
| Erythromycin Stearate Tab 250mg,500 | 00074 -6346 -53 | $69.29 | $52.25 | $38.18 | $57.27 | $89.40 | $32.13 |
| Erythromycin Stearate Tab 500mg,100 | 00074 -6316 -13 | $26.35 | $19.88 | $15.30 | $22.95 | $24.18 | $1.23 |

**EXHIBIT "A"**

2202964

** TOTO  PAGE ...

**VAC MDL 90975**