# EXHIBIT BB

**NOT ATTACHED TO PUBLIC FILING**