# EXHIBIT CC

**NOT ATTACHED TO PUBLIC FILING**