# EXHIBIT DD

**NOT ATTACHED TO PUBLIC FILING**