# EXHIBIT EE

# VEN-A-CARE OF THE FLORIDA KEYS, INC.
## A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

## FAX TRANSMITTAL SHEET

### "PERSONAL AND CONFIDENTIAL"

TO: ROB VITO

AT: OIG

FAX NO: 215-596-6987

FROM: MARK JONES

FAX NO: 305-292-1739

DATE: 2/4/97    TIME: 11:10 AM

RE:

DEY LABS PRICING FOR VEN-A-CARE
NOTICE Albuterol Sulfate 0.083% 3mL
per 25 = $9.00

PAGES TO FOLLOW INCLUDING COVER SHEET: 2

NOTE: FORWARD THIS FAX IMMEDIATELY TO THE ADDRESSEE, AS THE DOCUMENTS CONTAINED IN THIS FAX ARE PERSONAL AND CONFIDENTIAL!! IF YOU DO NOT RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CALL SALLY SMITH AT 305-292-1635.

Attorneys' Eyes Only

R1-019059

**VAC MDL 49845**

# DEY LABORATORIES
*A Merck Americas company*

## Contract Proposal

**AHT - Automated Health Technologies**
1025 NW 17th Avenue
Delray Beach, FL 33445

To Order:
Contact your local wholesaler, or:
DEY LABORATORIES
2751 Napier Road
Dallas, TX 75238

*97 Direct Prices* (handwritten)

| | | DEY Quote No: | CPN-0203 |
|---|---|---|---|
| | | Effective Date: | 01/01/1997 |
| | | Expiration Date: | 12/31/1998 |
| | | Terms: | 2% 30; net 31 days |
| | | Freight: | FOB Destination |

| Product Description | Strength | Unit Size | Brand Name | NDC Number | #/Cin. | $/Cin. |
|---|---|---|---|---|---|---|
| Acetylcysteine Solution | 10% | 4 ml | Mucosil | 49502-101-04 | 12 | 20.28 |
| Acetylcysteine Solution | 10% | 10 ml | Mucosil | 49502-101-10 | 3 | 11.70 |
| Acetylcysteine Solution | 10% | 30 ml | Mucosil | 49502-101-30 | 3 | 24.27 |
| Acetylcysteine Solution | 20% | 4 ml | Mucosil | 49502-102-04 | 12 | 20.76 |
| Acetylcysteine Solution | 20% | 10 ml | Mucosil | 49502-102-10 | 3 | 12.06 |
| Acetylcysteine Solution | 20% | 30 ml | Mucosil | 49502-102-30 | 3 | 27.80 |
| Acetylcysteine Solution | 20% | 100 ml | Mucosil | 49502-102-00 | 1 | 73.62 |
| Albuterol Inhalation Aerosol 17 g, Kit | 90 mcg/inh | 200 inhal | | 49502-303-17 | 1 | 5.00 |
| Albuterol Inhalation Aerosol 17 g, Refill | 90 mcg/inh | 200 inhal | | 49502-303-27 | 1 | 4.75 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 ml | Dey-Lute | 49502-697-03 | 25 | 9.00 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 ml | Dey-Lute | 49502-697-33 | 30 | 10.80 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 ml | Dey-Lute | 39502-697-60 | 60 | 21.66 |
| Albuterol Sulfate Inhalation Solution | 0.5% | 20 ml | | 49502-195-20 | 1 | 6.25 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2 ml | | 49502-689-02 | 60 | 28.00 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2 ml | | 49502-689-12 | 120 | 55.00 |
| Metaproterenol Sulfate Inhalation Solution | 0.3% | 2.5 ml | Dey-Lute | 49502-678-03 | 25 | 7.50 |
| Metaproterenol Sulfate Inhalation Solution | 0.6% | 2.5 ml | Dey-Lute | 49502-676-03 | 25 | 7.50 |
| Metaproterenol Sulfate Inhalation Solution | 0.45% | 3 ml | | 49502-820-03 | 100 | 9.50 |
| Sodium Chloride Solution | 0.45% | 5 ml | | 49502-820-05 | 100 | 9.50 |
| Sodium Chloride Solution | 0.9% | 3 ml | | 49502-830-03 | 100 | 9.50 |
| Sodium Chloride Solution | 0.9% | 5 ml | | 49502-830-05 | 100 | 9.50 |
| Sodium Citrate Solution | 0.9% | 15 ml | | 49502-830-15 | 24 | 5.76 |
| Sodium Chloride Solution | 3% | 15 ml | Dey-Pak | 49502-640-15 | 50 | 27.50 |
| Sodium Chloride Solution | 10% | 15 ml | Dey-Pak | 49502-641-15 | 50 | 27.50 |
| Sodium Chloride Solution | | 5 ml | | 49502-810-05 | 100 | 9.50 |
| Water, Purified, USP | | 100 ml | | 49502-405-01 | 1 | 2.11 |
| Alprazolam Tablets USP | 0.25 mg | 500 ct | | 49502-405-05 | 1 | 10.32 |
| Alprazolam Tablets USP | 0.25 mg | 100 ct | | 49502-406-01 | 1 | 2.46 |
| Alprazolam Tablets USP | 0.5 mg | 500 ct | | 49502-406-05 | 1 | 11.49 |
| Alprazolam Tablets USP | 0.5 mg | 100 ct | | 49502-407-01 | 1 | 3.47 |
| Alprazolam Tablets USP | 1 mg | 500 ct | | 49502-407-05 | 1 | 13.23 |
| Alprazolam Tablets USP | 1 mg | 100 ct | | 49502-403-01 | 1 | 2.40 |
| Atenolol Tablets USP | 50 mg | 100 ct | | 49502-401-01 | 1 | 3.19 |
| Atenolol Tablets USP | 100 mg | 100 ct | | 49502-415-01 | 1 | 3.11 |
| Hydrocodone Bitartrate w/APAP Tabs | 5mg/500mg | 500 ct | | 49502-415-05 | 1 | 14.49 |
| Hydrocodone Bitartrate w/APAP Tabs | 5mg/500mg | 100 ct | | 49502-417-01 | 1 | 10.93 |
| Hydrocodone Bitartrate w/APAP Tabs | 7.5mg/650mg | | | | | |

ACCEPTED:

_____   _____
AHT - Automated Health Technologies        Date

Last revised: 01/01/1997

Attorneys' Eyes Only

R1-019060

**VAC MDL 49846**



```
           Transmit Confirmation Report

No.          :   003
Receiver     :        G3
Transmitter  :   VEN-A-CARE/CRITI-CA
Date         :       Feb 04,97   11:14
Time         :   01'25
Mode         :        Norm
Pages        :   02
Result       :   OK
```



Attorneys' Eyes Only

R1-019061

VAC MDL 49847

Attorneys' Eyes Only

R1-019062

VAC MDL 49848