# EXHIBIT FF

# PHARMACEUTICAL BUYERS, INC

Abbreviated Vendor Catalog for     HOME INFUSION PROVIDER CLOSED SHOP     October 27, 1994

| NDC | Label Name | Generic Name | Case | Pack | Unit | Contract |
|---|---|---|---|---|---|---|
| **COPLEY PHARMACEUTICAL, INC.** | | | | | | |
| 38245-0433-1 | GLYBURIDE 2.5MG TABLET | GLYBURIDE | | 100 | EA | 12.730 |
| 38245-0433-5 | GLYBURIDE 2.5MG TABLET | GLYBURIDE | | 500 | EA | 60.450 |
| 38245-0477-4 | GLYBURIDE 1.25MG TABLET | GLYBURIDE | | 50 | EA | 3.920 |
| 38245-0604-1 | HALOPERIDOL LAC 2MG/ML CONC | HALOPERIDOL LACTATE | | 15 | ML | 3.600 |
| 38245-0607-1 | GRANULDERM AEROSOL | TRYPSIN/BALSAM PERU/CASTOR OIL | | 113 | ML | 6.750 |
| 38245-0612-1 | DOXEPIN 10MG/ML ORAL CONC | DOXEPIN HYDROCHLORIDE | | 120 | ML | 5.900 |
| 38245-0613-1 | THIOTHIXENE 5MG/ML ORAL CON | THIOTHIXENE HYDROCHLORIDE | | 120 | ML | 11.000 |
| 38245-0633-0 | VALPROIC ACID 250MG/5ML SYR | VALPROATE SODIUM | | 480 | ML | 23.100 |
| 38245-0660-0 | ETHOSUXIMIDE SYRUP | ETHOSUXIMIDE SYRUP | | 480 | EA | 36.900 |
| Comments | | | | | | |
| | | | Contract Term: thru | | | 10/31/96 |
| **DEY LABORATORIES** | | | | | | |
| 49502-0030-0 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 250/ | 3 | ML | 29.100 |
| 49502-0030-1 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 125/ | 10 | ML | 29.100 |
| 49502-0181-0 | ACETYLCYSTEINE 10% VIAL | ACETYLCYSTEINE | 12/ | 4 | ML | 20.280 |
| 49502-0181-3 | ACETYLCYSTEINE 10% VIAL | ACETYLCYSTEINE | 3/ | 30 | ML | 24.270 |
| 49502-0182-0 | ACETYLCYSTEINE 20% VIAL | ACETYLCYSTEINE | 12/ | 4 | ML | 20.76 |
| 49502-0182-3 | ACETYLCYSTEINE 20% VIAL | ACETYLCYSTEINE | 3/ | 30 | ML | 27.80 |
| 49502-0659-0 | ISOETHARINE 0.25% SOLUTION | ISOETHARINE HYDROCHLORIDE | 25/ | 2 | ML | 6.5 |
| 49502-0676-0 | METAPROTERENOL 0.6% SOLN | METAPROTERENOL SULFATE | 25/ | 2 | ML | 7.3 |
| 49502-0678-0 | METAPROTERENOL 0.4% SOLN | METAPROTERENOL SULFATE | 25/ | 2 | ML | 7.50 |
| 49502-0697-0 | ALBUTEROL .83MG/ML SOLUTION | ALBUTEROL SULFATE | 25/ | 3 | ML | 11.00 |
| 49502-0697-3 | ALBUTEROL .83MG/ML SOLUTION | ALBUTEROL SULFATE | 30/ | 3 | ML | 13.20 |
| 49502-0697-6 | ALBUTEROL .83MG/ML SOLUTION | ALBUTEROL SULFATE | 60/ | 3 | ML | 26.40 |
| 49502-0820-0 | SODIUM CHLORIDE 0.45% VIAL | SODIUM CL FOR INHALATION | 100/ | 3 | ML | 9.50 |
| 49502-0830-0 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 100/ | 5 | ML | 9.50 |
| 49502-0830-0 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 100/ | 5 | ML | 9.50 |
| 49502-0830-1 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 24/ | 15 | ML | 5.11 |
| Comments | SUPPLY IS GUARANTEED. PLEASE STATE THAT YOU ARE A | | | | | |
| | PBI MEMBER WHEN PLACING AN ORDER AND REFER TO | | | | | |
| | | | Contract Term: thru | | | 10/31/96 |
| **DOW HICKAM PHARMACEUTICALS, INC.** | | | | | | |
| 00514-0001-0 | GRANULEX SPRAY | TRYPSIN/BALSAM PERU/CASTOR OIL | | 56 | ML | 7.250 |
| 00514-0056-0 | PRODERM AEROSOL | BALSAM PERU/CASTOR OIL | | 113 | ML | 10.990 |
| 00514-0085-0 | FLEXZAN ADHESIVE DRESSING | ADHESIVE | | 10 | EA | 17.000 |
| 00514-0085-3 | FLEXZAN ADHESIVE DRESSING | ADHESIVE | | 5 | EA | 27.250 |
| 00514-0092-0 | SORBSAN 3"X 3" WOUND DRESS | CELLULOSE, OXIDIZED/CA ALGINATE | | 10 | EA | 26.000 |
| 00514-0092-1 | SORBSAN 4"X 4" WOUND DRESS | CELLULOSE, OXIDIZED/CA ALGINATE | | 10 | EA | 31.000 |
| 00514-0101-5 | SULFAMYLON 8.5% CREAM | MAFENIDE ACETATE | | 57 | G | 14.870 |
| 00514-0101-5 | SULFAMYLON 8.5% CREAM | MAFENIDE ACETATE | | 113 | G | 27.810 |
| Comments | | | | | | |
| | | | Contract Term: thru | | | 10/31/96 |
| **DU PONT PHARMA/ENDO LABORATORIES, L.L.C.** | | | | | | |
| 00590-0368-0 | NARCAN 1MG/ML VIAL | NALOXONE HYDROCHLORIDE | | 10 | ML | 27.000 |
| 00590-0395-1 | NUBAIN 10MG/ML P/F AMPUL | NALBUPHINE HYDROCHLORIDE | 10/ | 1 | ML | 8.000 |
| 00590-0398-1 | NUBAIN 20MG/ML P/F AMPUL | NALBUPHINE HYDROCHLORIDE | 10/ | 1 | ML | 9.000 |
| Comments | | | | | | |
| | | | Contract Term: thru | | | 10/31/96 |

VAC MDL 73915