# EXHIBIT GG

# DEY LABORATORIES
*A Lipha Americas company*

**TO ORDER:**
Contact your local wholesaler, or:
DEY LABORATORIES
10246 Miller Rd.
Dallas, TX 75238
800/527-4278

## Contract Award

COMMUNITY PHARMACY NETWORK/PPN
2300 CORPORATE BLVD. NW
SUITE 214
BOCA RATON, FL 33431

DEY Contract No.: CPN-0283
Effective Date: 01/01/95
Expiration Date: 12/31/95
Terms: 2% 30; net 31 days
Freight: FOB Destination

| Product Description | Strength | Unit Size | Brand Name | NDC Number | #/Ctn. | $/Ctn. |
|---|---|---|---|---|---|---|
| ACETYLCYSTEINE SOLUTION | 10% | 4 ML | MUCOSIL | 49502-101-04 | 12/CTN | $20.28 |
| ACETYLCYSTEINE SOLUTION | 10% | 10 ML | MUCOSIL | 49502-101-10 | 3/CTN | $11.70 |
| ACETYLCYSTEINE SOLUTION | 10% | 30 ML | MUCOSIL | 49502-101-30 | 3/CTN | $24.27 |
| ACETYLCYSTEINE SOLUTION | 20% | 4 ML | MUCOSIL | 49502-102-04 | 12/CTN | $20.76 |
| ACETYLCYSTEINE SOLUTION | 20% | 10 ML | MUCOSIL | 49502-102-10 | 3/CTN | $12.06 |
| ACETYLCYSTEINE SOLUTION | 20% | 30 ML | MUCOSIL | 49502-102-30 | 3/CTN | $27.80 |
| ACETYLCYSTEINE SOLUTION | 20% | 100 ML | MUCOSIL | 49502-102-00 | 1/CTN | $73.62 |
| ALBUTEROL SULFATE INHALATION SOLUTION | 0.083% | 3 ML | DEY-LUTE | 49502-697-03 | 25/CTN | $11.00 |
| ALBUTEROL SULFATE INHALATION SOLUTION | 0.083% | 3 ML | DEY-LUTE | 49502-697-33 | 30/CTN | $13.20 |
| ALBUTEROL SULFATE INHALATION SOLUTION | 0.083% | 3 ML | DEY-LUTE | 49502-697-60 | 60/CTN | $26.40 |
| CROMOLYN SODIUM INHALATION, Usp | 20 MG/2 ML | 2 ML | DEY-LUTE | 49502-689-02 | 60/CTN | $28.00 |
| CROMOLYN SODIUM INHALATION, Usp | 20 MG/2 ML | 2 ML | DEY-LUTE | 49502-689-12 | 120/CTN | $55.00 |
| ISOETHARINE INHALATION SOLUTION (PRE-MIXED) S/F | 0.08% | 3 ML | DEY-LUTE | 49502-661-03 | 25/CTN | $6.50 |
| ISOETHARINE INHALATION SOLUTION (PRE-MIXED) S/F | 0.1% | 5 ML | DEY-LUTE | 49502-664-05 | 25/CTN | $6.50 |
| ISOETHARINE INHALATION SOLUTION (PRE-MIXED) S/F | 0.17% | 3 ML | DEY-LUTE | 49502-660-03 | 25/CTN | $6.50 |
| ISOETHARINE INHALATION SOLUTION (PRE-MIXED) S/F | 0.25% | 2 ML | DEY-LUTE | 49502-659-02 | 25/CTN | $6.50 |
| METAPROTERENOL SULFATE INHALATION SOLN. USP | 0.4% | 2.5 ML | DEY-LUTE | 49502-678-03 | 25/CTN | $7.50 |
| METAPROTERENOL SULFATE INHALATION SOLN. USP | 0.6% | 2.5 ML | DEY-LUTE | 49502-676-03 | 25/CTN | $7.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.45% | 3 ML | | 49502-820-03 | 100/CTN | $9.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.45% | 3 ML | | 49502-820-05 | 100/CTN | $9.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.45% | 5 ML | | 49502-820-03 | 100/CTN | $9.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 3 ML | | 49502-030-03 | 100/CTN | $9.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 5 ML | | 49502-030-05 | 100/CTN | $9.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 15 ML | DEY-VIAL | 49502-030-15 | 24/CTN | $5.76 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 3 ML | DEY-VIAL | 49502-030-03 | 250/CTN | $29.10 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 5 ML | DEY-VIAL | 49502-030-05 | 250/CTN | $29.10 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 10 ML | DEY-VIAL | 49502-030-10 | 125/CTN | $29.10 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 20 ML | DEY-PAK | 49502-020-20 | 100/CS | $33.95 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 3% | 15 ML | DEY-PAK | 49502-640-15 | 50/CTN | $27.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 10% | 15 ML | DEY-PAK | 49502-641-15 | 50/CTN | $27.50 |
| WATER, PURIFIED, USP, FOR INHALATION | | 5 ML | | 49502-010-05 | 100/CTN | $9.50 |

Effective: 01/01/95



**VAC MDL 71681**