# EXHIBIT HH

*Wampler Buchanan & Breen*
*A Professional Association*
*Attorneys and Counselors at Law*
*900 SunTrust Building*
*777 Brickell Avenue*
*Miami, Florida 33131*

(305) 577-0044                                          FAX (305) 577-8545

December 9, 1999

**VIA HAND DELIVERY**

Thomas E. Scott, Esquire
United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

The Honorable Janet Reno
Attorney General
U.S. Department of Justice
10th St. & Constitution Avenue
Washington, D.C. 20530

RE: Filing of Third Amended Complaint under existing modified sealing orders, which includes additional Defendants and drops two (2) Defendants in United States of America, Ex. Rel. Ven-A-Care of the Florida Keys, Inc. v. ABBOTT LABORATORIES, et al,
CIVIL ACTION NO.95-1354-CIV-GOLD

Dear Ms. Reno and Mr. Scott:

This law firm represents Ven-A-Care of the Florida Keys, Inc., a Florida corporation, as the Relator in the above-referenced "qui tam" action brought pursuant to 31 U.S.C. §§3729 and 3730, the original complaint having been filed on June 23, 1995.

This letter and its enclosures are being served upon you pursuant to the requirements of 31 U.S.C. §3730(b)(2) immediately prior to the filing of the Third Amended Complaint in camera and under existing modified sealing orders with the Clerk, United States District Court, Southern District of Florida.

Enclosed you will find a copy of the Relator's Third Amended Complaint together with Motion for Leave to File Third Amended Complaint and for an Agreed Order Sealing Third Amended Complaint and all other Documents of the Case. You have been previously provided with substantially all material evidence and information possessed by the Relator.

The Honorable Janet Reno
Thomas E. Scott, Esquire
December 9, 1999
Page 2

    In the event that you require any further assistance in your review of the Third Amended Complaint from the Relator or this law firm please contact either of the undersigned at any time.

Sincerely,

Atlee W. Wampler III
For the Firm

James J. Breen
For the Firm

AWW/pf
Enclosures
F:\CLIENTS\3027\3RDAMD\LET-REN.3AC

**FedEx USA Airbill** — Tracking Number: 8161 3335 8904

From Date: 12/13/99
Sender's FedEx Account Number: 1158-6175-1
Sender's Name: AWW/pf
Phone: (305) 577-0044
Company: WAMPLER BUCHANAN & BREEN
Address: 777 BRICKELL AVE STE 900
City: MIAMI  State: FL  ZIP: 33131
Your Internal Billing Reference: 3027

4a Express Package Service: FedEx Express Saver (Third business day)
5 Packaging: FedEx Pak

---

**FedEx USA Airbill** — Tracking Number: 8145 7973 7745

From Date: 12/07/99
Sender's FedEx Account Number: 1158-6175-1
Sender's Name: James J. Breen, Esq/KMc
Phone: (305) 577-0044
Company: WAMPLER BUCHANAN & BREEN

4a Express Package Service: FedEx Priority Overnight (XX)

---

**FedEx USA Airbill** — Tracking Number: 8161 3335 8890

From Date: 12/13/99
Sender's FedEx Account Number: 1158-6175-1
Sender's Name: AWW/pf
Phone: (305) 577-0044
Company: WAMPLER BUCHANAN & BREEN
Address: 777 BRICKELL AVE STE 900
City: MIAMI  State: FL  ZIP: 33131
Your Internal Billing Reference: 3027

To Recipient's Name: T. Reed Stephens, Esq
Phone: (202) 307-0404
Company: U.S. Department of Justice
Address: 601 "D" Street NW
Civil Division, Commericial Litigation
City: Washington  State: DC  ZIP: 20044

4a Express Package Service: FedEx 2Day (Second business day)
5 Packaging: Other Pkg.
6 Special Handling: No (dangerous goods)
7 Payment: Sender
8 Release Signature: 359

0118665564

Final 3rd Amd. Comp

**FedEx. USA Airbill** FedEx Tracking Number: 8161 3335 8904

From:
Date: 12/13/99
Sender's FedEx Account Number: 1158-6175-1
Sender's Name: Alwin/pf
Phone: (305) 577-0044
Company: WAMPLER BUCHANAN & BREEN
Address: 777 BRICKELL AVE STE 900
City: MIAMI State: FL ZIP: 33131
Your Internal Billing Reference: 3027

4a Express Package Service: FedEx Express Saver (X)
5 Packaging: FedEx Pak (X)

---

**FedEx. USA Airbill** FedEx Tracking Number: 8145 7973 7745

From:
Date: 12/07/99
Sender's FedEx Account Number: 1158-6175-1
Sender's Name: James J. Breen, Esq/KMc
Phone: (305) 577-0044
Company: WAMPLER BUCHANAN & BREEN
Address: 777 BRICKELL AVE STE 900
City: MIAMI State: FL ZIP: 33131
Internal Billing Reference: 12820/3027

Recipient's Name: T. Reed Stephens, Esquire
Phone: (202) 307-0404
Company: U.S. Attorney's Office/Civil Division
Address: Commercial Litigation Branch
601 "D" Street, N.W.
City: Washington State: D.C. ZIP: 20004

4a Express Package Service: FedEx Priority Overnight (XX)
5 Packaging: FedEx Pak (XX)
6 Special Handling: No dangerous goods (XX)
7 Payment: Sender (XX)

Draft 3rd Amd Comp.

0105822349

359

**FedEx USA Airbill** — FedEx Tracking Number: 8161 3335 8904

**Sender's Copy**

**1 From**

Date: 12/13/99

Sender's FedEx Account Number: 1158-6175-1

Sender's Name: Alwn/pt

Phone: (305) 577-0044

Company: WAMPLER BUCHANAN & BREEN

Address: 777 BRICKELL AVE STE 900

City: MIAMI   State: FL   ZIP: 33131

**2 Your Internal Billing Reference:** 3027

To: MARK A. LaVINE Esq.   Phone (305) 961-9303

Company: U.S. Attorneys Office

Address: 99 NE 4th Street, 3rd Floor

City: Miami   State: FL   ZIP: 33132

**4a Express Package Service**
- [X] FedEx Express Saver (Third business day)

**5 Packaging**
- [X] FedEx Pak

**6 Special Handling**
- No dangerous goods

**7 Payment:** Sender

Release Signature: 359

0118665564

Final Final 3rd Amd Comp. Draft to Mark Lavine was hand delivered

CERTIFIED
MAIL
Z 456 634 229

WAMPLER, BUCHANAN & BREEN, P.A.
777 Brickell Avenue
900 Sun Trust Building
Miami, Florida 33131

Telephone: 305-577-0044            Facsimile: 305-577-8545

THE HONORABLE JANET RENO
ATTORNEY GENERAL
U.S. Department of Justice
10th Street & Constitution Avenue
Washington, DC  20530

MIAMI FL
JAN 14 '00
U.S. POSTAGE

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Hon. Janet Reno, Atty General
U. S. Department of Justice
10th Street & Constitution Ave.
Washington, DC   20530

4a. Article Number
Z 456 634 229

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form **3811**, December 1994      102595-98-B-0229      Domestic Return Receipt

---

Z 456 634 229

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to
Hon. Janet Reno, Atty Gen

Street & Number

Post Office, State, & ZIP Code

| | |
|---|---|
| Postage | $5.40 |
| Certified Fee | X |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 2.65 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $7.05 |
| Postmark or Date | |

PS Form 3800, April 1995