# EXHIBIT JJ

Page 1

| | IPRATROPIUM BROMIDE, 0.02%, per ml J7645 | | | | |
|---|---|---|---|---|---|
| Wholesale Source | Manufacturer | NDC# | Size | ~~Cost~~ | DMERC REGION "C" |
| Purchase Connection | Boehr Ingelheim | 00597-0080-62 | 2.5 ml | 1.25 | 1.875 |
| IV-Med | Boehr Ingelheim | 00597-0080-62 | 2.5 ml | 1.25 | 1.875 |
| Health Services Corp. America | Boehr Ingelheim | 00597-0080-62 | 2.5 ml | 1.25 | 1.875 |

F:\CLIENTS\30627\CH-J7645



EXHIBIT
Roxane 13
12/13/07

HHD013-1239