# EXHIBIT KK

**HP OfficeJet**
Personal **Printer/Fax/Copier**

**Fax Log Report** for
Ven-A-Care
305 292 1739
Nov-24-97 04:34 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 12155966987 | OK | 05 | Sent | Nov-24 | 04:29P | 00:04:52 | 002486030022 |

1.3.0 2.8

2303852



VEN-A-CARE
OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

?23 FLEMING ST
KEY WEST, FLA 3304C
(305) 292-1635
FAX: (305) 292-1739

FAX TRANSMITTAL SHEET

"PERSONAL AND CONFIDENTIAL"

TO: Mr. Rob Vitto

AT: Dept of Health & Human Services
OIG-

FAX NO: 215-596-6987

FROM: Zach

FAX NO: 305-292-1739

DATE: 11/24/97 TIME:

RE: Inhalation Drug Prices

PAGES TO FOLLOW INCLUDING COVER SHEET: 5

NOTE: FORWARD THIS FAX IMMEDIATELY TO THE ADDRESSEE, AS THE DOCUMENTS CONTAINED IN THIS FAX ARE PERSONAL AND CONFIDENTIAL!! IF YOU DO NOT RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CALL SALLY SMITH AT 305-292-1635.

2303853

VAC MDL43716

J J Balan, Inc We're the Best!

PRODUCT PRICE LIST

| COMPARE TO | COLOR | ITEM NUMBER | ITEM DESCR | PACKAGE SIZE | | SELLING PRICE | SPECIAL QTY/ | PRICE | PRIMARY VENDOR | ALT VENDOR | ON HND B'KLYN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YOCON | WHITE | 11193901 | YOHIMBINE TABS ROYCE | 100 | | 2 79 | | | ROYCE LABORATOR | CARACO PHA | 5368 |
| DEMULEN | LT. PINK | 11326621 | ZOVIA 1/35 TABS | 6x21 | | 51 99 | | | WATSON LABORATO | | 10 |
| DEMULEN | LT. PINK | 11326628 | ZOVIA 1/35 TABS | 6x28 | | 51 99 | | | WATSON LABORATO | | 0 |
| DEMULEN | PINK | 11326721 | ZOVIA 1/50 TABS | 6x21 | | 51 99 | | | WATSON LABORATO | | 12 |
| DEMULEN | PINK | 11326728 | ZOVIA 1/50 TABS | 6x28 | | 51 99 | | | WATSON LABORATO | | 8 |
| VOSOL HC | | 13085456 | ACETASOL ** HC ** DROPS | 10cc | | 2 69 | | | ALPHARMA USPD | | 416 |
| VOSOL | | 13085358 | ACETASOL DROPS | 15cc | | 1 59 | | | THAMES PHARMACA | | 331 |
| ZOVIRAX | | 12380898 | ACYCLOVIR ORAL SUSPENSION | PINT | $ | 61 99 | | | ALPHARMA USPD | | 40 |
| PROVENTIL | | 13396725 | ALBUTEROL 0 083% 3ml BARRE | 25 | $ | 6 69 | *12/ | 6 49 | ALPHARMA USPD | 2/3 | 5934 |
| PROVENTIL | | 13282125 | ALBUTEROL 0 083% 3ml WARRICK | 25 | | 7 99 | 12/ | 7 59 | WARRICK | 3/3 | 6517 |
| PROVENTIL | | 13244225 | ALBUTEROL 0 083% 3ml(DEY-LUTE) | 25 | d | 9 49 | | | DEY LABORATORIE | 1/3 | 378 |
| PROVENTIL | | 13282166 | ALBUTEROL 0 083% 3ml WARRICK | 60 | | 18 99 | | | WARRICK | 2/2 | 5 |
| PROVENTIL | | 13244266 | ALBUTEROL 0 083% 3ml(DEY-LUTE) | 60 | c | 22 99 | | | DEY LABORATORIE | 1/2 | 63 |
| PROVENTIL | | 13344822 | ALBUTEROL 0 5% SOLUTION DEY | 20ml | | 6 49 | | | DEY LABORATORIE | 2/2 | 0 |
| PROVENTIL | | 13281922 | ALBUTEROL 0 5% SOLUTN WARRICK | 20ml | $ | 5 49 | *12/ | 5 29 | WARRICK | 1/2 | 1134 |
| PROVENTIL | | 13337795 | Albuterol Inh Spray Refil*Nov | 17gm | | 3 84 | | | NOVOPHARM INC | 1/4 | 0 |
| PROVENTIL | | 13360895 | Albuterol Inh. Spray Refil*Sid | 17gm | | 4 99 | | | SIDMAK LABORATO | 3/4 | 0 |
| VENTOLIN | | 13327295 | Albuterol Inh. Spray Refil*War | 17gm | | 4 99 | | | WARRICK | 2/4 | 104 |
| PROVENTIL | | 13394595 | Albuterol Inh. Spray Refil*Zen | 17gm | | 4 99 | | | ZENITH LABORATO | 4/4 | 216 |
| VENTOLIN | | 13343395 | Albuterol Inh. Spray*Kit* Dey | KIT | $ | 4 99 | | | DEY LABORATORIE | 5/5 | 570 |
| VENTOLIN | | 13701095 | ALBUTEROL INH. SPRAY*KIT* 2/98 | Kit | $ | 2 79 | *12/ | 2 39 | ALPHARMA USPD | 2/5 | 38121 |
| VENTOLIN | 2/98 | 13337395 | Albuterol Inh. Spray*Kit*Novph | Kit | d | 4 09 | *12/ | 3 39 | NOVOPHARM INC | 1/5 | 15 |
| PROVENTIL | | 13360195 | Albuterol Inh Spray*Kit*Sidmk | Kit | $ | 4 09 | *12/ | 3 39 | SIDMAK LABORATO | 4/5 | 630 |
| VENTOLIN | | 13330595 | Albuterol Inh Spray*Kit*Warck | Kit | $ | 4 29 | *12/ | 4 09 | WARRICK | 3/5 | 7008 |
| PROVENTIL | STRAWBERRY | 12326298 | ALBUTEROL SULFATE SYRUP BARRE | PINT | | 2 99 | 12/ | 2 69 | ALPHARMA USPD | 1/3 | 5839 |
| PROVENTIL | STRAWBERRY | 12243398 | ALBUTEROL SULFATE SYRUP LEMMON | PINT | | 2 99 | | | TEVA | 3/3 | 17 |
| PROVENTIL | | 12282098 | ALBUTEROL SULFATE SYRUP WARRCK | PINT | | 2 99 | | | WARRICK | 2/3 | 35 |
| AMPHOGEL | | 12029779 | ALUMINUM HYDROXIDE GEL *12oz.* | 12oz | | 2 59 | | | PHARMACEUT ASS | | 58 |
| AMPHOGEL | | 12029798 | ALUMINUM HYDROXIDE GEL | PINT | | 2 99 | | | PHARMACEUT ASS | | 49 |
| SYMMETREL | RASBERRY | 12234798 | AMANTADINE SYRUP | PINT | | 23 99 | | | ALPHARMA USPD | 1/2 | 23 |
| SYMMETREL | | 12379098 | AMANTADINE SYRUP COPLEY | PINT | | 23 99 | | | COPLEY | 2/2 | 22 |
| SOMOPHYLLINE | RASBERRY | 12093678 | AMINOPHYLLINE LIQUID | 8oz | | 6 99 | | | ALPHARMA USPD | | 34 |
| AMOXIL PED. DROPS | BERRY FLAV | 13381658 | AMOXICILLIN PEDIATRIC DROPS | 15cc | | 2 09 | | | APOTHECON | | 64 |
| CORTISPORIN | | 13094956 | ANTI EAR **SUSP** (OCTICAIR) | 10cc | | 3 19 | | | STERIS LABORATO | | 1161 |
| CORTISPORIN | | 13702156 | ANTI EAR SOL (OCTICAIR)*4/98* | 10cc | | 1 59 | 12/ | 1 49 | ZENITH LABORATO | 2/2 | 0 |
| CORTISPORIN | | 13077756 | ANTI EAR SOL (OCTICAIR)STERIS | 10cc | | 2 19 | | | STERIS LABORATO | 1/2 | 2030 |
| DONNATOL | LIME | 12029898 | ANTISPAS (PHENO BELLA )#0059 | PINT | | 3 79 | | | CYPRESS PHARMAC | | 149 |
| DONNATOL | | 12029899 | ANTISPAS (PHENO BELLA )#0059 | GALLON | | 29 99 | | | HALSEY (BLUE CR | | 21 |
| TYLENOL DROPS | FRUIT FLVR | 13129958 | APAP DROPS | 15cc | $ | 99 | *12/ | 90 | ALPHARMA USPD | | 10709 |
| TYLENOL | CHERRY | 12086174 | Apap Elixir **Cherry ** OTC | 4oz. | | 1 49 | | | ALPHARMA USPD | | 0 |
| TYLENOL GRAPE ELIXIR | | 12204074 | APAP ELIXIR **Grape *** OTC | 4oz | | 1 69 | | | ALPHARMA USPD | | 32 |
| TYLENOL | CHRY/BUTSC | 12029974 | APAP ORAL SOL (ACETAMINOPHEN) | 4oz. | | 79 | | | HALSEY (BLUE CR | MOVA PHARM | 16521 |
| TYLENOL | CHRY/BUTSC | 12029978 | APAP ORAL SOL (ACETAMINOPHEN) | 8oz | | 1 29 | | | HALSEY (BLUE CR | | 3216 |
| TYLENOL | CHRY/BUTSC | 12029998 | APAP ORAL SOL (ACETAMINOPHEN) | PINT | | 2 19 | | | HALSEY (BLUE CR | | 15 |
| TYLENOL | CHRY/BUTSC | 12029999 | APAP ORAL SOL (ACETAMINOPHEN) | GALLON | | 13 99 | | | HALSEY (BLUE CR | | 183 |
| TYLENOL w/COD ELIXIR | | 34200798 | APAP w/CODEINE ELIXIR | PINT | | 4 99 | | | ALPHARMA USPD | | 118 |
| B-COMPLEX | | 24280078 | APETIMAR w/IRON SYRUP | 8oz | | 5 69 | | | MARLOP PHARMACE | NO N. J. AP | 36 |
| VI-DAYLIN | | 12030378 | BAL-DAYLIN SYRUP (DAILY VIT ) | 8oz | | 2 69 | | | HI-TECH PHARMAC | | 674 |
| VI-DAYLIN | | 12030398 | BAL-DAYLIN SYRUP (DAILY VIT ) | PINT | | 3 99 | | | HI-TECH PHARMAC | | 457 |
| VI-DAYLIN | | 12030399 | BAL-DAYLIN SYRUP (DAILY VIT ) | GALLON | | 21 99 | | | HI-TECH PHARMAC | | 41 |
| VI-DAYLIN w/IRON | | 12226278 | BAL-DAYLIN SYRUP w/IRON | 8oz | | 2 89 | | | HI-TECH PHARMAC | | 1337 |
| [illegible] | | 12030579 | BALANITA '2' (MILANTEX II) | 12oz | | 1 79 | 12/ | 1 69 | REHEIS | | 1126 |

2303854

VAC MDL43717

AS OF: 11/17/97 ON: 11/17/97 (1 4.2.5

J J Balan, Inc We're the Best!

PRODUCT PRICE LIST

| COMPARE TO | COLOR | ITEM NUMBER | ITEM DESCR | PACKAGE SIZE | SELLING PRICE | SPECIAL QTY/ PRICE | PRIMARY VENDOR | ALT VENDOR | ON HND B'KLYN |
|---|---|---|---|---|---|---|---|---|---|
| INTAL | | 13288320 | CROMOLYN SOD. SOL 2ml. DEY | 120 0 | 38.99 | | DEY LABORATORIE | 1/2 | 754 |
| INTAL | | 13374620 | CROMOLYN SOD. SOL 2ml ARCOLA | 120 $ | 38.99 | | ARCOLA LABORATO | 2/2 | 753 |
| PERIACTIN | GRAPE | 12070798 | CYPROHEPTADINE HCL SYRUP #0473 | PINT | 4.99 | | ALPHARMA USPD | | 787 |
| POLYCITRA-K ORAL | SOLRED | 12353398 | CYTRA K ORAL SOLUTION | PINT | 9.49 | | CYPRESS PHARMAC | | 11 |
| BICITRA SOLUTION | CLEAR | 12353198 | CYTRA 2 SOLUTION | PINT | 4.49 | | PHARMACEUT ASS | | 12 |
| POLYCITRA SYRUP | ORANGE | 12353298 | CYTRA 3 SYRUP | PINT | 10.99 | | CYPRESS PHARMAC | | 7 |
| SUDAFED | | 12032974 | DECOFHED SYRUP (PSEUDO) #0450 | 4oz | .99 | | ALPHARMA USPD | | 2352 |
| SUDAFED LIQUID | | 12032978 | DECOFHED SYRUP (PSEUDO) #0450 | 8oz | 1.89 | | HALSEY (BLUE CR | | 483 |
| SUDAFED LIQUID | CHERRY | 12032998 | DECOFHED SYRUP (PSEUDO) #0450 | PINT | 2.79 | | ALPHARMA USPD | | 22 |
| SUDAFED LIQUID | CHERRY | 12032999 | DECOFHED SYRUP (PSEUDO) #0450 | GALLON | 17.99 | | HALSEY (BLUE CR | | 46 |
| DECADRON | | 13043178 | DEXAMETHASONE ELIXIR | 8oz | 5.99 | | ALPHARMA USPD | | 81 |
| SORBITUSS | | 12126174 | DEXATUSS COUGH MEDICINE #0504 | 4oz | 1.89 | | HALSEY (BLUE CR | | 845 |
| SORBITUSS | | 12126178 | DEXATUSS COUGH MEDICINE | 8oz | 3.69 | | IONLABS, INC | | 231 |
| NOVAHISTINE DH | GRAPE | 34033374 | DIHISTINE DH ELIXIR | 4oz | 1.79 | | ALPHARMA USPD | | 30 |
| NOVAHISTINE DH | | 34033398 | DIHISTINE DH ELIXIR | PINT | 3.79 | | ALPHARMA USPD | | 19 |
| NOVAHISTINE | FRUIT | 34033474 | DIHISTINE EXPT CV | 4oz | 1.79 | | ALPHARMA USPD | | 21 |
| NOVAHISTINE | FRUIT | 34033498 | DIHISTINE EXPT. CV | PINT | 4.99 | | MORTON GROVE PH | | 2 |
| COLACE | | 12033798 | Diocto Liquid | PINT | 3.49 | | ALPHARMA USPD | | 210 |
| COLACE | | 12033698 | DIOCTO SYRUP | PINT | 2.19 | | PHARMACEUT ASS | | 91 |
| PERI-COLACE | | 12033898 | DIOCTO-C SYRUP | PINT | 2.39 | | ALPHARMA USPD | | 29 |
| BENYLIN | RASBERRY | 12034074 | DIPHEN COUGH SYR (BELDIN)0488 | 4oz | .89 | | HALSEY (BLUE CR | | 2453 |
| BENYLIN | RASBERRY | 12034078 | DIPHEN COUGH SYR (BELDIN)0488 | 8oz | 1.39 | | HALSEY (BLUE CR | | 2553 |
| BENYLIN | RASBERRY | 12034098 | DIPHEN COUGH SYR (BELDIN)0488 | PINT | 2.49 | | HALSEY (BLUE CR | | 76 |
| BENYLIN | RASBERRY | 12034099 | DIPHEN COUGH SYR (BELDIN)0488 | GALLON | 15.99 | | HALSEY (BLUE CR | | 77 |
| BENADRYL | | 12164174 | Diphen Elixir ** Boxed OTC ** | 4oz | 1.19 | | ALPHARMA USPD | | 0 |
| BENADRYL | CINNAMON | 12033974 | DIPHEN ELIXIR (BELIX) #0580 | 4oz | .79 | | HALSEY (BLUE CR | | 2942 |
| BENADRYL | CINNAMON | 12033998 | DIPHEN ELIXIR (BELIX) #0580 | PINT | 2.29 | | HALSEY (BLUE CR | | 74 |
| BENADRYL | CINNAMON | 12033999 | DIPHEN ELIXIR (BELIX) #0580 | GALLON | 12.99 | | HALSEY (BLUE CR | | 30 |
| LOMOTIL | | 34298661 | DIPHENOXY w/ATROPINE LIQUID | 60cc | 5.99 | | ROXANE LABS | | 74 |
| [illegible] | | [illegible] | [illegible] COUGH SYRUP | 4oz | 1.29 | | STILARY PHARMACE | | 1484 |

2303855

AS OF 11/17/97 ON: 11/17/97 (1 4 2 5 7)

J J Balan, Inc. We're the Best!

PRODUCT PRICE LIST

| COMPARE TO | COLOR | ITEM NUMBER | ITEM DESCR | PACKAGE SIZE | SELLING PRICE | SPECIAL QTY/ PRICE | PRIMARY VENDOR | ALT VENDOR | ON HND B'KLYN |
|---|---|---|---|---|---|---|---|---|---|
| ATROVENT | | 13368825 | Ipratropium Inh. Sol 2.5ml. Dey | 25 $ | 20.99 | | DEY LABORATORIE | 2/2 | 2123 |
| ATROVENT | | 13348625 | Ipratropium Inh. Sol 2.5ml. Rox | 25 | 20.99 | | ROXANE LABS | 1/2 | 641 |
| | | 12133295 | ISOPROPYL RUBBING ALCOHOL 16oz | *CASE* | 6.49 | UPS/ 7.99 | PERRIGO COMPANY | | 82 |
| KAOPECTALIN (NEW FORMULA) | | 12223878 | KAPEC W/ATTAPULGITE SUSPENSION | 8oz | 1.69 | | HI-TECH PHARMAC | | 229 |
| KAOPECTALIN (NEW FORMULA) | | 12223879 | KAPEC W/ATTAPULGITE SUSPENSION | 12oz | 1.89 | | HI-TECH PHARMAC | | 44 |
| KAOPECTALIN (NEW FORMULA) | | 12223898 | KAPEC W/ATTAPULGITE SUSPENSION | PINT | 2.69 | | HI-TECH PHARMAC | | 140 |
| XYLOCAINE | WILD CHRRY | 13071063 | LIDOCAINE HCL 2% VISCOUS | 100cc | 1.99 | | ALPHARMA USPD | | 390 |
| XYLOCAINE | | 24279263 | LIDOMAR VISCOUS 2% (LIDOCAINE) | 100cc | 4.00 | | MARLOP PHARMACE | | 33 |
| KWELL LOTION | WHITE | 12085172 | LINDANE LOTION | 2oz | 2.69 | | ALPHARMA USPD | | 94 |
| KWELL LOTION | WHITE | 12085198 | LINDANE LOTION | PINT | 15.99 | | ALPHARMA USPD | | 16 |
| KWELL SHAMPOO | LT. YELLOW | 12085272 | LINDANE SHAMPOO | 2oz | 2.89 | | ALPHARMA USPD | | 126 |
| KWELL SHAMPOO | LT. YELLOW | 12085298 | LINDANE SHAMPOO | PINT | 17.99 | | ALPHARMA USPD | | 34 |
| PHOS-FLUR | RED | 12193198 | LIQUIFLUR RED CHERRY | PINT | 5.99 | | COPLEY | | 15 |
| CIBALITH-S | | 12169498 | LITHIUM CITRATE SYRUP | PINT | 7.99 | | MORTON GROVE PH | | 5 |
| IMODIUM | | 13244872 | LOPERAMIDE HCL ORAL SOLUTION | 2oz | 1.79 | | HI-TECH PHARMAC | | 0 |
| IMODIUM | | 13244874 | LOPERAMIDE HCL ORAL SOLUTION | 4oz | 2.59 | | PERRIGO COMPANY | | 479 |
| | | 24163359 | MAXIDROPS | 30cc | 3.39 | | MARLOP PHARMACE | NO N.J AP | 538 |
| NALDECON DX | | 24280559 | MAXIDROPS ** DM ** | 30cc | 3.59 | | MARLOP PHARMACE | 2/2 NO N J | 180 |
| | | 13044371 | MERCUROCHROME SOLUTION | 1oz | .99 | | HUMCO HOLDING G | | 179 |
| ALUPENT | AQUA SOL | 13240925 | METAPROTERENOL INHL 0.4% 2.5ml | 25/BOX | 10.99 | | DEY LABORATORIE | | 196 |
| ALUPENT | | 13374756 | METAPROTERENOL INHL 0 5% | 10ml | 8.49 | | MORTON GROVE PH | | 12 |
| ALUPENT | | 13374759 | METAPROTERENOL INHL 0 5% | 30ml | 22.99 | | MORTON GROVE PH | | 118 |
| ALUPENT | AQUA SOL | 13206325 | METAPROTERENOL INHL 0.6% 2.5ml | 25/Box | 10.99 | | DEY LABORATORIE | | 347 |
| ALUPENT | | 12191198 | METAPROTERENOL SYRUP | PINT | 4.99 | | MORTON GROVE PH | | 79 |
| REGLAN | ORANGE | 12180998 | METOCLOPRAMIDE SYRUP | PINT | 4.99 | | MORTON GROVE PH | | 7 |
| PHILLIP'S MLK OF MAG | | 12035679 | MILK OF MAGNESIA ** 12oz ** | 12oz | 1.19 | | REHEIS | | 979 |
| PHILLIP'S MLK OF MAG | | 12035698 | MILK OF MAGNESIA | PINT | 1.49 | | REHEIS | | 400 |
| | | 12035798 | MINERAL OIL | PINT | 2.19 | | PERRIGO COMPANY | | 0 |
| ROGAINE FOR WOMEN | | 13363161 | MINOXIDIL 2% SOL -WOMEN'S B&L | 60ml | 5.49 | | BAUSCH & LOMB | | 89 |
| ROGAINE FOR WOMEN | | 13363168 | MINOXIDIL 2% SOL -WOMEN'S B&L | 2x60ml | 9.49 | | BAUSCH & LOMB | | 54 |
| ROGAINE | CLEAR/YELL | 13336561 | MINOXIDIL 2% TOPICAL SOL BARRE | 60ml $ | 4.49 | | ALPHARMA USPD | 1/2 | 346 |
| ROGAINE | | 13354561 | MINOXIDIL 2% TOPICAL SOL LEMMN | 60ml | 5.99 | | TEVA | 2/2 | 0 |
| ROGAINE | CLEAR/YELL | 13336568 | MINOXIDIL 2% TOPICAL SOL BARRE | 2x60ml$ | 6.99 | | ALPHARMA USPD | 1/2 | 208 |
| ROGAINE | | 13354568 | MINOXIDIL 2% TOPICAL SOL LEMMN | 2x60ml | 9.99 | | TEVA | 2/2 | 0 |
| NALDECON PED | STRAWBERRY | 12068698 | NALDELATE PED SYRUP (SINUCON) | PINT | 3.79 | | ALPHARMA USPD | | 39 |
| NALDECON | | 13189755 | NALDELATE PEDIATRIC DROPS | 30cc | 4.99 | | ALPHARMA USPD | | 213 |
| NALDECON | FRUIT | 12035998 | NALDELATE SYRUP (SINUCON) | PINT | 4.19 | | ALPHARMA USPD | | 56 |
| NALDECON DX | | 13224759 | NALPHEN * DX * DROPS | 30cc | 2.99 | | HI-TECH PHARMAC | 1/2 | 412 |
| NALDECON EX | | 13257355 | NALPHEN EX DROPS | 30cc | 2.99 | | HI-TECH PHARMAC | | 200 |
| AFRIN | | 13078858 | NASAL SPRAY 12 HOUR | 15cc | .99 | | TARO JVI | | 0 |
| NAUSATROL | | 12238474 | NAUSATROL SOLUTION (NAUS-X) | 4oz | 2.69 | | HI-TECH PHARMAC | | 18 |
| NUCOFED EXPECTORANT | MINT | 34352398 | NUCOTUSS EXPT (III) BARRE | PINT | 10.49 | | ALPHARMA USPD | 2/2 | 36 |
| NUCOFED EXPECTORANT | MINT | 34236698 | NUCOTUSS EXPT (III) (CYCOFED) | PINT | 8.99 | | CYPRESS PHARMAC | 1/2 | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | 6.99 | | [illegible] | | [illegible] |

*[ (handwritten annotations)

2303856

VAC MDL43719

| Brand | Flavor | Item | Description | Size | Price | Vendor | Qty |
|---|---|---|---|---|---|---|---|
| [illegible] ELIXIR | [illegible] | [illegible] | [illegible] | 4oz. | | | |
| DIMETAPP ELIXIR | GRAPE | 12197078 | Baltapp Elixir **Boxed** OTC | 8oz. | 2.19 | [illegible] | |
| DIMETAPP ELIXIR | GRAPE | 12031174 | BALTAPP ELIXIR (BROMTAPP) 0571 | 4oz. | .79 | ALPHARMA USPD | 13782 |
| DIMETAPP ELIXIR | GRAPE | 12031178 | BALTAPP ELIXIR (BROMTAPP) 0571 | 8oz | 1.29 | HALSEY (BLUE CR | 3483 |
| DIMETAPP ELIXIR | GRAPE | 12031198 | BALTAPP ELIXIR (BROMTAPP) 0571 | PINT | 2.29 | HALSEY (BLUE CR | 68 |
| DIMETAPP ELIXIR | GRAPE | 12031199 | BALTAPP ELIXIR (BROMTAPP) 0571 | GALLON | 13.99 | ALPHARMA USPD | 269 |
| KERI LOTION | | 12085778 | BATH LOTION | 8oz | 1.69 | THAMES PHARMACA | 127 |
| | CORIAN/ANI | 12030998 | BEEF IRON AND WINE ELIXIR | PINT | 3.99 | HALSEY (BLUE CR | 26 |
| AMBENYL | | 34031498 | BROMANYL COUGH SYRUP CV | PINT | 6.29 | ALPHARMA USPD | 38 |
| | | 34279098 | BRONCOMAR ELIXIR | PINT | 28.99 | MARLOP PHARMACE NO N J AP | 33 |
| [illegible]PONDECON | CHERRY | 12031598 | BRONDELATE ELIXIR | PINT | 8.29 | ALPHARMA USPD | 17 |
| | | 12031798 | BUROW'S SOLUTION | PINT | 2.39 | IONLABS INC | 356 |
| | | 13042474 | C-SYRUP | 4oz | 2.99 | HI-TECH PHARMAC | 0 |
| | | 12211798 | C-SYRUP | PINT | 8.99 | HI-TECH PHARMAC | 0 |
| CALADRYL | | 13090977 | Calahist LOTION | 6oz | 1.69 | HI-TECH PHARMAC | 103 |
| | | 13042574 | CALAMINE LOTION | 4oz | .79 | PERRIGO COMPANY | 173 |
| | | 13042578 | CALAMINE LOTION | 8oz | 1.29 | PERRIGO COMPANY | 274 |
| CALCIDRINE | ORANGE | 34395098 | CALCIUM IODINE w/COD SYRUP | PINT | 16.99 | LIQUIPHARM INC | 0 |
| RONDEC DM DROPS | GRAPE | 13131851 | CARDEC DM DROPS | 30cc | 2.19 | DURAMED PHARMAC | 521 |
| RONDEC DM | | 12031898 | CARDEC DM SYRUP | PINT | 3.79 | ALPHARMA USPD | 745 |
| RONDEC DM | DESI GRAPE | 12031899 | CARDEC DM SYRUP (CARDEC DM) | GALLON | 29.99 | ALPHARMA USPD | 271 |
| RONDEC DROPS | | 13270459 | CARDEC S DROPS (CYDE | 30ml | 3.49 | CYPRESS PHARMAC | 162 |
| RONDEC | DESI FRUIT | 12031998 | CARDEC S SYRUP | PINT | 4.49 | CYPRESS PHARMAC | 45 |
| | | 12032098 | CASCARA SAGRADA FLUID | PINT | 6.99 | HI-TECH PHARMAC | 17 |
| | | 13042972 | CASTOR OIL | 2oz | 1.19 | PERRIGO COMPANY | 61 |
| | | 13042974 | CASTOR OIL | 4oz | 1.29 | PERRIGO COMPANY | 69 |
| | | 12032198 | CHERRY SYRUP | PINT | 5.99 | HUMCO HOLDING G | 34 |
| NOCTEC | | 34032498 | CHLORAL HYDRATE SYRUP CIV | PINT | 7.29 | MORTON GROVE PH | 5 |
| PERIDEX | | 12341998 | CHLORHEXIDINE GLUC 0.12%BARRE | PINT | 2.99 | ALPHARMA USPD | 3581 |
| TAGAMET | PEACH | 13290378 | CIMETIDINE HCL ORAL SOLUTION | 8oz | 23.99 | ALPHARMA USPD | 19 |
| TAVIST | FRUIT FLVR | 13244574 | CLEMASTINE FUM SYRUP BARRE | 4oz | 6.99 | ALPHARMA USPD 1/2 | 0 |
| TAVIST | FRUIT FLVR | 13350374 | CLEMASTINE FUM. SYRUP COPLEY | 4oz | 5.99 | COPLEY 2/2 | 36 |
| TAVIST | CLEAR | 12345998 | CLEMASTINE FUMARATE SYRUP | PINT | 26.99 | COPLEY | 12 |
| CLUSIVOL | | 24280278 | CLUSIMAR SYRUP | 8oz | 5.49 | MARLOP PHARMACE | 18 |
| | | 13032574 | COD LIVER OIL | 4oz | 1.99 | PERRIGO COMPANY | 39 |
| HYCOMINE PEDIATRIC | YELL/GREEN | 34032798 | CODANINE PEDIATRIC SYRUP CIII | PINT | 6.29 | MORTON GROVE PH | 23 |
| HYCOMINE | ORANGE | 34376898 | CODANINE SYRUP CIII MORTON | PINT | 6.99 | MORTON GROVE PH 2/2 | 16 |
| HYCOMINE | ORANGE | 34032698 | CODANINE SYRUP CIII ALPHARMA | PINT | 6.99 | ALPHARMA USPD 1/2 | 73 |
| COKE SYRUP | | 13252274 | COLA SYRUP | 4oz | 1.39 | GENESIS PRODUCT | 86 |
| HISTUSSIN HC | PEACH | 34376798 | CORTUSSIN HC SYRUP (CYTUSS) | PINT | 5.99 | CYPRESS PHARMAC | 68 |
| CHRONULAC | UNFLVRD | 12199578 | CONSTILAC SYRUP | 8oz | 4.49 | ALPHARMA USPD | 14 |
| CHRONULAC | | 12199532 | CONSTILAC SYRUP 32oz | 32oz | 13.99 | ALPHARMA USPD | 25 |
| ENTEX LIQUID | | 12203098 | CRANTEX LIQUID | PINT | 5.99 | CYPRESS PHARMAC | 222 |
| INTAL | | 13288366 | CROMOLYN SOD. SOL 2ml DEY | 60 | d 19.49 | DEY LABORATORIE 1/2 | 143 |
| INTAL | | 13374666 | CROMOLYN SOD. SOL. 2ml ARCOLA | 60 | $ 19.49 | ARCOLA LABORATO 2/2 | 692 |

AMC

2303857