# EXHIBIT NN

```
                                                                    272
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3               Case No. MDL No. 1456
 4             Civil Action No. 01-12257-PBS
 5     -------------------------------------X
 6     In Re:  PHARMACEUTICAL INDUSTRY
 7     AVERAGE WHOLESALE PRICE LITIGATION
 8     -------------------------------------X
 9         (Captions continue on next page.)
10
11                      VOLUME II
12          CONTINUED VIDEOTAPE DEPOSITION
13                   OF LUIS COBO
14
15            Tuesday, March 4, 2008
16                   21st Floor
17           2 South Biscayne Boulevard
18              Miami, Florida 33131
19
20     Reported by:  Sherilynn McKay, RMR, CRR
21          Notary Public, State of Florida
22
```

523

1  scope of documents in discovery and things like
2  that that I've come across specifically computer
3  programs from drug manufacturers.
4       Q.   In fact, Mr. Cobo, you've never seen an
5  Abbott advertisement for any of the drugs listed
6  in paragraph 30 that markets the difference
7  between average wholesale price and acquisition
8  cost for those drugs, have you?
9            MR. BREEN:  Objection.  Form.
10           THE WITNESS:  Well, again, my concept
11 of marketing the spread is as basic and
12 fundamental as making a representation of a
13 price, whether it's a contract price, average
14 wholesale price, all those things, you know,
15 serve to provide information which is reflective
16 of the spread, and I consider those as
17 representations of marketing the spread.
18 BY MR. COOK:
19      Q.   So it's your testimony that Abbott
20 marketed the spread by offering lower prices to
21 customers?  Do I have that correct?
22           MR. BREEN:  Objection.  Form.

Cobo, Luis - Vol. II 3-4-2008

524

1      THE WITNESS:  I think the issue is more
2  not just in offering lower prices, but in also
3  creating AWPs that in this particular instant
4  that are used by, you know, Medicaid and Medicare
5  for reimbursement.  You know, when there is a
6  large variance in the acquisition price, in the
7  average wholesale price that is represented, and
8  fraudulently so, I mean, I think that represents
9  the spread that we're discussing and I think is a
10 tool for marketing the spread.
11 BY MR. COOK:
12     Q.   Can you point to any other activity by
13 Abbott in which Abbott actively marketed the
14 spread for the drugs listed in Exhibit 30?
15     A.   Not immediately as I sit here right
16 now, no.
17     Q.   What other allegations in Exhibit 547
18 did you see with your own eyes, Mr. Cobo.
19     A.   Forty-two.  "While the majority of the
20 states published AWPs to calculate" -- "published
21 AWPs to calculate reimbursement, approximately
22 six states....have used wholesale acquisition

Cobo, Luis - Vol. II 3-4-2008