# EXHIBIT OO

## DEY LABORATORIES

## MEMORANDUM



TO: Sales and Marketing          cc:     R. F. Mozak

FROM: Helen Burnham

DATE: May 30, 1995

Re: <u>ALBUTEROL WAC PRICING</u>

Attached is a copy of a fax sent to all database managers to update their records with our wholesale acquisition cost (WAC) for albuterol.

As you know, the following states are now using WAC instead of AWP to calculate Medicaid reimbursement:

- Alabama
- Colorado
- Florida
- Maryland
- Massachusetts

WAC is not representative of our published wholesale list prices, but like AWP, is used for calculation of reimbursement. Our updated WAC values are in line with the Warrick WAC values provided by First Data Bank and should level the playing field for Medicaid reimbursement.

Please give me a call if you have any questions.

HB:mf

DL-TX-0122497