UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>)<br>) MDL No. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory Docket: 06-CV-11337-PBS |
| **THIS DOCUMENT RELATES TO:** | )<br>) Hon. Patti B. Saris |
| *United States of America, et rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*<br>No. 07-CV-11618-PBS | )<br>)<br>)<br>) |

## DECLARATION OF ERIC P. BERLIN

1. I am an attorney with the law firm Jones Day, counsel for Defendant Abbott Laboratories, Inc. ("Abbott").

2. I am admitted to practice in the State of Illinois and *pro hac vice* before this Court.

3. Attached hereto as Exhibit A is a listing of the exhibits filed in conjuction with Abbott Laboratories Inc.'s Rule 56.1 Statement of Additional Facts In Opposition to Ven-A-Care's Motion for Partial Summary Judgment.

4. Those exhibits, incorporated herein by reference, are true and correct copies of the documents as described in the attached list.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 2, 2009

Respectfully submitted,

<u>/s/ Eric P. Berlin</u>
James R. Daly
Eric P. Berlin
Tara A. Fumerton
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Counsel for Defendant Abbott Laboratories Inc.*