# EXHIBIT A

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 1 | John Christopher Pavlik Deposition Transcript Excerpt, 01/22/2009 | N/A |
| 2 | Joseph Fiske's 30(b)(6) Deposition Transcript Excerpt, 02/17/2009 (Cont. 2/18/2009) | N/A |
| 3 | Russ Lehn Deposition Transcript Excerpt, 01/15/2009 | N/A |
| 4 | Abbott Rite Aid Erythromycin Agreement | N/A |
| 5 | Beth Garvin Senger Deposition Transcript Excerpt, 12/17/2008 | N/A |
| 6 | Theresa "Tip" Parker Deposition Transcript Excerpt, 02/19/2009 | N/A |
| 7 | Affidavit of Steven J. Young | N/A |
| 8 | Letter to Valued Customer, Re: installation of new system's effect on erythromycin orders, 08/29/2002 | Garvin Exhibit 10 |
| 9 | Abbott Laboratories Multi Source Erythromycins Wholesaler Acquisition Costs, July 1, 2001 thru June 30, 2003 | Garvin Exhibit 17 |
| 10 | April Gerzel Deposition Transcript Excerpt, 02/20/2009 | N/A |
| 11 | Dr. Brian Reisetter Expert Report, 05/14/2009 | N/A |
| 12 | Dr. Matthew Perri Deposition Excerpt, 05/01/2009 | N/A |
| 13 | Red Book letter, May 26, 1995 (IMNX 012263) | N/A |
| 14 | Kristin Minne Deposition Excerpt, 11/19/08 | N/A |
| 15 | 42 U.S.C. § 1395w-3a(c)(6)(B) | N/A |
| 16 | GAO Report "Medicare, Payments for Covered Outpatient Drugs Exceed Providers Cost", September 2001 | N/A |
| 17 | Tom Scully Deposition Transcript Excerpt, 7/13/07 | N/A |
| 18 | Abbott Laboratories Multi Source Erythromycins Wholesaler Acquisition Costs Effective July, 1, 2003 | Garvin Exhibit 16 |
| 19 | Dr. Theodore Marmor Deposition Transcript Excerpt, 2/13/09 | N/A |
| 20 | Kay Morgan Deposition Transcript Excerpt, 8/27/07 | N/A |
| 21 | Donna Arnold Deposition Transcript Excerpt, 12/18/2008 | N/A |
| 22 | Patricia Kadish Deposition Transcript Excerpt, 12/18/2008 | N/A |
| 23 | Redbook AWP Policy Comparisons (Red Book 01409 – 01415) | Gerzel Ex. 10 |
| 24 | 31 Fed. Reg. 1243 | N/A |
| 25 | 52 Fed. Reg. 28648 (July 31, 1987) | N/A |
| 26 | 52 Fed. Reg. 28658 | N/A |
| 27 | Redbook Listings | N/A |
| 28 | Ven-A-Care 30(b)(6) Deposition | N/A |
| 29 | 52 Fed. Reg. at 28653 | N/A |
| 30 | Sue Gaston Deposition Transcript Excerpt, 01/24/2008 | N/A |
| 31 | Gail Sexton Deposition Transcript Excerpt, 05/20/2008 | N/A |
| 32 | Sue Gaston Deposition Transcript Excerpt, 03/19/2008 | N/A |
| 33 | Tutorial and Motion Hearing, 07/08/2009 | N/A |
| 34 | Expert Report of Steven Young, Ph.D, 05/08/2009 | N/A |

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 35 | Collection of MAC lists | N/A |
| 36 | Roxane Homar Deposition Transcript Excerpt, 12/02/2008 | N/A |
| 37 | Frank Tetkoski Deposition Transcript Excerpt, 12/11/2008 | N/A |
| 38 | Maryland Medical Assistance Programs Medical Care Policy Administsration, Sept. 22, 1998 MD (0012980) | Marlyand Ex. 14 |
| 39 | Gary Cheloha Deposition Transcript Excerpt, 12/02/2008 | N/A |
| 40 | Robert Reid Deposition Transcript Excerpt, 12/15/2008 | N/A |
| 41 | Suzette Bridges Deposition Transcript Excerpt, 12/10/2008 | N/A |
| 42 | Jude Walsh  Deposition Transcript Excerpt, 03/29/2008 | N/A |
| 43 | Ayuni Hautea-Wimpee Deposition Excerpt, 11/24/2008 | N/A |
| 44 | Brendan Joyce Deposition Transcript Excerpt, 12/12/2008 | N/A |
| 45 | Leo Sullivan Deposition Transcript Excerpt, 03/12/2008 | N/A |
| 46 | Joseph Fine Deposition Transcript Excerpt, 12/09/2008 | N/A |
| 47 | Allen Chapman Deposition Transcript Excerpt, 12/15/2008 | N/A |
| 48 | Jerry Dubberly Deposition Transcript Excerpt, 12/15/2008 | N/A |
| 49 | Lynn Donovan Deposition Transcript Excerpt, 04/29/2008 | N/A |
| 50 | Ted Collins Deposition Transcript Excerpt, 10/30/2007 | N/A |
| 51 | Expert Report of James Hughes, Ph.D., 05/08/2009 | N/A |
| 52 | Carl Mark Shirley Deposition Transcript Excerpt, 12/03/2008 | N/A |
| 53 | Paul Jeffrey Deposition Transcript Excerpt, 06/14/2007 | N/A |
| 54 | Linda Weeks Deposition Transcript Excerpt, 10/21/2008 | N/A |
| 55 | Minnesota: Myers and Stauffer Analysis | N/A |
| 56 | Nebraska Medicaid Program | Dey 911 |
| 57 | Report to Congress on the Average Wholesale Price For Drugs Covered Under Medicare, 1999 (HHC-902-0801 – 0818) | Abbott Ex. 200 |
| 58 | Robert Vito Deposition Transcript Excerpt, 06/20/2007 | N/A |
| 59 | Dennis Smith Deposition Transcript Excerpt, 03/27/2008 | N/A |
| 60 | Thomas Scully Deposition Transcript Excerpt, 05/15/2007 | N/A |
| 61 | Charles Booth Deposition Transcript Excerpt, 10/29/2007 | N/A |
| 62 | Elizabeth Richter Deposition Transcript Excerpt, 12/07/2007 | N/A |
| 63 | Larry Reed Deposition Transcript Excerpt, 09/26/2007 | N/A |
| 64 | T. Mark Jones Deposition Transcript Excerpt, 03/19/2008 | N/A |
| 65 | GAO Report, "Medicare Part B Drugs: Program Payments Should Reflect Market Prices | N/A |
| 66 | HHS-OIG Report "Medicaid – Limitation on Payments for Drugs." September 1984 | N/A |
| 67 | "The Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in the Medicaid and Medicare Catastrophic Coverage Act Prescription Drug Program.", 09/29/1989 | Dey 46 |
| 68 | President Clinton Radio Address (HHD-009-00104) | Abbott Ex 55 |
| 69 | Jerry Wells Deposition Transcript Excerpt, 12/15/2008 | N/A |
| 70 | Sandra Kramer Deposition Transcript Excerpt, 03/25/2008 | N/A |

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 71 | Sandy Kramer Affidavit 2001 | Abbott 655 |
| 72 | Memorandum from Vern Smith to Sandy Kramer Re: Elimination of Actual Acquisition Cost Reimbursement, 11/30/1992 ; Letter to Sir/Madam from Ron Hartman (Geneva Pharmaceuticals, Inc.) Re: Availability of drug products | Abbott 656 |
| 73 | September 1994 internal budget initiatives memorandum of IL Medicaid (AWP-IL-00016133) | Roxane IL 5 |
| 74 | 1995 Budget Proposal to Director of Illinois Medicaid (AWP-IL-00016260-66) | Roxane IL 7 |
| 75 | IL Medicaid response to 1995 request of South Dakota to information on AWP (AWP-IL-00010038-42) | Roxane IL 8 |
| 76 | Benny Ridout Deposition Transcript Excerpt, 12/05/2008 | N/A |
| 77 | Nancy Nesser Deposition Transcript Excerpt, 12/12/2008 | N/A |
| 78 | September 1986 State of Colorado Department of Social Services Report, September 17, 1986 | N/A |
| 79 | Lexington Herald-Leader Article, July 5, 1987 | N/A |
| 80 | Comparison of Reimbursement Prices for Multiple-Source Prescription Drugs In the United State and Canada., March 1991 | N/A |
| 81 | July 31, 1992 Energy Commerce Committee Hearing | N/A |
| 82 | Deposition of Paul Chesser Deposition Transcript Excerpt, 06/24/2008 | N/A |
| 83 | OIG Working Files | N/A |
| 84 | Barron's Article "Hooked on Drugs", 06/10/1996 | N/A |
| 85 | Medicaid Pharmacy Administrators Symposium in Asheville, NC, March 1997 | N/A |
| 86 | May 1998 OIG Report "Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs" reiterated | N/A |
| 87 | 1998 Idaho Myers and Stauffer report | N/A |
| 88 | 1998 Kentucky Myers and Stauffer report | N/A |
| 89 | 1999 Wyoming Myers and Stauffer report | N/A |
| 90 | 1999 Louisiana Myers and Stauffer report | N/A |
| 91 | November 2001 OIG report "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Texas Health and Human Services Commission", November 29, 2001 | N/A |
| 92 | Medicaid Pharmacy – Actual Acquisition Cost of Generic Drug Products, March 14, 2002 | N/A |
| 93 | September 2002, OIG report "Medicaid Pharmacy Additional Analyses of the Actual Acquisition Cost of Prescription Drug Products." | N/A |
| 94 | 2002 California Myers and Stauffer Report | N/A |
| 95 | Dave Campana Deposition Transcript Excerpt, 08/19/2008 | N/A |
| 96 | Suzette Bridges Deposition Transcript Excerpt, 12/11/2008 | N/A |
| 97 | Kevin Gorospe Deposition Transcript Excerpt, 03/19/2008 | N/A |
| 98 | Cynthia Denemark Deposition Transcript Excerpt, 12/09/2008 | N/A |

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 99 | James Parker Deposition Transcript Excerpt, 11/18/2008 | N/A |
| 100 | Carl Mark Shirley Deposition Transcript Excerpt, 12/02/2008 | N/A |
| 101 | M.J. Terrebone Deposition Transcript Excerpt, 03/31/2008 | N/A |
| 102 | Jude Walsh Deposition Transcript Excerpt, 03/26/2008 | N/A |
| 103 | Cody Wiberg Deposition Transcript Excerpt, 03/14/2008 | N/A |
| 104 | Margaret Clifford Deposition Transcript Excerpts, 10/29/2008 | N/A |
| 105 | Edward Vaccaro Deposition Transcript Excerpt, 12/02/2008 | N/A |
| 106 | Robert Stevens Deposition Transcript Excerpt, 12/15/2008 | N/A |
| 107 | Kathy Ketchum Deposition Transcript Excerpt, 12/15/2008 | N/A |
| 108 | September 1995 letter to Medicaid Pharmacy Administrator (AWP-IL-00010038 – 10042) | Abbott Hayashi 5 |
| 109 | John Young Deposition Transcript Excerpt, 12/03/2008 | N/A |
| 110 | Keith Hayashi Deposition Transcript Excerpt, 12/04/2008 | N/A |
| 111 | Ann Rugg Deposition Transcript Excerpt, 12/15/2008 | N/A |
| 112 | Roxane Homar Deposition Transcript Excerpt, 12/03/2008 | N/A |
| 113 | Myers and Stauffer 1999 Survey | Roxane Wyoming 8 |
| 114 | Letter to Jackie Garner (IL Dept. of Public Aid) from DHHS enclosing an Approved Copy of State Plan Amendment | Abbott 0769 |
| 115 | Email from Gary Duerr (Medicaid) to Maria Garza re FW: ID-01-012, 12/10/2001 | Abbott 0491 |
| 116 | Edward Vaccaro Deposition Transcript Excerpt, 12/03/2008 | N/A |
| 117 | Kevin Gorospe Deposition Transcript Excerpt, 12/03/08 | N/A |
| 118 | James Kenyon Deposition Transcript Excerpt, 03/25/2008 | N/A |
| 119 | Oregon's Statement to CMS re AWP Reimbursement Rate, 2003 (HHC020-0382) | N/A |
| 120 | Lise Farrand Deposition Transcript Excerpt, 10/28/2008 | N/A |
| 121 | Memorandum from June Gibbs Brown to Bruce Vladek Re: Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Maryland Department of Health and Human Hygiene | Abbott 1064 |
| 122 | Memorandum to Joseph Millstone from Jeffrey Gruel re OIG Report on Pharmacy Acquisition Costs, 04/16/1997, (PRD.1413.001) | Abbott MD 30 |
| 123 | OIG's Virginia specific survey of AAC | Roxane VA 5 |
| 124 | Bryan Tomlinson Deposition Transcript Excerpt, 11/03/2008 | N/A |
| 125 | OIG Report: Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the MT DHHS (07/11/1996) | Abbott 327 |
| 126 | Letter to G. Strangler from J. Gibbs Brown Re: OIG's Office of Audit Service Report, 01/21/1997 | Roxane 144 |
| 127 | OIG Report: Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the FL | Abbott 84 |

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
|  | AHCA (08/13/1996) |  |
| 128 | OIG Report: Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the CA DHS (05/31/1996) | Abbott 325 |
| 129 | Decision Memorandum signed by Tom Scully Re: Review of Medicaid Drug State Plan Amendments (HHD830-000001-04), 10/22/2002 | Abbott 137 |
| 130 | OIG Report: Medicaid Pharmacy – Actual Acquisition Cost of Generic Prescription Drug Products (08/04/1997) | Abbott 158 |
| 131 | Paula Avarista Deposition Transcript Excerpt, 12/04/2008 | N/A |
| 132 | Mike Robinson Deposition Transcript Excerpt, 02/072008 | N/A |
| 133 | Paul Jeffrey Deposition Transcript Excerpt, 06/14/2007 | N/A |
| 134 | Paul Jeffrey Deposition Transcript Excerpt, 10/19/2007 | N/A |
| 135 | Jerry Wells Deposition Transcript Excerpt, 12/15/2004 | N/A |
| 136 | Patricia Gladden Deposition Transcript Excerpt, 01/15/2009 | N/A |
| 137 | Patricia Gladden Deposition Transcript Excerpt, 03/25/2009 | N/A |
| 138 | Patricia Gladden Deposition Transcript Excerpt, 05/30/2007 | N/A |
| 139 | Barbara Benton Dean Deposition Transcript Excerpt, 08/06/2007 | N/A |
| 140 | A Survey of Dispensing Costs of Pharmaceuticals in the Commonwealth of Kentucky, Myers and Stauffer Report, December 2000 | N/A |
| 141 | Larry Reed Deposition Transcript Excerpt, 09/27/2007 | N/A |
| 142 | NCPA Pharmaceutical Benefits Report 2002 | N/A |
| 143 | The Center for Pharmacoeconomic Studies, Summer 2005 | TX Ex 1280 |
| 144 | Grant Thornton Cost of Dispensing Studies, January 2007 | TX Ex 1281 |
| 145 | 2007 Nevada Myers and Stauffer Report |  |
| 146 | University of MD School of Pharmacy Study, 2007 (MD0003813-3855) | Abbott MD Ex 32 |
| 147 | 2007 Myers and Stauffer Report for Indiana | N/A |
| 148 | 2007 Myers and Stauffer Report for Louisiana | N/A |
| 149 | Mark Duggan Deposition Transcript Excerpt, 04/17/2009 | N/A |
| 150 | Larry Iversen Deposition Transcript Expert, 12/15/2008 | N/A |
| 151 | Affidavit of Ron Gottrich | N/A |
| 152 | Susan McCann Deposition Transcript Excerpt, 11/07/2007 | N/A |
| 153 | "Outpatient Drug Costs and Reimbursements for Selected Pharmacies in Illinois and Maryland." | Abbott 458 |
| 154 | Record of Discussion, Radisson Hotel, Richmond, VA, (HHD-0118-9), 08/30/1994-08/31/1994 | Dey 609 |
| 155 | Cynthia Denemark Deposition Transcript Excerpt, 12/10/2008 | N/A |
| 156 | IDPA Memo, AWP-IL-00016839 | N/A |
| 157 | Jerry Wells Deposition Transcript Excerpt, 08/15/2006 | N/A |
| 158 | Medicaid Pharmacy Payments Actual Acquisition Cost & Estimated Acquisition Cost (DSS March 1994)(MSA 29) | Abbott 657 |
| 159 | Email from David Shepherd to Martha McNeill Re: NMPAA-talk NAMCFU Drug Pricing Issue, 06/23/2000 | Abbott 492 |

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 160 | Deidre Duzor Deposition Transcript Excerpt, 02/27/2008 | N/A |
| 161 | Drug Topics News Letter On AMP Issues, Feds and Pharmacists are Far Apart, 09/03/2007 | Abbott 493 |
| 162 | PA Dept. of Public Welfare, DHHS Departmental Appeals Board, Decision, Dkt. No. 91-113, 03/18/1992 | Abbott 1153 |
| 163 | Internal Illinois Document, October 2001 (AWP-IL-00008066) | N/A |
| 164 | Samples of Claim Forms | N/A |
| 165 | CMS Form 64 | N/A |
| 166 | Annual Pharmacists References (TH 00001-5), 1991 | Minne 92 |
| 167 | Larry Reed Deposition Transcript Excerpt, 9/26/2007 | N/A |
| 168 | Michael Sellers Deposition Transcript Excerpt, 3/16/2008 | N/A |
| 169 | Rosemary Haas Deposition Transcript Excerpt, 8/30/2007 | N/A |
| 170 | Jack Miller Deposition Transcript Excerpt, 7/30/2007 | N/A |
| 171 | Michael Tootell Deposition Transcript Excerpt, 10/25/2007 | N/A |
| 172 | Catherine Babington Deposition Transcript Excerpt, 08/28/2007 | N/A |
| 173 | Richard Rieger Deposition Transcript Excerpt, 08/09/2007 | N/A |
| 174 | David Fishman Deposition Transcript Excerpt, 03/12/08 | N/A |
| 175 | 05/16/07 Hearing Transcript | N/A |
| 176 | Karla Kreklow Deposition Transcript Excerpt 06/28/2007 | N/A |
| 177 |  | Fiske 20 |
| 178 | Hawaii State Plan (HHC016-0342) | N/A |
| 179 | June 20, 1997 DHHS letter to Medi-Cal regarding AMP (HHC016-0028-0029) | N/A |
| 180 | OEI-05-99-00611 Medicaid HIV/AIDS Drugs Cost Containment | N/A |
| 181 | Ann Maxwell Deposition Transcript Excerpt, 06/10/2009 | N/A |
| 182 | Bruce Vladeck Deposition Transcript Excerpt, 6/21/07 | N/A |
| 183 | Deidre Duzor Deposition Transcript Excerpt, 01/8/2009 | N/A |