# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION,
                                        MDL No. 1456
THIS DOCUMENT RELATES TO:
                                        Civil Action No.
US ex rel. Ven-a-Care of the            01-12257-PBS
Florida Keys, Inc., v. Abbott
Laboratories, Inc.

NO. 07-CV-11618-PBS
_____/


VIDEOTAPED DEPOSITION OF RUSSELL LEHN

Taken on Behalf of Ven-a-Care


    DATE TAKEN:         January 15, 2009

    TIME:               9:05 a.m. - 12:45 p.m.

    PLACE:              Hotel Indigo
                        1223 Boulevard of the Arts
                        Sarasota, Florida




            Stenographically Reported by:
                    Elsa Rohow
            Registered Professional Reporter

Page 18

1  of pricing that the erythromycin products were single
2  source innovator products?
3     A.  Yes.
4     Q.  When -- what year, roughly, did the
5  erythromycin products become subject to generic
6  competition?
7        MR. BERLIN:  Objection, form.
8        THE WITNESS:  You're generalizing.  That would
9     have been product by product by product.
10 BY MR. ANDERSON:
11    Q.  I understand.  Was there a particular time
12 frame, for instance, the early '80s or late '70s, when
13 most of the different erythromycin NDCs became subject
14 to generic competition?
15       MR. BERLIN:  Objection, form.
16       THE WITNESS:  I'm sorry.  Restate the question,
17    please.
18 BY MR. ANDERSON:
19    Q.  I -- I understand that it might have differed
20 from particular NDC to NDC, but I was asking, was there
21 a particular time frame where most of the Abbott
22 erythromycin products were no longer sole source
23 innovator products and had generic competition?
24    A.  I don't recall that.
25    Q.  Do you recall what the reasoning was as to why

Page 19

1  Abbott chose to market the erythromycins as multi-source
2  products?
3        MR. BERLIN:  Objection, form.
4        THE WITNESS:  Yes, I do.
5  BY MR. ANDERSON:
6     Q.  What was that?
7     A.  Because we were the innovator product.  We
8  believed we had the technology and the expertise of
9  being the low cost manufacturer.
10       We felt we had the full line of product and
11 that we could market our product and compete
12 successfully against the generics.
13    Q.  What were the competition points from Abbott's
14 perspective?
15    A.  Price.
16    Q.  What price?
17    A.  I don't understand.
18    Q.  When you say "price," price to whom?
19    A.  Price to whoever was purchasing the drug.
20    Q.  All right.  Other than purchase price, were
21 there any other points or elements of the competition
22 with respect to the erythromycins?
23    A.  Lack of or positive?
24    Q.  Let me rephrase because I didn't exactly
25 understand your request there.  When Abbott chose to

Page 20

1  market the erythromycins as a multi-source product as
2  opposed to the innovator -- well, let me back up even a
3  little bit more.
4        Mr. Lehn, is it true that Abbott held patents
5  and was the innovator company for most of the
6  erythromycin products?
7     A.  Yes.
8     Q.  Okay.  And then at some point, that -- those
9  patents expired and generic companies began making
10 competitive erythromycins, correct?
11    A.  That's correct.
12    Q.  And at that point, Abbott chose to compete with
13 those generic companies as a generic, correct?
14    A.  Yes.
15    Q.  And one of the reasons that Abbott did that was
16 because it was manufacturing the drugs, had experience
17 in manufacturing the drugs and felt like it could
18 manufacture the drugs more cost-effectively than the
19 generics?
20    A.  Yes.
21    Q.  Other than competing on purchase price charged
22 by Abbott to customers, such as pharmacies or
23 wholesalers, were there any other points of competition
24 between Abbott and the generic companies?
25    A.  Yes.  As I mentioned, having a full line,

Page 21

1  quality of the product, reliability of distribution.
2     Q.  Any other issues?
3        MR. BERLIN:  Objection, form.
4        THE WITNESS:  I'm not sure what you mean by
5     other issues.
6  BY MR. ANDERSON:
7     Q.  I'll be more specific.  Were there any other
8  aspects of competition between Abbott and the other
9  makers of generic erythromycin products?
10    A.  There may have been others.  I don't recall.
11 Those are the main ones.
12    Q.  In 1976 when you were first the manager of
13 pricing, did you have an understanding of how much
14 third-party reimbursement for pharmaceuticals existed in
15 the pharmaceutical industry?
16    A.  I probably did at that time.  My general
17 impression at this point in time is that there was very
18 little of it.
19    Q.  And did that change over time?
20    A.  Certainly.
21    Q.  And -- and in what way did it change?
22    A.  Well, it became more commonplace.
23    Q.  By the time you stopped being manager of
24 pricing in 1993, is it true that a majority of
25 prescriptions ultimately dispensed to patients were

6 (Pages 18 to 21)

Page 38

1  A. The governments price, hospital contract price.
2  Q. Any others?
3  A. There may have been.
4  Q. The government price you're talking about is a
5  price to, like, the Veterans Administration?
6  A. That's correct.
7  Q. Or the Federal Supply Schedule?
8  A. The -- other than bid price, yes.
9  Q. What do you mean by bid price in that context?
10 A. Where the government would do a request for
11 quotation for a specific quantity of specific drug.
12 Q. The government being a government purchaser
13 such as --
14 A. Department of Defense.
15 Q. Yes, sir.
16    How, if at all, did case price relate to WAC
17 price?
18 A. How did it relate?
19 Q. If at all.
20    MR. BERLIN: I think -- I think that case price
21 is essentially the same as WAC price.
22 BY MR. ANDERSON:
23 Q. I'll -- I'll rephrase.
24 A. I'm not sure. I don't know that, but okay.
25 Q. No. I'm going to -- I'll ask, sir.

Page 39

1    Do you have any understanding of any
2  relationship or similarity between case price and WAC
3  price at Abbott?
4  A. I don't recall if the WAC price was the case
5  price or whether they were single unit price.
6  Q. How, if at all, the deal price on the
7  erythromycins relate to the case price?
8  A. It didn't.
9  Q. What -- were the deal prices available on a
10 unit by unit basis or on a case basis?
11   MR. BERLIN: Objection to form.
12   THE WITNESS: Neither.
13 BY MR. ANDERSON:
14 Q. What was the threshold in order for a
15 wholesaler to obtain deal price on the erythromycins
16 from Abbott?
17 A. I believe, if I recall, it was the order size.
18 Certain minimums had to be met.
19 Q. Back in your role as manager of pricing from
20 '76 through '93, did you become aware of a price known
21 as AWP?
22 A. Sure.
23 Q. Did you see AWPs published in Redbook and Blue
24 Book?
25 A. Yes.

Page 40

1  Q. Did you evaluate AWPs of competitive generic
2  companies on the erythromycins?
3  A. No.
4  Q. Did you know that AWPs were being published on
5  erythromycin products from generic companies?
6  A. Yes.
7  Q. Did you know AWPs were being published on
8  Abbott's erythromycin?
9  A. Yes.
10 Q. What was your understanding of how the AWPs
11 were published? I'll be more specific. With respect to
12 Abbott's erythromycin products, what was your
13 understanding of how those AWPs were being published?
14 A. From the list price or the wholesale
15 acquisition cost.
16 Q. What was the mechanism by which the Abbott WAC
17 was leading to the publication of the AWPs?
18 A. I'm not clear on the question.
19 Q. You -- you said it was published from the WAC.
20 I'm asking, do you have an understanding of the
21 specifics of how that happened?
22 A. No, I don't.
23 Q. Were you aware of any kind of standard formula
24 or relationship between the WAC and the published AWP?
25 A. I know there was one.

Page 41

1  Q. What was it?
2  A. I don't know.
3  Q. Did you have that understanding back in your
4  tenure -- the early part of your tenure as manager of
5  pricing in the '70s?
6  A. I don't remember.
7  Q. You certainly had that understanding by the
8  time you were in the later part of your tenure in the
9  '90s, correct?
10 A. Let me go back. I probably had that
11 understanding from when I was in the drugstore.
12 Q. Were you familiar with AWPs when you were a
13 pharmacist?
14 A. Yes.
15 Q. A practicing pharmacist, I should say.
16 A. Yes.
17 Q. What's your understanding of the term AWP?
18 A. Average wholesale price.
19 Q. Other than the words average wholesale price,
20 do you have any understanding of the meaning of the
21 term?
22 A. When I was in the pharmacy, it's the price at
23 which we used to use to price our prescriptions.
24 Q. Price the prescriptions to whom?
25 A. The consumer, patient.

11 (Pages 38 to 41)

Page 62

```
 1      MR. BERLIN:  Go ahead.  You can answer over my
 2   objection.
 3      THE WITNESS:  I did.  Yeah, I know.
 4      Could you restate it.
 5   BY MR. ANDERSON:
 6   Q.  Yes, sir.  Were the -- were the rebates for the
 7   erythromycin products calculated off of deal price
 8   because the assumption was all wholesalers were paying
 9   deal price?
10      MR. BERLIN:  Same objection.
11      THE WITNESS:  All wholesalers were paying deal
12   price?  No, not -- all wholesalers were not paying
13   deal price, but the assumption was that that was
14   the -- the price model standard from which we -- we
15   were going to calculate the rebate.
16   BY MR. ANDERSON:
17   Q.  Was the -- was the assumption that the deal
18   prices more accurate reflected the market prices?
19      MR. BERLIN:  Objection, form.
20      THE WITNESS:  Was there a relationship between
21   those?  Probably so.
22   BY MR. ANDERSON:
23   Q.  Is it true, sir, that with respect to the
24   erythromycins, the deal prices were more representative
25   of the market prices than the list prices?
```

Page 63

```
 1   A.  Probably so.
 2      MR. BERLIN:  Wait, wait.  Let me get in an
 3   objection.
 4   BY MR. ANDERSON:
 5   Q.  The --
 6      MR. BERLIN:  But -- both of you, let me get an
 7   objection.
 8      MR. ANDERSON:  Okay.
 9      MR. BERLIN:  Objection, form.
10   BY MR. ANDERSON:
11   Q.  I noticed that this Exhibit A, sir, is dated
12   April 22nd, 1993.
13   A.  Yes.
14   Q.  And then your name is listed there, correct?
15   A.  Uh-huh.
16   Q.  Did you --
17   A.  Yes.
18   Q.  -- draft Exhibit A?
19   A.  Did I or one of my people draft it?
20   Q.  Yes, sir.
21   A.  I would think so.
22   Q.  And that's why your name's on it?
23   A.  My name would have been on any contract.
24   Q.  Did you approve of the use of deal price as the
25   foundation for calculating the rebates on the
```

Page 64

```
 1   erythromycins?
 2   A.  Did I approve?  It was approved by the
 3   marketing group.
 4   Q.  Within Abbott PPD?
 5   A.  Yes.
 6   Q.  And then, in turn, that information was
 7   forwarded on to you?
 8   A.  That's correct.
 9   Q.  And that's the same marketing group that
10   ultimately was -- whose actions were ultimately approved
11   by the president of PPD?
12   A.  That's correct.  In this case, there would have
13   been several marketing groups.
14   Q.  Can you explain why the drugs that are not
15   erythromycin products, such as Biaxin and Depakene, had
16   their rebates calculated off of list price as opposed to
17   deal price?
18   A.  Yes.
19   Q.  And what's that explanation?
20   A.  There were no deal prices for those products.
21   Q.  Is it true that it was pretty rare for a PPD
22   product to be sold at deal prices?
23      MR. BERLIN:  Objection to form.
24   BY MR. ANDERSON:
25   Q.  I'll be more specific.  Would -- is it true,
```

Page 65

```
 1   sir, that other than the erythromycin multi-source
 2   products, it was pretty rare for a PPD product to be
 3   sold at a wholesale deal price?
 4      MR. BERLIN:  Objection, form.
 5      THE WITNESS:  Yes.
 6   BY MR. ANDERSON:
 7   Q.  In looking at the percentages used to calculate
 8   the rebates off of wholesale deal price for the
 9   erythromycins, I see one product in the middle of page
10   11 known as Ery Derm with a 47 percent rebate, which is
11   significantly higher than the other rebate percentages.
12   Do you see that?
13   A.  Yes.
14      MR. BERLIN:  Move to strike counsel's
15   commentary.
16   BY MR. ANDERSON:
17   Q.  Can -- can you explain why that percentage is
18   higher than the other percentages?
19   A.  No.
20   Q.  Is it likely that that higher percentage
21   reflects greater market price competition on the Ery
22   Derm product as opposed to the other products?
23   A.  Probably.
24   Q.  How did you or people in the PPD pricing
25   department go about evaluating the prevailing market
```

Page 78

1    A.  Right.
2    Q.  And you said you -- that pharmacies were
3  obtaining AWPs through Redbook and Blue Book, correct?
4    A.  That's the official source for it as far as I
5  was concerned, yes.
6    Q.  And -- and you were aware of that fact,
7  correct?
8       MR. BERLIN:  Objection, form.
9       THE WITNESS:  Yes.  Sure.
10 BY MR. ANDERSON:
11   Q.  And you had that awareness back when you were
12 in PPD pricing, correct?
13   A.  I -- yes.
14   Q.  Why did Abbott publish information such as WAC
15 prices to Redbook and Blue Book?
16      MR. BERLIN:  Objection, form, foundation.
17      THE WITNESS:  That was the price -- general
18   price information available to the trade.
19 BY MR. ANDERSON:
20   Q.  Why -- I understand that it was generally
21 available once you published it.  I'm asking, why did
22 Abbott publish it?
23   A.  Because it was requested by Redbook and Blue
24 Book.  Why did we do it?  I mean, because everybody else
25 in the world did it.

Page 79

1    Q.  Was there any requirement for Abbott to publish
2  its prices through Redbook and Blue Book?
3    A.  I don't know that.
4    Q.  Did -- did Abbott publish its prices, such as
5  WAC prices, to Redbook and Blue Book with the
6  understanding that pharmacies would be referencing the
7  published information from Redbook and Blue Book?
8       MR. BERLIN:  Objection, form, foundation.
9       THE WITNESS:  Yes.
10 BY MR. ANDERSON:
11   Q.  Did Abbott report information, such as WAC
12 pricing, to Redbook and Blue Book with the understanding
13 that AWPs would be published on Abbott products?
14   A.  Yes.
15   Q.  Did Abbott publish WAC prices to Redbook and
16 Blue Book with the understanding that AWPs would be
17 published and, in turn, be referenced by pharmacies?
18      MR. BERLIN:  Oh, wait a minute.  You guys are
19   going pretty quickly.  Objection, form, foundation.
20   Go ahead.  You can answer, if you can.
21      THE WITNESS:  It was never an issue.
22      MR. ANDERSON:  Objection, nonresponsive.
23 BY MR. ANDERSON:
24   Q.  I'm asking, sir, did Abbott have an awareness
25 that when it published WAC prices to Redbook and Blue

Page 80

1  Book and, in turn, AWPs were published, that pharmacies
2  would be referencing those AWPs?
3       MR. BERLIN:  Objection, form, and I have an
4    objection -- let me ask, can I have a continuing
5    objection to the reference to Abbott, because he's
6    not here as a 30(b)(6) representative.  He's here
7    just as an individual, a 30(b)(1) representative.
8       MR. ANDERSON:  All right.  I'll rephrase it.
9  BY MR. ANDERSON:
10   Q.  Sir, when you were the manager of PPD pricing,
11 did you understand that pharmacies were referencing the
12 AWPs published by Redbook and Blue Book which were
13 published as a result of Abbott reporting WAC prices to
14 Redbook and Blue Book?
15   A.  Yes.
16      (Lehn Exhibit No. 5 was marked for
17 identification.)
18   Q.  If you could, Mr. Lehn, take a look at what's
19 been marked as Exhibit 5.  Were you involved at all in
20 the sale of Pediazole?
21   A.  Yes.
22   Q.  Was Pediazole an Abbott product?
23   A.  It was the -- a product of the division of
24 Abbott; Ross.
25   Q.  And were you and others in Abbott PPD involved

Page 81

1  in the sales of Pediazole?
2    A.  Yes.
3    Q.  So although Pediazole was -- was assigned to
4  the Ross Division, it was also sold by the PPD division,
5  correct?
6    A.  "Sold by," meaning what?
7    Q.  You and the national account managers reporting
8  to you were actively selling Pediazole to pharmacies?
9    A.  Yes, yes.
10   Q.  Yeah.  And this Exhibit 5 appears to involve
11 the request for a price on Pediazole from F&M
12 Distributors, correct?
13      MR. BERLIN:  Why don't you -- he just put it in
14   front of you.  Why don't you take a moment to look
15   at the document.
16      THE WITNESS:  Okay.
17 BY MR. ANDERSON:
18   Q.  Do you want me to rephrase my question?
19   A.  What was the question?
20   Q.  Yeah.  I thought you might have lost it.
21   A.  I did, I'm sorry.
22   Q.  That's okay.
23      Do you agree that this exhibit appears to
24 involve a request by a customer that Abbott provide
25 prices on Pediazole?

21 (Pages 78 to 81)

Page 98

1       MR. ANDERSON:  We can --
2       MR. BERLIN:  -- we need to take a break.
3       MR. ANDERSON:  Well, we can clear it up.
4    It's -- it's easy.
5    BY MR. ANDERSON:
6       Q.  Mr. Lehn, do you agree that for the Category
7    Three erythromycins, the discount off of list price is
8    greater than 50 percent except for one that's 47 and one
9    that's 48?
10      A.  Yes.
11      Q.  Can you describe why it was that Abbott
12   categorized these different erythromycin products in
13   these seven categories?
14      A.  They were -- they were essentially different
15   types of products.
16      Q.  Clinically, they were different formulations of
17   erythromycin?
18      A.  Yes.
19      Q.  Is there any reason other than the clinical
20   reasons why they were categorized like they were?
21      A.  Not that I can think of.
22      Q.  What -- what -- did Abbott strive to price
23   their products within the different categories
24   similarly?
25      MR. BERLIN:  Objection, form.

Page 99

1       THE WITNESS:  Not that I'm aware of.
2    BY MR. ANDERSON:
3       Q.  Looking at Category Five, I see that some
4    discounts are around 50 percent, a little below or a
5    little above, and then others are around 20 percent.  Do
6    you see that?
7       A.  Yes, I do.
8       Q.  Why did some products have a discount off of
9    list price of around 20 percent, but others had a
10   discount of around 50 percent?
11      A.  Because of the competitive products, I would
12   presume.
13      Q.  The competitive prices offered by other generic
14   companies?
15      A.  Yes.
16      Q.  Why were the list prices greater than the
17   market prices?
18      MR. BERLIN:  Objection, form.
19      THE WITNESS:  Why were the list prices greater
20   than the market prices?
21   BY MR. ANDERSON:
22      Q.  Yes.
23      A.  I don't understand.
24      Q.  Can you explain why, for instance, in Category
25   One, the list prices were, you know, four times

Page 100

1    higher -- three or four times higher than the market
2    prices?
3       MR. BERLIN:  Wait.  Objection, form.
4       THE WITNESS:  Can I explain why?
5    BY MR. ANDERSON:
6       Q.  Yes, sir.
7       A.  Because there were sales at -- at list.  These
8    people agreed to buy the entire line and purchase for,
9    you know, 1,000 stores versus one person coming in and
10   buying one product at list.
11      Q.  Did you find that any chain drugstores bought
12   erythromycin at list?
13      A.  Did I find?
14      Q.  Do you know of a single instance where a chain
15   drugstore bought erythromycin at list?
16      A.  Yes.
17      Q.  What was the context for that purchase?
18      A.  Where they -- these stores purchased from their
19   own warehouses, and in the interim, where they ran out
20   of a product and needed to get it before they were
21   reimbursed by their own distribution centers, they
22   purchased at list.
23      Q.  Purchased from whom at list?
24      A.  Well, they put a purchase through the
25   wholesaler or direct from Abbott.  It depends on what

Page 101

1    kind of an agreement they had with the wholesaler.
2       Q.  Did -- did these chain purchases at list
3    ultimately get reimbursed to the contract price?
4       A.  No, no.
5       Q.  Why would a chain drugstore buy at list when
6    they've got the opportunity to buy at chain price?
7       A.  Because --
8       MR. BERLIN:  Objection, form.
9       THE WITNESS:  I answered that already.  If they
10   ran out of a product, in the interim between being
11   reimbursed from their own warehouse distribution
12   center, they had no alternative but to purchase it
13   from a wholesaler or from us at list.
14   BY MR. ANDERSON:
15      Q.  When you say ran out of a product, you're
16   losing me.  What do you mean by that?
17      A.  They had a run on a certain form of
18   erythromycin and they used all they had.
19      Q.  All right.  Let's make this a specific example.
20   You're saying if a chain drugstore dispensed all of the
21   Category One erythromycin that they had in their
22   warehouse?
23      A.  No, sir.  I'm saying that if they ran out of a
24   particular NDC number within that category --
25      Q.  Okay.

26 (Pages 98 to 101)

Page 110

1  term shown on the RBG page of Exhibit 7 was subject to
2  market competition?
3     A.  The second column, "Price."
4     Q.  When those prices would go down due to generic
5  competition, did Abbott lower the list prices?
6        MR. BERLIN:  Object.  Objection to form.
7        THE WITNESS:  I don't -- I don't know.
8  BY MR. ANDERSON:
9     Q.  Do you believe when the prices offered by
10 Abbott to retail buying groups went down as a result of
11 market price competition, the list prices should also
12 have decreased?
13       MR. BERLIN:  Objection, form.
14       THE WITNESS:  No.
15 BY MR. ANDERSON:
16    Q.  Why not?
17    A.  The sales are made -- list price reflected a
18 single type unit sale that were -- they were good
19 margin.  Why -- why give it away?  They're going to have
20 to exist whether they belong to that retail buying group
21 or not.
22    Q.  Why would those list price sales have to exist?
23    A.  Why would they have to exist?
24    Q.  Yes, sir.
25    A.  They didn't have to exist.  They existed

Page 111

1  because those were original prices on some of these
2  products and sales continued at those prices.
3     Q.  Do you have any information that Abbott did, in
4  fact, sell any erythromycin products at list price after
5  the erythromycin products were subject to generic
6  competition?
7     A.  Do I have any information?  No.
8     Q.  Did Abbott -- strike that.
9        How did Abbott go about setting list prices on
10 the erythromycin products after they were subject to
11 generic competition?
12       MR. BERLIN:  Objection, form, foundation.
13       THE WITNESS:  I -- I don't think they were set
14   after generic competition.  They were set prior to.
15 BY MR. ANDERSON:
16    Q.  After the erythromycins were subject to generic
17 competition, did Abbott ever evaluate the list prices
18 again?
19    A.  Yes.
20    Q.  When Abbott evaluated those prices, how did
21 Abbott go about determining whether to keep them at
22 their current levels or change them?
23    A.  How did they?
24    Q.  Yes, sir.
25    A.  I don't know.

Page 112

1     Q.  You've -- you've testified that you were part
2  of the group that evaluated those prices, correct?
3     A.  The question is:  Did they ever look at those
4  prices?  And, yes, they were looked at.
5     Q.  And when you and others at Abbott looked at
6  those list prices after the onset of generic
7  competition, how did you determine whether to keep them
8  at their current levels or change them?
9     A.  I don't believe any emphasis was put on the
10 list price other than we looked at them.  The emphasis
11 was put on what were the competitive prices and where
12 did we need to be in order to be competitive with those.
13    Q.  What prices would you categorize as the, quote,
14 competitive prices?
15    A.  The price that was sold to the major customers
16 in the marketplace.
17    Q.  Such as the chain prices?
18    A.  Yes.
19    Q.  Such as the RBG prices?
20    A.  Yes.
21    Q.  Such as the deal prices to wholesalers?
22    A.  Yes.
23    Q.  Any others?
24    A.  I don't know.  There may have been.
25    Q.  Can you think of any?

Page 113

1     A.  Not offhand.
2     Q.  So why did Abbott keep the list prices at all?
3        MR. BERLIN:  Objection, and asked -- form and
4     asked and answered.
5  BY MR. ANDERSON:
6     Q.  Strike that.  I'll rephrase.  Sir, if the RBG,
7  the chain and the deal prices were the focus on the
8  erythromycin drugs after generic competition, why did
9  Abbott keep the list prices at all?
10       MR. BERLIN:  Objection, asked and answered.
11       THE WITNESS:  Because there were sales at that
12    level.  Not every pharmacy belonged to a retail
13    buying group.
14 BY MR. ANDERSON:
15    Q.  Did you find that the pharmacies that did not
16 belong to a retail buying group that contracted with
17 Abbott chose to buy erythromycin from a different
18 manufacturer that they did have a contract with?
19    A.  Abbott had deals to retailers that retailers
20 could buy on deal irrespective of any buying group
21 relationship.
22    Q.  What were those prices called?
23    A.  Deal prices.
24    Q.  The same deal prices that were offered
25 wholesalers?

29 (Pages 110 to 113)

Page 162

1    Q.  Okay.  So right before you left, and then you
2  consulted for a couple of months, so it might have --
3    A.  Not with reference to anything here.
4    Q.  Okay.
5    A.  In pricing even.
6    Q.  Well, do you remember Cardinal doing business
7  with Abbott?
8    A.  Cardinal doing business -- sure.
9    Q.  Okay.
10   A.  Yes.
11   Q.  Now, that you've looked at Exhibit 15, does
12 this refresh your memory that Abbott was doing business
13 with Cardinal's retail buying group known as the Leader
14 Program?
15   A.  Yes.
16   Q.  Okay.  Looking at the second page of Exhibit
17 15, do you see there profit analysis?
18   A.  Yes.
19   Q.  Were you aware that retail buying groups
20 provided this type of profit analysis to customers?
21   A.  No.
22   Q.  Were you aware that wholesalers provided AWP
23 information to customers?
24   A.  Well --
25       MR. BERLIN:  He's asking -- wait, wait, wait,

Page 163

1  wait.  Let me get the question -- I'm sorry.
2  BY MR. ANDERSON:
3    Q.  Were you aware wholesalers provided AWP
4  information to pharmacy customers?
5    A.  I never thought about it.  You know, it's
6  available in the Redbook and Blue Book.
7       MR. BERLIN:  Well, he's not whether you thought
8    about it.  He's asking whether you -- whether you
9    personally are aware that that occurred.
10      THE WITNESS:  No, I was not.
11 BY MR. ANDERSON:
12   Q.  Did you know that pharmacy -- I mean, pardon
13 me.  Did you know wholesalers had software packages they
14 provided pharmacies?
15   A.  I don't remember.
16   Q.  Earlier when I asked you if you were aware if
17 wholesalers provided AWP information to pharmacies, you
18 hesitated.  Is there something that you remember about
19 wholesalers providing information to pharmacies other
20 than AWP?
21   A.  No.  I -- no.
22   Q.  Do you have any understanding of why the profit
23 per unit shown in Exhibit 2 -- I mean, pardon me, page 2
24 of Exhibit 15 is higher for the Abbott product than the
25 competing product?

Page 164

1       MR. BERLIN:  Objection, form.
2       THE WITNESS:  I don't know that to be true.
3  BY MR. ANDERSON:
4    Q.  Okay.  Well, we'll break it down then.  Do you
5  see the profit per unit for the Abbott product of $20.46
6  at the bottom of the page?
7    A.  No, sir, I don't.
8    Q.  Looking at the --
9    A.  $20.42?
10   Q.  Forty-six cents.
11   A.  Forty-six cents?
12   Q.  It's bolded.
13   A.  Where are you at?
14   Q.  It's the lower portion of the page --
15   A.  Oh.
16   Q.  -- under the section that reads, "Ery-Tab
17 Profit Analysis."
18   A.  Okay.  I'm sorry.  I can hardly read that.
19   Q.  Okay.  Do -- do you agree that for the Abbott
20 product the profit per unit is $20.46?
21   A.  I agree that that's what they said.
22   Q.  Yes.  That on this document, Cardinal has
23 calculated the profit at $20.46; is that right?
24   A.  That's right.
25   Q.  Okay.  And, likewise, Cardinal has calculated

Page 165

1  the competing product's profit as $15.13; is that true?
2    A.  That's -- according to their sheet, yes.
3    Q.  Do you have an understanding of why the profit
4  per unit on Abbott's erythromycin product was greater
5  than the profit per unit on the competing product?
6       MR. BERLIN:  Objection, form.  I have an
7    objection to the whole line of questioning.  You're
8    asking him to essentially read a document that he's
9    never seen before, that is after his retirement.
10   You can answer, if you can, over that objection.
11      THE WITNESS:  Well, the only thing I can say is
12   this is how Cardinal priced it.  I don't -- you
13   know, it's up to Cardinal how they priced their
14   goods.
15 BY MR. ANDERSON:
16   Q.  Did Cardinal control Abbott's AWPs?
17   A.  No.
18   Q.  Who did?
19   A.  As far as I know, Redbook and Blue Book.
20   Q.  Did Abbott have input into the AWPs on its
21 products?
22   A.  Only -- I don't know that.
23   Q.  Abbott reported the WACs, and then, in turn,
24 the AWPs were calculated by Redbook and Blue Book,
25 correct?

42 (Pages 162 to 165)

Page 174

1      (Lehn Exhibit No. 17 was marked for
2  identification.)
3      Q.  Mr. Lehn, if you could, take a look at what's
4  been marked as Exhibit 17.
5      A.  I think I got these all out of order.
6      Q.  That's okay.  We'll -- we'll fix it afterward.
7      A.  Okay.
8      Q.  Have you finished your review of Exhibit 17?
9      A.  Yes.
10     Q.  Does this look like a memo that you received a
11  copy of back in March of '94?
12     A.  Yes.
13     Q.  And it regards a request for a contract to
14  Managed Healthcare Associates, correct?
15     A.  Yes.
16     Q.  Does this refresh your memory that Abbott PPD
17  contracted with MHA?
18     A.  No.
19     Q.  Do you have any reason to believe that you
20  didn't get this in the ordinary course of business at
21  Abbott?
22     A.  I don't remember receiving it.
23     Q.  Looking at the multi-source pricing part of the
24  document, do you see a reference there to erythromycin?
25     A.  Yes.

Page 175

1      Q.  And it says, "Same price as submitted on PBI."
2      A.  Yes.
3      Q.  Does that refresh your memory at all that
4  Abbott contracted with PBI?
5      A.  No.
6      Q.  Do you remember at all, sir, Abbott sending in
7  bid quotes to PBI or MHA?
8      A.  No.  This -- this was not within the national
9  accounts group.  It was within the managed health care
10 people.  Mitch Katzman and the people in here did not
11 report to me.  They reported through Blasine.
12     Q.  Blasine Penkowski?
13     A.  Yes.
14     Q.  And that was part of managed care?
15     A.  Yes.
16     Q.  So there could be bid files related to -- or
17 other contract files related to MHA and PBI, and
18 customers such as that, that would have been in managed
19 care; is that correct?
20     A.  I don't know that.
21     Q.  Well, you know that those accounts were handled
22 by managed care personnel as opposed to national trade
23 executives?
24     A.  True.
25     Q.  Do you know that PBI and MHA both had AWP and

Page 176

1  AWP spread as a part of their standard bid criteria?
2      A.  No, sir, I do not.
3      Q.  Do you have any information to dispute that MHA
4  and PBI standard bid criteria included AWP analysis?
5         MR. BERLIN:  Objection, form.
6         THE WITNESS:  I wasn't involved in this, so I
7  don't have any knowledge one way or the other.
8  BY MR. ANDERSON:
9      Q.  Why do you think you were copied on Exhibit 17?
10     A.  Just to let me know what they were doing.
11     Q.  Looking at the second page of Exhibit 17, you
12 see a reference there to proprietary products?
13     A.  Yes.
14     Q.  What do you understand that to reference?
15     A.  The -- those products that were not generics.
16     Q.  The products that were brand drugs that didn't
17 face generic competition?
18     A.  Yes.
19     Q.  And the pricing is listed as WAC; is that
20 correct?
21     A.  Yes.
22     Q.  Is it true that Abbott sold much of its brand
23 drugs at WAC?
24     A.  They sold most of their products at WAC?
25     Q.  I'll rephrase, sir.

Page 177

1      A.  Please do.  Thank you.
2      Q.  I'll make it more specific.  Is it true, sir,
3  that Abbott sold its brand drugs that didn't face
4  generic competition to pharmacies, or retail buying
5  groups representing pharmacies, at WAC?
6      A.  Yes.
7      Q.  Without any additional discounting off of WAC,
8  true?
9      A.  For the most part.  There may have been
10 exceptions, but minimal.
11        MR. ANDERSON:  Eric, I'm going to send a letter
12 on this, but I don't believe I've received the --
13 I -- in fact, I know I haven't received the MHA or
14 the PBI contract files, and I think I've heard now
15 today why, because they're kept over in a different
16 department, but I'm going to be including that in my
17 letter to Tara, and I'm just stating on the record a
18 formal request for that, but I'll be following up.
19        MR. BERLIN:  Okay.  And I'll state on the
20 record that in order to make a formal request, you
21 need to send a letter to Tara and that I'm not going
22 to be discussing documents other than that on the
23 record.
24        MR. ANDERSON:  Well, I mean, it's been formally
25 requested.  It's responsive to my pending request

45 (Pages 174 to 177)

Page 186

1  know that person to be Christine Snead at HPD?
2     A.  Probably.
3     Q.  And then M. Thompson, Ross.  Do you think
4  that's Mike Thompson?
5     A.  No, it's Maureen Thompson.
6     Q.  Maureen.  Okay.  So that doesn't help us figure
7  out Mike's last name, does it?
8     A.  No, sir.
9     Q.  These other individuals are -- are Abbott
10 Diagnostic, probably, and another division?
11    A.  I don't know them.
12    Q.  Are you the only PPD person listed on the
13 recipient list?
14    A.  Yes.
15    Q.  Okay.  So you would have been responsible for
16 reviewing all of the Medi-Span published prices for PPD
17 drugs, correct?
18    A.  My department would be, yes.
19    Q.  Did you conduct those types of pricing reviews?
20 I'll rephrase.  Did you or people at your direction,
21 Mr. Lehn, review the published prices for Medi-Span for
22 PPD drugs?
23    A.  It wasn't -- it wasn't only prices.  It was the
24 NDCs, the package sizes, the -- all the information.
25    Q.  And was that type of verification conducted?

Page 187

1     A.  Through my department, yes, for our products.
2     Q.  For what time period?
3     A.  Whenever we got a request to do so.
4     Q.  Do you remember that the different pricing
5  services, like Redbook and First Data Bank and
6  Medi-Span, sent out annual request for pricing
7  verification?
8     A.  No.
9     Q.  Do you remember that the services sent out
10 verifications from time to time asking for the
11 information to be verified?
12    A.  No, I don't remember.
13    Q.  Do you -- are you saying that it didn't happen,
14 or you're just saying you don't remember one way or the
15 other?
16    A.  I'm saying I don't remember one way or the
17 other.
18    Q.  Does this Exhibit 19 refresh your memory that
19 it did happen?
20    A.  No.  It refreshes my memory that Medi-Span
21 requested it.
22    Q.  And do you have a -- some reason to believe
23 that you would have, in fact, or someone at your
24 direction would have, in fact, reviewed the Medi-Span
25 information?

Page 188

1     A.  I don't know that.  I don't know that it was
2  requested.  I don't know whether we supplied it.  I
3  don't know.
4     Q.  Well, when you say you don't know if it was
5  requested, look at the second page of Exhibit 19.
6     A.  I know this was requested, but I don't know if
7  any others was.  I mean, here they're coming in and
8  they're asking for Abbott -- big Abbott, all divisions,
9  and they're asking to please review for accuracy the
10 national drug codes, the product descriptions, the
11 package sizes, package quantity, unit dose code, current
12 direct price, current AWP.  I mean, they're asking to
13 just verify everything.
14    Q.  And in those instances when that type of
15 pricing verification was requested, is it your
16 experience that PPD would, in fact, review the
17 information?
18        MR. BERLIN:  Objection, form.
19        THE WITNESS:  PPD --
20        MR. BERLIN:  Wait, wait.  Objection, form,
21    mischaracterizes testimony, assumes facts not in
22    evidence.  Go ahead.
23        THE WITNESS:  For the Pharmaceutical Products
24    Division, yes.
25 BY MR. ANDERSON:

Page 189

1     Q.  So to the extent the testimony is that Redbook
2  and First Data Bank routinely sought pricing
3  verifications from Abbott, it's your testimony that PPD
4  would have actually reviewed that information and
5  responded to that request?
6     A.  If they had made that request, yes.
7     Q.  Did PPD ever change the AWPs published by First
8  Data Bank, Medi-Span or Redbook?
9     A.  Not to my knowledge, no.
10    Q.  Why not?
11    A.  Why?  Because we didn't have anything to do
12 with AWPs.
13    Q.  Well, when those entities were asking you to
14 verify the correctness of the AWPs, for instance, how
15 did PPD go about evaluating whether the AWPs were
16 correct or not?
17    A.  Probably would have taken the current Redbook
18 or Blue Book and looked them up.
19    Q.  So just look at the Redbook next to the Redbook
20 verification request and make sure --
21    A.  This is from Medi-Span.
22    Q.  I know, but you said "looked them up" --
23    A.  That's right.
24    Q.  -- and I know you --
25    A.  From Redbook to Medi-Span.  If they provided it

48 (Pages 186 to 189)

Page 206

1   Q.  How did the prices paid by pharmacies relate,
2  if at all, to the published list price?
3   A.  Well, if they brought direct, it was list the
4  price, but if they bought through the wholesaler, it was
5  the wholesaler acquisition price plus his markup.
6   Q.  Okay.  So in that sense, the prices paid by
7  pharmacies on the Abbott brand products were the
8  published prices?
9   A.  No.
10   Q.  If they bought direct, they paid list, correct?
11   A.  If they bought direct, they paid the list
12  published price.  If they bought through the wholesaler,
13  they bought it at what -- at the price the wholesaler
14  paid plus the wholesaler markup.
15   Q.  Okay.  And what I'm getting at, sir, is do you
16  agree, then, that the WAC prices that were published for
17  those brand drugs relatively accurately reflected the
18  prices actually paid by the pharmacies?
19       MR. BERLIN:  Objection, form.
20       THE WITNESS:  Inasmuch as the wholesaler could
21    charge what he wanted, one wholesaler versus
22    another, you may have had different prices.
23  BY MR. ANDERSON:
24   Q.  And those prices would have always been higher
25  than WAC because the wholesaler was adding a markup?

Page 207

1   A.  That's true.
2   Q.  So the published WAC on a brand drug at Abbott
3  typically was lower than the prices actually paid by
4  pharmacies?
5   A.  Was lower?
6   Q.  The -- the published WAC price would be lower
7  than the prices actually paid by pharmacies, correct?
8   A.  Yes.
9   Q.  Did you learn that with respect to the brand
10  drugs that Abbott chose to market as generics, like the
11  erythromycins, had WAC prices that were actually higher
12  than the prices paid by pharmacies?
13   A.  In some cases.
14   Q.  And did you understand why that occurred?
15       MR. BERLIN:  Objection, form.
16       THE WITNESS:  You're losing me again, I'm
17    sorry.
18  BY MR. ANDERSON:
19   Q.  Why did the published WAC prices for the brand
20  drugs that Abbott marketed as generics not reflect the
21  prices paid by pharmacies?
22   A.  Why didn't the wholesaler acquisition price
23  reflect what the pharmacy was paying for the product?
24   Q.  Yes, sir.
25   A.  Because it was up to the wholesaler to charge

Page 208

1  what he wanted to charge for the product.
2   Q.  Did -- did you find that the -- what the
3  pharmacies paid for the brand drugs, like the
4  erythromycins that Abbott marketed as generics, were
5  much less than the published WAC prices on the
6  erythromycins?
7   A.  If they bought at contractor deal, yes.
8   Q.  And why is it that the WAC prices did not
9  decrease over time as the prices paid by pharmacies did?
10   A.  I don't know.
11   Q.  You don't know?
12   A.  No.
13   Q.  Who was in charge of determining the WAC
14  prices; that group you were a part of, right?
15   A.  Well, the marketing group, yes.
16   Q.  And you were -- you were a part of that group
17  that approved the prices each year, correct?
18   A.  I was part of the group that was in the process
19  of doing that, yes.
20   Q.  And did anybody ever discuss lowering the WAC
21  prices when the erythromycin prices paid by pharmacies
22  were going down?
23   A.  I don't know.
24   Q.  Do you think that the published WAC prices on
25  the erythromycin product should have come down when the

Page 209

1  prices paid by pharmacies came down?
2   A.  Not necessarily.
3   Q.  Why not?
4   A.  No need to.
5   Q.  What do you mean there's no need to?
6   A.  No need to.
7   Q.  Well, doesn't Abbott want its prices to -- the
8  published prices to reflect the prices actually charged
9  pharmacies?
10       MR. BERLIN:  Objection, form, foundation.
11       THE WITNESS:  Can you restate the question,
12    please.
13  BY MR. ANDERSON:
14   Q.  Does Abbott want its published prices on the
15  erythromycin products to reflect the prices actually
16  paid by pharmacies?
17       MR. BERLIN:  Objection, form, foundation and
18    misstates evidence.
19       THE WITNESS:  Inasmuch as there were sales at
20    that list price, wholesaler acquisition price, deal
21    price, contract price, you had all these prices.  So
22    I'm not even sure how you could begin to publish all
23    those.
24  BY MR. ANDERSON:
25   Q.  Well --

53 (Pages 206 to 209)

Page 214

```
 1        MR. ANDERSON:  No.
 2        THE VIDEOGRAPHER:  Five hours and 60 is 300
 3   minutes.
 4        MR. ANDERSON:  Yeah, so under five hours.
 5        THE VIDEOGRAPHER:  Correct.  293 minutes.
 6        MR. ANDERSON:  I forget where I was.  All
 7   right.  I appreciate your time.  I'll pass the
 8   witness.
 9        MR. BERLIN:  Mr. Lehn, I do have some --
10        MR. WINGET-HERNANDEZ:  I don't have any
11   questions.
12        MR. ANDERSON:  Okay.
13        THE REPORTER:  Who was that?
14        MR. WINGET-HERNANDEZ:  Mr. Hernandez.
15        MR. BARNETT:  And this is Clay Barnett.  I have
16   no questions either.
17        MR. BERLIN:  Good.  Thank you, gentlemen.
18              CROSS EXAMINATION
19   BY MR. BERLIN:
20      Q.  This is Eric Berlin and, Mr. Lehn, I do have
21   some questions for you.  Bear with me for a moment while
22   I get my notes in order.
23          Now, you testified that -- that, to your
24   knowledge, customers did pay list price; is that
25   correct --
```

Page 215

```
 1      A.  Yes.
 2      Q.  -- for the erythromycin?
 3          And did you consider list price as a real
 4   market price for the erythromycin drugs?
 5        MR. ANDERSON:  Objection, leading.
 6        THE WITNESS:  Yes.
 7   BY MR. BERLIN:
 8      Q.  Did you consider WAC to be a real market price
 9   for the erythromycin drugs?
10      A.  Yes.
11      Q.  And do you have any information one way or
12   another as to how much sales were made on the
13   erythromycin drugs at list price?
14      A.  No.
15      Q.  Is that just information -- was that
16   information something that you reviewed in your employ
17   at Abbott?
18      A.  No.
19      Q.  Was it within your responsibility to determine
20   how much sales on the erythromycin drugs were at list
21   price?
22      A.  No.
23      Q.  Could you go back to Exhibit 9, please.
24      A.  They're out of order.
25      Q.  Here, I can actually find it for you pretty
```

Page 216

```
 1   quickly, and what I'd ask you to refer to is the -- the
 2   page that is TXABT 244839, and we've seen this page
 3   marked with a few different Bates numbers during the
 4   deposition, I believe -- or marked in a few different
 5   exhibits.
 6          Now, refresh my memory.  What was your
 7   testimony?  Had you seen that actual page previously in
 8   your employ at Abbott?
 9      A.  Not that I remember until seeing it yesterday.
10      Q.  And do you have any information that Abbott
11   actually sent that page out to any customers?
12      A.  No.
13      Q.  And do you have any information that anyone at
14   Abbott put the AWP on that page in order to help
15   providers determine their reimbursement?
16        MR. ANDERSON:  Objection, leading.
17        THE WITNESS:  No.
18   BY MR. BERLIN:
19      Q.  And do you have any specific information that
20   that page was, in fact, created by anyone at Abbott?
21      A.  No.
22      Q.  Did you ever have responsibility at Abbott for
23   reporting prices to the compendia?
24      A.  No.
25      Q.  Did you have any responsibility for determining
```

Page 217

```
 1   what WAC should be reported to the compendia?
 2      A.  No.
 3      Q.  Did you have any responsibility for determining
 4   what price was equal to what Abbott considered the WAC?
 5      A.  Restate.
 6      Q.  Did you know that Abbott submitted WACs to the
 7   compendia?
 8      A.  Yes.
 9        MR. ANDERSON:  Object.  Objection, form.
10   BY MR. BERLIN:
11      Q.  Did you have any responsibility for determining
12   what price should be submitted as the WAC to the
13   compendia?
14      A.  No.
15      Q.  Did you ever work in the trade relations
16   department?
17      A.  No.
18      Q.  Based on your experience, what factors did
19   Abbott consider when setting prices for the erythromycin
20   drugs?
21      A.  Competition, having a full line of product,
22   quality of the product, dependable distribution,
23   reliable distribution, distribution cost, cost of the
24   product.
25      Q.  Did you ever observe anyone at Abbott consider
```

55 (Pages 214 to 217)

Page 218

1  the reimbursement spread when setting prices for
2  erythromycin?
3     A.  No.
4     Q.  Did you ever observe that Abbott increased the
5  list price, or the WAC, for any of the erythromycin
6  drugs in order to increase the reimbursement spread?
7     A.  No.
8     Q.  To your knowledge, was that ever a
9  consideration in price setting at Abbott?
10    A.  Not to my knowledge.
11    Q.  And I asked you about factors considered for
12 setting price.  What factors about Ery did Abbott market
13 to its customers in the 1993 through '96 period?
14    A.  Those that I mentioned earlier, other than the
15 cost of the product.
16    Q.  To your knowledge, did any Abbott employee
17 market the spread between erythromycin's cost to the
18 provider and the reimbursement amount?
19    A.  Not to my knowledge.
20    Q.  And did you ever learn that wholesalers were
21 marketing the spread on the erythromycins?  Did you have
22 any specific knowledge of that?
23    A.  No.
24       MR. BERLIN:  I can pass the witness.  I guess
25 we're done.

Page 219

1        THE VIDEOGRAPHER:  We're off the video record.
2        THEREUPON, the videotaped deposition of RUSSELL
3  LEHN, taken at the instance of Ven-a-Care, was concluded
4  at 3:40 p.m.
5        NOTE:  The original and one copy of the
6  foregoing videotaped deposition will be held by Mr. C.
7  Jarrett Anderson; copy to Mr. Eric P. Berlin.

Page 220

1  DEPONENT'S ERRATA SHEET AND SIGNATURE INSTRUCTIONS
2
3       The original of the Errata Sheet has been
4  delivered to Mr. Eric P. Berlin, Counsel for Abbott
5  Laboratories.
6
7       When the Errata Sheet has been completed by the
8  deponent and signed, a copy thereof should be delivered
9  to each party of record and the ORIGINAL delivered to
10 Mr. C. Jarrett Anderson, Counsel for Ven-a-Care, to whom
11 the original videotaped deposition transcript was
12 delivered.
13
14           INSTRUCTIONS TO DEPONENT
15
16      After reading this volume of your videotaped
17 deposition, indicate any corrections or changes to your
18 testimony and the reasons therefor on the Errata Sheet
19 supplied to you and sign it.  DO NOT make marks or
20 notations on the transcript volume itself.
21
22 *** REPLACE THIS PAGE OF THE TRANSCRIPT WITH THE
23 COMPLETED AND SIGNED ERRATA SHEET WHEN RECEIVED.

Page 221

1  ATTACH TO THE VIDEOTAPED DEPOSITION OF RUSSELL LEHN
   IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE
2        WHOLESALE PRICE LITIGATION
   NO.:   07-CV-11618-PBS
3
4            ERRATA SHEET
5     I, RUSSELL LEHN, have read the foregoing
6  videotaped deposition given by me on January 15, 2009,
7  in Sarasota, Florida, and the following corrections, if
8  any, should be made in the transcript:
9  PAGE   LINE        CORRECTION AND REASON THEREFOR
10
11
12
13
14
15
16
17
18      Under penalties of perjury, I declare that I
19 have read the foregoing document and that the facts
20 stated in it are true.
21       SIGNED at _____ Florida, this
22 _____ day of _____, 20___.
23
24         _____
25         RUSSELL LEHN

56 (Pages 218 to 221)

Fredericks Reporting & Litigation Services, LLC
AUSTIN  (512) 241-3600    -    HOUSTON  (713) 572-8897

be9e8475-af12-4fe2-ad6a-51517fbb6470