# EXHIBIT 5

Page 1

```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

VEN-A-CARE OF THE FLORIDA     )
KEYS, INC.,                   )
                              )
          Plaintiff,          )
                              ) No. 07 CV 11618
     vs                       )     PBS
                              )
ABBOTT LABORATORIES, INC.     )
                              )
          Defendant.          )
```

The discovery deposition of BETH SENGER, taken in the above-entitled cause before Steven J. Brickey, CSR, State of Illinois, at 77 West Wacker Drive, Chicago, Illinois, on the 17th day of December, A.D., 2008, scheduled to commence at 9:00 o'clock a.m.

LA. REPORTING, INC.  (312) 419-9292

Page 14

1  Foundation.
2  BY THE WITNESS:
3      A.   I've never been on a sales call so
4  my extent is I know they have a sales force and
5  they call on physicians, but I've never
6  participated in a sales call.
7  BY MR. ANDERSON:
8      Q.   Okay.  Do you have a general
9  understanding of how the sales force calls on
10 physicians?
11     A.   Generally.
12     Q.   Okay.  And is it -- tell me what
13 that understanding is.
14     A.   The sales people learn about the
15 products, what it's approved for and talks to the
16 physician about its product attributes.
17     Q.   Is it your understanding that the
18 sales force that calls on physcians discusses
19 clinical attributes?
20     A.   That's my understanding.
21     Q.   Do they discuss pricing to your
22 understanding?
23     A.   Not to my understanding, but I have
24 never been on sales call so I can't speak

Page 15

1  intelligently about that.
2      Q.   Have you been involved in pricing
3  matters with respect to the marketed brand drugs?
4      A.   Yes.  I was in the pricing
5  department.  So, yes.
6      Q.   Okay.  Now, we'll come back to that.
7  On the multisource products, can you describe
8  generally what your understanding is of the PPD's
9  view of the multisource products?
10         MR. BERLIN:  Objection.  Form.
11 BY THE WITNESS:
12     A.   Do you mean -- sorry.  Can you
13 clarify?
14 BY MR. ANDERSON:
15     Q.   Yeah.  I'll rephrase it.  What drugs
16 did PPD view as multisource products?
17     A.   Products that faced generic
18 competition.  Some examples I can think of is
19 Gengraf.  Now, Mavik and Tarka are included in
20 multisource.  Erythromycin, Biaxin and Omnicef are
21 included in those as well.
22     Q.   How does the presence of multisource
23 generic competition impact PPD's treatment of the
24 pricing of the drugs?

Page 16

1          MR. BERLIN:  Objection.  Form.
2  BY THE WITNESS:
3      A.   What type of pricing do you mean?
4  BY MR. ANDERSON:
5      Q.   Well, let's take the pricing offered
6  to customers first.
7      A.   Okay.
8      Q.   I'll rephrase it given your request
9  for clarification.  How does the presence of
10 multisource generic competition impact, if at all,
11 PPD's pricing of its drugs to customers?
12     A.   In that environment, it's more
13 competitive.  Typically, Abbott can't match the
14 contract price of a generic.  So it is a
15 consideration, but typically we can't match their
16 price so we look at options that are on the table
17 where we think we can compete on price, but if we
18 don't think we can compete, then in general, we
19 would leave the contract price where it is or
20 remove any contract, voluntary contract pricing
21 that we have.
22     Q.   Are you familiar with prescriptions
23 that some doctors write that are mechanisms that
24 require the filling of a brand such as when the

Page 17

1  physician may write brand necessary or dispensed
2  as written?
3      A.   Yes.  I've heard of that.
4      Q.   And are you aware that even in cases
5  where a generic substitute for a given brand drug
6  may be available, a physician may have the ability
7  to write dispensed as written --
8      A.   Yes.
9      Q.   -- and then require, in turn, that
10 the brand actually be the drug that's dispensed?
11     A.   Yes.  I'm aware that that exists.
12     Q.   And when -- for some of its brand
13 drugs when Abbott faces generic competition, does
14 Abbott decide not to compete with the generics
15 regarding substitution, but instead simply try to
16 garner that part of the business that's dispensed
17 as written?
18         MR. BERLIN:  Objection.  Form.
19 Foundation.
20 BY THE WITNESS:
21     A.   We -- in certain circumstances when
22 a product goes generic, we look and see if what we
23 call a DAW campaign, dispensed as written
24 campaign, would be effective or not.

5 (Pages 14 to 17)

Page 34

1  at that.  At that point, there was a contract
2  change that I was involved in and I can remember a
3  couple cases where actually we had to increase the
4  WAC price because the contract price would have
5  been above the WAC price if we didn't increase the
6  WAC price.
7  BY MR. ANDERSON:
8      Q.   I'm familiar with what you're
9  referring to and I've got some documents on that.
10 Maybe we should back up just a step --
11     A.   Okay.
12     Q.   -- and get some understanding of
13 these terms.  You've mentioned WAC a couple of
14 times and I've included it in my questions, what
15 is your understanding of the meaning of the term
16 WAC?
17     A.   WAC is a publicly available price
18 that Abbott sets for its products.  Not just
19 Abbott, but the pharmaceutical industry and it's
20 the price that's available to customers who buy in
21 case size or larger, a case of product.
22     Q.   Is it available to any customers or
23 only certain types of customers such as
24 wholesalers?

Page 35

1      A.   I believe as long as people buy in a
2  case size and they're an approved Abbott customer,
3  then those customers could buy WAC.
4      Q.   To your knowledge, is WAC known also
5  as a wholesale invoice price?
6          MR. BERLIN:  Objection.  Form.
7  BY THE WITNESS:
8      A.   Not to my knowledge.  We typically
9  would use WAC.
10 BY MR. ANDERSON:
11     Q.   Are you aware of any industry
12 standard definition of WAC?
13     A.   I believe it's the same for the
14 industry as for Abbott.
15     Q.   And that is a price for a case size
16 to any customer regardless of whether they're a
17 wholesaler or not?
18     A.   I believe so.
19     Q.   What do you base that on?
20     A.   I've never worked at another company
21 besides Abbott.  We do provide -- the pricing
22 department specifically does provide WAC prices or
23 at least in the past when I was in the pricing
24 department provided WAC prices to a company like

Page 36

1  First Data Bank and in there they use the term WAC
2  and it included other products as well, not just
3  Abbott products.
4      Q.   Did you have any understanding that
5  other drug companies defined WAC the same way that
6  Abbott did?
7      A.   I assumed it would be the same just
8  because if it was included in the same column, I
9  made the assumption that it was defined the same
10 from an outside source.
11     Q.   Were you aware of any definitions by
12 First Data Bank of WAC?
13     A.   I assumed it was the same as we
14 defined it.
15     Q.   Why did you make that assumption?
16     A.   Because it was the same term.
17     Q.   You knew of Abbott's definition of
18 WAC and when you saw that term used in First Data
19 Bank's database you just assumed they were the
20 same?
21     A.   Yes.
22         MR. BERLIN:  Objection.  Form.
23 BY MR. ANDERSON:
24     Q.   Okay.

Page 37

1          MR. BERLIN:  I'm sorry.  You just
2  need to give me a little room to object if
3  necessary.
4  BY MR. ANDERSON:
5      Q.   Do you have any knowledge that other
6  drug companies -- other than this assumption
7  you've described, do you have any knowledge that
8  other drug companies defined WAC the same as
9  Abbott?
10     A.   No.  I don't have any other
11 knowledge.
12     Q.   Did you ever communicate with any
13 other drug companies at all about WAC or the
14 meaning of WAC?
15     A.   No.
16     Q.   Did you ever communicate with any
17 customers of Abbott's about WAC or the meaning of
18 WAC?  I'll rephrase to be more specific.  Did you
19 ever discuss with any customers of Abbott's the
20 meaning of the term WAC?
21     A.   I can't remember any specific
22 circumstances where I did.
23     Q.   Is it your understanding that WAC
24 prices are part of the charge back process?

10 (Pages 34 to 37)

Fredericks Reporting & Litigation Services, LLC
AUSTIN  (512) 241-3600   -   HOUSTON  (713) 572-8897

Page 114

1  wouldn't.
2      Q.   Did any understanding of AWP come up
3  in the context of contract renewals?
4      A.   No.
5      Q.   Looking back at what's been marked
6  as Exhibit 4.  The second page of Exhibit 4 in the
7  lower left-hand corner, there's a -- well, on the
8  lower right-hand corner, too, frankly.  Do you see
9  the lower right-hand corner that reads
10 "pharmaceutical pricing example"?
11     A.   Yes.
12     Q.   And there's a formula set forth for
13 pharmaceutical reimbursement, do you agree?
14     A.   It doesn't say that it's for
15 reimbursement.  There's a couple different lines
16 on here.
17     Q.   Yeah.  There's a formula set forth
18 that reads "AWP minus 15 percent with $3
19 dispensing fee," correct?
20     A.   Yes.
21     Q.   And do you think that's
22 representation of a typical pharmaceutical
23 reimbursement formula?
24     A.   I haven't looked at any

Page 115

1  reimbursement formulas lately.  I mean it's a
2  dispensing fee.  Sounds like it would be something
3  that would be paid to pharmacies.
4      Q.   And then the slide to the left reads
5  "sample managed care pharmacy reimbursement rate,"
6  and the formula of AWP minus 15 percent plus
7  dispensing fee is set forth again, correct?
8      A.   Yes.
9      Q.   Did you and others at Abbott pricing
10 and PPD understand that that was one of the
11 formulas for reimbursement?
12     A.   I wasn't in this specific training.
13 We did understand that AWP was used in
14 reimbursement and this is a managed care slide and
15 I never worked in the managed care area.  So this
16 may have been -- I don't know.  My focus was on
17 the medicaid government and institutional
18 contracting.
19     Q.   Did you have an understanding of
20 what reimbursement formulas were for medicaid?
21     A.   I think generally that they used
22 AWP.
23     Q.   Along the lines of the formula set
24 forth here in these slides?

Page 116

1      A.   Yeah.  I mean the AWP I think was
2  part of it that I understood and, generally,
3  dispensing fee.  So there was, I think, two
4  components to it, but what the exact calculations
5  were state by state, I don't know.
6      Q.   You didn't know the precise discount
7  off of AWP, but you knew generally states were
8  discounting off of AWP?
9      A.   Yes.
10     Q.   And did you believe those discounts
11 were somewhere around 15 percent?
12     A.   I didn't know that I spent much time
13 thinking about it.  There wasn't a need to know.
14     Q.   Did you consider the discounts off
15 of AWP that medicaids reimbursed in your
16 calculations of medicaid rebates at all?
17     A.   AWP didn't -- wasn't a part of
18 medicaid rebates, except for like we discussed the
19 supplemental rebates.
20     Q.   I know.  For purposes of these
21 questions, I'm focusing on OBRA'90 medicaid
22 rebates.
23     A.   Okay.
24     Q.   Is it true that AWP was not a part

Page 117

1  your calculations of those rebates?
2      A.   Yes, that's true.
3      Q.   What prices were part of those
4  calculations?
5      A.   For the medicaid rebate
6  calculations, we calculated AMP, the average
7  manufacturer price and, BP, the best price.  And
8  that was submitted to the federal government.
9      Q.   Did you transmit any AMP prices or
10 best prices, BP's, to any state medicaid programs?
11     A.   I don't remember any specific
12 examples.  I think when I was in the department
13 there was -- different states requested different
14 metrics, especially relating to some of their new
15 state programs or supplemental programs.  So it's
16 possible we did.  I just can't think of a specific
17 example.
18     Q.   I'll tighten up my question and make
19 it more specific to address that.
20     A.   Okay.
21     Q.   Other than communications with
22 states about supplemental rebates on brand drugs,
23 did you communicate any AMP's or BP's for Abbott
24 or Erythromycin products to any state medicaid

30 (Pages 114 to 117)

Page 122

1  product was taken into account, that it was still
2  a positive situation.  It would add dollars to the
3  bottom line.
4      Q.   Did Abbott conduct that type of
5  return of investment on its drugs from time to
6  time?
7      A.   When we did contracting scenarios
8  where we're evaluating whether or not we wanted to
9  contract, yes.
10     Q.   On the multisource drugs such as the
11 Erythromycin, did Abbott conduct ROI analysis?
12     A.   I conducted an ROI analysis on Ery
13 for my job in 2003.
14     Q.   Ery was a line of products that were
15 discounted to customers, correct?
16     A.   We -- it was discounted to the
17 contract customers, yes.
18     Q.   Were there certain minimum
19 thresholds of sales that needed to be achieved so
20 there were sufficient volumes?
21          MR. BERLIN:  Objection.  Form.
22 BY THE WITNESS:
23     A.   I don't recall the specifics of the
24 agreement at this point.  I know we offered

Page 123

1  discounts and discounts were typically something
2  you could buy at the discounted price.  Rebates
3  are something that are generally paid after the
4  fact and so the contracts had a combination of
5  those two, but I don't remember exactly what the
6  terms said in terms of volume, purchase
7  requirements.
8  BY MR. ANDERSON:
9      Q.   I understand.  I was asking actually
10 a different question.
11     A.   Okay.
12     Q.   I was asking about any analysis
13 Abbott did, maybe as a part of an ROI analysis for
14 instance, about the sales volumes that were
15 necessary in order to successively and profitably
16 manufacture Erythromycin from Abbott's
17 perspective?
18     A.   What I remember about the
19 Erythromycin agreements was actually maybe not a
20 true ROI calculation, it was more looking at
21 the -- what the contract price was versus the cost
22 to manufacture to make sure that what we were
23 charging the customers was more than what it cost
24 us to produce it.  In some cases, essentially,

Page 124

1  since the Erythromycin volume was decreasing our
2  cost of goods were increasing.  So in those cases,
3  we would need to increase the contract price.  So
4  I don't remember doing any specific calculations
5  that if we increase the contract price by this or
6  decrease the contract price by this, it would have
7  this impact on volume.  It was more of, are we
8  actually making any money by selling this product.
9      Q.   Okay.  Let me back up and ask a
10 different question that's a little bit bigger
11 picture.
12     A.   Okay.
13     Q.   Did Abbott consider the possibility
14 that by discounting Erythromycin and competing
15 with other generics, it would sell more volumes of
16 Erythromycin?
17     A.   In the contract that I did, we
18 actually increased the contract prices and in some
19 cases larger than inflation.  One of the
20 considerations, I mean, definitely was the cost of
21 goods sold.  Are we making enough to cover our
22 costs?  Another thing was looking at how many
23 competitors are actually competing in that price.
24 If there's not a large number of competitors with

Page 125

1  Ery, then we would have more price flexibility
2  because if a patient didn't want to pay the price,
3  they don't have another Ery option to go, but they
4  do have anti-effectives we could go to.  So those
5  were the two main considerations I remember about
6  how we were thinking about increasing the contract
7  price.  I don't remember any discussions where we
8  actually talked about discounting it or lowering
9  the contract price.
10     Q.   I understand your testimony about
11 how if there's fewer generic competitors, prices
12 may actually increase and conversely if there's
13 more generic competitors, prices may decrease.
14     A.   Right.
15     Q.   I understand that.  I'm actually
16 asking about Abbott's analysis, if any, of sales
17 volumes and that is what pricing needed to be in
18 order to sell more units of Erythromycin?
19     A.   I don't remember doing any analysis
20 like that.
21     Q.   Do you have any idea about the
22 minimum thresholds of units that had to be
23 manufactured in order to successively make
24 Erythromycin at Abbott?

32 (Pages 122 to 125)

Page 146

1  prices?
2      A.   List prices are the public price
3  that we'd offer to a customer coming to us that
4  did not want to buy -- if they wanted to buy in
5  less then a case size, less then a case quantity.
6      Q.   How many -- Strike that.  Can you
7  describe what you mean by case quantity?
8      A.   I think it varies by product so I
9  don't think there's a standard one, but basically
10 a shrink wrapped container of -- like bottles, for
11 example.  There would be a certain number of
12 bottles in a case.
13     Q.   So if we're talking about Ery tabs,
14 for instance, which are the tablets, and there's
15 multiple bottles of the tablets, correct?
16     A.   Right.
17     Q.   Let's say we're talking about a
18 hundred count.  How many bottles containing one
19 hundred tablets each of Erythromycin would make up
20 a case?
21     A.   I'm not sure.  There's a lot of
22 products.
23     Q.   And the number that comprised a case
24 varied from NDC to NDC?

Page 147

1      A.   I believe so.
2      Q.   Generally, was it more than 20 that
3  comprised a case or was there any rule of thumb,
4  generally, about what volume of products were
5  comprising a case when it came to the
6  Erythromycins?
7      A.   I don't know.  It's really more of a
8  manufacturing and direct customer contact so I
9  always dealt in bottles or individual tablet
10 prices.
11     Q.   Okay.  Now, back to the bid
12 documentation.  You see on Exhibit 8 there is some
13 responses to -- Strike that.  Some terms and
14 conditions that Abbott apparently set forth --
15         MR. BERLIN:  Is that -- I'm sorry.
16 I hate saying that, but is that a question?
17         MR. ANDERSON:  Yeah.  I'll rephase
18 it.
19 BY MR. ANDERSON:
20     Q.   Looking at Exhibit 8.  Okay.  Are
21 you there?
22     A.   Yes, I am.
23     Q.   And you see it's titled Abbott terms
24 and conditions addendum?

Page 148

1      A.   Yes.
2      Q.   Are you familiar with that type of
3  document at all?
4      A.   No.
5      Q.   Who within pricing and planning to
6  your knowledge was involved in presenting Abbott
7  terms and conditions?
8      A.   These types of terms and conditions
9  I believe would generally be more in the bid
10 process, which focused more on the hospital group
11 purchasing organizations.
12     Q.   Okay.  And who do you think was
13 involved back in 2003 with that process?
14     A.   Donna Arnold and Sandy Siefken and
15 Lynette Palbitska.
16     Q.   Thank you.  I see Exhibit 7 is
17 addressed to Debra DeYoung, do you see that?
18     A.   Yes.
19     Q.   Do you think from your experience
20 Ms. DeYoung would, in turn, pass that information
21 along to pricing personnel who would complete the
22 bids such as Ms. Arnold or Ms. -- I'm drawing a
23 blank -- Palbitska and who else?
24     A.   Siefken.

Page 149

1      Q.   Thank you.
2      A.   I believe they were the ones that
3  did the filling out of the bid schedules and bid
4  responses.
5      Q.   Okay.  In looking at the Section 2J
6  noted on the first page of Exhibit 8, that section
7  is titled "medicaid approval".  Did you have any
8  understanding that retail buying groups or other
9  customers of Abbott's were interested in knowing
10 whether or not Abbott's products were eligible for
11 medicaid reimbursement?
12     A.   No.
13     Q.   Do you have any understanding of why
14 customers of Abbott's were -- may have been
15 interested in whether the drugs were eligible for
16 medicaid reimbursement?
17         MR. BERLIN:  Objection.  Form.
18 Foundation.
19 BY THE WITNESS:
20     A.   I mean for some of the chain
21 warehouses or chains, they service medicaid
22 patients.  So I'm assuming they would want to know
23 what happens when a medicaid patient comes in and
24 how they're going to get paid for the drug that

38 (Pages 146 to 149)

Page 162

1  worksheet?
2      A.   I believe it was a screen in CARS
3  that allowed us to input the WAC prices.  We
4  wanted the WAC prices in there to value the
5  medicaid sales at a WAC price so that we could
6  compare the medicaid sales to other areas of our
7  business.
8      Q.   Why did you want to evaluate the
9  medicaid sales at WAC price?
10     A.   The WAC price is the starting point
11 for all of our products.  It's the publicly
12 available price and it's -- within Abbott, it's
13 the price that you start at when evaluating any
14 type of discount or price for the product.
15     Q.   When you say at Abbott, you mean at
16 Abbott PPD?
17     A.   Yes.
18     Q.   Did you utilize WAC prices in that
19 context because you felt like they were a good
20 indicator of market prices?
21         MR. BERLIN:  Objection.  Form.
22 Asked and answered as well.
23 BY THE WITNESS:
24     A.   It was -- WAC price is the publicly

Page 163

1  available price and any discount after that is
2  either mandated or voluntary so we want to start
3  at the beginning of pricing to really understand
4  what price are we offering to the market and how
5  is it discounted from there to put everything on
6  equal footing, all the products on an equal price
7  footing, starting point.
8  BY MR. ANDERSON:
9      Q.   Did you find that evaluating the
10 published WAC prices enabled you to evaluate the
11 prices for the Ery's?
12     A.   We used WAC for all of our products
13 in this context.  Sorry.  Can you state your
14 question again?
15     Q.   Yeah.  I'll restate it.  Did you
16 find that evaluating the published WAC prices on
17 the Erythromycin products enabled you to evaluate
18 the amount of discounting or, as you say, the
19 starting point of the pricing for the Ery's?
20         MR. BERLIN:  Objection.  Form.
21 BY THE WITNESS:
22     A.   In this context, what we were using
23 it for was to value our medicaid business and we
24 valued it at WAC.

Page 164

1  BY MR. ANDERSON:
2      Q.   Why was Abbott trying to value the
3  medicaid business?
4      A.   So we could understand how much of
5  our business went through that channel.  We want
6  to understand as much as possible, especially for
7  the marketed products, where our business is going
8  and who our significant customers are.
9      Q.   Specifically, with respect to the
10 Erythromycins, why did Abbott want to value the
11 amount of business that was being reimbursed by
12 medicaid?
13     A.   This was something that we did for
14 all of our products.  A lot more of our focus was
15 spent on marketing so this was -- Ery was just one
16 of the products and since we were doing this, we
17 did it for all of our products.
18     Q.   Other than the fact that it was what
19 you did for the branded promoted products, was
20 there any other reason why you did it for Ery?
21     A.   Not specifically for Ery.  We did it
22 for all of our products and Ery was one of our
23 products.
24     Q.   It was just kind of a PPD task that

Page 165

1  was done for all drugs and since the Ery's were
2  part of the PPD product line, they likewise were
3  analyzed?
4      A.   Yes.
5      Q.   Okay.  So am I correct in assuming
6  that there are then reports that were created
7  analyzing the amount of business or sales of
8  Erythromycins that were ultimately reimbursed by
9  medicaid?
10     A.   Yes, I think that information
11 exists, at least in the CARS system as something
12 you could query or I guess it would have been in
13 one of the I-many, the Cognos tool.
14     Q.   In addition to the fact that the
15 information would exist in the system, you
16 actually created those reports, correct?
17     A.   At this point, I believe it would
18 have been an option you could select within
19 Cognos.  So if someone had a specific request, we
20 could query it.  I don't recall a specific
21 instance of anyone asking specifically for Ery
22 medicaid sales at WAC.
23     Q.   I understand you may not recall a
24 specific instance of it, but does the fact that

42 (Pages 162 to 165)

Page 170

```
 1     Q.   What makes the published WAC more
 2  meaningful, if at all, then the base deal WAC on a
 3  given Ery product at a given time back in 2002?
 4          MR. BERLIN:  Objection.  Form.
 5  BY THE WITNESS:
 6     A.   In this case we wanted WAC to be
 7  consistent across all the products and we didn't
 8  want to include any contract prices and the base
 9  deal price was a contract price so we wanted the
10  WAC for Ery.
11  BY MR. ANDERSON:
12     Q.   Did you want the price that was
13  being charged to wholesalers or did you want the
14  published WAC price?
15     A.   The published WAC price.
16     Q.   How would the published WAC price to
17  the extent it was different than the price charged
18  the wholesalers assist you in evaluating medicaid
19  sales?
20          MR. BERLIN:  Objection.  Form.
21  BY THE WITNESS:
22     A.   We wanted all the products to be on
23  equal footing and know what the starting WAC gross
24  sales were.  We didn't want to involve any type of
```

Page 171

```
 1  pricing discounts, rebates discounts in this
 2  analysis.  We wanted to evaluate it as a starting
 3  gross point.
 4  BY MR. ANDERSON:
 5     Q.   Okay.  So if I'm hearing you
 6  correctly, you're saying you viewed WAC as the
 7  starting sales price, correct?
 8     A.   Yes.
 9     Q.   Okay.  If Abbott's not transacting
10  business at the published WAC, does it still
11  constitute a starting sales price?
12          MR. BERLIN:  Objection.  Form.
13  BY THE WITNESS:
14     A.   Yes.  It's the price that's
15  available to anybody that we deal with for
16  customers that want to come and buy a case of our
17  product.
18  BY MR. ANDERSON:
19     Q.   You say available, what do you mean
20  by that?
21     A.   If someone called up the Abbott
22  customer service, that's the price they would be
23  quoted for a case of the product.
24     Q.   But were they actually charged it?
```

Page 172

```
 1     A.   If they didn't have a contract and
 2  they wanted to buy it, yes.
 3     Q.   Do you know if any wholesalers back
 4  in 2002 were buying any product, any Erythromycin
 5  product, from Abbott at WAC?
 6     A.   I don't know.  I didn't really look
 7  at that type of analysis.  I looked at the people
 8  we were contracting with and then, in general, I
 9  looked at -- I do remember looking at, you know,
10  how much sales were at contract versus total
11  sales.  So there were some people that weren't
12  under contract.  So I'm assuming somebody must
13  have been buying at the WAC price.
14     Q.   You recall doing that type of
15  analysis specifically for the Erythromycins?
16     A.   I don't recall a specific instance,
17  but I'm sure that was something when we were
18  having contract discussions it would have been a
19  question that probably came up just to say if, you
20  know, you're contracting, how many people are you
21  contracting with, what's the value of these
22  contracts.
23     Q.   Okay.  I'm going to break this down.
24     A.   Okay.
```

Page 173

```
 1     Q.   I'm going to limit my questions for
 2  the moment to wholesalers.
 3     A.   Okay.
 4     Q.   Do you recall doing an analysis on
 5  the Erythromycin products and determining that
 6  some wholesalers in 2002 or prior to 2002 were
 7  buying the Erythromycin drugs at WAC?
 8     A.   I don't remember doing an analysis
 9  like that.
10     Q.   Okay.  The analysis you just
11  mentioned that you do recall doing was for all
12  customers, is that right?
13     A.   Right.  For total Ery sales.
14     Q.   Okay.  And you're saying that you do
15  recall determining that some Ery customers were
16  not on contract, correct?
17     A.   Yes.
18     Q.   Okay.  And what price do you believe
19  those Ery customers who were not on contract and
20  were not wholesalers were purchasing?
21     A.   I assume they'd be paying WAC.
22     Q.   Why?
23     A.   Because if they didn't have a
24  contract and didn't meet the minimum requirements
```

44 (Pages 170 to 173)

Page 174

1  of the base deal price, then I would assume they
2  would pay our WAC price.  It's the publicly
3  available price.  If you don't have a contract,
4  that's what you pay.
5      Q.   To whom would the pharmacies pay
6  WAC?
7      A.   If someone came to us directly and
8  wanted to buy a case, they would pay us WAC.
9      Q.   And do you recall determining that
10 that had occurred for the Erythromycins?
11     A.   I didn't look at the people that
12 weren't under contract, specifically.  So I had
13 various specific data on customers that were under
14 contract and then I had our total Ery net sales,
15 but the people that weren't under contract, I
16 didn't have visibility to so I didn't look at who
17 those people were or what they were paying.
18     Q.   Do you know what they were paying at
19 all?
20     A.   No.
21     Q.   Because you weren't actually even
22 able to see who they were?
23     A.   No.
24     Q.   How do you even know that that type

Page 175

1  of noncontract sale occurred?
2      A.   Process of elimination, I guess.
3  Because I know the total sales and I know who was
4  under contract.
5      Q.   Right.  I'm following you there, but
6  it's the leap to the fact that they paid WAC or
7  the statement on -- and I'll -- what I'm trying to
8  get to is do you think it's possible, ma'am, that
9  to the extent there were any noncontract sales of
10 Erythromycin to pharmacies that those pharmacies
11 paid base deal price?
12     A.   I don't know.
13     Q.   You're not sure if it's possible or
14 not?
15     A.   I'm not sure.  Again, I didn't have
16 visibility to the people that we didn't have
17 contracts with.
18     Q.   Okay.  Let me -- I'm going to come
19 at it from a slightly different angle and I'll go
20 step by step.
21     A.   Okay.
22     Q.   You agreed that prior to July of
23 '03, wholesalers bought their Erythromycin from
24 Abbott at base deal?

Page 176

1           MR. BERLIN:  Objection.  Form.
2  Mischaracterizes her testimony.
3  BY THE WITNESS:
4      A.   The wholesalers were offered a base
5  deal price.  If they bought a minimum quantity of
6  Ery, they could get a discounted price.
7  BY MR. ANDERSON:
8      Q.   And that minimum quantity was so low
9  that the wholesalers always qualified for it?
10          MR. BERLIN:  Objection.  Form.
11 BY THE WITNESS:
12     A.   That I don't know.  Again, I was
13 focused on the contract sales.
14 BY MR. ANDERSON:
15     Q.   We'll get to the minimum quantity in
16 just a second.
17     A.   Okay.
18     Q.   You'll agree that wholesalers were
19 buying Ery for base deal?
20          MR. BERLIN:  I'm sorry.  Are you
21 asking whether -- I'm just -- can I help you a
22 little bit here or do you want me just to say
23 objection?
24          MR. ANDERSON:  I think let's just

Page 177

1  stick with objection.
2           MR. BERLIN:  I'm trying to help you,
3  but I don't want you to get upset that I'm getting
4  in the way because it's kind of painful to watch
5  this.
6           MR. ANDERSON:  If you want to
7  object, that's fine, Eric.
8           MR. BERLIN:  Okay.  There's an
9  objection.
10 BY THE WITNESS:
11     A.   I'm sorry.  Can you repeat your
12 question?
13 BY MR. ANDERSON:
14     Q.   Yeah.  You'll agree that prior to
15 July of 2003, wholesalers were paying Abbott base
16 deal price for the Erythromycin products?
17          MR. BERLIN:  Objection.  Form.
18 BY THE WITNESS:
19     A.   I didn't actually see what the
20 wholesalers were paying.  I was really focusing
21 more on the contract price they -- we were
22 offering to the retail buying groups and the chain
23 pharmacies.  I knew that the base deal price
24 existed, but I didn't have association with who

Fredericks Reporting & Litigation Services, LLC
AUSTIN  (512) 241-3600    -    HOUSTON  (713) 572-8897

7c80deef-35dc-40bf-ab9a-77fb2265a657

Page 178

1  had -- I wasn't sure who had access to the base
2  deal price in specifics.  I couldn't tell you the
3  list of customers that did or didn't buy or even
4  had access to that pricing.
5  BY MR. ANDERSON:
6      Q.   You said you were focusing on the
7  retail buying group or chain prices, is that true?
8      A.   Yes.
9      Q.   Okay.  And you knew since you were
10 focusing on those prices, that those prices were
11 lower than base deal price?
12     A.   Yes.
13     Q.   Okay.  So to the extent a pharmacy
14 was not buying Ery on contract -- which did occur,
15 correct?
16     A.   I believe so, but, again, I'm not
17 sure.
18     Q.   And you don't remember the details.
19 You weren't even able to really access that, but
20 you saw that it did occur on a rare occasion,
21 correct?
22     A.   There were customers that were
23 buying at a noncontract price, what I would
24 assumed to be WAC.

Page 179

1      Q.   Is it -- right.  Well, that's where
2  I'm going with these questions.  I'm trying to get
3  to that assumption.  Is it possible, ma'am, that
4  prior to July 2003 to the extent a noncontract
5  pharmacy customer was buying Ery from a
6  wholesaler, they were buying it from that
7  wholesaler at base deal price?
8      A.   That I have no idea.  I don't know
9  what the wholesalers charge their customers.
10     Q.   Do you have any idea that the
11 wholesalers were charging the pharmacies WAC?
12     A.   I have no idea what they were
13 charging their customers.
14     Q.   Right.  So you really don't have a
15 foundation for your assumption that some contract
16 pharmacies were paying WAC, do you?
17         MR. BERLIN:  Objection.  Form.
18 BY THE WITNESS:
19     A.   If they were coming through Abbott,
20 I don't -- I probably shouldn't assume that
21 either, but between the wholesaler and their
22 customers, I have no idea between -- what happened
23 between Abbott and its direct customers which
24 could have included chain pharmacies coming to us.

Page 180

1  If someone came to us and they didn't have a
2  contract, my general pricing assumption is that
3  they would pay WAC.
4  BY MR. ANDERSON:
5      Q.   Do you have any basis for that
6  assumption?
7      A.   Just my general understanding of the
8  pricing department and why we contract and that
9  WAC is the starting price, but not any specific
10 example where I could point to a system.
11     Q.   Do you have any reason to believe
12 that while WAC may be the starting price for many
13 PPD drugs, it was not the starting price for the
14 Erythromycins prior to July of 2003?
15     A.   WAC is always where we start our
16 pricing analysis because it's the publicly
17 available price.
18     Q.   Why did Abbott even go to the
19 trouble of having base deal?
20         MR. BERLIN:  Objection.  Form.
21 BY THE WITNESS:
22     A.   That I don't know.  It existed
23 before I was in my position.
24

Page 181

1  BY MR. ANDERSON:
2      Q.   Are you aware of any efforts to
3  analyze WAC prices and prompt pay discounts on WAC
4  prices?
5      A.   The prompt pay discounts are taken
6  out after the net sales line for the net sales we
7  calculate in the pricing department.  So I didn't
8  have visibility to that part of the sales.
9      Q.   I'll ask a broader question.  Are
10 you aware of any efforts to analyze WAC prices and
11 determine the appropriate level in which to set
12 WAC prices?
13     A.   Can you say that one more time?
14     Q.   Are you aware of any efforts to
15 analyze WAC prices and determine the appropriate
16 levels at which to set WAC prices?
17     A.   Yes.
18     Q.   What were the criterias that were
19 used in making that determination?
20     A.   For a new product coming onto the
21 market, there would be market research involved.
22 I haven't participated in any of those specific
23 research studies so I can't go into the details.
24 For prices that are -- for products that are

Page 202

1  charge backs," did I read that correctly?
2      A.   Yes.
3      Q.   So you appreciated that the decision
4  to continue the base deal prices was going to
5  alter the invoice prices on the Erythromycins from
6  Abbott to wholesalers?
7      A.   Yes.
8      Q.   Now, if we could quantify that
9  because I know it's hard to recall specific
10 numerical prices.  Look at Exhibit 16 and compare
11 that to Exhibit 17 and just to make it easy for a
12 point of reference, I'm looking on Exhibit 16, the
13 very last NDC number before you get to the Ross
14 product section, which is 6301-53.
15     A.   Yes.
16     Q.   And you go across and there's a list
17 price of $105.25 and a WAC price of $99.99,
18 correct?
19     A.   Yes.
20     Q.   And then if you go back and you look
21 at the price list that's marked as Exhibit 17,
22 that exact same $99.99 price is listed in the case
23 price column for that product, correct?
24     A.   Yes.

Page 203

1      Q.   And so -- well, strike that.  Let me
2  ask you a couple more foundational questions.
3  Before July 1st, 2003, if a wholesaler had
4  qualified by purchasing $500 or more, they would
5  have been billed at base deal for that particular
6  drug at $58.65, correct?
7          MR. BERLIN:  Objection.  Form.
8  Foundation.
9  BY THE WITNESS:
10     A.   That would be my assumption.  Again,
11 since I wasn't in that department, I can't verify
12 for sure that's what they were billed.
13 BY MR. ANDERSON:
14     Q.   And then the next day on July 1st,
15 2003, when base deal was discontinued suddenly the
16 wholesalers would be build at a $99.99 price which
17 was almost double what they had previously been
18 billed --
19         MR. BERLIN:  Objection.
20 BY MR. ANDERSON:
21     Q.   -- correct?
22         MR. BERLIN:  I'm sorry.  Form.
23 BY THE WITNESS:
24     A.   For July 1st, 2003, I would assume

Page 204

1  that the wholesalers would pay the WAC price of
2  $99.99.
3  BY MR. ANDERSON:
4      Q.   Did the wholesalers have any
5  complaints about being billed higher prices on
6  Erythromycin products as of July 1st, 2003?
7          MR. BERLIN:  Objection.  Form.
8  Foundation.
9  BY THE WITNESS:
10     A.   Not that I recall, but they probably
11 would have talked to their national trade
12 executive if they had issues like that.
13 BY MR. ANDERSON:
14     Q.   Did you ever hear about complaints
15 from wholesalers concerning the discontinuation of
16 base deal pricing?
17     A.   Not that I recall.
18     Q.   Can you explain why wholesalers
19 would be willing to be billed at higher prices on
20 the Erythromycins after the discontinuation of
21 base deal price?
22         MR. BERLIN:  Objection.  Form.
23 Foundation.
24 BY THE WITNESS:

Page 205

1      A.   That was the price we were offering.
2  So we may have gotten objections, but the WAC
3  price was the WAC price.
4  BY MR. ANDERSON:
5      Q.   Yeah.  I mean I understand you're
6  saying the WAC price is the WAC price, but doesn't
7  it seem like if on June 30th, 2003, Cardinal,
8  McKesson, AmerisourceBergen are being billed $58
9  and then the very next day now they're being
10 billed $99.99 they would have some questions or
11 concerns about that?
12         MR. BERLIN:  Objection.  Form.
13 BY THE WITNESS:
14     A.   Any concerns or questions about
15 pricing or things like that really would have gone
16 through the national trade executives and I wasn't
17 aware of anything.  If there was anything, I would
18 assume the national trade executives would follow
19 up on it.
20 BY MR. ANDERSON:
21     Q.   Did you have any understanding about
22 why Abbott was choosing to discontinue base deal
23 prices in July of 2003?
24     A.   I can't remember any specific

52 (Pages 202 to 205)