# EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

In re: PHARMACEUTICAL        )
INDUSTRY AVERAGE WHOLESALE   )
PRICE LITIGATION             )   MDL No. 1456
                             )
THIS DOCUMENT RELATES TO:    )   Civil Action No.
                             )      01-12257-PBS
US ex rel Ven-A-Care of      )
the Florida Keys, Inc.       )
v. Abbott Laboratories, Inc.)
No. 07-CV-11618-PBS          )

VIDEOTAPED ORAL DEPOSITION OF THERESA "TIP" PARKER

February 19, 2009

DEPOSITION upon videotaped oral

examination, of the witness, THERESA "TIP" PARKER,

taken on behalf of Ven-A-Care of the Florida Keys,

Inc. in the above entitled cause pending in the

United States District Court, District of

Massachusetts, before TAMMY POZZI, Certified

Shorthand Reporter in and for the State of Texas, on

February 19, 2009, in the law offices of Jones Day,

77 West Wacker, 35th Floor, Chicago, Illinois,

between the hours of 9:08 a.m. and 2:29 p.m.,

pursuant to due notice and the Federal Rules of Civil

Procedure.

1495a13f-49be-41a8-b862-af0b5c5b09b0

Page 54

1   communicating to the pricing compendia like
2   FirstDataBank and Red Book over the years?
3       A.   No.
4       Q.   You know Kay Morgan ultimately went to work
5   for FirstDataBank, right?
6       A.   That's correct.
7       Q.   She was the manager of their editorial
8   services group re- -- which received all the pricing
9   for years and years, correct?
10      A.   Correct.
11      Q.   What do you think qualified her to take
12  that job?
13          MS. FUMERTON:  Objection, form.
14      A.   I don't know.
15      Q.   (BY MR. ANDERSON):  Did you have any
16  dealings with Kay when she worked for FirstDataBank?
17      A.   Nothing more than just to be friendly.
18      Q.   You would see her at the different trade
19  conferences you attended, correct?
20      A.   That's correct.
21      Q.   Did you see her in any other context?
22      A.   No.
23      Q.   Do you think one of the reasons you may
24  have received Lehn Exhibit 10, Ms. Parker, which was
25  notifying Red Book of an AB-rating on erythromycin,

Page 55

1   is because pharmacy trade groups, like NACDS and
2   other pharmacy trade groups, were interested in
3   whether or not Erys were eligible for generic
4   substitution?
5          MS. FUMERTON:  Objection, form.
6       A.   I don't -- I don't believe so.  Russ Lehn,
7   Kay Morgan and I, all three, reported to Larry
8   Carbon, and I think she was just copying staff.  But
9   that, again, is -- I -- other than I was a part of
10  Larry Carbon's staff and so was she, I don't know
11  what the intent was.
12      Q.   (BY MR. ANDERSON):  Have you been involved
13  in the launch of products by Abbott?
14      A.   Yes, I have.
15      Q.   In what way?
16      A.   I am generally -- not generally, I
17  routinely and on every new product launch am the
18  person who communicates the information to our
19  customers.
20      Q.   What classes of customers do you routinely
21  communicate with on launches?
22      A.   I communicate to the wholesalers, to the
23  direct purchasing or warehousing chains, to the
24  non-warehousing chains.  And there's generally a
25  communication that's of a "Dear Pharmacist" nature

Page 56

1   that ultimately gets communicated to individual
2   pharmacies, particularly the retail pharmacies.
3       Q.   In any of your communications over the
4   years, have you included AWP information?
5       A.   In my early years at Abbott, we routinely
6   communicated WAC, list, and AWP as an estimated
7   number.
8       Q.   Why were the AWPs included?
9       A.   AWP is a cost field necessary to be
10  recorded in a customer's data system or dispensing
11  pharmacy system or in their purchasing system, and if
12  the field isn't filled, they frequently can't create
13  purchase orders or fill a prescription.
14      Q.   Is it true that AWP is also a necessary
15  field for drug reimbursement claims?
16      A.   Frequently.
17      Q.   And -- and so, in short, if the pharmacies
18  don't have the AWPs, their pharmacy systems, their
19  computer systems, will be missing a key element of
20  information?
21      A.   Correct.
22      Q.   And, in turn, that can be a problem for
23  them when they then dispense drugs or file claims for
24  drugs?
25          MS. FUMERTON:  Objection, form.

Page 57

1       A.   It's required to submit a claim, correct.
2       Q.   (BY MR. ANDERSON):  And if -- if AWPs
3   aren't provided by a drug company for a drug, then
4   the pharmacy may not be inclined to buy the drug,
5   because they're going to need the AWPs in their
6   pharmacy system, correct?
7          MS. FUMERTON:  Objection, form.
8       A.   AWPs are generally supplied by data
9   compendia agencies.
10      Q.   (BY MR. ANDERSON):  Right.  That's one
11  avenue through which a pharmacy can get AWP?
12      A.   That's correct.
13      Q.   But historically, one of the reasons why
14  Abbott went to the trouble of sending the AWPs itself
15  to the pharmacies was because the pharmacies could
16  also use that as a source of information to input the
17  AWPs, correct?
18          MS. FUMERTON:  Objection, form.
19      A.   Only on an initial purchase.  They got
20  overridden as soon as the data file was processed.
21      Q.   (BY MR. ANDERSON):  Right.  And I
22  appreciate that point.  You're saying on- -- at the
23  launch --
24      A.   Uh-huh.
25      Q.   -- of the drug, you need the AWP because

Page 58

1   the AWPs might not have yet been disseminated out by
2   FirstDataBank, correct?
3       A.   That's correct.
4       Q.   And then after a few weeks and the
5   information is a- -- actually disseminated by, for
6   instance, FirstDataBank to a pharmacy, it overrides
7   what the pharmacy had input, correct?
8       A.   That's correct.
9       Q.   Is it your experience that those AWPs that
10  Abbott published to the pharmacies don't need to be
11  overridden by the AWPs published by FirstDataBank
12  because they're the exact same number?
13      A.   I don't --
14           MS. FUMERTON:  Objection, form.
15      A.   -- know.
16      Q.   (BY MR. ANDERSON):  Do you have any
17  information that the AWPs that are published by
18  FirstDataBank or Red Book are any different on a
19  given Abbott drug than the drugs -- I mean than the
20  AWPs that Abbott itself published for those drugs?
21           MR. ANDERSON:  Objection, form.
22      A.   Abbott always, like I said, included an
23  estimate.
24      Q.   (BY MR. ANDERSON):  Uh-huh.
25      A.   What they actually were from the data

Page 59

1   agency -- I'm not aware of what that number actually
2   was.
3       Q.   (BY MR. ANDERSON):  Okay.  So focussing on
4   my question, do you have any information that
5   Abbott's estimated AWP was ever different than the
6   AWPs published by Red Book or FirstDataBank?
7           MS. FUMERTON:  Objection, form.
8       A.   I don't know if it was different.  I don't
9   know if it was the same.
10           THE VIDEOGRAPHER:  Five minutes.
11           (Exhibit 2 marked.)
12      Q.   (BY MR. ANDERSON):  Take a look, if you
13  could, at what's been marked as Parker Exhibit 2.
14      A.   (Reviews document.)
15      Q.   Are you familiar with this type of
16  document?
17      A.   Yes, I am.
18      Q.   It's titled a NAM Mission Statement for a
19  New Product Launch, correct?
20      A.   That's correct.
21      Q.   Can you approximate what years this type of
22  document would have been in effect for the launch of
23  a product?
24      A.   There's no date.  It was prior to 2001,
25  only because it says "NAM" and not "NTE".

Page 60

1       Q.   You see in the first page there's a
2   subsection titled Elements of a New Launch, and some
3   of those bulletpoints include, for instance, pricing,
4   dash, WAC, list, and estimated AWP, correct?
5       A.   That's correct.
6       Q.   And that's consistent with your testimony a
7   moment ago that historically Abbott did include
8   estimated AWPs in its launch materials?
9       A.   At launch, correct, at this -- whatever
10  time period this was.
11      Q.   When looking at -- the next bulletpoint
12  reads, "Copy of 'Dear Pharmacist' letter," correct?
13      A.   That's correct.
14      Q.   Are those the pharmacist letters that you
15  would sign?
16      A.   That's correct.
17      Q.   Then continuing down a couple of bullets
18  more, there's a -- one that reads, quote,
19  "Notification to state Medicaids --
20      A.   Uh-huh.
21      Q.   -- (see Kay Morgan)".  Do you see that?
22      A.   That's correct.
23      Q.   When did Kay leave Abbott?
24      A.   I don't recall the exact year.  I don't
25  know.

Page 61

1       Q.   It was -- it was early '90s, mid '90s,
2   right?
3       A.   I don't know the year.
4       Q.   It certainly wasn't the late '90s, correct?
5       A.   No.
6       Q.   Okay.  Did -- does that refresh your memory
7   that Kay Morgan was responsible for sending
8   information to state Medicaid programs?
9       A.   I don't know what that actually refers to.
10      Q.   Do you have any idea about why Abbott would
11  send notification to state Medicaids of product
12  launches?
13      A.   States are notified so that a new product
14  is included with their either formularies or their --
15  whatever processing they do.
16      Q.   So the drug is eligible for reimbursement
17  by the Medicaids?
18      A.   I would think that would be one of the
19  functions.
20      Q.   And is it true that one of the reasons why
21  Abbott would want its drugs eligible for
22  reimbursement by Medicaid agencies is so pharmacies
23  would be more inclined to dispense Abbott's drug?
24           MS. FUMERTON:  Objection, form.
25      A.   Abbott would want it so that it could be

16 (Pages 58 to 61)

1495a13f-49be-41a8-b862-af0b5c5b09b0

Page 70

1      Q.  To your knowledge?
2      A.  It's on this form.  I don't know if it's on
3  the form today or not.
4      Q.  Do you have any reason to believe it's not?
5      A.  Hmm.  I don't know whether it is or not.
6      Q.  You've been responsible for completing
7  these types of forms in the past, correct?
8      A.  That's correct.
9      Q.  When you have completed these forms in the
10  past, have you included pricing information in
11  response to the field titled Manufacturers AWP?
12      A.  For a period of time when we were
13  estimating an AWP, it was probably -- like I said,
14  I -- I don't have one in front of me, but it would
15  have been filled in and so noted as estimated.
16      Q.  Uh-huh.  Much like the stocking sheet?
17      A.  Correct.
18      Q.  The -- the audience for these NWDA forms
19  would be all wholesalers, correct?
20      A.  That's -- that's the primary audience,
21  correct.
22      Q.  Is there any other audience?
23      A.  I think the warehousing chain, the buying
24  industry, has become familiar with the document and
25  expect to see such a document.  They just are part of

Page 71

1  a standard package.
2      Q.  Okay.  So the NWDA forms would be in the
3  standard package of information that Abbott would
4  convey to wholesalers, but they also would ironically
5  be in the packages going to the chain warehouses?
6      A.  Correct.
7      Q.  At one of the trade group meetings maybe
8  you need to tell NACDS they've got to create their
9  own forms.
10      A.  Probably would look better to have their
11  own name on the form.
12      Q.  I'm half kidding, of course.
13          So why did wholesalers and chain drug
14  stores desire the AWP?
15          MS. FUMERTON:  Objection, form.
16      A.  It's a standard cost field in both
17  purchasing and dispensing systems.
18      Q.  (BY MR. ANDERSON):  What costs of drugs
19  does AWP represent?
20      A.  It's the average wholesale price.
21      Q.  I know, but you're saying it's a coast
22  field.  What is it -- what cost does it represent?
23      A.  It represents a calculated price by the
24  wholesalers, as we spoke earlier, that is some --
25  either 16-and-two-thirds or 30 percent greater than

Page 72

1  WAC.
2      Q.  And does it represent the pharmacy's cost?
3      A.  It represents a cost basis that can be
4  applied to the pharmacy buying in their buying
5  formula --
6      Q.  And --
7      A.  -- and a buying formula is either a
8  cost-plus or a list-less or AWP-minus formula.
9      Q.  And that goes back to your testimony
10  earlier this morning about how pharmacies could
11  purchase at, like, AWP minus 12 percent or 14
12  percent?
13      A.  That's correct.
14      Q.  Currently when you complete HDMA forms,
15  previously known as NWDA forms, do you include
16  estimated AWPs?
17      A.  Repeat your question?
18      Q.  Currently when you complete the forms, do
19  you include estimated AWPs?
20      A.  No.
21      Q.  What do you do now?
22      A.  Supply the WAC only.
23      Q.  In what field?
24      A.  In the field that says "Regular Cost".
25      Q.  I see.  Over on the lower portion,

Page 73

1  left-hand side?
2      A.  That's correct.
3      Q.  Do you include any other pricing
4  information?
5      A.  No.
6      Q.  Do you include any other information such
7  as a reference to FirstDataBank or Red Book?
8      A.  Not that I recall.
9      Q.  Do the stocking sheets currently include
10  references to Red Book or FirstDataBank?
11          MS. FUMERTON:  Objection, form.
12      A.  Stocking sheets define what list and WAC is
13  to Abbott.
14      Q.  (BY MR. ANDERSON):  I -- I'm aware of
15  that.  And, then, in turn, is there also an asterisk
16  or some reference that AWP can be located at
17  FirstDataBank or Red Book?
18      A.  That's correct.
19      Q.  Why does Abbott include that information in
20  the stocking sheets?
21      A.  That information is because there is a -- a
22  reference on our stocking sheets to both WAC and
23  list, and in some manufacturers, list can be mis- --
24  or not misinterpreted, but misrepresented to mean
25  AWP.

19 (Pages 70 to 73)

1495a13f-49be-41a8-b862-af0b5c5b09b0

Page 74

1        And so to clarify exactly that list
2   means what it does and WAC means what it does and
3   what it does not mean, there is a reference there as
4   to where they can find AWP.
5        An Abbott list does not refer to -- in
6   any way to AWP.  List price for another
7   pharmaceutical, if you use that terminology, could
8   clearly be leading you to AWP.  It's a term that gets
9   misrepresented.
10      Q.  By who?
11      A.  It's just the way -- you know, other
12  manufacturers' pricing lists use the language of list
13  interchangeably with AWP.
14      Q.  And you're saying -- I think I followed
15  you, but I'm not sure, so correct me if I'm wrong.
16  You're saying that the classification of AWP as a
17  list price can be misrepresented?
18      MS. FUMERTON:  Objection, form.
19      A.  The classi-- -- the cat-- -- list -- if list
20  alone is indicated --
21      Q.  I -- (BY MR. ANDERSON):  Uh-huh.
22      A.  -- without further definition, it can be
23  misinterpreted to mean AWP, because some
24  manufacturers use the language of "list price"
25  interchangeably with AWP.

Page 75

1        Abbott has list price and WAC prices
2   that are not AWP.  And so to clarify exactly what
3   list and WAC are and are not, the language as to what
4   they are, and if you're looking for AWP where to get
5   it, is specifically included on a document --
6       Q.  Okay.
7       A.  -- so that it's not misconstrued to
8   represent something that it's not.
9       Q.  I -- I understand.  Some drug companies
10  represent that their AWP is a list price; is that
11  right?
12      A.  That's correct.
13      Q.  But Abbott does not?
14      A.  That's correct.
15      Q.  As far as you're concerned, the only price
16  that Abbott represents to be a list price is the,
17  quote, capital "L" "List price," correct?
18      MS. FUMERTON:  Objection, form.
19      A.  List price is a price five percent higher
20  than WAC, and those are the only two prices that
21  Abbott sets.
22      Q.  (BY MR. ANDERSON):  Right.  And as far as
23  you're concerned, the capital "L" "List price" is the
24  only list price?
25      MS. FUMERTON:  Objection, form.

Page 76

1       A.  For an Abbott product --
2       Q.  (BY MR. ANDERSON):  Right.
3       A.  -- in an Abbott catalog.
4       Q.  Right.
5       A.  Correct.
6       Q.  For instance, Abbott does not represent
7   that its AWP is a list price, correct?
8       A.  That's correct.
9       Q.  And Abbott does not represent that its WAC
10  is a list price?
11      A.  That's correct.
12      Q.  Does Abbott have any lower case "L" "List
13  prices" other than the capital "L" "List price"?
14      MS. FUMERTON:  Objection, form.
15      A.  I don't know.
16      Q.  (BY MR. ANDERSON):  You're not aware of
17  any?
18      A.  I don't know.
19      MS. FUMERTON:  You're asking a capital
20  "L" versus a lower "L"?
21      MR. ANDERSON:  Well, sure.  I mean --
22  you know.  You've seen the documents where they've
23  got a "List price" with a capital "L".
24      MS. FUMERTON:  Have you seen -- I
25  guess I'm trying to see where you're -- you're

Page 77

1   putting a dis-- --
2       MR. ANDERSON:  For instance --
3       MS. FUMERTON:  -- you're putting a
4   distinction versus --
5       MR. ANDERSON:  Yeah.  Look at --
6       MS. FUMERTON:  I mean, just because a
7   certain document has a capital "L" in a situation
8   doesn't necessarily mean it's always represented by
9   Abbott with a capital "L".
10      MR. ANDERSON:  Okay.  Well, I mean --
11      MS. FUMERTON:  I mean, that's an issue
12  that you hadn't clarified with the witness.
13      MR. ANDERSON:  Well, I don't know
14  about that.  I was being very careful about how I was
15  phrasing the question.
16      A.  I don't know --
17      Q.  (BY MR. ANDERSON):  Okay.
18      A.  -- if there is a difference or if there is
19  a -- anything with a lower case "L".
20      Q.  Thank you.  Have you been aware while
21  you've been at Abbott, Ms. Parker, over the years,
22  that having prices listed in FirstDataBank's pricing
23  system enables drugs to be reimbursed?
24      A.  Yes.
25      Q.  And that's one of the reasons why Abbott

20 (Pages 74 to 77)

1495a13f-49be-41a8-b862-af0b5c5b09b0

Page 94

1      A.  I mean, they were a warehousing chain,
2  important customer, that operated thousands of stores
3  in the United States, an important customer to
4  Abbott.
5      Q.  What about Wal-Mart?
6      A.  Another important chain warehousing
7  customer.
8      Q.  Over the years did you become aware that
9  those customers were interested in reimbursement
10  spreads?
11          MS. FUMERTON:  Objection, form.
12      A.  Customers are interested in their
13  profitability.
14      Q.  (BY MR. ANDERSON):  And did you understand
15  that their customer profitability was driven in part
16  through the differences between the amounts they were
17  reimbursed when they dispensed drugs and the amounts
18  they paid to acquire the drugs?
19          MS. FUMERTON:  Objection, form.
20      A.  That's how we figure profitability.
21      Q.  (BY MR. ANDERSON):  And have you also, over
22  the years, heard that difference referred to as
23  "spreads"?
24      A.  I've heard the terminology.
25      Q.  In what context normally?

Page 95

1          MS. FUMERTON:  Objection, form.
2      A.  With -- with profit analysis.  I mean, when
3  you're talking profitability, that word gets used.
4      Q.  (BY MR. ANDERSON):  I know, I -- and I -- I
5  appreciate that.  Have you been part of those types
6  of discussions about profitability and spreads with
7  customers such as chain drug stores?
8      A.  No.
9      Q.  Whe-- when have you been involved in
10  those types of discussions?
11          MS. FUMERTON:  Objection --
12      Q.  (BY MR. ANDERSON):  Not the precise date,
13  but the normal context?
14      A.  Not --
15          MS. FUMERTON:  Objection, form.
16      A.  Not involved with those kind of
17  conversations with customers.
18      MR. ANDERSON:  Hello?
19      MR. LYNN:  Michael?
20      MR. ANDERSON:  No, this is Jarrett.
21      MR. LYNN:  Hey, Jarrett.  Paul Lynn.
22      MR. ANDERSON:  Okay.  Hey, Paul.
23  We're going to keep going, and then you can make your
24  appearance at the break, okay?
25          MR. LYNN:  Sounds good.  Thank you.

Page 96

1          MR. ANDERSON:  Okay.  Sure.
2      Q.  (BY MR. ANDERSON):  Where I left off,
3  Ms. Parker, I think that you had testified that you
4  were aware of reimbursement spreads, correct?
5      A.  That's correct.
6      Q.  Okay.  And you said it did come up from
7  time to time, correct?
8          MS. FUMERTON:  Objection, form.
9      A.  I didn't say that.
10      Q.  (BY MR. ANDERSON):  How did you -- I asked
11  you how you became aware of that.  How did you become
12  aware of those?
13      A.  Reimbursement is the difference between AWP
14  and cost.
15      Q.  Right.  But how did -- how did you come to
16  that awareness?
17      A.  I'm a pharmacist.
18      Q.  Okay.  Let me focus, then, on your time at
19  Abbott.  When -- when you were at Abbott, were there
20  ever occasions when pharmacy profit or pharmacy
21  reimbursement was discussed?
22      A.  Customer profitability is at issue in a
23  market today, or my entire time there, particularly
24  as reimbursement, meaning somebody else that's
25  paying, has grown to be more than 90 percent of the

Page 97

1  business today is paid for by somebody other than the
2  purchaser.
3      Q.  Right.  And you're harkening back to when
4  you started in Pharmacy.  Most patients paid cash out
5  of their pocket for the drugs, and now, most --
6      A.  Correct.
7      Q.  -- people are on some type of insurance
8  plan or public health plan such as Medicaid, correct?
9      A.  That's correct.
10      Q.  Okay.  Now back to my original question.
11  Is there some way to generalize the normal situations
12  where you would be involved in discussions about
13  pharmacy profitability?
14          MS. FUMERTON:  Objection, form.  Asked
15  and answered too.
16      A.  I -- I don't -- I don't have any
17  specific -- it's -- I mean, it's -- I'm aware.  I
18  know it.  I mean, you said a cost -- a customer
19  acquisition price.  It's -- it's known what they're
20  going to get reimbursed, but it's not a -- it's not a
21  discussion point or not a -- a topic that's -- that's
22  dwelled on.
23      Q.  (BY MR. ANDERSON):  Have you ever heard AWP
24  spread referred to as a potential talking point with
25  customers?

25  (Pages 94 to 97)

1495a13f-49be-41a8-b862-af0b5c5b09b0

Page 98

1      A.  No.
2      Q.  Would that type of activity be condoned by
3  Abbott?
4      A.  No, it would not.
5      Q.  Why not?
6      A.  It's not our business how they profit.  We
7  have to sell our product based on the merits of our
8  product, which have to do with its clinical
9  effectiveness, its availability, its, you know,
10  reliability, and that's the methods that we use to
11  sell our products.
12      Q.  Take a look at what was marked yesterday as
13  Fiske Exhibit 18.
14      A.  (Reviews document.)  Okay.
15      Q.  Does this document appear to be titled
16  "Potential Issues and Talking Points"?
17      A.  That's what's the topmost line of the
18  document.
19      Q.  And then one of the talking points on the
20  second page is titled "AWP Spread," correct?
21      A.  That's correct.
22      Q.  And then the first bullet in that section
23  reads, "Chains want more spread between AWP and
24  actual cost to offset MCO reimbursement contracts,"
25  correct?

Page 99

1      A.  That's what it reads.
2      Q.  Is that desire by chain drug stores
3  consistent with your understanding?
4          MS. FUMERTON:  Objection, form.
5      A.  I don't know what chains desire.
6      Q.  (BY MR. ANDERSON):  In all your dealings
7  with chain drug stores all these many years and, in
8  fact, your role as a purchaser at a chain, and all of
9  your involvement at the annual meetings, you've never
10  become aware that chain drug stores are interested in
11  making more profits?
12          MS. FUMERTON:  Objection, form.
13      A.  I said at the beginning that profit was a
14  number-one goal, absolutely.
15      Q.  (BY MR. ANDERSON):  Okay.  And,
16  accordingly, you've become familiar that chains
17  desire more spread, right?
18          MS. FUMERTON:  Objection, form.
19      A.  I -- I don't know what "more spread" means.
20      Q.  (BY MR. ANDERSON):  Well, more rather than
21  less.  They would like to make more money rather than
22  less money?
23      A.  We all would --
24          MS. FUMERTON:  Objection, form.
25      A.  We all would like to make more money --

Page 100

1      Q.  (BY MR. ANDERSON):  Sure.
2      A.  -- rather than less.
3      Q.  Sure.  And -- and that's what this bullet
4  point is talking about, correct?
5          MS. FUMERTON:  Objection, form.
6      A.  The bulletpoint reads -- I can only tell
7  you what it reads.
8      Q.  (BY MR. ANDERSON):  And it reads "chains
9  want more spread"?
10          MS. FUMERTON:  Well --
11      A.  That's what it --
12          MS. FUMERTON:  -- to be -- to be
13  accurate, it reads, "Chains want more spread between
14  AWP and actual cost to offset MCO reimbursement
15  contracts".
16      Q.  (BY MR. ANDERSON):  That's right.  And
17  that's consistent with your understanding when you've
18  been dealing with chains over the years at Abbott,
19  correct?
20          MS. FUMERTON:  Objection, form.
21      A.  That has never ever been brought to my
22  attention from a customer.
23      Q.  (BY MR. ANDERSON):  It hasn't?
24      A.  No.
25      Q.  How did you become aware of it then?

Page 101

1          MS. FUMERTON:  Objection, form.  She
2  didn't -- lack of foundation.
3      Q.  (BY MR. ANDERSON):  How did you become
4  aware that pharmacies would like to make more
5  profits?
6      A.  I'll repeat.  I am a pharmacist and have
7  practiced in both a chain setting and a wholesale
8  setting prior to coming to Abbott.  I know that
9  pharmacy is a large percentage of a chain's business,
10  and from the wholesale side, clearly pharmacies and
11  independent pharmacies' profitability is a concern to
12  their customer base.
13          So how do I become aware?  I read.
14  I'm a fairly smart person.  I understand the business
15  process.
16      Q.  I appreciate that.  And -- and I -- I agree
17  with you that not only is it common sense that chain
18  drug stores would want to make more money, but there
19  can be mechanisms that you can gain that information.
20          You mentioned you read.  What -- what
21  materials do you read that provides you with
22  information concerning chains' interest in
23  profitability?
24          MS. FUMERTON:  Objection, form.
25      A.  Journals frequently address a customer's

26 (Pages 98 to 101)

1495a13f-49be-41a8-b862-af0b5c5b09b0