# EXHIBIT 8

August 29, 2002

Dear Valued Customer:

The installation of our new system has necessitated some procedural and requirement changes. To insure that your erythromycin orders are processed correctly, we are recommending that all orders for these products are _**issued on their own P.O.**_ While this is not required to obtain the Base Deal Price and terms, it will help facilitate the processing of your order.

For your reference we have included another copy of the deal that is currently in effect. The terms of this deal remain the same and are outlined below:

- Deal period July 1, 2001 through June 30, 2003
- Terms: 2% 90 net 91 DOI
- $500 minimum order for any of the listed erythromycin products
    * $500 minimum is calculated using the Base Deal Price

Thank you for your assistance and patience in this transition.

Please feel free to contact the Abbott PPD Pricing Department at 847-937-6009 should you have any questions.


EXHIBIT 10 Garvin