# EXHIBIT 9



EXHIBIT 17

# ABBOTT LABORATORIES, INC.
# MULTI SOURCE ERYTHROMYCINS
# WHOLESALER ACQUISITION COST
# JULY 1, 2001 THRU JUNE 30, 2003

The following Erythromycin contract price extension will apply as of July 1, 2001 through June 30, 2003 to Abbott Laboratories, Pharmaceutical Products Division Wholesalers. 2% 90 net 91 DOI will apply to all invoices over $500.00. All prices are subject to change. Please direct any questions you may have to PPD Pricing at (847) 937-6009.

| LIST # | PRODUCT | SIZE | LIST PRICE | CASE PRICE | | BASE DEAL PRICE |
|---|---|---|---|---|---|---|
| 6302-13 | ERYPED 200 | 100ml | $7.36 | $6.99 | 0.00% | $6.99 |
| 6302-53 | ERYPED 200 | 200ml | 13.70 | 13.02 | 0.00% | 13.02 |
| 6305-13 | ERYPED 400 | 100ml | 11.32 | 10.75 | 0.00% | 10.75 |
| 6305-53 | ERYPED 400 | 200ml | 21.07 | 20.02 | 0.00% | 20.02 |
| 6314-40 | ERYPED CHEWABLE TABS | 40 | 18.23 | 17.32 | 2.89% | 16.82 |
| 6303-50 | ERYPED DROPS | 50ml | 5.77 | 5.48 | 2.92% | 5.32 |
| 2698-02 | ERYDERM | 60ml | 14.71 | 13.98 | 2.93% | 13.57 |
| 6369-02 | E.E.S. GRANULES | 100 ml | 7.06 | 6.71 | 4.77% | 6.39 |
| 6369-10 | E.E.S. GRANULES | 200 ml | 13.15 | 12.49 | 6.81% | 11.64 |
| 5729-53 | E.E.S. 400 FILMTAB | 500 | 92.95 | 88.30 | 10.89% | 78.68 |
| 5729-13 | E.E.S. 400 FILMTAB | 100 | 19.57 | 18.59 | 12.75% | 16.22 |
| 6306-13 | E.E.S. 200 LIQUID | 100 ml | 4.02 | 3.82 | 14.40% | 3.27 |
| 5729-11 | E.E.S. 400 FILMTAB | 10x10 | 21.57 | 21.57 | 15.25% | 18.28 |
| 6373-13 | E.E.S. 400 LIQUID | 100 ml | 7.22 | 6.86 | 15.89% | 5.77 |
| 2589-53 | ERY ETHYLSUCCINATE TABS 400 mg | 500 | 92.95 | 88.30 | 22.21% | 68.69 |
| 2589-13 | ERY ETHYLSUCCINATE TABS 400 mg | 100 | 19.57 | 18.59 | 23.83% | 14.16 |
| 6306-16 | E.E.S. 200 LIQUID | 16 oz. | 17.49 | 16.62 | 27.26% | 12.09 |
| 3747-16 | ERY ETHYLSUCCINATE LIQ. 200 mg | 16 oz. | 17.49 | 16.62 | 27.26% | 12.09 |
| 6373-16 | E.E.S. 400 LIQUID | 16 oz. | 32.57 | 30.94 | 28.02% | 22.27 |
| 3748-16 | ERY ETHYLSUCCINATE LIQ. 400 mg | 16 oz. | 32.57 | 30.94 | 28.02% | 22.27 |
| 8030-13 | PEDIAZOLE SUSPENSION | 100ML | 14.95 | 14.20 | 29.72% | 9.98 |
| 8030-43 | PEDIAZOLE SUSPENSION | 150ML | 22.21 | 21.10 | 30.05% | 14.76 |
| 8030-53 | PEDIAZOLE SUSPENSION | 200ML | 29.16 | 27.70 | 30.18% | 19.34 |
| 6316-13 | ERYTHROCIN STEARATE 500 mg | 100 | 22.19 | 21.08 | 31.21% | 14.50 |
| 6227-13 | ERYTHROMYCIN BASE 500 mg | 100 | 22.86 | 21.72 | 34.25% | 14.28 |
| 6346-53 | ERYTHROCIN STEARATE 250 mg | 500 | 58.35 | 55.43 | 34.71% | 36.19 |
| 6346-19 | ERYTHROCIN STEARATE 250 mg | 1000 | 113.20 | 107.54 | 34.78% | 70.14 |
| 6346-20 | ERYTHROCIN STEARATE 250 mg | 100 | 12.28 | 11.67 | 36.16% | 7.45 |
| 6326-53 | ERYTHROMYCIN BASE 250 mg | 500 | 59.15 | 56.19 | 39.46% | 34.02 |
| 6326-13 | ERYTHROMYCIN BASE 250 mg | 100 | 12.45 | 11.83 | 40.74% | 7.01 |
| 6301-53 | ERYTHROMYCIN CAPS 250 mg | 500 | 105.25 | 99.99 | 41.34% | 58.65 |
| 6301-13 | ERYTHROMYCIN CAPS 250 mg | 100 | 21.70 | 20.62 | 41.37% | 12.09 |
| 6326-11 | ERYTHROMYCIN BASE 250mg | 10x10 | 16.45 | 16.45 | 44.86% | 9.07 |
| 6321-13 | ERY-TAB - 500 mg TABS | 100 | 35.79 | 34.00 | 48.06% | 17.66 |
| 6320-53 | ERY-TAB - 333 mg TABS | 500 | 148.25 | 140.84 | 56.91% | 60.69 |
| 6320-13 | ERY-TAB - 333 mg TABS | 100 | 31.21 | 29.65 | 57.81% | 12.51 |
| 7156-53 | ERYTHROMYCIN ETHYSUCCINATE | 200ML | 20.90 | 19.86 | 59.72% | 8.00 |
| 7156-43 | ERYTHROMYCIN ETHYSUCCINATE | 150ML | 15.90 | 15.11 | 60.29% | 6.00 |
| 7156-13 | ERYTHROMYCIN ETHYSUCCINATE | 100ML | 10.75 | 10.21 | 60.82% | 4.00 |
| 6304-53 | ERY-TAB - 250 mg TABS | 500 | 100.70 | 95.67 | 62.88% | 35.51 |
| 6304-13 | ERY-TAB - 250 mg TABS | 100 | 21.20 | 20.14 | 63.65% | 7.32 |
| | | | | 97.11 | | 514.88 |