# EXHIBIT 13

```
05/26/95 12:11:43    PLEASE DELIVER TO --->    206 223 8577              Page 001
```

Contains "highly confidential" information



**RED BOOK**
a publication of Medical Economics Company

Dear Manufacturer:

Increasingly, organizations are starting to look to wholesaler cost in addition to or in lieu of AWP as the basis for reimbursement. As a provider of comprehensive drug pricing information, Red Book has initiated efforts to procure Wholesale Acquisition Cost (WAC) for products on the Red Book Database.

*WAC on the Red Book Database refers to the manufacturer's quoted list price to wholesale distributors and does not reflect any deal terms or specialized contract pricing.*

Please be assured that WAC information will be distributed via electronic means only. We do not have plans to put WAC information in any of our Red Book print products.

We would appreciate you sending WAC pricing to us at your earliest convenience so that we may include them in your listing. If you have already forwarded the information to us, you may disregard this letter.

Should you have any questions, please do not hesitate to call one of the Red Book Data Analysts at (201) 358-2228.

Sincerely,

*Lola Nannas*

Lola Nannas
Red Book Database Supervisor

*[handwritten note:] M - This was sent generically to our [?]. Is this something you might want to see? J*

IMNX 012263

**HIGHLY CONFIDENTIAL**