# EXHIBIT 14

C O N F I D E N T I A L

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - -x

In re: PHARMACEUTICAL INDUSTRY AVERAGE

WHOLESALE PRICE LITIGATION

- - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:          MDL No. 1456

UNITED STATES OF AMERICA ex rel.   Civil Action

VEN-A-CARE OF THE FLORIDA KEYS,    No.01-12257-

INC., v. DEY, INC., et al., Civil  PBS

Action No. 05-11084-PBS; and UNITED

STATES OF AMERICA ex rel. VEN-A-CARE

OF THE FLORIDA KEYS, INC., v.

BOEHRINGER INGELHEIM CORP., et al.,

Civil Action No. 07-10248-PBS

- - - - - - - - - - - - - - - - - - -x

(Cross-noticed captions on following pages.)

                November 19, 2008

                9:10 a.m.

        Continued videotaped deposition of

Thomson PDR Inc., by KRISTEN MINNE

Page 399

1    A.  If wholesalers are packaging products
2  with their own NDC, yes.
3    Q.  Okay.
4        Now, turn to the next page.  And do you
5  see there's a reference to wholesale acquisition
6  costs (WAC) sector, and below that there's a
7  description?
8    A.  Yes.
9    Q.  And the description states, "Provides
10 manufacturer-quoted list prices to wholesale
11 distributors.  Alternatively referred to as 'net
12 wholesale' or 'list price' within the
13 pharmaceutical industry, this field may be used
14 in lieu of or in conjunction with AWP for product
15 comparisons and trend analysis."
16       Did I read that correctly?
17   A.  Yes, you did.
18   Q.  The next sentence reads, "This field
19 is not reflective of bids, rebates, volume
20 purchase agreements or other types of exclusive
21 contracts which may alter the price charged on an
22 account-specific basis."

Page 400

1        Did I read that correctly?
2    A.  Yes, you did.
3    Q.  This paragraph, is that consistent
4  with your understanding of WAC as published in
5  Red Book?
6    A.  Yes, it is.
7    Q.  Okay.
8        MR. GOBENA:  Mark this as the next
9  exhibit.
10       (Document bearing Bates No. Red Book
11 0000932 marked Exhibit Minne 082 for
12 identification.)
13   Q.  We've marked as Exhibit 82 a document
14 produced by Red Book as Bates number 0000932,
15 it's dated August 28th, 1996.  It appears to be a
16 letter to "Dear Manufacturer" from Ronnie Lane,
17 Red Book data analyst.
18       Have you seen this document before?
19   A.  No, I have not.
20   Q.  Okay.
21       Do you know who Ronnie Lane is?
22   A.  I did meet her once.  She was based in

Page 401

1  Montvale.
2    Q.  Okay.  Was she in the -- and she was a
3  data analyst, and you've just described what the
4  data analysts do; correct?
5    A.  Correct.
6    Q.  Is it your understanding that the data
7  analysts did the same thing before the department
8  moved to Montvale -- moved to Denver as they did
9  in Montvale?
10   A.  Yes.
11   Q.  Okay.
12       Now, if you'd look at the second
13 paragraph, that states, "WAC on the Red Book
14 database refers to the manufacturer's quoted list
15 price to wholesalers and does not reflect any
16 deal terms or specialized contract pricing."
17       Is that consistent with your
18 understanding of WAC in the Red Book?
19   A.  Yes, it is.
20       MR. SWEENEY:  That's all we have on
21 that.
22       MR. ANDERSON:  Tom, I don't think I

Page 402

1  received any Red Book MFR documents.
2        MS. ROSENSTOCK:  Those were -- those
3  are the manufacturers' files that were made
4  available to the various defendants and --
5        MR. ANDERSON:  Were they produced to
6  the plaintiffs?  I haven't seen that Bates label
7  prefix before.
8        MR. CAHILL:  There's been -- to my
9  understanding, there's been two productions of
10 Red Book manufacturer files.  I think initially
11 an effort led by the state of Wisconsin, Mr.
12 Archibald --
13       MR. ANDERSON:  I'm familiar with that.
14       MR. CAHILL:  -- went to Denver and
15 documents were selected for copying.
16       MR. ANDERSON:  Yes.
17       MR. CAHILL:  And I believe the
18 manufacturers subsequently copied all of the
19 manufacturer files, and I think that there are
20 separate prefixes for those two productions, but
21 I think that those are the two productions with
22 respect to the manufacturer files.