# EXHIBIT 17

Scully, Thomas A. - Vol. II        July 13, 2007
Washington, DC

Page 443

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - -x

IN RE: PHARMACEUTICAL    : MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE  : CIVIL ACTION

PRICE LITIGATION        : 01-CV-12257-PBS

THIS DOCUMENT RELATES TO   : U.S. ex rel.

Ven-a-Care of The Florida  : Judge Patti B. Saris

Keys, Inc.            :

    v.            :

Abbott Laboratories, Inc.,  : Chief Magistrate

No. 06-CV-11337-PBS     : Judge Marianne B.

- - - - - - - - - - - - - - -x Bowler


THOMAS A. SCULLY - VOLUME II

JULY 13, 2007

WASHINGTON, DC




(CAPTION CONTINUED)

15199ddc-fb97-46a6-9907-a9804764b3c3

Scully, Thomas A. - Vol. II                    July 13, 2007
                    Washington, DC

Page 492

1  the number was the actual average of the prices
2  at which that drug was sold to customers?
3      A.  Yeah, I think early on in this debate,
4  when I first got involved, in the early `90s,
5  people actually argued that's what they were
6  doing.
7      Q.  And who was that?
8      A.  Oh, I don't remember.  I mean, I've
9  been involved with this for years.  I'm saying
10 generally there were policy arguments.  When I
11 first got involved in this, in the early `90s,
12 AWP was what we actually pay, and an average of
13 our prices, and I just don't think -- in some
14 cases it may well have been, but in most cases,
15 it wasn't.
16         And obviously Medicare pays for
17 thousands of drugs, and the vast bulk of the
18 policy discussion was centered around
19 probably 25 or 30 high volume ones.  And in most
20 of those cases that's not what was happening.
21     Q.  And so you're saying that these were
22 manufacturers who were arguing that AWP was the

Page 493

1  average price?
2      A.  I don't remember the specifics.  I
3  remember I was involved for a long time,
4  including as a hospital guy.  And I would have
5  people argue and tell me I should go argue for
6  them, that this really is an average price, it's
7  a legitimate number.
8         So, I can't remember the details of
9  who.  I can just tell you that I was involved in
10 all angles of this policy argument for many
11 years.  And one of the reasons I got so fired up
12 about it is because I ran a big hospital
13 association and I saw the other side of it.
14         I don't blame anybody for doing what
15 they did.  The government created stupid
16 incentives.  But it was an insane policy.  And
17 so, understanding it from both sides, I was
18 determined to fix.
19     Q.  But, just so we're clear, you can't
20 name a single person who has ever used Average
21 Wholesale Price in that way, that is, to refer to
22 an actual mathematical average of prices?

Page 494

1         MR. GOBENA:  Objection to form.
2      A.  I can't recall a single person, but
3  those arguments were made, I'm confident of that.
4      Q.  On the other hand, virtually everybody
5  with whom you've spoken, refers to Average
6  Wholesale Price as the price that was published
7  in the Redbook; correct?
8         MR. GOBENA:  Objection to form.
9      A.  Yeah, the debate in the early `90s,
10 which I'm sure you're tying to get into, when we
11 were trying to figure out whether we should pay
12 95, or I think the first effort, back when Gayle
13 Wollenski was -- and I believe back when Gayle
14 Wollenski was running HCFA, again, this was a
15 long time ago, by the way, she cut it from 95
16 percent to 90 percent AWP or 85 percent, was that
17 AWP was, in fact, some, in some bulk way, an
18 accurate mechanism to reflect what somebody was
19 actually paying.  And whether it was 85 or 90 or
20 95 was a legitimate debate.
21         And my opinion the reality was that the
22 actual number was air, something somebody could

Page 495

1  make up.  So you could pick one percent and
2  people were just going to jack up the number and
3  do a lower percentage.
4         So was there a debate, at one point,
5  that AWP was a legitimate number?  I have no
6  doubt, 15 years ago, that was the case.  I think
7  as more and more people got into the weeds on
8  this they understood it was a generally made up
9  number.
10     Q.  And at the time when your opinion was
11 that it was, as you say, a made up number, full
12 of air, you were the senior person for healthcare
13 at the office of management and budget; is that
14 correct?
15     A.  And in the White House.
16     Q.  In the White House?
17     A.  Over the last year.
18     Q.  And you participated in this debate?
19     A.  It was a different debate, but yes.
20     Q.  That is, the debate about what the
21 regulations should reflect, in 1991, about what
22 Medicare should pay for Part B drugs; correct?

                        14  (Pages 492 to 495)

15199ddc-fb97-46a6-9907-a9804764b3c3

Scully, Thomas A. - Vol. II                        July 13, 2007
                      Washington, DC

Page 768

1  Medicare, you pointed out, it's Medicare plus the
2  beneficiaries copay included.
3      Q.  And then finally the median VA price
4  was 39 cents, and again, Medicare was paying
5  about 8.5 times more than that, for the same
6  drug, for a spread of about 850 percent; correct?
7      A.  Yes.
8          MR. GORTNER:  I have no further
9  questions. John, as always, I am going to reserve
10 my rights to re-depose Mr. Scully when our case,
11 the Roxane case, is entered. Hopefully I won't
12 have to, but I'm reserving all rights for that.
13         MR. NEAL:  Understood.  Mr. Haas, are
14 you prepared to proceed?
15
16         EXAMINATION BY COUNSEL FOR
17            BRISTOL-MYERS, SQUIBB
18 BY MR. EDWARDS:
19     Q.  Hi, Mr. Scully, I'm Steve Edwards,
20 Hogan and Hartson.  I represent Bristol-Myers
21 Squibb.
22     A.  Okay.

Page 769

1      Q.  Now, on the first day of your
2  deposition you testified that it was your
3  understanding that the manufacturers report AWPs
4  to the Redbook; do you recall that?
5      A.  Yes, generally, yes.
6      Q.  Okay.  And did you know that my client,
7  Bristol-Myers Squibb, has never reported AWPs to
8  the Redbook or any other publication?
9      A.  I did not know that.
10     Q.  Let me show you a document that has
11 been previously marked as Exhibit Luka 025 to the
12 Luka deposition?
13     A.  For the record, this is a communication
14 from Bristol-Myers Squibb, to Redbook, dated June
15 5th, 2003, relating to the drug Paraplatin, and
16 it bears the Bates stamp Redbook 06496, it was
17 produced by Redbook.
18         Now, this document communicates a list
19 price; is that correct?
20     A.  I'm assuming it does, yes.
21     Q.  Well, it says, has the name of the
22 drug, and then it has a list price; correct?

Page 770

1      A.  Yes.
2      Q.  Now, did CMS have any regulations
3  regarding the reporting of list prices by drug
4  manufacturers?
5      A.  I don't believe so.  I think the
6  instructions were the carriers to use common
7  compendia to figure out what those list prices
8  were.
9      Q.  And would you agree with me that a -- a
10 -- a list price, by definition, does not include
11 discounts?
12         MR. NEAL:  I'll object to the form. You
13 can answer.
14     A.  I would assume that a list price does
15 not include discounts.
16     Q.  Okay.  And, indeed, this document
17 states that the list prices for the products
18 listed herein may not reflect actual Bristol-
19 Myers Squibb sales prices, certain multi source
20 products are always sold at a lower special offer
21 price, or at lower special offer prices.
22         All products may be subject to

Page 771

1  negotiated discounts, rebates, and charge backs;
2  is that correct?
3      A.  Yes.
4      Q.  Now, in your view, did BMS do anything
5  wrong when it communicated this information to
6  Redbook?
7          MS. CONNOLLY:  Object to the form.
8          MR. NEAL:  Object to the form.
9      A.  I would assume that Redbook generally
10 gets their pricing through communications through
11 the companies.
12     Q.  And is there anything wrong with a
13 company like BMS communicating a list price to
14 Redbook?
15         MS. CONNOLLY:  Objection to form.
16     A.  My understanding is that's how they get
17 their pricing from the company.  So I would
18 assume it's a fairly common procedure.
19     Q.  Now, on the first day of your
20 deposition, you also talked about manufacturers
21 raising AWP to generate volume.
22         And at one point you cited Taxol and

83 (Pages 768 to 771)

15199ddc-fb97-46a6-9907-a9804764b3c3