# EXHIBIT 18

# ABBOTT LABORATORIES INC.
## MULTI SOURCE ERYTHROMYCINS
## WHOLESALER ACQUISITION COST
## EFFECTIVE JULY 1, 2003

The following Erythromycin prices shall be effective July 1, 2003 to Abbott Laboratories Inc, Pharmaceutical Products Division Wholesalers. Terms of 2% 90 net 91 DOI will apply to all single invoices over $500.00, for the below listed products. All prices are subject to change without notice. Please direct any questions you may have to PPD Pricing at (847) 937-6009.

| LIST # | PRODUCT | SIZE | LIST PRICE | WAC PRICE |
|---|---|---|---|---|
| 5729-13 | E.E.S. 400 FILMTAB | 100 | $19.57 | $18.59 |
| 5729-53 | E.E.S. 400 FILMTAB | 500 | $92.95 | $88.30 |
| 2589-13 | ERY ETHYLSUCCINATE TABS 400 mg | 100 | $19.57 | $18.59 |
| 2589-53 | ERY ETHYLSUCCINATE TABS 400 mg | 500 | $92.95 | $88.30 |
| 6369-02 | E.E.S. GRANULES | 100 mL | $7.06 | $6.71 |
| 6369-10 | E.E.S. GRANULES | 200 mL | $13.15 | $12.49 |
| 6306-13 | E.E.S. 200 LIQUID | 100 mL | $4.02 | $3.82 |
| 6306-16 | E.E.S. 200 LIQUID | Pint | $17.49 | $16.62 |
| 3747-16 | ERY ETHYLSUCCINATE LIQ. 200 mg | Pint | $17.49 | $16.62 |
| 6373-13 | E.E.S. 400 LIQUID | 100 mL | $7.22 | $6.86 |
| 6373-16 | E.E.S. 400 LIQUID | Pint | $32.57 | $30.94 |
| 3748-16 | ERY ETHYLSUCCINATE LIQ. 400 mg | Pint | $32.57 | $30.94 |
| 2698-02 | ERYDERM | 60mL | $14.71 | $13.98 |
| 6303-50 | ERYPED DROPS | 50mL | $5.77 | $5.48 |
| 6302-13 | ERYPED 200 | 100mL | $7.36 | $6.99 |
| 6302-53 | ERYPED 200 | 200mL | $13.70 | $13.02 |
| 6305-13 | ERYPED 400 | 100mL | $11.32 | $10.75 |
| 6305-53 | ERYPED 400 | 200mL | $21.07 | $20.02 |
| 6304-13 | ERY-TAB - 250 mg TABS | 100 | $21.20 | $20.14 |
| 6304-53 | ERY-TAB - 250 mg TABS | 500 | $100.70 | $95.67 |
| 6320-13 | ERY-TAB - 333 mg TABS | 100 | $31.21 | $29.65 |
| 6320-53 | ERY-TAB - 333 mg TABS | 500 | $148.25 | $140.84 |
| 6321-13 | ERY-TAB - 500 mg TABS | 100 | $35.79 | $34.00 |
| 6346-20 | ERYTHROCIN STEARATE 250 mg | 100 | $12.28 | $11.67 |
| 6346-53 | ERYTHROCIN STEARATE 250 mg | 500 | $58.35 | $55.43 |
| 6316-13 | ERYTHROCIN STEARATE 500 mg | 100 | $22.19 | $21.08 |
| 6326-13 | ERYTHROMYCIN BASE 250 mg | 100 | $12.45 | $11.83 |
| 6326-53 | ERYTHROMYCIN BASE 250 mg | 500 | $59.15 | $56.19 |
| 6227-13 | ERYTHROMYCIN BASE 500 mg | 100 | $22.86 | $21.72 |
| 6301-13 | ERYTHROMYCIN CAPS 250 mg | 100 | $21.70 | $20.62 |
| 6301-53 | ERYTHROMYCIN CAPS 250 mg | 500 | $105.25 | $99.99 |

Ross Pharmaceutical Products:

| LIST # | PRODUCT | SIZE | LIST PRICE | WAC PRICE |
|---|---|---|---|---|
| 7156-13 | ERYTHROMYCIN ETHYSUCCINATE | 100 mL | $10.75 | $10.21 |
| 7156-43 | ERYTHROMYCIN ETHYSUCCINATE | 150 mL | $15.90 | $15.11 |
| 7156-53 | ERYTHROMYCIN ETHYSUCCINATE | 200 mL | $20.90 | $19.86 |
| 8030-13 | PEDIAZOLE SUSPENSION | 100 mL | $14.95 | $14.20 |
| 8030-43 | PEDIAZOLE SUSPENSION | 150 mL | $22.21 | $21.10 |
| 8030-53 | PEDIAZOLE SUSPENSION | 200 mL | $29.16 | $27.70 |



EXHIBIT 16
Garvin