# EXHIBIT 21

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF ILLINOIS
                  EASTERN DIVISION


US ex re. VEN-A-CARE OF THE   )
FLORIDA KEYS, INC.,           )
                              )
          Plaintiffs,         )
                              )
     vs                       ) NO.
                              ) 07-CV-11618-PBS
ABBOTT LABORATORIES, INC.,    )
                              )
          Defendants.         )
                              ) MDSL No. 1456
                              ) No. 01-12257-PBS
                              )
```

The deposition of DONNA ARNOLD taken in the above-entitled cause before Denise A. Andras, a notary public within and for the County of Cook and State of Illinois, taken pursuant to the Federal Rules of Civil Procedure for the United States District Courts, at 77 West Wacker Drive, Chicago, Illinois, on the 18th day of December, A.D., 2008, scheduled to commence at 12:00 o'clock p.m.

Page 22

```
 1  compounded specific to the patient's needs, and
 2  there was multiple components to those bags that
 3  were being sent to the patients.
 4       Q.   I see.  And then the bag would in
 5  turn be administered to the patient via an IV?
 6       A.   Correct.
 7       Q.   And the entity that was compounding
 8  the drugs and placing those drugs in a given bag
 9  of solution was the Abbott Home Care Pharmacy?
10            MS. FUMERTON:  Objection, form.
11   BY THE WITNESS:
12       A.   In some cases, yes, but not always.
13  BY MR. ANDERSON:
14       Q.   Right.  In some instances you were
15  assisting these patients in receiving the drugs,
16  for instance the TPN, from a client of Abbott's?
17       A.   Correct.
18       Q.   Which was a home care pharmacy that
19  was working with Abbott in dispensing drugs?
20            MS. FUMERTON:  Objection, form.
21   BY THE WITNESS:
22       A.   Not necessarily working with Abbott.
23  They were a client of Abbott's, but the patient
24  was a client of theirs.
```

Page 23

```
 1
 2  BY MR. ANDERSON:
 3       Q.   And Abbott just offered some
 4  services to the pharmacy to assist them in
 5  dispensing and the drugs and what have you,
 6  correct?
 7            MS. FUMERTON:  Objection, form.
 8            THE WITNESS:  I'm sorry, could
 9       you --
10  BY MR. ANDERSON:
11       Q.   Yes, I'll make it a little broader.
12  Abbott was offering services to these client
13  pharmacies to assist them in their business of
14  serving these home care patients?
15       A.   That's correct.
16       Q.   Okay.  And some of those services
17  included reimbursement claims processing services?
18       A.   That's correct.
19       Q.   Okay.  Were you involved at all in
20  the reimbursement?
21       A.   No.
22       Q.   Okay.  Were you aware of terminology
23  utilized in the calculation of the amounts for
24  reimbursement?
```

Page 24

```
 1            MS. FUMERTON:  Objection, form.
 2            THE WITNESS:  I'm sorry, could you
 3       ask that again.
 4  BY MR. ANDERSON:
 5       Q.   Were you aware of pricing
 6  terminology that was utilized in calculating the
 7  amount of reimbursement?
 8            MS. FUMERTON:  Objection, form.
 9            THE WITNESS:  I don't -- I don't
10       know that I'm clear what terminology you
11       would be referencing.
12  BY MR. ANDERSON:
13       Q.   Okay, I'll ask you a more specific
14  question then.
15       A.   Okay.
16       Q.   You mentioned that at this time
17  period in '98 or so you became aware of AWP?
18       A.   Correct.
19       Q.   What did you understand that to be?
20       A.   I knew it was the acronym for
21  Average Wholesale Price.  I don't recall being
22  aware of anything more than that.
23       Q.   Did you have any understanding of
24  any meaning of AWP other than the words Average
```

Page 25

```
 1  Wholesale Price?
 2       A.   In the home care infusion area, I
 3  don't recall knowing anything more than that.
 4       Q.   What about when you were a managed
 5  care representative, did you have any
 6  understanding of the meaning of AWP?
 7            MS. FUMERTON:  Objection, form.
 8  BY THE WITNESS:
 9       A.   I don't recall knowing anything more
10  than that.
11  BY MR. ANDERSON:
12       Q.   Did you deal with AWP at all when
13  you were negotiating with case managers about the
14  prices of drugs?
15       A.   Yes, I do recall that.
16       Q.   In what way?
17       A.   I do recall in some cases case
18  managers would be specific as to how they would
19  pay for services, and it may include AWP with a
20  percentage, plus or minus of that AWP.
21       Q.   And was that mechanism of setting
22  reimbursement based on AWP utilized in calculating
23  reimbursement for Abbott drugs?
24            MS. FUMERTON:  Objection, form.
```

Page 26

```
 1  BY THE WITNESS:
 2      A.   That, I don't recall.
 3  BY MR. ANDERSON:
 4      Q.   You just recall generally it was
 5  used in calculating reimbursement for drugs?
 6           MS. FUMERTON:  Objection, form.
 7  BY THE WITNESS:
 8      A.   On occasion.
 9  BY MR. ANDERSON:
10      Q.   Do you have any reason to believe
11  that Abbott drugs were treated any differently
12  than other drugs?
13      A.   I have no reason to believe that,
14  no.
15      Q.   When you were dealing with the case
16  managers, how did you go about negotiating prices?
17           MS. FUMERTON:  Objection, form.
18  BY THE WITNESS:
19      A.   I would have a range that I would
20  work with, with which I would negotiate.
21  BY MR. ANDERSON:
22      Q.   Who was setting these ranges?
23           MS. FUMERTON:  Objection.  Could you
24      clarify what you are talking as far as
```

Page 27

```
 1      reimbursement?  Are we talking drug
 2      specific, therapy specific, other things?
 3           MR. ANDERSON:  Yes, I'll make it
 4      more specific, Tara.
 5  BY MR. ANDERSON:
 6      Q.   When you were a managed care
 7  representative, Ms. Arnold, and you were
 8  negotiating the reimbursement amounts for drugs
 9  with case managers, you said there were some
10  ranges, correct?
11      A.   The negotiating that I was having
12  with case managers were therapy specific, so they
13  typically were not drug specific.
14      Q.   They weren't down to the NDC level?
15      A.   The NDC would be inclusive within
16  the therapy, but typically not broken out.
17      Q.   I see.  The therapy, it would be
18  made clear which drugs or NDC numbers made up the
19  therapy, correct?
20      A.   Correct.
21      Q.   But the price of the therapy was
22  looked at as a whole as opposed to the individual
23  prices of each of the drugs that comprised the
24  therapy?
```

Page 28

```
 1      A.   Correct.
 2      Q.   Did you understand that the AWP's of
 3  the individual therapies were part of the
 4  calculation of the total price of the therapy?
 5      A.   I don't recall.
 6      Q.   Who were you reporting to when you
 7  were a managed care representative?
 8      A.   Originally Cathy Rittle.
 9      Q.   Do you know a woman by the name of
10  Lynn Leoni?
11      A.   I am familiar with Lynn, yes.
12      Q.   Was Lynn performing any duties in
13  the managed care department of Abbott home
14  infusion when you were?
15      A.   Not when I was a managed care
16  representative, no.
17      Q.   Did you understand that she had held
18  that type of job previously?
19      A.   I do understand that, yes.
20      Q.   Okay.  How long were you a managed
21  care representative, about a year?
22      A.   A year to two.
23      Q.   And then what job did you take?
24      A.   There was a short time period, it
```

Page 29

```
 1  was approximately three months that I filled in as
 2  a sales representative for some sales reps that
 3  were actually out on maternity leave.
 4      Q.   A sales rep for what department?
 5      A.   It was for the home infusion
 6  alternate site area.
 7      Q.   So for about three months in what
 8  year, 1999?
 9      A.   The end of 1999, beginning of 2000.
10      Q.   During those few months you were an
11  alternate site product sales representative; is
12  that correct?
13      A.   I did not sell product.  At that
14  point in time Abbott was actually decreasing their
15  activity in the home infusion area, and my role
16  was to visit those clients that -- and just to
17  make sure that there were no issues and that their
18  areas ran status quo.
19      Q.   I understand.  I think I'm with you
20  now.  In the late part of '99 or the early part of
21  2000 for about three months you were a sales rep
22  for alternate site home infusion services?
23      A.   Yes.
24      Q.   And you were calling on home
```