# EXHIBIT 22

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


US ex re. VEN-A-CARE OF THE    )
FLORIDA KEYS, INC.,            )
                               )
            Plaintiffs,        )
                               )
      vs                       ) NO.
                               ) 07-CV-11618-PBS
ABBOTT LABORATORIES, INC.,     )
                               )
            Defendants.        )
                               ) MDSL No. 1456
                               ) No. 01-12257-PBS
                               )


          The videotaped deposition of

PATRICIA KADISH taken in the above-entitled cause

before Denise A. Andras, a notary public within

and for the County of Cook and State of Illinois,

taken pursuant to the Federal Rules of Civil

Procedure for the United States District Courts,

at 77 West Wacker Drive, Chicago, Illinois, on the

18th day of December, A.D., 2008, scheduled to

commence at 9:00 o'clock a.m.


Fredericks Reporting & Litigation Services, LLC
AUSTIN  (512) 241-3600   -   HOUSTON  (713) 572-8897

9a99bf3c-2324-4c63-8e75-ce304b6f404a

Page 14

1 the bid formats that the different customers had?
2     A.    That is correct.
3     Q.    What types of prices were you
4 inputting?
5     A.    I don't recall.
6     Q.    At this point in 2001 were you
7 familiar with any price terms?
8         MS. FUMERTON:  Objection, form.
9 BY THE WITNESS:
10     A.    I know we had WAC.  That was one of
11 the prices that we had.  That was really the one
12 that I worked with.  I didn't work with any
13 others.
14 BY MR. ANDERSON:
15     Q.    How long were you involved in this
16 bid process?
17     A.    Until 2003.
18     Q.    Other than working on the bids, did
19 you have other primary job responsibilities from
20 '01 through '03?
21     A.    I did, but I don't recall exactly
22 what they were.
23     Q.    Okay.  Is it fair to say that your
24 primary job was working on the bids?

Page 15

1     A.    That is correct.
2     Q.    And that took up most of the hours
3 in the day?
4     A.    That is correct.
5     Q.    What was your understanding of what
6 was represented by WAC?
7     A.    WAC is a wholesale price.
8     Q.    A wholesale price from Abbott to
9 wholesalers?
10     A.    I never got involved with
11 wholesalers.  I really never got involved with the
12 pricing as far as who came in.  The bids would
13 come in, and the managers would tell us to input
14 from the sheet the WAC into the bids.  So that's
15 really all I had access to or did.
16     Q.    What manager was instructing you to
17 input the WAC prices?
18     A.    Debra DeYoung.
19     Q.    Were you doing this for the entire
20 PPD product line or only specific drugs within
21 PPD?
22     A.    No, the entire product line.
23     Q.    Including erythromycins?
24     A.    Correct.

Page 16

1     Q.    Were you familiar in 2001 through
2 2003 or even heard of a price known as base deal
3 or deal price?
4     A.    I heard of it, yes.
5     Q.    Did you use those prices at all in
6 completing the bids?
7     A.    No.
8     Q.    Did you have any understanding of
9 whether or not WAC prices were billed by Abbott to
10 wholesalers?
11     A.    No.
12     Q.    Did you understand what prices were
13 normally on the invoices between Abbott and
14 wholesalers for PPD drugs?
15     A.    No.
16     Q.    Now that you've thought about it
17 with respect to these customers of Abbott's that
18 you were working on the bids for, do you recall
19 any specific chain drug stores that you worked on?
20     A.    We did do bids for -- part of the
21 contracts included, yes, retail pharmacies.
22     Q.    I understand that.  I'm saying now
23 do you recall some of the specific companies like
24 for instance CVS or Walgreens or Wal-Mart or

Page 17

1 Rite-Aid, do you recall any particular account
2 that you worked on?
3     A.    No, I don't recall.
4     Q.    Do you recall any particular retail
5 buying groups that you worked on such as Serve
6 All?
7     A.    No, I don't recall.
8     Q.    None of the names are coming to you?
9     A.    No, it's been too long.
10     Q.    Well, it's not that long.  It's just
11 about, what, seven years ago at the most?
12     A.    Yeah.
13     Q.    All right.  Were you familiar at all
14 or had you heard of AWP when you were a pricing
15 analyst handling the bids?
16     A.    I did hear about it.
17     Q.    What was your understanding of that
18 term?
19     A.    It is average wholesale price.
20     Q.    Other than those words, did you have
21 any understanding of the meaning of the term?
22     A.    No, I did not.
23     Q.    Are you aware of any industry
24 definition of the term?

5 (Pages 14 to 17)

9a99bf3c-2324-4c63-8e75-ce304b6f404a

Page 18

```
 1      A.   No.
 2      Q.   Are you aware of any Abbott
 3  definition of the term?
 4      A.   No.
 5      Q.   Are you aware of any industry
 6  standard meaning of the term AWP?
 7      A.   No.
 8      Q.   How, if at all, did you use the
 9  AWP's in your job working on these bids?
10      A.   I didn't use it.
11      Q.   Did you input any AWP's --
12      A.   No.
13           MS. FUMERTON:  Just let him finish
14  his question.
15           MR. ANDERSON:  You caught yourself.
16           THE WITNESS:  Yes, I did.
17           MR. ANDERSON:  And, see, I told
18  you, you'll feel like you are in a
19  conversation and you will have to catch
20  yourself from time to time from time to
21  time.
22           THE WITNESS:  Okay.
23           MR. ANDERSON:  I'll rephrase my
24  question.
```

Page 19

```
 1           THE WITNESS:  Thank you.
 2  BY MR. ANDERSON:
 3      Q.   Did you input AWP prices in the bids
 4  that you were working on in 2001 through 2003?
 5      A.   No.
 6      Q.   Was AWP information on the bids?
 7      A.   Not to the my knowledge.
 8      Q.   How did you come across at least's
 9  an awareness of the term AWP?
10      A.   Our management informed us in a
11  training session.
12      Q.   What did they inform you about AWP?
13      A.   They told us that it was Average
14  Wholesale Price, and that it was a price that
15  Abbott did not set, and that we would -- to the
16  best of their knowledge, never have to use it in
17  our jobs.
18      Q.   Who was the we that you are
19  referring to there in the training?
20      A.   The employees at pricing, PPD
21  Pricing.
22           MS. FUMERTON:  Are these yesterday's
23      deposition exhibits?
24           MR. ANDERSON:  Yes, this is going to
```

Page 20

```
 1  be Garvin Exhibit 4.
 2  BY MR. ANDERSON:
 3      Q.   If you could, take a look at what
 4  was marked yesterday as Garvin Exhibit 4.  It's
 5  also been marked as DeYoung Exhibit 507.
 6           Do you agree that that looks to
 7  be printouts of slides to a Power Point
 8  presentation?
 9      A.   Yes, I do.
10      Q.   Does that Power Point presentation
11  look familiar to you?
12           MS. FUMERTON:  You need another
13      minute to keep going through it?
14           THE WITNESS:  Yes, please.
15           MR. ANDERSON: Sure, sure.
16  BY THE WITNESS:
17      A.   Yes, I believe this is a
18  presentation.
19  BY MR. ANDERSON:
20      Q.   And do you believe you were a member
21  of the audience when this presentation was made?
22      A.   Probably.
23      Q.   It's dated September 2001.  You
24  would have been in Pricing and Planning at that
```

Page 21

```
 1  point, correct?
 2      A.   That is correct.
 3      Q.   And you are actually shown holding
 4  the position of pricing analyst bids and quotes on
 5  the first page of Exhibit 4; you see that slide in
 6  the middle on the right-hand side?
 7           MS. FUMERTON:  Do you see where he
 8      is referring to?
 9           THE WITNESS:  No.
10           MS. FUMERTON:  I could barely see
11      it.  It's right here about half way down in
12      the -- that line (indicating).
13  BY THE WITNESS:
14      A.   Okay.  Yes.
15  BY MR. ANDERSON:
16      Q.   Looking at the definition of AWP on
17  the first page, which is that slide underneath the
18  one where you were shown?
19      A.   Correct.
20      Q.   It reads, "AWP, Average Wholesale
21  Price estimated at 125 percent of WAC by first
22  databank for most Abbott products.  Used as a
23  reimbursement reference for retail pharmacy."  Did
24  I read that correctly?
```

6 (Pages 18 to 21)

9a99bf3c-2324-4c63-8e75-ce304b6f404a