# EXHIBIT 23

**COMPANY NAME** Abbott Pharmaceuticals

**DATE** 07/13/2004

# AWP POLICY CORRESPONDENCE

Ready to file

PENGAD 800-631-6989
Gerzel
DEPOSITION EXHIBIT
10

**Confidential**

**Red Book 01409**

RED BOOK 01409 [D]

THOMSON MICROMEDEX
RED BOOK® Database Administration
6200 South Syracuse Way, Suite 300
Greenwood Village, CO 80111-4740
(303) 486-6796
(800) 724-9937 Toll Free
(303) 486-9297 Fax
www.mdx.Red Book data@thomson.com

07/13/2004

April Gerzel
Pricing Supervisor, Chargebacks/Membership Maintenance
Abbott Pharmaceuticals

This letter is in regards to our email conversations concerning AWP for (Abbott Pharmaceuticals)'s products, on (07/13/2004/6:26 A.M.). In the absence of a manufacturer provided AWP or a manufacturer calculated markup to establish an AWP, we will be implementing a 20 % markup above (WAC) to calculate AWP. We will not report a third party's determination of AWP for your products. As discussed in our conversation, this markup will apply to (all (Abbott Pharmaceuticals)'s products.). This is in accordance with our company policy for calculation of AWP.

Sincerely,

Traci Kellam

Traci Kellam
Red Book Industry Liaison

THOMSON
MICROMEDEX
RED BOOK® Database Administration
6200 S. Syracuse Way, Suite 300
Greenwood Village, CO 80111-4740
Tel (303) 486-6796 (800) 724-9937 Fax (303) 486-9297
www.mdx.Red_Book_Data@thomson.com

# Fax Cover Sheet

| | |
|---|---|
| From | Traci Kellam |
| Date | 07/13/2004 |
| Subject | Red Book AWP |

| | |
|---|---|
| To | April Gerzel/Abbott Pharma. |
| Fax | 847-937-1862 |
| Tel | 847-937-6009 |
| Pages | 2 including cover sheet |

Hi April,
Please see attached fax for Abbott Pharmaceuticals. Attached is the new Red Book AWP policy for the New Year. Please do not hesitate to contact me with any questions at, 800-724-9937 or direct # 303-486-6585.
Thanks, Traci

IMPORTANT/CONFIDENTIAL: This message contains information that may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately at the telephone number set forth above. CORP-20719 fax HC 4/02

TRANSACTION REPORT

JUL-13-2004 TUE 10:17 AM

FOR:

SEND(M)

| DATE | START | RECEIVER | PAGES | TIME | NOTE | M# |
|---|---|---|---|---|---|---|
| JUL-13 | 10:16 AM | 918479371862 | 2 | 36" | OK | 80 |

Confidential Red Book 01412

RED BOOK 01412

**Kellam, Traci**

**From:** Kellam, Traci
**Sent:** Tuesday, July 13, 2004 9:39 AM
**To:** 'april.gerzel@abbott.com'
**Subject:** RE: Red Book AWP

Hi April,
Due to your confirmation below that there has been no changes to the established AWP policy, I have just faxed you at, 847-937-1862, the new AWP policy for the New Year. Please do not hesitate to contact me with any questions.

Traci

-----Original Message-----
**From:** april.gerzel@abbott.com [mailto:april.gerzel@abbott.com]
**Sent:** Tuesday, July 13, 2004 6:26 AM
**To:** Kellam, Traci
**Cc:** Joe.Fiske@abbott.com
**Subject:** Re: Red Book AWP

Traci,

I believe it is important for me to clarify what occurred in April 2003. As you may be aware, in April 2003, Ms. Voeck wrote, "In the absence of a manufacturer provided AWP or a manufacturer calculated markup to establish an AWP, we will be implementing a 20 % markup above WAC to calculate AWP." Later in that same letter, Ms. Voeck wrote, "This is in accordance with our company policy for calculation of AWP." Of course, Abbott does not control how Red Book conducts its business, nor does Abbott provide AWP or a calculated markup to establish an AWP. Consequently, Abbott concluded that there was no need to respond to Ms. Voeck's April 2003 letter. Abbott trusts that Red Book will continue to conduct its own business as it sees fit and that it will get independent legal advice when Red Book deems it appropriate. Thank you for your attention to this matter.

Sincerely,
April Gerzel
Pricing Supervisor, Chargebacks/Membership Maintenance
PPD Pricing
(847) 937-6009
fax (847) 937-1862
April.Gerzel@abbott.com

This message, including any attachments, is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this communication(s) is expressly prohibited.
If you are not the intended recipient, please contact the sender by reply email and destroy any and all copies of the original message.
Thank you.

"Kellam, Traci" <Traci.Kellam@thomson.com>

07/08/2004 02:50 PM

To: "april.gerzel@abbott.com" <april.gerzel@abbott.com>
cc:
Subject: Red Book AWP

Hi April,
We here at the Red Book had established an AWP policy with you on 04/16/2003. Since this has been over a year we need to verify that the AWP policy that we had established of AWP = WAC + 20%-per Red Book AWP policy, due to Abbott Pharmaceuticals no longer supplying an AWP is still in effect. Would you please verify this or make any changes at this time, I need to do some price updates on your Depakene and Tarka products.

Thanks, Traci

Traci Kellam
Red Book Administration
Thomson MICROMEDEX
303-486-6585
303-486-9297 (fax)
traci.kellam@thomson.com
mdx.Red_Book_Data@thomson.com

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

THOMSON
MICROMEDEX

# ABBOTT PHARMACEUTICAL

## Company Pricing/Markup History 1/1/1995 - 7/13/2004

| Company | Add Date | User | Note Type | Note Detail |
|---|---|---|---|---|
| ABBOTT PHARMACEUTICAL | | | | |
| | 7/13/2004 | tkellam | MKP | Confirmed through email with April Gerzel that there are no changes to the established AWP policy, For the New Year, continue using, AWP = WAC + 20%- per RB company policy. Email confirmation is filed with Log # 9696 |
| | 4/16/2003 | kvoeck | MKP | 4/9/2003 Rec confirmation of fax sent to Abbott: April Gerzel that RB would add 20% to WAC to obtain AWP, on all Abbott Pharmaceutical Products.kv |
| | 3/5/2003 | llovato | MKP | effective 3/3/03 price list from abbot did a 25% markup from previous notes Cartrol,Cecon,Cefol, Colchicine,dayalets,dical-d,enduronyl,fero-folic,fero-grad,hytrin,iberet,k-tabs,mavik,meridia,optilets,pcs,pediaflor,rythmol,surbex,vidaу,vi-daylin, |
| | 10/3/2002 | llovato | MKP | effective 10/3/02 biaxin,cartrol ft, cecon,cefol,colchicine,cylert,dayalets,dical-d,enduron,endoronyl,enduronyl |
| | 8/20/2002 | lane | MKP | AWP = WAC + 25% (previously provided) LIST/TRADE PRICE = DIRECT PRICE WAC =CASE/ WHOLESALE PRICE per Tina use date of e:mail for effective date of deacts |