# EXHIBIT 38



## MARYLAND MEDICAL ASSISTANCE PROGRAMS
### Medical Care Policy Administration
### Pharmacy Services

Date:   Sep 22, 1998

To:     Medicaid Pharmacy Administrator

From:   Tuong Nguyen, P.D., Medical Care Policy Pharmacist

Subject: Medicaid State Maximum Allowable Cost (MAC) fo Generic Drugs

Maryland is currently looking into methods of setting State Maximum Allowance Costs on generic drugs.

1. Does your Medicaid Program set state-specific cost reimbursement limits (State MAC) on generic drugs other than the Federal Upper Limits? Yes ✓ No____
2. If yes, what formula do you use to set your State MAC?_____
3. Do you use an outside vendor? If so, name of vendor_____
4. How often are your MAC prices updated?_____
5. Do you limit your State MAC to a certain number of drugs only, ie. top 200, or 500 drugs or do you set it for all multiple source drugs?_____
6. Do you exclude the injectables from the State MAC or does your State MAC apply to all multiple source drugs regardless of dosage forms?
   Injectables excluded_____   For all generic drugs_____
7. Do you set State MAC for generics regardless of the Orange Book ratings? Yes____ No____
8. Are you linked to a Windows-based decision support system to access, analyze, and compare drug/drug price information such as ReadyPrice from Red Book Database Services, or Price Check PC (from MediSpan)? Yes___ No___ If yes, which support system do you subscribe to _____ What are your annual subscription cost?_____
9. Do you base your State MAC on any of these sources of drug price information: Wholesalers'microfiches___ Providers' actual invoices___ Published compendia (list)_____
   _____Other___Specify_____
10. Do you ascertain availability of the product from the wholesalers or principal sources of supply within/outside the State before setting a State MAC on the generic drug? Yes___ No___

Please fax your response to Tuong Nguyen (410)333-5185 by September 30, 1998. Thank you for your assistance. Your input is greatly appreciated.

STATE_____   NAME/TITLE_____
PHONE#_____   FAX#_____

MD0012980