# EXHIBIT 44

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

In Re: PHARMACEUTICAL INDUSTRY     )

AVERAGE WHOLESALE PRICE LITIGATION )

---------------------------------X MDL No. 1456

THIS DOCUMENT RELATES TO:          ) Master File No.

United States of America ex rel.   ) 01-CV-12257-PBS

Ven-A-Care of the Florida Keys,    )

Inc., et al. v. Dey, Inc., et al., )

Civil Action No. 05-11084-PBS,     ) Hon. Patti B.

and United States of America ex    ) Saris

rel. Ven-A-Care of the Florida     )

Keys, Inc., et al. v. Boehringer   )

Ingelheim Corp., et al., Civil     )

Action No. 07-10248-PBS            )

---------------------------------X

VIDEOTAPED DEPOSITION OF THE NORTH DAKOTA DEPARTMENT

OF HUMAN SERVICES-MEDICAID DIVISION by BRENDAN JOYCE

     DATE:           Friday, December 12, 2008

     PLACE:          Bismarck, North Dakota

     REPORTED BY:    Deanna L. Sager, R.P.R.

Page 74

1  formula was changed.
2     A. Yes.
3     Q. And did North Dakota consider the
4  adequacy of reimbursement when it made those
5  changes?
6     A. The changes that we made with the, for
7  instance, the MAC pricing, we used the private
8  sector MAC pricing. So any evaluation of
9  adequacy was solely based on the fact that this
10 is what they get paid by Blue Cross Blue Shield
11 of North Dakota which accounts for 80 percent of
12 the claims in the state. Therefore, we assume it
13 must be accurate. Or adequate. Because we were
14 then paying the exact rates as Blue Cross Blue
15 Shield of North Dakota.
16    Q. So North Dakota Medicaid did not
17 consider the acquisition cost of pharmaceuticals
18 in determining the adequacy of reimbursement.
19       MS. THOMAS: Objection. Form.
20    A. The acquisition cost?
21    Q. The -- a pharmacy's cost to acquire
22 drugs -- I'll restart.

Page 75

1        During your tenure as the Administrator
2  of Pharmacy Services with North Dakota Department
3  of Human Services, North Dakota Medicaid did not
4  consider pharmacies' cost to acquire prescription
5  drugs in setting its reimbursement formula. Is
6  that accurate?
7        MS. THOMAS: Objection.
8     A. We didn't have access to the
9  acquisition costs.
10    Q. And during --
11    A. Therefore, we couldn't use those in
12 determinations.
13    Q. And during your time as the
14 Administrator of Pharmacy Services for the
15 department, North Dakota Medicaid did not seek to
16 conduct a survey of pharmacies' acquisition costs
17 in setting its reimbursement formula, correct?
18    A. I'm trying to remember if we -- I'm not
19 aware of any survey that was done to determine
20 acquisition cost.
21    Q. And during your time as the
22 Administrator of Pharmacy Services for the

Page 76

1  department North Dakota Medicaid did not seek
2  records from pharmacies regarding their
3  acquisition costs when evaluating changes to the
4  reimbursement formula, correct?
5     A. Not that I'm aware of.
6       MR. MALONEY: Why don't we take a
7  break.
8       THE VIDEOGRAPHER: We are now going off
9  the record.
10       (Whereupon, a break was taken from
11 10:42 a.m. to 10:44 a.m.)
12       THE VIDEOGRAPHER: We are now back on
13 the record.
14    Q. (Mr. Maloney continuing) All right.
15 I'd like to talk a little more about the
16 reimbursement formula used by North Dakota to pay
17 claims for prescription drugs. Generally the
18 formula has been a lesser of formula, correct?
19    A. Yes.
20    Q. And the formula pays the lesser of
21 certain rates so that it pays the lowest of those
22 possible reimbursement rates, correct?

Page 77

1     A. Yes.
2     Q. And as we discussed earlier, when North
3  Dakota changed its reimbursement formula it would
4  submit a -- actually let me restart.
5        When North Dakota Medicaid changed its
6  reimbursement formula it would submit a state
7  plan amendment to CMS for approval, correct?
8     A. Yes.
9     Q. And upon approval of a state plan
10 amendment, North Dakota would then revise any
11 provider manuals or other documents that reflect
12 its current reimbursement formula, correct?
13       MS. THOMAS: Objection. Form.
14    A. Mostly, correct. As we can submit the
15 state plan amendment any time in the quarter in
16 which the change has happened. So
17 chronologically they don't necessarily happen in
18 that exact order.
19    Q. Okay. But once -- but North Dakota
20 Medicaid does update its provider manuals and/or
21 other documentation to reflect the reimbursement
22 formula that's currently in effect, correct?

20 (Pages 74 to 77)

Page 94

1    A.  Over-the-counter.
2    Q.  And a legend drug is a prescription
3  drug, correct?
4    A.  Correct.
5    Q.  So this sentence indicates that the
6  dispensing fee for legend drugs is $4.60 at this
7  time, correct?
8    A.  Yes.
9    Q.  Do you know that the dispensing fee at
10 that time was, in fact, $4.60 for legend drugs?
11   A.  Yes.
12   Q.  Can you take a look at the third
13 paragraph under item 13?  This states that,
14 "Estimated acquisition cost will be this agency's
15 best estimate of the price generally and
16 currently paid by providers for a drug marketed
17 or sold by a particular manufacturer or labeler,"
18 correct?
19   A.  Yes.
20   Q.  Do you know if North Dakota Medicaid
21 ever conducted a survey to estimate the price
22 generally and currently paid by providers for a

Page 95

1  drug marketed or sold by a particular
2  manufacturer or labeler?
3    A.  As mentioned before, I'm not aware of
4  any.
5    Q.  Okay.  And you're also not aware of any
6  requests by North Dakota Medicaid to pharmacies
7  to produce invoices or other records that would
8  show the prices they paid by -- for drugs
9  marketed or sold by any particular manufacturer
10 or labeler?
11       MS. THOMAS:  Objection.  Form.
12   A.  As mentioned before, no.
13   Q.  And this reimbursement formula also
14 provides for an additional fee of 15 cents per
15 pill to be added to the dispensing fee for the
16 service of pill splitting, correct?
17   A.  Correct.
18   Q.  What is pill splitting?
19   A.  When a dose can be achieved by
20 splitting a higher strength tablet.
21   Q.  And that's performed by the pharmacist,
22 correct?

Page 96

1    A.  Yes.
2    Q.  Can you take a look at the next page
3  which is identified as Transmittal No. 02-022.
4  Now this version of this page of the North Dakota
5  state plan superseded the page that was
6  identified as Transmittal No. 02-013, correct?
7    A.  Correct.
8    Q.  And the language for the reimbursement
9  formula as set out in item 13 has changed again,
10 correct?
11   A.  Correct.
12   Q.  And the reimbursement formula is still
13 a lower of formula, but now it pays the lower of
14 the provider's usual and customary charge, the
15 ingredient cost, which is generic upper payment
16 limit or estimated acquisition cost plus a
17 reasonable dispensing fee, or North Dakota
18 Medicaid's established maximum allowable cost for
19 that drug, correct?
20   A.  Correct.
21   Q.  And what is the established maximum
22 allowable cost?

Page 97

1    A.  Whatever we chose.
2    Q.  That's a price set by North Dakota
3  Medicaid for a drug?
4    A.  When it did not involve a vendor for
5  that service, correct.  Or actually even when it
6  did involve a vendor we also had the option of
7  still setting our own price.
8    Q.  And by a vendor you mean a contractor
9  who will determine a MAC price for the
10 department?
11   A.  Correct.
12   Q.  And at what times did the department
13 use a vendor to set MAC prices?
14   A.  I'm not -- I can't state the exact time
15 frame specifically.
16   Q.  But there were certain times where the
17 department set MAC prices itself and other times
18 where it used a vendor?
19   A.  The MAC program started with just the
20 department setting prices ourselves.
21   Q.  Okay.
22   A.  And then we completed the RFP and had a

25 (Pages 94 to 97)

Page 98

1  vendor come in to augment it, make it easier.
2     Q. Okay. And how did the department set
3  MAC prices when the department was in charge of
4  setting those prices?
5     A. Called pharmacies and asked them what
6  their prices, actual acquisition costs were. And
7  then chose a price to allow comparable
8  reimbursement to brands where AWPs were not
9  inflated.
10    Q. What brand drugs would that be?
11    A. Most brand drugs AWPs were appropriate.
12 The MACs are typically for generics.
13    Q. Okay.
14    A. And the generic AWPs were inflated and
15 not rational or relative to any actual
16 acquisition cost. So we contacted the pharmacies
17 to determine what the actual acquisition cost was
18 for the product. For instance, Prozac, when
19 Prozac came on the market generically.
20    Q. Um-hum.
21    A. The AWP for the product was still at
22 $4, or something along those lines. Whereas, the

Page 99

1  actual cost to the pharmacy was 20 cents. We
2  found that out from the pharmacies and set the
3  reimbursement to where they would make the same
4  gross margin on a generic product as they do on
5  the brand products.
6       THE VIDEOGRAPHER: Can we just take a
7  quick break?
8       MR. MALONEY: Sure.
9       THE VIDEOGRAPHER: We are now going off
10 the record.
11      (Whereupon, a break was taken from
12 11:13 a.m. to 11:20 a.m.)
13      THE VIDEOGRAPHER: We are now back on
14 the record.
15    Q. (Mr. Maloney continuing) Okay. I'd
16 like to talk a little bit more about MAC prices.
17 Now did North Dakota Medicaid's MAC prices apply
18 only to generic drugs?
19    A. No.
20    Q. What other types of drugs did they
21 apply to?
22    A. Any products where the AWP was

Page 100

1  inflated.
2     Q. And what products would those be?
3     A. They include products like
4  immunoglobulin and hemophilia factors.
5     Q. And are those generic products or brand
6  products?
7     A. Brand products.
8     Q. Now you mentioned that you give an
9  example of Prozac where after Prozac came out
10 generically the use of the AWP stayed the same.
11 Is that accurate?
12    A. No.
13      MS. THOMAS: Objection. Form.
14    Q. Okay. What did you state?
15    A. Stated the AWPs were not reflective of
16 any actual acquisition costs or charges to the
17 pharmacies.
18    Q. Okay. Did the AWPs change after Prozac
19 came out generically?
20    A. The generics --
21      MS. THOMAS: Objection. Form.
22    A. The generics were new drugs. They

Page 101

1  didn't have any baseline for their AWP.
2     Q. Okay. And North Dakota Medicaid
3  contacted pharmacies to determine those
4  pharmacies' actual acquisition costs for the
5  generic forms of the drug?
6     A. To confirm what the suspected
7  acquisition cost was.
8     Q. And how did you come to a suspected
9  acquisition cost?
10    A. Discussions with other pharmacists and
11 other pharmacy administrators throughout the
12 United States.
13    Q. And what pharmacists did you talk to to
14 develop a suspected acquisition cost?
15    A. It varied from just whenever somebody
16 said that they knew a price of a product that
17 pharmacies were actually paying.
18    Q. And based on that knowledge of a
19 suspected acquisition cost, North Dakota Medicaid
20 contacted North Dakota pharmacies to determine
21 their -- to confirm their acquisition costs,
22 correct?

26 (Pages 98 to 101)

Page 106

1  a MAC price North Dakota Medicaid took steps to
2  make sure that pharmacies would earn the same
3  profit they would have earned on the equivalent
4  brand drug?
5     A.  No.
6     Q.  And --
7     A.  And the question one more time, though.
8     Q.  I -- North Dakota Medicaid -- when
9  North Dakota Medicaid set MAC prices it took
10 steps to make sure pharmacies would earn the same
11 profit that they would have on an equivalent
12 brand drug?
13        MS. THOMAS:  Objection.  Form.
14    A.  It's, unfortunately, too simplistic of
15 a....
16    Q.  Okay.  I think you mentioned earlier
17 that MAC -- the setting of MAC prices involved
18 consideration of the gross margin that a pharmacy
19 could earn on a brand product.  Is that accurate?
20    A.  Yes.
21    Q.  Could you explain that a little
22 further?

Page 107

1     A.  Well, let's say that a pharmacy earned
2  on average, for the brand products where the AWP
3  was not inflated, earned an average $12 per
4  prescription.
5     Q.  Okay.
6     A.  Then we would try to do the same on the
7  generic side as a whole.
8     Q.  Okay.
9     A.  To where if we could determine the
10 actual acquisition cost of the product then we
11 could determine how we could get them to make
12 that average of what they had been making on the
13 brand side.
14    Q.  And does that average profit that was
15 considered in setting MAC prices include the
16 dispensing fee?
17    A.  Yes.
18    Q.  And did it also include any copayments
19 that applied?
20    A.  No.  You need to make sure how you
21 mean.  Copayments are a part of the total.  So if
22 the AWP minus ten plus dispensing fee, you take

Page 108

1  that total dollar amount, say it's 100, then it's
2  $97 paid to the pharmacy and a $3 copay by the
3  patient.
4     Q.  Okay.
5     A.  For a total of 100.  So it's not in
6  addition -- copays aren't in addition to, they
7  are part of that formula.
8     Q.  Okay.  Are MAC prices set for
9  individual drugs?
10    A.  Yes.
11    Q.  Are you familiar with the term NDC?
12    A.  Yes.
13    Q.  What does NDC stand for?
14    A.  National Drug Code.
15    Q.  And is it your understanding that each
16 individual drug has its own NDC?
17        MS. THOMAS:  Objection.  Form.
18    A.  Each individual package has its own
19 NDC.
20    Q.  Okay.  So are North Dakota Medicaid MAC
21 prices set by NDC?
22    A.  No.  Not all of them.

Page 109

1     Q.  Are some of them set --
2     A.  Some specific ones are.
3     Q.  Okay.  And for the drugs that are not
4  set for specific NDCs, how are they set for a
5  drug?
6     A.  They are set by the generic drug code.
7  Or generic -- GCN, generic code number.
8     Q.  Okay.  Is that a number provided by
9  First DataBank?
10    A.  Yes.  And it can also include package
11 size.
12    Q.  Okay.  What does a GCN indicate?
13    A.  It indicates all -- or it identifies --
14 it's an indicator on a field on a drug within the
15 First DataBank drug file, and it'll be that same
16 number for all drugs for that product strength
17 and form.  So all the tablets that are 10
18 milligrams would have the same GCN.  Where they
19 could have 100 different NDCs.
20    Q.  Okay.  Now MAC prices -- North Dakota's
21 MAC prices were lower than AWPs, correct?
22        MS. THOMAS:  Objection.  Form.

Page 110

1    A.  I didn't ever do a direct comparison.
2  But I -- it would be a fairly good assumption to
3  make, but I never actually confirmed it.
4    Q.  But it was the intent of the MAC
5  program to pay reimbursement that would be lower
6  than AWP, correct?
7    A.  The intent was to better estimate the
8  acquisition costs.  Whereas, AWP was not
9  providing that for the products that are subject
10 to a MAC.
11   Q.  And North Dakota Medicaid's
12 understanding was that AWP was higher than the
13 MAC prices, correct?
14   A.  Higher than the MAC prices?
15   Q.  Right.  Well, North Dakota Medicaid's
16 understanding was that the AWPs for drugs on the
17 MAC price list would be higher than the
18 equivalent -- the prices for the same drug on the
19 list.
20       MS. THOMAS:  Objection.  Form.
21   A.  I think instead of MAC you probably
22 mean estimated acquisition -- or acquisition

Page 111

1  costs.  Because the MACs didn't exist before the
2  AWPs so....  When we implemented the MACs it was
3  to pay outside of the AWP formula.
4    Q.  Okay.  But the formula -- Medicaid --
5  North Dakota Medicaid's reimbursement formula
6  still contained AWP as one basis for
7  reimbursement, correct?
8    A.  Yes.
9    Q.  And to the extent North Dakota Medicaid
10 paid based on a MAC price, that price was lower
11 than an AWP, correct?
12       MS. THOMAS:  Objection.  Form.
13   A.  Pursuant to the lesser of --
14       THE COURT REPORTER:  I'm sorry.
15 Repeat, please.
16   A.  Pursuant to the lesser of algorithm for
17 the pricing.  If we ever paid off the MAC
18 pricing.
19   Q.  Right.
20   A.  By definition it is less than AWP minus
21 ten.
22   Q.  Okay.  So the implementation of the MAC

Page 112

1  price represented a decrease in reimbursement to
2  pharmacies for those drugs that were paid based
3  on MAC prices, correct?
4    A.  Yes.
5        MR. MALONEY:  I think we're at 712?
6        THE COURT REPORTER:  Yes.
7            (Whereupon, Exhibit Dey 712 was
8  marked for identification by the court reporter.)
9    Q.  (Mr. Maloney continuing)  I'm going to
10 hand you what has been marked as Dey Exhibit 712.
11 Please take a minute to look at this document and
12 let me know when you're ready.
13   A.  I'm ready.
14   Q.  Do you recognize this document?
15   A.  Yes.
16   Q.  What is it?
17   A.  It's a memorandum sent out by the
18 department to pharmacy providers.
19   Q.  Is this a memorandum that you authored?
20   A.  Yes.
21   Q.  Just for the record, this is a memo
22 dated March 13th, 2003 from Brendan Joyce to all

Page 113

1  pharmacies participating in the North Dakota
2  Medicaid Program.  And this memo discusses the
3  state MAC, correct?
4    A.  Yes.
5    Q.  And there's a section here on the first
6  page that says, "After working with the North
7  Dakota Pharmaceutical Association, the Department
8  of Human Services fully implemented the same MAC
9  list as used by BCBS of ND for legend drugs."  Do
10 you see that?
11   A.  Yes.
12   Q.  Did North Dakota Medicaid obtain a MAC
13 list from Blue Cross Blue Shield to use as its
14 first MAC list?
15   A.  This indicates when we started working
16 with Prime Therapeutics who does the MAC list for
17 Blue Cross Blue Shield.  We did not receive the
18 MAC list from Blue Cross Blue Shield.
19   Q.  Do you know that it was the same MAC
20 list used by Blue Cross Blue Shield?
21   A.  That is what the vendor told us.
22   Q.  So the MAC program was implemented --

29 (Pages 110 to 113)

Page 126

1  as the payer that accounted for 80 percent of
2  North Dakota pharmacy activity.
3      Q.  Okay.
4      A.  Which is Blue Cross Blue Shield of
5  North Dakota which was paying AWP minus ten.
6      Q.  Okay.  You can set that aside.  Do you
7  know when Blue Cross Blue Shield of North Dakota
8  first implemented a MAC list?
9      A.  No.
10     Q.  When did you first learn that Blue
11 Cross Blue Shield of North Dakota had a MAC list?
12     A.  I honestly am not sure.
13     Q.  Okay.  You mentioned earlier that some
14 MAC prices are assigned to specific NDCs and
15 other MAC prices are assigned to GCNs, correct?
16     A.  And as well as a combination of package
17 sizes.
18     Q.  Okay.  Now a MAC price assigned to a
19 GCN would apply to any drug that has the same
20 GCN, correct?
21     A.  Correct.
22     Q.  And to the extent North Dakota Medicaid

Page 127

1  paid reimbursement based on MAC, it would not be
2  relying on AWP, correct?
3          MS. THOMAS:  Objection.  Form.
4      A.  The calculation of the MAC on the
5  vendor side may have been based on AWP.  I'm not
6  sure.
7      Q.  Do you have any knowledge as to how the
8  vendor calculates MAC prices for North Dakota
9  Medicaid?
10     A.  Prime Therapeutics?  No.
11     Q.  Does anyone at North Dakota know how
12 Prime Therapeutics calculates MAC prices for
13 North Dakota Medicaid?
14         MR. BAHR:  When you say North Dakota
15 you mean the state of --
16         MR. MALONEY:  I'm sorry.
17         MR. BAHR:  -- North Dakota Medicaid, or
18 do you mean anyone in the state of North Dakota?
19     Q.  (Mr. Maloney continuing)  Let me
20 rephrase.  Does anybody at the North Dakota
21 Department of Human Services know how Prime
22 Therapeutics calculates MAC prices for North

Page 128

1  Dakota Medicaid?
2      A.  At the time when they were doing it,
3  right?  They're not our current vendor.
4      Q.  Okay.  At the time Prime Therapeutics
5  was the vendor for North Dakota Department of
6  Human Services, did anyone at the department know
7  how Prime Therapeutics set MAC prices?
8      A.  No.  It was proprietary.
9      Q.  And who is the current vendor for MAC
10 prices?
11     A.  It's a independent contractor, Chad
12 Jones.
13     Q.  And was there any other vendor that the
14 department used to set MAC prices?
15     A.  No.  Oh, I'm sorry.  You're talking
16 about there's no vendor that we've hired --
17     Q.  Right.
18     A.  -- by any means.  There's still phone
19 calls once in a while between me and some
20 pharmacists to see what they're really paying.
21     Q.  Okay.  And do you know how Chad Jones
22 sets MAC prices for the department?

Page 129

1      A.  He evaluates actual acquisition costs
2  from surveys that -- wholesalers that he's -- has
3  contacts with.  So he contacts wholesalers to get
4  the actual acquisition costs of products.
5  Compares his MAC pricing to other MAC price lists
6  that are out there and available.  And he tries
7  to set the MACs at a rate that will encourage
8  generic utilization, yet -- and also give
9  appropriate adequate reimbursement based on the
10 formula, the rest of the reimbursement formula
11 with the state.
12     Q.  During the time North Dakota Medicaid
13 set its own MAC prices it did not rely on AWP to
14 set those prices, correct?
15     A.  We still set some of our own MAC
16 prices.  So --
17     Q.  Okay.
18     A.  We do -- we have not -- never have and
19 never will care what the AWP is.  In the setting
20 of those MACs.
21     Q.  Okay.  Can you take a look at Dey
22 Exhibit 711 again, the state plan?

33 (Pages 126 to 129)