# EXHIBIT 57

**DRAFT**

State of: **MINNESOTA**
Medicaid Pharmacy Reimbursement Methodology

| Effective Time Period | Legend/Prescription Drugs "Lower of" Reimbursement Methodology[10] | | | | | Estimated Acquisition Cost (EAC)[2] | | Physician Overide (DAW, Brand Medically Necessary) | Dispensing Fee[3] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Usual and Customary | FUL | EAC | SMAC | DOJ Pricing | Brand/Generic | DOJ Pricing | | Brand/Generic | Intravenous Drugs w/Mixing | Parenteral Nutrition w/Mixing 1 Liter Qty | >1 Liter Qty |
| 1/1/1990 - 7/31/1991 | Y | Y | Y | Y[9] | | AWP - 10% | | Y | $4.10 | | | |
| 8/1/1991 - 12/31/1994 | Y | Y | Y | Y | | AWP - 10% | | Y | $4.10 [1] | 8.00 | 30.00 | 44.00 |
| 1/1/1994 - 6/30/1995 | Y | Y | Y | Y | | AWP - 7.6% | | Y | $4.10 [1] | 8.00 | 30.00 | 44.00 |
| 7/1/1995 - 6/30/1997 | Y | Y | Y | Y | | AWP - 9% | | Y | $4.10 [1] | 8.00 | 30.00 | 44.00 |
| 7/1/1997 - 2/28/2003 | Y | Y | Y | Y | | AWP - 9% | | Y | $3.65 [1] | 8.00 | 30.00 | 44.00 |
| 3/1/2003 - 6/29/2003 | Y | Y | Y | Y | | AWP - 14% | AWP[4] | Y | $3.65 [1] | $8.00 [12] | 30.00 | 44.00 |
| 7/1/2003 - 7/31/2005 | Y[5] | Y | Y | Y | | AWP - 11.5% | AWP[4] | Y[5,6] | $3.65 [1] | $8.00 [12] | 30.00 | 44.00 |
| 8/1/2005 - Present | Y[5] | Y | Y | Y | | AWP - 12% | N/A | Y[5,6] | $3.65 [1] | $8.00 [12] | 30.00 | 44.00 |

  Data taken from Medicaid State Plan Amendments

 Data taken from the Pharmaceutical Benefits Survey published by the National Pharmaceutical Council

 Revisions made at direction of Jarvis Jackson, Staff Pharmacist, 5/5/08, 5/19/08.

[1] Per TN #91-21, effective 08/01/1991, an additional $.30 dispensing fee allowed for legend drug prescriptions dispensed using a pharmacy packaging unit-dose blister card system.

[2] The prescribed drug must be a drug or compounded prescription that is made by a manufacturer that has a rebate with the Health Care Financing Admininstration (HCFA) and included in the Minnesota Department of Human Services formulary.  The formulary is established in accordance with Section 1927 of the Social Security Act.

[3] Per TN 91-21, effective 08/01/1991:  A prescribed drug must be dispensed in the quantity specified on the prescription unless the pharmacy is using unit dose dispensing or the specified quantity is not available in the pharmacy when the prescription is dispensed.  Only one dispensing fee is allowed for dispensing the quantity specified.  Except as provided in item (6), the dispensing fee billed by or paid to a particular pharmacy or dispensing physician for a maintenance drug for recipients is limited to on fee per 30-day supply:  (6) More than one dispensing fee per calendar month for maintenance drugs for a recipient is allowed if (a) the record kept by the pharmacist or dispensing physician documents that there is a significant chance of overdosage by the recipient if a larger quantity is dispensed, and if the pharmacist or dispensing physician writes a statement of this reason on the prescription; or (b) the drug is clozapine. Per TN 98-32, effective 09/21/1998:  An additional dispensing fee per prescription shall be paid to pharmicists using an in-pharmacy packaged unit dose system (except OTC) approved by the Board of Pharmacy for the return of drugs when dispensing to recipients in a long-term care facility if 1) the pharmacy is registered with the Depa

[4] Per TN 03-01, effective 03/01/2003, the State agency establishes the acquisition cost to equal (AWP minus 14%),**except when a drug has its wholesale price reduced as a result of the actions of the National Association of Medicaid Fraud Control Units.  In that case, the State establishes the actual acquisition cost at the reduced AWP without the percent reduction.**

[5] Per TN 03-29, effective 07/1/2003, payment for over-the-counter drugs is at the provider's usual and customary charge to the general public.  If the pharmacy is not accessible to, or frequented by, the general public, or if the over-the-counter drug is not on display for sale to the general public, the usual and customary charge is the actual acquisition costs plus a 50% add on based on the actual acquisition cost.

[6] Per TN 03-29, effective 07/1/2003, generic drugs must be dispensed to recipients **effective 01/02/2004, even if the practitioner has written "Dispensed as Written-Brand Necessary" or "DAW-Brand Necessary" on the prescription, authorization is required to dispense brand name drugs.**

[7] Per TN 03-29, effective 07/1/2003,  **effective 10/01/2003, the dispensed quantity of a prescribed drug must not exceed a 34-day supply unless authorized by the Department,** except OTC must be dispensed in the manufacturer's unopened package, and Sorbitol may be repackaged and contraceptive drugs may be dispensed in quantities not exceeding a 90-day supply.

[8] Per TN 05-09, effective 07/1/2005: (1) For antihemophilic factor drugs, the State agency establishes the actual acquisition cost to equal 70% of the average wholesale price (AWP-30%).  (2) The rate for specialty pharmacy products is 86%, 85%, or 83% of average wholesale price.  The rate used is dependent upon the actual acquisition cost for the product.  Specialty pharmacy products are those used by a small number of recipients or recipients with complex and chronic diseases that require expensive and challenging drug regimens.  A chart is provided listing the class of specialty pharmacy products receiving the various discounts.

[9] State has had the ability to have SMACs back to 1-1-1990. Logic has been to pay the lower of U&C (submitted), EAC or whatever value populated theSMAC/FUL field. FULs were used almost exlusively until year 2000 when the state increased its use of SMAC. The list now includes all commonly used generics; FULs are now only used if a SMAC doesn't exist.

[10] The State has used FDB pricing for as long as anyone can remember.

[11] SMACs are based on an informal survey of a few retail pharmacies that have agreed to share their costs. The State tries to include an average profit of about $7.00 for each prescription using SMAC. This $7 includes the $3.65 dispensing fee. The SMAC are maintained using information from pharmacies referenced above, the PDL contractor, and MAC list from other states.

[12] Except Cancer Chemotherapy IVS, which is $14.00.