# EXHIBIT 56

**First Health Services Corporation**

Report ID: 1004052
Run Date: 10/05/08

## Nebraska Medicaid Program
## 07/01/2008 to 09/30/2008
## SMAC vs. FUL, U&C, or ENEB (AWP-11%)

| RX Count | SMAC | FUL | Difference | % Difference |
|---|---|---|---|---|
| 175,249 | $2,092,445.50 | $3,612,823.94 | $1,520,378.44 | 42.08% |

| RX Count | SMAC | U&C | Difference | % Difference |
|---|---|---|---|---|
| 339,159 | $7,562,598.57 | $16,971,928.06 | $9,409,329.49 | 55.44% |

| RX Count | SMAC | ENEB | Difference | % Difference |
|---|---|---|---|---|
| 339,133 | $7,562,324.08 | $17,509,837.21 | $9,947,513.13 | 56.81% |



EXHIBIT SS,
Dey 9H
Cheloha 12-2-08