# EXHIBIT 58

Page 289

```
            UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF MASSACHUSETTS

                   VOLUME II

IN RE:  PHARMACEUTICAL        : MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    : CIVIL ACTION:

PRICE LITIGATION              : 01-CV-12257-PBS

                              :

THIS DOCUMENT RELATES TO      :

U.S. ex rel. Ven-A-Care of    :

the Florida Keys, Inc. v.     :

Abbott Laboratories, Inc.     :

No. 06-CV-11337-PBS           :

                            - - -
```

Continuation of the videotaped deposition of ROBERT VITO was taken, pursuant to notice, at MORGAN LEWIS & BOCKIUS, LLP, 1701 Market Street, Philadelphia, Pennsylvania, on Wednesday, June 20, 2007, beginning at 8:43 a.m., before M. Kathleen Muino, Professional Shorthand Reporter, Notary Public; Michael Hunterton, Certified Legal Video Specialist, there being present:

37dbe22c-39bb-473f-8cc6-c16d7974b122

**Page 398**

1  MR. TORBORG: I'm just going to ask if
2  this is it. So if I -- if I could just show him my
3  copy of it that has it and then you can share with
4  them.
5  MR. NEAL: I have no objection to that.
6  MR. TORBORG: Okay.
7  BY MR. TORBORG:
8  Q. Is that the guidance that you're
9  familiar with?
10 A. That -- that's what I remember, yes.
11 Q. Do you -- do you recall anything else
12 where OIG or HCFA provided guidance to
13 manufacturers regarding AWP?
14 MR. NEAL: Object --
15 MR. AZORSKY: Objection to the form.
16 MR. NEAL: I'll object to the form.
17 You can answer.
18 THE WITNESS: I don't remember.
19 BY MR. TORBORG:
20 Q. Okay. And do you recall commenting to
21 your staff your frustration with the fact that the
22 government had never defined or providing guidance

**Page 399**

1  to how AWPs should be reported?
2  MS. LIANG: Objection to form.
3  MR. AZORSKY: Objection to form.
4  MR. NEAL: I'll join the objection.
5  You can answer.
6  THE WITNESS: Could you repeat that
7  question?
8  BY MR. TORBORG:
9  Q. Do you recall commenting to your staff
10 your frustration that the United States government
11 never provided any definition or guidance on how
12 AWPs should reported -- should be reported and it
13 was not regulated in any way?
14 MR. NEAL: Objection as to form.
15 THE WITNESS: Well, that's two questions
16 there --
17 BY MR. TORBORG:
18 Q. Okay.
19 A. -- and -- and the one question about it
20 not being defined, I've testified before Congress
21 that AWP is not defined, not auditable, so I -- I
22 have those statements on the record.

**Page 400**

1  Q. Do you recall commenting to your staff
2  that you were frustrated that the government was
3  using a reimbursement met -- metric, AWP, that was
4  not regulated in any way?
5  MR. AZORSKY: Objection to form.
6  MR. NEAL: The same objection.
7  THE WITNESS: I -- I -- I was frustrated
8  in -- in that that was used to set prices and it
9  didn't seem to have a basis for the...
10 BY MR. TORBORG:
11 Q. Did you in any way participate in the
12 effort from the OIG, office of general -- office of
13 counsel to provide guidance to manufacturers?
14 A. I'm sure that I was involved in this,
15 but to the extent and the details, I don't
16 remember, but I'm sure that I was.
17 Q. And do you recall asking OIG and the
18 counsel office -- counsel's office at OIG to
19 provide this guidance at an earlier time than 2003?
20 A. I don't remember that at all, un-uhn.
21 Q. What you recall was being frustrated
22 that the government was using a reimbursement mech

**Page 401**

1  -- mechanism that was not regulated?
2  MR. NEAL: Objection as to form.
3  MR. AZORSKY: Objection as to form.
4  BY MR. TORBORG:
5  Q. Was that fair to say? I -- if I --
6  A. Well -- well, I was also --
7  MR. AZORSKY: Objection to form.
8  THE WITNESS: -- frustrated --
9  MR. NEAL: The same objection.
10 You can go ahead and answer.
11 THE WITNESS: I was also frustrated
12 because we were issuing these reports and we were
13 demonstrating that the prices that were listed at
14 AWP were not the prices that were actually in
15 there, and I was wondering why, you know, there
16 wasn't change. And change by the manufacturers as
17 well, why were they -- they knew.
18 And, apparently, at one of the hearings,
19 the 2001 hearing, it -- it said that they knew that
20 they could set it and they could set it overnight,
21 and I just wondered why they would continue to do
22 that.