# EXHIBIT 59

Page 242

```
             UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS

   --------------------------- X

   IN RE PHARMACEUTICAL         )

   INDUSTRY AVERAGE WHOLESALE   ) MDL No. 1456

   PRICE LITIGATION,            ) Civil Action No

   THIS DOCUMENT RELATES TO:    ) 01-12257-PBS

   United States of America,    ) Judge Patti B.

   ex rel. Ven-A-Care of the    ) Saris

   Florida Keys, Inc., v.       ) Mag. Judge

   Abbott Laboratories Inc.     ) Marianne Bowler

   Civil Action No.             ) Pages 242-586

   06-11337-PBS                 ) Volume II

   --------------------------- X

         (cross-captions on following pages)


                    Washington, D.C.

                    Thursday, March 27, 2008

                    9:40 a.m.



       Videotaped deposition of DENNIS G. SMITH

                    Volume II
```

Page 427

1    Q.  Would you take a look at page 4 of this
2  report, please.  There is a box there that says,
3  "Medicare payments for drugs are based on
4  published AWPs."
5    A.  Yes.
6    Q.  Do you see that?
7       Now, the AWPs that Medicare uses are
8  the same AWPs that Medicaid uses, right?
9    A.  I don't know what Medicare uses.
10   Q.  "Medicare's payment for Part B-covered
11 drugs is based on the product's AWP which is a
12 price assigned by the product's manufacturer and
13 may be neither average nor wholesale."
14      Was that your understanding of AWP in
15 2001?
16      MS. MARTINEZ:  Objection.  Form.
17      THE WITNESS:  I think we've talked a
18 good deal about AWP and my understanding of AWP.
19 BY MR. MERKL:
20   Q.  I would like to know, do you agree with
21 that statement or don't you?
22      MS. MARTINEZ:  Objection.  Form.

Page 428

1       THE WITNESS:  I think this is GAO's
2  characterization.
3  BY MR. MERKL:
4    Q.  Do you agree with their
5  characterization?
6       MS. MARTINEZ:  Objection.  Form.
7       THE WITNESS:  Well, since they qualify
8  it as "may," I'm not going to object to how GAO
9  has characterized what they have said.
10 BY MR. MERKL:
11   Q.  So you don't disagree with that
12 statement?
13   A.  I don't disagree.
14   Q.  Did you share this view at the time, in
15 2001?
16      MS. MARTINEZ:  Objection.  Form.
17      THE WITNESS:  I think that AWP --
18 again, as I testified in 2004, there are -- you
19 know, there -- there's been a great deal of
20 discussion about AWP and the extent to which it's
21 accurate or reliable.  I'm not objecting to the
22 way this has been characterized.

Page 429

1      You're asking me what did I think in
2  2001.  I don't recall a specific -- if I would
3  have characterized it in this way or a different
4  way.
5  BY MR. MERKL:
6    Q.  The next sentence -- it continues,
7  "Instead the AWP is often described as a list
8  price, sticker price, or suggested retail price."
9       Do you agree with that today?
10      MS. MARTINEZ:  Objection.  Form.
11      THE WITNESS:  I would agree that it's
12 often described that way.
13 BY MR. MERKL:
14   Q.  And was that your understanding in
15 2001?  If you don't remember, you're allowed to
16 say, I don't remember.
17   A.  I don't recall what my 2001...
18   Q.  The next sentence:  "The term 'AWP' is
19 not defined in law or regulation, so the
20 manufacturer is free to set an AWP at any level,
21 regardless of the actual price paid by
22 purchasers," true?

Page 430

1       MS. MARTINEZ:  Objection.  Form.
2       THE WITNESS:  I don't -- I would not
3  agree that that encompasses the entirety of how
4  AWP is relied upon by all purchasers.  I think
5  this is overly simplified.  I would agree that it
6  is not further defined in law or regulation.  AWP
7  is average wholesale price.
8  BY MR. MERKL:
9    Q.  When you say it's not further defined,
10 it's not defined anywhere at all, is it?
11      MS. MARTINEZ:  Objection.  Form.
12      THE WITNESS:  There is no definition,
13 precise.
14 BY MR. MERKL:
15   Q.  And then it continues, "Manufacturers
16 periodically report AWPs to publishers of drug
17 pricing data" --
18   A.  Again, if I can go back, what I -- what
19 I was referring to in saying that's I don't think
20 how -- entirely accurate that the manufacturer is
21 free to set any -- to set an AWP at any level.
22   Q.  Well, is there some rule that