# EXHIBIT 61

Page 265

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE:  PHARMACEUTICAL | ) MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) CIVIL ACTION |
| PRICE LITIGATION | ) 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) |
| U.S. ex rel. Ven-a-Care of | ) Judge Patti B. Saris |
| the Florida Keys, Inc. | ) |
|      v. | ) Chief Magistrate |
| Abbott Laboratories, Inc., | ) Judge Marianne B. |
| No. 06-CV-11337-PBS | ) Bowler |

- - - - - - - - - - - - - - - -

(captions continue on following pages)


Videotaped deposition of CHARLES R. BOOTH

Volume II




Washington, D.C.

Monday, October 29, 2007

10:00 a.m.

432ce50a-616b-406d-b9bd-d3b4c631b461

Charles R. Booth                                            October 29, 2007

Washington, DC

Page 518

1       MR. GOBENA: Object to the form.
2    A.   It was my understanding that physicians
3  were paying less for many drugs than they were
4  receiving in payment.
5    Q.   You answered some questions from a number
6  of attorneys, including Mr. Merkl most recently,
7  about your understanding about what AWP referred to.
8  Do you recall those questions?
9    A.   Yes.
10   Q.   During this time period from 1991 to 1997
11 what was your understanding of what AWP referred to?
12   A.   AWP was what the manufacturers chose to
13 put in the compendia.
14   Q.   At any time in this time period did you
15 understand AWP to refer to a calculated average of
16 wholesale prices that were charged to physicians or
17 other purchasers of these products?
18   A.   No.
19       MR. GOBENA: Object to the form.
20   Q.   At any time were you ever fooled into
21 believing that average wholesale price somehow was
22 the same thing as acquisition cost?

Page 519

1       MR. GOBENA: Objection to the form.
2       MR. WINGET-HERNANDEZ: Objection.
3    A.   Was that a leading question?
4    Q.   Yes, sir.
5    A.   Fine.
6       I did not believe that there was a
7  relationship to any great extent between acquisition
8  costs and AWP.
9       MR. MERKL: I have no more questions.
10      MR. GOBENA: Anyone else? Or are we
11 done?
12      THE VIDEOGRAPHER: This deposition
13 concludes at 4:12:15 and consists of five tapes.
14      (Whereupon, at 4:12 p.m. the deposition
15 was adjourned.)
16          * * * * *

Page 520

_____
SIGNATURE OF THE WITNESS

Subscribed and sworn to and before me
this _____ day of _____, 20____.

_____
      Notary Public

65 (Pages 518 to 520)

432ce50a-616b-406d-b9bd-d3b4c631b461