# EXHIBIT 62

Richter, Elizabeth                                          December 7, 2007
                              Washington, DC

                                                                    Page 1

             UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL        )  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    )  CIVIL ACTION

PRICE LITIGATION              )  01-CV-12257-PBS

THIS DOCUMENT RELATES TO      )

U.S. ex rel. Ven-a-Care of    )  Judge Patti B. Saris

the Florida Keys, Inc.        )

     v.                       )  Chief Magistrate

Abbott Laboratories, Inc.,    )  Judge Marianne B.

No. 06-CV-11337-PBS           )  Bowler

- - - - - - - - - - - - - - - -



       Videotaped deposition of ELIZABETH RICHTER



                     Washington, D.C.

                     Friday, December 7, 2007

                     9:00 a.m.

Richter, Elizabeth                                                    December 7, 2007
                         Washington, DC

Page 66

1   average price being paid by customers was, you
2   would agree with me that if that had been
3   Congress' command to the agency the agency would
4   have attempted to implement that command,
5   correct?
6        MR. DRAYCOTT: Objection. You can
7   answer.
8        A. If they had explicitly instructed us to
9   survey -- I'm sorry. I'm not --
10       Q. Let me ask it in a different way. Do
11  you have Judge Saris' opinion there in front of
12  you?
13       A. I do.
14       Q. What exhibit number is that?
15       A. Exhibit Abbott 389.
16       Q. Exhibit Abbott 389. Do you see at the
17  bottom of page 39 Judge Saris says the court
18  concludes the statutory term AWP to mean "The
19  average price at which wholesalers sell drugs to
20  their customers, including physicians and
21  pharmacies."
22       A. Yes.

Page 67

1        Q. If Congress had instructed CMS to pay
2   95 percent of "The average price at which
3   wholesalers sell drugs to their customers,
4   including physicians and pharmacies," do you have
5   any reason to believe that CMS would have
6   implemented that statutory command by looking up
7   AWPs in the compendia?
8        MR. DRAYCOTT: Objection. You can
9   answer.
10       A. I think that's what HCFA did. And I
11  can't say other than by the information in the
12  regulations and the preambles -- I can't say what
13  the correction was. And it seems to me that we
14  make decisions every day about how to implement
15  something based on the resources available to
16  implement that program and the other commitments
17  of the agency. And we don't live in a world of
18  perfect information. And so the decision was
19  made to use the compendia AWPs.
20       Q. You'll agree with me that the agency
21  implemented the statute as it understood the
22  statute -- in good faith, what it understood the

Page 68

1   statute to mean, right?
2        A. Yes.
3        Q. And you'll agree with me that from
4   Louis B. Hays through Dr. Vladek through Ms. Min
5   DeParle through Mr. Scully, through the
6   information you've looked at no administrator
7   thought that published AWPs represented the
8   average price at which wholesalers sold drugs to
9   their customers, correct?
10       MR. DRAYCOTT: Objection.
11       A. That is what their testimony says, yes.
12  But again, without seeing the full context. But
13  yes, that's what it says.
14       Q. As a fair to assume that if Congress
15  had never used the word average wholesale price,
16  that if Congress had said, Dr. Vladek, Ms.
17  DeParle, I want you to pay providers the average
18  price at which wholesalers sell drugs to their
19  customers, that the last place they would have
20  looked would have been in compendia for AWPs?
21       MR. DRAYCOTT: Objection.
22       A. I have no -- I can't step in their

Page 69

1   shoes and figure out where they would have looked
2   or not looked.
3        Q. Vaccines are paid based upon the
4   current published AWPs, correct?
5        A. Yes.
6        Q. Currently is the agency undertaking any
7   effort to determine what the average price is at
8   which wholesalers are selling drugs to their
9   customers other than by looking it up in
10  compendia?
11       MR. DRAYCOTT: Objection. You can
12  answer.
13       A. Not to my knowledge, no.
14       Q. So do you understand today to be the
15  statutory command to pay average wholesale price
16  to be satisfied by looking it up in the
17  compendia?
18       MR. DRAYCOTT: Objection.
19       A. Yes.
20       Q. Do you understand that Congress had
21  ordered you to pay the average price at which
22  wholesalers are selling vaccines to their

18 (Pages 66 to 69)