# EXHIBIT 63

Page 1

UNITED STATES DISTRICT COURT

OF THE DISTRICT OF MASSACHUSETTS

------------------------------x

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL | : | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : | CIVIL ACTION |
| PRICE LITIGATION | : | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | : | |
| U.S. ex rel. Ven-A-Care of | : | Judge Patti B. |
| The Florida Keys, Inc., | : |     Saris |
|           Plaintiff, | : | |
|      vs. | : | |
| ABBOTT LABORATORIES, INC., | : | Chief Magistrate |
| No. 06-CV-11337-PBS | : | Judge Marianne B. |
|           Defendants. | : |     Bowler |

------------------------------x

VOLUME I

Baltimore, Maryland

Wednesday, September 26, 2007

Videotape Deposition of:

LARRY REED,

the witness, was called for examination by counsel

for the Defendants, pursuant to notice, commencing

6beda74d-d4ef-4589-b133-19d88d943a5d

Reed, Larry                                                                September 26, 2007
Baltimore, MD

Page 258

1  drugs, both single and multiple source (even if
2  the drug has a MAC)."
3       Earlier today, Mr. Reed, you made
4  reference to some federal regulations relating to
5  estimated acquisition cost, and I believe you
6  said there was some language you're familiar with
7  about what governs that.
8       Is this language familiar to you as
9  that language?
10      A.  Parts of it are.  Parts of it look to
11 be different than what the current regulations
12 are governing EAC.
13      MS. MARTINEZ:  For the record, I do
14 believe in 1987 there was a slight change in the
15 regulations.
16 BY MR. TORBORG:
17      Q.  Okay.  If I could ask you to go to the
18 top of the third page of the document, it has a
19 number in the upper right-hand corner, 10.193.
20      The report states, "Within the
21 pharmaceutical industry, AWP means non-discounted
22 list price."

Page 259

1       Mr. Reed, was that consistent with your
2  understanding of what the term "AWP" meant in the
3  pharmaceutical industry?
4       A.  At this point in time?  I wasn't
5  working in the program at this point in time.
6       Q.  When you started your position in 1990
7  on the Medicaid side working on prescription drug
8  issues, was this sentence consistent with your
9  understanding of what the term AWP meant?
10      A.  To qualify that a little bit, if AWP
11 meant the published price in a pricing compendia
12 that the state would have referenced or used in a
13 state plan amendment, then it would be -- it
14 would be my understanding that that AWP would be
15 more than the state should pay for the drug.  In
16 other words, AWP should be discounted.
17      Q.  Was it your understanding that AWP
18 referred to a non-discounted list price?
19      A.  It's my understanding that AWP is a
20 price, again, that was reported in the compendia
21 that would be more than what a state would pay
22 for a drug.  I'm not quite sure if I would equate

Page 260

1  that list price or what price I would equate that
2  with.
3       Q.  What does the term "list price" mean?
4  Are you familiar with that term in this industry?
5       A.  I've heard it mentioned on many
6  occasions.
7       Q.  What is your understanding of what it
8  means?
9       A.  A list price would be a full price that
10 a purchaser may or may not obtain a drug at.
11      Q.  And you've heard the term AWP referred
12 to or analogized to a sticker price on a car; is
13 that fair to say?
14      A.  I have heard that term, yes.
15      Q.  And have you also heard the term
16 average wholesale price being called ain't what's
17 paid, right?
18      A.  It look a long time to get to that
19 joke, but we finally got there, yeah.
20      Q.  Okay.  When did you get to that joke?
21      A.  For you to get to that joke --
22      Q.  Yes.

Page 261

1       A.  -- today.
2       Q.  Okay.  Yes, it is 3:30.
3       When did you learn about that?
4       A.  The saying has been around for a long,
5  long time.
6       Q.  If I could ask you to flip forward in
7  this document to the page ending -- or with the
8  number in the upper right-hand corner 10,205, I'd
9  like to read some of the language in the last
10 paragraph and ask you some questions about it.
11      Actually, why don't you just read that
12 to yourself, and then I'll follow up some --
13      A.  The last paragraph on that page
14 beginning on February 22nd?
15      Q.  Yes --
16      A.  Okay.
17      Q.  -- and then continuing over to the next
18 page.
19      (A discussion was held off the
20 record.)
21      THE WITNESS:  Just until the top of
22 conclusions on the next page?

66 (Pages 258 to 261)

Henderson Legal Services
202-220-4158

6beda74d-d4ef-4589-b133-19d88d943a5d