# EXHIBIT 64

Ven-A-Care (T. Mark Jones) - Vol. II     PORTIONS HIGHLY CONFIDENTIAL                     March 19, 2008
                                              Miami, FL

Page 346

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-A-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc., | ) | |
| vs. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

(Captions continued on following pages)

VOLUME II - CONTAINS HIGHLY CONFIDENTIAL PORTIONS

DEPOSITION OF VEN-A-CARE (T. MARK JONES)

Videotaped deposition of Ven-A-Care (T. Mark Jones), held at the Law Offices of Hunton & Williams, LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida, 33131, on Wednesday, March 19, 2008, commencing at 8:59 a.m., before Donald W. McKay, RMR, CRR, a Notary Public for the State of Florida.

Page 551

1    A.  Not that I can recall, no.
2    Q.  And on Exhibit 546 is a letter to Pete
3  Stark from January of 1998.
4    A.  Right.
5    Q.  The last sentence on the first page of
6  that letter reads -- and this is referring to
7  your meeting in September 1995 with HCFA.
8    A.  Right.
9    Q.  Quote, "During that meeting, we were
10 shocked by certain statements made by certain
11 HCFA officials concerning their understanding
12 that the term AWP had never been legislatively or
13 administratively defined by the Federal
14 Government," close quote.
15       Was that statement made during your
16 September 1995 meeting?
17   A.  I remember it being said that AWP isn't
18 defined.  That's how I remember these.  I don't
19 remember it being legislatively or
20 administratively defined.
21   Q.  The people who were making that
22 statement, they were the people at HCFA who were

Page 552

1  responsible for administering the Medicare and
2  Medicaid programs.  Correct?
3    A.  To the best of my recollection, I
4  remember it being Sheree Kanner who was the
5  general counsel for HCFA.
6    Q.  You remember it was Ms. Kanner who said
7  that AWP --
8    A.  That's how I remember it, yes.
9    Q.  And as the office of general counsel,
10 you understand that Ms. Kanner was HCFA's lawyer.
11 Correct?
12       MR. BREEN:  Objection to form.
13       THE WITNESS:  Yeah.  I guess.
14 BY MR. COOK:
15   Q.  Did you disagree with Ms. Kanner about
16 whether AWP had ever been legislatively or
17 administratively defined by the Federal
18 Government?
19   A.  I don't remember if I had any dialogue
20 with her over it.
21   Q.  Did Mr. Lavine disagree with Ms. Kanner
22 at this meeting?

Page 553

1    A.  I don't remember it being a big
2  dialogue.  I think it was a statement that I
3  remember.
4    Q.  Do you remember anybody at that meeting
5  disagreeing with Ms. Kanner that AWP had never
6  been legislatively or administratively defined by
7  the Federal Government?
8    A.  No.
9    Q.  In fact, Mr. Jones, had AWP ever been
10 legislatively or administratively defined by the
11 Federal Government as of 1995?
12       MR. BREEN:  Objection to the form.
13       THE WITNESS:  Not to my knowledge.
14       (Exhibit Abbott 711 was thereupon
15 marked.)
16       MR. COOK:  I have an exhibit I'd like
17 to mark as Exhibit 711.  I'll hand you a copy of
18 it.
19       For the record, Exhibit 711 is titled
20 to be, "Presentation to HCFA in December of
21 1998," and appears to be information that Ven-a-
22 Care provided to HCFA at a meeting on December 7,

Page 554

1  1998, in Baltimore, Maryland.
2  BY MR. COOK:
3    Q.  Do you recognize this material?
4    A.  This would be the presentation, yes.
5    Q.  Do you recall this follow-up meeting
6  with HCFA in December of 1998?
7    A.  Do I recall it?  Yes.
8    Q.  Who attended this meeting?
9    A.  It would be all of Ven-a-Care, Jim
10 Breen, Atlee Wampler, Reed Stephens, Rob Vito, I
11 believe -- I believe George Grob, Nancy-Ann Min
12 DeParle, and I believe Sheree Kanner.
13       MR. BREEN:  I want to ask that the
14 witness --
15       MR. COOK:  I'll clear it up, Jim.
16       MR. BREEN:  Because we've got our dates
17 mixed up.
18 BY MR. COOK:
19   Q.  There was a meeting in March of 1998 in
20 which you appeared in Nancy-Ann Min DeParle's
21 office.  Right?
22   A.  You're right.