# EXHIBIT 72

```
              STATE   OF   MICHIGAN
       DEPARTMENT   OF   SOCIAL   SERVICES
```

---

--------   M E M O R A N D U M   - -.- - - -

---

November 30, 1992

**To:** Vern Smith

**From:** Sandy Kramer   *(signed) Sandy*

**Subject:** Elimination of Actual Acquisition Cost Reimbursement

The Michigan Third Party Newsline published by the Michigan Pharmacists Association stated that you have agreed to move away from actual acquisition cost reimbursement.

Their subcommittee proposed setting maximum allowable cost (MACs) for the top 100 drugs (now we have nearly 400) and a AWP minus 10 percent for the remainder of the drugs. If such a proposal were adopted, there could be tremendous cost implications for the Program.

As an example, I have attached the direct (or acquisition cost) and AWP for several new products from a major generic company. The price differentials are enormous with AWP ranging from 13% to 500% above acquisition cost!!!

Furthermore, implementation of a flat discount off of AWP could not be accomplished before we have national drug codes (NDCs) operational.

Let's discuss, if you have any questions.

cc. Dennis DuCap
    Robert Levin
    Frank Loll
    Gordon Duffey
    Randy Rothfuss
    Carl Ramroth
    Bob Peltier



DEPOSITION Abbott EXHIBIT 656



2555 W. Midway Blvd. • P.O. Box 446 • Broomfield, CO 80038-0446

NOV 13 1992

(303) 466-2400 • FAX (303) 466-3717

November 3, 1992

Dear Sir/Madam:

Geneva Pharmaceuticals would like to announce the availability of the following drug products. Would you please add these to your data base. If you have any questions, please call me at the above number. Thank you.

| Product | NDC # | Pkg Size | AWP | Direct |
|---|---|---|---|---|
| Desipramine, 25 mg | 00781-1972-10 | 1000 | $172.20 | $ 77.78 |
| Diltiazem 30 mg | 00781-1158-01 | 100 | $ 34.25 | $ 24.85 |
| Diltiazem 60 mg | 00781-1159-01 | 100 | $ 53.78 | $ 38.23 |
| Diltiazem 90 mg | 00781-1174-01 | 100 | $ 75.55 | $ 53.78 |
| Diltiazem 120 mg | 00781-1175-01 | 100 | $ 98.90 | $ 70.23 |
| Hydrocodone/APAP 7.5/750 mg | 00781-1532-01 | 100 | $ 32.76 | $ 28.87 |
| Hydrocodone/APAP 7.5/750 mg | 00781-1532-05 | 500 | $153.09 | $126.08 |
| Loperamide 2 mg | 00781-2761-01 | 100 | $ 54.50 | $ 33.71 |
| Nifedipine 10 mg | 00781-2504-13 | 100 UD | $ 47.25 | $ 32.00 |
| Nifedipine 20 mg | 00781-2506-13 | 100 UD | $ 84.60 | $ 62.92 |
| Verapamil 40 mg | 00781-1014-01 | 100 | $ 23.96 | $  4.77 |

Sincerely,

GENEVA PHARMACEUTICALS, INC.

Ron Hartmann, R.Ph., MBA
Manager, Government Affairs

RH/tg



Subsidiary of CIBA-GEIGY Corporation