# EXHIBIT 76

Ridout, C. Benny                          December 5, 2008
                    Raleigh, NC

Page 1

                UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS

------------------------------X

In re:  PHARMACEUTICAL INDUSTRY )  MDL No. 1456

AVERAGE WHOLESALE PRICE         )  Master File No.

LITIGATION                      )  01-CV-12257-PBS

------------------------------X

THIS DOCUMENT RELATES TO:       )  Judge Patti B.

United States of America ex     )  Saris

rel. Ven-A-Care of the Florida  )

Keys, Inc., et al.  v.  Dey,    )

Inc., et al., Civil Action No.  )

05-11084-PBS                    )

------------------------------X


          Video Deposition of C. BENNY RIDOUT,

taken by the Defendants, at the Hilton North

Raleigh, 3415 Wake Forest Road, Boardroom, Raleigh,

North Carolina, on the 5th day of December, 2008 at

9:10 a.m., before Marisa Munoz-Vourakis, Registered

Merit Reporter, Certified Realtime Reporter and

Notary Public.

77907573-2dff-47a3-bd8c-719356f2d9e8

Ridout, C. Benny                                    December 5, 2008
Raleigh, NC

---

Page 34

1    know, you had everybody call in on you and you
2    look at a drug price and everything.
3       Q.   That was over the course of I guess 29
4    years that you worked with North Carolina
5    Medicaid, right?
6       A.   Right.
7       Q.   And then eight more years since then in
8    which you've acted as a private consultant?
9       A.   I don't do much in keeping up with
10   pricing now, you know, what the drug prices are,
11   because I don't see them like I did then.  I'm
12   not responsible making changes on them like I was
13   then and keeping them updated.  I was responsible
14   for keeping up with them and updating them in the
15   system at that time.
16      Q.   In the 29 years when you were with
17   North Carolina Medicaid and you were looking and
18   learning about drug pricing, would you say that
19   you had experience with how the actual market,
20   what pharmacists were actually paying for the
21   drugs at that time?
22         MS. YAVELBERG:  Objection, form.

---

Page 35

1       A.   I did not know what pharmacists
2    actually paid for drugs, and with talking with my
3    providers at pharmacies that participated in the
4    Medicaid program, it was portrayed to me that
5    every pharmacist had a different price.  It
6    depends on whether it's a chain, independent,
7    whether it was rural, whether it was in the city,
8    and everybody had a different price.
9          And I will say that one of the things
10   it taught me about pricing of drugs was the, some
11   of the generic distributors, they would send me a
12   price list of drugs.  This is when I really got
13   to know there was a discrepancy in pricing among
14   generics is when they would mail me a pricing
15   list.  Why, I don't know, but they sent it to me,
16   and it would have on that list the AWP price,
17   then the direct price where you can buy direct
18   from the manufacturer, and then it would have the
19   selling price, and that really is what opened my
20   eyes to drug pricing.  And I saw the
21   discrepancies in what they were selling direct
22   for and what they had as AWP, and then I said

---

Page 36

1    well, this is unusual.  And so I began to get an
2    education at that time.
3          You see, no pharmacists would come and
4    tell me hey, I'm making this amount of money, and
5    this is what I'm paying, this is what you are
6    paying.  We had no way of knowing.
7       Q.   When did you get these updates from the
8    generic manufacturers that you were referring to?
9       A.   They were wholesalers, mostly out of
10   Florida, wholesalers that were trying, in other
11   words, they had me listed as a pharmacy, I guess
12   as a position, or they wanted to include me on
13   the mailing list because they felt like I wanted
14   to know the price of drugs or something.
15      Q.   When did you receive these mailings
16   from wholesalers showing the discrepancies
17   between --
18      A.   And some were drug manufacturers.
19      Q.   And manufacturers.  The manufacturers
20   and the wholesalers sent you these mailings.  Do
21   you recall when you received them?
22      A.   All through my career.

---

Page 37

1       Q.   So the entire 29 years?
2       A.   Well, no, originally I didn't get them,
3    I guess before '92, probably in the '80s,
4    probably the '80s I started receiving them.
5       Q.   What did these mailings show you about
6    the difference between average wholesale price,
7    direct price and the selling price for these
8    generic drugs?
9       A.   What was really amazing to me is what
10   they would show is maybe the AWP would be let's
11   say $100.  The actual selling price may be $30.
12   That's when I really, really -- and all the
13   pharmacists start thinking about gosh, if I'm
14   paying for this drug it had the AWP there and
15   that's what I'm basing my price on, and I got
16   $100 in the computer and they are selling it over
17   here, you know, for this price, there's a big
18   range in there, and we started looking at that
19   range.
20      Q.   The selling prices that you would see
21   on these fliers that were dramatically lower than
22   the AWP or the direct price, do you recall were

---

10 (Pages 34 to 37)

77907573-2dff-47a3-bd8c-719356f2d9e8

Ridout, C. Benny                                    December 5, 2008
                           Raleigh, NC

Page 50

1  average wholesale price, but that's not what he
2  paid for it, and I have no idea what he paid for
3  it.
4      Q.  Oh, I'm talking just about what you
5  observed from the fliers that you received that
6  would have an average wholesale price listed, and
7  that would list what the actual or what the
8  offered price was from that wholesaler, the
9  difference between those two numbers, do you
10 understand?
11     A.  The brands always had less markup on
12 them than the generics.
13     Q.  As to the generics, you indicated to me
14 that how much of a discount was offered by these
15 wholesalers, and let me back up one more.
16         When I'm referring to a discount, I'm
17 referring here to the difference between the
18 average wholesale price and the price the
19 wholesaler was offering the recipient to sell the
20 drugs.  Do you understand that?
21     A.  And I am assuming you are talking about
22 there's two different prices, whether you bought

Page 51

1  it direct or whether you bought it through the
2  wholesaler.
3      Q.  And in your experience, the price from
4  the wholesaler was lower or higher than buying it
5  direct?
6         MS. YAVELBERG:  Objection, form.
7      A.  Buying direct was a lower price than
8  buying through the wholesaler.  There was a
9  bigger spread.
10     Q.  And those would be shown on the fliers
11 you would see?
12         MS. YAVELBERG:  Objection, form.  I
13 don't think he said they were fliers.  I think he
14 said he got price lists from the wholesalers.  He
15 got fliers from the drug company.
16         MR. COOK:  I can clarify that.
17     Q.  What's the best way for me to refer to
18 the pieces of paper that were mailed to you by
19 the wholesalers?
20     A.  I would call them price lists.  They
21 would send me price lists.
22     Q.  Could you describe to me what these

Page 52

1  price lists looked like?
2      A.  It was a legal size of paper with just
3  columns on it with drugs, then it had columns of
4  AWP, direct cost, wholesaler cost and the
5  different prices in the columns for the drugs and
6  different strengths.  Sometimes they vary by
7  strength.  I mean, one drug may be a 10 percent
8  spread on 50 milligrams and on 100 milligrams it
9  may be 75 --
10         THE VIDEOGRAPHER:  Excuse me, we are
11 having the issue again.
12         MR. COOK:  Let's go off the record and
13 fix the video.
14         (Off the record at 10:02 a.m.)
15         THE VIDEOGRAPHER:  The time is 10:05
16 a.m., we are going on the record.
17 BY MR. COOK:
18     Q.  Mr. Ridout, when we went off the
19 record, I think you were describing for us what
20 the mailings that you received from wholesalers
21 looked like?
22     A.  Well, I wouldn't say it's wholesalers

Page 53

1  locally.  When you say wholesalers, it didn't
2  come from every wholesaler.  It was just some of
3  them, I guess national wholesalers, trying to get
4  the business.  And some of the drug
5  manufacturers, a lot from drug manufacturers,
6  generic drug manufacturers.
7         But they were the legal size paper with
8  the columns on it, with the list of drugs on the
9  left-hand side and different strengths.  Then it
10 would have a column in there about average
11 wholesale price and then a direct price.  And
12 then the third column it had a price on there,
13 let's see, direct, AWP and I guess the regular
14 wholesale cost, if you bought it through the
15 wholesaler, which wasn't really average sometimes
16 AWP.
17     Q.  I'm sorry, which was?
18     A.  Which wasn't always AWP.
19     Q.  And that was the price that when you
20 gave the example of showing $100 for AWP and $30
21 for the actual cost, that $30 would be in that
22 last column, right?

14 (Pages 50 to 53)

77907573-2dff-47a3-bd8c-719356f2d9e8

Ridout, C. Benny                                    December 5, 2008
Raleigh, NC

---

Page 54

1    A.  Yeah, it was always a difference in
2  what people would buy.
3         The reason they send this list out was
4  to get people to buy them.
5         Really the difference, when you look at
6  those two sheets, is what was the AWP and what
7  can I buy direct for?  And you can always buy
8  direct a lot cheaper than you could through the
9  wholesaler.  I wouldn't say always, but a
10 majority of the time.
11   Q.  And in your experience, if a drug had
12 more competition, do you see greater differences
13 between the AWP and what you can buy the drug
14 for?
15       MS. YAVELBERG:  Objection to form.
16       MS. HAYES:  Objection to form.
17   A.  You know, once again, like I said, I
18 made that statement about competition or market
19 share, I think I used, if it was, I guess, market
20 share was up, down in that particular one or like
21 it was competition, the spread wouldn't be as
22 much, it would be closer to the AWP rather than

---

Page 55

1  such a widespread.
2         The ones that maybe they got out and
3  there's only two companies that had that product
4  on the market instead of four or five, the spread
5  would be greater, and if you remember when I
6  authorized generic or either the generics the
7  first company bring the drug to the market, they
8  get exclusivity for six months to where they
9  price it, nobody else can copy that, generic
10 companies.  And usually that first six months the
11 generic price is very close to the brand name
12 price.  Then after that six months is over, other
13 drug companies can enter the market for that
14 product, and that's when you see the prices start
15 going down, when the competition comes in.
16   Q.  Did you ever see a situation in which,
17 for whatever reason, competition left the
18 marketplace and left only one or two
19 manufacturers in it?
20       MS. YAVELBERG:  Objection, form.
21   A.  I can't say that I kept up with that.
22 I'm sure it happened.  But there was nothing sent

---

Page 56

1  out to us saying we are dropping out of this, you
2  know, you would have to know that or pick it up
3  somewhere.  You just don't keep it up.  There's
4  hundreds of thousands of drugs out there, NDCs.
5    Q.  Given your experience, what would your
6  expectation be about what would happen to the
7  actual selling price for that drug when the
8  competition but one or two left the marketplace?
9        MS. YAVELBERG:  Objection to form.
10       MS. HAYES:  Objection to form.
11   A.  I can tell you when there was a
12 shortage of a certain drug, some manufacturers
13 would quit backing it, that the competition was
14 less, that the price spread would be bigger.
15   Q.  Do you recall which drug it was
16 specifically that you recall there being
17 shortages of?
18   A.  I mean, you know, some of them like
19 heparin, I recall one time there was a problem
20 getting that product.  Albuterol fluctuated all
21 over the place, had a spread in it.  And it was
22 others, I just can't recall them.  I might say

---

Page 57

1  one that wasn't, I mean, I got some in mind, but
2  I'm not sure, because we are talking about a
3  while ago.
4         But any time you could have a problem,
5  a manufacture can have a manufacturing problem,
6  you have to pull that product off the market.
7  FDA may suspend it, and when that happened, it
8  depends on how long it would take to get it back
9  on the market, and if there wasn't competition,
10 you know, the pries would be different.
11   Q.  And in your experience, would the AWP
12 remain the same and then the far right column,
13 the actual selling price would go up and down?
14       MS. YAVELBERG:  Objection, form.
15   A.  I'm going to have to say that I did not
16 keep up with AWPs on a drug.  I did say -- like I
17 said, you just don't have time to do that.
18       It is my understanding that the AWP
19 would change based on the competition and the
20 people in the marketplace.  But as for me to say,
21 you know, now that's gone, I'm going to track
22 everybody's AWP, I didn't have time to do that.

---

15 (Pages 54 to 57)

Henderson Legal Services, Inc.

202-220-4158                          www.hendersonlegalservices.com

77907573-2dff-47a3-bd8c-719356f2d9e8

Ridout, C. Benny                                    December 5, 2008
                        Raleigh, NC

| | |
|---|---|
| Page 142 | Page 144 |

**Page 142**

1  dispensing fees accordingly, and the net result
2  may be zero."
3       Was it your experience in the '80s that
4  efforts to reduce estimated acquisition cost
5  would result in pressures to increase dispensing
6  fees?
7       MS. YAVELBERG:  Objection, form.
8       MS. HAYES:  Objection, form.
9    A.  It was always the feeling, I think, of
10 the pharmacy directors, those states that had a
11 fee that was lower than what it cost to fill a
12 prescription, that if they took anything off one
13 side, they would have to put some on the other
14 side to help so the pharmacists could make it.
15      So if you got the actual acquisition
16 cost on one side, and your fee didn't cover his
17 cost to fill the prescription, you would have to
18 raise that fee.  In fact, I made that known to
19 the OIG itself.
20    Q.  When did you make that known to the
21 OIG?
22    A.  One of these meetings.  In fact, I even

**Page 143**

1  probably told him that in that meeting in
2  Chicago.  I can't be exact, but I told him, you
3  know, your savings are not going to be as great
4  as you think they are, because some of them are
5  going to have to go over on the dispensing fee
6  side, and that was common knowledge, because we
7  were paying such low fees.
8    Q.  And was that something that was
9  generally discussed in pharmacy administrator
10 meetings that you attended over the years?
11      MS. YAVELBERG:  Objection, form.
12    A.  At the meetings that I was at, I guess
13 some of the other people heard that, knew that.
14    Q.  But it wasn't a secret, was my
15 question, right?
16      MS. YAVELBERG:  Objection, form.
17    A.  No, I wouldn't say it was a secret.
18    Q.  And then in the next sentence --
19    A.  But I guess I could clarify that by
20 saying what we were talking about putting on the
21 dispensing fee side was a whole lot less than
22 what we would be taking off on the left side.

**Page 144**

1  But I would just caution them you calculated the
2  savings, but you would have to take into account
3  some of it would be to go to the dispensing fee
4  side.
5    Q.  When you say that the dispensing fee
6  would have to go up less than the prices would go
7  down, are you referring there to retail pharmacy,
8  or are you including that also the home IV and
9  infusion pharmacies?
10      MS. YAVELBERG:  Objection to form.
11    A.  To all pharmacies, the fee that we paid
12 to the people that got the fee, the dispensing
13 fee.  If we go back statistically show the 39
14 percent, so if we lower the ingredient cost 39
15 percent, we are not going to increase the
16 pharmacy's fee 39 percent, is what I was
17 basically saying.
18    Q.  If you were to increase the pharmacy
19 fee for home IV pharmacies and infusion
20 pharmacies to the point where it covered the
21 actual cost of the home infusion pharmacy, it
22 would have to be much greater than $66?

**Page 145**

1      MS. YAVELBERG:  Objection, form.
2    A.  We didn't do that.  We didn't pay them
3  any different fee than we did the regular.  They
4  got the same fee.  So there was no feelings that
5  we would change that.  We weren't going to pay
6  them a higher fee.
7    Q.  Well, I'll get to that in a minute.
8    A.  We still don't pay a higher fee to
9  them.
10    Q.  When you were with North Carolina
11 Medicaid, did you have an understanding of what
12 the cost was for home infusion pharmacies to
13 dispense their products?
14      MS. YAVELBERG:  Objection, form.
15    A.  No.
16    Q.  I think you testified earlier, and
17 correct me if I'm wrong, that you understood that
18 that expense had to be greater than it was for
19 retail pharmacies, right?
20    A.  Yeah, common sense would tell you it
21 cost more to do what they did than what the
22 retail pharmacists did.

                                    37 (Pages 142 to 145)

77907573-2dff-47a3-bd8c-719356f2d9e8