# EXHIBIT 81

# PRESCRIPTION DRUG REBATE PROGRAM

# HEARING

**BEFORE THE**

## SUBCOMMITTEE ON
## HEALTH AND THE ENVIRONMENT

**OF THE**

# COMMITTEE ON
# ENERGY AND COMMERCE
# HOUSE OF REPRESENTATIVES

## ONE HUNDRED SECOND CONGRESS

### SECOND SESSION

### ON

## H.R. 2890, H.R. 3405 and H.R. 5614

BILLS TO AMEND THE PUBLIC HEALTH SERVICE ACT AND THE SOCIAL
SECURITY ACT TO ESTABLISH LIMITS ON CERTAIN DRUG PRICES

———————

JULY 31, 1992

———————

## Serial No. 102–156

———————

Printed for the use of the Committee on Energy and Commerce

F/w  PL  102-585

U.S. GOVERNMENT PRINTING OFFICE

60-270≈          WASHINGTON : 1992

For sale by the U.S. Government Printing Office
Superintendent of Documents, Congressional Sales Office, Washington, DC 20402
ISBN 0-16-039696-4

302

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Acijel Jelly | 85 gm | $20.50 | | $12.40 | 39.51% | |
| Aclovate cream/ointment | 15 gm | $9.72 | | $5.25 | 45.99% | |
| Aclovate cream/ointment | 45 gm | $20.26 | | $10.94 | 46.00% | |
| Aerobid Inhaler | 7 gm | $35.16 | | $2.50 | 92.89% | |
| Albalon Liquifilm | 15 ml | $11.31 | $9.05 | $0.95 | 91.60% | 89.50% |
| Albalon-A Liquifilm | 15 ml | $11.31 | $9.05 | $1.25 | 88.95% | 86.19% |
| Alupent Inh. Solution | 10 ml | $11.21 | | $3.95 | 64.76% | |
| Alupent Syrup | 16 oz | $25.59 | | $5.72 | 77.65% | |
| Alupent 10 mg tabs | 100 | $26.24 | | $6.65 | 74.66% | |
| Alupent 20 mg tabs | 100 | $37.23 | | $5.39 | 85.52% | |
| Alupent Inhaler | 10 ml | $15.56 | | $3.35 | 78.47% | |
| Alupent Inhaler Refill | 10 ml | $13.94 | | $3.05 | 78.12% | |
| Ansaid 50 mg tabs | 100 | $67.75 | $54.20 | $49.50 | 26.94% | 8.67% |
| Ansaid 100 mg tabs | 100 | $105.76 | $84.61 | $77.27 | 26.94% | 8.66% |
| Ansaid 100 mg tabs | 500 | $512.94 | $410.35 | $374.75 | 26.94% | 8.68% |
| Atrovent Inhaler | 200 sprays | $21.44 | | $17.31 | 19.26% | |
| Aygestin 5 mg tabs | 50 | $42.54 | $34.03 | $14.28 | 66.43% | 58.04% |
| Azmacort Inhaler | 20 gm | $31.36 | | $12.00 | 61.73% | |
| Azulfidine 500 mg | 500 | $78.75 | $66.50 | $24.99 | 68.27% | 62.42% |
| Asulfidine Entabs 500 mg | 500 | $101.25 | $85.50 | $77.09 | 23.86% | 9.84% |
| Bactrim tabs | 100 | $61.95 | | $4.02 | 93.51% | |
| Bactrim DS tabs | 500 | $410.01 | | $28.50 | 93.05% | |
| Bactrim Ped. Suspension | 18 oz | $36.11 | | $3.70 | 89.75% | |
| Beclovent Inhaler | 17 gm | $25.37 | | $5.95 | 76.55% | |
| Beclovent Inhaler Refill | 17 gm | $22.40 | | $5.85 | 73.88% | |
| Beconase Inhaler | 16.8 gm | $25.37 | | $5.95 | 76.55% | |
| Beconase AQ Inhaler | 25 gm | $27.38 | | $14.08 | 48.58% | |
| Benzamycin Topical Gel | 23.3 gm | $18.48 | $14.78 | $8.66 | 53.14% | 41.41% |
| Bleph-10 SOP | 3.5 gm | $10.88 | $8.70 | $1.00 | 90.81% | 88.51% |
| Bleph-10 Ophth. Soln. | 5 ml | $10.94 | $8.75 | $1.25 | 88.57% | 85.71% |
| Bleph-10 Ophth. Soln. | 15 ml | $14.44 | $11.55 | $0.95 | 93.42% | 91.77% |
| Blephamide Ophth. Oint. | 3.5 gm | $11.68 | $9.34 | $1.55 | 86.73% | 83.40% |
| Blephamide Ophth. Soln. | 5 ml | $12.40 | $9.92 | $1.50 | 67.90% | 64.88% |
| Blephamide Ophth. Soln. | 10 ml | $16.36 | $13.09 | $2.45 | 85.02% | 81.28% |
| Brethaire Inhaler | 7.5 ml | $17.00 | | $5.56 | 68.71% | |
| Brethine 2.5 mg tabs | 100 | $20.79 | | $6.93 | 66.67% | |
| Brethine 5 mg tabs | 100 | $29.94 | | $9.98 | 66.67% | |
| Cafergot Sig-Pak | 90 | $78.20 | | $56.65 | 25.66% | |
| Cafergot tabs | 250 | $207.00 | | $154.00 | 25.60% | |
| Calan 40 mg tabs | 100 | $27.50 | | $3.90 | 85.82% | |
| Calan 80 mg tabs | 100 | $39.54 | | $3.50 | 91.15% | |
| Calan 80 mg tabs | 500 | $189.71 | | $16.80 | 91.14% | |
| Calan 120 mg tabs | 100 | $53.48 | | $5.25 | 90.18% | |
| Calan 120 mg tabs | 500 | $256.69 | | $25.20 | 90.18% | |
| Calan SR 180 mg tabs | 100 | $93.53 | | $54.00 | 42.26% | |
| Calan SR 240 mg tabs | 100 | $108.03 | | $54.00 | 50.01% | |
| Capoten 12.5 mg tabs | 100 | $51.56 | $43.42 | $35.43 | 31.28% | 18.40% |
| Capoten 12.5 mg tabs | 1000 | $510.21 | $439.66 | $350.62 | 31.28% | 20.25% |
| Capoten 25 mg tabs | 100 | $56.75 | $47.79 | $39.00 | 31.28% | 18.39% |
| Capoten 25 mg tabs | 1000 | $561.66 | $472.98 | $385.97 | 31.28% | 18.40% |
| Capoten 50 mg tabs | 100 | $94.62 | $79.58 | $65.02 | 31.28% | 18.40% |
| Capoten 50 mg tabs | 1000 | $936.18 | $788.35 | $643.33 | 31.28% | 18.40% |
| Capoten 100 mg tabs | 100 | $139.90 | $117.81 | $96.14 | 31.28% | 18.39% |
| Cardene 20 mg caps | 500 | $172.22 | | $126.30 | 26.66% | |
| Cardene 30 mg caps | 500 | $273.80 | | $200.79 | 26.67% | |
| Catapres-TTS 1 | 3 x 4 | $69.75 | | $54.81 | 21.42% | |
| Catapres-TTS 2 | 3 x 4 | $117.43 | | $92.27 | 21.43% | |
| Catapres-TTS 3 | 1 x 4 | $54.25 | | $42.63 | 21.42% | |

303

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Ceftin 125 mg tabs | 20 | $29.23 | | $17.68 | 39.51% | |
| Ceftin 125 mg tabs | 60 | $83.51 | | $50.50 | 39.53% | |
| Ceftin 250 mg tabs | 20 | $55.32 | | $33.58 | 39.30% | |
| Ceftin 250 mg tabs | 60 | $157.93 | | $95.87 | 39.30% | |
| Ceftin 500 mg tabs | 20 | $104.98 | | $63.73 | 39.29% | |
| Ceftin 500 mg tabs | 60 | $310.37 | | $185.45 | 40.25% | |
| Cipro 250 mg tabs | 100 | $233.87 | $198.86 | $184.21 | 21.23% | 7.37% |
| Cipro 500 mg tabs | 100 | $270.84 | $230.12 | $213.17 | 21.23% | 7.37% |
| Cipro 750 mg tabs | 50 | $234.68 | $199.56 | $189.87 | 19.09% | 4.86% |
| Cleocin-T Topical Soln. | 30 ml | $9.68 | $7.74 | $6.41 | 33.78% | 17.18% |
| Cleocin-T Topical Gel | 30 gm | $15.68 | $12.54 | $10.38 | 33.80% | 17.22% |
| Colestid Granules | 500 gm | $62.29 | $49.83 | $30.00 | 51.84% | 39.80% |
| Colyte | each | $13.87 | | $6.01 | 56.67% | |
| Chloroptic Ophth. Oint. | 3.5 gm | $11.35 | $9.08 | $0.95 | 91.63% | 89.54% |
| Chloroptic Ophth. Soln. | 7.5 ml | $11.25 | $9.00 | $1.25 | 88.89% | 86.11% |
| Cortisporin Otic Soln. | 10 ml | $16.01 | | $1.55 | 90.32% | |
| Cortisporin Otic Susp. | 10 ml | $16.01 | | $1.55 | 90.32% | |
| Cytotec 100 mcg tabs | 60 | $20.98 | | $15.00 | 28.50% | |
| Cytotec 100 mcg tabs | 120 | $41.94 | | $30.00 | 28.47% | |
| Cytotec 200 mcg tabs | 60 | $35.79 | | $27.14 | 24.17% | |
| Cytotec 200 mcg tabs | 120 | $59.66 | | $45.24 | 24.17% | |
| Deconamine SR caps | 500 | $237.60 | | $32.50 | 86.32% | |
| Deltasone 5 mg tabs | 100 | $2.94 | $2.35 | $1.60 | 45.58% | 31.91% |
| Deltasone 5 mg tabs | 500 | $7.38 | $5.90 | $3.25 | 55.96% | 44.92% |
| Deltasone 20 mg tabs | 100 | $6.44 | $5.15 | $3.60 | 44.10% | 30.10% |
| Deltasone 50 mg tabs | 100 | $14.69 | $11.75 | $6.15 | 58.13% | 47.66% |
| Demulen 1/35-28 | 6 x 28 | $121.64 | | $15.00 | 87.67% | |
| Demulen 1/50-28 | 6 x 28 | $135.52 | | $21.00 | 84.50% | |
| Depakene 250 mg caps | 100 | $77.35 | $65.14 | $9.35 | 87.91% | 85.65% |
| Depakene syrup | 16 oz | $79.05 | $66.57 | $9.95 | 87.41% | 85.05% |
| Depakote 250 mg tabs | 100 | $47.31 | $39.84 | $36.48 | 22.89% | 8.43% |
| Depakote 500 mg tabs | 100 | $87.27 | $73.49 | $67.30 | 22.88% | 8.42% |
| Depo-Medrol 40 mg/ml | 5 ml | $17.89 | $14.31 | $5.78 | 67.69% | 59.61% |
| Depo-Medrol 80 mg/ml | 5 ml | $32.55 | $26.04 | $11.25 | 65.44% | 56.80% |
| Desowen cream 0.05% | 15 gm | $10.00 | $8.00 | $4.95 | 50.50% | 38.13% |
| Desowen cream 0.05% | 60 gm | $25.63 | $20.50 | $12.95 | 49.47% | 38.83% |
| Desquam-X Wash | 5 oz | $10.38 | $8.63 | $3.84 | 62.93% | 55.50% |
| Desquam-X 10 Wash | 5 oz | $11.06 | $9.23 | $3.84 | 65.34% | 58.40% |
| Diabinese 250 mg tabs | 250 | $147.95 | $124.59 | $63.15 | 57.32% | 49.31% |
| Diprolene cream/oint. | 15 gm | $17.78 | | $9.46 | 46.79% | |
| Diprolene cream/oint. | 45 gm | $35.78 | | $18.95 | 47.04% | |
| Diprolene lotion | 30 ml | $20.40 | | $7.50 | 63.24% | |
| Diprolene lotion | 60 ml | $40.20 | | $13.95 | 65.30% | |
| Disalcid 500 mg tabs | 100 | $30.60 | | $4.25 | 86.11% | |
| Disalcid 500 mg tabs | 500 | $145.20 | | $20.19 | 86.10% | |
| Disalcid 750 mg tabs | 100 | $39.12 | | $5.25 | 86.58% | |
| Duofilm | 0.5 oz | $8.39 | $6.71 | $5.00 | 40.41% | 25.48% |
| Duphalac syrup | 240 ml | $11.40 | | $5.50 | 51.75% | |
| Duphalac syrup | 480 ml | $21.25 | | $10.00 | 52.94% | |
| Duphalac syrup | 960 ml | $41.17 | | $19.50 | 52.64% | |
| Dynapen 250 mg caps | 100 | $93.95 | $82.42 | $7.50 | 92.02% | 90.90% |
| Dynapen 500 mg caps | 50 | $87.77 | $76.99 | $6.78 | 92.30% | 91.22% |
| Dynapen suspension | 100 ml | $8.77 | $7.70 | $2.00 | 77.19% | 74.03% |
| E.E.S. 400 tabs | 500 | $104.12 | $87.68 | $46.25 | 55.58% | 47.25% |
| E.E.S. 200 liquid | 16 oz | $19.59 | $16.50 | $8.00 | 59.16% | 51.52% |
| E.E.S. 400 liquid | 16 oz | $36.49 | $30.73 | $15.45 | 57.66% | 49.72% |
| E-Pilo 4 Ophth. Soln. | 10 ml | $12.66 | $10.55 | $1.82 | 85.62% | 82.75% |
| E-Pilo 6 Ophth. Soln. | 10 ml | $13.06 | $10.90 | $2.03 | 84.45% | 81.38% |

304

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Elimite 5% cream | 60 gm | $13.44 | $10.75 | $2.50 | 81.40% | 76.74% |
| Elixophyllin elixir | pint | $42.13 | | $1.60 | 95.73% | |
| Elocon cream/ointment | 15 gm | $11.40 | | $4.25 | 62.72% | |
| Elocon cream/ointment | 45 gm | $20.88 | | $9.85 | 52.83% | |
| Elocon lotion | 30 ml | $12.36 | | $3.32 | 73.14% | |
| Epifrin 1/4% ophth. | 15 ml | $18.93 | $15.14 | $7.25 | 61.70% | 52.11% |
| Epifrin 1/2% ophth. | 15 ml | $21.48 | $17.16 | $7.50 | 65.08% | 56.34% |
| Epifrin 1% ophth. | 15 ml | $23.03 | $18.42 | $7.75 | 66.35% | 57.93% |
| Epifrin 2% ophth. | 15 ml | $26.31 | $21.05 | $8.00 | 69.59% | 62.00% |
| Ery-Tab 250 mg tabs | 100 | $23.75 | $20.00 | $3.51 | 85.22% | 62.45% |
| Ery-Tab 250 mg tabs | 500 | $112.81 | $95.00 | $17.43 | 84.55% | 81.65% |
| Ery-Tab 333 mg tabs | 100 | $34.97 | $29.45 | $4.78 | 86.33% | 83.77% |
| Ery-Tab 333 mg tabs | 500 | $166.12 | $139.89 | $23.78 | 85.69% | 83.00% |
| Ery-Tab 500 mg tabs | 100 | $40.10 | $33.77 | $12.78 | 68.13% | 62.16% |
| Erygel 2% Topical Gel | 30 gm | $15.75 | $12.60 | $1.44 | 90.86% | 88.57% |
| Erymax Topical Soln. | 2 oz | $15.88 | $12.70 | $1.75 | 88.98% | 86.22% |
| Eryped 400 | 100 ml | $11.85 | $9.98 | $5.10 | 56.96% | 48.90% |
| Eryped 400 | 200 ml | $21.62 | $18.21 | $11.00 | 49.12% | 39.59% |
| Erythrocin 250 mg | 500 | $65.31 | $55.00 | $24.75 | 62.10% | 55.00% |
| Erythrocin 500 mg | 100 | $24.86 | $20.93 | $11.89 | 52.17% | 43.19% |
| Esgic tabs | 100 | $48.28 | | $4.50 | 90.68% | |
| Eskalith CR 450 mg | 100 | $28.75 | | $17.18 | 40.24% | |
| Estraderm 0.05 mg patch | 8 x 8 | $84.41 | | $59.76 | 29.20% | |
| Estraderm 0.1 mg patch | 8 x 8 | $94.20 | | $66.70 | 29.19% | |
| Estraderm 0.1 mg patch | 24 | $45.70 | | $32.38 | 29.19% | |
| Estratab 0.625 mg | 100 | $25.54 | | $8.96 | 64.92% | |
| Estratab 1.25 mg | 100 | $34.99 | | $12.30 | 64.85% | |
| Estratab 2.5 mg | 100 | $60.53 | | $21.28 | 64.84% | |
| Eulexin 125 mg caps | 100 | $124.02 | | $97.45 | 21.42% | |
| Eulexin 125 mg caps | 500 | $620.10 | | $487.45 | 21.39% | |
| Exsel lotion | 4 oz | $11.25 | $9.00 | $1.25 | 88.89% | 86.11% |
| Fedahist gyrocaps | 100 | $37.54 | $30.03 | $6.95 | 61.49% | 76.86% |
| FML Liquifilm | 5 ml | $11.98 | $9.58 | $1.50 | 87.48% | 84.34% |
| FML Liquifilm | 10 ml | $17.58 | $14.06 | $2.95 | 83.22% | 79.02% |
| FML Liquifilm | 15 ml | $24.58 | $19.66 | $5.95 | 75.79% | 69.74% |
| Grisactin 250 mg caps | 100 | $53.89 | $42.95 | $18.25 | 66.01% | 57.51% |
| Grisactin 500 mg tabs | 60 | $56.71 | $45.37 | $11.21 | 80.23% | 75.29% |
| Grisactin Ultra 250 mg | 100 | $36.05 | $28.84 | $6.85 | 81.00% | 76.25% |
| Grisactin Ultra 333 mg | 100 | $64.30 | $51.44 | $11.45 | 82.19% | 77.74% |
| Grisactin Ultra 500 mg | 100 | $88.19 | $70.55 | $16.20 | 81.63% | 77.04% |
| Halcion 0.125 mg tabs | 100 | $54.54 | $43.63 | $39.70 | 27.21% | 9.01% |
| Halcion 0.125 mg tabs | 500 | $264.60 | $211.68 | $192.61 | 27.21% | 9.01% |
| Halcion 0.25 mg tabs | 100 | $59.61 | $47.69 | $43.39 | 27.21% | 9.02% |
| Halcion 0.25 mg tabs | 500 | $289.06 | $231.25 | $210.42 | 27.21% | 9.01% |
| Hismanal tabs | 100 | $149.90 | | $108.11 | 27.88% | |
| Hytone 1% cream/oint. | 1 oz | $5.95 | $4.76 | $0.99 | 83.36% | 79.20% |
| Hytone 2.5% cream | 1 oz | $10.28 | $8.22 | $1.75 | 82.98% | 78.71% |
| Hytone 2.5% cream | 2 oz | $16.44 | $13.15 | $3.10 | 81.14% | 76.43% |
| Hytone 2.5% lotion | 2 oz | $16.41 | $13.13 | $5.00 | 69.53% | 61.92% |
| Hytrin 1 mg tabs | 100 | $89.91 | $75.71 | $69.94 | 22.21% | 7.62% |
| Hytrin 2 mg tabs | 100 | $89.91 | $75.71 | $69.94 | 22.21% | 7.62% |
| Hytrin 5 mg tabs | 100 | $89.91 | $75.71 | $69.94 | 22.21% | 7.62% |
| Hytrin 10 mg tabs | 100 | $89.91 | $75.71 | $69.94 | 22.21% | 7.62% |
| Inderal 10 mg tabs | 100 | $24.56 | $19.65 | $1.63 | 93.36% | 91.70% |
| Inderal 10 mg tabs | 1000 | $239.88 | $191.90 | $15.67 | 93.47% | 91.83% |
| Inderal 20 mg tabs | 100 | $36.10 | $28.08 | $2.29 | 93.49% | 91.84% |
| Inderal 20 mg tabs | 1000 | $337.49 | $269.99 | $22.04 | 93.47% | 91.84% |
| Inderal 40 mg tabs | 100 | $47.74 | $35.79 | $3.03 | 93.23% | 91.53% |

305

Southeast/Prucare  Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Inderal 40 mg tabs | 1000 | $437.99 | $350.39 | $28.83 | 93.42% | 91.77% |
| Inderal 60 mg tabs | 100 | $61.88 | $49.50 | $4.12 | 93.34% | 91.68% |
| Inderal 80 mg tabs | 100 | $68.68 | $54.94 | $5.01 | 92.71% | 90.88% |
| Inderal LA 60 mg caps | 100 | $60.39 | $48.31 | $23.09 | 61.77% | 52.20% |
| Inderal LA 80 mg caps | 100 | $70.60 | $56.48 | $26.85 | 61.97% | 52.45% |
| Inderal LA 120 mg caps | 100 | $87.53 | $70.02 | $33.25 | 62.01% | 52.51% |
| Inderal LA 160 mg caps | 100 | $114.60 | $91.88 | $43.53 | 62.02% | 52.52% |
| Inspirease system | each | $13.20 | | $6.35 | 51.89% | |
| Inspirease reser. bags | 3 | $7.14 | | $3.25 | 54.48% | |
| Intal inhaler 112 spray | each | $31.48 | | $23.57 | 25.13% | |
| Intal inhaler 200 spray | each | $50.08 | | $37.85 | 24.42% | |
| Intal nebulizer soln. 2 ml | 60 | $39.95 | | $29.91 | 25.13% | |
| Intal nebulizer soln. 2 ml | 120 | $74.62 | | $55.87 | 25.13% | |
| Isordil 2.5 mg SL tabs | 100 | $17.38 | $13.90 | $1.50 | 91.37% | 89.21% |
| Isordil 5 mg SL tabs | 100 | $18.56 | $14.85 | $1.53 | 91.78% | 89.70% |
| Isordil 5 mg tabs | 100 | $18.65 | $14.92 | $1.53 | 91.80% | 89.75% |
| Isordil 10 mg tabs | 100 | $21.76 | $17.41 | $1.43 | 93.43% | 91.79% |
| Isordil 10 mg tabs | 500 | $103.41 | $82.73 | $8.00 | 92.26% | 90.33% |
| Isordil 10 mg tabs | 1000 | $204.59 | $163.67 | $15.50 | 92.42% | 90.53% |
| Isordil 20 mg tabs | 100 | $33.63 | $26.90 | $2.25 | 93.31% | 91.64% |
| Isordil 20 mg tabs | 500 | $159.83 | $127.86 | $8.50 | 94.68% | 93.35% |
| Isordil 30 mg tabs | 100 | $37.84 | $30.27 | $3.40 | 91.01% | 88.77% |
| Isordil 30 mg tabs | 500 | $179.60 | $143.68 | $12.42 | 93.08% | 91.36% |
| Isordil Titradose 40 mg | 100 | $41.06 | $32.85 | $4.14 | 89.92% | 87.40% |
| Isordil Tembid 40 mg cap | 100 | $41.60 | $33.28 | $7.90 | 81.01% | 76.26% |
| Isordil Tembid 40 mg tab | 100 | $41.60 | $33.28 | $7.90 | 81.01% | 76.26% |
| K-Dur 20 meq tabs | 100 | $15.06 | | $8.00 | 46.08% | |
| Kaon CL-10 | 500 | $94.04 | $75.23 | $15.00 | 84.05% | 60.08% |
| Kenalog-10  injection | 5 ml | $7.81 | $6.25 | $4.06 | 46.02% | 35.04% |
| Keralyt gel | 1 oz | $13.97 | $11.64 | $7.55 | 45.96% | 35.14% |
| Kerlone 10 mg tabs | 100 | $59.70 | | $38.00 | 36.35% | |
| Kerlone 20 mg tabs | 100 | $89.53 | | $56.00 | 37.45% | |
| Lac-Hydrin lotion | 5 oz | $10.81 | $9.01 | $7.03 | 34.97% | 21.98% |
| Levlen-28 | 3 x 28 | $55.50 | | $13.50 | 75.68% | |
| Levsin drops | 15 ml | $10.45 | $8.36 | $8.47 | 36.09% | 22.61% |
| Levsin/SL  tabs | 100 | $19.71 | $15.77 | $11.04 | 43.99% | 29.90% |
| Levsinex Timecap | 100 | $40.71 | $32.57 | $26.37 | 35.22% | 19.04% |
| Lidex cream | 30 gm | $21.53 | | $4.90 | 77.24% | |
| Lidex gel | 15 gm | $15.53 | | $7.77 | 49.97% | |
| Lidex gel | 30 gm | $21.53 | | $10.38 | 51.79% | |
| Lidex ointment | 15 gm | $15.53 | | $7.77 | 49.97% | |
| Lidex ointment | 30 gm | $21.53 | | $10.38 | 51.79% | |
| Lidex solution | 20 ml | $17.66 | | $8.71 | 50.68% | |
| Lidex-E | 15 gm | $15.53 | | $7.77 | 49.97% | |
| Lidex-E | 30 gm | $21.53 | | $10.38 | 51.79% | |
| Lo/Ovral-21 | 6 x 21 | $126.63 | $101.30 | $92.41 | 27.02% | 8.78% |
| Lo/Ovral-28 | 6 x 28 | $128.16 | $102.53 | $93.53 | 27.02% | 8.78% |
| Lodine 200 mg caps | 100 | $85.00 | $68.00 | $61.20 | 28.00% | 10.00% |
| Lodine 300 mg caps | 100 | $96.25 | $77.00 | $69.30 | 28.00% | 10.00% |
| Loestrin  1.5/30 | 5 x 21 | $101.28 | $84.40 | $22.50 | 77.78% | 73.34% |
| Loestrin  1/20 | 5 x 21 | $101.28 | $84.40 | $22.50 | 77.70% | 73.34% |
| Loestrin-Fe  1.5/30 | 5 x 28 | $101.28 | $84.40 | $22.50 | 77.78% | 73.34% |
| Loestrin-Fe  1/20 | 5 x 28 | $101.28 | $84.40 | $22.50 | 77.78% | 73.34% |
| Lotrimin cream 1% | 15 gm | $8.46 | | $4.07 | 51.89% | |
| Lotrimin cream 1% | 30 gm | $14.34 | | $6.95 | 51.53% | |
| Lotrimin solution 1% | 30 ml | $15.46 | | $7.53 | 51.36% | |
| Lotrisone  cream | 15 gm | $13.06 | | $8.40 | 35.76% | |
| Lotrisone  cream | 45 gm | $27.42 | | $16.20 | 40.92% | |

306

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Lozol 2.5 tabs | 100 | $57.77 | | $25.00 | 56.72% | |
| Ludiomil 25 mg tabs | 100 | $37.19 | | $12.39 | 66.68% | |
| Ludiomil 50 mg tabs | 100 | $55.03 | | $18.34 | 66.67% | |
| MS-Contin 60 mg tabs | 100 | $203.42 | | $38.00 | 81.32% | |
| Maxair inhaler | 25.6 gm | $15.06 | | $7.50 | 50.20% | |
| Maxidex Ophth. Ointment | 3.5 gm | $13.44 | $10.75 | $8.00 | 40.48% | 25.58% |
| Maxiflor 0.05% cream | 30 gm | $22.50 | $18.00 | $5.17 | 77.02% | 71.28% |
| Maxiflor 0.05% cream | 80 gm | $36.56 | $29.25 | $9.03 | 75.30% | 69.13% |
| Maxiflor 0.05% ointment | 30 gm | $22.50 | $18.00 | $4.67 | 79.24% | 74.06% |
| Maxiflor 0.05% ointment | 60 gm | $36.56 | $29.25 | $8.42 | 76.97% | 71.21% |
| Medrol 4 mg Dosepak | 21 | $10.46 | $8.37 | $7.19 | 31.26% | 14.10% |
| Micro-K 8 meq caps | 100 | $11.86 | $9.49 | $6.00 | 49.41% | 36.78% |
| Micro-K 8 meq caps | 500 | $53.16 | $42.53 | $26.00 | 51.09% | 38.87% |
| Micro-K 10 meq caps | 100 | $13.03 | $10.42 | $6.00 | 53.95% | 42.42% |
| Micro-K 10 meq caps | 500 | $58.84 | $47.07 | $26.00 | 55.81% | 44.76% |
| Micronase 1.25 mg tabs | 100 | $17.38 | $13.90 | $8.01 | 53.91% | 42.37% |
| Micronase 2.5 mg tabs | 100 | $28.96 | $23.17 | $12.94 | 55.32% | 44.15% |
| Micronase 5 mg tabs | 500 | $215.03 | $172.02 | $107.90 | 49.82% | 37.27% |
| Micronase 5 mg tabs | 1000 | $416.15 | $332.92 | $210.05 | 49.53% | 36.91% |
| Modicon-21 | 6 x 21 | $124.50 | | $29.10 | 76.63% | |
| Modicon-28 | 6 x 28 | $125.10 | | $29.10 | 76.74% | |
| Monistat 3 | 3 | $19.90 | | $5.50 | 72.36% | |
| Mycelex Troches | 70 | $45.00 | $38.28 | $35.76 | 20.53% | 6.58% |
| Mycelex-G 1% Vag. Cr. | 45 gm | $13.42 | $11.42 | $7.27 | 45.83% | 36.34% |
| Mycelex-G 100 mg vag.t | 7 | $14.10 | $11.99 | $7.64 | 45.82% | 36.28% |
| Mycelex-G 500 mg vag.t | each | $11.77 | $10.01 | $6.38 | 45.79% | 36.26% |
| Mysoline 250 mg tabs | 100 | $35.51 | $28.41 | $10.76 | 69.70% | 62.13% |
| Nasacort Nasal Inhaler | 10 gm | $31.00 | | $23.40 | 24.52% | |
| Nasalcrom Nasal Sol. Kit | 13 ml | $17.54 | | $13.13 | 25.14% | |
| Nasalide Spray | 25 ml | $23.14 | | $16.53 | 28.57% | |
| Neosporin Ophth. Oint. | 3.5 gm | $13.19 | | $1.26 | 90.45% | |
| Neosporin Ophth. Soln. | 10 ml | $13.19 | | $1.39 | 89.46% | |
| Nitro-Dur 0.1 mg/hr | 30 | $35.70 | | $9.00 | 74.79% | |
| Nitro-Dur 0.2 mg/hr | 30 | $36.24 | | $9.00 | 75.17% | |
| Nitro-Dur 0.3 mg/hr | 30 | $40.62 | | $9.00 | 77.84% | |
| Nitro-Dur 0.4 mg/hr | 30 | $40.62 | | $9.00 | 77.84% | |
| Nitro-Dur 0.6 mg/hr | 30 | $44.04 | | $9.00 | 79.56% | |
| Nitrol Ointment 6 pack | 6 x 60 | $48.99 | | $9.80 | 80.40% | |
| Nitrol Oint-TSAR Kit 2% | each | $7.65 | | $2.90 | 62.09% | |
| Nitrolingual Spray | 14.4 gm | $17.06 | | $7.80 | 54.28% | |
| Nolamine tabs | 250 | $40.30 | | $26.95 | 33.13% | |
| Nor-Q-D 35 mg | 6 x 42 | $141.77 | | $27.00 | 80.96% | |
| Norlestrin-21 1 mg | 5 x 21 | $101.29 | $84.40 | $22.50 | 77.79% | 73.34% |
| Norlestrin-21 2.5 mg | 5 x 21 | $104.81 | $87.34 | $22.50 | 78.53% | 74.24% |
| Norlestrin Fe 1 mg | 5 x 28 | $101.29 | $84.40 | $22.50 | 77.79% | 73.34% |
| Norlestrin Fe 2.5 mg | 5 x 28 | $104.81 | $87.34 | $22.50 | 78.53% | 74.24% |
| Ophthetic Ophth. Drops | 15 ml | $10.31 | $8.25 | $0.95 | 90.79% | 88.48% |
| Ortho Diaphragm Kits | each | $15.72 | | $10.40 | 33.84% | |
| Ortho-Novum1-35 28 | 6 x 28 | $113.70 | | $29.10 | 74.41% | |
| Ortho-Novum 1-50 28 | 6 x 28 | $113.70 | | $29.10 | 74.41% | |
| Ortho-Novum 10/11 28 | 6 x 28 | $125.10 | | $29.10 | 76.74% | |
| Ortho-Novum 7/7/7 28 | 6 x 28 | $115.20 | | $29.10 | 74.74% | |
| Ortho-Novum 7/7/7 28 | 12 x 28 | $226.60 | | $58.20 | 74.20% | |
| Orudis 25 mg caps | 100 | $71.28 | $57.02 | $38.20 | 48.41% | 33.01% |
| Orudis 50 mg caps | 100 | $87.49 | $69.99 | $46.89 | 48.41% | 33.00% |
| Orudis 75 mg caps | 100 | $97.31 | $77.85 | $52.45 | 46.10% | 32.63% |
| Orudis 75 mg caps | 500 | $463.55 | $370.84 | $248.48 | 46.40% | 33.00% |
| Ovral-28 | 6 x 28 | $184.13 | $147.30 | $124.40 | 32.44% | 15.55% |

307

Southeast/Prucare  Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Oxistat cream | 15 gm | $11.71 | | $7.11 | 39.28% | |
| Oxistat cream | 30 gm | $19.54 | | $11.88 | 39.30% | |
| Pamelor 10 mg caps | 100 | $34.50 | | $25.00 | 27.54% | |
| Pamelor 25 mg caps | 100 | $69.00 | | $49.95 | 27.61% | |
| Pamelor 50 mg caps | 100 | $130.20 | | $94.30 | 27.57% | |
| Pamelor 75 mg caps | 100 | $198.60 | | $143.75 | 27.62% | |
| Pancrease caps | 100 | $28.63 | | $13.42 | 53.13% | |
| Pancrease caps | 250 | $68.02 | | $33.53 | 50.71% | |
| Panoxyl 5 | 2 oz | $8.50 | $6.80 | $2.50 | 70.59% | 63.24% |
| Panoxyl 10 | 2 oz | $8.94 | $7.15 | $2.50 | 72.04% | 65.03% |
| Panoxyl Aq 2.5 gel | 2 oz | $8.13 | $6.50 | $2.50 | 69.25% | 61.54% |
| Panwarfarin 5 mg tabs | 100 | $25.92 | $21.83 | $2.80 | 89.20% | 87.17% |
| Pediazole suspension | 100 ml | $13.99 | $11.78 | $4.23 | 69.76% | 64.09% |
| Pediazole suspension | 150 ml | $20.79 | $17.51 | $6.26 | 69.94% | 64.31% |
| Pediazole suspension | 200 ml | $27.29 | $22.98 | $8.37 | 69.33% | 63.58% |
| Pediazole suspension | 250 ml | $33.61 | $28.30 | $10.50 | 68.76% | 62.90% |
| Pilagan 1% Ophth. Soln. | 15 ml | $8.13 | $6.50 | $1.95 | 76.01% | 70.00% |
| Pilagan 2% Ophth. Soln. | 15 ml | $8.44 | $6.75 | $2.00 | 76.30% | 70.37% |
| Pilagan 4% Ophth. Soln. | 15 ml | $8.75 | $7.00 | $2.95 | 66.29% | 57.86% |
| Pilocar 1% Ophth. Soln. | 15 ml | $7.92 | $6.60 | $0.92 | 88.38% | 86.06% |
| Pilocar 2% Ophth. Soln. | 15 ml | $7.92 | $6.60 | $1.25 | 84.22% | 81.06% |
| Pilocar 4% Ophth. Soln. | 15 ml | $8.58 | $7.15 | $1.94 | 77.39% | 72.87% |
| Pilocar 6% Ophth. Soln. | 15 ml | $9.24 | $7.70 | $2.68 | 71.00% | 65.19% |
| Pnu-Immune syringes | 5 | $63.60 | $53.56 | $47.15 | 25.86% | 11.97% |
| Pnu-Immune vial | each | $56.70 | $47.75 | $42.00 | 25.93% | 12.04% |
| Poly Pred Ophth. Soln. | 5 ml | $13.56 | $10.85 | $2.50 | 81.56% | 76.96% |
| Polytrim Ophth. Soln. | 10 ml | $13.24 | $10.59 | $5.50 | 56.46% | 48.06% |
| Pred Forte Ophth. Soln. | 1 ml | $4.06 | $3.26 | $0.95 | 76.60% | 70.77% |
| Pred Forte Ophth. Soln. | 5 ml | $11.55 | $9.24 | $1.50 | 87.01% | 83.77% |
| Pred Forte Ophth. Soln. | 10 ml | $16.61 | $13.29 | $2.95 | 82.24% | 77.80% |
| Pred-G Ophth. Soln. | 2 ml | $5.91 | $4.65 | $4.25 | 26.85% | 8.60% |
| Pred-G Ophth. Soln. | 5 ml | $15.88 | $12.70 | $5.00 | 68.51% | 60.63% |
| Pred-G Ophth. Soln. | 10 ml | $27.56 | $22.05 | $9.50 | 65.53% | 56.92% |
| Pred-G Ophth. Oint. | 3.5 gm | $14.76 | $11.81 | $9.95 | 32.59% | 15.75% |
| Pred-Mild 0.12% O.S. | 5 ml | $10.89 | $8.71 | $1.25 | 88.52% | 85.65% |
| Pred-Mild 0.12% O.S. | 10 ml | $15.19 | $12.15 | $1.95 | 87.16% | 83.95% |
| Premarin 0.3 mg tabs | 100 | $23.75 | $19.00 | $11.40 | 52.00% | 40.00% |
| Premarin 0.3 mg tabs | 1000 | $226.39 | $181.11 | $108.67 | 52.00% | 40.00% |
| Premarin 0.625 mg tabs | 100 | $33.09 | $26.47 | $15.88 | 52.01% | 40.01% |
| Premarin 0.625 mg tabs | 1000 | $315.24 | $252.19 | $151.31 | 52.00% | 40.00% |
| Premarin 0.9 mg tabs | 100 | $39.19 | $31.35 | $18.81 | 52.00% | 40.00% |
| Premarin 1.25 mg tabs | 100 | $45.28 | $36.22 | $21.73 | 52.01% | 40.01% |
| Premarin 1.25 mg tabs | 1000 | $431.55 | $345.24 | $207.14 | 52.00% | 40.00% |
| Premarin 2.5 mg tabs | 100 | $78.41 | $62.73 | $37.64 | 52.00% | 40.00% |
| Premarin 2.5 mg tabs | 1000 | $747.69 | $598.15 | $358.89 | 52.00% | 40.00% |
| Premarin vag. w/app. | 1.5 oz | $25.88 | $20.70 | $17.97 | 30.56% | 13.19% |
| Proctocream HC | 30 gm | $11.96 | | $7.42 | 37.96% | |
| Proctofoam-HC | 10 gm | $14.71 | | $9.02 | 38.68% | |
| Proventil Repetabs | 100 | $47.20 | | $13.44 | 71.53% | |
| Provera 2.5 mg tabs | 100 | $30.08 | $24.06 | $8.74 | 70.94% | 63.67% |
| Provera 5 mg tabs | 100 | $45.38 | $36.30 | $13.19 | 70.93% | 63.66% |
| Provera 10 mg tabs | 500 | $267.16 | $213.73 | $78.84 | 70.49% | 63.11% |
| Psorcon Ointment | 15 gm | $16.86 | $13.57 | $6.00 | 64.62% | 55.78% |
| Psorcon Ointment | 30 gm | $22.86 | $18.30 | $10.80 | 52.80% | 40.98% |
| Psorcon Ointment | 60 gm | $42.36 | $33.89 | $18.00 | 57.51% | 46.89% |
| Quinaglute Duratabs | 100 | $46.95 | | $11.00 | 76.57% | |
| Quinaglute Duratabs | 250 | $113.90 | | $27.00 | 76.29% | |
| Quinidex Extentabs | 100 | $60.25 | $48.20 | $26.00 | 56.85% | 46.06% |

Page 8

308

*Southeast/Prucare Analysis*

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Quinidex Extentabs | 250 | $144.06 | $115.25 | $64.20 | 55.44% | 44.30% |
| Retin-A cream 0.025% | 20 gm | $21.12 | | $9.75 | 53.84% | |
| Retin-A cream 0.025% | 45 gm | $40.02 | | $19.75 | 50.65% | |
| Retin-A cream 0.05% | 45 gm | $41.16 | | $22.00 | 46.55% | |
| Retin-A cream 0.1% | 20 gm | $25.56 | | $13.00 | 49.14% | |
| Retin-A cream 0.05% | 20 gm | $21.64 | | $11.00 | 49.63% | |
| Retin-A gel 0.01% | 15 gm | $16.98 | | $10.00 | 41.11% | |
| Retin-A gel 0.01% | 45 gm | $40.26 | | $22.00 | 45.36% | |
| Retin-A gel 0.025% | 15 gm | $17.16 | | $10.00 | 41.72% | |
| Retin-A gel 0.025% | 45 gm | $40.82 | | $22.00 | 45.84% | |
| Retin-A liquid 0.05% | 28 ml | $33.60 | | $20.00 | 40.48% | |
| Retin-A Kit 0.025% cr. | 20 gm | $21.12 | | $9.75 | 53.84% | |
| Retin-A Kit 0.025% cr. | 45 gm | $40.02 | | $19.75 | 50.65% | |
| Retin-A Kit 0.05% cr. | 20 gm | $21.64 | | $11.00 | 49.63% | |
| Retin-A Kit 0.05% cr. | 45 gm | $41.16 | | $22.00 | 46.55% | |
| Retin-A Kit 0.1% cr. | 20 gm | $25.56 | | $13.00 | 49.14% | |
| Retin-A Kit 0.1% cr. | 45 gm | $48.12 | | $24.00 | 50.12% | |
| Retin-A Kit 0.01% gel | 15 gm | $16.98 | | $10.00 | 41.11% | |
| Retin-A Kit 0.01% gel | 45 gm | $40.26 | | $22.00 | 45.36% | |
| Retin-A Kit 0.025% gel | 15 gm | $17.16 | | $10.00 | 41.72% | |
| Retin-A Kit 0.025% gel | 45 gm | $40.82 | | $22.00 | 45.84% | |
| Ridaura 3 mg caps | 60 | $57.65 | | $43.52 | 24.51% | |
| Rimactane 300 mg caps | 100 | $134.87 | | $44.94 | 66.68% | |
| Rondec-TR tabs | 65.62 | $55.26 | | $12.49 | 77.40% | |
| Rynatan Pediatric Susp. | 16 oz | $64.87 | | $13.38 | 79.37% | |
| Sectral 200 mg caps | 100 | $72.76 | $58.21 | $38.31 | 47.35% | 34.19% |
| Sectral 400 mg caps | 100 | $96.75 | $77.40 | $50.94 | 47.35% | 34.19% |
| Septra Suspension Grape | 16 oz | $33.38 | | $4.25 | 87.27% | |
| Serophene 50 mg tabs | 30 | $159.16 | | $63.00 | 60.42% | |
| Slo-Bid Gyrocaps 100 mg | 100 | $18.97 | | $4.15 | 78.12% | |
| Slo-Bid Gyrocaps 125 mg | 100 | $23.77 | | $3.15 | 86.75% | |
| Slo-Bid Gyrocaps 200 mg | 100 | $28.56 | | $5.20 | 81.79% | |
| Slo-Bid Gyrocaps 200 mg | 1000 | $280.63 | | $51.00 | 81.83% | |
| Slo-Bid Gyrocaps 300 mg | 1000 | $333.25 | | $60.00 | 82.00% | |
| Slo-Bid Gyrocaps 300 mg | 100 | $34.02 | | $6.10 | 82.07% | |
| Slo-Bid Gyrocaps 50 mg | 100 | $15.73 | | $2.70 | 82.84% | |
| Slo-Bid Gyrocaps 75 mg | 100 | $17.36 | | $2.90 | 83.29% | |
| Slo-Phyllin 100 mg tabs | 100 | $15.16 | | $3.95 | 73.94% | |
| Slo-Phyllin 200 mg tabs | 100 | $20.14 | | $4.75 | 76.42% | |
| Slo-Phyllin 250 gy-cap | 100 | $36.71 | | $9.00 | 75.48% | |
| Slo-Phyllin 60 gy-cap | 100 | $23.59 | | $7.20 | 69.47% | |
| Slow-K tabs | 1000 | $134.86 | | $44.94 | 66.68% | |
| Soma Compound | 100 | $100.00 | | $11.55 | 88.45% | |
| Soma Compound | 500 | $483.96 | | $49.06 | 89.86% | |
| Spectazole cream | 15 gm | $9.54 | | $2.84 | 70.23% | |
| Statrol Ophth. Soln. | 5 ml | $11.25 | $9.00 | $6.60 | 41.33% | 26.67% |
| Stuarnatal 1 + 1 | 100 | $16.74 | | $2.67 | 82.86% | |
| Sulfacet-R lotion | 25 gm | $14.65 | $11.72 | $7.74 | 47.17% | 33.96% |
| Sultrin vag. tabs | 20 | $25.50 | | $15.41 | 39.57% | |
| Synthroid 0.025 mg | 10 | $13.56 | | $9.35 | 31.05% | ... |
| Synthroid 0.05 mg | 100 | $15.24 | | $10.50 | 31.10% | |
| Synthroid 0.075 mg | 100 | $16.92 | | $11.65 | 31.15% | |
| Synthroid 0.1 mg | 100 | $17.40 | | $12.00 | 31.03% | |
| Synthroid 0.125 mg | 100 | $20.34 | | $14.00 | 31.17% | |
| Synthroid 0.15 mg | 1000 | $177.72 | | $122.40 | 31.13% | |
| Synthroid 0.2 mg | 1000 | $212.88 | | $146.65 | 31.11% | |
| Synthroid 0.3 mg | 100 | $33.96 | | $23.35 | 31.24% | |
| Tambocor 100 mg | 100 | $88.20 | | $70.80 | 19.73% | |

## 309

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Tavist syrup | 4 oz. | $17.88 | | $14.15 | 20.86% | |
| Tavist tabs | 100 | $78.42 | | $60.50 | 22.85% | |
| Tavist-D | 100 | $72.90 | | $56.25 | 22.84% | |
| Tavist-1 | 100 | $58.56 | | $45.15 | 22.90% | |
| Tegretol Chew tab 100mg | 100 | $15.18 | | $5.06 | 66.67% | |
| Tegretol 200 mg | 100 | $29.25 | | $9.75 | 66.67% | |
| Temovate cream/oint. | 15 gm | $17.23 | | $11.52 | 33.14% | |
| Temovate cream/oint. | 30 gm | $23.63 | | $15.93 | 33.15% | |
| Temovate cream/oint. | 45 gm | $34.68 | | $23.17 | 33.19% | |
| Tenex 1 mg | 100 | $62.18 | $49.74 | $36.04 | 42.04% | 27.54% |
| Tenex 1 mg | 500 | $295.13 | $236.10 | $171.11 | 42.02% | 27.53% |
| Tenex 2 mg | 100 | $85.25 | $68.20 | $54.23 | 36.39% | 20.48% |
| Tenormin 25 mg | 100 | $76.16 | | $55.42 | 27.23% | |
| Tenormin 50 mg | 100 | $77.71 | | $56.55 | 27.23% | |
| Tenormin 50 mg | 1000 | $767.84 | | $558.71 | 27.24% | |
| Tenormin 100 mg | 100 | $116.56 | | $84.80 | 27.25% | |
| Tessalon Perles | 100 | $56.83 | | $16.00 | 71.85% | |
| Theo-Dur Sprinkle 125 mg | 100 | $16.68 | | $3.00 | 82.01% | |
| Theo-Dur Sprinkle 50 mg | 100 | $12.84 | | $2.50 | 80.53% | |
| Theo-Dur Sprinkle 75 mg | 100 | $14.64 | | $2.75 | 81.22% | |
| Theo-Dur100 mg tabs | 100 | $13.56 | | $2.49 | 81.64% | |
| Theo-Dur100 mg tabs | 1000 | $124.08 | | $24.90 | 79.93% | |
| Theo-Dur 200 mg tabs | 100 | $20.22 | | $3.30 | 83.68% | |
| Theo-Dur 200 mg tabs | 1000 | $180.24 | | $33.00 | 81.69% | |
| Theo-Dur 300 mg tabs | 100 | $24.00 | | $4.05 | 83.13% | |
| Theo-Dur 300 mg tabs | 1000 | $219.36 | | $40.50 | 81.54% | |
| Theo-24 caps 300 mg | 100 | $30.47 | | $5.31 | 82.57% | |
| Tobrex Ophth. Oint. | 3.5 gm | $14.06 | $11.05 | $8.20 | 41.68% | 25.79% |
| Tobrex Ophth. Soln. | 5 ml | $14.06 | $11.05 | $8.20 | 41.68% | 25.79% |
| Tolectin DS 400 mg | 100 | $81.88 | | $27.00 | 67.02% | |
| Tolectin 200 mg tabs | 100 | $51.79 | | $13.50 | 73.93% | |
| Tolectin 600 mg tabs | 100 | $99.40 | | $41.50 | 58.25% | |
| Trandate 100 mg tabs | 100 | $35.59 | | $17.71 | 50.24% | |
| Trandate 200 mg tabs | 100 | $50.96 | | $25.96 | 49.06% | |
| Trandate 200 mg tabs | 500 | $242.10 | | $123.97 | 48.79% | |
| Trandate 300 mg tabs | 100 | $67.80 | | $34.54 | 49.06% | |
| Transderm-Nitro 10 | 30 | $43.47 | | $8.40 | 80.88% | |
| Transderm-Nitro 15 | 30 | $47.89 | | $8.40 | 82.46% | |
| Transderm-Nitro 2.5 | 30 | $37.16 | | $8.40 | 77.40% | |
| Transderm-Nitro 5 | 30 | $38.03 | | $8.40 | 77.91% | |
| Tri-Levlen 28 | 3 x 28 | $51.80 | | $13.50 | 73.94% | |
| Tri-Norinyl 28 | 24 x 28 | $447.60 | | $108.00 | 75.87% | |
| Trilisate 1000 mg tabs | 60 | $42.76 | | $6.15 | 85.62% | |
| Trilisate 500 mg tabs | 100 | $44.45 | | $5.10 | 88.53% | |
| Trilisate 750 mg tabs | 100 | $55.17 | | $7.45 | 86.50% | |
| Trinalin tabs | 100 | $67.50 | | $29.67 | 56.04% | |
| Uniphyl 400 mg tabs | 100 | $48.43 | | $3.45 | 92.88% | |
| Valisone lotion | 20 ml | $15.30 | | $8.54 | 44.18% | |
| Vasocidin Ophth. Soln. | 10 ml | $14.40 | $12.00 | $5.20 | 63.89% | 56.67% |
| Velosef susp. 125mg/5ml | 100 ml | $8.39 | $7.07 | $4.89 | 41.72% | 30.83% |
| Velosef susp. 250mg/5ml | 100 ml | $15.75 | $13.27 | $6.18 | 60.78% | 53.43% |
| Ventolin Inhaler | each | $19.48 | | $5.95 | 69.46% | |
| Ventolin Inhaler refill | 17 gm | $17.95 | | $5.85 | 67.41% | |
| Ventolin Rotocap kit | 96 | $23.89 | | $18.30 | 23.40% | |
| Ventolin Soln. for Inh. | 20 ml | $14.86 | | $7.95 | 46.50% | |
| Ventolin syrup 2mg/ml | 16 oz | $27.88 | | $14.72 | 47.20% | |
| Ventolin 2 mg tabs | 100 | $31.09 | | $8.95 | 71.21% | |
| Ventolin 2 mg tabs | 500 | $147.64 | | $42.51 | 71.21% | |

310

Southeast/Prucare Analysis

| Description | | AWP price | Direct price | Contract Price | Discount off of AWP | Discount off of Direct |
|---|---|---|---|---|---|---|
| Ventolin 4 mg tabs | 100 | $46.38 | | $13.44 | 71.02% | |
| Ventolin 4 mg tabs | 500 | $220.45 | | $63.64 | 71.04% | |
| Verelan Pellet Caps 120 mg | 100 | $89.30 | $75.20 | $51.00 | 42.89% | 32.18% |
| Verelan Pellet Caps 240 mg | 100 | $99.00 | $83.44 | $54.00 | 45.50% | 35.29% |
| Vi-Daylin Chewable | 100 | $9.57 | $8.06 | $2.15 | 77.53% | 73.33% |
| Vi-Daylin Drops | 50 ml | $8.03 | $6.76 | $1.44 | 82.07% | 78.70% |
| Vi-Daylin F Chewable | 100 | $11.89 | $10.01 | $2.64 | 77.80% | 73.63% |
| Vi-Daylin F w/Iron Chew. | 100 | $12.52 | $10.54 | $2.78 | 77.80% | 73.62% |
| Vi-Daylin Plus Iron Chew. | 100 | $10.09 | $8.50 | $2.65 | 73.74% | 68.82% |
| Vi-Daylin w/Iron Drops | 50 ml | $8.03 | $6.76 | $1.13 | 85.93% | 63.28% |
| Vi-Daylin F ADC Drops | 50 ml | $8.27 | $8.96 | $1.29 | 84.40% | 81.47% |
| Vi/Day/F ADC/Iron drops | 50 ml | $8.27 | $6.96 | $1.55 | 81.26% | 77.73% |
| Vi-Day/F drops | 50 ml | $9.03 | $7.60 | $1.55 | 82.83% | 79.61% |
| Vi-Day/F w/Iron drops | 50 ml | $9.03 | $7.60 | $1.93 | 78.63% | 74.61% |
| Visken 10 mg tabs | 100 | $78.00 | | $58.00 | 25.64% | |
| Visken 5 mg tabs | 100 | $58.80 | | $45.40 | 22.79% | |
| Vytone cream 1% | 1 oz | $15.28 | $12.22 | $8.08 | 47.12% | 33.88% |
| Westcort cream 2% | 15 gm | $10.08 | $8.40 | $3.00 | 70.24% | 64.29% |
| Westcort cream 2% | 45 gm | $20.15 | $16.79 | $5.82 | 72.11% | 66.53% |
| Westcort cream 2% | 60 gm | $24.22 | $20.18 | $8.07 | 66.68% | 60.01% |
| Westcort ointment 2% | 15 gm | $10.08 | $8.40 | $3.00 | 70.24% | 64.29% |
| Westcort ointment 2% | 45 gm | $20.15 | $16.79 | $5.82 | 72.11% | 66.53% |
| Wytensin 4 mg tabs | 100 | $53.05 | $42.44 | $32.41 | 38.91% | 23.63% |
| Wytensin 8 mg tabs | 100 | $79.63 | $63.70 | $48.66 | 38.89% | 23.61% |
| Xanax 0.25 mg tabs | 100 | $47.98 | $38.38 | $34.92 | 27.22% | 9.02% |
| Xanax 0.25 mg tabs | 500 | $232.68 | $186.14 | $169.37 | 27.21% | 9.01% |
| Xanax 0.5 mg tabs | 100 | $59.76 | $47.81 | $43.50 | 27.21% | 9.01% |
| Xanax 0.5 mg tabs | 500 | $289.65 | $231.72 | $216.85 | 25.13% | 6.42% |
| Xanax 1 mg tabs | 100 | $79.74 | $63.79 | $58.04 | 27.21% | 9.01% |
| Xanax 1 mg tabs | 500 | $386.70 | $309.38 | $281.40 | 27.23% | 9.04% |
| Xanax 2 mg tabs | 100 | $135.58 | $108.46 | $98.69 | 27.21% | 9.01% |
| Xanax 2 mg tabs | 500 | $657.56 | $526.05 | $478.66 | 27.21% | 9.01% |
| Zantac 150 mg tabs | 60 | $84.23 | | $54.51 | 35.28% | |
| Zantac 150 mg tabs | 100 | $140.38 | | $90.85 | 35.28% | |
| Zantac 300 mg tabs | 30 | $73.13 | | $49.37 | 32.49% | |

Average discount off of AWP          59.21%

Market basket comparison
Sum of AWP prices          $36,701.63
Sum of contract prices     $16,944.57
Discount off of AWP prices   53.83%

Compiled by: K. Whittemore     2/28/92

Page 9