# EXHIBIT 82

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY   MDL No. 1456

AVERAGE WHOLESALE PRICE         Master File No.

LITIGATION                      01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

United States of America, ex rel.

Ven-A-Care of The Florida Keys,

Inc., et al. vs. Boehringer

Ingelheim Corporation, et al.,

Civil Action No. 07-10248-PBS

(Captions continued on following pages.)

     VIDEOTAPED DEPOSITION OF PAUL CHESSER, a Witness, taken on behalf of the Defendants, before Robin Prouty, CCR No. 868, pursuant to Notice on the 24th day of June, 2008, at the offices of Kutak Rock, LLP, 124 West Capitol Avenue, Suite 2000, Little Rock, Arkansas.

Page 66

1  Q. Now, after this report in 1994, what was
2  the next drug report that you became involved with?
3  A. It would be the -- the survey of AWP based
4  on 1994 prices. The report -- we issued reports to
5  11 states and a couple roll-up reports.
6  Q. And that audit commenced around 1994; is
7  that right?
8  A. It started -- in August of '94 was when
9  the -- we officially kicked it off.
10  Q. And approximately how long did that audit
11  last?
12  A. A long time.
13  Q. Can you define "a long time"?
14  A. Before all reports were issued, it was
15  probably sometime in '96. I mean if you've got the
16  dates on some of these. . . We had the work done --
17  the majority of the work done within a year.
18  Q. Okay. But the audit as a whole took a
19  couple years, two to three years; is that right?
20  A. Yes.
21  Q. All right. Now, it appears that most of
22  the audits you've worked on concern Medicaid drug

Page 67

1  prices --
2  A. Yes.
3  Q. -- is that correct. Did you ever have any
4  involvement with Medicare reimbursement?
5  A. Not until recently with the passage of MMA
6  and the Deficit Reduction Act. I've done some work.
7  But we had an unwritten agreement, so to speak,
8  Office of Audit did the Medicaid drug work, Office
9  of -- OEI, Office of Evaluation and Inspections, did
10  all the Medicare drug work.
11  Q. Okay. And both of those are underneath the
12  Office of Inspector General, correct?
13  A. Correct.
14  Q. Okay. Are there any other offices other
15  than OEI or OAS underneath the Office of Inspector
16  General?
17  A. Office of Investigations.
18  Q. And what types of reports do they work on?
19  A. They don't do reports. They do criminal
20  and civil investigations.
21  Q. So those are the three divisions of OIG,
22  correct?

Page 68

1  A. Correct.
2  Q. And you've primarily worked with the Office
3  of Audit Services?
4  A. Correct.
5  Q. And the office here in Little Rock, that's
6  only the Office of Audit Services, correct?
7  A. Yes.
8  Q. Is there an Office of Evaluations and
9  Inspections in Region 6?
10  A. Just a regional office.
11  Q. So that -- the OEI is entirely in the
12  Dallas office; is that right?
13  A. For Region 6.
14  Q. For Region 6. Correct. Approximately how
15  many audits have you been involved with with regard
16  to Medicaid drug pricing?
17  A. I would have to add them up.
18  Q. Do you have a rough estimate? More than
19  20? More than 30?
20  A. Well, it would depend on -- I mean if you
21  want to characterize that -- the '94 review as 11,
22  12, 13. We issued 13 reports. And to me, it was

Page 69

1  one -- one effort in terms of, you know, what you
2  did. You did it in 11 different states. But if you
3  count that as 13, it would be 30 or so, I would. . .
4  Q. Okay. So you would estimate you've worked
5  on approximately 30 reports involved with audits of
6  pharmaceutical drug pricing in the Medicaid
7  program --
8  A. Yes.
9  Q. -- is that right. Okay. And you indicated
10  that recently you started working with Medicare drug
11  pricing; is that right?
12  A. Yes. The Medicare Modernization Act
13  changed the way Medicare reimbursed for Part B
14  drugs, physician-administered drugs, and that
15  legislation actually included a provision that the
16  OIG conduct a -- an audit of the physicians'
17  ability -- in particular oncology physicians'
18  ability to purchase cancer treatment drugs at that
19  new reimbursement methodology of ASP plus six
20  percent.
21  Q. And you indicated earlier there was an
22  unwritten rule that OEI would do medicare drug

Chesser, Paul                                                      June 24, 2008

Page 86

1  other regions?
2       A.  I never did personally.  I think Bill
3  Shrigley probably attended some -- some meetings
4  where they might have talked about the various jobs
5  going on, so he -- he would have done that for these
6  jobs.
7       Q.  You said George Reeb would have been the
8  person to do that?
9       A.  Bill Shrigley.
10      Q.  Bill Shrigley.  I'm sorry.  Do you recall
11 him ever discussing with you an occasion where he
12 would have reported or shared results of an audit
13 with other OIG officials from other regions?
14      A.  I don't recall.
15          MR. HECK:  I'm going to mark some
16 exhibits.  I think I'm going to mark four at this
17 time.
18          (Whereupon, Exhibit Roxane 074 and Exhibit
19 Roxane 075 were marked for identification by the
20 reporter.)
21          MR. HECK:  This is going to be Roxane
22 74.  This is Roxane 75.  76.  77.

Page 87

1           (Whereupon, Exhibit Roxane 076 and Exhibit
2  Roxane 077 were marked for identification by the
3  reporter.)
4       Q.  (By Mr. Heck)  The court reporter is
5  handing you what's been marked as four different
6  exhibits, and I believe they run from 74 to 77.  If
7  you could take a moment to just flip through these.
8  You don't have to read every word, just generally
9  acknowledge what's there.
10      A.  (Witness complies.)
11      Q.  Okay?
12      A.  Okay.
13      Q.  All right.  Now, drawing your attention to
14 the top two exhibits, which I believe are 74 and 75.
15 These are reports from the audits we were talking
16 about earlier; is that correct?
17      A.  Yes.
18          MR. DRAYCOTT:  Objection.
19      Q.  (By Mr. Heck)  Just to be more specific,
20 these are the reports that came out of the audits
21 that began in 1994, and these were published in 1996
22 and '97; is that right?

Page 88

1       A.  It looks like they both went out in '97.
2       Q.  Okay.  They were both in '97.  And the
3  first is the generic drug pricing report; is that
4  right?
5       A.  Yes.
6       Q.  And the second is the brand name drug
7  pricing report; is that right?
8       A.  Yes.
9       Q.  And these reports both came out of the same
10 audit process; is that right?
11      A.  Yes.
12      Q.  And the goal of this process was to compare
13 published AWPs, or average wholesale prices, to
14 invoice prices; is that right?
15      A.  Yeah.  We state our objective as to develop
16 an estimate of the difference between the actual
17 invoice price and AWP.
18      Q.  And what are you reading from right now?
19      A.  That was out of the scope section.
20      Q.  Of the branded drug report?
21      A.  Yes.
22      Q.  Or the generic report.  Okay.

Page 89

1       A.  They would have been worded identically.
2       Q.  Now, these reports were both commissioned
3  by HCFA; is that correct?
4       A.  They were requested by HCFA.
5       Q.  And let's move to Roxane Exhibit 76, which
6  is a memorandum.  Do you see that?
7       A.  Yes.
8       Q.  Do you recognize this document?
9       A.  Yes.
10          MR. HECK:  For those on the phone,
11 this is a memorandum dated April 25th, 1994.  It
12 bears the Bates label HHD 21-0059 to 0061.
13      Q.  (By Mr. Heck)  Now, this appears to be a
14 memorandum from someone at HCFA to John Hapchuk; is
15 that correct?
16      A.  Yes.
17      Q.  Do you know who John Hapchuk is?
18      A.  Yes, I do.
19      Q.  And who is he?
20      A.  At that time, John was a director at HCFA
21 audit division working for George Reeb.
22      Q.  Would he have been a colleague of Ben

23 (Pages 86 to 89)