# EXHIBIT 99

IL Department of Healthcare and Family Services (James Parker)                                                November 18, 2008

Springfield, IL

Page 1

```
         IN THE UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE:   PHARMACEUTICAL INDUSTRY     )

AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456

---------------------------------) Civil Action

THIS DOCUMENT RELATES TO:            ) No. 01-12257-PBS

United States of America, ex. rel. ) Hon. Patti Saris

Ven-a-Care of the Florida Keys,    ) Magistrate Judge

Inc., v. Abbott Laboratories, Inc.,)

Civil Action No. 06-11337-PBS; and )

United States of America, ex. rel. ) VIDEOTAPED

Ven-a-Care of the Florida Keys,    ) DEPOSITION OF

Inc., v. Dey, Inc., et. al., Civil ) THE ILLINOIS

Action No. 05-11084-PBS; and United) DEPARTMENT OF

States of America, ex. rel.        ) HEALTHCARE AND

Ven-a-Care of the Florida Keys,    ) FAMILY SERVICES

Inc., v. Boehringer Ingleheim      ) by   JAMES PARKER

Corp. et. al., Civil Action        )

No. 07-10248-PBS.                  ) NOVEMBER 18, 2008

---------------------------------X
```

IL Department of Healthcare and Family Services (James Parker)                         November 18, 2008
                                Springfield, IL

Page 2

1            Videotaped deposition of JAMES PARKER,
2    called by the Plaintiffs for examination, taken
3    pursuant to notice, agreement and by the provisions
4    of the Rules of Civil Procedure for the United
5    States District Courts pertaining to the taking of
6    depositions, taken before DEBORAH HABIAN, a Notary
7    Public within and for the County of Cook, State of
8    Illinois, and a Certified Shorthand Reporter of
9    said State, at the United States Attorney's Office,
10   318 South 6th Street, Springfield, Illinois, on the
11   18th day of November, 2008, at 9:17 a.m.
12
13
14
15
16
17
18
19
20
21
22

Page 3

1      A P P E A R A N C E S :

2

3   On behalf of the United States

4

5        U.S. DEPARTMENT OF JUSTICE

6        COMMERCIAL LITIGATION, FRAUD

7        BY:   LAURIE A. OBEREMBT, ESQ.

8        P.O. Box 261

9        Ben Franklin Station

10       Washington, D.C.   20044

11       (202) 514-3345

12

13

14  Via telephone on behalf of Abbott

15  Laboratories Defendants;

16

17       JONES DAY

18       BY:   ERIC P. BERLIN, ESQ.

19       77 West Wacker Drive

20       Chicago, Illinois   60601-1692

21       (312) 782-3939

22

Page 4

1        A P P E A R A N C E S :   (CONTINUED)

2

3  On behalf of the Roxanne and Boehringer

4  Ingleheim Corp. Defendants;

5

6      KIRKLAND & ELLIS, LLP

7      BY:   JOHN W. REALE, ESQ.

8           MIRIAM L. LIEBERMAN, ESQ.

9      200 East Randolph Drive

10     Chicago, Illinois   60601

11     (312) 861-2000

12

13

14 On behalf of Dey, Inc., Dey LP and Dey LP, Inc.;

15

16     KELLEY DRYE

17     BY:   MICHAEL J. MALONEY, ESQ.

18     101 Park Avenue

19     New York, New York   10178

20     (212) 808-7706

21

22

```
                                                              Page 5
 1            A P P E A R A N C E S :   (CONTINUED)

 2

 3    On behalf of the State of Illinois and the witness;

 4

 5          MINER, BARNHILL & GALLAND, P.C.

 6          BY:   ROBERT S. LIBMAN, ESQ.

 7                BENJAMIN BLUSTEIN, ESQ.

 8          14 West Erie Street

 9          Chicago, Illinois  60610

10          (312) 751-1170

11

12

13    On behalf of the State of Illinois and the witness.

14

15          ILLINOIS DEPT OF HEALTHCARE AND FAMILY SERVICES

16          BY:   JEANETTE G. BADROV, ESQ.

17          401 South Clinton Street

18          Sixth Floor

19          Chicago, Illinois  60607

20          (312) 793-8620

21

22    ALSO PRESENT:  DAVID DOMINIAK, VIDEOGRAPHER
```

```
                                                              Page 6
 1                         I N D E X

 2

 3   WITNESS: JAMES PARKER                                      PAGE

 4        EXAMINATION BY LAURIE A. OBEREMBT, ESQ....... 012

 5        EXAMINATION BY JOHN W. REALE, ESQ............ 081

 6        EXAMINATION BY MICHAEL J. MALONEY....... 314, 394

 7        EXAMINATION BY ERIC P. BERLIN, ESQ........... 327

 8

 9

10                        E X H I B I T S

11   NUMBER               DESCRIPTION                           PAGE

12   Exhibit Parker 001 - Notice of Deposition....... 015

13   Exhibit Parker 002 - 7/31/87 Federal Register... 030

14   Exhibit Parker 003 - Summary chart.............. 034

15   Exhibit Parker 004 - AWP-IL-00002351 - 2357..... 039

16   Exhibit Parker 005 - HHD075-0089 - 090.......... 042

17   Exhibit Parker 006 - AWP-IL-00002593 - 2601..... 043

18   Exhibit Parker 007 - HHC009-1247 - 1248......... 046

19   Exhibit Parker 008 - HHC009-1376 - 1377......... 048

20   Exhibit Parker 009 - AWP-IL-00017006 - 013...... 051

21   Exhibit Parker 010 - Plf's Interrog Answers

22                        State of IL v. Abbott...... 055
```

IL Department of Healthcare and Family Services (James Parker)                November 18, 2008
Springfield, IL

Page 7

1              E X H I B I T S  (CONTINUED)

2   NUMBER                    DESCRIPTION                      PAGE

3   Exhibit Parker 011 - Summary of Illinois

4                       Medicaid Providers......... 057

5

6

7            R O X A N E    E X H I B I T S

8   NUMBER                    DESCRIPTION                      PAGE

9   Exhibit Roxane IL 001 - AWP-IL-00000344 - 345... 133

10  Exhibit Roxane IL 002 - AWP-IL-00016119 - 124... 139

11  Exhibit Roxane IL 003 - GAO 3/93 doc............ 155

12  Exhibit Roxane IL 004 - AWP-IL-00002381 - 384... 166

13  Exhibit Roxane IL 005 - AWP-IL-00016131 - 138... 179

14  Exhibit Roxane IL 006 - AWP-IL-00016734 - 755... 185

15  Exhibit Roxane IL 007 - AWP-IL-00016260 - 266... 196

16  Exhibit Roxane IL 008 - AWP-IL-00010038 - 42.... 206

17  Exhibit Roxane IL 009 - HHD014-0443 - 0460...... 215

18  Exhibit Roxane IL 010 - AWP-IL-00010143 - 143... 226

19  Exhibit Roxane IL 011 - AWP-IL-00007713 - 729... 247

20  Exhibit Roxane IL 012 - AWP-IL-00010155 - 159... 257

21  Exhibit Roxane IL 013 - AWP-IL-00016922 - 925... 262

22  Exhibit Roxane IL 014 - AWP-IL-2715 - 716....... 273

IL Department of Healthcare and Family Services (James Parker)                                    November 18, 2008
Springfield, IL

Page 8

```
 1        R O X A N E    E X H I B I T S  (CONTINUED)

 2     NUMBER                    DESCRIPTION                    PAGE

 3     Exhibit Roxane IL 015 - AWP-IL-00017334 - 335... 276

 4     Exhibit Roxane IL 016 - AWP-IL-00007748......... 286

 5     Exhibit Roxane IL 017 - AWP-IL-8066 - 8067...... 288

 6     Exhibit Roxane IL 018 - AWP-IL-00002875 - 876... 295

 7     Exhibit Roxane IL 019 - HHC009-1316 - 1335...... 299

 8     Exhibit Roxane IL 020 - HHD014-0764 - 0782...... 302

 9     Exhibit Roxane IL 021 - 9/16/02 letter from

10                             J. Rehnquist to T.

11                             Scully................ 308

12

13        A B B O T T    E X H I B I T S

14     NUMBER                    DESCRIPTION                    PAGE

15     Exhibit Abbott Parker 001 - AWP-IL-00017006 - 13 329

16     Exhibit Abbott Parker 002 - AWP-IL-00007596..... 356

17     Exhibit Abbott Parker 003 - AWP-IL-00009781 - 82 362

18     Exhibit Abbott Parker 004 - AWP-IL-00007749 - 50 367

19     Exhibit Abbott Parker 005 - AWP-IL-00016902 - 14 371

20

21

22
```

Page 202

1    A.   I got distracted.
2    Q.   So it states in here that, "We suspect
3 that the real problem with this initiative is
4 that the current methodologies for maximum
5 reimbursement create higher profits for generics
6 than for brand drugs," correct?
7    A.   Correct.
8    Q.   And that methodology, the methodology
9 of using AWP, remained in place up until December
10 2000?
11   A.   Correct.
12   Q.   And then for a six-month period, the
13 methodology also incorporated WAC?
14   A.   Correct.
15   Q.   Then the system moved back to the use
16 of just AWP?
17   A.   Correct.
18   Q.   And in so doing, Illinois Department of
19 Public Aid was aware that AWP as early as 1995
20 had become "most meaningless for generic drugs"?
21   A.   Yes.
22   Q.   And you have seen no evidence since