# EXHIBIT 101

```
          UNITED STATES DISTRICT COURT

       FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL

INDUSTRY AVERAGE

WHOLESALE PRICE LITIGATION

                        MDL NO. 1456

                        NO. 01-CV-12257-PBS

                        JUDGE PATTI SARIS

                        MAG. MARIANNE BOWLER

THIS DOCUMENT RELATES

TO U.S. EX REL.

VEN-A-CARE OF THE FLORIDA

KEYS, INC. V. ABBOTT

LABORATORIES, INC., ET AL.,

NO. 06-CV-11337-PBS

         VIDEOTAPED DEPOSITION OF MARY

JULIA TERREBONNE, 6080 ESPLANADE AVENUE,

BATON ROUGE, LOUISIANA 70806, TAKEN IN THE

OFFICES OF LOUISIANA DEPARTMENT OF HEALTH &

HOSPITALS, BIENVILLE BUILDING, 628 N. FOURTH

STREET, BATON ROUGE, LOUISIANA 70806, ON THE

31ST DAY OF MARCH, 2008.
```

Page 2

1  APPEARANCES:
2
3     UNITED STATES ATTORNEYS OFFICE, BOSTON
4     (BY:  JEFF FAUCI, ESQUIRE)
5     JOHN JOSEPH MOUHLEY COURTHOUSE
6     1 COURTHOUSE WAY
7     BOSTON, MASSACHUSETTS  02110
8       (ATTORNEYS FOR THE UNITED STATES)
9
10    LOUISIANA DEPARTMENT OF HEALTH AND
11      HOSPITALS
12    (BY:  KIMBERLY SULLIVAN, ESQUIRE)
13    628 N. FOURTH STREET
14    BIENVILLE BUILDING
15    BATON ROUGE, LOUISIANA  70806
16      (ATTORNEYS FOR THE LOUISIANA
17         DEPARTMENT OF HEALTH AND
18         HOSPITALS)
19
20
21
22

Page 4

1              EXAMINATION INDEX
2   EXAMINATION BY MR. TORBORG: ............10
3   EXAMINATION BY MS. LORENZO: ...........262
4   EXAMINATION BY MR. FAUCI: .............267
5   EXAMINATION BY MR. TORBORG: ...........275
6   EXAMINATION BY MR. FAUCI: .............277
7              * * *

Page 3

1  APPEARANCES CONTINUED:
2     JONES DAY
3     (BY:  DAVID S. TORBORG, ESQUIRE)
4     51 LOUISIANA AVENUE, N.W.
5     WASHINGTON, D.C.  20001-2113
6       (ATTORNEYS FOR ABBOTT LABORATORIES)
7
8     KELLEY, DRYE & WARREN
9     (BY:  MARISA LORENZO, ESQUIRE)
10    101 PARK AVENUE
11    NEW YORK, NEW YORK  10178
12      (ATTORNEYS FOR DEY, INC.,
13         DEY, L.P. AND DEY L.P., INC.)
14
15  REPORTED BY:
16    CATHY RENEE POWELL, CCR
17
18  VIDEOGRAPHER:
19    MICHAEL BERGERON
20         * * *
21
22

Page 5

1            INDEX OF EXHIBITS
2
3   Exhibit Abbott 1050  ...................81
4     State Plan Under Title XIX of the
5     Social Security Act,
6     JD-SUB-LA-001522-32.
7   Exhibit Abbott 1051  ..................113
8     Myers and Stauffer, "A Survey of
9     Dispensing and Acquisition Costs of
10    Pharmaceuticals in the State,
11    Prepared for the Department of
12    Health and Hospitals, Baton Rouge,
13    Louisiana, September 1999,"
14    KY_AWP_KRF_03164-72.
15  Exhibit Abbott 1052  ..................134
16    Memorandum from Myers and Stauffer
17    to M. J. Terrebonne dated March 23,
18    1999, subject, preliminary
19    acquisition cost study findings,
20    JD-SUB-LA-000218 through 34.
21
22

Page 6

INDEX OF EXHIBITS

Exhibit Abbott 1053 ...................136
 "LMMIS Design Change Request Form"
 dated 3-25-99, JD-SUB-LA-000235
 through 49.
Exhibit Abbott 1054 ...................177
 Materials produced by Ven-A-Care of
 the Florida Keys, VAC MDL 77742.
Exhibit Abbott 1055 ...................188
 "Record of Discussion Dated March
 20, 1997, Place, Medicaid Pharmacy
 Administrators Symposium,"
 HHD031-0396 through 97.
Exhibit Abbott 1056 ...................205
 Document relating to State Plan
 Amendment No. 01-08,
 JD-SUB-LA-000684 through 86.

Page 7

INDEX OF EXHIBITS

Exhibit Abbott 1057 ...................207
 E-mail from M.J. Terrebonne to Joe
 Reeder, dated August 24, 2001,
 forwarding August 8, 2001, letter
 to Sandra Victor from Joe Reeder,
 JD-SUB-LA-000687 through 92.
Exhibit Abbott 1058 ...................213
 Survey of the Average Cost of
 Filling a Medicaid Prescription in
 the State of Louisiana,
 JD-SUB-LA-001413 through 508.
Exhibit Abbott 1059 ...................219
 Appendix A of LMAC manual.
Exhibit Abbott 1060 ...................221
 National Association of Chain
 Drugstores document,
 JD-SUB-LA-001307 through 12.

Page 8

INDEX OF EXHIBITS

Exhibit Abbott 1061 ...................225
 OIG report dated 2005, titled
 "Comparison of Medicaid Federal
 Upper Limit Amounts to Average
 Manufacture Prices,"
 JD-SUB-LA-001365 through 75.
Exhibit Abbott 1062 ...................241
 Series of e-mails,
 KY_DMS_PL-0111755 through 809.
Exhibit Abbott 1067 ...................253
 HHD006-0292 through 97.
Exhibit Dey 057 .......................263
 Dey, L.P. December 2001 Notice of
 Price Change, DEY-MDL-0105071-79.

Page 9

    THE VIDEOGRAPHER: Today is the 31st day of
March, 2008, the time is approximately 9:13. This
is the videotaped deposition of Ms. Mary J.
Terrebonne, taken at the Louisiana Department of
Health and Hospitals, located at 628 North Fourth
Street, Baton Rouge, Louisiana, in the case
entitled "In Re: Pharmaceutical Industry Average
Wholesale Price Litigation."
    Would counsel please introduce themselves
and which parties they represent.
    MR. TORBORG: David Torborg from Jones Day on
behalf of Abbott Labs.
    MR. FAUCI: Jeff Fauci on behalf of the U.S.
Attorney's Office representing the United States.
    MS. LORENZO: This is Marisa Lorenzo from
Kelley Drye & Warren, representing Dey, Inc., Dey,
L.P., and Dey, L.P., Inc.
    MS. SULLIVAN: Kim Sullivan, attorney for the
Department of Health and Hospitals.
        MARY JULIA TERREBONNE, having been first
duly sworn as a witness, was examined and testified
as follows:

Page 114

1  Q. And this is a 1999 report prepared by
2  Myers and Stauffer?
3  A. Yes.
4  Q. It notes at Bates page 165 appreciation
5  to you and others for your assistance in
6  determining the findings in the report. Is that
7  correct?
8  A. Yes.
9  Q. And if we look at page 4, under
10 "Executive Summary," last paragraph indicates "Drug
11 acquisition cost comparisons were compiled and
12 analyzed for the top 600 drug products. The actual
13 acquisition cost data shown on invoices obtained
14 from 43 Louisiana pharmacy providers was compared
15 to the standardized AWP."
16      Do you see that?
17 A. Yes.
18 Q. So, in this report, is Myers and Stauffer
19 using the term actual acquisition cost as one it is
20 comparing AWP to?
21 A. That is what it says, yes.
22 Q. When did you first learn that this AWPs

Page 115

1  reported in the compendia did not represent actual
2  acquisition cost?
3      MR. FAUCI: Objection, form.
4      THE WITNESS: I don't know when.
5  BY MR. TORBORG
6  Q. As far as you can remember, the AWPs in
7  the compendia were inflated about actual
8  acquisition cost, correct?
9      MR. FAUCI: Object to the form.
10     THE WITNESS: Yes.
11 BY MR. TORBORG
12 Q. And that was particularly true for
13 generic drugs, right?
14     MR. FAUCI: Objection, form.
15     THE WITNESS: I don't know if that is correct
16 or not. I mean, I don't know the answer to that.
17 BY MR. TORBORG
18 Q. Do you recall becoming aware that the
19 AWPs in the compendia were a particularly
20 unreliable source for actual acquisition cost?
21     MR. FAUCI: Objection, form.
22     THE WITNESS: I guess based upon looking at

Page 116

1  OIG reports and that type of thing, that would be
2  my awareness.
3  BY MR. TORBORG
4  Q. And did you have an understanding of why
5  it was that the AWPs reported in the compendia for
6  generic drugs were a particularly unreliable source
7  for actual acquisition cost?
8      MR. FAUCI: Objection, form.
9      THE WITNESS: I don't know.
10 BY MR. TORBORG
11 Q. Do you have an understanding of how it is
12 that First DataBank sets the average wholesale
13 price that they report?
14 A. Do I have an understanding?
15 Q. Yes.
16 A. No.
17 Q. In your position as a pharmacy consultant
18 and later pharmacy director for the state of
19 Louisiana, what were your expectations regarding
20 whether or not the AWPs reported in the compendia
21 represented actual acquisition costs for generic
22 drugs?

Page 117

1  A. What were my expectations of --
2  Q. Yes. Stated another way, did you expect
3  that the AWPs reported in the compendia for generic
4  drugs would actually represent the actual
5  acquisition cost of pharmacies net of discounts,
6  rebates and charge-backs?
7      MR. FAUCI: Is there a time frame on the
8  question?
9  BY MR. TORBORG
10 Q. From 1991 through 2001.
11 A. Did I expect it? No.
12 Q. Why not?
13 A. Because I think both of those have two
14 different definitions. AWP has a different
15 definition than actual acquisition cost, and we
16 were getting AWPs from First DataBank, not actual
17 acquisition cost.
18 Q. Your understanding of the definition of
19 AWP is it is something that does not include the
20 impact of rebates, discounts and charge-backs,
21 correct?
22 A. Correct. It would be the average from

30 (Pages 114 to 117)

Page 118

1  the wholesalers, as I understand it. They were
2  supposed to do surveys from wholesalers and
3  determine an average. But how they did that, I
4  don't know.
5      Q.  But you didn't think that the prices
6  reported in the compendia were the actual average,
7  net of all rebates, charge-backs and discounts,
8  that pharmacies were actually paying from 1991
9  until 2001, did you?
10     A.  That's correct, I did not.
11     Q.  And were there any classes of drugs in
12 particular for which you knew AWPs were not a
13 reliable indicator of actual acquisition costs?
14     MR. FAUCI:  Objection.
15     THE WITNESS:  No.
16 BY MR. TORBORG
17     Q.  But you became aware of, through your
18 review of reports like Myers and Stauffer's and the
19 OIG, that generic drugs, there was a larger
20 variability between AWP and actual acquisition
21 costs for generic drugs?
22     A.  I don't recall that. It may be in here,

Page 119

1  I just don't remember.
2      Q.  What you -- your testimony here today is
3  that your knowledge is probably best reflected --
4  what you knew when is best reflected in the reports
5  that were put in front of you?
6      MR. FAUCI:  Objection.
7      THE WITNESS:  Yes, we sought out to get the
8  expertise to conduct these surveys.
9  BY MR. TORBORG
10     Q.  Did you have any expectations of
11 manufacturers regarding what the AWPs in the
12 compendia would represent?
13     A.  No.
14     Q.  Have you had any discussions with either
15 First DataBank or Red Book regarding what AWP
16 prices reported in those publications represented?
17     A.  I'm sorry. In this report?
18     Q.  Strike that. Let me ask an easier
19 question.
20        Have you ever spoken with anyone from
21 First DataBank?
22     A.  Minimally.

Page 120

1      Q.  What were your discussions about?
2      A.  I don't recall, but our staff doesn't
3  speak to First DataBank directly because our fiscal
4  intermediary has a contract with First DataBank. So
5  they discussed issues with First DataBank.
6      Q.  Do you recall any discussions with First
7  DataBank concerning what they were doing to come up
8  with the average wholesale price in the compendia?
9      A.  No.
10     Q.  Was it your practice, Ms. Terrebonne, to
11 review reports that were published by the Office of
12 Inspector General concerning Medicaid pharmacy
13 issues?
14     A.  I occasionally look at them, yes.
15     Q.  How would those come to your attention?
16     A.  I think sometimes maybe they were sent to
17 the Medicaid director and he would forward them to
18 me. Or if there were any kind of issues coming up,
19 I may have gone to the site.
20     Q.  The OIG Web site?
21     A.  Yes.
22     Q.  What is the last OIG report you looked

Page 121

1  at?
2      A.  I don't know.
3      Q.  Was it in the last year?
4      A.  It is possible I looked at one in the
5  last year.
6      Q.  Do you recall receiving OIG reports that
7  compared, much like the Myers and Stauffer report
8  here, AWP with some actual acquisition cost?
9      A.  I'm sure I looked at it. I don't
10 remember.
11     Q.  Did Louisiana have any reason to doubt
12 the -- let me strike that.
13        Did you have any reason to doubt the
14 accuracy of the findings in any OIG report?
15     A.  No.
16     Q.  Did the department receive reports,
17 studies or audits conducted by other states on drug
18 pricing or dispensing fees?
19     A.  Yes.
20     Q.  Which ones did you receive, just
21 generally speaking, what do you recall?
22     A.  Probably, if Myers and Stauffer did one

Page 182

1   A.  That is what it appears to be.
2   Q.  Do you recall taking any action with
3   respect to information you received from
4   Ven-A-Care?
5   A.  I do not.
6   Q.  Is it possible that you did, you just
7   don't recall today?
8   A.  I would say we took action based on the
9   Myers and Stauffer survey.
10  Q.  If you had wanted to, you could have put
11  a maximum allowable cost on all the individual
12  drugs that are listed in the chart on 756 and 57,
13  correct?
14      MR. FAUCI:  Objection, form.
15      THE WITNESS:  I don't know.  Some of these
16  drugs are reimbursed through our physicians'
17  program, so we would not -- if they are
18  administered in the physicians' program, they are
19  generally reimbursed in the physician's program.
20  BY MR. TORBORG
21  Q.  Well, here, this document seems to be
22  indicating it is an example of the Louisiana

Page 183

1   Medicaid Pharmacy Program?
2   A.  Yes.
3   Q.  Do you know if the Louisiana Medicaid
4   Pharmacy Program provided a reimbursement for
5   vancomycin?
6   A.  I don't know without looking at the data.
7       THE VIDEOGRAPHER:  Off the record.  It is
8   2:22, the end of tape 2.
9       (Recess.)
10      THE VIDEOGRAPHER:  We're back on record, it is
11  2:36, the beginning of tape 3.
12  BY MR. TORBORG
13  Q.  Ms. Terrebonne, if I could ask you to
14  glance quickly at Abbott Exhibit 158, Bates page
15  ending 449.  This is the 1997 OIG report where they
16  combined their findings from the state surveys on
17  the difference between generic AWP and acquisition
18  cost for generic drugs.
19      At the last paragraph of this page, on
20  this report that you recalled, is reference to an
21  article dated June 10, from Behrens entitled
22  "Hooked on Drugs."

Page 184

1       Do you see that?
2   A.  Yes.
3   Q.  It notes that "Behrens compared about 300
4   dose forms of the top 20 Medicare drugs.  Included
5   in the true cost was ten to 20 percent AWP for
6   brand name drugs and 60 to 80 percent below AWP for
7   generic drugs."  You see that?
8   A.  Yes.
9   Q.  Behrens also recorded the industry
10  insiders joke that "AWP really means 'ain't what's
11  paid.'"
12      Do you see that?
13  A.  Yes.
14  Q.  Have you heard that?
15  A.  Yes.
16  Q.  You have heard that joke regarding AWP
17  before.  Have you heard it?
18  A.  "Ain't what's paid"?
19  Q.  Yes.
20  A.  Yes.
21  Q.  When is the first time you heard that?
22  A.  I don't remember.

Page 185

1   Q.  It's been so long ago you can't even
2   remember?
3       MR. FAUCI:  Object to the form.
4       THE WITNESS:  Yes.
5   BY MR. TORBORG
6   Q.  Was it fairly early on in your career at
7   the Louisiana Medicaid --
8   A.  I don't recall exactly.
9   Q.  As far as you can recall, you have always
10  been aware of the joke "AWP equals ain't what's
11  paid"?
12      MR. FAUCI:  Object to the form.
13      THE WITNESS:  Pretty much, yes.  It's a
14  running joke.
15  BY MR. TORBORG
16  Q.  Abbott Exhibit 16 is a copy of the
17  Behrens "Hooked on Drugs" article.  Do you see
18  that?
19  A.  Yes.
20  Q.  Do you recall seeing this document before
21  today?
22  A.  I do not.

47 (Pages 182 to 185)

2d9d517a-cf38-41c8-9c65-0424823ff391