# EXHIBIT 106

Santa Fe, NM

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------X

In Re:   PHARMACEUTICAL INDUSTRY      ) MDL No. 1456

AVERAGE WHOLESALE PRICE LITIGATION    ) Master File No.

------------------------------------) 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:             )

United States of America ex rel.      ) Hon. Patti B.

Ven-A-Care of the Florida Keys,       )    Saris

Inc., et al., v. Dey, Inc., et al., )

Civil Action No. 05-11084-PBS;        )

and United States of America ex       ) DEPOSITION OF

rel. Ven-A-Care of the Florida        ) THE NEW MEXICO

Keys, Inc., et al., v. Boehringer     ) DEPARTMENT OF

Ingelheim Corp., et al., Civil        ) HUMAN SERVICES

Action No. 07-10248-PBS;              ) by ROBERT J.

and United States ex rel. Ven-A-Care) STEVENS

of the Florida Keys v. Abbott         )

Laboratories, Inc., Civil Action      )  DECEMBER 15,

Nos. 06-CV-11337 and 07-CV-11618      )    2008

------------------------------------X

Page 2

         1           DEPOSITION OF ROBERT J. STEVENS
         2                 December 15, 2008
         3                    9:23 a.m.
         4             Hilton Santa Fe Historic Plaza
         5                 100 Sandoval Street
         6              Santa Fe, New Mexico  87501
         7
         8
         9       PURSUANT TO THE FEDERAL RULES OF CIVIL
        10           PROCEDURE, this deposition was:
        11
        12   TAKEN BY:  DOUGLAS E. JULIE, ESQ.
        13         Attorney for Dey, Inc., Dey L.P., Inc.,
        14         and Dey L.P.
        15
        16   REPORTED BY:  Jan A. Williams, RPR, CCR 14
        17
        18
        19
        20
        21
        22

Page 4

         1             A P P E A R A N C E S  (CONTINUED)
         2
         3   For the New Mexico Human Services Department and the
         4   Deponent:
         5
         6       ALFRED J. MARTIN, JR., M.D., ESQ.
         7       Assistant General Counsel
         8       Office of the General Counsel
         9       Human Services Department
        10       State of New Mexico
        11       2009 S. Pacheco
        12       Santa Fe, New Mexico  87505
        13       505-827-7712
        14
        15
        16   For Ven-A-Care of the Florida Keys, Inc.:
        17
        18       RAND J. RIKLIN, ESQ.
        19       GOODE CASSEB JONES RIKLIN CHOATE & WATSON, P.C.
        20       2122 North Main Avenue
        21       San Antonio, Texas  78212
        22       210-733-6030

Page 3

         1                 A P P E A R A N C E S
         2
         3   For Dey, Inc., Dey L.P., Inc., and Dey L.P.:
         4
         5       DOUGLAS E. JULIE, ESQ.
         6       KELLEY DRYE & WARREN, L.L.P.
         7       101 Park Avenue
         8       New York, New York  10178
         9       212-808-5001
        10
        11
        12   For the New Mexico Human Services Department and the
        13   Deponent:
        14
        15       NAN E. ERDMAN, ESQ.
        16       Assistant Attorney General
        17       Litigation Division
        18       State of New Mexico
        19       408 Galisteo Street
        20       Santa Fe, New Mexico  87501
        21       505-827-6624
        22

Page 5

         1           A P P E A R A N C E S  (CONTINUED)
         2
         3   For Abbott Laboratories, Inc.:
         4
         5       TARA A. FUMERTON, ESQ. (by telephone)
         6       JONES DAY
         7       77 West Wacker Drive, Suite 3500
         8       Chicago, Illinois  60601
         9       312-782-3939
        10
        11
        12   Also Present:
        13
        14       MARK SCHAREN, Videographer
        15
        16
        17
        18
        19
        20
        21
        22

Page 6

                    I N D E X

WITNESS: ROBERT J. STEVENS                PAGE
    EXAMINATION BY MR. JULIE.................. 010
    EXAMINATION BY MS. FUMERTON............... 216
    EXAMINATION BY MR. RIKLIN................. 294

         D E Y   E X H I B I T S
NUMBER          DESCRIPTION              PAGE
Exhibit Dey 526 - Amended Notice of Deposition. 020
Exhibit Dey 527 - Pharmacy Services Index...... 058
Exhibit Dey 528 - Letter, 2/7/85, with
        attachments.................. 113
Exhibit Dey 529 - Memo, 3/31/89, with
        attachments.................. 151
Exhibit Dey 530 - Transcript, Robert J.
        Stevens, 7/17/02............. 155
Exhibit Dey 531 - Pricing Information Systems.. 162
Exhibit Dey 532 - Memo, 9/16/02, with
        attachments.................. 169
Exhibit Dey 533 - New Product Packaging
        Announcement................. 183

Page 7

         D E Y   E X H I B I T S
NUMBER          DESCRIPTION              PAGE
Exhibit Dey 534 - Chart........................ 204


       A B B O T T   E X H I B I T S
NUMBER          DESCRIPTION              PAGE
Exhibit Abbott-NM 001 - Cross-Notice of
        Deposition............. 217
Exhibit Abbott-NM 002 - Medical Assistance
        Program Manual......... 227
Exhibit Abbott-NM 003 - Letter, undated, with
        attachments............ 258


       U. S. - N. M.   E X H I B I T S
NUMBER          DESCRIPTION              PAGE
Exhibit US-NM 001 - State plan amendment,
        9/24/82.................... 296
Exhibit US-NM 002 - State plan amendment,
        8/17/83.................... 297
(CONTINUED)

Page 8

       U. S. - N. M.   E X H I B I T S (CONTINUED)
NUMBER          DESCRIPTION              PAGE
Exhibit US-NM 003 - State plan amendment,
        9/13/84.................... 297
Exhibit US-NM 004 - State plan amendment,
        10/29/87................... 298
Exhibit US-NM 005 - Human Services Register.... 301
Exhibit US-NM 006 - State plan amendment,
        1/1/91..................... 302
Exhibit US-NM 007 - Memo, 8/12/94.............. 316
Exhibit US-NM 008 - Chart...................... 323
Exhibit US-NM 009 - Memo, 2/24/92, with
        attachments................ 333

Page 9

                P R O C E E D I N G S

    THE VIDEOGRAPHER: On this day, the 15th of December, we are gathered at the Hilton Santa Fe Historic Plaza located at 100 Sandoval Street, Santa Fe, New Mexico, 87501, to hear the deposition of Robert Stevens. The court reporter is Jan Williams and myself, Mark Scharen, videographer for Henderson Legal Services.
    Present in the room are:
    MR. JULIE: Douglas Julie of Kelley Drye & Warren for defendants Dey, Inc., Dey L.P., Inc., and Dey L.P.
    MS. ERDMAN: Nan Erdman representing the New Mexico Human Services Division and the deponent Robert Stevens with the New Mexico Attorney General's Office.
    MR. RIKLIN: Rand Riklin, San Antonio, Texas, for the relator Ven-A-Care of the Florida Keys, Inc.
    MR. MARTIN: Alfred Martin, Santa Fe, New Mexico. I represent the Human Services

Page 74

 1    Q.  Okay.  And that's a formal document, a
 2  legislative opinion?
 3    A.  There isn't a formal document called a
 4  legislative opinion.  But these are sometimes --
 5  things are expressed in legislation.
 6    Q.  Yeah.  But by legislative opinion, you
 7  don't mean that a legislator called up an
 8  official with the Medicaid program and expressed
 9  his opinion regarding reimbursement, that that
10  would not be considered a legislative opinion; is
11  that correct?
12    A.  That's not what I'm referring to as a
13  legislative opinion.
14    Q.  Okay.  Would legislators -- have
15  legislators ever contacted the state to express
16  their opinion about reimbursement levels of
17  pharmaceuticals?
18    A.  I don't know of a specific instance
19  where they were referring to reimbursement
20  levels.
21    Q.  Do legislators ever contact the
22  Medicaid program regarding reimbursement policy

Page 75

 1  at all?
 2    A.  There are times in legislative hearings
 3  where they might express or ask questions about
 4  pharmacy reimbursement.
 5    Q.  Okay.  And you had stated -- you had
 6  mentioned dispensing fee surveys.  Do you recall
 7  that you had mentioned that?
 8    A.  Yes, I do.
 9    Q.  What surveys has New Mexico looked at
10  regarding dispensing fees in setting its
11  pharmaceutical reimbursement rate?
12    A.  What I was referring to was that in the
13  time that I've worked for state government, there
14  have been two pharmacy dispensing fee surveys
15  that were conducted by the department or -- or
16  through a contractor to the department.
17    Q.  Do you recall whether the department
18  itself ever conducted any of those surveys?
19    A.  Well, the second survey, the individual
20  that did it was within the Medical Assistance
21  Division.  And so there was not an outside
22  contractor for that second survey.

Page 76

 1    Q.  Okay.  And when was that survey
 2  conducted?
 3    A.  I believe that it was in 18 -- I'm
 4  sorry.  1989 or 1990, around that time period.
 5    Q.  Do you recall who conducted that study?
 6    A.  His name was David Ricks.
 7    Q.  Ricks, R-i-c-k-s?
 8    A.  Yes.
 9    Q.  What was his title, if you recall?
10    A.  I don't remember his specific title.
11  He was primarily an economist that worked for the
12  Medical Assistance Division for a short time.
13    Q.  Do you recall what the findings of his
14  survey were?
15    A.  Not specifically, no.
16    Q.  Do you recall if his survey estimated a
17  New Mexico pharmacy's costs associated with
18  dispensing pharmaceuticals under the Medicaid
19  program?
20    A.  Yes, that specifically what it was
21  related to.
22    Q.  And do you remember what his estimate

Page 77

 1  of cost was in that survey?
 2    A.  I believe that it was somewhere in the
 3  $3 range or the very low $4 range.  I believe
 4  that is what it was approximately.
 5    Q.  And was there a survey of dispensing
 6  fees conducted before that for New Mexico?
 7    A.  Yes, there was.
 8    Q.  And who conducted that survey?
 9    A.  It was a company based in I believe
10  Anton Chico, California, but I don't remember the
11  name of the company.
12    Q.  Can you remember when that survey was
13  conducted?
14    A.  I believe it was about 1978 or '79.
15    Q.  And do you remember what the results of
16  that survey was?
17    A.  Not specifically, no, I don't.
18        MS. ERDMAN:  Objection to the
19  continuation of that line, it exceeds the time
20  scope of the notice.
21        MR. RIKLIN:  Same objection.
22  BY MR. JULIE:

20 (Pages 74 to 77)