# EXHIBIT 107

Salem, OR

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE: PHARMACEUTICAL INDUSTRY    ) MDL No. 1456

AVERAGE WHOLESALE PRICE           ) Civil Action No.

LITIGATION                        ) 01-12257-PBS

---------------------------------X

THIS DOCUMENT RELATES TO:         ) Hon. Patti B.

United States of America ex rel. ) Saris

Ven-A-Care of the Florida Keys,   )

Inc. v. Dey, Inc., et al., Civil  )

Action No. 05-11084-PBS; and      )

United States of America ex rel.  )

Ven-A-Care of the Florida Keys,   )

Inc. v. Boehringer Ingelheim      )

Corp., et al., Civil Action No.   )

07-10248-PBS                      )

---------------------------------X

VIDEOTAPED DEPOSITION OF THE OREGON DEPARTMENT

OF HUMAN SERVICES by KATHY KETCHUM

PURSUANT TO FEDERAL RULE 30(B)(6)

MONDAY, DECEMBER 15, 2008

Page 2

1    BE IT REMEMBERED THAT, pursuant to Rule
2  30(b)(6) of the Federal Rules of Civil Procedure,
3  the deposition of THE OREGON DEPARTMENT OF HUMAN
4  SERVICES by KATHY KETCHUM was taken before
5  Marilynn T. Hoover, a Certified Shorthand Reporter
6  in Oregon, Washington, and California; on Monday,
7  December 15, 2008, commencing at the hour of 10:12
8  A.M.; at the Phoenix Grand Hotel, 201 Liberty Street
9  S.E., in Salem, Oregon.

Page 3

1            A P P E A R A N C E S
2
3   On behalf of relator
4
5     BERGER MONTAGUE, P.C.
6     BY MS. SUSAN SCHNEIDER THOMAS, ESQ.
7     1622 Locust Street
8     Philadelphia, Pennsylvania 19103
9     Telephone: 800-424-6690
10
11
12  On behalf of Boehringer defendants
13
14    KIRKLAND & ELLIS, LLP
15    BY MR. JORDAN HEINZ, ESQ.
16    200 East Randolph Drive
17    Chicago, Illinois 60601
18    Telephone: 312-861-2000
19
20
21
22  (CONTINUED)

Page 4

1            A P P E A R A N C E S
2
3  On behalf of Oregon Department of Human Services
4  Division of Medical Assistance Programs
5
6     OREGON DEPARTMENT OF JUSTICE
7     BY MR. JESSE DAVIS, ESQ.
8     1162 Court Street N.E.
9     Salem, Oregon 97301
10    Telephone: 503-947-4540
11
12
13  On behalf of Dey defendants
14
15    KELLEY DRYE & WARREN, LLP
16    BY MR. MICHAEL J. MALONEY, ESQ.
17    101 Park Avenue
18    New York, New York 10178
19    Telephone: 212-808-7706
20
21
22  (CONTINUED)

Page 5

1            A P P E A R A N C E S
2
3  On behalf of Abbott Laboratories and Pap
4  Pharmaceutical Products
5
6     JONES DAY
7     BY MS. ANDREA L. CARON, ESQ. (via telephone)
8     77 West Wacker
9     Chicago, Illinois 60601
10    Telephone: 312-269-4218
11
12
13  ALSO PRESENT:
14
15    Mr. Brian Neubauer, videographer

2 (Pages 2 to 5)

Page 6

```
 1           I N D E X
 2
 3  WITNESS: KATHY KETCHUM                    PAGE
 4     Examination by Mr. Heinz............. 011, 280
 5     Examination by Mr. Maloney........... 225, 281
 6     Examination by Ms. Schneider Thomas....... 237
 7     Examination by Ms. Caron.................. 298
 8
 9
10       R O X A N E   E X H I B I T S
11  NUMBER         DESCRIPTION              PAGE
12  Exhibit Roxane-OR 001 - Subpoena............... 017
13  Exhibit Roxane-OR 002 - 42 CFR section 447.204. 041
14  Exhibit Roxane-OR 003 - ORHC159 - 168.......... 060
15  Exhibit Roxane-OR 004 - OR_HC_00000001 - 009... 064
16  Exhibit Roxane-OR 005 - HHC020-0515 - 0523..... 068
17  Exhibit Roxane-OR 006 - HHC020-0511 - 0514..... 091
18  Exhibit Roxane-OR 007 - HHC020-0494 - 0495..... 112
19  Exhibit Roxane-OR 008 - HHC020-0345 - 0346..... 131
20  Exhibit Roxane-OR 009 - Designations for
21         testimony.............. 143
22  Exhibit Roxane-OR 010 - HHC020-0295 - 0296..... 143
```

Page 7

```
 1   R O X A N E   E X H I B I T S  (CONTINUED)
 2  NUMBER         DESCRIPTION              PAGE
 3  Exhibit Roxane-OR 011 - HHD127-0403 - 0406..... 150
 4  Exhibit Roxane-OR 012 - Grant Thornton Survey.. 171
 5  Exhibit Roxane-OR 013 - Document provided by
 6         counsel December 11th
 7         pursuant to subpoena... 175
 8  Exhibit Roxane-OR 014 - HHC020-0431 - 0433..... 182
 9  Exhibit Roxane-OR 015 - HHC020-0434............ 190
10  Exhibit Roxane-OR 016 - Federal Register, Vol.
11         52, No. 147, Pages
12         28657 - 28658.......... 198
13  Exhibit Roxane-OR 017 - 42-CFR Section 447.512
14         effective Oct. 1, 2007. 198
15  Exhibit Roxane-OR 018 - HHD021-0076 - 0114..... 208
16  Exhibit Roxane-OR 019 - OIG management advisory
17         report dated September
18         29th, 1989............. 215
19
20
21
22  (CONTINUED)
```

Page 8

```
 1    PLAINTIFF'S   EXHIBITS
 2  NUMBER         DESCRIPTION              PAGE
 3  Exhibit Plaintiffs-OR 001 - Oregon draft
 4         Medicaid pharmacy
 5         reimbursement
 6         methodology........ 240
 7
 8         D E Y   E X H I B I T S
 9  NUMBER         DESCRIPTION              PAGE
10  Exhibit Dey 724 - OIG report entitled
11         "Medicare reimbursement of
12         albuterol"................... 290
13  Exhibit Dey 725 - OIG report entitled "Update:
14         Excessive Medicare
15         reimbursement for albuterol". 292
16  Exhibit Dey 726 - OIG report entitled
17         "excessive Medicare
18         reimbursement for albuterol". 293
19
20      A B B O T T   E X H I B I T S
21  NUMBER         DESCRIPTION              PAGE
22  Exhibit Abbott-OR 001 - HHC020-0712 - 0714..... 300
```

Page 9

```
 1      MONDAY, DECEMBER 15, 2008; SALEM, OREGON
 2
 3
 4         THE VIDEOGRAPHER:  My name is Brian
 5  Neubauer.  I am representing Henderson Legal
 6  Services.  This is the case of Pharmaceutical
 7  Industry Average Wholesale Price Litigation.  The
 8  deponent is Kathy Ketchum.
 9         Will the court reporter please swear in
10  the witness.
11         (Witness sworn.)
12         MR. HEINZ:  I'll go ahead and start the
13  introductions just around the table.  I'm Jordan
14  Heinz from Kirkland and Ellis, on behalf of the
15  Boehringer defendants.
16         MR. MALONEY:  Michael Maloney with
17  Kelley Drye & Warren, on behalf of Dey Inc., Dey
18  LP Inc., and Dey LP.
19         MR. DAVIS:  Jesse Davis from the Oregon
20  Department of Justice, on behalf of the Oregon
21  Department of Human Services, Division of Medical
22  Assistance Programs.
```

Page 206

 1  aggregate" language in this regulation, as you
 2  read it, would you interpret this regulation to
 3  mean that Oregon Medicaid can pay above its
 4  estimated acquisition cost on some drugs and
 5  below on others, such that, in the aggregate,
 6  it's not paying above estimated acquisition costs
 7  as a whole?
 8      A.  That is how --
 9          MS. SCHNEIDER THOMAS:  Objection, form.
10          THE WITNESS:  That is how I understand
11  the regulation to be interpreted.
12          MS. SCHNEIDER THOMAS:  Bless you.
13          MR. MALONEY:  Thanks.
14      Q.  BY MR. HEINZ:  So it's contemplated
15  under the federal regulations that Oregon
16  Medicaid may pay more to pharmacies than its --
17  than Oregon Medicaid's estimated acquisition cost
18  for some drugs?
19      A.  For some drugs, as long as the
20  aggregate is not exceeded.
21      Q.  And going back to the prior documents
22  that we've looked at today, Ms. Ketchum, you'll

Page 207

 1  agree with me that Oregon Medicaid was in
 2  possession of information that generic drugs are
 3  purchased by pharmacies at substantially less
 4  than AWP minus 15 percent?
 5          MS. SCHNEIDER THOMAS:  Objection, form.
 6          THE WITNESS:  I -- I can testify that
 7  there were reports that, on average, generic
 8  drugs were purchased at less than AWP minus 15.
 9      Q.  BY MR. HEINZ:  And so do you have any
10  understanding as to Oregon Medicaid's decision to
11  reimburse at a higher reimbursement rate of, say,
12  AWP minus 15 percent because, in the aggregate,
13  it was still complying with the federal
14  regulation that we've just been discussing?
15          MS. SCHNEIDER THOMAS:  Objection, form.
16          THE WITNESS:  I'm not making the
17  connection.  I need to understand your question
18  better.
19      Q.  BY MR. HEINZ:  Sure.  And let me break
20  it out a little bit.
21          You understand that Oregon Medicaid was
22  in possession of reports that demonstrated that

Page 208

 1  pharmacies, on average, acquire drugs at AWP
 2  minus roughly 66 percent; correct?
 3      A.  Generic drugs, yes.
 4      Q.  And you're also aware that Oregon
 5  Medicaid's reimbursement for those drugs was much
 6  higher at AWP minus between 11 and 15 percent;
 7  correct?
 8          MS. SCHNEIDER THOMAS:  Objection, form.
 9          THE WITNESS:  AWP minus 15 percent was
10  only one of the reimbursement factors that
11  established estimated acquisition cost.  They
12  also use SMAC, and FUL, and usual and customary.
13      Q.  BY MR. HEINZ:  All right.  We're almost
14  finished with my line of questioning, Ms.
15  Ketchum.  I just have a couple of more questions
16  for you, and then we'll wrap up.
17          I'd like to mark as Roxane Exhibit 18 a
18  document bearing the Bates numbers HHD021-0076
19  through 0114.
20          (Exhibit Roxane-OR 018 marked.)
21      Q.  BY MR. HEINZ:  Ms. Ketchum, have you
22  seen this document that we've marked as Roxane

Page 209

 1  Exhibit 18?
 2      A.  I don't recall seeing it before.
 3      Q.  In looking at the cover page to the
 4  Exhibit 18, it appears to be a report from the
 5  Office of Inspector General Office of Audit;
 6  correct?
 7      A.  Yes.
 8      Q.  I'd like you to turn to page 2 of this
 9  document.  It says 2 at the bottom; so it's page
10  2 of the document, not page 2 of the exhibit.
11      A.  Okay.
12      Q.  And you'll see under "scope of audit"
13  that it reads:  "The primary objective of our
14  review was to determine the effectiveness of
15  HCFA's present EAC requirements in limiting
16  reimbursement for prescription drugs to
17  reasonable levels."  Do you see that?
18      A.  That is what it says, yes.
19      Q.  And it notes in the second paragraph,
20  last sentence, that "the second phase of our
21  review, we performed additional fieldwork in five
22  other states:  Massachusetts, North Carolina,