# EXHIBIT 110

Page 1

```
                UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF MASSACHUSETTS

--------------------------------X

IN RE: PHARMACEUTICAL INDUSTRY   ) MDL No. 1456

AVERAGE WHOLESALE PRICE          ) Civil Action No.

LITIGATION                       ) 01-12257-PBS

--------------------------------X

THIS DOCUMENT RELATES TO:        ) Hon. Patti B.

United States of America ex rel. ) Saris

Ven-A-Care of the Florida Keys,  )

Inc. v. Abbott Laboratories, Inc.)

Civil Action No. 06-11337-PBS;   )

United States of America ex rel. )

Ven-A-Care of the Florida Keys,  )

Inc. v. Dey, Inc., et al., Civil ) DEPOSITION OF

Action No. 05-11084-PBS; and     ) VA DEPT. OF

United States of America ex rel. ) MEDICAL ASSISTANCE

Ven-A-Care of the Florida Keys,  ) SERVICES by KEITH

Inc. v. Boehringer Ingelheim     ) T. HAYASHI

Corp., et al., Civil Action No.  )

07-10248-PBS                     ) DECEMBER 4, 2008

--------------------------------X
```

Page 2

1  Videotaped deposition of THE STATE OF
2  VIRGINIA DEPARTMENT OF MEDICAL ASSISTANCE
3     SERVICES by KEITH T. HAYASHI
4
5       Richmond, Virginia
6       Thursday, December 4, 2008
7          9:00 a.m.
8
9  Videotaped deposition of THE STATE OF VIRGINIA
10 DEPARTMENT OF MEDICAL ASSISTANCE SERVICES by KEITH
11 T. HAYASHI, held at the law offices of United States
12 Attorney's Office, Main Street Centre, 600 East Main
13 Street, Suite 1800, Richmond, Virginia 23219, the
14 proceedings being recorded stenographically by
15 Jonathan Wonnell, a Registered Professional Court
16 Reporter and Notary Public of the Commonwealth of
17 Virginia (Reg. #7142970), and transcribed under
18 his direction.

Page 3

1     APPEARANCES OF COUNSEL
2
3  On behalf of the United States of America:
4     LAURIE A. OBEREMBT, ESQ.
5     U.S. Department of Justice
6     Civil Division
7     P.O. Box 261, Ben Franklin Station
8     Washington, D.C. 20044
9     (202) 305-1088
10    laurie.oberembt@usdoj.gov
11
12 On behalf of the Virginia Department of Medical
13 Assistance Services:
14    USHA KODURU, ESQ.
15    JENNIFER L. GOBBLE, ESQ.
16    Commonwealth of Virginia
17    Office of the Attorney General
18    900 East Main Street
19    Richmond, Virginia 23219
20    (704) 786-4074
21    ukoduru@oag.state.va.us
22

Page 4

1     APPEARANCES (CONTINUED)
2
3  On behalf of Abbott Laboratories, Inc.:
4
5     DAVID TORBORG, ESQ.
6     Jones Day
7     51 Louisiana Avenue, N.W.
8     Washington, D.C. 20001-2113
9     (202) 879-3939
10    dstorborg@jonesday.com
11
12 On behalf of Dey, Inc., Dey, L.P. and Mylan:
13
14    MARISA A. LORENZO, ESQ.
15    Kelley, Drye & Warren LLP
16    101 Park Avenue
17    New York, New York 10178
18    (212) 808-7697
19    mlorenzo@kelleydrye.com
20
21
22 ALSO PRESENT:  RICK SANBORN, videographer

Page 5

1          C O N T E N T S
2
3  WITNESS: KEITH T. HAYASHI              PAGE
4    Examination By Ms. Oberembt............... 012
5    Examination By Mr. Torborg................ 046
6    Examination By Ms. Lorenzo................ 262
7    Examination By Ms. Oberembt............... 302
8    Examination By Mr. Torborg................ 306
9
10       D O J   E X H I B I T S
11 NUMBER       DESCRIPTION           PAGE
12 Exhibit DOJ Hayashi 001 - Notice of Continued
13           Deposition of the
14           State of VA Dept. of
15           Medical Assistance
16           Services............. 015
17 Exhibit DOJ Hayashi 002 - DMAS Report entitled
18           "Maximum Allowable Cost
19           Program Reimbursement
20           Methodology for
21           Generic Drugs" dated
22           1/1/05............... 035

2 (Pages 2 to 5)

Henderson Legal Services, Inc.
202-220-4158                              www.hendersonlegalservices.com

ec8cc3c5-ae87-48e4-b193-f0d2a3878560

Page 6

```
 1            ABBOTT EXHIBITS
 2   NUMBER            DESCRIPTION        PAGE
 3   Exhibit Abbott Hayashi 001 - Cross Notice of
 4              Deposition of the
 5              State of VA Dept.
 6              of Medical
 7              Assistance Svcs... 061
 8   Exhibit Abbott Hayashi 002 - Gobble e-mail to
 9              Reale et al. dated
10              10/30/06 (3 pgs).. 070
11   Exhibit Abbott Hayashi 003 - 000001035 - 1044.. 093
12   Exhibit Abbott Hayashi 004 - 000001400 - 1443.. 098
13   Exhibit Abbott Hayashi 005 - AWP-IL-00010039 -
14              0042.............. 106
15   Exhibit Abbott Hayashi 006 - 0000001369 - 1399. 116
16   Exhibit Abbott Hayashi 007 - "Prescription Drug
17              Prices: Are We
18              Getting Our Money's
19              Worth,"........... 118
20   Exhibit Abbott Hayashi 008 - News article from
21              "The Pink Sheet"
22              dated 7/24/89..... 124
```

Page 7

```
 1        ABBOTT EXHIBITS (CONTINUED)
 2   NUMBER            DESCRIPTION        PAGE
 3   Exhibit Abbott Hayashi 009 - VAC MDL 75637 -
 4              5714.............. 126
 5   Exhibit Abbott Hayashi 010 - HHD 022-0201 -
 6              0203.............. 132
 7   Exhibit Abbott Hayashi 011 - HHD 014-0408 -
 8              0426.............. 137
 9   Exhibit Abbott Hayashi 012 - HHD 015-2534 -
10              2558.............. 140
11   Exhibit Abbott Hayashi 013 - HHD 014-0443 -
12              0460.............. 143
13   Exhibit Abbott Hayashi 014 - R2-038153 - 8157.. 147
14   Exhibit Abbott Hayashi 015 - 000001444 - 1458.. 165
15   Exhibit Abbott Hayashi 016 - VAP 002-013794 -
16              3795.............. 175
17   Exhibit Abbott Hayashi 017 - HHD 014-0764 -
18              0782.............. 184
19   Exhibit Abbott Hayashi 018 - 000000404 - 0410.. 189
20   Exhibit Abbott Hayashi 019 - VAP 001-053946 -
21              3962.............. 199
22   (CONTINUED)
```

Page 8

```
 1        ABBOTT EXHIBITS (CONTINUED)
 2   NUMBER            DESCRIPTION        PAGE
 3   Exhibit Abbott Hayashi 020 - HHC 002-0400 -
 4              0407.............. 206
 5   Exhibit Abbott Hayashi 021 - HHC 015-0678 -
 6              0688.............. 216
 7   Exhibit Abbott Hayashi 022 - Decision published
 8              by the United
 9              States Department
10              of Health and Human
11              Services
12              Departmental
13              Appeals Board
14              dated 3/18/92..... 224
15   Exhibit Abbott Hayashi 023 - HHD 006-0383 -
16              0393.............. 233
17   Exhibit Abbott Hayashi 024 - HHD 031-0396 -
18              0397.............. 240
19   Exhibit Abbott Hayashi 025 - HHD 006-0105...... 246
20   Exhibit Abbott Hayashi 026 - 000001204......... 256
21   Exhibit Abbott Hayashi 027 - 000000022 - 0025.. 257
22   (CONTINUED)
```

Page 9

```
 1              DEY EXHIBITS
 2   NUMBER            DESCRIPTION        PAGE
 3   Exhibit Dey 926 - 000001764 - 1774............. 269
 4   Exhibit Dey 927 - United States' First Amended
 5              Complaint against Dey........ 280
 6   Exhibit Dey 928 - 2002 OIG report entitled
 7              "Excessive Medicare
 8              Reimbursement for
 9              Ipratropium Bromide"......... 287
10   Exhibit Dey 929 - Chart entitled "Ipratropium
11              25s by ML (NDC No.
12              49502-68503).................. 294
```

                                                                    3 (Pages 6 to 9)

Page 146

```
 1         MS. OBEREMBT:  HHD 014-0449.
 2   BY MR. TORBORG:
 3     Q.  If you could go to that page.
 4     A.  Does it start with "introduction"?
 5     Q.  Yes.
 6     A.  "At HCFA's request?"
 7     Q.  Mm-hmm.
 8     A.  Okay.
 9     Q.  The last paragraph states -- it refers
10   to a Barron's article entitled "Hooked On Drugs."
11   Do you see that?
12     A.  I do see that.
13     Q.  Do you know if anyone at DMAS reviewed
14   a copy of that at or around the time it was
15   published?
16     A.  The "Hooked On Drugs"?
17     Q.  Yes.
18     A.  I do not know that.
19     Q.  Did you ask Mr. Shepherd, Mr. Cohen or
20   Ms. Rollins whether they reviewed that report?
21     A.  No, I did not.
22     Q.  It fair to say, though, that if DMAS
```

Page 147

```
 1   received a copy of this report, as the language I
 2   indicated earlier suggests that it does, they
 3   were made aware of this Barron's article?
 4         MS. OBEREMBT:  Objection.
 5     A.  I cannot say that.  I don't know if
 6   they got this report.
 7     Q.  You would agree with me that HCFA
 8   indicated that they intended to share the report
 9   with DMAS, right?
10         MS. OBEREMBT:  Objection.
11     A.  That was their intention.
12         MR. TORBORG:  I'd like to mark as our
13   next exhibit, Abbott Hayashi 14 --
14         (Exhibit Abbott Hayashi 014 was
15   marked for identification.)
16   BY MR. TORBORG:
17     Q.  Mr. Hayashi, this is a copy of the
18   Barron's "Hooked On Drugs" article that was
19   referenced in the previous document I showed you.
20   Do you see that?
21     A.  Yes, I do.
22     Q.  And having a chance to look at this,
```

Page 148

```
 1   this doesn't refresh your recollection of whether
 2   or not you asked Mr. Shepherd or any other
 3   employees whether they -- former employees --
 4   whether they reviewed this document?
 5     A.  No, I did not ask that.
 6     Q.  Go to the Bates page that ends -- the
 7   bottom one R-2, that ends with 55?
 8     A.  Mm-hmm.
 9     Q.  The last sentence of the first column
10   on that page states "This sampling showed that
11   for single-source drugs still enjoying patent
12   protection, such as Bristol-Myers Squibb's Taxol
13   or Platinol, true average prices are generally 10
14   to 20 percent below published AWPs."
15         MS. OBEREMBT:  Objection.  That's not
16   what it says.
17         MR. TORBORG:  What did I say?
18         MS. OBEREMBT:  You said true average
19   prices instead of true wholesale prices.
20         MR. TORBORG:  True wholesale prices.
21   BY MR. TORBORG:
22     Q.  Let me start over.  "This sampling
```

Page 149

```
 1   showed that for single-source drugs still
 2   enjoying patent protection, such as Bristol-Myers
 3   Squibb's Taxol or Platinol, true wholesale prices
 4   are generally 10 to 20 percent below published
 5   AWPs."  Do you see that?
 6     A.  Yes, I do.
 7     Q.  And then in the next sentence it says
 8   "But for generic drugs nearly every
 9   manufacturer's price was 60 to 85 percent below
10   the published average wholesale price."  Do you
11   see that?
12     A.  Yes, I do.
13     Q.  Do you know if from 1989 through 2004
14   Virginia was aware that for generic drugs most
15   manufacturer prices were 60 to 85 percent below
16   published average wholesale price?
17         MS. OBEREMBT:  Objection.
18         MS. KODURU:  Objection.
19     A.  I do not know that.
20     Q.  You don't know either way?
21     A.  Virginia, no.
22     Q.  You recall from your personal
```

38 (Pages 146 to 149)

Page 150

1  experience that it was generally known and
2  understood in the industry that there was a
3  larger discount for generic drugs than sole-
4  source drugs, right?
5       MS. OBEREMBT:  Objection.
6       MS. KODURU:  Objection.
7    A.  In my personal experience, that is
8  correct.
9    Q.  If you would go to the next paragraph
10 it says "The pricing unreality is even worse for
11 intravenous nutritionals and solutions, a
12 category dominated by Abbott Laboratories and
13 Baxter International.  Catalog wholesale prices
14 for these items are on average 80 to 93 percent
15 below those companies' AWPs."  Do you see that?
16   A.  Yes, I do.
17   Q.  Mr. Hayashi, did DMAS have an
18 understanding that there was an average
19 difference between average wholesale price and
20 catalog prices of 80 to 93 percent --
21      MS. OBEREMBT:  Objection.
22   Q.  I'm sorry.  I said that wrong.

Page 151

1       Was DMAS aware that for IV nutritionals
2  and solutions that wholesale prices were on
3  average 80 to 93 percent below Abbott and
4  Baxter's AWPs?
5       MS. OBEREMBT:  Objection.
6       MS. KODURU:  Objection.
7    A.  I don't believe Virginia Medicaid knew
8  that.
9    Q.  Do you know either way?
10   A.  No.
11   Q.  So you said you don't believe they knew
12 it, but you don't know either way?
13   A.  No, I do not know.
14   Q.  Did you ask Mr. Shepherd about that?
15   A.  No, I did not.
16   Q.  Did you ask any employees who were at
17 DMAS from 1989 through 2001 about that?
18   A.  No, I did not.
19      MR. TORBORG:  I'm about ready to go to
20 topic 6.  I can keep going.  I'm fine.  Or I can
21 take a break.  So I leave it up to --
22      MS. OBEREMBT:  It's 12:30.  Why don't

Page 152

1  we take a break for lunch.
2       MR. TORBORG:  Okay.
3       THE VIDEOGRAPHER:  Off the record at
4  12:21.
5       (Whereupon, at 12:21 p.m. a lunch
6  recess was taken.)

Page 153

1           A F T E R N O O N   S E S S I O N
2              (1:21 p.m.)
3
4  Whereupon,
5           KEITH T. HAYASHI,
6  the witness testifying at the time of recess,
7  having been previously duly sworn, was further
8  examined and testified as follows.
9
10          EXAMINATION RESUMED BY COUNSEL FOR
11          ABBOTT LABORATORIES
12 BY MR. TORBORG:
13      THE VIDEOGRAPHER:  On the record at
14 1:29.
15   Q.  Welcome back, Mr. Hayashi.
16   A.  Thank you.
17   Q.  Let me ask you first, did you have any
18 conversations with counsel over the lunch break
19 relating to your deposition testimony?
20   A.  Yes, I did.
21   Q.  Okay.  What did you talk about?
22   A.  We talked about some of my responses

39 (Pages 150 to 153)