# EXHIBIT 114



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Region V
Health Care Financing
Administration

Refer to:  IIO2

233 North Michigan Avenue
Suite 600
Chicago, Illinois 60601-5519

SEP 19 2001

RECEIVED

MAR 19 2004

DMCH/MPC

Ms. Jackie Garner
Director
Illinois Department of Public Aid
Prescott E. Bloom Building
201 South Grand Avenue East
Springfield, Illinois 62763-0001

ATTN:  John Rupcich

Dear Ms. Garner:

Enclosed for your records is an approved copy of the following State Plan Amendment:

Transmittal #01-015   Prescribed Drugs--Effective July 1, 2001

If you have any additional questions, please have a member of your staff contact Vera Drivalas at (312) 886-0792.

Sincerely,

Cheryl A. Harris
Associate Regional Administrator
Division of Medicaid & Children's Health

Enclosure

cc:     Matt Powers, Administrator
        Medical Programs

bcc:    EWeisman/CO, CPelter/CO, Brunelle, Reading File - DMCH/IIOB/IIO2 Filecode S-5-01 DOC il01-015app 8/20/01

**EXHIBIT**

PENGAD 800-631-6989

Abbott 269
3/20/08    pw

Date

Surname

Date Office

Surname

Date Office

Surname

Office

**FILE COPY**

The Health Care Financing Administration (HCFA) was renamed to the Centers for Medicare & Medicaid Services (CMS).

HHC009-1316    F

HHC009-1316

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

FORM APPROVED
OMB NO. 0938-0193

| TRANSMITTAL AND NOTICE OF APPROVAL OF STATE PLAN MATERIAL FOR: HEALTH CARE FINANCING ADMINISTRATION | 1. TRANSMITTAL NUMBER 01-15 | 2. STATE: **ILLINOIS** |
|---|---|---|
| | 3.  PROGRAM IDENTIFICATION: TITLE XIX OF THE SOCIAL SECURITY ACT (MEDICAID | |

| TO: REGIONAL ADMINISTRATOR HEALTH CARE FINANCING ADMINISTRATION DEPARTMENT OF HEALTH AND HUMAN SERVICES | 4. PROPOSED EFFECTIVE DATE: July 1, 2001 |
|---|---|

5. TYPE OF PLAN MATERIAL (Check One)

☐ NEW STATE PLAN          ☐X  AMENDMENT TO BE CONSIDERED AS NEW PLAN          ☐ AMENDMENT

COMPLETE BLOCKS 6 THRU 10 IF THIS IS AN AMENDMENT (Separate Transmittal for each amendment)

| 6. FEDERAL STATUTE/REGULATION CITATION: | 7. FEDERAL BUDGET IMPACT a. FFY ___ '01 ___ $  3,000,000 b. FFY ___ '02 ___ $  11,000,000 |
|---|---|
| 8 PAGE NUMBER OF THE PLAN SECTION OR ATTACHMENT: Attachment 4.19-B, page 32 and Page 33 | 9. PAGE NUMBER OF THE SUPERSEDED PLAN SECTION OR ATTACHMENT (If Applicable): Attachment 4.19-B, page 32 and Page 33 |

10. SUBJECT OF AMENDMENT:

**Prescribed Drugs**

| 11. GOVERNOR'S REVIEW (Check One) | ☒ OTHER, AS SPECIFIED: Not submitted for review by prior approval. |
|---|---|
| ☐ GOVERNOR'S OFFICE REPORTED NO COMMENT ☐ COMMENTS OF GOVERNOR'S OFFICE ENCLOSED ☐ NO REPLY RECEIVED WITHIN 45 DAYS OF SUBMITTAL | |

| 12. SIGNATURE OF AGENCY OFFICIAL: | 16. RETURN TO: |
|---|---|
| 13. TYPED NAME:    **Jackie Garner** | **ILLINOIS DEPARTMENT OF PUBLIC AID 201 SOUTH GRAND AVENUE, EAST SPRINGFIELD, IL. 62763-0001 ATTENTION: John Rupcich** |
| 14. TITLE:    **DIRECTOR** | |
| 15. DATE SUBMITTED    JUNE 22, 2001 | |

FOR REGIONAL OFFICE USE ONLY

| 17. DATE RECEIVED:    6/22/01 | 18. DATE APPROVED:    9/19/01 |
|---|---|

PLAN APPROVED - ONE COPY ATTACHED

| 19. EFFECTIVE DATE OF APPROVED MATERIAL: | 20. SIGNATURE OF REGIONAL OFFICIAL |
|---|---|
| 21. TYPED NAME    Cheryl A. Harris | 22. TITLE: Associate Regional Administrator Division of Medicaid and Children's Health |

23. REMARKS:

RECEIVED
JUN 2 2001
DMCH - IL/IN/OH

FORM HCFA-179 (07-92)          Instructions on Back

HHC009-1317

HHC009-1317

Attachment 4.19-B
Page 32

State   <u>Illinois</u>

**METHODS AND STANDARDS FOR ESTABLISHING PAYMENT RATES - OTHER TYPE OF CARE - BASIS FOR REIMBURSEMENT**

3.   <u>RURAL HEALTH CLINICS:</u>  Depending on type of clinic in which services are provided. Hospitals and encounter rate clinics: same as described in 1 and 2, respectively.  For others and for non-Medicare covered services, fee-for-service subject to Department's established pricing screens.

7/01   4.   <u>PRESCRIBED DRUGS:</u>
Effective ~~December 15, 2000~~, July 1, 2001, pharmacies will be reimbursed for prescribed drugs on the following basis:  the lower of either their usual and customary charge to the general public, or the lower of :

7/01   a.   Single and multiple source legend products for which the average wholesale price is actual market average wholesale price

—   <u>actual market wholesale cost</u> plus dispensing fee

b.   Other single source legend products

—   standard package size AWP of NDC on claim, less ~~10~~11%, plus a dispensing fee ~~or the wholesale acquisition cost plus 8% plus a dispensing fee~~

7/01

7/01   c.   Other multiple source legend products not approved for generic interchange by the Illinois Department of Public Health

—   standard package size AWP of NDC on claim, less ~~12~~ 20% plus a dispensing fee ~~or wholesale acquisition cost plus 12% plus a dispensing fee~~ or HCFA FUL plus a dispensing fee

d.   Other multiple source legend products approved for generic interchange by the Illinois Department of Public Health, ~~but not on the HCFA FUL list~~

—   ~~standard package size AWP of NDC on claim, less 12%, plus a dispensing fee or a State upper limit plus a dispensing fee or wholesale acquisition cost plus 12% plus a dispensing fee~~

7/01

—   standard package size AWP of NDC claim, less ~~12~~ 20% plus a dispensing fee, or State Upper Limit plus a dispensing  fee or HCFA FUL unit price plus a dispensing ~~fee or wholesale acquisition cost plus 12% plus a dispensing fee~~

~~d.   Multiple source legend products approved for generic interchange by the Illinois Department of Public Health, and on the HCFA FUL list~~

7/01

TN# <u>01-15</u>
Supercedes
TN#<u>00-15</u>

Approval Date_____SEP 19 200__

Effective Date <u>07-01-01</u>

HHC009-1318

HHC009-1318

Attachment 4.19-B
Page 33

State    Illinois

METHODS AND STANDARDS FOR ESTABLISHING PAYMENT RATES - OTHER TYPE OF CARE - BASIS FOR
REIMBURSEMENT

12/00    DISPENSING FEES: Dispensing fees are based on a flat rate methodology of $4.17 $4.00 for brand name and $5.10
for generic drugs.

~~HCFA FUL limits will not be imposed on Schedule II, Controlled Substances, due to the Illinois Triplicate Prescription
Program or products not approved for generic interchange by the Illinois Department of Public Health. When such
generic products are approved for interchange by the Department of Public Health, (MAC) prices will be imposed in
accordance with 4. above.~~

7/98    ~~The use of some generic prices lower than the HCFA FUL, as described in 4 above, will ensure that aggregate
reimbursement will not exceed the overall limits imposed by the HCFA FULs.~~

Drug prices are updated weekly utilizing a tape procured from the First Data Bank of San Bruno, California.

5.    OVER-THE-COUNTER DRUGS: Lesser of the usual and customary charge to the general public or the Wholesale
cost plus up to 50 percent.

6.    OTHER LABORATORY AND X-RAY SERVICES: Lesser of the usual and customary charge to the general public or
statewide maximums established by the Department not to exceed the upper limits specified in Federal regulations.

7.    PHYSICIAN's SERVICES: Reimbursement for physician services are at the physician's usual and customary charges,
4/93–   not to exceed the maximum established by the Department. Initially, maximum fee-for-service rates were established
in 1978 when the Department reviewed the average charges for each of the allowable services. The Department agreed
to set the statewide maximum amount at 70 percent of the average charge by physician. Annually the Department
analyzes cost information and procedure code utilization of physician bills presented for Medicaid reimbursement of
services rendered. The rate maximums are periodically adjusted based upon the above factors.

Providers statewide who meet the participation requirements for the Maternal and Child Health Program or qualify by
the exception process receive enhanced reimbursement rates for services provided to pregnant women and children
through age 20 who are participants in the MCH Program. The enhanced rates include:

- payment for performing a prenatal risk assessment ($15);
- payment for performing risk assessments on children ($15);
- increased reimbursement for deliveries ($400 additional);
- a $10 increase in the EPSDT screening rate; and
- an 8 percent increase in the reimbursement rate for office visits for children.

TN# 01-15
Supercedes
TN# 00-15

Approval Date    SEP 19 2001

Effective Date 07-01-01

HHC009-1319        L

HHC009-1319

State Plan Amendment
Estimate of federal fiscal impact

Summary

**SPA 01-15**

**Summary**

| Estimated federal fiscal impact (dollars in thousands) | | | |
|---|---|---|---|
| | First federal fiscal year 2001 | | Second federal fiscal year 2002 |
| Total | $ | 3,000 | $ 11,000 |
| Dispensing fee | | 1,000 | 4,500 |
| Legend drugs | | 2,000 | 6,500 |
| Over-the-counter drugs | | - | - |

HHC009-1320      F

HHC009-1320

Case 1:01-cv-12257-PBS   Document 6642-36   Filed 11/03/09   Page 7 of 21

State Plan Amendment
Estimate of federal fiscal impact

Dispensing fee

## SPA 01-15



| Estimated federal fiscal impact | | | | | | | |
|---|---|---|---|---|---|---|---|
| (dollars in thousands) | | | | | | | |
| | Annual spending | | | | FFP only | | |
| | Before | After | Difference | | | First year | Second year |
| | | | SFY | 2002 | FFP | 2001 | F 2002 |
| Total | 69,458 | 78,458 | | 9,000 | | 1,125.0 | 4,500.0 |
| Dispensing fee | 69,458 | 78,458 | | | | | |

Assumptions
0.50  FFP rate
1/4   Portion of annual spending in first federal fiscal year

IDPA/BPRA
SPA NIP1drug70101.xls

Printed: 07/24/2001
10:14 AM

HHC009-1321

HHC009-1321

State Plan Amendment
Estimate of federal fiscal impact

Legend

### SPA 01-15

#### Other government-owned or -operated



**Estimated federal fiscal impact**
(dollars in thousands)

|  | Annual spending | | | | FFP only | | | |
|---|---|---|---|---|---|---|---|---|
|  | Before | After | SFY | Difference 2002 | FFY | First year 2001 | F | Second year 2002 |
| Total | 658,572 | 671,572 | | 13,000 | | 1,625 | | 6,500 |
| Legend drugs | 658,572 | 671,572 | | | | | | |
|  | - | - | | | | | | |
|  | - | - | | | | | | |

**Assumptions**

0.50  FFP rate
1/4   Portion of annual spending in first federal fiscal year

IDPA/BPRA
SPA NP1drug70101.xls

HHC009-1322

HHC009-1322



**Jackie Garner**
**Director**

# Illinois Department of Public Aid

**Bureau of Program and Reimbursement Analysis**
Division of Medical Programs
Prescott E. Bloom Building
201 South Grand Avenue East
Springfield, Illinois  62763-0001

**Telephone—voice:  217.782.3953**
**facsimile:  217.524.2530**

# FACSIMILE TRANSMITTAL SHEET

To: _Dave Brunell_

Company/office: _HCFA_

Facsimile number: _492-4141_

From: _Dawn Claborn_
_BPRA_

Message:

| Special instructions |
|---|
| ☐ Urgent !! |
| ☐ Please confirm receipt by calling the voice telephone number listed above. |
| ☐ For your review. |
| ☐ For your information. |
| ☑ Per your request. |
| ☐ Please respond by: _____ |
| ☐ Please route to: _____ |

Number of pages, including this transmittal sheet: _1_

If you do not receive the correct number of pages, or the transmission is illegible, please call the voice telephone number listed above.

HHC009-1323        L

HHC009-1323

Dawn Claborn - SPA 01-15 Drugs                                    Page 1

| | |
|---|---|
| **From:** | Dawn Claborn |
| **To:** | Lreed@hcfa.gov; Sgaston@hcfa.gov; VDrivalas@hcfa.gov |
| **Date:** | 08/01/2001 9:36:58 AM |
| **Subject:** | SPA 01-15 Drugs |

I provided information to Vera yesterday via fax which included a new page 33 as well as a copy of other State Medicaid agency's drug cost methodologies.

Our drug cost methodology was derived via a two step approach which included 1) a thorough review of what other State's were doing and selecting the percentage off of AWP that was reasonable and 2) conducting negotiations with the Pharmacy Industry.

If you need additional information, please let me know.

Dawn Claborn

HHC009-1324      F

HHC009-1324



# Illinois Department of Public Aid

**Bureau of Program and Reimbursement Analysis**
Division of Medical Programs
Prescott E. Bloom Building
201 South Grand Avenue East
Springfield, Illinois  62763-0001

Ann Patla
Director

Telephone—voice:  217.782.3953
facsimile:  217.524.2530

# FACSIMILE TRANSMITTAL SHEET

**To:** _Dave Brunell_

**Company/office:** _HCFA_

**Facsimile number:** _492-4141_

**From:** _Wanda Claborn_

**Message:**

_Vera called, I could not get
this to you on the Baltimore
Stuff. It came back as
undeliverable._

### Special Instructions

☐ Urgent !!

☐ Please confirm receipt by calling the voice telephone number listed above.

☐ For your review.

☐ For your information.

☐ Per your request.

☐ Please respond by:

☐ Please route to: _____
_____
_____
_____

Number of pages, including this transmittal sheet: ☒  _2_

If you do not receive the correct number of pages, or the transmission is illegible, please call the voice telephone number listed above.

HHC009-1325

HHC009-1325

Attachment 4.19-B
Page 33

State    Illinois

METHODS AND STANDARDS FOR ESTABLISHING PAYMENT RATES - OTHER TYPE OF CARE - BASIS FOR
REIMBURSEMENT

12/00    DISPENSING FEES:  Dispensing fees are based on a flat rate methodology of $4.19 $4.00 for brand name and $5.10
         for generic drugs.

         ~~HCFA FUL limits will not be imposed on Schedule II, Controlled Substances, due to the Illinois Triplicate Prescription
         Program or products not approved for generic interchange by the Illinois Department of Public Health. When such
         generic products are approved for interchange by the Department of Public Health, (MAC) prices will be imposed in
         accordance with 4. above.~~

7/98     ~~The use of some generic prices lower than the HCFA FUL, as described in 4 above, will ensure that aggregate
         reimbursement will not exceed the overall limits imposed by the HCFA FUL.~~

         Drug prices are updated weekly utilizing a tape procured from the First Data Bank of San Bruno, California.

    5.   OVER-THE-COUNTER DRUGS: Lesser of the usual and customary charge to the general public or the Wholesale
         cost plus up to 50 percent.

    6.   OTHER LABORATORY AND X-RAY SERVICES: Lesser of the usual and customary charge to the general public or
         statewide maximums established by the Department not to exceed the upper limits specified in Federal regulations.

    7.   PHYSICIAN's SERVICES: Reimbursement for physician services are at the physician's usual and customary charges,
4/93–    not to exceed the maximum established by the Department.  Initially, maximum fee-for-service rates were established
         in 1978 when the Department reviewed the average charges for each of the allowable services.  The Department agreed
         to set the statewide maximum amount at 70 percent of the average charge by physician.  Annually the Department
         analyzes cost information and procedure code utilization of physician bills presented for Medicaid reimbursement of
         services rendered.  The rate maximums are periodically adjusted based upon the above factors.

         Providers statewide who meet the participation requirements for the Maternal and Child Health Program or qualify  by
         the exception process receive enhanced reimbursement rates for services provided to pregnant women and children
         through age 20 who are participants in the MCH Program.  The enhanced rates include:

         •    payment for performing a prenatal risk assessment ($15);
         •    payment for performing risk assessments on children ($15);
         •    increased reimbursement for deliveries ($400 additional);
         •    a $10 increase in the EPSDT screening rate; and
         •    an 8 percent increase in the reimbursement rate for office visits for children.

TN# 01-15                 Approval Date_____          Effective Date 07-01-01
Supersedes
TN#00-15

HHC009-1326

HHC009-1326

JUL-31-2001  12:04
JUL-31-2001  11:44                                                                 P.02/02
                                                                                   P.01/01

# MEDICAID REIMBURSEMENT FOR DRUGS BY STATE

This table shows Medicaid prescription drug reimbursement rates and related information as reported by the state drug program administrators in the annual National Pharmaceutical Council Survey.

| State | Dispensing Fees | Ingredient Reimbursement Basis | Co-pay | Year |
|---|---|---|---|---|
| Alabama | $5.40 | AWP-10%; WAC+9.2% | $0.50 - $3.00 | 2000 |
| Alaska | $3.45 | AWP-5% | $2.00 | 2000 |
| Arizona* | | AWP-10% | | 1999 |
| Arkansas | $5.51 | AWP-10.5% | $0.50 - $3.00 | 2000 |
| California | $4.05 | AWP-5% | B: $1.00, B: $1.00 | 2000 |
| Colorado | $4.08 | AWP-10% or WAC+18%, whichever is lowest | G: $0.50, B: $2.00 | 2000 |
| Connecticut | $4.10 | AWP-12% | No | 2000 |
| Delaware | $3.65 | AWP-12.9% | No | 2000 |
| District of Columbia | $3.75 | AWP-10% | $1.00 | 1999 |
| Florida | $4.23 | AWP-13.25% | No | 2000 |
| Georgia | $4.63 | AWP-10% | $0.50 | 2000 |
| Hawaii | $4.67 | AWP-10.5% | No | 2000 |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-11% | No | 2000 |
| Illinois | G: $3.75, B: $3.45 | AWP-10%, AWP-12% for multi-source drugs | No | 2000 |
| Indiana | $4.00 | AWP-10% | $0.50 - $3.00 | 2000 |
| Iowa | $4.13 - $6.42 | AWP-10% | $1.08 | 2000 |
| Kansas | $4.50 | AWP-10% | $2.00 | 2000 |
| Kentucky | OP: $4.75, LTC: $5.75 | AWP-10% | No | 2000 |
| Louisiana | $5.77 | AWP-10.5% | $0.50 - $3.00 | 1999 |
| Maine | $3.35 (+ extra fees for compounding) | AWP-10% | $0.50 - $3.00 | 1999 |
| Maryland | $4.21 | Lowest of: WAC+10%, direct+10%, AWP-10% | $1.00 | 2000 |
| Massachusetts | $3.00 | WAC-10% | $0.50 | 2000 |
| Michigan | $3.72 | AWP-13.5% (1 to 4 stores), AWP-15.1% (5+ stores) | $1.00 | 2000 |
| Minnesota | $3.65 | AWP-9% | No | 2000 |
| Mississippi | $4.91 | AWP-10% | $1.00 | 2000 |
| Missouri | $4.09 | AWP-10.43% | $0.50 - $2.00 | 2000 |
| Montana | $2.00 - $4.20 | AWP-10% | G: $1.00, B: $2.00 | 2000 |
| Nebraska | $3.20 - $5.06 | AWP-8.71% | $1.00 | 2000 |
| Nevada | $4.76 | AWP-10% | No | 2000 |
| New Hampshire | $2.50 | AWP-12% | G: $0.50, B: $1.00 | 2000 |
| New Jersey | $3.73 - $4.07 | AWP-10% | No | 2000 |
| New Mexico | $4.00 | AWP-12.5% | No | 1999 |
| New York | B: $3.50 G: $4.50 | AWP-10% | G: $0.50, B: $2.00 | 2000 |
| North Carolina | $5.60 | AWP-10% | $0.50 | 2000 |
| North Dakota | $4.60 | AWP-10% | No | 1999 |
| Ohio | $3.70 | AWP-11% | No | 2000 |
| Oklahoma | $4.15 | AWP-10.5% | $1.00 - $2.00 | 2000 |
| Oregon | $3.91 - $4.28 (based on annual # of Rxs) | AWP-11% | No | 2000 |
| Pennsylvania | $4.00 | AWP-10% | $1.00 - $2.00 | 2000 |
| Rhode Island | OP: $3.40, LTC: $2.85 | WAC+5% | No | 1999 |
| South Carolina | $4.05 | AWP-10% | $2.00 | 2000 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | $2.00 | 2000 |
| Tennessee* | | | No | 1999 |
| Texas | $5.27 + 2% of ingredient & dispensing fee | AWP-15% or WAC+12%, whichever is lowest | No | 2000 |
| Utah | $3.90 - $4.40 (based on geographic area) | AWP-12% | $1.00 - $5.00 | 1999 |
| Vermont | $4.25 | AWP-11.9% | $1.00 - $2.00 | 2000 |
| Virginia | $4.25 | AWP-9% | $1.00 | 2000 |
| Washington | $4.06 - $5.02 (based on annual # of Rxs) | AWP-11% | No | 2000 |
| West Virginia | $3.90 (+ extra fees for compounding) | AWP-12% | $0.50 - $2.00 | 2000 |
| Wisconsin | $4.88 | AWP-10% | $0.50 - $1.00 | 2000 |
| Wyoming | $4.70 | AWP-4% | $2.00 | 2000 |

AWP = average wholesale price; B = brand name;
G = generic; LTC = long-term care;
OP = outpatient; WAC = wholesaler's acquisition cost.

*Within federal and state guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.

Source: National Pharmaceutical Council, Reston, Va.

TOTAL P.01
TOTAL P.02

HHC009-1327

HHC009-1327

Centers for Medicare & Medicaid Services
Division of Medicaid & Children's Health
Illinois/Indiana/Ohio Operations Branch
400 West Monroe St.  Room 204A
Springfield, Illinois  62704-1800

From the desk of…

**David Brunelle**
Accountant-in-Charge,
Illinois

Voice:  (217) 492-4189
Fax:  (217) 492-4141

# Fax

**To:**   Vera Drivalas

**Fax #:**

**Re:**   IL SPA 01-15

**Date:**   07/23/01

**Pages:**   3, including this cover sheet

● **Comments:**

As promised last week!

HHC009-1328

HHC009-1328

State Plan Amendment Analysis

State _____ IL _____

Transmittal #01-015

Preprint No (Yes or No)_____          Attachments____ att. 4.19b. page 32 and 33

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

Provision of Current State Plan ① dispensing fee = $4.17

② som PD's @ AWP less 10% ; others @ AWP less 12%

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

Proposed Change: ① two dispensing fees : $4.00 for brand name + $5.10 for generic

② PD's @ AWP less 10% to 11% ; PD's @ AWP less 12% to 20%.

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

Fiscal Impact; __FY 01__ — $3 million FFP

FY 02 — $11 million FFP

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

Reason for Amendment: __State Budget implementation, restores__

some of the cuts made by SPA 00-15

Signature _____          Date __7-23-01__

HHC009-1329

HHC009-1329

DIVISION OF MEDICAID AND INSURANCE OVERSIGHT
CENTERS FOR MEDICARE AND MEDICAID SERVICES

WAIVER/STATE PLAN REVIEW AND RECOMMENDATIONS

| State | Submittal No. | Date Received | Description (Title, Subject, etc.) |
|-------|---------------|---------------|-------------------------------------|
| IL | 01-015 | 6/22/01 | Prescribed Drugs |

Synopsis _____

_____

_____

_____

Received in DMCH                          Submitted to IL/IN/OH Operations Branch
6/22/01 for action by 7/17/01             on 6/22/01 action by 7/17/01
(date)               (25 days)            (date)   (25 days for reim/25
                                                        for other)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
                              REVIEWED BY    Rec'd 7-2-01 in Springfield

IL/IN/OH Operations Branch                        AIC (if applicable)

Assigned to  Drivalas  6/22/01            Assigned to Brunelle    6/22/01
             (Name) (date)                            (Name)      (Date)

Recommendation_____        Recommendation  approval
        (approval or disapproval)                 (approval or disapproval)

Remarks_____         Remarks_____

_____       _____

_____       

_____       

_____       __Waine Brunelle__   7-23-01
(signed)            (date)                  (signed)              (date)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
                               APPROVAL

Assigned to_____        Approved by:              Date
            (Name)    (date)

Recommendation_____        _____
        (approved or disapproved)            IL/IN/OH Operations Branch Manager
                                             IL/IN/OH Operations Branch
Remarks_____        Division of Medicaid & Children's Health

_____

_____

_____          _____
                                             Associate Regional Administrator
                                             Division of Medicaid & Children's Health
_____
        (signed)     (date)
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
Note:This completed form should be filed with Program Unit copy of HCFA-179. (Rev.12/99)

HHC009-1330

HHC009-1330

JUL-19-2001  17:21                                                                                           P.01/02



**Illinois Department of Public Aid**

201 South Grand Avenue East
Springfield, Illinois 62763-0001

George H. Ryan, Governor
Jackie Garner, Director

Telephone: (217) 782-1200
TTY: (800) 526-5812



Ms. Vera Drivalas
Illinois Medicaid Representative
Division of Medicaid and Managed Care Programs
Centers for Medicare and Medicaid Services
233 North Michigan Avenue
Chicago, Illinois  60601-5519

Dear Ms. Drivalas:

This addresses the questions posed by Cindy Pelter relative to State Plan Amendment, Transmittal Number (TN) 01-15 which proposes a two-tiered dispensing fee for single and multi-source drugs.

The two-tiered dispensing fee, along with the reduction of the change in the percentage off of the average wholesale price for drugs were negotiated with the pharmacy industry.  Our justification and rationale for these changes are as follows:

**Dispensing Fees:**

While the Department has chosen not to utilize one of the specific "reasonableness" tests as identified in recent correspondence from HHS/CMS, Illinois contends that the new dispensing fees are reasonable, as required by 42 CFR 447.331, for several reasons.  First and foremost, the Department's new dispensing fees fall within the range of dispensing fees, already approved as "reasonable," for all other States (excluding Tennessee and Arizona, as those States have mandatory managed care requirements.)  According to information available to us, the lowest dispensing fee is New Hampshire's, at $2.50, while the highest is Iowa's, at $6.38.  Since our revised dispensing fees fall well within the bounds of this range of approved "reasonable" fees, they are, by definition, reasonable.

Illinois, like the rest of the nation, realizes that generic substitution policies have increased the proportion of prescriptions dispensed as generic versions of brand name drugs.  That has had

HHC009-1331

HHC009-1331

a favorable impact on cost. However, while the proportion of prescriptions dispensed nationally as generic drugs has, in years past, increased to nearly one-half of all prescriptions, the proportion of expenditures for generic drugs has declined. Illinois is no exception. The share of all drugs dispensed as generics has slipped to 60% in today's market while the use of higher priced new drugs has attenuated the impact of generic drugs in the overall cost picture. In years past, formularies might have contributed to improved decisions about which drugs to use, but since rebates are a consideration in formulary decisions, a shift from inexpensive generic drugs to higher priced brand name products are on the rise.

A statistical review of the growth in drugs shows increases of 10.6 percent in 1995, 14.1 percent in 1997, and 18.4 percent in 1998—more than three times the average annual increase in health-related spending, overall, since 1992. For 1999, prescription drug spending again increased 18.4 percent, while all health spending increased by only 5.5 percent.

Nationally, States, as well as the federal government are grappling with drug expenditures, given the statistical growth and national aggregate expenditures at $78.9 billion in 2000. The changes identified in our State plan are a major leap toward gaining control in Illinois and returning the State to a generic based —less expensive —program.

To do so, Illinois has adopted a two-tiered dispensing fee to allow $5.10 when a generic product is dispensed and only $4.00 when a brand name product is dispensed. While this incentive mechanism for generic products may increase dispensing fee costs over the short term, it should have far reaching benefits in drug savings in years to come. Our new dispensing fees are designed to increase the percentage of generics dispensed, reduce overall spending for the higher priced brand name drugs, and restrain the growth in overall spending on drugs.

Illinois utilized negotiations with the pharmacy industry to develop a dispensing fee structure that would result in the dispensing of more generic drugs, thus reducing the overall cost to the State and federal government.

**Attachment 4.19B Page 33—HCFA FUL LIMITS.** The State assures that the replacement of any federal upper limit (FUL) prices with State maximum allowable cost (MAC) prices will ensure that aggregate reimbursement will not exceed the overall limits imposed by the HCFA FULs.

Any additional questions or problems may be addressed to Dawn Claborn, Bureau of Program and reimbursement Analysis, at 217-782-3953.

Sincerely,


Jackie Garner
Director

HHC009-1332      L

HHC009-1332

**From:**      Vera Drivalas
**To:**        Pelter, Cindy
**Date:**      Tue, Jul 17, 2001  3:49 pm
**Subject:**   Re: Illinois SPA 01-15

Public notice was published & I will fax you a copy once I receive it.  State
mentioned the Director IDPA is reviewing their response regarding basis for
the change & as soon as she signs response I will receive copy.
>>> Cindy Pelter 07/17/01 08:24AM >>>
Good Morning Vera,

I wanted to check with you about a couple of things regarding Illinois SPA
01-15.

1.  Did the public notice that was supposed to go out on June 29th get
published?

2.  Has the state submitted any supporting documentation to provide a basis
for their changes to reimbursement methodology and dispensing fee?  If not,
please request again that they do so.

I have prepared a Request for Additional Information to be sent to the state;
however, Larry seems to think that we might be able to resolve the issues with
a phone call.  He's out today, but I should be able to find out from him
tomorrow what we're going to do.  I'll keep you posted!

Cindy


CC:        DBrunelle

HHC009-1333      FL

HHC009-1333

**From:**      Vera Drivalas
**To:**        DBrunelle
**Date:**      Tue, Jun 26, 2001  4:01 pm
**Subject:**   Re: IL SPA 01-15

FYI!
>>> Cindy Pelter 06/26/01 12:41PM >>>
Hi Vera,

I have been asked to have you fax this SPA to Elliott Weisman so he can log it
into the system.  I won't really be able to do a review until he has received
it; however, in taking a quick glance, I'm going to ask that you go ahead and
informally request that the state submit whatever supporting documentation
they have for the changes they've made.   It looks like at the very least
they're changing their dispensing fees, and also their reimbursement amounts.
We're going to need the studies, formulas, etc...that they used to come up
with these new amounts.  Basically, if you remember what we asked them to
provide us the last time around (for example, they needed to give us detailed
information about how they came up with the $4.17 flat dispensing fee), we'll
be needing the same kind of information for this.  I guess it's better to just
go ahead and ask for it now, since I know that Larry's going to ask me to get
it anyway.

Thanks for your help and feel free to fax me whatever the state gives you at
410-786-5882.

Cindy

HHC009-1334    FL

HHC009-1334

**From:**      Vera Drivalas
**To:**        Pelter, Cindy
**Date:**      Tue, Jun 26, 2001  4:00 pm
**Subject:**   Re: IL SPA 01-15

Thank you.  I am writing the cover letter to Attention Elliott Weisman to
accompany SPA.  I asked Dawn Clayborn at IDPA for any supporting documentation
to support their changes.  I also went back to our 2/22/01 RAI letter & asked
for IL to submit: (1) documentation to support change to $4, $5.10, (2)provide
an assurance that the replacement of any FUL prices with State MAC prices will
ensure that aggregate reimbursement will not exceed the overall limits imposed
by the HCFA FULs.

Dawn said they negotiated these changes & there are no studies.  I just asked
IL to submit any documentation to support their changes.
>>> Cindy Pelter 06/26/01 12:41PM >>>
Hi Vera,

I have been asked to have you fax this SPA to Elliott Weisman so he can log it
into the system.  I won't really be able to do a review until he has received
it; however, in taking a quick glance, I'm going to ask that you go ahead and
informally request that the state submit whatever supporting documentation
they have for the changes they've made.   It looks like at the very least
they're changing their dispensing fees, and also their reimbursement amounts.
We're going to need the studies, formulas, etc...that they used to come up
with these new amounts.  Basically, if you remember what we asked them to
provide us the last time around (for example, they needed to give us detailed
information about how they came up with the $4.17 flat dispensing fee), we'll
be needing the same kind of information for this.  I guess it's better to just
go ahead and ask for it now, since I know that Larry's going to ask me to get
it anyway.

Thanks for your help and feel free to fax me whatever the state gives you at
410-786-5882.

Cindy


CC:        DBrunelle

HHC009-1335       FL

HHC009-1335