# EXHIBIT 119

March 14, 2003

To: Region 10
Pharmacy team

From: State or Oregon

Response to question regarding SPA 02-16

1. Submit a statement why AWP-11% and a dispensing fee increase to $3.90 is the best estimate.

The October 4, 2002 legislative Emergency Board directed the Department to increase the rates to institutional pharmacies to AWP-11% plus dispensing fee of $3.91. Oregon submitted a SPA exactly as requested by this legislative body, and the documentation was previously submitted with SPA 02-06.