# EXHIBIT 152

SUSAN McCANN 11/7/2007

Page 392

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, EX REL. ) | |
| JEREMIAH W. (JAY) NIXON, ) | |
| ATTORNEY GENERAL, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | CASE NO. |
| V. ) | 054-1216 |
| ) | |
| DEY INC, DEY LP, MERCK KGAA, ) | DIVISION NO. 31 |
| EMD INC, WARRICK ) | |
| PHARMACEUTICALS CORPORATION, ) | |
| SCHERING-PLOUGH CORPORATION, ) | |
| AND SCHERING CORPORATION, ) | |
| ) | |
| DEFENDANTS. ) | |

VIDEO DEPOSITION OF MS. SUSAN MCCANN

VOLUME II

Taken on behalf of the Defendants Warrick, Schering,

and Schering-Plough

November 7, 2007

e78f6cc9-3a6b-405d-a2d6-7ba04af0e20b

SUSAN McCANN 11/7/2007

Page 393

I N D E X

                              PAGE
TITLE PAGE                     392

INDEX                          393

DEPOSITION INFORMATION         397

APPEARANCES                    398

MS. SUSAN MCCANN
    Direct Examination By Mr. McDonald      404
    Cross-Examination By Ms. Adams          602
    Redirect Examination By Mr. McDonald    609

EXHIBITS
188 Plaintiff's Response to Defendant       430
    Warrick Pharmaceutical Corporation's
    First Set of Interrogatories to
    Plaintiffs

189 Community Pharmacy and the Changing     479
    Landscape of Medicaid, 1996
190 Pharmacy Task Force Meeting, 3/15/01    519
191 PPAC Stat Fax, 5/11/01, MO.045127       523

Page 395

I N D E X
(Continued)

                                        PAGE
EXHIBITS (Continued)
202 Review of Pharmacy Acquisition Costs        593
    for Drugs Reimbursed Under the
    Medicaid Prescription Drug Program of
    the Texas Health and Human Services
    Commission, 11/01
203 Medicaid Pharmacy Actual Acquisition        600
    Cost of Generic Prescription Drug
    Products, 3/02

PREVIOUSLY MARKED EXHIBITS
3  Third Amended Petition                        434
14 1991 Report                                   609
24 Unidentified Document                         552
40 Report From the Department of Health          565
   and Human Services Office of Inspector
   General Regarding the State of
   Missouri

49  Suppliers Acquisition Cost For               546
    Albuterol Sulfate
52  Report From the Office of Inspector          572
    General Department of Health and Human
    Services for the State of Delaware
83  Email From Susan McCann to Margie            488
    Mueller

155 Pharmacy Task Force Meeting, 3/22/01,        518
    MO 003790 - 003801
160 Letter From Dana Katherine Martin to         595
    Nanette Foster-Reilly, 12/21/01

Page 394

I N D E X
(Continued)

                              PAGE
EXHIBITS (Continued)
192 Department of Health Education and       533
    Welfare, Proposed Rules, 11/27/74

193 Medicaid Action Transmittal, 9/84        535

194 OIG Report Concerning Medicaid and       540
    Medicaid Reimbursement for Drugs,
    10/3/89

195 Hooked on Drugs, 6/10/96                 542

196 Fax From Robert Katz to Susan McCann,    548
    3/9/95, MO.025398 - 025399
197 Review of Pharmacy Acquisition Costs     559
    for Drugs Reimbursed Under the
    Medicaid Prescription Drug Program of
    the California Department of Health
    Services, 5/96
198 Review of Pharmacy Acquisition Costs     562
    for Drugs Reimbursed Under the
    Medicaid Prescription Drug Program of
    the District of Columbia Department of
    Human Services, 1/97
199 Review of Pharmacy Acquisition Costs     564
    For Drugs Reimbursed Under the
    Medicaid Prescription Drug Program of
    the Maryland Department of Health and
    Mental Hygiene, 2/97
200 Medicaid Pharmacy Actual Acquisition     578
    Costs of Generic Prescription Drug
    Products, 8/97
201 Memo From June Gibbs Brown, Office of    583
    Inspector General's Partnership Plan,
    5/4/99

Page 396

I N D E X
(Continued)

                              PAGE
PREVIOUSLY MARKED EXHIBITS (Continued)
171 Cost Containment For State               526
    Prescription Drug Expenditures,
    Performance Audit, 6/28/02

CERTIFICATE OF REPORTER                      618

Exhibits 188 through 203 were left in the custody of
the court reporter.

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com   Phone: 1.800.280.DEPO(3376)        Fax: 314.644.1334

e78f6cc9-3a6b-405d-a2d6-7ba04af0e20b

SUSAN McCANN 11/7/2007

Page 397

```
 1
 2
 3          IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 4                     STATE OF MISSOURI
 5   STATE OF MISSOURI, ex rel.    )
     JEREMIAH W. (JAY) NIXON,      )
 6   Attorney General,             )
                                   )
 7        Plaintiffs,              )
                                   )  Case No.
 8        v.                       )  054-1216
                                   )
 9   DEY INC, et al.,              )  DIVISION NO. 31
                                   )
10        Defendants.              )
11
12       VIDEO DEPOSITION OF MS. SUSAN MCCANN
13                    VOLUME II,
14   produced, sworn, and examined on the part of the
15   Defendants Warrick, Schering, and Schering-Plough in
16   an action pending in the Circuit Court of the City of
17   St. Louis, Missouri, in the case of STATE OF MISSOURI,
18   ex rel. JEREMIAH W. (JAY) NIXON, Attorney General,
19   Plaintiffs, versus DEY INC, et al., Defendants, at
20   9:00 a.m. on Wednesday, November 7, 2007, at the law
21   offices of Armstrong Teasdale LLP, 3405 West Truman
22   Boulevard, Jefferson City, Missouri, before KAREN S.
23   ROGERS, Registered Professional Reporter, Certified
24   Realtime Reporter, and Notary Public in and for the
25   State of Missouri.
```

Page 398

```
 1
 2              A P P E A R A N C E S
 3
 4
 5   For Plaintiffs:
 6      MS. JAN ADAMS
 7      OFFICE OF THE ATTORNEY GENERAL
 8      815 Olive Street, Suite 200
 9      St. Louis, Missouri 63188
10      (314) 340-4764
11      jan.adams@ago.mo.gov
12
13          and
14
15      MS. SHARON AYERS
16      DEPARTMENT OF HEALTH AND SENIOR SERVICES
17      912 Wildwood Drive, 3rd Floor
18      Jefferson City, Missouri 65102
19      (573) 751-6005
20      ayerss@dhss.mo.gov
21
22
23
24
25
```

Page 399

```
 1
 2              A P P E A R A N C E S
                    (Continued)
 3
 4
 5   For Defendants Warrick, Schering, and Schering-Plough:
 6      MR. JOHN P. McDONALD
 7      MS. KARIN TORGERSON
 8      LOCKE LIDDELL & SAPP LLP
 9      2200 Ross Avenue, Suite 2200
10      Dallas, Texas 75201
11      (214) 740-8000
12      jpmcdonald@lockelord.com
13      ktorgerson@lockelord.com
14
15          and
16
17      MR. JOE BEDNAR
18      ARMSTRONG TEASDALE LLP
19      3405 West Truman Boulevard
20      Jefferson City, Missouri 65109
21      (573) 634-7144
22      jbednar@armstrongteasdale.com
23
24
25
```

Page 400

```
 1
 2              A P P E A R A N C E S
                    (Continued)
 3
 4
 5   Court Reporter:
 6      MS. KAREN S. ROGERS, RPR, CCR No. 846
 7      MIDWEST LITIGATION SERVICES
 8      1911 South National Avenue, Suite 402
 9      Springfield, Missouri 65804
10      (417) 877-9700
11      krogers@midwestlitigation.com
12
13
14   Video Technician:
15      MR. JOHN NIEHAUS
16      MIDWEST LITIGATION SERVICES
17      711 North 11th Street
18      St. Louis, Missouri 63101
19      (314) 644-2191
20
21
22
23
24
25
```

3 (Pages 397 to 400)

e78f6cc9-3a6b-405d-a2d6-7ba04af0e20b

SUSAN McCANN 11/7/2007

Page 477

1  should pay both components accurately and that the fee
2  should reflect at least the cost to dispense.
3      Q.   And that $4.00 --
4      A.   Which was 4.24 or 5.24 or 5 something at
5  the time. I don't recall. It's in one of your
6  exhibits.
7      Q.   Okay. And so you believe that $4.09 was
8  too low?
9      A.   At the time, yes.
10     Q.   Okay. Now was Missouri Medicaid using
11 the ingredient cost reimbursement to compensate for
12 the low dispensing fee?
13     MS. ADAMS: Object to the form of the
14 question. Lack of foundation. Calls for speculation.
15     A.   There was an adjustment made by someone
16 somewhere so that when the final reimbursement
17 methodology came down to me to implement, the discount
18 off of AWP was not the same as in the survey.
19     It was less, a smaller percentage, and the
20 fee was a smaller amount, which looks to me as though
21 they were trying to balance the two.
22     MR. McDONALD:
23     Q.   They were using a higher reimbursement
24 on the ingredient portion to compensate for a lower
25 reimbursement on the dispensing fee?

Page 478

1      MS. ADAMS: Object to the form of the
2  question. Lack of foundation. It misstates her
3  testimony. She said clearly this judgment was made by
4  someone else, somewhere else.
5      A.   I believe, in my recollection, that
6  based on pressure from the pharmacy association and
7  other forces, other lobbying groups at the Capitol,
8  that the whole idea was that for our reducing the
9  Average Wholesale Price reimbursement component to be
10 a wash.
11     So they raised the fee only to the amount of
12 4.09, which was a calculation performed by someone.
13 So that when we reduced the AWP portion, the 4.09 fee
14 would raise their ultimate reimbursement to be what it
15 was before. So there would be no ultimate change in
16 their reimbursement.
17     MR. McDONALD:
18     Q.   Okay.
19     A.   That's my recollection.
20     Q.   And that -- and that's fine. And I'm --
21 I want to ask you again. Because I want it to be
22 clear when you're talking about wash and
23 reimbursement --
24     A.   Mm-hmm.
25     Q.   -- and up and down and all that, that

Page 479

1  we're effectively communicating with each other and
2  that the jury understands this testimony, which is
3  what's important in this case.
4      And so tell me if I'm wrong. Okay? Because
5  I'm not trying to misstate your testimony.
6      But is it your belief and your understanding
7  as the pharmacist working at Missouri Medicaid that
8  Missouri Medicaid knew it was paying a higher
9  ingredient cost reimbursement than acquisition cost in
10 order to compensate for a dispensing fee that was
11 lower than what it otherwise thought it should have
12 been?
13     MS. ADAMS: Object to the form of the
14 question. Misstates her earlier testimony. Calls for
15 speculation.
16     A.   That was my understanding.
17     (Exhibit 189, Community
18     Pharmacy and the Changing
19     Landscape of Medicaid,
20     1996, was marked for
21     identification by Mr
22     McDonald.)
23     MR. McDONALD:
24     Q.   Okay. (Mr. McDonald hands a document to
25 the witness.) Let me -- let me take the other one

Page 480

1  back.
2      A.   The 3?
3      Q.   Yeah. Let me put it back in the
4  notebook, so it doesn't get lost.
5      A.   Okay. (The witness hands a document to
6  Mr. McDonald.) And do you want this one too?
7      Q.   Just leave it there in front of you.
8      A.   Okay.
9      Q.   Ms. McCann, I've handed you what we've
10 marked as Deposition Exhibit Number 189.
11     And this is a document entitled "Community
12 Pharmacy and the Changing Landscape of Medicaid." And
13 it's dated 1996. Do you see that?
14     A.   I do.
15     Q.   Have you ever seen this before?
16     A.   I don't recall it.
17     Q.   Do you have any idea what this is?
18     A.   I know that a gentleman by the name of
19 Jim Uffmann did a -- something. This might be his
20 work. I don't know. I don't remember when that was
21 exactly.
22     Q.   And who is Mr. Uffmann?
23     A.   He was a deputy division director for a
24 while with the Division of Medical Services and then
25 he moved on to the Department of Social Services. But

23 (Pages 477 to 480)