# EXHIBIT 154

CI: A:: 94-00080.                                                    CF-10

# RECORD OF DISCUSSION

**DATE:**     August 30-31, 1994

**PLACE:**    Radisson Hotel, Richmond, Virginia

**PARTICIPANTS:**

| OIG | Medicaid Pharmacy Reps. |
|---|---|
| George Reeb, AIGA, HCFAD | Susan McCann, Missouri |
| Ben Jackson, Audit Manager | Susan McCleod, Florida |
| Gordon Sato, Audit Manager | Donna Bovell, D.C. |
| Bill Shrigley, Senior Auditor | David Shepherd, Virginia |
| Paul Chesser, Auditor | Elizabeth Miller, Virginia |
|  | Joe Fine, Maryland |
| HCFA | Allen Fung, California |
|  | Ed Vaccaro, New Jersey |
| Dave McNally | Cindy Denemark, Delaware |
| Mike Keogh | Benny Ridout, North Carolina |
|  | Terry Krantz, Montana |

**PURPOSE:**

To discuss and plan our natiowide review of the difference between the invoice price for drugs and AWP, for Medicaid pharmacy providers.

**COMMENTS:**

We informed the States that they were 1 of 12 randomly selected States to be used to develop a nationwide estimate of the difference between invoice price of drugs and AWP. We stated that HCFA had requested us to perform this review as the moratorium on pharmacy reimbursement would expire on December, 31, 1994. We further explained that we would be requesting the largest invoice for a designated month from 48 pharmacies in each State, with 12 pharmacies being selected from 4 categories of pharmacies -- Rural-Chain, Rural-Independent, Urban-Chain, and Urban-Independent. We indicated that each State would receive a report showing the results for their State and that the combined results would be reported to HCFA.

The State officials expressed concern that our review was limited to one aspect of pharmacy reimbursement. They said that any effort to lower the reimbursement for acquisition cost should also include some review of dispensing fees. They stated that we should include a fifth category of pharmacies to include non-

Dey
EXHIBIT NO. 609
KMJ 2-9-08

HHD021-0118

• traditional retail pharmacies such as hospitals, home IV, nursing homes, physicians etc... The State officials believed that these pharmacies purchased at substantially bigger discounts than traditional retail pharmacies. They also stated that we should request the largest invoice from each different type of supplier rather than just the largest invoice.

We agreed to add the fifth category of pharmacies. We also agreed to request the largest invoice from each different type of supplier. We decided that the types of suppliers would be identified as; 1) wholesaler, 2) chain warehouse, 3) manufacturer, and 4) generic distributors. Additionally, we determined together, that for the purposes of this review, chain pharmacies would include all pharmacies with four or more stores. We also composed the letter to be sent to each pharmacy requesting the invoices.

The State officials agreed to provide us with a listing of the pharmacy providers in their State. The listing would identify the pharmacies as chain, independent or other (non-traditional). We would determine whether the pharmacy was rural or urban by comparing the county location of the pharmacy to an MSA listing.

• We agreed to meet upon the completion of the review to discuss the reporting of our results.