# EXHIBIT 157

```
00007
 1    IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
         IN AND FOR LEON COUNTY, FLORIDA
 2   THE STATE OF FLORIDA
                          VOLUME 7
 3   ex rel.
                       PAGES 879 - 1040
 4   VEN-A-CARE OF THE FLORIDA KEYS, INC.,
     a Florida Corporation, by and through
 5   its principal officers and directors,
     ZACHARY T. BENTLEY and T. MARK JONES,
 6        Plaintiffs,
                       CIVIL ACTION NO.98-3032A
 7   vs.
     BOEHRINGER INGELHEIM CORPORATION;
 8   DEY, INC.; DEY, L.P.; EMD PHARMACEUTICALS
     INC.; LIPHA, S.A.; MERCK, KGaA; MERCK-LIPHA,
 9   S.A.; SCHERING CORPORATION; SCHERING-PLOUGH
     CORPORATION; ROXANE LABORATORIES, INC.;
10   and WARRICK PHARMACEUTICALS CORPORATION,
          Defendants.
11                          /

12   VIDEOTAPED DEPOSITION OF:  JERRY WELLS

13   TAKEN AT THE INSTANCE OF:  The Defendants

14   DATE:              August 15, 2006

15   TIME:           Commenced at 9:00 a.m.

16                   Concluded at 1:14 p.m.

17   LOCATION:          Broad and Cassel

18                  215 South Monroe Street, #400

19                  Tallahassee, Florida

20   REPORTED BY:      ANITA M. PEKEROL, CRR, CP, CM

21                 Certified Realtime Reporter

22        ACCURATE STENOTYPE REPORTERS, INC.

23          2894-A Remington Green Lane

24          Tallahassee, Florida  32308

25               (850) 878-2221
```

```
00880
 1   APPEARANCES:
         REPRESENTING THE PLAINTIFF THE STATE OF FLORIDA:
 2        MARK S. THOMAS, ESQUIRE
          MARY MILLER, ESQUIRE
 3        Attorney General's Office
          Medicaid Fraud Control Unit
 4        The Capital-Tax Section
          Tallahassee, Florida  32399
 5        850-414-3600

 6   REPRESENTING THE PLAINTIFF ex rel. VEN-A-CARE OF THE

 7   FLORIDA KEYS, INC.:

 8        GARY L. AZORSKY, ESQUIRE

 9        Berger & Montague, P.C.

10        1622 Locust Street

11        Philadelphia, PA  19103-6305

12        215-875-3000

13   REPRESENTING THE DEFENDANTS DEY, INC., DEY, L.P.,

14   EMD PHARMACEUTICALS, INC.:

15        CLIFFORD KATZ, ESQUIRE

16        Kelley Drye & Warren

17        101 Park Avenue

18        New York, NY  10178

19        212-808-7800

20              and

21        KELLY OVERSTREET JOHNSON, ESQUIRE

22        Broad and Cassel

23        215 South Monroe Street, #400

24        Tallahassee, Florida  32301

25        850-681-6810
```

```
00881
 1  APPEARANCES (Continued):
       REPRESENTING THE DEFENDANTS BOEHRINGER INGELHEIM
 2      CORPORATION; BOEHRINGER INGELHEIM INTERNATIONAL;
       BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; AND
 3      ROXANE LABORATORIES:

 4         HELEN E. WITT, ESQUIRE

 5         Kirkland & Ellis, LLP

 6         200 East Randolph Drive

 7         Chicago, Illinois 60601

 8         (312) 861-3486

 9      REPRESENTING THE DEFENDANTS SCHERING CORP.,

10      SCHERING-PLOUGH AND WARRICK PHARMACEUTICALS:

11         JOHN P. MCDONALD, ESQUIRE

12         Locke Liddell & Sapp, LLP

13         Suite 2200

14         2200 Ross Avenue

15         Dallas, TX  75201-6776

16         214-740-8459

17              and

18         DANA TOOLE, ESQUIRE

19         Dunlap Toole Shipman & Whitney, P.A.

20         2065 Thomasville Road, #102

21         Tallahassee, Florida  32308-0733

22         850-385-5000

23      VIDEOGRAPHER:

24         BARBARA KIRKLAND GRAVES

25         Accurate Stenotype Reporters
```

00882

1                 I N D E X

2   WITNESS:                              PAGE

3   JERRY WELLS

4       Direct Examination Continued by Ms. Witt      884

5       Cross Examination by Ms. Johnson      1008

6       Cross Examination by Mr. McDonald     1018

7   CERTIFICATE OF REPORTER               1037

8   CERTIFICATE OF ADMINISTERING OATH            1038

9   ERRATA SHEET                    1039

10  READ AND SIGN LETTER            1040

11              E X H I B I T S

12  NUMBER     DESCRIPTION                 PAGE

13   392   Document stamped Highly Confidential|

14         bearing Bates stamped pages OAG FLA

15         017802 through OAG FLA 017811      907

16   393   Transmit Confirmation Report and Letter

17         dated October 14, 1994, to

18         Mr. William Vaughn from Mr. Bentley      919

19   394   Medicaid Drug Ingredient Pricing

20         Reimbursement to Pharmacies       924

21   395   Fax Transmittal Sheet dated 12/17/97 and

22         Advertisement                  934

23   396   Agency for Health Care Administration

24         2000 Bill Analysis             964

25

```
00883
 1             E X H I B I T S (continued)
     NUMBER       DESCRIPTION                   PAGE
 2    397   The Medicaid Prescribed Drug Program Cost
            Containment Options              972
 3    398   Fax Transmittal Sheet dated January 22,

 4          1998 with attached memorandum     979

 5    399   E-mail dated April 7, 2000 to Kim Johnson

 6          From Jerry Wells with original message   981

 7    400   E-mail dated October 03, 2001, to

 8          Jerry Wells from Etta Hawkins with

 9          e-mail trail                     984

10    401   Medicaid Prescribed Drugs Cost Containment

11          Options                          987

12    402   E-mail dated March 01, 2005, to

13          Sybil Richard from Jerry Wells

14          with e-mail trail                992

15    403   E-mail dated March 15, 2005, to

16          Julia A. Davis from Jerry Wells

17          with e-mail trail                995

18    404   E-mail dated October 19, 2001, to

19          Jerry Wells from Marvin Hazelwood

20          with e-mail trail               1000

21    405   E-mail dated October 22, 2001, to

22          Marvin Hazelwood from Jerry Wells

23          with e-mail trail                997

24    406   E-mail from Mr. Wells to Peggy King

25          dated 9-8-04 with e-mail trail  1004
```

00975

1    would just insist on an increase in the

2    ingredient cost to offset that, that we

3    wouldn't be going anywhere.

4  BY MS. WITT:

5    Q.   And why did you think that was not

6  desirable?

7    A.   Because I did not make that -- maybe I

8  didn't make myself clear enough.

9         If we are paying pharmacies less than

10 the cost of dispensing a prescription as a

11 dispensing fee, then they have to have some margin

12 or markup on the ingredient cost of the drug to

13 offset that.  And we've tried to balance that over

14 the years because we've known for a number of years

15 that our dispensing fee is below the cost of

16 dispensing a prescription.  All states recognize

17 that.

18        If we moved to lower the dispensing fee

19 to $3, or to $3.23, we're going to have to offset

20 that with an increase in the ingredient cost to the

21 pharmacies and that argument is going to be played

22 out in the Senate, and I felt like that we wouldn't

23 wind up saving any money.  I didn't feel like that

24 was a viable option, and that was my counsel.

25   Q.   Do you remember who was proposing a