# EXHIBIT 164

0017906

VACMDL44051

VAC MDL 44051

P-00323

UNISYS - P.O. BOX 7082
TALLAHASSEE, FL 32314-7082

A = ADJUSTMENT   V = VOID

TRANSACTION CONTROL NUMBER

RECIPIENT'S NAME (LAST, FIRST, MI)

MEDICAID I.D. NUMBER

PHARMACY IDENTIFICATION, ADDRESS, & PROVIDER NUMBER

109742300

**STATE OF FLORIDA**
**REQUEST FOR PAYMENT**
**FLORIDA MEDICAID PROGRAM**
**PHARMACY CLAIM FORM**

DRUG GRANT ADJUSTMENT: 5
OTHER PRESCRIPTION INSURANCE?: (blank)

| Line | Rx Number | Manufacturer/Item/Pkg (NDC) | Quantity | Days Supply | Prescriber's FL DPR License | Cert | Date Filled | O/R | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 17780 | 00469 0249 25 | 10 | 1 | ME0036940 | | 062597 | R | 5 00 |
| 1 | 17771 | 57311 021 006 | 1 | 1 | ME0036940 | | 062597 | R | 98 25 |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |

TOTAL AMOUNT BILLED: 103 25

18. PRINT OR TYPE UNUSUAL AND COMPOUND PRESCRIPTION INFORMATION BELOW WITH LINE NO.

FORMER TCN FOR RESUBMITTAL OF PREVIOUSLY DENIED CLAIM

FOR OFFICE USE ONLY

**IMPORTANT**
READ CERTIFICATION STATEMENT ON THE REVERSE SIDE.
I CERTIFY THAT THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

AUTHORIZED SIGNATURE / TITLE

BILLING DATE: 7/14/97

061 7/94


k

### State of Oklahoma
### Oklahoma Health Care Authority
### Prescription Drug Claim Form

**PLEASE PRINT CLEARLY**

| Provider Number (required) | LOC (req) | Billing NPI (optional) | Telephone Number | | | |
|---|---|---|---|---|---|---|
| 01 | 02 | 03 | 04 | | | |
| Patient's Name, Last, First (required) | Member ID (Required) | Member's Date of Birth (Required mmddccyy) | Emergency (Y or N) | Pregnancy (Y or N) | NH R/C (Y or N) | |
| 05 | 06 | 07 | 08 | 09 | 10 | |
| Prescription Number (Required) | Date Prescribed (Required) | Date Dispensed (Required) | NDC Number (Required) | Quantity (required) | Days | |
| 11 | 12 | 13 | 14 | 15 | 16 | |
| Brand Medically Necessary | Refill | Individual Prescriber's NPI Number (Required) | Individual Prescriber's Name: Last, First (Required) | | | |
| 17 | 18 | 19 | 20 | | | |

| Provider's Name and Address | This is to certify that the foregoing information is true, accurate, and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any falsification of claims, statements, or documents, or concealment of material fact may be prosecuted under applicable Federal or State law.<br><br>I, the undersigned, being aware of restricted funds in the Medicaid program, agree to accept as full payment for services enumerated on this claim form, for this Medicaid patient, the allowance determined by the Department or its designee. I further certify that no supplemental charges have been or will be billed to the patient; I further recognize that any difference of opinion concerning the charges and/or allowance for this claim shall be adjudicated as specified in the Provider Manual. | |
|---|---|---|
| | Signature of Provider or Representative (Required) | Date Billed (Required) |
| 25 | 26 | 27 |

| Charge (Required) | Third Party Paid | Total Amount Billed (Required) | Usual and Customary |
|---|---|---|---|
| 21 | 22 | 23 | 24 |

**Mail Completed Claim Form to:**
EDS
P.O. Box 18650
Oklahoma City, OK 17320?

PHARM-1

DEY-SUB-OK-0000013

DEY-SUB-OK-0000013

# Medicaid Provider Manual

| APPENDICES | Section No(s).: | Appendix 11R |
|---|---|---|
| MEDICAID CLAIM FORM INSTRUCTIONS | Trans. Bulletin: | |
| Prescription Drug Claim - Form 204 | Revision Date: | July 1987 |
| | Prev. Rev. Date: | February 1976 |

[Form image: Hawaii Medical Service Association, Fiscal Administrator — Hawaii State Medicaid (Title XIX) Program, P.O. Box 860, Honolulu, Hawaii 96808 — Prescription Drug Claim — HMSA Copy, with numbered fields 1 through 45.]

1400352

- 8 -
(R)

VAC MDL 74796

VACMDL74796