# EXHIBIT 166



# 1991

## RED BOOK

**ANNUAL PHARMACISTS' REFERENCE**

## CONTENTS page 3

1. **EMERGENCY INFORMATION**

2. **ORGANIZATIONS**

3. **PRACTICE AIDS**

4. **PHARMACY QUICK FACTS**

5. **MERCHANDISING**

6. **PRODUCT IDENTIFICATION**

7. **HOME HEALTH CARE**

8. **PHARMACY COMPUTERS**

9. **PRODUCT INFORMATION**

10. **MANUFACTURERS' ADDRESSES AND CATALOGUES**

TH 00001



EXHIBIT

Mine 092

7.1.19     4u1

# FOREWORD

We proudly present the 1991 edition of the *DRUG TOPICS RED BOOK*.

Over the years, *RED BOOK* has become the pharmacist's primary reference source for drug pricing, packaging data, product identification, manufacturer names and addresses, and other information.

The pricing section is the most complete and reliable source of its kind available to pharmacy today. It contains approximately 100,000 detailed product listings.

This year, in order to make *RED BOOK* even more useful, we have added information on poison antidotes, basic retailing formulas, a listing of sun-sensitive drugs, a guide to understanding the *Orange Book* codes, and a listing of third-party claims processors.

At the same time, we have updated our other sections to bring you the very latest information on return goods policies of manufacturers, national and state pharmacy associations, state boards of pharmacy, federal government agencies, association and retail meetings, and computer vendors and suppliers.

For those interested in even more timely pricing and product information, the Red Book Data Base Services provides a master data file with periodic changes on nine track magnetic tape and microdiskette. Also published is a monthly *UPDATE* in print with the current prices of top-selling prescription and over-the-counter products. *RED BOOK's* microfiche called micREData shows the current price changes in the annual.

All of these services are brought to you by Medical Economics Data, sister company of Medical Economics Publishing, which publishes *DRUG TOPICS* twice a month and *HOSPITAL PHARMACIST REPORT* once a month.

We look forward to serving you and all of your needs in 1991 and in the years to come.

Edward R. Barnhart
Publisher

TH 00002

# How to read this section

### Prices

Included for each product in this section are the average wholesale price (AWP) and the direct price (DP) or suggested retail price (SRP), where available. To help you distinguish between the direct price and the suggested retail price, the SRP is printed in bold italics.

Prices are generally expressed in terms of a dozen units. Unit costs are identified as "ea," "per pkg," "per unit," "per case," or "per carton." The "per gross" cost indicates 144 units.

All prices are current as of the time this publication went to press. The actual price paid by retailers, however, may fall above or below those reported prices, and all published prices are subject to change without notice.

Pricing information is based on data obtained from manufacturers, distributors, and other suppliers. The information contained in *Red Book* may be supplemented by pricing information published in catalogues or other printed materials disseminated by manufacturers or distributors.

The publisher of *Red Book* has exercised the greatest care and caution in compiling prices, sizes, and other information contained herein. *Red Book*, however, cannot be responsible for clerical or typographical errors or inaccurately supplied information.

### Names

Where a product is marketed by its trademarked name, it appears alphabetically under that name in the listings on the following pages. For example, the product "Valium," made by Roche Laboratories, is found under "V." In parentheses next to the brand name is the name of the manufacturer. On the next line is the generic or chemical name for the product.

Where a product is known by the manufacturer's name, it appears under the manufacturer's name. For example, the syringes and needles made by Becton, Dickinson & Co. appear under "B."

Drugs marketed under generic names are listed under the generic names. Aspirin, for example, can be found under "A" and penicillin under "P."

If you know the manufacturer of a drug but are not certain of the trade name, check the manufacturers' catalogues in Section 10.

This year's annual again contains detailed new information as a result of the cross-referencing of brand and generic drugs. Specifically, each brand-name product has its corresponding chemical or generic name printed below the trademarked name.

Under generic headings, you can now find not only generic companies' products but cross-references that include the brand-name manufacturers with their corresponding trademarked product names. These listings are designed to give you a more comprehensive and complete indexing and cross-referencing capability for brand and generic drugs.

### Symbols

**Rx—Prescription only**
$\mathbb{C}$, $\mathbb{C}$, $\mathbb{C}$, $\mathbb{C}$, $\mathbb{C}$ — These symbols indicate scheduled drugs that came under the jurisdiction of the Controlled Substances Act of 1970. The descriptive symbols in this *Red Book* are to be looked upon as a guide only. The final and absolute check of a product's status—CII-CV or Rx—should be the manufacturer's label itself.

### Manufacturers

Listed with the product is the abbreviated name of the manufacturer. For the manufacturer's complete name, address, zip code, and telephone number, refer to the "List of Manufacturers" in Section 8.

### Abbreviations

The following abbreviations are used with the product listings throughout this edition and are included according to information from manufacturers.

| | | | |
|---|---|---|---|
| B.P. | blister pack | P.R. | prolonged-release |
| C.A. | continuous-action | P.T. | prolong tabs |
| C.C. | chocolate-coated | R.A. | released-action |
| C.R. | continuous-release | R.N. | reverse numbered |
| C.T. | compressed tablets | S.A. | sustained-action or slow-acting |
| D.A. | delayed-action | | |
| D.F. | dye-free | S.F. | sugar-free |
| D.S. | double-strength | S.C. | sugar-coated |
| E.C. | enteric-coated | S.L. | sublingual |
| F.C. | film-coated | S.G. | soft gelatin |
| G.R. | gradual-release | S.R. | sustained-release or slow-release |
| H.G. | hard gelatin | | |
| H.P. | high-potency | S.S. | single-strength |
| H.T. | hypodermic tab | S1.F. | starch-free |
| I.M. | intramuscular | S.U.P. | single-unit package |
| I.V. | intravenous | T.C. | therapeutic concentrate |
| L.A. | long-acting | T.D | timed-disintegrating |
| M.L. | multilayer | T.R. | timed-release |
| O.S. | oral suspension | T.L. | triple-layer |
| P.A. | prolonged-action | T.T. | tablets triturate |

### Additional abbreviations
### for product forms are listed below:

| | | | |
|---|---|---|---|
| ACC | Accessories | EXT | Extract | SET | Set |
| ADR | Otic Drop | FLA | Flakes | SLT | Sublingual Tablets |
| AER | Aerosol Liquid | GAU | Gauze | | |
| AMP | Ampuls | GEL | Gel | SOA | Soap |
| ARA | Aerosol Liquid w/Adapter | GRA | Granular | SOL | Solution |
| | | IHL | Inhalant Liquid | SPG | Sponge |
| ARD | Aerosol Solid w/Adapter | INH | Inhalant Solid | SPR | Spray |
| | | INJ | Injection | SRG | Syringe Empty |
| ARO | Aerosol Solid Ingredient | INT | Intravenous | SRN | Syringe |
| | | KIT | Kit | STI | Stick |
| BAL | Balm | L-A | Long-Acting Capsule | STR | Strap |
| BAN | Bandage | | | SUP | Suppository |
| BUC | Buccal | LEA | Leaf | SUS | Suspension |
| CAP | Capsules | LIQ | Liquid | SWA | Swab |
| CAT | Catheters | LOT | Lotion | SYR | Syrup |
| CLA | Clamps | LOZ | Lozenge | TAB | Tablets |
| CON | Connectors | NDL | Needle | TAM | Tampon |
| COT | Cotton | NDR | Nose Drop | TAP | Tape |
| CPL | Caplet | NEB | Nebulizer | TCR | Topical Cream |
| CRE | Cream | OOR | Ophthalmic Drop | TDM | Transdermal |
| CTB | Chew Tablet | OIL | Oil | TES | Test |
| CUS | Cushion | OIN | Ointment | THE | Thermometer |
| DEV | Device | OON | Ophthalmic Ointment | TIN | Tincture Liquid |
| DIA | Diaphragm | PAC | Packet | TNC | Tincture Solid |
| DRE | Dressing | PAD | Pad | TON | Tonic |
| DRP | Drops | PAR | Parenteral | TRO | Troches |
| DRU | Drum | PAS | Paste | TTB | Timed-Release Tablets |
| DSR | Disposable Syringe | PDI | Powder for Injection | | |
| ECC | Enteric Coated Capsules | PIP | Pepette | TUB | Tube |
| | | POW | Powder | VAP | Vaporizer |
| ECT | Enteric Coated Tablets | PRO | Prophylactics | VCR | Vaginal Cream |
| | | PRO | Prophylactics | VIA | Vial |
| ELI | Elixir | RCR | Rectal Cream | WAF | Wafer |
| EXP | Expectorant | RUB | Rub | | |
| | | SAL | Salve | | |

TH 00003

Prescription only drugs have the symbol ℞

PRODUCT INFORMATION

| | NDC/PROD.NO. | AWP DP/SRP |
|---|---|---|

**LUBRIN (UPSHER-SMITH)**
| Vag Lub Insert, 5s ea | 00245-0118-19 | 2.21 |
| 12s ea | 00245-0118-12 | 4.19 |

**LUBRIPLATE (LUBRIPLATE)**
| Liquid Reel, Lubricant, A Tube, .5 oz ea | | .93 | 1.65 |
| B Tube, 1.75 oz ea | | 1.21 | 2.35 |

**LUCKY LADY (YORK.L.T.)**
| Nail Polish, Remover, 4 oz doz | (185) | 6.48 |
| 6 oz doz | (186) | 8.72 |
| Remover, Baby, 4 oz doz | (804) | 7.83 |

**LUCKY TIGER (YORK.L.T.)**
| After Shave, 4 oz doz | (661) | 11.63 |
| 16 oz doz | (660) | 31.96 | 9.00 |
| Balm Rinse, 4 oz doz | (544) | 10.07 |
| Hair Wax, 3.5 oz doz | (403) | 17.43 |
| Dandruff, remover, 16 oz doz | (340) | 31.96 |
| Hair Control, Stickwax, 1.5 oz | | |
| Hair Tonic, 8 oz doz | (6002) | 17.43 |
| 16 oz doz | (221) | 20.33 |
| Detergent, 2 oz doz | (681) | 31.96 |
| 4 oz doz | (680) | 26.15 |
| Mens Hair, 4 oz doz | (444) | 29.05 |
| 16 oz doz | (464) | 10.07 |
| J Roses, Beauty Clay, 8 oz doz | (700) | 26.15 |
| Witch Hazel, 16 oz doz | (152) | 29.05 |
| | | 20.33 |

**LUDEN'S (HERSHEY USA)**
| Menthol, Cough Suppressant Tablets Asstd | | |
| Flavors | | .49 |
| 8 Drop Pocket Pack | | 1.19 |
| 30 Drop Bag | | .60 |
| Throat Drops, Asstd Flavors | | .60 |
| 15 Drop Box, 40 Count | | 1.19 |
| 15 Drop Box/3 Pak, | | 1.19 |
| 30 Drop Bag | | 1.19 |

Ludiomil
maprotiline HCl
CIBA

**LUDIOMIL ℞ (CIBA)**
MAPROTILINE HCL
SEE PAGE 44
| Tab, 25 mg, 100s ea | 00083-0110-30 | 37.19 |
| Accu-Pak, 100s ea UD | 00083-0110-32 | 39.31 |
| 50 mg, 100s ea | 00083-0026-30 | 55.03 |
| Accu-Pak, 100s ea UD | 00083-0026-32 | 57.13 |
| 75 mg, 100s ea | 00083-0135-30 | 75.58 |
| Accu-Pak, 100s ea UD | 00083-0135-32 | 72.64 |

**LUFENESIN-G ℞ (MAJOR)**
DYPHYLLINE/GUAIFENESIN
| El, 100 mg-100 mg /15 m, | | |
| 480 ml ea | 00904-1555-16 | 12.40 |

**LUFYLLIN ℞ (WALLACE)**
DYPHYLLINE
SEE PAGE 60
| Amp, 250 mg./ml., 2 ml 25s ea | 00037-0537-01 | 220.38 |
| El, 100 mg/15 ml, 480 ml ea | 00037-0515-68 | 33.78 |
| 3840 ml ea | 00037-0515-69 | 240.80 |

**LUFYLLIN-200 ℞ (WALLACE)**
DYPHYLLINE
| Tab, 200 mg, 100s ea | 00037-0521-92 | 53.94 |
| 1000s ea | 00037-0521-97 | 485.83 |
| 1000s ea UD | 00037-0521-85 | 627.90 |

**LUFYLLIN-400 ℞ (WALLACE)**
DYPHYLLINE
SEE PAGE 60
| Tab, 400 mg, 100s ea | 00037-0731-92 | 79.21 |
| 1000s ea | 00037-0731-97 | 529.39 |

**LUFYLLIN-EPG ℞ (WALLACE)**
DYPHYLLINE
| El, 480 ml ea | 00037-0565-68 | 68.53 |
| Tab, 100s ea | 00037-0581-92 | 91.02 |

**LUFYLLIN-GG ℞ (WALLACE)**
DYPHYLLINE/GUAIFENESIN
SEE PAGE 60
| El, 100 mg-100 mg /15 m, | | |
| 480 ml ea | 00037-0545-68 | 47.06 |
| 3840 ml ea | 00037-0545-69 | 338.63 |
| Tab, 200 mg-200 mg, 100s ea | 00037-0541-92 | 80.59 |
| 1000s ea | 00037-0541-97 | 730.06 |
| 1000s ea | | |
| UD | 00037-0541-85 | 849.36 |

**LUGOL'S SOLUTION (AMEND)**
| Liq, 480 ml ea | 17137-0334-01 | 9.80 |

**(AMERICAN DRUG)**
| Sol, 480 ml ea | 00714-0090-16 | 6.98 |
| 3840 ml ea | 00714-0090-28 | 44.41 |

**(HUMCO LAB)**
| Sol, 4 oz ea ℞ | 00395-2775-94 | 3.15 |
| 1 pt ea | 00395-2775-16 | 7.67 |
| 1 gal ea | 00395-2775-28 | 62.62 |

**(LANNETT)**
| Sol, U.S.P., 120 ml ea ℞ | 00527-0758-04 | 2.20 |
| 480 ml ea | 00527-0758-27 | 6.00 |
| 480 ml ea | 00527-0758-28 | 32.80 |

**(SCHEIN)**
| Sol, 480 ml ea ℞ | 00364-7312-16 | 7.50 |

**LUMBER CRAYONS (LA-CO)**
| Layout Chalk, Hex.Shape-F/ | | |
| Wood,Concrete,Metal, 1/2" x 4 5/8" | .41 | .62 |
| Metal Holder, W/Wrist Thong.3/4"x6" (No 108, | | |
| anodized aluminum | 3.45 | 5.17 |
| Kit, 3/4" x 6" | (108) | |

**LUMICAINE (MOORE.H.L.)**
| Liq, 60 ml ea | 63869-6286-64 | 5.79 |

**LUMINAL SODIUM ℞ (WINTHROP PHARM.)**
PHENOBARBITAL
| Amp, 130 mg./ml., 1 ml | | |
| ea | 00024-1171-06 | 208.01 |

**LUMISCOPE (LUMISCOPE)**
Digital, Blood Pressure Unit
| Promo, ea | 3867301060 | 29.99 | 59.99 |
| Large Face, w/auto | | |
| inflate, ea | 3867301081 | 59.99 | 99.99 |
| W/Printer, Auto Inflate, | | |
| ea | 3867301095 | 109.99 | 199.99 |
| Electronic, Fever Thermometer, | 3867381 | 4.99 | 11.99 |
| Blood Pressure And | | |
| Pulse Monitor, digital ringer, | | |
| ea | 3867301082 | 79.99 | 139.99 |
| Thermometer, deluxe | | |
| fever, ea | 3867302018 | 8.99 | 19.99 |
| Eye Ease, Facial Massager, ea | 3867305010 | 11.99 | 29.99 |
| Probe Covers, 50s per box, ea | 3867301110 | 4.99 | 9.99 |
| Standard, Home Blood Pressure | | |
| Monit Kit, ea | 3867300019 | 11.99 | 24.99 |
| Heat Therapy, Instrument, ea | 3867301111 | 14.49 | 29.99 |
| Standard, Self Taking, home | | |
| blood pressure, ea | 3867300021 | 13.99 | 29.99 |
| Single Head, | | |
| stethoscope, ea | 3867304001 | 3.99 | 9.99 |

**LUNG (MILLER PHARM.)**
| Tab, 180 mg., 100s ea | 17204-0538-40 | 4.75 | 9.50 |

**(PRACTECH)**
| Tab, 197 mg, 100s ea | 17324-0117-01 | 9.17 | 13.75 |

**LUNTSCH (HEALTH VITAMIN)**
| Liquid, Small, ea | | .75 |
| | | 1.25 |
| | | 1.25 |
| Large, ea | | 1.95 |
| | | 1.25 |
| Wafers, 100s ea | | 1.25 |
| | | 1.95 |

**LUPRON ℞ (TAP PHARM)**
| Via, Kit,2-Wk Therapy, 5 mg / | | |
| ml ea | 00300-3626-28 | 187.50 |
| Kit,4-Wk Therapy, 2.8 ml | | |
| ea | 00300-3626-30 | 331.25 |
| Per Pack, 2.8 ml 6s ea | 00300-3626-24 | 99.50 |

**LUPRON DEPOT ℞ (TAP PHARM)**
| Pdi, 3.75 mg, 1s ea | 00300-3639-01 | 315.00 |
| 7.5 mg, 1s ea | 00300-3629-01 | 393.75 |

**LUPULUS (BOIRON-BORNEMAN)**
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea | | 2.40 | 4.70 |
| 10m, 4 gm ea | | 3.06 | 6.00 |
| 50m, 4 gm ea | | 3.93 | 7.70 |
| CM, 4 gm ea | | 5.38 | 10.55 |

**LURIDE ℞ (COLGATE/HOYT)**
SODIUM FLUORIDE
| Drp, 0.125 mg./drp., 30 ml ea | 00126-0003-31 | 6.98 |
| Ctb, 0.25 mg., 120s ea | 00126-0186-21 | 4.76 |
| Grape, 0.5 mg., 120s ea | 00126-0014-21 | 4.98 |
| 1200s ea | 00126-0015-21 | 26.25 |
| Assor, 120s ea | 00126-0143-21 | 4.98 |
| 1 mg., 120s ea | 00126-0143-21 | 5.95 |
| 1000s ea | 00126-0143-10 | 26.25 |
| Cherry, 120s ea | 00126-0006-21 | 5.95 |
| 1000s ea | 00126-0006-10 | 26.25 |
| 5000s ea | 00126-0006-51 | 100.00 |

**LURIDE SF ℞ (COLGATE/HOYT)**
SODIUM FLUORIDE
| Ctb, Special Formula 1 mg., | | |
| 120s ea | 00126-0007-21 | 5.95 |

**LURLINE PMS (FIELDING)**
| Tab, 24s ea | 00421-8787-24 | 3.25 |
| 50s ea | 00421-8787-50 | 5.00 |

**LUTOLIN-S ℞ (SPANNER,G.O.)**
PROGESTERONE
| Via, 25 mg./ml., 10 ml ea | 00251-2610-10 | 2.00 |

**LUTREPULSE ℞ (ORTHO)**
SEE CATALOG SECTION
| Kit, 0.8 mg., 1s ea | 00062-7212-11 | 270.00 |
| 3.2 mg., 1s ea | 00062-7211-11 | 450.00 |
| Dev, Pump, 1s ea | 00062-7210-11 | 1825.00 | 2190.00 |

**LUYTIES (LUYTIES)**
| Schuessler, Remedies, 500s | | 4.50 |

Special Formula Tablets
| Dyspepsia, NO 22, 200s | 00618-0522-13 | 5.00 |
| Constipation, No 66, 125s | 00618-0566-01 | 2.50 |
| Bilious, No 147, 200s | 00618-0647-13 | 5.00 |
| Urinary, Disorder (No 160, 125s | 00618-0660-01 | 5.00 |
| Sleep, No 173, 300s | 00618-0673-33 | 5.00 |
| Indigestion, No 178, 125s | 00618-0678-01 | 5.00 |
| Absorbent, No 224, 175s | 00618-0724-49 | 2.35 |
| Depression, No 304, 185s | 00618-0604-50 | 5.00 |
| Gall Bladder, Irritation (No 308, | | |
| 125s | 00618-0808-01 | 5.00 |
| Prostate, No 330, 240s | 00618-0830-51 | 5.00 |
| Laxative, No 332, 100s | 00618-0832-12 | 4.00 |
| Menthol, Throat Lozenges (No | | |
| 337, 80s ea | 00618-0837-35 | 1.50 |
| Stomach, Distress (No 339, | | |
| 275s | 00618-0839-65 | 1.50 |
| Calcium, Phosphate (No 350, | | |
| 100s | 00618-0850-12 | 2.50 |

Special Remedies
| Buckeye, Suppositories, 12s | 00618-9830-41 | 3.00 |
| Calendula, Non-Alcoholic, 1 oz. | 00618-9831-14 | 1.00 |
| ea | 00618-9831-16 | 3.50 |
| Ointment, 2 oz | 00618-9831-15 | 4.00 |
| 4 oz | 00618-9831-18 | 7.00 |
| Colina Eye, Lotion, 1 oz | 00618-9840-14 | 2.50 |
| Cremoline, Cream, 4 oz | 00618-9833-18 | 4.00 |
| 1 lb | 00618-9833-27 | 7.00 |
| Etadina, 4 oz | 00618-9834-18 | 7.00 |
| 1 pt | 00618-9831-21 | 15.00 |
| Elpeco Syrup, 1 oz | 00618-9835-14 | 2.50 |
| Manola, 16 oz | 00618-9837-21 | 5.00 |
| Mullein, 1 oz | 00618-9838-14 | 2.50 |
| Nasaltone, 2 oz | 00618-9839-15 | 1.50 |
| Novophen, 4 oz | 00618-9840-16 | 2.00 |
| Otalgosine, 1 oz | 00618-9841-14 | 2.50 |
| Panacea, Ointment, 2 oz | 00618-9842-15 | 4.00 |
| Rectoline, Suppositories, 12s | 00618-9843-41 | 4.00 |
| Rheuma, Solvens Balm, 2 oz | 00618-9845-15 | 7.00 |
| | 00618-9845-16 | 2.50 |
| Succidin, 100s | 00618-9846-12 | 10.00 |
| | 00618-9846-03 | 3.00 |
| Phytolacca, tablets, 500s | 00618-9847-03 | 4.00 |
| Tissue Tone, Liquid, 8 oz | 00618-9836-18 | 4.00 |
| | 00618-9836-02 | 3.00 |

**LYCOPERSICUM ESCULENTUM**
**(BOIRON-BORNEMAN)**
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea | | 2.40 | 4.70 |
| 10m, 4 gm ea | | 3.06 | 6.00 |
| 50m, 4 gm ea | | 3.93 | 7.70 |
| CM, 4 gm ea | | 5.38 | 10.55 |

**LYCOPODIUM CLAVATUM (BOIRON-BORNEMAN)**
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea | | 2.40 | 4.70 |
| 10m, 4 gm ea | | 3.06 | 6.00 |
| 50m, 4 gm ea | | 3.93 | 7.70 |
| CM, 4 gm ea | | 5.38 | 10.55 |

**9**

**LYCOPUS VIRGINICUS (BOIRON-BORNEMAN)**
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea | | 2.40 | 4.70 |

**Imodium A-D**
loperamide HCl

**Fast relief for acute diarrhea**

McNEIL
McNeil PPC, Inc
Fort Washington, PA 19034 USA

**49**
refills

**S RED BOOK**   **PRODUCT INFORMATION**

Prescription only drugs have the symbol ℞

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|

**Left margin column (AWP DP/SRP):**

32.95

6.60
14.40
15.00
38.05

5.94

1.83
4.10

5.03

8.00  6.40
27.50
95.00
12.00
47.00
147.50

18.75
23.75

41.25

52.50
91.25

12.76
9.14
24.02

3.70
6.65
57.75
1.45

13.00  11.70
45.85  41.60

11.03

45.31  36.25

170.00

100.00

7.78

5.00
25.95

2.65

6.80

2.10
(EM)
10.90
41.60
0

5.40
13.75
46.80

8.50
18.75
82.50

6.38
16.03
67.40

9.75  8.85
22.00  20.00

5.80
43.00

8.75

---

**NCKEL 220 (KRAMER PHARM.)**
a, 220 mg., 100s ea............... 52083-0740-10   8.00

**NCON (LEDERLE)**
s Shampoo, 120 ml ea............ 00005-5455-58   2.90  2.44
    240 ml ea............ 00005-5455-61   4.79  4.03

**NCONATE (PRACTECH)**
a, 100s ea............ 17324-6666-01   5.33  8.00

**NCTEX (SYOSSET)**
ampoo, 4 oz ea............ 47854-0691-22   1.85

**NKAPS-220 (ORTEGA)**
o, 100s ea............ 00191-0105-01   8.00
    1000s ea............ 00191-0105-10   72.00

**IP (COLORADO CHEM)**
ene Bleach, 2.5 oz doz............ 4772928070   40.00   5.00
plicator, Tube (Wax Hair
Remover, .865 oz doz............ 4772928001   37.20   4.65
    2.5 oz doz............ 4772928002   52.39   6.55
pilator, Wax Hair Remover,
.333 oz doz............ 4772928010   42.40   5.30
    7 oz doz............ 4772928011   58.39   7.30

**IP WAX (COLORADO CHEM)**
et Wax, Face, .875 oz doz............ 47729-28001   28.33   4.25
    Body, 2.5 oz doz............ 47729-28002   39.67   5.95

**DRADRYL (WARNER-LAMBERT.)**
ot, 180 ml ea............ 00071-3224-19   4.07   3.39

**ZIRCONIUM NITRATE (CITY CHEM)**
rified, .25 lb ea............ (Z7520)   19.00
    1 lb ea............ 89.50

**ZIRCONIUM SULFATE (CITY CHEM)**
rified, .25 lb ea............ (Z258)   4.85
    1 lb ea............ 16.50

**ZIT-KIT (PRESTON PHARM)**
for Acne, Eczema & Skin
Irritations............ (1-001)   55.60   6.95

**INLIN (HERALD)**
ut, 4 oz ea............ 10533-0007-01   3.75

**ZODEAC-100 (ECONO MED)**
MULTIPLE VITAMINS W/MINERALS
ab, F.C. Orange, 100s ea............ 38130-0045-01   7.98   6.65

**ZOLADEX ℞ (ICI)**
SEE PAGE 48
mp, Implant Syringe, 3.6 mg.,
............ 00310-0960-36   318.75

---

**ZOLICEF ℞ (APOTHECON)**
Pdi, 500 mg., 10s ea............ 00015-7338-12   23.50  20.50
    1 gm., 10s ea............ 00015-7339-12   44.60  38.90

**(LILLY)**
**(SK BEECHAM)**   SEE KEFZOL

**ZOLYSE ℞ (ALCON/SURGICAL)**
Via, W/Diluent, 750 u, 9 ml ea............ 00065-3020-09   26.56

**ZONAS BRAND (J & J, CONSUMER)**
Tap, Porous, 24s ea............ 08137-0051-03   11.90
    12s ea............ 08137-0051-04   11.90
    12s ea............ 08137-0051-05   11.90
    8s ea............ 08137-0051-06   11.90
    4s ea............ 08137-0051-07   11.90

**ZONE-A ℞ (UAD)**
HYDROCORTISONE/PRAMOXINE
Cre, 1 %, 1 oz ea............ 00785-5505-04   8.57
Lot, 1 %, 2 oz ea............ 00785-5500-02   10.40
    Forte, 2.5 %, 2 oz ea............ 00785-5502-02   13.21

**ZONIUM CHLORIDE (LANNETT)**
Liq, 17 %, 4 oz ea............ 00527-0798-04   1.20
    1 pt ea............ 00527-0798-27   2.00
    3840 ml ea............ 00527-0798-28   18.90
    50 %, 480 ml ea............ 00527-0746-27   6.00
    3840 ml ea............ 00527-0746-28   38.20
Sol, 1:1000, 480 ml ea............ 00527-0782-27   1.00
    3840 ml ea............ 00527-0782-28   5.00
    Aqueous, 1:750, 3840 ml ea............ 00527-0720-28   5.40

**ZORPRIN ℞ (BOOTS PHARM.)**
ASPIRIN
Ttb, 800 mg., 100s ea............ 00048-0057-01   23.64

**ZOSTRIX (GENDERM)**
Cre, 45 gm ea............ 52761-0552-45   20.30  16.92
    90 gm ea............ 52761-0552-85   33.50  27.92

**ZOVIRAX ℞ (BURROUGHS W.)**
SEE PAGE 44
Cap, 2x5x10, 200 mg., 100s ea............ 00081-0991-55   71.78
    100s ea UD............ 00081-0991-56   94.55
Oin, Tube, 5 %, 3 gm ea............ 00081-0993-41   11.56
    15 gm ea............ 00081-0993-94   26.74
Pdi, Sterile Powder 10ml Vial,
500 mg., 10s ea............ 00081-0995-01   415.31
    Sterile Powder 20ml Via,

---

    1000 mg., 10s ea............ 00081-0952-01   830.64
Sus, 200 mg./5 ml., 473 ml ea............ 00081-0953-96   68.03

**Z-TABS (APPROVED)**
Tab, Caplet, 60s ea............ 00598-1192-60   4.12
    (MOORE,H.L.)
Tab, Plus C, 60s ea............ 00839-6357-05   3.90

**ZURI (ZURI)**
Blush On, Assorted Shades, Blister Pk, 3s ea   4.99
Liq Make-Up, Assorted Shades, Blister Pk,   4.99
    3s ea............   4.39
Nail Enamel, Assorted Shades, Blister Pk, 3s ea   4.39
Pressed Pow, Assorted Shades, Blister Pk,
    3s ea............   3.49
Super Rich, Eye Make-Up, Assorted Shades
    Blister Pk, 3s ea............   3.49
    Lipstick, Assorted Shades Blister
    Pk, 3s ea............   3.49
Cream Make, Blister Pak, up, assorted shades,
    ea............   5.25

**ZYDONE ℞ (DU PONT)**
HYDROCODONE W/APAP
Cap, 5 mg.-500 mg., 100s ea............ 00056-0091-70   33.72

**ZYLOPRIM ℞ (BURROUGHS W.)**
ALLOPURINOL
SEE PAGE 44
Tab, 100 mg., 90s ea............ 00081-0996-19   13.03
    100s ea............ 00081-0996-55   14.48
    1000s ea............ 00081-0996-75   141.53
    100s ea UD............ 00081-0996-56   14.48
    300 mg., 90s ea............ 00081-0998-30   11.90
    90s ea............ 00081-0998-19   35.70
    100s ea............ 00081-0998-55   39.66
    500s ea............ 00081-0998-70   195.07
    100s ea UD............ 00081-0998-56   39.66

**ZYLOX (LANNETT)**
Sus, 360 ml ea............ 00527-0794-12   2.00
    780 ml ea............ 00527-0794-26   3.40

**ZYMACAP (ROBERTS PHARM)**
Cap, 90s ea............ 54092-0030-90   10.64  8.51

**ZYMASE ℞ (ORGANON)**
PANCREATIC ENZYMES
Cap, 24,000-24,000-12,000,
    100s ea............ 00052-0393-91   44.90

**ZYMECOT ℞ (TRUXTON)**
Tab, 1000s ea............ 00463-6279-10   40.00

---

9

**TH 00005**