# EXHIBIT 167

Page 1

UNITED STATES DISTRICT COURT

OF THE DISTRICT OF MASSACHUSETTS

-----------------------------x

IN RE: PHARMACEUTICAL           :   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      :   CIVIL ACTION

PRICE LITIGATION                :   01-CV-12257-PBS

THIS DOCUMENT RELATES TO        :

U.S. ex rel. Ven-A-Care of      :   Judge Patti B.

The Florida Keys, Inc.,         :       Saris

          Plaintiff,            :

     vs.                        :

ABBOTT LABORATORIES, INC.,      :   Chief Magistrate

No. 06-CV-11337-PBS             :   Judge Marianne B.

          Defendants.           :       Bowler

-----------------------------x

                    VOLUME I

              Baltimore, Maryland

         Wednesday, September 26, 2007

Videotape Deposition of:

          LARRY REED,

the witness, was called for examination by counsel

for the Defendants, pursuant to notice, commencing

Reed, Larry                                                                September 26, 2007
                                     Baltimore, MD

```
                                Page 2  |                                          Page 4
 1  at 9:26 a.m., at the law offices of  |  1      IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2  Hogan & Hartson, 111 South Calvert Street, | 2        IN AND FOR LEON COUNTY, FLORIDA
 3  Baltimore, Maryland, before Dawn A. Jaques, | 3  THE STATE OF FLORIDA
 4  Certified Shorthand Reporter and Notary Public in | 4  ex rel.
 5  and for the State of Maryland, when were present | 5  ------------------------------x
 6  on behalf of the respective parties:  |  6  VEN-A-CARE OF THE FLORIDA    :
 7                                         |  7  KEYS, INC., a Florida        :
 8                                         |  8  Corporation, by and through  :
 9                                         |  9  its principal officers and   :
10                                         | 10  directors, ZACHARY T.        :
11                                         | 11  BENTLEY and T. MARK JONES,   :
12                                         | 12       Plaintiffs,   :
13                                         | 13       vs.           :
14                                         | 14  MYLAN LABORATORIES, INC.,    : Civil Action No.:
15                                         | 15  MYLAN PHARMACEUTICALS, INC., :  98-3032G
16                                         | 16  NOVOPHARM LTD., SCHEIN       :
17                                         | 17  PHARMACEUTICAL, INC., TEVA   : Judge William L.
18                                         | 18  PHARMACEUTICAL INDUSTRIES    :   Gary
19                                         | 19  LTD, TEVA PHARMACEUTICAL USA, :
20                                         | 20  WATSON PHARMACEUTICALS, INC., :
21                                         | 21       Defendants.  :
22  (CAPTIONS CONTINUED)                   | 22  ------------------------------x
                                Page 3    |                                         Page 5
 1      IN THE CIRCUIT COURT              |  1      FRANKLIN CIRCUIT COURT - DIVISION II
 2    OF MONTGOMERY COUNTY, ALABAMA       |  2        CIVIL ACTION NO. 03-CI-1134
 3  ------------------------x             |  3
 4  STATE OF ALABAMA,      :              |  4  ------------------------------X
 5      Plaintiff,   : Case No.           |  5  COMMONWEALTH OF KENTUCKY,    :
 6      vs.          : CV-05-219          |  6       Plaintiff,   :
 7  ABBOTT LABORATORIES,   :              |  7       vs.          : Judge
 8  INC., et al.,     : Judge Charles     |  8                    : Crittenden
 9      Defendants.  :   Price            |  9  ABBOTT LABORATORIES, INC.,   :
10  ------------------------x             | 10       Defendant.  :
11                                         | 11  ------------------------------X
12                                         | 12
13   IN THE CIRCUIT COURT OF THE FIRST CIRCUIT | 13     STATE OF WISCONSIN CIRCUIT COURT
14           STATE OF HAWAII              | 14            DANE COUNTY
15  ----------------------------x         | 15             Branch 9
16  STATE OF HAWAII,      :               | 16  ------------------------x
17       Plaintiff,  : Case No.           | 17  STATE OF WISCONSIN,   :
18       vs.         : 06-10720-04-EEH    | 18       Plaintiff,   :
19  ABBOTT LABORATORIES, et al., : Judge Eden | 19       vs.          : Case No.
20       Defendants.  : Elizabeth Hifo    | 20  AMGEN, INC., et al.,  : 04-CV-1709
21  ----------------------------X         | 21       Defendants.  :
22                                         | 22  ------------------------x
```

2 (Pages 2 to 5)

Henderson Legal Services
202-220-4158

```
                                   Page 6                                          Page 8
 1  STATE OF SOUTH CAROLINA :  IN THE COURT OF      1         A P P E A R A N C E S
 2  COUNTY OF RICHMOND       :  COMMON PLEAS        2
 3  ------------------------X   FOR THE FIFTH       3  On behalf of the United States of America:
 4  STATE OF SOUTH CAROLINA  :  JUDICIAL DISTRICT   4
 5  and HENRY D. McMASTER    :  Case No.            5      ANA MARIA MARTINEZ, ESQ.
 6  in his official capacity :  2006-CP-40-4394     6      United States Department of Justice
 7  as Attorney General for  :                      7      Assistant United States Attorney
 8  the State of South       :                      8      Southern District of Florida
 9  Carolina,                :                      9      99 N.E. 4th Street
10       Plaintiffs,         :                     10      Miami, Florida  33132
11    vs.                    :                     11      TELEPHONE: (305) 961-9431
12  ABBOTT LABORATORIES,     :                     12      E-MAIL: Ana.maria.martinez@usdoj.gov
13       Defendant.          :                     13          -and-
14  ------------------------X                      14      JUSTIN DRAYCOTT, ESQ.
15                                                 15      United States Department of Justice
16                                                 16      Civil Division
17                                                 17      P.O. Box 261
18                                                 18      Ben Franklin Station
19                                                 19      Washington, D.C.  20044
20                                                 20      TELEPHONE:  (202) 305-9300
21                                                 21      E-MAIL: Justin.draycott@usdoj.gov
22  (CAPTIONS CONTINUED)                           22

                                   Page 7                                          Page 9
 1  STATE OF SOUTH CAROLINA :  IN THE COURT OF      1  APPEARANCES (Continued:)
 2  COUNTY OF RICHMOND       :  COMMON PLEAS        2
 3                           :  FOR THE FIFTH       3  On behalf of Ven-A-Care:
 4                           :  JUDICIAL CIRCUIT    4
 5  STATE OF SOUTH CAROLINA  :                      5      ROSLYN G. POLLACK, ESQ.
 6  and HENRY D. McMASTER,   :                      6      Berger & Montague, P.C.
 7  in his official capacity :                      7      1622 Locust Street
 8  as Attorney General for  :                      8      Philadelphia, Pennsylvania  19103-6305
 9  the State of South       :  Civil Action No.    9      TELEPHONE:  (215) 875-4666
10  Carolina,                :  07-CP-40-0285      10      E-MAIL:  rpollack@bm.net
11       Plaintiff,          :                     11
12    vs.                    :  Civil Action No.   12  On behalf of U.S. Department of
13  SANDOZ, INC.,            :  07-CP-40-0287      13  Health and Human Services:
14       Defendant.          :                     14
15  ------------------------X                      15      LESLIE STAFFORD, ESQ.
16                                                 16      U.S. Department of Health and
17                                                 17      Human Services
18                                                 18      Office of General Counsel, CMS Division
19                                                 19      7500 Security Boulevard
20                                                 20      Mail Stop C2-05-23
21                                                 21      Baltimore, Maryland  21244-1850
22                                                 22      TELEPHONE: (410) 786-9655
```

3 (Pages 6 to 9)

6beda74d-d4ef-4589-b133-19d88d943a5d

```
                                    Page 10                                          Page 12
 1   APPEARANCES (Continued:)                     1   APPEARANCES (Continued:)
 2                                                2
 3   On behalf of City of New York and New York   3   On behalf of GlaxoSmithKline:
 4   counties:                                    4
 5                                                5         SHANKAR DURAISWAMY, ESQ.
 6         MICHAEL WINGET-HERNANDEZ, ESQ.         6         Covington & Burling LLP
 7         WINGET-HERNANDEZ LLC                   7         1201 Pennsylvania Avenue, N.W.
 8         3112 Windsor Road                      8         Washington, D.C.  20004
 9         Suite 228                              9         TELEPHONE:  (202) 662-5273
10         Austin, Texas  78703                  10         E-MAIL:  Sduraiswamy@cov.com
11         TELEPHONE:  (512) 474-4095            11
12         E-MAIL:  Michael@winget-hernandez.com 12   On behalf of Bristol-Myers Squibb Company:
13                                               13   (via telephone)
14   On behalf of Abbott Laboratories:           14
15                                               15         SANDHYA P. KAWATRA, ESQ.
16         DAVID S. TORBORG, ESQ.                16         Hogan & Hartson LLP
17         Jones Day                             17         875 Third Avenue
18         51 Louisiana Avenue, N.W.             18         New York, New York  10022
19         Washington, D.C.  20001-2113          19         TELEPHONE:  (212) 918-3532
20         TELEPHONE:  (202) 879-5562            20         E-MAIL:  Spkawatra@hhlaw.com
21         E-MAIL:  Dstorborg@jonesday.com       21
22                                               22   (Continued)

                                    Page 11                                          Page 13
 1   APPEARANCES (Continued:)                     1   APPEARANCES (Continued:)
 2                                                2
 3   On behalf of Dey, Inc.:                      3   On behalf of Baxter Health Care Corporation
 4                                                4   (via telephone):
 5         NEIL MERKL, ESQ.                       5
 6         Kelley Drye & Warren LLP               6         SHAMIR PATEL, ESQ.
 7         101 Park Avenue                        7         Dickstein Shapiro LLP
 8         New York, New York  10178              8         1825 Eye Street, N.W.
 9         TELEPHONE:  (212) 808-7811             9         Washington, D.C.  20006
10         E-MAIL:  Nmerkl@kelleydrye.com        10         TELEPHONE:  (202) 420-2728
11                                               11         E-MAIL:  Patels@dicksteinshapiro.com
12   On behalf of Roxane Laboratories and        12
13   Boehringer Ingelheim:                       13   On behalf of the State of Alabama (via telephone):
14                                               14
15         ERIC GORTNER, ESQ.                    15         W. DANIEL (DEE) MILES, III
16         Kirkland & Ellis LLP                  16         Beasley, Allen, Crow, Methvin,
17         200 East Randolph Drive               17         Portis & Miles
18         Chicago, Illinois  60601              18         218 Commerce Street
19         TELEPHONE:  (312) 861-2285            19         Post Office Box 4160
20         E-MAIL:  Egortner@kirkland.com        20         Montgomery, Alabama  36103-4160
21                                               21         TELEPHONE:  (334) 269-2343
22   (Continued)                                 22   (Continued)
```

                                                                4 (Pages 10 to 13)

Reed, Larry                                                September 26, 2007
                             Baltimore, MD

```
                                              Page 14
 1  APPEARANCES (Continued):
 2
 3  On behalf of Sandoz, Inc. (via telephone):
 4
 5      DAVID L. KLEINMAN, ESQ.
 6      White & Case LLP
 7      1155 Avenue of the Americas
 8      New York, New York  10036-2787
 9      TELEPHONE:  (212) 819-8254
10
11  On behalf of the State of California
12  (via telephone):
13
14      RITA HANSCOM, ESQ.
15      Bureau of Medi-Cal Fraud & Elder Abuse
16      Office of the Attorney General
17      California Department of Justice
18      TELEPHONE:  (619) 688-6099
19
20
21
22  (Continued)
```

```
                                              Page 15
 1  APPEARANCES (Continued):
 2
 3  On behalf of the State of Florida (via telephone):
 4
 5      MARY S. MILLER, ESQ.
 6      Office of the Attorney General of Florida
 7      PL-01, The Capitol
 8      Tallahassee, Florida  32399-1050
 9      TELEPHONE:  (850) 414-3600
10
11
12
13
14
15
16
17
18
19
20
21
22
```

```
                                              Page 16
 1                I-N-D-E-X
 2  WITNESS:                          PAGE:
 3  LARRY REED
 4      Examination by Mr. Torborg................ 029
 5
 6
 7                E-X-H-I-B-I-T-S
 8  NUMBER        DESCRIPTION               PAGE
 9  Exhibit Abbott 321-Plaintiffs' Rule 26(a)(1)
10           Disclosures................. 151
11  Exhibit Abbott 322-Documentation, Bates Stamp
12           Nos. HHC007-0979 through 80. 231
13  Exhibit Abbott 323-Documentation, Bates Stamp
14           Nos. TX-ABT_00013723
15           through 32.................. 234
16
17
18
19
20
21
22
```

```
                                              Page 17
 1           P R O C E E D I N G S
 2
 3       THE VIDEOGRAPHER:  Good morning.  This
 4  is the video deposition of Larry Reed in the
 5  matter of In Re: Pharmaceutical Industry Average
 6  Wholesale Price Litigation, MDL No. 1456, Civil
 7  Action No. 01-CV-12257-PVS, in the United States
 8  District Court for the District of Massachusetts.
 9       This document relates to U.S. ex rel.
10  Ven-A-Care of Florida Keys, Inc., versus Abbott
11  Laboratories, Inc., Case No. 06-CV-11337-PBS,
12  held in the offices of Hogan & Hartson at 111
13  South Calvert Street, Baltimore, Maryland, on
14  this date, Wednesday, September 22nd, 2000 --
15  correction, Wednesday, September 26th, 2007, at
16  the time indicated on the video screen, 9:26 a.m.
17       My name is Ellen Heber; I am the legal
18  video specialist.  The court reporter is Dawn
19  Jaques.  We are employed by Henderson Legal
20  Services.
21       Counsel will now introduce themselves
22  and the parties they represent, after which the
```

                                         5 (Pages 14 to 17)

Page 258

```
 1  drugs, both single and multiple source (even if
 2  the drug has a MAC)."
 3          Earlier today, Mr. Reed, you made
 4  reference to some federal regulations relating to
 5  estimated acquisition cost, and I believe you
 6  said there was some language you're familiar with
 7  about what governs that.
 8          Is this language familiar to you as
 9  that language?
10      A.  Parts of it are.  Parts of it look to
11  be different than what the current regulations
12  are governing EAC.
13          MS. MARTINEZ:  For the record, I do
14  believe in 1987 there was a slight change in the
15  regulations.
16  BY MR. TORBORG:
17      Q.  Okay.  If I could ask you to go to the
18  top of the third page of the document, it has a
19  number in the upper right-hand corner, 10.193.
20          The report states, "Within the
21  pharmaceutical industry, AWP means non-discounted
22  list price."
```

Page 259

```
 1          Mr. Reed, was that consistent with your
 2  understanding of what the term "AWP" meant in the
 3  pharmaceutical industry?
 4      A.  At this point in time?  I wasn't
 5  working in the program at this point in time.
 6      Q.  When you started your position in 1990
 7  on the Medicaid side working on prescription drug
 8  issues, was this sentence consistent with your
 9  understanding of what the term AWP meant?
10      A.  To qualify that a little bit, if AWP
11  meant the published price in a pricing compendia
12  that the state would have referenced or used in a
13  state plan amendment, then it would be -- it
14  would be my understanding that that AWP would be
15  more than the state should pay for the drug.  In
16  other words, AWP should be discounted.
17      Q.  Was it your understanding that AWP
18  referred to a non-discounted list price?
19      A.  It's my understanding that AWP is a
20  price, again, that was reported in the compendia
21  that would be more than what a state would pay
22  for a drug.  I'm not quite sure if I would equate
```

Page 260

```
 1  that list price or what price I would equate that
 2  with.
 3      Q.  What does the term "list price" mean?
 4  Are you familiar with that term in this industry?
 5      A.  I've heard it mentioned on many
 6  occasions.
 7      Q.  What is your understanding of what it
 8  means?
 9      A.  A list price would be a full price that
10  a purchaser may or may not obtain a drug at.
11      Q.  And you've heard the term AWP referred
12  to or analogized to a sticker price on a car; is
13  that fair to say?
14      A.  I have heard that term, yes.
15      Q.  And have you also heard the term
16  average wholesale price being called ain't what's
17  paid, right?
18      A.  It look a long time to get to that
19  joke, but we finally got there, yeah.
20      Q.  Okay.  When did you get to that joke?
21      A.  For you to get to that joke --
22      Q.  Yes.
```

Page 261

```
 1      A.  -- today.
 2      Q.  Okay.  Yes, it is 3:30.
 3          When did you learn about that?
 4      A.  The saying has been around for a long,
 5  long time.
 6      Q.  If I could ask you to flip forward in
 7  this document to the page ending -- or with the
 8  number in the upper right-hand corner 10,205, I'd
 9  like to read some of the language in the last
10  paragraph and ask you some questions about it.
11          Actually, why don't you just read that
12  to yourself, and then I'll follow up some --
13      A.  The last paragraph on that page
14  beginning on February 22nd?
15      Q.  Yes --
16      A.  Okay.
17      Q.  -- and then continuing over to the next
18  page.
19          (A discussion was held off the
20  record.)
21          THE WITNESS:  Just until the top of
22  conclusions on the next page?
```

6beda74d-d4ef-4589-b133-19d88d943a5d