# EXHIBIT 176

```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

IN RE:  PHARMACEUTICAL              )
INDUSTRY AVERAGE WHOLESALE          ) MDL No. 1456
PRICE LITIGATION                    ) Civil Action No.
                                    ) 01-12257-PBS
                                    )
THIS DOCUMENT RELATES TO:           )
                                    )
United States of America,           ) Hon. Patti Saris
ex rel. Ven-a-Care of the           )
Florida Keys, Inc., v.              )
Abbott Laboratories, Inc.,          )
and Hospira, Inc.                   )
CIVIL ACTION NO. 06-11337-PBS       )


*******************************************************

                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


IN RE:  PHARMACEUTICAL              )
INDUSTRY AVERAGE WHOLESALE          ) MDL No. 1456
PRICE LITIGATION                    ) Civil Action No.
                                    ) 01-CV-12257-PBS
                                    )
THIS DOCUMENT RELATES TO:           )
                                    ) Judge Patti B. Saris
State of Arizona v. Abbott          )
Labs., et al.                       )
Civil Action No. 06-CV-11069-PBS    )



*******************************************************

            ORAL AND VIDEOTAPED DEPOSITION OF

                       KARLA KREKLOW

                      June 28, 2007

*******************************************************
```

Page 2

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 2
    IN RE:  PHARMACEUTICAL        )
 3  INDUSTRY AVERAGE WHOLESALE    ) MDL No. 1456
    PRICE LITIGATION              ) Civil Action No.
 4                                ) 01-CV-12257-PBS
                                  )
 5  THIS DOCUMENT RELATES TO:     ) Judge Patti B. Saris
    ALL CASES                     )
 6
 7  *****************************************************
 8            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 9
    IN RE:  PHARMACEUTICAL        )
10  INDUSTRY AVERAGE WHOLESALE    ) MDL No. 1456
    PRICE LITIGATION              ) Civil Action No.
11                                ) 01-CV-12257-PBS
                                  )
12  THIS DOCUMENT RELATES TO:     )
                                  ) Judge Patti B. Saris
13  State of California, ex rel.  )
    Ven-A-Care v. Abbott          ) Magistrate
14  Laboratories, et al.          ) Judge Marianne Bowler
    Cause Nos. 03-cv-11226-PBS    )
15
16  *****************************************************
17       NO. D-1-GV-04-001286
18  THE STATE OF TEXAS        ) IN THE DISTRICT COURT
                              )
19  ex rel.                   )
       VEN-A-CARE OF THE      )
20     FLORIDA KEYS, INC.,    )
          Plaintiffs,         )
21                            )
       VS.                    ) TRAVIS COUNTY, TEXAS
22                            )
    ABBOTT LABORATORIES INC., )
23  ABBOTT LABORATORIES, and  )
    HOSPIRA, INC.,            )
24     Defendant(s).          ) 201ST JUDICIAL DISTRICT
25  *****************************************************
```

Page 3

```
 1       ORAL AND VIDEOTAPED DEPOSITION OF KARLA KREKLOW,
 2  produced as a witness at the instance of the
 3  Plaintiffs, and duly sworn, was taken in the
 4  above-styled and numbered causes on the 28th day of
 5  June, 2007, from 9:03 a.m. to 5:09 p.m., before
 6  WILLIAM M. FREDERICKS, CSR in and for the State of
 7  Texas, reported by machine shorthand, at the offices
 8  of Jones Day, 77 West Wacker Drive, Suite 3500,
 9  Chicago, Illinois, pursuant to the Federal and Texas
10  Rules of Civil Procedure and the provisions attached
11  previously.
12
13            A P P E A R A N C E S
14
    FOR THE PLAINTIFF THE STATE OF TEXAS:
15
         Mr. Raymond C. Winter
16       Assistant Attorney General
         Office of the Attorney General
17       State of Texas
         Post Office Box 12548  (78711-2548)
18       300 W. 15th Street, 9th Floor
         Austin, Texas  78701
19
20  FOR THE PLAINTIFF UNITED STATES OF AMERICA:
21       Ms. Ann M. St. Peter-Griffith
         Assistant U.S. Attorney
22       United States Attorney's Office
         Southern District of Florida
23       99 N.E. Fourth Street
         Miami, Florida  33132
24
25
```

Page 4

```
 1       A P P E A R A N C E S (Continued)
 2
    FOR THE PLAINTIFF THE STATE OF ARIZONA AND MDL
 3  PLAINTIFFS:
 4       Ms. Amber M. Nesbitt
         Wexler Toriseva Wallace LLP
 5       One North LaSalle Street, Suite 2000
         Chicago, Illinois  60602
 6
 7  FOR THE PLAINTIFF THE STATE OF CALIFORNIA:
 8       Mr. Eliseo Sisneros
         Deputy Attorney General
 9       BMFEA
         Bureau of Medi-Cal Fraud & Elder Abuse
10       State of California Department of Justice
         110 West A Street #1100
11       San Diego, California  92101
12
    FOR THE RELATOR:
13
         Mr. Rand J. Riklin
14       Goode Casseb Jones Riklin
          Choate & Watson, P.C.
15       2122 North Main Avenue
         P.O. Box 120480
16       San Antonio, Texas  78212-9680
17
    FOR THE DEFENDANTS ABBOTT LABORATORIES INC. AND
18  HOSPIRA, INC.:
19       Mr. Jason Winchester
         Jones Day
20       77 West Wacker, Suite 3500
         Chicago, Illinois  60601-1692
21
22  ALSO PRESENT:  Mr. Scot Ziarko, Videographer.
23              *-*-*-*-*
24
25
```

Page 5

```
 1            I N D E X
 2  Appearances....................  3-4
 3  KARLA KREKLOW
       Examination by Mr. Winter ..............   8
 4     Examination by Mr. Riklin...............  320
 5  Signature and Changes........................  357
    Reporter's Certificate.......................  359
 6
    VIDEOTAPE NUMBER
 7
       1 ..................    7
 8     2 ..................   63
       3 ..................  114
 9     4 ..................  170
       5 ..................  221
10     6 ..................  269
       7 ..................  315
11
            E X H I B I T S
12
    NO.  DESCRIPTION                   PAGE
13
         (Previous Exhibits)
14
       63 .........................   131
15     68 .........................   180
       69 .........................   127
16    286 .........................   127
      293 .........................   233
17    294 .........................   268
      295 .........................   295
18    363 .........................   166
      479 .........................   216
19    480 .........................   189
      481 .........................   313
20    717 .........................   244
      916 .........................   199
21    940 .........................   326
22       (New Exhibits)
23    999 .........................   144
       E-mail from Gerald Eichhorn to Harry Adams
24     dated May 5, 1995
      1107 .........................   152
25     Deposition transcript excerpts from the
```

Page 6

1         E X H I B I T S (Continued)
2              (New Exhibits)
3    1108 .......................... 211
         Memo from Jack Miller to Debbie Longley dated
4        May 28, 1996
     1109 .......................... 222
5        Abbott Laboratories Interoffice Correspondence
         from Mary Beth Manso to Debbie Longley dated
6        September 21, 1995
     1110 .......................... 250
7        Packet labeled "Video project"
     1111 .......................... 282
8        CHIP System Reimbursement Module User's Guide
     1112 .......................... 289
9        CHIP System Financial Reporting Package
     1113 .......................... 304
10       Care Partners, Inc., Home Infusion Services
         Agreement
11   1114 .......................... 308
         E-mail from Bruce Rodman to Karla Kreklow
12       dated August 24, 2000
     1115......................... 318
13       E-mail from Sarah Card to Bruce Rodman dated
         December 11, 2001

Page 7

1           THE VIDEOGRAPHER:  My name is Scot
2    Ziarko in association with Fredericks-Carroll
3    Reporting in Texas.  This deposition is taking place
4    June 27th -- or June 28th, 2007.  The time is now
5    9:03 a.m.  The location of this deposition is          09:03
6    77 West Wacker, Chicago, Illinois.
7           This deposition is taken in the matter
8    of In Re: Pharmaceutical Industry Average Wholesale
9    Price Litigation in the United States District Court,
10   District of Massachusetts, MDL No. 1456, Civil Action  09:03
11   No. 01-12257-PBS, as well as the State of Texas versus
12   Abbott Laboratories Inc., Abbott Laboratories and
13   Hospira, Inc., Case No. D-1-GV-04-001286 in the
14   District Court, Travis County, Texas.
15          The deponent's name is Karla Kreklow.   09:03
16   This deposition is being taken on behalf of the
17   Plaintiffs.  The party at whose instance this
18   deposition is being recorded on audio and video
19   recording device are the Plaintiffs.
20          Will counsel please identify yourselves  09:04
21   for the record.
22          MR. WINTER:  Raymond Winter with the
23   Texas Attorney General's Office.
24          MR. RIKLIN:  Rand Riklin for the
25   Relator.

Page 8

1           MS. ST. PETER-GRIFFITH:  Ann
2    St. Peter-Griffith from the United States Attorney's
3    Office, Southern District of Florida, on behalf of the
4    United States.
5           MS. NESBITT:  Amber Nesbitt of
6    Wexler Toriseva Wallace on behalf of the MDL
7    Plaintiffs and the State of Arizona.
8           MR. SISNEROS:  Eliseo Sisneros, Deputy
9    Attorney General for the State of California on behalf
10   of California.                                          09:04
11          MR. WINCHESTER:  Jason Winchester for
12   the Defendants.
13          MR. WINTER:  Good morning, Mr. --
14          THE REPORTER:  One second, please.
15          THE VIDEOGRAPHER:  Will the officer     09:04
16   please identify yourself and swear in the witness.
17          THE REPORTER:  My name is William
18   Fredericks.
19          Would you raise your right hand, please,
20   ma'am.
21             KARLA KREKLOW,
22   having been first duly sworn, testified as follows:
23             EXAMINATION
24   BY MR. WINTER:
25   Q.  Good morning, Ms. Kreklow.                         09:04

Page 9

1    A.  Good morning.
2    Q.  My name is Ray Winter.  You and I just met.
3    A.  Right.
4    Q.  I represent the State of Texas in a lawsuit
5    that's been filed in Austin, Texas, by the State of   09:05
6    Texas and Ven-A-Care against Abbott Laboratories.
7           Did you understand that?
8    A.  Yes.
9    Q.  Okay.  And do you understand that you're here
10   giving testimony today in that lawsuit under oath?    09:05
11   A.  Yes, I do.
12   Q.  And do you understand that you're required to
13   testify truthfully and completely in response to the
14   questions that I ask and that the penalties of perjury
15   apply in this proceeding just as they would if you    09:05
16   were testifying in a court?
17   A.  Yes, I do.
18   Q.  Is there any reason why you cannot give
19   honest, complete answers to my questions today?
20   A.  No, there are not.                                09:05
21   Q.  Have you ever been deposed before?
22   A.  No, I have not.
23   Q.  Okay.  There are a few ground rules that we
24   like to go over, and one of the most important -- and
25   perhaps Mr. Winchester has already brought these to   09:05

3 (Pages 6 to 9)

Page 286

```
 1  customer had a question about this document, they
 2  contacted someone in Reimbursement.
 3      Q.  Somebody that worked either for Ginny
 4  Tobiason or Dave Brincks?
 5      A.  At -- no.  It would have been when I was       03:32
 6  there -- yes, Ginny Tobiason, but not Dave Brincks.
 7  It would have probably been someone more regarding the
 8  CHIP system.  If they had a question about how does
 9  CHIP do something and Ginny couldn't answer it, then
10  the manager for the CHIP system would contact the     03:32
11  customer, or we had a help line for the CHIP system,
12  and they would contact the customer.
13      Q.  Who was the manager of the CHIP system?
14      A.  Chris Blandford.
15      Q.  I'm sorry?                                     03:32
16      A.  Chris -- a lady, Chris Blandford,
17  B-l-a-n-d-f-o-r-d.
18      Q.  Blandford.  Okay.  During the entire time
19  that you were in Home Infusion she was the manager of
20  the CHIP system?                                       03:32
21      A.  Yes.
22      Q.  Is she still an Abbott employee?
23      A.  No.  Hospira I believe.  Last I heard.
24      Q.  Did she work for Ginny?
25      A.  No.                                            03:32
```

Page 287

```
 1      Q.  Did she work for Bruce Rodman?
 2      A.  No.
 3      Q.  Who did she work for?
 4      A.  She actually reported to someone outside of
 5  Home Infusion.  I think at one point in time it was    03:33
 6  Satis -- Satish Shaw, and I don't know him, but I
 7  remember hearing that name.  She had dotted line to
 8  Mike Sellers.
 9      Q.  Keep that handy, if you would, please.  We
10  may come back to it.                                   03:34
11      A.  Okay.
12      Q.  In fact, let me -- on the first page of that
13  document --
14          MR. RIKLIN:  You just want to see the
15  first page?                                            03:34
16          MR. WINTER:  Yeah.
17      Q.  (BY MR. WINTER) On Exhibit 1111, under "CHIP
18  System" -- what -- what does "CHIP" stand for?
19      A.  Comprehensive Homecare Information
20  Prescription.                                          03:34
21      Q.  And will you look at Exhibit 294 that's right
22  underneath there.
23      A.  What --
24          MR. WINCHESTER:  That's this thing.
25          THE WITNESS:  Yes.  Okay.  Yes.                03:34
```

Page 288

```
 1      Q.  (BY MR. WINTER) And would you please look at
 2  the third page of that exhibit.
 3      A.  72?
 4      Q.  Yes, ma'am.
 5      A.  Yes.                                           03:35
 6      Q.  The fourth bullet point from the bottom in
 7  the top half --
 8      A.  Yes.
 9      Q.  -- do you see the discussion of CHIP?
10      A.  Yes.                                           03:35
11      Q.  And what does the acronym stand for there?
12      A.  Client Home Infusion Program.
13      Q.  Do you recall a time when they changed the
14  name or changed the constituent words that made up
15  CHIP?                                                  03:35
16      A.  Yes, I do.
17      Q.  What was the explanation for that?
18      A.  That was a marketing decision.  I don't know
19  why.
20      Q.  Okay.  So Client Home Infusion Program is      03:35
21  what it was previously, and then they changed it to
22  Comprehensive Homecare Information Prescription?
23      A.  Yes.
24      Q.  And you don't have any understanding as to
25  why they did that?                                     03:35
```

Page 289

```
 1      A.  No, because that never made any sense to me.
 2      Q.  Okay.  But it was the same system, the same
 3  computer program?
 4      A.  It was -- yes, it was the same system.
 5      Q.  Okay.
 6      A.  It was constantly being enhanced.
 7      Q.  Constantly tweaking it and --
 8      A.  Yes.
 9      Q.  -- changing things up and that kind of thing?
10          Okay.  Let me show you what's marked as        03:36
11  Exhibit 1112.
12          (Deposition Exhibit 1112 marked.)
13          (Document tendered.)
14      Q.  (BY MR. WINTER) And for the record, this is
15  a multi-page document produced from Abbott's business  03:36
16  records Bates labeled TXABT 161798 on the first page,
17  and it runs through 161891 on my copy.
18          Is that consistent with yours, ma'am?
19      A.  Yes.  It -- well, 91 you said, right?
20      Q.  I did.                                         03:36
21      A.  Yes.  Yes.
22      Q.  Do you recognize this document?
23      A.  Yes.
24      Q.  What is it?
25      A.  It's the financial reporting process which     03:36
```