# EXHIBIT 183

Page 535

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE:   PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
|      v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - -

        (cross-captions on following pages)


                    Washington, D.C.

                    Wednesday, March 26, 2008

                    9:22 a.m.


     Videotaped deposition of DEIRDRE DUZOR

              Volume III

Page 536

```
 1      IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2          IN AND FOR LEON COUNTY, FLORIDA
 3   ------------------)
 4   THE STATE OF FLORIDA, ex rel.      )
 5   VEN-A-CARE OF THE FLORIDA KEYS,    )
 6   INC., a Florida Corporation, by and )
 7   through its principal officers and  )
 8   directors, ZACHARY T. BENTLEY and   )
 9   T. MARK JONES,                     )
10         PLAINTIFFS,           ) Civil Action
11     vs.               ) No. 98-3032A
12   BOEHRINGER INGELHEIM CORPORATION,  )
13   et al.,              ) Judge William
14         DEFENDANTS.          ) L. Gary
15   ------------------)
16
17
18
19
20
21   (CONTINUED)
22
```

Page 537

```
 1         IN THE CIRCUIT COURT OF
 2         MONTGOMERY COUNTY, ALABAMA
 3   ---------------
 4   IN THE MATTER OF:        )
 5   ALABAMA MEDICAID         ) MASTER DOCKET NO.
 6   PHARMACEUTICAL AVERAGE   )   CV-2005-219
 7   WHOLESALE PRICE LITIGATION )
 8   ---------------
 9   THIS DOCUMENT RELATES TO:    )
10   ALL ACTIONS              )
11   ---------------
12                Washington, D.C.
13                Wednesday, March 26, 2008
14      Volume III of the videotaped deposition of
15   DEIRDRE DUZOR, called for examination by counsel for
16   Dey, defendants in the above-entitled matter, taken
17   at the law offices of Jones Day, 51 Louisiana
18   Avenue, N.W., Washington, D.C., the proceedings
19   being recorded stenographically by Deborah Hommer, a
20   Registered Professional Reporter and Notary Public
21   of the District of Columbia, and transcribed under
22   her direction.
```

Page 538

```
 1        A P P E A R A N C E S   O F   C O U N S E L
 2
 3   On behalf of the United States of America:
 4
 5        ANA MARIA MARTINEZ, ESQ.
 6        United States Department of Justice
 7        99 N.E. 4th Street
 8        Miami, Florida 33132
 9        (305) 961-9431
10        ana.maria.martinez@usdoj.gov
11
12
13   On behalf of the U.S. Department of Health &
14   Human Services:
15
16        BRIAN A. KELLEY, ESQ.
17        U.S. Department of Health & Human Services
18        Office of General Counsel, CMS Division
19        330 Independence Avenue, S.W., Room 5345
20        Washington, D.C. 20201
21        (202) 205-8702
22
```

Page 539

```
 1         A P P E A R A N C E S   (Cont'd)
 2
 3   On Behalf of Dey, Inc., Dey, L.P., and Mylan:
 4        NEIL MERKL, ESQ.
 5        Kelley, Drye & Warren, LLP
 6        101 Park Avenue
 7        New York, New York 10178
 8        (212) 808-7811
 9        nmerkl@kelleydrye.com
10
11
12   On Behalf of Abbott Laboratories:
13        R. CHRISTOPHER COOK, ESQ.
14        Jones Day
15        51 Louisiana Avenue, N.W.
16        Washington, D.C. 20001-2113
17        (202) 879-3939
18        ccook@jonesday.com
19
20
21
22   (CONTINUED)
```

2 (Pages 536 to 539)

```
                                              Page 540
 1           A P P E A R A N C E S  (Cont'd)
 2
 3   On Behalf of Ven-A-Care:
 4        MARJORY P. ALBEE, ESQ.
 5        Mager & Goldstein, LLP
 6        1818 Market Street
 7        Suite 3710
 8        Philadelphia, Pennsylvania  19103
 9        (215) 640-3284
10        malbee@magergoldstein.com
11
12
13   On Behalf of the City of New York and all New York
14   Counties other than Nassau and Orange; the States
15   of Wisconsin, Illinois, Kentucky, Idaho, Alaska,
16   Hawaii, South Carolina and Mississippi:
17        MICHAEL WINGET-HERNANDEZ, ESQ.
18        Winget-Hernandez, LLC
19        101 S. College Street
20        Dripping Springs, Texas  78620
21        (512) 858-4181
22        michael@winget-hernandez.com
```

```
                                              Page 541
 1           A P P E A R A N C E S  (Cont'd)
 2
 3   On Behalf of the State of Alabama:
 4        WINDY BITZER, ESQ. (via phone)
 5        Hand, Arendall, LLC
 6        RSA Tower
 7        11 North Water Street
 8        Suite 30200
 9        Mobile, Alabama  36602
10        (251) 432-5511
11        wbitzer@handarendall.com
12
13
14   On Behalf of the State of Florida:
15        MARY S. MILLER, ESQ. (via telephone)
16        Office of the Attorney General of Florida
17        PL-01, The Capitol
18        Tallahassee, Florida  32399-1050
19        (850) 414-3600
20        mary_miller@oag.state.fl.us
21
22
```

```
                                              Page 542
 1           A P P E A R A N C E S  (Cont'd)
 2
 3   On Behalf of Bristol-Myers Squibb:
 4        ANDREA TRENTO, ESQ. (via phone)
 5        Hogan & Hartson
 6        875 Third Avenue
 7        New York, New York  10022
 8        (212) 918-3542
 9        awtrento@hhlaw.com
10
11
12   On Behalf of Roxane Laboratories and Boehringer
13   Ingelheim:
14        ERIC GORTNER, ESQ. (via phone)
15        Kirkland & Ellis
16        200 East Randolph Drive
17        Chicago, Illinois  60601
18        (312) 861-3452
19        egortner@kirkland.com
20
21
22   (CONTINUED)
```

```
                                              Page 543
 1           A P P E A R A N C E S  (Cont'd)
 2
 3   On Behalf of Sandoz, Inc.:
 4        MILANA SALZMAN, ESQ. (via phone)
 5        White & Case, LLP
 6        1155 Avenue of the Americas
 7        New York, New York  10036-2787
 8        (212) 819-2549
 9        msalzman@whitecase.com
10
11
12   On Behalf of Schering-Plough Corporation, Schering
13   Corporation and Warrick Pharmaceuticals
14   Corporation:
15        BILLY WELLS, ESQ. (via phone)
16        Locke, Lord, Bissell & Liddell
17        2200 Ross Avenue
18        Suite 2200
19        Dallas, Texas  75201
20        (214) 740-8459
21        bwells@lockeliddell.com
22
```

                                        3 (Pages 540 to 543)

Page 544

1          APPEARANCES (Cont'd)
2
3   On Behalf of Schering-Plough Corporation, Schering
4   Corporation and Warrick Pharmaceuticals
5   Corporation:
6        KIM NEMIROW, ESQ. (via phone)
7        Ropes & Gray
8        One International Place
9        Boston, Massachusetts  02110
10       (617) 951-7000
11       kim.nemirow@ropesgray.com
12
13
14  Also Present:
15
16       Conway Barker, Videographer
17
18
19
20
21
22

Page 545

1               INDEX
2
3   WITNESS: DEIRDRE DUZOR - VOL. III        PAGE
4   Examination By Mr. Merkl..................... 551
5   Examination By Mr. Gortner.................. 797
6   Examination By Ms. Nemirow.................. 847
7   Examination By Mr. Trento................... 850
8   Examination By Mr. Winget-Hernandez......... 860
9   Examination By Ms. Martinez................. 875
10  Examination By Mr. Cook..................... 888
11  Examination By Mr. Merkl.................... 911
12  Examination By Mr. Winget-Hernandez......... 921
13
14
15          DEY EXHIBITS
16  NUMBER      DESCRIPTION              PAGE
17  Exhibit Dey 169-Two-volume Massachusetts state
18       plan under Title XIX of the
19       SSA........................... 548
20  Exhibit Dey 170-Memo and attachment, Watson to
21       Brown, et al., dated 1/14/03... 630
22  Exhibit Dey 171-MA006117 - 6141................ 624

Page 546

1        DEY EXHIBITS (CONTINUED)
2   NUMBER      DESCRIPTION              PAGE
3   Exhibit Dey 172-Excerpt from Federal Register,
4        vol. 60, no. 181 from 9/19/95.. 692
5   Exhibit Dey 173-Incomplete CBO report: How the
6        Medicaid rebate on prescription
7        drugs affects pricing in the
8        pharmaceutical industry from
9        1/96........................... 704
10  Exhibit Dey 174-Letter with attachments, Moody
11       to Duzor dated 9/6/05.......... 763
12
13
14          ROXANE EXHIBITS
15  NUMBER      DESCRIPTION              PAGE
16  Exhibit Roxane 065-E-mail and attachment,
17       Elmore to Duzor and Howard
18       dated 7/9/02................. 811
19  Exhibit Roxane 066-Excerpt from survey of
20       acquisition costs of
21       pharmaceuticals in Kentucky
22       dated 11/01................. 816

Page 547

1          STATES EXHIBITS
2   NUMBER      DESCRIPTION              PAGE
3   Exhibit States 001-Medicaid reimbursement
4        information by state as
5        of 5/22/03 chart............ 860
6   Exhibit States 002-Letter from Smith to
7        O'Connell dated 5/3/04...... 863

4 (Pages 544 to 547)

Page 676

1  many drugs they have been reimbursed for, right?
2      A.  How many units, yes.
3      Q.  They have sought reimbursement for
4  under the Medicaid program?
5      A.  Yes.
6      Q.  Okay.  They take that unit number and
7  they multiply it by the URA, right?
8      A.  That's right.
9      Q.  And that gives them how much they're
10 supposed to get their rebate for, right?
11     A.  That's right.
12     Q.  And they sit down and they take that
13 and they put it in a bill or an invoice and they
14 mail it to the manufacturers, right?
15     A.  That's right.
16     Q.  And then the manufacturers pay that
17 bill or are supposed to pay that bill?
18     A.  Yes.  We hope they do.
19     Q.  Okay.  So each month the state will
20 prepare an invoice that will list for each
21 manufacturer the URA, right, on an NDC number
22 basis and units sold, right?

Page 677

1      A.  I don't know what the invoice looks
2  like, but --
3      Q.  In theory.
4          MR. WINGET-HERNANDEZ:  Objection.
5  Form.
6          THE WITNESS:  Well, I don't know,
7  because the state knows how many units.  The
8  state knows the URA.  I think they are just
9  billing an amount to the manufacturer.
10 BY MR. MERKL:
11     Q.  Okay.  So the manufacturer might not
12 get a bill that shows the breakdown?
13     A.  Right.
14     Q.  Okay.  But the state certainly has the
15 information it needs to compute the bill?
16     A.  Yes.
17     Q.  So the state has a list somewhere that
18 has the URA for each NDC number and the amount of
19 reimbursement units that quarter, right?
20     A.  Right.  Yes, they would.
21     Q.  And someone has to sit down and do this
22 computation, right?

Page 678

1      A.  I assume it's electronic in most
2  states.
3      Q.  Someone actually will feed the computer
4  --
5      A.  Right.
6      Q.  -- right?
7          And then they send out a bill to every
8  manufacturer?
9      A.  That's right.
10     Q.  And they do this every quarter?
11     A.  They do.
12     Q.  Since 1990?
13     A.  Yes.
14     Q.  Now, in the case of a generic drug, how
15 is the URA computed?
16     A.  Well, in the case of a generic drug,
17 the rebate is 11 percent of AMP.
18     Q.  Today, right?
19     A.  Yes.  By statute.
20     Q.  Right.  It's in the statute.  From 1990
21 to 1994, the rebate was -- I'm sorry -- the URA
22 was 10 percent, right?

Page 679

1          MS. MARTINEZ:  Objection.  Form.
2          THE WITNESS:  It was a little different
3  in the early days of the program.  I don't know
4  the figures in my head.
5  BY MR. MERKL:
6      Q.  Ten percent then at some point changed
7  to 11 percent?
8      A.  It was different in the beginning.
9      Q.  Correct?
10     A.  Well, I'm just not sure if it was 10
11 percent.
12     Q.  Okay.  So if you had the URA and you
13 divided by .11, that would tell you what the AMP
14 is, right?
15         MS. MARTINEZ:  Objection.  Form.
16         THE WITNESS:  Yes.  The AMPs have been
17 fairly transparent for generic drugs.
18 BY MR. MERKL:
19     Q.  If you have the URA?
20     A.  Because -- right, because of the simple
21 formula.
22     Q.  And I guess in the case of actually

37 (Pages 676 to 679)