# EXHIBIT 131

Page 1

```
               UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS

    ---------------------------------X

    In Re: PHARMACEUTICAL INDUSTRY     )

    AVERAGE WHOLESALE PRICE LITIGATION )

    ---------------------------------X MDL No. 1456

    THIS DOCUMENT RELATES TO:          ) Master File No.

    United States of America ex rel.   ) 01-CV-12257-PBS

    Ven-A-Care of the Florida Keys,    )

    Inc., et al. v. Dey, Inc., et al., )

    Civil Action No. 05-11084-PBS,     ) Hon. Patti B.

    and United States of America ex    ) Saris

    rel. Ven-A-Care of the Florida     )

    Keys, Inc., et al. v. Boehringer   )

    Ingelheim Corp., et al., Civil     )

    Action No. 07-10248-PBS            )

    ---------------------------------X

               VIDEOTAPED DEPOSITION OF

       THE RHODE ISLAND DEPARTMENT OF HUMAN SERVICES

                  by PAULA AVARISTA

              Providence, Rhode Island

             Thursday, December 4, 2008
```

Page 130

```
 1     Q.  So is it your understanding that the
 2  goal of Rhode Island Medicaid was to identify an
 3  ingredient cost that had some provision for
 4  markup from the price at which the pharmacies
 5  actually purchased the drug?
 6         MS. BAUM:  Objection.
 7         THE WITNESS:  Yes.
 8  BY MS. RANKIN:
 9     Q.  And has that always been your
10  understanding Rhode Island Medicaid program's
11  efforts with respect to identifying ingredient
12  cost component for Medicaid reimbursement, that
13  they would want to provide some margin over the
14  actual purchase price for pharmacy providers?
15     A.  Yes.
16     Q.  And just to be clear, we are talking
17  just about the ingredient cost component of the
18  reimbursement, right, not the dispensing fee
19  component?
20     A.  Yes.
21     Q.  The dispensing fee would be an
22  additional reimbursement component in addition to
```

Page 131

```
 1  the ingredient cost component which has some
 2  markup over actual acquisition cost?
 3     A.  Yes.
 4     Q.  Was your position for Rhode Island
 5  Medicaid in 2002 still the chief of pharmacy
 6  under the Medicaid program?
 7     A.  Yes.
 8     Q.  And I believe you previously testified
 9  that you, as part of your role as chief of
10  pharmacy, would review OIG reports relating to
11  Medicaid reimbursement?
12     A.  I would read them.
13     Q.  I'd like to refer back to previously
14  marked Exhibit Roxane 12, please.  I think I gave
15  you two exhibits, I'm sorry.  Just that one.
16         I've handed you a report from the OIG
17  dated March 14, 2002.  Subject:  Medicaid
18  pharmacy actual acquisition cost of generic
19  prescription drug products.  In the first
20  paragraph, second sentence states, "This report
21  provides the results of our review of pharmacy
22  acquisition costs for generic drugs reimbursed
```

Page 132

```
 1  under the Medicaid prescription drug program."
 2  And then if you scroll down to the third
 3  paragraph, second sentence, it says, "We
 4  estimated that nationally actual drug acquisition
 5  cost was an average of 65.93 percent below AWP."
 6  Do you recall receiving this report?
 7     A.  I don't remember.
 8     Q.  But you generally did receive OIG
 9  reports relating to Medicaid reimbursement; is
10  that right?
11     A.  Yes.
12     Q.  And if you received them, it would be
13  your practice to review them?
14     A.  Read them, yes.
15     Q.  Let's turn to page 7 of this report.
16  Under other matters, it states, "For the eight
17  states that we reviewed in addition to our
18  comparison of AWP to acquisition costs, we also
19  compared WAC to invoice price.  This was done
20  because some states use WAC plus a percentage in
21  determining their pharmacy reimbursement
22  methodology.  We estimated that the invoice price
```

Page 133

```
 1  for generic drugs was a national average of 30.55
 2  percent below WAC rather than it being higher,
 3  and therefore perhaps supporting that a
 4  percentage be added to WAC."  Then it states two
 5  sentences later:  "The results of our review show
 6  that WAC was not a true wholesale acquisition
 7  price and was significantly higher than the
 8  actual acquisition costs for generic drugs.
 9  Therefore, we believe the use of WAC plus a
10  percentage as the basis for reimbursing
11  pharmacies could result in payments which
12  significantly exceed the actual acquisition costs
13  of generic drugs."
14         Do you recall discussing the extent to
15  which WAC could differ from actual acquisition
16  cost with anyone at Rhode Island Medicaid from
17  2000 on?
18     A.  Not that I recall, no.
19     Q.  Have you ever understood Wholesale
20  Acquisition Costs to be the same thing as actual
21  acquisition cost for pharmacies?
22     A.  At the time -- when we first introduced
```

34 (Pages 130 to 133)