# EXHIBIT 132

Robinson, Mike                                             February 7, 2008
                          Frankfort, KY

Page 1

```
               COMMONWEALTH OF KENTUCKY

          FRANKLIN CIRCUIT COURT - DIVISION I

             CIVIL ACTION NO. 04-CI-1487


    -----------------------------X
    COMMONWEALTH OF KENTUCKY        )
    ex rel. GREGORY D. STUMBO,      )
    ATTORNEY GENERAL,               )
          Plaintiff                 )
    v.                              )
    ALPHARMA USPD, INC., et al.,    )
          Defendants                )
    -----------------------------X



         Deposition of Mike Robinson, taken at Stites

    & Harbison, 421 West Main Street, Frankfort,

    Kentucky, commencing at 9:01 a.m., Thursday,

    February 7, 2008, before Kimberley Ann Keene, RPR

    No. 041331.
```

Robinson, Mike                                                          February 7, 2008
Frankfort, KY

Page 106

1     A.  That's correct.
2     Q.  -- which related to when -- what drugs
3  would be reimbursed.
4     A.  That's correct.
5     Q.  And that's where -- that's where the --
6  the pharmaceutical manufacturers' interests were.
7     A.  That's correct.
8     Q.  Do you recall whether there was any
9  pharmaceutical manufacturers who lobbied or
10 provided information that related to just the
11 pharmaceutical reimbursement part of the proposed
12 legislation?
13    A.  Not that I recall.
14    Q.  With -- you mentioned the concern about
15 harming recipients as being one of the
16 considerations that went into the determination
17 about the pharmaceutical reimbursement rates.
18        Could you explain more of what that
19 consideration meant?
20    A.  Well, to use the -- a pharmacy as an
21 example, I mean, we have many small rural
22 counties in -- in Kentucky.  Some of those

Page 107

1  counties don't have more than one or two
2  pharmacies that would provide, you know, access
3  to a recipient.
4        Therefore, if we tried to take the
5  reimbursement too low, there's that possibility
6  that a pharmacy would -- would either go out of
7  business or no longer take Medicaid recipients.
8  And that, in my opinion, would be harmful to
9  those recipients in those communities.
10    Q.  Right.
11        And that was -- that was a concern for
12 the overall DMS program because you had an access
13 requirement imposed by the federal government?
14    A.  It -- it's really -- almost every
15 service that we provide, we have the same
16 challenge.  You know, we -- we can't make
17 reimbursement for nursing homes so low that
18 nursing homes go out of business or they -- they
19 go completely private and they don't take our
20 recipients.
21        So, it -- it wasn't just a challenge
22 with pharmacists as part of the provider network,

Page 108

1  but every single service that we provided had a
2  provider network that we wanted to ensure.
3     Q.  So -- so, DMS has to balance the
4  considerations of efficiently providing Medicaid
5  services and ensuring access to Medicaid services
6  for recipients in every one of the areas that
7  Medicaid provides, correct?
8     A.  That's correct.
9     Q.  And the considerations apply to the
10 pharmacy area as well?
11    A.  That's correct.
12    Q.  And you were also mentioning fairness
13 and reasonableness.
14        And just elaborate more on what you
15 meant by that.
16    A.  Well, I think what I meant by that is,
17 we -- we were confronted with a very difficult
18 financial situation, and our approach was, was
19 not to favor one provider network over another
20 provider network.
21        And the changes that we wanted to make,
22 or we -- we did make, we thought were reasonable

Page 109

1  under the financial conditions that we found
2  ourselves in, trying to kind of make our budget
3  and also protecting the provider networks that
4  were established.
5     Q.  And in the pharmacy area, the fairness
6  and reasonableness had to -- I mean, wasn't that
7  basically balancing the need to reimburse
8  pharmacists enough to incentivize them to
9  participate in the program with the budget
10 considerations that you were talking about
11 before?
12    A.  It -- it was a very fine balance in
13 trying to accomplish both goals.
14    Q.  Yeah.
15        Now, how important was the report,
16 Exhibit 3, in making the decision about what
17 reimbursement levels would be?
18    A.  In -- in my opinion, it was just one
19 piece of information to be considered.
20    Q.  And who all was receiving Exhibit 3, or
21 considering Exhibit 3, in terms of deciding what
22 the reimbursement levels would -- would be?

28 (Pages 106 to 109)