# EXHIBIT 133

Jeffrey, Pharm.D., Paul L.                                    June 14, 2007
                           Boston, MA

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. 03-CV-11865-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - x

THE COMMONWEALTH OF MASSACHUSETTS,

         Plaintiff,

   v.

MYLAN LABORATORIES, INC.; BARR LABORATORIES, INC.;

DURAMED PHARMACEUTICALS, INC.; IVAX CORPORATION;

WARRICK PHARMACEUTICALS CORPORATION; WATSON

PHARMACEUTICALS, INC.; SCHEIN PHARMACEUTICAL; INC.;

TEVA PHARMACEUTICALS USA, INC.; PAR PHARMACEUTICAL,

INC.; DEY, INC.; ETHEX CORPORATION; PUREPAC

PHARMACEUTICAL CO.; and ROXANE LABORATORIES, INC.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x


   VIDEOTAPED DEPOSITION OF PAUL L. JEFFREY, Pharm.D.

     Thursday, June 14, 2007   9:50 a.m. to 4:26 p.m.

                     Ropes & Gray,

       One International Place, Boston, Massachusetts

            Reporter:  Lisa A. Moreira, RDR/CRR

Jeffrey, Pharm.D., Paul L.                                          June 14, 2007
                            Boston, MA

Page 49

1    qualitative nature to that, so --

2         Q.    Right.

3         A.    -- at first I believed it to be, you

4    know, competent.  I think that my perspective on

5    the reimbursement for brands and generics changed

6    over time.

7         Q.    And as it changed, did it affect your

8    view of the competence of your predecessors?

9         A.    No.

10        Q.    Dr. Jeffrey, what are the goals of the

11   Massachusetts Medicaid program for

12   pharmaceuticals?

13        A.    To provide medically necessary drug

14   therapy to the members of the MassHealth program.

15        Q.    And in order to do that, am I correct

16   that one goal of the program is to ensure that

17   Medicare- eligible individuals have access to

18   pharmaceuticals?

19        A.    Medicaid-eligible.

20        Q.    Excuse me.

21        A.    Yes.

22              MR. MONTGOMERY:  Strike that.  Don't

Jeffrey, Pharm.D., Paul L.                                    June 14, 2007
                            Boston, MA

Page 50

1   let that appear in the transcript.
2           THE WITNESS:  I do it myself.
3       A.  So yes, that would be an accurate
4   statement. That's a requirement of my position.
5   It is expected of my position to do that.
6       Q.  And in order to assure access, you have
7   to induce pharmacies to voluntarily participate
8   in the program, correct?
9       A.  Yes.
10      Q.  And am I correct that another goal of
11  the program is to make prudent use of taxpayer
12  dollars in providing this benefit?
13      A.  Yes.
14      Q.  And during the course of your tenure at
15  MassHealth have you been concerned from time to
16  time about your ability to maintain adequate
17  access to pharmaceuticals for Medicaid-eligible
18  individuals?
19      A.  Yes.
20      Q.  And can you tell me, just generally,
21  about the nature of the concern that you have
22  had.

Jeffrey, Pharm.D., Paul L.                                    June 14, 2007
                            Boston, MA

Page 51

1  A.  I know it to be a responsibility of the
2  program management, so it's one of the things I
3  have to keep my eye on continuously, so it's
4  always one of the parameters I would evaluate
5  when making a decision that would affect our
6  policies, would it affect access.
7  Q.  And in making that evaluation, what do
8  you look at?
9  A.  Well, you know, specifically it is, are
10 there enough pharmacies to provide the services
11 required of the citizens of the Commonwealth who
12 are Medicaid beneficiaries?
13 Q.  And has it been your view that in order
14 to maintain an adequate stable of pharmacies,
15 that they need to make a reasonable profit on the
16 service that they provide to the Medicaid
17 program?
18 A.  Yes.
19 Q.  And how do you stay on top of the
20 reasonableness of the profit?
21 A.  The indicator that's of -- the most
22 important indicator is, do we have pharmacies to

Jeffrey, Pharm.D., Paul L.                                          June 14, 2007
                              Boston, MA

Page 96

1   thinking than I would at any other time for that
2   -- to test that measure; talk with pharmacy
3   providers, get feedback, assess the situation,
4   and then decide to proceed or not.
5       Q.   Did you understand that in using a 130
6   percent factor, that you were probably building
7   in a profit margin into the reimbursement rate
8   for pharmacies?
9       A.   Yes.
10      Q.   And am I correct that you thought that
11  was an appropriate thing to do in order to induce
12  pharmacies to continue to participate?
13      A.   Yes.
14      Q.   And to what extent, since you
15  implemented the revised program, does MassHealth
16  reimburse generic drugs on the basis of MACs?
17      A.   I figured you'd ask that, and I don't
18  remember the number.
19      Q.   Is it something that you monitor?
20      A.   We do, yes.
21      Q.   And do you report on it from time to
22  time?