# EXHIBIT 134

Jeffrey, Pharm.D. 30(b)(6), Paul                                   October 19, 2007
                    Boston, MA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------

THE COMMONWEALTH OF MASSACHUSETTS,

        Plaintiff,

v.                                           C.A. No.

MYLAN LABORATORIES, INC., ET AL.,            03-CV-11865-PBS

        Defendants.

        (caption continues)

------------------------------------


VIDEOTAPED RULE 30(b)(6) DEPOSITION OF COMMONWEALTH

OF MASSACHUSETTS BY ITS DESIGNEE, PAUL JEFFREY, Pharm.D.

Friday, October 19, 2007

9:36 a.m. to 3:28 p.m.

ROPES & GRAY LLP

One International Place

Boston, Massachusetts

Reporter:  Marianne R. Wharram, CSR/RPR

Jeffrey, Pharm.D. 30(b)(6), Paul                     October 19, 2007
Boston, MA

Page 188

1    pharmacists?
2        A.   Part of my assessment that that would be
3    problematic has to do with feedback I got from
4    pharmacies about the reimbursement rates since I
5    took the job, so in the year that led up to this
6    point, it was common for pharmacists to complain to
7    me about the level of reimbursement from Mass.
8    Health, so I was concerned that any reduction in
9    the reimbursement would be a problem for the
10   pharmacies in maintaining access.  So I had that
11   general concern, and just -- just the gross
12   estimate of the difference here of whatever this --
13   whatever it was, ten percent or 15 percent
14   reduction in the reimbursement rate for drugs in
15   the Medicaid program I thought was going to be a
16   pretty steep hill to climb.
17       Q.   What happened to this proposal?
18       A.   Well, then this particular proposal went
19   to conference committee after the senate proposed a
20   different set of lang-- a different recommendation.
21       Q.   Well, what was -- let's stop right there.
22   What was the senate's proposal?

Jeffrey, Pharm.D. 30(b)(6), Paul                                          October 19, 2007
Boston, MA

Page 189

```
1        A.    The senate, as it reads here, was WAC+10%
2   down to WAC plus two percent for generic and brand
3   name drugs.
4        Q.    What happened next?
5        A.    Then it went to conference.
6        Q.    And what was the result?
7        A.    The result was the recommendation that the
8   reimbursement rate be dropped to WAC minus two
9   percent for both brand and generic.
10       Q.    And as part of that proposal, was DMA also
11  required to hold a hearing to determine whether
12  that formula was feasible?
13       A.    Not DMA.  Division of Health Care Finance
14  and Policy, yes.
15       Q.    DHCFP?
16       A.    Yes.  Yeah.
17       Q.    Someone was supposed to have a hearing?
18       A.    Correct.  Actually, I don't know if that's
19  -- I think by law -- I think regardless of this
20  legislation, if the Division of Health Care Finance
21  and Policy changes a rate, they have to have a
22  public hearing, so it may not have been
```

Jeffrey, Pharm.D. 30(b)(6), Paul　　　　　　　　　　　　　October 19, 2007
Boston, MA

Page 190

1    specifically called for in this; it may have been

2    implied.

3       Q.   Well, if you look further in that

4    paragraph you were just reading from --

5       A.   Yeah, I did read that, yeah.

6       Q.   And included language -- and here I'm

7    reading the second half of the first sentence of

8    the second to last paragraph on page six -- the

9    conference committee report, quote, included

10   language contained in the senate budget that

11   required the commissioner of the Division of

12   Medical Assistance --

13      A.   Right.

14      Q.   -- to hold a hearing on whether the

15   wholesale acquisition cost is adequate to provide

16   payment for pharmacy services?

17      A.   Yes, it's a technical point, but the

18   commissioner of the Division of Medical Assistance

19   did not hold hearings on rate changes, so this was

20   the -- it was to cause the commissioner of DMA to

21   have the hearing.

22      Q.   As a net result of that hearing process,

Jeffrey, Pharm.D. 30(b)(6), Paul  
Boston, MA

October 19, 2007

Page 191

1  was the conference committee report recommending a
2  change in the estimated acquisition cost from
3  WAC+10% to WAC minus two percent adopted?
4      A.   It was not.
5      Q.   Why not?
6      A.   Well, the -- the outcry over the proposed
7  rate reduction was sufficient enough to cause the
8  governor to put a stay, a moratorium on the
9  implementation of this change in the pharmacy rate,
10 so that caused it to stop and then there were
11 hearings.
12     Q.   And were the hearings well-attended?
13     A.   Yes, they were very well-attended.
14     Q.   They were almost -- were they boisterous?
15     A.   That would be a fair way to describe them,
16 yes.
17     Q.   And what was the -- were people dressed up
18 in pill bottles?
19     A.   Yes, they were.  Not me.  I don't think
20 any of the professionals were dressed as pill
21 bottles, but some of the advocates were.
22     Q.   Were lobbyists flying in from Washington,