# EXHIBIT 138

Page 1

NO. GV401286

```
THE STATE OF TEXAS           *   IN THE DISTRICT COURT
ex rel.                      *
    VEN-A-CARE OF THE        *
    FLORIDA KEYS, INC.       *
        Plaintiffs,          *
                             *
VS.                          *   TRAVIS COUNTY, TEXAS
                             *
ABBOTT LABORATORIES INC.,    *
et al.                       *
        Defendants.          *   201ST JUDICIAL DISTRICT
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

PATRICIA CARROLL GLADDEN

MAY 30, 2007

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ACUSCRIBE COURT REPORTERS

(800) 497-0277

f247eaa9-4fec-4b44-9626-f63cadbdf22c

Page 174

1  Q. And how did Texas Medicaid determine whether
2  that standard was being met?
3      MS. JACOBS: Objection; form.
4  A. I think it's more a question of, if there were
5  any problems, complaints, whatever, we would hear about
6  it.
7  Q. Did concerns about -- excuse me. Did concerns
8  about Medicaid patient access influence attempts to
9  reduce drug reimbursement?
10 A. The -- one of the -- the thing that -- when we
11 work on reimbursement, we tie it to our best estimate of
12 what it really costs to do business. We have no reason
13 to believe that as long as we are covering the
14 pharmacy's costs, that we're going to have an access
15 problem. And our reimbursement in Texas has always
16 provided for not only covering costs but the inventory
17 management factor, which helps -- helps to provide cost
18 coverage for pharmacies that perhaps wouldn't be able to
19 make it under just the basic cost, and it also allows
20 more efficient pharmacies to make a profit.
21 Q. Pharmacies complained to Texas Medicaid
22 throughout the years that reimbursement was
23 insufficient, right?
24 A. No. They've never -- let me clarify that.
25 Everybody would like to be paid more, but we did not

Page 175

1  have pharmacies dropping out of the program because of
2  their reimbursement.
3  Q. Did they threaten to drop out because of their
4  reimbursement?
5  A. Yes.
6  Q. And in fact, on several occasions the Texas
7  Pharmacy Association prevented Texas Medicaid from
8  lowering reimbursement, right?
9      MS. JACOBS: Objection; form.
10 A. They did attempt to stop Texas Medicaid from
11 lowering reimbursement on several occasions.
12 Q. They succeeded on all occasions, didn't they?
13 A. They did not.
14 Q. They succeeded on all occasions other than in
15 1997 when Texas Medicaid increased -- or excuse me,
16 altered the reimbursement to AWP minus 15 percent?
17 A. They did not succeed in 1985 either.
18 Q. Okay. Other than 1985, didn't they succeed on
19 all occasions?
20     MS. JACOBS: Objection; form.
21 A. And I believe you mentioned 1997.
22 Q. Well, in fact, the AWP minus 15 was the result
23 of a settlement after they did prevail on a preliminary
24 injunction; isn't that correct?
25     MS. JACOBS: Objection; form.

Page 176

1  A. They prevailed on the issue of the fee.
2  Q. And the TPA -- you refer to the Texas Pharmacy
3  Association as the TPA?
4  A. Yes.
5  Q. They sued to enjoin the reduction in the
6  inventory management factor in 1995?
7  A. I believe that's the same suit.
8  Q. It's not, actually, but if that's your
9  recollection, that's fine.
10     MS. JACOBS: Objection --
11 Q. They did in fact sue to prevent the reduction
12 in the inventory management factor?
13     MS. JACOBS: Objection; form.
14 A. I don't recall that.
15 Q. And they sued in 1996, moved over into 1997, to
16 enjoin the reduction in the dispensing fee to $3?
17 A. That, I remember.
18 Q. And they prevailed on that, right?
19 A. Yes.
20 Q. And they sued to enjoin -- in 2002, they sued
21 to enjoin a reduction in the reimbursement?
22 A. They did.
23 Q. And they prevailed on that?
24 A. Technically, I don't think they prevailed on
25 it. I think we just dropped it.

Page 177

1  Q. How do you reconcile that pharmacies were
2  complaining about reimbursement at the same time that,
3  according to this lawsuit, they were being
4  over-reimbursed?
5      MS. JACOBS: Objection; form.
6  A. Pharmacies are, for the most part, in business
7  to make a profit. In the years that I've been with the
8  program, each time there has been an effort to reduce
9  pharmacy reimbursement, there has been a lawsuit. When
10 the State has prevailed, pharmacy participation has gone
11 up.
12 Q. And you're referring to in 1985, when the State
13 prevailed?
14 A. And in 1997 as well.
15 Q. Well, the State didn't prevail in 1997, did
16 they?
17     MS. JACOBS: Objection; form.
18 Q. The injunction was granted, wasn't it?
19 A. Yes. But the reimbursement was reduced
20 ultimately.
21 Q. And how was the reimbursement reduced?
22 A. You characterized it yourself. The AWP minus
23 15 was implemented.
24 Q. Do you have an understanding -- or do you draw
25 a distinction between an audit and a survey?

45 (Pages 174 to 177)

ACUSCRIBE COURT REPORTERS
(800) 497-0277

f247eaa9-4fec-4b44-9626-f63cadbdf22c