# EXHIBIT 142

# Pharmaceutical Benefits Under State Medical Assistance Programs

## 2002

Published by the
National Pharmaceutical Council, Inc.
1894 Preston White Drive
Reston, VA  20191-5433

©2003 by the National Pharmaceutical Council

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | AWP- 10%; WAC+9.2% | $0.50 - $3.00 |
| Alaska | $3.45 minimum | AWP-5% | $2.00 |
| Arizona* | - | - | - |
| Arkansas | $5.51 | AWP-10.5% | $0.50 - $5.00 |
| California | $4.05 | AWP-10% | $1.00 |
| Colorado | $4.00; $1.89 for Institutions | AWP-13.5% or WAC+18%, whichever is lowest; AWP-35% (for generics) | G: $0.75, B: $3.00 |
| Connecticut | $3.85 | AWP-12% | None |
| Delaware | $3.65 | AWP-12.9% | None |
| DC | $3.75 | AWP-10% | $1.00 |
| Florida | $4.23-$4.73 (LTC) | AWP-13.25%; WAC+7% | None |
| Georgia | $4.63 + $0.50 (for generics) | AWP-10% | G/P: $0.50, B/NP: $0.50 - $3.00 |
| Hawaii | $4.67 | AWP-10.5% | None |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-12% | None |
| Illinois | G: $5.10, B: $4.00 | B: AWP-11%, G: AWP-20% | $1.00 |
| Indiana | $4.90 | B: AWP-13.5%, G: AWP-20% | $0.50 - $3.00 |
| Iowa | $5.17 | AWP-10% | $1.00 |
| Kansas | $3.40 | B: AWP-15%, G: AWP-27% IV AWP-50%, blood AWP-30% | $3.00 |
| Kentucky | $4.51 | AWP-12% | $1.00 |
| Louisiana | $5.77 | AWP-13.5% (AWP-15% for chains) | $0.50 - $3.00 |
| Maine | $3.35 (+extra fees for compounding) | AWP-13% | $0.50 - $3.00 |
| Maryland | $4.21 | Lowest of :WAC+10%, direct+10%, AWP-10% | $1.00 |
| Massachusetts | B: $3.50 G: $5.00 | WAC+5% | $2.00 |
| Michigan | $3.72 | AWP-13.5% (1-4 stores), AWP-15.1% (5+stores) | $1.00 |
| Minnesota | $3.65 | AWP-9% | None |
| Mississippi | $3.91 | AWP-12% | $1.00 - $3.00 |
| Missouri | $4.09 | AWP-10.43%, WAC+10% | $0.50 - $2.00, $5.00 for some 1115 waiver pop. |
| Montana | $2.00 - $4.70 | AWP-15%, direct price for some labelers | $1.00 - $5.00 |
| Nebraska | $3.27 - $5.00 | AWP-11% | $2.00 |
| Nevada | $4.76 | AWP-15% | None |
| New Hampshire | $2.50 | AWP-12% | G: $0.50, B: $1.00 |
| New Jersey | $3.73 - $4.07 | AWP-10%, WAC+30%, AAC for injectables | None |
| New Mexico | $3.65 | AWP-12.5% | None (except CHIP and working disabled) |
| New York | B: $3.50 G: $4.50 | AWP-10% | G: $0.50, B: $2.00 |
| North Carolina | B: $4.00 G: $5.60 | AWP-10% | G: $1.00, B: $3.00 |
| North Dakota | $5.10 | AWP-10% | $3.00 (Brand) |
| Ohio | $3.70 | WAC + 9% | None |
| Oklahoma | $4.15 | AWP-12.0% | $1.00 - $2.00 |
| Oregon | Retail: $3.50 Inst./NF: $3.80 | AWP-13% | None |
| Pennsylvania | $4.00 ($5.00 for compounds) | AWP-10% | $1.00 ($2.00 for Gas) |
| Rhode Island | OP: $3.40, LTC: $2.85 | WAC+5% | None |
| South Carolina | $4.05 | AWP-10% | $3.00 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | $2.00 |
| Tennessee* | - | - | - |
| Texas | (EAC+$5.27)/0.98 & delivery fee | AWP-15% or WAC+12%, whichever is lowest | None |
| Utah | $3.90-$4.40 (based on area) | AWP-15% | $3.00 - $5.00/mo. |
| Vermont | $4.25 | AWP-11.9% | $1.00 - $2.00 |
| Virginia | $4.25 | AWP-10.25% | G: $1.00, B: $2.00 |
| Washington | $4.20-$5.20 (based on annual # of Rx) | AWP-14% | None |
| West Virginia | $3.90 (+ extra $1.00 for compounding) | AWP-12% | $0.50 - $2.00 |
| Wisconsin | $4.88 (to a maximum $40.11) | AWP-11.25% | $1.00, max $5/recip/pharm/mo |
| Wyoming | $5.00 | AWP-11% | $2.00 |

WAC = Wholesalers Acquisition Cost;  AWP = Average Wholesale Price;  EAC = Estimated Acquisition Cost;   AAC= Actual Acquisition Cost;
G = Generic; B = Brand Name; OP = Outpatient; LTC = Long Term Care; P = Preferred; NP = Non-Preferred.
*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.

Source: As reported by State drug program administrators in the 2002 NPC Survey.