# EXHIBIT 146
# (Part 2)

the range was quite broad, with a minimum of less than 3,000 to over 220,000. Medicaid comprises a small proportion of prescriptions for the average pharmacy (6.8%), with other third party payers covering a much larger proportion on average (83.8%). Pharmacies reported that a relatively small proportion of prescriptions required prior authorization or some other contact with the Medicaid program (1%) or other third party payers (1.5%). Discussions with respondents suggest that many reported only the percent of filled prescriptions that required and received prior authorization; whereas other pharmacies estimated the proportion of prescriptions submitted that would be subject to prior authorization. Because of differences in reporting, we did not use this characteristic in the analysis. Additional characteristics for reporting pharmacies are provided in Appendix A. Tables 2-8.

**Table 3 Number and Characteristics of Prescriptions Filled**

| Variables | Number of Pharmacies | Median | Mean |
|---|---|---|---|
| Total prescriptions | 387 | 41,545 | 45,662 |
| New prescriptions | 386 | 23,628. | 26,198 |
| Refills | 386 | 17,666 | 19,268 |
| Percent new prescriptions | 387 | 58% | 58% |
| Percent Medicaid prescriptions | 385 | 3.8% | 6.8% |
| Percent other third-party prescriptions | 386 | 88.0% | 83.8% |
| Percent of Medicaid Prescriptions requiring prior authorization | 360 | 0.0% | 1.0% |
| Percent of other third-party Prescriptions requiring prior authorization | 360 | 0.4% | 1.5% |

## Estimates of Cost of Dispensing

Table 4 provides estimates of the mean and median COD, overall and by pharmacy characteristic. The overall mean pharmacy COD is $11.71 with a range of $4 to $39 (data not shown). As expected, the median value is less ($10.67). We focus on median values because they are less affected by skewed distributions. The COD varies by pharmacy characteristics. The median COD for corporations ($10.74) is larger than for non-corporations ($7.54). Consistent with that trend is the finding that the median COD for chain stores ($11.01) is higher than for independents ($8.66). There were no clear patterns for physical setting or geographic location. Pharmacy size is associated with increases in the median COD. The COD for the lowest quartile in terms of pharmacy size was $12.30, compared to $9.69 for the highest quartile. The percent of prescriptions paid for by Medicaid was also associated with a trend towards increasing COD. The median cost for the lowest quartile is $9.05, and for the highest it is $12.26. It should be noted that the large number of missing values for some categories, and the small number of pharmacies in many categories precluded statistical

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 12 of 35

MD0003832

comparison of the means for each category. The differences across groups should be interpreted as suggestive trends.

**Table 4 Cost of Dispensing and Prescription, Overall and by Pharmacy Characteristic**

| | Number of Pharmacies | Median COD ($) | Mean COD ($) |
|---|---|---|---|
| **All Pharmacies** | 387 | $10.67 | $11.71 |
| **Type of Ownership** | | | |
| Corporation | 379 | $10.74 | $11.80 |
| Non-Corporation | 8 | $7.54 | $7.34 |
| **Affiliation** | | | |
| Chain | 349 | $11.01 | $11.99 |
| Independent | 35 | $8.66 | $9.02 |
| Institutional | 3 | $10.40 | $9.83 |
| **Geographic Location** | | | |
| Inner City | 11 | $8.43 | $11.10 |
| Inner Ring Suburbs | 11 | $13.45 | $16.44 |
| Outer Suburbs | 49 | $10.25 | $12.64 |
| Rural | 21 | $8.81 | $10.11 |
| Missing | 295 | $10.87 | $11.51 |
| **Physical Setting** | | | |
| Medical Office Building | 8 | $10.51 | $12.25 |
| Shopping Center | 164 | $10.93 | $11.46 |
| Separate Free Standing | 149 | $10.81 | $11.89 |
| Mass Merchant | 30 | $9.77 | $12.34 |
| Downtown | 17 | $11.30 | $12.75 |
| Other | 19 | $9.56 | $10.21 |
| **Number of Prescriptions** | | | |
| Quartile 1 (<30,000) | 96 | $12.30 | $14.71 |
| Quartile 2 (=> 41,545) | 97 | $10.00 | $11.19 |
| Quartile 3 (=> 56,619) | 97 | $11.09 | $10.70 |
| Quartile 4 (>56,619) | 97 | $9.69 | $10.26 |
| **% Rx Covered by Medicaid** | | | |
| Less than 2% | 98 | $9.05 | $10.63 |
| 2-4% | 105 | $10.25 | $11.54 |
| 4-9% | 93 | $12.48 | $12.75 |
| More than 9% | 91 | $12.26 | $12.00 |

\* Note that categories for Total and Medicaid prescriptions were based on quartiles of the distributions

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 13 of 35

MD0003833

## Pharmacy Characteristics Associated with COD Variations

Table 5 reports the results when multivariate linear regression is used to identify the association between each pharmacy characteristic and COD, while controlling for other characteristics. The first column in the table identifies the characteristic of the pharmacy being examined. For continuous variables the second column identifies the unit of measurement and the magnitude of the change that is being examined. For categorical variables, such as the size group, the second column indicates what comparison is being made in the analysis. The third column indicates the dollar impact on COD associated with the change in the characteristic. The symbols adjacent to the numbers in the third column indicate whether this result is deemed to be statistically significant, or if it is more likely just a chance finding.

The results of the regression indicate that as the size of the pharmacy increases, the COD decreases. Relative to pharmacies in the lowest quartile of prescription volume, the COD for pharmacies in the second quartile are $3.12 less. The pharmacies with the highest prescription volume have even lower COD. Relative to pharmacies in the lowest quartile ranked by prescription volume, the COD for the highest quartile is $4.56 lower. The percent of prescriptions that are covered by Medicaid is associated with a higher COD. A 1 percentage point increase in the percent covered by Medicaid is associated with a $0.16 increase in the COD. There is not a significant effect associated with the percentage of prescriptions covered by other third party payers. New prescriptions are associated with a small increase in COD. For every 1 percentage point increase in the percent of prescriptions that are new, the COD increases by $.20.

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 14 of 35

MD0003834

**Table 5 Estimated Associations Between Pharmacy Characteristics and Cost of Dispensing**

| Independent Variables | Unit of Measurement Unit of Change | Estimated effect on average COD in $'s associated with 1 unit change in characteristic |
|---|---|---|
| Size of pharmacy Ref group: 1st quartile Rx volume | | |
| 2nd quartile Rx volume | In 2nd quartile compared to 1st | -3.12* |
| 3rd quartile Rx volume | 3rd quartile compared to 1st | -4.19* |
| 4th quartile Rx volume | 4th quartile compared to 1st | -4.56* |
| Percent Medicaid prescriptions | 1 percentage point | 0.16* |
| Percent other third party prescriptions | 1 percentage point | 0.02 |
| Percent new prescriptions | 1 percentage point | 0.20* |
| Pharmacy affiliation, & emergency service provision Reference group: Chain pharmacy | | |
| Independent pharmacy without emergency services | Independent without emergency services, compared to chain | -5.42* |
| Independent pharmacy with emergency services | Independent with emergency services, compared to chain | -5.74* |
| In-house charge system for prescription sales | Has in-house store charge compared to not having | 4.30* |
| Pharmacy hours open per week | 1 hour | 0.01 |
| Physical Setting Reference group: shopping center | | |
| Free standing physical setting | Free standing compared to shopping center | -0.39 |
| Mass Merchant physical setting | Mass merchant compared to shopping center | -0.08 |
| Other physical setting | Other setting compared to shopping center | -0.39 |

R-Square   0.38
* Significant at $p<0.05$

The combination of pharmacy affiliation and offering emergency services has a significant effect on COD. Recall that no chain pharmacies reported emergency services. Relative to chain stores, the COD for independent pharmacies without emergency services was $5.42 less. The COD of independent pharmacies with emergency services was $5.74 less than for chain pharmacies. Relative to pharmacies without in-house store charge systems, pharmacies with in-house store charge systems had CODs that were $4.30 more. Neither the number of hours the pharmacy was opened, nor the physical setting was associated with variations in COD.

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 15 of 35

MD0003835

The multivariate regression designed to explain variation in total pharmacy COD indicates that, given the current volume of prescriptions, an increase of one prescription increases the total COD by \$8.70. This estimate is known as the marginal COD. The full set of estimates from the two regressions is provided on Appendix A. Tables 9 and 10.

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 16 of 35

MD0003836

# Chapter 4

*Summary and Discussion*

- A total of 390 pharmacies responded to the survey. Of the 387 valid responses, 90% came from Chain drug stores, 9% from Independent pharmacies, and 1% from Institutional pharmacies.

- On average, pharmacies dispensed 45,662 prescriptions per year (median: 41,545). The average percentage of total prescriptions covered by Medicaid was 3.8%, with a median percentage of 6.8%.

- The average cost of dispensing per prescription was $11.71, the median cost of dispensing per prescription was $10.67, and the marginal cost of dispensing per prescription was $ 8.70. The average cost of dispensing per prescription was higher for Chain drugstores ($12.00) than for Independent pharmacies ($9.02).

- The average cost of dispensing per prescription was lower for pharmacies reporting a low Medicaid prescription volume ($10.63 for a Medicaid volume less than 2% of total prescriptions filled) compared to those reporting a high Medicaid prescription volume ($12.00 for a Medicaid volume above 9%).

- Recent changes in prescription benefits for dual Medicare-Medicaid eligibles are likely to affect the volume of prescriptions paid for by Medicaid, and may affect the average complexity and cost. These patients are likely to use a complex array of prescription drugs, and pharmacists are likely to spend more time filling prescriptions and counseling patients than they would for less complicated Medicaid patients. Beginning in 2006, prescription drug coverage for dual eligibles shifted from Medicaid to other third party coverage. With this change, the association between Medicaid volume and cost of dispensing might be reduced.

**Limitations**

- The findings in this report are based on an analysis of self-reported data.

- According to 2005 statistics from the National Pharmaceutical Council, 67% of pharmacies in Maryland were Chain pharmacies, 27% Independent pharmacies, and 6% Hospital/Institutional pharmacies. Compared to this distribution, Chain pharmacies were overrepresented in the DHMH study, while Institutional and Independent pharmacies were underrepresented. Therefore, the study sample may not be representative and findings should be interpreted with caution.

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 17 of 35

MD0003837

# Appendix A. Supplemental Tables

**Appendix Table 1. – Additional Characteristics of Responding Pharmacies Relevant to Cost Computations**

| Characteristic | Number of Pharmacies | Percent of Non-Missing Responses |
|---|---|---|
| Facility Ownership | | |
|   Pharmacy Owns | 5 | 1% |
|   Rents from Related Party | 39 | 10% |
|   Rents from Unrelated Party | 343 | 87% |
| Basis of Rent Payments | | |
|   Square Foot | 15 | 8% |
|   % of Sales | 25 | 14% |
|   Combination of Above Two | 127 | 70% |
|   Fixed Amount | 13 | 7% |
| Dispenses to Nursing Home Residents | | |
|   Yes | 4 | 1% |
|   No | 383 | 99% |
| Dispenses Unit Dose to Nursing Home | | |
|   Yes | 2 | 1% |
|   No | 176 | 99% |
|   Missing | 209 | |
| Type of Unit Dosing | | |
|   Modified Unit Dose (bingo cards/blister packs) | 1 | 50% |
|   Unit Dose | 1 | 50% |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 18 of 35

MD0003838

**Appendix Table 2. – Selected Statistics for Responding Pharmacies**

| Variables | Number of Pharmacies | Median | Mean |
|---|---|---|---|
| New prescriptions | 386 | 23,628 | 26,198 |
| Refills | 386 | 17,666 | 19,268 |
| Total prescriptions | 387 | 41,545 | 45,662 |
| Annual total store revenues | 356 | $3,866,155 | $4,353,672 |
| Annual prescription department revenues | 387 | $2,687,699 | $3,020,882 |
| Percent Medicaid prescriptions | 385 | 3.83% | 7% |
| Percent other third-party prescriptions | 386 | 88% | 84% |
| Percent of Medicaid prescriptions requiring a prior authorization | 360 | 0.005% | 1.02% |
| Percent of other third-party prescriptions requiring a prior authorization | 360 | 0.44% | 1.50% |
| Percent of Medicaid prescriptions home delivered | 30 | 25% | 32% |
| Pharmacy hours open per week | 387 | 80 | 90 |
| Square feet of total sales area | 355 | 8,356 | 7,778 |
| Square feet of prescription department | 385 | 496 | 571 |
| Square feet of prescription register and patient waiting area | 193 | 80 | 100 |
| Square feet of stock room for entire store | 193 | 660 | 975 |
| Square feet of stock room for prescription drugs and containers | 62 | 31 | 83 |
| Area ratio * | 355 | 0.06 | 0.19 |
| Sales ratio ** | 356 | 0.69 | 0.70 |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 19 of 35

MD0003839

**Appendix Table 3. – Reported Median and Mean Salaries for Pharmacists-in-Charge and Staff Pharmacists**

| | Number of Pharmacies | Median Salary ($) | Mean Salary ($) |
|---|---|---|---|
| Pharmacist-in-charge | 61 | $100,000 | $115,434 |
| Pharmacist A | 382 | $189,332 | $184,395 |
| Pharmacist B | 46 | $35,787 | $47,067 |
| Pharmacist C | 28 | $11,664 | $38,070 |
| Pharmacist D | 21 | $11,022 | $33,828 |
| Pharmacist E | 18 | $15,469 | $37,978 |
| Pharmacist F | 13 | $11,000 | $23,186 |
| Pharmacist G | 11 | $9,578 | $19,180 |
| Pharmacist H | 8 | $4,923 | $18,195 |
| Pharmacist I | 7 | $20,288 | $17,712 |
| Pharmacist J | 6 | $9,032 | $17,248 |
| Pharmacist K | 5 | $8,514 | $11,747 |
| Pharmacist L | 2 | $41,237 | $41,237 |
| Pharmacist M | 2 | $50,958 | $50,958 |
| Pharmacist N | 2 | $5,081 | $5,081 |
| Pharmacist O | 1 | $6,160 | $6,160 |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 20 of 35

MD0003840

**Appendix Table 4. – Reported Median and Mean Percent of Time Spent in Prescription Department for Pharmacists-in-Charge and Staff Pharmacists**

| | Number of Pharmacies | Median Time % | Mean Time % |
|---|---|---|---|
| Pharmacist-in-charge | 386 | 100% | 95% |
| Pharmacist A | 381 | 100% | 98% |
| Pharmacist B | 48 | 80% | 88% |
| Pharmacist C | 39 | 80% | 85% |
| Pharmacist D | 34 | 80% | 85% |
| Pharmacist E | 32 | 80% | 84% |
| Pharmacist F | 29 | 80% | 83% |
| Pharmacist G | 28 | 80% | 82% |
| Pharmacist H | 26 | 80% | 81% |
| Pharmacist I | 26 | 80% | 81% |
| Pharmacist J | 26 | 80% | 80% |
| Pharmacist K | 25 | 80% | 80% |
| Pharmacist L | 25 | 80% | 80% |
| Pharmacist M | 25 | 80% | 80% |
| Pharmacist N | 25 | 80% | 80% |
| Pharmacist O | 25 | 80% | 80% |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 21 of 35

MD0003841

**Appendix Table 5. -- Reported Median and Mean Salaries for Pharmacy Intern, Pharmacy Clerk/Technician, Delivery and Janitorial Personnel**

| | Number of Pharmacies | Median Salary ($) | Mean Salary ($) |
|---|---|---|---|
| Intern | 98 | $832 | $5,741 |
| Clerk A | 224 | $36,257 | $40,434 |
| Clerk B | 52 | $11,423 | $16,024 |
| Clerk C | 48 | $11,453 | $14,654 |
| Clerk D | 38 | $11,729 | $18,744 |
| Clerk E | 32 | $9,903 | $14,152 |
| Clerk F | 27 | $7,491 | $11,863 |
| Clerk G | 23 | $10,580 | $16,554 |
| Clerk H | 17 | $5,900 | $13,637 |
| Clerk I | 14 | $24,970 | $22,872 |
| Clerk J | 15 | $15,555 | $14,691 |
| Clerk K | 13 | $12,000 | $14,066 |
| Clerk L | 11 | $14,488 | $14,746 |
| Clerk M | 9 | $7,539 | $12,609 |
| Clerk N | 8 | $3,949 | $9,203 |
| Clerk O | 7 | $22,000 | $20,262 |
| Clerk P | 6 | $11,600 | $12,046 |
| Clerk Q | 2 | $13,160 | $13,160 |
| Clerk R | 2 | $16,836 | $16,836 |
| Delivery personnel | 169 | 0 | $3,432 |
| Janitorial personnel | 166 | 0 | $645 |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 22 of 35

MD0003842

**Appendix Table 6. – Reported Median and Mean Percent of Time Spent in Prescription Department by Pharmacy Clerk/Technician, Delivery and Janitorial Personnel**

|  | Number of Pharmacies | Median Time | Mean Time |
|---|---|---|---|
| Clerk A | 223 | 100% | 97% |
| Clerk B | 59 | 100% | 89% |
| Clerk C | 68 | 100% | 88% |
| Clerk D | 51 | 100% | 91% |
| Clerk E | 46 | 100% | 90% |
| Clerk F | 44 | 100% | 94% |
| Clerk G | 41 | 100% | 89% |
| Clerk H | 40 | 100% | 95% |
| Clerk I | 38 | 100% | 92% |
| Clerk J | 39 | 100% | 92% |
| Clerk K | 37 | 100% | 91% |
| Clerk L | 36 | 100% | 90% |
| Clerk M | 34 | 100% | 92% |
| Clerk N | 33 | 100% | 93% |
| Clerk O | 32 | 100% | 95% |
| Clerk P | 31 | 100% | 99% |
| Clerk Q | 27 | 100% | 100% |
| Clerk R | 27 | 100% | 100% |
| Delivery personnel | 36 | 50% | 53% |
| Janitorial personnel | 31 | 0 | 17% |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 23 of 35

MD0003843

**Appendix Table 7. – Reported Cost of Prescription Department Expenses**

| | Number of Pharmacies | Median ($) | Mean ($) |
|---|---|---|---|
| Prescription Computer Expenses | 384 | $561 | $2,524 |
| Prescription claim transmission charges and switching fees | 219 | $3,458 | $4,314 |
| Prescription supplies | 384 | $5,196 | $6,968 |
| Delivery expenses | 30 | $2,714 | $11,819 |
| Dues and publications | 57 | $445 | $1,128 |
| Pharmacist continuing education costs | 48 | $505 | $690 |
| Shrinkage | 205 | $5,758 | $10,570 |
| TP adjustments | 366 | $3,458 | $6,821 |
| Benefits | 373 | $45,000 | $50,905 |
| Bonuses | 21 | $2,679 | $23,728 |
| Liability insurance | 53 | $4,167 | $5,467 |
| Inventory service | 210 | $2,524 | $2,015 |
| Warehouse expense | 37 | $45,030 | $39,831 |
| Other prescription department expenses | 168 | $350 | $1,449 |
| Total prescription department expenses | 387 | $70,979 | $81,860 |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

MD0003844

Appendix  Table 8. – Reported Total Store Expenses

| | Number of Pharmacies | Median ($) | Mean ($) |
|---|---|---|---|
| Electricity | 185 | $25,185 | $24,731 |
| Natural gas | 136 | $1,512 | $1,894 |
| Water | 140 | $505 | $914 |
| Telephone | 381 | $4,161 | $4,381 |
| Other utilities | 208 | $14,859 | $14,242 |
| Trash collection | 199 | $1,808 | $2,134 |
| Sewer | 12 | 0.0000 | $161 |
| Depreciation | 372 | $30,651 | $42,028 |
| Taxes | 189 | $3,488 | $9,041 |
| Property taxes | 190 | $3,048 | $4,236 |
| Real estate taxes | 137 | $11858 | $12,614 |
| Other taxes | 143 | $81 | $1,732 |
| Rent | 355 | $120,698 | $135,771 |
| Building rent | 183 | $128,257 | $141,480 |
| Equipment and other rent | 171 | $224 | $1,922 |
| Repairs | 350 | $6,914 | $13,057 |
| Insurance | 200 | $1,162 | $4,831 |
| Workers comp and employee | 186 | $6,302 | $7,373 |
| Medical insurance | 179 | $22,405 | $26,187 |
| Any other insurance | 387 | 0.000 | $3,438 |
| Interest expense | 19 | $13,940 | $12,764 |
| Legal, accounting and other professional fees | 189 | $223 | $1,800 |
| Bad debts | 200 | $571 | $2,154 |
| Credit card fees | 378 | $14,515 | $18,019 |
| Operating and office supplies | 378 | $5,199 | $5,832 |
| Advertising | 381 | $45,016 | $49,208 |
| Central administration expenses | 361 | $31,631 | $123,550 |
| Travel expenses | 129 | $571 | $1,778 |
| Security | 201 | $25 | $3,148 |
| Monitoring system | 154 | $739 | $1,141 |
| Security personnel | 51 | $15,340 | $19,296 |
| Other pharmacy expenses not included elsewhere | 150 | $26,266 | $26,907 |
| Total other pharmacy related expenses | 81 | $128,497 | $199,080 |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 25 of 35

MD0003845

**Appendix Table 9. – Regression Estimates of Association Between Average Cost of Dispensing and Pharmacy Characteristics**

| Independent Variables | β Coefficient | Standard Error | P value |
|---|---|---|---|
| Size of pharmacy *Ref group: 1st quartile Rx volume* | | | |
| 2nd quartile Rx volume | -3.12 | 0.57 | <0.0001 |
| 3rd quartile Rx volume | -4.19 | 0.57 | <0.0001 |
| 4th quartile Rx volume | -4.56 | 0.62 | <0.0001 |
| Percent Medicaid prescriptions | 0.16 | 0.03 | <0.0001 |
| Percent other third party prescriptions | 0.02 | 0.01 | 0.159 |
| Percent new prescriptions | 0.20 | 0.04 | <0.0001 |
| Pharmacy affiliation, & emergency service provision *Reference group: Chain pharmacy* | | | |
| Independent pharmacy without emergency services | -5.42 | 1.04 | <0.0001 |
| Independent pharmacy with emergency services | -5.74 | 1.26 | <0.0001 |
| In-house charge system for prescription sales | 4.30 | 0.71 | <0.0001 |
| Pharmacy open hour per week | 0.01 | 0.01 | 0.381 |
| Physical Setting *Reference group: shopping center* | | | |
| Free standing physical setting | -0.39 | 0.45 | 0.390 |
| Mass Merchant physical setting | 0.08 | 0.79 | 0.915 |
| Other physical setting | -0.39 | 0.69 | 0.570 |

R-Square = 0.35
Dependent variable = average cost of dispensing per prescription

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 26 of 35

MD0003846

**Appendix Table 10. – Regression Estimates of Association Between Total Cost of Dispensing and Pharmacy Characteristics**

| Independent Variables | β Coefficient | Standard Error | P-value |
|---|---|---|---|
| Total prescriptions | 8.70 | 0.33 | <0.0001 |
| Percent Medicaid prescriptions | 6929.88 | 1203.05 | <0.0001 |
| Percent other third party prescriptions | 1130.53 | 527.88 | 0.033 |
| Percent new prescriptions | 2322.20 | 1279.87 | <0.070 |
| Pharmacy affiliation, & emergency service provision *Reference group: Chain pharmacy* | | | |
| Independent pharmacy without emergency services | -184847 | 38442 | <0.0001 |
| Independent pharmacy with emergency services | -126520 | 46952 | 0.007 |
| In-house charge system for prescription sales | 70293 | 26149 | 0.008 |
| Pharmacy open hour per week | 1083.10 | 299.60 | 0.0003 |
| Physical Setting *Reference group: shopping center* | | | |
| Free standing physical setting | -32345 | 16523 | 0.051 |
| Mass Merchant physical setting | -51005 | 28943 | 0.079 |
| Other physical setting | -51407 | 25021 | 0.040 |

$R$-Square = 0.7441

Dependent variable = total cost of dispensing

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 27 of 35

MD0003847

# Appendix B. Survey Form Instructions

Pharmacy Dispensing Fee Survey Instructions

The purpose of the survey is for the State to determine the current cost to dispense Medicaid prescriptions for various types of pharmacies. This survey does not address the costs of drug ingredients, which is the other component of the pharmacy reimbursement formula.

All pharmacies are asked to participate in the survey. Please fill out a separate survey for each pharmacy under common ownership. The University of Maryland School of Pharmacy Pharmaceutical Health Services Research Department will conduct the analysis. Your individual responses will remain completely confidential. The results of the survey will be given to the Maryland legislature.

You have until Monday, October 23, 2006 to submit your response. The average pharmacy should be prepared to spend less than an hour on the survey. It would be a good idea to have your financial records, including salary and benefit information, handy when working on the survey. Plan to do it in one sitting, because you will be unable to "bookmark" partially completed surveys and return to them at a later time. In the event you inadvertently hit the enter button on your computer while filling out the survey, the survey will seem to disappear. You should be able to restore the survey by clicking the "refresh" icon on your tool bar, if you are using Internet Explorer, or the "Reload" button if you are using Netscape. When completed, click the "Submit" button at the end of the survey.

The State of Maryland reserves the right to validate at your place of business the information submitted. For questions, please call Philip Cogan of the Medicaid Clinical Pharmacy Services Division at 410-767-1455.

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 28 of 35

MD0003848

# Appendix C. Fee Survey Form

## MARYLAND MEDICAID PHARMACY DISPENSING FEE SURVEY
## PHARMACY ATTRIBUTES

| |
|---|
| *Contact person to clarify, verify and/or review reported data:  Date of Report _____ |
| Name: _____       Phone: _____ |
| E-mail: _____       Fax: _____ |

Instruction: Please fill out a separate form for each pharmacy if you have multiple pharmacies under common ownership.

## SECTION I.  GENERAL INFORMATION

1. Pharmacy NABP (National Association of Boards of Pharmacy)  Number:

_____

2. Type of Ownership
   - ☐ Individual
   - ☐ Corporation
   - ☐ Partnership
   - ☐ Limited Liability Company
   - ☐ Other (please specify) _____

3. Ownership Affiliation
   - ☐ Independent (1-4 Stores)
   - ☐ Chain (>4 Stores)
   - ☐ Institutional (Long Term Care)

4. Physical Setting
   - ☐ Medical Office Building
   - ☐ Shopping Center
   - ☐ Separate or Free Standing
   - ☐ Grocery Store/Mass Merchant
   - ☐ Other (please specify) _____

5. Geographic Location
   - ☐ Inner city
   - ☐ Inner ring suburbs
   - ☐ Outer suburbs
   - ☐ Rural

6. a.  Ownership or rental of the pharmacy facility

MD0003849

☐ Pharmacy owns building
☐ Rents from related party (pharmacy owner or family member)
☐ Rents from unrelated party

b. If rental, is rent based on:
☐ Sales Per Square Foot
☐ % of Sales
☐ Other (please specify)_____

7. Does the pharmacy provide "After Hours" or "Emergency" prescription department services?
☐ Yes                                    ☐ No

8. a. Does the pharmacy provide delivery service for prescription drugs?
☐ Yes                                    ☐ No

b. If yes, what percent of Medicaid prescriptions is home delivered?
_____ %.

9. Percentage of total prescriptions covered by:
a. Maryland Medicaid:          _____ %
b. Other Third Party Payer:    _____ %

10. Which best describes the type of pharmacy provider?
☐ Retail
☐ Mail
☐ Long Term Care
☐ Specialty

11. What percent of prescriptions dispensed require a prior authorization (PA) or other communication with third party payers to adjudicate claims?
a. Among Medicaid prescriptions:           _____ %
b. Among all other third party prescriptions:  _____ %

12. Do you allow an in-house store charge system for prescription sales?
☐ Yes                                    ☐ No

13. a. Do you dispense prescriptions to nursing home residents?
☐ Yes          ☐ No (If no, proceed to question 15)
b. If yes, what is the approximate percent of your prescription dispensed to nursing home residents?_____ %

14. a. Do you dispense unit dose to nursing homes?
☐ Yes                                    ☐ No
b. If yes, please indicate which most accurately reflects your situation:
☐ Unit Dose

MD0003850

     ☐ Modified Unit Dose (bingo cards/blister packs)
     ☐ Both
     ☐ Other (please specify) _____

15. Do you maintain an electronic patient profile system?
     ☐ Yes                ☐ No

16. Average number of hours pharmacy is open each week: _____

17. Number of prescriptions dispensed per year (include all cash and third party Rxs):
     a. New   _____
     b. Refills  _____
     c. **Total**  _____

18. Annual store sales volume (revenues):       $_____

19. Annual prescription sales volume (revenues):    $_____

20. Square feet of total sales area (excluding stock room):      _____sq. ft.

21. Total square feet of the prescription department:      _____sq. ft.

22. Total square feet of Rx register and patient waiting areas:   _____sq. ft.

23. Square feet of stock room for the entire store      _____ sq. ft.

24. Square feet of stock room used for Rx drugs and containers   _____ sq. ft.


## SECTION II. PROFESSIONAL INFORMATION

**Instruction:  Please fill in all financial information based upon your tax submission for Calendar Year 2005**

1. Is the manager or owner a pharmacist?   ☐ Yes      ☐ No

NOTE:  *"Gross salary or wage"* includes the total salary or wage plus social security, unemployment, worker's compensation taxes, health insurance, life insurance, bonus, pension fund and profit sharing contributions, professional liability insurance, and similar benefits paid by the pharmacy. Amounts for part-year employees should not be annualized.

2. Indicate the Pharmacist-In-Charge gross salary per year. Please note that this figure is not your net profit from the operations of the pharmacy, but the actual salary you draw or

University of Maryland School of Pharmacy             December 7, 2006
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis            Page 31 of 35

MD0003851

would have to pay someone to manage the pharmacy. (See above Note for definition of "Gross salary or wage")      $_____

3.  What percent of the Pharmacy manager's time is spent in the prescription department dispensing prescriptions, counseling patients, and fulfilling other professional responsibilities directly related to patient care?      _____%

4.  Total employed pharmacist(s) salary(ies) per year? (This includes all full-time and part-time pharmacists employed in Calendar Year 2005, **other than noted in question 2.)**

|  | **Annual Salary** (See above Note) | **Percent of Time Spent Fulfilling Responsibilities Described in Question 3** |
|---|---|---|
| Pharmacist A | $ | % |
| Pharmacist B | $ | % |
| Pharmacist C | $ | % |
| Pharmacist D | $ | % |
| Pharmacist E | $ | % |
| Pharmacist F | $ | % |
| Pharmacist G | $ | % |
| Pharmacist H | $ | % |

5.  Salaries paid to pharmacy intern(s):      $_____

6.  Annual salary or gross wages of pharmacy clerks and technicians.

|  | **Annual Salary** (See Note Above) | **Percentage of Time in Rx Department*** |
|---|---|---|
| Employee A | $ | % |
| Employee B | $ | % |
| Employee C | $ | % |
| Employee D | $ | % |
| Employee E | $ | % |
| Employee F | $ | % |
| Employee G | $ | % |
| Employee H | $ | % |

*This includes gathering patient information, entering prescriptions, preparing prescription drugs, presenting prescriptions to patients, ringing up payment for prescriptions, completing third-party forms, etc.  (See above note).*

7. a.  Annual gross wages and number of delivery personnel:  #_____      $_____

University of Maryland School of Pharmacy                                December 7, 2006
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis                            Page 32 of 35

MD0003852

Case 1:01-cv-12257-PBS   Document 6644-27   Filed 11/03/09   Page 23 of 25

    b. Percentage of time personnel involved in <u>prescription drug</u> delivery services:
    _____%

8. a. Annual gross wages of janitorial personnel: $ _____
    b. Percentage of time involved in this activity in prescription department:
    _____%

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 33 of 35

MD0003853

## SECTION III.  ANNUAL OVERHEAD EXPENSES

**Instruction: Please fill in all financial information based upon your tax submission for Calendar Year 2005**

| A.  PRESCRIPTION DEPARTMENT | TOTAL EXPENSES |
|---|---|
| 1.  Prescription Computer Expenses | |
| 2.  Prescription Claim Transmission Charges and Switching Fees | |
| 3.  Prescription Supplies (vials, bottles, Labels, etc.) | |
| 4.  Delivery Expenses (if provided) | |
| 5.  Dues and Publications (Rx Dept Only) | |
| 6.  Pharmacist Continuing Education Costs | |
| 7.  Shrinkage | |
| 8.  TP Adjustments (write offs) | |
| 9.  Benefits | |
| 10.  Bonuses | |
| 11.  Liability Insurance (professional) | |
| 12.  Inventory Service | |
| 13.  Warehouse expense | |
| 14.  Other Prescription Department Expenses (Please provide attachment with details) | |
| **TOTAL PRESCRIPTION DEPARTMENT EXPENSES** | |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 34 of 35

MD0003854

| B. OTHER PHARMACY RELATED EXPENSES | TOTAL EXPENSES |
|---|---|
| 1.  Electricity | |
| 2.  Natural Gas | |
| 3.  Water | |
| 4.  Telephone | |
| 5.  Other Utilities | |
| 6.  Trash Collection | |
| 7.  Sewer | |
| 8.  Depreciation (this fiscal year only) | |
| 9.  Taxes | |
|       Property | |
|       Real Estate | |
|       Any other taxes (specify type/amt) | |
| 10.  Rent | |
|       Building Rent | |
|       Equipment and Other | |
| 11.  Repairs | |
| 12.  Insurance | |
|       Workers Comp and Employee Medical | |
|       Any Other (please list) | |
| 13.  Interest Expense | |
| 14.  Legal, Accounting  and Other Professional Fees | |
| 15.  Bad Debts (this fiscal year only) | |
| 16.  Credit Card Fees | |
| 17.  Operating and Office Supplies (Exclude Rx containers and labels) | |
| 18.  Advertising | |
| 19.  Central Administration Expenses | |
| 20.  Travel Expenses | |
| 21.  Security | |
|       Monitoring system | |
|       Personnel (Contract or dedicated) | |
| 22.  Other Pharmacy Expenses not included elsewhere (please provide list) | |
| TOTAL OTHER PHARMACY RELATED EXPENSES | |

University of Maryland School of Pharmacy
Pharmaceutical Health Services Research Department
M00SO220705 Pharmacy Dispensing Cost Analysis

December 7, 2006

Page 35 of 35

MD0003855