# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | ) ) | Civil Action No. 01-12257-PBS |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; | ) ) ) ) | Subcategory No. 06-11337-PBS  Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and | ) ) ) ) | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. V. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | ) ) ) | |

## NOTICE OF FILING
## DECLARATION OF T. MARK JONES

COMES NOW the Relator, Ven-A-Care of the Florida Keys, Inc., and files the attached Declaration of T. Mark Jones which is attached Exhibit "C' to Ven-A-Care of the Florida Keys, Inc.'s Combined Opposition to Motions to Dismiss Filed by Abbott, Dey and Roxane dated November 3, 2009.

Respectfully submitted,

For the Relator,
Ven-A-Care of the Florida Keys, Inc.


/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm
3350 S.W. 148th Avenue, Suite 110
Miramar, FL  33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

Sherrie R. Savett
Susan Schneider Thomas
Gary L. Azorsky
1622 Locust Street
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-4064

Dated:  November 3, 2009


## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above Relator's Notice of Filing to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


Dated November 3, 2009

/s/ Alison W. Simon
James J. Breen
Alison W. Simon