| Defendant | Drug Group | Date First Filed | Complaint | Drug | Package Size/Dose | Specific NDC | Complaint Page Number |
|---|---|---|---|---|---|---|---|
| Boston Abbott (Ery) | *Erythromycin* | 02/15/01 | Boston 1 | E.E.S. | 200 Susp | 00074-6306-13 | pg 43 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | E.E.S. | 200 Liq | 00074-6306-16 | pg 221 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | E.E.S. | 400 Liq | 00074-6373-16 | pg 221 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | *E.E.S.* | 400 filmtab | *00074-5729-11* | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | E.E.S. | 400 filmtab | 00074-5729-13 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | E.E.S. | 400 filmtab | 00074-5729-19 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | E.E.S. | 400 filmtab | 00074-5729-53 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | *E.E.S.* | GRAN 200 | *00074-6369-02* | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | *E.E.S.* | GRAN 200 | *00074-6369-10* | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | *E.E.S.* | 400 LIQ | *00074-6373-13* | pg 12 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | ERY E-Succ/Sulfisoxazole | | 00074-7156-13 | pg 44, 45 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | ERY E-Succ/Sulfisoxazole | | 00074-7156-43 | pg 44, 46 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | ERY E-Succ/Sulfisoxazole | | 00074-7156-53 | pg 44, 46 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Ery-Tab | 333 mg | 00074-6320-11 | pg 221 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Ery-Tab | 333 mg | 00074-6320-13 | pg 221 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Ery-Tab | 333 mg | 00074-6320-30 | pg 221 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Ery-Tab | 333 mg | 00074-6320-53 | pg 221 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Ery-Tab | 500 mg U | 00074-6321-11 | pg 221 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Ery-Tab | 500 Mg e | 00074-6321-13 | pg 221 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Ery-Tab | 250 mg Tab EC | 00074-6304-40 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Ery-Tab | 250 mg Tab EC | 00074-6304-53 | pg 12 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | Ery-Tab E/C | | 00074-6304-13 | pg 43, 45 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | Ery-Tab E/C | | 00074-6304-30 | pg 43 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | Ery-Tab E/C UD | | 00074-6304-11 | pg 43 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Erythrmycin | 250 mg filmtab | 00074-6326-11 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Erythrocin | 250 mg filmtab | 00074-6346-19 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Erythrocin | 250 mg filmtab | 00074-6346-41 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Erythromycin | 400 mg | 00074-3748-16 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Erythromycin | 200 mg | 00074-3747-16 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Erythromycin | 500 mg filmtab | 00074-6227-13 | pg 12 |
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Erythromycin | 250 mg | 00074-6301-13 | pg 12 |

| Defendant | Drug Group | Date First Filed | Complaint | Drug | Package Size/Dose | Specific NDC | Complaint Page Number |
|---|---|---|---|---|---|---|---|
| Boston Abbott (Ery) | | 08/30/07 | Boston VAC | Erythromycin | 250 mg | 00074-6301-53 | pg 12 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | Erythromycin Base | | 00074-6326-13 | pg 43, 45 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | Erythromycin Base | | 00074-6326-53 | pg 43, 45 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Erythromycin Ethylsuccinate | Tab | 00074-2589-13 | pg 221 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Erythromycin Ethylsuccinate | Tab | 00074-2589-53 | pg 222 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | Erythromycin Stearate | | 00074-6316-13 | pg 43, 45 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | Erythromycin Stearate | | 00074-6346-20 | pg 43, 45 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | Erythromycin Stearate | | 00074-6346-38 | pg 43 |
| Boston Abbott (Ery) | | 02/15/01 | Boston 1 | Erythromycin Stearate | | 00074-6346-53 | pg 43, 45 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Isoflurane Vial | | 00074-3292-01 | pg 222 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Isoflurane Vial | | 00074-3292-02 | pg 222 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Pediazole Susp | | 00074-8030-13 | pg 222 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Pediazole Susp | | 00074-8030-43 | pg 222 |
| Boston Abbott (Ery) | | 02/15/05 | Boston 3 | Pediazole Susp | | 00074-8030-53 | pg 222 |
| | | | | | | | |
| Dey | *Albuterol* | 04/10/00 | Boston Orig | Albuterol Inhalation Aerosol | 17 gm | 49502-0303-17 | pg 42, 43 |
| Dey | | 02/15/05 | Boston 3 | Albuterol Inhalation Aerosol | 17 gm | 49502-0333-17 | pg 246 |
| Dey | | 04/10/00 | Boston Orig | Albuterol Inhalation Aerosol (refill) | (refill) 17 gm (NDC # change) | 49502-0303-27; -0333-27 | pg 42, 43 |
| Dey | | 12/11/02 | Miami 4 | Albuterol Inhalation Solution 0.5% | 20 ml | 49502-0196-20 | pg 329 |
| Dey | | 02/15/05 | Boston 3 | Albuterol Sulfate | multi dose bottle | 49502-0105-01 | pg 246 |
| Dey | | 08/13/97 | Miami 2 | Albuterol Sulfate 0.083% | 3 ml, 25s | 49502-0697-03 | pg 160 |
| Dey | | 08/13/97 | Miami 2 | Albuterol Sulfate 0.083% | 3 ml, 30s | 49502-0697-33 | pg 161 |
| Dey | | 08/13/97 | Miami 2 | Albuterol Sulfate 0.083% | 3 ml 60s | 49502-0697-60 | pg 161 |
| Dey | | 09/29/08 | Boston US1 | Albuterol Sulfate 0.083% | 2.5 mg/3 ml, pk 25 | 49502-0697-24 | pg 10, |
| Dey | | 09/29/08 | Boston US1 | Albuterol Sulfate 0.083% | 2.5 mg/3 ml, pk 30 | 49502-0697-29 | pg 10, |
| Dey | | 09/29/08 | Boston US1 | Albuterol Sulfate 0.083% | 3 ml, pk 30 | 49502-0697-30 | pg 10, |
| Dey | | 09/29/08 | Boston US1 | Albuterol Sulfate 0.083% | 2.5mg/3 ml, pk 60 | 49502-0697-61 | pg 10, |
| | | | | | | | |
| Dey | *Cromolyn Sodium* | 08/13/97 | Miami 2 | Cromolyn Sodium | 2 ml 60s | 49502-0689-02 | pg 162 |

| Defendant | Drug Group | Date First Filed | Complaint | Drug | Package Size/Dose | Specific NDC | Complaint Page Number |
|---|---|---|---|---|---|---|---|
| Dey | | 08/13/97 | Miami 2 | Cromolyn Sodium | 2 ml 120s | 49502-0689-12 | pg 162 |
| Dey | | 09/29/08 | Boston US1 | Cromolyn Sodium | 20 mg/2 ml, pk 60 | 49502-0689-61 | pg 10, |
| Dey | *Ipratropium Bromide* | 12/09/99 | Miami 3 | Ipratropium Bromide | | J7645 & K0518 | pg. 141, 142 |
| Dey | | 02/15/05 | Boston 3 | Ipratropium Bromide | unit dose | 49502-0685-33 | pg 484 |
| Dey | | 02/15/05 | Boston 3 | Ipratropium Bromide | unit dose | 49502-0685-60 | pg 127, 484 |
| Dey | | 02/01/02 | Boston 2 | Ipratropium Bromide | | J7644 | pg 83 |
| Dey | | 02/15/05 | Boston 3 | Ipratropium Bromide 0.02% | 2.5 ml 25's | 49502-0685-03 | Pg 484 |
| Dey | | 09/29/08 | Boston US1 | Ipratropium Bromide 0.02% | 2.5 ml, pk 25 | 49502-0685-26 | pg 10, |
| Dey | | 09/29/08 | Boston US1 | Ipratropium Bromide 0.02% | 0.5 mg/2.5 ml, pk 30 | 49502-0685-29 | pg 10, |
| Dey | | 09/29/08 | Boston US1 | Ipratropium Bromide 0.02% | Single Pak, 2.5 ml, pk 30 | 49502-0685-30 | pg 10, |
| Dey | | 09/29/08 | Boston US1 | Ipratropium Bromide 0.02% | 0.5 mg/2.5 ml, pk 30 | 49502-0685-31 | pg 10, |
| Dey | | 09/29/08 | Boston US1 | Ipratropium Bromide 0.02% | 0.5mg/2.5 ml, pk 60 | 49502-0685-61 | pg 10, |
| Dey | | 09/29/08 | Boston US1 | Ipratropium Bromide 0.02% | 0.5mg/2.5 ml, pk 60 | 49502-0685-62 | pg 10, |
| Dey | | 09/29/08 | Boston US1 | Ipromopium Bromide 0.05% | 2.5 ml 25's | 49502-0685-24 | pg 10, |
| Miami Abbott | *Dextrose* | 06/23/95 | Miami Orig | 5% Dextrose / NaCl 0.9% | 1,000 ml | 00074-7941-09 | pg 25 |
| Miami Abbott | | 06/23/95 | Miami Orig | 5% Dextrose in Water | 1,000 ml | 00074-7922-09 | pg 23 |
| Miami Abbott | | 08/13/97 | Miami 2 | 5% Dextrose in Water | 50 ml | 00074-7100-13 | pg 119 |
| Miami Abbott | | 08/13/97 | Miami 2 | 5% Dextrose in Water | 100 ml | 00074-7100-23 | pg 119 |
| Miami Abbott | | 08/13/97 | Miami 2 | 5% Dextrose in Water | 500 ml | 00074-7922-03 | pg 118 |
| Miami Abbott | | 12/11/02 | Miami 4 | Dextrose 5% / Kcl / NaCl | 1,000 ml | 00074-7902-09 | pg 228 |
| Miami Abbott | | 12/11/02 | Miami 4 | Dextrose 5% and 0.225% NaCL Injection | | 00074-7924-09 | pg 243 |
| Miami Abbott | | 12/11/02 | Miami 4 | Dextrose 5% and 0.225% NaCL Injection | | 00074-7926-09 | pg 244 |
| Miami Abbott | | 12/11/02 | Miami 4 | Dextrose Injection | | 00074-7120-07 | pg 245 |
| Miami Abbott | | 12/11/02 | Miami 4 | Dextrose Injection | | 00074-7922-02 | pg 245 |
| Miami Abbott | | 12/11/02 | Miami 4 | Dextrose Injection | | 00074-7923-36 | pg 246 |
| Miami Abbott | | 12/11/02 | Miami 4 | Dextrose Injection | | 00074-7923-37 | pg 246 |

| Defendant | Drug Group | Date First Filed | Complaint | Drug | Package Size/Dose | Specific NDC | Complaint Page Number |
|---|---|---|---|---|---|---|---|
| Miami Abbott | *Acyclovir* | 12/11/02 | Miami 4 | Acyclovir Sodium | 1 gm | 00074-4452-01 | pg 229 |
| Miami Abbott | | 12/11/02 | Miami 4 | Acyclovir Sodium | 500 mg | 00074-4427-01 | pg 229 |
| Miami Abbott | *Sodium Chloride* | 08/13/97 | Miami 2 | Sodium Chloride 0.9% | 50 ml | 00074-7101-13 | pg 118 |
| Miami Abbott | | 08/13/97 | Miami 2 | Sodium Chloride 0.9% | 100 ml | 00074-7101-23 | pg 118 |
| Miami Abbott | | 08/13/97 | Miami 2 | Sodium Chloride 0.9% | 250 ml | 00074-7983-02 | pg 118 |
| Miami Abbott | | 08/13/97 | Miami 2 | Sodium Chloride 0.9% | 500 ml | 00074-7983-03 | pg 118 |
| Miami Abbott | | 06/23/95 | Miami Orig | Sodium Chloride 0.9% 1,000 ml | | 00074-7983-09 | pg 22 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sodium Chloride Injection | | 00074-4888-10 | pg 296 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sodium Chloride Injection | | 00074-4888-20 | pg 296 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sodium Chloride Injection | | 00074-7101-02 | pg 296 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sodium Chloride Injection | | 00074-7984-37 | pg 298 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sodium Chloride Injection | | 00074-7985-09 | pg 298 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sodium Chloride Injection | | 00074-7984-36 | pg 298 |
| Miami Abbott | | 03/17/06 | Miami US | Sodium Chloride Injection | | 00074-1966-07 | pg 10 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sodium Chloride Irrigation | | 00074-6138-22 | pg 298 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sodium Chloride Irrigation | | 00074-7138-09 | pg 299 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sodium Chloride Irrigation | | 00074-7972-05 | pg 299 |
| Miami Abbott | | 12/11/02 | Miami 4 | Soidum Chloride Irrigation | | 00074-6138-02 | pg 298 |
| Miami Abbott | | 12/11/02 | Miami 4 | Soidum Chloride Irrigation | | 00074-6138-03 | pg 298 |
| Miami Abbott | *Water* | 12/11/02 | Miami 4 | Sterile Water for Injection | | 00074-4887-50 | pg 301 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sterile Water for Irrigation | | 00074-6139-02 | pg 301 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sterile Water for Irrigation | | 00074-6139-03 | pg 301 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sterile Water for Irrigation | | 00074-6139-22 | pg 301 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sterile Water for Irrigation | | 00074-7139-09 | pg 302 |
| Miami Abbott | | 12/11/02 | Miami 4 | Sterile Water for Irrigation | | 00074-7973-05 | pg 302 |
| Miami Abbott | | 12/11/02 | Miami 4 | Water for Injection | 30 ml | 00074-3977-03 | pg 227 |
| Miami Abbott | | 12/11/02 | Miami 4 | Water for Injection | 20 ml | 00074-4887-20 | pg 227 |
| Miami Abbott | | 12/11/02 | Miami 4 | Water for Injection | 1,000 ml | 00074-7990-09 | pg 228 |
| Miami Abbott | | 03/17/06 | Miami US | Water for Injection | 10 ml | 00074-4887-10 | pg 10 |
| Miami Abbott | *Vancomycin* | 06/23/95 | Miami Orig | Vancomycin Hcl | 500 mg | 00074-4332-01 | pg 23 |
| Miami Abbott | | 06/23/95 | Miami Orig | Vancomycin HCl | 1 gm | 00074-6533-01 | pg 23 |

| Defendant | Drug Group | Date First Filed | Complaint | Drug | Package Size/Dose | Specific NDC | Complaint Page Number |
|---|---|---|---|---|---|---|---|
| Miami Abbott | | 08/13/97 | Miami 2 | Vancomycin HCl | 5 gm | 00074-6509-01 | pg 121 |
| Miami Abbott | | 08/13/97 | Miami 2 | Vancomycin HCl | 1 gm Add-Vantage | 00074-6535-01 | pg 121 |
| Miami Abbott | | 03/17/06 | Miami US | Vancomycin HCL | 500 mg Add-Vantage | 00074-6534-01 | pg 10 |
| Roxane | *Azathioprine* | 02/15/05 | Boston 3 | Azathioprine | | 00054-4084-25 | pg 409 |
| Roxane | *Diclofenac Sodium* | 02/15/05 | Boston 3 | Diclofenac Sodium | | 00054-4221-25 | pg 410 |
| Roxane | | 02/15/05 | Boston 3 | Diclofenac Sodium | | 00054-4222-25 | pg 411 |
| Roxane | *Furosemide* | 02/15/05 | Boston 3 | Furosemide | | 00054-3294-46 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | | 00054-3294-50 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | | 00054-4297-25 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | | 00054-4297-31 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | | 00054-4299-25 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | | 00054-4301-25 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | | 00054-4301-29 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | | 00054-8297-25 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | | 00054-8299-25 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | | 00054-8301-25 | pg 411 |
| Roxane | | 02/15/05 | Boston 3 | Furosemide | 40mg,1000s | 00054-4299-31 | pg 164, 411 |
| Roxane | *Hydromorphone* | 02/15/05 | Boston 3 | Hydromorphone HCl | | 00054-4392-25 | pg 412 |
| Roxane | | 02/15/05 | Boston 3 | Hydromorphone HCl | | 00054-4394-25 | pg 412 |
| Roxane | *Ipratropium Bromide* | 04/10/00 | Boston orig | Ipratropium Br. | 2.5mls 25s | 00054-8402-11 | pg 45, 46 |
| Roxane | | 04/10/00 | Boston orig | Ipratropium Bromide | 2.5 ml, 60s | 00054-8402-21 | pg 46 |
| Roxane | | 02/15/05 | Boston 3 | Ipratropium Bromide 0.02% | 2.5 ml 30's | 00054-8402-13 | pg 486 |
| Roxane | | 02/15/05 | Boston 3 | Ipratropium Bromide INH (Atrovent) | | 00054-8404-11 | pg 486 |
| Roxane | | 02/15/05 | Boston 3 | Ipratropium Bromide INH (Atrovent) | | 00054-8404-13 | pg 486 |

| Defendant | Drug Group | Date First Filed | Complaint | Drug | Package Size/Dose | Specific NDC | Complaint Page Number |
|---|---|---|---|---|---|---|---|
| Roxane | | 02/15/05 | Boston 3 | Ipratropium Bromide INH (Atrovent) | | 00054-8404-21 | pg 486 |
| | | | | | | | |
| Roxane | *Oramorph* | 02/15/05 | Boston 3 | Oramorph SR | | 00054-4790-25 | pg 415 |
| Roxane | | 02/15/05 | Boston 3 | Oramorph SR | | 00054-4790-29 | pg 415 |
| Roxane | | 02/15/05 | Boston 3 | Oramorph SR | | 00054-4792-25 | pg 415 |
| Roxane | | 02/15/05 | Boston 3 | Oramorph SR | | 00054-4793-25 | pg 415 |
| Roxane | | 02/15/05 | Boston 3 | Oramorph SR | | 00054-4805-19 | pg 415 |
| Roxane | | 02/15/05 | Boston 3 | Oramorph SR | | 00054-4805-25 | pg 415 |
| Roxane | | 02/15/05 | Boston 3 | Oramorph SR | | 00054-4805-27 | pg 415 |
| | | | | | | | |
| Roxane | *Roxanol* | 02/15/05 | Boston 3 | Roxanol | | 00054-3751-44 | pg 416 |
| Roxane | | 02/15/05 | Boston 3 | Roxanol | | 00054-3751-50 | pg 416 |
| Roxane | | 02/15/05 | Boston 3 | Roxanol 100 | | 00054-3751-58 | pg 416 |
| Roxane | | 02/15/05 | Boston 3 | Roxicodone | | 00054-4658-25 | pg 417 |
| Roxane | | 02/15/05 | Boston 3 | Roxicodone | | 00054-4665-25 | pg 417 |
| | | | | | | | |
| Roxane | *Sodium Polystyrene Sulfonate* | 02/15/05 | Boston 3 | Sodium Polystyrene Sulfonate | | 00054-3805-63 | pg 417 |
| Roxane | | 02/15/05 | Boston 3 | Sodium Polystyrene Sulfonate | | 00054-8816-11 | pg 417 |