| Drug Type | Drug | dosage | NDC # | Year | Ven-A-Care's Price | Source | Bates | WAC | REDBOOK AWP |
|---|---|---|---|---|---|---|---|---|---|
| Vancomycin HCL | Vancomycin HCL (J3370) | 500 mg, 10's | 00074-4332-01 | 1993 | $3.96 | UltraCare  wholesaler | VAC MDL 72465 | $19.00 | $27.94 |
| | | | | 1994 | $3.51 | Abbott - CPN/PPO | VAC MDL 74603 | $19.00 | $29.35 |
| | | | | 1994 | $3.20 | Pharmaceutical Buyers Inc. | VAC MDL 73908 | $19.00 | $29.35 |
| | | | | 1993 | $3.75 | Abbott- CPN/PPO | VAC MDL 28943 | $19.00 | $27.94 |
| | | | | 1992 | $7.48 | Pharmacy Provider ORG | VAC MDL 27504 | $20.14 | $26.37 |
| | | | | | | | | | |
| | Vancomycin HCL (J3370 up to 500 mls) | 1 gm, 10's | 00074-6533-01 | 1993 | $7.92 | UltraCare  wholesaler | VAC MDL 72465 | $38.00 | $55.89 |
| | | | | 1994 | $7.02 | Abbott - CPN/PPO | VAC MDL 74611 | $38.00 | $58.69 |
| | | | | 1994 | $6.40 | Pharmaceutical Buyers Inc. | VAC MDL 73908 | $38.00 | $58.69 |
| | | | | 1993 | $7.50 | Abbott - CPN/PPO | VAC MDL 28949 | $38.00 | $55.89 |
| | | | | 1992 | $14.95 | Pharmacy Provider ORG | VAC MDL 27504 | $40.27 | $52.74 |
| | | | | | | | | | |
| | Vancomycin HCl | 1 gm Add-Vantage | 00074-6535-01 | 1994 | $7.70 | Abbott - CPN/PPO May,9 | VAC MDL 74611 | $16.94 | $21.12 |
| | | | | 1994 | $7.70 | Abbott - CPN/PPO July 6, | VAC MDL 27427 | $16.94 | $21.12 |
| | | | | 1995 | $7.81 | Florida Infusion Wholesaler | VAC MDL 5723-5724 | $16.94 | $21.75 |
| | | | | | | | | | |
| | Vancomycin HCl | 5 gm | 00074-6509-01 | 1994 | $35.10 | Abbott - CPN/PPO | VAC MDL 74611 | $79.90 | $132.03 |
| | | | | 1993 | $44.03 | UltraCare wholesaler | VAC MDL 72465 | $79.90 | $125.74 |
| | | | | 1995 | $44.03 | UltaCare  wholesaler | VAC MDL 15698 | $79.90 | $135.99 |
| | | | | 1993 | $37.50 | Abbott - CPN/PPO | VAC MDL 28949 | $79.90 | $125.74 |
| | | | | | | | | | |
| Sodium Chloride | Sodium Chloride 0.9% (J7051 per 5 ml) | 100 ml advantage, 48's | 00074-7101-23 | 1993 | $1.94 | UltraCare  wholesaler | VAC MDL 72465 | $6.02 | $10.24 |
| | | | | 1993 | $1.60 | Florida Infusion wholesaler | VAC MDL 74458 | $6.02 | $10.24 |
| | | | | 1994 | $1.43 | Abbott - CPN/PPO | VAC MDL 74612 | $5.68 | $10.75 |
| | | | | 1992 | $2.08 | Pharmacy Provider ORG | VAC MDL 27499 | $6.02 | $9.65 |
| | | | | | | | | | |
| | Sodium Chloride 0.9% 1,000 ml | 1000ml, 12's | 00074-7983-09 | 1994 | $1.03 | Abbott - CPN/PPO | VAC MDL 74616 | $5.58 | $9.76 |
| | | | | 1993 | $1.04 | Abbott - CPN/PPO | VAC MDL 28954 | $5.91 | $9.29 |
| | | | | 1992 | $1.01 | Pharmacy Provider ORG | VAC MDL 27500 | $5.91 | $8.78 |
| | | | | | | | | | |
| | Sodium Chloride 0.9% | 100 ml, 48's | 00074-7101-23 | 1994 | $1.43 | Abbott - CPN/PPO | VAC MDL 74612 | $5.68 | $10.75 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 1993 | $1.99 | Abbott - CPN/PPO | VAC MDL 28950 | $5.68 | $10.24 |
| | | | | 1992 | $2.08 | Pharmacy Provider ORG | VAC MDL 27499 | $6.02 | $9.65 |
| | | | | | | | | | |
| | Sodium Chloride 0.9% | 250 ml,24's | 00074-7983-02 | 1994 | $0.95 | Abbott - CPN/PPO | VAC MDL 74616 | $5.15 | $9.01 |
| | | | | 1993 | $1.07 | Abbott - CPN/PPO | VAC MDL 28954 | $5.15 | $8.59 |
| | | | | 1992 | $0.93 | Pharmacy Provider ORG | VAC MDL 27500 | $5.46 | $8.10 |
| | | | | | | | | | |
| | Sodium Chloride 0.9% | 50 ml, 48's | 00074-7101-13 | 1994 | $1.43 | Abbott - CPN/PPO | VAC MDL 74612 | $5.68 | $10.75 |
| | | | | 1993 | $1.99 | Abbott - CPN/PPO | VAC MDL 28950 | $5.68 | $10.24 |
| | | | | 1992 | $2.08 | Pharmacy Provider ORG | VAC MDL 27499 | $6.02 | $9.65 |
| | | | | | | | | | |
| | Sodium Chloride 0.9% | 500 ml, 24's | 00074-7983-03 | 1994 | $0.95 | Abbott - CPN/PPO | VAC MDL 74616 | $5.15 | $9.01 |
| | | | | 1993 | $0.96 | Abbott - CPN/PPO | VAC MDL 28954 | $5.15 | $8.58 |
| | | | | | $0.93 | Pharmacy Provider ORG | VAC MDL 27500 | $5.46 | $8.10 |
| | | | | | | | | | |
| Dextrose | 5% Dextrose / NaCl 0.9% | 1,000 ml, 12's | 00074-7941-09 | 1994 | $1.22 | Abbott - CPN/PPO | VAC MDL 74615 | $7.52 | $12.04 |
| | | | | 1993 | $1.24 | Abbott - CPN/PPO | VAC MDL 28954 | $7.52 | $11.13 |
| | | | | 1992 | $1.20 | Pharmacy Provider ORG | VAC MDL 27477 | $7.51 | $10.50 |
| | | | | | | | | | |
| | 5% Dextrose in Water | 1,000 ml, 12's | 00074-7922-09 | 1994 | $1.12 | Abbott - CPN/PPO | VAC MDL 74614 | $6.12 | $10.70 |
| | | | | 1993 | $1.13 | Abbott - CPN/PPO | VAC MDL 28953 | $6.12 | $10.19 |
| | | | | 1992 | $1.10 | Pharmacy Provider ORG | VAC MDL 27477 | $6.49 | $9.60 |
| | | | | | | | | | |
| | 5% Dextrose in Water | 50 ml, 48's | 00074-7100-13 | 1994 | $1.43 | Abbott - CPN/PPO | VAC MDL 74612 | $5.68 | $10.24 |
| | | | | 1993 | $1.99 | Abbott - CPN/PPO | VAC MDL 28950 | $5.68 | $10.24 |
| | | | | 1992 | $2.08 | Pharmacy Provider ORG | VAC MDL 27477 | $6.02 | $9.65 |
| | | | | | | | | | |
| | 5% Dextrose in Water | 500 ml , 24's | 00074-7922-03 | 1994 | $0.96 | Abbott - CPN/PPO | VAC MDL 74614 | $5.23 | $9.42 |
| | | | | 1994 | $1.25 | Gulf Distributing  wholesaler | VAC MDL 6245 | $5.23 | $9.42 |
| | | | | 1993 | $0.97 | Abbott - CPN/PPO | VAC MDL 28953 | $5.23 | $8.71 |
| | | | | 1992 | $0.94 | Pharmacy Provider ORG | VAC MDL 27477 | $5.55 | $8.22 |

**1-800-624-0152**

# PRICE LIST

**14**

SPINAL NEEDLE 22GAX3-1/2' #SN2290 20/BX ......... 38.00
SPOTS, CLEAR BANDAGES 7/8' 100/BOX ................. 2.80
STADOL 2MG 10ML VIAL ........................................ 63.95
STAPLE REMOVER KITS .......................................... 2.00
STERI-PAD, STERILE    3X3 100/BOX 8516 ............. 10.50
STERI-PAD, STERILE    4X4 100/BOX 8519 ............. 18.40
STERI-TEMP II #ST-100-2        100/BOX .................. 3.40
STERI-TEMP SHEATHS #ST-100    100/BOX ............ 3.40
STERILE H20 IRRIG 1000CC BTL ABBOTT 12'S ..... 15.80
STERILE H20 IRRIG 1000CC BAG ABBOTT 12'S ..... 43.68
STERILE H2O IRRIG. 250ML BOTTLE   12/CS .......... 18.00
STERILE WATER 10ML ABBOTT  SDV 25/BOX ........ 7.80
STERILE WATER 100ML ABBOTT  SDV 25/BOX .... 30.00
STERILE WATER 1000CC   BAG 12/CS ABBOTT ..... 27.00
STERILE WATER 20ML ABBOTT  SDV 25/BOX ........ 9.50
STERILE WATER 250CC BOTTLE 12/CS ABBOTT ... 24.00
STERILE WATER 30ML ABBOTT  MDV 25/BOX ...... 8.00
STERILE WATER 50ML ABBOTT  SDV 25/BOX ...... 16.50
STERILE WATER INJ 250ML  BAGS   24/CS ............. 46.25
STERILE WATER IRRIGATION 1500ML  8/CAS ........ 24.00
STETHOSCOPE, NURSE BLACK    GF04-300 ............. 7.25
STILPHOSTROL 50MG/ML 5ML AMP    20/BOX ..... 247.70
STOPCOCK 3-WAY 20' NOVEX K52 50'S BAXTER .. 73.65
STOPCOCK 3-WAY 20' TUBE K751 50'S BAXTER ... 78.90
STOPCOCK 3-WAY ONLY   K75 50'S BAXTER ....... 42.30
SUB-Q INFUSION NEEDLE 26G X 5/8 100/BOX ....... 9.20
SUB-Q INFUSION SET, 24' SP74100  50/BOX ......... 90.00
SUB-Q INFUSION SET, 42' SP74101  50/BOX ......... 90.00
SUFENTA 1ML AMPULE       10/BOX  C2 .............. 126.62
SURGILUBE (K-Y GENERIC) 2OZ. TUBE .................. 0.75
SURGILUBE (K-Y GENERIC) 4-1/4 OZ. TUBE ........... 1.03
SURGILUBE (K-Y GENERIC) 3GM FOIL 144/BX ...... 5.95
SURGIPAD, STERILE 8 X 8    20/BOX 2144 ............... 5.33
SURGIPAD, STERILE     5X9 25/BOX 2145 ............... 5.07
SURGIPAD, STERILE 8 X 10   20/BOX 2148 ............. 6.75
SUS-PHRINE 5ML VIAL ............................................ 33.30
SUTURE REMOVAL KIT, LISTER'S      1441 .............. 2.40
SUTURE REMOVAL KIT ............................................ 1.00
SYPRINE 250MG CAPS 100/BTL .............................. 79.34
SYRINGE 0.3CC INSULIN  100/BOX BD8430 ......... 19.90
SYRINGE 0.5CC INSULIN  100/BOX BD8465 ......... 19.90
SYRINGE 0.5CC INSULIN   30/BOX BD8471 ............ 6.90
SYRINGE 10CC 22 X 1-1/2 100/BOX BD9641 ......... 21.75
SYRINGE 12CC 20GA X 1-1/2'  50/BOX ................... 11.50
SYRINGE 12CC 21GA X 1'    50/BOX ....................... 11.50
SYRINGE 1CC 25 X 5/8  100/BOX BD9626 ............. 13.25
SYRINGE 1CC 25GA X 5/8'  100/BOX ..................... 11.90
SYRINGE 1CC 26 X 3/8  100/BOX BD9625 ............. 13.25
SYRINGE 1CC 27 X 1/2  100/BOX BD9623 ............. 13.25
SYRINGE 1CC 28GA X 1/2  100/BOX ....................... 11.90
SYRINGE   1CC INSULIN  100/BOX BD9410 ........... 16.50
SYRINGE 3CC  20 X 1-1/2 100/BOX BD9579 ......... 11.85
SYRINGE 3CC 20GA X 1'   100/BOX .......................... 9.00
SYRINGE 3CC 20GA X 1-1/2' 100/BOX ....................... 9.00
SYRINGE 3CC  21 X 1'   100/BOX BD9575 .............. 11.85
SYRINGE 3CC  21 X 1-1/2 100/BOX BD9577 .......... 11.85
SYRINGE 3CC 21GA X 1'   100/BOX .......................... 9.00
SYRINGE 3CC 21GA X 1-1/2'  100/BOX ...................... 9.00
SYRINGE 3CC  22 X 1   100/BOX BD9572 .............. 11.85
SYRINGE 3CC 22GA X 1'   100/BOX .......................... 9.00
SYRINGE 3CC 22GA X 1-1/2'  100/BOX ...................... 9.00
SYRINGE 3CC 23GA X 1'   100/BOX .......................... 9.00
SYRINGE 3CC  25 X 5/8  100/BOX  BD9570 ........... 11.85
SYRINGE 3CC  25 X 1-1/2 100/BOX  BD9582 ......... 11.85
SYRINGE 3CC 25GA X 5/8'  100/BOX .......................... 9.00
SYRINGE 3CC 25GA X 1'   100/BOX .......................... 9.00
SYRINGE 5CC  22 X 1-1/2 100/BOX BD9631 ......... 19.50
SYRINGE CAP RED LUER LOCK  100/BOX ............ 24.50
SYRINGE ONLY 10CC L.L.  100/BOX BD9604 ........ 17.00
SYRINGE ONLY 12CC LUER TIP  50/BOX ............... 7.80
SYRINGE ONLY 12CC LUER LOCK  50/BOX ........... 7.80
SYRINGE ONLY  1CC T.B.  100/BOX BD9602 ......... 11.25
SYRINGE ONLY 20CC L.L.   40/BOX BD9661 ......... 16.00
SYRINGE ONLY 20CC LUER LOCK  25/BOX ........... 8.50
SYRINGE ONLY 20CC LUER LOCK BULK 100/BOX .. 42.00
SYRINGE ONLY 20CC LUER TIP BULK 100/BOX .... 42.00
SYRINGE ONLY 30CC L.L.   30/BOX BD9662 ......... 14.50
SYRINGE ONLY 35CC LUER LOCK  25/BOX .......... 12.00
SYRINGE ONLY 35CC ECC. TIP  20/BOX ............... 15.60
SYRINGE ONLY 35CC LUER TIP  25/BOX ............... 12.00
SYRINGE ONLY 35CC LUER LOCK BULK 100/BOX .. 48.00
SYRINGE ONLY 35CC LUER TIP  BULK 100/BOX ... 48.00
SYRINGE ONLY  3CC L.L.   100/BOX BD9585 ......... 8.75

SYRINGE ONLY  3CC LUER TIP  100/BOX ............... 6.90
SYRINGE ONLY  3CC LUER LOCK 100/BOX ............ 6.90
SYRINGE ONLY 5CC L.L.  100/BOX BD9603 ......... 14.50
SYRINGE ONLY 60CC L.L.   30/BOX BD9663 ......... 19.75
SYRINGE ONLY 60CC LUER LOCK  20/BOX .......... 13.40
SYRINGE ONLY 60CC CATH TIP  20/BOX ............. 13.40
SYRINGE ONLY 60CC ECC. TIP  20/BOX ............... 15.60
SYRINGE ONLY 60CC LUER TIP  20/BOX ............. 13.40
SYRINGE ONLY 6CC LUER TIP  50/BOX ................. 6.25
SYRINGE ONLY 6CC LUER LOCK  50/BOX ............ 6.25
SYRINGE  PHARMACY TRAY 12ML  200/CASE ..... 42.00
SYRINGE  PHARMACY TRAY 3ML   200/CASE ...... 23.60
SYRINGE  PHARMACY TRAY 6ML   200/CASE ...... 39.00
SYRINGE  PHARMACY TRAY 35ML   120/CASE .... 86.00
SYRINGE  PHARMACY TRAY 60ML 10 TRAYS/CS .. 128.00
SYRINGE  TB 1CC           100/BOX .......................... 9.90
SYRINGE, 10CC 21GAX1    100/BOX TERUMO ..... 19.75
SYRINGE, 10CC 21GAX1-1/2 100/BOX TERUMO .... 19.75
SYRINGE, 10CC LUER LOCK  100/BOX TERUMO .. 13.50
SYRINGE, 10CC LUER TIP  100/BOX TERUMO ..... 13.50
SYRINGE, 1CC 25GAX5/8  100/BOX TERUMO ....... 8.55
SYRINGE, 1CC 27GAX1/2  100/BOX TERUMO ....... 8.55
SYRINGE, 1CC  TB       100/BOX TERUMO .............. 6.90
SYRINGE, 20CC ECC. TIP   25/BOX TERUMO ........ 9.60
SYRINGE, 20CC LUER LOCK  25/BOX TERUMO .... 6.70
SYRINGE, 20CC LUER TIP   25/BOX TERUMO ....... 9.60
SYRINGE, 30CC ECC. TIP   25/BOX TERUMO ...... 11.40
SYRINGE, 30CC LUER LOCK  25/BOX TERUMO .... 7.90
SYRINGE, 30CC LUER TIP   25/BOX TERUMO ..... 11.40
SYRINGE, 3CC 20GAX1    100/BOX TERUMO ......... 7.30
SYRINGE, 3CC 20GAX1-1/2 100/BOX TERUMO ..... 7.30
SYRINGE, 3CC 21GAX1    100/BOX TERUMO ......... 7.30
SYRINGE, 3CC 21GAX1-1/2 100/BOX TERUMO ..... 7.30
SYRINGE, 3CC 22GAX1    100/BOX TERUMO ......... 7.30
SYRINGE, 3CC 22GAX1-1/2 100/BOX TERUMO ..... 7.30
SYRINGE, 3CC 23GAX1    100/BOX TERUMO ......... 7.30
SYRINGE, 3CC 25GAX5/8  100/BOX TERUMO ....... 7.30
SYRINGE, 3CC LUER LOCK  100/BOX TERUMO .... 5.20
SYRINGE, 3CC LUER TIP   100/BOX TERUMO ....... 6.75
SYRINGE, 5CC 21GAX1    100/BOX TERUMO ....... 18.50
SYRINGE, 5CC 21GAX1-1/2 100/BOX TERUMO ... 18.50
SYRINGE, 5CC 22GAX1    100/BOX TERUMO ....... 18.50
SYRINGE, 5CC 22GAX1-1/2 100/BOX TERUMO ... 18.50
SYRINGE, 5CC LUER LOCK  100/BOX TERUMO .. 12.50
SYRINGE, 60CC CATH TIP   25/BOX TERUMO ..... 13.00
SYRINGE, 60CC ECC. TIP   25/BOX TERUMO ...... 13.00
SYRINGE, 60CC LUER LOCK  25/BOX TERUMO .... 9.00
TABLE PAPER, CREPE 18'X125' 12 RL/CASE .......... 31.20
TABLE PAPER, CREPE 21'X125' 12 RL/CASE .......... 33.40
TABLE PAPER, SMOOTH 21'X225' 12 RL/CASE ...... 49.20
TAGAMET 300MG/2ML VIAL           25/BOX ......... 88.73
TAGAMET 300MG/2ML 8ML MDV 10/BOX .............. 99.59
TALWIN 30MG/ML 10ML VIAL           C4 ................. 29.98
TAMOXIFEN CITRATE 10MG TABLETS  250/BTL ... 318.84
TAMOXIFEN CITRATE 10MG TABLETS  60/BTL .... 76.53
TAXOL (PACLITAXEL) 30MG/5ML SDV .................. 150.00
TEGADERM   2-3/8 X 2-3/4 100/BOX 1624 .............. 48.00
TEGADERM    4 X 4-3/4  50/BOX 1626 .................... 64.80
TEGADERM    4 X 4-3/4  10/BOX 9506 .................... 18.00
TEGADERM    6 X 8    10/BOX 1628 ........................ 44.00
TEGADERM    8 X 12   10/BOX 1629 ........................ 59.70
TEGADERM-HP  3-1/2 X 4   50/BOX 9546 ............. 104.70
TELFA 2 X 3  OUCHLESS PADS 100/BOX 1961 ....... 12.40
TELFA 3 X 4  OUCHLESS PADS 100/BOX 2132 ....... 16.60
TERRAMYCIN I.M. 50MG  5X10ML ........................ 42.27
TESLAC TABLETS 100'S              C3 .................... 113.58
TESTOSTERONE AQ SUSP 100MG/ML 10ML  C3 ... 6.20
TESTOSTERONE AQ SUSP. 100MG/ML 30ML  C3 .. 9.80
TESTOSTERONE CYPIONATE 200MG/ML 10ML C3 . 8.45
TESTOSTERONE ENANTHATE 200MG/ML 10ML C3 . 7.90
TESTOSTERONE PROPIONATE 100MG/ML 10ML C3 . 6.45
TETANUS DIPHTHERIA ADULT 5ML VIAL LEDERL . 11.25
TETANUS DIPHTHERIA ADULT TOXOID 10 TUBEX .. 24.00
TETANUS DIPHTHERIA ADULT TOXOID 5ML VIAL . 13.50
TETANUS TOXOID ADSORBED TUBEX 10 DOSES ... 19.50
TETANUS TOXOID ADSORBED 5ML VIAL WYETH .. 9.85
TETANUS TOXOID ADSORBED 5ML VIAL CONNAU . 9.50
TETANUS TOXOID FLUID TUBEX 10 DOSES ......... 19.50
TETANUS TOXOID FLUID 7.5ML VIAL ..................... 9.85
TETANUS TOXOID FLUID 7.5ML VIAL ..................... 9.90
TETANUS-DIPHTHERIA TOXOID ADULT 5ML VIAL . 9.50
THERACYS, BCG VACCINE, 3 VIAL SET ............... 138.44
THERMOMETER PROBE COVER, IVAC P850 200'S .. 7.25

THERMOMETER PROBE COVER #221000 500/DISP ........ 14.88
THERMOMETER PROBE COVER #35000  500/BOX ........ 17.60
THERMOMETER, DIGITAL        BD4030 ................... 7.95
THERMOMETER, ELECTRONIC FILAC 1500 ........ 182.53
THERMOMETER, ORAL           Q-TIP ...................... 2.00
THERMOMETER, THERMOSCAN PRO-1 MODEL IR-1 . 335.00
THIAMINE 100MG/ML 1ML VIAL       25/BOX ....... 15.33
THIOGUANINE TABLETS 40MG        25/BTL ........ 66.76
THIOPLEX 15MG VIAL ............................................ 63.30
THORACENTESIS SET, ABBOTT 4653  48/CASE ... 276.00
THORACENTESIS TRAY W/CATHE #4341A 10/CS ... 200.60
THORAZINE 25MG/ML  1ML AMPULE  10/BOX ..... 60.81
THORAZINE 25MG/ML 10ML MDV .......................... 41.54
TICARCILLIN 3GM VIAL          10/BOX ................. 81.73
TIGAN 100MG/ML 10 X 2ML AMPULE ..................... 27.28
TIGAN 100MG/ML 20ML MDV ................................ 19.40
TIGAN CAPSULES 250MG          100/BOTTLE ...... 41.54
TIMENTIN 3.1GM 50ML VIAL        10/BOX ......... 117.48
TIMENTIN 3.1GM 50ML ADD-VANTAGE  10/BOX .. 120.12
TOBRAMYCIN 1.2GM/30ML VIAL ........................... 36.90
TOBRAMYCIN 80MG/2ML VIAL ................................ 3.00
TOPOSAR (ETOPOSIDE) 100MG MDV ................... 54.00
TOPOSAR (ETOPOSIDE) 200MG MDV ................. 108.00
TOPOSAR (ETOPOSIDE) 500MG MDV ................. 270.00
TOPPER SPONGE, STERILE 4X3  50/BOX 2435 ...... 4.25
TOPPER SPONGE, STERILE 4X4  50/BOX 2436 ...... 4.95
TORADOL 10MG TABLETS         100/BTL .............. 114.29
TORADOL 30MG/2ML 2ML TUBEX      10/BOX ..... 76.74
TORADOL 60MG/2ML 2ML TUBEX      10/BOX ..... 80.48
TORECAN 10MG TABLET 100'S ............................... 42.90
TORECAN 5MG/ML 2ML AMPULE ............................. 3.60
TOWEL, SCOTT C-FOLD  16PACKS/CASE 150'S .... 58.37
TRACE MTE-4 CONC. 10ML           25/BOX ......... 16.80
TRANSFER EXT.SET W/MINI SPIKE 50/BOX ........ 147.50
TRANSPORE TAPE  1X10Y  12/BOX 15271 ............ 15.40
TRANSPORE TAPE  2X10Y   6/BOX 15272 ............. 15.40
TRANSPORE TAPE  3X10Y   4/BOX 15273 ............. 16.40
TRECATOR-SC 250MG TABLETS      100/BTL ...... 157.07
TRIAMCINOLONE ACETONIDE 40MG/ML 5ML  MDV .. 7.40
TRICHOPHYTON SKIN TEST 1/500 1ML VIAL ....... 16.80
TRISORALEN 5MG TAB 100'S ................................ 179.31
TUBERCULIN OLD MONO-VACC TEST  25/BOX .... 24.00
TUBERCULIN PPD TINE TEST  25'S ....................... 32.00
TUBERCULIN PPD TINE TEST 100'S .................... 125.00
TUBERCULIN, APLISOL 5TU 10 TEST 1ML VIAL ... 14.60
TUBERCULIN,TUBERSOL 5TU 10 TEST 1ML VIAL .. 9.80
TUBERCULIN,TUBERSOL 5TU 50 TEST 5ML VIAL .. 22.50
TUBEX INJECTOR ...................................................... 3.75
TYLENOL EXTRA STRENGTH CAPLETS  100/BTL .. 7.66
TYLENOL EXTRA STRENGTH CAPLETS 175/BTL ... 12.75
TYLENOL LIQUID EXTRA-STRENGTH  8OZ ........... 6.20
TYPHOID VACCINE  5ML MDV WYETH ................. 11.50
TYPHOID VACCINE 10ML MDV WYETH .................. 19.50
TYPHOID VACCINE -TYPHIM VI 0.5ML SYRINGE .. 29.50
TYPHOID, ORAL  VIVOTIF BERNA  4/PACK ......... 26.00
UNASYN 1.5GM VIAL             10/BOX ................. 62.90
UNASYN 3.0GM VIAL             10/BOX ............... 109.76
UNASYN 3.0GM VIAL ADD-VANTAGE    10/BOX ... 113.30
UNDERPADS, DISPOSABLE 17.5 X 24   300/CS ..... 27.60
UNI-SOLVE ADHESIVE REMOVER WIPES 50/BOX ... 8.15
URACYL MUSTARD 1MG CAPS         50/BTL ......... 59.37
URETHRAL CATH. TRAY W/14FR CATH. .................. 1.95
VACUTAINER COLLECTION SET   50'S BD7251 ..... 40.50
VACUTAINER COLLECTION SET   50'S BD7253 ..... 40.50
VACUTAINER COLLECTION SET   50'S BD7255 ..... 40.50
VACUTAINER LUER ADAPTER S/S 100'S BD5731 ... 20.10
VACUTAINER LUER ADAPTER M/S 100'S BD7290 ... 26.75
VACUTAINER NEEDLE 22X1    100'S BD7210 ........ 12.50
VACUTAINER NEEDLE 21X1    100'S BD7212 ........ 12.50
VACUTAINER, BLUE TOP 4.5ML 100'S BD6419 ...... 10.50
VACUTAINER, GREEN TOP 10ML 100'S BD6480 .... 14.00
VACUTAINER, PURPLE TOP  3ML 100'S BD6385 ... 10.25
VACUTAINER, PURPLE TOP  7ML 100'S BD6450 ... 10.50
VACUTAINER, PURPLE TOP  5ML 100'S BD6452 ... 10.75
VACUTAINER, RED TOP   10ML 100'S BD6441 ...... 10.50
VACUTAINER, RED TOP    7ML 100'S BD6442 ........ 9.75
VACUTAINER, RED SST  9.5ML 100'S BD6510 ....... 29.50
VALIUM 10MG TABLETS 100'S        C4 ................. 97.36
VALIUM 10MG/2ML SYRINGE 10/BOX     C4 ........ 56.43
VALIUM 5MG/ML 10ML MDV               C4 ........... 18.12
VALTREX 500MG CAPLETS 42/BTL ...................... 100.46
VANCOCIN 10GRAM LILLY ...................................... 143.00
VANCOCIN 1GRAM ADD-VANTAGE LILLY 10 BOX ... 147.40



FLORIDA INFUSION

3601701

VAC MDL
5723

R2-004558

**1-800-624-0152**

# PRICE LIST

**15**

| | | |
|---|---|---|
| VANCOCIN 1GRAM LILLY          10/BOX ............... 143.00 | VINCRISTINE SOLUTION 1MG VIAL .............................. 5.50 | ZANTAC I.V. 50MG/2ML SDV 10/BOX ............... 36.52 |
| VANCOMYCIN 1000MG VIAL .......................................... 7.95 | VINCRISTINE SOLUTION 2MG VIAL .............................. 9.90 | ZANTAC I.V. 50MG/2ML 6ML MDV ................... 8.75 |
| VANCOMYCIN 1GRAM ADD-VANTAGE    10/BOX ...... 78.10 | VISTARIL 25MG/ML 10ML MDV ................................... 11.35 | ZANTAC PRE-MIX 50MG/50ML       24/CASE ....... 134.92 |
| VANCOMYCIN 5000MG VIAL .......................................... 39.28 | VISTARIL 50MG/ML 10ML MDV ................................... 17.72 | ZINACEF 1.5GM VIAL  25/BOX ......................... 308.41 |
| VANCOMYCIN 500MG VIAL ........................................... 3.95 | VIT B COMPLEX WITH C & B12 10ML MDV ............... 7.25 | ZINACEF 7.5GM BULK PACK  6/BOX ................ 362.69 |
| VARIVAX .5ML SDV (CHICKEN POX) ........................... 44.50 | VUMON 50MG/5ML AMPULE ....................................... 130.13 | ZINACEF 750MG VIAL  25/BOX ........................ 155.00 |
| VARIVAX .5ML SDV (CHICKEN POX)   10/BOX ........... 435.00 | WALKMED 350 PUMP W/BATTERY, BELT & POUCH . 1995.00 | ZINECARD 250MG VIAL ................................... 107.00 |
| VELBAN 10MG VIAL  LILLY .......................................... 35.67 | WELLBUTRIN 100MG TABS 100/BTL ........................... 68.85 | ZINECARD 500MG VIAL ................................... 214.00 |
| VENTOLIN SOLUTION INHALANT 20ML ..................... 10.86 | WYCILLIN 1,200,000U TUBEX      10X1ML ................. 42.43 | ZOFRAN 4MG TABLETS 30/BTL ........................ 291.58 |
| VEPESID (VP-16) 500MG VIAL ..................................... 553.60 | WYCILLIN 2,400,000U SYRINGE    10X4ML ................ 90.36 | ZOFRAN 4MG TABLETS 3/PK ............................ 29.75 |
| VEPESID (VP-16) 1GRAM VIAL ..................................... 1078.80 | WYCILLIN  600,000U TUBEX      10X1ML ................. 25.49 | ZOFRAN 8MG TABLETS 30/BTL ........................ 485.78 |
| VEPESID (VP-16) 150MG 7.5ML VIAL ........................... 170.34 | WYDASE SOLUTION 150 USP 1ML VIAL ...................... 6.65 | ZOFRAN 8MG TABLETS 3/PK ............................ 49.57 |
| VEPESID (VP-16) 100MG VIAL ..................................... 109.19 | XANAX 1.0MG TABLETS 100/BOTTLE     C4 ............... 88.53 | ZOFRAN INJECTION 2MG/ML 20ML MDV ............ 166.00 |
| VEPESID 50MG CAPS  20'S ........................................... 589.28 | XYLOCAINE 0.5% 50ML MDV ..................................... 3.40 | ZOFRAN INJECTION 2ML VIAL 5/BOX ............... 96.65 |
| VERAPAMIL 2ML SDV         5/BOX .............................. 2.45 | XYLOCAINE 1% 10CC MDV         5/BOX ..................... 7.63 | ZOFRAN PREMIXED 32MG/50ML D5W    6/CS .......... 750.00 |
| VERSED 1MG/ML 10ML VIAL 10/BOX     C4 .............. 151.90 | XYLOCAINE 1% 10ML SDV  5'S ................................... 21.72 | ZOLADEX 3.6MG SYRINGE ............................... 296.00 |
| VERSED 1MG/ML 2ML VIAL     10/BOX  C4 ................ 38.66 | XYLOCAINE 1% 20ML MDV ........................................ 1.88 | ZOSTRIX CREAM 60GRAM TUBE ........................ 18.61 |
| VERSED 1MG/ML 5ML VIAL     10/BOX  C4 ................ 85.07 | XYLOCAINE 1% 50ML MDV ........................................ 3.12 | ZOSTRIX HP CREAM 2OZ. TUBE ....................... 31.55 |
| VERSED 5MG/ML 10ML VIAL    10/BOX  C4 ................ 682.07 | XYLOCAINE 1% 5CC VIALS 10/BOX ............................ 16.78 | ZOSYN 3.375GM VIAL            10/BOX .............. 130.30 |
| VERSED 5MG/ML 1ML VIAL 10/BOX      C4 ................ 84.95 | XYLOCAINE 1% AMPULE 5ML      10/BOX ................... 16.96 | ZOSYN 4.5GM VIAL            10/BOX .................. 173.73 |
| VERSED 5MG/ML 2ML VIAL 10/BOX      C4 ................ 151.90 | XYLOCAINE 2% 50ML MDV ........................................ 3.91 | ZOVIRAX 1000MG VIAL          10/BOX ............. 950.21 |
| VERSED 5MG/ML  5ML VIAL    10/BOX  C4 ................ 359.35 | XYLOCAINE 2% JELLY 30GM TUBE .............................. 12.85 | ZOVIRAX 200MG CAPSULES         100/BTL ......... 85.96 |
| VESTAL LOTION SOAP  QUART ................................... 11.50 | XYLOCAINE 4% TOPICAL SOLUTION 50ML .................. 13.22 | ZOVIRAX 400MG TABLETS         100/BTL ........... 173.70 |
| VIDEX (DDI) 100MG TABLETS        60/BTL ................. 81.26 | XYLOCAINE INJ. 0.5% 50ML SDV .............................. 8.45 | ZOVIRAX 500MG/10ML VIAL      10/BOX ............ 441.16 |
| VINBLASTINE LIQUID MDV 10MG ............................... 11.60 | XYLOCAINE VISCOUS 2% 100ML ............................... 14.10 | ZOVIRAX 800MG TABLETS        100/BTL ............ 319.30 |
| VINBLASTINE LYOPH. POWDER 10MG VIAL .................. 9.60 | ZANOSAR (STREPTOZOCIN) 1GM VIAL ....................... 52.60 | ZOVIRAX OINTMENT 5%  3GM TUBE .................. 14.17 |

# TERMS & CONDITIONS

**TERMS**

Net 30 from date of invoice. Overdue balances will be assessed a monthly 1.5% service finance charge. Orders placed before 3:00 p.m. E.S.T. will be processed the same day.   Orders for $100 or more are shipped prepaid.  Orders of less than $30 will be assessed a $5.00 handling and shipping charge. All back orders are shipped freight prepaid.  Customers requesting special order handling will be billed the actual expense, unless special circumstances prevail or Florida Infusion Services is in error.

**FREIGHT**

Drug shipments outside of the state of Florida are shipped freight prepaid via UPS next-day air service.  Medical supplies are shipped freight prepaid via UPS Ground for delivery between 2 - 5 days.  Items requiring refrigeration during shipment will be shipped freight prepaid UPS Red label Monday through Thursday.

**PRICES**

Prices are subject to change without notice.  We will attempt to notify customers of price changes in advance, when possible.  We will be happy to quote, upon request, current prices at the time of the order.

**DAMAGES**

If goods arrive in a broken or damaged condition, the receiving party should request the carrier to note the nature of the damage or breakage on the delivery receipt and should notify Florida Infusion Services.  Our responsibility for loss of, damage to, or delay in shipment of goods shall not, in any event, exceed the replacement cost of the shipment.

**RETURN GOODS POLICY**

All returns must be authorized by Florida Infusion Services.  A return Goods Authorization Form will be mailed for all approved returns, a copy of which must accompany the returned goods.  Florida Infusion Services will accept the following returns:

**ITEMS SHIPPED IN ERROR**

Full credit.  We will refund freight expenses.

**OVERSTOCK ITEMS**

A 10% processing fee will be applied.  Dated products must be received with at least 4 months shelflife.  Products must be shipped prepaid.  To comply with the Drug Marketing Prescription Act, all items returned for restock must be guaranteed to have been stored under sanitary conditions and within the appropriate temperature and humidity requirements.

**RETURNED ITEMS**

Outdated goods must be returned within 6 months after the expiration date.  A 15% processing fee will be applied to the amount of credit obtained by the manufacturer.

**NON-RETURNABLE MERCHANDISE**

a. Refrigerated products.
b. Expired products retained for more than 6 months past the date of expiration.
c. Items not returnable to the original manufacturer.


**FLORIDAINFUSION**

**3601702**

R2-004559

# INJECTABLES

## ABBOTT — ABBOKINASE

**Urokinase**

| Product | Cat # | Units/Case | Unit Price | Case Price |
|---|---|---|---|---|
| 5,000 u/ml 1 ml (Catheter clearance) | 6111-01 | 1 | 41.84 | 41.84 |
| 250,000 u/ml 5 ml (Clot Dissolving) | 6109-05 | 1 | 310.26 | 310.26 |

**Vancomycin HCL** (VANCOCIN) (VANCOLED) (LYPHOCIN)

| Product | Cat # | Units/Case | Unit Price | Case Price |
|---|---|---|---|---|
| 500 mg 10 ml Lyoph. Powder, SDV | 4332-01 | 10 | 3.96 | 39.60 |
| 1 G 20 ml Lyoph. Powder, SDV | 6533-01 | 10 | 7.92 | 79.20 |
| 5 G 100 ml Lyoph. Powder, Vial | 6509-01 | 1 | 44.03 | 44.03 |

**Venoglobulin -** See Immune Globulin

**Verapamil HCL (2.5 mg/ml)** (CALAN)

| Product | Cat # | Units/Case | Unit Price | Case Price |
|---|---|---|---|---|
| 2 ml Amp | 4011-01 | 25 | 1.52 | 37.98 |
| 2 ml SDV | 1144-01 | 25 | .99 | 24.96 |
| 2 ml Hypak Syringe | 4000-01 | 25 | 3.15 | 78.75 |
| 4 ml Amp | 4011-02 | 25 | 1.63 | 40.79 |
| 4 ml SDV | 1144-02 | 25 | 1.58 | 39.38 |
| 4 ml Abboject | 1143-01 | 10 | 3.38 | 33.75 |

## ADRIA — VINCASAR

**Vincristine MF** (ONCOVIN) (VINCASAR)

| Product | Cat # | Units/Case | Unit Price | Case Price |
|---|---|---|---|---|
| 1 mg 1 ml MDV | A7456-01 | 10 | 8.75 | 87.50 |
| 2 mg 2 ml MDV | A7466-01 | 10 | 17.50 | 175.00 |

**Vitamin B-12 -** See Cyanocobalamin

**Vitamin C -** See Ascorbic Acid

## ABBOTT

**Vitamin K (Phythoanadione, USP)** (KONAKION)

| Product | Cat # | Units/Case | Unit Price | Case Price |
|---|---|---|---|---|
| 2 mg/ml 0.5 ml AMP | 9157-01 | 50 | .95 | 47.70 |
| 2 mg/ml 1 ml AMP | 9158-01 | 50 | 1.91 | 95.47 |
| Water, Bacteriostatic MDV, 30 ml w/Benzyl Alcohol | 3977-03 | 100 | .36 | 36.25 |

## SOLOPAK

| Cat # | Units/Case | Unit Price | Case Price |
|---|---|---|---|
| 10002 | 5 | .41 | 2.03 |
| 10005 | 5 | .50 | 2.50 |

To Order CALL  800-231-7014  or  FAX  800-555-0516

UltraCare "America's Single Source Solution"

3903200

VAC MDL
15698

R2-014533

**Abbott Laboratories**
**Abbott Park, Ill  60064**
Hospital Products Division
Proposal PRICES01

**CPN/PPO**
**BOCA RATON, FL**

SOLUTIONS & EQUIPMENT

**Exhibit A**

Contract 24981

| List Number | Case Config | Price-1 | Product Description                                             Page   18 |
|-------------|-------------|---------|---------------------------------------------------------------------------|
| 06483-01-17* | 5X5 | 10.08 | ERYTHROCIN PIGGYBACK 500MG VIAL(BENZYL AL FREE) |
| 06492-02-03 | 24 | 241.37 | PLUM LC 5000 ENTERAL W/INTEGRAL CONT 105 INCH |
| 06497-02-03 | 24 | 196.71 | PLUM LC 5000 W/MB PIERCING PIN 107 INCH NV |
| 06504-01-01* | 25 | 453.86 | PENTOTHAL 5GM/2.5% TRANSFER KIT |
| 06509-01-13* | 10X1 | 35.10 | VANCOMYCIN HCL 5GM - STERILE (PHARMACY BULK PKG) |
| 06514-01-01* | 50 | 225.38 | PCA EXTENSION SET W/BACKCHECK VALVE-SL |
| 06516-01-01* | 50 | 159.89 | PCA SET-LONG MINI-BORE W/INT ANTI-SIPHON VALVE-SL |
| 06517-01-01* | 50 | 159.89 | PCA CONT INF MINI-BORE W/INT ANTI-SIPHON VALVE-SL |
| 06533-01-13* | 5X10 | 70.20 | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE |
| 06534-01-13* | 10X10 | 44.39 | VANCOMYCIN HCL 500MG ADDVANTAGE VIAL - STERILE |
| 06535-01-13* | 5X10 | 77.09 | VANCOMYCIN HCL 1GM ADDVANTAGE VIAL - STERILE |
| 06536-01-01 | 20 | 33.51 | CATHETER IRRIGATION SET W/CAIR CLAMP |
| 06538-01-01 | 20 | 138.11 | CYSTOMANOMETER SET |
| 06541-01-01 | 20 | 51.86 | IRRIGATION SET - SECONDARY |
| 06542-02-02* | 20 | 98.82 | T-U-R SYSTEM W/FLOW-POUCH |
| 06543-01-01 | 20 | 98.82 | T-U-R Y-TYPE SET |
| 06544-01-01* | 20 | 57.36 | CYSTOSCOPY/IRRIGATION SET |
| 06599-01-01 | 20 | 115.12 | IRRIGATION SET LARGE BORE Y-TYPE NV |
| 06609-02-13* | 2X25 | 31.87 | NEUT 4% SODIUM BICARBONATE 5ML FLIPTOP ADD VIAL |
| 06625-02-13* | 2X25 | 18.58 | SODIUM BICARBONATE 8.4% 50MEQ 50ML FLIPTOP VIAL |
| 06629-02-13* | 2X25 | 15.49 | QUELICIN CHLORIDE INJ (20MG/ML) 10ML FLIPTOP VIAL |
| 06635-01-13* | 4X25 | 9.08 | POTASSIUM CHL INJ 10MEQ 5ML/10ML FLIPTOP VIAL |
| 06636-01-13* | 4X25 | 7.25 | POTASSIUM CHL INJ 30MEQ 15ML/30ML FLIPTOP VIAL |
| 06637-01-03* | 10 | 14.76 | SODIUM BICARBONATE 8.4% 50MEQ 50ML (18GX1-1/2) ABJ |
| 06637-33-33* | 25 | 41.75 | SODIUM BICARB 8.4% 50MEQ 50ML(18GX1-1/2)LIFESHIELD |
| 06642-02-13* | 2X25 | 56.75 | QUELICIN CHLORIDE INJ (50MG/ML) 10ML AMPUL |
| 06646-01-01 | 20 | 60.67 | SOLUSET 150X60 |
| 06647-01-01 | 20 | 107.70 | SOLUSET 150X60 W/IVEX-HP FILTER |
| 06648-02-13* | 2X25 | 10.70 | DEXTROSE 50% INJ 50ML FLIPTOP ADDITIVE VIAL |
| 06651-06-13* | 4X25 | 5.08 | POTASSIUM CHL INJ 20MEQ 10ML IN 20ML FLIPTOP VIAL |
| 06653-05-13* | 4X25 | 5.94 | POTASSIUM CHL INJ 40MEQ 20ML IN 30ML FLIPTOP VIAL |
| 06657-73-13* | 4X25 | 11.48 | SODIUM CHLORIDE 14.6% INJ 50MEQ, 20ML FLIPTOP |
| 06660-75-13* | 4X25 | 11.56 | SODIUM CHLORIDE 100MEQ 40ML FLIPTOP ADDITIVE VIAL |
| 06664-02-13* | 2X25 | 36.63 | SODIUM LACTATE 50MEQ 10ML FLIPTOP ADDITIVE VIAL |
| 06682-02-02* | 100 | ~~206.32~~ | ~~PENTOTHAL DISPENSING PIN~~ |
| 06864-03-04* | 4 | 703.35 | PENTHRANE 125ML BOTTLE |
| 06864-08-09* | 20 | 421.12 | PENTHRANE 15ML BOTTLE |
| 06940-03-13* | 5X5 | 63.09 | ENDRATE (150MG/ML) 20ML AMPUL |
| 06947-02-02 | 25 | 219.23 | EPIDURAL CATH W/STYLET, CATHETER ADAPTER/LUER PLUG |
| 06970-10-13* | 2X25 | 65.57 | QUELICIN-1000 10ML IN 20ML FLIPTOP VIAL |
| 07001-03-34* | 6 | 108.18 | RITODRINE HCL 150MG(0.3MG/ML) IN 5% DEXTROSE 500ML |
| 07012-05-05* | 12 | 44.97 | PHYSIOSOL IRRIGATION pH 7.4 1000ML |
| 07067-10-10* | 4X25 | 14.09 | BACTERIOSTATIC 0.9% SODIUM CHL INJ 10ML FLIPTOP-LS |
| 07074-26-26* | 24 | 141.87 | POTASSIUM CHL INJ 10MEQ, 100ML (1:1) |
| 07074-37-37* | 80 | 472.68 | POTASSIUM CHL INJ 10MEQ, 100ML (4:1) |
| 07075-14-14* | 24 | 141.87 | POTASSIUM CHL INJ 10MEQ, 50ML (1:1) |

Issue Date July 06, 1994        *Products eligible for Wholesaler Chargeback Program
Pricing Effective From 06/01/94 to 05/31/97
Example:  Case Configuration of 4X25 contains 4 inner packs of 25 units each, total of 100 units.  Price is reflective of 25 units.

**0100613**

**VAC MDL**
**27427**

R2-026262

Abbott Laboratories
Abbott Park, Ill  60064
Proposal PRICES01

PHARMACY PROVIDER ORG
DAYTON BEACH, FL

Exhibit A

Contract 1105013076VA

## Hospital Products Division

Page 10

| List Number | Case | Price-1 | Price-2 | Price-3 | Product Description |
|---|---|---|---|---|---|
| 01523-11-11 | 12 | 21.17 | 20.25 | 19.79 | DEXTROSE 5% INJ USP 150ML (100ML FILL) |
| 01523-03-03 | 12 | 22.51 | 21.53 | 21.04 | DEXTROSE 5% INJ USP 500ML (400ML FILL) |
| 07923-20-20* | 48 | 59.50 | 56.91 | 55.62 | DEXTROSE 5% INJ USP LIFECARE (25ML FILL) QUAD/PK |
| 07923-13-16* | 48 | 49.00 | 49.00 | 49.00 | DEXTROSE 5% INJ USP LIFECARE (50ML FILL) QUAD/PK |
| 07923-23-27* | 48 | 49.00 | 49.00 | 49.00 | DEXTROSE 5% INJ USP LIFECARE (100ML FILL) QUAD/PK |
| 07922-01-31* | 24 | 25.73 | 24.61 | 24.05 | DEXTROSE 5% INJ USP LIFECARE 150ML |
| 07922-02-62* | 24 | 22.58 | 22.00 | 21.42 | DEXTROSE 5% INJ USP LIFECARE 250ML |
| 07922-03-34* | 24 | 22.58 | 22.00 | 21.42 | DEXTROSE 5% INJ USP LIFECARE 500ML |
| 07922-09-39* | 12 | 13.21 | 12.87 | 12.53 | DEXTROSE 5% INJ USP LIFECARE 1000ML |
| 07922-54-14* | 24 | 39.25 | 37.54 | 36.69 | DEXTROSE 5% INJ USP LIFECARE 500ML |
| 07100-13-75* | 48 | 100.07 | 95.72 | 93.55 | DEXTROSE 5% INJ USP ADD-VANTAGE (50ML FILL) |
| 07100-23-77* | 48 | 100.07 | 95.72 | 93.55 | DEXTROSE 5% INJ USP ADD-VANTAGE (100ML FILL) |
| 07100-02-72* | 24 | 54.43 | 54.43 | 54.43 | DEXTROSE 5% INJ USP ADD-VANTAGE 250ML |
| 07941-02-62 | 24 | 24.28 | 23.66 | 23.03 | DEXTROSE 5%/0.9% SOD CHL INJ USP LIFECARE 250ML |
| 07941-03-34 | 24 | 24.28 | 23.66 | 23.03 | DEXTROSE 5%/0.9% SOD CHL INJ USP LIFECARE 500ML |
| 07941-09-39 | 12 | 14.43 | 14.06 | 13.69 | DEXTROSE 5%/0.9% SOD CHL INJ USP LIFECARE 1000ML |
| 01530-02-02 | 12 | 30.41 | 29.08 | 28.42 | DEXTROSE 10% INJ USP 250ML |
| 01530-03-03 | 12 | 30.41 | 29.08 | 28.42 | DEXTROSE 10% INJ USP 500ML |
| 04089-02-03* | 50 | 40.40 | 38.64 | 37.76 | DEXTROSE 10% INJ USP 5ML AMPUL |
| 05641-25-25* | 6 | 11.84 | 11.54 | 11.25 | DEXTROSE 10% INJ USP 1000ML (500ML FILL) |
| 07938-19-15* | 12 | 36.80 | 35.20 | 34.40 | DEXTROSE 10% INJ USP 1000ML (500ML FILL) |
| 07930-03-34 | 24 | 25.96 | 25.30 | 24.63 | DEXTROSE 10% INJ USP IN LIFECARE 500ML |
| 07930-09-39 | 12 | 15.13 | 14.74 | 14.36 | DEXTROSE 10% INJ USP IN LIFECARE 1000ML |
| 01534-05-05 | 6 | 20.23 | 19.35 | 18.91 | DEXTROSE 10% INJ / 0.9% SOD CHL INJ 1000ML |
| 01535-03-03 | 12 | 41.23 | 39.44 | 38.54 | DEXTROSE 20% INJ USP 500ML |
| 07935-19-15* | 12 | 42.49 | 40.65 | 39.72 | DEXTROSE 20% INJ USP 1000ML (500ML FILL) |
| 05642-25-25* | 6 | 13.67 | 13.33 | 12.99 | DEXTROSE 20% INJ USP 1000ML (500ML FILL) |
| 07898-01-01* | 10 | 52.85 | 50.56 | 49.41 | DEXTROSE 25% INJ 250MG/ML 10ML INFANT SYRINGE ABBJ |
| 08004-15-15* | 12 | 47.68 | 45.61 | 44.57 | DEXTROSE 30% INJ USP 1000ML (500ML FILL) |
| 05823-25-25* | 6 | 14.97 | 14.58 | 14.20 | DEXTROSE 30% INJ USP 1000ML (500ML FILL) |

Issue Date February 06, 1992    *Products eligible for Wholesaler Chargeback Program
Pricing Effective From 04/17/91 to 04/30/92
Price 1 =  1-25   Price 2 =  26-100   Price 3 =  101-+

0100663

R2-026312

# Home Infusion/Oncology

*Winter '94 by Alpha*

| PIC# | DESCRIPTION | EA. | GULF NET | NDC/UPC | MANUFACTURER |
|------|-------------|-----|----------|---------|--------------|
| 212-266 | DEXAMETHASN 4MG30ML 25AR | CT | 43.50* | 517493025 | AMERICAN REGENT |
| 707-729 | DEXAMETHASN 20GM5MLSY10LY | CT | 107.00 | 469908087 | LYPHOMED/FUJISAWA |
| 717-504 | DEXAMETHASN MDV4MG30ML LY | EA | 10.00 | 469165050 | LYPHOMED/FUJISAWA |
| 192-633 | DEXAMETHASN VL 10MG10MLLY | EA | 11.50 | 469061001 | LYPHOMED/FUJISAWA |
| 773-309 | DEXAMETHASN VL 4MG 1ML 25 | CT | 8.85* | 517490125 | AMERICAN REGENT |
| 374-900 | DEXAMETHASN VL 4MG 5ML EL | EA | 1.10 | 641227341 | ELKINS SINN |
| 039-347 | DEXT 5% 150ML PLSBAG24AB | CS | 125.52 | 74792201 | ABBOTT HOSP |
| 671-149 | DEXT 5% 250ML PLSBAG24AB | CS | 29.76 | 74792202 | ABBOTT HOSP |
| 040-667 | DEXT 5% 500ML PLSBAG24AB | CS | 30.00 | 74792203 | ABBOTT HOSP |
| 649-228 | DEXT 5% .45%SOD10002B1074 | CS | 22.91* | | BAXTER |
| 649-210 | DEXT 5% .9% SOD10002B1064 | CS | 22.91* | | BAXTER |
| 040-733 | DEXT 5% 1000ML PLSBAG12AB | CS | 16.92 | 74792209 | ABBOTT HOSP |
| 648-311 | DEXT 5% QPAK 100ML-2B0082 | CS | 172.65* | | BAXTER |
| 044-594 | DEXT 5% SOD.45% 500ML24AB | CS | 151.68 | 74792603 | ABBOTT HOSP |
| 438-879 | DEXT 5% SOD.45%1000ML12KM | CS | 77.04 | 264761200 | MCGAW INC |
| 649-350 | DEXT 5% WTR 500ML -2B0063 | CS | 375.91* | | BAXTER |
| 649-251 | DEXT 5% WTR1000ML -2B0064 | CS | 21.85* | | BAXTER |
| 044-768 | DEXT 5%.9%SOD 1000ML 12AB | CS | 90.24 | 74794109 | ABBOTT HOSP |
| 600-874 | DEXT 5%/LACT RING1000ML12 | CS | 79.32 | 264775100 | MCGAW INC |
| 450-098 | DEXT INJ 10%100MG20ML 25 | CT | 18.45* | 39769015817 | SOLOPAK LABS |
| 503-813 | DEXT INJ 50% 50ML VL 50AB | CS | 45.50 | 74664802 | ABBOTT HOSP |
| 406-843 | DEXT INJ 50% 50ML SY25IMS | CS | 173.00 | 548200100 | IMS LIMITED |
| 640-284 | DEXT SDV 50% 50ML 25LYP | CT | 43.25 | 469367025 | LYPHOMED/FUJISAWA |
| 272-906 | DIAZEPAM VL 10MG2ML 10LYP | CT | 20.40 | 469274010 | LYPHOMED/FUJISAWA |
| 701-995 | DIFLUCAN PBU 200MG BOT 6 | CT | 390.00 | 49337126 | PFIZER CORP |
| 165-795 | DILANT AMP 100MG 2ML10 SY | CT | 41.11 | 71448841 | PARK DAVIS GRP |
| 377-838 | DIPHENHYD 50MG 10X1ML TB | CT | 20.73 | 8038401 | WYETH LABS. |
| 535-591 | DIPHENHYD 50MG 1ML SY25 | CT | 87.00 | 548139000 | IMS LIMITED |
| 066-159 | DOBUTAMINE HCL INJ 20MLSH | EA | 31.18* | 364303155 | SCHEIN PHARM, INC. |
| 433-128 | DOPAMINE VL 200MG 5ML25AR | CT | 10.45* | 517180525 | AMERICAN REGENT |
| 641-621 | DOPAMINE VL 400MG 5ML25AR | CT | 16.50* | 517190525 | AMERICAN REGENT |
| 450-619 | DOPAMINE VL 400MG 5ML25SP | CT | 13.35* | 39769001005 | SOLOPAK LABS |
| 640-276 | DOXYCYCL VL 100MG 20ML5LY | CT | 59.00 | 469130130 | LYPHOMED/FUJISAWA |
| 640-268 | DOXYCYCL VL 200MG 20ML LY | EA | 26.95 | 469164040 | LYPHOMED/FUJISAWA |
| 435-305 | DROPERIDL 2.5MG10MLVL10AR | CT | 35.45* | 517971010 | AMERICAN REGENT |
| 434-829 | DROPERIDL 2.5MG2ML VL10AR | CT | 7.45* | 517970210 | AMERICAN REGENT |
| 431-635 | DURAMORPH PF 10MG10ML10EL | CT | 73.75 | 641111433 | ELKINS SINN |
| 614-347 | ELASE VIAL | EA | 20.18 | 57317003010 | LYPHOMED/FUJISAWA |
| 639-963 | ELECTROLYTE SOL 50ML SY25 | CT | 156.75 | 548622000 | IMS LIMITED |
| 823-559 | EPINEPHR 1:1000 1ML 25AR | CT | 8.95* | 517106125 | AMERICAN REGENT |
| 376-046 | EPINEPHR 1:10000 3ML25IMS | CT | 95.50 | 548104600 | IMS LIMITED |
| 795-120 | EPINEPHR 1:10M 10ML 18G25 | CT | 136.00 | 548101400 | IMS LIMITED |
| 795-112 | EPINEPHR 1:10M 10ML 21G25 | CT | 97.50 | 548101600 | IMS LIMITED |
| 423-236 | EPINEPHR 1:10M 10ML 25IMS | CS | 105.00 | 548201600 | IMS LIMITED |
| 008-730 | EULEXIN CAP 125MG 100UD | EA | 131.85 | 85052503 | SCHERING CORP |
| 772-293 | FLUOROURACIL VL 50MG10SP | CT | 94.50* | 39769001290 | SOLOPAK LABS |
| 484-436 | FLUOROURACIL VL 500MG10SP | CT | 10.50* | 39769001210 | SOLOPAK LABS |

* Net Prices                          **Page 16**                    Other prices add your normal mark-up %

3602223

R2-005080