Abbott Laboratories  PHARMACY PROVIDER ORG  Exhibit A
Abbott Park, Ill 60064  DAYTON BEACH, FL
Proposal PRICES01  Contract 1105013076VA

Page 32

Hospital Products Division

| List Number | Case | Price-1 | Price-2 | Price-3 | Product Description |
|---|---|---|---|---|---|
| 07299-01-73* | 100 | 53.52 | 51.20 | 50.04 | SODIUM ACETATE 40MEQ 20ML IN 50ML FLIPTOP VIAL |
| 01594-03-03 | 12 | 58.08 | 55.55 | 54.29 | SODIUM BICARBONATE 5% INJ USP 500ML |
| 03299-06-06* | 25 | 84.53 | 80.85 | 79.01 | SODIUM ACETATE 2MEQ/ML 100ML FLPTP(BULK PHM PKG) |
| 04103-03-03* | 25 | 42.38 | 40.54 | 39.61 | SODIUM BICARBONATE 7.5% INJ USP 50ML AMPUL |
| 05534-01-03* | 10 | 16.68 | 15.95 | 15.59 | SOD BICARB 4.2% INJ 10ML INFANT (21GX1-1/2) ABBOJ |
| 04916-01-03* | 10 | 32.19 | 30.79 | 30.09 | SODIUM BICARBONATE 7.5% 50ML (18GX1-1/2) ABBOJECT |
| 04900-01-03* | 10 | 22.41 | 21.44 | 20.95 | SOD BICARB 8.4% 10MEQ 10ML (21GX1-1/2) PED ABBJ |
| 06637-01-03* | 10 | 16.68 | 15.95 | 15.59 | SODIUM BICARBONATE 8.4% 50MEQ 50ML (18GX1-1/2) ABJ |
| 06625-02-03* | 50 | 84.80 | 81.11 | 79.27 | SODIUM BICARBONATE 8.4% 50MEQ 50ML FLIPTOP VIAL |
| 07132-13-75* | 48 | 107.58 | 102.91 | 100.57 | SODIUM CHL 0.45% INJ USP ADD-VANTAGE (50ML FILL) |
| 07730-13-16* | 48 | 64.76 | 61.94 | 60.53 | SODIUM CHL 0.45% INJ USP (25ML FILL) QUAD/PK |
| 07730-20-20* | 48 | 67.84 | 64.89 | 63.41 | SODIUM CHL 0.45% INJ USP QUAD/PK (50ML FILL) QUAD/PK |
| 07975-07-07 | 6 | 29.77 | 28.48 | 27.83 | SODIUM CHLORIDE 0.45% IRRIGATION, USP 2000ML |
| 06147-06-26 | 8 | 18.15 | 17.36 | 16.96 | SODIUM CHL 0.45% IRRIGATION USP (AQUALITE) 1500ML |
| 07985-03-34 | 24 | 23.65 | 23.05 | 22.44 | SODIUM CHL 0.45% INJ USP LIFECARE 500ML |
| 07985-09-39 | 12 | 13.29 | 12.95 | 12.61 | SODIUM CHL 0.45% INJ USP LIFECARE 1000ML |
| 07101-02-72* | 24 | 54.43 | 54.43 | 54.43 | SOD CHL 0.9% INJ USP ADD-VANTAGE 250ML |
| 07984-20-20* | 48 | 59.50 | 56.91 | 55.62 | SOD CHL 0.9% INJ LIFECARE QUAD/PK (25ML FILL) |
| 07101-13-75* | 48 | 100.07 | 95.72 | 93.55 | SOD CHL 0.9% INJ USP ADD-VANTAGE (50ML FILL) |
| 07984-13-16* | 48 | 49.00 | 49.00 | 49.00 | SOD CHL 0.9% INJ LIFECARE QUAD/PK (50ML FILL) |
| 07984-23-27* | 48 | 49.00 | 49.00 | 49.00 | SOD CHL 0.9% INJ LIFECARE QUAD/PK (100ML FILL) |
| 07101-23-77* | 48 | 100.07 | 95.72 | 93.55 | SOD CHL 0.9% INJ USP ADD-VANTAGE (100ML FILL) |
| 04888-10-71* | 100 | 24.79 | 23.72 | 23.18 | SODIUM CHL 0.9% INJ USP 10ML FLIPTOP VIAL |
| 01492-01-01* | 25 | 43.10 | 41.23 | 40.29 | SODIUM CHL 0.9% INJ 100ML/150ML PRESSURIZED PINTOP |
| 01493-01-01* | 25 | 41.99 | 40.16 | 39.25 | SODIUM CHL 0.9% INJ 50ML/100ML PRESSURIZED PINTOP |
| 01584-01-01 | 12 | 21.17 | 20.25 | 19.79 | SODIUM CHL 0.9% INJ USP 150ML (50ML FILL) |
| 04888-20-72* | 100 | 31.56 | 30.18 | 29.50 | SODIUM CHL 0.9% INJ USP 20ML FLIPTOP VIAL |
| 04888-50-75* | 100 | 54.10 | 51.74 | 50.57 | SODIUM CHL 0.9% INJ USP 50ML FLIPTOP VIAL |
| 04888-99-99* | 25 | 23.38 | 22.80 | 22.21 | SODIUM CHL 0.9% INJ USP 100ML FLIPTOP VIAL |
| 01584-11-11 | 12 | 21.17 | 20.25 | 19.79 | SODIUM CHL 0.9% INJ USP 150ML (100ML FILL) |

Issue Date February 06, 1992   *Products eligible for Wholesaler Chargeback Program
Pricing Effective From 04/17/91 to 04/30/92
Price 1 = 1-25   Price 2 = 26-100   Price 3 = 101-+

0100685

VAC MDL
27499

R2-026334

Abbott Laboratories  
Abbott Park, Ill 60064  
Proposal PRICES01

PHARMACY PROVIDER ORG  
DAYTON BEACH, FL

Exhibit A

Contract 1105013076VA

Hospital Products Division

Page 33

| List Number | Case | Price-1 | Price-2 | Price-3 | Product Description |
|---|---|---|---|---|---|
| 07138-06-26 | 8 | 11.09 | 10.60 | 10.36 | SODIUM CHL 0.9% IRRIG (AQUALITE) 1500ML W/HANGER |
| 07972-05-05 | 12 | 38.64 | 36.96 | 36.12 | SODIUM CHL 0.9% IRRIG FLEXIBLE CONTAINER 1000ML |
| 07972-07-07 | 6 | 29.77 | 28.48 | 27.83 | SODIUM CHL 0.9% IRRIG FLEXIBLE CONTAINER 2000ML |
| 07972-08-08 | 4 | 29.79 | 28.49 | 27.84 | SODIUM CHL 0.9% IRRIG FLEXIBLE CONTAINER 3000ML |
| 06138-02-12 | 12 | 13.12 | 12.55 | 12.27 | SODIUM CHL 0.9% IRRIGATION USP (AQUALITE) 250ML |
| 06138-03-13 | 12 | 13.12 | 12.55 | 12.27 | SODIUM CHL 0.9% IRRIGATION USP (AQUALITE) 500ML |
| 07138-09-19 | 12 | 12.55 | 12.27 | 11.90 | SODIUM CHL 0.9% IRRIGATION USP (AQUALITE) 1000ML |
| 01583-01-01 | 12 | 14.34 | 13.72 | 13.41 | SODIUM CHLORIDE 0.9% INJ USP 150ML |
| 01583-02-02 | 12 | 14.34 | 13.72 | 13.41 | SODIUM CHLORIDE 0.9% INJ USP 250ML |
| 01583-05-05 | 6 | 8.22 | 7.87 | 7.69 | SODIUM CHLORIDE 0.9% INJ USP 1000ML |
| 07983-01-31* | 24 | 22.28 | 21.71 | 21.14 | SODIUM CHLORIDE 0.9% INJ USP LIFECARE 150ML |
| 07983-02-62* | 24 | 22.28 | 24.31 | 21.14 | SODIUM CHLORIDE 0.9% INJ USP LIFECARE 250ML |
| 07983-03-34* | 24 | 22.28 | 21.71 | 21.14 | SODIUM CHLORIDE 0.9% INJ USP LIFECARE 500ML |
| 01586-03-03 | 12 | 18.00 | 17.22 | 16.82 | SODIUM CHLORIDE 5% INJ 500ML |
| 07983-09-39* | 12 | 12.07 | 11.76 | 11.45 | SODIUM CHLORIDE 0.9% INJ USP LIFECARE 1000ML |
| 01966-04-71* | 100 | 37.19 | 35.57 | 34.77 | SODIUM CHL INJ USP 10ML FLIPTOP (BACTERIOSTATIC) |
| 01966-05-72* | 100 | 46.21 | 44.20 | 43.19 | SODIUM CHL INJ USP 20ML FLIPTOP (BACTERIOSTATIC) |
| 01966-07-73* | 100 | 38.32 | 36.65 | 35.82 | SOD CHL INJ 30ML FLIPTOP (BACTERIOSTATIC/PLASTIC) |
| 06657-02-02* | 50 | 43.95 | 42.04 | 41.09 | SODIUM CHLORIDE 50MEQ 20ML FLIPTOP ADDITIVE VIAL |
| 06660-02-02* | 50 | 40.57 | 38.81 | 37.93 | SODIUM CHLORIDE 100MEQ 40ML FLIPTOP ADDITIVE VIAL |
| 04219-02-02* | 12 | 63.19 | 60.39 | 59.02 | SODIUM CHL INJ USP BULK ADDITIVE SOLN 250ML |
| 06660-75-75* | 100 | 81.14 | 77.62 | 75.86 | SODIUM CHLORIDE 100MEQ 40ML FLIPTOP ADDITIVE VIAL |
| 06664-02-71* | 50 | 112.70 | 107.80 | 105.35 | SODIUM LACTATE 50MEQ 10ML FLIPTOP ADDITIVE VIAL |
| 07987-03-34 | 24 | 42.31 | 40.47 | 39.55 | SODIUM LACTATE INJ LIFECARE 500ML (1/6 MOLAR) |
| 03295-05-05* | 25 | 138.84 | 132.80 | 129.78 | SODIUM PHOSPHATE 150MMP 50ML FLPT(BULK PHAR PKG) |
| 07391-01-01* | 50 | 69.87 | 66.84 | 65.32 | SODIUM PHOSPHATE 45MMP 15ML FLIPTOP VIAL |
| 07391-72-72* | 100 | 139.74 | 133.68 | 130.64 | SODIUM PHOSPHATE 45MMP 15ML FLIPTOP VIAL |
| 07987-09-39 | 12 | 26.76 | 25.60 | 25.02 | SODIUM LACTATE INJ LIFECARE 1000ML (1/6 MOLAR) |
| 01787-01-01 | 24 | 345.26 | 330.25 | 322.75 | SOLUSET 50X15 IV SET W/PEDIATRIC IVEX SL |
| 03090-02-02 | 24 | 325.19 | 311.05 | 303.98 | SOLUSET 50X15 IV PUMP SET-SL |

Issue Date February 06, 1992    *Products eligible for Wholesaler Chargeback Program  
Pricing Effective From 04/17/91 to 04/30/92  
Price 1 = 1-25    Price 2 = 26-100    Price 3 = 101-+

0100686

VAC MDL  
27500

R2-026335

Abbott Laboratories
Abbott Park, Ill 60064
Proposal PRICES01

PHARMACY PROVIDER ORG
DAYTON BEACH, FL

Exhibit A

Contract 1105013076VA

Page 37

## Hospital Products Division

| List Number | Case | Price-1 | Price-2 | Price-3 | Product Description |
|---|---|---|---|---|---|
| 07168-09-19* | 12 | 20.29 | 20.29 | 20.29 | UROLOGIC G IRRIGATION (AQUALITE) 1000ML W/HANGER |
| 04959-01-01 | 1 | 362.53 | 346.76 | 338.88 | LIFECARE VACUUM PUMP |
| 04332-01-01* | 10 | 74.75 | 71.50 | 69.88 | VANCOMYCIN HCL 500MG FLIPTOP VIAL - STERILE |
| 04960-01-01 | 1 | 474.20 | 453.59 | 443.28 | LIFECARE VACU-ADD UNIT |
| 02657-01-01 | 60 | 67.76 | 64.81 | 63.34 | VENI-PREP KIT II |
| 02681-01-01 | 60 | 65.72 | 62.86 | 61.44 | VENI-PREP KIT |
| 06533-01-01* | 10 | 149.50 | 143.00 | 139.75 | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE |
| 02665-01-01 | 60 | 82.77 | 79.17 | 77.37 | VENI-PREP III WITH SITE-CARE DRESSING |
| 08077-01-01 | 120 | 102.79 | 98.32 | 96.08 | VENI LOOP CONNECTOR |
| 08078-01-01 | 120 | 102.79 | 98.32 | 96.08 | VENI LOOP CONNECTOR W/EXTENDED TUBING |
| 08079-01-01 | 120 | 117.30 | 112.20 | 109.66 | VENI LOOP CONNECTOR W/RESEAL |
| 01756-01-01 | 24 | 176.13 | 167.74 | 163.93 | VENOSET NV |
| 03704-01-01 | 24 | 206.31 | 197.34 | 192.86 | VENOSET - VENTED |
| 01702-48-48 | 48 | 61.64 | 58.96 | 57.62 | VENOSET SECONDARY - VENTED |
| 01857-48-48 | 48 | 40.89 | 39.12 | 38.23 | VENOSET 72 W/CAIR CLAMP NV |
| 01859-48-48 | 48 | 41.54 | 39.73 | 38.83 | VENOSET 78 WITH CAIR CLAMP - NV |
| 01881-48-48 | 48 | 53.47 | 50.92 | 48.96 | VENOSET 78 WITH CAIR CLAMP - VENTED |
| 01862-48-48 | 48 | 55.82 | 53.39 | 52.18 | VENOSET 72 WITH CAIR CLAMP - VENTED |
| 03084-48-48 | 48 | 73.74 | 70.53 | 68.93 | VENOSET 78 W/MB PIERCING PIN & CAIR NV |
| 04253-48-48 | 48 | 140.03 | 133.36 | 130.69 | VENOSET 78 WITH IVEX-2 FILTER NV |
| 04293-48-48 | 48 | 138.82 | 132.21 | 129.57 | VENOSET 78 WITH IVEX-2 FILTER NV |
| 08958-48-48 | 48 | 268.10 | 256.44 | 250.61 | VENOSET 90 SL W/IVEX-2 FILTER AND CAIR CLAMP |
| 08967-48-48 | 48 | 92.02 | 88.02 | 86.02 | VENOSET 90 WITH CAIR CLAMP - VENTED |
| 01722-68-68 | 48 | 72.81 | 69.64 | 68.06 | VENOSET 100 MICRODRIP W/CAIR CLAMP |
| 01795-73-73 | 48 | 119.29 | 114.10 | 111.51 | VENOSET 100 PIGGYBACK MICRODRIP W/CAIR CLAMP |
| 01796-73-73 | 48 | 205.07 | 196.15 | 191.69 | VENOSET 100 PIGGYBACK MICRODRIP W/IVEX-HP/CAIR |
| 01725-73-73 | 48 | 113.64 | 108.70 | 106.23 | VENOSET 100 PIGGYBACK W/CAIR CLAMP |
| 01730-73-73 | 48 | 218.76 | 209.25 | 204.50 | VENOSET 100 PRIMARY PIGGYBACK W/IVEX-HP |
| 01728-58-58 | 48 | 70.04 | 66.54 | 63.04 | VENOSET 100 W/CAIR CLAMP NV |
| 01855-48-48 | 48 | 67.86 | 64.91 | 63.44 | VENOSET 100 WITH CAIR CLAMP NV |

Issue Date February 06, 1992   *Products eligible for Wholesaler Chargeback Program
Pricing Effective From 04/17/91 to 04/30/92
Price 1 =   1-25   Price 2 =   26-100   Price 3 =   101-+

0100690

VAC MDL
27504

R2-026339

Abbott Laboratories       CPN/PPO           Exhibit A
Abbott Park, Ill 60064     BOCA RATON, FL
Hospital Products Division
Proposal P2T04798

**0101158**

| List Number | Case Config | Price-1 | Price-2 | Product Description | Page 10 |
|---|---|---|---|---|---|
| 04293-48-48 | 48 | 132.21 | 129.57 | VENOSET 78 WITH IVEX-2 FILTER NV | |
| 04328-01-01 | 50 | 43.09 | 42.11 | SHELF STORAGE TRAY | |
| 04329-01-01 | 1 | 25.88 | 25.29 | LIFECARE ADDS RACK | |
| 04332-01-01* | 10 | 37.50 | 37.50 | VANCOMYCIN HCL 500MG FLIPTOP VIAL - STERILE | |
| 04343-01-01* | 3 | 24.71 | 24.14 | AMINOSYN TPN 7% W/ELECTROLYTES KIT 500ML | |
| 04346-73-73* | 25 | 54.16 | 52.93 | AMINOCAPROIC ACID INJ USP (250MG ML) 20ML FLIPTOP | |
| 04360-05-05* | 6 | 69.58 | 67.99 | AMINOSYN 10% (pH6) 1000ML | |
| 04379-02-02 | 10 | 129.98 | 127.02 | AMNIOCENTESIS TRAY | |
| 04386-02-02 | 10 | 141.68 | 138.46 | AMNIOCENTESIS TRAY WITH 50ML SYRINGE | |
| 04429-48-48 + | 48 | 46.97 | 44.62 | EXTENSION SET 20 INCH | |
| 04438-02-02 + | 50 | 81.82 | 79.96 | EXTENSION TUBE 7 INCH-SL | |
| 04481-48-48 + | 48 | 43.98 | 42.98 | EXTENSION SET 30 INCH | |
| 04492-01-01 | 120 | 33.60 | 33.60 | BUTTERFLY 21 GAUGE 3/4 INCH | |
| 04496-01-01 + | 24 | 163.67 | 159.95 | VENOSET PRIMARY PIGGYBACK IV SET-SL W MB PIERCING | |
| 04506-01-01 + | 120 | 33.60 | 33.60 | BUTTERFLY 25 GAUGE 3/4 INCH | |
| 04510-58-58 + | 48 | 192.60 | 188.22 | PLATELET CONCENTRATE INFUSION SET | |
| 04521-48-48 | 48 | 136.69 | 133.58 | IVEX-HP FILTERSET | |
| 04522-58-58 + | 48 | 73.69 | 72.01 | TWIN-SITE EXTENSION SET | |
| 04524-58-58 | 48 | 127.03 | 124.14 | IVEX-HP FILTERSET | |
| 04525-48-48 | 48 | 156.33 | 152.78 | S-A-I-F (Solution Additive Inline Filter) Set 1 M | |
| 04526-05-05* | 25 | 66.65 | 65.13 | ZINC 1MG/ML 50ML FLIPTOP (PHARM BULK PKG) | |
| 04532-02-02 + | 120 | 124.70 | 121.86 | CLEAR-CATH 20 GAUGE 2 INCH | |
| 04532-06-06 + | 120 | 124.70 | 121.86 | CLEAR-CATH 16 GAUGE 1-1/4 INCH | |
| 04532-08-08 + | 120 | 124.70 | 121.86 | CLEAR-CATH 18 GAUGE 1-1/4 INCH | |
| 04532-14-14 + | 120 | 124.70 | 121.86 | CLEAR-CATH 14 GAUGE 2 INCH | |
| 04532-16-16 + | 120 | 124.70 | 121.86 | CLEAR-CATH 16 GAUGE 2 INCH | |
| 04532-18-18 + | 120 | 124.70 | 121.86 | CLEAR-CATH 18 GAUGE 2 INCH | |
| 04532-20-20 + | 120 | 124.70 | 121.86 | CLEAR-CATH 20 GAUGE 1-1/4 INCH | |
| 04532-22-22 + | 120 | 130.39 | 127.43 | CLEAR-CATH 22 GAUGE 1-1/4 INCH | |
| 04532-24-24 + | 120 | 137.65 | 134.53 | CLEAR-CATH 24 GAUGE 3/4 INCH | |
| 04532-32-32 + | 120 | 130.39 | 127.43 | CLEAR-CATH 22 GAUGE 1 INCH | |
| 04532-74-74 + | 60 | 126.10 | 123.24 | CLEAR-CATH 14 GAUGE 5-1/2 SUBCLAVIAN | |
| 04535-02-02 + | 120 | 113.32 | 110.75 | ABBOCATH-T 20 GAUGE 2 INCH | |
| 04535-06-06 + | 120 | 113.32 | 110.75 | ABBOCATH-T 16 GAUGE 1-1/4 INCH | |
| 04535-08-08 + | 120 | 113.32 | 110.75 | ABBOCATH-T 18 GAUGE 1-1/4 INCH | |
| 04535-14-14 + | 120 | 113.32 | 110.75 | ABBOCATH-T 14 GAUGE 2 INCH | |
| 04535-16-16 + | 120 | 113.32 | 110.75 | ABBOCATH-T 16 GAUGE 2 INCH | |
| 04535-18-18 + | 120 | 113.32 | 110.75 | ABBOCATH-T 18 GAUGE 2 INCH | |
| 04535-20-20 + | 120 | 113.32 | 110.75 | ABBOCATH-T 20 GAUGE 1-1/4 INCH | |
| 04535-22-22 + | 120 | 118.49 | 115.80 | ABBOCATH-T 22 GAUGE 1-1/4 INCH | |
| 04535-24-24 + | 120 | 204.13 | 199.49 | ABBOCATH-T 24 GAUGE 3/4 INCH | |
| 04535-26-26 + | 120 | 216.55 | 211.62 | ABBOCATH-T 26 GAUGE 3/4 INCH | |
| 04535-32-32 + | 120 | 118.49 | 115.80 | ABBOCATH-T 22 GAUGE 1 INCH | |
| 04535-76-76 + | 60 | 115.64 | 113.01 | ABBOCATH-T SUBCLAVIAN 16 GAUGE 5-1/2 INCH | |
| 04535-84-54 + | 60 | 115.64 | 113.01 | ABBOCATH-T SUBCLAVIAN 14 GAUGE 5-1/2 INCH | |
| 04536-08-08 + | 120 | 123.67 | 120.86 | ABBOCATH-T W SYRINGE 18 GAUGE 1-1/4 INCH | |

Issue Date July 07, 1993    *Products eligible for Wholesaler Chargeback Program
Example: Case configuration of 4x25 contains 4 inner packs of 25 units each, total of 100 units. Price is reflective of 25 units.

+ WARNING
Manufactured with CFC-113, a substance which harms public health and environment by destroying ozone in the upper atmosphere