Abbott Laboratories  CPN/PPO  Exhibit A
Abbott Park, Ill 60064  BOCA RATON, FL
Hospital Products Division
Proposal P2T04798

0101164

| List Number | Case Config | Price-1 | Price-2 | Product Description | Page 16 |
|---|---|---|---|---|---|
| 06365-02-17* | 10X10 | 14.87 | 14.53 | ERYTHROCIN LACTOBIONATE INJ 500MG VIAL | |
| 06368-13-17* | 5X5 | 10.78 | 10.54 | ERYTHROCIN PIGGYBACK 500MG SINGLE DOSE VIAL | |
| 06402-48-48 + | 48 | 114.79 | 112.18 | TRANSFER SET (HEAVY DEXTROSE) | |
| 06412-01-01 + | 20 | 122.91 | 120.12 | SOLUSET 50X60 FILTER W/CAIR CLAMP | |
| 06414-58-58 + | 48 | 392.22 | 383.30 | CARDIAC CATHETER SET NV | |
| 06418-01-01*+ | 25 | 87.76 | 85.76 | PENTOTHAL READY-TO-MIX 250MG PLUS SYRINGE | |
| 06419-01-01*+ | 25 | 108.70 | 106.23 | PENTOTHAL READY-TO-MIX 400MG PLUS SYRINGE | |
| 06420-01-01*+ | 25 | 130.15 | 127.19 | PENTOTHAL READY-TO-MIX 500MG PLUS SYRINGE | |
| 06426-12-12 + | 48 | 407.60 | 398.34 | PLUM LC5000 PRIM SL 104INC DUAL CHANNEL, VENTED | |
| 06427-12-12 + | 48 | 551.32 | 538.78 | PLUM LC 5000 IVEX-HP FILTER SET-SL DUAL CHANNEL | |
| 06428-02-03 + | 24 | 284.28 | 277.82 | PLUM LC 5000 SOLUSET MICRODRIP 150X60 BURETTE-SL | |
| 06432-12-12 | 48 | 420.56 | 411.00 | PLUM LC 5000 PRIMARY SL 104 INCH DUAL CHANNEL, NV | |
| 06433-02-03 + | 24 | 268.69 | 262.58 | PLUM LC 5000 SOLUSET 150ML BURETT-SL 114 INCH CHAN | |
| 06435-01-03* | 25 | 151.53 | 148.08 | PENTOTHAL 1GM AND STERILE WATER COMBO PACK | |
| 06436-02-03 + | 24 | 284.52 | 278.05 | PLUM LC 5000 SOLUSET MICRODRIP 150ML BURETTE-SL | |
| 06437-02-03 + | 24 | 215.00 | 210.11 | PLUM LC 5000 MODIFIED CAP ENTERAL SET 98 INCH | |
| 06440-02-03 + | 24 | 292.88 | 286.22 | PLUM LC 5000 MICRODRIP PRIMARY SET-SL 107 INCH | |
| 06457-01-01 + | 50 | 85.76 | 83.81 | EXTENSION SET-SL 12 INCH MICROBORE | |
| 06458-01-01 + | 50 | 91.55 | 89.47 | EXTENSION SET-SL 20 INCH MICROBORE | |
| 06459-01-01 + | 50 | 95.72 | 93.55 | EXTENSION SET-SL 20 INCH MICROBORE W/2 Y-INJ SITES | |
| 06460-01-01 + | 50 | 94.09 | 91.96 | EXTENSION SET-SL 36 INCH MICROBORE | |
| 06461-01-01 + | 50 | 101.06 | 98.76 | EXTENSION SET-SL 72 INCH MICROBORE | |
| 06462-01-01 + | 50 | 168.97 | 165.13 | MANIFOLD III-SL | |
| 06464-01-01 + | 50 | 119.71 | 116.99 | FAT EMULSION SET-SL 72 INCH MICROBORE | |
| 06473-01-01 + | 120 | 419.12 | 409.60 | EXTENSION SET 36 INCH MICROBORE W/LUER LOCK | |
| 06474-01-01 + | 120 | 526.76 | 514.79 | EXTENSION SET 60 INCH W/LUER LOCK | |
| 06476-44-17* | 10X10 | 20.91 | 20.44 | ERYTHROCIN LACTOBIONATE IV 500MG ADD-VANTAGE VIAL | |
| 06478-44-17* | 5X10 | 32.34 | 31.61 | ERYTHROCIN LACTOBIONATE IV 1GM ADD-VANTAGE VIAL | |
| 06480-02-03 + | 24 | 210.28 | 205.50 | PLUM LC 5000 PRIMARY SET-SL W/CAPPED SEC PORT | |
| 06480-12-12 + | 48 | 420.56 | 411.00 | PLUM LC 5000 PRIMARY SET-SL W/CAPPED SEC PORT | |
| 06481-01-17* | 5X10 | 26.41 | 25.81 | ERYTHROCIN LACTOBIONATE 1GM VIAL(BENZYL AL FREE) | |
| 06482-01-17* | 10X10 | 14.87 | 14.53 | ERYTHROCIN LACTOBIONATE 500MG VIAL(BENZYL AL FREE) | |
| 06483-01-17* | 5X5 | 10.78 | 10.54 | ERYTHROCIN PIGGYBACK 500MG VIAL(BENZYL AL FREE) | |
| 06497-02-03 | 24 | 210.28 | 205.50 | PLUM LC 5000 W/MB PIERCING PIN 107 INCH NV | |
| 06504-01-01* | 25 | 536.73 | 524.54 | PENTOTHAL 5GM/2.5% TRANSFER KIT | |
| 06509-01-01* | 1 | 37.50 | 37.50 | VANCOMYCIN HCL 5GM - STERILE (PHARMACY BULK PKG) | |
| 06514-01-01*+ | 50 | 240.93 | 235.46 | PCA EXTENSION SET W/BACKCHECK VALVE-SL | |
| 06516-01-01*+ | 50 | 207.52 | 202.80 | PCA SET-LONG MINI-BORE W/INT ANTI-SIPHON VALVE-SL | |
| 06517-01-01* | 50 | 176.25 | 172.25 | PCA CONT INF MINI-BORE W/INT ANTI-SIPHON VALVE-SL | |
| 06533-01-01* | 10 | 75.00 | 75.00 | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE | |
| 06536-01-01 | 20 | 35.80 | 34.99 | CATHETER IRRIGATION SET W/CAIR CLAMP | |
| 06538-01-01 | 20 | 147.64 | 144.29 | CYSTOMANOMETER SET | |
| 06541-01-01 | 20 | 49.92 | 47.00 | IRRIGATION SET - SECONDARY | |
| 06542-02-02 | 20 | 105.64 | 103.24 | T-U-R SYSTEM W/FLOW-POUCH | |
| 06543-01-01 | 20 | 108.16 | 104.00 | T-U-R Y-TYPE SET | |
| 06544-01-01 | 20 | 55.20 | 55.20 | CYSTOSCOPY/IRRIGATION SET | |

Issue Date July 07, 1993   *Products eligible for Wholesaler Chargeback Program
Example: Case configuration of 4x25 contains 4 inner packs of 25 units each, total of 100 units.   Price is reflective of 25 units.

+ WARNING
Manufactured with CFC-113, a substance which harms public health and environment by destroying ozone in the upper atmosphere.