| Drug Type | Drug | dosage | NDC # | Year | Ven-A-Care's Price | Source | Bates | WAC | AWP |
|---|---|---|---|---|---|---|---|---|---|
| Albuterol | Albuterol Sulfate 0.083% (J7620) | 3 ml, 25's | 49502-0697-03 | 1994 | $0.44 | Pharmaceutical Buyers Inc. | VAC MDL 73915 | $0.76 | $1.21 |
|  |  |  |  | 1995 | $0.44 | Dey Contract - CPN | VAC MDL 71681 | $0.58 2/1995 | $1.21 |
|  |  |  |  |  |  |  |  | $0.99 5/1995 | $1.21 |
|  |  |  |  | 1997 | $0.34 | Dey Contract-GNYHA | VAC MDL 43646-43650 | $0.58 | $1.21 |
|  | Albuterol Sulfate 0.083% (J7620) | 3 ml, 30's | 49502-0697-33 | 1994 | $0.44 | Pharmaceutical Buyers Inc. | VAC MDL 73915 | $0.76 | $1.21 |
|  |  |  |  | 1995 | $0.44 | Dey Contract - CPN | VAC MDL 71681 | $0.58 2/1995 | $1.21 |
|  |  |  |  |  |  |  |  | $0.99 5/1995 | $1.21 |
|  |  |  |  | 1997 | $0.34 | Dey Contract-GNYHA | VAC MDL 43646-43650 | $0.58 | $1.21 |
|  | Albuterol Sulfate 0.083% | 3 ml 60s | 49502-0697-60 | 1997 | $0.34 | Dey Contract-GNYHA | VAC MDL 43646-43650 | $0.58 | $1.21 |
| Cromolyn Sodium | Cromolyn Sodium USP (J7630) | 20 mg/2 ml, 60's | 49502-0689-02 | 1995 | $0.47 | Dey Contract - CPN | VAC MDL 71681 | $0.57 | $0.70 |
|  |  |  |  |  | $28.00/ctn |  |  |  |  |
|  | Cromolyn Sodium USP (J7630) | 20 mg/2 ml, 120s | 49502-0689-12 | 1995 | $0.46 | Dey Contract - CPN | VAC MDL 71681 | $0.55 | $0.70 |
|  |  |  |  |  | $55.00/ctn |  |  |  |  |
| Ipratropium Bromide | Ipratropium Bromide |  | J7645 & K0518 |  |  |  |  |  |  |
|  | Ipratropium Bromide .02% | 2.5ml, 25s | 49502-0685-03 | 1997 | $0.86 | Dey Contract-GNYHA | VAC MDL 43646-43650 | $1.02 | $1.76 |
|  | Ipratropium Bromide .02% | 2.5ml, 60s | 49502-0685-60 | 1997 | $0.86 | Dey Contract-GNYHA | VAC MDL 43646-43650 | $1.02 | $1.76 |
| Albuterol Inhaler | Albuterol Inhalation Aerosol | 17 gm | 49502-0303-17 | 2000 | $2.90 | Anda Invoice | VAC MDL 85677 | $3.64 | $21.70 |

| | | | 1997 | $4.25 | Dey Contract-GNYHA | VAC MDL 43646-43650 | $5.74 | $21.70 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Albuterol Inhalation Aerosol (refill) | (refill) 17 gm (NDC # change) | 49502-0303-27; -0333-27 | 1997 | $4.00 | Dey Contract-GNYHA | VAC MDL 43646-43650 | $5.74 | $19.79 |

# DEY LABORATORIES
A Lipha Americas Company

**Contract Award**

COMMUNITY PHARMACY NETWORK/PPN
2200 CORPORATE BLVD. NW
SUITE 314
BOCA RATON, FL 33431

TO ORDER:
Contact your local wholesaler, or:
DEY LABORATORIES
10246 Miller Rd.
Dallas, TX 75238
800/527-4278

DEY Contract No.: CPN-0203
Effective Date: 01/01/95
Expiration Date: 12/31/95
Terms: 2% 20; net 31 days
Freight: FOB Destination

| Product Description | Strength | Unit Size | Brand Name | NDC Number | #/Ctn. | $/Ctn. |
|---|---|---|---|---|---|---|
| ACETYLCYSTEINE SOLUTION | 10% | 4 ML | MUCOSIL | 49502-101-04 | 12/CTN | $20.28 |
| ACETYLCYSTEINE SOLUTION | 10% | 10 ML | MUCOSIL | 49502-101-10 | 3/CTN | $11.70 |
| ACETYLCYSTEINE SOLUTION | 10% | 30 ML | MUCOSIL | 49502-101-30 | 3/CTN | $24.27 |
| ACETYLCYSTEINE SOLUTION | 20% | 4 ML | MUCOSIL | 49502-102-04 | 12/CTN | $20.76 |
| ACETYLCYSTEINE SOLUTION | 20% | 10 ML | MUCOSIL | 49502-102-10 | 3/CTN | $12.06 |
| ACETYLCYSTEINE SOLUTION | 20% | 30 ML | MUCOSIL | 49502-102-30 | 3/CTN | $27.80 |
| ACETYLCYSTEINE SOLUTION | 20% | 100 ML | MUCOSIL | 49502-102-00 | 1/CTN | $73.62 |
| ALBUTEROL SULFATE INHALATION SOLUTION | 0.083% | 3 ML | DEY-LUTE | 49502-697-03 | 25/CTN | $11.00 |
| ALBUTEROL SULFATE INHALATION SOLUTION | 0.083% | 3 ML | DEY-LUTE | 49502-697-33 | 10/CTN | $13.20 |
| ALBUTEROL SULFATE INHALATION SOLUTION | 0.083% | 3 ML | DEY-LUTE | 49502-697-60 | 60/CTN | $26.40 |
| CROMOLYN SODIUM INHALATION, USP | 20 MG/2 ML | 2 ML | | 49502-689-02 | 60/CTN | $28.00 |
| CROMOLYN SODIUM INHALATION, USP | 20 MG/2 ML | 2 ML | | 49502-689-12 | 120/CTN | $55.00 |
| ISOETHARINE INHALATION SOLUTION (PRE-MIXED) S/F | 0.08% | 3 ML | DEY-LUTE | 49502-661-03 | 25/CTN | $6.50 |
| ISOETHARINE INHALATION SOLUTION (PRE-MIXED) S/F | 0.1% | 5 ML | DEY-LUTE | 49502-664-05 | 25/CTN | $6.50 |
| ISOETHARINE INHALATION SOLUTION (PRE-MIXED) S/F | 0.17% | 3 ML | DEY-LUTE | 49502-660-03 | 25/CTN | $6.50 |
| ISOETHARINE INHALATION SOLUTION (PRE-MIXED) S/F | 0.25% | 2 ML | DEY-LUTE | 49502-659-02 | 25/CTN | $6.50 |
| METAPROTERENOL SULFATE INHALATION SOLN. USP | 0.4% | 2.5 ML | DEY-LUTE | 49502-678-03 | 25/CTN | $7.50 |
| METAPROTERENOL SULFATE INHALATION SOLN. USP | 0.6% | 2.5 ML | DEY-LUTE | 49502-676-03 | 25/CTN | $7.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.45% | 3 ML | | 49502-820-03 | 100/CTN | $9.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.45% | 5 ML | | 49502-820-05 | 100/CTN | $9.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 3 ML | | 49502-830-03 | 100/CTN | $9.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 5 ML | | 49502-830-05 | 100/CTN | $9.50 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 15 ML | | 49502-830-15 | 24/CTN | $8.76 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 3 ML | DEY-VIAL | 49502-030-03 | 250/CTN | $29.10 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 5 ML | DEY-VIAL | 49502-030-05 | 250/CTN | $29.10 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 10 ML | DEY-VIAL | 49502-030-10 | 125/CTN | $29.10 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 20 ML | DEY-PAK | 49502-030-20 | 100/CS | $33.95 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 3% | 15 ML | DEY-PAK | 49502-641-15 | 50/CTN | $27.50 |
| WATER, PURIFIED, USP, FOR INHALATION | 10% | 5 ML | | 49502-810-05 | 100/CTN | $9.50 |

Effective: 01/01/95

VAC MDL 71681

# PHARMACEUTICAL BUYERS, INC

Abbreviated Vendor Catalog for     HOME INFUSION PROVIDER CLOSED SHOP     October 27, 1994

| NDC | Label Name | Generic Name | Case | Pack | Unit | Contract |
|---|---|---|---|---|---|---|
| **COPLEY PHARMACEUTICAL, INC.** | | | | | | |
| 38245-0433-1 | GLYBURIDE 2.5MG TABLET | GLYBURIDE | | 100 | EA | 12.730 |
| 38245-0433-5 | GLYBURIDE 2.5MG TABLET | GLYBURIDE | | 500 | EA | 60.450 |
| 38245-0477-1 | GLYBURIDE 1.25MG TABLET | GLYBURIDE | | 50 | EA | 3.920 |
| 38245-0604-1 | HALOPERIDOL LAC 2MG/ML CONC | HALOPERIDOL LACTATE | | 15 | ML | 3.600 |
| 38245-0607-1 | GRANULDERM AEROSOL | TRYPSIN/BALSAM PERU/CASTOR OIL | | 113 | ML | 6.750 |
| 38245-0612-1 | DOXEPIN 10MG/ML ORAL CONC | DOXEPIN HYDROCHLORIDE | | 120 | ML | 5.900 |
| 38245-0613-1 | THIOTHIXENE 5MG/ML ORAL CON | THIOTHIXENE HYDROCHLORIDE | | 120 | ML | 11.000 |
| 38245-0633-0 | VALPROIC ACID 250MG/5ML SYR | VALPROATE SODIUM | | 480 | ML | 23.100 |
| 38245-0660-0 | ETHOSUXIMIDE SYRUP | ETHOSUXIMIDE SYRUP | | 480 | EA | 36.900 |

Comments

Contract Term: thru    10/31/96

| NDC | Label Name | Generic Name | Case | Pack | Unit | Contract |
|---|---|---|---|---|---|---|
| **DEY LABORATORIES** | | | | | | |
| 49502-0030-0 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 250/ | 3 | ML | 29.100 |
| 49502-0030-1 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 125/ | 10 | ML | 29.100 |
| 49502-0181-0 | ACETYLCYSTEINE 10% VIAL | ACETYLCYSTEINE | 12/ | 4 | ML | 20.280 |
| 49502-0181-3 | ACETYLCYSTEINE 10% VIAL | ACETYLCYSTEINE | 3/ | 30 | ML | 24.270 |
| 49502-0182-0 | ACETYLCYSTEINE 20% VIAL | ACETYLCYSTEINE | 12/ | 4 | ML | 20.760 |
| 49502-0182-3 | ACETYLCYSTEINE 20% VIAL | ACETYLCYSTEINE | 3/ | 30 | ML | 27.800 |
| 49502-0659-0 | ISOETHARINE 0.25% SOLUTION | ISOETHARINE HYDROCHLORIDE | 25/ | 2 | ML | 6.50 |
| 49502-0676-0 | METAPROTERENOL 0.6% SOLN | METAPROTERENOL SULFATE | 25/ | 2 | ML | 7.50 |
| 49502-0678-0 | METAPROTERENOL 0.4% SOLN | METAPROTERENOL SULFATE | 25/ | 2 | ML | 7.50 |
| 49502-0697-0 | ALBUTEROL .83MG/ML SOLUTION | ALBUTEROL SULFATE | 25/ | 3 | ML | 11.00 |
| 49502-0697-3 | ALBUTEROL .83MG/ML SOLUTION | ALBUTEROL SULFATE | 30/ | 3 | ML | 13.20 |
| 49502-0697-6 | ALBUTEROL .83MG/ML SOLUTION | ALBUTEROL SULFATE | 60/ | 3 | ML | 26.40 |
| 49502-0820-0 | SODIUM CHLORIDE 0.45% VIAL | SODIUM CL FOR INHALATION | 100/ | 3 | ML | 9.50 |
| 49502-0830-0 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 100/ | 5 | ML | 9.50 |
| 49502-0830-0 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 100/ | 5 | ML | 9.50 |
| 49502-0830-1 | SODIUM CHLORIDE 0.9% VIAL | SODIUM CL FOR INHALATION | 24/ | 15 | ML | 5.11 |

Comments    SUPPLY IS GUARANTEED. PLEASE STATE THAT YOU ARE A
PBI MEMBER WHEN PLACING AN ORDER AND REFER TO

Contract Term: thru    10/31/96

| NDC | Label Name | Generic Name | Case | Pack | Unit | Contract |
|---|---|---|---|---|---|---|
| **DOW HICKAM PHARMACEUTICALS, INC.** | | | | | | |
| 00514-0001-0 | GRANULEX SPRAY | TRYPSIN/BALSAM PERU/CASTOR OIL | | 56 | ML | 7.250 |
| 00514-0056-0 | PRODERM AEROSOL | BALSAM PERU/CASTOR OIL | | 113 | ML | 10.990 |
| 00514-0085-0 | FLEXZAN ADHESIVE DRESSING | ADHESIVE | | 10 | EA | 17.000 |
| 00514-0085-3 | FLEXZAN ADHESIVE DRESSING | ADHESIVE | | 5 | EA | 27.250 |
| 00514-0092-0 | SORBSAN 3"X 3" WOUND DRESS | CELLULOSE,OXIDIZED/CA ALGINATE | | 10 | EA | 26.000 |
| 00514-0092-1 | SORBSAN 4"X 4" WOUND DRESS | CELLULOSE,OXIDIZED/CA ALGINATE | | 10 | EA | 31.000 |
| 00514-0101-5 | SULFAMYLON 8.5% CREAM | MAFENIDE ACETATE | | 57 | G | 14.870 |
| 00514-0101-5 | SULFAMYLON 8.5% CREAM | MAFENIDE ACETATE | | 113 | G | 27.910 |

Comments

Contract Term: thru    10/31/96

| NDC | Label Name | Generic Name | Case | Pack | Unit | Contract |
|---|---|---|---|---|---|---|
| **DU PONT PHARMA/ENDO LABORATORIES, L.L.C.** | | | | | | |
| 00590-0368-0 | NARCAN 1MG/ML VIAL | NALOXONE HYDROCHLORIDE | | 10 | ML | 27.000 |
| 00590-0395-1 | NUBAIN 10MG/ML P/F AMPUL | NALBUPHINE HYDROCHLORIDE | 10/ | 1 | ML | 8.000 |
| 00590-0398-1 | NUBAIN 20MG/ML P/F AMPUL | NALBUPHINE HYDROCHLORIDE | 10/ | 1 | ML | 9.000 |

Comments

Contract Term: thru    10/31/96

VAC MDL 73915

```
            Transmit Confirmation Report

No.              :  001
Pages            :  33
Transmitter      :  VEN-A-CARE OF ITI-CA
Date             :     Jun 15.9    15:04
Time             :  03'01
Mode             :     Norm
Pages            :  04
Result           :  OK
```

2303771

VAC MDL43646

# VEN-A-CARE
## OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

903 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

## FAX TRANSMITTAL SHEET

### "PERSONAL AND CONFIDENTIAL"

TO: **Rob Vito & Linda Ragone**

AT: **OIG PA**

FAX NO: **215-596-6987**

FROM: **Mark & Zach**

FAX NO: 305-292-1739

DATE: **6/19/97**     TIME: **11:35 AM**

RE: **Dey Labs Contract for Greater N.Y. Hosp. Assoc. Buying Group. Prices keep going down.** ☺

PAGES TO FOLLOW INCLUDING COVER SHEET: **4**

NOTE: FORWARD THIS FAX IMMEDIATELY TO THE ADDRESSEE, AS THE DOCUMENTS CONTAINED IN THIS FAX ARE PERSONAL AND CONFIDENTIAL!! IF YOU DO NOT RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CALL SALLY SMITH AT 305-292-1635.

2303772

VAC MDL43647

# DEY LABORATORIES

A Lipha Americas company

**Contract Award**

**To Order:**
Contact your local wholesaler, or:
DEY LABORATORIES
10246 Miller Road
Dallas, TX  75238

**Greater New York Hosp Assoc/Alternate Care**
555 West 57th Street, 15th Floor
New York, NY 10019

DEY Contract No:  GNY-1025
Effective Date:  01/01/1994
Expiration Date:  12/31/1998
Terms:  2% 30; net 31 days
Freight:  FOB Destination

| Product Description | Strength | Unit Size | Brand Name | NDC Number | #/Ctn. | $/Ctn. |
|---|---|---|---|---|---|---|
| Acetylcysteine Solution | 10% | 4 mL | Mucosil | 49502-181-04 | 12 | 12.48 |
| Acetylcysteine Solution | 10% | 10 mL | Mucosil | 49502-181-10 | 3 | 10.17 |
| Acetylcysteine Solution | 10% | 30 mL | Mucosil | 49502-181-30 | 3 | 19.65 |
| Acetylcysteine Solution | 20% | 4 mL | Mucosil | 49502-182-04 | 12 | 12.60 |
| Acetylcysteine Solution | 20% | 10 mL | Mucosil | 49502-182-10 | 3 | 9.90 |
| Acetylcysteine Solution | 20% | 30 mL | Mucosil | 49502-182-30 | 3 | 24.63 |
| Acetylcysteine Solution | 20% | 100 mL | Mucosil | 49502-182-00 | 1 | 24.50 |
| Acetylcysteine Solution | 20% | 200 inhal | | 49502-303-17 | 1 | 4.25 |
| Albuterol Inhalation Aerosol, 17 g, Kit | 90 mcg/inh | 200 inhal | | 49502-303-27 | 1 | 4.00 |
| Albuterol Inhalation Aerosol, 17 g, Refill | 90 mcg/inh | 3 mL | Dey-Lute | 49502-697-03 | 25 | 8.50 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-33 | 30 | 10.20 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-60 | 60 | 20.40 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 20 mL | | 49502-196-20 | 1 | 5.50 |
| Albuterol Sulfate Inhalation Solution | 0.5% | 2 mL | | 49502-689-02 | 60 | 24.50 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2 mL | | 49502-689-12 | 120 | 49.00 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2.5 mL | | 49502-685-03 | 25 | 21.50 |
| Ipratropium Bromide Inhalation Solution | 0.02% | 2.5 mL | | 49502-685-60 | 60 | 51.60 |
| Ipratropium Bromide Inhalation Solution | 0.02% | 2.5 mL | Dey-Lute | 49502-678-03 | 25 | 6.25 |
| Metaproterenol Sulfate Inhalation Solution | 0.4% | 2.5 mL | Dey-Lute | 49502-676-03 | 25 | 6.25 |
| Metaproterenol Sulfate Inhalation Solution | 0.6% | 15 mL | | 49502-830-15 | 24 | 5.02 |
| Sodium Chloride Solution | 0.9% | 15 mL | Dey-Pak | 49502-640-15 | 50 | 27.50 |
| Sodium Chloride Solution | 3% | 15 mL | Dey-Pak | 49502-641-15 | 50 | 27.50 |
| Sodium Chloride Solution | 10% | 5 mL | | 49502-810-05 | 100 | 9.50 |
| Water, Purified, USP | | | | | | |

Last revised: 04/21/1997

2303773

VAC MDL43648



# DEY LABORATORIES
*An Alpha Americas company*

**Contract Award**

To Order:
Contact your local wholesaler, or:
DEY LABORATORIES
10246 Miller Road
Dallas, TX 75238

GeriMed
9707 Shelbyville Road
Louisville, KY 40223

DEY Contract No: GER-0092
Effective Date: 08/01/1996
Expiration Date: 07/31/1998
Terms: 2% 30; net 31 days
Freight: FOB Destination

| Product Description | Strength | Unit Size | Brand Name | NDC Number | #/Ctn. | $/Ctn. |
|---|---|---|---|---|---|---|
| Acetylcysteine Solution | 10% | 4 mL | Mucosil | 49502-181-04 | 12 | 20.28 |
| Acetylcysteine Solution | 10% | 10 mL | Mucosil | 49502-181-10 | 3 | 11.70 |
| Acetylcysteine Solution | 10% | 30 mL | Mucosil | 49502-181-30 | 3 | 24.27 |
| Acetylcysteine Solution | 20% | 4 mL | Mucosil | 49502-182-04 | 12 | 20.76 |
| Acetylcysteine Solution | 20% | 10 mL | Mucosil | 49502-182-10 | 3 | 12.06 |
| Acetylcysteine Solution | 20% | 30 mL | Mucosil | 49502-182-30 | 3 | 27.84 |
| Albuterol Inhalation Aerosol 17 g, Kit | 90 mcg/inh | 200 inhal | | 49502-303-17 | 1 | 4.00 |
| Albuterol Inhalation Aerosol, 17 g, Refill | 90 mcg/inh | 200 inhal | | 49502-303-27 | 1 | 3.75 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-03 | 25 | 8.60 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-33 | 30 | 10.32 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-60 | 60 | 20.64 |
| Albuterol Sulfate Inhalation Solution | 0.5% | 20 mL | | 49502-196-20 | 1 | 5.50 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2 mL | | 49502-689-02 | 60 | 25.00 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2 mL | | 49502-689-12 | 120 | 49.90 |
| Ipratropium Bromide Inhalation Solution | 0.02% | 2.5 mL | | 49502-685-60 | 60 | 54.00 |
| Metaproterenol Sulfate Inhalation Solution | 0.4% | 2.5 mL | Dey-Lute | 49502-678-03 | 25 | 7.60 |
| Metaproterenol Sulfate Inhalation Solution | 0.6% | 2.5 mL | Dey-Lute | 49502-676-03 | 25 | 7.60 |
| Sodium Chloride Solution | 0.45% | 3 mL | | 49502-820-03 | 100 | 9.50 |
| Sodium Chloride Solution | 0.45% | 5 mL | | 49502-820-05 | 100 | 9.50 |
| Sodium Chloride Solution | 0.9% | 3 mL | | 49502-830-03 | 100 | 9.50 |
| Sodium Chloride Solution | 0.9% | 5 mL | | 49502-830-05 | 100 | 9.50 |
| Sodium Chloride Solution | 0.9% | 15 mL | | 49502-830-15 | 24 | 5.76 |

Last revised 03/10/1997

2303774

VAC MDL43649

PRODUCT LISTINGS

| MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

*(Biotech) See BUMINATE*

- Allergy)
  - 25% 100 ml ..... 00026-9996-12 ..... 6.79
- Biol) See PLASBUMIN-25
- Biol) See PLASBUMIN-5
- on) See ALBUMINAR-25
- on) See ALBUMINAR-5

ino-U.S.)
  - 5% 50 ml ..... 54129-0218-05 ..... 32.00
  - (W/ADMIN. SET)
  - 250 ml ..... 54129-0218-25 ..... 75.00
  - 500 ml ..... 54129-0218-50 ..... 150.00
  - 20 ml ..... 54129-0228-02 ..... 32.00
  - (W/ADMIN. SET)
  - 50 ml ..... 54129-0228-05 ..... 75.00
  - 100 ml ..... 54129-0228-10 ..... 150.00

nckrodt Med) *See ALBUNEX*

UMINAR-25 (Centeon)
  nin, normal serum, human
  - 25% 20 ml ..... 00053-7680-01 ..... 40.00
  (W ADMIN. SET)
  - 5% 50 ml ..... 00053-7680-02 ..... 90.00
  - 100 ml ..... 00053-7680-03 ..... 180.00

UMINAR-5 (Centeon)
  nin, normal serum, human
  - 5% 50 ml ..... 00053-7670-06 ..... 40.00
  - 250 ml ..... 00053-7670-01 ..... 90.00
  - 500 ml ..... 00053-7670-02 ..... 180.00
  - 1000 ml ..... 00053-7670-03 ..... 360.00

UNEX (Mallinckrodt Med)
  nin, normal serum, human
  (SONICATED)
  - 10 ml ..... 00019-2703-10 ..... 83.00
  - 20 ml ..... 00019-2703-20 ..... 150.00

UTEIN (Alpha Therapeutic)
  nin, normal serum, human
  - 5% 250 ml ..... 49669-5211-01 ..... 90.00
  - 500 ml ..... 49669-5211-02 ..... 180.00
  - 25% 20 ml ..... 49669-5213-01 ..... 36.00
  - 50 ml ..... 49669-5213-02 ..... 90.00
  - 100 ml ..... 49669-5213-03 ..... 180.00

UTEROL(?) (A-A Spectrum Quality)
SECTION 5 FOR MFG CATALOG
  - 5 gm ..... 49452-0225-88 ..... 9.20
  - U.S.P./N.F.
  - 25 gm ..... 49452-0225-01 ..... 35.55
  - 100 gm ..... 49452-0225-02 ..... 121.60

*& Hanburys) See VENTOLIN*
*& Hanburys) See VENTOLIN*

(Iecon)
  - IH 0.09 mg/inh,
  - 17 gm ..... 59772-6175-02 ..... 21.43   17.14   EE
  - IH (REFILL)
  - 0.09 mg/inh, 17 gm ..... 59772-6175-01 ..... 19.75   15.80   EE

shire)
  - IH 0.09 mg/inh
  - 17 gm ..... 55175-2575-01 ..... 22.00   EE

r)
  - IH 0.09 mg/inh
  - 17 gm ..... 49502-0303-17 ..... 21.70   AB
  - IH (REFILL)
  - 0.09 mg/inh, 17 gm ..... 49502-0303-27 ..... 19.79   AB

eva)
  - IH 0.09 mg/inh.
  - 17 gm ..... 00781-7502-87 ..... 22.73   EE
  - IH (REFILL)
  - 0.09 mg/inh, 17 gm ..... 00781-7502-88 ..... 20.96   EE

ar)
  - IH 0.09 mg/inh
  - 17 gm ..... 00904-5078-34 ..... 22.95   EE
  - IH (REFILL)
  - 0.09 mg/inh, 17 gm ..... 00904-5079-34 ..... 21.50   EE
  - 17 gm ..... 00904-5078-68 ..... 21.50   EE
  - 17 gm ..... 00904-5079-68 ..... 19.76   EE

rtec)
  - IH 0.09 mg/inh.
  - 17 gm ..... 52555-0594-17 ..... 22.48   EE
  - IH (REFILL)
  - 0.09 mg/inh, 17 gm ..... 52555-0594-18 ..... 20.78   EE

edisca)
  (U.S.P)
  - 10 gm ..... 38779-0184-01 ..... 19.00
  - 25 gm ..... 38779-0184-25 ..... 38.00
  - 100 gm ..... 38779-0184-10 ..... 123.00
  - 500 gm ..... 38779-0184-50 ..... 563.50

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

(Moore, H.L.)
  ARO, IH, 0.09 mg/inh.
  17 gm ..... 00839-7608-07 ..... 21.67   16.29   EE
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 00839-7608-80 ..... 19.98   14.95   EE

(Novopharm)
  ARO, IH, 0.09 mg/inh.
  17 gm ..... 55953-0051-53 ..... 21.41   EE
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 55953-0051-01 ..... 19.79   EE

(Phys Total Care)
  ARO, IH, 0.09 mg/inh.
  17 gm ..... 54868-3709-00 ..... 17.20   EE
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 54868-3739-00 ..... 16.64   EE

(Qualitest)
  ARO, IH, 0.09 mg/inh
  17 gm ..... 00603-1004-75 ..... 21.37   EE
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 00603-1004-99 ..... 19.72   EE

(Rugby)
  ARO, IH, 0.09 mg/inh,
  17 gm ..... 00536-0416-12 ..... 21.44   BN
  17 gm ..... 00536-1216-12 ..... 21.44   AB
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 00536-0416-13 ..... 19.76   BN
  0.09 mg/inh, 17 gm ..... 00536-1216-13 ..... 19.76   AB

(Schein)
  ARO, IH, 0.09 mg/inh
  17 gm ..... 00364-2632-98 ..... 21.45   BN
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 00364-2632-17 ..... 19.75   BN

(Schering) *See PROVENTIL*

**Albuterol Inhalation Aerosol**

**Sidmak LABORATORIES, INC.**

(Sidmak)
  ARO, IH, 0.09 mg/inh,
  17 gm ..... 50111-0801-31 ..... 21.50   AB
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 50111-0801-32 ..... 20.00   AB

(URL)
  ARO, IH, 0.09 mg/inh.
  17 gm ..... 00677-1549-70 ..... 22.00   BN
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 00677-1549-71 ..... 20.24   BN

(Warner Chilcott)
  ARO, IH, 0.09 mg/inh.
  17 gm ..... 00047-2997-11 ..... 22.95   19.13   AB

(Westward)
  ARO, IH, 0.09 mg/inh
  17 gm ..... 59930-1560-01 ..... (illegible)   BN
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 59930-1560-02 ..... 19.79   BN

(Zenith/Goldline)
  ARO, IH, 0.09 mg/inh.
  17 gm ..... 00172-4390-18 ..... 21.99   AB
  ARO, IH (REFILL)
  0.09 mg/inh, 17 gm ..... 00172-4390-19 ..... 19.76   AB

**ALBUTEROL SULFATE**
**HCFA**
  SYR, PO, 2 mg/5 ml.
  480 ml ..... 7.44
  TAB, PO, 2 mg, 100s ea ..... 3.23
  4 mg, 100s ea ..... 5.40

(A-A Spectrum Quality)
SEE SECTION 5 FOR MFG CATALOG
  POW, (U.S.P./N.F.)
  5 gm ..... 49452-0226-01 ..... (illegible)
  (illegible) ..... 49452-0226-(?)
  (illegible) gm ..... 49452-0226-(?)

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**RED BOOK® for Windows™**
See **Special Offer**
Inside Back Cover or Call
**(800) 722-3062**

(Allen & Hanburys) *See VENTOLIN*
(Allen & Hanburys) *See VENTOLIN*
(Allen & Hanburys) *See VENTOLIN NEBULES*
(Allen & Hanburys) *See VENTOLIN ROTACAPS*

(Allscrips)
  SOL, IH, 0.083%.
  3 ml 25s UD ..... 54569-3899-00 ..... 32.50   EE
  0.5%, 20 ml ..... 54569-3900-00 ..... 14.26   EE
  SYR, PO, 2 mg/5 ml,
  118 250 ml ..... 54569-3700-01 ..... 6.88   EE
  473 ml ..... 54569-3700-00 ..... 27.53   EE
  TAB, PO, 2 mg, 6s ea ..... 54569-3409-03 ..... 1.50   EE
  12s ea ..... 54569-3409-02 ..... 2.99   EE
  30s ea ..... 54569-3409-00 ..... 7.59   EE
  90s ea ..... 54569-3409-01 ..... 22.77   EE
  4 mg, 30s ea ..... 54569-2874-00 ..... 11.26   EE
  60s ea ..... 54569-2874-01 ..... 22.52   EE

(Alpharma USPD)
  SOL, IH, (PF)
  0.083%, 3 ml ..... 00472-0831-23 ..... 30.25   AN
  SYR, PO, 2 mg/5 ml, 480 ml ..... 00472-0825-16 ..... 27.90   AA

(Astra USA) *See ARM-A-MED ALBUTEROL SULFATE*

(Cheshire)
  SOL, IH, 0.083%, 3 ml 25s ..... 55175-4417-01 ..... 35.47   AN
  SYR, PO, 2 mg/5 ml, 120 ml ..... 55175-1213-00 ..... 11.30   EE
  TAB, PO, 2 mg, 20s ea ..... 55175-2210-02 ..... 4.00   EE
  30s ea ..... 55175-2210-03 ..... 5.60   EE
  4 mg, 100s ea ..... 55175-2211-01 ..... 12.39   EE

(Dey)
  SOL, IH, 0.083%, 3 ml 25s ..... 49502-0697-03 ..... 30.25   AN ★
  3 ml 30s ..... 49502-0697-33 ..... 36.30   AN
  3 ml 60s ..... 49502-0697-60 ..... 72.60   AN
  0.5%, 20 ml ..... 49502-0196-20 ..... 14.99   AN
  SYR, PO, 2 mg/5 ml, 480 ml ..... 49502-0795-16 ..... 27.92   AA

(Gallipot)
  POW, (U.S.P./N.F)
  5 gm ..... 51552-0044-05 ..... 17.25
  (U.S.P)
  25 gm ..... 51552-0044-25 ..... 48.30
  (U.S.P./N.F.)
  100 gm ..... 51552-0044-10 ..... 164.45
  1000 gm ..... 51552-0044-01 ..... 1380.00

(Geneva)
  SOL, IH, 0.083%, 3 ml 25s ..... 00781-9150-93 ..... 32.50   AN
  0.5%, 20 ml ..... 00781-7535-80 ..... 13.95   EE
  SYR, PO, 2 mg/5 ml, 480 ml ..... 00781-6067-16 ..... 27.92   AA
  TAB, PO, 2 mg, 100s ea ..... 00781-1671-01 ..... 28.05   AB
  4 mg, 100s ea ..... 00781-1672-01 ..... 41.30   AB

(Heartland)
  TAB, PO, 2 mg, 30s ea UD ..... 61392-0567-30 ..... 8.10   AB
  30s ea UD ..... 61392-0567-39 ..... 8.10   AB
  31s ea UD ..... 61392-0567-31 ..... 8.37   AB
  32s ea UD ..... 61392-0567-32 ..... 8.64   AB
  45s ea UD ..... 61392-0567-45 ..... 12.15   AB
  60s ea UD ..... 61392-0567-60 ..... 16.20   AB
  90s ea UD ..... 61392-0567-90 ..... 24.30   AB
  500s ea UD ..... 61392-0567-51 ..... 135.00   AB
  2000s ea UD ..... 61392-0567-54 ..... 540.00   AB
  3000s ea UD ..... 61392-0567-56 ..... 810.00   AB
  10000s ea UD ..... 61392-0567-91 ..... 2700.00   AB
  4 mg, 30s ea UD ..... 61392-0570-30 ..... 11.87   AB
  B P
  4 mg, 30s ea ..... 61392-0570-39 ..... 11.87   AB
  31s ea UD ..... 61392-0570-31 ..... 12.26   AB
  32s ea UD ..... 61392-0570-32 ..... 12.66   AB
  45s ea UD ..... 61392-0570-45 ..... 17.80   AB
  60s ea UD ..... 61392-0570-60 ..... 23.73   AB
  90s ea UD ..... 61392-0570-90 ..... 35.60   AB
  500s ea UD ..... 61392-0570-51 ..... 197.78   AB
  2000s ea UD ..... 61392-0570-54 ..... 791.10   AB
  3000s ea UD ..... 61392-0570-56 ..... 1186.65   AB
  10000s ea UD ..... 61392-0570-91 ..... 3955.50   AB

(Lederle Std Prod)
  TAB, PO, 2 mg, 100s ea ..... 00005-3062-43 ..... 26.29   21.03   AB
  500s ea ..... 00005-3062-31 ..... 124.86   99.89   AB
  4 mg, 100s ea ..... 00005-3063-43 ..... 39.46   31.57   AB
  500s ea ..... 00005-3063-31 ..... 186.69   149.35   AB

Recommend **SENOKOT® Laxatives** When the R$_x$ May Constipate
PURDUE FREDERICK

VAC MDL43650

# INVOICE
## NO.2359069

**SOLD TO:** 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

2915 WESTON ROAD
WESTON, FL 33331
1-800-331-2632

**SHIP TO:** 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

RA0180733   OTN

WHITE LABEL WWHC18S1 / 8763

| ORDER NO. | QTY. | PURCHASE ORDER NO. | ORDER DATE | DEA NO. | EXP. DATE | WH | SLMN | TERMS | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2158393 | | | 3/13/00 | BV1037957 | 5/31/00 | 20 | 188 | N/10 EOM | 3/13/00 | 4/10/00 |

| QTY | ITEM NO. | CS | DESCRIPTION | QTY. | UNIT | BRAND NAME | A.W.P. | NDC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 314611 | 0 | CATALOG (CONTROLS) | | | CATALOG (CONTROLS) | .00 | - | .00 | |
| 1 | 302356 | 0 | CATALOG (INJECTABLES) | | | CATALOG (INJECTABLES) | .00 | - | .00 | |
| 1 | 313367 | 0 | CATALOG (NON CONTROLS) | | | CATALOG (NON CONTROLS) | .00 | - | .00 | |
| 1 | 301802 | 1 | ALBUTEROL INHALATION 17G | KIT | SL | PROVENTIL | 21.41 | 59930-1560-01 | 2.58 | 2.58 |
| 1 | 300368 | 1 | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 59930-1500-08 | 5.25 | 5.25 |
| 1 | 300324 | 1 | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL | 14.99 | 59930-1515-04 | 3.69 | 3.69 |
| 1 | 302447 | 1 | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.10 | 49502-0685-03 | 13.50 | 13.50 |
| 1 | 300846 | 1 | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 49502-0697-03 | 5.99 | 5.99 |
| 1 | 300848 | 1 | ALBUTEROL INHALAT SOL 0.083% | 60x3 | SL | PROVENTIL SOL | 72.60 | 49502-0697-60 | 14.95 | 14.95 |
| 1 | 300658 | 1 | ALBUTEROL INHALAT SOL 0.083% | 60x3 | SL | PROVENTIL SOL | 72.60 | 59930-1500-06 | 12.50 | 12.50 |
| 1 | 301800 | 1 | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.99 | 00172-4390-18 | 1.99 | 1.99 |
| 1 | 302115 | 1 | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.06 | 00054-8402-11 | 12.95 | 12.95 |
| 1 | 301807 | 1 | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.70 | 49502-0303-17 | 2.90 | 2.90 |
| 1 | 314229 | 1 | POTASSIUM CHLORIDE 750 MG | 1000 | TB | POTASSIUM CHLORIDE | 159.75 | 59772-6910-02 | 28.90 | 28.90 |
| 1 | 301973 | 1 | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL "T" | 14.99 | 49502-0196-20 | 1.85 | 1.85 |
| 1 | 301995 | 1 | CEFADROXIL 500 MG | 50 | CP | DURICEF | 161.00 | 00172-4058-40 | 42.90 | 42.90 |
| 1 | 154142 | 1 | PANDA BEAR | | | | .00 | | .00 | |
| 1 | 302041 | 1 | CEFADROXIL 500 MG | 100 | | DURICEF | 247.64 | 59772-7271-04 | 82.90 | 82.90 |
| 1 | 314227 | 1 | POTASSIUM CHLORIDE 750 MG | 100 | TB | POTASSIUM CHLORIDE | 16.33 | 59772-6910-01 | 3.50 | 3.50 |

LINE TOTAL: 19 TOTAL AWP: 973.66

TOTAL GOODS: 239.35
TOTAL DISCOUNT: 11.93C

NOW ORDER VIA THE INTERNET @ WWW.ANDANET.COM

1,2,3,3R,4,5 NEXT TO THE ITEM NUMBER DENOTES THAT
THE PRODUCT IS A SCHEDULE (I,II,III,III REPORTABLE
IV,V) DRUG

REMIT TO: P.O. BOX 930219
ATLANTA, GA 311930219

PLEASE
PAY
THIS
AMOUNT  →  227.42

Attorney's Eyes Only

R1-024050

VAC MDL 85677