INDEX TO EVIDENCE BOX
OF THE ORIGINAL BOSTON COMPLAINT
(filed on 04/10/00)

| No: | Description | VAC Bates No. | VAC MDL # |
|---|---|---|---|
| 1. | Anda Generics, Inc., including invoice | 3501516 - 3501538<br>3501540;<br>3501542;<br>3501543 - 3501558<br>3501559 - 3501568<br>2204466 - invoice<br>all produced | 2682 - 2704<br><br>2706<br>2708<br>2709 - 2724<br><br>2725 - 2734<br><br>85677 |
| 2. | Amerinet Contract item Listing by Bergen Brunswig 09/25/95 | 4001096 - 4001183 produced | 16959 - 17046 |
| 3. | HCPA/H.I.P. Contract Item Listing by Bergen Brunswig 09/25/95 | 4101051 - 4101153.A produced | 19514 - 19617 |
| 4. | Purchase Connection Contract Item Listing by Bergen Brunswig 09/25/95 | 4100856 - 4100920 produced | 19319 - 19383 |
| 5. | J.J. Balan, Inc., including invoice | 0012432 - 0012486 produced<br><br>2204467 - invoice produced<br><br>3502047 - 50<br>3502052 - 55<br>3502057 - 81<br>advertisements produced | 39157 - 39211<br><br><br>85678<br><br><br><br>3226 - 3229<br>3231 - 3234<br>3236 - 3260 |

**HIGHLY CONFIDENTIAL**                                                                                    **VAC MDL 91249**

INDEX TO EVIDENCE BOX
OF THE ORIGINAL BOSTON COMPLAINT
(filed on 04/10/00)

| No: | Description | VAC Bates No. | VAC MDL # |
|---|---|---|---|
| 6. | Greater New York Hospital Association Portfol | 4101154 - 4101947 4101954 - 4102150 4102153 - 4102154 4102157 - 4102158 (produced) | 19619 - 20415 20422 - 20619 20622 - 20623 20626 - 20627 |
| 7. | McKesson Item Catalog 11/03/99 McKesson invoice to Ven-A-Care 03/29/00 No. 1952294089 | 2302922 - invoice produced | 43247 |
| 8. | Value in Pharmaceuticals (VIP) | 3903324 - 3903340 3903342 - 3903360 produced | 15823 - 15839 15841 - 15859 |
| 9. | January 5, 1998 letter to Janet Reno, Donna Shalala and June Gibbs Brown regarding Ohio Medicaid | 2205438 - 2205442 Priv Held TX Inhalants | Abbott Exh 56 - used in Jones 12/09/08 depo |
| 10. | HHS/OIG Medicaid Pharmacy - Actual Acquisition Cost of Prescription Drug Product for Brand Name Drugs April 1997 A-06-96-00030 | 2304865 - 2304906 | N/A |
| 11. | HHS August 4, 1997 Memorandum from June Gibbs Brown regarding Actual Acquisition Cost of Generic Prescription Drug Products | Memo Scanned 2308449 - 2304864 report - | N/A |

**HIGHLY CONFIDENTIAL**                                                                 **VAC MDL 91250**

INDEX TO EVIDENCE BOX
OF THE ORIGINAL BOSTON COMPLAINT
(filed on 04/10/00)

| No: | Description | VAC Bates No. | VAC MDL # |
|---|---|---|---|
| 12. | The Harvard Group | 3602381 - 3602408 3602501 produced | 6403 - 6430 6523 |

**HIGHLY CONFIDENTIAL** **VAC MDL 91251**