| Drug Type | Drug | dosage | NDC # | Year | Ven-A-Care's Price | Source | Bates | WAC | AWP |
|---|---|---|---|---|---|---|---|---|---|
| Ipratropium Bromide | Ipratropium Bromide INH (Atrovent) | UD 3 ml x 25 | 00054-8402-11 | 1996 | $17.43 | GNY | VAC MDL 19956 | $26.44 | $44.06 |
| | | | | 1997 | $17.43 | GNY | VAC MDL 19956 | $26.44 | $44.06 |
| | | | | 1997 | $19.99 | Harvard Drug Group | VAC MDL 6410 | $26.44 | $44.06 |
| | | | | 1998 | $17.43 | GNY | VAC MDL 19956 | $20.50 | $44.06 |
| | | | | 2000 | $12.95 | ANDA | VAC MDL 85677 | Not Reported | $44.06 |
| | | | | | | | | | |
| | Ipratropium Bromide INH (Atrovent) | 3 ML x 30 | 00054-8402-13 | 1996 | $20.91 | GNY | VAC MDL 19956 | $31.73 | $52.87 |
| | | | | 1997 | $20.91 | GNY | VAC MDL 19956 | $30.60 | $52.87 |
| | | | | 1997 | $23.33 | Harvard Drug Group | VAC MDL 6410 | $30.60 | $52.87 |
| | | | | 1998 | $20.91 | GNY | VAC MDL 19956 | $30.60 | $52.87 |
| | | | | | | | | | |
| | Ipatropium Bromide | 2.5 ml, 60s | 00054-8402-21 | 1999 | $51.78 | McKesson Catalog 11/3/1999 | VAC MDL 91715 | Not Reported | $105.74 |
| | | | | 2000 | $28.12 | McKesson Invoice 3-29-00 | VAC MDL 43247 | | $105.74 |

# INVOICE NO.2359069

**SOLD TO:** 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

**SHIP TO:** 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

2915 WESTON ROAD
WESTON, FL 33331
1-800-331-2632

RA0180733  OTN

WHITE LABEL WWHC18S1 / 8763

| ORDER NO. | PURCHASE ORDER NO. | ORDER DATE | DEA NO. | EXP. DATE | WH | SLMN | TERMS | INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|---|---|---|---|
| 2158393 | | 3/13/00 | BV1037957 | 5/31/00 | 20 | 188 | N/10 EOM | 3/13/00 | 4/10/00 |

| QTY | QTY | ITEM NO. | CS | DESCRIPTION | QTY | UNIT | BRAND NAME | A.W.P. | NDC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 314611 | | CATALOG (CONTROLS) | | | CATALOG (CONTROLS) | .00 | - | .00 | .00 |
| 1 | 0 | 302356 | | CATALOG (INJECTABLES) | | | CATALOG (INJECTABLES) | .00 | - | .00 | .00 |
| 1 | 0 | 313367 | | CATALOG (NON CONTROLS) | | | CATALOG (NON CONTROLS) | .00 | - | .00 | .00 |
| 1 | 1 | 301802 | | ALBUTEROL INHALATION 17G | KIT | SL | PROVENTIL | 21.41 | 59930-1560-01 | 2.58 | 2.58 |
| 1 | 1 | 300368 | | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 59930-1500-08 | 5.25 | 5.25 |
| 1 | 1 | 300324 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL | 14.99 | 59930-1515-04 | 3.69 | 3.69 |
| 1 | 1 | 302447 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.10 | 49502-0685-03 | 13.50 | 13.50 |
| 1 | 1 | 300846 | | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 49502-0697-03 | 5.99 | 5.99 |
| 1 | 1 | 300848 | | ALBUTEROL INHALAT SOL 0.083% | 60x3 | SL | PROVENTIL SOL | 72.60 | 49502-0697-60 | 14.95 | 14.95 |
| 1 | 1 | 300658 | | ALBUTEROL INHALAT SOL 0.083% | 60x3 | SL | PROVENTIL SOL | 72.60 | 59930-1500-06 | 12.50 | 12.50 |
| 1 | 1 | 301800 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.99 | 00172-4390-18 | 1.99 | 1.99 |
| 1 | 1 | 302115 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.06 | 00054-8402-11 | 12.95 | 12.95 |
| 1 | 1 | 301807 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.70 | 49502-0303-17 | 2.90 | 2.90 |
| 1 | 1 | 314229 | | POTASSIUM CHLORIDE 750 MG | 1000 | TB | POTASSIUM CHLORIDE | 159.75 | 59772-6910-02 | 28.90 | 28.90 |
| 1 | 1 | 301973 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL "T" | 14.99 | 49502-0196-20 | 1.85 | 1.85 |
| 1 | 1 | 301995 | | CEFADROXIL 500 MG | 50 | CP | DURICEF | 161.00 | 00172-4058-40 | 42.90 | 42.90 |
| 1 | 1 | 154142 | | PANDA BEAR | | | | .00 | | .00 | .00 |
| 1 | 1 | 302041 | | CEFADROXIL 500 MG | 100 | | DURICEF | 247.64 | 59772-7271-04 | 82.90 | 82.90 |
| 1 | 1 | 314227 | | POTASSIUM CHLORIDE 750 MG | 100 | TB | POTASSIUM CHLORIDE | 16.33 | 59772-6910-01 | 3.50 | 3.50 |

LINE TOTAL: 19    TOTAL AWP: 973.66

NOW ORDER VIA THE INTERNET @ WWW.ANDANET.COM

1,2,3,3R,4,5 NEXT TO THE ITEM NUMBER DENOTES THAT
THE PRODUCT IS A SCHEDULE (I,II,III,III REPORTABLE
IV,V) DRUG

TOTAL GOODS: 239.35
TOTAL DISCOUNT: 11.93

**PLEASE PAY THIS AMOUNT** → 227.42

REMIT TO: P.O. BOX 930219
ATLANTA, GA 311930219

Attorney's Eyes Only

R1-024050

VAC MDL 85677

# GNYHA - Alternate Care
# Price Catalog
### Sorted By Supplier, Home Healthcare

4101488

**Roxane Labs.**  1900 Arlingate Lane/Zip Code 432, P. O. Box 16532, Columbus, OH 43216-6532
Phone (614) 276-4000    Fax (614) 276-3786

| Product | Package | NDC | Price | Start | Stop | Dist. Status |
|---|---|---|---|---|---|---|
| **HYDROMORPHONE HCL TAB 4 MG** | | | | | | |
| HYDROMORPHONE HCL TABLET 4 MG | 100EA x 1 | 00054-4394-25 | $18.49 | 01/01/1996 | 06/30/1998 | Both |
| **IPECAC SYRUP** | | | | | | |
| IPECAC SYRUP | UD15ML x 25 | 00054-8425-11 | $18.20 | 01/01/1996 | 06/30/1998 | Both |
| IPECAC SYRUP | UD30ML x 25 | 00054-8427-11 | $18.20 | 01/01/1996 | 06/30/1998 | Both |
| **IPRATROPIUM BROMIDE INHAL SOLN 0.02%** | | | | | | |
| IPRATROPIUM BROMIDE VIAL 0.02 % | 3ML x 30 | 00054-8402-13 | $20.91 | 01/01/1996 | 06/30/1998 | Both |
| IPRATROPIUM BROMIDE VIAL 0.02 % | UD3ML x 25 | 00054-8402-11 | $17.43 | 01/01/1996 | 06/30/1998 | Both |
| **ISOETHARINE HCL SOLN NEBU 1%** | | | | | | |
| ISOETHARINE HCL BOTTLE 1 % | 10ML x 1 | 00054-3408-40 | $1.94 | 01/01/1996 | 06/30/1998 | Both |
| ISOETHARINE HCL BOTTLE 1 % | 30ML x 1 | 00054-3408-44 | $4.40 | 01/01/1996 | 06/30/1998 | Both |
| **LEUCOVORIN CALCIUM TAB 10 MG** | | | | | | |
| LEUCOVORIN CALCIUM TABLET 10 MG | 12EA x 1 | 00054-4497-05 | $50.00 | 01/01/1996 | 06/30/1998 | Both |
| LEUCOVORIN CALCIUM TABLET 10 MG | 24EA x 1 | 00054-4497-10 | $99.00 | 01/01/1996 | 06/30/1998 | Both |
| LEUCOVORIN CALCIUM TABLET 10 MG | UD10EA x 1 | 00054-8497-06 | $46.95 | 01/01/1996 | 06/30/1998 | Both |
| **LEUCOVORIN CALCIUM TAB 15 MG** | | | | | | |
| LEUCOVORIN CALCIUM TABLET 15 MG | 12EA x 1 | 00054-4498-05 | $50.00 | 01/01/1996 | 06/30/1998 | Both |
| LEUCOVORIN CALCIUM TABLET 15 MG | 24EA x 1 | 00054-4498-10 | $73.00 | 01/01/1996 | 06/30/1998 | Both |
| LEUCOVORIN CALCIUM TABLET 15 MG | UD10EA x 1 | 00054-8498-06 | $58.95 | 01/01/1996 | 06/30/1998 | Both |
| **LEUCOVORIN CALCIUM TAB 25 MG** | | | | | | |
| LEUCOVORIN CALCIUM TABLET 25 MG | 25EA x 1 | 00054-4499-11 | $190.00 | 01/01/1996 | 06/30/1998 | Both |
| LEUCOVORIN CALCIUM TABLET 25 MG | UD10EA x 1 | 00054-8499-06 | $92.50 | 01/01/1996 | 06/30/1998 | Both |
| **LEUCOVORIN CALCIUM TAB 5 MG** | | | | | | |
| LEUCOVORIN CALCIUM TABLET 5 MG | 30EA x 1 | 00054-4496-13 | $25.00 | 01/01/1996 | 06/30/1998 | Both |
| LEUCOVORIN CALCIUM TABLET 5 MG | 100EA x 1 | 00054-4496-25 | $82.00 | 01/01/1996 | 06/30/1998 | Both |
| LEUCOVORIN CALCIUM TABLET 5 MG | UD50EA x 1 | 00054-8496-19 | $92.60 | 01/01/1996 | 06/30/1998 | Both |

VAC MDL 19956
R2-018791

| ITEM # | C D | DESCRIPTION | PACKAGE SIZE | CURRENT PRICE | NDC DESCRIPTION | NDC# | AWP | RATING | VENDOR |
|---|---|---|---|---|---|---|---|---|---|
| 40681 | 0 | ATARAX 50MG TB [SIDMAK] | 500 | 8.88 | HYDROXYZINE 50MG TAB | SID 50111-0309-02 | 52.25 | AB | SIDMAK |
| 15405 | 8 | ATARAX 50MG 1/98 [MARTEC] | 1000 | 12.99 | HYDROXYZINE 50MG 1/98 [MARTEC] | 52555-0559-10 | 101.95 | | SHORT DATE |
| 11679 | 7 | ATARAX 50MG TB [SIDMAK] | 1000 | 16.39 | HYDROXYZINE HCL 50MG TAB | 50111-0309-03 | 96.80 | | SIDMAK |
| 18103 | 8 | ATARAX SYRUP [MGP] | PINT | 3.76 | HYDROXYZINE HCL SYRUP | MOR 60432-0150-16 | 11.56 | AA | MORTON GR |
| 01301 | 2 | ATARAX SYRUP [BARRE] | GAL | 38.88 | HYDROXYZINE SYRUP | BA 00472-0771-28 | 85.57 | AA | ALPHARMA |
| 04400 | 4 | ATIVAN 0.5MG TB [WATSON] | 100 | 1.22 | LORAZEPAM 0.5MG TABS [WATSON] | 52544-0332-01 | 11.38 | | WATSON LAB |
| 15426 | 3 | ATIVAN 0.5MG 5/98 [MARTEC] | 100 | 1.09 | LORAZEPAM 0.5MG 5/98 [MARTEC] | 52555-0485-01 | 13.75 | | SHORT DATE |
| 39966 | 0 | ATIVAN 0.5MG TB [MYLAN] | 100 | 1.45 | LORAZEPAM 0.5MG TABS MYLAN | 00378-0321-01 | 16.50 | AB | MYLAN PHAR |
| 00504 | 1 | ATIVAN 0.5MG TB [WATSON] | 500 | 3.26 | LORAZEPAM 0.5MG TABS [WATSON] | 52544-0332-05 | 57.60 | AB | WATSON LAB |
| 02230 | 4 | ATIVAN 0.5MG TB [MYLAN] | 500 | 6.60 | LORAZEPAM 0.5MG TABS MYLAN | 00378-0321-05 | 59.95 | AB | MYLAN PHAR |
| 00505 | 0 | ATIVAN 1MG TB [WATSON] | 100 | 1.32 | LORAZEPAM 1MG TABS [WATSON] | 51875-0241-01 | 18.25 | AB | WATSON LAB |
| 02233 | 1 | ATIVAN 1MG TB [MYLAN] | 100 | 1.73 | LORAZEPAM 1MG TAB MYLAN | 00378-0457-01 | 23.95 | AB | MYLAN PHAR |
| 04412 | 0 | ATIVAN 1MG TB [WATSON] | 500 | 4.17 | LORAZEPAM 1MG TABS [WATSON] | 52544-0333-05 | 42.47 | | WATSON LAB |
| 15508 | 3 | ATIVAN 1MG 8/98 [MARTEC] | 500 | 2.99 | LORAZEPAM 1MG 8/98 [MARTEC] | 52555-0486-05 | 84.85 | | SHORT DATE |
| 00506 | 9 | ATIVAN 1MG TB [WATSON] | 500 | 3.73 | LORAZEPAM 1MG TABS [WATSON] | 51875-0241-02 | 82.00 | AB | MISC. VEN |
| 00645 | 1 | ATIVAN 1MG TB [WATSON] | 1000 | 5.67 | LORAZEPAM 1MG TABS [WATSON] | 52544-0333-10 | 97.50 | AB | WATSON LAB |
| 45260 | 0 | ATIVAN 1MG TB [MYLAN] | 1000 | 13.11 | LORAZEPAM 1MG TAB MYLAN | 00378-0457-10 | 126.95 | AB | MYLAN PHAR |
| 04420 | 0 | ATIVAN 2MG TB [WATSON] | 100 | 1.67 | LORAZEPAM 2MG TABS [WATSON] | 52544-0334-01 | 22.73 | | WATSON LAB |
| 00507 | 8 | ATIVAN 2MG TB [ROYCE] | 100 | 1.43 | LORAZEPAM 2MG TABS ROYCE | 51875-0242-01 | 25.15 | AB | MISC. VEN |
| 40048 | 0 | ATIVAN 2MG TB [MYLAN] | 100 | 2.31 | LORAZEPAM 2MG TAB MYLAN | 00378-0777-01 | 30.95 | AB | MYLAN PHAR |
| 00508 | 7 | ATIVAN 2MG TB [WATSON] | 500 | 4.47 | LORAZEPAM 2MG TABS [WATSON] | 52544-0334-05 | 90.81 | AB | WATSON LAB |
| 02240 | 2 | ATIVAN 2MG TB [MYLAN] | 500 | 10.07 | LORAZEPAM 2MG TAB MYLAN | 00378-0777-05 | 142.25 | AB | MYLAN PHAR |
| 07024 | 3 | ATROHIST PED CAPS [ECONOLABS] | 100 | 12.70 | DYNAFED-ER PEDIATRIC CAPS ECN | 55053-0800-01 | 23.95 | | ECONOLAB |
| 07019 | 0 | ATROHIST [PEDIATRIC] ECONOLABS | 4OZ | 4.56 | GELHIST PEDIATRIC SUSP ECONO | 55053-0930-04 | 13.95 | | ECONOLAB |
| 07022 | 5 | ATROHIST [PEDIATRIC] ECONOLABS | PINT | 13.61 | GELHIST PEDIATRIC SUSP ECONOL | 55053-0930-16 | 54.95 | | ECONOLAB |
| 07029 | 8 | ATROHIST PLUS TB [BRECKENRIDGE] | 100 | 33.45 | PHARMHIST PLUS TABS [BRECKENRI] | 54979-0168-01 | 59.95 | | BRECKENRI |
| 00933 | 0 | ATROMID-S CAPS [NOVOPHARM] | 100 | 51.67 | CLOFIBRATE 500MG CAPS [NOVOPHAR] | 55953-0382-40 | 86.57 | AB | NOVOPHARM |
| 00184 | 8 | ATROPINE-LA 15MG/ML INJ [VET] | 100ML | 4.33 | ATROPINE LA INJ 15MG/ML | | 22.00 | | VET PROD |
| 11041 | 8 | ATROPINE 1/120GR INJ [VET] | 100ML | 2.50 | ATROPINE INJ 1/120 GRAIN | 54629-0401-96 | 3.25 | | VET PROD |
| 00435 | 5 | ATROPINE OPHTH OINT [VET] | 3.5GM | 1.61 | ATROPINE OPTH OINT VET | 00000-0000-00 | 3.00 | | PHARMADER |
| 01904 | 1 | ATROVENT 0.02% INHAL SOLN [ROXA] | 25x2.5ml | 19.99 | IPRATROPIUM 0.02% INHAL SOL ROX | 00054-8402-11 | 44.06 | | MISC. VEN |
| 01907 | 8 | ATROVENT 0.02% INHAL SOLN [DEY] | 25x2.5ML | 20.83 | IPRATROPIUM 0.02% INHAL SOLN D | 49502-0685-03 | 44.10 | | DEY LABOR |
| 01909 | 6 | ATROVENT 0.02% INHAL SOLN [ROXA] | 30x2.5ml | 23.33 | IPATROPIUM .02% INHAL SOLN [ROX] | 00054-8402-13 | 52.64 | | U.S. MEDIC |
| 01908 | 7 | ATROVENT 0.02% INHAL SOLN [DEY] | 60x2.5ml | 50.56 | IPRATROPIUM 0.02% INHAL SOLN D | 49502-0685-60 | 105.60 | | DEY LABOR |
| 01396 | 8 | ATS 2% TOP/SOLN [MAJOR] | 60ML | 1.88 | ERYTHROMYCIN 2% TOP/SOLN [MAJOR] | 00904-2845-03 | 5.80 | | SIGHT PHAR |
| 02691 | 0 | AURALGAN OTIC DRPS [B&L] | 10ML | 1.24 | ANTIPYRINE/BENZ OTIC SOL | 24208-0561-62 | 2.20 | AA | BAUSCH & L |
| 07220 | 7 | AURALGAN OTIC DRPS [HI-TECH] | 15ML | 1.29 | ANTIPYRINE W/BENZOCAINE [HI-TEC] | 50383-0767-15 | 2.00 | | HI-TECH PH |
| 07222 | 5 | AURALGAN OTIC DRPS [LIQUIPHARM] | 15ML | 1.00 | A/B OTIC SOLUTION | 54198-0132-15 | 3.10 | | LIQUIPHARM |
| 01089 | 0 | AVC CREAM W/APPL [LEMMON] | 4OZ | 17.73 | ASA CREAM W/APPLICATOR [LEMMON] | 00093-0316-49 | 26.51 | | TEVA USA |
| 72306 | 0 | AVEENO BATH [REGULAR] MAJOR | 12OZ | 2.29 | AVALON OATMEAL BATH [MAJOR] | 00904-7858-99 | 5.75 | | MAJOR PHAR |
| 29835 | 0 | AZO-STANDARD TABS [BRECKENRIDGE] | 6x30 | 13.99 | PHENAZO 95MG [OTC] BRECKENRIDGE | 51991-0140-30 | 5.75 | | MISC. VEN |
| 00634 | 9 | AZO-STANDARD TABS [MAJOR] | 30 | 2.95 | AZO-GESIC TABS [MAJOR] | 00904-5025-46 | 5.75 | | MAJOR PHAR |
| 00404 | 0 | AZULFIDINE 500MG TB [MUTUAL] | 100 | 7.33 | SULFASALAZINE 500MG TAB | MUT 53489-0147-01 | 14.79 | AB | MUTUAL PHA |
| 00401 | 3 | AZULFIDINE 500MG TB [MUTUAL] | 500 | 33.32 | SULFASALAZINE 500MG TAB | MUT 53489-0147-05 | 68.00 | AB | MUTUAL PHA |

---------- B ----------

| 52008 | 0 | BABY LOTION [SWAN] | 15OZ | 1.59 | BABY LOTION | SWAN 00869-1566-10 | 3.99 | | CUMBERLAND |
|---|---|---|---|---|---|---|---|---|---|
| 55770 | 0 | BABY OIL [SWAN] | 14OZ | 1.79 | BABY OIL | SWAN 00869-8394-15 | 3.99 | | CUMBERLAND |
| 55762 | 0 | BABY POWDER [SWAN] | 14OZ | 1.29 | BABY POWDER | SWAN 00869-1575-10 | 2.00 | | CUMBERLAND |
| 55754 | 0 | BABY SHAMPOO [SWAN] | 15OZ | 1.79 | BABY SHAMPOO | SWAN 00869-5352-10 | 3.99 | | CUMBERLAND |

3602388

C          PACKAGE    CURRENT

# McKessonHBOC

**McKESSON DRUG CO.**
915 CHAD LANE
TAMPA                FL  33619

SOLD TO
VENA CARE OF FLA KEYS          #195
933 FLEMING STREET
KEY WEST          FL  33040

PHONE: (800) 482-3784
DEA: PM0000771
DEA: BV1037957

## Invoice

| | |
|---|---|
| ACCT MGR: | 010 |
| BILLING DATE: | 3/29/00 |
| | 61 |
| OEM: | M |
| BATCH: | 000 |
| | 947903 |
| PHCY: | PH9972 |
| ROUTE | 180  214 |
| INVOICE DATE | 3/29/00 |
| INVOICE NO. | 195229408 9 |
| PAGE | 1 |

All product discounts earned or granted under McKesson and Valu-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other health care reimbursement program or provider plan.

| DEPT | ITEM NUMBER | QTY ORD | UN | ITEM DESCRIPTION | | STORE RETAIL | UNIT PRICE | GP % | I O CODE | EXTENS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *************************** | | | | | | |
| | | | | JUST A REMINDER OUR NIGHTLY | | | | | | |
| | | | | CUTOFF FOR ORDER TRANSMISSION | | | | | | |
| | | | | IS 7:00 PM. | | | | | | |
| | | | | THANK YOU | | | | | | |
| | | | | *************************** | | | | | | |
| | | | | ATTN REZULIN DISCONTINUATION | | | | | | |
| | | | | RETAIL RETURN PRODUCT TO | | | | | | |
| | | | | PARKE DAVIS | | | | | | |
| | | | | MUNSONHURST COMPLEX | | | | | | |
| | | | | MUNSONHURST ROAD | | | | | | |
| | | | | FRANKLIN NJ 07416 | | | | | | |
| | | | | PATIENTS SHOULD CONTACT | | | | | | |
| | | | | PARKE DAVIS 1-877-798-7398 | | | | | | |
| | | | | *************************** | | | | | | |
| BE | 13689500 | 1 | EA | CONTAINER INHAL KIT APO 17GMa | | 21.42 | 5.00*76.7 | | 1KR | 5.00 |
| AD | 24503360 | 1 | EA | ALBUTEROL CAP 100MG APO 100a | | 36.58 | 10.12*72.3 | | 1KR | 10.12 |
| AD | 32262060 | 1 | EA | AMANTAD CAP 100MG APO 100a | | 43.41 | 8.36*80.7 | | 1KR | 8.36 |
| AD | 24015780 | 1 | EA | AMOXICIL CAP 500MG APO 100a | | 31.68 | 3.68*84.7 | | 1KR | 3.68 |
| AD | 11406640 | 1 | EA | ATENOL TAB 50MG APO 100a | | 71.78 | 19.17*73.3 | | 1KR | 19.17 |
| AD | 11456300 | 1 | EA | CAPTOPR HCTZ TAB 25/15 APO 100a | | 125.94 | 25.94*79.0 | | 1KR | 25.94 |
| AD | 22238913 | 1 | EA | CAPTOPR HCTZ TAB 50/25 APO 100a | | 123.28 | 2.66*95.9 | | 1KR | 2.66 |
| AD | 22407794 | 1 | EA | CAPTOPR TAB 100MG APO 100a | | 149.06 | 8.52*94.3 | | 1KR | 8.52 |
| AD | 22371554 | 1 | EA | CAPTOPR TAB 12.5MG APO 100a | | 60.39 | 2.13*96.5 | | 1KR | 2.13 |
| AD | 24401080 | 1 | EA | CAPTOPR TAB 25MG APO 100a | | 65.28 | 3.67*94.7 | | 1KR | 3.67 |
| AD | 13876460 | 1 | EA | CAPTOPR TAB 50MG APO 100a | | 195.50 | 43.67*77.7 | | 1KR | 43.67 |
| AD | 13337500 | 1 | EA | CEFACLOR CAP 250MG APO 100a | | 383.00 | 86.27*77.5 | | 1KR | 86.27 |
| AD | 13480810 | 1 | EA | CEFACLOR CAP 500MG APO 100a | | 28.00 | 9.27*66.9 | | 1KR | 9.27 |
| AD | 16184460 | 1 | EA | CEFADROX O/S 125MG APO 150MLa | | 287.81 | 223.48*22.4 | | 1KR | 223.48 |
| AD | 19707550 | 1 | EA | CEPHALEX CAP 250MG BMS 100a | | 59.38 | 7.04*88.2 | | 1KR | 7.04 |
| AD | 16131650 | 1 | EA | CEPHALEX CAP 500MG BMS 500 | | 116.38 | 14.62*87.4 | | 1KR | 14.62 |
| AD | 16140310 | 1 | EA | DOXYCYC CAP 100MG SQ 50 | | 23.50 | 3.34*86.5 | | 1KR | 3.34 |
| AD | 16156080 | 1 | EA | ESTRADIOL TAB 0.5MG APO 100a | | 31.33 | 14.91*52.4 | | 1KR | 14.91 |
| AD | 13006310 | 1 | EA | ESTRADIOL TAB 1MG APO 100a | | 45.74 | 22.37*51.1 | | 1KR | 22.37 |
| AD | 21275040 | 1 | EA | ESTRADIOL TAB 2MG APO 100a | | 125.23 | 35.79*71.4 | | 1KR | 35.79 |
| AD | 13276830 | 1 | EA | IPRAT SOL 0.02% UD ESI 60a | | 44.00 | 28.12*73.0 | | 1KR | 28.12 |
| BE | 14943430 | 1 | EA | IPRAT SOL PF 0.02% UD ROX 25a | | 105.74 | 11.72*73.4 | | 1KR | 11.72 |
| AD | | 1 | EA | NADOLOL TB 20MG APO 100a | | 72.40 | 29.67*59.0 | | 1KR | 29.67 |

2302922

THIS IS TO CERTIFY THAT ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF ...

THIS INVOICE IS PAYABLE TO MCKESSON DRUG CO.
AT ABOVE ADDRESS CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE

*HAZARDOUS MATERIAL CODE CLASSIFICATION LISTED ON REVERSE S...

CONTINUED

VAC MDL43247

TAMPA  19500        McKESSON DRUG CO.   ITEM CATALOG     3/17/99    IND - ISO

| DEPT | ITEM NUMBER | ITEM DESCRIPTION | RX | REGULAR COST | LIST/SUGGTD RETAIL | MIM ORD | UNIT | PKG QTY | DEPT | ITEM NUMBER | ITEM DESCRIPTION | RX | REGULAR COST | LIST/SUGGTD RETAIL | MIM ORD | UNIT | PKG QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AD | 112-6556 | INDAPAMIDE TAB 2.5MG MYLN 100 | R | 11.05* | | | | 12 | BE | 343-2259 | INSPIREASE REPL MOUTHPIECE | R | 13.09 | | | | 24 |
| AD | 210-7431 | INDAPAMIDE TAB 2.5MG P/P 100 | R | 10.50 | | | | 12 | BE | 199-2742 | INSPIREASE REPL RESERV BAG 3PK | R | 9.79 | | | | 24 |
| AD | 110-0122 | INDAPAMIDE TAB 2.5MG TEV 100 | R | 7.81 | | | | 24 | BE | 113-6262 | INTAL INHALER METER SPR 112 | R | 37.75 | | | | 144 |
| AD | 110-1583 | INDAPAMIDE TAB 2.5MG TEV 1000 | R | 70.31 | | | | 12 | BE | 113-6379 | INTAL INHALER METER SPR 200 | R | 60.06 | | | | 144 |
| AD | 244-0337 | INDAPAMIDE TAB 2.5MG ZEN | R | 9.95* | | | | 96 | BE | 118-3102 | INTAL NEBULIZER AMP 2ML | R | 46.55 | | | | 12 |
| AD | 138-7180 | INDAPAMIDE TAB 2.5MG ZEN 500 | R | 47.35* | | | | 24 | BE | 118-3839 | INTAL NEBULIZER AMP 2ML 120 | R | 86.95 | | | | 6 |
| AD | 140-9699 | INDAPAMIDE TB 1.25MG APO 1000 | R | 97.32* | | | | 12 | IB | 111-1160 | INTEGRILIN VIAL 20MG 10ML | R | 42.00 | | | | 18 |
| AD | 212-6340 | INDAPAMIDE TB 1.25MG ARC 1000 | R | 42.63* | | | | 48 | IB | 112-5633 | INTEGRILIN VIAL 75MG 100ML | R | 131.25 | | | | 18 |
| AD | 111-6302 | INDAPAMIDE TB 1.25MG MYLN 100 | R | 6.38* | | | | 144 | AD | 368-5807 | INTERCEPT TB 10LB THOM | R | 8.90 | | | | 10 |
| AD | 111-6076 | INDAPAMIDE TB 1.25MG MYLN 500 | R | 36.01* | | | | 72 | AD | 324-7921 | INTERCEPT TB 11-25LB E/V | R | 10.95 | | | | 10 |
| AD | 131-6435 | INDAPAMIDE TB 1.25MG ZEN 1000 | R | 71.57* | | | | 24 | AD | 368-5898 | INTERCEPT TB 11-25LB THOM | R | 9.80 | | | | 10 |
| AD | 112-0617 | INDAPAMIDE TB 2.5MG MYLN 1000 | R | 104.20* | | | | 72 | AD | 324-8325 | INTERCEPT TB 26-50LB E/V | R | 18.95 | | | | 10 |
| AD | 132-1702 | INDAPAMIDE TB 2.5MG UD UDL 100 | R | 43.75 | | | | 10 | AD | 368-6037 | INTERCEPT TB 26-50LB THOM | R | 17.20 | | | | 10 |
| AD | 163-0201 | INDAPAMIDE TB 2.5MG UD UDL 100 | R | 18.56* | | | | 24 | AD | 387-6947 | INTERCEPT TB 51-100LB THOM | R | 28.30 | | | | 10 |
| DA | 115-8161 | INDERAL AMP 1MG 1ML 3565 ESI 10 | R | 93.18* | | | | 72 | AD | 324-8796 | INTERCEPT TB 51-110LB E/V | R | 26.95 | | | | 10 |
| AD | 143-7615 | INDERAL LA CAP 120MG 100 | R | 116.11* | | | | 96 | KD | 329-6065 | INTERLINK EXT SET 2N3370 CS200 | R | 505.28 | | | CS | |
| AD | 161-6556 | INDERAL LA CAP 120MG UD 100 | R | 116.11* | | | | 12 | KD | 160-4578 | INTERLINK VL ADAPT 2N3394 100 | R | 343.16 | | | CS | |
| AD | 143-7649 | INDERAL LA CAP 160MG 100 | R | 152.03* | | | | 96 | KA | 271-2826 | INTRALIPID 10% 100ML 1A6019 10 | R | 61.90 | | | CS | |
| AD | 161-6572 | INDERAL LA CAP 160MG UD 100 | R | 152.03* | | | | 24 | KA | 217-4163 | INTRALIPID 10% 250ML 1A6012 10 | R | 111.88 | | | CS | |
| AD | 228-6136 | INDERAL LA CAP 80MG 100 | R | 80.11* | | | | 12 | KA | 271-2867 | INTRALIPID 10% 50ML 1A6018 10 | R | 61.38 | | | CS | |
| AD | 143-7581 | INDERAL LA CAP 80MG UD 100 | R | 93.68* | | | | 96 | KA | 138-7489 | INTRALIPID 10% 500ML 1A6003 10 | R | 169.05 | | | CS | |
| AD | 161-6473 | INDERAL LA CAP 80MG UD 100 | R | 93.68* | | | | 12 | KA | 228-0857 | INTRALIPID 10% 500ML 1A6013 10 | R | 130.88 | | | CS | |
| AD | 115-8120 | INDERAL TAB 10MG 100 | R | 32.66* | | | | 96 | KA | 271-2933 | INTRALIPID 20% 100ML 1A6001 10 | R | 202.65 | | | CS | |
| AD | 115-8138 | INDERAL TAB 10MG 1000 | R | 319.11* | | | | 24 | KA | 271-2917 | INTRALIPID 20% 100ML 1A6029 10 | R | 136.50 | | | CS | |
| AD | 223-1132 | INDERAL TAB 10MG UD 100 | R | 32.66* | | | | 12 | KA | 271-2958 | INTRALIPID 20% 250ML 1A6022 10 | R | 124.43 | | | CS | |
| AD | 224-6395 | INDERAL TAB 20MG 100 | R | 45.85* | | | | 96 | KA | 182-6403 | INTRALIPID 20% 500ML 1A6028 10 | R | 130.88 | | | CS | |
| AD | 225-3359 | INDERAL TAB 20MG 1000 | R | 449.00* | | | | 24 | KA | 228-1079 | INTRALIPID 20% 500ML 1A6004 10 | R | 288.75 | | | CS | |
| AD | 115-8144 | INDERAL TAB 40MG 100 | R | 59.50* | | | | 96 | KA | 271-1087 | INTRALIPID 20% 50ML 1A6023 10 | R | 229.95 | | | CS | |
| AD | 115-8153 | INDERAL TAB 40MG 1000 | R | 582.71* | | | | 24 | IB | 165-6844 | INTRON-A PAK SOL 3MIU CT6 | R | 174.65 | | | | 6 |
| AD | 223-1124 | INDERAL TAB 40MG UD 100 | R | 59.50* | | | | 12 | IB | 110-0007 | INTRON-A PAK SYR 3MIU 1ML CT6 | R | 174.65 | | | CT | |
| AD | 121-8742 | INDERAL TAB 60MG 100 | R | 82.32* | | | | 96 | IB | 166-3376 | INTRON-A PAK-10 SOL 10MIU 6 | R | 582.18 | | | | 6 |
| AD | 241-6150 | INDERAL TAB 80MG 100 | R | 91.36* | | | | 96 | IB | 165-7998 | INTRON-A PAK5 SOL 5MIU/.5ML 6 | R | 291.09 | | | | 6 |
| AD | 140-8541 | INDERIDE L.A. CAP 120/50 100 | R | 166.30* | | | | 96 | IB | 120-3801 | INTRON-A PEN 10MIU/.2ML 1.5 6 | R | 582.18 | | | | 6 |
| AD | 140-8824 | INDERIDE L.A. CAP 160/50 100 | R | 186.22* | | | | 24 | IB | 121-1523 | INTRON-A PEN 3MIU/.2ML 1.5ML 6 | R | 174.65 | | | | 6 |
| AD | 140-8723 | INDERIDE L.A. CAP 80/50 100 | R | 139.77* | | | | 96 | IB | 121-1796 | INTRON-A PEN 5MIU/.2ML 1.5ML 6 | R | 291.09 | | | | 6 |
| AD | 322-9160 | INDERIDE TAB 40/25 100 | R | 97.89* | | | | 96 | IB | 225-6436 | INTRON-A VIAL PWD 5MIU 1ML | R | 48.51 | | | | 36 |
| AD | 322-9285 | INDERIDE TAB 80/25 100 | R | 131.21* | | | | 96 | IB | 225-0857 | INTRON-A VIAL PWD 10MIU 2ML | R | 97.03 | | | | 36 |
| DA | 129-2606 | INDIGO CARM AMP .8% 5MG/ML 10 | R | 69.58 | | | | 10 | IB | 147-3354 | INTRON-A VIAL PWD 10MIU 1ML | R | 174.65 | | | | 216 |
| DA | 322-4966 | INDIGO CARM AMP .8% 5ML A/R 10 | R | 72.00 | | | | 12 | IB | 225-6311 | INTRON-A VIAL PWD 25MIU 5ML | R | 242.59 | | | | 36 |
| AD | 113-8270 | INDOCHRON CAP 75MG 60 | R | 23.53* | | | | 24 | IB | 225-6443 | INTRON-A VIAL PWD 3MIU 1ML | R | 29.11 | | | | 36 |
| AD | 370-1523 | INDOCHRON CAP 75MG INW 100 | R | 37.26* | | | | 24 | IB | 113-0590 | INTRON-A VIAL PWD 50MIU 1ML | R | 485.14 | | | | 36 |
| AD | 135-6050 | INDOCIN CAP 25MG 100 | R | 47.90 | | | | 48 | IB | 165-9630 | INTRON-A VIAL SOL 10MIU 1ML | R | 97.03 | | | | 36 |
| AD | 135-6068 | INDOCIN CAP 25MG 1000 | R | 464.98 | | | | 24 | IB | 166-3665 | INTRON-A VIAL SOL 10MIU 2ML | R | 174.65 | | | | 36 |
| AD | 135-9076 | INDOCIN CAP 50MG 100 | R | 78.19 | | | | 48 | IB | 160-0366 | INTRON-A VIAL SOL 25MIU 3.2ML | R | 242.59 | | | | 36 |
| DA | 117-7054 | INDOCIN I.V. SDV 1MG 3406 3 | R | 69.02 | | | | 72 | IB | 165-6299 | INTRON-A VIAL SOL 3MIU 0.5ML | R | 29.11 | | | | 36 |
| AD | 199-1280 | INDOCIN SR CAP 75MG UU 30 | R | 40.58 | | | | 48 | IB | 165-6743 | INTRON-A VIAL SOL 5MIU 0.5ML | R | 48.51 | | | | 36 |
| AD | 199-1298 | INDOCIN SR CAP 75MG UU 60 | R | 81.16 | | | | 48 | AG | 146-9044 | INVIRASE CAP 200MG 270 | R | 488.63 | | | | 12 |
| CD | 272-9962 | INDOCIN SUPP 50MG 30 | R | 41.25 | | | | 288 | AG | 165-4979 | IODINE STRONG 2775 HUMC 16OZ | R | 10.74 | | | | 12 |
| AD | 369-8867 | INDOMET CAP 25MG MYLN 1M | R | 26.84* | | | | 12 | VC | 111-0568 | IODOFLEX WOUND DRESS RX 5GM 6 | R | 16.30 | | | | 12 |
| AD | 369-8800 | INDOMET CAP 25MG MYLN 100 | R | 3.10* | | | | 144 | DA | 161-9832 | IODOPEN SDV 100MCG 10ML APP 25 | R | 162.50 | | | | 4 |
| AD | 341-9454 | INDOMET CAP 25MG NOV 100 | R | 3.05 | | | | 144 | CC | 110-9844 | IODOSORB GEL RX 1.4OZ | R | 27.00 | | | | 12 |
| AD | 240-3376 | INDOMET CAP 25MG Q/P 100 | R | 3.98* | | | | 24 | JA | 146-9667 | IONAMIN CAP 15MG 100 | D | 107.38 | | | | 48 |
| AD | 240-3582 | INDOMET CAP 25MG Q/P 1000 | R | 22.76* | | | | 12 | JA | 146-9683 | IONAMIN CAP 15MG 400 | D | 420.93 | | | | 48 |
| AD | 143-2962 | INDOMET CAP 25MG SID 100 | R | 3.85* | | | | 108 | JA | 146-9683 | IONAMIN CAP 30MG 100 | D | 123.06 | | | | 48 |
| AD | 143-3188 | INDOMET CAP 25MG SID 1000 | R | 22.37* | | | | 12 | JA | 146-9691 | IONAMIN CAP 30MG 400 | D | 482.37 | | | | 48 |
| AD | 129-5884 | INDOMET CAP 25MG W/C 100 | R | 2.47* | | | | 24 | AA | 142-9372 | IOPHEN DM LIQ MMP 16OZ | R | 8.99 | | | | 12 |
| AD | 244-2192 | INDOMET CAP 25MG ZEN 100 | R | 3.28* | | | | 24 | AA | 134-4068 | IOPHEN NR LIQ Q/P 16OZ | R | 4.50* | | | | 12 |
| AD | 172-0184 | INDOMET CAP 25MG ZEN 500 | R | 12.21* | | | | 48 | JC | 142-6823 | IOPHEN-C NR LIQ Q/P 16OZ | E | 4.89* | | | | 12 |
| AD | 244-2077 | INDOMET CAP 25MG ZEN 1000 | R | 20.79* | | | | 48 | AA | 134-6709 | IOPHEN-DM-NR LIQ Q/P 16OZ | R | 4.20* | | | | 12 |
| AD | 141-6086 | INDOMET CAP 25MG UD UDL 100 | R | 6.04 | | | | 10 | AA | 112-3462 | IOPIDINE DROP 1% 2X0.10ML CT12 | R | 135.00 | | | CT | |
| AD | 364-7708 | INDOMET CAP 25MG UD ZEN 100 | R | 4.23* | | | | 24 | BA | 370-9614 | IOPIDINE OPH SOL 0.5% 5ML | R | 34.00 | | | | 432 |
| AD | 275-7888 | INDOMET CAP 50MG ESI 500 | R | 16.39* | | | | 12 | BA | 149-7676 | IOPIDINE OPH SOL 0.5% 10ML | R | 68.00 | | | | |
| AD | 369-7232 | INDOMET CAP 50MG MYLN 100 | R | 4.47* | | | | 144 | IA | 114-9293 | IOTEX PSE TB 120/600MG UM 500 | R | 35.00 | | | | 12 |
| AD | 369-7299 | INDOMET CAP 50MG MYLN 500 | R | 20.26* | | | | 12 | IA | 122-0896 | IPOL VACC MDV 10DOSE | R | 156.90 | | | | |
| AD | 341-6637 | INDOMET CAP 50MG NOV 100 | R | 4.00 | | | | 144 | IA | 124-1249 | IPOL VACC SYR 0.5ML | R | 19.15 | | | | 50 |
| AD | 341-9694 | INDOMET CAP 50MG NOV 500 | R | 17.70 | | | | 48 | IA | 124-1678 | IPOL VACC SYR 0.5ML 10 | R | 188.60 | | | | 100 |
| AD | 240-3988 | INDOMET CAP 50MG Q/P 100 | R | 5.16* | | | | 24 | BE | 111-7290 | IPRATROP I/SOL PF .025 ROX 30 | R | 25.89* | | | | 48 |
| AD | 240-4404 | INDOMET CAP 50MG Q/P 500 | R | 22.76* | | | | 12 | BE | 142-2864 | IPRATROP INH SOL 0.02% DEY 25 | R | 20.10* | | | | 12 |
| AD | 143-1790 | INDOMET CAP 50MG SID 100 | R | 5.05* | | | | 96 | BE | 116-6572 | IPRATROP INH SOL 0.02% DEY 30 | R | 24.12* | | | | 12 |
| AD | 117-7351 | INDOMET CAP 50MG SID 500 | R | 22.37* | | | | 12 | BE | 142-3219 | IPRATROP INH SOL 0.02% DEY 60 | R | 48.25* | | | | 12 |
| AD | 179-8248 | INDOMET CAP 50MG URL 100 | R | 3.25* | | | | 12 | BE | 212-7504 | IPRATROP INH SOL 2.5ML ROX 60 | R | 51.78* | | | | 24 |
| AD | 340-7269 | INDOMET CAP 50MG ZEN 100 | R | 4.07* | | | | 24 | BE | 132-7683 | IPRATROP SOL PF.02% UD ROX 25 | R | 21.58* | | | | 48 |
| AD | 171-7560 | INDOMET CAP 50MG ZEN 500 | R | 16.26* | | | | 12 | AD | 129-2705 | IRCON-FA TAB 82/1MG 100 | R | 9.42 | | | | 96 |
| AD | 141-6102 | INDOMET CAP 50MG UD UDL 100 | R | 6.80 | | | | 10 | AD | 111-0635 | IROFOL CAPL 100 | R | 14.17 | | | | 12 |
| AD | 364-7795 | INDOMET CAP 50MG UD ZEN 100 | R | 5.48* | | | | 24 | AA | 110-8398 | IROFOL DROP 1OZ | R | 5.00 | | | | 12 |
| AD | 119-2681 | INDOMET ER CAP 75MG ENDO 60 | R | 18.68* | | | | 144 | AA | 110-5857 | IROFOL LIQ 4OZ | R | 5.83 | | | | 36 |
| AD | 126-3334 | INDOMET ER CAP 75MG ENDO 1000 | R | 30.21* | | | | 144 | AD | 120-5210 | ISMELIN TAB 10MG 100 | R | 52.36 | | | | 286 |
| AD | 118-4391 | INDOMET ER CAP 75MG EON 100 | R | 18.45 | | | | 288 | AD | 120-5236 | ISMELIN TAB 25MG 100 | R | 85.65 | | | | 288 |
| AD | 341-0586 | INDOMET SR CAP 75MG GEN 60 | R | 23.33 | | | | 48 | AD | 124-4879 | ISMO TAB 20MG 100 | R | 64.32 | | | | 24 |
| AD | 177-9164 | INDOMET SR CAP 75MG Q/P 60 | R | 17.76* | | | | 24 | AD | 124-5117 | ISMO TAB 20MG UD 100 | R | 64.32 | | | | 10 |
| AD | 115-8294 | INDOMET SR CAP 75MG Q/P 100 | R | 26.50* | | | | 12 | IA | 127-2434 | ISMOTIC PB 220ML | R | 22.06 | | | | 12 |
| AD | 366-2845 | INDOMET SR CAP 75MG SCHE 100 | R | 30.51* | | | | 24 | BE | 169-7259 | ISOETH INHAL SOL 1% ROX 10ML | R | 15.21 | | | | 10 |
| AD | 362-6425 | INDOMET SR CAP 75MG TEV 60 | R | 24.50 | | | | 10 | BE | 116-3396 | ISOETH INHAL SOL 1% ROX 30ML | R | 45.62 | | | | 10 |
| AD | 340-8721 | INDOMET SR CAP 75MG ZEN 60 | R | 25.82* | | | | 24 | DA | 365-8887 | ISOFLURANE VIAL ABB 100ML | R | 34.00 | | | | 6 |
| CD | 218-6779 | INDOMET SUPP 50MG G/W 30 | R | 30.00* | | | | 50 | DA | 322-2516 | ISOFLURANE VIAL ABB 250ML | R | 105.00 | | | | 6 |
| IA | 229-5277 | INFANRIX SDV 0.5ML 10 | R | 170.61 | | | | 666 | AD | 277-5922 | ISOMETH/DICH/ACETH CP URL 100 | R | 7.87* | | | | 24 |
| DA | 132-4912 | INFED VIAL 100MG 2ML SCHE 10 | R | 240.55 | | | | 24 | AA | 271-2398 | ISONIAZID SYRP 50MG CMP 16OZ | R | 15.25 | | | | 6 |
| IA | 166-5433 | INFERGEN SDV 15MCG/0.5ML 6 | R | 308.28 | | | | 4 | AD | 173-5834 | ISONIAZID TB 100MG BARR 1000 | R | 3.10* | | | | 144 |
| IA | 166-6704 | INFERGEN SDV 9MCG/0.3ML 6 | R | 184.98 | | | | 4 | AD | 340-7897 | ISONIAZID TB 100MG EON 100 | R | 2.55 | | | | 144 |
| IA | 189-9887 | INFERGEN SJ SYR 15MCG/.3ML 6 | R | 308.28 | | | | | AD | 219-9018 | ISONIAZID TB 100MG UD UDL 100 | R | 6.98 | | | | 10 |
| IA | 189-9970 | INFERGEN SJ SYR 9MCG/.3ML 6 | R | 184.98 | | | | 4 | AD | 122-4809 | ISONIAZID TB 300MG UD MED 20X30 | R | 44.18 | | | | 12 |
| BA | 182-4010 | INFLAMASE FORTE O/SOL 1% 5ML | R | 14.14 | | | | 672 | AD | 173-5867 | ISONIAZID TB 300MG BARR 1000 | R | 3.95* | | | | 144 |
| BA | 173-0100 | INFLAMASE FORTE O/SOL 1% 10ML | R | 20.79 | | | | 72 | AD | 223-1926 | ISONIAZID TB 300MG DUR 100 | R | 4.30 | | | | 24 |
| BA | 192-8258 | INFLAMASE FORTE O/SOL 1% 15ML | R | 28.60 | | | | 72 | AD | 242-0810 | ISONIAZID TB 300MG HALS 100 | R | 3.35 | | | | 24 |
| BA | 182-4028 | INFLAMASE MILD O/SOL 1/8% 5ML | R | 14.14 | | | | 72 | AD | 223-7634 | ISONIAZID TB 300MG PADD 30 | R | 3.60 | | | | 48 |
| BA | 173-0118 | INFLAMASE MILD O/SOL 1/8% 10ML | R | 20.79 | | | | 72 | AD | 166-6821 | ISONIAZID TB 300MG SCHE 1000 | R | 32.83* | | | | 36 |
| JE | 351-7887 | INFUMORPH AMP 200MG ESI 20ML | X | 158.00* | | | | 10 | AD | 122-3387 | ISONIAZID TB 300MG UD MEDI 100 | R | 6.88 | | | | 40 |
| JE | 351-6855 | INFUMORPH AMP 500MG ESI 20ML | X | 281.00* | | | | 10 | AD | 271-7007 | ISONIAZID TB 300MG UD UDL 100 | R | 8.49 | | | | 10 |
| DA | 215-4581 | INOCOR I.V. AMP 100MG 20ML 6 | R | 336.75 | | | | 5 | DA | 114-0769 | ISOPROT AMP 1MG 5ML ESI 25 | R | 76.58 | | | | 48 |
| BE | 169-2700 | INSPIREASE INHAL DRUG DEL KIT | R | 18.10 | | | | 24 | DA | 119-6379 | ISOPROT SYR 1:50 10ML ABB 10 | R | 69.80 | | | | 10 |

* NOT SUBJECT TO DISCOUNT - INCLUDES DIRECT VENDOR ITEMS.    129    ITALICS - MCKESSON LIST PRICE LESS THAN AWP.
PHARMACEUTICAL - LIST - OTC = SUGGESTED RETAIL WHEN AVAIABLE.    UNIT - EACH UNLESS OTHERWISE NOTED.

R1-006690    CONFIDENTIAL

VAC MDL 91715