UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>(S.D.N.Y. No. 04-CV-06054)<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00425)<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06231)<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00456)<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06242)<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00423)<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06204)<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.*<br>(W.D.N.Y. No. 05-CV-06744)<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00354)<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.*<br>(N.D.N.Y. No. 05-CV-00867) | MDL No. 1456<br>Civil Action No.: 01-CV-12257-PBS<br>Sub Category Case No.: 03-10643-PBS<br>Judge Patti B. Saris |

CHI-1721675v1

*County of Cortland v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00881)

*County of Dutchess v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 05-CV-06458)

*County of Essex County v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00878)

*County of Fulton v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00519)

*County of Genesee v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06206)

*County of Greene v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00474)

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00415)

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00715)

*County of Lewis v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00839)

*County of Madison v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00714)

*County of Monroe v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06148)

*County of Nassau v. Abbott Laboratories, Inc., et al.*
(E.D.N.Y. No. 04-CV-5126)

*County of Niagara v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06296)

*County of Oneida v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00489)

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00088)

*County of Ontario v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06373)

*County of Orange v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 07-CV-2777)

*County of Orleans v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06371)

*County of Putnam v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 05-CV-04740)

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00422)

*County of Rockland v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 03-CV-7055)

*County of Saratoga v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00478)

*County of Schuyler v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06387)

*County of Seneca v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06370)

*County of St. Lawrence v. Abbott*

*Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00479)

*County of Steuben v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06223)

*County of Suffolk v. Abbott Laboratories, Inc., et al.*
(E.D.N.Y. No. CV-03-229)

*County of Tompkins v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00397)

*County of Ulster v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 06-CV-0123)

*County of Warren v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00468)

*County of Washington v. Abbott Laboratories, Inc., et al.*
(N.D.N.Y. No. 05-CV-00408)

*County of Wayne v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06138)

*County of Westchester v. Abbott Laboratories, Inc., et al.*
(S.D.N.Y. No. 03-CV-6178)

*County of Wyoming v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-6379)

*County of Yates v. Abbott Laboratories, Inc., et al.*
(W.D.N.Y. No. 05-CV-06172)

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST CERTAIN DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Fed. R. Civ. Pro. 41, that all claims in this action against Abbott Laboratories Inc., Abbott Laboratories, Baxter Healthcare Corporation, Baxter International Inc., Ben Venue Laboratories, Inc., Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals Inc., and Roxane Laboratories, Inc. are dismissed with prejudice and without costs to any party.

**KIRBY McINERNEY & SQUIRE, LLP**

By: _____
Joanne M. Cicala
Daniel Hume
825 Third Avenue
New York, NY 10022
*On Behalf of the Plaintiff Counties and all captioned New York Counties except Nassau and Orange*

**MILLBERG LLP**

By: _____
Ross Brooks, Esq.
One Pennsylvania Plaza
New York, NY 10119-0165
*On Behalf of the County of Nassau*

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST CERTAIN DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Fed. R. Civ. Pro. 41, that all claims in this action against Abbott Laboratories Inc., Abbott Laboratories, Baxter Healthcare Corporation, Baxter International Inc., Ben Venue Laboratories, Inc., Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals Inc., and Roxane Laboratories, Inc. are dismissed with prejudice and without costs to any party.

KIRBY McINERNEY & SQUIRE, LLP

By: _____
Joanne M. Cicala
Daniel Hume
825 Third Avenue
New York, NY 10022
*On Behalf of the Plaintiff Counties and all captioned New York Counties except Nassau and Orange*

MILLBERG LLP

By: _____
Ross Brooks, Esq.
One Pennsylvania Plaza
New York, NY 10119-0165
*On Behalf of the County of Nassau*

**LEVY PHILLIPS & KONIGSBERG**

By: _____
Stanley J. Levy
Theresa A. Vitello
800 Third Avenue, 13th Floor
New York, NY 10007
*On Behalf of the County of Orange*


**JONES DAY**

By: _____
Tina M. Tabacchi
77 West Wacker, Suite 3500
Chicago, Illinois 60601
*On Behalf of Abbott Laboratories and Abbott Laboratories, Inc.*


**DICKSTEIN SHAPIRO LLP**

By: _____
Peter Morgan
Merle Delancey
1825 Eye Street N.W.
Washington, DC 20006
*On Behalf of Baxter Healthcare Corporation and Baxter International Inc.*


**KIRKLAND & ELLIS LLP**

By: _____
Brian P. Kavanaugh
300 N. LaSalle
Chicago, IL 60654
*On Behalf of Ben Venue Laboratories, Inc., Roxane Laboratories, Inc.; Boehringer Ingelheim Roxane, Inc.; Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals Inc.*

**LEVY PHILLIPS & KONIGSBERG**

By: _____
Stanley J. Levy
Theresa A. Vitello
800 Third Avenue, 13th Floor
New York, NY 10007
*On Behalf of the County of Orange*

**JONES DAY**

By: *[signature]*
Tina M. Tabacchi
77 West Wacker, Suite 3500
Chicago, Illinois 60601
*On Behalf of Abbott Laboratories and Abbott Laboratories, Inc.*

**DICKSTEIN SHAPIRO LLP**

By: *[signature]*
Peter Morgan
Merle Delancey
1825 Eye Street N.W.
Washington, DC 20006
*On Behalf of Baxter Healthcare Corporation and Baxter International Inc.*

**KIRKLAND & ELLIS LLP**

By: *[signature]*
Brian P. Kavanaugh
300 N. LaSalle
Chicago, IL 60654
*On Behalf of Ben Venue Laboratories, Inc., Roxane Laboratories, Inc.; Boehringer Ingelheim Roxane, Inc.; Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals Inc.*