## **CERTIFICATE OF SERVICE**

I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing, NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST CERTAIN DEFENDANTS, to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on November 4, 2009, for posting and notification to all parties.

                                                    /s/ Shamir Patel_____
                                                  Shamir Patel
                                                  **DICKSTEIN SHAPIRO LLP**
                                                  1825 Eye Street NW
                                                  Washington, DC 20006
                                                  Telephone: (202) 420-2200