UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v.*<br>*Abbott Laboratories Inc., et al.* | Judge Patti B. Saris |

### NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST CERTAIN DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Fed. R. Civ. Pro. 41, that all claims in this action against Abbott Laboratories Inc., Abbott Laboratories, Amgen Inc., Baxter Healthcare Corporation, Baxter International Inc., Ben Venue Laboratories, Inc., Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals Inc., Immunex Corporation, and Roxane Laboratories, Inc. are dismissed with prejudice and without costs to any party.

KIRBY McINERNEY & SQUIRE, LLP

By: _____
Joanne M. Cicala
Daniel Hume
825 Third Avenue
New York, NY 10022
*On Behalf of the State of Iowa*

JONES DAY

By: _____
Tina M. Tabacchi
77 West Wacker, Suite 3500
Chicago, Illinois 60601
*On Behalf of Abbott Laboratories and Abbott Laboratories, Inc.*

CHI-1721661v1

DICKSTEIN SHAPIRO LLP

By: /s/ Peter Morgan
Peter Morgan
Merle Delancey
1825 Eye Street N.W.
Washington, DC 20006
*On Behalf of Baxter Healthcare Corporation and Baxter International Inc.*

KIRKLAND & ELLIS LLP

By: /s/ Brian P. Kavanaugh
Brian P. Kavanaugh
300 N. LaSalle
Chicago, IL 60654
*On Behalf of Ben Venue Laboratories, Inc., Roxane Laboratories, Inc.; Boehringer Ingelheim Roxane, Inc.; Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals Inc.*

HOGAN & HARTSON LLP

By: /s/ Steven F. Barley
Steven F. Barley
111 S. Calvert St, Suite 1600
Baltimore, Maryland 21202
*On Behalf of Amgen Inc.*

PERKINS COIE

By: /s/ Kathleen M. O'Sullivan
Kathleen M. O'Sullivan
1201 Third Avenue
Suite 4800
Seattle, Washington 98101
*On Behalf of Immunex Corporation*