# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v.*<br>*Abbott Laboratories Inc., et al.* | Judge Patti B. Saris |

## [PROPOSED] ORDER OF DISMISSAL OF CERTAIN DEFENDANTS

The Motion for Dismissal is hereby GRANTED. All claims in this action against Abbott Laboratories Inc., Abbott Laboratories, Amgen Inc., Baxter Healthcare Corporation, Baxter International Inc., Ben Venue Laboratories, Inc., Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals Inc., Immunex Corporation, and Roxane Laboratories, Inc. are dismissed with prejudice and without costs to any party.

SO ORDERED

DATED: _____, 2009

_____
Judge Patti B. Saris

CHI-1721672v1