UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* No. 07-CV-11618-PBS | ) Magistrate Judge Marianne B. Bowler ) ) |

**CERTIFICATION OF SERVICE (Docket #6622)**

I, C. Jarrett Anderson, do hereby declare as follows:

1. I am an attorney-at-law of the State of Texas and counsel for Plaintiff Ven-A-Care of the Florida Keys, Inc. (VAC) in the above entitled matter. I am a member in good standing with the State Bar of Texas. I have been admitted pro hac vice before this Court and am in good standing.

2. On November 2, 2009, I caused an electronic copy of the Plaintiff's Response to Abbott's Local Rule 56.1 Statement of Undisputed Material Facts in Support of Abbott's Motion for Partial Summary Judgment (Docket #6622) to be served on all counsel of record via electronic service pursuant to paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

I swear under the penalties of perjury that the foregoing statements are true and correct.

              /s/ C. Jarrett Anderson
              C. Jarrett Anderson

Executed this 5th day of November, 2009