# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br>(Docket # 6639) |
| THIS DOCUMENT RELATES TO: ) ) | Subcategory No. 06-11337-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; ) ) ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and ) ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS ) ) ) | |

**NOTICE OF FILING ADDITIONAL EXHIBITS NOT PREVIOUSLY ATTACHED TO DECLARATION OF SUSAN SCHNEIDER THOMAS SUBMITTING EXHIBITS RELIED UPON IN VEN-A-CARE OF THE FLORIDA KEYS, INC.'S COMBINED OPPOSITION TO MOTIONS TO DISMISS FILED BY ABBOTT, DEY AND ROXANE**

COMES NOW the Relator, Ven-A-Care of the Florida Keys, Inc., and files the attached Exhibits BB, Exhibit CC, and Exhibit DD, which were referenced in, but not previously filed with the Declaration of Susan Schneider Thomas Submitting Exhibits Relied Upon in Ven-A-Care of The Florida Keys, Inc.'s Combined Opposition to Motions to Dismiss Filed by Abbott, Dey and Roxane (Dkt. No. 6639).

Dated:  November 5, 2009	Respectfully submitted,
Attorneys for Plaintiff,
Ven-A-Care of the Florida Keys, Inc.

 /s/ James J. Breen
THE BREEN LAW FIRM
James J. Breen
Florida Bar No. 297178
Alison W. Simon
Florida Bar No. 0109568
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
Fax: 954-874-1705

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
Susan Schneider Thomas
Gary Azorsky
Roslyn G. Pollack
1622 Locust Street
Philadelphia, PA 19103
Phone: 215-875-3000

ANDERSON, LLC
C. Jarrett Anderson
208 West 14th Street, Suite 3-B
Austin, TX 78701
Phone: 512-619-4549

GOODE, CASSES, JONES,
RIKLlN, CHOATE & WATSON
John E. Clark
2122 North Main Avenue
San Antonio, Texas 78212-9680
Phone: 210-733-6030

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2009, I caused a true and correct copy of the foregoing NOTICE OF FILING EXHIBITS NOT PREVIOUSLY ATTACHED TO DECLARATION OF SUSAN SCHNEIDER THOMAS SUBMITTING EXHIBITS RELIED UPON IN VEN-A-CARE OF THE FLORIDA KEYS, INC.'S COMBINED OPPOSITION TO MOTIONS TO DISMISS FILED BY ABBOTT, DEY AND ROXANE to be served via LEXIS File & Serve electronic filing service pursuant to CMO #2 in this case.

    /s/ Susan Schneider Thomas
Susan Schneider Thomas
Berger & Montague, P.C.