# EXHIBIT BB



DEY LABORATORIES
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL.(707) 224-3200   FAX (707) 224-8918

January 15, 1996

Lewis Cobo
Pharmacist
Venacare
933 Fleming St
Key West, FL  33040

Dear Lewis:

    I would like to thank you for taking the time to discuss Dey Laboratories. Enclosed is a business card, for future reference.

    Should you have any questions, please feel free to call me at 1-800-755-5560, ext. 767. I will be happy to help you in any way possible.

Sincerely,

Mari S. Carrell
Sales Representative

DEY LABORATORIES
2751 Napa Valley Corporate Drive
Napa, California 94558
1-800-755-5560   FAX 707-224-8918
To Order 1-800-527-4278

707-224-3200
Ext. 767

MARI S. CARRELL
Sales Representative

A Lipha Americas company

Attorney's Eyes Only

R1-022880

VAC MDL 53655