# EXHIBIT CC

# DEY LABORATORIES
## 2751 NAPA VALLEY CORPORATE DRIVE
### NAPA, CA  94558
TELEPHONE: (707) 224-3200
FAX: (707) 224-8918

DATE: August 22, 1996

TO: Lewis Cobo

FAX#: 305-292-1739

FIRM: Venacare Pharmacy

FROM: Mair Cowell

NUMBER OF PAGES, INCLUDING THIS ONE  2

MESSAGE: Copy of AHT - Automated Health Technologies Contract. Please note Albuterol 17G, and Albuterol Solution .5% 20mL. Contract Pricing with added rebate savings up to $240.00. You must place your order through me to get the rebate - 800-755-5560 ext 767

Albuterol Aerosol 17G          AWP → $21 70/xx

Albuterol Solution .5% 20mL  AWP → $14 99/xx

Attorney's Eyes Only

R1-022883

**VAC MDL 53658**

**DEY LABORATORIES**

A _Lusha Americas company_

Contract Award

**To Order:**
Contact your local wholesaler, or:
DEY LABORATORIES
10246 Miller Road
Dallas, TX 75238

AHT -- Automated Health Technologies
1025 NW 17th Avenue
Delray Beach, FL 33445

DEY Contract No:   CPN-0283
Effective Date:   01/01/1995
Expiration Date:   12/31/1996
Terms:   2% 30; net 31 days
Freight   FOB Destination

| Product Description | Strength | Unit Size | Brand Name | NDC Number | #/Ctn. | $/Ctn. |
|---|---|---|---|---|---|---|
| Acetylcysteine Solution | 10% | 4 mL | Mucosil | 49502-181-04 | 12 | 20.28 |
| Acetylcysteine Solution | 10% | 10 mL | Mucosil | 49502-181-10 | 3 | 11.70 |
| Acetylcysteine Solution | 10% | 30 mL | Mucosil | 49502-181-30 | 3 | 24.27 |
| Acetylcysteine Solution | 20% | 4 mL | Mucosil | 49502-182-04 | 12 | 20.76 |
| Acetylcysteine Solution | 20% | 10 mL | Mucosil | 49502-182-10 | 3 | 12.06 |
| Acetylcysteine Solution | 20% | 30 mL | Mucosil | 49502-182-30 | 3 | 27.80 |
| Acetylcysteine Solution | 20% | 100 mL | Mucosil | 49502-182-00 | 1 | 73.62 |
| Albuterol Inhalation Aerosol 17 g, Kit | 90 mcg/inh | 200 inhal | | 49502-303-17 | 1 | 9.25 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-03 | 25 | 10.00 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-33 | 30 | 12.00 |
| Albuterol Sulfate Inhalation Solution | 0.083% | 3 mL | Dey-Lute | 49502-697-60 | 60 | 24.00 |
| Albuterol Sulfate Inhalation Solution | 0.5% | 20 mL | | 49502-196-20 | 1 | 6.90 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2 mL | | 49502-689-02 | 60 | 28.00 |
| Cromolyn Sodium Inhalation, USP | 20 mg/2 mL | 2 mL | | 49502-689-12 | 120 | 55.00 |
| Metaproterenol Sulfate Inhalation Solution | 0.4% | 2.5 mL | Dey-Lute | 49502-678-03 | 25 | 7.50 |
| Metaproterenol Sulfate Inhalation Solution | 0.6% | 2.5 mL | Dey-Lute | 49502-676-03 | 25 | 7.50 |
| Sodium Chloride Solution | 0.45% | 3 mL | | 49502-820-03 | 100 | 9.50 |
| Sodium Chloride Solution | 0.45% | 5 mL | | 49502-820-05 | 100 | 9.50 |
| Sodium Chloride Solution | 0.9% | 3 mL | | 49502-830-03 | 100 | 9.50 |
| Sodium Chloride Solution | 0.9% | 5 mL | | 49502-830-05 | 100 | 9.50 |
| Sodium Chloride Solution | 0.9% | 15 mL | | 49502-830-15 | 24 | 5.76 |
| Sodium Chloride Solution | 0.9% | 3 mL | Dey-Vial | 49502-030-03 | 250 | 29.10 |
| Sodium Chloride Solution | 0.9% | 5 mL | Dey-Vial | 49502-030-05 | 250 | 29.10 |
| Sodium Chloride Solution | 0.9% | 10 mL | Dey-Vial | 49502-030-10 | 125 | 29.10 |
| Sodium Chloride Solution | 0.9% | 20 mL | Dey-Vial | 49502-030-20 | 100 | 33.95 |
| Sodium Chloride Solution | 3% | 15 mL | Dey-Pak | 49502-640-15 | 50 | 27.50 |
| Sodium Chloride Solution | 10% | 15 mL | Dey-Pak | 49502-641-15 | 50 | 27.50 |
| Water, Purified, USP | 10% | 5 mL | Dey-Pak | 49502-810-05 | 100 | 9.50 |

Last revised: 07/24/1996

Attorney's Eyes Only

R1-022884

VAC MDL 53659