# EXHIBIT DD



# McKesson

**Invoice**

MCKESSON DRUG #195 PHONE 813 620-1621
915 CHAD LANE  DEA PM?????771
TAMPA FLA 33619  BATCH 503

ACCT MGR 462
BILLING DATE 5/21/93
OEM M 72-QWU7ISRU CSRUCSUZ
CUSTOMER 64392 203842 89 .25

COBO PHARMACY  DEA AC2776135
937 FLEMING ST
KEY WEST     FL 33040

INVOICE DATE 5/26/93   INVOICE NO. 131514 TCN

| DEPT | ITEM NUMBER | QTY ORD | QTY UN | ITEM DESCRIPTION | STORE RETAIL | UNIT PRICE | GP % | D | CODE | EXTENS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ** A T T E N T I O N ** | | | | | | |
| | | | | CLOSED ON MAY 31ST, MEM. DAY | | | | | | |
| | | | | ANTICIPATE NEEDS ORDER | | | | | | |
| | | | | THURSDAY, MAY 27 FOR FRIDAY | | | | | | |
| | | | | DELIVERY. | | | | | | |
| | | | | THANK YOU FOR YOUR BUSINESS. | | | | | | |
| | | | | PAGE 1 | | | | | | |
| AA | 1615160 | 2 | EA | ALBUTEROL SOL 3ML UD DEV | 31.19 | 25.79 | 18.4 | | 1 R | 50.78 |
| AD | 1410356 | 1 | EA | MINITRAN SYS 0.4MG/HR | 39.12 | 33.17 | 15.2 | | 1 R | 33.17 |
| AD | 2100469 | 2 | EA | HIVID TAB 0.375MG | 170.40 | 144.49 | 15.2 | | 1 R | 288.98 |
| BD | 1614304 | 1 | EA | STADOL NS NASAL SPR 2.5ML | 54.45 | 46.15 | 15.2 | | 1 R | 46.15 |
| AD | 1169325 | 1 | EA | FIORICET TAB 100 | 43.32 | 36.73 | 15.2 | | 1 R | 36.73 |
| EA | 2269298 | 2 | EA | PROCTOCREAM-HC 1% 30GM | 17.25 | 14.04 | 18.6 | | 1 R | 28.08 |
| EA | 1831817 | 2 | EA | PROCTOFOAM H/C FOAM 1/1% | 15.88 | 13.09 | 15.2 | | 1 R | 26.18 |
| AD | 1761675 | 3 | EA | ZOVIRAX CAP 200MG 100 | 88.49 | 75.03 | 15.2 | | 1 R | 225.09 |
| AD | 1205137 | 1 | EA | ESIMIL TAB 10/25MG 100 | 61.44 | 52.08 | 15.2 | | 1 R | 52.08 |
| | | | | PAGE 2 | | | | | | |
| AD | 1149940 | 2 | EA | CLOZARIL TAB 100MG 100 | 342.00 | 287.85 | 15.8 | | 1 R | 575.70 |
| AD | 1374032 | 5*EA | | CYTOTEC TAB 200MCG 60 | 39.28 | 33.30 | 15.2 | | 1 R | .?? |
| | ABOVE ITEM | 1 | | FA TOTAL/PARTIAL MFR RECALL-NO SUPPLY AVAILABLE | | | | | | |
| BA | 1332170 | 1 | EA | TIMOPTIC O/S .25% OCUMET 10ML | 26.68 | 21.71 | 18.6 | | 1 R | 21.71 |
| AD | 3542735 | 1 | EA | ACCUPRIL TAB 10MG 90 | 74.92 | 63.52 | 15.2 | | 1 R | 63.52 |
| CA | 2438257 | 1 | EA | RETIN-A CREAM 0.05% 45GM | 46.64 | 39.43 | 15.2 | | 1 R | 39.43 |
| CA | 2102879 | 1 | EA | RETIN-A GEL 0.025% 45GM | 45.84 | 38.87 | 15.2 | | 1 R | 38.87 |
| AD | 1618291 | 1 | EA | ZESTRIL TAB 5MG 100 | 72.55 | 61.52 | 15.2 | | 1 R | 61.52 |

S U M M A R Y    COST $ 1577.99
RETAIL $ 1871.83         G.P: 15.7%

NET PAYABLE BY STMT DUE DATE     1577.99
GROSS PAYABLE AFTER STMT DUE DATE 1610.19

PHARMACY, CATEGORY RX ONLY

TOTALS: LINES 15  CASES 0  PIECES 21

THIS INVOICE IS PAYABLE TO AT ABOVE ADDRESS. CLAIMS MUST BE MADE WITHIN FIVE DAYS AND SHOW DATE OF INVOICE. McKESSON DRUG CO.

THIS IS TO CERTIFY THAT ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

3702106

VAC MDL 8816

R2-007651