# EXHIBIT 12

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------x

| | |
|---|---|
| IN RE: PHARMACEUTICAL | ) MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) |
| PRICE LITIGATION | ) CIVIL ACTION: |
| | ) 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) |
| U.S. ex rel. Ven-A-Care of | ) |
| The Florida Keys, Inc. v. Abbott | ) |
| Laboratories, Inc., et al. | ) |
| No. 06-CV-11337-PBS | ) |

----------------------------------x

Videotaped Deposition of FIRST COAST SERVICE OPTIONS, INC., by and through JEAN VEAL, taken on behalf of Abbott Laboratories, Inc., on Tuesday, March 25, 2008, at Smith, Gambrell & Russell, LLP, 50 North Laura Street, Suite 2600, Jacksonville, Florida, before Karen F. Howard, Registered Professional Reporter and Notary Public in and for the State of Florida at Large.

1                MR. LAVINE:  Object to form.
2      BY MS. RAMSEY:
3           Q     When you were preparing for your
4      deposition today, did you determine for which years
5      you found arrays for each J-Code?
6           A     No, I mean -- could you repeat that?
7                MS. RAMSEY:  Can you read it back?
8                (The last question was read by the
9      reporter as follows:  "When you were preparing for
10     your deposition today, did you determine for which
11     years you found arrays for each J-Code?")
12          A     I mean, we looked at some, but I don't
13     think we looked at each year.
14          Q     Do you know when the earliest year is that
15     you found any J-Codes for -- or strike that.
16                Do you know for which year -- strike that
17     again.
18                What's the earliest year for which you
19     found an array for any of the subject J-Codes?
20          A     I think the earliest was 1995.
21          Q     I take it from 1991 through 1994 there
22     aren't any J-Codes -- I'm sorry, there aren't any

1  arrays for these subject J-Codes?
2      A    Well, I'm not saying there aren't any, but
3  they were possibly in storage.  We didn't pull
4  everything out of storage.
5      Q    You didn't locate any?
6      A    Well, we didn't really look.  I mean . . .
7      Q    In your searches that were conducted so
8  far --
9      A    Right.
10     Q    -- none showed up?
11     A    That's correct.
12     Q    When I was reviewing the documents, I did
13 not locate any arrays for 1995.  Do you recall
14 whether the 1995 array for which you referenced
15 earlier was related to one of Abbott's subject J-
16 Codes?
17     A    I think they were -- what I was looking at
18 was -- it looked more like a spreadsheet, and they
19 would have some NDCs on them.  They would have the
20 J-Code, NDCs on them.  And, I mean, in a way they
21 weren't really arrayed.  That was NDCs that Lorna
22 used to -- she was the one that did it before me --

1   A   No. I mean, I wasn't in charge of the
2 overall search. I mean, I think other departments
3 besides just me were required to search.
4   Q   And when you were talking about documents
5 that were in storage, did you mean in storage right
6 at the offices of First Coast?
7   A   No. I meant -- there's a storage
8 warehouse First Coast uses. I'm not sure where it
9 is.
10  Q   And do you have an understanding as to the
11 scope of the search that was performed with respect
12 to those documents in storage?
13      MS. RAMSEY: Object to form.
14  A   No. I mean, I don't think everything was
15 pulled out of storage. I think it was what was
16 right at hand.
17  Q   Do you have an understanding as to why or
18 why not?
19  A   Just because I think the documents said if
20 it was unduly burdensome, don't pull them or don't
21 search, something to that effect.
22  Q   Are there a lot of boxes in storage?