# EXHIBIT 13

# 2001 CATALOG







Abbott Laboratories

BR 00212

HIGHLY CONFIDENTIAL

ABT148-3204    F

PRODUCTS DIVISION

## INTRAVENOUS DRUGS AND DEVICES

Our FirstChoice® line offers a comprehensive array of injectable drugs — virtually all injectable drugs used in everyday practice — to ensure increased efficiency, better patient tolerance, a wider therapeutic window and improved patient stability. Abbott is the leading manufacturer of injectables used throughout the hospital.

In addition, Abbott provides a broad range of drug delivery systems.

- Carpuject® prefilled syringes, for both needle and needlefree systems, are available with many drugs in the FirstChoice lineup.



- FirstChoice® Premixes, available in more than 130 choices and doses, are the ultimate in efficiency for pharmacy and nursing alike.



- The ADD-Vantage® System helps you save time and reduce waste with more than 95% of the drugs you use every day.



## IV SETS

Abbott offers a full line of I.V. sets, many with the following features, offering both convenience and safety:

- The LifeShield® needlefree system cuts the use of needles in drug administration to a fraction and is available in virtually every I.V. configuration that Abbott makes.

**LifeShield®**

- The CLAVE® system provides an integral swabbable valve for easy needlefree I.V. access that never needs capping.

**CLAVE®**

HIGHLY CONFIDENTIAL

BR 00214

ABT148-3206

# Large Volume Parenteral Solutions
## SECTION CONTENTS

| | Page |
|---|---|
| • General I.V. Solutions | A2 |
| • Ionosol® and Normosol® Solutions | A3 |
| • Mannitol Solutions | A3 |
| • Premixed Solutions | A3 |
| • Partial-Fill I.V. Solutions | A5 |
| • ADD-Vantage® Partial-Fill Solutions | A5 |
| • Empty Containers | A5 |
| • Accessories | A5 |
| • Electrolyte Content Charts | A6 |



## DESCRIPTIONS/DEFINITIONS

Abbott's LifeCare® (flexible plastic) and Abbo-Vac® (glass) I.V. delivery systems offer both a flexible plastic I.V. container system as well as a totally closed glass container system.

Partial-fill and ADD-Vantage® diluent containers complete the line and facilitate additive procedures.

### Abbo-Vac® Glass Containers
Glass container with pre-bored butyl rubber stopper to accept vented administration sets. Available in 150 mL, 250 mL, 500 mL and 1000 mL sizes.

### LifeCare® Flexible Containers
I.V. container in flexible plastic available in the following sizes: 150 mL, 250 mL, 500 mL and 1000 mL for use with nonvented administration sets.

### ADD-Vantage® System
Using two components, the specially designed ADD-Vantage diluent container and drug vial, drugs can be prepared in seconds without needles, syringes or alcohol swabs. Liquid or powdered medications are provided in a threaded vial that mates with the top of flexible diluent bags in 50, 100 or 250 mL sizes. All ADD-Vantage vials are glass encased in plastic.

The ADD-Vantage design keeps drug and diluent separate until the system is activated just prior to administration. The ADD-Vantage system requires no refrigeration, freezers or other special storage conditions.

Assembled but not activated ADD-Vantage systems can be stored for up to 30 days out of the overwrap. ADD-Vantage diluents are listed in this section on page A5. ADD-Vantage drugs are listed on pages C17 & C18.

### Additive Volumes for LifeCare Flexible Containers

| Container Size (mL) | Maximum Additive Volume (mL) | | Total Available Volume (mL) | |
|---|---|---|---|---|
| | With Air | Without Air | With Air | Without Air |
| 150 | +180 | +190 | 330 | 340 |
| 250 | +85 | +100 | 335 | 350 |
| 500 | +145 | +200 | 645 | 700 |
| 1000 | +150 | +205 | 1150 | 1205 |

### Additive Volumes for LifeCare Partial-Fill Flexible Containers

| Container Size (mL) | Maximum Additive Volume (mL) | | Total Available Volume (mL) | |
|---|---|---|---|---|
| | With Air | Without Air | With Air | Without Air |
| 25 | +65 | +70 | 90 | 95 |
| 50 | +65 | +70 | 115 | 120 |
| 100 | +65 | +70 | 165 | 170 |

BR 00229

HIGHLY CONFIDENTIAL

ABT148-3221