## Certificate of Service

      I, Jocelyn R. Normand, Esq., certify that on November 13, 2009, a true and correct copy of the STIPULATION Concerning the Use of Prior Depositions by The City of New York and Captioned New York Counties [Docket No. 6658, Sub-Docket No. 180] was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

                                                  /s/ Jocelyn R. Normand
                                                  Jocelyn R. Normand