## Certificate of Service

      I, Jocelyn R. Normand, Esq., certify that on November 13, 2009, a true and correct copy of the STIPULATION Concerning the Use of Prior Depositions by State of Iowa [Docket No. 6659, Sub-Docket No. 50] was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

      /s/ Jocelyn R. Normand
      Jocelyn R. Normand