UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS<br>Subcategory Case No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Iowa v. Abbott Labs., et al.* |  |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) | Magistrate Judge Marianne B. Bowler |
| *County of Nassau v. Abbott Labs., et al.* (E.D.N.Y. No. 04-CV-05126) |  |
| and other cases listed on the following page |  |

## **NOTICE OF NAME CHANGE**

| THIS DOCUMENT RELATES TO: ) | *County of Herkimer v. Abbott Labs., et al.* ) |
|---|---|
| *County of Westchester v. Abbott Labs., et al.* ) <br> (S.D.N.Y. No. 03-CV-6178) ) <br> *County of Rockland v. Abbott Labs., et al.* ) <br> (S.D.N.Y. No. 03-CV-7055) ) <br> *County of Putnam v. Abbott Labs., et al.* ) <br> (S.D.N.Y. No. 05-CV-04740) ) <br> *County of Dutchess v. Abbott Labs., et al.* ) <br> (S.D.N.Y. No. 05-CV-06458) ) <br> *County of Orange v. Abbott Labs., et al.* ) <br> (S.D.N.Y. Case No. 07-CV-2777) ) <br> *County of Washington v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00408) ) <br> *County of Rensselaer v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00422) ) <br> *County of Albany v. Abbott Labs., et al* ) <br> (N.D.N.Y. No. 05-CV-00425) ) <br> *County of Warren v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00468) ) <br> *County of Greene v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00474) ) <br> *County of Saratoga v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00478) ) <br> *County of Columbia v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00867) ) <br> *Essex County v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00878) ) <br> *County of Chenango v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00354) ) <br> *County of Broome v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00456) ) <br> *County of Onondaga v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00088) ) <br> *County of Tompkins v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00397) ) <br> *County of Cayuga v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00423) ) <br> *County of Madison v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00714) ) <br> *County of Cortland v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00881) ) <br> *County of Ulster v. Abbott Labs., et al.* ) <br> (N.D.N.Y. Case No. 06-CV-0123) ) | (N.D.N.Y. No. 05-CV-00415) ) <br> *County of Oneida v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00489) ) <br> *County of Fulton v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00519) ) <br> *County of St. Lawrence v. Abbott Labs., et al.*) <br> (N.D.N.Y. No. 05-CV-00479) ) <br> *County of Jefferson v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00715) ) <br> *County of Lewis v. Abbott Labs., et al.* ) <br> (N.D.N.Y. No. 05-CV-00839) ) <br> *County of Chautauqua v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06204) ) <br> *County of Allegany v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06231) ) <br> *County of Cattaraugus v. Abbott Labs., et al.*) <br> (W.D.N.Y. No. 05-CV-06242) ) <br> *County of Genesee v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06206) ) <br> *County of Wayne v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06138) ) <br> *County of Monroe v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06148) ) <br> *County of Yates v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06172) ) <br> *County of Niagara v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06296) ) <br> *County of Seneca v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06370) ) <br> *County of Orleans v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06371) ) <br> *County of Ontario v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06373) ) <br> *County of Schuyler v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06387) ) <br> *County of Chemung v. Abbott Labs., et al.* ) <br> (W.D.N.Y. No. 05-CV-06744) ) <br> *County of Steuben v. Abbott Labs., et al.* ) <br> (W.D.N.Y. Case No. 05-CV-6223) ) <br> *County of Wyoming v. Abbott Labs., et al.* ) <br> (W.D.N.Y. Case No. 05-CV-6379) ) |

The entity formerly known as Merck & Co., Inc. ("Former Merck") hereby notifies the Court that, effective as of November 4, 2009, it is now named Merck Sharp & Dohme Corp. This name change results from Former Merck's merger with a Schering Plough Corporation subsidiary. In connection with this merger, Former Merck has changed its name to Merck Sharp & Dohme Corp. and has become a wholly owned subsidiary of the entity formerly known as Schering Plough Corporation, which has been renamed Merck & Co., Inc.

Dated: November 16, 2009

                         Respectfully submitted,

                         HUGHES HUBBARD & REED LLP

                         By:     /s/ Robert B. Funkhouser
                         John M. Townsend (Admitted *pro hac vice*)
                         Robert P. Reznick (Admitted *pro hac vice*)
                         Robert B. Funkhouser (Admitted *pro hac vice*)
                         Eric S. Parnes (Admitted *pro hac vice*)
                         1775 I Street, N.W.
                         Washington, DC 20006
                         Tel: 202-721-4600
                         Fax: 202-721-4646

                         Jeff H. Galloway
                         HUGHES HUBBARD & REED LLP
                         One Battery Park Plaza
                         New York, NY 10004-1482
                         Tel: 212-837-6000
                         Fax: 212-422-4726

                         *Attorneys for Defendant Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc.*

## **CERTIFICATE OF SERVICE**

       I certify that, on November 16, 2009, I caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                          /s/ Robert B. Funkhouser
                                                                           Robert B. Funkhouser