# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: <br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. V. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | Hon. Patti B. Saris |

## NOTICE OF CORRECTED SERVICE
## OF TAB 21 TO EXHIBIT 2 TO DECLARATION OF T. MARK JONES
## FILED IN SUPPORT OF RELATOR'S RESPONSE TO MOTIONS TO DISMISS

COMES NOW the Relator, Ven-A-Care of the Florida Keys, Inc. (The "Relator"), and files the attached notice of corrected service of Tab 21 to Exhibit 2 to Declaration of T. Mark Jones(the "Declaration"). The Declaration [Master Document Nos. 6645, 6654; Subcategory Document No. 529] was attached as Exhibit "C' to Ven-A-Care of the Florida Keys, Inc.'s Combined Opposition to Motions to Dismiss Filed by Abbott, Dey and Roxane dated November 3, 2009 [Master Document No. 6206 and Subcategory Document No. 527] . After reviewing the documents served via Lexis Nexis File and Serve, the Relator discovered that a duplicate of the document identified as Tab 20 was also attached as Tab 21, and as a result the correct Tab 21 was not initially served. The Relator, on today's date November 18. 2009, served the corrected

Tab 21 via Lexis Nexis File and Serve. The correct Tab 21 was filed with the Court with the initial filing.

                Respectfully submitted,

                For the Relator,
                Ven-A-Care of the Florida Keys, Inc.

                /s/ Alison W. Simon
                James J. Breen
                Alison W. Simon
                The Breen Law Firm
                3350 S.W. 148th Avenue, Suite 110
                Miramar, FL 33027
                Tel: (954) 874-1635
                Fax: (954) 874-1705
                Email: jbreen@breenlaw.com

                Sherrie R. Savett
                Susan Schneider Thomas
                Gary L. Azorsky
                1622 Locust Street
                Philadelphia, PA 19103
                Tel: (215) 875-3000
                Fax: (215) 875-4064

Dated: November 18, 2009

## **CERTIFICATE OF SERVICE**

   I hereby certify that I have this day caused an electronic copy of the above Relator's NOTICE OF CORRECTED SERVICE OF TAB 21 TO EXHIBIT 2 TO DECLARATION OF T. MARK JONES FILED IN SUPPORT OF RELATOR'S RESPONSE TO MOTIONS TO DISMISS with the corrected Tab 21 attached to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated November 18, 2009

                /s/ Alison W. Simon
                Alison W. Simon