**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO CLASS 1 RESIDENTS OF THE COMMONWEALTH OF MASSACHUSETTS | ) | Hon. Patti B. Saris |

**THE J&J DEFENDANTS' POST-REMAND MOTION FOR SUMMARY JUDGMENT AGAINST CLASS 1 RESIDENTS OF THE COMMONWEALTH OF MASSACHUSETTS**

Johnson & Johnson, Centocor, Inc., and Ortho Biotech Products, LP (the "J&J Defendants"), by their attorneys, respectfully move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment against Class 1 residents of Massachusetts. The grounds for said motion are set forth in the accompanying Local Rule 56.1 Statement, supporting memorandum, declaration of Andrew D. Schau, exhibits thereto, and the full Track One discovery and trial record.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1, the J&J Defendants, believing that oral argument may assist the Court in resolving the issues presented in this motion, respectfully request that oral argument be heard.

Dated: November 23, 2009

/s/ Andrew D. Schau

Andrew D. Schau
Adeel A. Mangi
Elizabeth Shofner
Michael Jacobsohn
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000
*Attorneys for the J&J Defendants*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that I conferred with counsel for plaintiffs and was advised that plaintiffs do not consent to this motion.

/s/ Andrew D. Schau
Andrew D. Schau

## CERTIFICATE OF SERVICE

I certify that on November 23, 2009 a true and correct copy of the foregoing was delivered via electronic service to all counsel of record pursuant to Case Management Order No. 2.

/s/ Andrew D. Schau
Andrew D. Schau