UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No.1456 )<br>) Master File No. 01-CV-12257-PBS<br>) Subcategory No. 06-CV-11337-PBS<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation*, *et al.*, Civil Action No. 07-10248-PBS | ) Judge Patti B. Saris<br>)<br>) Magistrate Judge Marianne B. Bowler<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL DECLARATION OF JAMES J. FAUCI
SUBMITTING EXHIBITS IN SUPPORT OF PLAINTIFFS'
RESPONSE TO ROXANE DEFENDANTS' SUPPLEMENTAL
LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS**

I, James J. Fauci, do hereby declare as follows:

1.  I am an Assistant U.S. Attorney in the Office of the United States Attorney, District of Massachusetts. I am a member in good standing of the bar of this Court.

2.  On behalf of the plaintiff United States of America, I am submitting with this declaration Exhibits in support of the Plaintiff's Opposition to the Roxane Defendants' Motion for Partial Summary Judgment.

3.  The following exhibits are true and correct copies of the materials described:

| Ex. # | Description |
|---|---|
| 191. | 30(b)(6) Deposition of Palmetto (Robin K. Stone), October 14, 2009, selected pages |
| 192. | 30(b)(6) Deposition of Cigna (Carolyn Helton), October 16, 2009, selected pages |

I swear under the penalties of perjury that the foregoing statements are true and correct.

*James F Fauci*

James J. Fauci
Assistant U.S. Attorney

Executed this 23rd day of November, 2009