# Exhibit Q

Blue Ribbon Schools are recognized as some of the nation's most successful institutions, and they are exemplary models for achieving educational excellence throughout the nation. Not only have they demonstrated excellence in academic leadership, teaching and teacher development, and school curriculum, but they have demonstrated exceptional levels of community and parental involvement, high student achievement levels and strong safety and discipline.

After schools are nominated by state education agencies for the Blue Ribbon award, they undergo a rigorous overview of their programs, plans and activities. That is followed with visits by educational experts for evaluation. Ultimately, those schools which best demonstrate strong leadership, clear vision and mission, excellent teaching and curriculum, policies and practices that keep the schools safe for learning, family involvement and evidence of high standards are selected for this prestigious award. I am pleased that they are now receiving the national recognition they are due.

As school and community leaders head to Washington for the Department of Education awards ceremony, I want to thank them once again for a job well done. More satisfying than any award, these leaders will have the lifelong satisfaction of having provided the best education possible and a better future for thousands of children. I am proud of what they have achieved, and want to share their achievements so that more people benefit from their accomplishments. I ask that a summary of Bernardo Heights Middle Schools' superior work be included in the record:

Located in northern San Diego County, Bernardo Heights Middle School (BHMS) is one of five middle schools in the award-winning Poway Unified School District. The school has a sprawling suburban campus where students are active participants in the learning process. The dynamic teachers are committed to developing a love of learning that will last a lifetime. Bernardo Heights has set expectations and academic standards that foster well being, encourage appreciation of the arts, and at the same time embrace diversity. BHMS is continuously re-evaluating their curriculum and the needs of its students. Using parent input, needs assessments, and up-to-date teaching practices and methods, their curriculum provides a solid scope and sequence that assures students will be ready for the 21st Century.

Knowing the pressures and variables of modern society, Bernardo Heights has developed an array of assistance programs to form a safety net for students who are at-risk. From parent-teacher-student conferences to support groups, tutorials to mentoring programs, they do "whatever it takes" to provide all students every opportunity to succeed. Almost 80% of all students scored above the 50th percentile on the SAT 9 reading, writing and math tests and Average Daily Attendance (ADA) is at 96.5%. From its unique architecture to the exciting learning environment within its classrooms, Bernardo Heights Middle School is a dynamic, active educational center, filled with the promise of tomorrow.

TRIBUTE TO SERGEANT WILLIAM F. SNELL

## HON. LORETTA SANCHEZ
OF CALIFORNIA
IN THE HOUSE OF REPRESENTATIVES

*Tuesday, September 19, 2000*

Ms. SANCHEZ. Mr. Speaker, today I rise to pay tribute to Sergeant William F. Snell, an officer with the California Highway Patrol. Sergeant Snell is retiring from the California Highway Patrol after 32 years of service to the State of California.

Sergeant Snell began his career as an officer with the California Highway Patrol in 1968. Upon his graduation from the academy, Sergeant Snell was assigned to several offices in California, including Baldwin Park, Riverside, San Bernardino, Central Los Angeles and Santa Ana in July 1986.

In Santa Ana, Sergeant Snell held several administrative positions. He was the sergeant in charge of commercial enforcement within the Santa Ana Area. As sergeant in charge, he directed the commercial officers within the Border Division area, including San Diego and Orange County offices.

Sergeant Snell is a dedicated officer who has served the people and the State of California with highest degree of professionalism. During his career with the Highway Patrol, Sergeant Snell demonstrated his outstanding qualities of management and leadership. Sergeant Snell upheld the mission of the California Highway Patrol to manage and regulate traffic and to achieve "safe, lawful and efficient use of the highway transportation system." An officer in the California Highway Patrol must possess courage, strength, and heroism in the face of the unknown.

I commend Sergeant Snell for his dedication to the safety of California's citizens and to the high caliber of service that he gave to his profession. Colleagues, please join with me in recognizing Sergeant William F. Snell as a man of dignity, honor and purpose and in wishing him many happy years of retirement.

HOW DRUG PROFITS DRIVE DOCTORS TO INCREASE DRUG UTILIZATION

## HON. FORTNEY PETE STARK
OF CALIFORNIA
IN THE HOUSE OF REPRESENTATIVES

*Tuesday, September 19, 2000*

Mr. STARK. Mr. Speaker, at the Department of Justice's prodding, Medicare and Medicaid are finally going to reimburse drugs at a more accurate rate. In the past, we have paid for drugs at 95% of the Average Wholesale Price (AWP)—a wholly artificial and often grossly inflated price.

The action by HCFA should be welcome by taxpayers. But it should also be welcome by patients—and not just because patients will now face lower co-payment amounts. The worst aspect of the AWP pricing abuse has been that it distorts medical judgment, causing many—not all, but many—doctors to increase their utilization of drugs on which the doctors can make the most money on the "spread" between the listed AWP price, and what the actual cost to the provider is.

The following data shows the phenomenon: there is absolutely no reason that the nation's utilization of ipratropium bromide has soared—other than doctors can now make over a 100% profit on the product. If you need ipratropium bromide, you should get it. You should not be getting it because your doctor makes a bigger and bigger profit on it.

I think the evidence will show that there are better cancer drug fighting products available to people, which are not being used because the doctors make more profit on the poorer quality product.

Reform of the AWP will not only save dollars—it will stop an insidious form of medical malpractice.

How has Medicare Utilization for the Inhalation Drug Ipratropium Bromide (HCPCS codes K0518 and J7645) changed as the "spread" or profit that doctors can make on the use of the product has increased?

In 1995, Medicare paid $3.11 for a unit, and that's what it cost the provider. There was no spread, and Medicare spent $14,426,108 on the product.

In 1996, Medicare reimbursed $3.75 a unit, but the cost to doctors was only $3.26, giving a 49 cent profit or a 15% spread. Interest in the product picked up, with Medicare spending $47,388.622.

In 1997, Medicare's reimbursement was $3.50 a unit, but the providers's true cost was only $2.15, giving a profit spread of $1.35 or 63%. Sales of the product really starting taking off, and Medicare spent $96,204,639 on the product.

In 1998 and 1999, Medicare reimbursed $3.34 for a unit. In 1998, doctors could get it for about $1.70, giving them a profit of 96% or $1.64 per unit. Sales totaled $176,887,868! In 1999, the drug was available for $1.60, giving users a 108% profit. We don't have the data on total 1999 Medicare expenditures on this product yet, but I bet, Mr. Speaker, that it is higher than ever.

This example is exhibit #1 why we need AWP reform.

HONORING THE AMERICAN BUSINESS WOMEN'S ASSOCIATION FOR ITS EFFORT TO ADVANCE WOMEN IN BUSINESS

## HON. WILLIAM F. GOODLING
OF PENNSYLVANIA
IN THE HOUSE OF REPRESENTATIVES

*Tuesday, September 19, 2000*

Mr. GOODLING. Mr. Speaker, I rise today to honor the American Business Women's Association for its dedication to promote the professional, educational, cultural, and social advancement of business women.

September 22, 2000 will mark the 51st anniversary of the founding of the American Business Women's Association. For over 50 years the members of this association have recognized that education and skilled training are crucial in today's technological society. These enterprising women hold active, responsible positions on all levels of business and will play an increasingly powerful role in the American workforce.

The local chapters of the A.B.W.A. have made scholarships available to students to further their education and have provided financial assistance to students returning to the workforce by enabling them to attend college. Through the improvement of individual skills,