**Exhibit R**

## HONORING AUSTIN HERRIN

## HON. GEORGE RADANOVICH

OF CALIFORNIA

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, January 30, 2001*

Mr. RADANOVICH. Mr. Speaker, I rise today to honor Austin Herrin for saving the life of my constituent and cousin, Tom Radanovich. Mr Herrin's courage and composure during an emergency situation exemplified heroism.

On the evening of September 19, 2000, Tom Radanovich and a friend were dining at an Applebee's Restaurant in Clovis, CA. Tom was enjoying a steak. Unexpectedly, a piece of the meat became lodged in Tom's throat. Tom began to panic and indicate that he was unable to breathe. Austin Herrin, the waiter who had been serving Tom, noticed the commotion and quickly approached Tom. Mr. Herrin calmly performed the Heimlich maneuver, which successfully removed the meat from Tom's throat. Austin's actions likely saved Tom Radanovich's life.

Mr. Speaker, I rise to honor Austin Herrin for his quick action in helping save a life. I urge my colleagues to join me in expressing deep gratitude to Mr. Herrin.

## TRIBUTE TO JOHN ALEXANDER CAMPAU

## HON. NICK SMITH

OF MICHIGAN

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, January 30, 2001*

Mr. SMITH of Michigan. Mr. Speaker, it is with great respect for his outstanding service to the community, that I ask my colleagues in Congress to recognize John Alexander Campau for receiving the Jackson County Small Business Person of the Year Award.

John Campau is the ultimate entrepreneur. He took the risk, and accepted the challenge of running Comtronics. It is with great pleasure that I congratulate him on his past 12 seasons of service.

Under his leadership, sales revenue has more than doubled. Comtronics has added 27 employees and almost 1,000 customers and has expanded into seven states. Gross profits have increased, net profits have increased, and net worth of the corporation has increased over 300 percent. Today, the company is larger, stronger, more diverse, and financially more sound than ever before in its 42-year history. As president and chief executive officer, John Campau rose to the occasion and exceeded all projections of growth. He has a life long history of being a leader and a 14-year track record of outstanding business success. John Campau is a true entrepreneur. He had a vision and a relentless passion to create and succeed.

Not only has John been a industry leader, but more importantly he has continued a family tradition of being an active member of his community. Supporting community organizations such as the American Cancer Society, Hot Air Jubilee, Family Service and Children's Aid, Junior Achievement and the United Way, John understands the importance of giving back to his community.

John Campau's devotion and determination to both Comtronics and his community is to be applauded and I am honored to join the Greater Jackson community in recognizing him and wishing continued success in his future endeavors.

## AS PROFITS ON A DRUG GO UP, SO DOES UTILIZATION. IS THIS A FORM OF PATIENT ABUSE?

## HON. FORTNEY PETE STARK

OF CALIFORNIA

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, January 30, 2001*

Mr. STARK. Mr. Speaker, Medicare and many others pay for prescription drugs on the basis of the average wholesale price (AWP). Unfortunately, the AWP is a completely fictitious price which has been manipulated by a number of drug companies in ways the companies believe will influence physician prescribing practices. Have they succeeded?

While the AWP payment loophole is an abuse of taxpayers, I am concerned that it may be causing unnecessary utilization and prescribing of drugs in a way that can be an abuse of the patient. I would appreciate hearing from medical experts whether the following data can be explained by good medical practice, or whether it is another example of pharmaceutical company success in using price differentials to shape prescribing patterns, which may, or may not, be good for the patient.

For example, in 1995, Medicare paid $3.11 a unit for the inhalation drug Ipratropium Bromide. That's exactly what it cost the doctor at wholesale, and total Medicare usage and expenditure on the drug was only $14,426,108.

In 1996, a 'spread' developed between what Medicare paid ($3.75 a unit) and what the doctor paid, $3.26 a unit, and utilization went to $47,388,622.

In 1997, Medicare paid $3.50 but doctors only paid $2.15 and utilization doubled, to $96,204,639.

In 1998, the spread increased as Medicare paid $3.34 but doctors could get the drug for $1.70, and utilization doubled again, to $176,887,868. Does anyone really believe that the need for this drug doubled in one year?

The data is just in for 1999, and shows that the spread and usage widened again: Medicare paid $3.34 a unit. Doctors could get the drug for $1.60 a unit, and Medicare spent $201,470,288 for Ipratropium Bromide.

The abuse of the taxpayer in this situation is serious. But what is even more serious is the question that must be raised about the doctor-patient relationship and whether patients can trust doctors to prescribe appropriately when they can make 108% profit on the prescription of a drug?

## ELECTION REFORM ACT

## HON. THOMAS M. DAVIS

OF VIRGINIA

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, January 30, 2001*

Mr. DAVIS of Virginia. Mr. Speaker, I, along with my fellow colleagues, Representatives STEVE ROTHMAN, PATRICK KENNEDY and HEATHER WILSON, DAVID DREIER and ALCEE HASTINGS are pleased to introduce meaningful, bipartisan legislation to reform the administration of our nation's elections. The Election Reform Act will ensure that our nation's electoral process is brought up to twenty-first century standards.

The Election Reform Act will establish an Election Administration Commission to study federal, state and local voting procedures and election administration and provide grants to update voting systems. The legislation combines the Federal Election Commission's Election Clearinghouse and the Department of Defense's Office of Voting Assistance, which facilitates voting by American civilians and servicemen overseas, into the Election Administration Commission, creating one permanent commission charged with electoral administration.

The Commission will be comprised of four individuals appointed by the President, with the advice and consent of the Senate. The Commission will conduct an ongoing study and make recommendations on the "best practices" relating to voting technology, ballot design and polling place accessibility. Under this legislation, the Commission will recommend ways to improve voter registration, verification of registration, and the maintenance and accuracy of voter rolls.

It is vital that we establish this Commission as a permanent body. Many issues and concerns surrounding elections necessitate a continual review of ever-changing technologies. A permanent Commission will be best suited to facilitate the sharing of information about new, cost-effective technologies that can improve the way we administer elections in America.

## HONORING REV. FRED CORNELL'S FIFTY YEARS IN THE MINISTRY

## HON. JERRY F. COSTELLO

OF ILLINOIS

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, January 30, 2001*

Mr. COSTELLO. Mr. Speaker, I rise today to ask my colleagues to join me in honoring the fifty years of ministry for the Reverend Fred Cornell, pastor of the Concordia Church of Christ in Belleville, Illinois.

This month, Reverend Cornell is celebrating 50 years in the ministry. Rev. Cornell was ordained on December 27, 1950 and went on to establish himself as a progressive religious leader with a willingness to get involved in the community and speak out on important issues. He was pastor of the First Presbyterian Church of Belleville in 1964, when he was arrested in Mississippi with 26 others helping to register African American voters.

Reverend Cornell grew up in St. Louis, Missouri. His great-great-great grandfather served as a Presbyterian Missionary to native Americans in Maine and Pennsylvania in the early 1800's. Reverend Cornell served three years in the navy and earned a business degree from Washington University in St. Louis. He also worked for Ralston-Purina of St. Louis, but found that work to be unsatisfying. He attended McCormick Theological Seminary in Chicago for three years and got his first job as a minister in Mountainburg, Arkansas. Two years later he became pastor of two small churches in Owensville and Gerald, Missouri.

In 1956, he began as the Associate Pastor at First Presbyterian in Belleville and became