# EXHIBIT 47

```
                                                              705

 1                 UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3   - - - - - - - - - - - - - - -x

 4   IN RE:  PHARMACEUTICAL         :   MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE     :   CIVIL ACTION

 6   PRICE LITIGATION               :   01-CV-12257-PBS

 7   - - - - - - - - - - - - - - -x

 8   THIS DOCUMENT RELATES TO:      :

 9   U.S. ex rel. Ven-a-Care of     :   Hon.  Patti B. Saris

10   the Florida Keys, Inc.         :

11        v.                        :

12   Dey, Inc., et al.              :

13   No. 05-11084-PBS               :

14   - - - - - - - - - - - - - - -x

15

16       (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

17

18         CONTINUED DEPOSITION OF T. MARK JONES

19                   Washington, D.C.

20              Monday, December 8, 2008

21                    VOLUME III

22
```

895

1  set of Red Books and Blue Books, so we would just

2  copy the page that was appropriate.  Usually we

3  put the date or at least the year on it, but I

4  don't see --

5      Q.   And the Red Book is a publication that

6  Ven-A-Care purchased, right?

7      A.   Yes.  We purchased it to have it

8  delivered.

9      Q.   And the Red Book is available for

10 anyone who wants to purchase it, right?

11     A.   Like Chris Cook said, in the Library of

12 Congress.

13     Q.   And then this fax was prepared by Ven-

14 A-Care and sent to Rob Vitto and Linda Ragone in

15 the regular course of business, right?

16     A.   Yep.

17     Q.   And it was sent on June 19th, 1997,

18 right?

19     A.   That's what it says.  Yes.

20     Q.   Okay. And the Re line, it says, Dey

21 Labs contract for Greater New York Hospital

22 Association buying group, prices keep going down?