**EXHIBIT 48**

289

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3
 4  IN RE:  PHARMACEUTICAL     ) MDL NO. 1456
    INDUSTRY AVERAGE WHOLESALE ) Master File No.
 5  PRICE LITIGATION           ) 01-12257-PBS
                               )
 6  THIS DOCUMENT RELATES TO   ) Subcategory Case No.
    United States of America   ) 06-11337
 7  ex rel. Ven-A-Care of      )
    the Florida Keys, Inc. v.  ) Hon. Patti B. Saris
 8  Actavis Mid Atlantic LLC,  )
    et al., Civil Action No.   )
 9  08-10852                   )
10
11       CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF
12          VEN-A-CARE BY JOHN M. LOCKWOOD, M.D.
13                       Volume II
14                  (Taken by Defendants)
15                     July 28, 2009
16                       8:59 a.m.
17                 Omni Hotel at CNN Center
18                     100 CNN Center
19                    Atlanta, Georgia
20
21  Reported by:   F. Renee Finkley, RPR, CRR, CLR,
22  CCR-B-2289
```

```
 1  wholesalers and manufacturers or through GPOs since
 2  2000.
 3      Q.    For what purpose?
 4      A.    I've testified to this before, for -- to
 5  show we can, number one, and perhaps even more
 6  importantly, number two, sometimes state attorney
 7  generals are interested in an example of something
 8  that might be in the lawsuit so that they can look at
 9  it and see it and see what it is and so that they can
10  perhaps have a better understanding or use it as an
11  example.
12      Q.    All of those purchases since 2000 have
13  been litigation-related, correct?
14      A.    I would say yes.  Yes.  Yes.
15      Q.    Okay.  Ven-A-Care claims to be an industry
16  insider, correct?
17      A.    Yes, sir.
18      Q.    What industry?
19      A.    Well, we are a pharmacy and we would say
20  the pharmaceutical industry.
21      Q.    And who is included in that industry by
22  category?
```

1    A.    Manufacturers, wholesalers and the various

2  types, group purchasing organizations, pharmacies,

3  physicians, any -- any legal purchaser of

4  pharmaceuticals, prescription pharmaceuticals, and

5  then I guess you can include the end users, the

6  customers that those products are usually retailed to

7  and whatever support personnel those manufacturers,

8  wholesalers, GPOs, pharmacies, physicians require or

9  are associated with.

10    Q.    So the pharmacy insiders would include

11 independent pharmacies such as Ven-A-Care, correct?

12    A.    Yes, sir.

13    Q.    It would also include chain pharmacies

14 such as Walgreens and CVS?

15    A.    Yes, sir.

16    Q.    Would it include long-term care pharmacies

17 such as the type you might find in an nursing home?

18    A.    Yes.

19    Q.    The wholesalers to which you refer would

20 include the Big Three, McKesson, AmerisourceBergen,

21 and Cardinal, correct?

22    A.    It would include those, yes.

```
 1      Q.    It would also include regional
 2  wholesalers?
 3      A.    Yes, sir.
 4      Q.    And are there still some of those in the
 5  pharmaceutical industry?
 6      A.    There are a few.  It's my understanding
 7  they are disappearing, but there are a few.
 8      Q.    Maybe a dozen or so left?
 9      A.    I'll take your estimate.
10      Q.    Distributors, are there still distributors
11  in the system?
12      A.    Yes, sir, there are still, say, a fair
13  number of distributors.  I don't know exactly how
14  many.
15      Q.    All right.  And those -- those
16  participants would also be called industry insiders,
17  correct?
18      A.    We believe they are, yes.
19      Q.    What about mail order houses, do you know
20  what that term mean?
21      A.    Well, mail order pharmacies, they're -- I
22  guess I would include them in the pharmacy category
```

1  or legitimate purchasers of drugs.

2      Q.   Could you give a few examples of those

3  pharmacies?

4      A.   Well, I think Merck MedCo and some of

5  those people had mail order pharmacies.  Some

6  insurance companies have mail order pharmacies.  I

7  suspect Blue Cross/Blue Shield has got one.  There

8  are a number of them.

9      Q.   Express Scripts?

10     A.   Yes, sir.

11     Q.   Prescription RX?

12     A.   Yes.  Yes.

13     Q.   There are a substantial number of mail

14 order pharmacies in the United States, correct?

15     A.   Yes, sir.

16     Q.   Would you include hospitals that dispense

17 medications among industry insiders?

18     A.   Yes.  I think we would include anyone

19 dispensing medications legally and certainly people

20 dispensing to Medicaid or Medicare recipients.

21     Q.   That would also include employees at HMOs?

22     A.   It may, yes.  To the extent they often

1  have pharmacies associated with the HMO, yes.

2      Q.    Employees and participants in GPOs, group

3  purchasing organizations?

4      A.    Yes, sir.

5      Q.    Doctors who themselves administer

6  medications?

7      A.    Yes, sir.

8      Q.    And finally, I don't know if you

9  mentioned -- I think you did -- pharmaceutical

10 manufacturers, correct?

11     A.    Yes, sir.

12     Q.    Those are industry insiders, right?

13     A.    We believe that to be true, yes.

14     Q.    Approximately how many pharmaceutical

15 manufacturers are there, do you believe, in the

16 United States?

17     A.    Somewhere around 500.  The number goes up

18 and down.  I'm sure there's consolidation, but the

19 last number I had was probably somewhere around 500.

20     Q.    And do some of those manufacturers have

21 substantial numbers of sales reps out selling their

22 product?