**EXHIBIT 50**

```
                                                          1059

 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3   - - - - - - - - - - - - - - -x

 4   IN RE:  PHARMACEUTICAL       :   MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE   :   CIVIL ACTION

 6   PRICE LITIGATION             :   01-CV-12257-PBS

 7   - - - - - - - - - - - - - - -x

 8   THIS DOCUMENT RELATES TO:    :

 9   U.S. ex rel. Ven-a-Care of   :   Hon.  Patti B. Saris

10   the Florida Keys, Inc.       :

11       v.                       :

12   Dey, Inc., et al.            :

13   No. 05-11084-PBS             :

14   - - - - - - - - - - - - - - -x

15

16      (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

17

18         CONTINUED DEPOSITION OF T. MARK JONES

19                  Washington, D.C.

20             Tuesday, December 9, 2008

21                    VOLUME IV

22
```

1    Q.   Okay.  Next on the agenda was the

2   Exhibit 306, if you can turn to that.

3    A.   306.

4         MR. BREEN:  306 and 319 were sort of

5   the same question, weren't they?

6         MR. KATZ:  Right.  I guess, why don't

7   you pull them both out.

8         THE WITNESS:  Mine are out of order

9   here, obviously.

10        MR. KATZ:  They look like this.

11  There's one.

12        THE WITNESS:  This one.  319.

13        MR. KATZ:  There you go.  That's 319.

14        THE WITNESS:  Okay.  And 306.

15        MR. KATZ:  I think you're going the

16  wrong way.

17        THE WITNESS:  Well, I think they're out

18  of order here is all, because I moved -- let me

19  look down there.  (Viewing documents.)  Okay.

20        MR. KATZ:  Okay.

21  BY MR. KATZ:

22   Q.   Now, my question, with respect to each

1  of these exhibits, is whether Mr. Cobo contacted

2  Dey and requested the information.

3       A.   We called Mr. Cobo last night and asked

4  him that question, and he said no, he did not

5  contact Dey.  Dey contacted him.

6       Q.   Were these documents provided to any

7  government agency?

8       A.   I don't know that.  I don't have the

9  answer.

10      Q.   And with respect to the information

11 actually provided, did Mr. Cobo ask for the

12 particular information that Dey provided?

13           MR. BREEN:  Objection.  Form.

14           THE WITNESS:  Well, what I understood,

15 when we talked to him, was that these were sales

16 calls that he was talking to these people with,

17 and they sent the information on.

18 BY MR. KATZ:

19      Q.   Well, I guess my question is:  Mr.

20 Cobo, when he received the call, could have said,

21 "I'm not interested."  But is it accurate to say

22 that he said, "Okay.  Send me certain

1100

1  information, and I'll take a look at it," and

2  provided -- and provided what information he

3  wanted Dey to send him?

4         MR. BREEN:  Objection.  Form.

5         Just with respect to the designation,

6  here's what we asked him, here's what we prepped:

7  Did you contact Dey and solicit them to send you

8  this information, or did they contact you without

9  you contacting them first?  I thought that's what

10 we needed to find out.  In terms of the precise

11 conversation at the time --

12        MR. KATZ:  Yeah.

13        MR. BREEN:  -- I did not prepare in

14 that much detail is what I'm saying.

15        THE WITNESS:  We didn't ask him.

16        MR. BREEN:  Now, the witness may know.

17 But I'm just saying, I did not prepare it in that

18 much detail.

19        THE WITNESS:  I don't know.

20        MR. KATZ:  All right.

21        THE WITNESS:  I mean, I'd have to ask

22 him.