UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO CLASS 1 RESIDENTS OF THE DISTRICT OF COLUMBIA AND STATES OTHER THAN THE COMMONWEALTH OF MASSACHUSETTS |  |

## THE J&J DEFENDANTS' NOTICE OF FILING OF CORRECTED APPENDIX

Johnson & Johnson, Centocor, Inc., and Ortho Biotech Products, LP (the "J&J Defendants"), are filing the attached "Corrected Appendix" to the J&J Defendants' Memorandum in Support of Their Post-Remand Motion for Summary Judgment Against Class 1 Residents of the District of Columbia and States Other Than the Commonwealth of Massachusetts. The Appendix filed yesterday with the J&J Defendants' motion papers contained errors that were not discovered until after the J&J Defendants' motion papers were filed and served. The "Corrected Appendix" corrects those errors.

Dated: November 24, 2009  /s/ Andrew D. Schau
Andrew D. Schau
Adeel A. Mangi
Elizabeth Shofner
Michael Jacobsohn
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000
*Attorneys for the J&J Defendants*

**CORRECTED APPENDIX**

**STATE-BY-STATE UDTPA COMPARISON**

| MA | actual damages required; no right to a jury trial; deceptive or unfair conduct required |
|---|---|
| AZ | actual damages required; reliance required; deception required |
| AR | actual damages required; deceptive or unconscionable conduct required |
| CA §1770 | actual damages required; failure to state a claim under § 1770 because specific unfair or deceptive conduct required; reliance required; materiality required |
| CA §17200 | actual damages required; no right to a jury trial on § 17200 claims; reliance required |
| CO | actual damages required; deception required |
| CT | actual damages required; deceptive or unfair conduct required; materiality required |
| DE | actual damages required; deception required |
| DC | deception required; materiality required |
| FL | actual damages required; deceptive, unfair or unconscionable conduct required |
| HI | deceptive or unfair conduct required; materiality required |
| ID | actual damages required; deceptive or unconscionable conduct required |
| IL | actual damages required; no right to a jury trial; deceptive or unfair conduct required; materiality required |
| IN | reliance required; deception required |
| KS | actual damages required; court determines if unconscionable conduct; deceptive or unconscionable conduct required; materiality required |
| MD | actual damages required; reliance required; deceptive or unfair conduct required; materiality required |
| MI | actual damages required; reasonable reliance required; deception required; materiality required |
| MN | reliance part of causal nexus; deception required |
| MO | actual damages required; deceptive or unfair conduct required |
| NE | actual damages required; no right to a jury trial; deceptive or unfair conduct required |
| NV | deception required |
| NH | no right to a jury trial; deceptive or unfair conduct required |

33

| NJ | actual damages required; deceptive or unconscionable conduct required; materiality required |
|----|----|
| NM | actual damages required; deceptive or unconscionable conduct required |
| NY | actual damages required; deception required; materiality required |
| NC | actual damages required; court determines if unfair or deceptive; reliance required; deceptive or unfair conduct required |
| ND | deception required |
| OH | no right to class damages absent prior ruling |
| OK | actual damages required; deceptive or unfair conduct required |
| OR | actual damages required; reliance required; deception required |
| PA | actual damages required; reliance required; deception required; materiality required |
| RI | actual damages required; deceptive or unfair conduct required |
| SC | class actions not allowed |
| SD | actual damages required; reliance required; deception required |
| TN | class actions not allowed |
| TX | deceptive or unconscionable conduct required; materiality required |
| UT | actual damages required; no right to class damages absent prior ruling; deception required |
| VT | deceptive or unfair conduct required; materiality required |
| WA | actual damages required; deceptive or unfair conduct required |
| WV | deceptive or unfair conduct required |
| WI | actual damages required; deception or unfair conduct required |
| WY | actual damages required; reliance required; deceptive or unfair conduct required |

**CERTIFICATE OF SERVICE**

        I certify that on November 24, 2009 a true and correct copy of the foregoing was delivered via electronic service to all counsel of record pursuant to Case Management Order No. 2.

                                      /s/ Andrew D. Schau
                                      Andrew D. Schau