# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| | ) **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** | ) **Master File No. 01-12257-PBS** |
| **AVERAGE WHOLESALE PRICE LITIGATION** | ) **Subcategory Case No. 06-11337** |
| | ) |
| | ) **Judge Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:** | ) |
| *State of California, ex rel. Ven-A-Care of the Florida* | ) **Magistrate Judge** |
| *Keys, Inc. v. Abbott Laboratories, Inc., et al.* | ) **Marianne B. Bowler** |
| Case No:  1:03-cv-11226-PBS | ) |
| | ) |

### PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and this Court's Local Rule 56.1, the State of California

and Ven-A-Care ("Plaintiffs"), by and through their undersigned counsel, hereby move for

partial summary judgment against Dey, L.P. and Dey, Inc. ("Dey"), Mylan Laboratories Inc. and

Mylan Pharmaceuticals Inc. ("Mylan"), and Sandoz Inc. ("Sandoz") (collectively, "Defendants")

as to liability on the First and Second Causes of Action brought in California's First Amended

Complaint in Intervention,[1] which states claims for relief under the California False Claims Act

("CA FCA"), CAL. GOV'T CODE § 12651.

The grounds for this motion are set forth in the accompanying Memorandum of Law in

Support of Motion for Partial Summary Judgment. Plaintiffs also submit a Local Rule 56.1

Statement of Undisputed Material Facts and Declaration of Nicholas N. Paul, together with

exhibits thereto, as to each Defendant. Relator joins in this Motion.

---

[1] See First Amended Complaint in Intervention filed August 25, 2005, docket 1679, at 55-58.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiffs request oral argument on this motion.

Dated:  November 24, 2009                      Respectfully submitted,

                                               EDMUND G. BROWN JR.
                                               Attorney General for the State of California

                                               By:    */s/ Nicholas N. Paul*        _
                                                      NICHOLAS N. PAUL
                                                      CA State Bar No. 190605
                                                      Supervising Deputy Attorney General
                                                      Bureau of Medi-Cal Fraud and Elder Abuse
                                                      Office of the Attorney General
                                                      1455 Frazee Road, Suite 315
                                                      San Diego, CA  92108
                                                      Telephone:  (619) 688-6099
                                                      Fax:  (619) 688-4200

                                               **Attorneys for Plaintiff,**
                                               **STATE OF CALIFORNIA**


                                               THE BREEN LAW FIRM, P.A.

                                               By:    */s/ James J. Breen*        _
                                                      JAMES J. BREEN
                                                      The Breen Law Firm, P.A.
                                                      5755 North Point Parkway, Suite 260
                                                      Alpharetta, GA  30022
                                                      Telephone: (770) 740-0008


                                               BERGER & MONTAGUE, P.C.

                                               By:    */s/ Susan S. Thomas*        _
                                                      SUSAN S. THOMAS
                                                      Berger & Montague, P.C.
                                                      1622 Locust Street
                                                      Philadelphia, PA 19103
                                                      Telephone: (212) 875-3000

                                               **Attorneys for Relator,**
                                               **VEN-A-CARE OF THE FLORIDA KEYS, INC.**


2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of

record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by

sending on November 24, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

_\_\_/s/ Nicholas N. Paul_____
NICHOLAS N. PAUL