# Exhibit H

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*

Exhibit to Plaintiffs' Motion for Partial Summary Judgment

SANDOZ





SANDOZ



**AWP vs But-For Price**

TEMAZEPAM
NCDC 00781220101

SANDOZ



AWP vs But-For Price — AZATHIOPRINE NDC 00781105901