# Exhibit 6

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Sandoz

```
                        NO. D-1-GV-07-001259

THE STATE OF TEXAS              ) IN THE DISTRICT COURT
                                )
ex rel.                         )
    VEN-A-CARE OF THE           )
    FLORIDA KEYS, INC.,         )
                                )
         Plaintiffs,            )
                                )
VS.                             ) TRAVIS COUNTY, TEXAS
                                )
SANDOZ, INC. f/k/a GENEVA       )
PHARMACEUTICALS, INC.,          )
NOVARTIS PHARMACEUTICAL         )
CORP., NOVARTIS AG, EON         )
LABS, APOTHECON, INC.,          )
                                )
MYLAN PHARMACEUTICALS, INC.,    )
MYLAN LABORATORIES, INC.,       )
UDL LABORATORIES, INC.          )
                                )
TEVA PHARMACEUTICALS USA,       )
INC., f/k/a LEMMON              )
PHARMACEUTICALS, INC.,          )
COPLEY PHARMACEUTICALS,         )
INC., IVAX PHARMACEUTICALS,     )
INC., SICOR PHARMACEUTICALS,    )
INC., TEVA NOVOPHARM, INC.,     )
and TEVA PHARMACEUTICAL         )
INDUSTRIES, LTD.                )
         Defendants.            ) 201ST JUDICIAL DISTRICT



 ********************************************************

                    ORAL AND DEPOSITION OF

                         FRANK STIEFEL
                           VOLUME 2

                       January 27th, 2009
 ********************************************************
```

Cynthia Vohlken, CSR
(512) 364-8166

0a2e53e5-24a1-4212-a555-31a3888f43a4

1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
2

3    IN RE:  PHARMACEUTICAL           )
     INDUSTRY AVERAGE WHOLESALE       ) MDL No. 1456
4    PRICE LITIGATION                 ) Master File No.
                                      )    01-12257-PBS
5                                     )
     THIS DOCUMENT RELATES TO:        )
6                                     ) Judge Patti B. Saris
     State of California, ex rel.    )
7    Ven-A-Care v. Abbott             ) Magistrate
     Laboratories, Inc., et al.       ) Judge Marianne Bowler
8    Cause No. 03-cv-11226-PBS        )

9

10   ***********************************************************

11

12             UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
13

14   IN RE:  PHARMACEUTICAL           )
     INDUSTRY AVERAGE WHOLESALE       ) MDL No. 1456
15   PRICE LITIGATION                 ) Master File No.
                                      )    01-CV-12257-PBS
16                                    )
     THIS DOCUMENT RELATES TO:        )
17                                    ) Judge Patti B. Saris
     City of New York, et al., v.    )
18   Abbott Laboratories, et al.,    )
     Civil Action No. 04-cv-06054,   )
19   et al.                           )

20
     ***********************************************************
21

22

23

24

25

                    Cynthia Vohlken, CSR
                       (512) 364-8166

Page 378

1  THE WITNESS: I'm sorry. Could you
2  restate that?
3  Q. (BY MR. LIBMAN) Sure.
4  The AWPs that Sandoz sets for its
5  drugs --
6  A. Okay.
7  Q. -- were not, in fact, the average prices paid
8  by pharmacies to acquire those drugs, correct?
9  MS. McDEVITT: Objection to form.
10  THE WITNESS: That's correct.
11  Q. (BY MR. LIBMAN) And that's because the true
12  average price paid by retail pharmacies to acquire
13  Sandoz drugs was always less than AWP, correct?
14  MS. McDEVITT: Objection to form.
15  THE WITNESS: Yes. It was less than
16  AWP.
17  Q. (BY MR. LIBMAN) Now, during your time at
18  Geneva/Sandoz, you had access to the net prices that
19  Sandoz customers paid for Sandoz drugs, correct?
20  A. That's correct.
21  Q. And if you wanted to find out the net price
22  that a Sandoz customer, retail pharmacy customer, had
23  paid, how would you go about getting that information?
24  A. I would go to the -- somebody in the
25  contracts or finance group.

Cynthia Vohlken, CSR
(512) 364-8166

0a2e53e5-24a1-4212-a555-31a3888f43a4

Page 379

1  Q.  And I take it that it would be very easy and
2  fast for you to obtain the net pricing information.
3  Is that correct?
4              MS. McDEVITT:  Objection to form.
5              THE WITNESS:  Fairly, in most cases,
6  yes.
7  Q.  (BY MR. LIBMAN)  You could do it in less --
8  certainly in less than a day you could get that
9  information, correct?
10  A.  That's correct.
11  Q.  And that's true for other employees of -- of
12  Geneva/Sandoz during your time there; that is, other
13  employees, for example, the pricing director, whether
14  it be Mr. Rogerson or Mr. Galownia or the VP of
15  marketing, Mr. Worrell, they, too, could obtain net
16  pricing information about Sandoz products just as you
17  could, in less than a day, correct?
18  A.  Those three people that you mentioned, yes.
19  Q.  Okay.  Now, when Sandoz reported prices to
20  First DataBank, which prices did it report?  Did it
21  report the AWPs that were not the average prices paid
22  by Sandoz customers, or did they report the net
23  prices?
24              MS. McDEVITT:  Objection to form.
25              THE WITNESS:  Sandoz?

Cynthia Vohlken, CSR
(512) 364-8166

0a2e53e5-24a1-4212-a555-31a3888f43a4

Page 380

1        MR. LIBMAN:  Yes.
2        THE WITNESS:  They -- they reported WAC
3   and AWP.
4        Q.   (BY MR. LIBMAN)  So they chose not to report
5   the net prices; is that correct?
6        MS. McDEVITT:  Objection to form.
7        THE WITNESS:  They reported WAC and AWP.
8        Q.   (BY MR. LIBMAN)  Is the answer to my question
9   "Yes," that Sandoz chose not to report net prices --
10       MS. McDEVITT:  Objection to form.
11       Q.   (BY MR. LIBMAN)  -- to First DataBank?
12       A.   I don't know that they chose.  They were
13  required and reported -- they reported WAC and AWP.
14  That's what they chose to report, yes.
15       Q.   But you understand, don't you, that Sandoz
16  was not required to report any prices to First
17  DataBank, correct?
18       MS. McDEVITT:  Objection to form.
19       THE WITNESS:  I don't know that that's
20  the case.
21       Q.   (BY MR. LIBMAN)  So you don't know one way or
22  the other whether there was a requirement to report
23  prices of any kind to First DataBank?
24       MS. McDEVITT:  Objection to form.
25       THE WITNESS:  There was a -- in order to

Cynthia Vohlken, CSR
(512) 364-8166

0a2e53e5-24a1-4212-a555-31a3888f43a4