UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>Case No: 1:03-cv-11226-PBS | Judge Patti B. Saris<br><br>Magistrate Judge<br>Marianne B. Bowler |

**DECLARATION OF NICHOLAS N. PAUL IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS MYLAN LABORATORIES INC. AND MYLAN PHARMACEUTICALS INC.**

I, Nicholas N. Paul, do hereby declare as follows:

1. I am a Supervising Deputy Attorney General with the California Department of Justice, Bureau of Medi-Cal Fraud and Elder Abuse. I am admitted to practice law in the State of California and have been admitted pro hac vice in this matter.

2. On behalf of the plaintiff State of California, I am submitting with this declaration Exhibits in support of the Plaintiffs' Motion for Partial Summary Judgment and as referenced in Plaintiffs' Local Rule 56.1 Statement of Undisputed Materials Facts as to Defendants Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.

3. The following exhibits are true and correct copies of the materials described:

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of J. Kevin Gorospe |
| 2 | Deposition of Eric Belldina, taken November 21, 2008, selected pages |
| 3 | Deposition of Harry ("Hal") Korman, taken March 25, 2009, selected pages |

1

| Exhibit No. | Description |
|---|---|
| 4 | Deposition of Steve Krinke, taken March 28, 2008, selected pages and Exhibit 10 *(Exhibit 10 Designated Confidential – Filed Under Seal)* |
| 5 | Rule 30(b)(6) Deposition (Brian Roman), taken August 2, 2007, selected pages *(Designated Confidential - Filed Under Seal)* |
| 6 | Deposition of David Workman, taken October 15, 2008, selected pages |
| 7 | Deposition of Steve Krinke, taken September 25, 2007, selected pages *(Designated Confidential - Filed Under Seal)* |
| 8 | Deposition of Robert Potter, taken November 25, 2008, selected pages and Exhibits 12 and 42 *(Exhibits Designated Confidential – Filed Under Seal)* |
| 9 | Deposition of Robert Cunard, taken October 30, 2008, selected pages |
| 10 | Deposition of David Workman, taken June 26, 2008, selected pages |
| 11 | Deposition of David Workman, taken November 20, 2008, selected pages |
| 12 | Rule 30(b)(6) Deposition (Brian Roman), taken June 10, 2009, selected pages |
| 13 | Mylan's Objections and Responses to Plaintiff's First Set of Interrogatories, Interrogatory No. 12 |
| 14 | Declaration of Jeffrey J. Leitzinger, Ph.D. Regarding Defendant Mylan |

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 24, 2009, at San Diego, California.

                __/s/ Nicholas N. Paul_____
                NICHOLAS N. PAUL

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 24, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

                                                  __*/s/ Nicholas N. Paul*_____
                                                  NICHOLAS N. PAUL