# Exhibit 2

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Mylan

```
          CAUSE NO. D-1-GV-07-001259

                    - - - -

THE STATE OF TEXAS           )IN THE DISTRICT COURT
                             )          OF
ex rel.                      )
                             )
     VEN-A-CARE OF THE       )
     FLORIDA KEYS, INC.      )
                             )
     Plaintiffs,             )
                             )TRAVIS COUNTY, TEXAS
     vs.                     )
                             )
SANDOZ, INC. f/k/a GENEVA    )
PHARMACEUTICALS, INC., EON   )
LABS,                        )
                             )
MYLAN PHARMACEUTICALS, INC., )
MYLAN LABORATORIES, INC.,    )
UDL LABORATORIES, INC.,      )
                             )
TEVA PHARMACEUTICALS USA,    )
INC. f/k/a LEMMON            )
PHARMACEUTICALS, INC., COPLEY)
PHARMACEUTICALS, INC. IVAX   )
PHARMACEUTICALS, INC., SICOR )
PHARMACEUTICALS, INC., and   )
TEVA NOVOPHARM, INC.,        )
                             )201st JUDICIAL
     Defendants.             )DISTRICT
```

                    - - - -

     VIDEOTAPE DEPOSITION OF: ERIC BELLDINA

                    - - - -

1         UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
2

3   _____
                                            )MDL No. 1456
    IN RE:   PHARMACEUTICAL INDUSTRY        )Master File No.
4   AVERAGE WHOLESALE PRICE LITIGATION      )01-12257-PBS
    _____)
5                                           )
    THIS DOCUMENT RELATES TO:               )Judge Patti B.
6   State of California, ex rel.            )Saris
    Ven-A-Care v. Abbott Laboratories,      )
7   Inc., et al.                            )
    Case No. 03-cv-11226-PBS                )
8   _____)

9

10

11

12                          - - - -
13        VIDEOTAPE DEPOSITION OF: ERIC BELLDINA
14                          - - - -
15

16            DATE:     November 21, 2008
                        Friday, 9:00 a.m.
17

18            LOCATION: Lakeview Golf Resort & Spa
                        1 Lakeview Drive
19                      Morgantown, WV  26508

20
              TAKEN BY:  State of Texas
21

22            REPORTED BY: JoAnn M. Brown, RMR, CRR
                           Notary Public
23                         Reference No. JB10033

24

25

                    AKF Reporter, Inc.          412-261-2323

1   A.   Yes, we are.
2   Q.   It lists Red Book, First DataBank, Medi-Span
3        and Orange Book?
4   A.   Yes, that's correct.
5   Q.   And what are those?
6   A.   Red Book, First DataBank, and Medi-Span are
7        first-party databases that Mylan reported new
8        product information to.
9   Q.   And is that part of your job responsibilities?
10  A.   Yes, it was.
11  Q.   And what would you report to them?
12  A.   Approval letters, date of launch, product AWP,
13       product WAC, if necessary, package sizes,
14       color, shape.
15  Q.   So, you would report AWP figures to those
16       service companies?
17  A.   Yes, I reported AWP figures.
18  Q.   And you knew those price reporting services
19       would publish the numbers you provided to them
20       with regards to the AWP figures?
21            MR. PALERMO:  Objection to the form.
22  A.   Yes, that was my understanding.
23  Q.   As well as any WAC figures that you may have
24       submitted to them?
25            MR. PALERMO:  Objection to the form.

Page 161

1  A.  If the states reimburse off AWP, they would
2      need that information --
3  Q.  Okay.
4  A.  -- to list the product.
5  Q.  All right.  So, if a manufacturer grossly
6      inflated its AWP, would that somehow affect
7      Medicaid reimbursement and the spread for the
8      customers?
9              MR. PALERMO:  Objection to the form.
10 A.  Not that I'm aware of.
11 Q.  A grossly-inflated AWP would not affect the
12     spread?
13             MR. PALERMO:  Objection to the form.
14 A.  Not that I'm aware of.
15 Q.  Okay.  Do you know if Mylan did this with
16     other Medicaid programs as well, that is, just
17     send AWP page only?
18             MR. PALERMO:  Objection to the form.
19 A.  We only reported to four states, New Jersey,
20     Illinois, Texas and Virginia.  Everyone else
21     pulled their data from First DataBank, Medi-
22     Span or Red Book, unless they had other
23     sources.
24 Q.  Mm-hmm.  What about Texas?
25             MR. PALERMO:  Objection to the form.

AKF Reporter, Inc.           412-261-2323