# Exhibit 8

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Mylan

(Dep. Exs. 12 and 42 – Filed Separately Under Seal)

```
              CAUSE NO. D-1-GV-07-001259

              IN THE DISTRICT COURT OF
                TRAVIS COUNTY, TEXAS
                201st JUDICIAL DISTRICT
```

- - - - - - - - - - - - - - - - - - - -

THE STATE OF TEXAS

ex rel.

    VEN-A-CARE OF THE
    FLORIDA KEYS, INC.

       Plaintiffs,
v.


SANDOZ INC. f/k/a GENEVA
PHARMACEUTICALS, INC.,
EON LABS,

MYLAN PHARMACEUTICALS,
INC., MYLAN LABORATORIES,
INC., UDL LABORATORIES, INC.

TEVA PHARMACEUTICALS USA,
INC. f/k/a LEMMON
PHARMACEUTICALS, INC.,
COPLEY PHARMACEUTICALS, INC.,
IVAX PHARMACEUTICALS, INC.,
SICOR PHARMACEUTICALS,
INC., and TEVA NOVOPHARM, INC.,

       Defendants.

- - - - - - - - - - - - - - - - - - - -

     DEPOSITION OF ROBERT POTTER, called as a
witness by counsel for the Defendants, pursuant to
the provisions of Texas Rules of Civil Procedure,
before Christine M. Ferraro, Court Reporter in and
for the State of Rhode Island, taken at Esquire
Deposition Services, Ten Weybosset Street,
Providence, Rhode Island, on November 25, 2008,
commencing at 9:13 a.m.
commencing at 9:13 a.m.

c91b3fcf-4fd7-424d-8f92-5a4d6e7c44f9

Robert W. Potter, Jr.                          November 25, 2008

Page 63

1                MR. PIERCE:  Can we look at
2         Exhibit 10?  Have Mr. Potter look at
3         Exhibit 10.
4                MR. MERKL:  Here.
5                THE WITNESS:  That's 11.  10.
6                MR. MERKL:  Oh.
7                MR. PIERCE:  At 10.
8     BY MR. PIERCE:
9         Q.    I believe Exhibit 10, we were looking at
10              the table, it was private pay.  Help me
11              with the -- help me with the title.  I
12              believe Exhibit 10 was the private pay
13              reimbursement comparison worksheet.  Part
14              of it was, correct?
15        A.    Correct.
16        Q.    Exhibit 11 involves also Drug 7, which we
17              know is Nifedipine, correct?
18        A.    Correct.
19        Q.    And this one is entitled:  "Medicaid
20              Reimbursement Comparison Summary,"
21              correct?
22        A.    Correct.
23        Q.    Why would Mylan Pharmaceuticals be
24              interested in making a Medicaid

c91b3fcf-4fd7-424d-8f92-5a4d6e7c44f9

Page 64

1              reimbursement comparison summary for
2              Nifedipine, if you know?
3       A.     I don't know.
4       Q.     Okay.
5                     (Exhibit No. 12 marked for
6              identification.)
7    BY MR. PIERCE:
8       Q.     You can keep 11 in front of you, but let
9              me show you 12.
10      A.     Are you done with 10?
11      Q.     I'm done with 10.  I just needed to make
12             sure I correctly identified the title on
13             that chart.
14      A.     I wish I was selling paper, and stickers.
15      Q.     Potter Exhibit 12, three pages, same
16             question.  These three pages, do they not
17             indicate medicaid reimbursement comparison
18             worksheets generated by Mylan for
19             Nifedipine?
20      A.     It appears to be, yes.
21      Q.     And they make calculations, generic
22             reimbursement criteria on Page 1, Page 2,
23             and Page 3, where they determine a
24             profited invoice and a profited net; do

```
 1            they not?
 2       A.   On the last line?
 3       Q.   Yes, sir.
 4       A.   See, you're not highlighting them for me.
 5       Q.   I'm sorry.
 6       A.   Yes.
 7       Q.   On each of those tables.  Do you know why
 8            Mylan would be interested in undergoing
 9            this type of analysis?
10       A.   No.
11       Q.   Okay.  That's all I need since you don't
12            know.
13                 MR. MERKL:  11 too?
14                 MR. PIERCE:  What's the
15            question?
16                 MR. MERKL:  11 also, are we done
17            with 11 and 12?
18                 MR. PIERCE:  Yes, sir.  We're
19            done with all of those.  I'm moving on to
20            13.
21                 MR. MERKL:  Okay.  The good
22            ones.  Well, we've got about, what, 400
23            drugs, so...
24                 MR. PIERCE:  We're still on
```

1  Q.  All right.  So you agree that according to
2      this pricing strategy put out by Mylan for
3      Nifedipine that their pricing strategy
4      involved maximizing the reimbursement
5      profitability for the pharmacy?
6              MR. MERKL:  Objection to form.
7  A.  It appears to be, yes.
8  BY MR. PIERCE:
9  Q.  All right.  Thank you.  How does Mylan
10     maximize the reimbursement profitability
11     of the pharmacy?
12 A.  I don't know.
13 Q.  Do they manipulate the AWPs to do that?
14 A.  No.
15 Q.  Do they manipulate the WACs to do that?
16 A.  I don't know.
17              (Exhibit No. 17 marked for
18     identification.)
19 BY MR. PIERCE:
20 Q.  Okay.  Let me show you what's been marked
21     as Exhibit 17.  Have you ever seen this
22     document before?
23 A.  Not that I can recall, no.
24 Q.  Have you ever seen a document like this

Robert W. Potter, Jr.                         November 25, 2008

Page 91

1  Q. Can you tell us, as a salesman in Mylan
2     Pharmaceuticals, your understanding of why
3     Mylan Pharmaceuticals would want to change
4     AWPs?
5  A. No.
6         (Exhibit No. 18 marked for
7     identification.)
8  BY MR. PIERCE:
9  Q. Let me show you what's been marked as
10    Exhibit 18.
11 A. Okay.
12 Q. Exhibit 18, is it not a memo from Hillary
13    Johnson, dated September 22nd, 2000, to
14    Lexanna Seifert also?
15 A. Yes.
16 Q. And Hillary Johnson is whom, if you know?
17 A. She worked in Pricing and Contracts as
18    well.
19 Q. All right. Now, this is in 2000. Does it
20    also involve AWP changes?
21 A. Yes.
22 Q. And does it have attached a list of
23    numerous Mylan products that show an old
24    AWP and a new AWP effective July 28th,

```
 1          2000?
 2    A.    Correct.
 3    Q.    All right.  And are all those products'
 4          AWPs raised?
 5    A.    Yes.
 6    Q.    And do you know why AWP is being raised by
 7          Mylan Pharmaceuticals at this period of
 8          time, September of 2000, effective --
 9          excuse me, July 28th, 2000?
10    A.    I do not.
11    Q.    Is there any reason that you can think of
12          that they would be raising AWPs, other
13          than to affect or otherwise manipulate the
14          spread of their customer pharmacies for
15          reimbursement purposes?
16                MR. MERKL:  Objection to form.
17    A.    I do not.
18  BY MR. PIERCE:
19    Q.    Do you know why they're sending this
20          information to salesmen?
21    A.    Because the customers sometimes always ask
22          for our most accurate up-to-date AWP
23          prices.
24    Q.    And do you have any idea, based on your
```

```
 1      Q.    All right.
 2      A.    I may have said we get our prices in, but
 3            I don't know how they do that.
 4                  (Exhibit No. 42 marked for
 5            identification.)
 6  BY MR. MILLER:
 7      Q.    Okay.  Well, Exhibit 42.
 8      A.    Perfect.
 9      Q.    I'm just -- I'm just -- you go ahead and
10            read it, but I'll describe it for the
11            record, and Exhibit 42 is an e-mail string
12            starting with Steve -- well, not starting
13            with, I guess ending with, in some way,
14            Steve Krinke, dated September 30th, 2004,
15            to John Kerr, Bob Potter.  Subject:
16            Medicaid States - Pricing Update Frequency
17            Schedule.
18      A.    Okay.
19      Q.    Did you have a chance to read this thing?
20      A.    Yes.
21      Q.    Okay.  Now, do you remember ever seeing
22            this before?
23      A.    No.
24      Q.    Do you remember any of the information
```

1           that's contained on it?
2      A.   I do not.
3      Q.   All right.  And in this memo, isn't it
4           accurate -- isn't it accurate that Mylan
5           is keeping track not only of state
6           reimbursement, but how often they update
7           their databases and how often they do
8           reporting, correct?
9      A.   Yes.
10     Q.   So you guys are even going down -- let's
11          see, you even have, "California receives
12          pricing data on the 27th of each month,"
13          correct?
14               MR. MERKL:  Objection to form.
15     A.   Correct.
16  BY MR. MILLER:
17     Q.   Okay.  It says, "New York receives and
18          activates pricing data between the 15th
19          and 17th of each month," correct?
20     A.   That's what it says, correct.
21     Q.   Okay.  And then it goes on to say, "Ohio
22          receives pricing data on the first
23          Wednesday of every month and activates
24          within 7 - 10 days."  That's pretty

Robert W. Potter, Jr.                     November 25, 2008

Page 242

1           detailed knowledge of state reimbursement,
2           isn't it?
3     A.    Yes.
4     Q.    And this was being sent to you, wasn't it?
5     A.    Yes.
6     Q.    You're not just cc'd on it, this was sent
7           to you?
8     A.    Correct.
9     Q.    Why?
10    A.    Just to update.
11    Q.    Why would they update you on such minutia
12          of state Medicaid reimbursement
13          scheduling?
14    A.    Just to make sure it was -- we knew it was
15          in the system for our customers.
16    Q.    Do the customers call you and ask you when
17          the states reimbursed?
18    A.    They only call if it's not being
19          reimbursed.
20    Q.    And so what would happen, they call and
21          say I'm not being reimbursed, what do you
22          do?
23    A.    Forward it to Steve and say, The customers
24          are complaining they're not being