# Exhibit 9

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Mylan

```
                    NO. D-1-GV-07-001259

THE STATE OF TEXAS              ) IN THE DISTRICT COURT
                                )
ex rel.                         )
    VEN-A-CARE OF THE           )
    FLORIDA KEYS, INC.,         )
                                )
        Plaintiffs,             )
                                )
VS.                             ) TRAVIS COUNTY, TEXAS
                                )
SANDOZ, INC. f/k/a GENEVA       )
PHARMACEUTICALS, INC.,          )
NOVARTIS PHARMACEUTICAL         )
CORP., NOVARTIS AG, EON         )
LABS, APOTHECON, INC.,          )
                                )
MYLAN PHARMACEUTICALS, INC.,    )
MYLAN LABORATORIES, INC.,       )
UDL LABORATORIES, INC.          )
                                )
TEVA PHARMACEUTICALS USA,       )
INC., f/k/a LEMMON              )
PHARMACEUTICALS, INC.,          )
COPLEY PHARMACEUTICALS,         )
INC., IVAX PHARMACEUTICALS,     )
INC., SICOR PHARMACEUTICALS,    )
INC., TEVA NOVOPHARM, INC.,     )
and TEVA PHARMACEUTICAL         )
INDUSTRIES, LTD.                )
        Defendants.             ) 201ST JUDICIAL DISTRICT


*********************************************************

            ORAL AND VIDEOTAPED DEPOSITION OF

                  ROBERT GEORGE CUNARD

                   OCTOBER 30TH, 2008

*********************************************************
```

Cynthia Vohlken, CSR
(512) 364-8166

85b641cd-4309-40e5-968f-9d553eceb255

```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
 2

 3    IN RE:  PHARMACEUTICAL           )
      INDUSTRY AVERAGE WHOLESALE       ) MDL No. 1456
 4    PRICE LITIGATION                 ) Master File No.
                                       )    01-12257-PBS
 5                                     )
      THIS DOCUMENT RELATES TO:        )
 6                                     ) Judge Patti B. Saris
      State of California, ex rel.    )
 7    Ven-A-Care v. Abbott             ) Magistrate
      Laboratories, Inc., et al.       ) Judge Marianne Bowler
 8    Cause No. 03-cv-11226-PBS        )

 9

10    ***********************************************************

11
         IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
12
                                         Master Docket No.
13    In the Matter of:                  CV-2005-219

14    ALABAMA MEDICAID PHARMACEUTICAL
      AVERAGE WHOLESALE PRICE LITIGATION
15    _____

16    This Document Relates To:

17    State of Alabama v. Mylan Laboratories, Inc.
      No. 2005-219.50
18
      State of Alabama v. Mylan Pharmaceuticals, Inc.
19    No. 2005-219.51

20    State of Alabama v. UDL Laboratories, Inc.
      No. 2005-219.72
21
      ***********************************************************
22

23

24

25
```

Page 196

1  question, then, in Exhibit 8?  Why are you -- why are
2  you having your subordinate go get that information
3  for you?
4      A.  I believe I've answered that in saying
5  changes in these things could impact our -- our
6  customers and their profitability that could
7  indirectly turn into an issue for me, and it's a part
8  of understanding our customer base and what drives
9  their business.
10     Q.  So changing in the reimbursement model could
11 affect the customer's profitability, correct?
12             MR. ESCOBAR:  Objection for the form.
13     Q.  (BY MR. BREEN)  Is that what you just said?
14     A.  I don't believe that's exactly what I said,
15 but I would agree that -- that changes in
16 reimbursement could impact our customers'
17 profitability.  In fact, I believe I've read things
18 like that in -- in press releases by chain pharmacies
19 and other customers.
20     Q.  All right.  I'm going to ask this question
21 and -- and, if you don't understand it, I want you to
22 tell me.  And if -- I'll do everything I can to get
23 this -- get this question so it even satisfies
24 everybody.
25             Were you ever aware anytime you were at

Cynthia Vohlken, CSR
(512) 364-8166

85b641cd-4309-40e5-968f-9d553eceb255

Page 197

1   Mylan that Mylan's reported average wholesale prices
2   could affect Medicaid reimbursement in either
3   California, Florida, Texas or any other state?
4       A.   I believe I've already testified to the fact
5   that I'm aware that AWP is one element that could be
6   used in determining pharmacy reimbursement.
7       Q.   So you were aware, then, that if Mylan
8   increased its AWP without increasing the actual cost
9   to the customer, it could cause the state Medicaid
10  programs to pay the customer more -- more money,
11  resulting in more profit on Mylan's products, correct?
12              MR. ESCOBAR:  Objection for the form.
13              THE WITNESS:  Once again, I can't say
14  that without understanding what the methodology was
15  for the state to -- to use that.
16      Q.   (BY MR. BREEN)  Okay.  So is it your
17  testimony to the Court and the jury that the whole
18  time you were at Mylan Labs you never knew that
19  Mylan's increasing its AWPs could affect the
20  customers' profit based upon Medicaid reimbursement?
21              MR. ESCOBAR:  Objection for the form.
22      Q.   (BY MR. BREEN)  Is that your testimony?
23      A.   As indicated, I'm not aware, without
24  understanding the methodology for which it was
25  applied, how to influence my customers' profitability.

Cynthia Vohlken, CSR
(512) 364-8166

85b641cd-4309-40e5-968f-9d553eceb255