# Exhibit 10

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Mylan

# Exhibit 11

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Mylan

# Exhibit 12

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Mylan

# Exhibit 13

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Mylan

# Exhibit 14

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Mylan

```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
--------------------------x
IN RE: PHARMACEUTICAL     :
INDUSTRY AVERAGE          :
WHOLESALE PRICE           : CIVIL ACTION NO.
LITIGATION:               :   01-12257-PBS
_____ :
THIS DOCUMENT RELATES TO: :
The City of New York,     :
et al,                    :
         v                :
Abbott Laboratories,      :
et al.                    :
--------------------------x
```

Thursday, June 26, 2008

Videotape Deposition of David Workman a witness herein, taken on behalf of the Plaintiffs in the above-entitled cause of action pursuant to notice and the Federal Rules of Civil Procedure by and before Debra A. Volk, Professional Court Reporter and Notary

1  question?
2  A.        Right, and what I'm saying and I
3  believe I'm answering your question as it
4  pertains to number 26. Red Book publishes our
5  AWP. That's how they use it. They do not publish
6  our WAC. First DataBank publishes our AWP and
7  they also publish our WAC, and the Analysource
8  database does contain our AWP and WAC. I believe
9  I've answered how Red Book uses both our AWP and
10 WAC, by publishing or not publishing one or the
11 other.
12 Q.        To the extent that First DataBank,
13 Red Book, MediSpan, Analysource publish Mylan
14 AWP's or have published Mylan AWP's between 1997
15 and 2005, all of them have been supplied by
16 Mylan; isn't that correct?
17 MR. ESCOBAR:  Objection to the form.
18 A.        I believe they have.
19 BY MR. WINGET-HERNANDEZ:
20 Q.        The same thing, my same question with
21 respect to WAC?
22 MR. ESCOBAR:  Objection to the form.