# Exhibit 12

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary
Judgment as to Defendant Mylan

Roman, Brian - 30(B)6                                    June 10, 2009
                        Canonsburg, PA

                                                              Page 1

          IN THE UNITED STATES DISTRICT COURT FOR THE

                 DISTRICT OF MASSACHUSETTS

                         - - - -

     IN RE:                      )

     PHARMACEUTICAL INDUSTRY      )

     AVERAGE WHOLESALE PRICE      )

     LITIGATION                   )

                                  )

     STATE OF CALIFORNIA,         )

     ex rel. Ven-A-Care,          )   MDL No. 1456

                 Plaintiff,       )   Master File No.

                                  )   01-12257-PBS

                 -vs-             )   Subcategory Case

                                  )   No. 06-11337

     ABBOTT LABORATORIES, INC.,   )

     et al.,                      )

                 Defendants.      )

                         - - - -

         VIDEOTAPE 30(B)(6) DEPOSITION OF:  BRIAN ROMAN

                         - - - -

              DATE:   June 10, 2009

Roman, Brian - 30(B)6)                    June 10, 2009
                    Canonsburg, PA

Page 133

1    a specific communication by Mylan to California,

2    other than through the transmission of AMP data,

3    that Mylan said that that way to California.

4         Q.   And what is it about the transmission

5    of AMP data that would tell California that the

6    AWP was substantially higher?

7         A.   Well, the --

8              MR. ESCOBAR:  Objection to the form.

9              THE WITNESS:  When California sees a

10   rebate amount or AMP information they would see

11   that that is not the same as AWP, in all

12   likelihood it's lower than AWP and that would

13   lead one to conclude that the AWP is higher.

14   BY MR. MILLER:

15        Q.   Sort of a reverse engineer kind of

16   maneuver?

17             MR. ESCOBAR:  Objection to the form.

18             THE WITNESS:  I don't know what you

19   mean by that.

20             MR. MILLER:  All right.

21   BY MR. MILLER:

22        Q.   I know you've testified about this

Roman, Brian - 30(B)6)                                June 10, 2009
                          Canonsburg, PA

Page 134

1    previously as relation to Texas and Wisconsin, I

2    believe, but I want to make sure I get it for

3    California.  And that is, do you know of Mylan's

4    knowledge and understanding of the laws,

5    practices and policies of California's State

6    Medicaid agency, Medi-Cal, regarding the

7    reimbursement for Mylan's drug products,

8    including Mylan's knowledge and understanding

9    concerning Mylan's use of published AWPs, Mylan's

10   understanding of its obligation, if any, to

11   understand such laws, practices and policies?

12   Let me break that down a little bit.

13        A.   Can you just tell me what topic, so I

14   can follow along?

15        Q.   3.

16             MR. ESCOBAR:  3?

17             MR. MILLER:  3.

18             MR. ESCOBAR:  Okay.

19   BY MR. MILLER:

20        Q.   Here's the first question.  I'm not

21   sure I understood your earlier testimony, but I

22   think you said you weren't sure how California

Roman, Brian - 30(B)6)                    June 10, 2009
Canonsburg, PA

Page 135

1    reimbursed, so that you don't know whether

2    Medi-Cal uses published AWPs?

3        A.   No, I don't think I said that.  I

4    think what I said is I actually have seen a

5    document that was put out by California that

6    showed some of the changes in their reimbursement

7    approach over time and it did show how California

8    has decided to, you know, change that

9    reimbursement formula from time to time.  So I

10   have seen that and I -- I've been testifying

11   about it, actually.

12       Q.   So do you -- are you aware that

13   California uses AWP as a basis for reimbursement?

14           MR. ESCOBAR:  Objection to the form.

15           THE WITNESS:  I don't agree with the

16   way you put that.  I believe what California says

17   they do is they have two components to the

18   reimbursement amount.  One of those components is

19   something that California calls estimated

20   acquisition cost and then they will look at a

21   number of different information points to come up

22   with that and they'll pick the lowest of them.

Roman, Brian - 30(B)6)                          June 10, 2009
                        Canonsburg, PA

Page 141

1          MR. ESCOBAR:  Objection to the form.

2          THE WITNESS:  Okay, you've broadened

3     that question in a somewhat confusing way.

4     BY MR. MILLER:

5          Q.   Okay.  What did Mylan -- what does

6     Mylan understand its reporting obligations,

7     whether it's directly to the State of California

8     or just to a reporting agency that California

9     then relies upon? 141:19-22,

10         A.   Well, Mylan, under the Medicaid

11    program, and, actually under the agreement that

12    we've signed with the government, including the

13    states and California, has a section in it that

14    says what Mylan's responsibilities are.  And

15    those responsibilities, in relation to price

16    reporting, are to calculate and report the

17    average manufacturer price every three months,

18    and we do that.

19         Q.   It's only that, the average

20    manufacturer's price?  What about -- you do

21    report AWPs, correct?

22         A.   I don't believe we report AWPs to

Henderson Legal Services, Inc.

6fb5c7ce-2b4b-4171-9cfc-ef6b6dc0d3d5

Roman, Brian - 30(B)6)                                June 10, 2009
                          Canonsburg, PA

                                                    Page 142

1    California.

2         Q.   No, to a reporting agency, like First

3    Data Bank or Medi-Span.

4         A.   Oh, we do communicate AWP numbers to

5    reporting services like First Data Bank, sure.

6         Q.   And do you know what the purposes of

7    those reporting services are?

8         A.   The purposes of the reporting service?

9         Q.   Yeah, what do they do with the AWP?

10        MR. ESCOBAR:  Objection to the form and

11   beyond the scope.

12        THE WITNESS:  I understand that they

13   publish lists of drugs and they show, in some

14   cases, WAC; some cases they show AWPs; some of

15   the publications call it something else, but they

16   make those available to their subscribers.

17   BY MR. MILLER:

18        Q.   Are you aware that certain states use

19   AWP as reported by Mylan to these reporting

20   services as a basis for reimbursement?

21        MR. ESCOBAR:  Objection to the form.

22        THE WITNESS:  I think they could use

6fb5c7ce-2b4b-4171-9cfc-ef6b6dc0d3d5

Roman, Brian - 30(B)6)                          June 10, 2009
                        Canonsburg, PA

Page 143

1    it.  I think, though, you'd have to look at

2    particular reimbursement that was done and how

3    AWP does or doesn't fit into that reimbursement

4    for that drug.

5              For example, again, in the California

6    system it says that they'll look to a number of

7    different points, including what the pharmacies

8    themselves is charging to the general public and

9    they'll pick the lowest of those points and use

10   that as the basis for part of the reimbursement

11   to pharmacies.

12   BY MR. MILLER:

13        Q.   Are you aware of any reimbursement

14   that is done based on AWP, for Mylan's products?

15        A.   Mylan doesn't have much visibility

16   into the reimbursements that its customers are

17   receiving.  If you're talking about Medicaid

18   programs, and in California in particular, those

19   programs do make it known how they will reimburse

20   a pharmacy for drugs that are dispensed to

21   Medicaid beneficiaries, and I've talked about

22   California's and I'm not of the view -- Mylan's