UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Subcategory Case No. 06-11337<br>) |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>Case No: 1:03-cv-11226-PBS | ) Judge Patti B. Saris<br>)<br>) Magistrate Judge<br>) Marianne B. Bowler<br>)<br>) |

**NOTICE OF FILING UNDER SEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS MYLAN LABORATORIES INC. AND MYLAN PHARMACEUTICALS INC.**

Notice is hereby given that the documents listed below have been filed with the Court under seal pursuant to the Court's December 13, 2002 Protective Order.

1) Exhibits 4, 5, 7, and 8 to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Partial Summary Judgment as to Defendants Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.

Dated: November 24, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By:   /s/ Nicholas N. Paul
        NICHOLAS N. PAUL
        CA State Bar No. 190605
        Supervising Deputy Attorney General
        Bureau of Medi-Cal Fraud and Elder Abuse
        Office of the Attorney General
        1455 Frazee Road, Suite 315
        San Diego, CA  92108
        Telephone: (619) 688-6099
        Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 24, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

                                        __*/s/ Nicholas N. Paul*_____
                                        NICHOLAS N. PAUL