UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Subcategory Case No. 06-11337<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>Case No: 1:03-cv-11226-PBS | )<br>) Magistrate Judge<br>) Marianne B. Bowler<br>) |

### DECLARATION OF NICHOLAS N. PAUL IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS DEY, L.P. AND DEY, INC.

I, Nicholas N. Paul, do hereby declare as follows:

1. I am a Supervising Deputy Attorney General with the California Department of Justice, Bureau of Medi-Cal Fraud and Elder Abuse. I am admitted to practice law in the State of California and have been admitted pro hac vice in this matter.

2. On behalf of the plaintiff State of California, I am submitting with this declaration Exhibits in support of Plaintiffs' Motion for Partial Summary Judgment and as referenced in Plaintiffs' Local Rule 56.1 Statement of Undisputed Materials Facts as to Defendants Dey, L.P. and Dey, Inc.

3. The following exhibits are true and correct copies of the materials described:

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of J. Kevin Gorospe |
| 2 | Deposition of Robert Mozak, taken November 1, 2001, selected pages |
| 3 | Dey's Responses to State of California's First Set of Request for Admissions, selected pages |
| 4 | Deposition of Robert Mozak, taken March 13, 2003, selected pages |

1

| Exhibit No. | Description |
|---|---|
| 5 | Deposition of Charles A. Rice, taken March 24, 2003, selected pages |
| 6 | Deposition of Robert Mozak, taken April 30, 2002, selected pages |
| 7 | Declaration of Russell Johnston in Support of Plaintiff's Ex Parte Application for a Temporary Restraining Order, *Dey v. First DataBank*, Superior Court of California, County of Napa, Case No. 26-21019, filed April 15, 2003. |
| 8 | Deposition of Charles A. Rice, taken November 7, 2002, selected pages and exhibit 349 |
| 9 | DEY-BO-189566 – 189570, February 7, 1994 Letter from Robert Mozak (Dey) to McKesson |
| 10 | Rule 30(b)(6) Deposition (Pamela Marrs), taken May 15, 2008, selected pages |
| 11 | Complaint for Injunctive Relief, Damages and Other Relief, *Dey v. First DataBank*, Superior Court of California, County of Napa, Case No. 26-21019, filed April 15, 2003. |
| 12 | Deposition of Robert Mozak, taken November 6, 2002, selected pages |
| 13 | Deposition of Charles A. Rice, taken October 30, 2001, selected pages |
| 14 | Rule 30(b)(6) Deposition (Pamela Marrs), taken July 10, 2008, selected pages |
| 15 | Rule 30(b)(6) Deposition (Gary Walker), taken May 14, 2008, selected pages |
| 16 | Rule 30(b)(6) Deposition (Gary Walker), taken July 9, 2008, selected pages |
| 17 | Deposition of Lewis Mow, taken March 29, 2006, exhibit 287 |
| 18 | Deposition of Eve Gmeiner, taken January 20, 2003, selected paes |
| 19 | Deposition of Robert Ellis, taken February 10, 2003, selected pages |
| 20 | Deposition of Carrie-Jean Jackson, taken April 18, 2003, selected pages and Exhibits 231 and 880 |
| 21 | DL 59035, DL 59049, DL 59060-64, DL 59067-69, December 28, 2002 First DataBank Medicaid Coverage Report |
| 22 | DL-CA 0063, December 17, 1998 Fax from First DataBank to Dey |
| 23 | Declaration of Jeffrey J. Leitzinger, Ph.D. Regarding Defendant Dey |
| 24 | Concise Statement Of Undisputed Material Facts In Support Of Dey, Inc., Dey, L.P., And Dey L.P., Inc.'s Motion For Partial Summary Judgment, *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey Inc., et al.*, United States District Court, District of Massachusetts, Civil Action No. 05-11084-PBS (selected pages). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 24, 2009, at San Diego, California.

                                               __/s/ Nicholas N. Paul_____
                                               NICHOLAS N. PAUL

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 24, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

                                               __/s/ Nicholas N. Paul_____
                                               NICHOLAS N. PAUL