# Exhibit 5

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey

Case 1:01-cv-12257-PBS   Document 6692-6   Filed 11/24/09   Page 2 of 3

```
                  CAUSE NO. GV002327

THE STATE OF TEXAS            )IN THE DISTRICT COURT
EX REL.                       )
    VEN-A-CARE OF THE         )
    FLORIDA KEYS, INC.,       )
        PLAINTIFFS,           )
                              )
VS.                           )TRAVIS COUNTY, TEXAS
                              )
DEY, INC.; ROXANE             )
LABORATORIES, INC.; WARRICK   )
PHARMACEUTICALS CORPORATION;  )
SCHERING-PLOUGH CORPORATION;  )
SCHERING CORPORATION;         )
LIPHA, S.A.; MERCK-LIPHA, S.A.;)
MERCK, KGAA; AND EMD          )
PHARMACEUTICALS, INC.,        )
        DEFENDANTS.           )53RD JUDICIAL DISTRICT
```

*********************************************
ORAL AND VIDEOTAPED DEPOSITION OF

CHARLES A. RICE
VOLUME III

MARCH 24TH, 2003
*********************************************
ORAL AND VIDEOTAPED DEPOSITION OF

CHARLES A. RICE, PRODUCED AS A WITNESS AT THE INSTANCE

OF THE STATE OF TEXAS AND DULY SWORN, WAS TAKEN IN THE

ABOVE-STYLED AND NUMBERED CAUSE ON THE 24TH OF MARCH,

2003, FROM 8:11 A.M. TO 6:08 P.M., BEFORE

DEBRA L. SIETSMA, CSR IN AND FOR THE STATE OF TEXAS,

REPORTED BY MACHINE SHORTHAND, AT THE OFFICES OF

FLECKMAN & MCGLYNN, P.L.L.C., 515 CONGRESS,

SUITE 1800, AUSTIN, TEXAS, PURSUANT TO THE TEXAS RULES

OF CIVIL PROCEDURE AND THE PROVISIONS AS PREVIOUSLY

SET FORTH.

1   THE MARKET -- AND PUBLISHING AN EXTRAORDINARILY HIGH
2   AWP CAN ONLY BE FOR ONE REASON, AND THAT IS TO
3   MANIPULATE MARKET SHARE ON THE BASIS OF THE SPREAD.
4   I -- I FIND THAT OBJECTIONABLE, AND I DON'T THINK THEY
5   SHOULD HAVE DONE IT.
6   Q.   OKAY.  NOW, YOU SAY THAT WHEN -- WHEN DEY
7   CAME TO MARKET WITH A NEW DRUG AND PROVIDED INCENTIVES
8   TO -- TO PROVIDERS TO USE DEY'S NEW PRODUCT BY
9   INCREASING THE SPREAD ON MEDICARE AND MEDICAID
10  REIMBURSEMENT, THAT YOU BELIEVE MEDICAID SAVED MONEY
11  BECAUSE THE AWP ON THE GENERIC WAS LOWER THAN THE
12  BRAND, CORRECT?
13  A.   THE WAC WAS LOWER THAN THE BRAND AS WELL.
14  Q.   OKAY.  LET'S TALK ABOUT AWP RIGHT NOW.
15  ISN'T IT A FACT, SIR, THAT -- THAT DEY
16  WOULD SET THE AWP AT -- AT TEN PERCENT LESS THAN THE
17  BRAND AWP WHEN IT WOULD LAUNCH A PRODUCT?
18  A.   APPROXIMATELY, YES.
19  Q.   AND THEN IT WOULD LEAVE IT THERE GOING
20  FORWARD, CORRECT?
21  A.   THAT'S MY UNDERSTANDING, YES.
22  Q.   ALL RIGHT.  SO EVEN THOUGH THE ACTUAL PRICES
23  IN THE MARKETPLACES WERE FALLING AS GENERIC
24  COMPETITION BECAME HEALTHY AND BROUGHT THE PRICES OF
25  THE GENERICS DOWN, CORRECT?