# Exhibit 9

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey

FROM : RICHARD UPP          PHONE NO. : 714 768 4781                              P02



DEY LABORATORIES
2751 Napa Valley Corporate Drive
Napa, California 94558
TEL (707) 224-3200  FAX (707) 224-3235

February 7, 1994

Kathy Bradley
Generics Development & Marketing
McKesson Drug Co.
One Post Street
San Francisco, CA 94104-5296

Dear Kathy:

I appreciated the opportunity of meeting you and presenting Dey Laboratories' line of unit-dose respiratory solutions. As I mentioned, Dey is the largest manufacturer in the US of unit-dose solutions and holds the largest market share among generics in all its product categories.

Our major products are:

- Albuterol 0.083% unit dose
- Metaproterenol 0.4% and 0.6% unit dose
- Saline - 3 mL and 5 mL unit dose

Shortly Dey expects approval of 2 mL Intal nebulizer solution as the first generic Intal in plastic unit-dose vials.

According to IMS 3rd Qtr. 1993, Dey is the market share leader among generics for albuterol and metaproterenol with retail dollar market shares exceeding 31% and 11% respectively (see attached chart). Dey has over 50% of the saline market.

With Dey Laboratories you can depend upon a high quantity, lower price alternative to your current Source products for unit-dose albuterol and metaproterenol. Since market entry two years ago, Dey has sold over 100,000,000 vials of albuterol unit dose and 50,000,000 vials of metaproterenol unit dose with no issues of quality. <u>Dey manufactures and sells the only generic sterile-filled Albuterol Inhalation Solution 0.083%.</u> Unlike Copley's product or other generic versions of Proventil, Dey Laboratories uses a sterile form-fill-seal manufacturing process where there is no need to add the preservative, benzalkonium chloride, to our inhalation solutions to protect against contamination.


A Lipha Americas company

Highly Confidential                                                                    DEY-BO-0189566

Kathy Bradley
McKesson Drug Co.
Page 2
February 7, 1994

In addition, the following items are proposed for your spring Source program:

1. Pricing - lowest net price, highest retailer spread versus AWP

2. Dating - 90-day dating on all orders during program

3. Guaranteed 30-day McKesson inventories

4. 100% Dey service level

5. Highest quality standards - only sterile filled generic unit-dose albuterol on market

6. Local support for McKesson customer service programs through your contracts department

7. Dey to provide a rebate in the form of a credit memo

Kathy, I appreciate your consideration of our proposal. I trust that if there are any questions, you will call me at 1-800-869-9005. I will call you in mid-March to determine the status of your spring catalog.

Thanks again for your time, and if you find yourself in the Napa area, please give us a call. We would be pleased to give you and Claudia a tour and show you our facilities and some of the Napa Valley.

Sincerely,

Bob Mozak

Robert F. Mozak
Vice President
Sales and Marketing

RFM:chg

CC: Claudia Sacino
BCC: Phil Scott
Attachments

Highly Confidential                                                    DEY-BO-0189567

## PRICING PROPOSAL

| Dey Product | Product Number NDC-49502 | Brand Name | AWP | Regular Whole | Source Price | % Rebate |
|---|---|---|---|---|---|---|
| Albuterol 0.083% | 69703 | Proventil or Ventolin | $30.25 | $18.95 | $14.78 | 22% |
| Albuterol 0.083% | 69760 | | $72.60 | $44.40 | $33.30 | 25% |
| Metaproterenol 0.4% | 67803 | Alupent | $30.75 | $13.99 | $9.09 | 35% |
| Metaproterenol 0.6% | 67603 | Alupent | $30.75 | $13.99 | $9.09 | 35% |
| Sodium Chloride 3 mL | 83003 | — | $24.20 | $13.00 | $9.75 | 25% |
| Sodium Chloride 5 mL | 83005 | — | $24.20 | $13.00 | $9.75 | 25% |

Highly Confidential

DEY-BO-0189568

FROM : RICHARD UPP        PHONE NO. : 714 768 4781        P05

# UNIT DOSE ALBUTEROL MARKET SHARES
## 3rd Quarter 1993

**DEY COMPANY CONFIDENTIAL**

### DRUG STORES

- 60% / 31% / 6% / 4%
- 586,000 CARTONS
- 63% / 28% / 5% / 4%
- $16.2 MILLION

### HOSPITALS

- 41% / 40% / 19%
- 542,000 CARTONS
- 47% / 37% / 15%
- $6.1 MILLION

Legend: ☐ Schering  ■ Dey  ▦ Adams  ▨ A & H

DEY — inspirations through pharmaceutical solutions

Source: IMS Audits
RJE 12/29/93

Highly Confidential                             DEY-BO-0189569

FROM : RICHARD UPP    PHONE NO. : 714 768 4781    P06



METAPROTERENOL MARKET SHARES
3rd Quarter 1993

COMPANY CONFIDENTIAL

**DRUG STORES**

- 89% / 11%
- 5.8 MILLION DOSES
- 81% / 19%
- $3.8 MILLION

**HOSPITALS**

- 62% / 38%
- 1.2 MILLION DOSES
- 56% / 44%
- $447,000

Legend: ☐ B.I.  ■ Dey

DEY — inspirations through pharmaceutical solutions
DEY LABORATORIES, INC.

Source: IMS Audits
RJE 12/29/93

Highly Confidential    DEY-BO-0189570