# Exhibit 10

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE PHARMACEUTICAL INDUSTRY    )

AVERAGE WHOLESALE PRICE LITIGATION)

---------------------------------X Volume 1

THIS DOCUMENT RELATES TO:        ) MDL NO. 1456

The City of New York, et al.,    ) Civil Action

   V.                            ) No. 01-12257-PBS

Abbott Laboratories, et al.      )

---------------------------------X

THIS DOCUMENT RELATES TO:        )

State of California, ex rel.     )

Ven-A-Care v. Abbott Laboratories,)

Inc., et al., Case No.           )

03-cv-11226-PBS                  )

---------------------------------X

THURSDAY, MAY 15, 2008

DEPOSITION OF DEY, L.P. AND DEY, INC.

BY PAMELA MARRS

Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

Page 133

1    A.   Again, I'm just going back to
2  conversations with internal people that, you
3  know, that was our understanding of what was
4  expected in the -- in the industry.
5    Q.   Okay.
6    A.   And, in fact, we had a situation once
7  where First DataBank actually lowered our AWP and
8  customers called and complained and basically
9  threatened not to buy our product.
10   Q.   So the way it works is that Dey
11 determines a suggested AWP before the launch of a
12 new product; correct?
13   A.   Dey reports a -- an AWP for a product
14 before it's launched to the reporting services,
15 yes.
16   Q.   And the reporting services publish the
17 AWPs that are reported to it by Dey; correct?
18        MR. DOYLE:  Objection.  Objection as to
19 form.
20        THE WITNESS:  And let me make one
21 correction.
22        We actually recently have stopped

Page 141

1    to all pricing compendia?
2         A.   To the best of my knowledge.  I don't
3    know of any exceptions to that.
4         Q.   And but for the one incident that you
5    were referring to, so far as you know, Dey
6    reported the same WAC to all pricing compendia as
7    well; correct?
8         A.   As far as I know, yeah, that's correct.
9         Q.   Aside from AWP and WAC did Dey report
10   any other prices or types of prices to the
11   pricing compendia?
12        A.   Based on my conversations with Russ
13   Johnson, I'm not aware of any, no.
14        Q.   Do you know of any instances in which
15   Dey objected to a price published by any of the
16   pricing compendia?
17             MR. DOYLE:  Objection as to form.
18             THE WITNESS:  The incident I referred
19   to earlier in 2003, we -- First DataBank lowered
20   our AWP, and we objected because customers were
21   refusing to buy our product because we were not
22   on a level playing field with everybody else, and

Page 142

1   so the same product was in the marketplace at
2   different AWPs, which created a favorable
3   advantage for the other competitors, so we did
4   object to that through a Court action.
5       BY MR. AZORSKY:
6           Q.   And that was an instance where First
7   DataBank published not the AWP as reported by
8   Dey, but, rather, established an AWP based upon a
9   WAC; is that correct?
10          A.   It's --
11              MR. DOYLE:   Objection as to form.
12              THE WITNESS:   It's my recollection that
13  we reported a WAC decrease but not a change in
14  AWP, but they took that WAC decrease as a trigger
15  to then recalculate AWP, and I don't recall the
16  exact calculation they made, but we were not
17  notified, and, as I said, the customers were
18  quite unhappy about it.
19      BY MR. AZORSKY:
20          Q.   So Dey took First DataBank to Court
21  over that?
22          A.   We did.

Page 296

1  whatever price the Government choose -- chose to
2  use from the other benchmarks --
3  BY MS. HANSCOM:
4       Q.   Well, let's assume --
5       A.   -- as opposed to --
6            The price compendia is my understanding
7  provided information, but that wasn't the
8  reimbursement rate; was it?
9       Q.   If the pricing compendia has the WAC
10 and the AWP, were you aware that reimbursement to
11 providers was based on those prices that were in
12 the pricing compendia?
13           MR. DOYLE:  Objection as to form.
14           THE WITNESS:  It was my understanding
15 that the price reporting services -- that the
16 Government had access to the information in price
17 reporting services, but, again, it was also my
18 understanding that there were a variety of
19 formulas that could be chosen, but -- but if the
20 formula chosen was AWP or WAC it was my general
21 understanding that that was one of the sources
22 that they would use.