# Exhibit 14

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey

```
              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE PHARMACEUTICAL INDUSTRY    )

AVERAGE WHOLESALE PRICE LITIGATION)

---------------------------------X Volume 1

THIS DOCUMENT RELATES TO:        ) MDL NO. 1456

The City of New York, et al.,    ) Civil Action

    V.                           ) No. 01-12257-PBS

Abbott Laboratories, et al.      )

---------------------------------X

THIS DOCUMENT RELATES TO:        )

State of California, ex rel.     )

Ven-A-Care v. Abbott Laboratories,)

Inc., et al., Case No.           )

03-cv-11226-PBS                  )

---------------------------------X

                  JULY 10, 2008

      DEPOSITION OF DEY, L.P. AND DEY, INC.

          BY PAMELA MARRS - VOLUME II


Reported By: WENDY L. VAN MEERBEKE, CSR No. 3676
```

1  Q. You don't know one way or the other, or
2  are you telling me Dey did not check to see that
3  its published AWPs were the ones it reported?
4  MS. GIULIANA: Objection. Form.
5  THE WITNESS: I know there was one
6  document I saw that had been transmitted to one
7  of the reporting services. I think it was First
8  DataBank. That had check marks on it that made
9  it look like somebody had checked it off. But
10  then I also know that I followed up with -- I
11  don't remember now if it was Russ or Todd. I
12  think it might have been Russ -- to find out if
13  they verified information after they submitted
14  it, and he said that they would get a
15  confirmation back that it was received, but they
16  wouldn't physically check to make sure the right
17  number was posted in the reporting service.
18  MR. HENDERSON:
19  Q. Dey did expect, though, that the AWPs
20  that it reported to First DataBank and Red Book
21  would be the AWPs that those companies published?
22  A. Yes.