# Exhibit 15

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey

Dey, L.P. and Dey, Inc. (Gary Walker)                              May 14, 2008
                                   Napa, CA

Page 1

                     UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS

        --------------------------------X

        IN RE PHARMACEUTICAL INDUSTRY     )

        AVERAGE WHOLESALE PRICE LITIGATION)

        --------------------------------X Volume 1

        THIS DOCUMENT RELATES TO:         ) MDL NO. 1456

        The City of New York, et al.,     ) Civil Action

              V.                          ) No. 01-12257-PBS

        Abbott Laboratories, et al.       )

        --------------------------------X

        THIS DOCUMENT RELATES TO:         )

        State of California, ex rel.      )

        Ven-A-Care v. Abbott Laboratories,)

        Inc., et al., Case No.            )

        03-cv-11226-PBS                   )

        --------------------------------X

                    WEDNESDAY, MAY 14, 2008

            DEPOSITION OF DEY, L.P. AND DEY, INC.

                       BY GARY WALKER

        Reported by:  LAURA AXELSEN, CSR NO. 6173

                  RMR, CRP, CLR

Dey, L.P. and Dey, Inc. (Gary Walker)                    May 14, 2008
Napa, CA

Page 151

1    source of the data extracted that this case was
2    about Medicaid?
3         MR. DOYLE:  Objection as to form.
4         THE WITNESS:  In general.  I didn't
5    know the specifics, but I knew it was a Medicaid
6    topic, I believe.  One thing, too, I kept hearing
7    it was related to pricing.
8         Q.   Sure.
9         A.   But --
10        Q.   There's nothing about pricing in the
11   Medicaid product system?
12        MR. DOYLE:  Objection as to form.
13        THE WITNESS:  The Medicaid system
14   contains our AMP's, average prices, but wouldn't
15   have our pricing structure, like the CSP table
16   and contract pricing, things like that.
17        Q.   Does the Medicaid product system
18   actually generate those AMP prices, or are they -
19   - are they populated into the system by some
20   other process?
21        A.   System will calculate the AMP.  There's
22   also in the case of any issues override the