# Exhibit 16

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey

Page 291

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

--oOo--

IN RE PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

--------------------------------- Volume 2

THIS DOCUMENT RELATES TO:          MDL NO. 1456 Civil

The City of New York, et al.,      Civil Action

    v.                             No. 01-12257-PBS

Abbott Laboratories, et al.

---------------------------------

THIS DOCUMENT RELATES TO:

State of California, et al.

Ven-A-Care v. Abbott Laboratories,

Inc., et al., Case No.

03-cv-11226-PBS,

_____/

JULY 9, 2008

DEPOSITION OF DEY, L.P. AND DEY, INC.

BY GARY WALKER

VOLUME II, PAGES 291 THROUGH 487

Reported By:  WENDY L. VAN MEERBEKE, CSR No. 3676

Page 376

1              MS. GIULIANA:  Same objection.
2              THE WITNESS:  I'm not certain exactly,
3    but I'm fairly certain that at every month end at
4    least it is.
5              MR. WINGET-HERNANDEZ:
6         Q.   Okay.  And who is it typically within Dey
7    that requests the report of average sale price --
8    internal average sale price?
9         A.   I'm not certain who's the users, but I
10   know Pam Marrs is always interested in that, and
11   I'm sure other departments, too.
12        Q.   Have you discussed with Ms. Marrs what
13   her particular interest is in monthly ASPs?
14        A.   No.
15        Q.   Has Ms. Marrs spoken to you about her
16   requirements or preferences in connection with the
17   calculation of Dey's internal ASP?
18             MS. GIULIANA:  Objection to the form.
19             THE WITNESS:  I don't recall any direct
20   conversations about that.
21             MR. WINGET-HERNANDEZ:
22        Q.   What conversations do you remember about