# Exhibit 17

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey




Totals taken from sales queries + matched to our C/B by prod. Summary for Dec '96

CBRP90

Dey Laboratories, L.P.
Monthly Product Summary
December 1996

1/02/97

| Product | Description | Quantity Sold | Wholesale Cost | Contract Cost | Chargeback Amount |
|---|---|---|---|---|---|
| 03003 | DEYVIAL 3ML/250 | 62 | 1,996.40 | 1,799.70 | 196.70 |
| 03005 | DEYVIAL 5ML/250 | 2 | 64.40 | 60.00 | 4.40 |
| 18104 | ACETYL 4ML | 3,474 | 89,629.20 | 47,828.10 | 41,801.10 |
| 18110 | ACETYL 10ML | 2,647 | 40,419.69 | 27,428.18 | 12,991.51 |
| 18130 | ACETYL 30ML | 1,047 | 43,942.59 | 23,697.51 | 20,245.08 |
| 18200 | ACETYL 100ML | 701 | 53,205.90 | 19,824.84 | 33,381.06 |
| 18204 | ACETYL 4ML | 2,107 | 65,485.56 | 29,523.27 | 35,962.29 |
| 18210 | ACETYL 10ML | 1,899 | 35,264.43 | 20,075.43 | 15,189.00 |
| 18230 | ACETYL 30ML | 3,036 | 153,743.04 | 72,196.25 | 81,546.79 |
| 19620 | ALBUT MULTIDOSE | 53,592 | 423,376.80 | 283,683.29 | 139,693.51 |
| 30317 | ALBUT MDI | 58,439 | 556,951.40 | 378,161.70 | 192,997.80 |
| 40001 | ATENOL 50/100S | 1 | 4.00 | 2.50 | 1.50 |
| 40101 | ATENOL 100/100S | 19 | 142.50 | 63.27 | 79.23 |
| 40301 | PIROX 20MG/100S | 36 | 306.00 | 110.52 | 195.48 |
| 40601 | ALPRAZ 0.5/100S | 2 | 10.00 | 5.12 | 4.88 |
| 40605 | ALPRAZ 0.5/500S | 0 | .00 | .00 | .00 |
| 40901 | PINDOLOL 5/100S | 24 | 456.00 | 102.80 | 353.20 |
| 41001 | PINDOL 10/100S | 4 | 94.00 | 16.24 | 77.76 |
| 41201 | TRIAZ 0.125/1 | 17 | 420.75 | 169.86 | 250.89 |
| 41501 | H/AP 5-500/1 | 191 | 859.50 | 553.90 | 305.60 |
| 41505 | H/AP 5-500/5 | 6 | 108.00 | 85.68 | 22.32 |
| 41601 | H/AP 7.5-750/1 | 129 | 2,838.00 | 1,398.70 | 1,439.30 |
| 41701 | H/AP 7.5-650/1 | 31 | 806.00 | 353.40 | 452.60 |
| 64015 | DEY-PAK 3x | 306 | 9,027.00 | 8,584.00 | 443.00 |

Qty Sold

Wh/s/ Cost

Contract Cost

C/B Amt

Mow-F1
EXHIBIT NO. 282
3-29-06
C. VOHLKEN

CBRP9Q

Dey Laboratories, L.P.
Monthly Product Summary
December 1996

1/02/97 15:28:08 Page 1

| Product | Description | Quantity Sold | Wholesale Cost | Contract Cost | Chargeback Amount | Chargeback Dollars per Carton | Gross Chargeback Rate (Pct) |
|---|---|---|---|---|---|---|---|
| 64115 | DEYPAK 10% | 150 | 4,425.00 | 4,171.50 | 253.50 | 1.69 | 5.73 |
| 66003 | ISOETH 25'S | 24 | 186.00 | 136.00 | 50.00 | 2.08 | 26.88 |
| 66103 | ISOETH 25'S | 30 | 232.50 | 143.20 | 89.30 | 2.98 | 38.41 |
| 66405 | ISOETH 25'S | 9 | 69.75 | 45.80 | 23.95 | 2.66 | 34.34 |
| 67603 | METAPROT 25'S | 12,189 | 134,079.00 | 88,596.14 | 45,482.86 | 3.73 | 33.92 |
| 67803 | METAPROT 25'S | 3,687 | 40,557.00 | 27,277.25 | 13,279.75 | 3.60 | 32.74 |
| 68902 | CROMOLYN 60'S | 22,384 | 765,532.80 | 574,263.74 | 191,269.06 | 8.54 | 24.99 |
| 68912 | CROMOLYN 120'S | 10,094 | 666,204.00 | 520,484.30 | 145,719.70 | 14.44 | 21.87 |
| 69703 | ALBUT 25'S | 303,620 | 4,402,490.00 | 2,473,614.39 | 1,928,875.61 | 6.35 | 43.81 |
| 69733 | ALBUT 30'S | 3,966 | 69,008.40 | 39,799.56 | 29,208.84 | 7.36 | 42.33 |
| 69760 | ALBUT 60'S | 40,568 | 1,399,596.00 | 828,754.70 | 570,841.30 | 14.07 | 40.79 |
| 79516 | ALBUT SYRUP | 7- | 48.30- | 27.35- | 20.95- | 2.99 | 43.37 |
| 81003 | WATER 3ML/100 | 2 | 28.00 | 11.10 | 16.90 | 8.45 | 60.36 |
| 81005 | WATER 5ML/100 | 52 | 728.00 | 407.10 | 320.90 | 6.17 | 44.08 |
| 82003 | SOD CHL 3ML/100 | 351 | 4,914.00 | 2,700.17 | 2,213.83 | 6.31 | 45.05 |
| 82005 | SOD CHL 5ML/100 | 89 | 1,246.00 | 666.85 | 579.15 | 6.51 | 46.48 |
| 83003 | SOD CHL 3ML/100 | 39,825 | 517,725.00 | 311,900.15 | 205,824.85 | 5.17 | 39.76 |
| 83005 | SOD CHL 5ML/100 | 18,998 | 246,974.00 | 138,178.78 | 108,795.22 | 5.73 | 44.05 |
| 83015 | SOD CHL 15ML/24 | 6,048 | 43,545.60 | 32,673.89 | 10,871.71 | 1.80 | 24.97 |
| Final Totals | | 589,851 | 9,776,643.91 | 5,959,521.53 | 3,831,330.48 | 6.50 | 39.19 |

CBRP91 Dey Laboratories, L.P. 1/02/97 15:47:32 Page 1

Monthly Product Summary Reconciliation

December 1996

| Product | Description | Quantity Sold | Wholesale Cost | Contract Cost | Chargeback Amount | |
|---|---|---|---|---|---|---|
| | | | | | | |
| Final Totals | | 589,851 | 9,776,643.91 | 5,959,521.53 | 3,831,330.48 | (A) |
| Less: Contract Cost > Wholesale Cost | | | | | | |
| 30317 | ALBUT MDI | 7,180 | 43,080.00 | 57,288.10 | .00 | |
| Wholesale Cost > Contract Cost | | 582,671 | 9,733,563.91 | 5,902,233.43 | 3,831,330.48 | (B) |

************************
* FOR INFORMATIONAL *
* PURPOSES ONLY *
************************

(A) Actual chargebacks processed during month. Zero chargeback dollars issued when contract cost is higher than wholesale cost. This line will not crossfoot if any such items were processed in the current month.

(B) Chargebacks processed for items with higher wholesale cost than contract cost. This line must crossfoot.