# Exhibit 19

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey

```
NO. GV002327
THE STATE OF TEXAS          ) IN THE DISTRICT COURT
EX REL.                     )
    VEN-A-CARE OF THE       )
    FLORIDA KEYS, INC.,     )
        PLAINTIFF(S),       )
                            )
VS.                         ) TRAVIS COUNTY, TEXAS
                            )
DEY, INC.; ROXANE           )
LABORATORIES, INC., WARRICK )
PHARMACEUTICALS CORPORATION,)
SCHERING CORPORATION,       )
SCHERING-PLOUGH CORPORATION,)
LIPHA, S.A., MERCK-LIPHA,   )
S.A., MERCK, KGAA, AND EMD  )
PHARMACEUTICALS, INC.,      )
        DEFENDANT(S).       ) 53RD JUDICIAL DISTRICT
```

*******************************************

ORAL AND VIDEOTAPED DEPOSITION OF

ROBERT ELLIS

FEBRUARY 10TH, 2003

*******************************************

   ORAL AND VIDEOTAPED DEPOSITION OF ROBERT ELLIS, PRODUCED AS A WITNESS AT THE INSTANCE OF THE PLAINTIFF(S), AND DULY SWORN, WAS TAKEN IN THE ABOVE-STYLED AND NUMBERED CAUSE ON FEBRUARY 10TH, 2003, FROM 9:13 A.M. TO 5:36 P.M., BEFORE CYNTHIA VOHLKEN, CSR IN AND FOR THE STATE OF TEXAS, REPORTED BY MACHINE SHORTHAND, AT THE OFFICES OF COTCHETT, PITRE, SIMON & MCCARTHY, 840 MALCOLM ROAD, SUITE 200, BURLINGAME, CALIFORNIA PURSUANT TO THE TEXAS RULES OF CIVIL PROCEDURE.

1   Q.   TERMIER?
2   A.   YES, THAT'S RIGHT.  THAT'S RIGHT.
3   Q.   DID YOU INTERVIEW WITH MR. RICE?
4   A.   NO, NOT AT THAT TIME, NO.
5   Q.   AND WHAT WAS YOUR FIRST JOB TITLE?
6   A.   MARKETING ASSISTANT.
7   Q.   AND DID YOU GET SUBSEQUENTLY PROMOTED WHILE
8   YOU WERE AT DEY?
9   A.   I WAS PROMOTED TO A PRODUCT MANAGER
10  APPROXIMATELY TWO YEARS LATER.
11  Q.   APPROXIMATELY MARCH OF '94?
12  A.   SOUNDS ABOUT RIGHT.
13  Q.   ROUGHLY?
14  A.   YEAH.  I'M NOT SURE OF THE EXACT DATE.
15  Q.   TO PRODUCT MANAGER, I'M SORRY, IS THAT
16  CORRECT?
17  A.   YES, PRODUCT MANAGER, THAT'S RIGHT.
18  Q.   WHAT WERE YOUR DUTIES AND RESPONSIBILITIES AS
19  A MARKETING ASSISTANT?
20  A.   MORE OR LESS JUST HELPING OUT ON THE
21  MARKETING SIDE, DOING EVERYTHING THAT HELEN ASKED ME.
22  I DID A LOT OF COLLATERAL DEVELOPMENT, SALES
23  COLLATERAL DEVELOPMENT, DID SOME SALES TRAINING, DID
24  VARIOUS PRINT JOBS.  ONE OF MY FIRST PROJECTS WAS JUST
25  TO -- TO RESEARCH THE REIMBURSEMENT STATUS OF MEDICARE

1   AND MEDICAID, PUT TOGETHER THAT DATABASE.
2   Q.   TELL ME ABOUT THAT, PLEASE.  WHO ASSIGNED
3   THIS PROJECT TO YOU?
4   A.   THAT WAS HELEN.  IT WAS SOMETHING THAT I
5   BELIEVE THEY HAD STARTED BEFORE, BUT SOMETHING THEY
6   PUT ME ON RIGHT AWAY IS JUST CALL ALL THE STATE
7   AGENCIES AND RECORD WHAT THEIR REIMBURSEMENT
8   STRUCTURES WERE AND THEN ASSEMBLE A DATABASE THAT WE
9   HAD THAT FOR REFERRAL.
10  Q.   AND DID YOU DO THAT, DID YOU ASSEMBLE THIS
11  DATABASE?
12  A.   YEAH, I GUESS I DID.
13  Q.   WHAT WAS THE NAME OF THAT DATABASE?
14  A.   I DON'T THINK I GAVE IT A NAME.  IT WAS JUST
15  A DATABASE OF INFORMATION.  PROBABLY THE MEDICARE OR
16  MEDICAID DATABASE IS WHAT WE GENERALLY REFERRED IT
17  TO -- REFERRED TO IT AS.
18  Q.   AND THIS IS A DATABASE THAT WAS ON THE
19  MAINFRAME AT DEY?
20  A.   NO.  NO.  IT WAS -- SIMPLY I THINK I JUST PUT
21  TOGETHER AN EXCEL SPREADSHEET, YOU KNOW.  FOR
22  INSTANCE, ARKANSAS, REIMBURSEMENT STRUCTURE, WHETHER
23  THEY REIMBURSED FOR GENERICS OR ALBUTEROL AT THE TIME.
24  Q.   WOULD THIS HAVE BEEN ON YOUR COMPUTER SYSTEM
25  AT DEY, JUST ON --

1  A.   YEAH, IT STARTED ON MY COMPUTER SYSTEM.
2  SURE.
3  Q.   WOULD IT HAVE BEEN ACCESSIBLE BY EVERYONE
4  ELSE IN THE ORGANIZATION OR IN THE ALTERNATIVE IF
5  SOMEONE ELSE WANTED TO ACCESS IT WOULD THEY HAVE TO
6  COME TO YOU AND YOU COULD ACCESS IT ON YOUR COMPUTER?
7  A.   THEY -- AT THAT TIME THEY WOULD HAVE TO COME
8  TO ME.  I DIDN'T MAKE IT GENERALLY ACCESSIBLE.  IT WAS
9  JUST ON MY COMPUTER.  I DON'T THINK WE -- I WAS TIED
10 INTO ANY -- ANY LOCAL NETWORK AT THE TIME.
11 Q.   WAS IT MULTI-PAGES OR JUST ONE PAGE, DO YOU
12 RECALL?
13 A.   YOU KNOW, I'M NOT SURE.  I'M NOT SURE.  I
14 REALLY DON'T -- I DON'T RECALL THAT.
15 Q.   BUT THE TASK WAS TO -- TO CALL THE VARIOUS
16 STATES AND IDENTIFY WHETHER OR NOT THEY WERE
17 REIMBURSING FOR DEY'S PRODUCTS?
18 A.   UH-HUH.  TO FIND THE STATES THAT DIDN'T AND
19 ACTIVELY SEEK REIMBURSEMENT FOR ALBUTEROL.
20 Q.   WERE YOU ALSO DETERMINING WHAT THEIR
21 REIMBURSEMENT FORMULA WAS, FOR EXAMPLE, AWP MINUS
22 OR --
23 A.   ABSOLUTELY.
24 Q.   -- WHOLESALE COST PLUS?
25 A.   I'M SORRY.  YEAH.  THAT WAS THE -- THAT WAS

1  THE MAIN OBJECTIVE OF THE PROJECT.
2  Q.   DID YOU UNDERSTAND WHY THAT WAS IMPORTANT TO
3  DEY'S MANAGERS?
4  A.   NO, NOT AT THE TIME.  I DIDN'T HAVE A CLUE.
5  IT WAS JUST MY VERY FIRST PROJECT, SO I DUG IN.
6  Q.   AS YOU DUG IN AND STARTED EXECUTING THE TASK
7  THAT WAS GIVEN TO YOU DID YOU COME TO AN UNDERSTANDING
8  AS TO WHY THAT INFORMATION WAS IMPORTANT TO DEY?
9  A.   EVENTUALLY, YES.  I -- I COMPLETELY
10 UNDERSTOOD THE REIMBURSEMENT STRUCTURES AND -- AND HOW
11 IT DROVE GENERIC SUBSTITUTION BUSINESS.
12 Q.   AND WHAT IS THE UNDERSTANDING THAT YOU CAME
13 TO AS FAR AS THE REIMBURSEMENT AND HOW IT DROVE
14 GENERIC SUBSTITUTION BUSINESS?
15 A.   PHARMACISTS, RETAIL PHARMACISTS ARE
16 REIMBURSED BASED ON THE FORMULA AWP MINUS 30 PERCENT
17 WHATEVER THE STATE DOES, SO IF THAT'S -- IF THAT'S
18 FINANCIALLY REWARDING TO THEM AND INCENTIVIZES THEM TO
19 MAKE THAT SUBSTITUTION OVER THE BRAND.
20 Q.   AND WHEN YOU'RE TALKING ABOUT COMPETITION
21 BETWEEN GENERICS, DID YOU UNDERSTAND THAT YOUR
22 CUSTOMERS, YOUR PHARMACY CUSTOMERS WERE ALSO
23 INTERESTED NOT IN COMPETITION VERSUS THE BRAND, BUT IN
24 COMPETITION AMONG GENERICS, DID YOU UNDERSTAND THAT
25 YOUR CUSTOMERS, YOUR PHARMACY CUSTOMERS WERE ALSO

1    INTERESTED IN -- IN THAT PRICING?

2    MR. FLECKMAN:  OBJECTION, FORM.

3    MR. MCDONALD:  OBJECTION, FORM.

4    Q.   (BY MR. WINTER)  FROM TIME TO TIME YOU'LL

5    HEAR AN OBJECTION.  USUALLY IT'S GOING TO BE AN

6    OBJECTION, FORM, LIKE THE ONES YOU'VE JUST HEARD AND

7    THEY'RE PRESERVING THEIR RIGHTS FOR ARGUMENT LATER ON

8    AND YOU MAY PLEASE CONTINUE TO ANSWER THE QUESTION.

9    MR. FLECKMAN:  LET ME JUST -- LET ME

10   JUST INTERJECT.  WHEN WE DO THAT IT'S SIMPLY TO

11   PROTECT THE RECORD AND IT MAY INVOLVE THE QUESTION --

12   THE WAY HE PHRASED HIS QUESTION.  IT MAY NOT BE IN

13   ACCORDANCE WITH THE EVIDENTIARY RULES OR IT MAY ASK

14   YOU TO GUESS OR MAKE ASSUMPTIONS THAT YOU'RE NOT

15   KNOWLEDGEABLE OF.  WE SIMPLY STATE OUR OBJECTION.  YOU

16   GO AHEAD AND ANSWER IF YOU'RE SO INCLINED AND IF YOU

17   HAVE FACTUAL INFORMATION TO IMPART.

18   A.   OKAY. CAN YOU REPEAT THE QUESTION FOR ME?

19   Q.   (BY MR. WINTER)  SURE.  I'LL TRY AND ASK IT

20   IN A BETTER WAY, TOO.  YOUR TESTIMONY WAS THAT YOU

21   UNDERSTOOD THAT YOUR PHARMACY CUSTOMERS, DEY'S

22   PHARMACY CUSTOMERS, WERE INTERESTED IN PRICING BECAUSE

23   IF THEY COULD MAKE A PROFIT ON THE GENERIC THEY WOULD

24   TEND TO CHOOSE THAT OVER THE BRAND; IS THAT ACCURATE?

25   A.   THE RETAIL PHARMACISTS WERE INTERESTED IN THE

1 PRICING STRUCTURE, YES.
2 Q. AND MY QUESTION IS I UNDERSTAND WHAT YOU'VE
3 ANSWERED IN THE CONTEXT OF A RETAIL PHARMACIST LOOKING
4 AT PRICING WHEN COMPARING BRANDED PRICES TO GENERIC
5 PRICES. AND MY QUESTION NOW IS WHEN COMPARING PRICING
6 AMONG GENERICS WAS -- WAS THAT PRICING ALSO AN ISSUE
7 IN YOUR EXPERIENCE?
8 MR. MCDONALD: OBJECT TO THE FORM.
9 MR. FLECKMAN: OBJECTION TO FORM, ALSO.
10 A. THE BEST OF MY MEMORY THAT'S -- IT'S -- PRICE
11 IS ALWAYS IMPORTANT AND THE -- WHETHER IT'S A BRANDED
12 OR A GENERIC THAT YOU'RE COMPETING AGAINST THE
13 PHARMACIST IS -- RETAIL PHARMACIST WILL LOOK AT THE
14 REIMBURSEMENT STRUCTURE FOR HIMSELF TO MAKE SURE THAT
15 HE'S DRIVING A PROFITABLE BUSINESS ON HIS OWN AS WELL.
16 Q. (BY MR. WINTER) SO, FOR EXAMPLE, MEDICAID
17 REIMBURSEMENT PROFIT IS GOING TO BE AN ISSUE OR FACTOR
18 THAT'S IMPORTANT TO A RETAIL PHARMACIST, CORRECT?
19 MR. MCDONALD: OBJECT TO THE FORM.
20 A. FROM MY CONVERSATIONS WITH PHARMACISTS THAT
21 WAS A CONCERN, YEAH.
22 Q. (BY MR. WINTER) DID YOU DEAL WITH
23 PHARMACISTS? DID YOU HAVE IN THE ORDINARY COURSE OF
24 YOUR BUSINESS CONVERSATIONS WITH DEY'S PHARMACIST
25 CUSTOMERS?