# Exhibit 21

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey

ALBUTEROL 5MG/ML SOLUTION    49502-0105-01    DEY LABS.           PS:   .33600     AWP:  20.000    DF: ML
                                              FED UPPER LIMIT:              BLP:  .74950           .78012

| ST COV | MAC | PA | COVERAGE | MAX QTY RESTRICTIONS | MIN QTY RESTRICTIONS |
|---|---|---|---|---|---|
| AK X |  | N | NO RESTRICTIONS | | |
| AL X | .33600 | N | | | |
| AR X | .33600 | N | NO RESTRICTIONS | | |
| CA X | .33600 | N | NO RESTRICTIONS | | NO MINIMUM QTY RESTRICTIONS |
| CO   |  |   |  | | |
| CT X |  | N | NO RESTRICTIONS | | |
| DE X |  | N | NO RESTRICTIONS | | |
| DC X |  | N | NO RESTRICTIONS | | |
| FL X | .33600 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| GA X | .33600 | N | NO RESTRICTIONS | | |
| HI X |  | N | NO RESTRICTIONS | | |
| ID X |  | N | NO RESTRICTIONS | MAXIMUM 34 DAYS SUPPLY | |
| IL X | .33600 | N | NO RESTRICTIONS | MAX BILLING QTY:    60.000 | |
| IN X | .33600 | N | NO RESTRICTIONS | | |
| IA X | .33600 | N | NO RESTRICTIONS | 30 DAY LIMIT APPLIES | |
| KS X | .33600 | N | NO RESTRICTIONS | | |
| KY X | .33600 | N | NO RESTRICTIONS | | |
| LA X | .33600 | N | NO RESTRICTIONS | | |
| ME X |  | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MA X |  | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MD X |  | N | NO RESTRICTIONS | LESS THAN 34 DAY PER RX | NO MINIMUM QTY |
| MI X | .31259 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MN X | .33600 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MS X | .33600 | N | NO RESTRICTIONS | GREATER OF 34 DAYS/100 UNIT | NO MINIMUM QTY |
| MO X | .28740 | N | NO RESTRICTIONS | | |
| MT X |  | N |  | | NO MINIMUM QTY |
| NE X | .33600 | N | NO RESTRICTIONS | NO MAXIMUM RESTRICTIONS | MINIMUM 30 DAY SUPPLY |
| NV X |  | N | NO RESTRICTIONS. RX FOR OTC'S | | |
| NH X |  | N | NO RESTRICTIONS | | |
| NJ X | .33600 | Y | NO RESTRICTIONS | | |
| NM X |  |   | NO RESTRICTIONS | | |
| NY X | .33600 | N | NO RESTRICTIONS | MAX BILLING QTY:     0.000 | |
| NC X |  |   |  | | |
| ND X |  | N |  | | |
| OH X | .28000 | N | NO RESTRICTIONS | MAX BILLING QTY:    60.000 | |
| OK X | .33600 | N | FOR MEDICAID AND EPSDT RECIP | | |
| OR X | .40000 | N | NO RESTRICTIONS INCLUDING LTCF | NO RESTRICTIONS | NO MINIMUM QTY |
| PA X | .33600 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| RI X | .33600 | N |  | | |
| SC X | .33300 | N | NO RESTRICTIONS | | |
| SD X |  | N | NO RESTRICTIONS | | |
| TN   |  |   |  | | |
| TX X | .18153 | N | NO RESTRICTIONS | | |
| UT X |  | N | NO RESTRICTIONS | | |
| VT X | .33300 | N | NO RESTRICTIONS | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| VA X | .33600 | N | NO RESTRICTIONS | | |
| WA X | .33600 | N | NO RESTRICTIONS | | |
| WV X |  | N | NO RESTRICTIONS | LIMITED TO A 30 DAY SUPPLY | |
| WI X | .30000 | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| WY X | .33600 | N | NO RESTRICTIONS | | |

DL 59035

DEY076-2122

```
12/28/02                                    FIRST DATABANK                                   PAGE    72
                                       MEDICAID COVERAGE REPORT
                                   COPYRIGHT, 1902, THE HEARST CORP.

ALBUTEROL 90MCG INHALER    49502-0333-17    DEY LABS.          FS:    17.000              DF: GM
                                            FED UPPER LIMIT:   AWP:    1.27647   BLP:    1.60178

ST COV    MAC       PA COVERAGE              MAX QTY RESTRICTIONS            MIN QTY RESTRICTIONS

AK  X           N   NO RESTRICTIONS
AL  X           N
AR  X   .98490  N   NO RESTRICTIONS
CA  X           N   NO RESTRICTIONS                                          NO MINIMUM QTY RESTRICTIONS
CO  X           N                                                            NO MINIMUM QTY
CT  X           N   NO RESTRICTIONS
DE  X           N   NO RESTRICTIONS
DC  X           N   NO RESTRICTIONS          NO MAXIMUM QTY
FL  X           Y   NO RESTRICTIONS
GA  X  1.14000  N   NO RESTRICTIONS
HI  X           N   NO RESTRICTIONS          MAXIMUM 34 DAYS SUPPLY
ID  X           N   NO RESTRICTIONS          MAX BILLING QTY:     1000.000
IL  X           N   NO RESTRICTIONS
IN  X           N                            30 DAY LIMIT APPLIES
IA  X           N   NO RESTRICTIONS
KS  X           N   NO RESTRICTIONS
KY  X           N   NO RESTRICTIONS
LA  X  1.32350  N   NO RESTRICTIONS
ME  X           N   NO RESTRICTIONS                                          NO MINIMUM QTY
MA  X           N   NO RESTRICTIONS                                          NO MINIMUM QTY
MD  X           N   NO RESTRICTIONS          LESS THAN 34 DAY PER RX         NO MINIMUM QTY
MI  X   .66521  N   NO RESTRICTIONS          NO MAXIMUM QTY
MN  X   .89000  N   NO RESTRICTIONS          NO MAXIMUM QTY
MS  X           N   NO RESTRICTIONS          GREATER OF 34 DAYS/100 UNIT
MO  X   .61770  N   NO RESTRICTIONS                                          NO MINIMUM QTY
MT  X           N
NE  X           N   NO RESTRICTIONS          NO MAXIMUM RESTRICTIONS         NO MINIMUM QTY
NV  X           N                                                            MINIMUM 30 DAY SUPPLY
NH  X           N   NO RESTRICTIONS. RX FOR OTC'S
NJ  X           Y   NO RESTRICTIONS
NM  X           N   NO RESTRICTIONS
NY  X  1.14882  N   NO RESTRICTIONS          MAX BILLING QTY:      0.000
NC  X           N
ND  X           N   NO RESTRICTIONS          MAX BILLING QTY:     34.000
OH  X   .80000  N   NO RESTRICTIONS
OK  X   .36082  N   FOR MEDICAID AND EPSDT RECIP
OR  X   .78880  N   NO RESTRICTIONS INCLUDING LTCF   NO RESTRICTIONS         NO MINIMUM QTY
PA  X           N   NO RESTRICTIONS          NO MAXIMUM QTY
RI  X           N   NO RESTRICTIONS
SC  X           N   NO RESTRICTIONS
SD  X           N   NO RESTRICTIONS
TN  X
TX  X   .47764  N   NO RESTRICTIONS
UT  X           N   NO RESTRICTIONS
VT  X   .78880  N   NO RESTRICTIONS          NO MAXIMUM RESTRICTIONS         NO MINIMUM QTY
VA  X           N   NO RESTRICTIONS
WA  X   .59000  N   NO RESTRICTIONS          LIMITED TO A 30 DAY SUPPLY
WV  X           N   NO RESTRICTIONS
WI  X   .47060  N   NO RESTRICTIONS                                          NO MINIMUM QTY
WY  X           N   NO RESTRICTIONS
```

DL 59049

DEY076-2136

FIRST DATABANK
MEDICAID COVERAGE REPORT
COPYRIGHT, 1902, THE HEARST CORP.

IPRATROPIUM BR 0.02% SOLN 49502-0685-03  DEY LABS.  PS: 2.500  DF: ML

FED UPPER LIMIT:  AWP: .70560  BLP:

| ST | COV | MAC | PA | COVERAGE | MAX QTY RESTRICTIONS | MIN QTY RESTRICTIONS |
|---|---|---|---|---|---|---|
| AK | X | | N | DISPENSING CODES REQUIRED FOR | | |
| AL | X | | N | | | |
| AR | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY RESTRICTIONS |
| CA | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| CO | X | | Y | | | |
| CT | X | | Y | | | |
| DE | X | | N | NO RESTRICTIONS | | |
| DC | X | | N | NO RESTRICTIONS | | |
| FL | X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| GA | X | .39300 | N | NO RESTRICTIONS | | |
| HI | X | | N | NO RESTRICTIONS | | |
| ID | X | | N | NO RESTRICTIONS | MAXIMUM 34 DAYS SUPPLY | |
| IL | X | | N | NO RESTRICTIONS | MAX BILLING QTY: 375.000 | |
| IN | X | | N | | | |
| IA | X | | N | NO RESTRICTIONS | 90 DAY SUPPLY | |
| KS | X | | N | NO RESTRICTIONS | | |
| KY | X | | N | NO RESTRICTIONS | | |
| LA | X | | N | NO RESTRICTIONS | | |
| ME | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MA | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MD | X | | N | NO RESTRICTIONS | LESS THAN 34 DAY PER RX | NO MINIMUM QTY |
| MI | X | .38022 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MN | X | .34320 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MS | X | | N | NO RESTRICTIONS | GREATER OF 34 DAYS/100 UNIT | |
| MO | X | .28740 | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MT | X | | N | | | |
| NE | X | | N | NOT FOR LTCF RECIPIENTS | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| NV | X | | N | | | MINIMUM 30 DAY SUPPLY |
| NH | X | | N | NO RESTRICTIONS. RX FOR OTC'S | | |
| NJ | X | | Y | NO RESTRICTIONS | | |
| NM | X | | N | NO RESTRICTIONS | | |
| NY | X | .63504 | N | NO RESTRICTIONS | MAX BILLING QTY: 0.000 | |
| NC | X | | N | | | |
| ND | X | | N | | | |
| OH | X | .45200 | N | NO RESTRICTIONS | MAX BILLING QTY: 300.000 | |
| OK | X | | N | FOR MEDICAID AND EPSDT RECIP | | |
| OR | X | .45000 | N | NO RESTRICTIONS INCLUDING LTCF | NO RESTRICTIONS | NO MINIMUM QTY |
| PA | X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| RI | X | | N | | | |
| SC | X | | N | NO RESTRICTIONS | | |
| SD | X | | N | NO RESTRICTIONS | | |
| TN | X | | | | | |
| TX | X | .17776 | N | NO RESTRICTIONS | | |
| UT | X | | N | NO RESTRICTIONS | | |
| VT | X | .28900 | N | NO RESTRICTIONS | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| VA | X | | N | NO RESTRICTIONS | | |
| WA | X | .62700 | N | | | |
| WV | X | | N | NO RESTRICTIONS | LIMITED TO A 30 DAY SUPPLY | |
| WI | X | .23500 | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| WY | X | | N | NO RESTRICTIONS | | |

DL 59060

DEY076-2147

```
12/28/02                                    FIRST DATABANK                                      PAGE    84  E
                                       MEDICAID COVERAGE REPORT                                             E
                                   COPYRIGHT, 1902, THE HEARST CORP.                                        E
----------------------------------------------------------------------------------------------------------  E
IPRATROPIUM BR 0.02% SOLN     49502-0685-33    DEY LABS.            PS:    2.500            DF: ML          E
                                                                                                            E
                                              FED UPPER LIMIT:            AWP:   .70400    BLP:             E
----------------------------------------------------------------------------------------------------------  E
ST COV     MAC       PA COVERAGE                        MAX QTY RESTRICTIONS             MIN QTY RESTRICTIONS  E
----------------------------------------------------------------------------------------------------------  E
AK  X                N    DISPENSING CODES REQUIRED FOR                                                     E
AL  X                N                                                                                      E
AR  X                N    NO RESTRICTIONS                                                                   E
CA  X                N    NO RESTRICTIONS                                               NO MINIMUM QTY RESTRICTIONS  E
CO  X                Y                                                                  NO MINIMUM QTY      E
CT  X                Y    NO RESTRICTIONS                                                                   E
DE  X                N    NO RESTRICTIONS                                                                   E
DC  X                N    NO RESTRICTIONS                 NO MAXIMUM QTY                                    E
FL  X                N    NO RESTRICTIONS                                                                   E
GA  X      .39300    N    NO RESTRICTIONS                                                                   E
HI  X                N    NO RESTRICTIONS                 MAXIMUM 34 DAYS SUPPLY                            E
ID  X                N    NO RESTRICTIONS                 MAX BILLING QTY:   375.000                        E
IL  X                N    NO RESTRICTIONS                                                                   E
IN  X                N    NO RESTRICTIONS                 90 DAY SUPPLY                                     E
IA  X                N    NO RESTRICTIONS                                                                   E
KS  X                N    NO RESTRICTIONS                                                                   E
KY  X                N    NO RESTRICTIONS                                                                   E
LA  X                N    NO RESTRICTIONS                                                                   E
ME  X                N    NO RESTRICTIONS                                               NO MINIMUM QTY      E
MA  X                N    NO RESTRICTIONS                                               NO MINIMUM QTY      E
MD  X                N    NO RESTRICTIONS                 LESS THAN 34 DAY PER RX       NO MINIMUM QTY      E
MI  X      .38022    N    NO RESTRICTIONS                 NO MAXIMUM QTY                                    E
MN  X      .34320    N    NO RESTRICTIONS                 NO MAXIMUM QTY                                    E
MS  X                N    NO RESTRICTIONS                 GREATER OF 34 DAYS/100 UNIT                       E
MO  X      .28740    N    NO RESTRICTIONS                                               NO MINIMUM QTY      E
MT  X                N                                                                                      E
NE  X                N    NOT FOR LTCF RECIPIENTS         NO MAXIMUM RESTRICTIONS       NO MINIMUM QTY      E
NV  X                N                                                                  MINIMUM 30 DAY SUPPLY  E
NH  X                N    NO RESTRICTIONS. RX FOR OTC'S                                                     E
NJ  X                Y    NO RESTRICTIONS                                                                   E
NM  X                N    NO RESTRICTIONS                                                                   E
NY  X      .63360    N    NO RESTRICTIONS                 MAX BILLING QTY:     0.000                        E
NC  X                N                                                                                      E
ND  X                N                                                                                      E
OH  X      .45200    N    NO RESTRICTIONS                 MAX BILLING QTY:   300.000                        E
OK  X                N    FOR MEDICAID AND EPSDT RECIP                                                      E
OR  X      .45000    N    NO RESTRICTIONS INCLUDING LTCF  NO RESTRICTIONS               NO MINIMUM QTY      E
PA  X                N    NO RESTRICTIONS                 NO MAXIMUM QTY                                    E
RI  X                N                                                                                      E
SC  X                N    NO RESTRICTIONS                                                                   E
SD  X                N    NO RESTRICTIONS                                                                   E
TN                                                                                                          E
TX  X      .17776    N    NO RESTRICTIONS                                                                   E
UT  X                N    NO RESTRICTIONS                                                                   E
VT  X      .28900    N    NO RESTRICTIONS                 NO MAXIMUM RESTRICTIONS       NO MINIMUM QTY      E
VA  X                N    NO RESTRICTIONS                                                                   E
WA  X      .62700    N    NO RESTRICTIONS                 LIMITED TO A 30 DAY SUPPLY                        E
WV  X                N    NO RESTRICTIONS                                                                   E
WI  X      .23500    N    NO RESTRICTIONS                                               NO MINIMUM QTY      E
WY  X                N    NO RESTRICTIONS                                                                   E
```

DL 59061

DEY076-2148

```
IPRATROPIUM BR 0.02%  SOLN        49502-0685-60    DEY LABS.            PS:     2.500              DF: ML
                                                   FED UPPER LIMIT:     AWP:     .70400   BLP:

ST COV   MAC      PA  COVERAGE                     MAX QTY RESTRICTIONS          MIN QTY RESTRICTIONS
------------------------------------------------------------------------------------------------------
AK  X             N   DISPENSING CODES REQUIRED FOR                                                     E
AL  X             N                                                                                     E
AR  X             N   NO RESTRICTIONS                                            NO MINIMUM QTY RESTRICTIONS  E
CA  X             N   NO RESTRICTIONS                                            NO MINIMUM QTY               E
CO  X             Y                                                                                     E
CT  X             Y   NO RESTRICTIONS                                                                   E
DE  X             N   NO RESTRICTIONS                                                                   E
DC  X             N   NO RESTRICTIONS              NO MAXIMUM QTY                                       E
FL  X             N   NO RESTRICTIONS                                                                   E
GA  X    .39300   N   NO RESTRICTIONS                                                                   E
HI  X             N   NO RESTRICTIONS                                                                   E
ID  X             N   NO RESTRICTIONS              MAXIMUM 34 DAYS SUPPLY                               E
IL  X             N   NO RESTRICTIONS              MAX BILLING QTY:    375.000                          E
IN  X             N                                                                                     E
IA  X             N   NO RESTRICTIONS              90 DAY SUPPLY                                        E
KS  X             N   NO RESTRICTIONS                                                                   E
KY  X             N   NO RESTRICTIONS                                                                   E
LA  X             N   NO RESTRICTIONS                                                                   E
ME  X             N   NO RESTRICTIONS                                            NO MINIMUM QTY         E
MA  X             N   NO RESTRICTIONS                                            NO MINIMUM QTY         E
MD  X             N   NO RESTRICTIONS              LESS THAN 34 DAY PER RX       NO MINIMUM QTY         E
MI  X    .38022   N   NO RESTRICTIONS              NO MAXIMUM QTY                                       E
MN  X    .34320   N   NO RESTRICTIONS              NO MAXIMUM QTY                                       E
MS  X             N   NO RESTRICTIONS              GREATER OF 34 DAYS/100 UNIT                          E
MO  X    .28740   N   NO RESTRICTIONS                                            NO MINIMUM QTY         E
MT  X             N                                                                                     E
NE  X             N   NOT FOR LTCF RECIPIENTS      NO MAXIMUM RESTRICTIONS       NO MINIMUM QTY         E
NV  X             N                                                              MINIMUM 30 DAY SUPPLY  E
NH  X             N   NO RESTRICTIONS. RX FOR OTC'S                                                     E
NJ  X             Y   NO RESTRICTIONS                                                                   E
NM  X             N   NO RESTRICTIONS                                                                   E
NY  X    .63360   N   NO RESTRICTIONS              MAX BILLING QTY:      0.000                          E
NC  X             N                                                                                     E
ND  X             N                                                                                     E
OH  X    .45200   N   NO RESTRICTIONS              MAX BILLING QTY:    300.000                          E
OK  X             N   FOR MEDICAID AND EPSDT RECIP                                                      E
OR  X    .45000   N   NO RESTRICTIONS INCLUDING LTCF NO RESTRICTIONS             NO MINIMUM QTY         E
PA  X             N   NO RESTRICTIONS              NO MAXIMUM QTY                                       E
RI  X             N                                                                                     E
SC  X             N   NO RESTRICTIONS                                                                   E
SD  X             N   NO RESTRICTIONS                                                                   E
TN                                                                                                      E
TX  X    .17776   N   NO RESTRICTIONS                                                                   E
UT  X             N   NO RESTRICTIONS                                                                   E
VT  X    .28900   N   NO RESTRICTIONS              NO MAXIMUM RESTRICTIONS       NO MINIMUM QTY         E
VA  X             N   NO RESTRICTIONS                                                                   E
WA  X    .62700   N   NO RESTRICTIONS                                                                   E
WV  X             N   NO RESTRICTIONS              LIMITED TO A 30 DAY SUPPLY    NO MINIMUM QTY         E
WI  X    .23500   N   NO RESTRICTIONS                                                                   E
WY  X             N   NO RESTRICTIONS                                                                   E
```

DL 59062

DEY076-2149

CROMOLYN NEBULIZER SOLUTION    49502-0689-02    DEY LABS.              PS:    2.000              DF: ML

                                                FED UPPER LIMIT:       AWP:    .35000    BLP:

| ST | COV | MAC | PA | COVERAGE | MAX QTY RESTRICTIONS | MIN QTY RESTRICTIONS |
|---|---|---|---|---|---|---|
| | | | | DISPENSING CODES REQUIRED FOR | | |
| AK | X | | N | | | |
| AL | X | | N | | | |
| AR | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY RESTRICTIONS |
| CA | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| CO | X | | N | | | |
| CT | X | | Y | NO RESTRICTIONS | | |
| DE | X | | N | NO RESTRICTIONS | | |
| DC | X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| FL | X | | N | NO RESTRICTIONS | | |
| GA | X | .29750 | N | NO RESTRICTIONS | | |
| HI | X | | N | NO RESTRICTIONS | MAXIMUM 34 DAYS SUPPLY | |
| ID | X | | N | NO RESTRICTIONS | MAX BILLING QTY:   360.000 | |
| IL | X | | N | NO RESTRICTIONS | | |
| IN | X | | N | | 30 DAY LIMIT APPLIES | |
| IA | X | | N | NO RESTRICTIONS | | |
| KS | X | | N | NO RESTRICTIONS | | |
| KY | X | | N | NO RESTRICTIONS | | |
| LA | X | | N | | | |
| ME | X | | N | NO RESTRICTIONS | LESS THAN 34 DAY PER RX | NO MINIMUM QTY |
| MA | X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | NO MINIMUM QTY |
| MD | X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | NO MINIMUM QTY |
| MI | X | .22410 | N | NO RESTRICTIONS | | |
| MN | X | .19020 | N | NO RESTRICTIONS | GREATER OF 34 DAYS/100 UNIT | |
| MS | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MO | X | .19240 | N | NO RESTRICTIONS | | |
| MT | X | | N | | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| NE | X | | N | NOT FOR LTCF RECIPIENTS | | NO MINIMUM QTY |
| NV | X | | N | | | |
| NH | X | | N | NO RESTRICTIONS. RX FOR OTC'S | | |
| NJ | X | | Y | NO RESTRICTIONS | | |
| NM | X | | N | NO RESTRICTIONS | | |
| NY | X | .17235 | N | NO RESTRICTIONS | MAX BILLING QTY:       0.000 | |
| NC | X | | N | | | |
| ND | X | | N | | | |
| OH | X | .29700 | N | NO RESTRICTIONS | MAX BILLING QTY:     960.000 | |
| OK | X | | N | FOR MEDICAID AND EPSDT RECIP | | |
| OR | X | .19020 | N | NO RESTRICTIONS INCLUDING LTCF | NO RESTRICTIONS | NO MINIMUM QTY |
| PA | X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| RI | X | | N | | | |
| SC | X | | N | NO RESTRICTIONS | | |
| SD | X | | N | NO RESTRICTIONS | | |
| TN | | | | | | |
| TX | X | .12408 | N | NO RESTRICTIONS | | |
| UT | X | | N | NO RESTRICTIONS | | |
| VT | X | .19020 | N | NO RESTRICTIONS | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| VA | X | | N | NO RESTRICTIONS | | |
| WA | X | .19150 | N | | | |
| WV | X | | N | NO RESTRICTIONS | LIMITED TO A 30 DAY SUPPLY | NO MINIMUM QTY |
| WI | X | | N | NO RESTRICTIONS | | |
| WY | X | | N | NO RESTRICTIONS | | |

DL 59063

DEY076-2150

CROMOLYN NEBULIZER SOLUTION    49502-0689-12    DEY LABS.         PS:        2.000              DF: ML
                                                FED UPPER LIMIT:             AMP:    .35000     BLP:

| ST | COV | MAC | PA | COVERAGE | MAX QTY RESTRICTIONS | MIN QTY RESTRICTIONS |
|---|---|---|---|---|---|---|
| AK | X | | N | DISPENSING CODES REQUIRED FOR | | |
| AL | X | | N | | | |
| AR | X | | N | NO RESTRICTIONS | | |
| CA | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY RESTRICTIONS |
| CO | X | | N | | | NO MINIMUM QTY |
| CT | X | | Y | | | |
| DE | X | | N | NO RESTRICTIONS | | |
| DC | X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| FL | X | .29750 | N | NO RESTRICTIONS | | |
| GA | X | | N | NO RESTRICTIONS | | |
| HI | X | | N | NO RESTRICTIONS | | |
| ID | X | | N | NO RESTRICTIONS | MAXIMUM 34 DAYS SUPPLY | |
| IL | X | | N | NO RESTRICTIONS | MAX BILLING QTY:    360.000 | |
| IN | X | | N | | | |
| IA | X | | N | NO RESTRICTIONS | 30 DAY LIMIT APPLIES | |
| KS | X | | N | NO RESTRICTIONS | | |
| KY | X | | N | NO RESTRICTIONS | | |
| LA | X | | N | | | |
| ME | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MA | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MD | X | | N | NO RESTRICTIONS | LESS THAN 34 DAY PER RX | NO MINIMUM QTY |
| MI | X | .22410 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MN | X | .19020 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MS | X | | N | | GREATER OF 34 DAYS/100 UNIT | |
| MO | X | .19240 | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MT | X | | | | | |
| NE | X | | N | NOT FOR LTCF RECIPIENTS | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| NV | X | | N | | | NO MINIMUM QTY |
| NH | X | | N | NO RESTRICTIONS. RX FOR OTC'S | | |
| NJ | X | | Y | NO RESTRICTIONS | | |
| NM | X | | | NO RESTRICTIONS | | |
| NY | X | .17100 | N | NO RESTRICTIONS | MAX BILLING QTY:      0.000 | |
| NC | X | | | | | |
| ND | X | | N | NO RESTRICTIONS | | |
| OH | X | .29700 | N | FOR MEDICAID AND EPSDT RECIP | MAX BILLING QTY:    960.000 | |
| OK | X | | N | | | |
| OR | X | .19020 | N | NO RESTRICTIONS INCLUDING LTCF | NO RESTRICTIONS | NO MINIMUM QTY |
| PA | X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| RI | X | | N | | | |
| SC | X | | N | NO RESTRICTIONS | | |
| SD | X | | N | NO RESTRICTIONS | | |
| TN | | | | | | |
| TX | X | .12408 | N | NO RESTRICTIONS | | |
| UT | X | | N | NO RESTRICTIONS | | |
| VT | X | .19020 | N | NO RESTRICTIONS | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| VA | X | | N | NO RESTRICTIONS | | |
| WA | X | .19000 | N | | LIMITED TO A 30 DAY SUPPLY | |
| WV | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| WI | X | | N | NO RESTRICTIONS | | |
| WY | X | | N | NO RESTRICTIONS | | |

DL 59064

DEY076-2151

ALBUTEROL .83MG/ML SOLUTION    49502-0697-03    DEY LABS.    PS: .14500    DF: ML

FED UPPER LIMIT:    AWP: .40333    BLP:

| ST COV | MAC | PA | COVERAGE | MAX QTY RESTRICTIONS | MIN QTY RESTRICTIONS |
|---|---|---|---|---|---|
| AK X | | N | DISPENSING CODES REQUIRED FOR | | |
| AL X | | N | | | |
| AR X | | N | NO RESTRICTIONS | | |
| CA X | .14500 | N | NO RESTRICTIONS | | NO MINIMUM QTY RESTRICTIONS |
| CO X | .14500 | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| CT X | | Y | NO RESTRICTIONS | | |
| DE X | | N | NO RESTRICTIONS | | |
| DC X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| FL X | .14500 | N | NO RESTRICTIONS | | |
| GA X | .14500 | N | NO RESTRICTIONS | | |
| HI X | | N | NO RESTRICTIONS | | |
| ID X | | N | NO RESTRICTIONS | MAXIMUM 34 DAYS SUPPLY | |
| IL X | .14500 | N | BASIC HEALTH RESTRICTED | NOT TO EXCEED 1 MO SUPPLY | |
| IN X | .14500 | N | | | |
| IA X | .14500 | N | NO RESTRICTIONS | 30 DAY LIMIT APPLIES | |
| KS X | .14500 | N | NO RESTRICTIONS | | |
| KY X | .14500 | N | NO RESTRICTIONS | | |
| LA X | .14500 | N | NO RESTRICTIONS | | |
| ME X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MA X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MD X | | N | NO RESTRICTIONS | LESS THAN 34 DAY PER RX | NO MINIMUM QTY |
| MI X | .14500 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MN X | .14500 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MS X | .14500 | N | NO RESTRICTIONS | GREATER OF 34 DAYS/100 UNIT | |
| MO X | .07400 | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MT X | | N | NOT FOR LTCF RECIPIENTS | | |
| NE X | | N | | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| NV X | .14500 | N | NO RESTRICTIONS. RX FOR OTC'S | | MINIMUM 30 DAY SUPPLY |
| NH X | | N | NO RESTRICTIONS | | |
| NJ X | .14500 | Y | NO RESTRICTIONS | | |
| NM X | | N | NO RESTRICTIONS | | |
| NY X | .14500 | N | NO RESTRICTIONS | MAX BILLING QTY: 0.000 | |
| NC X | | N | | | |
| ND X | | N | | | |
| OH X | .14500 | N | NO RESTRICTIONS | MAX BILLING QTY: 375.000 | |
| OK X | | N | FOR MEDICAID AND EPSDT RECIP | | |
| OR X | .13000 | N | NO RESTRICTIONS INCLUDING LTCF | NO RESTRICTIONS | NO MINIMUM QTY |
| PA X | .14500 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| RI X | .14500 | N | | | |
| SC X | | N | NO RESTRICTIONS | | |
| SD X | | N | NO RESTRICTIONS | | |
| TN | | N | | | |
| TX X | .06843 | N | NO RESTRICTIONS | | |
| UT X | | N | NO RESTRICTIONS | | |
| VT X | .13000 | N | NO RESTRICTIONS | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| VA X | .14500 | N | NO RESTRICTIONS | | |
| WA X | .12226 | N | | | |
| WV X | | N | NO RESTRICTIONS | LIMITED TO A 30 DAY SUPPLY | NO MINIMUM QTY |
| WI X | .11500 | N | NO RESTRICTIONS | | |
| WY X | .14500 | N | NO RESTRICTIONS | | |

DL 59067

DEY076-2154

ALBUTEROL .83MG/ML SOLUTION 49502-0697-33 DEY LABS. PS: .14500 3.000 DF: ML

FED UPPER LIMIT: AWP: .40333 BLP:

| ST | COV | MAC | PA | COVERAGE | MAX QTY RESTRICTIONS | MIN QTY RESTRICTIONS |
|---|---|---|---|---|---|---|
| AK | X | | N | DISPENSING CODES REQUIRED FOR | | |
| AL | X | | N | | | |
| AR | X | | N | NO RESTRICTIONS | | |
| CA | X | .14500 | N | NO RESTRICTIONS | | NO MINIMUM QTY RESTRICTIONS |
| CO | X | .14500 | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| CT | X | | Y | NO RESTRICTIONS | | |
| DE | X | | N | NO RESTRICTIONS | | |
| DC | X | | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| FL | X | .14500 | N | NO RESTRICTIONS | | |
| GA | X | .14500 | N | NO RESTRICTIONS | | |
| HI | X | | N | NO RESTRICTIONS | | |
| ID | X | | N | NO RESTRICTIONS | MAXIMUM 34 DAYS SUPPLY | |
| IL | X | .14500 | N | BASIC HEALTH RESTRICTED | NOT TO EXCEED 1 MO SUPPLY | |
| IN | X | .14500 | N | NO RESTRICTIONS | 30 DAY LIMIT APPLIES | |
| IA | X | .14500 | N | NO RESTRICTIONS | | |
| KS | X | .14500 | N | NO RESTRICTIONS | | |
| KY | X | .14500 | N | NO RESTRICTIONS | | |
| LA | X | .14500 | N | NO RESTRICTIONS | | |
| ME | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MA | X | | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MD | X | | N | NO RESTRICTIONS | LESS THAN 34 DAY PER RX | NO MINIMUM QTY |
| MI | X | .14500 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MN | X | .14500 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| MS | X | .14500 | N | NO RESTRICTIONS | GREATER OF 34 DAYS/100 UNIT | |
| MO | X | .07400 | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| MT | X | | N | NOT FOR LTCF RECIPIENTS | | |
| NE | X | .14500 | N | NO RESTRICTIONS. RX FOR OTC'S | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| NV | X | | N | NO RESTRICTIONS | | MINIMUM 30 DAY SUPPLY |
| NH | X | .14500 | Y | NO RESTRICTIONS | | |
| NJ | X | | N | NO RESTRICTIONS | | |
| NM | X | .14500 | N | NO RESTRICTIONS | MAX BILLING QTY: 0.000 | |
| NY | X | | N | | | |
| NC | X | | N | | | |
| ND | X | | N | NO RESTRICTIONS | MAX BILLING QTY: 375.000 | |
| OH | X | .14500 | N | FOR MEDICAID AND EPSDT RECIP | | |
| OK | X | | N | NO RESTRICTIONS INCLUDING LTCF | NO RESTRICTIONS | NO MINIMUM QTY |
| OR | X | .13000 | N | NO RESTRICTIONS | NO MAXIMUM QTY | |
| PA | X | .14500 | N | NO RESTRICTIONS | | |
| RI | X | .14500 | N | NO RESTRICTIONS | | |
| SC | X | | N | NO RESTRICTIONS | | |
| SD | X | | N | NO RESTRICTIONS | | |
| TN | X | | N | | | |
| TX | X | .06843 | N | NO RESTRICTIONS | | |
| UT | X | | N | NO RESTRICTIONS | | |
| VT | X | .13000 | N | NO RESTRICTIONS | NO MAXIMUM RESTRICTIONS | NO MINIMUM QTY |
| VA | X | .14500 | N | NO RESTRICTIONS | | |
| WA | X | .12226 | N | NO RESTRICTIONS | LIMITED TO A 30 DAY SUPPLY | |
| WV | X | | N | NO RESTRICTIONS | | |
| WI | X | .11500 | N | NO RESTRICTIONS | | NO MINIMUM QTY |
| WY | X | .14500 | N | NO RESTRICTIONS | | |

DL 59068

DEY076-2155

```
12/28/02                                          FIRST DATABANK                                          PAGE    92  E
                                             MEDICAID COVERAGE REPORT                                                 E
                                          COPYRIGHT, 1902, THE HEARST CORP.                                           E
                                                                                                                      E
ALBUTEROL .83MG/ML SOLUTION     49502-0697-60     DEY LABS.           PS:     .14500       3.000          DP: ML      E
                                                                                                                      E
                                                  FED UPPER LIMIT:    .14500       AWP:    .40333         BLP:        E
                                                                                                                      E
ST  COV    MAC       PA  COVERAGE                 MAX QTY RESTRICTIONS                     MIN QTY RESTRICTIONS       E
                                                                                                                      E
AK  X                N   DISPENSING CODES REQUIRED FOR                                                                E
AL  X                N                                                                                                E
AR  X                N   NO RESTRICTIONS                                                                              E
CA  X     .14500     N   NO RESTRICTIONS                                                   NO MINIMUM QTY RESTRICTIONS E
CO  X     .14500     N                                                                     NO MINIMUM QTY             E
CT  X                Y   NO RESTRICTIONS                                                                              E
DE  X                N   NO RESTRICTIONS                                                                              E
DC  X                N   NO RESTRICTIONS          NO MAXIMUM QTY                                                      E
FL  X     .14500     N   NO RESTRICTIONS                                                                              E
GA  X     .14500     N   NO RESTRICTIONS                                                                              E
HI  X                N   NO RESTRICTIONS                                                                              E
ID  X                N   NO RESTRICTIONS          MAXIMUM 34 DAYS SUPPLY                                              E
IL  X     .14500     N   BASIC HEALTH RESTRICTED  NOT TO EXCEED 1 MO SUPPLY                                           E
IN  X     .14500     N                                                                                                E
IA  X     .14500     N   NO RESTRICTIONS          30 DAY LIMIT APPLIES                                                E
KS  X     .14500     N   NO RESTRICTIONS                                                                              E
KY  X     .14500     N   NO RESTRICTIONS                                                                              E
LA  X     .14500     N   NO RESTRICTIONS                                                                              E
ME  X                N   NO RESTRICTIONS                                                   NO MINIMUM QTY             E
MA  X                N   NO RESTRICTIONS                                                   NO MINIMUM QTY             E
MD  X                N   NO RESTRICTIONS                                                   NO MINIMUM QTY             E
MI  X     .14500     N   NO RESTRICTIONS          LESS THAN 34 DAY PER RX                                             E
MN  X     .14500     N   NO RESTRICTIONS          NO MAXIMUM QTY                                                      E
MS  X     .14500     N   NO RESTRICTIONS          NO MAXIMUM QTY                                                      E
MO  X     .07400     N   NO RESTRICTIONS          GREATER OF 34 DAYS/100 UNIT              NO MINIMUM QTY             E
MT  X                N                                                                                                E
NE  X                N   NOT FOR LTCF RECIPIENTS  NO MAXIMUM RESTRICTIONS                  NO MINIMUM QTY             E
NV  X     .14500     N                                                                     MINIMUM 30 DAY SUPPLY      E
NH  X                N   NO RESTRICTIONS. RX FOR OTC'S                                                                E
NJ  X     .14500     Y   NO RESTRICTIONS                                                                              E
NM  X                N   NO RESTRICTIONS                                                                              E
NY  X     .14500     N   NO RESTRICTIONS          MAX BILLING QTY:       0.000                                        E
NC  X                N                                                                                                E
ND  X                N                                                                                                E
OH  X     .14500     N   NO RESTRICTIONS          MAX BILLING QTY:     375.000                                        E
OK  X                N   FOR MEDICAID AND EPSDT RECIP                                                                 E
OR  X     .13000     N   NO RESTRICTIONS INCLUDING LTCF   NO RESTRICTIONS                  NO MINIMUM QTY             E
PA  X     .14500     N   NO RESTRICTIONS          NO MAXIMUM QTY                                                      E
RI  X     .14500     N                                                                                                E
SC  X                N   NO RESTRICTIONS                                                                              E
SD  X                N   NO RESTRICTIONS                                                                              E
TN                   N                                                                                                E
TX  X     .06843     N   NO RESTRICTIONS                                                                              E
UT  X                N   NO RESTRICTIONS                                                                              E
VT  X     .13000     N   NO RESTRICTIONS          NO MAXIMUM RESTRICTIONS                  NO MINIMUM QTY             E
VA  X     .14500     N   NO RESTRICTIONS                                                                              E
WA  X     .12226     N                                                                                                E
WV  X     .11500     N   NO RESTRICTIONS          LIMITED TO A 30 DAY SUPPLY               NO MINIMUM QTY             E
WI  X     .14500     N   NO RESTRICTIONS                                                                              E
WY  X     .14500     N   NO RESTRICTIONS                                                                              E
```

DL 59069

DEY076-2156