# Exhibit 22

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Motion for Summary Judgment as to Defendant Dey

December 17, 1998

Dey Laboratories
Todd Galles
(707) 224-0495

Dear Todd:



**FIRSTDATABANK**
*Point-of-Care Knowledge Bases*

Per your request, I am providing you with a list of the State Medicaid agencies who utilize wholesaler cost as a basis for reimbursement. The states are as follows:

**Alabama**

**Colorado**

**Florida**

**Maryland**

**Massachusetts**

**Rhode Island**

add Arizona
- Ohio
- Texas

I do not have direct contacts at these agencies.

I hope this helps.

Sincerely,

Kathy Gutgesell
Research Associate
First Databank

First DataBank Inc.

The Hearst Corporation

1111 Bayhill Drive

San Bruno, CA 94066

Tel 650.588.5454

Fax 650.588.4003

CONFIDENTIAL

DL - CA 00063