# Exhibit 1

*The City of New York, et al., v. Abbott Laboratories, Inc., et al.*
Civil Action No. 01-12257-PBS

Exhibit to the November 25, 2009, Supplemental Brief of United States
On the Federal Upper Limit

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | |
| | ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | ) ) | Civil Action No. 01-12257-PBS Subcategory Case No. 03-10643-PBS |
| *City of New York, et al.* | ) ) | Hon. Patti B. Saris |
| *v.* | ) ) | |
| *Abbott Laboratories, et al.* | ) | |

## DECLARATION OF DONA M. COFFMAN

I, Dona M. Coffman, declare as follows:

1.      I am the Technical Director/Senior Information Technology Specialist in the Division of Information Analysis & Technical Assistance, within the Centers for Medicare and Medicaid Services ("CMS") of the Department of Health and Human Services.     The Division of Information Analysis & Technical Assistance is a unit within the Finance, Systems and Budget Group, which, in turn, is within the Center for Medicaid and State Operations ("CMSO"), part of CMS.   I have been a federal employee since 1995 and have held my current position since 1999. My responsibilities include managing all aspects of the automated support systems for the Medicaid program operated by CMS in Baltimore, Maryland, including system development, security, and contractor support.   From 1991 to 1995, I was employed by a contractor for CMS providing information technology support to CMSO including development and implementation of the Medicaid Drug Rebate database.   When I became a CMS employee in 1995, my

-1-

responsibilities included the FULs System used to support the CMS Federal Upper Limit ("FUL")

program, as more fully described below.   Except to the extent specifically indicated, I have

personal knowledge of the matters stated herein.   In instances where I lack personal knowledge,

my knowledge is based on my review of official documents of CMS and discussions with CMS

employees and contractors.

2.      In this declaration I describe the computerized systems used by CMS in connection

with the establishment of federal upper limits ("FULs").

Overview of the CMS FULs System

3.      Since at least 1993, CMS has used computerized systems to assist in setting FULs.[1]

The technologies used in these systems have become more sophisticated over time, but their basic

logic has not changed significantly.

4.      Since the early 1990s, the CMS has used an application housed in a CMS

mainframe computer, referred to as the FULs System, to periodically receive and process data for

use in setting FULs.   As explained in more detail below, data is obtained primarily from two

sources: the U.S. Food and Drug Administration's ("FDA's") publication entitled, Approved Drug

Products With Therapeutic Equivalence Evaluations (commonly known as the *Orange Book*), and

the national price compendia (First DataBank's Bluebook, the Red Book, and Medi-Span).   In

addition, the FULs System receives labeler code information from the CMS Medicaid Drug

Rebate ("MDR") database, which contains information reported by manufacturers pursuant to the

Medicaid Rebate program.   The FULs System reads the above-mentioned data and processes it

---

[1]   My knowledge of CMS's practice before 1995 is based on discussions with other CMS
personnel and contractor employees.

according to certain criteria.   CMS sometimes refers to this periodic receipt and processing of data as a "cycle."

5.     The FULs System maintains or assigns a CMS Product Group number for each group of drug products that share the same active ingredient, strength, dosage form, and route of administration.   Once a particular drug product is assigned to a Product Group, that assignment will generally not change.

6.     In 1993, CMS developed a FULs application to assist the person charged with establishing the FULs ("FUL Analyst").   The FULs application is a program that provides the FUL Analyst an online interface with the FULs data.   Today the online interface allows the FUL Analyst to update the FULs price, reassign drug products to Product Groups, generate reports, and perform other functions through drop-down menu items.

7.     The receipt and processing of data by the FULs System is done periodically at the request of the FUL Analyst.   In the last year or so the cycle has been approximately every other month.   In prior years the cycle was run quarterly or less frequently.   Upon completion of the processing cycle, an updated database is available for use.   The FUL Analyst accesses the FULs System through the Citrix Independent Computing Architecture client software.   Attachment A to this declaration generally describes the criteria followed by the FULs System in processing data from the FDA and the Compendia and in calculating a preliminary FUL.   Attachment B, entitled "FULs Processing Logic," is a more detailed description of the programming logic of the FULs System.

FDA Orange Book Data

8.      The FDA Orange Book data received by the FULs System consists of the following

data fields:

Ingredient:   The active ingredient(s) for the product.   Multiple ingredients are in
alphabetical order separated by a semicolon.

Dosage form; Route of Administration:   The product dosage form and route of
administration.

Trade Name:   The trade name of the product as shown on the labeling.

Applicant:   The firm name holding legal responsibility for the new drug application.

Strength:   The potency of the active ingredient.

New Drug Application (NDA) Number:   The FDA assigned number to the application.

Product Number:   The FDA assigned number to identify the application products.   Each
strength is a separate product.

Therapeutic Equivalence (TE) Code:   The TE Code indicates the therapeutic equivalence
rating of generic to innovator Rx products.

Approval Date:   The date the product was approved as stated in the FDA approval letter to
the applicant.   Products approved prior to the January 1, 1982 contain the phrase:
"Approved prior to Jan 1, 1982."

Reference Listed Drug (RLD):   The pioneer or innovator of the drug.   The RLD identifies
the product Abbreviated New Drug Applications (ANDA) use as a reference.   Although
the FULs System receives this data, it does not actually use it.

Type:   The group or category of approved drugs.   The FULs System does not use this
data.

Applicant Full Name:   The full name of the firm holding legal responsibility for the new
drug application.

When the FULs System receives this data, it employs processing logic that excludes drugs from

the working database if they are not rated either "A" or "B" by FDA.   In addition, drug products

will only be included in the FULs System if, for the same ingredients, strengths, dosage form, and route of administration, there are (a) more than two A-rated drug products (with no limit on the B-rated products), or (b) two A-rated products and no B-rated products.

9.     The Orange Book data is inserted into the FULs System database to ensure it includes any new drug products in the appropriate Product Groups and to exclude any drug products that have lost their FDA approval.   To do this, on a drug by drug basis, the FULs System first attempts to match the FDA data against the FULs System database using a number consisting of the New Drug Application ("NDA") number and the FDA product number.   If there is no match according to the NDA/product number, the System then attempts to matches the active ingredient, strength, dosage form, and route of administration, so that the appropriate FULs System Product Group is maintained or established.   If the NDA/product number, or the drug characteristics (active ingredient, strength, dosage form, and route of administration), exactly match the corresponding information in a CMS FULs System Product Group, then the FULs System updates its database to include any new information (assuming the data is encompassed within the requested data fields).   If the foregoing FDA Orange Book data does not exactly match that of an existing CMS FULs System Product Group, then a new Product Group is created in the FULs System and the pertinent Orange Book data is saved.

10.     The FULs System does not use the First DataBank grouping system, which groups drugs by a "Generic Code Number" ("GCN"); nor does it use the Medi-Span Generic Product Identifier ("GPI").   CMS uses its own grouping system as described above.   I do not know enough about the GCN or GPI grouping systems to say whether or to what extent either is similar to the CMS grouping system.

-5-

MDR Database

11.     The FULs System also receives limited information from CMS's Medicaid Drug Rebate ("MDR") database.   The MDR is a separate database that contains data reported by drug manufacturers pursuant to the Medicaid Rebate program, including whether a labeler has an effective Rebate Agreement with the Secretary of Health and Human Services.   For each drug product, the FULs System compares the labeler code (the first five digits of the NDC) received from First DataBank, Medi-Span, and Red Book (the "Compendia") against the MDR list of labelers with effective Rebate Agreements.   If the labeler does not have a Rebate Agreement in effect, then the NDC and associated product is excluded.   This means that NDCs of a manufacturer who has not entered into a Rebate Agreement with the Secretary of Health and Human Services, or whose Rebate Agreement has been terminated, or is otherwise not in effect, will not be considered in setting a FUL.   This ensures that only drug products eligible for participation in the Medicaid program are considered in establishing FULs.

12.     Average manufacturer price information from the MDR is not used in the FULs System; therefore the FULs application does not provide this MDR data to the system user.

13.     In August 2009 an extract of data from the MDR database was prepared and provided to state Medicaid agencies via an electronic file named "Labeler Agreements.txt."   This file consists of information identifying the labeler codes and associated companies having effective Rebate Agreements in place with the Secretary of Health and Human Services, including termination dates.   The file was given to state Medicaid agencies to assist them in updating or validating the termination information in their State's Medicaid drug rebate systems.   I

understand that an Excel spreadsheet version of this file is being provided to counsel for the plaintiffs and lead counsel for the defendants in this case.

Compendia Data

14.     The FULs System receives data from three publishers -- First DataBank's *Blue Book*, the Red Book, and Medi-Span (the "Compendia").   Roughly 25 fields of data are received from each source.   A listing of the data fields received from each publisher is given in Attachment C to this declaration.[2]   The Compendia data is first electronically received and processed.   Then it is merged and reformatted before being matched against existing FULs System database records. The processing logic of these steps is shown in Attachment B.   For present purposes, two steps are important to note.   First, if an NDC is designated in the Medi-Span data as inactive (having a field code "I") or deleted (code "D"), then the record is placed on an "Inactive List" in the FULs System database.   Similarly, if the NDC is designated in the Bluebook data as being obsolete, either in the past or within the next six months following the date the data is processed, then the record is placed on the "Inactive List."   Drugs on the Inactive List are excluded from consideration in setting FULs because CMS has determined that it should not set FULs on the basis of prices of drugs that are, or soon will be no longer sold in the market.   Second, a "Unit-Dose list" is created using the unit dose indicator fields in the Compendia data.   If two out of the three Compendia specify that the NDC is a unit dose form of the drug, the NDC is excluded from consideration in setting FULs.[3]

15.     Once the Compendia data is processed as described above, the data is matched against the existing FULs System database in order to update the database records.   The FULs System does this through a series of matching steps designed to locate and update the existing

---

[2] It should be noted that the data received from MediSpan does not include WAC price data.
[3] This has been the case since I assume responsibility for the FULs System in 1995.   I assume this practice was followed before then, although I do not have personal knowledge of that.

record in the database for the same NDC, or, if the NDC from the Compendia data does not exist in the FULs System database (e.g., because the NDC is new), to add the new NDC and associated information to the proper Product Group. The matching logic is sequential. First, a match is attempted using the NDC. Second, a match is attempted using the Medi-Span GPI or First DataBank GCN. Third, a match is attempted by using an exact match of the ingredient, strength, dosage form, and route of administration. Fourth, a "fuzzy" match is attempted using a program that compares certain nomenclature derivations of the ingredient, strength, dosage form, and route of administration. A NDC may not match, even though it belongs in a Product Group, for a variety of reasons, including typographical errors or differences in the nomenclature used by the Compendia. If there is a match, the FULs System database will be updated with the new information. If there is no match, the record from the Compendia data will be designated to an "un-matched" table. The FUL Analyst has the ability to designate an un-matched product to a Group Number, and to reassign a product to another group where the original Group number is incorrect.

### FULs System Preliminary Determination of FUL Price

16. Once the data processing described above is completed, the FULs System organizes the pricing data for the system user and calculates a preliminary FUL for each distinct package size. The pricing data is organized from high to low. The FUL is the product of the lowest price of an A-rated NDCs within the Product Group number times 1.5. The preliminary FUL calculation is based on the lowest published price. Therefore, the FUL Analyst is responsible for ensuring that the FUL is based on a product sold in quantities of 100 tablets or

capsules, or, if the drug is not commonly available in quantities of 100, in the package size commonly listed.

17.     As mentioned above, the interface that the FULs System provides the FUL Analyst allows the analyst to make certain changes to the database.   The analyst can override the automatic calculation of the FUL and insert a different FUL.   The analyst can also assign a particular NDC to a Product Group or remove an NDC from a Product Group.   The FULs application also allows the analyst to assign one of two exclusion codes to an NDC.   A "T" exclusion code indicates the NDC is temporarily excluded from consideration in calculating a FUL; a "P" exclusion code is used to permanently exclude the NDC from consideration.   When an exclusion code is applied, the FULs System continues to retain and update the data, but the price is ignored in the preliminary FUL calculation.

PC FULs

18.     The "PC FULs" is a desktop tool designed to store, for record-keeping purposes, data from the FULs System.   A snapshot of the FULs system database as it exists is created (via a mainframe batch job) and then imported into "PC FULs" before the beginning of a new FULs cycle.   The use of this application began December 31, 2001.   It is imperfect as a record-keeping system because the data that is stored does not necessarily include all of the determinations made by the FULs analyst.   If the FULs analyst establishes a FUL other than the one that is automatically calculated by the System but fails to input the new FUL into the System, the PC FULs data would show only the FUL that was automatically calculated and would not show the FUL that was determined by the analyst and published by CMS.   I understand that there was a period of time starting late 2004 when this occurred.   Similarly, if the FULs analyst determined

that a particular product should be excluded, but failed to add the appropriate exclusion code in the FULs system, the PC FULs data would not reflect this exclusion.   However, in general the PC FULs database provides a reasonably accurate picture of the pricing data available to the analyst when the FUL was determined.

Historic Versions of the FULs System

19.    In 1993, CMS undertook to automate the FULs process through a series of statistical analysis software programs in a Model 204 database management system.   Data was housed in a mainframe computer.   The process entailed capturing FDA and Compendia data and using algorithms to sort the data and calculate a preliminary FUL.   The processing algorithms followed the same overall logic described above.   However, the matching processes described above were not as sophisticated, and the task of assigning NDCs to particular Product Groups entailed considerably more manual review as compared to the more automated system put into place in 1999.   In addition, prior to 1999 the features of the on-line interface were limited.   The FULs Analyst typically received paper printouts of pricing data from the FULs System to use in conducting the manual review of prospective FULs.

20.    Commencing in 1998, the FULs application was rewritten to operate on a Windows platform with Visual Basic (front-end), and DB2 as the database.   Modified Statistical Analysis Software (SAS) and new COmmon Business Oriented Language (COBOL) programs replaced the Model 204/SAS batch programs.   These improvements were completed in 1999.   The logic of the original system was maintained.   The new system has enhanced system functionality through the graphical user interface and has enabled simpler debugging and tracking mechanisms.   The

FULs application was improved to enable the user to update the FULs prices, reassign NDC codes, generate reports, and perform other functions through drop-down menu items.

Analysis of FULs System Database

21.    In connection with the preparation of a Second Declaration of Susan E. Gaston, a request was made to my office for assistance in extracting information from the FULs System that might explain whether certain NDCs were excluded from the output of the database and the reason for the exclusion.   Under my supervision, a contractor/analysis of the FULs System data and the PCFULs database was undertaken with respect to a list of NDCs provided by the U.S. Attorney's Office.   A spreadsheet file was prepared containing the results of this analysis, having the file name "DOJ NDC list - FULS Info 10302009.xlsx."   The analysis was based on current, not historical compendia files.    The spreadsheet file has been provided to Ms. Gaston.   I understand that this spreadsheet file is also being provided to the parties to this case.    To assist them, I provide below an explanation of each column in the spreadsheet.

a.    **Mgr, NDC and Drug** columns - this information consists of the information from the file supplied by the U.S. Attorney's office identifying the NDCs of interest.

b.    **Unit Dose -** this column indicates whether the NDC was excluded during processing because it was identified as a unit dose product.   If two of the three compendia designate the NDC as a Unit Dose product, then the NDC is excluded.    (NOTE: an "X" is changed to a "1"; "U" is changed to a zero.)

c.    **Currently Unmatched** - Each NDC was checked to see if it was on the FULs "unmatched list."   Three NDCs were identified as being on this list.

d.    **FDB Obsolete Dt** - Using our current First Data Bank file (10/14/2009 is the date of the file used for this analysis), we determined whether the NDC had an obsolete date.   If it was not obsolete (indicated in column as N/A), we then tried to identify within the current FULs database which Group number it is located under.    If the NDC had an obsolete date, the date is listed.   If the date is red, that indicates that the obsolete date is prior to the PCFULs database and we could not perform any further analysis. First FULs cycle of data in PCFULs is 12/31/2001.

-11-

e.     **Labeler Not in MDR** - this indicates whether the manufacturer has an active Rebate Agreement under the Medicaid Drug Rebate Program.   Within the group of labelers identified in the U.S. Attorney's Office request, four labelers were identified as not in the Rebate Program; therefore their products will not be included in determining FULs.

f.     **FDB TEC Code\*** - the Therapeutic Equivalent Code (TEC) obtained from First Data Bank (FDB).   The information used for this analysis was uploaded from the First Data Bank file dated October 14, 2009.

g.     **Group No. \*\*** - If the NDC did not have an obsolete date and we were able to find the NDC in the current FULs system, this is the FULs group number.   FULs cycle processed on October 20, 2009 was used for this analysis.

h.     **Package Size \*\*\*** - The package size from either PCFULs or the Current FULs and when it was not found in either PCFULs or FULs, this is the value from First Data Bank

i.     **Shaded blue area** - all information here comes from the PCFULs database: Ingredient, Strength, Route, Dosage, Pkg Size.

j.     **First Cycle** - This identifies, for each found NDC, the first PCFUL cycle the NDC was found within.

k.     **Last Cycle** - This identifies, for each found NDC, the last PCFUL cycle the NDC was found within.

I declare under penalty of perjury that the foregoing is true and correct.   Executed this  25th   day of November, 2009, in Baltimore, Maryland.

Dona M. Coffman
Center for Medicaid and State Operations
Centers for Medicare & Medicaid Service

# Attachment A

to Declaration of Dona M. Coffman

**FDA Criteria**

- Discontinued flag must not be set

**Compendia Criteria**

- Must be active drug (in Compendia)
- Must be active drug (in MDR)
- Drug must be manufactured by active labeler within MDR.
- Match Criteria as follows
  - Check to see if NDC was matched to a group from a prior cycle for this compendia source (Bluebook, redbook or Medispan). If so, select that Product Group number for this cycle also.
  - If Product is from Bluebook or Redbook, try to find the same NDC under Medispan (Source Code="M"). If that NDC was matched using Medispan, use the same product group for this NDC for this source.
  - If not found then try an exact match on Ingredients, Strengths, Dosage form, and route of administration.
  - If still no group found, try a pattern match.
  - If still no group found, try a fuzzy match.
  - Finally, after all avenues are tried, if no match is found then place the record on the unmatched table.
  - Otherwise, insert or update the FULS Product Price table with the updated compendia information.

**Price Computation Criteria**

  - Ignore any records where the exclusion code is set to P or H
  - Perform following checks on each NDC with in each product Group:
    - If Direct Price > 0 and less than the lowest price found and the TEC Code does not begin with "B" then select price as lowest price.
    - Next check WAC Price. If WAC Price < lowest price found so far and the TEC Code does not begin with "B", then select WAC Price as lowest price.
    - If AWP is > 0 and less than lowest price found and TEC Code does not begin with "B", then select AWP as the lowest price.
    - Count each distinct NDC1 to get a total number of drug manufacturers
  - If lowest price found was B-Rated and there were not any A rated, B-Rated Switch is set = "2". However, if there was another A-Rated drug but the B-Rated was the lowest price, the B-Rated switch is set to 1. If the lowest price found was A-Rated, then the B-Rated switch is set to 0.
  - Price not computed and considered aberrant under following conditions:
    - Less than 3 drug manufactures (distinct NDC1s)

- There is not at least one NDC from a drug manufacturer other than the manufacturer of the NDC selected for computation of the FULS Price whereby the lowest price is less than the computed FULS Price.
- The computed FULS Price must be less than the highest price found

# Attachment B

to Declaration of Dona M. Coffman

# FULs Processing Logic

## FDA Processing Steps

**Read Input files**

1) If the first character of the Tec Codes is <u>not</u> equal to an "A" or "B" then *exclude*
2) If the RX/OTC field is equal to "discn" then *exclude*
3) For the same ingredients, strengths, dosage form, and route of administration, there must be (more than 2 "A" Tec Codes with **no** limit on "B" Tec Codes – *or* – 2 "A" codes and **no** "B" Tec Codes) – if this condition is not met, then load the FDA record and set the exclusion code to be equal to "X"

**Update/Insert FDA Records into Database**

1) Reset all "T" exclusion codes to blank
2) Match against database using NDA Number – or -
3) Match <u>exactly</u> on Ingredients, Strengths, Dosage Form, and Route of Administration
4) If there is not an exact match, then Insert a new FDA Group

## Compendia Processing Steps

**Read Medi-span file**

1) Retrieve the Labeler Termination Date
2) If the Medi-span "Action Code" is equal to "I" or "D" – *or* – the Labeler has been terminated, then place the record on the In-active List
3) <u>Only</u> include Medi-span records where the NDC1 code is present in the MDRI Labeler table

**Read Bluebook file**

1) If the Labeler is terminated and the Bluebook Obsolete Date is present then
   A) Add 6 months to Today's date
   B) If the Obsolete Date is less than A), then place record on the In-active List
2) If the Labeler is terminated then place record on the In-active list
3) If the Obsolete Date is present, and the date is less than A), then place record on the In-active list
4) <u>Only</u> include Bluebook records where the NDC1 code is present in the MDRI Labeler table
5) Merge together Medi-span's and Bluebook's Inactive lists

**Read Redbook file**

1) <u>Only</u> include Redbook records where the NDC1 code is present in the MDRI Labeler table

**Screen all Compendia Files**

1) Retrieve GPI records from Ful_prod_price (compendia) DB2 table

# FULs Processing Logic

2) Merge together Bluebook (B), Medi-span (M), and Redbook (R) files (create Unit-Dose list)

   A) If there is a Bluebook, Medi-span, and Redbook record merged together, then

      If ((B) = "1" and (M) = "X") or
       ((B) = "1" and (R) = "1") or
       ((M) = "X" and (R) = "1") then place on Unit-Dose list

   B) If there is a (B) and (M) merged together, then

      If (B) = "1" or (M) = "X" then place on Unit-Dose list

   C) If there is a (B) and (R) merged together, then

      If (B) = "1" or (R) = "1" then place on Unit-Dose list

   D) If there is a (M) and (R) merged together, then

      If (M) = "X" or (R) = "1" then place on Unit-Dose list

3) Merge together the In-active and Unit-dose Lists (represents all compendia records that should be excluded from further processing

4) Merge ALL Medi-span records with 3), and <u>exclude</u> any matches

5) Merge ALL Bluebook records with 3), and <u>exclude</u> any matches

6) Place GPI/Group numbers onto the incoming Bluebook and Medi-span records

7) Merge Bluebook/Medi-span (active) records (this is the list of valid NDC numbers)

8) *Exclude* Redbook records <u>not</u> on the list in 7)

9) Produce 3 reports detailing Bluebook, Medi-span, and Redbook records with NDC Numbers not in the MDRI Product table

10) Write to sequential files, Bluebook, Redbook, and Medi-span (active) records


## Reformat Compendia Records

**Note**: This process will attempt to improve the matching of Ingredients, Strengths, Dosage Form, and Route of Administration between FDA and Compendia records

1) Replace select ingredient names with common names on the FDA file, e.g. HCTZ is replaced with HYDROCHLORIDE
2) Add Unit of Measure to Bluebook Strengths – if required, e.g. 5-10mg would be translated to 5mg/10mg
3) Check if Dosage Form and Route of Administration are in the FULs Lookup tables, if not then flag them as unknown

# FULs Processing Logic

**Add/Update Compendia Records**

1) Reset all "T" exclusion codes to blank
2) Match against existing database records
   - A) By NDC Number and Source
   - B) Match against Medi-span records using NDC Number (If Bluebook or Redbook)
   - C) Try to match on GPI Codes assigned to a particular group by previous FULs' executions
   - D) Try <u>exact</u> match on Ingredients, Strengths, Dosage Form, and Route of Administration
   - E) Try <u>pattern</u> match on Ingredients, Strengths, Dosage Form, and Route of Administration
     - (1) Exact strength match
     - (2) Similar Ingredient ("Acetamino" would match "Acetaminophen")
     - (3) Similar Dosage Form
     - (4) Similar Route of Administration
   - F) Try <u>fuzzy</u> match on Ingredients, Strengths, Dosage Form, and Route of Administration
     - (1) Exact Ingredient match
     - (2) Similar Strength ("10mg" would match "5mg-10mg-15mg")
     - (3) Similar Dosage Form
     - (4) Similar Route of Administration

   **Note**: If there is a match, then insert/update FUL_Prod_Price and FUL_Prod_Package tables

3) If there is not a match, then write Compendia record to Un-matched table

## Determine FULs Price

1) Loop on All <u>FDA</u> Records

2) If Exclusion Code = "X" then
   Add 1 to "X Code" variable
   Else
   IF Exclusion Code = "P" then
   Add 1 to "P Code #1" variable
   Else
   Add 1 to "Normal #1" variable
   End If

3) Loop on All <u>Package Size</u> Records (matching FDA Group Number)

   If Exclusion Code = "P" then
   Add 1 to "P Code #2" variable
   Else
   Add 1 to "Normal #2" variable
   End If

4) Loop on All <u>Compendia</u> Records (matching FDA Group Number and Compendia Package Size)

May 12, 2003

# FULs Processing Logic

If Exclusion Code = "P" or "H" then
     Add 1 to "P Code #3" variable
Else
     Add 1 to "Normal #3" variable
End If

Initialize (Low) to 99999 – (High) to 0

A)     Check *Direct Price*
     (1)     If Direct Price Lower than (Low) then (Low) = Direct Price
     (2)     If Direct Price Higher than (High) then (High) = Direct Price

B)     Check *WAC Price*
     (1)     If WAC Price Lower than (Low) then (Low) = WAC Price
     (2)     If WAC Price Higher than (High) then (High) = WAC Price

C)     Check *AWP Price*
     (1)     If AWP Price Lower than (Low) then (Low) = AWP Price
     (2)     If AWP Price Higher than (High) then (High) = AWP Price

D)     FULs Price = (Low) * 1.5

E)     If Exclusion Code = "P" or "H" then
          Set FULs Price = 0
     End If

F)     If Lowest A Rated <= Lowest B Rated
          Set B-Rated Switch = 0
     Else
          If there are no A-Rated drugs
               Set B-Rated Switch = 2
          Else
               Set B-Rated Switch = 1
          End If
     End If

G)     If (# of Unique NDC1's = 3) then
          Set "manufacturer3" = 1
     End If

# FULs Processing Logic

H)  If Fuls Price > (High) then
   Set Aberrant = 2
   End If

I)  If another NDC1 does not have a Price lower than the
   Fuls Price (excluding the manufacturer used to
   get the (Low) price associated with the Fuls price) then
   Set Aberrant = 3
   End If

H)  Update/Insert DB2 Payment table

5)  End Loop (Compendia Records)

6)  End Loop (Package Size Records)

7)  End If (Non'"X" FDA Exclusion Codes)

8)  End Loop (FDA Records)

May 12, 2003                                             Page 5 of 5

# Attachment C

to Declaration of Dona M. Coffman

# *Drug Compendia Fields Used in Federal Upper Limits (FULs)*

| | Blue | | | | | |
|---|---|---|---|---|---|---|

| Record Type | Data Element Name | Start | End | Length | PIC Clause | Packed |
|---|---|---|---|---|---|---|
| N/A | NDC1 | 1 | 5 | 5 | X(5) | ☐ |
| N/A | NDC2 | 6 | 9 | 4 | X(4) | ☐ |
| N/A | NDC3 | 10 | 11 | 2 | X(2) | ☐ |
| N/A | AWP Current Unit Price | 12 | 22 | 11 | 9(6)v9(5) | ☐ |
| N/A | AWP Effective Date | 23 | 30 | 8 | 9(8) (CCYYMMDD) | ☐ |
| N/A | AWP Previous Unit Price | 31 | 41 | 11 | 9(6)v9(5) | ☐ |
| N/A | AWP Previous Effective Date | 42 | 49 | 8 | 9(8) (CCYYMMDD) | ☐ |
| N/A | Dosage Form | 71 | 80 | 10 | X(10) | ☐ |
| N/A | Generic Code Number (GPI) | 101 | 105 | 5 | X(5) | ☐ |
| N/A | Generic Indicator | 109 | 109 | 1 | X | ☐ |
| N/A | USAN Generic Name (Ing) | 110 | 139 | 30 | X(30) | ☐ |
| N/A | Direct Unit Price | 140 | 150 | 11 | 9(6)v9(5) | ☐ |
| N/A | Direct Price Current Effective Date | 151 | 158 | 8 | 9(8) (CCYYMMDD) | ☐ |
| N/A | Direct Unit Price - Previous | 159 | 169 | 11 | 9(6)v9(5) | ☐ |
| N/A | Direct Price Previous Effective Date | 170 | 177 | 8 | 9(8) (CCYYMMDD) | ☐ |
| N/A | Label Name (FDA Name) | 204 | 233 | 30 | X(30) | ☐ |
| N/A | Orange Book Code (TEC) | 250 | 251 | 2 | X(2) | ☐ |
| N/A | Obsolete Date | 252 | 259 | 8 | 9(8) (CCYYMMDD) | ☐ |
| N/A | Package Size | 282 | 292 | 11 | 9(8)v9(3) | ☐ |
| N/A | Route Description | 305 | 314 | 10 | X(10) | ☐ |
| N/A | Strength Description | 316 | 325 | 10 | X(10) | ☐ |
| N/A | Unit Dose Indicator | 352 | 352 | 1 | X(1) | ☐ |
| N/A | WAC Unit Price | 353 | 363 | 11 | 9(6)v9(5) | ☐ |
| N/A | WAC Price Effective Date | 364 | 371 | 8 | 9(8) (CCYYMMDD) | ☐ |
| N/A | WAC Price - Previous | 372 | 382 | 11 | 9(6)v9(5) | ☐ |
| N/A | WAC Price Previous Effective Date | 383 | 390 | 8 | 9(8) (CCYYMMDD) | ☐ |

# *Drug Compendia Fields Used in Federal Upper Limits (FULs)*

| Medi | | | | | | |
|---|---|---|---|---|---|---|

| Record Type | Data Element Name | Start | End | Length | PIC Clause | Packed |
|---|---|---|---|---|---|---|
| A | ACT Code | 16 | 16 | 1 | X | ☐ |
| A | TEC Code | 52 | 53 | 2 | X(2) | ☐ |
| A | NDC1 | 54 | 58 | 5 | X(5) | ☐ |
| A | NDC2 | 60 | 63 | 4 | X(4) | ☐ |
| A | NDC3 | 65 | 66 | 2 | X(2) | ☐ |
| A | Unit Dose/Unit of Use Packaging Code | 71 | 71 | 1 | X | ☐ |
| A | Route of Administration | 72 | 73 | 2 | X(2) | ☐ |
| ALL | Record Type | 13 | 3 | 3 | X(3) | ☐ |
| E | Product Name | 17 | 76 | 60 | X(60) | ☐ |
| G | Generic Product Identifier | 17 | 30 | 14 | X(14) | ☐ |
| J | Labeler Name | 17 | 36 | 20 | X(20) | ☐ |
| L | Dosage Form | 40 | 43 | 4 | X(4) | ☐ |
| L | Package Size | 44 | 51 | 8 | 9(8) | ☐ |
| L | Package Size Units | 52 | 53 | 2 | X(2) | ☐ |
| P1-P6 | Ingredient Metric Strength | 27 | 37 | 11 | 9(8)V9(3) | ☐ |
| P1-P6 | Strength Unit Measure | 38 | 48 | 11 | X(11) | ☐ |
| P1-P6 | Generic Ingredient Name | 49 | 88 | 40 | X(40) | ☐ |
| R | Current AWP Unit Price | 24 | 32 | 9 | 9(4)v9(5) | ☐ |
| R | Current AWP Effective Date | 33 | 38 | 6 | 9(6) (YYMMDD) | ☐ |
| R | Previous AWP Unit Price | 45 | 53 | 9 | 9(4)v9(5) | ☐ |
| R | Previous AWP Effective Date | 54 | 59 | 6 | 9(6) (YYMMDD) | ☐ |
| S | Current Direct Price | 24 | 32 | 9 | 9(4)V9(5) | ☐ |
| S | Current Direct Price Effective Date | 33 | 38 | 6 | 9(6) (YYMMDD) | ☐ |
| S | Previous Direct Price | 45 | 53 | 9 | 9(4)V9(5) | ☐ |
| S | Previous Direct Price Effective Date | 54 | 59 | 6 | 9(6) (YYMMDD) | ☐ |

# Drug Compendia Fields Used in Federal Upper Limits (FULs)

| | **Red** | | | | |
|---|---|---|---|---|---|

| Record Type | Data Element Name | Start | End | Length | PIC Clause | Packed |
|---|---|---|---|---|---|---|
| N/A | Deactivate Indicator | 27 | 27 | 1 | X | ☐ |
| N/A | Deactivate Date | 28 | 35 | 8 | 9(8) CCYYMMDD | ☐ |
| N/A | Reactivate Indicator | 36 | 36 | 1 | X | ☐ |
| N/A | Reactivate Date | 37 | 44 | 8 | 9(8) CCYYMMDD | ☐ |
| N/A | NDC1 | 69 | 73 | 5 | X(5) | ☐ |
| N/A | NDC2 | 75 | 78 | 4 | X(4) | ☐ |
| N/A | NDC3 | 80 | 81 | 2 | X(2) | ☐ |
| N/A | Route Of Administration | 120 | 121 | 2 | X(2) | ☐ |
| N/A | Product Name | 125 | 174 | 50 | X(50) | ☐ |
| N/A | Form Code (Dosage) | 238 | 240 | 3 | X(3) | ☐ |
| N/A | Strength | 261 | 285 | 25 | X(25) | ☐ |
| N/A | Orange Book Code (TEC) | 286 | 287 | 2 | X(2) | ☐ |
| N/A | Unit Dose Indicator | 291 | 291 | 1 | X(1) | ☐ |
| N/A | Package Size | 293 | 297 | 5 | X(5) | ☐ |
| N/A | Current WAC Unit Price | 399 | 407 | 9 | 9(4)V9(5) | ☐ |
| N/A | Current WAC Effective Date | 408 | 415 | 8 | 9(8) CCYYMMDD | ☐ |
| N/A | Previous WAC Unit Price | 423 | 431 | 9 | 9(4)V9(5) | ☐ |
| N/A | Previous WAC Effective Date | 432 | 437 | 8 | 9(8) CCYYMMDD | ☐ |
| N/A | Current AWP Unit Price | 480 | 488 | 9 | 9(4)V9(5) | ☐ |
| N/A | Current AWP Effective Date | 489 | 495 | 8 | 9(8) CCYYMMDD | ☐ |
| N/A | Previous AWP Unit Price | 504 | 512 | 9 | 9(4)V9(5) | ☐ |
| N/A | Previous AWP Effective Date | 513 | 520 | 8 | 9(8) CCYYMMDD | ☐ |
| N/A | Current Direct Price | 554 | 562 | 9 | 9(4)V9(5) | ☐ |
| N/A | Current Direct Price Effective Date | 563 | 570 | 8 | 9(8) CCYYMMDD | ☐ |
| N/A | Previous Direct Price | 595 | 601 | 9 | 9(4)V9(5) | ☐ |
| N/A | Previous Direct Price Effective Date | 611 | 618 | 8 | 9(8) CCYYMMDD | ☐ |