# Exhibit 3

*The City of New York, et al., v. Abbott Laboratories, Inc., et al.*
Civil Action No. 01-12257-PBS

Exhibit to the November 25, 2009, Supplemental Brief of United States
On the Federal Upper Limit

# Federal Upper Limit System

Product Group : 1067  
Strengths : 100MG  
Routes : ORAL  
Ingredients : METOPROLOL TARTRATE

Package Size : 100  
Dosage : TABLET  
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| | 0.00000 | 0.65400 | 0.00000 | M | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.00000 | M | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.06180 | B | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.06180 | R | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.16460 | R | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.21110 | B | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.67410 | 0.00000 | B | 55370/0821/07 | MOVA LABORATORIES INC. | |
| | 0.00000 | 0.67860 | 0.00000 | B | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.67860 | 0.00000 | M | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.67860 | 0.00000 | R | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.69750 | 0.00000 | M | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.69750 | 0.00000 | R | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.73850 | 0.00000 | B | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| | 0.00000 | 0.73850 | 0.00000 | M | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| | 0.00000 | 0.73850 | 0.00000 | M | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| T | 0.00000 | 0.73850 | 0.05690 | B | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| T | 0.00000 | 0.73850 | 0.05690 | R | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| | 0.00000 | 0.73990 | 0.00000 | M | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. | |
| T | 0.00000 | 0.73990 | 0.05440 | R | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.76300 | 0.00000 | M | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| | 0.00000 | 0.76300 | 0.00000 | M | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.76300 | 0.06090 | B | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.76300 | 0.06090 | R | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| T | 0.00000 | 0.76300 | 0.06090 | R | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| | 0.00000 | 0.76300 | 0.08600 | B | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| | 0.00000 | 0.80100 | 0.00000 | B | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.80100 | 0.00000 | M | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.80100 | 0.00000 | M | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.80100 | 0.00000 | R | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.80100 | 0.00000 | R | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| T | 0.00000 | 0.80100 | 0.07250 | B | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.94280 | 0.00000 | M | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 0.94280 | 0.78570 | R | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 0.94284 | 0.78570 | B | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 1.15260 | 0.00000 | M | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| | 0.00000 | 1.15260 | 0.96050 | B | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| | 0.00000 | 1.15260 | 0.96050 | R | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| T | 0.00520 | 0.73990 | 0.05440 | B | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. | |
| | 0.10500 | 0.69750 | 0.09880 | B | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.55070 | 0.65400 | 0.00000 | M | 59772/3693/02 | APOTHECON INC | |
| | 0.55070 | 0.65400 | 0.52320 | B | 59772/3693/02 | APOTHECON INC | |
| | 0.55070 | 0.65400 | 0.52320 | R | 59772/3693/02 | APOTHECON INC | |

FULs Price : .0816  
Percent Difference : -36.74  
High Price : 1.15260

Prior FULs Price : .1290  
Source Code : R  
Low Price : .05440

*[Handwritten annotations on page include: "Not in stock soon", "due", "call", "discontinued (they no longer manufacture)", "(yes)", ".8010", "8/22 - FUL looks ok - 4 WACs are less than avg price", ".05440 × Geneva NDC) B", "× 150", ".0816 New FUL", "10/17/01  .0609  × 150  .0914  New FUL  See"]*

# Metoprolol 100 mg (01/22/02 – 10/27/04)
# Base Price [FUL ($0.0914) ÷ 150%] = $0.0609

### Published Compendia Prices Based on April 2001

| Company | NDC | Price Type | Published Price | Implied FUL | Company | NDC | Price Type | Published Price | Implied FUL |
|---|---|---|---|---|---|---|---|---|---|
| Novartis | 00028007161 | AWP | 1.2097 | 1.8146 | Geneva | 00781122813 | DIR | 0.3811 | 0.5717 |
| Novartis | 00028007101 00078045905 | AWP | 1.1526 | 1.7289 | Geneva | 00781122813 | WAC | 0.3562 | 0.5343 |
| Novartis | 00028007161 | WAC | 1.0081 | 1.5122 | Geneva | 00781122813 | WAC | 0.318 | 0.477 |
| Novartis | 00028007101 00078045905 | WAC | 0.9605 | 1.4408 | Major | 00904777361 | WAC | 0.1695 | 0.2543 |
| UDL | 51079080220 | AWP | 0.825 | 1.2375 | Physicians | 54868299002 | AWP | 0.1685 | 0.2528 |
| Geneva | 00781122813 | AWP | 0.8065 | 1.2098 | Teva* | 55953073440 | WAC | 0.156 | 0.234 |
| Watson | 52544046301 00591046301 | AWP | 0.801 | 1.2015 | Physicians | 54868299002 | AWP | 0.1422 | 0.2133 |
| Mylan | 00378004701 | AWP | 0.801 | 1.2015 | Medirex | 57480080301 | WAC | 0.1213 | 0.182 |
| Teva* | 00093073401 | AWP | 0.801 | 1.2015 | UDL | 51079080220 | WAC | 0.1133 | 0.17 |
| Major | 00904777361 | AWP | 0.79 | 1.185 | Teva* | 00093073401 | DIR | 0.105 | 0.1575 |
| Medirex | 57480080301 | AWP | 0.78 | 1.17 | Physicians | 54868299002 | AWP | 0.0993 | 0.149 |
| United Research | 00677148301 | AWP | 0.763 | 1.1445 | Teva* | 00093073401 | WAC | 0.0988 | 0.1482 |
| Mutual | 53489036701 | AWP | 0.763 | 1.1445 | United Research | 00677148301 | WAC | 0.086 | 0.129 |
| Sandoz | 00781122801 | AWP | 0.7399 | 1.1099 | Teva* | 00093073401 | DIR | 0.0843 | 0.1265 |
| Boca | 64376050301 | AWP | 0.7385 | 1.1078 | Teva* | 00093073401 | WAC | 0.0794 | 0.1191 |
| Caraco | 57664016708 | AWP | 0.7385 | 1.1078 | Mylan | 00378004701 | WAC | 0.0725 | 0.1088 |
| Teva* | 00093073401 | AWP | 0.6975 | 1.0463 | Sandoz | 00781122801 | DIR | 0.0652 | 0.0978 |
| Qualitest | 00603462821 | AWP | 0.6786 | 1.0179 | Major | 00904794760 | WAC | 0.0618 | 0.0927 |
| UDL | 51079080220 | DIR | 0.66 | 0.99 | **United Research** | **00677148301** | **WAC** | **0.0609** | **0.0914** |
| Geneva | 59772369302 | AWP | 0.654 | 0.981 | **Mutual** | **53489036701** | **WAC** | **0.0609** | **0.0914** |
| Major | 00904794760 | AWP | 0.654 | 0.981 | **Caraco** | **57664016708** | **WAC** | **0.0569** | **0.0854** |
| Teva* | 55953073440 | AWP | 0.6275 | 0.9413 | **Geneva** | **00781137201** | **WAC** | **0.0544** | **0.0816** |
| Geneva | 59772369302 | DIR | 0.5507 | 0.8261 | **Sandoz** | **00781122801** | **WAC** | **0.0544** | **0.0816** |
| Geneva | 59772369302 | WAC | 0.5232 | 0.7848 | **Watson** | **00591046301** | **WAC** | **0.046** | **0.069** |

A14