# Exhibit 4

*The City of New York, et al., v. Abbott Laboratories, Inc., et al.*
Civil Action No. 01-12257-PBS

Exhibit to the November 25, 2009, Supplemental Brief of United States
On the Federal Upper Limit

08/01/2001

# Federal Upper Limit System

Product Group : 1337  
Strengths : 150MG  
Routes : ORAL  
 ients : RANITIDINE HYDROCHLORIDE

Package Size : 100  
Dosage : TABLET  
Exclusion Code :

| E... CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
|   | 0.00000 | 1.48000 | 0.00000 | B | 00093/8544/01 | TEVA PHARMACEUTICALS USA, INC. |   |
|   | 0.00000 | 1.48000 | 0.00000 | M | 00093/8544/01 | TEVA PHARMACEUTICALS USA, INC. |   |
|   | 0.00000 | 1.48000 | 0.00000 | M | 00781/1883/01 | GENEVA PHARMACEUTICALS, INC., |   |
|   | 0.00000 | 1.48000 | 0.00000 | R | 00093/8544/01 | TEVA PHARMACEUTICALS USA, INC. |   |
|   | 0.00000 | 1.48000 | 0.22750 | R | 00781/1883/01 | GENEVA PHARMACEUTICALS, INC., |   |
|   | 0.00000 | 1.48780 | 0.00000 | B | 17236/0741/01 | DIXON-SHANE INC. |   |
|   | 0.00000 | 1.48780 | 0.00000 | M | 17236/0741/01 | DIXON-SHANE INC. |   |
|   | 0.00000 | 1.48780 | 0.00000 | M | 00364/2633/01 | SCHEIN PHARMACEUTICAL INC |   |
|   | 0.00000 | 1.48780 | 0.00000 | R | 00364/2633/01 | SCHEIN PHARMACEUTICAL INC |   |
|   | 0.00000 | 1.48780 | 0.00000 | R | 17236/0741/01 | DIXON-SHANE INC. |   |
| T | 0.00000 | 1.48780 | 0.09360 | B | 00364/2633/01 | SCHEIN PHARMACEUTICAL INC |   |
| T | 0.00000 | 1.48810 | 0.05210 | R | 63304/0745/01 | RANBAXY PHARMACEUTICALS, INC. |   |
|   | 0.00000 | 1.56200 | 0.00000 | B | 49884/0544/01 | PAR PHARMACEUTICAL INC |   |
|   | 0.00000 | 1.56200 | 0.00000 | M | 49884/0544/01 | PAR PHARMACEUTICAL INC |   |
|   | 0.00000 | 1.56200 | 0.00000 | M | 63304/0745/01 | RANBAXY PHARMACEUTICALS, INC. |   |
|   | 0.00000 | 1.56200 | 0.00000 | M | 00378/3252/01 | MYLAN PHARMACEUTICALS, INC. |   |
|   | 0.00000 | 1.56200 | 0.00000 | R | 00378/3252/01 | MYLAN PHARMACEUTICALS, INC. |   |
|   | 0.00000 | 1.56200 | 0.00000 | R | 49884/0544/01 | PAR PHARMACEUTICAL INC |   |
| T | 0.00000 | 1.56200 | 0.05210 | B | 63304/0745/01 | RANBAXY PHARMACEUTICALS, INC. |   |
|   | 0.00000 | 1.56200 | 0.22750 | B | 00378/3252/01 | MYLAN PHARMACEUTICALS, INC. |   |
|   | 0.27260 | 1.48000 | 0.22750 | B | 00781/1883/01 | GENEVA PHARMACEUTICALS, INC., |   |

FULs Price : .0782  .3412  
Percent Difference : -77.08  
High Price : 1.56200  

Prior FULs Price : .3412  
Source Code : R  
Low Price : .05210

***FULs Price not greater than another supplier***

8/2 → 4 WACs are less than nr price - FUL ok

.22750 (Geneva) B  
× 150  
_____  
.3412 → FUL

HHD175-2572    L

# Ranitidine 150 mg (01/22/02 – 05/07/05)
# Base Price [FUL ($0.3411) ÷ 150%] = $0.2274

**Published Compendia Prices Based on April 2001**

| Company | NDC | Price Type | Published Price | Implied FUL | Company | NDC | Price Type | Published Price | Implied FUL |
|---|---|---|---|---|---|---|---|---|---|
| Southwood | 58016034500 | AWP | 3.1223 | 4.6835 | UDL | 51079087920 | DIR | 1.268 | 1.902 |
| Physicians | 54868032306 | AWP | 2.0525 | 3.0788 | Sandoz | 00781188313 | DIR | 0.5848 | 0.8772 |
| Physicians | 54868032306 | AWP | 2.0042 | 3.0063 | Sandoz | 00781188313 | WAC | 0.488 | 0.732 |
| Glaxo SmithKline | 00173034447 | AWP | 1.8524 | 2.7786 | UDL | 51079087920 | WAC | 0.288 | 0.432 |
| Allscripts | 54569044504 | AWP | 1.7458 | 2.6187 | UDL | 51079087901 | WAC | 0.288 | 0.432 |
| UDL | 51079087920 | AWP | 1.586 | 2.379 | Geneva | 00781188301 | DIR | 0.2726 | 0.4089 |
| UDL | 51079087901 | AWP | 1.586 | 2.379 | Geneva | 00781188301 | WAC | 0.2275 | 0.3413 |
| Par | 49884054401 | AWP | 1.562 | 2.343 | Ranbaxy | 63304074501 | WAC | 0.2275 | 0.3413 |
| Ranbaxy | 63304074501 | AWP | 1.562 | 2.343 | Mylan | 00378325201 | WAC | 0.2275 | 0.3413 |
| Mylan | 00378325201 | AWP | 1.562 | 2.343 | Ranbaxy | 63304077001 | WAC | 0.2275 | 0.3413 |
| Ranbaxy | 63304077001 | AWP | 1.562 | 2.343 | Ranbaxy | 63304077001 | DIR | 0.2275 | 0.3413 |
| Glaxo SmithKline | 00173034447 | WAC | 1.5437 | 2.3156 | **Teva** | **00093854401** | **WAC** | **0.2135** | **0.3203** |
| Sandoz | 00781188313 | AWP | 1.5085 | 2.2628 | **Major** | **00904526161** | **WAC** | **0.1755** | **0.2633** |
| Dixon-Shane/Akyma | 17236074101 65162025810 | AWP | 1.4878 | 2.2317 | **Physicians** | **54868404801** | **AWP** | **0.1049** | **0.1574** |
| Teva | 00093854401 | AWP | 1.48 | 2.22 | **Physicians** | **54868404801** | **AWP** | **0.0801** | **0.1202** |
| Geneva | 00781188301 | AWP | 1.48 | 2.22 | **Par** | **49884054401** | **WAC** | **0.0725** | **0.1088** |
| Major | 00904526161 | AWP | 1.45 | 2.175 | | | | | |

A11