# Exhibit 5

*The City of New York, et al., v. Abbott Laboratories, Inc., et al.*
Civil Action No. 01-12257-PBS

Exhibit to the November 25, 2009, Supplemental Brief of United States
On the Federal Upper Limit

# Federal Upper Limit System

Product Group : 1337  
Strengths : 150MG  
Routes : ORAL  
Ingredients : RANITIDINE HYDROCHLORIDE

Package Size : 100  
Dosage : TABLET  
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| | | | .2135 | | | | |
| 0.00000 | 0.00000 | 1.48000 | 0.00000 | B | 00093/8544/01 | TEVA PHARMACEUTICALS USA, INC. | |
| 0.00000 | 0.00000 | 1.48000 | 0.00000 | M | 00093/8544/01 | TEVA PHARMACEUTICALS USA, INC. | |
| 0.00000 | 0.00000 | 1.48000 | 0.00000 | R | 00093/8544/01 | TEVA PHARMACEUTICALS USA, INC. | |
| 0.00000 | 0.00000 | 1.56200 | 0.00000 | M | 63304/0838/01 | RANBAXY PHARMACEUTICALS, INC. | |
| 0.00000 | 0.00000 | 1.56200 | 0.00000 | M | 60505/0025/06 | APOTEX CORP. ✓ | |
| 0.00000 | 0.00000 | 1.56200 | 0.00000 | M | 65162/0258/10 | AKYMA PHARMACEUTICALS LLC | |
| 0.00000 | 0.00000 | 1.56200 | 0.00000 | M | 49884/0544/01 | PAR PHARMACEUTICAL INC ✓ | |
| 0.00000 | 0.00000 | 1.56200 | 0.07250 | B | 49884/0544/01 | PAR PHARMACEUTICAL INC | |
| 0.00000 | 0.00000 | 1.56200 | 0.07250 | R | 49884/0544/01 | PAR PHARMACEUTICAL INC | |
| 0.00000 | 0.00000 | 1.56200 | 0.21350 | B | 60505/0025/06 | APOTEX CORP. | |
| 0.00000 | 0.00000 | 1.56200 | 0.21350 | R | 60505/0025/06 | APOTEX CORP. | |
| 0.00000 | 0.00000 | 1.56200 | 0.22750 | B | 63304/0838/01 | RANBAXY PHARMACEUTICALS, INC. ✓ | |
| 0.00000 | 0.00000 | 1.56200 | 0.22750 | B | 65162/0258/10 | AKYMA PHARMACEUTICALS LLC | |
| 0.00000 | 0.00000 | 1.56200 | 0.22750 | R | 65162/0258/10 | AKYMA PHARMACEUTICALS LLC | |
| 0.00000 | 0.00000 | 1.56200 | 0.22750 | R | 63304/0838/01 | RANBAXY PHARMACEUTICALS, INC. | |
| 0.00000 | 0.00000 | 2.41070 | 0.16150 | B | 64679/0906/06 | WOCKHARDT AMERICAS, INC. | |
| 0.00000 | 0.00000 | 2.41070 | 0.16150 | R | 64679/0906/06 | WOCKHARDT AMERICAS, INC. | |
| 0.16150 | 0.00000 | 2.41070 | 0.00000 | M | 64679/0906/06 | WOCKHARDT AMERICAS, INC. | |

FULs Price : .1088  
Percent Difference : 0.00  
High Price : 3.00000

Prior FULs Price : .1088  
Source Code : 0  
Low Price : R

***FULs Price not greater than another supplier***

**Package Size Notes:**  
None

**Product Group Notes:**  
None

1-26-05-

3/05

0.07250  (PAR) - "B"  
x  150  
─────────  
$0.1088

1 WAC < FUL  
FUL < AWP.  
Called Teva for WAC - .2135-

# Ranitidine 150 mg (05/08/05 - present)
# Base Price [FUL ($0.1088) ÷ 150%] = $0.0725

No Transmittal/Published Compendia Prices Based on Eleven Months Preceding Effective Date

| Company | NDC | Price Type | Published Price | Implied FUL | Company | NDC | Price Type | Published Price | Implied FUL | Company | NDC | Price Type | Published Price | Implied FUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bryant Ranch | 63629167102 | AWP | 3.1299 | 4.6949 | Par | 49884054401 | AWP | 1.562 | 2.343 | Apotex | 60505002506 | WAC | 0.2135 | 0.3203 |
| DispenseXpress | 68115078700 | AWP | 3.1223 | 4.6835 | Ranbaxy | 63304083801 | AWP | 1.562 | 2.343 | Teva* | 55953054440 00093854401 | WAC | 0.2135 | 0.3203 |
| Altura | 63874033701 | AWP | 3.1223 | 4.6835 | Apotex | 60505002506 | AWP | 1.562 | 2.343 | Sandoz | 00781188313 | WAC | 0.2017 | 0.3026 |
| Southwood* | 58016034500 | AWP | 3.1223 | 4.6835 | Akyma/Dixon-Shane* | 65162025810 17236074101 | AWP | 1.562 | 2.343 | Golden State* | 60429070401 | AWP | 0.196 | 0.294 |
| DRx | 55045251106 | AWP | 3.09 | 4.635 | Teva | 00172435700 | AWP | 1.5575 | 2.3363 | Golden State* | 60429070401 | AWP | 0.1925 | 0.2888 |
| DRx | 55045251106 | AWP | 2.785 | 4.1775 | Teva | 00172435710 | AWP | 1.5575 | 2.3363 | Golden State | 60429070401 | AWP | 0.1925 | 0.2888 |
| DRx* | 55045251106 | AWP | 2.785 | 4.1775 | Sandoz | 00781188313 | AWP | 1.5085 | 2.2628 | Major | 00904526161 | WAC | 0.1755 | 0.2633 |
| Glaxo SmithKline | 00173034447 | AWP | 2.4885 | 3.7328 | American Health | 62584025201 | AWP | 1.5082 | 2.2623 | Major* | 00904526161 | WAC | 0.1755 | 0.2633 |
| Wockhardt | 64679090606 | AWP | 2.4107 | 3.6161 | Wockhardt | 64679090606 | AWP | 1.4878 | 2.2317 | Wockhardt | 64679090606 | WAC | 0.1615 | 0.2423 |
| Wockhardt* | 64679090606 | AWP | 2.4107 | 3.6161 | Teva | 00093854401 | AWP | 1.48 | 2.22 | Wockhardt* | 64679090606 | WAC | 0.1615 | 0.2423 |
| Glaxo SmithKline | 00173034447 | AWP | 2.389 | 3.5835 | PD-Rx | 58864036401 | AWP | 0.8 | 1.2 | Wockhardt* | 64679090606 | DIR | 0.1615 | 0.2423 |
| Glaxo SmithKline* | 00173034447 | AWP | 2.37 | 3.555 | UDL | 51079087901 | WAC | 0.288 | 0.432 | Major* | 00904526161 | WAC | 0.1469 | 0.2204 |
| Southwood | 58016034500 | AWP | 2.2867 | 3.4301 | UDL | 51079087920 | WAC | 0.288 | 0.432 | Wockhardt | 64679090606 | WAC | 0.0936 | 0.1404 |
| Glaxo SmithKline* | 00173034447 | AWP | 2.2752 | 3.4128 | Physicians* | 54868404801 | AWP | 0.2766 | 0.4149 | Wockhardt | 64679090606 | DIR | 0.0936 | 0.1404 |
| Physicians | 54868032306 | AWP | 2.0042 | 3.0063 | Physicians | 54868404801 | AWP | 0.2685 | 0.4028 | Par | 49884054401 | WAC | 0.0725 | 0.1088 |
| Glaxo SmithKline | 00173034447 | WAC | 1.9908 | 2.9862 | Teva | 00172435710 | WAC | 0.25 | 0.375 | Par* | 49884054401 | WAC | 0.0725 | 0.1088 |
| Physicians | 54868032306 | AWP | 1.9342 | 2.9013 | Teva | 00172435700 | WAC | 0.25 | 0.375 | Golden State* | 60429070401 | WAC | 0.028 | 0.042 |
| Glaxo SmithKline* | 00173034447 | WAC | 1.896 | 2.844 | Dixon-Shane | 17236074101 | WAC | 0.2275 | 0.3413 | Golden State* | 60429070401 | DIR | 0.028 | 0.042 |
| Physicians* | 54868032306 | AWP | 1.8876 | 2.8314 | Ranbaxy | 63304083801 | WAC | 0.2275 | 0.3413 | Golden State | 60429070401 | DIR | 0.0275 | 0.0413 |
| Allscripts | 54569044504 | AWP | 1.7458 | 2.6187 | Akyma* | 65162025810 | WAC | 0.2275 | 0.3413 | Golden State* | 60429070401 | WAC | 0.0275 | 0.0413 |
| UDL | 51079087920 | AWP | 1.586 | 2.379 | American Health | 62584025201 | WAC | 0.2264 | 0.3396 | Golden State* | 60429070401 | DIR | 0.0275 | 0.0413 |
| UDL | 51079087901 | AWP | 1.586 | 2.379 | Physicians | 54868404801 | AWP | 0.2154 | 0.3231 | Golden State | 60429070401 | WAC | 0.0275 | 0.0413 |
| Major | 00904526161 | AWP | 1.5622 | 2.3433 | Teva | 00093854401 | WAC | 0.2135 | 0.3203 | | | | | |

A10