# Exhibit 6

*The City of New York, et al., v. Abbott Laboratories, Inc., et al.*
Civil Action No. 01-12257-PBS

Exhibit to the November 25, 2009, Supplemental Brief of United States
On the Federal Upper Limit

# Federal Upper Limit System

Product Group : 892
Strengths : 60MG
 tes : ORAL
 edients : ISOSORBIDE MONONITRATE

Package Size : 100
Dosage : TABLET, EXTENDED RELEASE
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
|   | 0.00000 | 1.17400 | 0.00000 | B | 59930/1549/01 | WARRICK PHARMACEUTICALS |   |
|   | 0.00000 | 1.17400 | 0.00000 | M | 59930/1549/01 | WARRICK PHARMACEUTICALS |   |
|   | 0.00000 | 1.17400 | 0.00000 | R | 59930/1549/01 | WARRICK PHARMACEUTICALS |   |
|   | 0.00000 | 1.33750 | 0.00000 | B | 00182/2687/01 | GOLDLINE LABORATORIES, INC. |   |
|   | 0.00000 | 1.35900 | 0.00000 | B | 58177/0238/04 | ETHEX CORPORATION |   |
| T | 0.00000 | 1.52410 | 0.00000 | M | 00228/2711/11 | PUREPAC |   |
| T | 0.00000 | 1.52410 | 0.49950 | B | 00228/2711/11 | PUREPAC |   |
| T | 0.00000 | 1.52410 | 0.49950 | R | 00228/2711/11 | PUREPAC |   |
|   | 0.00000 | 1.52420 | 0.56250 | B | 62175/0119/37 | KREMERS URBAN, INC. |   |
|   | 0.00000 | 1.52420 | 0.56250 | R | 62175/0119/37 | KREMERS URBAN, INC. |   |
|   | 0.00000 | 2.06270 | 0.00000 | R | 00085/4110/03 | SCHERING CORPORATION |   |
|   | 0.00000 | 2.14860 | 0.00000 | M | 00085/4110/03 | SCHERING CORPORATION |   |
|   | 0.00000 | 2.14860 | 1.71890 | B | 00085/4110/03 | SCHERING CORPORATION |   |
|   | 0.81540 | 1.52420 | 0.00000 | M | 62175/0119/37 | KREMERS URBAN, INC. |   |

FULs Price : .2025
Percent Difference : -72.97
High Price : 3.00000

Prior FULs Price : .7493
Source Code : 0
Low Price : B

**\*\*\*FULs Price not greater than another supplier\*\*\***

 kage Size Notes:
None

**Product Group Notes:**
Purepac d/c at this time - Ethex WAC is .1350 and is available - FULS price adjusted to reflect this - 05/200!

*[Handwritten notes:]*

5/05 - see note above -
.1350 - (Ethex) B
× 1.5
‾‾‾‾‾
.2025

FUL < AWP -
Adequate suppliers -

5/4/05 Called Purepac -
5/4/05 " Ethex -

# ISMN 60 mg (07/21/05 - present)
# Base Price [FUL ($0.2025) ÷ 150%] = $0.1350

**No Transmittal/Published Compendia Prices Based on Eleven Months Preceding Effective Date**

| Company | NDC | Price Type | Published Price | Implied FUL | Company | NDC | Price Type | Published Price | Implied FUL |
|---|---|---|---|---|---|---|---|---|---|
| Schering | 00085411001 | AWP | 2.3635 | 3.5453 | DispenseXpress | 68115061700 | AWP | 1.2699 | 1.9049 |
| Schering | 00085411001 | AWP | 2.269 | 3.4035 | Unknown | 59772855410 | AWP | 1.1741 | 1.7612 |
| Schering | 00085202801 | AWP | 2.1658 | 3.2487 | Warrick | 59930314403 | AWP | 1.174 | 1.761 |
| Schering* | 00085411003 | AWP | 2.1486 | 3.2229 | Warrick* | 59930154901 59930314403 | AWP | 1.174 | 1.761 |
| Schering* | 00085202801 00085411003 | AWP | 2.0627 | 3.0941 | Unknown | 59772855410 | DIR | 0.9887 | 1.4831 |
| Schering | 00085411001 | WAC | 1.8908 | 2.8362 | Unknown | 59772855410 | WAC | 0.9393 | 1.409 |
| Schering | 00085202801 | WAC | 1.8048 | 2.7072 | Kremers | 62175011937 | DIR | 0.8154 | 1.2231 |
| Schering* | 00085202801 00085411003 | WAC | 1.7189 | 2.5784 | Kremers | 62175011937 | WAC | 0.8154 | 1.2231 |
| Kremers | 62175011937 | AWP | 1.5242 | 2.2863 | Kremers | 62175011937 | WAC | 0.5625 | 0.8438 |
| Alpharma* | 00228271111 | AWP | 1.5241 | 2.2862 | Alpharma* | 00228271111 | WAC | 0.4995 | 0.7492 |
| West-Ward* | 00143226001 | AWP | 1.425 | 2.1375 | Physicians | 54868441702 | AWP | 0.2305 | 0.3458 |
| West-Ward | 00143226001 | AWP | 1.425 | 2.1375 | **West-Ward*** | **00143226001** | **WAC** | **0.0525** | **0.0788** |
| Ethex | 58177023811 | AWP | 1.3625 | 2.0438 | **West-Ward** | **00143226001** | **WAC** | **0.0525** | **0.0788** |
| Ethex | 58177023804 | AWP | 1.359 | 2.0385 | **West-Ward** | **00143226001** | **DIR** | **0.0525** | **0.0788** |

A17