UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456 <br> Master File No. 01-12257-PBS <br> Subcategory Case No. 06-11337 <br><br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> *State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, <br> Civil Action No. 03-11226-PBS |  |

## NOTICE OF DEFENDANT SANDOZ INC.'S
## MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT, upon the annexed Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, the accompanying memorandum of law, and all prior proceedings had herein, Defendant Sandoz Inc. will move this Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Defendant on Plaintiff State of California's claims for relief, and for such other and further relief as the Court deems just and proper at the time to be decided by the Court.

This motion is based upon and supported by the reasons set forth in the accompanying memorandum of law.

Dated: November 25, 2009
New York, NY

Respectfully submitted,

WHITE & CASE LLP

/s/ Wayne A. Cross

Wayne A. Cross (admitted *pro hac vice*)

Michael J. Gallagher (admitted *pro hac vice*)
Heather K. McDevitt (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113


*Attorneys for Defendant Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I, Jacqueline L. Chung, hereby certify that on November 25, 2009, I have caused true and correct copies of the foregoing Notice of Defendant Sandoz Inc.'s Motion for Summary Judgment to be served on all counsel of record by electronic service, pursuant to the Case Management Order No. 2 entered in by Honorable Patti B. Saris in MDL 1456.

/s/ Jacqueline L. Chung
Jacqueline L. Chung