# EXHIBIT 4

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid
in Support of Dey's Motion for Partial Summary Judgment**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE. PHARMACEUTICAL INDUSTRY   ) MDL No. 1456

AVERAGE WHOLESALE PRICE          ) Master File No.

LITIGATION                       ) 01-12257-PBS

---------------------------------X

THIS DOCUMENT RELATES TO:        ) Subcategory

State of California ex rel.      ) Case No.

Ven-A-Care of the Florida Keys,  ) 06-11337

Inc. v. Abbott Labs, Inc., et al) Hon. Patti B.

Civil Action No. 03-11226-PBS    ) Saris

---------------------------------X

            VIDEOTAPE DEPOSITION OF

         MATTHEW PERRI, III, Ph.D., R.Ph.

         DATE TAKEN:  September 30, 2009

         TIME:        9:03 a.m.

         PLACE:       Hilton Garden Inn

                      390 East Washington Street

                      Athens, Georgia 30601

      WANDA ROBINSON, CRR, CCR, No. B-1973

    Certified Shorthand Reporter/Notary Public

Perri, III, R.Ph., Ph.D., Matthew                    September 30, 2009
Athens, GA

66

1    A.   I have seen this listing; however, I have
2    been utilizing a much shorter list than this.
3    Q.   And what much shorter list have you been
4    utilizing?
5    A.   A list that was -- basically it was
6    marked as Robertson Exhibit 11, is what I'm looking
7    at, in the California matter.
8    Q.   What drugs were you asked to study the
9    significance of Dey's marketing practices with
10   respect --
11       MS. REID:  Strike that.  That's a
12   terrible question.
13   Q.   What are the drugs that you studied in
14   connection with rendering your report in this Dey
15   California case?
16       MR. AZORSKY:  Objection to form.
17   A.   The, the drugs that I looked at, not
18   including various vial sizes and quantities and so
19   forth, were Acetykysteine, Albuterol, Cromolyn,
20   Ipratropium, EpiPen, and Metaproterenol.
21   Q.   And when was it or -- how early in your
22   engagement were you told that those were the drugs

68

1   simpler.  Your complaint references that you were
2   asked to assess the significance with respect to
3   the products named in the complaint.  The complaint
4   lists Exhibit C with a lot of products.
5           My question to you is, did you ever have
6   a discussion with anyone in the State of California
7   about which drugs you should look at and whether
8   there were any drugs that you could ignore at this
9   point?
10          MS. HANSCOM:  Object to form.
11          MR. AZORSKY:  Objection to form.
12      **A.   Not in the way that you phrased it, no.**
13      Q.   Well, leaving aside how I phrased it, how
14  did you narrow your universe to the list of drugs
15  that you have in your binder, which I believe you
16  referred to as an exhibit to the -- a Robertson
17  deposition?
18      **A.   At some point it was represented to me**
19  **those were the drugs that were of primary interest**
20  **in this case.**
21      Q.   Are you aware or have you read the
22  damages report by Dr. Leitzinger on behalf of the

                                                                    72

1   **related to the marketing of Atenolol or Piroxicam.**
2           MS. REID:  Could we have the draft.  That
3   is a good time to do that.
4           (WHEREUPON, Exhibit Perri 006 was
5   marked for identification.)
6       **A.    Thank you.**
7           MR. AZORSKY:  Is that Exhibit 6?
8           MS. REID:  Yes.  Sorry about that.  As
9   usual, I lost my marked-up version of it, what I
10  did with it.
11      Q.    (By Ms. Reid) Professor Perri, I have
12  shown you what has been marked as Exhibit 6.
13          Is this the one draft of the California
14  Dey report that you referred to earlier in your
15  testimony?
16      **A.    It appears to be.  I haven't looked at**
17  **every page but I believe this is.  The**
18  **corresponding date is correct.**
19      Q.    And is this the draft that you discussed
20  with counsel for California and Ms. Thomas?
21      **A.    Yes.**
22      Q.    And directing your attention to Paragraph

1  66 of the report, could you read Paragraph 66 into
2  the record for us?
3       A.    I'm reading from Page 32, Paragraph 66 of
4  California Dey Report, draft date 5/18/2009.
5            "In my opinion, Dey's marketing strategy
6  for some products ultimately rested on its ability
7  to use the price variable of the marketing mix as a
8  promotional variable, through advantageous
9  reimbursement spreads.  However, it should be
10 noted" in -- excuse me -- "my analysis of the drugs
11 at issue in this case did not reveal any evidence
12 of spread marketing activity for the EpiPen
13 products."
14      Q.    You can omit the cites.
15      A.    "In fact, from the documents I reviewed
16 it appears that Dey focused its promotional
17 activity for this product line on its clinical use,
18 features and the benefits of the autoinjector
19 delivery system employed by the EpiPen device."
20      Q.    Paragraph 66 does not appear in your
21 final report, correct?
22      A.    I believe that's correct, yes.

74

1    Q.   What discussion did you have with counsel
2   concerning Paragraph 66?
3        MR. AZORSKY:  Objection to form.
4    **A.   As I recall, I was told that the EpiPen**
5   **products were not going to be at issue in this**
6   **case.**
7    Q.   And therefore they asked that you delete
8   Paragraph 66?
9        MR. AZORSKY:  Objection to form.
10   **A.   I don't, I don't recall specifically.  I**
11   **-- it seems to me that my process going from the**
12   **Federal Dey to the California Dey was to make a**
13   **more concise report, and there were some other**
14   **paragraphs that were either condensed or deleted as**
15   **well.  And if this was focusing specifically on a**
16   **drug that wasn't at issue, I might have deleted it**
17   **for that reason.**
18        **I don't recall specifically if they asked**
19   **me to remove it or not.  I know that it was, it was**
20   **present in this version of the report, so it would**
21   **be seen either way.**
22    Q.   At the time that you were discussing this

Dey
Exhibit A

Exhibit __1__ for ID
Witness _Robertson_
L. O'Sullivan, CSR _1-29-09_

| NDC | PRODUCT LABEL NAME |
|---|---|
| 49502018104 | ACETYLCYSTEINE 10% VIAL |
| 49502018110 | ACETYLCYSTEINE 10% VIAL |
| 49502018130 | ACETYLCYSTEINE 10% VIAL |
| 49502018204 | ACETYLCYSTEINE 20% VIAL |
| 49502018210 | ACETYLCYSTEINE 20% VIAL |
| 49502018230 | ACETYLCYSTEINE 20% VIAL |
| 49502069703 | ALBUTEROL 0.83 MG/ML SOLUTION |
| 49502069724 | ALBUTEROL 0.83 MG/ML SOLUTION |
| 49502069729 | ALBUTEROL 0.83 MG/ML SOLUTION |
| 49502069733 | ALBUTEROL 0.83 MG/ML SOLUTION |
| 49502069760 | ALBUTEROL 0.83 MG/ML SOLUTION |
| 49502069761 | ALBUTEROL 0.83 MG/ML SOLUTION |
| 49502010501 | ALBUTEROL 5 MG/ML SOLUTION |
| 49502019620 | ALBUTEROL 5 MG/ML SOLUTION |
| 49502030327 | ALBUTEROL 90 MCG INH REFILL |
| 49502030317 | ALBUTEROL 90 MCG INHALER |
| 49502033317 | ALBUTEROL 90 MCG INHALER |
| 49502068902 | CROMOLYN NEBULIZER SOLUTION |
| 49502068912 | CROMOLYN NEBULIZER SOLUTION |
| 49502068961 | CROMOLYN NEBULIZER SOLUTION |
| 49502050001 | EPIPEN 0.3 MG AUTO-INJECTOR |
| 49502050002 | EPIPEN 0.3 MG AUTO-INJECTOR |
| 49502050101 | EPIPEN JR 0.15 MG AUTO-INJCT |
| 49502050102 | EPIPEN JR 0.15 MG AUTO-INJCT |
| 49502068503 | IPRATROPIUM BR 0.02% SOLN |
| 49502068524 | IPRATROPIUM BR 0.02% SOLN |
| 49502068529 | IPRATROPIUM BR 0.02% SOLN |
| 49502068533 | IPRATROPIUM BR 0.02% SOLN |
| 49502068560 | IPRATROPIUM BR 0.02% SOLN |
| 49502068561 | IPRATROPIUM BR 0.02% SOLN |
| 49502067603 | METAPROTERENOL 0.6% SOLN |
| 49502067624 | METAPROTERENOL 0.6% SOLN |

