# EXHIBIT 5

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MASSACHUSETTS

 3    ----------------------------------X

 4    IN RE PHARMACEUTICAL INDUSTRY     )

 5    AVERAGE WHOLESALE PRICE LITIGATION)

 6    ----------------------------------X Volume 1

 7    THIS DOCUMENT RELATES TO:         ) MDL NO. 1456

 8    The City of New York, et al.,     ) Civil Action

 9       V.                             ) No. 01-12257-PBS

10    Abbott Laboratories, et al.       )

11    ----------------------------------X

12    THIS DOCUMENT RELATES TO:         )

13    State of California, ex rel.      )

14    Ven-A-Care v. Abbott Laboratories,)

15    Inc., et al., Case No.            )

16    03-cv-11226-PBS                   )

17    ----------------------------------X

18                 THURSDAY, MAY 15, 2008

19         DEPOSITION OF DEY, L.P. AND DEY, INC.

20                   BY PAMELA MARRS

21    Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

22                Registered Merit Reporter
```

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                    May 15, 2008

Napa, CA

Page 75

```
 1    but you're uncertain about Medispan and Redbook?
 2         A.    Which -- is there one in there that's
 3    the blue book -- that's referred to as "the blue
 4    book"?
 5               I know that there are other price
 6    reporting agencies we send information to, but
 7    I'm not sure if what we did back in the early
 8    nineties is the same as what we do today.
 9               But there are -- there's more than one
10    firm that we send our prices to, yes.
11         Q.    And to answer your question, yes, there
12    is or was a blue book --
13         A.    Which one is --
14         Q.    -- that was purchased by the company
15    that owns First DataBank.
16         A.    Oh.  So that is First DataBank.  Okay.
17         Q.    And when Dey has reported its pricing
18    information to these pricing compendia, it
19    typically has reported both a WAC and an AWP for
20    its drugs; correct?
21         A.    That's correct.
22         Q.    And "WAC" is Wholesaler Acquisition
```

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                    May 15, 2008

Napa, CA

Page 76

```
 1   Cost?
 2        A.   "WAC" is the invoice price at which we
 3   sell to the wholesalers at.
 4        Q.   By the acronym "WAC" stands for
 5   Wholesaler Acquisition Costs; correct?
 6        A.   That's what it stands for, yes.
 7        Q.   And "AWP" stands for Average Wholesale
 8   Price?
 9        A.   That's what the words say.  Definition
10   is, obviously, in question.
11        Q.   When you say "The definition -- the
12   definition is obviously in question," just taking
13   the words "Average Wholesale Price," Dey did sell
14   its products to wholesalers; correct?
15        A.   Dey sold its products to wholesalers,
16   yes.
17        Q.   And when it sold its products to
18   wholesalers, there was a price for those drugs to
19   the wholesalers; correct?
20        A.   Which is commonly referred to as "WAC,"
21   which is the invoice price to the wholesalers.
22        Q.   Okay.  Then -- then the wholesalers, in
```

Page 129

```
 1   different customer categories, there were
 2   individual price sheets.
 3            So there would be a price sheet for
 4   wholesale, a price sheet for retail.
 5            Like I said, it became meaningless
 6   because, you know, it became a negotiation point,
 7   but this was really the summarization of those
 8   list price sheets so that one -- they appeared
 9   all in one place.
10            It was an internal document that just
11   summarized that information.
12       Q.   Were prices to wholesalers uniform
13   across -- different wholesalers so that WAC was
14   the same regardless of which wholesaler a drug
15   was being sold to?
16            MR. DOYLE:  Objection as to form.
17            THE WITNESS:  Generally speaking, as
18   far as I know, we've -- the wholesale price has
19   always been the same for different wholesalers,
20   McKesson, Cardinal, et cetera, et cetera.
21   BY MR. AZORSKY:
22       Q.   And when setting an AWP for a drug to
```

```
 1   be reported to the pricing compendia at the time
 2   a generic product was launched, it was Dey's
 3   practice to set AWP at or near 10 percent below
 4   the brand AWP; is that correct?
 5        A.   It's my understanding that that was the
 6   guidance that was given to us by First DataBank.
 7   Ed Edelstein had a conversation or maybe it was a
 8   memo, I don't recall which, with Bob Mozak, and
 9   that was the guidance that was given in terms of
10   how to establish an AWP for a generic product at
11   launch.
12        Q.   Do you know exactly what Mr. Edelstein
13   said to anyone at Dey in that regard?
14             MR. DOYLE:  Objection as to form.
15             THE WITNESS:  I don't know exactly.
16             I've seen it -- I've heard it referred
17   to with Bob when he was at Dey.
18             I've seen it referred to in a
19   deposition, but -- I didn't personally have the
20   conversation or see the document, if there was
21   one, issued by First DataBank.
22   BY MR. AZORSKY:
```

1    Q.   And you were --

2    A.   That's always been my understanding

3  from -- from what Bob said back in the days when

4  he actually was still working at Dey.

5    Q.   And you weren't personally present

6  during that conversation; correct?

7    A.   I was not personally present.

8    Q.   My question was, though, whether it was

9  Dey's practice to set AWP at the time of the

10 launch of a generic product at or near 10 percent

11 below the brand AWP.

12   A.   It's my understanding that based on the

13 advice from First DataBank that's how we

14 established the AWP on launch.

15   Q.   Well, regardless of whether it was on

16 advice from anyone, is that, in fact, what Dey

17 did, it set AWP at approximately at or about 10

18 percent below the brand AWP?

19   A.   It's my general understanding.

20       I'd have to go back and actually do the

21 calculations to make sure that that is correct

22 and it wasn't 12, or 13, or 15 percent, but

```
 1    throughout my time in preparing for various

 2    depositions that's what I've always been told by

 3    -- Bob specifically, but, you know, I've heard it

 4    from other people as well.

 5         Q.   And has it historically been typically

 6    the case that Dey does not change the AWP once

 7    it's been set at the time of launch of a new

 8    product?

 9         A.   For generic products, that's correct.

10              It's, again, my understanding that

11    that's an industry practice, that AWP is not

12    changed.

13              For the brands the AWP does change over

14    time as price increases are implemented for the

15    brand products, because with brand products

16    prices tend to go up, not down.

17              The AWP is raised a corresponding

18    amount.

19         Q.   And when you say "it's industry

20    practice," what -- what source are you drawing

21    upon to understand the industry practice with

22    respect to setting or changing AWP?
```

1  to sign off and send back to us a confirmation

2  that they received the information.

3           We do not then go and -- and verify

4  that they've posted the correct amount, which

5  became obvious when this whole issue happened

6  with the generic products in 2003, where they

7  lowered our AWP.

8           We didn't actually know anything about

9  it until customers started calling and

10 complaining.

11 BY MR. AZORSKY:

12    Q.   So in addition to reporting an AWP Dey

13 reports a WAC price; correct?

14    A.   That's correct.  We send them

15 information on WAC as it changes.

16    Q.   And, in fact, historically Dey has

17 reduced its WAC prices on their generic drugs

18 from time-to-time; correct?

19    A.   Correct.

20          As the price of the marketplace has

21 come down we've also reduced our reported WAC.

22    Q.   Now, Dey does that on a -- on a

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                May 15, 2008

Napa, CA

Page 144

```
 1        Q.   How does Dey set its WAC?
 2        A.   WAC is similar to AWP, set at launch,
 3   and it's a percentage off of the AWP, which, in
 4   turn, is a percentage off of the brand price.
 5        Q.   And the decision as to the exact number
 6   while Mr. Mozak was Vice President of Sales and
 7   Marketing was made by him; is that correct?
 8        A.   Yeah.  Pretty much Bob was in charge of
 9   that type of thing.
10        Q.   And that was a business decision that
11   he made as Vice President of Sales and Marketing;
12   correct?
13        A.   Yes.
14        Q.   And the WAC as reported by Dey to the
15   pricing compendia does not account for
16   chargebacks, rebate incentives, and fees;
17   correct?
18             It's -- it's not net of those?
19        A.   No.
20             MR. DOYLE:  Objection as to form.
21             THE WITNESS:  The WAC that's reported
22   is the invoice price to the customer -- to the
```

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                May 15, 2008
Napa, CA

Page 145

```
 1    wholesaler.
 2    BY MR. AZORSKY:
 3        Q.    Not reflected --
 4        A.    And it does not --
 5        Q.    -- in chargebacks, rebates, or
 6    discounts; right?
 7        A.    And use it does not include
 8    chargebacks, rebates.
 9        Q.    Or discounts?
10        A.    Or discounts.
11        Q.    What is a "FUL"?
12        A.    "FUL" stands for Federal Upper Limit.
13        Q.    How is a FUL set?
14        A.    It's a percentage -- I think it's 150
15    percent of a -- some published price, but it's my
16    understanding there's some controversy over
17    exactly what it's 150 percent of, the lowest
18    price in the market or something like that.
19              I'm not clear on the definition based
20    on my conversations with some others.
21        Q.    Your conversations with who?
22        A.    Well, I've spoken with the attorneys.
```