# EXHIBIT 7

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

```
                                          test.txt
00697
   1                    CAUSE NO. GV002327
   2  THE STATE OF TEXAS            )IN THE DISTRICT COURT
      ex rel.                       )
   3      VEN-A-CARE OF THE         )
          FLORIDA KEYS, INC.,       )
   4          Plaintiffs,           )
                                    )
   5  VS.                           )TRAVIS COUNTY, TEXAS
                                    )
   6  DEY, INC.; ROXANE             )
      LABORATORIES, INC.; WARRICK   )
   7  PHARMACEUTICALS CORPORATION;  )
      SCHERING-PLOUGH CORPORATION;  )
   8  SCHERING CORPORATION;         )
      LIPHA, S.A.; MERCK-LIPHA, S.A.;)
   9  MERCK, KGAA; AND EMD          )
      PHARMACEUTICALS, INC.,        )
  10          Defendants.           )53RD JUDICIAL DISTRICT
  11  ****************************************************
              ORAL AND VIDEOTAPED DEPOSITION OF
  12
                     ROBERT FRANCIS MOZAK
  13                       VOLUME IV
  14                     March 13th, 2003
  15  ****************************************************
  16          ORAL AND VIDEOTAPED DEPOSITION OF
  17  Robert Francis Mozak, produced as a witness at the
  18  instance of the Relator and duly sworn, was taken in
  19  the above-styled and numbered cause on the 13th of
  20  March, 2003, from 9:37 a.m. to 7:22 p.m., before
  21  Debra L. Sietsma, CSR in and for the State of Texas,
  22  reported by machine shorthand, at 300 West 15th
  23  Street, 9th Floor, Austin, Texas, pursuant to the
  24  Texas Rules of Civil Procedure and the provisions as
  25  previously set forth.
```

```
                              test.txt
000731
    1       A.   Yes.  He was -- he received this memo and --
    2  and I believe he was present at the meeting when we
    3  talked about it.
    4       Q.   Okay.  And -- and after going to Lipha, did
    5  anybody at Lipha ever instruct you or anybody else at
    6  Dey, to your knowledge, that they should not follow
    7  the pricing strategy that is stated in your memo dated
    8  February 24th, 1992?
    9            MR. FLECKMAN:  Objection, form.
   10            THE WITNESS:  No.  Nobody instructed me.
   11       Q.   (BY MR. BREEN)  Now -- let me see Cromolyn.
   12            Did Dey continue to follow the pricing
   13  strategy that was announced in your memo of
   14  February 24th, 1992 all the way up until the time you
   15  left the company?
   16            MR. GAYNOR:  Objection, form.
   17            THE WITNESS:  I believe in establishing
   18  a -- a price for a new generic, we followed
   19  essentially the same guidelines that we were advised
   20  by First DataBank, which was to set the AWP at
   21  approximately, you know, the area of ten percent below
   22  the branded product and the WAC price at somewhere
   23  between 15 and 25 percent below the AWP price.  This
   24  was the advice we got from First DataBank.
   25            And whenever we were the first generic
```