# EXHIBIT 8

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3

 4   THE COMMONWEALTH OF MASSACHUSETTS,

 5             Plaintiff,

 6   vs.                              CIVIL ACTION NO.

 7   MYLAN LABORATORIES INC.;         03-CV-11865-PBS

 8   BARR LABORATORIES, INC.;

 9   DURAMED PHARMACEUTICALS, INC.;

10   IVAX CORPORATION; WARRICK

11   PHARMACEUTICALS CORPORATION;

12   WATSON PHARMACEUTICALS, INC.;

13   SCHEIN PHARMACEUTICALS, INC.;

14   TEVA PHARMACEUTICALS USA, INC.;

15   PAR PHARMACEUTICAL, INC.;

16   DEY, INC.; ETHEX CORPORATION;

17   PUREPAC PHARMACEUTICAL CO.; and

18   ROXANE LABORATORIES,

19             Defendants.

20   _____/

21        VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN

22              Taken on Behalf of the Defendant
```

Page 21

1  basically talk about how First DataBank did not
2  have a, quote, 10 percent rule, correct?
3       A.   That's correct.
4       Q.   And the 10 percent rule, as I understood
5  from your prior testimony, basically meant that
6  there was at least some -- a theory that in order
7  to achieve a generic price indicator for a
8  particular drug, that the generic price had to be
9  less than -- 10 percent less than the brand price.
10 Understanding that that's a theory, do you
11 basically understand that -- what I'm trying to set
12 forth there, that that's the theory, not that
13 that's what First DataBank did?
14      MR. MULLIN:  Objection; form.
15      THE WITNESS:  Yes, I understand your question.
16 And while it was not what we did, there was a
17 perception in the industry that there was such a
18 rule.
19      MR. FARQUHAR:  No further questions.
20      And I understand the way that this deposition
21 will work is that the Commonwealth of Massachusetts
22 will proceed to ask questions on cross-examination.