# EXHIBIT 9

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, Civil Action No. 03-11226-PBS

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

Declaration of Professor W. David Bradford, Ph.D.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| STATE OF CALIFORNIA, ex rel. ) | **MDL No. 1456** | |
| VEN-A-CARE OF THE FLORIDA ) | **Master File No. 01-12257-PBS** | |
| KEYS, INC., a Florida Corporation, ) | | |
| ) | | |
|     Plaintiffs, ) | | |
| ) | | |
| v. ) | **Judge Patti B. Saris** | |
| ) | | |
| ABBOTT LABORATORIES, et al. ) | | |
| ) | | |
|     Defendants ) | | |
| _____) | | |

**DECLARATION OF W. DAVID BRADFORD, PH.D. IN SUPPORT OF**

**DEY, INC. AND DEY, L.P.**

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Declaration of Professor W. David Bradford, Ph.D.

1.  W. David Bradford, declares, pursuant to 28 U.S.C. § 1746, that:

    1.  I am presently employed at the University of Georgia, where I am the Busbee Chair of Public Policy and Professor in the Department of Public Administration and Policy. I have over 17 years of research experience in the area of health economics in general, much of which has focused on insurance, and the role of incentives and regulations on economic efficiency in particular. I have been principal investigator on 15 funded grants and projects. Several of these projects have focused on the functioning of various components of Medicaid, and involved working directly with Medicaid agency personnel in another state. As of this writing, I have published 45 articles in peer-reviewed publications, have another 30 reports and other publications, and serve as an Editor of the journal *Health Economics Letters*, and am an Associate Editor of the journal *Health Economics*. My curriculum vita is attached as Appendix A.

    2.  On July 30, 2009, I submitted an Expert Report in this matter.

    3.  In connection with preparation of my report, I have reviewed depositions, documents, and data produced in this litigation, as well as a variety of publicly available information. The materials I considered are listed in Appendix B to my Expert Report.

    4.   I submit this declaration in support of Dey's partial summary judgment motion in this matter. Based on the work I have performed in preparing my expert reports, I have been asked by counsel for Dey to:

        a.  Calculate the spread between AWP and WAC on January 1, 1999

        b.  Produce charts showing the published AWPs and WACs for each NDC at issue as well as the AMP

    5.  For the purposes of this motion, my declaration focuses on these areas and does not set forth all of the opinions I have rendered in this case.

# 1. Spread between AWP and WAC

2.  There are 18 NDCs in this litigation that have a published First DataBank ("FDB") AWP and WAC on January 1, 1999.   For these NDCs, Figure 1 shows the spread on that date between WAC and AWP.

Declaration of Professor W. David Bradford, Ph.D.

**Figure 1: Spreads between FDB AWP and WAC for Dey NDCs**

| NDC | Drug Name | FDB AWP/WAC spread [1] |
|---|---|---|
| 49502068503 | IPRATROPIUM BROMIDE | 131% |
| 49502068533 | IPRATROPIUM BROMIDE | 130% |
| 49502068560 | IPRATROPIUM BROMIDE | 130% |
| 49502019620 | ALBUTEROL SULFATE | 197% |
| 49502069703 | ALBUTEROL SULFATE | 260% |
| 49502069733 | ALBUTEROL SULFATE | 260% |
| 49502069760 | ALBUTEROL SULFATE | 260% |
| 49502068902 | CROMOLYN SODIUM | 99% |
| 49502068912 | CROMOLYN SODIUM | 99% |
| 49502067603 | METAPROTERENOL SULFATE | 180% |
| 49502030317 | ALBUTEROL | 429% |
| 49502030327 | ALBUTEROL | 401% |
| 49502018104 | ACETYLCYSTEINE | 163% |
| 49502018110 | ACETYLCYSTEINE | 164% |
| 49502018130 | ACETYLCYSTEINE | 163% |
| 49502018204 | ACETYLCYSTEINE | 162% |
| 49502018210 | ACETYLCYSTEINE | 162% |
| 49502018230 | ACETYLCYSTEINE | 163% |

(1) Spreads calculated using published price in effect on January 1, 1999

# 2. Price comparison charts

3.   The figures shown below illustrate the publicly available published AWP and WAC from FDB for 28 NDCs at issue in this litigation.  In addition, the charts show the AMP for each of these drugs. For each NDC with published prices as of January 1, 1999, the spread between WAC and AWP on that date is noted in the figure.

Declaration of Professor W. David Bradford, Ph.D.

**Figure 2: Price comparisons for NDC 49502068503**



NDC: 49502068503
Drug name: IPRATROPIUM BR .02% SOLN
FDB AWP/WAC spread as of Jan. 1, 1999: 131%



**Figure 3: Price comparisons for NDC 49502068524**



NDC: 49502068524
Drug name: IPRATROPIUM BR .02% SOLN

Declaration of Professor W. David Bradford, Ph.D.

**Figure 4: Price comparisons for NDC 49502068529**



NDC: 49502068529
Drug name: IPRATROPIUM BR .02% SOLN

**Figure 5: Price comparisons for NDC 49502068533**



NDC: 49502068533
Drug name: IPRATROPIUM BR .02% SOLN
FDB AWP/WAC spread as of Jan. 1, 1999: 117%

Declaration of Professor W. David Bradford, Ph.D.

**Figure 6: Price comparisons for NDC 49502068560**



NDC: 49502068560
Drug name: IPRATROPIUM BR .02% SOLN
FDB AWP/WAC spread as of Jan. 1, 1999: 117%



**Figure 7: Price comparisons for NDC 49502068561**



NDC: 49502068561
Drug name: IPRATROPIUM BR .02% SOLN

Declaration of Professor W. David Bradford, Ph.D.

### Figure 8: Price comparisons for NDC 49502010501



NDC: 49502010501
Drug name: ALBUTEROL 5MG/ML SOLUTION

### Figure 9: Price comparisons for NDC 49502019620



NDC: 49502019620
Drug name: ALBUTEROL 5MG/ML SOLUTION
FDB AWP/WAC spread as of Jan. 1, 1999: 197%

Declaration of Professor W. David Bradford, Ph.D.

**Figure 10: Price comparisons for NDC 49502069703**



NDC: 49502069703
Drug name: ALBUTEROL .83MG/ML SOLUTION
FDB AWP/WAC spread as of Jan. 1, 1999: 260%

**Figure 11: Price comparisons for NDC 49502069724**



NDC: 49502069724
Drug name: ALBUTEROL .83MG/ML SOLUTION

Declaration of Professor W. David Bradford, Ph.D.

**Figure 12: Price comparisons for NDC 49502069729**



NDC: 49502069729
Drug name: ALBUTEROL .83MG/ML SOLUTION

**Figure 13: Price comparisons for NDC 49502069733**



NDC: 49502069733
Drug name: ALBUTEROL .83MG/ML SOLUTION
FDB AWP/WAC spread as of Jan. 1, 1999: 260%

Declaration of Professor W. David Bradford, Ph.D.

**Figure 14: Price comparisons for NDC 49502069760**



NDC: 49502069760
Drug name: ALBUTEROL .83MG/ML SOLUTION
FDB AWP/WAC spread as of Jan. 1, 1999: 260%

**Figure 15: Price comparisons for NDC 49502069761**





NDC: 49502069761
Drug name: ALBUTEROL .83MG/ML SOLUTION

Declaration of Professor W. David Bradford, Ph.D.

**Figure 16: Price comparisons for NDC 49502068902**



NDC: 49502068902
Drug name: CROMOLYN 10MG/ML SOLUTION
FDB AWP/WAC spread as of Jan. 1, 1999: 99%

**Figure 17: Price comparisons for NDC 49502068912**



NDC: 49502068912
Drug name: CROMOLYN 10MG/ML SOLUTION
FDB AWP/WAC spread as of Jan. 1, 1999: 79%

Declaration of Professor W. David Bradford, Ph.D.

**Figure 18: Price comparisons for NDC 49502068961**



NDC: 49502068961
Drug name: CROMOLYN NEBULIZER SOLUTION

**Figure 19: Price comparisons for NDC 49502067603**



NDC: 49502067603
Drug name: METAPROTERENOL .6% SOLN
FDB AWP/WAC spread as of Jan. 1, 1999: 180%

Declaration of Professor W. David Bradford, Ph.D.

**Figure 20: Price comparisons for NDC 49502067624**



NDC: 49502067624
Drug name: METAPROTERENOL .6% SOLN

**Figure 21: Price comparisons for NDC 49502030317**



NDC: 49502030317
Drug name: ALBUTEROL 90MCG INHALER
FDB AWP/WAC spread as of Jan. 1, 1999: 429%

Declaration of Professor W. David Bradford, Ph.D.

**Figure 22: Price comparisons for NDC 49502030327**



NDC: 49502030327
Drug name: ALBUTEROL 90MCG INH REFILL
FDB AWP/WAC spread as of Jan. 1, 1999: 244%

**Figure 23: Price comparisons for NDC 49502033317**



NDC: 49502033317
Drug name: ALBUTEROL 90MCG INHALER

Declaration of Professor W. David Bradford, Ph.D.

**Figure 24: Price comparisons for NDC 49502018104**



NDC: 49502018104
Drug name: ACETYLCYSTEINE 10% VIAL
FDB AWP/WAC spread as of Jan. 1, 1999: 163%

**Figure 25: Price comparisons for NDC 49502018110**



NDC: 49502018110
Drug name: ACETYLCYSTEINE 10% VIAL
FDB AWP/WAC spread as of Jan. 1, 1999: 164%

Declaration of Professor W. David Bradford, Ph.D.

**Figure 26: Price comparisons for NDC 49502018130**



NDC: 49502018130
Drug name: ACETYLCYSTEINE 10% VIAL
FDB AWP/WAC spread as of Jan. 1, 1999: 163%

**Figure 27: Price comparisons for NDC 49502018204**



NDC: 49502018204
Drug name: ACETYLCYSTEINE 20% VIAL
FDB AWP/WAC spread as of Jan. 1, 1999: 162%

Declaration of Professor W. David Bradford, Ph.D.

**Figure 28: Price comparisons for NDC 49502018210**



NDC: 49502018210
Drug name: ACETYLCYSTEINE 20% VIAL
FDB AWP/WAC spread as of Jan. 1, 1999: 162%



**Figure 29: Price comparisons for NDC 49502018230**



NDC: 49502018230
Drug name: ACETYLCYSTEINE 20% VIAL
FDB AWP/WAC spread as of Jan. 1, 1999: 163%

Declaration of Professor W. David Bradford, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2009

_____

W. David Bradford

Declaration of Professor W. David Bradford, Ph.D.

# Appendix A: VITA of W. David Bradford, Ph.D.

*Busbee Chair in Public Policy*

201C Baldwin Hall

Department of Public Administration & Policy

University of Georgia

Athens, GA 30602

Phone: 706-542-2731

Fax: 706-583-1615

E-mail: bradfowd@uga.edu

833 High Battery Circle

Mt. Pleasant, SC 29464

Phone: 706-247-5101

## Education

- Ph.D., Economics, Louisiana State University, 1991.
- M.S., Economics, Louisiana State University, 1989.
- B.S., Foreign Languages, Mississippi State University, 1987.

## Research and Teaching Interests

- Health Economics, Industrial Organization, Microeconomic Theory, Econometric Methods

## Professional Experience

- Professor (with tenure) and Busbee Chair in Public Policy, Department of Public Administration and Policy, University of Georgia, August 2008 to present.
- Director, Center for Health Economic and Policy Studies, Medical University of South Carolina, December 2002 to 2008.
- Professor (with tenure), Department of Health Administration and Policy, Medical University of South Carolina, July 2003 to 2008.
- Department Chair (Interim), Department of Health Administration and Policy, Medical University of South Carolina, 2004 to 2005.
- Associate Professor (with tenure), Department of Health Administration and Policy, Medical University of South Carolina, July 1998 to 2003.

Declaration of Professor W. David Bradford, Ph.D.

- Visiting Associate Professor (sabbatical), Department of Medicine, Yale University, June 1997 to July 1998.
- Associate Professor (with tenure), Department of Economics, University of New Hampshire, August 1996 to May 1998.
- Assistant Professor, Department of Economics, University of New Hampshire, August 1991 to May 1996.

## Editorial Positions

- **Editor**: *Health Economics Letters*, a peer-reviewed journal sponsored by John Wiley and Sons, Publishers.
- **Associate Editor**: Member of Editorial Board for *Health Economics* (John Wiley and Sons, Publishers), 1997 to present; Associate Editor, 2006 to present.

## Awards

- Certificate of Appreciation, Centers for Disease Control and Prevention Effectiveness Fellowship Program, August 2006
- College of Health Professions Scholar of the Year, Medical University of South Carolina, 2000.
- Whittemore School of Business and Economics Summer Research Grant, University of New Hampshire, 1996.
- Department of Economics 1995–96 Outstanding Scholar, University of New Hampshire.
- University of New Hampshire Summer Faculty Fellowship, Summer 1995.
- University of New Hampshire Summer Faculty Fellowship, Summer 1994.
- Excellence in Teaching Award, College of Business, Louisiana State University, 1990.
- Excellence in Teaching Award, Department of Economics, Louisiana State University, 1989 and 1990.

## Publications

### Peer-Reviewed Journals

1. **Bradford WD**. "The Association Between Individual Time Preferences and Health Maintenance Habits." *Medical Decision Making*. Forthcoming.

Declaration of Professor W. David Bradford, Ph.D.

2.  Axon RN, **Bradford WD**, Egan BM. "The Role of Individual Time Preferences In Health Behaviors Among Hypertensive Adults: A Pilot Study." Journal of the American Society of Hypertension." *Journal of the American Society of Hypertension*. Forthcoming.

3.  **Bradford WD**, Kliet AN., Neitert PJ, Ornstein S. "The Effect of Direct to Consumer Television Advertising on the Timing of Treatment." *Economic Inquiry*. Forthcoming.

4.  Clancy C, Dismuke CE, Magruder K, Simpson K, **Bradford WD**. "Do Group Visits Lead to Lower Costs of Diabetes Care?" *American Journal of Managed Care,* 14(1): 39–44, 2008.

5.  Terza JV, **Bradford WD**, Dismuke CE. "The Use of Linear Instrumental Variables Methods in Health Services Research and Health Economics: A Cautionary Note." *Health Services Research*. 43(3): 1102–1120, 2008.

6.  Silvestri GA, Nietert PJ, Zoller J, Carter C, **Bradford WD**. "Attitudes Toward Screening for Lung Cancer Among Smokers and Their Non–Smoking Counterparts." *Thorax*, 62:126–130. 2007.

7.  **Bradford WD**, Kleit AN., Neitert PJ, Ornstein S. "The Effect of Direct to Consumer Television Advertising for Hydroxymethylglutaryl Coenzyme A Reductase Inhibitors on the Attainment of LDL-C Goals." *Clinical Therapeutics*, 28(12): 2105–2118, 2006. Editorial written on paper *Clinical Therapeutics*, 28(12): 2104. Letters, and response by authors published in *Clinical Therapeutics*, forthcoming.

8.  **Bradford WD**, Kleit AN, Neitert PJ, Steyer T, McIlwain T, Ornstein S. "How Direct to Consumer Television Advertising for Osteoarthritis Drugs Affects Physicians' Prescribing Behavior." *Health Affairs*. 25(5):1371–1377, 2006.

9.  Masoudi FA, Baillie CA, Wang Y, **Bradford WD**, Steiner JF, Havranek EP, Foody JM, Krumholz HM. "The Complexity and Cost of Drug Regimens of Older Patients Hospitalized With Heart Failure in the United States, 1998–2001." *Archives of Internal Medicine*. 165:2069–2076, 2005.

10. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "Comparing Willingness to Pay for Telemedicine Across a Chronic Heart Failure and Hypertension Population" *Telemedicine Journal*, 11(4):430–438, 2005.

11. Nietert PJ, **Bradford WD**, Kaste LM. "The impact of an innovative reform to the South Carolina Dental Medicaid System." *Health Services Research*, 40(4):1078–1091, 2005.

12. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "Double-Bounded Dichotomous Choice Method to Assess Willingness to Pay for Telemedicine." *Journal of Telemedicine and Telecare*, 10(6): 325–330, 2004.

13. Wager KA, **Bradford WD**, Lee FW, Jones W, Kilpatrick AO. "A Look at the South Carolina Postpartum/Infant Home Visit Program through the Viewpoint of Nurses." *Public Health Nursing*, 21(6): 541–546, 2004.

14. Hueston WJ, **Bradford WD**, Sheperd TM. "Family medicine and hospital specialty match rates: Does the economy have anything to do with it?" *Family Medicine*. 35.4(2):265–269, 2004.

15. Sheidow AJ, **Bradford WD**, Henggeler SW, Rowland MD, Halliday-Boykins C, Schoenwald SK, Ward DM. "Treatment Costs for Youths in Psychiatric Crisis: Multisystemic Therapy versus Hospitalization." *Psychiatric Services*. 55: 548–554, 2004.

Declaration of Professor W. David Bradford, Ph.D.

16. Ornstein S, Jenkins RG, Nietert PJ, Feifer C, Roylance LF, Nemeth L, Corley S, Dickerson L, **Bradford WD**, Litvin C. "A Multimethod Quality Intervention to Improve Preventative Cardiovascular Care." *Annals of Internal Medicine*. 141(7):523–532, 2004.

17. **Bradford WD**, Mobley L. "Employment-Based Health Insurance and the Effectiveness of Intra-Firm Competition between Insurance Providers." *Southern Economic Journal*, 70(4): 1012–1031, 2004.

18. **Bradford WD**, Kaste LM, Neitert PJ. "Health Insurance, Continuity of Medical Care the Nature of Physicians Visits for Infants and Young Children." *Medical Care*, 42(1): 91–98, 2004.

19.  **Bradford WD**. "Pregnancy and the Demand for Cigarettes." *American Economic Review*, 93(5): 1752–1763, 2003.

20. **Bradford WD**, Neitert PJ, Kaste LM, Lala RF. "Increased Dental Medicaid Reimbursement Rates in SC*." Journal of Public Health Dentistry* 2003; 63(S1):S37.

21. **Bradford WD**, Krumholz HM. "The Effect of Managed Care Penetration on the Treatment of Acute Myocardial Infarction in the Fee-For-Service Medicare Population." *International Journal of Health Care Finance and Economics,* 2:265–283, 2003.

22. Krumholz HM, Weintraub WS, **Bradford WD**, Heidenreich PA, Mark DB, Paltiel D. "The Cost of Prevention: Can we afford it? Can we afford not to do it?" *Journal of the American College of Cardiology* 2002; 40(4): 603–615.

23. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "A Two-Part Model of the Cost of Treating Benign Prostatic Hyperplasia and the Impact of Innovation." *Applied Economics,* 34:1291–1299, 2002.

24. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "Testing the Efficacy of Telemedicine: A Detection Controlled Estimation Approach." *Health Economics,* 10(6):553–564, 2001.

25. Krousel-Wood MA, Re RN, Abdoh A, Chambers R, Altobello C, Ginther B, **Bradford WD**, Kleit AN. "The Effects of Education on Patients' Willingness to Participate in a Clinical Trial of Telemedicine Targeting Medical Care of Hypertensives." *Journal of Telemedicine and Telecare*, 7(5):281–287, 2001.

26. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re AN. "Stochastic Frontier Estimation of Cost Models within the Hospital." *Review of Economics and Statistics,* 83(2):302–309. 2001.

27. Wexler D, Chen J, Radford MJ, Yaari S, **Bradford WD**, Krumholz HM. "Predictors of Costs of Caring for Elderly Patients Discharged with Heart Failure." *American Heart Journal,* 142(2):350–57. 2001.

28. Druss BG, **Bradford WD**, Rosenheck RA, Radford MJ, Krumholz HM. "Quality of Medical Care and Excess Mortality in Older Patients with Mental Disorders" *Archives of General Psychiatry,* 58(6):565–72. 2001.

29. Krousel-Wood MA, Re RN, Abdoh A, Gomez N, Chambers RB, **Bradford WD**, Kleit AN. "A Method to Report Utilization for Quality Initiatives in Medical Facilities." *The Ochsner Journal*. 3(4):200–206, 2001.

30. Krousel-Wood MA, Re RN, Abdoh A, **Bradford WD**, Kleit AN, Chambers R, Altobello C, Ginther B, Gomez N. "Patient and Physician Satisfaction in a Clinical Study of Telemedicine in a Hypertensive Patient Population." *Journal of Telemedicine and Telecare*, **7**:206–211, 2001.

Declaration of Professor W. David Bradford, Ph.D.

31. Krumholz HM, Chen YT, Vaccarino V, Wang Y, Radford MJ, **Bradford WD**, Horwitz RI. "Correlates and impact on outcomes of worsening renal function in patients greater than or equal to 65 years of age with heart failure." *American Journal of Cardiology,* 85(9): 1110–1113, 2000.

32. **Bradford WD**, Martin RL. "Partnerships, Intra-Firm Competition and Quality Choice in the Medical Profession." *Review of Industrial Organization,* 17: 193–208, 2000.

33. Druss BG, **Bradford WD**, Rosenheck RA, Radford MJ, Krumholz HM, "Mental Disorders and Use of Cardiovascular Procedures After Myocardial Infarction." *JAMA,* 283(4): 506–511, 2000.

34. Krumholz HM, Chen YT, **Bradford WD**, Cerese J. "Variations and correlates of length of stay among patients hospitalized with heart failure in academic hospitals." *American Journal of Managed Care,* 5(6): 715–723, 1999.

35. **Bradford WD**, Chen J, Krumholz HM. "Under-utilization of beta-blockers after acute myocardial infarction: pharmacoeconomic implications." *Pharmacoeconomics,* 15(3): 257–268, 1999.

36. Mobley L, **Bradford WD**. "'Profit' Variability Among Hospitals: Ownership or Location?" *Applied Economics,* 29: 1125–1138, 1997.

37. DeFelice LC, **Bradford WD**. "Relative Inefficiencies in Production between Solo and Group Practice Physicians" *Health Economics,* 6:455–465, 1997.

38. **Bradford WD**, Craycraft C. "Prospective Payments and Hospital Efficiency," *Review of Industrial Organization,* 11(6): 791–809, 1996.

39. **Bradford WD**. "Efficiency in Employment-Based Health Insurance: The Potential for Supra-Marginal Cost Pricing," *Economic Inquiry,* 34(2): 341–356, 1996.

40. **Bradford WD**. "The Effects of a Relative Value Reimbursement Scheme on the Medical Market: Lessons from Medicaid," *Review of Industrial Organization,* 10(4): 511–532, 1995.

41. **Bradford WD**, Martin RL. "A Test of the Supplier Induced Demand Hypothesis with Endogenous Quality," *Eastern Economic Journal,* 21(4): 491–504, 1995.

42. **Bradford WD**, Martin RL. "Office Triage and the Physician Labor Supply Curve," *Empirical Economics,* 20(2): 303–325, 1995.

43. **Bradford WD**. "Solo versus Group Practice in the Medical Profession: The Influence of Malpractice Risk," *Health Economics,* 4(2): 95–112, 1995.

44. **Bradford WD**. "National Health Care and Quality of Service: Lessons from Medicaid," *Contemporary Policy Issues,* 11(2): 23–38, 1993.

45. Culbertson WP, **Bradford WD**. "The Price of Beer: Some Evidence from Interstate Comparisons," *International Journal of Industrial Organization,* 9(1991): 275–289.

## Book Chapters and Other Professional Publications

1. **Bradford WD**. "Service Utilization Comparison of South Carolina Medicaid FFS, Physician Enhanced Program (PEP) and Health Maintenance Organization (HMO)." *The Journal of the South Carolina Medical Association,* forthcoming.

2. **Bradford WD**. "Introduction to the Third Annual Southeastern Health Economics Study Group Conference." *Southern Economic Journal.* 73(3): 550–552, 2007.

Declaration of Professor W. David Bradford, Ph.D.

3. **Bradford WD**, Kleit AN. "Plugs for Drugs: Threat or Menace?" *Regulation*. 29(1): 58–62. Spring 2006.

4. **Bradford WD**, Kleit AN. "Direct to consumer advertising." In AM Jones (ed.) *Elgar Companion to Health Economics* (Cheltenham, UK: Elgar Publishing, 2006).

5. **Bradford WD**. "Cost Benefit Analysis in Health Services Research." In E Chumney and K Simpson (eds.) *Designs for Outcomes Research* (Bethesda, MD: American Society of Health-System Pharmacists, 2006).

6. *Bradford WD*, Kleit AN, Neitert PJ, Steyer T, McIlwain T, Ornstein S. "The Effect of Direct to Consumer Television Advertising on the Timing of Treatment" *AEI-Brookings Papers, 05–19*. Sep 2005.

7. Tilley BC, Wisdom K, Sadler ZE, **Bradford WB**. "Overcoming Barriers to the Inclusion of Older African Americans in Health Outcomes Research." In: Curry L & Jackson JS (Eds.). *Recruiting and Retaining Racial and Ethnic Elders in Health Research*. Washington, D.C.: Gerontological Society of America, 2003.

8. **Bradford WD.** "National Trends in Physician Income," in *The Organization and Management of Physician Services*: *Evolving Trends*, Ronald B. Conners, editor (American Hospital Association Publishing Company), 1997.

9. **Bradford WD**, Dahl C. "Preliminary Report on a Cost-Benefit Study of Mandated Ethanol-Gasoline Blends," *Proceedings of the Eleventh Annual North American Conference for the International Association of Energy Economists*, (October 1989), pp. 226–236.

## Reports

1. **Bradford WD,** Wager KA, Graber D, Jones WJ, Ward DM, White AW. *South Carolina Medicaid Out Of Home Placement Evaluation Report.* Report to the South Carolina Medicaid Agency. April 2004.

2. **Bradford WD,** Commins JS. Sickle Cell Disease in the South Carolina Medicaid Population: Incidence, Utilization, and Costs, Report to the South Carolina Medicaid Agency, December 2003.

3. **Bradford WD,** Commins JS. *The Impact of Diabetes in the South Carolina Medicaid Population in 2002*, Report to the South Carolina Medicaid Agency, December 2003.

4. **Bradford WD,** Commins JS. Comparison of Expenditures and Service Utilization: Fee-For-Service Enrollees versus Select Health Members, Report to the South Carolina Medicaid Agency, September 2003.

5. **Bradford WD,** Commins JS. Comparison of Expenditures and Service Utilization: Fee-For-Service Enrollees versus Physician Enhanced Payment Enrollees, 2001–2002, Report to the South Carolina Medicaid Agency, September 2003.

6. **Bradford WD,** Lee FW, Dismuke CE, McIlwain T, Jones WJ, Simpson K. *South Carolina Medicaid DAODAS Prior Authorization Services Outcome Evaluation.* Report to the South Carolina Medicaid Agency, October 2003.

7. **Bradford WD**, Lee FW, Jones W, Kilpatrick AO, Wager KA. *South Carolina Medicaid Postpartum/Infant Home Visit Program Outcome Evaluation*, Report to South Carolina Medicaid Agency, December 2002.

Declaration of Professor W. David Bradford, Ph.D.

8. **Bradford WD**, Jones WJ, Ward DM. Report on Service Utilization Comparison of South Carolina Medicaid FFS and Physician Enhanced Payment (PEP) Programs. Report to South Carolina Medicaid Agency, August 2002.

9. **Bradford WD**. "The Role of Patient Demand in Driving Health Care Spending" BCBSHealth Issues.com, April 29, 2002. http://bcbshealthissues.com/perspectives/healthcarecosts/

10. **Bradford WD**. Report on Service Utilization Comparison of South Carolina Medicaid FFS and HMO Programs, Report to South Carolina Medicaid Agency, December 2001.

11. VLBW Research Team (**Bradford WD**, team member). *Very Low Birth Weight Outcomes Project*, Report to South Carolina Medicaid Agency, 2000.

12. Re RN, Krousel-Wood MA, **Bradford WD**, Kleit AN. *The Role of Technology in Reducing Health Care Costs*, Report to Sandia National Laboratories, 1997.

13. Farber SC, **Bradford WD**, Wascom D. *Chemical Waste in Louisiana, 1987*: *A Summary of Hazardous Waste and Toxic Chemicals*, Report to the Louisiana Department of Environmental Quality, 1989.

## Editorials

- **Bradford WD**. "Commentary from a Health Economist: Financing Pediatric Psychology: Buddy, Can You Spare a Dime?" *Journal of Pediatric Psychology*, Vol. 29, No. 1, 2004.

## Abstracts

1. **Bradford WD**, Silvestri G, Zoller J. "Time preference and willingness to pay for preventive health services: an application to lung cancer screening." International Health Economics Association Fourth International Conference, San Francisco, California, June 2003.

2. Kaste LM, Nietert PJ, **Bradford WD**, Oldakowski R, Drury T. "Race/ethnicity variation of usual source of medical care and sealants." *Journal of Public Health Dentistry*, 2001;61(4):235.

3. **Bradford WD**, Kaste LM, Nietert PJ. "Continuity of medical care and its association with dental advice." *Journal of Dental Research.* 2001;80(IADR Abstracts):540.

4. **Bradford WD**. "Direct to Consumer Advertising for Prescription Drugs: A Game Theoretic Model." International Health Economics Association Third International Conference, York, United Kingdom, July 2001.

5. Re RN, Krousel-Wood MA, **Bradford WD**, Kleit AN, Runnels, J. "A Computer Model for the Evaluation of the Economic Impact of Health Care Technology," Association for Health Services Research, Chicago, Illinois, June 1997.

6. Chen YT, **Bradford WD**, Wang Y, Selzer J, Krumholz H. "The impact of acute renal failure on cost in elderly patients with congestive heart failure." International Society for Pharmacoeconomics and Outcomes Research Third Annual International Meeting, Philadelphia, Pennsylvania, May 1998.

7. **Bradford WD**. "Solo Practice Versus Partnerships in the Medical Profession: The Influence of Malpractice Risk," *Proceedings of the Northeast Business and Economics Association Annual Meeting*, Portsmouth, New Hampshire, 1993.

Declaration of Professor W. David Bradford, Ph.D.

## Book Reviews

1. Book Review of Telemedicine and Telehealth, in Health Economics, 10(7):681–682. 2001.

2. Book Review of Feldstein, Paul J., *Health Policy Issues*: *An Economic Perspective on Health Reform,* (Ann Arbor: Health Administration Press), in *Inquiry,* 32(3): 360–361, 1995.

3. Book review of Jacobs, Philip, *The Economics of Health and Medical Care, Third Edition,* (Gaithersburg, Maryland: Aspen Publishers, Inc. 1991), in *Inquiry* 29(2): 276, 1992.

# Current Research

1. **Bradford WD**, Silvestri G, Zoller J. "Time preference and the use of preventative disease screening." *Under review*.

2. **Bradford WD**, Kleit AN. "The Impact of Advertising on Statin Drug Adherence and Attaining LDL Cholesterol Goals." *Under review*.

3. Sheidow A, **Bradford WD**, Henggeler S. "Cost-Effectiveness of Evidence Based Treatment in Juvenile Drug Court." *Under review*.

4. McCullough JS, **Bradford WD**. "The Effect of Direct to Consumer Advertising on Watchful Waiting: The Case of Statin Ads and Cholesterol Testing Behavior." *In process*.

5. **Bradford WD**, Kliet AN. "Advertising Search, Experience and Prestige Characteristics: The Case of Prescription Pharmaceuticals." *In process*.

6. **Bradford WD**, Dolan P. "A Model of Adaptive Global Utility Maximization." *In process*.

7. **Bradford WD**. "A Matching Process to Create Simulated Instrumental Variables." *In process*.

# Grants and Contracts

## Currently Active as Principal Investigator:

1. "Effect of FDA Boxed Warnings and Public Information on Pharmaceutical Use (continuation)" (Principal Investigator, R01 HS011326-03) Agency for Healthcare Research and Quality. *The goals of* this *project are to determine whether FDA Black Box Warnings are effective tools at post-marketing drug safety improvement given the existence of clinical publications, media coverage, and direct to consumer pharmaceutical advertising.* 09/07/07 – 08/31/11. $1,172,609 (25% effort).

2. "Clinical efficacy and potential cost offsets for state Medicaid programs from increased Mirena utilization." (Principal Investigator) Source: Bayer/Berlex (Contract), July 2007 – June 2008. $70,000.

3. "State Use of Master Settlement Agreement Funds: Developing a Report Card" (Local Principal Investigator). Department of Defense. *The goals of this project are to assess the use of funds awarded to each state as a consequence of the Master Settlement Agreement, and the effectiveness of that use in reducing teen smoking.* 8/1/06 – 7/30/09. $210,259 (5% effort).

4. "Public Health and Economic Implications of Free Nicotine Replacement" (Local Principal Investigator). Department of Defense. The goals of this research are to estimate the health effects

Declaration of Professor W. David Bradford, Ph.D.

and budgetary impacts of programs to offer free nicotine replacement therapy to encourage smoking cessation. 8/1/06 – 7/30/09. $289,221 (5% effort).

## Completed as Principal Investigator:

1. "DTC Advertising Effect on Adherence to Statin Therapy" (Principal Investigator) National Heart Lung and Blood Institute (NIH). *The goal of this research is to assess the effect of direct to consumer advertising for prescriptions of statins on the adherence and cost effectiveness of pharmacological care for hypercholesterolemia.* 07/01/04 – 05/31/07; $714,520. (30% effort).

2. "Impact Study of the New Hampshire Employment Program" (Principal Investigator). New Hampshire Department of Health and Human Services / United States Agency for Families and Children. *Project compares the duration on, duration off and recidivism rates for welfare recipients in New Hampshire before and after a state-wide reform proposal was implemented. In addition, the project examines the caseload for the state as a whole over the 1985 to 1999 time period.* 02/01/97 – 10/31/99; $500,000 (35%).

3. "Incidence of Cross-System Medical Usage: Veterans Use of the VA and Fee-for-Service Medicare" (Principal Investigator). Northeast Program Evaluation Center – Veterans Administration. *Project compares the incidence of cross-system use by veterans suffering acute myocardial infarction in 1995. Implications of multi-system use, including total cost of care, quality of care and outcomes are also evaluated.* 10/01/98 – 09/30/99; $15,478 (15%).

4. "Assessing the Impact of Increased Dental Medicaid Reimbursement Rates on the Utilization and Access to Dental Services in South Carolina." (Principal Investigator); Health Services Research Administration. *The goal of this research is to assess the impact of increased dental Medicaid reimbursement rates on the utilization and access to dental services in South Carolina.* 08/15/00 – 12/15/01; $125,000 (15% effort).

5. "TeleHealth Deployment Research Testbed – MUSC Component." (Principal Investigator); Submitted to the Health Services Research Administration. *The goal of this project is to establish a testbed for telemedicine demonstration projects, to standardize assessment mechanisms for new telemedicine technologies.* 08/01/00 – 07/30/01; $400,000, (40% effort).

6. "TeleHealth Deployment Research Testbed, Phase II – MUSC Component." (Principal Investigator); Health Services Research Administration. *The goal of this project is to establish a testbed for telemedicine demonstration projects, to standardize assessment mechanisms for new telemedicine technologies.* 08/01/01 – 07/30/02; $280,000, (35% effort).

7. "Postpartum/Infant Home Visit Program Outcome and PEP Program Outcome Evaluation" (Principal Investigator) South Carolina Medicaid Agency. *The goal of this project is to determine the factors that affect the success of the postpartum home visit program.* 04.01.02 – 7/30/02; $170,702.

8. "Out of Home Placement Program and DAODAS Prior Authorization System Outcome Evaluation" (Principal Investigator) South Carolina Medicaid Agency. *The goal of this project is to determine the factors that affect the success and efficiency of the Out of Home Placement Program and the DAODAS Prior Authorization System.* 08/01/02 – 7/30/03. $400,000 (16% effort).

9. "Impact of Asthma, Psychoses, Smoking and Obesity on SC Medicaid Programs Evaluation" (Principal Investigator) South Carolina Medicaid Agency. *The goal of this project is to determine*

Declaration of Professor W. David Bradford, Ph.D.

*how specific disease clusters are treated, and how these treatments affect the SC Medicaid System.* 08/01/03 – 7/30/04. $400,000 (10% effort).

10. "Impact of Direct to Consumer Pharmaceutical Marketing" (Principal Investigator) AHRQ. The goal of this research is to assess the effect of direct to consumer advertising for prescriptions of cox-2 inhibitors and statins on the costs and cost effectiveness of pharmacological care for osteoarthritis and hypercholesterolemia. 06/01/03 – 05/31/05; $408,172. (30% effort).

11. "Utilization and Cost of Health Services by CDU" (Principal Investigator) NIDA. The goal of this research is to develop new methods to assess the costs of health care associated with drug and other substance abuse. 08/01/03 – 07/30/07. $714,520 (25% effort).

12. "Medicaid Program Evaluation: HMO, Sickle Cell Disease, and Diabetes" (Principle Investigator). Carolina Medical Review. The goal of this research is to evaluate the HMO program within the SC Medicaid system, and to evaluate guideline adherence for Sickle Cell disease and Diabetes. 06/01/03 – 12/31/03; $40,000 (hourly effort).

13. "17th Annual Health Economics Conference" (Principal Investigator, 1R13HS016352-01). DHHS/Agency for Healthcare Research and Quality. The goals of this conference are to (1) advance the policy applicability of health economics; (2) improve the policy relevance of empirical health economics; and (3) develop the next generations of health economic scholars. 03/17/06 – 03/16/07. $52,560 (5% effort).

14. "A Project to Estimate the Cost-effectiveness and Budgetary Impact of Student in Portugal using the Model of the Treatment of Metastic Renal Cell Carcinoma (mRCC)." Source: Datamedica (Contract), 1/1/06 – 12/31/06. $38,800.

15. "A Project to Estimate Budget Impact and Cost-effectiveness of Macugen in Portuguese Patients with Age-Related Macular Degeneration." (Principal Investigator) Source: Datamedica (Contract), 1/1/06 – 12/31/06. $28,100.

## Completed as Co- Investigator:

1. "Testing EBP and Organization Effects in Rural Appalachia" (Co-Investigator) NIMH. The goal of this project is to assess the effect of combining organization change interventions with multisystemic therapy for the effectiveness of social services support in rural Appalachia. 07/01/03 – 06/30/07 (10% effort).

2. "Substance Abusing Delinquents: 5-Year Outcomes of RCT" (Health Economist), National Institute of Mental Health. The goal of this study is to attenuate deleterious long-term outcomes and cost in a sample of 200 chronic juvenile offenders meeting diagnostic criteria for alcohol or drug abuse or dependence. 09/01/04 – 08/31/09. (5% effort).

3. "Alcohol/Drug Abusing Delinquents: 5-Year Outcomes of RCT" (Health Economist), National Institute of Mental Health. The goal of this study is to attenuate deleterious long-term outcomes and cost in a sample of 200 chronic juvenile offenders meeting diagnostic criteria for alcohol or drug abuse or dependence. 04/01/03 – 03/31/08. $ 1,941,755 (10% effort).

4. "The Effectiveness of Catheterization on Mortality from Acute Myocardial Infarction when Controlling for Selection Effects in an Elderly and Non-Elderly Population," (Co-Investigator) under contract for the State of Connecticut. Project investigates the consequences of expanding coronary catheterization capacity to all hospitals in the state of Connecticut. 01/01/96 – 12/31/96; $20,000.

Declaration of Professor W. David Bradford, Ph.D.

5. "The Role of Technology in Health Care Costs," (Co-Investigator), Department of Energy / Sandia National Laboratories Contract AN - 6271. Project develops a general methodology to assess the full cost implications of technological innovation in health care from a social perspective. 05/01/95 – 04/30/97; $1,200,000 (varying percent effort).

6. "Extension of: 'The Role of Technology in Health Care Costs'," (Co-Investigator), Department of Energy / Sandia National Laboratories Contract AN - 6271. Project assesses the cost implications for the adoption of remote medicine (telemedicine) technologies to provide health care to various populations. Project also undertakes cost effectiveness simulations. 09/01/97 – 08/31/99; $1,000,000 (varying percent effort).

7. "Extension of: 'The Role of Technology in Health Care Costs'," (Co-Investigator), Department of Energy / Sandia National Laboratories Contract AN - 6271. Project assesses the cost implications for the adoption of remote medicine (telemedicine) technologies to provide health care to various populations. Project also undertakes cost effectiveness simulations. 09/01/99 – 08/31/01; $800,000 (varying percent effort).

8. "MST vs. Hospitalization: 2-Year follow-up for Outcomes" (Co-investigator). National Institute of Mental Health. The major goal of this project is to assess the economic benefits of MST treatment vs. standard treatment for children with mental health crises in terms of reducing costs associated with institutionalization. 7/1/99 – 6/30/01; $601,819, (5%).

9. "CMR – Very-Low Birth Weight Birth" (Co-Investigator). Carolina Medical Review This project will evaluate the characteristics of very-low birth weight births, and the factors which contribute to adverse outcomes, readmission and high cost. 04/01/99 – 05/31/99; $8,825 (20%).

10. "MST with Alcohol Abusing Delinquents: Outcomes and Costs" (Co-Investigator). National Institute of Mental Health. The major goal of this project is to assess the use of MST (non-institutional) therapy for delinquent adolescents compared to standard institutionalization. 7/1/99 – 6/30/04; $2,982,078, (5% effort).

11. "Randomized Clinical Trial of Juvenile Drug Court and MST" (Co-Investigator). National Institute on Drub Abuse. The major goal of this project is to assess the use of MST in conjunction with juvenile drug court enhances the clinical and cost-related outcomes for drug-using delinquent adolescents. 9/01/99 – 8/31/04, $1,740,207, (5.2% effort).

12. "Understanding and Eliminating Health Disparities in Blacks" (Co-Investigator). Approved by Agency for Healthcare Research and Quality. The goal of this research is to explore the many factors that lead to and perpetuate disparities in health outcomes among the African-American population of the state of South Carolina. $12,118,398 (14.83% effort).

13. "Disease and Stroke in Primary Care Practice" (Co-Investigator); Submitted to Agency for Health Care Policy and Research. The major goal of this project is to determine whether academ8ic detailing with respect to the use of quality improvement initiatives based on electronic medical record systems can improve adherence to clinical guidelines. $864,045 (9.88% effort).

14. "Feasibility of Remote Video Outpatient Clinical Visits in Cancer Patients Receiving Palliative Care" (Service Center Leader), Department of Defense. The major goal of this project is to assess the utility of telemedicine for patients receiving palliative care for cancer. 7/1/01 – 6/31/03, award for service center: $7,000.

15. "Assessing Barriers for the Screening of Lung Cancer in Rural Populations: A Telephone and Written Survey" (Service Center Leader), Department of Defense. The goal of this project is to

Declaration of Professor W. David Bradford, Ph.D.

better understand barriers-to-care for patients with lung cancer living in rural and medically underserved areas. 12/01/01 – 11/30/02 , $149,964 (20% effort) .

16. "Schools as a Context for Mental Health" (Co-Investigator) NIH/NIMH. The goal of this study is to investigate interdisciplinary approaches, and the cost effectiveness of those interventions, for providing mental health services to children within the educational infrastructure. 09/01/02 – 08/31/05 (4% effort).

17. "Assessing Barriers for the Screening of Lung Cancer in Rural Populations: Physician Acceptance" (Service Center Leader), Department of Defense. The goal of this project is to better understand barriers-to-care for patients with lung cancer living in rural and medically underserved areas. 01/01/03 – 12/31/05 , $300,000 (20% effort).

# Papers Presented

1. **Bradford WD**, Kliet AN. "The Effect of Information on the Timing of Pharmaceutical Treatment for Cholesterol." American Society of Health Economics Annual Meeting, Durham, NC, June 22–25, 2008.

2. **Bradford WD**, Kliet AN. "Advertising Search, Experience and Prestige Characteristics: The Case of Prescription Pharmaceuticals." 5th Annual Southeastern Health Economic Study Group Conference, Chapel Hill, NC., October 19–20, 2007.

3. **Bradford WD**, Dolan P. "A Model of Adaptive Global Utility Maximization." 71st meeting of the Health Economists' Study Group, Brunel University, Uxbridge, United Kingdom, September 5–7, 2007.

4. **Bradford WD**, Kleit AN. "The Impact of DTC on Switching Between Statin Drugs and the Duration of Lipid-Lowering Therapy." International Health Economics 6th World Congress, Copenhagen, Denmark, July 8–11, 2007.

5. **Bradford WD**, Kleit AN. "The Impact of Advertising on Statin Drug Adherence and Attaining LDL Cholesterol Goals" Pharmaceutical Economics and Policy Council, Chicago, IL, January 7–8, 2007.

6. **Bradford WD**, Kleit AN. "The Impact of Advertising on Statin Drug Adherence and Attaining LDL Cholesterol Goals" Federal Trade Commission, Bureau of Economic Research Roundtable on the Economics of the Pharmaceutical Industry. Washington, D.C., October 20, 2006.

7. **Bradford WD**, Zoller J, Silvestri G "Estimating the Effect of Individual Time Preferences on the Use of Disease Screening" Third Annual Southeastern Health Economics Study Group Conference, Miami, FL October 2006.

8. **Bradford, WD** and Kleit, A.N. "The Impact of Advertising on Statin Drug Adherence and Attaining LDL Cholesterol Goals" American Society of Health Economists, Madison, WI. June 4–7, 2006.

9. Wosinska, M, and **Bradford, W.D.** "Direct-to-Consumer Advertising, Media Publicity and Utilization of Prescription Drugs" American Society of Health Economists, Madison, WI. June 4–7, 2006.

10. **Bradford, WD**, Dismuke CE, Steyer T, Zoller J. "The Use of Detection Controlled Estimation to Estimate Physician Prescribing and Patient Purchase of Pharmaceuticals in Administrative Data

Declaration of Professor W. David Bradford, Ph.D.

for Asthma." International Health Economics Association 5th World Congress, Barcelona, Spain, July 2005.

11. **Bradford, WD**. "The Impact of Direct to Consumer Advertising for Statins on Physician Prescribing Behavior: International Health Economics Association 5th World Congress, Barcelona, Spain, July 2005.

12. **Bradford, WD**. "The Impact of Direct to Consumer Advertising on Prescription Drugs: FDA Hearing on Direct to Consumer Advertising, Washington DC, November 1, 2005.

13. **Bradford WD**, Jones WJ, Ward DM. "Medicaid and Managed Primary Care: The Role of South Carolina PEP" American Public Health Association 132nd Annual Meeting, Washington, D.C., November, 2004.

14. **Bradford WD**, Kleit AN, Neitert PJ, Steyer T, McIlwain T, Ornstein S. "The Impact of Direct to Consumer Advertising for Prescription Drugs on Physician Prescribing Behavior for the Treatment for Osteoarthritis." American Economic Association Annual Meetings, Philadelphia, PA, January 2005.

15. **Bradford WD**, Kleit AN, Neitert PJ, Steyer T, McIlwain T, Ornstein S. "The Impact of Direct to Consumer Advertising for Prescription Drugs on Physician Prescribing Behavior for the Treatment for Osteoarthritis" Second Annual Southeastern Health Economics Study Group Conference, Atlanta, GA, November 2004.

16. **Bradford WD**, Silvestri G, Zoller J. "Time preference and willingness to pay for preventive health services: an application to lung cancer screening." American Health Economics Conference, Birmingham, Alabama, April, 2004.

17. Bradford WD, Bearden L. "The impact of diabetes: Costs and resource utilization." American Health Quality Association Technical Meeting, New Orleans, Louisiana, March 2004.

18. **Bradford WD**, Silvestri G, Zoller J. "Time preference and willingness to pay for preventive health services: an application to lung cancer screening." International Health Economics Association Fourth International Conference, San Francisco, California, June 2003.

19. **Bradford WD**, Mobley L. "Employment-Based Health Insurance and the Effectiveness of Intra-Firm Competition Between Insurance Providers." Eleventh Annual Health Economics Conference, Washington, D.C., June 2000.

20. **Bradford WD**. "Direct to Consumer Advertising for Prescription Drugs: A Game Theoretic Model." Eleventh Annual Health Economics Conference, Washington, D.C., June 2000.

21. **Bradford WD**, Krumholz HM. "The Effect of Managed Care Penetration on the Treatment of Acute Myocardial Infarction in the Fee-For-Service Medicare Population." Ninth Annual Health Economics Conference, Ithaca, New York, June 1998.

22. Chen YT, **Bradford WD**, Wang Y, Selzer J, Krumholz H. "The impact of acute renal failure on cost in elderly patients with congestive heart failure." International Society for Pharmacoeconomics and Outcomes Research Third Annual International Meeting, Philadelphia, Pennsylvania, May 1998.

23. **Bradford WD**, Martin RN. "A Theory of Referrals: Applications to the Medical Profession," Fifth Northeast Regional Health Economics Research Symposium, Newport, RI, August 1997.

Declaration of Professor W. David Bradford, Ph.D.

24. Re RN, Krousel-Wood MA, **Bradford WD**, Kleit AN, Runnels J. "A Computer Model for the Evaluation of the Economic Impact of Health Care Technology," Association for Health Services Research, Chicago, Illinois, June 1997.

25. **Bradford WD**, Kleit AN, Krousel-Wood MA, Re RN. "Stochastic Frontier Estimation of Cost Models within the Hospital," Advanced Workshop in Regulation and Competition: 16th Annual Conference, Lake George, New York, May 1997.

26. **Bradford WD**. "Pregnancy and the Demand for Cigarettes," Southern Economic Association Annual Meeting, Washington, D.C., November 1996.

27. **Bradford WD.** "The Effect of State Medicaid Expenditures on the Quantity and Quality of Children Demanded by Welfare-Dependent Households," Econometric Society Session at the Allied Social Sciences Association Annual Meetings, San Francisco, California, 1996.

28. DeFelice LC, **Bradford WD**. "Relative Inefficiencies Between Solo and Group Practice Physicians," Southern Economic Association Annual Meeting, New Orleans, Louisiana, 1995.

29. **Bradford WD**. "Optimal Physician - Hospital Admission Privilege Contracting," Southern Economic Association Annual Meeting, New Orleans, Louisiana, 1995.

30. **Bradford WD**. "The Effect of State Medicaid Expenditures on the Quantity and Quality of Children Demanded by Welfare Dependent Households," Southern Economic Association Annual Meeting, New Orleans, Louisiana, 1995.

31. **Bradford WD**. "Solo Practice versus Partnerships in the Medical Profession: The Influence of Malpractice Risk," Econometric Society Session at the Allied Social Sciences Association Annual Meetings, Boston, Massachusetts, 1993.

32. **Bradford WD**. "The Efficiency of Employment-Based Health Insurance: The Potential for Supra-Marginal Cost Pricing," Southern Economic Association Annual Meeting, New Orleans, Louisiana, 1993.

33. **Bradford WD**. "Solo Practice Versus Partnerships in the Medical Profession: The Influence of Malpractice Risk," Northeast Business and Economics Association Annual Meeting, Portsmouth, New Hampshire, 1993.

34. **Bradford WD**. "The Effects of a Relative Value Reimbursement Scheme on the Medical Market: Lessons from Medicaid," Southern Economic Association Annual Meeting, Washington, D.C., 1992.

35. **Bradford WD**. "National Health Care and Quality of Service: Lessons from Medicaid," Western Economic Association, International Annual Meeting, San Francisco, California, 1992.

36. **Bradford WD**. "A Structural Comparison of the Soft Drink and Malt Beverage Industries," Western Economic Association, International Meetings, San Diego, California, 1990.

37. **Bradford WD**. "A Cost Benefit Study of Mandated Ethanol-Gasoline Blends," (with C. Dahl), Allied Social Sciences Annual Meetings, Atlanta, Georgia, 1989.

38. **Bradford WD**, Dahl C. "Preliminary Report on the Effectiveness of a Mandatory Gasohol Program on Automotive Exhaust Emissions to the Year 2000," (with C. Dahl), Southern Economic Association Meetings, Orlando, Florida, 1989.

Declaration of Professor W. David Bradford, Ph.D.

# Invited Lectures and Non-Academic Presentations

1. "Can Credence Advertising Effects Be Isolated? Can They Be Negative?: Evidence From Pharmaceuticals." Department of Economics, University of Georgia, Athens, GA; October 9, 2008.

2. "Advertising Search, Experience and Credence Characteristics: The Case of Prescription Pharmaceuticals." Department of Economics, Rice University, Houston, TX; April 1, 2008.

3. "The Effect of Direct to Consumer Television Advertising on the Timing of Treatment." Leonard Davis Institute Research Seminar, University of Pennsylvania, Philadelphia, PA; April 18, 2008.

4. "Advertising Search, Experience and Prestige Characteristics: The Case of Prescription Pharmaceuticals." Department of Economics Seminar Series, University of South Carolina, Columbia, SC, October 5, 2007.

5. "Advertising Search, Experience and Prestige Characteristics: The Case of Prescription Pharmaceuticals." Department of Economics Seminar Series, College of Charleston, Charleston, SC, October 5, 2007.

6. "The Impact of Direct to Consumer Advertising on Outcomes of Statin Therapy," Lister Hill Center Seminar Series, Birmingham, AL, March 8, 2006.

7. "The Impact of Direct to Consumer Advertising on Prescription Drugs:" FDA Hearing on Direct to Consumer Advertising, Washington DC, November 1, 2005.

8. "The Impact of Direct to Consumer Advertising for Prescription Drugs on Physician Prescribing Behavior for the Treatment for Osteoarthritis." Department of Economics Seminar Series, University of North Carolina – Greensboro, October 2004.

9. "Time preference and willingness to pay for preventive health services: an application to lung cancer screening." Atlanta Federal Reserve Bank Seminar Series, Federal Reserve Bank, Atlanta, Georgia, July 2004.

10. "Pregnancy and the Demand for Cigarettes" Economics Spring 2001 Seminar Series, Department of Economics, University of South Carolina, February 2001.

11. "Pregnancy and the Demand for Cigarettes" Lister Hill Center for Health Policy 1999–2000 Seminar Series, University of Alabama at Birmingham, July 2000.

12. "Report on: Very Low Birth Weight Outcomes Project" (with L. Beardon, L. Szwebka, C. Gibson) South Carolina State Committee on Obstetrics and Gynecology, January 2000; and South Carolina Medical Association Committee on Perinatal Regionalization, January 2000.

13. "Cost-Benefit and Cost-Effectiveness Analysis Under Review" 4th Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1999.

14. "Tools of the Trade – Resources for Economic Assessment" 4th Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1999.

15. "How to Use the Medical Literature in Practice: Economic Perspectives" 4th Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1999.

Declaration of Professor W. David Bradford, Ph.D.

16. "Cost-Effectiveness and the Economics of Health Care," 3rd Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1998.

17. "Cost Effectiveness / Cost Benefit Analysis in Technology Assessment." 3rd Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1998.

18. "Pregnancy and the Demand for Cigarettes." Yale University, Department of Epidemiology and Public Health Seminar Series, November 1997.

19. "Cost Effectiveness and the Economics of Health Care," 2nd Annual Practical Issues in Outcomes Measurement and Management Continuing Medical Education, New Orleans, Louisiana, April 1997.

20. "The Effectiveness of Catheterization on Mortality from Acute Myocardial Infarction when Controlling for Selection Effects in an Elderly and Non-Elderly Population." Yale University, Department of Epidemiology and Public Health Seminar Series, December 1996.

21. "Medicaid Generosity and the Size of Welfare Dependant Families," Boston University / MIT / Harvard Health Economics Seminar, February 1996.

# Professional Service

## Professional Organizations

- *Advisory Board Member*: American Society of Health Economists

- *Co-Editor*: Health Economics Letters, peer-reviewed journal published by John Wiley and Sons.

- *Editorial Board*: <u>Health Economics</u>, peer-reviewed journal published by John Wiley and Sons.

- *Steering Committee Chair*: Southeastern Health Economics Study Group

- *Steering Committee Member*: Annual Health Economics Conference

## National Policy Sessions

- Writer for American College of Cardiology Bethesda Conference #33, Preventative Cardiology, December 2001.

## Study Session Participation and Proposal Review:

- Permanent Member, Review Committee for National Institutes of Health, Health Services Organization and Delivery (HSOD) Section. October 2008 to present.

- Review Committee for AHA Pharmaceutical Roundtable (PRT) Outcomes Research Center Award Study Section, American Heart Association, June 2008.

- Review Committee for National Institutes of Health, Health Services Organization and Delivery (HSOD) Section. June, 2007, June 2008.

Declaration of Professor W. David Bradford, Ph.D.

- Review Committee for National Institute on Mental Health, Services Research Section. February 7, 2007.

- Review Committee for National Institute on Aging, Program Project Section (ZAG1 ZIJ-9 (O3)). June 2006.

- Review Committee for American Heart Association, Outcomes Study Section, October 2001.

- Review Committee for Agency for Health Care Policy and Research, HS-00-001: Health Care Markets and Managed Care, Rockville MD, February 2000.

- Reviewer for National Science Foundation, Economics Program (Program Announcement: GPG, NSF 99-2), November 1999, November 2003, March 2006.

- Review Committee for National Institute for Alcohol and Alcohol Abuse, ZAA1 FF: Health Services Research on Alcohol-Related Problems, Bethesda, MD, July 1997.

- Review Committee for Centers for Disease Control and Prevention, PE Fellows Class, March 2004, March 2005, March 2006, March 2007.

## Discussant and Session Chair:

- Inaugural Conference of the American Society of Health Economists, June 4–7, 2006; Southeast Health Economics Study Group Symposium Review Panel 2003, 2004, and 2005; 14th European Workshop on Health Economics 2005; International Health Economics Association 5th World Congress 2005; American College of Cardiology Annual Meeting 2004; Southern Economic Association Annual Meeting, 1996; Seventh Annual Health Economics Conference, 1996; American Economic Association Annual Meeting, 1996; Fourth Annual Northeast Regional Research Symposium, 1995; Southern Economics Association Annual Meeting, 1995; Southern Economics Association Annual Meeting, 1993; Southern Economic Association Annual Meeting, 1992; Western Economic Association, International Annual Meeting, 1992.

## Referee:

- Children's Health Care, Economic Inquiry, Journal of Health Economics, Health Economics, Health Services Research, Inquiry, International Economic Review, Hypertension, Journal of Business Research, Journal of Clinical Epidemiology, Journal of Health Economics, Journal of Political Economy, Medical Care, Review of Industrial Organization.

Declaration of Professor W. David Bradford, Ph.D.

## Legal Consults Involving Testimony and Deposition

- United States v. Mark Steven Miller In re: Claim of William R. Davidson: Case No. 3:02CR722; deposition given on July 29, 2004. (Contact attorney: Betty J. Konen, Assistant U.S. Attorney, U.S. Department of Justice, Cleveland, Ohio.)

- Lowcountry Orthopaedic, PA, J. David Dalton, M.D., Joel R. Cox, M.D., Michael A Maginnis, M.D., and James J. McCoy, M.D. v. Trident Medical Care Center, LLC and HCA Inc.: Case No. 99-CP-08-2279; deposition given on August 24, 2004. (Contact attorney: Richard Farrier, Nelson Mullins Riley & Scarborough, Charleston, South Carolina.)

- Alexis Sams and all others similarly situated vs. Palmetto Health Alliance d/b/a Palmetto Richland and Palmetto Baptist.: Case No. 04-CP-40-4168; and Frances Bonetto and all others similarly situated vs. Palmetto Health Alliance d/b/a Palmetto Richland and Palmetto Baptist.: Case No. 04-CP-40-4362; deposition given on October 20, 2005. (Contact attorney: Daniel C. Leonardi, Nexsen Pruet Adams & Kleemeier, LLC, Columbia, South Carolina.)

- Martha Ward on behalf of herself and others similarly situated vs. Dixie National Life Insurance Company and National Foundation Life Insurance Company: Case No. 03-3-3239-17; deposition given on December 20, 2005. (Contact attorney: J. Calhoun Watson, Sowell Gray Stepp & Laffitte, LLC, Columbia, South Carolina.)

- United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., United States District Court for the District of Massachusetts, Civil Action No. 05-11084-PBS; deposition given on May 7-8, 2009.

- The State of Texas ex rel. Ven-A-Care of the Florida Keys, Inc. v. Sandoz, Inc., et al., on behalf of Mylan Pharmaceuticals Inc., Mylan Inc., and UDL Laboratories, Inc., District Court of Travis County, Texas, 201st Judicial District, Cause No. D-1-GV-07-001259.

## Legal Consults Involving Testimony Only

- Bridget Kennedy, as Administratrix of the estate of Zakiya Kennedy, deceased, vs. Ortho-McNeil Pharmaceutical, Inc., Johnson and Johnson, Columbus & 103rd Street Drug Corp., the Mount Sinai Hospital, and Thain Rousseau-Pierre, MD: Supreme Court of the State of New York, County of New York, Index No: 106921/05. (Contact attorney: Terry Tottenham, Fulbright & Jaworski, LLP, Austin, Texas.)

- Ronald Drazin et al., vs. Horizon Blue Cross Blue Shield of New Jersey, et al.: Civil Action No. 06-6219. (Contact attorney: Randee M. Matloff, Esq., Nagel Rice, LLP, Roseland, New Jersey.)

Declaration of Professor W. David Bradford, Ph.D.

# Departmental and University Service

## Department of Public Administration and Policy, University of Georgia

- Faculty Executive Committee, 2008 to present
- External Funding Committee, 2008 to present
- Medical University of South Carolina
- Faculty Convocation Committee Chair, 2002–2003
- Faculty Convocation Committee, 2000–2004
- Healthy South Carolina Advisory Board, 2000–2003
- Department of Medicine Roundtable on National Health Insurance, Panelist, 2000
- MUSC University Research Council, 2001–present
- MUSC Planning Committee, CTSA Project, April 2006–present

## College of Health Professions, Medical University of South Carolina

- College of Health Professions Tenure Committee Chair, 2001–2002
- Dean's Council, 2002–present
- Chair, Faculty Assembly, 2005–2006
- Student Scholarship and Faculty Award Committee Chair, 2002–2005

## Department of Health Administration and Policy, Medical University of South Carolina

- Faculty Promotion Committee, 2000–2001
- Research Committee Chair, 1999–2001
- Health Administration and Policy Departmental Hiring Committee, 2001–2002
- DHA Leadership Committee, 2001–2002
- Director, Health Economics Research Unit, 1999–2002

## Center for Health Economic and Policy Studies, Medical University of South Carolina

- Director, 2003–present

## Center for Health Care Research, Medical University of South Carolina

- Faculty Search Committee, 1998–1999
- Visiting Scholar Program Director, 1998–2001

Declaration of Professor W. David Bradford, Ph.D.

- Executive Committee, 2000–2001

## Department of Economics, University of New Hampshire:

- Hiring Committee for McKerley Endowed Chair in Health Economics, 1997–1998
- Graduate Theory Exam Committee, 1991–1998
- Department of Economics Graduate Program Coordinator, 1996–1997
- Undergraduate Program Committee, 1991–1993
- Graduate Program Committee, 1993
- Graduate Program Committee 1995–1997
- Faculty Recruiting Committee, 1991–1992
- Faculty Recruiting Committee, 1993
- Faculty Recruiting Committee, 1996.

## University of New Hampshire:

- University Graduate Council, 1993–1995.

## Teaching Responsibilities

- Advanced Topics in Statistical Modeling, (Ph.D. level, Department of Public Administration and Policy, University of Georgia).
- Program Evaluation, (Masters and Ph.D. level, Department of Public Administration and Policy, University of Georgia).
- Logical Tools for Decision Making, (Doctoral level, Department of Health Administration and Policy, Medical University of South Carolina).
- Health Care Financial Management, (Doctoral level, Department of Health Administration and Policy, Medical University of South Carolina).
- Microeconomic Theory I, (Ph.D. level, Department of Economics, University of New Hampshire).
- Industrial Organization II, (Ph.D. level, Department of Economics, University of New Hampshire).
- Health Economics, (Undergraduate level, Department of Economics, University of New Hampshire; Master's level, Department of Health Management and Policy, University of New Hampshire; Master's Level, Department of Health Administration and Policy, Medical University of South Carolina).

Declaration of Professor W. David Bradford, Ph.D.

- Intermediate Microeconomic Theory, (Department of Economics, University of New Hampshire).
- Principles of Economics, (Undergraduate level, Department of Economics, University of New Hampshire; Department of Economics, Louisiana State University).

## Professional Organizations

- American Economic Association
- American Society of Health Economists
- International Health Economics Association
- Omicron Delta Epsilon
- Southern Economic Association
- Western Economic Association

## Personal

- Birth Date: January 27, 1965.
- Marital Status: Married, two children.
- Citizenship: U.S.A.

## References

- Dr. James F. Burgess, Jr.
  Health Policy & Management
  Boston University School of Public Health
  715 Albany Street, Talbot Building
  Boston, MA 02118
  (617) 414-1424
- Andrew N. Kleit, Ph.D.
  Department of Meteorology
  507 Walker Building
  University Park, PA 16802
  (814) 865-0711
- Marie A. Krousel-Wood, MD
  Division of Research

Declaration of Professor W. David Bradford, Ph.D.

Alton-Ochsner Medical Foundation

1516 Jefferson Highway

New Orleans, LA 70121

(504) 842-3562

- Michael A. Morrisey, Ph.D.

  Department of Health Care Organization and Policy

  The University of Alabama at Birmingham

  1665 University Boulevard, RPHB 330

  Birmingham, Alabama 35294-0022

  (205) 975-8966

- John A. Rizzo, Ph.D.

  Department of Economics

  State University of New York at Stony Brook

  Stony Brook, NY 11794-4384

  (631) 632-7526