# EXHIBIT 10

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

Johnston, Russell                    CONFIDENTIAL                    December 10, 2008
                                      New York, NY

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF MASSACHUSETTS
 3   -------------------------------X
 4   In Re:  PHARMACEUTICAL          )
 5   INDUSTRY AVERAGE WHOLESALE      )   MDL No. 1456
 6   PRICE LITIGATION                )   Civil Action No.
 7   -------------------------------X    01-12257-PBS
 8   THIS DOCUMENT RELATES TO:       )
 9   United States of America ex     )   CONFIDENTIAL
10   rel. Ven-A-Care of the          )
11   Florida Keys, Inc., et al.      )   DEPOSITION OF
12   v. Dey, Inc., et al., Civil     )   RUSSELL JOHNSTON
13   Action No. 05-11084-PBS; and    )
14   United States of America ex     )   December 10, 2008
15   rel. Ven-A-Care of the          )   9:39 a.m.
16   Florida Keys, Inc., et al.,     )
17   v. Boehringer Ingelheim Corp.,  )   New York, NY
18   et al., Civil Action No.        )
19   07-10248-PBS                    )
20   -------------------------------X
21
22
```

Johnston, Russell                CONFIDENTIAL                December 10, 2008
                                 New York, NY

Page 29

```
 1            MR. DOYLE:  Objection to form.
 2       A.   -- my knowledge.
 3       Q.   And excuse me if I sound a little
 4   repetitive.  I'll ask some similar questions
 5   regarding WAC prices.
 6            WAC prices, am I correct in
 7   understanding that Dey's wholesale acquisition
 8   cost, the prices that Dey reports, reflect the
 9   amount shown generally on the invoices that Dey
10   submits to wholesalers for its drugs?
11       A.   It is the invoice price to wholesalers
12   for our products.
13       Q.   Okay.  Typically when Dey sells to a
14   wholesaler is there a contract price which is
15   lower than the WAC price?
16       A.   When we sell to a wholesaler?
17       Q.   Yes.
18            MR. DOYLE:  Objection as to form.
19       A.   No.
20       Q.   No?
21       A.   (Shaking head.)
22       Q.   Does Dey offer -- provide certain
```

Johnston, Russell                    CONFIDENTIAL                    December 10, 2008
                                     New York, NY

Page 31

1    A.   No.  And let me speak about rebates.

2         No, let me -- besides the prompt pay
3    and certain stocking discounts that may be
4    provided to the wholesaler in the event of a new
5    warehouse or stocking a new product, if the
6    wholesaler has its own GPO function with respect
7    to that contract there could be some rebate
8    components.

9    Q.   Is the WAC price that Dey reports for
10   its drugs higher than the average of the actual
11   net price paid by wholesalers for its drugs after
12   discounts?

13        MR. DOYLE:  Objection as to form.

14   A.   And again, I -- wholesale acquisition
15   cost is the invoice price charged every
16   wholesaler for every Dey product.

17   Q.   I understand that.

18   A.   And we've talked prompt pay as a
19   possibility if, in fact, the invoice is paid on
20   time, and so with respect to selling it to the
21   wholesaler that's normally the landscape.

22   Q.   Is the --