# EXHIBIT 11

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

Johnston, Russell - Vol. II         CONFIDENTIAL                December 11, 2008
                                     New York, NY

Page 259

```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MASSACHUSETTS

 3      -------------------------------X

 4      In Re:  PHARMACEUTICAL          )

 5      INDUSTRY AVERAGE WHOLESALE      )   MDL No. 1456

 6      PRICE LITIGATION                )   Civil Action No.

 7      -------------------------------X   01-12257-PBS

 8      THIS DOCUMENT RELATES TO:        )

 9      United States of America ex      )   CONFIDENTIAL

10      rel. Ven-A-Care of the           )

11      Florida Keys, Inc., et al.       )   DEPOSITION OF

12      v. Dey, Inc., et al., Civil      )   RUSSELL JOHNSTON

13      Action No. 05-11084-PBS; and     )      VOLUME II

14      United States of America ex      )

15      rel. Ven-A-Care of the           )   December 11, 2008

16      Florida Keys, Inc., et al.,      )   9:06 a.m.

17      v. Boehringer Ingelheim Corp.,)

18      et al., Civil Action No.         )   New York, NY

19      07-10248-PBS                     )

20      -------------------------------X

21

22
```

Johnston, Russell - Vol. II      CONFIDENTIAL      December 11, 2008
New York, NY

Page 501

1    WAC.

2        WAC is or W-A-C stands for wholesaler

3    acquisition cost, correct?

4      A.    Wholesale acquisition cost.

5      Q.    Okay. And that's the cost at which a

6    wholesaler buys a drug from a manufacturer such

7    as Dey, right?

8      A.    And that is the price that -- speaking

9    for Dey, which is my experience -- is the price

10    we invoice a wholesaler for the purchase of any

11    Dey product.

12     Q.    So put another way, WAC is the price at

13    which you, Dey, sell to a wholesaler such as

14    AmeriSource, correct?

15     A.    And it's defined as the invoice price

16    that we invoice a wholesaler when they purchase

17    any Dey product.

18     Q.    When you say it's defined, where is it

19    defined like that?

20     A.    Well, we were just reading one of --

21     Q.    Oh, it's defined by Dey in that way?

22     A.    Well, I think that that's been our