# EXHIBIT 13

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

Page 576

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3   -----------------------------------X
 4   IN RE PHARMACEUTICAL INDUSTRY      )
 5   AVERAGE WHOLESALE PRICE LITIGATION)
 6   -----------------------------------X Volume III
 7   THIS DOCUMENT RELATES TO:          ) MDL NO. 1456
 8   The City of New York, et al.,      ) Civil Action
 9      V.                              ) No. 01-12257-PBS
10   Abbott Laboratories, et al.        )
11   -----------------------------------X
12   THIS DOCUMENT RELATES TO:          ) PORTIONS OF THIS
13   State of California, ex rel.       ) TRANSCRIPT ARE
14   Ven-A-Care v. Abbott Laboratories,) DESIGNATED
15   Inc., et al., Case No.             ) HIGHLY
16   03-cv-11226-PBS                    ) CONFIDENTIAL
17   -----------------------------------X
18                  OCTOBER 2, 2008
19         DEPOSITION OF DEY, L.P. AND DEY, INC.
20            BY PAMELA MARRS - VOLUME III
21
22   Reported By: WENDY L. VAN MEERBEKE, CSR No. 3676
```

Dey, LP and Dey, Inc (Pamela Marrs) - Vol. III    PORTIONS DESIGNATED HIGHLY CONFIDENTIAL         October 2, 2008
Napa, CA

Page 662

```
 1      Q.    Okay.  That's -- that's your position.
 2            Is -- do Dey's reported WAC prices take
 3   into account and reflect price reductions, cash
 4   discounts, free goods, rebates and other price
 5   concessions?
 6      A.    WAC is the invoice price.  To the
 7   extent that the -- the invoice price declines
 8   over time, then it takes that reduction over time
 9   into account as there's competition in the
10   marketplace.  So you will see WAC go down.
11            Is it a complete, final net price and
12   does it reflect all discounts?  No, it does not.
13      Q.    It does not reflect rebates; correct?
14      A.    It does not reflect rebates.
15      Q.    It does not reflect any cash discounts
16   for prompt pay; correct?
17      A.    Correct.
18      Q.    It does not reflect chargebacks?
19      A.    That's correct.
20      Q.    I'd like to ask you some questions
21   about topic 14 on Exhibit 1.  Let me know when
22   you've finished reading that.
```

Henderson Legal Services, Inc.
202-220-4158                                                          www.hendersonlegalservices.com

```
 1   smaller scale can we make the price adjustment at
 2   the end of January?  This is the first I've heard
 3   about a price adjustment before year end.  You
 4   and I usually discuss this first, and there are
 5   some reasons why I don't think this is a good
 6   idea this year."
 7        Q.   Do you remember writing this?
 8        A.   I don't remember writing it, but I can
 9   sort of understand why I did.
10        Q.   I'm curious when you say, "You and I
11   usually discuss this first."  What does that
12   mean?
13        A.   In -- first of all, whenever you reduce
14   -- this is talking about a WAC decrease.  So
15   whenever the -- this was during a time when there
16   was a lot of competition in the marketplace, so
17   as the contract prices go down, then the
18   difference between the contract price and WAC
19   gets bigger, and that inflates the chargebacks.
20   So from a business standpoint, we're issuing a
21   two-percent cash discount on a very high WAC.
22   We've got millions of dollars going through
```