# EXHIBIT 14

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

223

```
 1                    CAUSE NO. GV002327
 2   THE STATE OF TEXAS        )  IN THE DISTRICT COURT
     ex rel.                   )
 3       VEN-A-CARE OF THE     )
         FLORIDA KEYS, INC.    )
 4                             )
            Plaintiffs,        )
 5                             )
     VS.                       )  TRAVIS COUNTY, TEXAS
 6                             )
     DEY, INC.; ROXANE         )
 7   LABORATORIES, INC. and    )
     WARRICK PHARMACEUTICALS   )
 8   CORPORATION,              )
                               )
 9          Defendants.        )  53rd JUDICIAL DISTRICT
10   *********************************************
11           ORAL AND VIDEOTAPED DEPOSITION OF
12                  ROBERT FRANCIS MOZAK
                       VOLUME II
13                  April 30th, 2002
14   *********************************************
15           ORAL AND VIDEOTAPED DEPOSITION OF
16   ROBERT FRANCIS MOZAK, produced as a witness at the
17   instance of the State of Texas and duly sworn, was
18   taken in the above-styled and numbered cause on the
19   30th of April, 2002, from 9:09 a.m. to 5:02 p.m.,
20   before Debra L. Sietsma, CSR in and for the State of
21   Texas, reported by machine shorthand, at Coudert
22   Brothers, 600 Beach Street, San Francisco, California,
23   pursuant to the Texas Rules of Civil Procedure and the
24   provisions as previously set forth.
25
```

372

1  one, to bring it closer to the contract prices.
2  That's the first reason. You stated it yourself.
3              And secondly, it -- it reduced the cash
4  discount we might be paying to a wholesaler on a lower
5  WAC versus a higher WAC, and those were the -- the
6  principal reasons we would lower our WAC.
7     Q.   Let's take those two in order.
8              You said that the first answer was just
9  to bring it closer to the contract price?
10    A.   That's correct.
11    Q.   Why would you have any desire to bring the
12 WAC closer to the contract price?
13    A.   Because it reduced the -- the spread between
14 the contract price and the WAC, which, in turn,
15 reduced our chargebacks or reduced the chargebacks
16 that the wholesaler would claim from Dey Laboratories.
17 So instead of a larger -- as the contract price came
18 down, the amount of the chargeback grew, so we lowered
19 the -- the WAC price so that the chargeback would also
20 be reduced.
21    Q.   So it's a cost-saving measure for Dey to
22 lessen the amount that it has to pay back to the
23 wholesaler in the form of a chargeback?
24    A.   Well, it also lessens the -- the
25 out-of-pocket to the wholesaler as well.