# EXHIBIT 27

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

Case 1:01-cv-12257-PBS   Document 6699-28   Filed 11/25/09   Page 2 of 5

Gorospe, Pharm. D., J. Kevin - Vol. II                          September 22, 2008
                         Sacramento, CA

394

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------x

IN RE PHARMACEUTICAL INDUSTRY)

AVERAGE WHOLESALE PRICE          )

LITIGATION                       )

_____)

THIS DOCUMENT RELATES TO      ) MDL No. 1456

State of California, ex rel. ) Civil Action:

Ven-A-Care v. Abbott          ) 01-12258-PBS

Laboratories, Inc., et al.    )

------------------------------x

VOL. II

--oOo--

MONDAY, SEPTEMBER 22, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

J. KEVIN GOROSPE, Pharm.D.

--oOo--


Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

Case 1:01-cv-12257-PBS   Document 6699-28   Filed 11/25/09   Page 3 of 5

Gorospe, Pharm. D., J. Kevin - Vol. II                September 22, 2008
Sacramento, CA

409

1    Q.   And as of March you were still in that
2    position.
3         Are you still Chief of Pharmacy Policy?
4    **A.   Yes.**
5    Q.   Do you recall last time going over some
6    -- some reports from the Federal ATHSOIG and from
7    California auditors regarding Medi-Cal pharmacy
8    programs and Medicaid programs generally?
9    **A.   Yes.**
10   Q.   And, as you recall, some of those
11   documents you recognized, some you -- some you did
12   not, but generally you testified that you'd expect
13   that someone from your pharmaceutical unit would
14   have reviewed those types of documents?
15   **A.   Yes.**
16   Q.   I'm going to show you a couple of those
17   reports that you looked at last time.  I'm just
18   trying to get a better understanding for how a
19   report might come in to your possession or in to
20   the possession of somebody in your unit.
21        So first I'm going to take -- this was
22   previously marked as Exhibit 18 during the last

Case 1:01-cv-12257-PBS    Document 6699-28    Filed 11/25/09    Page 4 of 5

Gorospe, Pharm. D., J. Kevin - Vol. II                September 22, 2008
                        Sacramento, CA

688

1    the tape.

2            VIDEOGRAPHER:  This is the end of tape

3    three, volume two, of the deposition of Kevin

4    Gorospe.

5            We are off the record at 4:36 p.m.

6            (Discussion off the record)

7            VIDEOGRAPHER:  This is the beginning of

8    tape four, volume two, of the deposition of Kevin

9    Gorospe.

10           We are on the record at 4:40 p.m.

11   BY MR. ROBBEN:

12      Q.   A few minutes ago you said that you had

13   received letters such as Exhibit 63 from other

14   manufacturers and that you passed those on to Mr.

15   Terra.

16           Did it ever occur that when you passed on

17   one of those letters to Mr. Terra he -- he asked

18   you to subsequently investigate anything about the

19   company that had sent it?

20      **A.   No, not that I can recall.**

21      Q.   Do you remember any -- any type of

22   letter like this exhibit touching off some type of

Case 1:01-cv-12257-PBS   Document 6699-28   Filed 11/25/09   Page 5 of 5

Gorospe, Pharm. D., J. Kevin - Vol. II                September 22, 2008
Sacramento, CA

689

1    investigation, whether you did it or not?
2            MR. PAUL:  Objection to form.
3            THE WITNESS:  No.
4    BY MR. ROBBEN:
5       Q.   At the previous day of your deposition
6    you testified that you were familiar with something
7    called "usual and customary charge."
8            Do you remember that testimony?
9       **A.   Yes.**
10      Q.   And do I have it right that usual and
11   customary charge is an amount reported by a
12   pharmacy provider to Medi-Cal?
13      **A.   Yes.**
14      Q.   Okay.  And that that number is a
15   representation by the provider to Medi-Cal that
16   that's their usual and customary charge to the
17   public?
18           Is that correct?
19      **A.   Yes.**
20      Q.   Okay.  When a provider submits a claim
21   for a Medi-Cal -- for a drug submitted to a
22   Medi-Cal beneficiary, do they submit along with