# EXHIBIT 28

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL.(707) 224-3200 FAX (707) 224-8918

March 16, 1999

State Medicaid Administrator

Dear Administrator:

Please accept this letter as formal notification of the following price change for EpiPen® and EpiPen® Jr. (epinephrine auto-injectors). Effective April 1, 1999, pricing will change as follows:

| Product | NDC Number | Description | AWP per Unit |
|---|---|---|---|
| EpiPen® | 49502-500-01 | epinephrine auto-injectors | $39.70 |
| EpiPen® Jr. | 49502-501-01 | epinephrine auto-injectors | $39.70 |

Please update your records accordingly and note that Dey has a current Medicaid rebate agreement with the Federal Government.

As you know, the Average Wholesale Price (or "AWP") per unit listed above does not represent actual wholesale prices which will be charged or paid for this product. There is no actual sales price from which any average wholesale price can even be calculated for this product since the product has not yet been sold. It is Dey's practice to set an AWP before a product is first sold and not subsequently to change that figure. We understand that this is consistent with industry practice and is understood by state and federal Medicaid regulators.

If you need additional information, please feel free to contact Eve Gmeiner, Product Manager, at 800-755-5560, ext. 7440.

Sincerely,

Robert F. Mozak
Executive Vice President
Sales and Marketing

CONFIDENTIAL
DL-0050171

A Lipha Americas Company
An Associate of Merck KGaA, Darmstadt, Germany

DL-0050171