# EXHIBIT 29

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid
in Support of Dey's Motion for Partial Summary Judgment**

March 16, 1999

State Medicaid Administrator

Dear Administrator:

  Dey is pleased to introduce **EasiVent™ Mask** for use with EasiVent™ Valved Holding Chamber, the only valved holding chamber designed to carry the complete MDI kit inside. EasiVent™ Masks are available in three convenient sizes – small, medium, and large. They are sold **separately** from the EasiVent™ Valved Holding Chamber, are latex-free, easy to clean, and conform comfortably to the face. Please update your records accordingly and note that Dey has a current Medicaid rebate agreement with the Federal Government.

| NDC Number | UPC Code | Description | Units per Case | WAC per Unit | AWP per Unit |
|---|---|---|---|---|---|
| 49502-208-01 | 3-49502-208-01-0 | EasiVent™ Mask-Small | 10 | $5.75 | $6.90 |
| 49502-208-02 | 3-49502-208-02-7 | EasiVent™ Mask-Medium | 10 | $5.75 | $6.90 |
| 49502-208-03 | 3-49502-208-03-4 | EasiVent™ Mask-Large | 10 | $5.75 | $6.90 |

  As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and Dey believes that WAC generally means the actual <u>invoice</u> price charged by a pharmaceutical manufacturer to it drug wholesalers. As you also know, WAC does <u>not</u> include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other such cost adjustments which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of invoice. Therefore, we remind you that <u>WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid</u>. The Average Wholesale Price (or "AWP") per unit listed above does <u>not</u> represent actual wholesale prices which will be charged or paid for this product. There is no actual sales price from which any average wholesale price can even be calculated for this product since the product has not yet been sold. It is Dey's practice to set an AWP before a product is first sold and not subsequently to change that figure. We understand that this is consistent with industry practice and is understood by state and federal Medicaid regulators.

  If you need additional information, please feel free to contact Caroline Schutta, Product Manager, at 800-755-5560, ext. 7270.

Sincerely,

*Robert F. Mozak*
Robert F. Mozak
Executive Vice President
Sales and Marketing

EXHIBIT 063
WIT: Gorospe
DATE: 9-22-08
CAROL NYGARD DROBNY

Highly Confidential

DEY-MDL-0105073

Mailing labels for Medicaid offices needing WAC letter.   Source: p:\flores\dbdata\medicare.rp5   Report: Medicaid WAC Labels   formular.lbl

| | | |
|---|---|---|
| David Laven — MD/WAC<br>DUR Director<br>Alabama Pharmacy Association<br>1211 Carmichael Way<br>Montgomery, AL 36106 | Buddy Bowden — MD/WAC<br>DUR Director<br>Drug Utilization Review Office<br>417 S. Victory Street<br>Little Rock, AR 77201 | Martha Warner — MD/WAC<br>DUR Coordinator<br>Colorado Dept. of Health Care Policy<br>1575 Sherman Street<br>5th Floor<br>Denver, CO 80203 |
| Jerry Wells — MD/WAC<br>Program Manager<br>Agency for Health Care Admin<br>2727 Mahan Drive<br>Tallahassee, FL 32308 | Arnold Shapiro — MD/WAC<br>Pharmacists Program Manager<br>Division of Medical Assistance<br>600 Washington Street<br>5th Floor<br>Boston, MA 02111 | Aileen Zucherman — MD/WAC<br>Chief Investigator<br>Center of Drugs & Public Policy<br>100 Penn Street<br>Room 255<br>Baltimore, MD 21201 |
| Melanie Irwin — MD/WAC<br>DUR Area Coordinator<br>Ohio Department of Human Services<br>30 E. Broad Street<br>31st Floor<br>Columbus, OH 43266 | Paula Avarista — MD/WAC<br>Chief of Pharmacy<br>Department of Human Services<br>600 New London Avenue<br>Cranston, RI 02920 | Martha McNeil — MD/WAC<br>Product Manager<br>Vendor Drug Program<br>12116 Jeckel Circle<br>Austin, TX 78727 |

Highly Confidential

DEY-MDL-0105074

Labels for Medicaid offices requiring AWP letter. Source: p:\flores\dbdata\medicare.rp5   Report: Medicaid AWP labels   Medicaid.dbf

| | | |
|---|---|---|
| Bob Labbe  MD/AWP<br>Director<br>Division of Medical Assistance<br>P.O. Box 110660<br>Juneau, AK 99811 | Thelma Underwood  MD/AWP<br>Adminstrator of Pharmacy Prog.<br>Department of Human Services<br>PO Box 1437 Slot 4105<br>Little Rock, AR 72203 | Kevin Gorospe  MD/AWP<br>Sr. Pharmacy Consultant<br>Medi-Cal Benefits Branch<br>714 P. Street, Room 1786<br>Sacramento, CA 95814 |
| Alan Chapman  MD/AWP<br>Pharmacy Consultant<br>Pharmacy Department Policy & Finance<br>1575 Sherman Street, 5th Floor<br>Denver, CO 80203 | Elizabeth Geary  MD/AWP<br>Pharmacy Consultant<br>Department of Social Services<br>25 Sigourney St.<br>Hartford, CT 06106 | Sal Salinski  MD/AWP<br>Assistant<br>Department of Social Services<br>25 Sigourney St.<br>Hartford, CT 06106 |
| Donna Bovall  MD/AWP<br>Pharmacy Consultant<br>Department of Human Services<br>2100 Martin Luther King Ave, SE<br>Washington, DC 20020 | Cynthia Denemark  MD/AWP<br>Director<br>Medicaid Unit<br>248 Champman Rd., Ste. 200<br>New Castle, DE 19702 | Thelma Mayer  MD/AWP<br>Assistant<br>Medicaid Unit<br>PO Box 906<br>New Castle, DE 19720 |
| Susan McLeod  MD/AWP<br>Pharmacy Consultant<br>Medicaid Program Development<br>PO Box 12600<br>Pharmacy Services A.H.C.A.<br>Tallahassee, FL 32317 | Frances Lipscomb  MD/AWP<br>Pharmacy Consultant<br>Department of Medical Assistance<br>2 Peachtree St.<br>Atlanta, GA 30304 | Ron Taniguchi  MD/AWP<br>Pharmacy Consultant<br>Health Care Administration Division<br>PO Box 339<br>Honolulu, HI 96809 |
| Ronald Mahrenholz  MD/AWP<br>Pharmacy Consultant<br>Division of Medical Services<br>Hoover State Office Building<br>Des Moines, IA 50319 | Gary Duerr  MD/AWP<br>Bureau of Medicaid Policy/Reimbursement<br>450 W. State St., 2nd Floor<br>Boise, ID 83720 | Marvin Hazelwood  MD/AWP<br>Manager<br>Pharmacy & Ancillary Services Program<br>201 S. Grand Ave. E.<br>Springfield, IL 62763 |
| Marc Shirley  MD/AWP<br>Drug Program Director<br>Indiana Medicaid<br>402 W. Washington St., Room W382<br>Indianapolis, IN 46204 | Karen Braman  MD/AWP<br>Contracts Department<br>Division of Medical Services<br>915 Harrison St.<br>Topeka, KS 66612 | Gene Thomas  MD/AWP<br>Pharmacy Consultant<br>Department for Medical Services<br>271 E. Main Street<br>Frankfort, KY 40621 |
| Thomas Collins  MD/AWP<br>Director<br>Department of Health & Hospitals<br>PO Box 91030<br>Baton Rouge, LA 70821 | MJ Terrebonne  MD/AWP<br>Department of Health & Hospitals<br>PO Box 91030<br>Baton Rouge, LA 70821 | Robert Carroll  MD/AWP<br>Pharmacy Program Manager<br>Bureau of Medical Services<br>State House, Station 11<br>Augusta, ME 04333 |
| Sandy Kramer  MD/AWP<br>Pharmacy Consultant<br>Medical Service Administration<br>400 S. Pine Street<br>Lansing, MI 48909 | Barb Hollerung  MD/AWP<br>Program Consultant<br>Department of Human Services<br>444 Lafayette St.<br>St. Paul, MN 55155 | Susan McCann  MD/AWP<br>Pharmaceutical Consultant<br>Medical Services Division<br>PO Box 6500<br>Jefferson City, MO 65102 |
| Kevin Kincade  MD/AWP<br>Executive Director<br>Missouri State Board of Pharmacy<br>P.O. Box 625<br>Jefferson City, MO 65102 | Debbie Stewart  MD/AWP<br>Medicaid Division<br>239 N. Lamar St.<br>Robert E. Lee Building Suite 801<br>Jackson, MS 39201 | Jeffrey Ireland  MD/AWP<br>Program Officer<br>Department of Public Health & Human Serv<br>1400 Broadway<br>Helena, MT 59620 |
| C. Benny Ridout  MD/AWP<br>Pharmacy Consultant<br>Division of Medical Assistance<br>1985 Umstead Drive<br>Raleigh, NC 27603 | Anne M. Haase  MD/AWP<br>Pharmacy Consultant<br>Medical Services Division<br>600 East Blvd<br>Bismark, ND 58505 | Pharmacy Consultant  MD/AWP<br>Medical Serivces Division<br>301 Centennial Mall South<br>5th Floor<br>Lincoln, NE 68509 |

Highly Confidential

DEY-MDL-0105075

Labels for Medicaid offices requiring AWP letter.   Source: p:\flores\dbdata\medicare.rp5   Report: Medicaid AWP labels

| | | |
|---|---|---|
| Lise Farrand  MD/AWP<br>Pharmacy Consultant<br>Office of Medical Services/Human Service<br>6 Hazen Drive<br>Concord, NH  03301 | Edward Vaccaro  MD/AWP<br>Division of Medical Assistance/Health<br>CN-7121<br>New Jersey Pharmacy Services Medic.<br>Trenton, NJ  08625 | Chuck Reynolds  MD/AWP<br>Pharmacy Consultant<br>Medical Assistance Division<br>PO Box 2348<br>Santa Fe, NM  87504 |
| Laurie Squartsoff  MD/AWP<br>Pharmacy Consultant<br>Nevada Medicaid Office<br>2527 N. Carson St.<br>Carson City, NV  89710 | Mark-Richard Butt  MD/AWP<br>Pharmacy Program Manager<br>Division of Health & Long Term Care<br>40 North Pearl Street<br>Albany, NY  12243 | Marlene Dixon  MD/AWP<br>Pharmacy Program Specialist<br>Division of Health & Long Term Care<br>40 North Pearl Street<br>Albany, NY  12243 |
| Robert Reid  MD/AWP<br>Pharmacy Consultant<br>Bureau of Medicaid Policy<br>30 E. Broad St., 31st Floor<br>Columbus, OH  43266 | Ralph Hiett  MD/AWP<br>Medical Services Division<br>4545 N. Lincoln<br>Suite 124<br>Oklahoma City, OK  73105 | Bev Castor  MD/AWP<br>Pharmacy Policy Analyst<br>OMAP-HPPU<br>500 Summer St. NE<br>Salem, OR  97310 |
| Joseph E. Concino  MD/AWP<br>Policy Specialist<br>Medical Assistance Program<br>PO Box 8043<br>Harrisburg, PA  17105 | Isabel Amandry  MD/AWP<br>Pharmacy Consultant<br>Department of Health<br>PO Box 1137<br>San Juan, PR  00910 | James M. Assey  MD/AWP<br>Pharmacy Consultant<br>Health & Human Services<br>1801 Main St.<br>12th Floor<br>Columbia, SC  29202 |
| Bob Coolidge  MD/AWP<br>Pharmacy Consultant<br>Office of Medical Services<br>700 Governor's Dr.<br>Pierre, SD  57501 | H. Leo Sullivan  MD/AWP<br>Pharmacy Consultant<br>Department of Health<br>729 Church Street<br>Nashville, TN  37247 | RaeDell Ashley  MD/AWP<br>Pharmacy Consultant<br>Health Care Financing Division<br>Box 142906<br>Salt Lake City, UT  84114-2906 |
| David Sheppard  MD/AWP<br>Pharmacy Consultant<br>Department of Medical Assistance<br>600 E. Broad Street<br>Suite 1300<br>Richmond, VA  23219 | Debbie Austin  MD/AWP<br>Vermont Medicaid Division<br>103 S. Main Street<br>Waterbury, VT  05671 | Garth Holmes  MD/AWP<br>Pharmacy Consultant<br>Department of Social & Health Services<br>623 8th Street<br>Olympia, WA  98504 |
| Michael Boushon  MD/AWP<br>Pharmacy Consultant<br>1W. Wilson Street<br>Madison, WI  53701 | Diane Cross  MD/AWP<br>Pharmacy Coordinator<br>Office of Medical Services<br>7012 Mac Corkle Ave., SE<br>State Capitol Complex Bldg 6<br>Charleston, WV  25304 | Linda O'Grady  MD/AWP<br>Deputy Director<br>Division of Heath Care Finance<br>6101 Yellowstone Rd.<br>Room 259B<br>Cheyenne, WY  82009 |

Highly Confidential

DEY-MDL-0105076