# EXHIBIT 30

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200 FAX (707) 224-8918

August 10, 1999

State Medicaid Administrator

Dear Administrator:

During the week of July 26, 1999, Dey introduced a new *sterile*-produced **Albuterol Sulfate Inhalation Solution 0.5%** multidose concentrate, replacing the current 0.5% Albuterol solution. In compliance with the FDA proposed rule that will "require all inhalation solution products, including those currently approved, be manufactured as sterile", Dey is among the first companies to offer a *sterile* multidose formulation. Even though the FDA guidelines for sterile-produced products have not yet been formally mandated, in keeping with our unit-dose products, which have always been sterile, Dey felt it was important to make this change.

Our new multidose concentrate is AN rated to Proventil® and Ventolin® Inhalation Solutions. **Pricing and case packs remain constant. However, the NDC number will change as indicated below**. Please update your records accordingly and note that Dey has a current Medicaid rebate agreement with the Federal Government.

| NDC Number | Description | Units per Case | WAC per Unit | AWP per Unit |
|---|---|---|---|---|
| **NEW**   49502-105-01 | Albuterol Sulfate Inhalation Solution 0.5% | 72 | $5.05 | $14.99 |
| OLD        49502-196-20 | Albuterol Sulfate Inhalation Solution 0.5% | 72 | $5.05 | $14.99 |

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and Dey believes that WAC generally means the <u>invoice</u> price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does <u>not</u> include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other such cost adjustments which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of invoice. Therefore, we remind you that <u>WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid</u>. Further, as you also know, the Average Wholesale Price (or "AWP") per unit listed above does <u>not</u> represent actual wholesale prices which will be charged or paid for this product. It is Dey's practice to set an AWP before a product is first sold and not subsequently to change that figure. We understand that this is consistent with industry practice and is understood by state and federal Medicaid regulators.

If you need additional information, please feel free to contact Todd Galles, Senior Product Manager, at 800-755-5560, ext. 7450.

Sincerely,

Robert F. Mozak
Executive Vice President
Sales and Marketing

Proventil® is a registered trademark of Schering Corporation
Ventolin® is a registered trademark of Glaxo Wellcome.

A Lipha Americas Company
An Associate of Merck KGaA, Darmstadt, Germany

DEY-LABS-0415389

August 10, 1999

State Medicaid Administrator

Dear Administrator:

During the week of July 26, 1999, Dey introduced a new *sterile*-produced **Albuterol Sulfate Inhalation Solution 0.5%** multidose concentrate, replacing the current 0.5% Albuterol solution. In compliance with the FDA proposed rule that will "require all inhalation solution products, including those currently approved, be manufactured as sterile", Dey is among the first companies to offer a *sterile* multidose formulation. Even though the FDA guidelines for sterile-produced products have not yet been formally mandated, in keeping with our unit-dose products, which have always been sterile, Dey felt it was important to make this change.

Our new multidose concentrate is AN rated to Proventil® and Ventolin® Inhalation Solutions. **Pricing and case packs remain constant. However, the NDC number will change as indicated below.** Please update your records accordingly and note that Dey has a current Medicaid rebate agreement with the Federal Government.

| NDC Number | Description | Units per Case | WAC per Unit | AWP per Unit |
|---|---|---|---|---|
| NEW   49502-105-01 | Albuterol Sulfate Inhalation Solution 0.5% | 72 | $5.05 | $14.99 |
| OLD   49502-196-20 | Albuterol Sulfate Inhalation Solution 0.5% | 72 | $5.05 | $14.99 |

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and Dey believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other such cost adjustments which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. Further, as you also know, the Average Wholesale Price (or "AWP") per unit listed above does not represent actual wholesale prices which will be charged or paid for this product It is Dey's practice to set an AWP before a product is first sold and not subsequently to change that figure. We understand that this is consistent with industry practice and is understood by state and federal Medicaid regulators.

If you need additional information, please feel free to contact Todd Galles, Senior Product Manager, at 800-755-5560, ext. 7450.

Sincerely,

Robert F. Mozak
Executive Vice President
Sales and Marketing

Proventil® is a registered trademark of Schering Corporation
Ventolin® is a registered trademark of Glaxo Wellcome.

*Medicaid WAC*

Mary Hayes-Finch
Associate Director
Medicaid Services Div. c/o Pharmacy Unit
501 Dexter Avenue
P.O 5624     Zip 36103-5624
Montgomery, AL  36104

Robert Reid, R. Ph.
Pharmacy Consultant
Bureau of Medicaid Policy
30 E. Broad St., 31st Floor
Columbus, OH  43266

Karen Braman,
Contracts Department
Division of Medical Services
915 Harrison St. # 651S
Topeka, KS  66612

Martha McNeill, R. Ph.
Director of Product Management
Department of Health Vendor Drug
Program
1100 W. 49th St.
Austin, TX  78727

Frank Tetkoski,
Manager, Pharmacy Services
Medical Care Policy Administration
201 W. Preston St. Room 132
Baltimore, MD  21201

DEY-LABS-0415391

Arizona WAC

Thomas Roff, M.D.
Medical Director
DES/CMDP
P.O. Box 29202
3225 North Central Ave., 10th Floor
Phoenix, AZ 85038-9209

Weasley Romberger, M.D.
Medical Director
FHP of Northeastern Arizona
P.O. Box 2069
Cottonwood, AZ 85282

Martin Blume, M.D.
Medical Director
Phoenix Health Plan
2700 N. Third Street
Suite 3000
Phoenix, AZ 85004

Rober Bechum, M.D.
Medical Director
Cigna Community Choice
11001 North Black Canyon Hwy
Phoenix, AZ 85029

Janis Johnson, M.D.
Medical Director
University Family Care
575 E. River Road
Tucson, AZ 85704

Anna Scherzer, M.D.
Medical Director
DES/DDD Site Code 791A
1789 W. Jefferson
Site Code 791A, 4th Floor
Phoenix, AZ 85007

S. Stevens-Groff, M.D.
Medical Director
Health Choice of Arizona
1600 W. Broadway
Suite 260
Tempe, AZ 85282

Marlene Bluestein, M.D.
Medical Director
Pinal County Long Term Care
P.O. Box 2140
Florence, AZ 85232-2140

Bill Braggs,
Medical Services Manager
Maricopa Managed Care Systems
2516 E. University Drive
Building C
Phoenix, AZ 85034

Gail Montez, R.N
Utilization Manager
Doctor's Health Plan
517 W Main St
Safford, AZ 85546-2726

Mark Clark, R.Ph
Pharmacist
Mercy Care Plan
2800 N. Central Avenue
Suite 400
Phoenix, AZ 85004

Ramona Woodriff, M.D.
Medical Director
Ventana Health Systems, Inc.
7600 N 16th St
Suite 150
Phoenix, AZ 85020

Rhema Sayers, M.D.
Medical Director
Cochise Health Systems
1415 W. Melody Lane
Building A
Bisbee, AZ 85603

DEY-LABS-0415392

Formulary AWP

Lesley Falls,
DUR Director
Drug Utilization Review Office
417 S. Victory Street
Little Rock, AR 77201

Lloyd Jessen, R.PH
Executive Director
Iowa Board of Pharmacy
1209 E. Court Ave
Des Moines, IA 50319

James Kennion, R.Ph.
Pharmacis
Medical Services Administration
400 S. Pine Street
Lansing, MI 48909

C. Benny Ridout, R. Ph.
Pharmacy Consultant
Division of Medical Assistance
1985 Umstead Dr.
Raleigh, NC 27603

Bill Peifer, R.Ph
Pharmacist
Bureau of Program Integrity
PO Box 2675
Harrisburg, PA 17105

James K. Thomson,
Pharmacy Supervisor
Bureau of Pharmacy Services
101 North 14th St
P.O. Box 2448
Richmond, VA 23219

Isabel Amandry, R. Ph.
Pharmacy Director
Department of Health
PO Box 1137
San Juan, PR 00910

~~Formulary and Medicaid contacts are the same. Refer to Mcaid2.xls database.,
Tallahassee, FL 32308~~

Starlin Haydon,
DUR Coordinator
Illinois Department of Public Aid
201 S. Grand Ave. East
3rd Floor
Springfield, IL 62763

Kevin Kincade, R.Ph
Executive Director
Missouri State Board of Pharmacy
P.O. Box 625
Jefferson City, MO 65102

Robert Kowalski, R.Ph.
Acting Executive Director
DUR Council
Department of Health
CN 360, Room 501
Trenton, NJ 08625

Caroline Sojourner,
Head of Pharmacy Services
Health and Human Finance Commission
PO Box 8206
Columbia, SC 29202

Joesph Jacobs,
Medical Director
D.S.W. Medicaid Division
103 S. Main Street
Waterbury, VT 05671

Jean Cox,
Director D.U.R
Dept. of Community Health
#2 Peach Tree St
Atlanta, GA 30303-3159

Malkum Boussard,
Executive Director
Louisiana Board of Pharmacy
5615 Corporate Blvd
Suite 8E
Baton Rouge, LA 70808

Cliff Osborn, R.Ph.
Clinical Pharmacist
c/o Heritage Information Systems
239 N. Lamar Street
Robert E. Lee Building, Suite 801
Jackson, MS 39201

Elgene Jacobs, R. Ph.
DUR Coordinator
Department of Human Services
PO Box 25352
Oklahoma City, OK 73125

Dave Helgeland,
DUR Coordinator
SD Univ. College of Pharmacy
PO Box 2202C
Brookings, SD 57007

H. Leo Sullivan, R. Ph.
Director of Pharmacy Services
Bureau of Tenn Care
729 Church Street
Nashville, TN 37247

DEY-LABS-0415393

Medicaid AWP

David Campana, R.Ph.
Pharmacy Program Manager
Division of Medical Assistance
4501 Business Park Blvd. Suite 24
Anchorage, AK 99503

Martha Warner, R.Ph.
Pharmacy Consultant
Pharmacy Department Policy & Finance
1575 Sherman Street, 5th Floor
Denver, CO 80203

Jerry Wells, R.Ph.
Program Manager
Medicaid Pharmacy Program
2727 Mahan Dr
Pharmacy Services A.H.C.A.
Tallahassee, FL 32308-5408

Lyn Donavan, R.Ph.
Pharmacy Consultant
Dept. of Human Services, Med-Quest Division
PO Box 339
Honolulu, HI 96809-0339

John Cribbett
Supervisor Drug Prior Approval
Pharmacy & Ancillary Services Program
201 S. Grand Ave. E.
Springfield, IL 62763

Kay Gaudet
Pharmaceutical Consultant
Department of Health & Hospitals
PO Box 91030
Baton Rouge, LA 70821

Sandy Kramer, R.Ph.
Pharmacy Consultant
Medical Service Administration
400 S. Pine Street
Lansing, MI 48909

Jack Lee
Pharmacy Program Administrator
Medicaid Division
239 N. Lamar St.
Robert E. Lee Building, Suite 801
Jackson, MS 39201

Rick Ditwiller, R.Ph.
Administrator of Pharmacy Services
Medical Services Division
600 East Blvd. Dept. 325
Bismark, ND 58505

Chuck Reynolds, R.Ph.
Pharmacy Consultant
Medical Assistance Division
PO Box 2348
Santa Fe, NM 87504

Suzette Bridges, R.Ph.
Acting Administrator
Department of Human Services
PO Box 1437 Slot 4105
Little Rock, AR 72203

Elizabeth Geary, R.Ph.
Health Program Supervisor
Department of Social Services
25 Sigourney St.
Hartford, CT 06106

Cynthia Denemark, R.Ph.
Director
Medicaid Unit
248 Champman Rd., Ste. 200
New Castle, DE 19702

Joel Mahrenholz, R.Ph.
Pharmacy Consultant
Division of Medical Services
1305 E. Walnut St.
Des Moines, IA 50319

Marc Shirley, R.Ph.
Drug Program Director
Indiana Medicaid
402 W. Washington St., Room W382
Indianapolis, IN 46204

Gary Gillmore, R.Ph.
Pharmacy Program Manager
Division of Medical Assistance
600 Washington Street, 5th Floor
Boston, MA 02111

Cody Wiberg, R.Ph.
Pharmacist
Department of Human Services
444 Lafayette St.
St. Paul, MN 55155

Dorothy Paulsen
Pharmacy Program Officer
Dept. of Public Health & Human Services
P.O Box 202951
1400 Broadway Ave., #A206
Helena, MT 59620-2951

Gary Cheloha, R.Ph.
Pharmacy Consultant
Health and Human Services c/o Mcaid Div.
301 Centennial Mall South
5th Floor
Lincoln, NE 68509

Laurie Squartsoff, R.Ph.
Pharmacy Consultant
Nevada Medicaid Office
2527 N. Carson St.
Carson City, NV 89710

Len Terra
Chief MediCal Drug Program
Medi-Cal Benefits Branch
714 P. Street, Room 1786
Sacramento, CA 95814

Donna Bovall, R.Ph.
Pharmacy Consultant
Department of Health
2100 Martin Luther King Ave, SE # 302
Washington, DC 20020

Etta Hawkins, R.Ph.
Pharmacist
Department of Community Health
2 Peachtree St.
Atlanta, GA 30304-3159

Gary Duerr, R.Ph.
Pharmacist
Bureau of Medicaid Policy/Reimbursement
3380 Americana Terrace #230
Boise, ID 83706

Debra Bahr, R.Ph.
Pharmacy Consultant
Department for Medical Services
275 E. Main Street
Frankfort, KY 40621

Susan Curtis, R.Ph.
Drug Program Coordinator
Bureau of Medical Services
State House, Station 11
Augusta, ME 04333

Susan McCann, Ph.D.
Pharmaceutical Consultant
Medical Services Division
PO Box 6500
Jefferson City, MO 65102

C. Benny Ridout, R.Ph.
Pharmacy Consultant
Division of Medical Assistance
1985 Umstead Drive
Raleigh, NC 27603

Lise Farrand, R.Ph.
Pharmacy Consultant
Office of Medical Services/Human Service
6 Hazen Drive
Concord, NH 03301

Mark-Richard Butt, R.Ph.
Pharmacy Program Manager
Office of Medicaid Management
99 Washington Ave #608
Albany, NY 12210

DEY-LABS-0415394

John Crumley, R.Ph.
Pharmacy Program Director
Medical Services Division
4545 N. Lincoln
Suite 124
Oklahoma City, OK 73105

Isabel Amandry, R.Ph.
Pharmacy Consultant
Department of Health
PO Box 1137
San Juan, PR 00910

Mark Peterson, R.Ph.
Pharmacy Consultant
Office of Medical Services
700 Governor's Dr.
Pierre, SD 57501

David Sheppard, R.Ph.
Pharmacy Consultant
Dept. of Medical Assist. Medicaid Division
600 E. Broad Street
Suite 1300
Richmond, VA 23219

Roma Rowlands, R.Ph.
Pharmacy Consultant
1W. Wilson Street
Madison, WI 53701

Mr. Carmen Agoglia, R.Ph.
Pharmacy Consultant
Division of Medical Assistance/Health
P.O. Box 712 Room 202
Trenton, NJ 08625

Bev Castor
Pharmacy Policy Analyst
OMAP-HPPU
500 Summer St. NE
Salem, OR 97310

Paula Avarista, R.Ph.
Chief of Pharmacy
Department of Human Services
600 New London Ave
Cranston, RI 02920

H. Leo Sullivan, R.Ph.
Pharmacy Consultant
Department of Health
729 Church Street
Nashville, TN 37247

Debbie Austin
Vermont Medicaid Division
103 S. Main Street
Waterbury, VT 05671

Peggy King, R.Ph.
Pharmacy Coordinator
Office of Medical Services
7012 Mac Corkle Ave., SE
State Capitol Complex    Bldg 6
Charleston, WV 25304

Joseph E. Concino, P.D.
Policy Specialist
Medical Assistance Program
PO Box 8043
Harrisburg, PA 17105

James M. Assey, R.Ph.
Pharmacy Consultant
Health & Human Services
1801 Main St.
12th Floor
Columbia, SC 29202

RaeDell Ashley, R.Ph.
Pharmacy Director
Health Care Financing Division
Box143104
288 N. 1460 West St.  Zip 84114
Salt Lake City, UT 84114-3104

Siri Childs, R.Ph.
Pharmacy Director
Department of Social & Health Services
805 Plum St. S.E.
P.O. Box 45506
Olympia, WA 98504

Roxann Homar, R.Ph.
Chief Pharmacist
Division of Heath Care Finance
6101 Yellowstone Rd.
Room 259B
Cheyenne, WY 82009

DEY-LABS-0415395

Arizona AWP

Ramona Woodriff, M.D.
Medical Director
Arizona Health Concepts
7600 N 16th St
Suite 150
Phoenix, AZ 85020

Kelley Langerak, R.Ph
Clinical Pharmacist
Pima Health System
5055 E. Broadway
Suite A-200
Tucson, AZ 85711

Leonard Tamsky, M.D.
CCO Medicaid I.P.A.
Arizona Physicians, IPA
3141 North 3rd Avenue
Phoenix, AZ 85013

Mona Berkowitz, M.D.
Medical Director
Yavapai County Long Term Care
255 E. Gurley St
First Floor
Prescott, AZ 86301

Roger Nutt, M.D.
Medical Director
Arizona Physicians, IPA
242 W. 28th St. Suite A
Yuma, AZ 85364

DEY-LABS-0415396

*Medicare Regional AWP*

| | | |
|---|---|---|
| United Healthcare<br>Wilkes-Barre, PA 18773-6800 | AdminiStar Information Technologies<br>6802 Hillside Court<br>Indianapolis, IN 46250 | Palmetto Government Benefits<br>Administrators<br>PO Box 10041<br>Columbia, SC 29202 |

Medicare Region D DMERC
PO Box 49
Boise, ID 83707

DEY-LABS-0415397

*Oregon AWP*

| | | |
|---|---|---|
| Care Oregon, Inc.<br>522 SW Fifth Ave., Suite 200<br>Portland, OR 97204 | Cascade Comprehensive Care, Inc.<br>900 Main St. Suite A<br>PO Box 217<br>Klamath Falls, OR 97601-0368 | Central Oregon Indepentdent Health Services, Inc.<br>2650 NE Courtney Dr.<br>PO Box 5729<br>Bend, OR 97708-5729 |
| Douglas County IPA<br>500 SE Cass, Suite 210<br>Roseburg, OR 97470 | Family Care, Inc.<br>2121 Sw Broadway, Suite 300<br>Portland, OR 97201 | Intercommunity Health Network, Inc.<br>3600 NW Samaritan Dr.<br>Corvalis, OR 97330 |
| Kaiser Health Plan<br>500 NE Multnomah, Suite 100<br>Portland, OR 97232-2099 | Mid-Rogue IPA Health Plan<br>820 NE 7th St.<br>Grants Pass, OR 97526 | ODS Health Plans<br>601 SW 2nd Ave.<br>Portland, OR 97204 |
| Oregon Health Management Services<br>1051 NE 6th<br>Grants Pass, OR 97526 | Providence Health Plan<br>1235 NE 47th, Suite 220<br>Portland, OR 97213-2196 | Providence Health Plan-Lane County<br>600 Country Club Rd.<br>P.O. Box 10106<br>Eugene, OR 97440 |
| Regence HMO Oregon<br>201 High St. SE<br>P.O. Box 12625<br>Salem, OR 97309 | Tuality Health Alliance<br>335 SE 8th Ave<br>P.O. Box 925<br>Hillsboro, OR 97123-0925 | Deschutes County CDO Deschutes County Hulman Services Dept. Alcohol & Drug Treatment Program<br>409 NE Greenwood Ave<br>Bend, OR 97701 |

DEY-LABS-0415398

Leo Sullivan, Pharmacy Director
Tennessee Department of Health
729 Chruch St.
Nashville, TN 37247

Marilyn Lee, Pharmacy Director
Memphis Managed Care Corp.
TLC Family Care Healthplan
P.O. Box 49
Memphis, TN 38101

Mike Gilliam, Pharmacy Director
Preferred Health Partnership of TN, Inc.
Preferred Health Partnership
1420 Centerpoint Blvd.
Knowxville,, TN 37932

VUMC Care, Inc
VHP Community Care
706 Church St. #500
Nashville, TN 37203-3511

Terry Shea, Pharmacy Director
Volunteer State Health Plan/Blue Care
801 Pine St.
Chattanooga, TN 37402-2555

Bruce Triebel,
Omnicare Health Plan Inc.
OmniCare Health Plan
1991 Corporate Ave 5th Fl.
Memphis, TN 38132

Pamela Larkins
Prudential Health Care Plan, Inc.
Prudential Community Care
3150 Lenox Park Blvd. #10
Memphis, TN 38115

Valerie Beecham, Pharmacy Director
Heritage National Health Plan of TN, Inc.
John Deere Health Care
Executive Tower I, #400
408 N Cedar Bluff Rd.
Knowxville, TN 37923

Xantus Corporation
Xantus Gold
3401 West Edn Ave #470
Nashville, TN 37203

Stuart Berney
Tennessee Managed Care Network
Access... MedPlus
210 Athens Way
Nashville, TN 37228

DEY-LABS-0415399