# EXHIBIT 31

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200 FAX (707) 224-8918

March 28, 2000

Dear Medicaid Administrator:

We are pleased to announce the introduction and launch of a new surfactant for the treatment of infant respiratory distress syndrome (IRDS), **Curosurf® (poractant alfa) Intratracheal Suspension**. This disease is one of the most common causes of neonatal mortality and affects 40-50,000 infants born prematurely each year.

Following is detailed pricing information:

| NDC Number | Description | Vial Size | WAC/vial | AWP/vial |
|---|---|---|---|---|
| 49502-0180-01 | Curosurf (poractant alfa) | 1.5 mL (80 mg/mL) | $352.00 | $440.00 |
| 49502-0180-03 | Curosurf (poractant alfa) | 3.0 mL (80 mg/mL) | $609.60 | $762.00 |

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and Dey believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other such cost adjustments, which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. Further, as you also know, the Average Wholesale Price (or "AWP") per unit listed above does not represent actual wholesale prices which will be charged or paid for this product.

If you have any questions, please contact our Customer Service department at 1-800-527-4278.

Sincerely,

Robert F. Mozak
Executive Vice President
Sales and Marketing

Enclosures

*A Lipha Americas Company*
*An Associate of Merck KGaA, Darmstadt, Germany*

DEY-LABS-0415614