# EXHIBIT 32

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200 FAX (707) 224-8918

July 18, 2000


EXHIBIT
Dey 91

State Medicaid Administrator

Dear Administrator:

We have introduced a *new* Albuterol Inhalation Aerosol, 17g Metered Dose Inhaler Kit and Refill from DEY with different NDC numbers. They should be cross-referenced with our 303 existing line which is being discontinued.

The product is AB rated and WAC pricing remains unchanged at this time. The following is detailed product information:

| Old NDC Number | New NDC Number | Description | Size/Strength | Units/Ctn |
|---|---|---|---|---|
| 49502-303-17 | 49502-333-17 | Albuterol Inhalation Aerosol 17 g (Kit) | 200 inhalations 90 mcg/puff | 1 |
| 49502-303-27 | 49502-333-27 | Albuterol Inhalation Aerosol 17 g (Refill) | 200 inhalations 90 mcg/puff | 1 |

Additionally, please note the following AWP changes to the Acetylcysteine and Sodium Chloride Solutions, and both AWP and WAC changes to the EasiVent™ Valved Holding Chambers and EasiVent™ Masks:

| NDC Number | Description | Size/Strength | Units/Ctn | New WAC | New AWP |
|---|---|---|---|---|---|
| 49502-181-04 | Acetylcysteine Solution USP | 10%, 4mL | 12 | no change | 39.88 |
| 49502-181-10 | Acetylcysteine Solution USP | 10%, 10mL | 3 | no change | 23.40 |
| 49502-181-30 | Acetylcysteine Solution USP | 10%, 30mL | 3 | no change | 39.75 |
| 49502-182-04 | Acetylcysteine Solution USP | 20%, 4mL | 12 | no change | 46.00 |
| 49502-182-10 | Acetylcysteine Solution USP | 20%, 10mL | 3 | no change | 25.50 |
| 49502-182-30 | Acetylcysteine Solution USP | 20%, 30mL | 3 | no change | 43.50 |
| 49502-182-00 | Acetylcysteine Solution USP | 20%, 100mL | 1 | no change | 49.90 |

DEPOSITION EXHIBIT 33
12·04·08

CONFIDENTIAL
DL-0050107

A Lipha Americas Company

Highly Confidential

DEY-MDL-0105083
DEY-WI-0121379

Sodium Chloride Solution and EasiVent™ Changes Continued:

| NDC Number | Description | Size/Strength | Units/Ctn | New WAC | New AWP |
|---|---|---|---|---|---|
| 49502-820-03 | Sodium Chloride Inhalation Solution USP | 0.45%, 3mL | 100 | no change | 14.50 |
| 49502-820-05 | Sodium Chloride Inhalation Solution USP | 0.45%, 5mL | 100 | no change | 14.50 |
| 49502-830-03 | Sodium Chloride Inhalation Solution USP | 0.9%, 3mL | 100 | no change | 14.50 |
| 49502-830-05 | Sodium Chloride Inhalation Solution USP | 0.9%, 5mL | 100 | no change | 14.50 |
| 49502-830-50 | Sodium Chloride Inhalation Solution USP | 0.9%, 15mL | 50 | no change | 14.50 |
| 49502-640-15 | Sodium Chloride Inhalation Solution USP | 3%, 15mL | 50 | no change | 40.00 |
| 49502-641-15 | Sodium Chloride Inhalation Solution USP | 10%, 15mL | 50 | no change | 40.00 |
| 49502-207-01 | EasiVent™ Valved Holding Chamber | n/a | 1 | 12.00 | 16.00 |
| 49502-207-25 | EasiVent™ Valved Holding Chamber- Bulk Pack | n/a | 25 | 300.00 | 400.00 |
| 49502-208-01 | EasiVent™ Mask-Small | n/a | 1 | 6.00 | 7.50 |
| 49502-208-02 | EasiVent™ Mask-Medium | n/a | 1 | 6.00 | 7.50 |
| 49502-208-03 | EasiVent™ Mask-Large | n/a | 1 | 6.00 | 7.50 |

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and DEY believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other cost adjustments which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts many not be determined until some months after the date of the invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. As you know, the AWP listed here does not represent any actual price which will be or has been charged or paid for this product. Generally, it is DEY's practice to set an AWP before a product is first sold and not to subsequently change that AWP. We understand that this is consistent with industry practice. We believe this to be clearly understood by state and federal Medicaid regulators. DEY has chosen to change the AWP on these products at this time principally due to current conditions in the marketplace.

If you need additional information, please feel free to contact Virginia Farrat, Contract Analyst at 800-755-5560 ext. 4110.

Sincerely,

Robert F. Mozak

Robert F. Mozak
Executive Vice President
Sales and Marketing

C9-328-00

CONFIDENTIAL
DL-0050108

Highly Confidential

DEY-MDL-0105084
DEY-WI-0121380

David Campana, R.Ph.
Pharmacy Program Manager
Division of Medical Assistance
4501 Business Park Blvd. Suite 24
Anchorage, AK 99503

Martha Warner, R.Ph.
Pharmacy Consultant
Pharmacy Dept. Policy & Finance
1575 Sherman Street, 5th Floor
Denver, CO 80203

Jerry Wells, R.Ph.
Program Manager
Medicaid Pharmacy Program
2727 Mahan Dr
Pharmacy Services A.H.C.A.
Tallahassee, FL 32308-5408

Lyn Donavan, R.Ph.
Pharmacy Consultant
Dept. of Human Svc., Med-Quest Div.
PO Box 339
Honolulu, HI 96809-0339

John Cribbett
Supervisor Drug Prior Approval
Pharmacy & Ancillary Services Prgm.
201 S. Grand Ave. E.
Springfield, IL 62763

Kay Gaudet
Pharmaceutical Consultant
Department of Health & Hospitals
PO Box 91030
Baton Rouge, LA 70821

Randy Kramer, R.Ph.
Pharmacy Consultant
Medical Service Administration
300 S. Pine Street
Lansing, MI 48909

Jack Lee, Pharmacy Program Admin.
Medicaid Division
239 N. Lamar St.
Robert E. Lee Building, Suite 801
Jackson, MS 39201

Rick Ditwiller, R.Ph.
Administrator of Pharmacy Services
Medical Services Division
600 East Blvd. Dept. 325
Bismark, ND 58505

Chuck Reynolds, R.Ph.
Pharmacy Consultant
Medical Assistance Division
PO Box 2348
Santa Fe, NM 87504

Suzette Bridges, R.Ph.
Acting Administrator
Department of Human Services
PO Box 1437 Slot 4105
Little Rock, AR 72203

Elizabeth Geary, R.Ph.
Health Program Supervisor
Department of Social Services
25 Sigourney St.
Hartford, CT 06106

Cynthia Denemark, R.Ph.
Director
Medicaid Unit
248 Champman Rd., Ste. 200
New Castle, DE 19702

Joel Mahrenholz, R.Ph.
Pharmacy Consultant
Division of Medical Services
1305 E. Walnut St.
Des Moines, IA 50319

Marc Shirley, R.Ph.
Drug Program Director
Indiana Medicaid
402 W. Washington St. , Room W382
Indianapolis, IN 46204

Gary Gilmore, R.Ph.
Pharmacy Program Manager
Division of Medical Assistance
600 Washington Street, 5th Floor
Boston, MA 02111

Cody Wiberg, R.Ph.
Pharmacist
Department of Human Services
444 Lafayette St.
St. Paul, MN 55155

Dorothy Paulsen
Pharmacy Program Officer
Dept. of Public Health & Human Svc.
1400 Broadway Ave., #A206
Helena, MT 59620-2951

Gary Cheloha, R.Ph.
Pharmacy Consultant
Health and Human Svc. c/o Mcaid Div.
301 Centennial Mall South, 5th Floor
Lincoln, NE 68509

Laurie Squartsoff, R.Ph.
Pharmacy Consultant
Nevada Medicaid Office
2527 N. Carson St.
Carson City, NV 89710

Len Terra
Chief MediCal Drug Program
Medi-Cal Benefits Branch
714 P. Street , Room 1786
Sacramento, CA 95814

Donna Bovell, R.Ph.
Pharmacy Consultant
Department of Health
2100 Martin Luther King Ave, SE # 302
Washington, DC 20020

Etta Hawkins, R.Ph.
Pharmacist
Department of Community Health
2 Peachtree St.
Atlanta, GA 30304-3159

Gary Duerr, R.Ph.
Pharmacist
Bureau of Medicaid
Policy/Reimbursement
3380 Americana Terrace #230
Boise, ID 83706

Debra Bahr, R.Ph.
Pharmacy Consultant
Department for Medical Services
275 E. Main Street
Frankfort, KY 40621

Susan Curtis, R.Ph.
Drug Program Coordinator
Bureau of Medical Services
State House, Station 11
Augusta, ME 04333

Susan McCann, Ph.D.
Pharmaceutical Consultant
Medical Services Division
PO Box 6500
Jefferson City, MO 65102

C. Benny Ridout, R.Ph.
Pharmacy Consultant
Division of Medical Assistance
1985 Umstead Drive
Raleigh, NC 27603

Lise Farrand, R.Ph.
Pharmacy Consultant
Office of Medical/Human Services
6 Hazen Drive
Concord, NH 03301

Mark-Richard Butt, R.Ph.
Pharmacy Program Manager
Office of Medicaid Management
99 Washington Ave #608
Albany, NY 12210

CONFIDENTIAL
DL-0050109

Highly Confidential

DEY-MDL-0105085
DEY-WI-0121381

AVERY® Address Labels Laser 5160®

Medicaid AWP, Cong? (14)

John Crumley, R.Ph.
Pharmacy Program Director
Medical Services Division
4545 N. Lincoln
Suite 124
Oklahoma City, OK 73105

Isabel Amandry, R.Ph.
Pharmacy Consultant
Department of Health
PO Box 1137
San Juan, PR 00910

Mark Peterson, R.Ph.
Pharmacy Consultant
Office of Medical Services
700 Governor's Dr.
Pierre, SD 57501

David Sheppard, R.Ph.
Pharmacy Consultant
Dept. of Medical Assist. Medicaid Div.
600 E. Broad Street
Suite 1300
Richmond, VA 23219

Roma Rowlands, R.Ph.
Pharmacy Consultant
1W. Wilson Street
Madison, WI 53701

Mr.Carmen Agoglia, R.Ph.
Pharmacy Consultant
Division of Medical Assistance/Health
P.O. Box 712 Room 202
Trenton, NJ 08625

Bev Castor
Pharmacy Policy Analyst
OMAP-HPPU
500 Summer St. NE
Salem, OR 97310

Paula Avarista, R.Ph.
Chief of Pharmacy
Department of Human Services
600 New London Ave
Cranston, RI 02920

H. Leo Sullivan, R.Ph.
Pharmacy Consultant
Department of Health
729 Church Street
Nashville, TN 37247

Debbie Austin
Vermont Medicaid Division
103 S. Main Street
Waterbury, VT 05671

Peggy King, R.Ph.
Pharmacy Coordinator
Office of Medical Services
7012 Mac Corkle Ave., SE
State Capitol Complex    Bldg 6
Charleston, WV 25304

Joseph E. Concino, P.D.
Policy Specialist
Medical Assistance Program
PO Box 8043
Harrisburg, PA 17105

James M. Assey, R.Ph.
Pharmacy Consultant
Health & Human Services
1801 Main St.
12th Floor
Columbia, SC 29202

RaeDell Ashley, R.Ph.
Pharmacy Director
Health Care Financing Division
Box143104
288 N. 1460 West St.  Zip 84114
Salt Lake City, UT 84114-3104

Sid Childs, R.Ph.
Pharmacy Director
Department of Social & Health Services
805 Plum St. S.E.
P.O. Box 45506
Olympia, WA 98504

Roxann Homar, R.Ph.
Chief Pharmacist
Division of Heath Care Finance
6101 Yellowstone Rd.
Room 259B
Cheyenne, WY 82009

Use template for 5160™
Smooth Feed Sheets™

CONFIDENTIAL
DL-0050110

Highly Confidential

DEY-MDL-0105086
DEY-WI-0121382

Smooth ... Sheets™    Medicaid WAC (5)    Use template for 5160™

Mary Hayes-Finch, Associate Director
Medicaid Svc. Div. c/o Pharmacy Unit
501 Dexter Avenue
PO 5624
Montgomery, AL 36104

Robert Reid, R. Ph.
Pharmacy Consultant
Bureau of Medicaid Policy
30 E. Broad St., 31st Floor
Columbus, OH 43266

Karen Braman
Contracts Department
Division of Medical Services
915 Harrison St. # 651S
Topeka, KS 66612

Martha McNeill, R. Ph.
Director of Product Management
Dept. of Health Vendor Drug Prgm.
1100 W. 49th St.
Austin, TX 78727

Frank Tetkoski,
Manager, Pharmacy Services
Medical Care Policy Administration
201 W. Preston St. Room 132
Baltimore, MD 21201

CONFIDENTIAL
DL-0050111

Laser    5160®

AVERY®   Address Labels

Highly Confidential

DEY-MDL-0105087
DEY-WI-0121383


Avery® Address Labels


Arizona AWP (5)

Laser 5160®

Ramona Woodriff, M.D.
Medical Director
Arizona Health Concepts
7600 N 16th St.
Suite 150
Phoenix, AZ 85020

Kelley Langerak, R.Ph
Clinical Pharmacist
Pima Health System
5055 E. Broadway
Suite A-200
Tucson, AZ 85711

Leonard Tamsky, M.D.
CCO Medicaid I.P.A.
Arizona Physicians, IPA
3141 North 3rd Avenue
Phoenix, AZ 85013

Mona Berkowitz, M.D.
Medical Director
Yavapai County Long Term Care
255 E. Gurley St
First Floor
Prescott, AZ 86301

Roger Nutt, M.D.
Medical Director
Arizona Physicians, IPA
242 W. 28th St. Suite A
Yuma, AZ 85364

CONFIDENTIAL
DL-0050112

Highly Confidential

DEY-MDL-0105088
DEY-WI-0121384



Arizona WAC (13)

Laser 5160®

Thomas Roff, M.D.
Medical Director
DES/CMDP
P.O. Box 29202
3225 North Central Ave., 10th Floor
Phoenix, AZ 85038-9209

Weasley Romberger, M.D.
Medical Director
FHP of Northeastern Arizona
P.O. Box 2069
Cottonwood, AZ 85282

Martin Blume, M.D.
Medical Director
Phoenix Health Plan
1700 N. Third Street
Suite 3000
Phoenix, AZ 85004

Rober Bechum, M.D.
Medical Director
Cigna Community Choice
1001 North Black Canyon Hwy
Phoenix, AZ 85029

anis Johnson, M.D.
ledical Director
niversity Family Care
75 E. River Road
ucson, AZ 85704

Anna Scherzer, M.D.
Medical Director
DES/DDD Site Code 791A
1789 W. Jefferson
Site Code 791A, 4th Floor
Phoenix, AZ 85007

S. Stevens-Groff, M.D.
Medical Director
Health Choice of Arizona
1600 W. Broadway
Suite 260
Tempe, AZ 85282

Marlene Bluestein, M.D.
Medical Director
Pinal County Long Term Care
P.O. Box 2140
Florence, AZ 85232-2140

Bill Braggs,
Medical Services Manager
Maricopa Managed Care Systems
2516 E. University Drive
Building C
Phoenix, AZ 85034

Address Labels    AVERY®

Gail Montez, R.N
Utilization Manager
Doctor's Health Plan
517 W Main St
Safford, AZ 85546-2726

Mark Clark, R.Ph
Pharmacist
Mercy Care Plan
2800 N. Central Avenue
Suite 400
Phoenix, AZ 85004

Ramona Woodriff, M.D.
Medical Director
Ventana Health Systems, Inc.
7600 N 16th St
Suite 150
Phoenix, AZ 85020

Rhema Sayers, M.D.
Medical Director
Cochise Health Systems
1415 W. Melody Lane
Building A
Bisbee, AZ 85603

CONFIDENTIAL
DL-0050113

Smooth Feed Sheets™

Use template for 5160®

Highly Confidential

DEY-MDL-0105089
DEY-WI-0121385

Medicaid – SP, Part D

David Campana, R.Ph.
Pharmacy Program Manager
Division of Medical Assistance
4501 Business Park Blvd. Suite 24
Anchorage, AK 99503

Martha Warner, R.Ph.
Pharmacy Consultant
Pharmacy Dept. Policy & Finance
1575 Sherman Street, 5th Floor
Denver, CO 80203

Jerry Wells, R.Ph.
Program Manager
Medicaid Pharmacy Program
2727 Mahan Dr
Pharmacy Services A.H.C.A.
Tallahassee, FL 32308-5408

Lyn Donavan, R.Ph.
Pharmacy Consultant
Dept. of Human Svc., Med-Quest Div.
PO Box 339
Honolulu, HI 96809-0339

John Cribbett
Supervisor Drug Prior Approval
Pharmacy & Ancillary Services Prgm.
201 S. Grand Ave. E.
Springfield, IL 62763

Kay Gaudet
Pharmaceutical Consultant
Department of Health & Hospitals
PO Box 91030
Baton Rouge, LA 70821

Sandy Kramer, R.Ph.
Pharmacy Consultant
Medical Service Administration
400 S. Pine Street
Lansing, MI 48909

Jack Lee, Pharmacy Program Admin.
Medicaid Division
239 N. Lamar St.
Robert E. Lee Building, Suite 801
Jackson, MS 39201

Rick Ditwiller, R.Ph.
Administrator of Pharmacy Services
Medical Services Division
600 East Blvd. Dept. 325
Bismark, ND 58505

Chuck Reynolds, R.Ph.
Pharmacy Consultant
Medical Assistance Division
PO Box 2348
Santa Fe, NM 87504

Suzette Bridges, R.Ph.
Acting Administrator
Department of Human Services
PO Box 1437 Slot 4105
Little Rock, AR 72203

Elizabeth Geary, R.Ph.
Health Program Supervisor
Department of Social Services
25 Sigourney St.
Hartford, CT 06106

Cynthia Denemark, R.Ph.
Director
Medicaid Unit
248 Champman Rd., Ste. 200
New Castle, DE 19702

Joel Mahrenholz, R.Ph.
Pharmacy Consultant
Division of Medical Services
1305 E. Walnut St.
Des Moines, IA 50319

Marc Shirley, R.Ph.
Drug Program Director
Indiana Medicaid
402 W. Washington St., Room W382
Indianapolis, IN 46204

Gary Gillmore, R.Ph.
Pharmacy Program Manager
Division of Medical Assistance
600 Washington Street, 5th Floor
Boston, MA 02111

Cody Wiberg, R.Ph.
Pharmacist
Department of Human Services
444 Lafayette St.
St. Paul, MN 55155

Dorothy Paulsen
Pharmacy Program Officer
Dept. of Public Health & Human Svc.
1400 Broadway Ave., #A206
Helena, MT 59620-2951

Gary Cheloha, R.Ph.
Pharmacy Consultant
Health and Human Svc. c/o Mcaid Div.
301 Centennial Mall South, 5th Floor
Lincoln, NE 68509

Laurie Squartsoff, R.Ph.
Pharmacy Consultant
Nevada Medicaid Office
2527 N. Carson St.
Carson City, NV 89710

Len Terra
Chief Medi/Cal Drug Program
Medi-Cal Benefits Branch
714 P. Street, Room 1786
Sacramento, CA 95814

Donna Bovall, R.Ph.
Pharmacy Consultant
Department of Health
2100 Martin Luther King Ave, SE # 302
Washington, DC 20020

Etta Hawkins, R.Ph.
Pharmacist
Department of Community Health
2 Peachtree St.
Atlanta, GA 30304-3159

Gary Duerr, R.Ph.
Pharmacist
Bureau of Medicaid
Policy/Reimbursement
3380 Americana Terrace #230
Boise, ID 83706

Debra Bahr, R.Ph.
Pharmacy Consultant
Department for Medical Services
275 E. Main Street
Frankfort, KY 40621

Susan Curtis, R.Ph.
Drug Program Coordinator
Bureau of Medical Services
State House, Station 11
Augusta, ME 04333

Susan McCann, Ph.D.
Pharmaceutical Consultant
Medical Services Division
PO Box 6500
Jefferson City, MO 65102

C. Benny Ridout, R.Ph.
Pharmacy Consultant
Division of Medical Assistance
1985 Umstead Drive
Raleigh, NC 27603

Lise Farrand, R.Ph.
Pharmacy Consultant
Office of Medical/Human Services
6 Hazen Drive
Concord, NH 03301

Mark-Richard Butt, R.Ph.
Pharmacy Program Manager
Office of Medicaid Management
99 Washington Ave #608
Albany, NY 12210

CONFIDENTIAL
DL-0050122

Highly Confidential

DEY-MDL-0105090
DEY-WI-0121386

**AVERY®** Address Labels — Medicaid AWP, Range? (16) — Laser 5160®

John Crumley, R.Ph.
Pharmacy Program Director
Medical Services Division
4545 N. Lincoln
Suite 124
Oklahoma City, OK 73105

Isabel Amandry, R.Ph.
Pharmacy Consultant
Department of Health
PO Box 1137
San Juan, PR 00910

Mark Peterson, R.Ph.
Pharmacy Consultant
Office of Medical Services
700 Governor's Dr.
Pierre, SD 57501

David Sheppard, R.Ph.
Pharmacy Consultant
Dept. of Medical Assist. Medicaid Div.
600 E. Broad Street
Suite 1300
Richmond, VA 23219

Roma Rowlands, R.Ph.
Pharmacy Consultant
1W. Wilson Street
Madison, WI 53701

Mr. Carmen Agoglia, R.Ph.
Pharmacy Consultant
Division of Medical Assistance/Health
P.O. Box 712 Room 202
Trenton, NJ 08625

Bev Castor
Pharmacy Policy Analyst
OMAP-HPPU
500 Summer St. NE
Salem, OR 97310

Paula Avarista, R.Ph.
Chief of Pharmacy
Department of Human Services
600 New London Ave
Cranston, RI 02920

H. Leo Sullivan, R.Ph.
Pharmacy Consultant
Department of Health
729 Church Street
Nashville, TN 37247

Debbie Austin
Vermont Medicaid Division
103 S. Main Street
Waterbury, VT 05671

Peggy King, R.Ph.
Pharmacy Coordinator
Office of Medical Services
7012 Mac Corkle Ave., SE
State Capitol Complex    Bldg 6
Charleston, WV 25304

Joseph E. Concino, P.D.
Policy Specialist
Medical Assistance Program
PO Box 8043
Harrisburg, PA 17105

James M. Assey, R.Ph.
Pharmacy Consultant
Health & Human Services
1801 Main St.
12th Floor
Columbia, SC 29202

RaeDell Ashley, R.Ph.
Pharmacy Director
Health Care Financing Division
Box143104
288 N. 1460 West St.  Zip 84114
Salt Lake City, UT 84114-3104

Siri Childs, R.Ph.
Pharmacy Director
Department of Social & Health Services
805 Plum St. S.E.
P.O. Box 45506
Olympia, WA 98504

Roxann Homar, R.Ph.
Chief Pharmacist
Division of Heath Care Finance
6101 Yellowstone Rd.
Room 259B
Cheyenne, WY 82009

Use template for 5160™

Smooth Feed Sheets™

Highly Confidential

CONFIDENTIAL
DL-0050123

DEY-MDL-0105091
DEY-WI-0121387

Smooth Feed Sheets™

Medicaid WAC (5)

Use template for 5160®

Mary Hayes-Finch, Associate Director
Medicaid Svc. Div. c/o Pharmacy Unit
501 Dexter Avenue
P.O 5624
Montgomery, AL 36104

Robert Reid, R. Ph.
Pharmacy Consultant
Bureau of Medicaid Policy
30 E. Broad St., 31st Floor
Columbus, OH 43266

Karen Braman
Contracts Department
Division of Medical Services
915 Harrison St. # 651S
Topeka, KS 66612

Martha McNeill, R. Ph.
Director of Product Management
Dept. of Health Vendor Drug Prgm.
1100 W. 49th St.
Austin, TX 78727

Frank Tetkoski,
Manager, Pharmacy Services
Medical Care Policy Administration.
201 W. Preston St. Room 132
Baltimore, MD 21201

 Address Labels

Laser    5160®

CONFIDENTIAL
DL-0050124

Highly Confidential

DEY-MDL-0105092
DEY-WI-0121388

Laser 5160®

Thomas Roff, M.D.
Medical Director
DES/CMDP
P.O. Box 29202
3225 North Central Ave., 10th Floor
Phoenix, AZ 85038-9209

Weasley Romberger, M.D.
Medical Director
FHP of Northeastern Arizona
P.O. Box 2069
Cottonwood, AZ 85282

Martin Blume, M.D.
Medical Director
Phoenix Health Plan
2700 N. Third Street
Suite 3000
Phoenix, AZ 85004

Rober Bechum, M.D.
Medical Director
Cigna Community Choice
11001 North Black Canyon Hwy
Phoenix, AZ 85029

Janis Johnson, M.D.
Medical Director
University Family Care
575 E. River Road
Tucson, AZ 85704

Arizona WAC (13)

Anna Scherzer, M.D.
Medical Director
DES/DDD Site Code 791A
1789 W. Jefferson
Site Code 791A, 4th Floor
Phoenix, AZ 85007

S. Stevens-Groff, M.D.
Medical Director
Health Choice of Arizona
1600 W. Broadway
Suite 260
Tempe, AZ 85282

Marlene Bluestein, M.D.
Medical Director
Pinal County Long Term Care
P.O. Box 2140
Florence, AZ 85232-2140

Bill Braggs,
Medical Services Manager
Maricopa Managed Care Systems
2516 E. University Drive
Building C
Phoenix, AZ 85034

AVERY® Address Labels

Gail Montez, R.N
Utilization Manager
Doctor's Health Plan
517 W Main St
Safford, AZ 85546-2726

Mark Clark, R.Ph
Pharmacist
Mercy Care Plan
2800 N. Central Avenue
Suite 400
Phoenix, AZ 85004

Ramona Woodriff, M.D.
Medical Director
Ventana Health Systems, Inc.
7600 N 16th St
Suite 150
Phoenix, AZ 85020

Rhema Sayers, M.D.
Medical Director
Cochise Health Systems
1415 W. Melody Lane
Building A
Bisbee, AZ 85603

Use template for 5160™

Smooth Feed Sheets™

CONFIDENTIAL
DL-0050125

Highly Confidential

DEY-MDL-0105093
DEY-WI-0121389

Laser 5160®

Arizona AWP ⑥

AVERY® Address Labels

Ramona Woodriff, M.D.
Medical Director
Arizona Health Concepts
7600 N 16th St.
Suite 150
Phoenix, AZ 85020

Kelley Langerak, R.Ph
Clinical Pharmacist
Pima Health System
5055 E. Broadway
Suite A-200
Tucson, AZ 85711

Leonard Tamsky, M.D.
CCO Medicaid I.P.A.
Arizona Physicians, IPA
3141 North 3rd Avenue
Phoenix, AZ 85013

Mona Berkowitz, M.D.
Medical Director
Yavapai County Long Term Care
255 E. Gurley St
First Floor
Prescott, AZ 86301

Roger Nutt, M.D.
Medical Director
Arizona Physicians, IPA
242 W. 28th St. Suite A
Yuma, AZ 85364

CONFIDENTIAL
DL-0050126

Smooth Feed Sheets™