# EXHIBIT 33

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid
in Support of Dey's Motion for Partial Summary Judgment**



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200 FAX (707) 224-8918

July 18, 2000

State Medicaid Administrator

Dear Administrator:

We have introduced a *new* **Albuterol Inhalation Aerosol**, 17g Metered Dose Inhaler Kit and Refill from DEY with different NDC numbers. They should be cross-referenced with our 303 existing line which is being discontinued.

The product is AB rated and WAC pricing remains unchanged at this time. The following is detailed product information:

| Old NDC Number | New NDC Number | Description | Size/Strength | Units/Ctn |
|---|---|---|---|---|
| 49502-303-17 | 49502-333-17 | Albuterol Inhalation Aerosol 17 g (Kit) | 200 inhalations 90 mcg/puff | 1 |
| 49502-303-27 | 49502-333-27 | Albuterol Inhalation Aerosol 17 g (Refill) | 200 inhalations 90 mcg/puff | 1 |

Additionally, please note the following AWP changes to the Acetylcysteine, Sodium Chloride Solutions, and EasiVent™ Valved Holding Chambers and EasiVent™ Masks:

| NDC Number | Description | Size/Strength | Units/Ctn | Old AWP | New AWP |
|---|---|---|---|---|---|
| 49502-181-04 | Acetylcysteine Solution USP | 10%, 4mL | 12 | 67.80 | 39.88 |
| 49502-181-10 | Acetylcysteine Solution USP | 10%, 10mL | 3 | 40.26 | 23.40 |
| 49502-181-30 | Acetylcysteine Solution USP | 10%, 30mL | 3 | 110.48 | 39.75 |
| 49502-182-04 | Acetylcysteine Solution USP | 20%, 4mL | 12 | 81.36 | 46.00 |
| 49502-182-10 | Acetylcysteine Solution USP | 20%, 10mL | 3 | 48.66 | 25.50 |
| 49502-182-30 | Acetylcysteine Solution USP | 20%, 30mL | 3 | 133.43 | 43.50 |
| 49502-182-00 | Acetylcysteine Solution USP | 20%, 100mL | 1 | 92.21 | 49.90 |

*A Lipha Americas Company*
*An Associate of Merck KGaA, Darmstadt, Germany*

HIGHLY CONFIDENTIAL

DEY-BO0018899

Sodium Chloride Solution and EasiVent™ AWP Changes Continued:

| NDC Number- | Description | Size/Strength | Units/Ctn | Old AWP | New AWP |
|---|---|---|---|---|---|
| 49502-820-03 | Sodium Chloride Inhalation Solution USP | 0.45%, 3mL | 100 | 24.20 | 14.50 |
| 49502-820-05 | Sodium Chloride Inhalation Solution USP | 0.45%, 5mL | 100 | 24.20 | 14.50 |
| 49502-830-03 | Sodium Chloride Inhalation Solution USP | 0.9%, 3mL | 100 | 24.20 | 14.50 |
| 49502-830-05 | Sodium Chloride Inhalation Solution USP | 0.9%, 5mL | 100 | 24.20 | 14.50 |
| 49502-830-50 | Sodium Chloride Inhalation Solution USP | 0.9%, 15mL | 50 | 29.38 | 14.50 |
| 49502-640-15 | Sodium Chloride Inhalation Solution USP | 3%, 15mL | 50 | 51.00 | 40.00 |
| 49502-641-15 | Sodium Chloride Inhalation Solution USP | 10%, 15mL | 50 | 51.00 | 40.00 |
| 49502-207-01 | EasiVent™ Valved Holding Chamber | n/a | 1 | 12.00 | 16.00 |
| 49502-207-25 | EasiVent™ Valved Holding Chamber-Bulk Pack | n/a | 25 | 300.00 | 400.00 |
| 49502-208-01 | EasiVent™ Mask-Small | n/a | 1 | 6.90 | 7.50 |
| 49502-208-02 | EasiVent™ Mask-Medium | n/a | 1 | 6.90 | 7.50 |
| 49502-208-03 | EasiVent™ Mask-Large | n/a | 1 | 6.90 | 7.50 |

As you know, the AWP listed here does not represent any actual price which will be or has been charged or paid for this product. It is DEY's practice to set an AWP before a product is first sold and not to subsequently change that AWP. We understand that this is consistent with industry practice. We believe this to be clearly understood by state and federal Medicaid regulators. DEY has chosen to change the AWP on these products at this time principally due to current conditions in the marketplace.

If you need additional information, please feel free to contact Virginia Farrat, Contract Analyst at 800-755-5560 ext. 4110.

Sincerely,

*Robert F. Mozak*

Robert F. Mozak
Executive Vice President
Sales and Marketing

C9-300-00

HIGHLY CONFIDENTIAL

DEY-BO0018900

United Healthcare
Wilkes-Barre, PA  18773-6800

AdminiStar Information Technologies
6802 Hillside Court
Indianapolis, IN  46250

Palmetto Government Benefits
Administrators
PO Box 10041
Columbia, SC  29202

Medicare Region D DMERC
PO Box 49
Boise, ID  83707

HIGHLY CONFIDENTIAL

DEY-BO0018901

Lesley Falls,
DUR Director
Drug Utilization Review Office
417 S. Victory Street
Little Rock, AR 77201

Lloyd Jessen, R.PH
Executive Director
Iowa Board of Pharmacy
1209 E. Court Ave
Des Moines, IA 50319

James Kennion, R.Ph.
Pharmacis
Medical Services Administration
400 S. Pine Street
Lansing, MI 48909

C. Benny Ridout, R. Ph.
Pharmacy Consultant
Division of Medical Assistance
1985 Umstead Dr.
Raleigh, NC 27603

Bill Peifer, R.Ph
Pharmacist
Bureau of Program Integrity
PO Box 2675
Harrisburg, PA 17105

James K. Thomson,
Pharmacy Supervisor
Bureau of Pharmacy Services
101 North 14th St
P.O. Box 2448
Richmond, VA 23219

Isabel Amandry, R. Ph.
Pharmacy Director
Department of Health
PO Box 1137
San Juan, PR 00910

Starlin Haydon,
DUR Coordinator
Illinois Department of Public Aid
201 S. Grand Ave. East
3rd Floor
Springfield, IL 62763

Kevin Kincade, R.Ph
Executive Director
Missouri State Board of Pharmacy
P.O. Box 625
Jefferson City, MO 65102

Robert Kowalski, R.Ph.
Acting Executive Director
DUR Council
Department of Health
CN 360, Room 501
Trenton, NJ 08625

Caroline Sojourner,
Head of Pharmacy Services
Health and Human Finance
Commission
PO Box 8206
Columbia, SC 29202

Joesph Jacobs,
Medical Director
D.S.W. Medicaid Division
103 S. Main Street
Waterbury, VT 05671

Jean Cox,
Director D.U.R
Dept. of Community Health
#2 Peach Tree St
Atlanta, GA 30303-3159

Malkum Boussard,
Executive Director
Louisiana Board of Pharmacy
5615 Corporate Blvd
Suite 8E
Baton Rouge, LA 70808

Cliff Osborn, R.Ph.
Clinical Pharmacist
c/o Heritage Information Systems
239 N. Lamar Street
Robert E. Lee Building, Suite 801
Jackson, MS 39201

Elgene Jacobs, R. Ph.
DUR Coordinator
Department of Human Services
PO Box 25352
Oklahoma City, OK 73125

Dave Helgeland,
DUR Coordinator
SD Univ. College of Pharmacy
PO Box 2202C
Brookings, SD 57007

H. Leo Sullivan, R. Ph.
Director of Pharmacy Services
Bureau of Tenn Care
729 Church Street
Nashville, TN 37247

HIGHLY CONFIDENTIAL

DEY-BO0018902

Oregon AWP

| | | |
|---|---|---|
| Care Oregon, Inc.<br>522 SW Fifth Ave., Suite 200<br>Portland, OR 97204 | Cascade Comprehensive Care, Inc.<br>900 Main St. Suite A<br>PO Box 217<br>Klamath Falls, OR 97601-0368 | Central Oregon Indepentdent Health Services, Inc.<br>2650 NE Courtney Dr.<br>PO Box 5729<br>Bend, OR 97708-5729 |
| Douglas County IPA<br>500 SE Cass, Suite 210<br>Roseburg, OR 97470 | Family Care, Inc.<br>2121 Sw Broadway, Suite 300<br>Portland, OR 97201 | Intercommunity Health Network, Inc.<br>3600 NW Samaritan Dr.<br>Corvalis, OR 97330 |
| Kaiser Health Plan<br>500 NE Multnomah, Suite 100<br>Portland, OR 97232-2099 | Mid-Rogue IPA Health Plan<br>820 NE 7th St.<br>Grants Pass, OR 97526 | ODS Health Plans<br>601 SW 2nd Ave.<br>Portland, OR 97204 |
| Oregon Health Management Services<br>1051 NE 6th<br>Grants Pass, OR 97526 | Providence Health Plan<br>1235 NE 47th, Suite 220<br>Portland, OR 97213-2196 | Providence Health Plan-Lane County<br>600 Country Club Rd.<br>P.O. Box 10106<br>Eugene, OR 97440 |
| Regence HMO Oregon<br>201 High St. SE<br>P.O. Box 12625<br>Salem, OR 97309 | Tuality Health Alliance<br>335 SE 8th Ave<br>P.O. Box 925<br>Hillsboro, OR 97123-0925 | Deschutes County CDO Deschutes County Hulman Services Dept. Alcohol & Drug Treatment Program<br>409 NE Greenwood Ave<br>Bend, OR 97701 |

HIGHLY CONFIDENTIAL

DEY-BO0018903

Leo Sullivan, Pharmacy Director
Tennessee Department of Health
729 Chruch St.
Nashville, TN 37247

Terry Shea, Pharmacy Director
Volunteer State Health Plan/Blue Care
801 Pine St.
Chattanooga, TN 37402-2555

Valerie Beecham, Pharmacy Director
Heritage National Health Plan of TN.
Inc. John Deere Health Care
Executive Tower I, #400
408 N Cedar Bluff Rd.
Knowxville, TN 37923

Marilyn Lee, Pharmacy Director
Memphis Managed Care Corp.
TLC Family Care Healthplan
P.O. Box 49
Memphis, TN 38101

Bruce Triebel,
Omnicare Health Plan Inc.
OmniCare Health Plan
1991 Corporate Ave 5th Fl.
Memphis, TN 38132

Xantus Corporation
Xantus Gold
3401 West Edn Ave #470
Nashville, TN 37203

Mike Gilliam, Pharmacy Director
Preferred Health Partnership of TN, Inc.
Preferred Health Partnership
1420 Centerpoint Blvd.
Knowxville, TN 37932

Pamela Larkins
Prudential Health Care Plan, Inc.
Prudential Community Care
3150 Lenox Park Blvd. #10
Memphis, TN 38115

Stuart Berney
Tennessee Managed Care Network
Access... MedPlus
210 Athens Way
Nashville, TN 37228

VUMC Care, Inc
VHP Community Care
706 Church St. #500
Nashville, TN 37203-3511

HIGHLY CONFIDENTIAL