# EXHIBIT 34

***State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200 FAX (707) 224-8918

August 2, 2000

**ATTENTION:** State Medicaid Administrator

Effective immediately, DEY has introduced a private label **Astech® Peak Flow Meter** manufactured exclusively for CVS®/pharmacy. Please add the following product information to the Medicaid database so that those patients purchasing this unit will be eligible for reimbursement:

| | |
|---|---|
| **NDC Number:** | **49502-280-01** |
| **Product Description:** | **Astech® Peak Flow Meter with CVS® logo** |
| **Units/Carton:** | **1** |
| **AWP Price:** | **$20.40** |

This private label unit is an additional line item; the standard Astech® Peak Flow Meter (NDC 49502-200-01) will continue to be available.

As you know, the AWP listed here does not represent any actual price which will be or has been charged or paid for this product. It is DEY's practice to set an AWP before a product is first sold and not to subsequently change the AWP. We understand that this is consistent with industry practice. We believe this to be clearly understood by state and federal Medicaid regulators.

If you need additional information, please feel free to contact Virginia Farrat, Contract Analyst at (800) 755-5560 ext. 4110.

Sincerely,

Robert F. Mozak
Executive Vice President, Sales and Marketing

C9-336-00

Jean Cox,
Director D.U.R
Dept. of Community Health
#2 Peach Tree St
Atlanta, GA 30303-3159

Starlin Haydon,
DUR Coordinator
Illinois Department of Public Aid
201 S. Grand Ave. East
3rd Floor
Springfield, IL 62763

James Kennion, R.Ph.
Pharmacis
Medical Services Administration
400 S. Pine Street
Lansing, MI 48909

C. Benny Ridout, R. Ph.
Pharmacy Consultant
Division of Medical Assistance
1985 Umstead Dr.
Raleigh, NC 27603

Robert Kowalski, R.Ph.
Acting Executive Director
DUR Council
Department of Health
CN 360, Room 501
Trenton, NJ 08625

Bill Peifer, R.Ph
Pharmacist
Bureau of Program Integrity
PO Box 2675
Harrisburg, PA 17105

Caroline Sojourner,
Head of Pharmacy Services
Health and Human Finance
Commission
PO Box 8206
Columbia, SC 29202

James K. Thomson,
Pharmacy Supervisor
Bureau of Pharmacy Services
101 North 14th St
P.O. Box 2448
Richmond, VA 23219

Joesph Jacobs,
Medical Director
D.S.W. Medicaid Division
103 S. Main Street
Waterbury, VT 05671

*Medicaid Acq Cost*



Len Terra
Chief MediCal Drug Program
Medi-Cal Benefits Branch
714 P. Street , Room 1786
Sacramento, CA 95814

Elizabeth Geary, R.Ph.
Health Program Supervisor
Department of Social Services
25 Sigourney St.
Hartford, CT 06106

Donna Bovall, R.Ph.
Pharmacy Consultant
Department of Health
2100 Martin Luther King Ave, SE # 302
Washington, DC 20020

Jerry Wells, R.Ph.
Program Manager
Medicaid Pharmacy Program
2727 Mahan Dr
Pharmacy Services A.H.C.A.
Tallahassee, FL 32308-5408

Cynthia Denemark, R.Ph.
Director
Medicaid Unit
248 Champman Rd., Ste. 200
New Castle, DE 19702

Etta Hawkins, R.Ph.
Pharmacist
Department of Community Health
2 Peachtree St.
Atlanta, GA 30304-3159

John Cribbett
Supervisor Drug Prior Approval
Pharmacy & Ancillary Services Prgm.
201 S. Grand Ave. E.
Springfield, IL 62763

Marc Shirley, R.Ph.
Drug Program Director
Indiana Medicaid
402 W. Washington St. , Room W382
Indianapolis, IN 46204

Debra Bahr, R.Ph.
Pharmacy Consultant
Department for Medical Services
275 E. Main Street
Frankfort, KY 40621

Gary Gillmore, R.Ph.
Pharmacy Program Manager
Division of Medical Assistance
600 Washington Street, 5th Floor
Boston, MA 02111

Susan Curtis, R.Ph.
Drug Program Coordinator
Bureau of Medical Services
State House, Station 11
Augusta, ME 04333

Sandy Kramer, R.Ph.
Pharmacy Consultant
Medical Service Administration
400 S. Pine Street
Lansing, MI 48909

C. Benny Ridout, R.Ph.
Pharmacy Consultant
Division of Medical Assistance
1985 Umstead Drive
Raleigh, NC 27603

Lise Farrand, R.Ph.
Pharmacy Consultant
Office of Medical/Human Services
6 Hazen Drive
Concord, NH 03301

Mark-Richard Butt, R.Ph.
Pharmacy Program Manager
Office of Medicaid Management
99 Washington Ave #608
Albany, NY 12210



Joseph E. Concino, P.D.
Policy Specialist
Medical Assistance Program
PO Box 8043
Harrisburg, PA 17105

Paula Avarista, R.Ph.
Chief of Pharmacy
Department of Human Services
600 New London Ave
Cranston, RI 02920

James M. Assey, R.Ph.
Pharmacy Consultant
Health & Human Services
1801 Main St.
12th Floor
Columbia, SC 29202

H. Leo Sullivan, R.Ph.
Pharmacy Consultant
Department of Health
729 Church Street
Nashville, TN 37247

David Sheppard, R.Ph.
Pharmacy Consultant
Dept. of Medical Assist. Medicaid Div.
600 E. Broad Street
Suite 1300
Richmond, VA 23219

Debbie Austin
Vermont Medicaid Division
103 S. Main Street
Waterbury, VT 05671

Peggy King, R.Ph.
Pharmacy Coordinator
Office of Medical Services
7012 Mac Corkle Ave., SE
State Capitol Complex Bldg 6
Charleston, WV 25304

Mr.Carmen Agoglia, R.Ph.
Pharmacy Consultant
Division of Medical Assistance/Health
P.O. Box 712 Room 202
Trenton, NJ 08625

5160® Laser

Tennessee\AWP

Address Labels



Leo Sullivan, Pharmacy Director
Tennessee Department of Health
729 Chruch St.
Nashville, TN 37247

Terry Shea, Pharmacy Director
Volunteer State Health Plan/Blue Care
801 Pine St.
Chattanooga, TN 37402-2555

Valerie Beecham, Pharmacy Director
Heritage National Health Plan of TN, Inc. John Deere Health Care
Executive Tower I, #400
408 N Cedar Bluff Rd.
Knowxville, TN 37923

Marilyn Lee, Pharmacy Director
Memphis Managed Care Corp.
TLC Family Care Healthplan
P.O. Box 49
Memphis, TN 38101

Bruce Triebel,
Omnicare Health Plan Inc.
OmniCare Health Plan
1991 Corporate Ave 5th Fl.
Memphis, TN 38132

Xantus Corporation
Xantus Gold
3401 West Edn Ave #470
Nashville, TN 37203

Mike Gilliam, Pharmacy Director
Preferred Health Partnership of TN, Inc.
Preferred Health Partnership
1420 Centerpoint Blvd.
Knowxville,, TN 37932

Pamela Larkins
Prudential Health Care Plan, Inc.
Prudential Community Care
3150 Lenox Park Blvd. #10
Memphis, TN 38115

Stuart Berney
Tennessee Managed Care Network
Access. . . MedPlus
210 Athens Way
Nashville, TN 37228

VUMC Care, Inc
VHP Community Care
706 Church St. #500
Nashville, TN 37203-3511

Medicare Dea Carriers
AWP

United Healthcare
Wilkes-Barre, PA 18773-6800

AdminiStar Information Technologies
6802 Hillside Court
Indianapolis, IN 46250

Palmetto Government Benefits
Administrators
PO Box 10041
Columbia, SC 29202

Rhonda AWP Mailing

## CVS® PHARMACY LOCATIONS

Listed below are the states with CVS® pharmacies:

ALABAMA
CALIFORNIA
CONNECTICUT
DELAWARE
FLORIDA
* GEORGIA
* ILLINOIS
* INDIANA Reg Med Carrier
KENTUCKY
MAINE
MARYLAND
MASSACHUSETTS
* MICHIGAN
NEW HAMPSHIRE
* NEW JERSEY
NEW YORK
* NORTH CAROLINA
OHIO
* PENNSYLVANIA med. Reg. Carriers
RHODE ISLAND
* SOUTH CAROLINA
* TENNESSEE
TEXAS
* VERMONT
* VIRGINIA
WEST VIRGINIA
DISTRICT OF COLUMBIA

Labels for

1- Medicare Regional Carriers .doc
2- Tenn Labels. doc
3- Medicaid. doc
4- Formulary. doc

S\Contracts\Government\First Data Bank Files\Labels