# EXHIBIT 35

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid
in Support of Dey's Motion for Partial Summary Judgment**



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL.(707) 224-3200 FAX (707) 224-8918

January 2, 2001

**NOTICE OF PRICE CHANGE**

State Medicaid Administrator

Dear Administrator,

    Please accept this letter as formal notification of the WAC and AWP price changes noted below, which will be effective February 1, 2001.

| Product | NDC# | Units/ Carton | NEW WAC $ | NEW AWP $ |
|---|---|---|---|---|
| Albuterol Sulfate Inhalation Soln, 0.083%, 3 mL | 49502-0697-03 | 25 | 6.00 | No change |
| Albuterol Sulfate Inhalation Soln, 0.083%, 3 mL | 49502-0697-33 | 30 | 7.20 | No change |
| Albuterol Sulfate Inhalation Soln, 0.083%, 3 mL | 49502-0697-60 | 60 | 14.40 | No change |
| Cromolyn Sodium Inhalation Soln, 2 mL | 49502-0689-02 | 60 | 16.50 | No change |
| Cromolyn Sodium Inhalation Soln, 2 mL | 49502-0689-12 | 120 | 33.00 | No change |
| Ipratropium Bromide Inhalation Soln, 0.02%, 2.5 mL | 49502-0685-03 | 25 | 15.00 | No change |
| Ipratropium Bromide Inhalation Soln, 0.02%, 2.5 mL | 49502-0685-33 | 30 | 18.00 | No change |
| Ipratropium Bromide Inhalation Soln, 0.02%, 2.5 mL | 49502-0685-60 | 60 | 36.00 | No change |
| Albuterol Inhalation Aerosol, 17g (kit) | 49502-0333-17 | 1 | 4.15 | No change |
| Albuterol Inhalation Aerosol, 17g (refill) | 49502-0333-27 | 1 | 4.00 | No change |
| EpiPen® Auto-Injector, 0.3 mg | 49502-0500-01 | 1 | 37.90 | 45.50 |
| EpiPen® Auto-Injector, 0.15 mg | 49502-0501-01 | 1 | 37.90 | 45.50 |
| EpiPen® Trainer | 49502-0500-00 | N/A | 3.50 | 4.20 |

    As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and DEY believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other cost adjustments, which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater of lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of the invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. As you know, the AWP listed here does not represent any actual price, which will be or has been charged or paid for this product. We understand that this is consistent with industry practice. We believe this to be clearly understood by state and federal Medicaid regulators. DEY has chosen to change the AWP on these products at this time principally due to current conditions in the marketplace.

    If you need additional information, please feel free to contact Virginia Farrat, Contract Analyst at 800-755-5560 ext. 4110.

Sincerely,

*[signature]*

Robert F. Mozak
Executive Vice President
Sales and Marketing

C9-351-00  12/00

*A Lipha Americas Company*
*An Associate of Merck KGaA, Darmstadt, Germany*

HIGHLY CONFIDENTIAL

DEY-BO0018909

| NAME | DEGREE | TITLE | DEPARTMENT | ADDR1 | ADDR2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|---|
| David Campana | R.Ph | Pharmacy Program Manager | Division of Medical Assistance | 4501 Business Park Blvd. Suite 24 | | Anchorage | AK | 99503 |
| Suzette Bridges | R.Ph | Acting Administrator | Department of Human Services | PO Box 1437 Slot 4105 | | Little Rock | AR | 72203 |
| Lesley Falls | | DUR Director | Drug Utilization Review Office | 417 S. Victory Street | | Little Rock | AR | 77201 |
| Ramona Woodriff | M.D. | Medical Director | Arizona Health Concepts | 7600 N 16th St | Suite 150 | Phoenix | AZ | 85020 |
| Leonard Tamsky | M.D. | CCO Medicaid I.P.A. | Arizona Physicians, IPA | 3141 North 3rd Avenue | | Phoenix | AZ | 85013 |
| Mona Berkowitz | M.D. | Medical Director | Yavapai County Long Term Care | 255 E. Gurley St | First Floor | Prescott | AZ | 86301 |
| Kelley Langerak | R.Ph | Clinical Pharmacist | Pima Health System | 5055 E. Broadway | Suite A-200 | Tucson | AZ | 85711 |
| Roger Nutt | M.D. | Medical Director | Arizona Physicians IPA | P.O. Box 6406 | | Yuma | AZ | 85366-6406 |
| Len Terra | | Chief MediCal Drug Program | Medi-Cal Benefits Branch | 714 P. Street, Room 1786 | | Sacramento | CA | 95814 |
| Martha Warner | R. Ph. | Pharmacy Consultant | Pharmacy Department Policy & Finance | 1575 Sherman Street, 5th Floor | | Denver | CO | 80203 |
| Elizabeth Geary | R. Ph. | Health Program Supervisor | Department of Social Services | 25 Sigourney St. | | Hartford | CT | 06106 |
| Donna Bovall | R. Ph. | Pharmacy Consultant | Department of Health | 2100 Martin Luther King Ave. SE # 302 | | Washington | DC | 20020 |
| Cynthia Denemark | R.Ph | Director | Medicaid Unit | 248 Champman Rd., Ste. 200 | | New Castle | DE | 19702 |
| Jerry Wells | R. Ph. | Program Manager | Medicaid Pharmacy Program | 2727 Mahan Dr | Pharmacy Services A.H.C.A. | Tallahassee | FL | 32308-5408 |
| Etta Hawkins | R. Ph. | Pharmacist | Department of Community Health | 2 Peachtree St. | | Atlanta | GA | 30304-3159 |
| Jean Cox | | Director D.U.R | Dept. of Community Health | #2 Peach Tree St | | Atlanta | GA | 30303-3159 |
| Lyn Donavan | R. Ph | Pharmacy Consultant | Dept. of Human Services, Med-Quest Division | PO Box 339 | | Honolulu | HI | 96809-0339 |
| Joel Mahrenholz | R. Ph. | Pharmacy Consultant | Division of Medical Services | 1305 E. Walnut St. | | Des Moines | IA | 50319 |
| Lloyd Jessen | R.PH | Executive Director | Iowa Board of Pharmacy | 1209 E. Court Ave | | Des Moines | IA | 50319 |
| Gary Duerr | R.Ph | Pharmacist | Bureau of Medicaid Policy/Reimbursement | 3380 Americana Terrace #230 | | Boise | ID | 83706 |
| John Cribbett | | Supervisor Drug Prior Approval | Pharmacy & Ancillary Services Program | 201 S. Grand Ave. E. | | Springfield | IL | 62763 |
| Starlin Haydon | | DUR Coordinator | Illinois Department of Public Aid | 201 S. Grand Ave. East | 3rd Floor | Springfield | IL | 62763 |
| Marc Shirley | R. Ph. | Drug Program Director | Indiana Medicaid | 402 W. Washington St., Room W382 | | Indianapolis | IN | 46204 |
| | | | AdminiStar Federal, Inc. | PO Box 7027 | | Indianapolis | IN | 46207-7027 |
| Debra Bahr | R. Ph. | Pharmacy Consultant | Department for Medical Services | 275 E. Main Street | | Frankfort | KY | 40621 |
| Kay Gaudet | | Pharmaceutical Consultant | Department of Health & Hospitals | PO Box 91030 | | Baton Rouge | LA | 70821 |
| Malkum Boussard | | Executive Director | Louisiana Board of Pharmacy | 5615 Corporate Blvd | Suite 8E | Baton Rouge | LA | 70808 |
| Gary Gillmore | R. Ph. | Pharmacy Program Manager | Division of Medical Assistance | 600 Washington Street, 5th Floor | | Boston | MA | 02111 |
| Susan Curtis | R. Ph | Drug Program Coordinator | Bureau of Medical Services | State House, Station 11 | | Augusta | ME | 04333 |
| Sandy Kramer | R. Ph. | Pharmacy Consultant | Medical Service Administration | 400 S. Pine Street | | Lansing | MI | 48909 |
| James Kennion | R.Ph | Pharmacis | Medical Services Administration | 400 S. Pine Street | | Lansing | MI | 48909 |
| Cody Wiberg | R.Ph | Pharmacist | Department of Human Services | 444 Lafayette St. | | St. Paul | MN | 55155 |
| Susan McCann | Ph. D. | Pharmaceutical Consultant | Medical Services Division | PO Box 6500 | | Jefferson City | MO | 65102 |
| Kevin Kincade | R.Ph | Executive Director | Missouri State Board of Pharmacy | P.O. Box 625 | | Jefferson City | MO | 65102 |
| Jack Lee | | Pharmacy Program Administrator | Medicaid Division | 239 N. Lamar St. | Robert E. Lee Building Suite 801 | Jackson | MS | 39201 |
| Cliff Osborn | R.Ph. | Clinical Pharmacist | c/o Heritage Information Systems | 239 N. Lamar Street | Robert E. Lee Building, Suite 801 | Jackson | MS | 39201 |
| Dorothy Paulsen | | Pharmacy Program Officer | Department of Public Health & Human Services | P.O Box 202951 | 1400 Broadway Ave   #A206 | Helena | MT | 59620-2951 |
| C. Benny Ridout | R. Ph. | Pharmacy Consultant | Division of Medical Assistance | 1985 Umstead Drive | | Raleigh | NC | 27603 |
| C. Benny Ridout | R. Ph. | Pharmacy Consultant | Division of Medical Assistance | 1985 Umstead Dr. | | Raleigh | NC | 27603 |
| Rick Ditwiller | R. Ph | Administrator of Pharmacy Services | Medical Services Division | 600 East Blvd. Dept. 325 | | Bismark | ND | 58505 |
| Gary Cheloha | R.Ph | Pharmacy Consultant | Health and Human Services c/o Mcaid Division | 301 Centennial Mall South | 5th Floor | Lincoln | NE | 68509 |
| Lise Farrand | R. Ph. | Pharmacy Consultant | Office of Medical Services/Human Service | 6 Hazen Drive | | Concord | NH | 03301 |
| Mr. Carmen Agoglia | R. Ph. | Pharmacy Consultant | Division of Medical Assistance/Health | P.O. Box 712 Room 202 | | Trenton | NJ | 08625 |
| Robert Kowalski | R.Ph. | Acting Executive Director | DUR Council | Department of Health | CN 360, Room 501 | Trenton | NJ | 08625 |
| Chuck Reynolds | R. Ph. | Pharmacy Consultant | Medical Assistance Division | PO Box 2348 | | Santa Fe | NM | 87504 |
| Laurie Squartsoff | R. Ph. | Pharmacy Consultant | Nevada Medicaid Office | 2527 N. Carson St. | | Carson City | NV | 89710 |
| Mark-Richard Butt | R. Ph. | Pharmacy Program Manager | Office of Medicaid Management | 99 Washington Ave #608 | | Albany | NY | 12210 |
| John Crumley | R. Ph. | Pharmacy Program Director | Medical Services Division | 4545 N. Lincoln | Suite 124 | Oklahoma City | OK | 73105 |
| Elgene Jacobs | R. Ph. | DUR Coordinator | Department of Human Services | PO Box 25352 | | Oklahoma City | OK | 73125 |
| Bev Castor | | Pharmacy Policy Analyst | OMAP-HPPU | 500 Summer St. NE | | Salem | OR | 97310 |
| | | | Central Oregon Independent Health Services, Inc. | 2650 NE Courtney Dr. | PO Box 5729 | Bend | OR | 97708-5729 |
| | | | Deschutes County CDO Deschutes County Human Services Dept. Alcohol & Drug Treatment Program | 409 NE Greenwood Ave | | Bend | OR | 97701 |
| | | | Intercommunity Health Network, Inc. | 3600 NW Samaritan Dr. | | Corvalis | OR | 97330 |
| | | | Providence Health Plan-Lane County | 600 Country Club Rd. | P.O. Box 10106 | Eugene | OR | 97440 |
| | | | Mid-Rogue IPA Health Plan | 820 NE 7th St. | | Grants Pass | OR | 97526 |
| | | | Oregon Health Management Services | 1051 NE 6th | | Grants Pass | OR | 97526 |
| | | | Tuality Health Alliance | 335 SE 8th Ave | P.O. Box 925 | Hillsboro | OR | 97123-0925 |

HIGHLY CONFIDENTIAL

DEY-BO0018910

| NAME | DEGREE | TITLE | DEPARTMENT | ADDR1 | ADDR2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|---|
| | | | Cascade Comprehensive Care, Inc. | 900 Main St. Suite A | PO Box 217 | Klamath Falls | OR | 97601-0368 |
| | | | Care Oregon, Inc. | 522 SW Fifth Ave., Suite 200 | | Portland | OR | 97204 |
| | | | Family Care, Inc. | 2121 Sw Broadway, Suite 300 | | Portland | OR | 97201 |
| | | | Kaiser Health Plan | 500 NE Multnomah, Suite 100 | | Portland | OR | 97232-2099 |
| | | | ODS Health Plans | 601 SW 2nd Ave. | | Portland | OR | 97204 |
| | | | Providence Health Plan | 1235 NE 47th, Suite 220 | | Portland | OR | 97213-2196 |
| | | | Douglas County IPA | 500 SE Cass, Suite 210 | | Roseburg | OR | 97470 |
| | | | Regence HMO Oregon | 201 High St. SE | P.O. Box 12625 | Salem | OR | 97309 |
| Joseph E. Concino | P.D. | Policy Specialist | Medical Assistance Program | PO Box 8043 | | Harrisburg | PA | 17105 |
| Bill Perfer | R Ph | Pharmacist | Bureau of Program Integrity | PO Box 2675 | | Harrisburg | PA | 17105 |
| | | | United HealthCare | PO Box 6800 | | Wilkes-Barre | PA | 18701-2215 |
| Isabel Amandry | R. Ph. | Pharmacy Consultant | Department of Health | PO Box 1137 | | San Juan | PR | 00910 |
| Isabel Amandry | R Ph | Pharmacy Director | Department of Health | PO Box 1137 | | San Juan | PR | 00910 |
| Paula Avarista | R. Ph | Chief of Pharmacy | Department of Human Services | 600 New London Ave | | Cranston | RI | 02920 |
| James M. Assey | R. Ph. | Pharmacy Consultant | Health & Human Services | 1801 Main St. | 12th Floor | Columbia | SC | 29202 |
| Caroline Sojourner | | Head of Pharmacy Services | Health and Human Finance Commission | PO Box 8206 | | Columbia | SC | 29202 |
| | | | Palmetto Government Benefits Administrators Medicare DMERC Operations | PO Box 100145 | | Columbia | SC | 29219 |
| Mark Peterson | R. Ph. | Pharmacy Consultant | Office of Medical Services | 700 Governor's Dr. | | Pierre | SD | 57501 |
| Dave Helgeland | | DUR Coordinator | SD Univ. College of Pharmacy | PO Box 2202C | | Brookings | SD | 57007 |
| H. Leo Sullivan | R. Ph | Pharmacy Consultant | Department of Health | 729 Church Street | | Nashville | TN | 37247 |
| H. Leo Sullivan | R Ph | Director of Pharmacy Services | Bureau of Tenn Care | 729 Church Street | | Nashville | TN | 37247 |
| Terry Shea | | Pharmacy Director | Volunteer State Health Plan | 801 Pine St. | | Chattanooga | TN | 37402-2555 |
| Valerie Beecham | | Pharmacy Director | Heritage National Health Plan of Tennessee, Inc. | Executive Tower I, #400 408 N Cedar Bluff Rd. | | Knoxville, | TN | 37923 |
| Mike Gilliam | | Pharmacy Director | Preferred Health Partnership of TN, Inc. | 1420 Centerpoint Blvd. | | Knoxville, | TN | 37932 |
| Marilyn Lee | | Pharmacy Director | Memphis Managed Care Corp. | P.O. Box 49 | | Memphis | TN | 38101 |
| Bruce Triebel | | | Omnicare Health Plan Inc. | 1991 Corporate Ave 5th Fl. | | Memphis | TN | 38132 |
| Pamela Larkins | | | Prudential Health Care Plan, Inc. | 3150 Lenox Park Blvd. #10 | | Memphis | TN | 38115 |
| | | | CIGNA DMERC Medicare Administration | PO Box 690 | | Nashville | TN | 37202 |
| Leo Sullivan | | Pharmacy Director | Tennessee Department of Health | 729 Chruch St. | | Nashville | TN | 37247 |
| Stuart Berney | | | Tennessee Managed Care Network | 210 Athens Way | | Nashville | TN | 37228 |
| | | | VUMC Care, Inc | 706 Church St. #500 | | Nashville | TN | 37203-3511 |
| | | | Xantus Corporation | 3401 West Edn Ave #470 | | Nashville | TN | 37203 |
| RaeDell Ashley | R. Ph. | Pharmacy Director | Health Care Financing Division | Box143104 | 288 N. 1460 West St.  Zip 84114 | Salt Lake City | UT | 84114-3104 |
| David Sheppard | R. Ph | Pharmacy Consultant | Department of Medical Assist. Medicaid Division | 600 E. Broad Street | Suite 1300 | Richmond | VA | 23219 |
| James K. Thomson | | Pharmacy Supervisor | Bureau of Pharmacy Services | 101 North 14th St | P.O. Box 2448 | Richmond | VA | 23219 |
| Debbie Austin | | | Vermont Medicaid Division | 103 S. Main Street | | Waterbury | VT | 05671 |
| Joesph Jacobs | | Medical Director | D.S.W. Medicaid Division | 103 S. Main Street | | Waterbury | VT | 05671 |
| Sin Childs | R. Ph | Pharmacy Director | Department of Social & Health Services | 805 Plum St. S.E. | P.O. Box 45506 | Olympia | WA | 98504 |
| Roma Rowlands | R. Ph | Pharmacy Consultant | | 1 West Wilson Street | P.P. Box 309 | Madison | WI | 53701-0309 |
| Peggy King | R.Ph | Pharmacy Coordinator | Medical Services Bureau for BOMS | 350 Capitol Street #251 | | Charleston | WV | 25301-1757 |
| Roxann Hornar | R.Ph | Chief Pharmacist | Division of Heath Care Finance | 6101 Yellowstone Rd. | Room 259B | Cheyenne | WY | 82009 |

HIGHLY CONFIDENTIAL

DEY-BO0018911

Medicaid AWP Ltr.xls

| NAME | TITLE | DEPARTMENT | ADDR1 | ADDR2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|---|
| David Campana, R.Ph. | Pharmacy Program Manager | Division of Medical Assistance | 4501 Business Park Blvd. Suite 24 | | Anchorage | AK | 99503 |
| Suzette Bridges, R.Ph | Acting Administrator | Department of Human Services | PO Box 1437 Slot 4105 | | Little Rock | AR | 72203 |
| Lesley Falls | DUR Director | Drug Utilization Review Office | 417 S. Victory Street | | Little Rock | AR | 77201 |
| Ramona Woodriff, M.D. | Medical Director | Arizona Health Concepts | 7600 N 16th St | Suite 150 | Phoenix | AZ | 85020 |
| Leonard Tamsky, M.D. | CCO Medicaid I.P.A. | Arizona Physicians, IPA | 3141 North 3rd Avenue | | Phoenix | AZ | 85013 |
| Mona Berkowitz, M.D | Medical Director | Yavapai County Long Term Care | 255 E. Gurley St | First Floor | Prescott | AZ | 86301 |
| Kelley Langerak, R.Ph | Clinical Pharmacist | Pima Health System | 5055 E. Broadway | Suite A-200 | Tucson | AZ | 85711 |
| Roger Nutt, M.D | Medical Director | Arizona Physicians, IPA | 242 W. 28th St. Suite A | | Yuma | AZ | 85364 |
| Len Terra | Chief MediCal Drug Program | Medi-Cal Benefits Branch | 714 P. Street, Room 1788 | | Sacramento | CA | 95814 |
| Martha Warner, R.Ph | Pharmacy Consultant | Pharmacy Department Policy & Finance | 1575 Sherman Street, 5th Floor | | Denver | CO | 80203 |
| Elizabeth Geary, R.Ph | Health Program Supervisor | Department of Social Services | 25 Sigourney St. | | Hartford | CT | 06106 |
| Donna Bovall, R.Ph. | Pharmacy Consultant | Department of Health | 2100 Martin Luther King Ave, SE # 302 | | Washington | DC | 20020 |
| Cynthia Denemark, R.Ph. | Director | Medicaid Unit | 248 Chapman Rd., Ste. 200 | | New Castle | DE | 19702 |
| Jerry Wells, R.Ph. | Program Manager | Medicaid Pharmacy Program | Pharmacy Services A.H.C.A. | 2727 Mahan Dr | Tallahassee | FL | 32308-5408 |
| Etta Hawkins, R.Ph | Pharmacist | Department of Community Health | 2 Peachtree St. | | Atlanta | GA | 30304-3159 |
| Jean Cox | Director D U.R | Dept. of Community Health | #2 Peach Tree St | | Atlanta | GA | 30303-3159 |
| Lyn Donavan, R.Ph. | Pharmacy Consultant | Dept. of Human Services, Med-Quest Division | PO Box 339 | | Honolulu | HI | 96809-0339 |
| Joel Mahrenholz, R.Ph. | Pharmacy Consultant | Division of Medical Services | 1305 E. Walnut St | | Des Moines | IA | 50319 |
| Lloyd Jessen, R.Ph. | Executive Director | Iowa Board of Pharmacy | 1209 E. Court Ave | | Des Moines | IA | 50319 |
| Gary Duerr, R.Ph. | Pharmacist | Bureau of Medicaid Policy/Reimbursement | 3380 Americana Terrace #230 | | Boise | ID | 83706 |
| John Cribbett | Supervisor Drug Prior Approval | Pharmacy & Ancillary Services Program | 201 S. Grand Ave. E. | | Springfield | IL | 62763 |
| Slurlin Heydon | DUR Coordinator | Illinois Department of Public Aid | 201 S. Grand Ave. East | 3rd Floor | Springfield | IL | 62763 |
| Marc Shirley R.Ph | Drug Program Director | Indiana Medicaid | 402 W. Washington St., Room W382 | | Indianapolis | IN | 46204 |
| | | AdminiStar Federal, Inc. | PO Box 7027 | | Indianapolis | IN | 46207-7027 |
| Debra Bahr, R.Ph. | Pharmacy Consultant | Department for Medical Services | 275 E. Main Street | | Frankfort | KY | 40621 |
| Kay Gaudet | Pharmaceutical Consultant | Department of Health & Hospitals | PO Box 91030 | | Baton Rouge | LA | 70821 |
| Malkum Boussard | Executive Director | Louisiana Board of Pharmacy | 5615 Corporate Blvd | Suite 8E | Baton Rouge | LA | 70808 |
| Gary Gilmore, R.Ph. | Pharmacy Program Manager | Division of Medical Assistance | 600 Washington Street, 5th Floor | | Boston | MA | 02111 |
| Susan Curtis, R.Ph | Drug Program Coordinator | Bureau of Medical Services | State House, Station 11 | | Augusta | ME | 04333 |
| Sandy Kramer, R.Ph | Pharmacy Consultant | Medical Service Administration | 400 S. Pine Street | | Lansing | MI | 48909 |
| James Kennion, R.Ph. | Pharmacis | Medical Services Administration | 400 S. Pine Street | | Lansing | MI | 48909 |
| Cody Wiberg, R.Ph | Pharmacist | Department of Human Services | 444 Lafayette St. | | St. Paul | MN | 55155 |
| Susan McCann, Ph.D. | Pharmaceutical Consultant | Medical Services Division | PO Box 6500 | | Jefferson City | MO | 65102 |
| Kevin Kincade, R.Ph | Executive Director | Missouri State Board of Pharmacy | P.O. Box 625 | | Jefferson City | MO | 65102 |
| Jack Lee | Pharmacy Program Administrator | Medicaid Division | 239 N. Lamar St. | Robert E. Lee Building   Suite 801 | Jackson | MS | 39201 |
| Cliff Osborn, R.Ph. | Clinical Pharmacist | c/o Heritage Information Systems | 239 N. Lamar Street | Robert E. Lee Building, Suite 801 | Jackson | MS | 39201 |
| Dorothy Paulsen | Pharmacy Program Officer | Department of Public Health & Human Services | P.O Box 202951 | 1400 Broadway Ave.   #A206 | Helena | MT | 59620-2951 |
| C Benny Ridout, R.Ph | Pharmacy Consultant | Division of Medical Assistance | 1985 Umstead Drive | | Raleigh | NC | 27603 |
| C Benny Ridout, R.Ph | Pharmacy Consultant | Division of Medical Assistance | 1985 Umstead Dr. | | Raleigh | NC | 27603 |
| Rick Ditwiler, R.Ph | Administrator of Pharmacy Services | Medical Services Division | 600 East Blvd. Dept. 325 | | Bismark | ND | 58505 |
| Gary Cheloha, R.Ph. | Pharmacy Consultant | Health and Human Services c/o Mcaid Division | 301 Centennial Mall South | 5th Floor | Lincoln | NE | 68509 |
| Lise Farrand, R Ph | Pharmacy Consultant | Office of Medical Services/Human Service | 6 Hazen Drive | | Concord | NH | 03301 |
| Mr Carmen Agoglia, R.Ph | Pharmacy Consultant | Division of Medical Assistance/Health | P.O. Box 712 Room 202 | | Trenton | NJ | 08625 |
| Robert Kowalski, R.Ph | Acting Executive Director | DUR Council | Department of Health | CN 360, Room 501 | Trenton | NJ | 08625 |
| Chuck Reynolds, R Ph | Pharmacy Consultant | Medical Assistance Division | PO Box 2348 | | Santa Fe | NM | 87504 |
| Laurie Squartsoff, R.Ph | Pharmacy Consultant | Nevada Medicaid Office | 2527 N. Carson St. | | Carson City | NV | 89710 |

HIGHLY CONFIDENTIAL                                                                                       DEY-BO0018912