# EXHIBIT 36

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL.(707) 224-3200 FAX (707) 224-8918

June 2001

**NEW PRODUCT ANNOUNCEMENT**

State Medicaid Administrator

Dear Administrator:

Dey, L.P. is pleased to introduce **DuoNeb**™, the first and only sterile, one-step, dual-therapy nebulizer solution for the treatment of bronchospasms associated with Chronic Obstructive Pulmonary Disease (COPD), in patients requiring more than one bronchodilator. COPD is the fourth leading cause of death in the United States, claiming more than 106,000 Americans annually.

**DuoNeb**™ combines two proven respiratory solutions in one premixed, pre-measured, unit-dose vial for nebulization: albuterol sulfate and ipratropium bromide. A clinical trial of 863 patients demonstrated that **DuoNeb**™ improves bronchodilation over albuterol alone by 24% and over ipratropium alone by 37%, with no increased safety risk. By eliminating the need to nebulize two solutions, premixed, pre-measured **DuoNeb**™ offers distinct advantages, including faster treatment time, reduced chance for medication error, lower risk of cross-contamination, and less waste.

**DuoNeb**™ is indicated for the treatment of bronchospasm associated with COPD in patients requiring more than one bronchodilator. In a 12-week clinical study the most common adverse reactions reported with **DuoNeb**™ Inhalation Solution were chest pain, pharyngitis, diarrhea, bronchitis, nausea and leg cramps.

Caution is advised for patients with convulsive disorders, hyperthyroidism, diabetes mellitus, narrow-angle glaucoma, prostatic hypertrophy or bladder-neck obstruction. **Albuterol sulfate can have a significant cardiovascular effect, significant hypokalemia and the potential life-threatening paradoxical bronchospasm.** Co-administration of **DuoNeb**™ Inhalation Solution and other sympathomimetic agents may increase the risk of adverse cardiovascular effects.

Following is a detailed description and pricing information for **DuoNeb**™.

| Product | NDC# | Units/ Carton | AWP $ |
|---|---|---|---|
| **DuoNeb**™<br>(ipratropium bromide 0.5 mg/albuterol sulfate 3.0 mg*) Inhalation Solution, 3 mL<br>* **Equivalent to 2.5 mg albuterol base** | 49502-0672-30 | 30 | 60.00 |
| **DuoNeb**™<br>(ipratropium bromide 0.5 mg/albuterol sulfate 3.0 mg*) Inhalation Solution, 3 mL<br>* **Equivalent to 2.5 mg albuterol base** | 49502-0672-60 | 60 | 120.00 |

Page 1 of 2

*A Lipha Americas Company*
*An Associate of Merck KGaA, Darmstadt, Germany*

HIGHLY CONFIDENTIAL

Dey – New Product Information Letter
Page 2 of 2
June 2001

      As you know, the AWP listed here does not represent the actual price, which will be or has been charged or paid for this product. Generally, it is DEY's practice to set an AWP before a product is first sold and not to subsequently change that AWP. We understand that this is consistent with industry practice. We believe this to be clearly understood by state and federal Medicaid regulators.

      Please note, a revised price list will follow under separate cover. If you need additional information, feel free to contact Virginia Farrat, Contract Analyst, at 800-755-5560 ext. 4110.

Sincerely,

*[signature: RF Mozak]*

Robert F. Mozak
Executive Vice President
Sales and Marketing


**Attachments:**
FDA Letter
Product Information Sheet

D9-342-00

HIGHLY CONFIDENTIAL

DEY-BO-0246812