# EXHIBIT 37

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200  FAX (707) 224-0988

## NEW PRODUCT ANNOUNCEMENT

October 2001

**Attention: Medicaid Administrator**

Dey is pleased to introduce AccuNeb™ (albuterol sulfate) Inhalation Solution. AccuNeb™ is indicated for the relief of bronchospasm in patients 2 to 12 years of age with asthma (reversible obstructive airway disease).

Following is a detailed description and pricing information for AccuNeb™.

| Product | NDC# | Units/ Carton | WAC $ | AWP $ |
|---|---|---|---|---|
| AccuNeb™ (albuterol sulfate) Inhalation Solution 1.25 mg* / 3 mL | 49502-0693-03 | 25 | $32.00 | $40.00 |
| AccuNeb™ (albuterol sulfate) Inhalation Solution 0.63 mg* / 3 mL | 49502-0692-03 | 25 | $32.00 | $40.00 |

* Potency expressed as albuterol, equivalent to 1.5 mg and 0.75 mg albuterol sulfate.

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and Dey believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other cost adjustments, which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of the invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. As you know, the AWP listed here does not represent the actual price, which will be or has been charged or paid for this product. Generally, it is Dey's practice to set an AWP before a product is first sold and not to subsequently change that AWP. We understand that this is consistent with industry practice. We believe this to be clearly understood by state and federal Medicaid regulators.

If you need additional information, feel free to contact Virginia Farrat, Contract Analyst at 1-800-755-5560 ext. 4110.

Sincerely,

Robert F. Mozak
Executive Vice President
Sales and Marketing

Attachments:
FDA Letter
Product Information Sheet
WAC Price List
AWP Price List

D9-378-01

*An Associate of Merck KGaA, Darmstadt, Germany*

HIGHLY CONFIDENTIAL

DEY-BO-0254353