# EXHIBIT 38

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

Case 1:01-cv-12257-PBS   Document 6699-39   Filed 11/25/09   Page 2 of 3



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL. (707) 224-3200   FAX (707) 224-0988

## NOTICE OF PRICE CHANGE

December 2001

**Attention: Medicaid Administrator**

Please accept this letter as formal notification of the price changes noted below.

**Effective February 1, 2002, Dey is reducing the Wholesale Acquisition Cost (WAC) pricing on the following products:**

| Dey WAC Price Decreases... Effective February 1, 2002 | | | | |
|---|---|---|---|---|
| Product | NDC# | Carton Size | Old WAC $ | New WAC $ |
| Acetylcysteine Solution USP, 10%, 4 mL | 49502-0181-04 | 12 | 20.00 | 19.00 |
| Acetylcysteine Solution USP, 10%, 30 mL | 49502-0181-30 | 3 | 25.00 | 20.00 |
| Acetylcysteine Solution USP, 20%, 4 mL | 49502-0182-04 | 12 | 20.00 | 19.00 |
| Acetylcysteine Solution USP, 20%, 30 mL | 49502-0182-30 | 3 | 35.00 | 25.00 |
| Albuterol Aerosol, Metered Dose Inhaler, 17g (Kit) | 49502-0333-17 | 1 | 10.95 | 8.90 |
| Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL | 49502-0697-03 | 25 | 6.00 | 5.00 |
| Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL | 49502-0697-33 | 30 | 7.20 | 6.00 |
| Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL | 49502-0697-60 | 60 | 14.40 | 12.00 |
| Cromolyn Sodium Inhalation Solution, 2 mL | 49502-0689-02 | 60 | 16.50 | 13.25 |
| Cromolyn Sodium Inhalation Solution, 2 mL | 49502-0689-12 | 120 | 33.00 | 26.50 |
| Curosurf® (poractant alfa), 80mg/mL, 1.5 mL | 49502-0180-01 | 1 | 352.00 | 260.00 |
| Curosurf® (poractant alfa), 80mg/mL, 3.0 mL | 49502-0180-03 | 1 | 609.60 | 509.00 |
| Ipratropium Bromide Inhalation Solution, 0.02%, 2.5 mL | 49502-0685-03 | 25 | 15.00 | 12.63 |
| Ipratropium Bromide Inhalation Solution, 0.02%, 2.5 mL | 49502-0685-33 | 30 | 18.00 | 15.15 |
| Ipratropium Bromide Inhalation Solution, 0.02%, 2.5 mL | 49502-0685-60 | 60 | 36.00 | 30.30 |

**Effective February 1, 2002, Dey is increasing the Wholesale Acquisition Cost (WAC) pricing on the following products:**

| Dey WAC Price Increases... Effective February 1, 2002 | | | | |
|---|---|---|---|---|
| Product | NDC# | Carton Size | Old WAC $ | New WAC $ |
| EasiVent® Valved Holding Chamber | 49502-0207-01 | 1 | 12.00 | 13.00 |
| EpiPen® Epinephrine Auto-Injector, 0.3 mg | 49502-0500-01 | 1 | 37.90 | 39.90 |
| EpiPen® Jr Epinephrine Auto-Injector, 0.15 mg | 49502-0501-01 | 1 | 37.90 | 39.90 |
| EpiPen® 2-Pak™ Epinephrine Auto-Injector, 0.3 mg | 49502-0500-02 | 2 | 75.80 | 77.90 |
| EpiPen® Jr 2-Pak™ Epinephrine Auto-Injector, 0.15 mg | 49502-0501-02 | 2 | 75.80 | 77.90 |

Page 1 of 2

*An Associate of Merck KGaA, Darmstadt, Germany*

Highly Confidential

DEY-MDL-0105071

Dey – Price Change Notification Letter
Page 2 of 2
December 2001

**Effective February 1, 2002, Dey is <u>reducing</u> the Average Wholesale Price (AWP) on the following products:**

| Dey AWP Price Decreases... Effective February 1, 2002 | | | | |
|---|---|---|---|---|
| Product | NDC# | Carton Size | Old AWP $ | New AWP $ |
| Curosurf® (poractant alfa), 80mg/mL, 1.5 mL | 49502-0180-01 | 1 | 440.00 | 312.00 |
| Curosurf® (poractant alfa), 80mg/mL, 3.0 mL | 49502-0180-03 | 1 | 762.00 | 610.80 |

**Effective February 1, 2002, Dey is <u>increasing</u> the Average Wholesale Price (AWP) on the following products:**

| Dey AWP Price Increases... Effective February 1, 2002 | | | | |
|---|---|---|---|---|
| Product | NDC# | Carton Size | Old AWP $ | New AWP $ |
| EasiVent® Valved Holding Chamber | 49502-0207-01 | 1 | 16.00 | 17.00 |
| EpiPen® Epinephrine Auto-Injector, 0.3 mg | 49502-0500-01 | 1 | 45.50 | 47.88 |
| EpiPen® Jr Epinephrine Auto-Injector, 0.15 mg | 49502-0501-01 | 1 | 45.50 | 47.88 |

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and Dey believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other cost adjustments, which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of the invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. As you also know, the AWP listed here does not represent the actual price, which will be or has been charged or paid for this product. Dey believes this to be clearly understood by state and federal Medicaid regulators.

If you need additional information, please feel free to contact Virginia Farrat, Contract Analyst at 800-755-5560 ext. 4110.

Sincerely,

Robert F. Mozak
Executive Vice President
Sales and Marketing

<u>Attachments:</u>
WAC Price List
AWP Price List

E9-329-00

Highly Confidential

DEY-MDL-0105072