# EXHIBIT 39

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

## NOTICE OF PRICE CHANGE

January 2002

**Attention: Medicaid Administrator**

Please accept this letter as formal notification of the price changes noted below.

**Effective February 1, 2002, Dey is <u>reducing</u> the Wholesale Acquisition Cost (WAC) pricing on the following products:**

| Dey WAC Price Decreases... Effective February 1, 2002 | | | | |
|---|---|---|---|---|
| Product | NDC# | Carton Size | Old WAC $ | New WAC $ |
| Acetylcysteine Solution USP, 10%, 4 mL | 49502-0181-04 | 12 | 20.00 | 19.00 |
| Acetylcysteine Solution USP, 10%, 30 mL | 49502-0181-30 | 3 | 25.00 | 20.00 |
| Acetylcysteine Solution USP, 20%, 4 mL | 49502-0182-04 | 12 | 20.00 | 19.00 |
| Acetylcysteine Solution USP, 20%, 30 mL | 49502-0182-30 | 3 | 35.00 | 25.00 |
| Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL | 49502-0697-03 | 25 | 6.00 | 5.00 |
| Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL | 49502-0697-33 | 30 | 7.20 | 6.00 |
| Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL | 49502-0697-60 | 60 | 14.40 | 12.00 |
| Cromolyn Sodium Inhalation Solution, 2 mL | 49502-0689-02 | 60 | 16.50 | 13.25 |
| Cromolyn Sodium Inhalation Solution, 2 mL | 49502-0689-12 | 120 | 33.00 | 26.50 |
| Curosurf® (poractant alfa), 80mg/mL, 1.5 mL | 49502-0180-01 | 1 | 352.00 | 260.00 |
| Curosurf® (poractant alfa), 80mg/mL, 3.0 mL | 49502-0180-03 | 1 | 609.60 | 509.00 |
| Ipratropium Bromide Inhalation Solution, 0.02%, 2.5 mL | 49502-0685-03 | 25 | 15.00 | 12.63 |
| Ipratropium Bromide Inhalation Solution, 0.02%, 2.5 mL | 49502-0685-33 | 30 | 18.00 | 15.15 |
| Ipratropium Bromide Inhalation Solution, 0.02%, 2.5 mL | 49502-0685-60 | 60 | 36.00 | 30.30 |

**Effective February 1, 2002, Dey is <u>increasing</u> the Wholesale Acquisition Cost (WAC) pricing on the following products:**

| Dey WAC Price Increases... Effective February 1, 2002 | | | | |
|---|---|---|---|---|
| Product | NDC# | Carton Size | Old WAC $ | New WAC $ |
| EasiVent® Valved Holding Chamber | 49502-0207-01 | 1 | 12.00 | 13.00 |
| EpiPen® Epinephrine Auto-Injector, 0.3 mg | 49502-0500-01 | 1 | 37.90 | 39.90 |
| EpiPen® Jr Epinephrine Auto-Injector, 0.15 mg | 49502-0501-01 | 1 | 37.90 | 39.90 |
| EpiPen® 2-Pak™ Epinephrine Auto-Injector, 0.3 mg | 49502-0500-02 | 2 | 75.80 | 77.90 |
| EpiPen® Jr 2-Pak™ Epinephrine Auto-Injector, 0.15 mg | 49502-0501-02 | 2 | 75.80 | 77.90 |

Page 1 of 2

Highly Confidential

EDEY-BO-0053142

Dey – Price Change Notification Letter
Page 2 of 2
January 2002

**Effective February 1, 2002, Dey is <u>increasing</u> the Average Wholesale Price (AWP) on the following products:**

| Dey AWP Price Increases… Effective February 1, 2002 | | | | |
|---|---|---|---|---|
| Product | NDC# | Carton Size | Old AWP $ | New AWP $ |
| EasiVent® Valved Holding Chamber | 49502-0207-01 | 1 | 16.00 | 17.00 |
| EpiPen® Epinephrine Auto-Injector, 0.3 mg | 49502-0500-01 | 1 | 45.50 | 47.88 |
| EpiPen® Jr Epinephrine Auto-Injector, 0.15 mg | 49502-0501-01 | 1 | 45.50 | 47.88 |

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and DEY believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other cost adjustments, which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater of lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of the invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which you are reimbursing under Medicaid. As you know, the AWP listed here does not represent any actual price, which will be or has been charged or paid for this product. We understand that this is consistent with industry practice. We believe this to be clearly understood by state and federal Medicaid regulators. DEY has chosen to change the AWP on these products at this time principally due to current conditions in the marketplace.

If you need additional information, please feel free to contact Virginia Farrat, Contract Analyst at 800-755-5560 ext. 4110.

Sincerely,


Robert F. Mozak
Executive Vice President
Sales and Marketing


<u>Attachments:</u>
WAC Price List
AWP Price List

Highly Confidential

EDEY-BO-0053143