# EXHIBIT 40

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

IN THE COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

THE STATE OF FLORIDA )
ex. rel. )
    VEN-A-CARE OF THE FLORIDA )
    KEYS, INC., a Florida Corporation, )
    By and through its principal officers )
    And directors, ZACHARY T. )
    BENTLEY and T. MARK JONES, )
        Plaintiffs, )
    )
VS. )    CIVIL ACTION NO. 98-3032A
    )
BOEHRINGER INGELHEIM )
Corporation; DEY, INC.; DEY, L.P.; EMD )
PHARMACEUTICALS, INC.; LIPHA, )
S.A.; MERCK KGaA; MERCK-LIPHA, )
S.A.; SCHERING Corporation; SCHERING )
-PLOUGH CORPORATION; ROXANE )
LABORATORIES, INC.; and WARRICK )
PHARMACEUTICALS Corporation, )
    Defendants. )

VIDEOTAPED DEPOSITION OF

TODD CHRISTOPHER GALLES

March 1, 2006

VOLUME 2

**ORIGINAL**

**FREDERICKS-CARROLL REPORTING & LITIGATION SERVICES, INC.**

| | | | | |
|---|---|---|---|---|
| 7719 Wood Hollow Drive ❖ Suite 156 ❖ Austin, Texas 78731 | ❖ (800) 234-3376 | ❖ (512)477-9911 | ❖ (512) 345-1417 Fax |
| 9 Greenway Plaza ❖ Suite 3112 ❖ Houston, TX 77046 | ❖ (800) 234-3376 | ❖ (713) 572-8897 | ❖ (512) 345-1417 Fax |
| 909 N.E. Loop 410 ❖ Suite 810 ❖ San Antonio, TX 78209 | ❖ (800) 767-9161 | ❖ (210) 222-9161 | ❖ (210) 225-1476 Fax |

```
 1    Q.   Okay.  And can you just read the very last
 2  line of this letter?
 3    A.   If you need additional information, feel free
 4  to contact Todd Galles, Senior Product Manager, at my
 5  phone number.                                                01:44
 6    Q.   Okay.  Did any employee from a state Medicaid
 7  office call you after you sent this letter?
 8    A.   No.
 9    Q.   Did any employee from a state Medicaid office
10  contact you in any way after you sent this letter?           01:44
11    A.   No.
12    Q.   Did any employee of a state Medicaid office
13  contact you or anyone at Dey and question the content
14  of this letter?
15              MR. ANDERSON:  Objection, form.                  01:45
16    A.   Not that I'm aware of.
17    Q.   (BY MS. GIULIANA)  Did any employee of a
18  state Medicaid office contact you after receiving this
19  letter to request Dey's contract prices?
20              MR. ANDERSON:  Objection, form.                  01:45
21  Objection, leading.
22    A.   I was not contacted.
23    Q.   (BY MS. GIULIANA)  Okay.  Did any employee of
24  a state Medicaid office call you after they received
25  this letter and demand that Dey report a different          01:45
```

```
 1  WAC?
 2       A.   No.
 3            MR. ANDERSON:  Objection, form.
 4  Objection, leading.
 5       Q.   (BY MS. GIULIANA)  Did any employee of a          01:45
 6  state Medicaid office contact you after they received
 7  this letter and demand that you report a different
 8  AWP?
 9       A.   No.
10       Q.   Did any employee of a state Medicaid office      01:45
11  contact you after you sent this letter and demand that
12  you report a fully discounted price?
13            MR. ANDERSON:  Objection, form.
14  Objection, leading.
15       A.   No.                                              01:45
16       Q.   (BY MS. GIULIANA)  When you sent out this
17  letter to state Medicaid offices, did you feel like
18  you were misleading them?
19       A.   No.
20       Q.   When you sent this letter out to state           01:46
21  Medicaid offices, did you feel like you were deceiving
22  them?
23       A.   No.
24            (Exhibit 273 marked)
25       Q.   (BY MS. GIULIANA)  Okay.  And this -- what's     01:46
```