# EXHIBIT 44

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid
in Support of Dey's Motion for Partial Summary Judgment**

Page 296

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3                     VOLUME II

 4   ----------------------------------X  MDL NO. 1456

 5   IN RE:  PHARMACEUTICAL INDUSTRY    :  CIVIL ACTION:

 6   AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS

 7   ----------------------------------X

 8   THIS DOCUMENT RELATES TO:          :

 9   U.S. ex rel. Ven-A-Care of the     :  CIVIL ACTION:

10   Florida Keys, Inc. v. Abbott       :  06-CV-11337-PBS

11   Laboratories, Inc.                 :

12   ----------------------------------X

13            IN THE CIRCUIT COURT OF

14          MONTGOMERY COUNTY, ALABAMA

15   ----------------------------------X

16   STATE OF ALABAMA,                  :  CASE NO.

17           Plaintiff,                 :  CV-05-219

18        v.                            :

19   ABBOTT LABORATORIES, INC.,         :  JUDGE

20   et al.,                            :  CHARLES PRICE

21           Defendants.                :

22   ----------------------------------X
```

Tawes, David - Vol. II                                                                                    April 25, 2007
Philadelphia, PA

Page 558

1       Q.   Okay.  And just a final point of

2   clarification.  It's -- no.  Let me -- I'll

3   withdraw that.

4       Let's turn to Exhibit Abbott 143, which are the

5   surveys, the actual surveys.

6            MS. REID:  Does everybody have that?

7   Okay.

8   BY MS. REID:

9       Q.   You have that in front of you?

10      A.   Yes.

11      Q.   Okay.  I believe you testified with Mr.

12  Torborg that you personally completed these --

13  these interview sheets as part of the report on

14  Medicaid's Use of Revised Average Wholesale Prices?

15      A.   Yes.

16      Q.   Okay.  And you did that as part of your

17  job responsibilities at the OEI?

18      A.   Yes.

19      Q.   Okay.  And it was also done in

20  accordance with the design for this particular

21  resort -- report, correct?

22      A.   Yes.

Page 559

1          Q.    Okay.   And is it part of the regular

2      practice of OEI to make records of interviews such

3      as these interviews and to keep them as part of

4      their regularly conducted business?

5          A.    Yes.

6          Q.    Okay.   And, in fact, they were kept as

7      part of the working file for this report?

8          A.    Yes.

9          Q.    Okay.   Let me just ask you questions

10     about some of the individual surveys, and I'm going

11     to direct your attention to Bates numbers because I

12     think that's --

13         A.    Okay.

14         Q.    -- the easiest way to find them.   237,

15     which is the Colorado interview.   And I want to

16     direct your attention to Page 238.   On Question 5,

17     am I correct that Colorado was not using the new

18     revised AWP prices?

19         A.    That's how they responded.

20         Q.    Okay.   Do you have any reason to believe

21     that they weren't telling you the truth?

22         A.    No.

Page 571

1    interviews?

2              MR. WINGET-HERNANDEZ:   Objection to form.

3              THE WITNESS:   No.

4    BY MS. REID:

5         Q.   Okay.   In the conducting of the

6    interviews, did you simply ask the questions and

7    then take down the answers?

8         A.   For the most part, yes.

9         Q.   Let me turn -- turn to our next one, and

10   we only have a few more, and that is 406 to 411,

11   which I believe is California, but you can confirm

12   that for me.

13        A.   Yes.

14        Q.   And who is the gentleman that you spoke

15   to there?

16        A.   Kevin Gurasby.

17        Q.   Kevin Gurasby, okay.   And California was

18   one of the states that did not use the revised AWP,

19   correct?

20        A.   Correct.

21        Q.   Okay.   And reasons that they gave for

22   not using it were:   Errors in the FDB file.  What

Page 572

```
 1   did you mean by that?

 2           MR. NEAL:  Objection as to form.

 3           You can answer.

 4           THE WITNESS:  I don't know what they

 5   meant by that.

 6   BY MS. REID:

 7       Q.   Okay.  Do you know what FDB file is?

 8       A.   The First DataBank file that was

 9   provided to the states.

10       Q.   Okay.  And, again, No. 2, they have a

11   question about limiting patient access, correct?

12       A.   Yes.

13       Q.   Okay.  And a concern that providers may

14   not offer service at these revised prices, correct?

15       A.   Correct.

16       Q.   What does No. 3 say?

17       A.   Bene's would go to hospitals.  They have

18   a request for proposal for a study on dispensing

19   fees; will modify reimbursement possibly.

20       Q.   Based on that study.  And bene's mean

21   beneficiaries --

22       A.   Yes.
```

Page 573

```
 1        Q.    -- would end up going to the hospitals.

 2   Is the implication of that, that that would end up

 3   costing Medicaid more if the beneficiaries go to

 4   the hospitals?

 5             MR. WINGET-HERNANDEZ:  Objection to form.

 6             MR. NEAL:  Objection as to form.

 7             You can answer the question.

 8             THE WITNESS:  Yes.

 9   BY MS. REID:

10        Q.    And then finally, I note on the final

11   page, 411, again in response to Question 27, that

12   Mr. Gurasby notes that AW -- AWP needs to be

13   accurate.  And do you recall him saying that?

14        A.    I don't recall him saying that.

15        Q.    Okay.  He also notes that -- or you make

16   a note of:  Involve pharm people.  What was that a

17   reference to?

18        A.    That before something's implemented,

19   talk to -- talk to the pharmacy people at the

20   states.

21        Q.    Okay.  And that was a -- a complaint

22   that several of the pharmacy directors made, wasn't
```

Philadelphia, PA

Page 574

1    it, in connection with these revised AW prices;

2    that they had not been consulted?

3         A.   I don't remember.

4         Q.   Okay.  But if they made it, it would be

5    in your notes?

6         A.   Yes.

7         Q.   Okay.  Let's turn to Texas, which is 347

8    to 352, and the respondent there is Ms. Patsy

9    Napier?

10        A.   Yes.

11        Q.   And -- sorry about this.  Hold on just a

12   second.

13        What did -- in response to Question 26, the

14   question about whether First DataBank had been

15   responsive to any comments or questions that the

16   agency might have, what did Ms. Napier say?  You

17   actually put it in quotes.

18        A.   First DataBank -- she said that

19   representatives of First DataBank said, we're being

20   made to do this, we're not happy about it, we're

21   not interested in updating.

22        Q.   And then she went on to say to you?