# EXHIBIT 45

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.*, **Civil Action No. 03-11226-PBS**

**Exhibit to the November 25, 2009 Declaration of Sarah L. Reid in Support of Dey's Motion for Partial Summary Judgment**

# Medicaid Prescription Drug Pricing Survey

## INTERVIEW SHEET

**Respondent:** Louise Jones  
**State:** AL  
**Name of Agency:** Alabama Medicaid  
**Date Completed:** 1/5/2000

### A. General Background

1. What is your State's reimbursement methodology for drugs covered under the prescription drug benefit?

   lower of WAC + 9.2, FUL, UC, MAC  
   If not available AWP - 10%

2. What does your State use as its source of pricing information for drugs covered under the prescription drug benefit?

   First DB

3. Who calculates your State's reimbursement amounts for drugs covered under the prescription drug benefit?

   ○ We do it ourselves.  
   ● We contract with First Databank to do it.  
   ○ We contract with a different outside source to do it. (Please name source)

   Source:

4. Are you aware that First Databank has recently reported more accurate AWPs for over 400 NDCs based on work done by the U.S. Department of Justice (DOJ) and the National Association of Medicaid Fraud Control Units (NAMFCU)?

   ● Yes  
   ○ No



EXHIBIT Abbott 143 4/25/07 mbr

# Medicaid Prescription Drug Pricing Survey

**INTERVIEW SHEET**

Respondent: _Kevin Gorosby_  State: _CA_

Name of Agency: _____  Date Completed: _1/11/01_

### A. General Background

1. What is your State's reimbursement methodology for drugs covered under the prescription drug benefit?

   AWP - 5% + $4.05
   FUL
   MAC on a few drugs
   v- certain

2. What does your State use as its source of pricing information for drugs covered under the prescription drug benefit?

   FDB

3. Who calculates your State's reimbursement amounts for drugs covered under the prescription drug benefit?

   ☑ We do it ourselves.
   ○ We contract with First Databank to do it.
   ● We contract with a different outside source to do it. (Please name source)
   Source: _Contractor - EDS_

4. Are you aware that First Databank has recently reported more accurate AWPs for over 400 NDCs based on work done by the U.S. Department of Justice (DOJ) and the National Association of Medicaid Fraud Control Units (NAMFCU)?

   ☑ Yes
   ○ No

**B. Implementation of New First Databank Prices**

5. Is your agency currently using the more accurate AWPs calculated by the DOJ and the NAMFCU and reported by First Databank ?

    ○ Yes, we are using the new prices for all of the listed drugs.
    ○ Yes, we are using the new prices for some of the listed drugs.
    ○ No, we are not currently using the new prices but did at one time.
    ◉ No, we have never used the new prices for any of the listed drugs.

6. If you have ever used the new prices, when did you begin?

    Month/Year _____

7. If your agency is currently using the new prices, do you plan to do so for the foreseeable future?

    ○ Yes
    ○ No

8. If you implemented the new prices but are no longer using them, what month did you stop?

    Month/Year _____

9. If you are not currently using the new prices, what reasons led to this decision?

    ① Errors in FDB file
    ② Would this limit patient access? Is AWP disp fee too low. Providers may not offer service
    ③ Benes would go to hospitals.
    RFP for study on dispensing fees. Will modify reimbursement possibly.

10. When the new prices were implemented, did your State change its reimbursement methodology for the affected drugs in any manner?

    ○ Yes
    ○ No

HHD006-0407

11. Does your agency have the legal authority to change its reimbursement methodology for the new AWPs reported by DOJ/First Databank, e.g. paying straight AWP instead of a discounted AWP? If not, have you or do you plan to seek the authority to change the methodology?

*If reported as AWP, would have to take -5%*
*Have to do reg change + state plan*

12. If a drug on the DOJ/First Databank list is subject to a Federal Upper Limit or State MAC, what price is being used?

   ○ The Federal Upper Limit
   ○ The State MAC
   ○ The new AWP
   ● Whichever is lower          *N/A*
   ○ Other (Please explain)

### C. Potential Implementation Problems

13. Are you aware that some of the NDCs included in the DOJ/First Databank list are no longer valid?

   ● Yes
   ○ No

   *Part of the problem*
   *collected at one point in time*

14. For NDCs on the DOJ/First Databank list which are no longer valid, has your State or First Databank cross-walked the drugs to their new NDCs (where applicable) so that the more accurate AWPs are in effect?

   ○ Yes (Please explain how you did this)
   ○ No
   ○ Other (Please explain)

   *N/A*

15. Do you feel that your State has the authority to crosswalk to new NDCs?

   ○ Yes (Please explain)
   ● No (Please explain)

16. Have you found that providers are substituting NDCs which have not undergone price reductions for NDCs included in DOJ/First Databank list? Could you provide us with data to support this?

    ○ Yes (Please explain)
    ○ No

    N/A

17. Have providers or other groups lodged complaints about the new prices?

    Phone calls and mail, esp oncology a hemophilia
    California Pharm Assn.

18. How have complaints been resolved?

    did not implement

### D. Reimbursement of Physician-Administered Drugs

19. Other than any applicable dispensing fees, does your State pay for physician-administered drugs in the same manner as drugs purchased from a pharmacy?

    ○ Yes
    ● No

20. How do physicians bill for drugs they administer?

    ○ NDCs
    ● HCPCS Codes          [scribble]
    ○ Both (Please explain)
    ○ Other (Please explain)

21. How is the reimbursement amount for a physician-administered drug determined?

    ○ We calculate reimbursement amounts for each HCPCS code by crosswalking to an NDC.
    ○ We use the Medicare payment amount for the HCPCS code.
    ● Other (Please describe)

    a lot of these are by invoice.
    AWP - 5  based on median NDC. Rates done once a year

HHD006-0409

22. If reimbursement amounts are based solely on a HCPCS code, are the new First Databank prices somehow taken into account?

    ○ Yes (please describe)
    ○ No

    N/A

### E. Impact of New Prices

23. Do you believe that these new prices are a having a short-term cost-saving impact? Could you provide us with data to support this?

    ○ Yes (please explain)
    ○ No (please explain)

    N/A

24. Do you believe that these new prices will have a significant long-term cost saving impact? Could you provide us with data to support this?

    ○ Yes (please explain)
    ○ No (please explain)

    N/A

25. If you are currently using the DOJ/First Databank prices, approximately how much money do you think these new prices will save your State this year? Could you provide us with data to support this?

    N/A

26. Overall, has First Databank been responsive to any comments or questions your agency may have had?

    ● Yes (please explain)
    ○ No (please explain)

    Fiscal agent did this. Make sure they did not use new prices. No problems

HHD006-0410

27. Please add any other comments you may have about the use of more accurate AWPs for the Medicaid program.

Intent was good.

Methodology needs to be enhanced.

Involve pharm people.

AWP needs to be accurate.

FDB should collect data.

Need to give more time to announce new prices & collect comments

HHD006-0411    L