# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-------------------------------X

IN RE PHARMACEUTICAL INDUSTRY  )

AVERAGE WHOLESALE PRICE        )

LITIGATION                     )

-------------------------------X  MDL No. 1456

THIS DOCUMENT RELATES TO:      )  Civil Action:

State of California, ex rel.   )  01-12257-PBS

Ven-A-Care v. Abbott           )

Laboratories, Inc., et al.,    )

-------------------------------X


THURSDAY, MAY 21, 2009


VIDEOTAPED DEPOSITION OF

VIC WALKER


SACRAMENTO, CALIFORNIA


Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

              Registered Merit Reporter

Walker, Vic  May 21, 2009

Sacramento, CA

Page 158

1  A.  Yes.
2  Q.  Do you know if Medi-Cal currently use
3  Average Sales Price as a basis for reimbursement?
4  A.  No.
5  Q.  No, you don't know, or, no, Medi-Cal
6  does not?
7  A.  Medi-Cal does not use it.
8      MR. MALONEY:  Okay.  Why don't we take
9  another short break while I organize additional
10 exhibits.
11     VIDEOGRAPHER:  We are going off video
12 record at approximately 2:23.
13         (Thereupon a recess was taken at
14 2:23 p.m. and the deposition resumed at 2:37
15 p.m.)
16     VIDEOGRAPHER:  We're back on the video
17 record at approximately 2:37.
18 BY MR. MALONEY:
19 Q.  Mr. Walker, you mentioned that Medi-Cal
20 did -- does not use average sales price as a basis
21 for reimbursement?
22 A.  That's true.

Page 159

1  Q.  Is it using any other price other than
2  average sales price as a basis for reimbursement?
3  A.  We're using -- as it says here, AWP-17,
4  MAIC, FUL, or the provider charge.
5      We pay the lower of those.
6  Q.  Okay.  And the --
7  A.  Or, to be correct, we add on dispensing
8  fee and pay at the lower of those.
9      I have to include the dispensing fee
10 because, you know, if the list price is $10, and
11 the FUL price is $5, and the pharmacy charges us
12 $2, we'll happily pay them $2.
13 Q.  Okay.  And the reimbursement change that
14 became effective September 1st, 2004 contemplated
15 using average sales price; correct?
16 A.  Yes.
17 Q.  But it turned out that the program
18 decided not to use average sales price?
19 A.  I'm not sure what the history was on
20 that.
21     I wasn't the primary person working on
22 it.

Page 160

1      I want to say that it wasn't available
2  to us.  I think it's not available to us.
3  Q.  Did the Department look at another price
4  to replace average sales price?
5  A.  We looked at a -- a new and improved way
6  of doing MAICs, which didn't happen.
7      We've talked about doing AMPs at one
8  point, but we don't have the authority to do that
9  at this point.
10 Q.  Okay.  What is "AMP"?
11 A.  Average Manufacturer Price.
12 Q.  And what does AMP represent?
13 A.  It is -- I believe, the average of --
14 average price that a pharmacist -- excuse me -- a
15 manufacturer would sell the product out the door
16 to a wholesaler.
17 Q.  And does that include discounts?
18 A.  It includes some discounts.
19 Q.  Okay.  And does --
20 A.  I believe.
21 Q.  Does DHS use AMP for supplemental
22 rebates?

Page 161

1  A.  Yes.  And for -- yes.
2  Q.  And how long has DHS been using AMP for
3  rebates?
4  A.  We've had AMPs from the manufacturers
5  for several years now, but I don't know -- I don't
6  remember the date that we started getting them.
7  Q.  When you joined Medi-Cal, was it using
8  AMP?
9  A.  No.  AMP didn't exist then.
10 Q.  Okay.  Do you know when it came in to
11 existence?
12 A.  It came in as an artifact of OBRA '90,
13 so it had been about October 1990 that the law
14 said that this shall be an AMP.
15 Q.  Okay.  You said the program considered
16 using AMP as a basis for reimbursement; correct?
17 A.  We've talked about it.
18 Q.  Would AMP --
19 A.  I couldn't say that the program
20 considered it, but we've talked about it in our
21 office.
22 Q.  Okay.  Would you consider AMP to be a

41 (Pages 158 to 161)

Walker, Vic                                            May 21, 2009

Sacramento, CA

Page 162

1  better estimate of acquisition cost?
2      A.  Better than what?
3      Q.  AWP?
4      A.  Probably.
5         MR. MALONEY:  Okay.  All right.
6      I'd like to mark this as exhibit -- 16?
7         THE REPORTER:  (Nodding head)
8            (Exhibit Walker 016 was marked for
9   Identification.)
10 BY MR. MALONEY:
11     Q.  Please take a minute to review this
12 exhibit and let me know when you're ready.
13     A.  It's been a while.
14        Okay.
15     Q.  This document is -- appears to be an E-
16 mail chain ending in September 4, 2001 in which
17 you participated; correct?
18     A.  Yes.
19     Q.  And it appears that the messages on this
20 chain were sent to various people -- people from
21 various state Medicaid agencies; correct?
22     A.  In general, yes.  This is an ADURS E-

Page 163

1  mail chain.
2      Q.  And what is "ADURS"?
3      A.  American Drug Utilization Society.
4         Excuse me.
5         Drug Utilization Review Society.
6      Q.  Were you a member of ADURS?
7      A.  Yes.
8      Q.  This -- the subject of this E-mail chain
9  is "Re:  Prescription Drug Savings - Acquisition
10 Costs."
11        It appears that the discussion relates
12 to -- started from the -- based on the executive
13 summary of an OIG report dated August 10th, 2001;
14 correct?
15     A.  So it would appear.
16     Q.  And did you -- often participate in E-
17 mail discussions similar to this?
18     A.  From time-to-time.
19     Q.  When did you sign up for -- to receive
20 E-mails similar to this from the ADURS
21 organization?
22     A.  I became the DUR pharmacist in about

Page 164

1  2000, and so -- and I attended the first ADURS
2  meeting that I attended shortly thereafter, you
3  know, like in February, I think, and I signed up
4  about -- about then.
5         So it would have been about February
6  2000.
7      Q.  And generally this E-mail discussion
8  relates to the use of actual acquisition cost for
9  reimbursement in Medicaid; --
10     A.  Yes.
11     Q.  -- correct?
12        And on September 4th, you wrote a
13 message to the list serve relating to that issue;
14 right?
15     A.  I'm not sure it was September 4th.
16        Ron Graham's reply is on September 4th.
17 I am -- oh.  I take that back.
18        Yes, I did.
19     Q.  Okay.  And --
20     A.  I was getting confused by the times, but
21 I forgot that he's located two hours east of here.
22 So --

Page 165

1      Q.  He works for Oklahoma; right?
2      A.  Yeah.  Yeah.
3         So he's -- so that would have been --
4  different time for me, and that's why I'm getting
5  confused.
6      Q.  Okay.  And in your E-mail you state "I
7  think paying at actual acquisition cost, ACC,
8  would be a very good thing.  There are two serious
9  problems with paying at AAC though."
10        And in the first problem you generally
11 note that it's difficult to get AAC for use in
12 reimbursement; correct?
13     A.  Yes.
14     Q.  And in the second problem you note that
15 California hasn't updated its dispensing fee since
16 the late eighties; is that accurate?
17     A.  Pretty sure.
18        Might have been the mid-eighties, but at
19 the time that was my best guess.
20     Q.  Okay.  And you note that pharmacists'
21 costs have risen quite a bit during this time --
22 during that time?

42 (Pages 162 to 165)