# EXHIBIT F

Case 1:01-cv-12257-PBS   Document 6700-7   Filed 11/25/09   Page 2 of 3

Gorospe, Pharm. D., J. Kevin - Vol. II                         September 22, 2008
                              Sacramento, CA

Page 394

```
              UNITED STATES DISTRICT COURT

              DISTRICT OF MASSACHUSETTS

    ------------------------------x

    IN RE PHARMACEUTICAL INDUSTRY)

    AVERAGE WHOLESALE PRICE       )

    LITIGATION                    )

    _____)

    THIS DOCUMENT RELATES TO      ) MDL No. 1456

    State of California, ex rel. ) Civil Action:

    Ven-A-Care v. Abbott          ) 01-12258-PBS

    Laboratories, Inc., et al.    )

    ------------------------------x

                      VOL. II

                     --oOo--

             MONDAY, SEPTEMBER 22, 2008

                     --oOo--

              VIDEOTAPED DEPOSITION OF

              J. KEVIN GOROSPE, Pharm.D.

                     --oOo--


    Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

                  Registered Merit Reporter
```

Case 1:01-cv-12257-PBS   Document 6700-7   Filed 11/25/09   Page 3 of 3

Gorospe, Pharm. D., J. Kevin - Vol. II                                          September 22, 2008
Sacramento, CA

Page 711

1   A.  No, not specifically.
2   Q.  Because you don't have the specifics
3   about the accuracy or the specifics about the
4   confidentiality concern?
5   A.  That's correct.
6   Q.  Okay.  So when you said in response to
7   Mr. Paul's question that you were surprised about
8   the point that the Mylan representative made about
9   accuracy, you really don't remember any of the
10  details to be able to tell us what it was about
11  what they were saying that surprised you; do you?
12  A.  No.
13  Q.  Okay.  So they could have been talking
14  about accuracy in some way that had nothing to do
15  with Mylan and its calculation of AMP; correct?
16  A.  Yes.
17  Q.  In fact, you don't even recall whether or
18  not they were talking about Mylan's AMPs, or AMPs
19  in general, or this report that you -- that they
20  were talking about from the Generic Manufacturer's
21  Association; isn't that right?
22      MR. PAUL:  Objection to form.

Page 712

1       THE WITNESS:  That's correct.
2       MR. ROBBEN:  Okay.  I'd also call for the
3   production of the report that Mr. Gorospe testified
4   about.
5       MR. PAUL:  Which report is that, counsel?
6       MR. PAUL:  He said that the Mylan person
7   was discussing some document that the -- that the
8   trade group --
9       MR. PAUL:  If we're talking about the
10  same document, I sent that to you.
11      MR. ROBBEN:  Okay.  If I missed it, I'm
12  sorry.
13      MR. PAUL:  Did any of you get an E-mail
14  from us on Friday?
15      MR. BENNETT:  Perhaps.
16      MR. ROBBEN:  I'm not saying I didn't.
17      MR. BUEKER:  I certainly did late.
18      MR. PAUL:  Just for the record, you found
19  a document in your file cabinet and you sent it to
20  me; is that correct?
21      THE WITNESS:  Yes.
22      MR. PAUL:  That I believe bears on this

Page 713

1   conversation that you had with Mylan?
2       THE WITNESS:  Yes.
3       MR. PAUL:  Right.
4       And you transmitted electronically to us
5   and we turned around and slapped it on a -- with a
6   letter that we sent electronically with a number of
7   documents because some of them concerned documents
8   Mr. Hillblom had discovered on his home computer as
9   well.
10      MR. ROBBEN:  Okay.  Well, we'll check it
11  out.
12  BY MR. ROBBEN:
13  Q.  Do you have an understanding of how
14  rebates are billed and collected?
15  A.  Yes.
16  Q.  Okay.  And correct me if I'm wrong, but
17  every quarter CMS or HCFA, when HCFA was the name
18  of the agency, sends Medi-Cal a list of what's
19  called the unit rebate amount for each drug that
20  California reimbursed for; isn't that right?
21  A.  Specifically they send a file with unit
22  rebate amounts for all NDCs as reported to them by

Page 714

1   the manufacturers, whether or not California
2   reimbursed the product.
3   Q.  Oh, okay.
4       And do you have access to that entire
5   list?
6   A.  Yes.
7   Q.  Okay.  So whether or not were reimbursed
8   for a particular drug, you can actually look at the
9   URA for that drug?
10  A.  If it was reported by the manufacturer,
11  correct.
12  Q.  But then, as I understand it, California
13  takes this collection of URA information, matches
14  it up with its utilization data and creates a bill;
15  is that right?
16  A.  That is correct.
17  Q.  Okay.  And the Federal rebate, the OPRA
18  (ph.) 90 rebate, is the unit rebate amount times
19  the number of units reimbursed; correct?
20  A.  That's correct.
21  Q.  Okay.  Now, as to the unit rebate
22  amount, I'd like to read you some testimony from

81 (Pages 711 to 714)