# EXHIBIT G

Page 535

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE:   PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
|        v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

        (cross-captions on following pages)


                    Washington, D.C.

                    Wednesday, March 26, 2008

                    9:22 a.m.


     Videotaped deposition of DEIRDRE DUZOR

                Volume III

```
                                Page 672                                             Page 674
 1  Coffman.  And we actually do have a contractor     1  invoice the drug manufacturers for the rebates.
 2  that works with us in taking in that data.          2     Q.  And again, that's been going on since
 3     Q.  Now, you said, kind of in an offhand         3  1990?
 4  way before, that you have access to AMPs so if      4     A.  Right.
 5  you wanted to look at AMPs, you could.              5     Q.  So if I understand this correctly, CMS
 6     A.  Yes, I can.                                  6  gets the AMP, right?
 7     Q.  Other people at CMS, if they have a          7     A.  Yes.
 8  legitimate business reason to look at AMPs, they    8     Q.  CMS then computes a number called the
 9  can look at them, right?                            9  URA, correct?
10        MS. MARTINEZ:  Objection.  Form.            10     A.  Yes.
11        THE WITNESS:  Generally, people in          11     Q.  In the case of generic drugs, the URA
12  Medicaid dealing with drugs have access to it.    12  is used for calculating the rebate, right?
13  BY MR. MERKL:                                     13     A.  For both generics and brands.
14     Q.  To AMP information?                        14     Q.  Okay.  CMS calculates the URA and it
15     A.  To AMP.                                    15  sends the URA to all the states, right?
16     Q.  OIG, from time to time, has gotten AMP    16     A.  Yes.
17  information, correct?                              17     Q.  And each state gets URAs for all the
18     A.  Yes, they have.                             18  drugs that it reimburses for?
19     Q.  All right.  And, again, where they got     19     A.  Yes.
20  this information before 2002 you would have no    20     Q.  And it gets those URAs, again, by NDC
21  way of knowing one way or the other?              21  number?
22     A.  I do know that, yes, that OIG has had     22     A.  Yes.
```

```
                                Page 673                                             Page 675
 1  it for at least certain manufacturers from before  1     Q.  So for each Dey drug, for instance,
 2  2002.                                              2  they will get a URA for that Dey drug for that
 3     Q.  Okay.  Congress, they can get the AMP       3  quarter?
 4  information, too, if they want to see it, right?   4     A.  That's right.
 5        MS. MARTINEZ:  Objection.  Form.             5     Q.  And then what do the states, once they
 6        THE WITNESS:  I don't know.                  6  get those URAs for a Dey drug -- I'm sorry.  Once
 7  BY MR. MERKL:                                      7  the state gets the URA, they also get information
 8     Q.  How about the GAO?                          8  on utilization, right?
 9     A.  Yes, I think we have made it available     9     A.  They have their information on
10  to the GAO.                                       10  utilization.
11     Q.  Now, once you at CMS get the AMP          11     Q.  How many units of a drug they sold?
12  information, what do you use it for?             12     A.  Right.
13     A.  In terms of the rebate program it was    13     Q.  So they --
14  used to -- it is used to calculate something      14     A.  They have that data.
15  called a unit rebate amount.                     15     Q.  So they take --
16     Q.  The URA?                                  16        MS. MARTINEZ:  Objection.  Form.  You
17     A.  The URA.                                  17  said sold; you probably meant reimbursed.
18     Q.  Okay.  And what is the URA?              18  BY MR. MERKL:
19     A.  It is the rebate that would be due on    19     Q.  All right.  Let me -- the states have
20  each unit of a drug.  And it's provided to the   20  their own utilization data, right?
21  states so that they can multiply the number of   21     A.  Yes.
22  units they paid for times this figure in order to 22     Q.  And that shows them how much -- how
```