# Exhibit 2

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

Page 328

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3       - - - - - - - - - - - - - - - -
 4    IN RE: PHARMACEUTICAL        )  MDL NO. 1456
 5    INDUSTRY AVERAGE WHOLESALE   )  CIVIL ACTION
 6    PRICE LITIGATION             )  01-CV-12257-PBS
 7    THIS DOCUMENT RELATES TO     )
 8    U.S. ex rel. Ven-a-Care of   )  Judge Patti B. Saris
 9    the Florida Keys, Inc.       )
10         v.                      )  Chief Magistrate
11    Abbott Laboratories, Inc.,   )  Judge Marianne B.
12    No. 06-CV-11337-PBS          )  Bowler
13     - - - - - - - - - - - - - - - -
14          (captions continue on following pages)
15
16
17      Videotaped deposition of NANCY-ANN MIN DEPARLE
18                         Volume 2
19
20
21
22
```

DeParle, Nancy-Ann Min - Vol. II                                December 5, 2007
Washington, DC

Page 431

1  rebates under that act and that there was a
2  linkage between the rebates and coverage of the
3  drugs.
4       Q.   And I think that you've testified that
5  the states had flexibility in determining how
6  they would run their Medicaid programs as long as
7  they complied with the federal statutes, rules
8  and regulations?
9       A.   That sounds right.
10      Q.   Now, HCFA had the ultimate
11 responsibility of overseeing whether each state
12 Medicaid program was in compliance with federal
13 statutes and rules and regulations?
14           MS. YAVELBERG:  Objection, form.
15      A.   Well, I don't know ultimate
16 responsibility.  I mean, HCFA was the agency of
17 the federal government that related to the state
18 Medicaid offices.
19      Q.   But each state was required to submit
20 its state plan describing its program to HCFA for
21 approval; isn't that correct?
22      A.   Yes.  And that's generally done once