# Exhibit 5

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

Scully, Thomas A.  May 15, 2007
Washington, DC

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | : | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : | CIVIL ACTION |
| PRICE LITIGATION | : | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | : | |
| U.S. ex rel. Ven-a-Care of | : | Judge Patti B. Saris |
| the Florida Keys, Inc. | : | |
| v. | : | |
| Abbott Laboratories, Inc., | : | Chief Magistrate |
| No. 06-CV-11337-PBS | : | Judge Marianne B. |

- - - - - - - - - - - - - - -x   Bowler

Scully, Thomas A.　　　　　　　　　　　　　　　　May 15, 2007
　　　　　　　　　　Washington, DC

209

1　　them that they weren't paying providers unless -- and

2　　this is another complicated issue -- in some cases,

3　　they were artificially paying providers huge amounts

4　　so that they could churn the money back through and

5　　not actually put up state money.  That happened with

6　　drug reimbursement as well.  So the only time I

7　　remember questioning drug reimbursement or rebate

8　　strategies, for example, in Florida, was when they

9　　used it for a scam to not put up state money.  Which

10　　I did in Florida on a regular basis.

11　　　　　Q.　　And so it was CMS's policy to let the --

12　　let the states make their own determination of what,

13　　what levels to reimburse their providers at?

14　　　　　**A.　　For all providers.**

15　　　　　Q.　　For all providers.

16　　　　　**A.　　Yes.**

17　　　　　Q.　　And from CMS's perspective, it would be

18　　okay if states used AWP minus 10 percent as a

19　　reimbursement level, even though CMS and the state

20　　knew that the actual acquisition cost was more like

21　　AWP minus 40 percent?

22　　　　　　　　MR. GOBENA:  Object to the form.

Scully, Thomas A.                                                May 15, 2007
Washington, DC

210

1           MR. BREEN:  Object to the form.

2           MS. MILLER:  Object to the form.

3           BY MR. DALY:

4      Q.   Go ahead.

5      A.   I'm certain that we tried to educate them

6  state by state as to reference documents as to what

7  reasonable prices were.  But the pricing policy

8  whether it's nursing homes, hospitals, providers was

9  as long as it wasn't unreasonable and as long as it

10 wasn't part of a refinancing money churning scam to

11 avoid putting up state dollars, it was up to the

12 discretion of the state what they negotiate with

13 providers in the Medicaid program, including drugs,

14 unless Congress told us otherwise, which they never

15 did that I'm aware of.

16     Q.   And the state -- the federal government

17 would pay, what, a national average of 50 percent of

18 all Medicaid dollars, is that how it worked out?

19     A.   No.  It's all state by state, based on

20 poverty.  So Connecticut and New York, which are

21 wealthier states have 50 percent match.  Mississippi

22 was 78 percent, I believe.