# Exhibit 6

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**



42 CFR § 447.331                                                                                                   Page 1

```
                          TITLE 42--PUBLIC HEALTH
    Chapter IV--Health Care Financing Administration, Department of Health and
                                 Human Services
                     Subchapter C--Medical Assistance Programs
                         Part 447--Payments for Services
        Subpart D--Payment Methods for Other Institutional and Noninstitutional
                                    Services
                                      Drugs
```

   s 447.331 Drugs: Aggregate upper limits of payment.

   (a) Multiple source drugs. Except for brand name drugs that are certified in accordance with paragraph (c) of this section, the agency payment for multiple source drugs must not exceed, the amount that would result from the application of the specific limits established in accordance with § 447.332. If a specific limit has not been established under § 447.332, then the rule for "other drugs" set forth in paragraph (b) applies.

   (b) Other drugs. The agency payments for brand name drugs certified in accordance with paragraph (c) of this section and drugs other than multiple source drugs for which a specific limit has been established under § 447.332 must not exceed in the aggregate, payment levels that the agency has determined by applying the lower of the--

      (b)(1) Estimated acquisition costs plus reasonable dispensing fees established by the agency; or

      (b)(2) Providers' usual and customary charges to the general public.

   (c) Certification of brand name drugs. (1) The upper limit for payments multiple source drugs for which a specific limit has been established under § 447.332 does not apply if a physician certifies in his or her own handwriting that a specific brand is medically necessary for a particular recipient.

      (c)(2) The agency must decide what certification form and procedure are used.

      (c)(3) A checkoff box on a form is not acceptable but a notation like "brand necessary" is allowable.

      (c)(4) The agency may allow providers to keep the certification forms if the forms will be available for inspection by the agency or HHS.

[43 FR 45253, Sept. 29, 1978, as amended at 45 FR 24889, Apr. 11, 1980. Redesignated at 46 FR 47973, Sept. 30, 1981; 52 FR 28657, July 31, 1987]

 Authority: Sec. 1102 of the Social Security Act, (42 U.S.C. 1302), unless other-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

wise noted.

 Source:  43 FR 45253, Sept. 29, 1978, unless otherwise noted.  Redesignated at 46 FR 47973, Sept. 30, 1981.

 42 CFR s 447.331

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.



42 CFR § 447.332 Page 1

```
                       TITLE 42---PUBLIC HEALTH
   Chapter IV--Health Care Financing Administration, Department of Health and
                               Human Services
                  Subchapter C--Medical Assistance Programs
                       Part 447--Payments for Services
         Subpart D--Payment Methods for Other Institutional and Noninstitutional
                                   Services
                                     Drugs
```

s 447.332 Upper limits for multiple source drugs.

(a) Establishment and issuance of a listing.

(a)(1) HCFA will establish listings that identify and set upper limits for multiple source drugs that meet the following requirements:

(a)(1)(i) All of the formulations of the drug approved by the Food and Drug Administration (FDA) have been evaluated as therapeutically equivalent in the most current edition of their publication, Approved Drug Products with Therapeutic Equivalence Evaluations (including supplements or in successor publications).

(a)(1)(ii) At least three suppliers list the drug (which has been classified by the FDA as category "A" in its publication, Approved Drug Products with Therapeutic Equivalence Evaluations, including supplements or in successor publications) based on all listings contained in current editions (or updates) of published compendia of cost information for drugs available for sale nationally.

(a)(2) HCFA publishes the list of multiple source drugs for which upper limits have been established and any revisions to the list in Medicaid program instructions.

(a)(3) HCFA will identify the sources used in compiling these lists.

(b) Specific upper limits. The agency's payments for multiple source drugs identified and listed in accordance with paragraph (a) of this section must not exceed, in the aggregate, payment levels determined by applying for each drug entity a reasonable dispensing fee established by the agency plus an amount established by HCFA that is equal to 150 percent of the published price for the least costly therapeutic equivalent (using all available national compendia) that can be purchased by pharmacists in quantities of 100 tablets or capsules (or, if the drug is not commonly available in quantities of 100, the package size commonly listed) or, in the case of liquids, the commonly listed size.

[52 FR 28658, July 31, 1987]

Authority: Sec. 1102 of the Social Security Act, (42 U.S.C. 1302), unless other-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

wise noted.

 Source:  43 FR 45253, Sept. 29, 1978, unless otherwise noted.  Redesignated at 46 FR 47973, Sept. 30, 1981.

 42 CFR s 447.332

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.