# Exhibit 7

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben
in Support of Defendants' Joint Motion for Partial Summary Judgment**

Page 1

1              COMMONWEALTH OF KENTUCKY

2         FRANKLIN CIRCUIT COURT - DIVISION I

3              CIVIL ACTION NO. 04-CI-1487

4

5    ------------------------------X

6    COMMONWEALTH OF KENTUCKY          )

7    ex rel. GREGORY D. STUMBO,        )

8    ATTORNEY GENERAL,                 )

9         Plaintiff                    )

10   v.                                )

11   ALPHARMA USPD, INC., et al.,      )

12        Defendants                   )

13   ------------------------------X

14

15

16        Deposition of Mike Robinson, taken at Stites

17   & Harbison, 421 West Main Street, Frankfort,

18   Kentucky, commencing at 9:01 a.m., Thursday,

19   February 7, 2008, before Kimberley Ann Keene, RPR

20   No. 041331.

21

22

Robinson, Mike

Frankfort, KY

February 7, 2008

Page 108

1  but every single service that we provided had a
2  provider network that we wanted to ensure.
3      Q.   So -- so, DMS has to balance the
4  considerations of efficiently providing Medicaid
5  services and ensuring access to Medicaid services
6  for recipients in every one of the areas that
7  Medicaid provides, correct?
8      A.   That's correct.
9      Q.   And the considerations apply to the
10 pharmacy area as well?
11     A.   That's correct.
12     Q.   And you were also mentioning fairness
13 and reasonableness.
14          And just elaborate more on what you
15 meant by that.
16     A.   Well, I think what I meant by that is,
17 we -- we were confronted with a very difficult
18 financial situation, and our approach was, was
19 not to favor one provider network over another
20 provider network.
21          And the changes that we wanted to make,
22 or we -- we did make, we thought were reasonable

Robinson, Mike
Frankfort, KY
February 7, 2008

Page 109

1  under the financial conditions that we found
2  ourselves in, trying to kind of make our budget
3  and also protecting the provider networks that
4  were established.
5      Q.   And in the pharmacy area, the fairness
6  and reasonableness had to -- I mean, wasn't that
7  basically balancing the need to reimburse
8  pharmacists enough to incentivize them to
9  participate in the program with the budget
10 considerations that you were talking about
11 before?
12     A.   It -- it was a very fine balance in
13 trying to accomplish both goals.
14     Q.   Yeah.
15          Now, how important was the report,
16 Exhibit 3, in making the decision about what
17 reimbursement levels would be?
18     A.   In -- in my opinion, it was just one
19 piece of information to be considered.
20     Q.   And who all was receiving Exhibit 3, or
21 considering Exhibit 3, in terms of deciding what
22 the reimbursement levels would -- would be?