# Exhibit 10

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben
in Support of Defendants' Joint Motion for Partial Summary Judgment**

Jeffrey, Pharm.D., Paul L.           Boston, MA           June 14, 2007

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3   Civil Action No. 03-CV-11865-PBS
 4   - - - - - - - - - - - - - - - - - - - - - - - x
 5   THE COMMONWEALTH OF MASSACHUSETTS,
 6                    Plaintiff,
 7     v.
 8   MYLAN LABORATORIES, INC.; BARR LABORATORIES, INC.;
 9   DURAMED PHARMACEUTICALS, INC.; IVAX CORPORATION;
10   WARRICK PHARMACEUTICALS CORPORATION; WATSON
11   PHARMACEUTICALS, INC.; SCHEIN PHARMACEUTICAL; INC.;
12   TEVA PHARMACEUTICALS USA, INC.; PAR PHARMACEUTICAL,
13   INC.; DEY, INC.; ETHEX CORPORATION; PUREPAC
14   PHARMACEUTICAL CO.; and ROXANE LABORATORIES, INC.,
15                    Defendants.
16   - - - - - - - - - - - - - - - - - - - - - - - x
17
18       VIDEOTAPED DEPOSITION OF PAUL L. JEFFREY, Pharm.D.
19         Thursday, June 14, 2007   9:50 a.m. to 4:26 p.m.
20                      Ropes & Gray,
21          One International Place, Boston, Massachusetts
22             Reporter:  Lisa A. Moreira, RDR/CRR
```

1   qualitative nature to that, so --
2       Q.   Right.
3       A.   -- at first I believed it to be, you
4   know, competent.  I think that my perspective on
5   the reimbursement for brands and generics changed
6   over time.
7       Q.   And as it changed, did it affect your
8   view of the competence of your predecessors?
9       A.   No.
10      Q.   Dr. Jeffrey, what are the goals of the
11  Massachusetts Medicaid program for
12  pharmaceuticals?
13      A.   To provide medically necessary drug
14  therapy to the members of the MassHealth program.
15      Q.   And in order to do that, am I correct
16  that one goal of the program is to ensure that
17  Medicare- eligible individuals have access to
18  pharmaceuticals?
19      A.   Medicaid-eligible.
20      Q.   Excuse me.
21      A.   Yes.
22           MR. MONTGOMERY:  Strike that.  Don't

1   let that appear in the transcript.

2          THE WITNESS:  I do it myself.

3      A.   So yes, that would be an accurate

4   statement. That's a requirement of my position.

5   It is expected of my position to do that.

6      Q.   And in order to assure access, you have

7   to induce pharmacies to voluntarily participate

8   in the program, correct?

9      A.   Yes.

10     Q.   And am I correct that another goal of

11  the program is to make prudent use of taxpayer

12  dollars in providing this benefit?

13     A.   Yes.

14     Q.   And during the course of your tenure at

15  MassHealth have you been concerned from time to

16  time about your ability to maintain adequate

17  access to pharmaceuticals for Medicaid-eligible

18  individuals?

19     A.   Yes.

20     Q.   And can you tell me, just generally,

21  about the nature of the concern that you have

22  had.

Jeffrey, Pharm.D., Paul L.

Boston, MA

June 14, 2007

Page 51

```
1       A.    I know it to be a responsibility of the
2   program management, so it's one of the things I
3   have to keep my eye on continuously, so it's
4   always one of the parameters I would evaluate
5   when making a decision that would affect our
6   policies, would it affect access.
7       Q.    And in making that evaluation, what do
8   you look at?
9       A.    Well, you know, specifically it is, are
10  there enough pharmacies to provide the services
11  required of the citizens of the Commonwealth who
12  are Medicaid beneficiaries?
13      Q.    And has it been your view that in order
14  to maintain an adequate stable of pharmacies,
15  that they need to make a reasonable profit on the
16  service that they provide to the Medicaid
17  program?
18      A.    Yes.
19      Q.    And how do you stay on top of the
20  reasonableness of the profit?
21      A.    The indicator that's of -- the most
22  important indicator is, do we have pharmacies to
```

1   between branded drugs and generic drugs?

2       A.   I think yes, but I think only to the

3   extent that he or she -- I'm trying to remember

4   whether it was a he or she -- limited their

5   remarks to brand- name drugs.  I don't know that

6   they gave us any information about generic drugs.

7       Q.   Right.  But to the best of your memory,

8   this information related to brands?

9       A.   Correct.

10     Q.   So you didn't learn anything from FDB

11  at all at any time about how they might determine

12  WACs to the extent that they report them for

13  generics?

14     A.   That's correct.  Again, to the best of

15  my knowledge.

16     Q.   Did you ever receive any pricing

17  information directly from manufacturers?

18     A.   Yes.

19     Q.   From whom?

20     A.   Many.  Innumerable.

21     Q.   And in what connection did you receive

22  such information?