# Exhibit 11

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

CA Dept of Health Care Services (Gorospe, PharmD, J. Kevin)  December 3, 2008
Sacramento, CA

Page 1

1              UNITED STATES DISTRICT COURT

2                DISTRICT OF MASSACHUSETTS

3    -------------------------------X

4    IN RE PHARMACEUTICAL INDUSTRY   )

5    AVERAGE WHOLESALE PRICE         )   MDL No. 1456

6    LITIGATION                      )

7    -------------------------------X

8    THIS DOCUMENT RELATES TO        )   Civil Action:

9    State of California, ex rel.    )   01-12258-PBS

10   Ven-A-Care v. Abbott            )

11   Laboratories, Inc., et al.      )

12   -------------------------------X

13                    --oOo--

14            WEDNESDAY, DECEMBER 3, 2008

15                    --oOo--

16              VIDEOTAPED DEPOSITION OF

17   THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

18              by J. KEVIN GOROSPE, Pharm.D.

19                    --oOo--

20

21   Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

22              Registered Merit Reporter

CA Dept of Health Care Services (Gorospe, PharmD, J. Kevin)  
Sacramento, CA

December 3, 2008

Page 184

1    Q.   -- for that.

2         Just to set the stage, you work today

3    for the Department of Health Care Services of the

4    State of California; is that correct?

5    A.   That is correct.

6    Q.   And that Department administers the

7    California Medicaid program, which is also known

8    as Medi-Cal; is that right?

9    A.   That's correct.

10   Q.   And you are the -- currently the Chief

11   of Medi-Cal Pharmacy Policy?

12   A.   I'm Chief of the Medi-Cal Pharmacy

13   Policy Branch.

14   Q.   Okay.  And have you been -- held that

15   position since 2000?

16   A.   Essentially, yes.

17        There was a reorganization in -- in

18   2007, which changed the structure of the

19   Department, and -- and the different division,

20   but essentially I've been Chief of the Pharmacy

21   Policy since 2000.

22   Q.   Okay.  And do I understand correctly

Page 192

```
 1    know, roughly, are covered by the pharmacy
 2    program?
 3        A.    In any single quarter the number of
 4    NDCs ranges from approximately 20 to 26,000.
 5        Q.    20,000 to 26,000?
 6        A.    That's correct.
 7        Q.    Okay.  And are these manufactured by a
 8    large number of drug manufacturers?
 9        A.    Yes.
10        Q.    Do you have any general estimate of
11    approximately how many manufacturers are
12    represented by these 20,000 to 26,000 NDCs?
13        A.    Over 300 different labelers.
14        Q.    In terms of expenditures for drugs,
15    which -- do brand drugs account for more or less
16    than multisource drugs?
17        A.    In terms of gross expenditures,
18    payments to pharmacies?
19        Q.    Yes.
20        A.    Is that what you're talking about?
21        Q.    Yep.
22        A.    They -- single source and innovator
```

Page 193

```
 1   multiple source products account for
 2   approximately 80 percent of the expenditure.
 3        Q.   And when you say "single source or
 4   multisource innovators," is that -- are those
 5   descriptions commonly referred to, at least in
 6   lay terms, as "brand drugs"?
 7        A.   Yes.
 8        Q.   Okay.  And I take it then generic drugs
 9   or multisource noninnovator drugs make up for
10   about 20 percent of pharmacy program
11   expenditures?
12        A.   That's correct.
13        Q.   Approximately how many claims for
14   reimbursement are submitted and processed by
15   Medi-Cal?
16             And I don't know whether to ask per
17   month or year.
18        A.   Currently or pre -- you want pre Part D
19   or post Part D?
20        Q.   Let's start with currently --
21        A.   Okay.
22        Q.   -- and then I want to ask you --
```