# Exhibit 14-4

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

Philips, Almarin, Editor, Promoting Competition in Regulated Markets, Washington, The Brookings Institution, 1975.

Reynolds Securities, Multi-Source Drugs:  An Acceleration in Use of Lower-Costing Substitutes?, May 13, 1977.

State of California, California Administrative Code, Title 22, various sections cited in text.

State of California, California Business and Professions Code, Section 4047

State of California, Department of Finance.
    Series of computer printouts summarizing and analyzing field survey and DOH data.  (Results reported in Chapter IV.)

State of California, Department of Health, Budget Change Proposal, June 8, 1977, Drug Utilization Review Unit (draft copy).

State of California, Department of Health, Center for Health Statistics, Annual Drug Usage Summary, 1975-76 (computer report developed from paid claims data).  Also other months and years.

State of California, Department of Health, Data Processing Services Branch, computer printout, May month of service, June month of payment data

State of California, Department of Health, Hearings, December 27, 1976, Regulations Unit, 1976.

State of California, Department of Health, Medi-Cal Division, Modified Volume Purchase Plan, March 28, 1977.

State of California, Department of Health, Report on the Department of Health's Pharmacy Services Charge Survey.  Report #25-75-1, Rates and Fees Section, January, 1975.

State of California, Department of Health,  Task Force on Volume Health Iter Purchasing, Feasibility of Reducing Net Cost of Prescription Drugs, April, 1975.

State of California, Legislature, Assembly Interim Committee on Ways and Means, Report of the Subcommittee on Health, Education, and Welfare Services on Drug Prices, 1967.

Superior Court of California, Pharmaceutical Manufacturers' Association et. al. vs. Brian, Sacramento, 1973.

Touche, Ross & Co., Survey of Pharmacy Dispensing Costs, Sept., 1977.

United States Department of Health, Education, and Welfare, Final Report, Task Force on Prescription Drugs, Washington, U.S. Government Printing Office, 1969.

United States Department of Health, Education, and Welfare, Office of Long Term Care, Physicians Drug Prescribing Patterns in Skilled Nursing Facilities, Washington, U.S. Government Printing Office, June, 1976.

United States Department of Health, Education, and Welfare, Region VIII, Letter, Regional Attorney to Acting Regional Commissioner, SRS, November 4, 1976.

United States Government, Code of Federal Regulations, Title 45, Public Welfare, Sections 250.30 and 249.20.

United States Senate, Select Committee on Small Business Subcommittee on Monopoly, Present Status of Competition in the Pharmaceutical Industry, Hearings of March 19, 20, 21, and April 24, 25, and May 16, 1975, Washington, U.S. Government Printing Office, 1975.

United States Senate, Special Committee on Aging, Subcommittee on Long-Term Care, Nursing Home Care in the United States, Failure in Public Policy, Supporting Paper No. 2, Drugs in Nursing Homes: Misuse, High Costs, and Kickbacks, Washington, U.S. Government Printing Office, January, 1975.

Yamey, B.S., Editor, Resale Price Maintenance, Chicago: Aldine Publishing Company, 1966.