# Exhibit 22

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

# NATIONWIDE AVERAGE WHOLESALE PRICE REVIEW CONFERENCE
## August 30 & 31, 1994

### Office of Inspector General:

Baltimore

- George M. Reeb
- M. Ben Jackson

Philadelphia

- Robert Vito

Little Rock

- Bill Shrigley
- Paul Chesser

Dallas

- Gordon Sato

### Health Care Financing Administration:

Baltimore

- Dave McNally
- Larry Reed

### Selected States:

- California - Allen Fung
- Delaware - Cynthia Denemark
- District of Columbia - Donna Bovell
- Florida - Susan McLeod
- Maryland - Joseph Fine
- Missouri - Susan McCann
- Montana - Terry Krantz
- Nebraska - Daniel Snodgrass
- New Jersey - Edward Vaccaro
- North Carolina - C. Benny Ridout
- Pennsylvania - Joseph Concino
- Virginia - David Shepherd & Rebecca Miller


EXHIBIT 9
WIT: Fung
DATE: 6-3-09
CAROL NYGARD DROBNY

HHD142-0247        F

# NATIONWIDE AVERAGE WHOLESALE PRICE REVIEW CONFERENCE
## August 30 & 31, 1994

### Office of Inspector General:

Baltimore

- George M. Reeb
- M. Ben Jackson

Philadelphia

- Robert Vito

Little Rock

- Bill Shrigley
- Paul Chesser

Dallas

- Gordon Sato

### Health Care Financing Administration:

Baltimore

- Dave McNally
- Larry Reed

### Selected States:

- California - Allen Fung
- Delaware - Cynthia Denemark
- District of Columbia - Donna Bovell
- Florida - Susan McLeod
- Maryland - Joseph Fine
- Missouri - Susan McCann
- Montana - Terry Krantz
- Nebraska - Daniel Snodgrass
- New Jersey - Edward Vaccaro
- North Carolina - C. Benny Ridout
- Pennsylvania - Joseph Concino
- Virginia - David Shepherd & Rebecca Miller

HHD142-0248

# NATIONWIDE AVERAGE WHOLESALE PRICE REVIEW CONFERENCE
## August 30 & 31, 1994

### Office of Inspector General:

Baltimore

- George M. Reeb
- M. Ben Jackson

Philadelphia

- Robert Vito

Little Rock

- Bill Shrigley
- Paul Chesser

Dallas

- Gordon Sato

### Health Care Financing Administration:

Baltimore

- Dave McNally
- Larry Reed

### Selected States:

- California - Allen Fung
- Delaware - Cynthia Denemark
- District of Columbia - Donna Bovell
- Florida - Susan McLeod
- Maryland - Joseph Fine
- Missouri - Susan McCann
- Montana - Terry Krantz
- Nebraska - Daniel Snodgrass
- New Jersey - Edward Vaccaro
- North Carolina - C. Benny Ridout
- Pennsylvania - Joseph Concino
- Virginia - David Shepherd & Rebecca Miller

# NATIONWIDE AVERAGE WHOLESALE PRICE REVIEW CONFERENCE
## August 30 & 31, 1994

### Office of Inspector General:

Baltimore

- George M. Reeb
- M. Ben Jackson

Philadelphia

- Robert Vito

Little Rock

- Bill Shrigley
- Paul Chesser

Dallas

- Gordon Sato

### Health Care Financing Administration:

Baltimore

- Dave McNally
- Larry Reed

### Selected States:

- California - Allen Fung
- Delaware - Cynthia Denemark
- District of Columbia - Donna Bovell
- Florida - Susan McLeod
- Maryland - Joseph Fine
- Missouri - Susan McCann
- Montana - Terry Krantz
- Nebraska - Daniel Snodgrass
- New Jersey - Edward Vaccaro
- North Carolina - C. Benny Ridout
- Pennsylvania - Joseph Concino
- Virginia - David Shepherd & Rebecca Miller