# Exhibit 23

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

CMH XXX 04-00070                           CR-11

## RECORD OF DISCUSSION

DATE:       September 27-28, 1995

PLACE:      Radisson Hotel, Richmond, Virginia

PARTICIPANTS:

                OIG                    Medicaid Pharmacy Reps.

Ben Jackson, Audit Manager         Susan McCann, Missouri
Gordon Sato, Audit Manager         Jerry Wells, Florida
Paul Chesser, Auditor              Donna Bovell, D.C.
                                   David Shepherd, Virginia
            HCFA                   Max Ward, Nebraska
                                   Frank Tetkoski, Maryland
Mike Keogh                         Doug Hillblom, California
Estelle Chisholm                   Ed Vaccaro, New Jersey
Sue Gaston                         Cindy Denemark, Delaware
                                   Benny Ridout, North Carolina
                                   Terry Krantz, Montana

PURPOSE:

To discuss the results of our nationwide review of the difference
between the invoice price for drugs and AWP for Medicaid pharmacy
providers.

COMMENTS:

We presented the results of our AWP review.  The State officials
believed that our results were in line with what they had
anticipated and confirmed that current State practices of
reimbursing ingredient cost below AWP was appropriate.

We reviewed a draft copy of a State report.  The State officials
believed that the report should include the following disclaimer:

"Our review was limited to ingredient acquisition costs and did
not address other areas such as: the effect of Medicaid business
as a contribution to other store sales; the cost to provide
professional services other than dispensing a prescription such
as therapeutic interventions, patient education, physician
consultation; and the cost of dispensing which includes costs for
computers, multi-part labels, containers, technical staff,
transaction fees, Medicaid specific administrative costs, and
general overhead.  We also did not take into consideration the
effect of Federal upper limit amounts on generic drug
reimbursements or usual and customary charge limitations."

Dey
EXHIBIT NO. 611
KM 12-9-08

HHD021-0121

The State officials were concerned that without the above
disclaimer, that uninformed State officials might overreact to
our report and adjust pharmacy reimbursement without considering
the other aspects of reimbursement.

The State officials also expressed a desire to obtain a copy of
the data reviewed for their respective States so that they could
analyze.  Ben Jackson said that we could provide this data.