# Exhibit 26

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-------------------------------X

IN RE PHARMACEUTICAL INDUSTRY  )

AVERAGE WHOLESALE PRICE        )

LITIGATION                     )

-------------------------------X  MDL No. 1456

THIS DOCUMENT RELATES TO:      )  Civil Action:

State of California, ex rel.   )  01-12257-PBS

Ven-A-Care v. Abbott           )

Laboratories, Inc., et al.,    )

-------------------------------X


THURSDAY, MAY 21, 2009


VIDEOTAPED DEPOSITION OF

VIC WALKER


SACRAMENTO, CALIFORNIA


Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

              Registered Merit Reporter

                                                                    76

1     Q.   Do you have any reason to believe that
2  the -- consideration of WAC pricing as set forth
3  in this document did not take place around the
4  time of 1996?
5     **A.   Do I have a reason to believe that it
6  was not in that time period?**
7     Q.   (Nodding head)
8     **A.   No.**
9     Q.   Okay.
10    **A.   No, it likely was.**
11    Q.   And this document in the first section,
12 the first paragraph, first section is entitled
13 "Resources Needed," and it states "File of
14 Wholesaler Acquisition Costs from First DataBank,"
15 and then in parentheses it says "Already requested
16 from George Pennebaker.  I don't have a target
17 date of when we'll get it, but will call George
18 and ask him to put it high on priority list."
19         Is that correct?
20    **A.   Yes.**
21    Q.   So at the time this document was written
22 that account had access to or could have had

77

1  access to WAC pricing from First DataBank;
2  correct?
3          Do you know if Medi-Cal ever received
4  the list of WAC prices from First DataBank?
5          MR. FISHER:  Objection to form.
6          THE WITNESS:  I don't know if we
7  received this particular one, but we did receive
8  WAC prices at one time or another.
9          We're currently getting them.
10 BY MR. MALONEY:
11     Q.   Do you have a general idea of when Medi-
12 Cal first received WAC prices?
13     A.   It was the -- I don't -- it -- I don't
14 know when we first received them.
15     Q.   Okay.  When is your first recollection
16 of receiving WAC prices?
17     A.   I remember working with George
18 Pennebaker, who was the pharmacist at EDS that
19 kind of interfaced with us, and requesting back
20 prices from First DataBank, but I don't recall if
21 this was the first one or if there was anything
22 before that.

146

1   reimbursed based on AWP did you have an
2   understanding that reimbursement was in excess of
3   pharmacies' actual acquisition costs?
4        A.   **I had a general understanding of that.**
5   **We hadn't gone out and done a survey or something**
6   **like that.**
7             MR. MALONEY:  Okay.
8             VIDEOGRAPHER:  We've got about four
9   minutes left.
10            MR. MALONEY:  I'll finish this exhibit.
11  BY MR. MALONEY:
12       Q.   And was there a time after California
13  implemented the AWP-5 percent reimbursement that
14  you reached an understanding that reimbursement
15  based on AWP-5 percent was in excess of
16  pharmacies' actual acquisition cost?
17       A.   **I -- at some point I arrived at that**
18  **conclusion.  I don't know when.**
19       Q.   It was before this report was issued
20  though; correct?
21       A.   **Yes.**
22       Q.   Was it well before this report was

1  issued?

2      **A.   Well, we have evidence in 1996 I was**
3  **thinking that way.**

4      Q.   Okay.  The second paragraph under the
5  "Ingredient Reimbursement Recommendation" section
6  states in the first sentence "In light of these
7  findings, we recommend that the Department should
8  consider increasing the discount from the Average
9  Wholesale Price for both single source and
10 multiple source drugs."

11          And by "single source drugs" the report
12 is generally referring to brand drugs; correct?

13     **A.   In general.**

14     Q.   And "multiple source drugs" generally
15 refers to generic drugs; correct?

16     **A.   In general.**

17     Q.   And the next sentence states, "The
18 acquisition cost study indicates that the
19 Department could justify setting ingredient
20 reimbursement for brand name drugs at a level
21 between at AWP-12 percent and AWP-15 percent," and
22 it goes on to state that "The study would also