# Exhibit 28

***State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS***

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben
in Support of Defendants' Joint Motion for Partial Summary Judgment**

```
 1              UNITED STATES DISTRICT COURT

 2               DISTRICT OF MASSACHUSETTS

 3      ----------------------------X

 4      IN RE PHARMACEUTICAL INDUSTRY

 5      AVERAGE WHOLESALE PRICE

 6      LITIGATION

 7      ----------------------------X MDL No. 1456

 8      THIS DOCUMENT RELATES TO:      Civil Action:

 9      State of California, ex rel.   01-12257-PBS

10      Ven-A-Care v. Abbott

11      Laboratories, Inc., et al.,

12      ----------------------------X

13

14                TUESDAY, MAY 19, 2009

15                     --o0o--

16              VIDEOTAPED DEPOSITION OF

17                STANLEY ROSENSTEIN

18                     --o0o--

19

20      Ref. No. 6620

21      Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

22              Registered Merit Reporter
```

Rosenstein, Stanley                                                    May 19, 2009
                              Sacramento, CA

Page 113

1      Q.   The Court Reporter has handed you a

2    document that's been marked Exhibit Number -- 6.

3           Please take a moment to review it.

4           Could you describe this document.

5      A.   It's a bill analysis done by the

6    Department of AB 1915 in 2000 of the bill,

7    original version signed by the then Director of

8    the Department.

9      Q.   Were you involved in preparing this

10   document?

11     A.   I was most likely involved in the review

12   process.

13     Q.   And, according to the summary on the

14   first page, AB 1915 included, among other things,

15   a provision requiring the estimated acquisition

16   costs for production -- prescription drugs be the

17   direct price for those drugs or Average Wholesale

18   Price minus 15 percent; correct?

19     A.   That's correct.

20     Q.   In other words, AB 1915 was -- would

21   have reduced the reimbursement rate from AWP-5

22   percent to AWP-15 percent; correct?

Rosenstein, Stanley                                              May 19, 2009
                          Sacramento, CA

Page 192

1   drugs, and we invited in a number of the

2   pharmacies to come in and provide us with data,

3   and I think that's a conclusion that Dr. Gorospe

4   came away with from the people -- you know,

5   finally got to agreement and got to actual

6   pharmacy data in this process.

7        Q.   And that was in addition to the data

8   provided by independent studies that's referred to

9   here?

10       A.   Right.

11            And I -- I think the biggest reference

12   is, again, this report, Myers and Stauffer.

13            But, as I recall, we were -- seeking,

14   you know, what are you paying, what is the correct

15   reimbursement rate, and Dr. Gorospe sat down with

16   a number of pharmacies and went through that data.

17       Q.   And under "Ingredient Costs" about one -

18   - four bullet points down there's, again, a

19   reference to a May Revision, and it says "May

20   Revision proposed to reimburse pharmacies for both

21   brand and generics drugs for AWP-20 percent based

22   on information at the time."

Rosenstein, Stanley                                                    May 19, 2009
                              Sacramento, CA

Page 193

1        A.   Yeah, that's correct.

2             We went through -- I believe we had a --

3    one set of proposals in January, I'm not positive,

4    and then we put in another proposal in May, and

5    the Legislature asked us to see what we could work

6    out to -- you know, with the -- with the

7    pharmacies to come with a -- a final pricing

8    mechanism, and after lots of consultation with the

9    pharmacies this was what we proposed, and -- you

10   know, and it was eventually adopted.

11       Q.   And it says -- the following bullet

12   point, the second sentence says "To continue with

13   an average AWP-20 percent reduction could affect

14   access to certain drugs and would

15   disproportionately affect pharmacies who

16   specialize in those drugs."

17            He's referring to critical drugs for

18   AIDS and mental health?

19       A.   That's correct.

20            When -- you know, again, you got a

21   pricing system that's looking at averages, and

22   what Dr. Gorospe determined was for the AIDS and

Rosenstein, Stanley                                                                 May 19, 2009
Sacramento, CA

Page 215

1         A.    But I don't know how much --

2         Q.    Do you recall, was it maybe 2002?

3         A.    I don't recall.

4         Q.    Okay.  Okay.

5               Are you familiar with the term

6    "Wholesale Acquisition Cost" or "Wholesaler

7    Acquisition Cost"?

8         A.    I've heard the term.

9         Q.    What's your -- what's your understanding

10   of the term?

11        A.    I'm not an expert on it.  I -- I don't

12   know what the definition of it is.

13        Q.    Okay.  Where did you hear the term?

14        A.    Oh, in various discussions with our

15   pharmacists over the years.

16              MR. CYR:  Okay.  Would you mark this.

17              What exhibit are we up to?

18              Is it 15?

19              MR. PAUL:  15 would be next, I think.

20              MR. CYR:  Would you mark that as Exhibit

21   15, please.

22              (Exhibit Rosenstein 015 was marked

Rosenstein, Stanley                                                May 19, 2009
                          Sacramento, CA

1    for Identification.)

2          MR. CYR:  Take a minute to look at this

3    document.

4          MR. PAUL:  You happen to have a spare?

5          MR. CYR:  Yeah.  I'm sorry.

6    BY MR. GANDESHA:

7      Q.   And, for the record, while you're

8    reviewing it, this was a document that was

9    produced to us by the State of California.

10         It's Bates stamped CAAG/DHS-E 0031787 to

11   31789.

12         Have you had a chance to review the

13   document?

14     A.   Yes.

15     Q.   Okay.  Do you recognize this document?

16     A.   Yeah.  It appears to be --

17         Let me just double check the time frame.

18         It appears to be an E-mail that we were

19   sent by Senate staff related to the May Revised

20   that proposed a -- the AWP-20 percent asking for

21   the basis for that proposal.

22     Q.   Okay.  And in looking down at the bottom

Rosenstein, Stanley                                          May 19, 2009
                    Sacramento, CA

Page 217

1    of the first page of the document, that's the E-

2    mail you're referencing?

3         A.    Right.

4         Q.    Okay.

5         A.    And she works for the Senate Budget

6    Committee and this is Dr. Gorospe's response.

7         Q.    Okay.

8               And "she" you're referring to Diane Van

9    Maren; is that correct?

10        A.    Yeah, she's a -- with Senate Budget.

11        Q.    Okay.  And she's asking for details

12   about what you had called the "May Revised;"

13   right?

14        A.    That's correct.

15        Q.    And that would be a proposed reduction

16   in reimbursement to AWP-20 percent?

17        A.    That's correct.

18        Q.    And that would be coupled with an

19   increase in dispensing fee; is that correct?

20        A.    That's correct.

21        Q.    Okay.  And you forwarded this on to Dr.

22   Gorospe and Roberto Martinez?

Rosenstein, Stanley                                                        May 19, 2009
Sacramento, CA

Page 218

1        A.    That's correct.

2        Q.    I'm sorry.  Go ahead.

3        A.    Mr. Martino -- Martinez was the head of

4    Medi-Cal Policy at the time.

5        Q.    Okay.  And then you -- the message you

6    sent Dr. Gorospe and Mr. Martinez -- is it Mr.

7    Martinez or Dr. Martinez?

8        A.    It's Mister.

9        Q.    Okay.  "But we need to get a response to

10   this ASAP.  I think it's all in your paper.

11   Please send it to all of us."

12           Did I read that correctly?

13       A.    Yes.

14       Q.    Okay.  And then Mr. Gorospe sends an E-

15   mail responding to your E-mail and he writes,

16   "Please review carefully the response on both

17   portions.  I've revised the justification to

18   reflect newer updated information."

19           Did I read that correctly?

20       A.    That's correct.

21       Q.    Okay.  And then there's an attachment to

22   this E-mail, and is that the -- is that the paper

Rosenstein, Stanley                                                      May 19, 2009
                              Sacramento, CA

1   you referenced in your reference in your message

2   to Mr. Martinez and Mr. Gorospe?

3       A.   That's the paper that Dr. Gorospe had

4   prepared.

5       Q.   Okay.  And that paper -- reading the --

6   the first part of the -- or the first paragraph of

7   the -- of the third page of the exhibit, the paper

8   states, "Based on confidential discussions with

9   providers or individuals who have knowledge of

10  provider purchasing rates it appears that the

11  average pharmacy obtains drugs at Wholesaler

12  Acquisition Cost, WAC, less some percentage that

13  is based on how quickly they pay their invoices."

14          Did I read that correctly?

15      A.   Yes.

16      Q.   Okay.  That sentence references

17  confidential discussions with providers or

18  individuals.

19          Did Dr. Gorospe have those

20  conversations?

21      A.   I believe so.

22      Q.   Okay.  And then, if you skip down to the

Rosenstein, Stanley                                              May 19, 2009
Sacramento, CA

Page 220

1    -- to the second paragraph, it reads "The

2    Department obtained WAC prices from the

3    Department's primary pricing source, First

4    Databank, to determine the overall relationship

5    between WAC and Average Wholesale Price, AWP."

6         Did I read that correctly?

7    A.   Yes.

8    Q.   Okay.  And then it goes on to say --

9         Strike that.

10        Let me ask you, was it your

11   understanding that WAC prices were available from

12   First DataBank?

13   A.   I don't know.  I would have relied on

14   Dr. Gorospe for that level of detail.

15   Q.   Okay.  "Based on this information the

16   Department has determined that AWP is on average

17   26 percent higher than WAC for brand name drugs

18   and 350 percent higher than WAC for generic

19   drugs."

20        It sounds like Dr. Gorospe compared AWPs

21   to WACs and determined the percentage difference

22   between the two of them; is that correct?

Rosenstein, Stanley                                                    May 19, 2009
                              Sacramento, CA

Page 221

1      A.   Yes, based upon the information he had

2   just gotten, as he noted.

3      Q.   Okay.  Do you understand why he did that

4   comparison?

5      A.   I believe what he was looking for was,

6   you know, how to really get to, you know -- you

7   know, what -- what does the AWP actually

8   represent, trying to understand, you know, getting

9   to -- you know, what was the price that the

10   pharmacists were actually paying for the drugs.

11      Q.   Okay.  And -- and the -- jumping back to

12   the first paragraph on there, he says the -- "It

13   appears that the average pharmacy obtains drugs at

14   Wholesale Acquisition Costs less some percentage."

15          Is he comparing the -- the AWP to the

16   WAC because the WAC was a more accurate statement

17   of what the pharmacy pays to obtain drugs?

18      A.   I don't know.

19          I think he -- he was looking -- you

20   know, we were trying to get to the bottom line as

21   to what were pharmacists really paying to get to a

22   -- an understandable pricing index, and I believe

Rosenstein, Stanley                                                                    May 19, 2009
Sacramento, CA

Page 222

1    this was his best effort at the time.

2            You could see it was fairly newly

3    prepared.

4            As I testified earlier, eventually he

5    had to sit down with the pharmacies and go through

6    their data to get to -- you know, really what was

7    the price that they were paying.

8        Q.   Okay.  Are you familiar with any other

9    comparisons of AWP to WAC that were done prior to

10   this time?

11       A.   I don't know.

12            I mean, I'm not.  So --

13       Q.   Okay.

14       A.   I would defer to Dr. Gorospe on that

15   stuff.

16       Q.   Dr. Gorospe proposed using this paper to

17   support the May Revised, which was the change to

18   AWP-20 percent; is that correct?

19       A.   That's correct.

20            That's providing the explanation on how

21   we got to both of those numbers.

22       Q.   Okay.  And how -- how would this -- how