# Exhibit 30

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

394

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------x

IN RE PHARMACEUTICAL INDUSTRY )

AVERAGE WHOLESALE PRICE       )

LITIGATION                    )

_____)

THIS DOCUMENT RELATES TO      ) MDL No. 1456

State of California, ex rel. ) Civil Action:

Ven-A-Care v. Abbott          ) 01-12258-PBS

Laboratories, Inc., et al.    )

------------------------------x

VOL. II

--oOo--

MONDAY, SEPTEMBER 22, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

J. KEVIN GOROSPE, Pharm.D.

--oOo--

Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

1    Q.   And, again, that's consistent with the
2 understanding you developed sometime in the late
3 nineties?
4    A.   Yes.
5    Q.   And your -- the understanding you
6 developed is that the variations would be more
7 pronounced with respect to generics?
8         MR. PAUL:  Objection.  Mischaracterizes.
9         THE WITNESS:  Could you restate the
10 question, please.
11 BY MR. BENNETT:
12   Q.   Sure.
13        You understood that variation --
14        Sometime in the late nineties you
15 understood that variations existed between how
16 Medicaid was reimbursing for drugs and the actual
17 pharmacy acquisition costs for drugs?
18   A.   Yes.
19   Q.   And you had that understanding for brand
20 drugs?
21   A.   Yes.
22   Q.   Did you also understand that generic

1 pharmacy acquisition cost of generic drugs."

2   Did I read that correctly?

3   **A. Yes.**

4   Q. Is that consistent with your
5 understanding at the time?

6   **A. Yes.**

7   Q. Did you have that understanding also
8 going back to the late nineties, that AWP minus 20
9 percent is significantly higher than pharmacy
10 acquisition costs for generic drugs?

11   **A. Yes.**

12   Q. Last sentence of that paragraph or that
13 page, I guess, going over to the next page, "The
14 reimbursement of generic drugs will still be
15 significantly above pharmacy's acquisition costs."

16   And then it goes on.

17   Did I read that correctly?

18   **A. Yes.**

19   Q. Do you understand that to --

20   Withdrawn.

21   So was it your understanding to the
22 extent you recall this proposal that the

1 reimbursement rate of AWP minus 20 percent was made
2 knowing that reimbursement on that basis would be
3 significantly higher than acquisition costs for
4 generic drugs?
5      A.   Yes.
6      Q.   And then the -- further down on that
7 page there's a paragraph with the heading "Impact
8 on Access" that refers to stakeholder meetings.
9           Do you recall having stakeholder meetings
10 prior to this legislative proposal?
11     A.   Not that I can recall.
12     Q.   Do you recall during any discussions for
13 changing the reimbursement rate having meetings
14 with stakeholders?
15     A.   Not that I -- not that I can recall.
16     Q.   Do you have an understandingas to what
17 the document -- is referring to when it refers to a
18 "stakeholder"?
19     A.   Yes.
20     Q.   Would that be a reference to providers
21 of medical -- Medi-Cal?
22     A.   Yes, amongst others.