# Exhibit 31

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3    ------------------------------X

 4    IN RE: PHARMACEUTICAL INDUSTRY )  MDL No. 1456

 5    AVERAGE WHOLESALE PRICE         )  Master File No.

 6    LITIGATION                      )  01-12257-PBS

 7    ------------------------------X

 8    THIS DOCUMENT RELATES TO:       )

 9    STATE OF CALIFORNIA, ex rel     )

10    VEN-A-CARE OF THE FLORIDA KEYS,)

11    INC., v. ABBOTT LABORATORIES,  )

12    INC., Et al., Civil Action No. )

13    03-11226-PBS                    )

14    ------------------------------X

15                     --oOo--

16            THURSDAY, DECEMBER 4, 2008

17                     --oOo--

18            VIDEOTAPE DEPOSITION OF

19            LEONARD JAMES TERRA

20                     --oOo--

21   Reported By:  PATRICIA MCCARTHY, CSR No. 12888

22            Registered Professional Reporter
```

Terra, Leonard James                                     December 4, 2008
                        Sacramento, CA

Page 107

1              Would you have agreed in 1985 that AWP

2    was not a reliable predictor of the price

3    pharmacists actually pay for drugs?

4        A.   I probably would have agreed to that,

5    but I would not have necessarily been privy to

6    this type of information.

7              I am not aware of, you know, being

8    aware of this specific information, but it was

9    generally known in the pharmacist industry that

10   AWP did not reflect actual acquisition costs by

11   pharmacists.

12       Q.   And so as a pharmacist yourself, you

13   would have known that?

14       A.   Yes.

15       Q.   And your colleagues in the pharmacy

16   unit at DHS would have known that?

17              MR. GLASER:  Objection as to form.

18              THE WITNESS:  I can't speak for them.

19   BY MR. BUEKER:

20       Q.   And you said you are not privy to this

21   information.  You have no reason to believe that

22   DHS didn't receive this study that has been