# Exhibit 32

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--oOo--

STATE OF CALIFORNIA, ex rel

VEN-A-CARE OF THE FLORIDA KEYS, INC.,

A Florida Corporation,

　　　　Plaintiffs,

　　vs.　　　　　　　　　　MDL No. 1456

　　　　　　　　　　　　　　Master File No.

　　　　　　　　　　　　　　01-12257-PBS

ABBOTT LABORATORIES, INC.,　　Civil Action No.

Et al.,　　　　　　　　　　03-11226-PBS

　　　　Defendants.

_____/

--oOo--

THURSDAY, NOVEMBER 6, 2008

--oOo--

VIDEOTAPE DEPOSITION OF THE CALIFORNIA DEPARTMENT

OF HEALTH CARE SERVICES BY STANLEY L. ROSENSTEIN

--oOo--

Reported By:　PATRICIA MCCARTHY, CSR No. 12888

　　　　　　　Registered Professional Reporter

CA Dept of Health Care Services (Stanley L Rosenstein)                November 6, 2008
## Sacramento, CA

67

1     Q.    Terminology that I think that will come
2  up here shortly is on some of these documents.  I
3  want to ask you about what is an "enrolled bill
4  report"?
5     A.    An enrolled bill report is -- well, an
6  enrolled bill is a bill that has passed the
7  Legislature and is at the Governor's Office for
8  the governor's signature or veto.
9     And an enrolled bill report is a
10  document we provide the governor providing our
11  recommendations on what to do on that enrolled
12  bill.
13     Q.    So it is how the Department of Health
14  Services or Health Care Services communicates
15  with the Governor's Office about its
16  recommendation on a particular bill that has
17  passed the Legislature?
18     A.    That's correct.
19     Q.    What is a "bill analysis form"?
20     A.    A bill analysis is done when the bill
21  is moving through the Legislature and it is a
22  document we provide through agency and the

CA Dept of Health Care Services (Stanley L Rosenstein)                November 6, 2008
Sacramento, CA

227

1  be right that we could modify the pharmacy
2  reimbursement structure and maintain access.  The
3  way we were paying at that point in time wasn't
4  the best way for the taxpayers to pay.
5      Q.   And you subsequently took steps to
6  correct that?
7      A.   Yes.  We haven't yet resolved some of
8  the issues related to AWP and we are still in a -
9  - have not been successful in establishing an
10 effective MAIC, but we still have more to do.
11 But, again, this all derives upon having a good
12 pricing system so we know the cost of services.
13     Q.   Okay.  And to that end, you are aware
14 that 1999, the California Legislature required
15 DHS to conduct a study of both pharmacy
16 acquisition costs and dispensing fees, correct?
17     A.   Yes.  I recall the requirement.  I
18 didn't recall it was in 1999.
19     Q.   And as a result of that requirement,
20 DHS retained a firm named Myers & Stauffer?
21     A.   That's correct.
22     Q.   And they conducted a study of

228

1  acquisition costs and dispensing fees for
2  California pharmacies for the department?
3       A.   That's correct.
4       Q.   And I assume the results of that
5  analysis were shared with the California
6  Legislature?
7       A.   It was.
8            MR. BUEKER:  Let us mark as Exhibit 25
9  and 26 of Myers & Stauffer report -- 26 and 27,
10  you are correct.
11           (Exhibit Rosenstein 026 and
12  Exhibit Rosenstein 027 Were Marked For
13  Identification.)
14  BY MR. BUEKER:
15      Q.   Mr. Rosenstein, are you familiar with
16  exhibits 26 and 27?
17      A.   Yes.
18      Q.   These are the reports that Myers and
19  Stauffer produced for the Department of Health
20  Services as a result of Legislature's 1999
21  mandate, correct?
22      A.   Yes, I believe so.

CA Dept of Health Care Services (Stanley L Rosenstein)     November 6, 2008
Sacramento, CA

229

1     Q.    And were these reports shared in this
2  form with members of the California Legislature?
3     A.    We shared it with legislative staff in
4  actually the bound form.  I don't recall whether
5  it was in with specific members or not.  We may
6  have, but we shared it with staff.
7     Q.    And staff on the Health and Human
8  Services committees in the budget committees?
9     A.    The health committee and the budget
10 committees.
11    Q.    Let us start with Exhibit 27.
12          In looking I guess in particular at
13 page 4, which is a summary of the Myers &
14 Stauffer's findings.  This relates to pharmacy
15 acquisition costs, correct?
16    A.    Yes.
17    Q.    DHS communicated to the Legislature
18 that members of the staff, staff members of
19 legislative committees, the results of the Myers
20 & Stauffer's findings as reflected on page 4,
21 correct?
22    A.    Yes.

CA Dept of Health Care Services (Stanley L Rosenstein)     November 6, 2008
Sacramento, CA

230

1     Q.    So in making determinations about --
2 the Legislature is making determinations about
3 pharmacy reimbursement rates for prescription
4 drugs, they would have available to them the
5 information reflected on page 4.
6     A.    In fact, this is the report that we
7 used to end up arriving at the AWP minus 17
8 breaks that we now pay.
9     Q.    Okay. So in other words, you used
10 these findings to advocate with the Legislature
11 for a change in the reimbursement amount?
12     A.    We did. We have to drive what we do on
13 accurate data.
14     Q.    And you considered this to be accurate
15 data?
16     A.    Yes.
17     Q.    And by this, that means the data
18 reflected the Myers & Stauffer's report marked as
19 Exhibit 27?
20     A.    Yes. Myers & Stauffer does this state
21 of the art type of work.
22     Q.    So in making a change to AWP minus 17,