# Exhibit 33-4

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

Exhibit 3

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY                                    GRAY DAVIS, Governor

**DEPARTMENT OF HEALTH SERVICES**
714 P STREET, ROOM 1253
P.O. BOX 942732
SACRAMENTO, CA 94234-7320
(916) 654-0391



TO:        MEDI-CAL PHARMACY PROVIDERS

SUBJECT:   SENATE BILL 393-STUDY OF THE ADEQUACY OF MEDI-CAL
           PHARMACY REIMBURSEMENT RATES, INCLUDING THE COSTS OF
           PRESCRIPTION DISPENSING AND PRODUCT ACQUISITION

Recently enacted legislation (Senate Bill 393, Statutes of 1999), requires the
Department of Health Services to conduct a study of the adequacy of Medi-Cal
pharmacy reimbursement rates, including the costs of prescription dispensing and
product acquisition.

The Department has chosen to contract with the firm of Myers and Stauffer, LC,
Certified Public Accountants, to perform the survey and analysis. Myers and Stauffer
have extensive experience in performing pharmacy cost studies and analysis. This
survey is the initial step in this study. The answers that you provide to the survey will
help the Department correctly assess the adequacy of the professional fee paid to
Medi-Cal pharmacy providers.

The Department has selected your pharmacy to represent a significant number of the
6,000 Medi-Cal provider pharmacies in California. Also, as part of your Medi-Cal
pharmacy provider agreement, you have agreed to provide information, such as
responses to this survey, to the Department upon request. Therefore, it is of the utmost
importance to accurately complete this survey in its entirety and to supply requested
invoices to Myers and Stauffer by the deadline.

The accuracy of the results depends on your participation. Myers and Stauffer will
protect the confidentiality of the information you submit. Should you have any
questions with the survey or the process, Myers and Stauffer will provide needed
assistance through their toll-free telephone help line.



Do Your Part to Help California Save Energy To learn more about saving energy, visit the following web site:
http://www.consumerenergycenter.org/flex/index.html

CAAG/DHS0068546

Exhibit 3

Medi-Cal Pharmacy Provider
Page 2

As the administrators and the providers of one of the country's largest prescription drug programs, the Department has a shared responsibility to carry out this project in the most accurate manner possible. .

If you have any questions regarding the information in this letter, please contact Mr. Roberto B. Martinez, Chief of the Medi-Cal Policy Division, at (916) 657-1542.

Sincerely,

Gail L. Margolis
Deputy Director
Medical Care Service

Enclosure

cc:   Mr. Roberto B. Martinez, Chief
      Medi-Cal Policy Division
      Department of Health Services
      714 P Street, Room 1561
      P.O. Box 942732
      Sacramento, CA  94234-7320

CAAG/DHS0068547



## Myers and Stauffer LC

Certified Public Accountants

October 1, 2001

Dear Pharmacy Owner or Manager:

The California Department of Health Services has contracted with Myers and Stauffer LC to conduct dispensing cost and acquisition cost surveys as part of the on-going process to evaluate Medicaid fees for prescription medications in the state of California. A random sample of pharmacy providers has been selected to participate in the surveys. Your pharmacy has been selected and we are requesting your participation in both surveys according to the following directions:

### Dispensing Cost Survey

1.  Complete and return the enclosed "Medi-Cal Pharmacy Cost Report." Please review the survey instructions.

2.  Retain a copy of the completed survey forms for your records.

3.  For your convenience, we will complete a portion of the survey for you upon receipt of your business federal income tax return (Forms 1065, 1120, 1120S or Schedule C of Form 1040 and accompanying schedules). If you choose this option, you will still need to complete the following sections of the cost report prior to submission:
    a.  Pages 1 and 2 – Pharmacy attributes and other information
    b.  Page 3 – Line 1 (column 1) – prescription sales, and line 3 (columns 1 and 2) – prescription area and total store area.
    c.  Page 4 – Personnel costs – complete lines 31-45, all columns
    d.  Section III – Pharmacy Prescription Charges Survey

4.  If your financial statements or tax return have not been completed for your most current fiscal year, please file a cost report using your prior year's financial statements (or tax return) and the corresponding prescription data for that year. The data will be adjusted accordingly.

420 Nichols Road • Kansas City, Missouri 64112
(816) 968-1960 • (800) 374-6858 • FAX (816) 968-1970

CAAG/DHS0068548

Exhibit 4

### Acquisition Cost Survey

1.  Submit to Myers and Stauffer all drug purchase invoices from your wholesale drug supplier(s) for the dates November 1 through November 30, 2000.

2.  Submit all invoices for drug purchases from brand name as well as generic pharmaceutical manufacturers and/or suppliers for the dates November 1 through November 30, 2000.

3.  Please send copies of invoices. Submitted documents will not be returned.

It is very important that all pharmacies cooperate fully by filing an accurate cost report and submitting the requested drug purchase invoices. Please submit all requested information no later than November 30, 2001 to:

> Myers and Stauffer LC
> Certified Public Accountants
> 420 Nichols Road
> Kansas City, Missouri 64112

All cost reports will be reviewed by experienced staff at Myers and Stauffer LC. If this review yields any need for additional inquiries, you will be contacted by letter or telephone. At a later date, a limited sample of pharmacies will be selected for an on-site field examination. If your pharmacy is chosen for a field examination, you will be notified by letter.

Reports generated from this study may be used as a basis for determining future reimbursement paid under the Medicaid program. All information submitted will be held in strict confidence. If you have any questions, please call toll free at 1-800-374-6858. Your cooperation in providing the information for this study is greatly appreciated.

Sincerely,

*T. Allan Hansen*

T. Allan Hansen
Project Manager

Exhibit 5



Myers and Stauffer LC

Certified Public Accountants

October 2, 2001

«NameProper»
«Contact»
«Title»
«Address»
«City», «State» «Zip»

To: California Chain Pharmacy Providers

The California Department of Health Services has contracted with Myers and Stauffer LC to conduct dispensing cost and acquisition cost surveys as part of the on-going process to evaluate Medicaid fees for prescription medications in the state of California. A random sample of pharmacy providers has been selected and are requested to participate in both surveys according to the following directions:

<u>Dispensing Cost Survey</u>

1. Enclosed is a listing of the names and addresses of your California pharmacies that have been randomly selected to participate in the survey. Pharmacy information is presented as shown on the California Department of Health Services records. If this list is inaccurate, please notify us.

2. Enclosed are several copies of the "Medi-Cal Pharmacy Cost Report." Please review the survey instructions. Please submit a completed survey for each store on the attached list. If you would prefer to submit the data in an electronic format such as a spreadsheet, please contact us to determine an acceptable format.

3. Retain a copy of the completed survey forms for your records.

4. If you prefer, send individual income statements for each store and we will enter this information on the survey forms. All such information will be held in strict confidence and destroyed after the data is entered. You will still need to complete the following cost report sections:
   a. Pages 1 and 2 – Pharmacy attributes and other information
   b. Page 3 – Line 1 (column 1) – prescription sales, and line 3 (columns 1 and 2) – prescription area and total store area.
   c. Page 4 – Personnel costs – complete lines 31-45, all columns
   d. Section III – Pharmacy Prescription Charges Survey

5. Please describe any cost allocations used in preparing the income statement such as administrative expense, et cetera. Warehousing costs should be shown in cost

420 Nichols Road • Kansas City, Missouri 64112
(816) 968-1960 • (800) 374-6858 • FAX (816) 968-1970

CAAG/DHS0068550

Exhibit 5

of goods sold or listed separately.

Acquisition Cost Survey

1.   The invoices requested below should be sent for each store on the enclosed list.

2.   Submit to Myers and Stauffer all drug purchase invoices from your wholesale
     drug supplier(s) for the dates «EACDATES».

3.   Submit all invoices for drug purchases from brand name as well as generic
     pharmaceutical manufacturers and/or suppliers for the dates «EACDATES».

4.   Please send copies of invoices. Submitted documents will not be returned.  If it is
     possible to send invoice data in an electronic format, please contact Myers
     and Stauffer to discuss an acceptable format.

It is very important that all pharmacies cooperate fully by filing an accurate cost report and
submitting the requested drug purchase invoices. Please submit all requested information no
later than November 30, 2001 to:

          Myers and Stauffer LC
          Certified Public Accountants
          420 Nichols Road
          Kansas City, Missouri 64112

All cost reports will be reviewed by experienced staff at Myers and Stauffer LC.  If this review
yields any need for additional inquiries, you will be contacted by letter or telephone.  At a later
date, a limited sample of pharmacies will be selected for an on-site field examination.  If any of
your pharmacies are chosen for a field examination, you will be notified by letter.

Reports generated from this study may be used as a basis for determining future reimbursement
paid under the Medicaid program. All information submitted will be held in strict confidence. If
you have any questions, please call me toll free at 1-800-374-6858 ext. 1038. Your cooperation
in providing the information for this study is greatly appreciated.

Sincerely,

T. Allan Hansen
Project Manager



*Uniting the Profession of Pharmacy*

September 18, 2001

Dear Colleague:

California's Department of Health Services awarded the Study of Medi-Cal Pharmacy Reimbursements (AKA the cost of dispensing study) to the certified public accounting firm of Myers and Stauffer, LC. This study is in direct response to legislation enacted in 1999 that requires the state to conduct a cost of dispensing study: "The State Department of Health Services shall conduct a study of the adequacy of Medi-Cal pharmacy reimbursement rates including the cost of providing prescription drugs and services" (Article 24 Section 4426 of Chapter 9 of Division 1 of the Business and Professions Code).

Two thousand randomly selected Medi-Cal provider pharmacies will receive the survey instrument from Myers and Stauffer which, when completed, will assist in assessing the cost to dispense a prescription. I am writing this letter to ask for your assistance and cooperation in completing the survey forms. Please know that I am aware of your already busy work- days and how one more matter to address is time-consuming, if not burdensome, but the benefit of your efforts will be passed on to all of your fellow pharmacists.

To ensure accuracy, you may wish to consult your accountant. Myers and Stauffer will also provide assistance, if needed and requested. Further, representatives from Myers and Stauffer will have a booth at Ed Faire to answer your questions regarding the cost of dispensing study.

Time is short, so please complete and return the survey to Myers and Stauffer in a timely fashion. I sincerely appreciate your cooperation and support for this important study.

Respectfully,

*Carlo Michelotti*

Carlo Michelotti, R.Ph., MPH
Chief Executive Officer

1112 I Street, Suite 300
Sacramento, California 95814
916.444.7811 • Fax 916.444.7929
www.cpha.com • cpha@cpha.com

CAAG/DHS0068552

Exhibit 7

# Medi-Cal Pharmacy Cost Survey
# Informational Meetings

The California Department of Health Services is conducting a Pharmacy cost study. The study will give the Department information regarding both the cost to dispense and acquire prescription medications to the Medicaid population.

The Department has retained Myers and Stauffer LC to perform the cost study. Myers and Stauffer will be conducting informational meetings around the state. At these meetings, pharmacists will hear more about the survey process, what data will be requested, and will have a chance to ask questions about the survey forms.

Everyone is invited to attend one of these meetings. If you are unable to attend a training session and have questions about the survey, please contact Myers and Stauffer.

For more information, please call:

Myers and Stauffer
1-800-374-6858

## Schedule of Informational Meetings

| City | Date | Time | Place |
|---|---|---|---|
| Sacramento | Mon. Oct. 15 | 11:00 a.m. – 12:00 noon | Holiday Inn 300 "J" Street Ph. 916-446-0100 |
| San Francisco | Mon. Oct. 15 | 6:30 p.m. – 7:30 p.m. | Doubletree Hotel 835 Airport Blvd. Ph. 650-344-5500 |
| Fresno | Tues. Oct. 16 | 11:00 a.m. – 12:00 noon | Ramada Inn University 324 East Shaw Avenue Ph. 559-224-4040 |
| Bakersfield | Tues. Oct. 16 | 6:30 p.m. – 7:30 p.m. | Doubletree Hotel 3100 Camino Del Rio Ct. Ph. 661-323-7111 |
| Los Angeles | Wed. Oct. 17 | 11:00 a.m. – 12:00 noon | Hilton LA Airport 5711 W. Century Blvd. Ph. 310-410-4000 |
| San Diego | Wed. Oct. 17 | 6:30 p.m. – 7:30 p.m. | Red Lion Hanalei Hotel 2270 Hotel Circle North Ph. 619-297-1101 |

Myers and Stauffer LC

Tri-Fold Brochure Distributed at California Pharmacists Association's Education Faire in Reno, Nevada (October 2001)

## Informational Meetings

Myers and Stauffer will be conducting informational meetings across the state. At these meetings, pharmacists will hear more about the survey process, what data will be requested, and will have a chance to ask questions about the survey forms.

| City | Date & Time | Place |
|------|------------|-------|
| Sacramento | (10/15/01) 11am -12 noon | Holiday Inn 300 J Street Ph. 916-446-0100 |
| Fresno | (10/16/01) 11am -12 noon | Radisson Hotel 2233 Ventura Street Ph. 559-268-1000 |
| Oakland | (10/17/01) 11am -12 noon | Radisson Hotel 324 E. Shaw Ave. Ph. 559-224-4040 |
| Los Angeles | (10/18/01) 11am -12 noon | Hilton LA Airport 5711 W. Century Blvd. Ph. 310-410-4000 |

## Myers and Stauffer LC
420 Nichols Road
Kansas City, Missouri 64112
(816) 374-6858
FAX (816) 968-1970

Visit our website
www.mslc.com

# Study of Medi-Cal
# Pharmacy
# Reimbursement

Rx

Myers and Stauffer is conducting a study of the adequacy of Medi-Cal pharmacy reimbursement rates including the cost of providing prescription drugs and services

Under Contract with the California Department of Health Services

Myers and Stauffer LC
Certified Public Accountants

CAAG/DHS0068554

Exhibit 8

Tri-Fold Brochure Distributed at California Pharmacists Association's Education Faire in Reno, Nevada (October 2001)

## Questions and Answers
### Study of Medi-Cal Pharmacy Reimbursement Rates

**Q: What will pharmacies be asked to do if they are selected to participate?**

A: Pharmacies that are selected will be asked to do the following:

- Complete a survey of dispensing cost. Information to complete the survey will come from existing financial reports, tax returns, and prescription records and will be based upon the pharmacy's most recently completed fiscal year.

- Submit a sample of pharmaceutical purchase invoices.

- Tentatively, pharmacies will be asked to provide the above information by November 30, 2001.

- All responses will be reviewed by Myers and Stauffer's experienced accountants. If there are questions about a survey, an accountant will call or send a letter.

- A limited sample of pharmacies will be selected for field examinations. The purpose of the examinations will be to verify the data stipulated on the dispensing cost survey.

**Q: What will participate in the study?**

A: Myers and Stauffer will select a random sample of approximately 2,000 pharmacies to participate in a survey of pharmacy costs. Various pharmacy specialists will be represented in the sample. Both chain and independent pharmacies will be included in the sample. The sample will include pharmacies from all areas of the state including both urban and rural locations.

**Q: How will pharmacies know if they have been selected to participate?**

A: Pharmacies selected to participate will be notified by Myers and Stauffer. An information packet with survey forms and instructions will be sent to selected pharmacies.

**Q: How will the results of the study be presented?**

A: Myers and Stauffer will present an analysis of survey responses in a report to the Department of Health Services. It is anticipated that this report will be finalized around June 2002.

**Q: How will the data from each pharmacy be maintained?**

A: Pharmacy data in the report will be presented in aggregate summaries only. No individual pharmacy data will be identifiable. Myers and Stauffer has given assurance to DHS that all pharmacy data will be handled as strictly confidential.

**Q: Who is Myers and Stauffer LLC?**

A: Myers and Stauffer is a certified public accounting firm that specializes in health care issues. Myers and Stauffer has performed over 40 studies of pharmacy dispensing and acquisition cost in 17 states.

CAAG/DHS0068555

Exhibit 8

Reminder Postcard Sent to Sample Pharmacies in November 2001



## Just a Reminder...

Your Medi-Cal Pharmacy Cost Report and drug purchase invoices are due on November 30, 2001. If you have already sent these, please accept our thanks. Please call 1-800-374-6858 if you have any questions.

Have a Happy Thanksgiving!

Myers and Stauffer LC
Certified Public Accountants
Study of Medi-Cal Pharmacy Reimbursement

CAAG/DHS0068556

Exhibit 9



Myers and Stauffer LLC

Certified Public Accountants

December 10, 2001

<u>URGENT REQUEST FOR PARTICIPATION IN THE MEDI-CAL PHARMACY SURVEY</u>

Dear Pharmacy Provider:

The California Department of Health Services is currently conducting a survey of pharmacy costs through its contractor, Myers and Stauffer. Recently you received a Medi-Cal Pharmacy Cost Report and a request that you complete and return it to us by **November 30, 2001**.

As part of the acquisition cost study, you were also requested to submit pharmaceutical purchase invoices from your wholesale drug supplier(s) for specific dates identified in the original survey materials packet.

It is critical to obtain a maximum number of responses in order to ensure the validity of the survey. Due to the timeline set by the Department, it is necessary that we receive your response no later than the due date. If you have not yet completed the survey or submitted pharmaceutical purchase invoices, please complete and return them to us no later than **January 4, 2002**. If you have recently mailed the survey, please accept our thanks for your participation. **If you have already contacted Myers and Stauffer regarding any special circumstances about your pharmacy, there is no need to do so again.**

The <u>pharmacy dispensing and acquisition cost study was initiated by the Department of Health Services for the purpose of determining the cost to purchase and fill Medicaid prescriptions.</u> This is being done in accordance with state and federal regulations so that the Department can evaluate the reimbursement you receive. Since the fairness and objectivity of the final results of this cost survey are directly related to the degree of response from pharmacies in California, it is very much in your interest to participate. Be assured that the information you provide will be kept completely confidential.

If you need assistance in completing the survey form, please call Myers and Stauffer at 1-800-374-6858. If you have not received the survey forms or have misplaced them, please call and we will be glad to send the forms to you.

Thank you again for your assistance in this survey process.

Sincerely,

T. Allan Hansen
Project Manager

4205 Belsha Road • Kansas City, Missouri 64142
(816) 968-1900 • (800) 374-6858 • fax (816) 968-1930

CAAG/DHS0068557

**Exhibit 11**



Myers and Stauffer L.C.

Certified Public Accountants

420 Nichols Road
Kansas City, Missouri 64112
(800) 374-6858
(816) 968-1970 (Fax)

October 10, 2001

0012345 / 1234
SAMPLE PHARMACY
100 MAIN STREET
ANYTOWN, CA 12345

Attention Owner/Manager:

Myers and Stauffer is working under contract with the California Department of Health Services to conduct a survey of the cost of dispensing prescriptions for the Medi-Cal program. After a preliminary review of the cost report you recently submitted, we have a few questions that will clarify the information you provided. Please answer the questions below and return this letter to us within one week. Make any necessary changes on the enclosed copy of your cost report and return with this form. A postage paid envelope is enclosed. If you have any questions, please call us toll free at (800) 374-6858. Thank you for your help and cooperation.

1) Please provide separate amounts for the following taxes that are included in your total tax expense of $8,055 : real estate tax _____, personal property tax _____, sales tax _____, payroll taxes _____, other taxes _____.

2) Please complete/reconsider lines (31) - (38), page 4, 'Percent of Prescriptions Dispensed.' This should be the percentage of your total prescriptions that were dispensed by each pharmacist during the fiscal year of this report. The column total should be 100%.

3) Please reconsider lines (31) - (44). As shown you have $74,064 in non-prescription sales and $68,056 in non Rx labor. Does anyone included on line 44 perform any Rx support duties such as delivery or ringing up prescription sales? If so, please revise page 4.

Exhibit 12

## Summary of Field Examination Findings
## Study of Medi-Cal Pharmacy Reimbursement

| Pharmacy Assigned Number | Exceptions and Comments | Increase / (Decrease) in Calculated Average Dispensing Cost |
|---|---|---|
| 0225 | Area ratio | $ 0.04 |
| 0480 | No changes | $ - |
| 0495 | Area ratio, labor allocations | $ 0.88 |
| 0534 | Area ratio, various overhead allocations, labor allocations | $ 0.93 |
| 0543 | Area ratio, various overhead allocations | $ 0.93 |
| 0959 | Prescription total, various overhead allocations | $ (0.09) |
| 1007 | Area ratio, sales ratio | $ (0.49) |
| 1031 | No changes | $ - |
| 1312 | Area ratio, various overhead allocations | $ (0.17) |
| 1357 | Area ratio, total prescriptions | $ 0.15 |
| 1449 | No changes | $ - |
| 1570 | Area ratio, total prescriptions | $ 0.43 |
| 1682 | No changes | $ - |
| 1930 | No changes | $ - |
| 2111 | No changes | $ - |
| 2336 | Area ratio, various overhead allocations, labor allocations | $ (0.07) |
| 2343 | Area ratio | $ (0.11) |
| 2428 | Area ratio, labor allocations | $ 1.29 |
| 2570 | No changes | $ - |
| 3219 | Area ratio, labor allocations | $ (0.33) |
| 3366 | Total prescriptions, sales ratio, various overhead allocations, labor allocations | $ (2.47) |
| 3375 | No changes | $ - |
| 3430 | Area ratio, sales ratio | $ (0.50) |
| 3829 | Area ratio | $ 0.04 |
| 4008 | No changes | $ - |
| 4221 | No changes | $ - |
| 4791 | Area ratio, total prescriptions | $ (0.16) |
| 4989 | No changes | $ - |
| 5014 | No changes | $ - |
| 5266 | Area ratio, sales ratio, labor allocation | $ (1.26) |
| 5399 | No changes | $ - |
| 5478 | Area ratio, total prescriptions | $ (0.32) |
| 5900 | Area ratio, various overhead allocations | $ (0.49) |
| 5999 | Area ratio | $ 0.25 |
| 6365 | No changes | $ - |
| 6420 | No changes | $ (0.14) |
| 6594 | No changes | $ - |
| 6775 | Total prescriptions, various overhead allocations | $ (2.55) |
| 6848 | No changes | $ - |
| 7194 | No changes | $ - |
| 7372 | Area ratio, labor allocations | $ 1.34 |
| 7777 | Area ratio, total prescriptions, various overhead allocations, labor allocations | $ 3.33 |
| 7933 | Area ratio, sales ratio, total prescriptions | $ (0.91) |
| 8153 | Area ratio | $ (0.09) |

CAAG/DHS0068559

Exhibit 12

## Summary of Field Examination Findings
## Study of Medi-Cal Pharmacy Reimbursement

| Pharmacy Assigned Number | Exceptions and Comments | Increase / (Decrease) in Calculated Average Dispensing Cost | |
|---|---|---|---|
| 8299 | Area ratio, various overhead allocations, labor allocations | $ | 2.75 |
| 8972 | No changes | $ | . |
| 9227 | Area ratio, total prescriptions | $ | (0.33) |
| 9314 | Area ratio, total prescriptions | $ | 0.51 |
| 9545 | Area ratio, various overhead allocations, labor allocations | $ | (0.76) |
| 9556 | No changes | $ | . |
| | Mean Change per Pharmacy | $ | 0.03 |
| | Standard Deviation | $ | 0.92 |
| | Number of Pharmacies | | 50 |
| | 95% Confidence Interval for Mean Change Due to Field Examination: | | |
| | Lower Bound | $ | (0.22) |
| | Upper Bound | $ | 0.29 |

CAAG/DHS0068560

Exhibit 13

## Calculation of Container Cost Per Prescription
## Study of Medi-Cal Pharmacy Reimbursement

| Container Type | Estimated Utilization | Average Cost | Extended |
|---|---|---|---|
| **Dry** | | | |
| 6 Dram | 7% | $ 0.0968 | $ 0.0068 |
| 8-9 Dram | 36% | 0.0970 | 0.0349 |
| 12-13 Dram | 18% | 0.1241 | 0.0223 |
| 16 Dram | 14% | 0.1414 | 0.0198 |
| 20 Dram | 8% | 0.1886 | 0.0151 |
| 30 Dram | 6% | 0.2204 | 0.0132 |
| 40 Dram | 7% | 0.2510 | 0.0176 |
| 60 Dram | 4% | 0.3588 | 0.0144 |
| | | | $ 0.1441 |
| **Liquid** | | | |
| 2 Oz. | 5% | 0.2662 | 0.0133 |
| 3 Oz. | 8% | 0.3572 | 0.0286 |
| 4 Oz. | 33% | 0.3555 | 0.1173 |
| 6 Oz. | 33% | 0.4346 | 0.1434 |
| 8 Oz. | 16% | 0.5281 | 0.0845 |
| 12 Oz. | 2% | 0.5802 | 0.0116 |
| 16 Oz. | 2% | 0.6103 | 0.0122 |
| | | | $ 0.4109 |

| | | | | | |
|---|---|---|---|---|---|
| Dry | 0.1441 | X | 85% | = | 0.122 |
| Liquid | 0.4109 | X | 15% | = | 0.062 |
| | Average Container Cost / Rx | | | = | 0.185 |

CAAG/DHS0068561

Exhibit 14

## Table of Inflation Factors for Dispensing Cost Survey
## Study of Medi-Cal Pharmacy Reimbursement

| Fiscal Year End Date | Midpoint Date | Midpoint Index[1] | Terminal Month Index (June 30, 2001)[2] | Inflation Factor | Number of Stores |
|---|---|---|---|---|---|
| 9/30/1999 | 3/31/1999 | 165.0 | 179.8 | 1.090 | 1 |
| 10/31/1999 | 4/30/1999 | 166.2 | 179.8 | 1.082 | 0 |
| 11/30/1999 | 5/31/1999 | 166.2 | 179.8 | 1.082 | 0 |
| 12/30/1999 | 6/30/1999 | 166.2 | 179.8 | 1.082 | 2 |
| 2/5/2000 | 7/31/1999 | 166.7 | 179.8 | 1.079 | 4 |
| 2/28/2000 | 8/31/1999 | 167.1 | 179.8 | 1.076 | 0 |
| 3/20/2000 | 9/30/1999 | 167.9 | 179.8 | 1.071 | 6 |
| 4/30/2000 | 10/31/1999 | 168.2 | 179.8 | 1.069 | 1 |
| 5/31/2000 | 11/30/1999 | 168.3 | 179.8 | 1.068 | 6 |
| 6/27/2000 | 12/31/1999 | 168.3 | 179.8 | 1.068 | 14 |
| 8/1/2000 | 1/31/2000 | 168.8 | 179.8 | 1.065 | 72 |
| 8/27/2000 | 2/28/2000 | 169.8 | 179.8 | 1.059 | 8 |
| 9/30/2000 | 3/31/2000 | 171.2 | 179.8 | 1.050 | 14 |
| 11/2/2000 | 4/30/2000 | 171.3 | 179.8 | 1.050 | 7 |
| 11/30/2000 | 5/31/2000 | 171.5 | 179.8 | 1.048 | 4 |
| 12/31/2000 | 6/30/2000 | 172.4 | 179.8 | 1.043 | 483 |
| 1/25/2001 | 7/31/2000 | 172.8 | 179.8 | 1.041 | 171 |
| 2/26/2001 | 8/31/2000 | 172.8 | 179.8 | 1.041 | 5 |
| 3/31/2001 | 9/30/2000 | 173.7 | 179.8 | 1.035 | 3 |
| 4/30/2001 | 10/31/2000 | 174.0 | 179.8 | 1.033 | 3 |
| 5/31/2001 | 11/30/2000 | 174.1 | 179.8 | 1.033 | 3 |
| 6/30/2001 | 12/31/2000 | 174.0 | 179.8 | 1.033 | 16 |
| 7/31/2001 | 1/31/2001 | 175.1 | 179.8 | 1.027 | 3 |
| 8/31/2001 | 2/28/2001 | 175.8 | 179.8 | 1.023 | 1 |
| 9/30/2001 | 3/31/2001 | 176.2 | 179.8 | 1.020 | 2 |
| 10/31/2001 | 4/30/2001 | 176.9 | 179.8 | 1.016 | 2 |
| 11/30/2001 | 5/31/2001 | 177.7 | 179.8 | 1.012 | 1 |
| 12/31/2001 | 6/30/2001 | 178.0 | 179.8 | 1.010 | 0 |
| 1/31/2002 | 7/31/2001 | 177.5 | 179.8 | 1.013 | 15 |

[1] Midpoint indices were obtained from the Consumer Price Index, All Urban, as published by the Bureau of Labor Statistics (BLS).

[2] The Terminal Month inflation index was calculated using the Consumer Price Index, All Urban, as published by the Bureau of Labor Statistics (BLS) and *Health Care Cost Review*, Fourth Quarter 2001 published by Standard & Poor's DRI.

CAAG/DHS0068562

# Pharmacy Dispensing Cost Survey Data
## Statistical Summary
## Study of Medi-Cal Pharmacy Reimbursement

### Exhibit 15

| Characteristic | General Statistics | | | | Measures of Central Tendency | | | | | Excluding Outliers Beyond 3 Standard Deviations | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Weighted Means | | | Medians | | | | |
| | n: Number of Pharmacies | Mean | Standard Deviation | Standard Error of the Mean | Weighted by Total Rx by Volume | Weighted by Medi-Cal Rx Volume | Median | Weighted by Total Rx by Volume | Weighted by Medi-Cal Rx Volume | Mean | Standard Deviation | Number of Pharmacies |
| **All Pharmacies in Sample** | 847 | 9.15 | 8.08 | 0.28 | 7.67 | 8.69 | 7.53 | 6.93 | 7.26 | 8.10 | 3.06 | 829 |
| I.V. / Home Infusion Pharmacies | 34 | 32.97 | 23.23 | 3.98 | 17.48 | 19.48 | 26.98 | 12.79 | 12.80 | 32.97 | 23.23 | 34 |
| Non-I.V. Pharmacies | 813 | 8.16 | 4.63 | 0.16 | 7.19 | 7.54 | 7.44 | 6.85 | 7.04 | 7.80 | 2.27 | 804 |
| **Non-I.V. Pharmacies Only** | | | | | | | | | | | | |
| Compounding Pharmacies | 15 | 23.30 | 22.77 | 5.68 | 15.33 | 15.58 | 13.70 | 12.24 | 12.25 | 23.30 | 22.77 | 15 |
| "Traditional" Pharmacies (i.e. no I.V Rxs, no compounded Rxs) | 798 | 7.67 | 2.88 | 0.10 | 7.05 | 7.21 | 7.40 | 6.82 | 6.95 | 7.70 | 2.06 | 790 |
| **Non I.V. / Non Cmpd. Pharmacies Only** | | | | | | | | | | | | |
| **Affiliation:** | | | | | | | | | | | | |
| Chain | 459 | 8.02 | 2.35 | 0.11 | 7.02 | 7.54 | 7.52 | 6.83 | 7.19 | 7.64 | 1.83 | 452 |
| Independent | 339 | 7.67 | 3.46 | 0.19 | 7.13 | 7.01 | 7.19 | 6.70 | 6.57 | 7.49 | 2.29 | 337 |
| **Location:** | | | | | | | | | | | | |
| Urban | 720 | 7.89 | 2.96 | 0.11 | 7.03 | 7.26 | 7.38 | 6.80 | 6.96 | 7.71 | 2.10 | 713 |
| Rural | 78 | 7.71 | 1.95 | 0.22 | 7.23 | 6.91 | 7.74 | 7.29 | 6.74 | 7.61 | 1.75 | 77 |
| **Region:** | | | | | | | | | | | | |
| Region 1: Northwest Coastal | 40 | 7.79 | 1.78 | 0.28 | 7.33 | 7.85 | 7.52 | 7.05 | 7.59 | 7.65 | 1.56 | 39 |
| Region 2: Redding | 31 | 8.43 | 2.33 | 0.42 | 7.75 | 7.75 | 8.17 | 7.51 | 7.73 | 8.43 | 2.33 | 31 |
| Region 3: Sacramento | 63 | 7.68 | 2.31 | 0.29 | 7.64 | 7.64 | 7.24 | 6.35 | 7.38 | 7.57 | 2.14 | 62 |
| Region 4: San Francisco | 123 | 7.89 | 2.11 | 0.19 | 6.74 | 7.56 | 7.24 | 6.40 | 7.55 | 7.89 | 2.11 | 123 |
| Region 5: San Jose | 62 | 8.45 | 3.41 | 0.43 | 6.67 | 7.81 | 7.56 | 6.75 | 7.68 | 7.80 | 1.83 | 59 |
| Region 6: Stockton | 36 | 7.38 | 1.66 | 0.28 | 7.06 | 7.06 | 7.71 | 6.75 | 7.78 | 7.36 | 1.66 | 36 |
| Region 7: Fresno | 42 | 6.61 | 1.56 | 0.24 | 7.55 | 8.60 | 7.04 | 7.29 | 6.59 | 7.36 | 1.32 | 41 |
| Region 8: Bakersfield | 35 | 7.53 | 2.28 | 0.38 | 8.57 | 8.63 | 7.28 | 6.54 | 6.59 | 7.58 | 2.28 | 34 |
| Region 9: San Diego | 111 | 7.69 | 1.90 | 0.18 | 6.60 | 7.43 | 7.43 | 6.90 | 6.88 | 7.69 | 1.90 | 111 |
| Region 10: San Bernardino | 61 | 8.40 | 2.68 | 0.34 | 7.13 | 7.99 | 7.81 | 7.16 | 7.19 | 8.11 | 2.17 | 59 |
| Region 11: Los Angeles | 193 | 7.98 | 4.22 | 0.30 | 7.07 | 6.62 | 7.35 | 6.88 | 6.14 | 7.56 | 2.16 | 190 |

# Pharmacy Dispensing Cost Survey Data
## Statistical Summary
### Study of Medi-Cal Pharmacy Reimbursement

Exhibit 15

| Characteristic | 95% Confidence Int. | | 90% Confidence Int. (based on Student t) | | Percentile Ranges | | Other Statistics | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Lower Bound | Upper Bound | Lower Bound | Upper Bound | 20% | 80% | Skewness | Standard Error of Skewness |
| All Pharmacies In Sample | 8.61 | 9.70 | 8.69 | 9.61 | 6.19 | 9.68 | 6.21 | 0.08 |
| I.V. / Home Infusion Pharmacies | 24.96 | 41.07 | 26.23 | 39.71 | 11.98 | 52.10 | 0.85 | 0.42 |
| Non-I.V. Pharmacies | 7.84 | 8.47 | 7.89 | 8.42 | 6.13 | 9.31 | 8.46 | 0.09 |
| Non I.V. Pharmacies Only | | | | | | | | |
| Compounding Pharmacies | 10.69 | 35.91 | 12.95 | 33.66 | 7.26 | 26.93 | 1.86 | 0.63 |
| "Traditional" Pharmacies (i.e. no IV Rxs, no compounded Rxs) | 7.67 | 8.07 | 7.70 | 8.04 | 6.10 | 9.28 | 5.94 | 0.09 |
| Non I.V./ Non Cmpd. Pharmacies Only | | | | | | | | |
| Affiliation: | | | | | | | | |
| Chain | 7.80 | 8.24 | 7.84 | 8.20 | 6.44 | 9.23 | 2.57 | 0.11 |
| Independent | 7.30 | 8.04 | 7.36 | 7.98 | 5.52 | 9.38 | 7.10 | 0.13 |
| Location: | | | | | | | | |
| Urban | 7.57 | 8.11 | 7.71 | 8.07 | 6.08 | 9.29 | 6.01 | 0.09 |
| Rural | 7.27 | 8.15 | 7.34 | 8.08 | 6.19 | 9.84 | 0.80 | 0.28 |
| Region: | | | | | | | | |
| Region 1 Northwest Coastal | 7.22 | 8.35 | 7.32 | 8.27 | 6.19 | 8.63 | 0.91 | 0.39 |
| Region 2 Redding | 7.57 | 9.28 | 7.72 | 9.14 | 6.74 | 9.24 | 1.29 | 0.44 |
| Region 3 Sacramento | 7.10 | 8.26 | 7.20 | 8.17 | 5.76 | 9.26 | 0.99 | 0.28 |
| Region 4 San Francisco | 7.51 | 8.26 | 7.57 | 8.20 | 6.04 | 9.57 | 0.72 | 0.21 |
| Region 5 San Jose | 7.58 | 9.31 | 7.72 | 9.17 | 6.27 | 9.22 | 2.68 | 0.31 |
| Region 6 Stockton | 6.82 | 8.82 | 6.91 | 8.73 | 6.12 | 8.77 | 0.74 | 0.41 |
| Region 7 Fresno | 6.32 | 7.94 | 6.40 | 7.84 | 5.13 | 9.22 | 1.20 | 0.38 |
| Region 8 Bakersfield | 6.81 | 8.35 | 6.94 | 8.22 | 6.11 | 7.83 | 0.89 | 0.41 |
| Region 9 San Diego | 7.33 | 8.65 | 7.39 | 7.99 | 6.35 | 8.92 | 0.31 | 0.23 |
| Region 10 San Bernardino | 7.72 | 9.08 | 7.83 | 8.97 | 6.43 | 9.19 | 1.63 | 0.31 |
| Region 11 Los Angeles | 7.36 | 8.58 | 7.48 | 8.46 | 5.69 | 9.45 | 6.95 | 0.18 |

Myers and Stauffer LC

CA_DISP_exhibits.xls ; '15; DF Stats'

4/29/2002

CAAG/DHS0068564

Pharmacy Dispensing Cost Survey Data
Statistical Summary
Study of Medi-Cal Pharmacy Reimbursement

Exhibit 15

| Characteristic | General Statistics | | | | Measures of Central Tendency | | | | | | Excluding Outliers Beyond 3 Standard Deviations | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Weighted Means | | Medians | | | | | | |
| | n: Number of Pharmacies | Mean | Standard Deviation | Standard Error of the Mean | Weighted by Total Rx by Volume | Weighted by Medi-Cal Rx Volume | Median | Weighted by Total Rx by Volume | Weighted by Medi-Cal Rx Volume | Mean | Standard Deviation | Number of Pharmacies | |
| **Non I.V. / Non Cmpd. Pharmacies Only** | | | | | | | | | | | | |
| **Annual Total Rx Volume:** | | | | | | | | | | | | |
| 0 to 29,999 | 170 | 10.02 | 4.59 | 0.35 | 9.62 | 8.69 | 9.51 | 9.32 | 8.16 | 9.68 | 2.97 | 168 |
| 30,000 to 59,999 | 255 | 7.83 | 2.24 | 0.14 | 7.82 | 7.40 | 7.90 | 7.93 | 7.33 | 7.74 | 1.98 | 254 |
| 60,000 and Higher | 372 | 6.92 | 1.33 | 0.07 | 6.66 | 6.85 | 6.92 | 6.63 | 6.75 | 6.86 | 1.21 | 388 |
| **Annual Medi-Cal Rx Volume:** | | | | | | | | | | | | |
| 0 to 1,999 | 183 | 8.68 | 4.50 | 0.33 | 9.56 | 8.58 | 7.91 | 6.42 | 7.97 | 8.27 | 2.64 | 180 |
| 2,000 to 10,000 | 331 | 8.05 | 2.27 | 0.12 | 7.14 | 7.94 | 7.68 | 6.94 | 7.58 | 7.93 | 1.94 | 327 |
| 10,000 an Higher | 284 | 7.13 | 1.82 | 0.1 | 6.99 | 6.98 | 6.50 | 6.79 | 6.7- | 7.07 | 1.72 | 281 |
| **Medi-Cal Utilization Ratio:** | | | | | | | | | | | | |
| 0.0% to 9.9% | 360 | 7.93 | 2.51 | 0.13 | 6.99 | 7.44 | 7.39 | 6.75 | 7.11 | 7.73 | 1.90 | 374 |
| 10.0% to 24.9% | 198 | 7.89 | 2.21 | 0.15 | 7.33 | 7.33 | 7.55 | 7.09 | 7.13 | 7.77 | 1.95 | 195 |
| 25.0% and Higher | 220 | 7.75 | 3.65 | 0.26 | 7.20 | 7.11 | 7.18 | 6.63 | 6.72 | 7.55 | 2.33 | 219 |
| **Other Characteristics:** | | | | | | | | | | | | |
| Does Not Disp. Unit Dose Rxs | 690 | 7.88 | 2.97 | 0.11 | 6.97 | 7.06 | 7.38 | 6.79 | 6.60 | 7.70 | 2.06 | 683 |
| Dispenses Unit Dose Rxs | 106 | 7.81 | 2.25 | 0.22 | 7.65 | 7.92 | 7.52 | 7.44 | 7.80 | 7.75 | 2.16 | 107 |
| Retail Pharmacy | 765 | 7.66 | 2.89 | 0.10 | 7.00 | 7.09 | 7.40 | 6.80 | 6.86 | 7.69 | 2.06 | 777 |
| Institutional Pharmacy | 13 | 8.59 | 2.15 | 0.60 | 8.57 | 8.63 | 8.21 | 8.28 | 8.32 | 8.59 | 2.15 | 13 |

## Pharmacy Dispensing Cost Survey Data
## Statistical Summary
## Study of Medi-Cal Pharmacy Reimbursement

Exhibit 15

| Characteristic | Confidence Interval for Mean (based on Student t): | | | | Percentile Ranges: | | Other Statistics | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 95% Confidence Int: Lower Bound | 95% Upper Bound | 90% Confidence Int: Lower Bound | 90% Upper Bound | 20% | 80% | Skewness | Standard Error of Skewness |
| **Non I.V. / Non Cmpd. Pharmacies Only** | | | | | | | | |
| **Annual Total Rx Volume:** | | | | | | | | |
| 0 to 29,999 | 9.33 | 10.72 | 9.44 | 10.60 | 7.17 | 11.80 | 5.36 | 0.19 |
| 30,000 to 59,999 | 7.55 | 8.10 | 7.60 | 8.06 | 5.91 | 9.35 | 1.34 | 0.15 |
| 60,000 and Higher | 6.78 | 7.06 | 6.81 | 7.03 | 5.96 | 7.85 | 0.47 | 0.13 |
| **Annual Medi-Cal Rx Volume:** | | | | | | | | |
| 0 to 1,999 | 8.03 | 9.34 | 8.13 | 9.23 | 5.98 | 10.32 | 5.93 | 0.18 |
| 2,000 to 10,000 | 7.81 | 8.30 | 7.85 | 8.26 | 6.42 | 9.50 | 1.78 | 0.13 |
| 10,000 an Higher | 6.92 | 7.35 | 6.96 | 7.31 | 5.66 | 8.35 | 0.64 | 0.15 |
| **Medi-Cal Utilization Ratio:** | | | | | | | | |
| 0.0% to 9.9% | 7.68 | 8.18 | 7.72 | 8.14 | 6.25 | 9.22 | 2.65 | 0.13 |
| 10.0% to 24.9% | 7.58 | 8.20 | 7.63 | 8.15 | 6.33 | 8.94 | 1.47 | 0.17 |
| 25.0% and Higher | 7.24 | 8.25 | 7.32 | 8.18 | 5.54 | 9.44 | 7.63 | 0.17 |
| **Other Characteristics:** | | | | | | | | |
| Does Not Disp. Unit Dose Rxs | 7.66 | 8.10 | 7.69 | 8.07 | 6.18 | 9.23 | 6.24 | 0.09 |
| Dispenses Unit Dose Rxs | 7.38 | 8.24 | 7.45 | 8.17 | 5.93 | 9.50 | 0.67 | 0.24 |
| Retail Pharmacy | 7.66 | 8.06 | 7.69 | 8.03 | 6.09 | 9.23 | 5.38 | 0.09 |
| Institutional Pharmacy | 7.29 | 8.89 | 7.53 | 9.66 | 6.17 | 10.19 | 0.57 | 0.68 |

Exhibit 16

Medi-Cal Pharmacy Participation Rates by County
Study of Medi-Cal Pharmacy Reimbursement

| County | Total Number of Pharmacies | Medi-Cal Participating Pharmacies | Medi-Cal Participation Rate | Total Population | Medi-Cal Recipients | Total Pharmacies per 10,000 Residents | Medi-Cal Pharmacies per 10,000 Recipients |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| ALAMEDA | 237 | 231 | 97% | 1,443,741 | 180,383 | 1.64 | 12.81 |
| ALPINE | - | | N/A | 1,208 | 194 | - | - |
| AMADOR | 10 | 9 | 90% | 35,100 | 2,613 | 2.85 | 34.44 |
| BUTTE | 43 | 42 | 98% | 203,171 | 40,056 | 2.12 | 10.49 |
| CALAVERAS | 6 | 6 | 100% | 40,554 | 5,003 | 1.48 | 11.99 |
| COLUSA | 3 | 3 | 100% | 18,804 | 3,869 | 1.60 | 7.75 |
| CONTRA COSTA | 156 | 152 | 97% | 948,816 | 86,214 | 1.64 | 17.63 |
| DEL NORTE | 7 | 7 | 100% | 27,507 | 6,381 | 2.54 | 10.97 |
| EL DORADO | 23 | 22 | 96% | 156,299 | 11,095 | 1.47 | 19.83 |
| FRESNO | 179 | 169 | 94% | 799,407 | 224,163 | 2.24 | 7.54 |
| GLENN | 5 | 5 | 100% | 26,453 | 5,309 | 1.89 | 9.42 |
| HUMBOLDT | 33 | 33 | 100% | 126,518 | 22,758 | 2.61 | 14.50 |
| IMPERIAL | 22 | 22 | 100% | 142,361 | 39,012 | 1.55 | 5.64 |
| INYO | 5 | 4 | 80% | 17,945 | 2,497 | 2.79 | 16.02 |
| KERN | 129 | 127 | 98% | 661,645 | 147,390 | 1.95 | 8.62 |
| KINGS | 16 | 16 | 100% | 129,461 | 24,199 | 1.24 | 6.61 |
| LAKE | 16 | 16 | 100% | 58,309 | 13,227 | 2.74 | 12.10 |
| LASSEN | 7 | 7 | 100% | 33,828 | 4,325 | 2.07 | 16.18 |
| LOS ANGELES | 1,900 | 1,796 | 95% | 9,519,338 | 2,063,827 | 2.00 | 8.70 |
| MADERA | 20 | 19 | 95% | 123,109 | 27,426 | 1.62 | 6.93 |
| MARIN | 36 | 33 | 92% | 247,289 | 11,480 | 1.46 | 28.75 |
| MARIPOSA | 2 | 2 | 100% | 17,130 | 1,953 | 1.17 | 10.24 |
| MENDOCINO | 19 | 19 | 100% | 86,265 | 15,638 | 2.20 | 12.15 |
| MERCED | 30 | 30 | 100% | 210,554 | 59,749 | 1.42 | 5.02 |
| MODOC | 3 | 3 | 100% | 9,449 | 1,920 | 3.17 | 15.63 |
| MONO | 3 | 3 | 100% | 12,853 | 762 | 2.33 | 39.37 |
| MONTEREY | 66 | 63 | 95% | 401,762 | 58,278 | 1.64 | 10.81 |
| NAPA | 17 | 17 | 100% | 124,279 | 9,232 | 1.37 | 18.41 |
| NEVADA | 16 | 16 | 100% | 92,033 | 6,377 | 1.74 | 25.09 |
| ORANGE | 545 | 513 | 94% | 2,846,289 | 270,155 | 1.91 | 18.99 |
| PLACER | 57 | 57 | 100% | 248,399 | 15,171 | 2.29 | 37.57 |
| PLUMAS | 7 | 7 | 100% | 20,824 | 2,511 | 3.36 | 27.88 |
| RIVERSIDE | 241 | 236 | 98% | 1,545,387 | 205,132 | 1.56 | 11.50 |
| SACRAMENTO | 218 | 212 | 97% | 1,223,499 | 242,595 | 1.78 | 8.74 |
| SAN BENITO | 7 | 7 | 100% | 53,234 | 5,009 | 1.31 | 13.97 |
| SAN BERNARDINO | 263 | 256 | 97% | 1,709,434 | 286,881 | 1.54 | 8.92 |
| SAN DIEGO | 440 | 427 | 97% | 2,813,833 | 298,448 | 1.56 | 14.31 |
| SAN FRANCISCO | 152 | 146 | 96% | 776,733 | 111,196 | 1.96 | 13.13 |
| SAN JOAQUIN | 119 | 115 | 97% | 563,598 | 109,774 | 2.11 | 10.48 |
| SAN LUIS OBISPO | 54 | 54 | 100% | 246,681 | 23,450 | 2.19 | 23.03 |
| SAN MATEO | 102 | 97 | 95% | 707,161 | 43,699 | 1.44 | 22.20 |
| SANTA BARBARA | 65 | 60 | 92% | 399,347 | 50,772 | 1.63 | 11.82 |
| SANTA CLARA | 263 | 253 | 96% | 1,682,585 | 148,094 | 1.56 | 17.08 |
| SANTA CRUZ | 40 | 40 | 100% | 255,602 | 25,439 | 1.56 | 15.72 |
| SHASTA | 47 | 45 | 96% | 163,256 | 31,907 | 2.88 | 14.10 |
| SIERRA | 1 | 1 | 100% | 3,555 | 339 | 2.81 | 29.50 |
| SISKIYOU | 14 | 13 | 93% | 44,301 | 8,453 | 3.16 | 15.38 |
| SOLANO | 44 | 43 | 98% | 394,542 | 42,517 | 1.12 | 10.11 |
| SONOMA | 74 | 73 | 99% | 458,614 | 34,885 | 1.61 | 20.93 |
| STANISLAUS | 87 | 85 | 98% | 446,997 | 89,497 | 1.95 | 9.50 |
| SUTTER | 10 | 9 | 90% | 78,930 | 14,578 | 1.27 | 6.17 |
| TEHAMA | 10 | 10 | 100% | 56,039 | 11,066 | 1.78 | 9.04 |
| TRINITY | 5 | 5 | 100% | 13,022 | 2,290 | 3.84 | 21.83 |
| TULARE | 60 | 59 | 98% | 368,021 | 106,805 | 1.63 | 5.52 |
| TUOLUMNE | 14 | 13 | 93% | 54,501 | 6,423 | 2.57 | 20.24 |

CAAG/DHS0068567

Exhibit 16

Medi-Cal Pharmacy Participation Rates by County
Study of Medi-Cal Pharmacy Reimbursement

| County | Total Number of Pharmacies | Medi-Cal Participating Pharmacies | Medi-Cal Participation Rate | Total Population | Medi-Cal Recipients | Total Pharmacies per 10,000 Residents | Medi-Cal Pharmacies per 10,000 Recipients |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| VENTURA | 135 | 134 | 99% | 753,197 | 78,037 | 1.79 | 17.17 |
| YOLO | 23 | 23 | 100% | 168,660 | 23,227 | 1.36 | 9.90 |
| YUBA | 8 | 8 | 100% | 60,219 | 15,715 | 1.33 | 5.09 |
| Statewide Totals | 6,114 | 5,873 | 96% | 33,871,648 | 5,379,386 | 1.81 | 10.92 |

Explanantion of Columns

A. California County

B. Total number of pharmacies in county based on analysis of Medi-Cal provider database and NCPDP database.

C. Number of Pharmacies that participate in the Medi-Cal program based on analysis of the Medi-Cal provider database.

D. Medi-Cal Participation Rate: D = C / B.

E. Total population for county based on US Census Bureau reports for 2000.

F. Number of Medi-Cal recipients based on reports from the Medical Care Statistics Section of the California Department for Health Services (based on 2000 data).

G. G = B / (E / 10000)

H. H = C / (F / 10000)

CAAG/DHS0068568

Analysis of Compliance with the "90/10 Access Ratio" and Similar Measures of Access
Study of Medi-Cal Pharmacy Reimbursement

Exhibit 17

| County | Medi-Cal Population/ Medi-Cal Pharmacies | | | Total Population/ All Pharmacies | | |
|---|---|---|---|---|---|---|
| | Percent of Population within 5 Miles of Pharmacy | Percent of Population within 10 Miles of Pharmacy | Percent of Population within 20 Miles of Pharmacy | Percent of Population within 5 Miles of Pharmacy | Percent of Population within 10 Miles of Pharmacy | Percent of Population within 20 Miles of Pharmacy |
| ALAMEDA | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| ALPINE | 0.0% | 0.0% | 86.1% | 0.0% | 0.0% | 100.0% |
| AMADOR | 81.1% | 100.0% | 100.0% | 77.2% | 100.0% | 100.0% |
| BUTTE | 90.5% | 98.7% | 100.0% | 97.1% | 99.2% | 100.0% |
| CALAVERAS | 76.5% | 98.2% | 100.0% | 72.9% | 99.9% | 100.0% |
| COLUSA | 71.3% | 71.3% | 97.9% | 60.9% | 60.9% | 95.9% |
| CONTRA COSTA | 99.7% | 100.0% | 100.0% | 99.3% | 100.0% | 100.0% |
| DEL NORTE | 86.1% | 86.1% | 100.0% | 82.7% | 82.7% | 100.0% |
| EL DORADO | 95.7% | 100.0% | 100.0% | 92.9% | 99.9% | 100.0% |
| FRESNO | 98.5% | 99.7% | 100.0% | 97.4% | 99.4% | 100.0% |
| GLENN | 80.4% | 96.6% | 100.0% | 91.4% | 91.4% | 100.0% |
| HUMBOLDT | 93.2% | 95.7% | 97.0% | 92.7% | 94.4% | 95.7% |
| IMPERIAL | 92.2% | 94.9% | 97.0% | 79.5% | 95.2% | 96.9% |
| INYO | 67.7% | 67.7% | 96.0% | 82.9% | 82.9% | 95.7% |
| KERN | 98.2% | 99.1% | 99.5% | 95.8% | 97.3% | 99.6% |
| KINGS | 95.8% | 100.0% | 100.0% | 97.1% | 100.0% | 100.0% |
| LAKE | 81.3% | 100.0% | 100.0% | 79.4% | 100.0% | 100.0% |
| LASSEN | 80.0% | 80.0% | 89.0% | 77.0% | 77.0% | 88.4% |
| LOS ANGELES | 99.8% | 100.0% | 100.0% | 99.7% | 99.9% | 99.9% |
| MADERA | 91.2% | 96.0% | 100.0% | 86.9% | 88.5% | 100.0% |
| MARIN | 98.5% | 100.0% | 100.0% | 98.3% | 100.0% | 100.0% |
| MARIPOSA | 73.9% | 80.4% | 100.0% | 70.1% | 73.0% | 100.0% |
| MENDOCINO | 74.3% | 79.7% | 100.0% | 78.3% | 86.6% | 99.2% |
| MERCED | 97.4% | 99.3% | 100.0% | 96.8% | 98.7% | 100.0% |
| MODOC | 87.8% | 87.8% | 87.8% | 68.9% | 68.9% | 74.1% |
| MONO | 78.7% | 78.7% | 78.7% | 58.6% | 58.6% | 65.9% |
| MONTEREY | 98.2% | 99.0% | 99.6% | 95.9% | 98.5% | 99.0% |
| NAPA | 100.0% | 100.0% | 100.0% | 99.7% | 100.0% | 100.0% |
| NEVADA | 81.2% | 86.5% | 100.0% | 99.7% | 99.3% | 100.0% |
| ORANGE | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

CAAG/DH:0068669

Myers and Stauffer LC

Exhibit 17

# Analysis of Compliance with the "90/10 Access Ratio" and Similar Measures of Access
## Study of Medi-Cal Pharmacy Reimbursement

| County | Medi-Cal Population / Medi-Cal Pharmacies | | | Total Population / All Pharmacies | | |
|---|---|---|---|---|---|---|
| | Percent of Population within 5 Miles of Pharmacy | Percent of Population within 10 Miles of Pharmacy | Percent of Population within 20 Miles of Pharmacy | Percent of Population within 5 Miles of Pharmacy | Percent of Population within 10 Miles of Pharmacy | Percent of Population within 20 Miles of Pharmacy |
| PLACER | 96.4% | 99.5% | 100.0% | 95.8% | 99.2% | 100.0% |
| PLUMAS | 87.5% | 100.0% | 100.0% | 84.3% | 96.1% | 100.0% |
| RIVERSIDE | 96.8% | 100.0% | 100.0% | 96.4% | 99.6% | 99.6% |
| SACRAMENTO | 99.4% | 99.8% | 100.0% | 99.0% | 99.8% | 100.0% |
| SAN BENITO | 92.5% | 100.0% | 100.0% | 87.9% | 98.2% | 100.0% |
| SAN BERNARDINO | 95.2% | 98.5% | 99.9% | 94.1% | 96.7% | 99.3% |
| SAN DIEGO | 99.3% | 99.8% | 99.9% | 98.8% | 99.7% | 99.9% |
| SAN FRANCISCO | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| SAN JOAQUIN | 99.4% | 99.9% | 100.0% | 98.4% | 100.0% | 100.0% |
| SAN LUIS OBISPO | 94.8% | 97.1% | 100.0% | 97.8% | 98.9% | 99.9% |
| SAN MATEO | 99.7% | 99.7% | 100.0% | 99.6% | 99.9% | 100.0% |
| SANTA BARBARA | 94.1% | 99.5% | 99.5% | 97.1% | 99.8% | 100.0% |
| SANTA CLARA | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| SANTA CRUZ | 95.8% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| SHASTA | 93.9% | 94.7% | 100.0% | 89.9% | 91.3% | 99.8% |
| SIERRA | 100.0% | 100.0% | 100.0% | 52.2% | 64.5% | 86.9% |
| SISKIYOU | 67.6% | 91.2% | 98.3% | 73.0% | 85.6% | 95.2% |
| SOLANO | 99.8% | 99.8% | 100.0% | 100.0% | 100.0% | 100.0% |
| SONOMA | 98.3% | 99.7% | 100.0% | 95.2% | 98.3% | 99.3% |
| STANISLAUS | 99.6% | 100.0% | 100.0% | 99.1% | 99.6% | 100.0% |
| SUTTER | 80.0% | 99.0% | 100.0% | 98.7% | 100.0% | 100.0% |
| TEHAMA | 92.1% | 98.6% | 98.6% | 97.2% | 97.2% | 97.6% |
| TRINITY | 81.8% | 94.5% | 97.0% | 70.8% | 89.9% | 96.9% |
| TULARE | 91.6% | 97.1% | 100.0% | 90.8% | 96.3% | 100.0% |
| TUOLUMNE | 71.4% | 84.7% | 100.0% | 73.5% | 82.1% | 100.0% |
| VENTURA | 100.0% | 100.0% | 100.0% | 99.7% | 100.0% | 100.0% |
| YOLO | 94.5% | 95.5% | 100.0% | 94.3% | 95.4% | 99.9% |
| YUBA | 97.1% | 99.4% | 100.0% | 92.6% | 97.7% | 100.0% |
| ALL | 98.3% | 99.4% | 99.9% | 98.1% | 99.2% | 99.8% |

CA_DISP_exhibits.xls [17. 90-10 Rule Analysis]

4/29/2002

CAAG/DHS0068570