# Exhibit 34-4

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

# Pharmacy Acquisition Cost Survey Data
## Statistical Summary of Acquisition Costs as a Percent of the Federal Upper Limit
## Multi-Source Drug Products with an FUL
### Study of Medi-Cal Pharmacy Reimbursement

| Characteristic | General Statistics | | | | | Percentiles | | | 95% Confidence Interval for Mean (based on Student t) | | t Value (with n-1 degrees of freedom) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Observations | n: Number of Pharmacies / Drug Products | Mean (Unweighted) | Mean (Weighted by Medicaid Drug Utilization) | Standard Deviation | Standard Error of the Mean | 20% | 50% | 80% | Lower Bound | Upper Bound | |

### Distributions by Pharmacy[1]
**Multi-Source Drug Products with an FUL (as % of the Federal Upper Limit) - Includes Internal Invoices**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Pharmacies | 24,966 | 473 | 45.0% | See Note (1) | 16.2% | 0.7% | 37.4% | 42.6% | 51.1% | 43.5% | 46.5% | 1.97 |

**Multi-Source Drug Products with an FUL (as % of the Federal Upper Limit) - External Invoices Only**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Institutional and Retail | 6,428 | 258 | 44.2% | See Note (1) | 20.4% | 1.3% | 34.9% | 40.7% | 49.7% | 41.7% | 46.7% | 1.97 |
| Institutional | 460 | 17 | 37.4% | See Note (1) | 9.4% | 2.3% | 28.1% | 34.5% | 44.6% | 32.6% | 42.2% | 2.12 |
| Retail | 5,968 | 241 | 44.6% | See Note (1) | 20.9% | 1.3% | 35.3% | 41.0% | 50.5% | 42.0% | 47.3% | 1.97 |

**Multi-Source Drug Products with an FUL (as % of the Federal Upper Limit) - Retail Pharmacies Only - External Invoices Only**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chain | 1,637 | 28 | 42.1% | See Note (1) | 6.5% | 1.6% | 35.9% | 38.7% | 45.8% | 39.8% | 45.4% | 2.05 |
| Independent | 4,331 | 213 | 45.0% | See Note (1) | 22.0% | 1.5% | 35.2% | 41.5% | 50.5% | 42.0% | 48.0% | 1.97 |
| Urban (in-state only) | 4,886 | 205 | 43.8% | See Note (1) | 21.6% | 1.5% | 35.0% | 40.5% | 48.5% | 40.9% | 46.8% | 1.97 |
| Rural (in-state only) | 1,082 | 36 | 49.2% | See Note (1) | 16.9% | 2.7% | 37.8% | 46.5% | 55.2% | 43.8% | 54.6% | 2.03 |

### Distributions by Drug Product[2]
**Multi-Source Drug Products with an FUL (as % of the Federal Upper Limit) - External Invoices Only**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Pharmacies | 6,428 | 233 | 44.7% | 38.7% | 33.3% | 2.2% | 24.2% | 38.9% | 56.7% | 40.4% | 49.0% | 1.97 |
| Institutional Pharmacies | 460 | 136 | 40.5% | 35.6% | 31.4% | 2.7% | 22.1% | 34.6% | 49.9% | 35.2% | 45.9% | 1.98 |
| Retail Pharmacies | 5,968 | 231 | 45.0% | 38.9% | 33.7% | 2.2% | 24.6% | 39.7% | 56.7% | 40.7% | 49.4% | 1.97 |
| Chain Retail Pharmacies | 1,637 | 160 | 48.6% | 40.6% | 39.7% | 3.0% | 25.6% | 41.2% | 62.7% | 42.8% | 54.5% | 1.97 |
| Independent Retail Pharmacies | 4,331 | 226 | 44.7% | 38.9% | 33.3% | 2.2% | 24.6% | 39.5% | 56.7% | 40.3% | 49.0% | 1.97 |

1) Individual store means are weighted by Medi-Cal drug utilization; however, distributions of acquisition cost by store are not weighted
2) Individual drug means are not weighted; however, the mean of the distribution of acquisition cost by drug resulting from a weighted calculation is presented

Exhibit 18

Pharmacy Acquisition Cost Survey Data
Statistical Summary of Acquisition Costs as a Percent of the California Maximum Allowable Ingredient Cost
Multi-Source Drug Products without an FUL
Study of Medi-Cal Pharmacy Reimbursement

Exhibit 19

| Characteristic | General Statistics | | | | Percentiles | | | 95% Confidence Interval for Mean (based on Student t) | | t value (with n-1 degrees of freedom) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Observations | n: Number of Pharmacies / Drug Products (Unweighted) | Mean (Weighted by Medicaid Drug Utilization) | Standard Deviation | Standard Error of the Mean | 20% | 50% | 80% | Lower Bound | Upper Bound |

**Distributions by Pharmacy¹**

Multi-Source Drug Products without an FUL (as % of the California Maximum Allowable Ingredient Cost) - Includes Internal Invoices

| All Pharmacies | 4,063 | 424 | 34.4% | See Note (1) | 36.4% | 1.8% | 20.8% | 25.6% | 43.2% | 30.9% | 37.8% | 1.97 |

Multi-Source Drug Products without an FUL (as % of the California Maximum Allowable Ingredient Cost) - External Invoices Only

| Institutional and Retail | 1,019 | 216 | 39.1% | See Note (1) | 49.2% | 3.4% | 20.0% | 27.5% | 45.9% | 32.5% | 45.7% | 1.97 |
| Institutional | 69 | 14 | 38.6% | See Note (1) | 14.7% | 3.9% | 24.3% | 35.7% | 48.6% | 30.2% | 47.1% | 2.15 |
| Retail | 950 | 202 | 39.1% | See Note (1) | 50.8% | 3.6% | 20.0% | 26.8% | 45.9% | 32.0% | 46.1% | 1.97 |

Multi-Source Drug Products without an FUL (as % of the California Maximum Allowable Ingredient Cost) - Retail Pharmacies Only - External Invoices Only

| Chain | 301 | 27 | 26.8% | See Note (1) | 11.2% | 2.1% | 18.2% | 22.8% | 34.6% | 22.2% | 31.0% | 2.06 |
| Independent | 649 | 175 | 41.0% | See Note (1) | 54.2% | 4.1% | 20.5% | 27.7% | 46.2% | 32.9% | 49.1% | 1.97 |
| Urban (in-state only) | 767 | 170 | 39.8% | See Note (1) | 54.9% | 4.2% | 20.0% | 26.5% | 45.9% | 31.5% | 48.1% | 1.97 |
| Rural (in-state only) | 183 | 32 | 35.2% | See Note (1) | 16.2% | 2.9% | 20.8% | 30.2% | 48.5% | 29.4% | 41.1% | 2.04 |

**Distributions by Drug Product²**

Multi-Source Drug Products without an FUL (as % of the California Maximum Allowable Ingredient Cost) - External Invoices Only

| All Pharmacies | 1,019 | 131 | 85.2% | 50.2% | 140.3% | 12.3% | 17.5% | 42.8% | 71.7% | 61.0% | 109.5% | 1.98 |
| Institutional Pharmacies | 69 | 35 | 49.3% | 41.3% | 50.9% | 10.3% | 19.0% | 41.2% | 53.5% | 28.4% | 70.2% | 2.03 |
| Retail Pharmacies | 950 | 127 | 85.3% | 50.6% | 142.2% | 12.6% | 17.5% | 42.8% | 72.2% | 61.3% | 111.3% | 1.98 |
| Chain Retail Pharmacies | 301 | 75 | 72.5% | 47.5% | 129.3% | 14.9% | 15.2% | 34.8% | 61.5% | 42.7% | 102.2% | 1.99 |
| Independent Retail Pharmacies | 649 | 107 | 95.8% | 52.3% | 151.9% | 14.7% | 18.1% | 45.4% | 76.5% | 56.7% | 124.9% | 1.98 |

1) Individual store means are weighted by Medi-Cal drug utilization, however, distributions of acquisition cost by store are not weighted
2) Individual drug means are not weighted, however, the mean of the distribution of acquisition cost by drug resulting from a weighted calculation is presented