# Exhibit 35-6

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

nursing $18.4 million ($9.2 million GF), non-emergency medical transportation $10.1 million ($5.05 million GF), and family planning $5.3 million ($2.65 million GF) from the elimination of the rate increase of August 1, 2000. The total cost for these programs is $52.6 million ($26.3 million GF). The May Revise savings target was $118.1 million GF or $236.2 million TF.

Therefore the fiscal impact of this Section amends the DHS savings target to $183,600,000 ($91,800,000 GF).

The reduction for provider rate increases included in the Senate passed version of the budget is $142,200,000 ($71,100,000 GF). This is the reduction of one-half of the 2000 provider rate increase that was proposed in the January Budget, adjusted for an August 1 implementation. It is unclear what services the Senate intended to protect with this amount of funding.

ECONOMIC IMPACT: Unknown.

LEGAL IMPACT: Unknown.

APPOINTMENTS: None.

SUPPORT/OPPOSITION:

Support: None known.
Opposition: None known.

ARGUMENTS:

Pros:
- Section 103 would allow DHS to save an estimated $183,600,000 ($91,800,000 GF). GF by reducing most Medi-Cal reimbursement rates to their FY 1999-2000 levels, while protecting a few critical Medi-Cal programs and services from this rate reduction.
- DHS would be able to contribute to (statewide) government efforts to minimize the adverse effects of the budget crisis in California.

Cons:
- Section 103 would reduce many Medi-Cal reimbursement rates to their pre-August 2000 levels. These levels were very low for some services, compared to other states' Medicaid programs, and could impact beneficiary access to Medi-Cal services.

## SECTION 104

### ANALYSIS

This section contains uncodified language that directs DHS to negotiate as aggressively as is necessary to achieve budgeted savings.

Budget Trailer Bill language established the Medi-Cal drug rebate program in 1990. Since that time several extensions to the sunset date have been enacted. The most recent extension of the Medi-Cal drug rebate program was enacted in AB 2877 (Chapter 93, Statutes of 2000) for two additional years and is now due to sunset January 1, 2003. The Medi-Cal drug rebate program currently generates significant fiscal savings per year in rebates over-and-above the rebates paid to the State under the federal Medicaid drug rebate program.

### LEGISLATIVE HISTORY:

Prior to 1990, DHS did not contract for supplemental rebates and each addition to the Medi-Cal drug formulary required a change in regulations. Budget Trailer Bill language established the original contracting authority in 1990. Chapter 716, Statutes of 1992 (SB 1063) extended a January 1, 1993, sunset date to January 1, 1999; Chapter 722, Statutes of 1992 (SB 485) revised the sunset date back to January 1, 1997. Chapter 197, Statutes of 1996 (AB 3483) extended the sunset date to January 1, 1999. Chapter 310, Statutes of 1998 (AB 2780) extended the sunset date to January 1, 2000. Chapter 146, Statutes of 1999 (AB 1107) extended the sunset date to January 1, 2001. Chapter 93, Statutes of 2000 (AB 2877) extended the sunset date to January 1, 2003.

The same Legislative intent language appeared in the 1992 Budget Act. This language was inserted into AB 446 through a compromise with the pharmaceutical manufacturers, who objected to language that would have guaranteed a specific level of rebate savings proposed by DHS.

### PROGRAM BACKGROUND:

The Medi-Cal drug program in DHS maintains the outpatient drug List. This List is used by physicians when prescribing medications for FFS Medi-Cal patients. Drugs not specifically listed remain a Medi-Cal benefit subject to prior authorization from a Medi-Cal consultant. State legislation was enacted in 1990, that enabled DHS to contract with drug manufacturers to obtain rebates for drugs dispensed to FFS outpatient Medi-Cal beneficiaries. This rebate program complements, rather than conflicts with the federal Medicaid rebate law. Because of negotiating state supplemental rebates, DHS often secures rebates in addition to those required under federal law. Rebates over and above those required to be paid to the State under federal law have been possible due to leverage DHS has with manufacturers regarding drug contracting in exchange for adding their drugs to the List.

### OTHER STATES' INFORMATION:

Florida Medicaid is the only other state Medicaid program with a broad supplemental rebate program.

**FISCAL IMPACT:**
Through increased aggressive contracting, the DHS expects to obtain additional rebates of $20 million TF ($10 million GF). An additional Pharmaceutical Consultant II Specialist would be required for this new workload.

**ECONOMIC IMPACT:** None.

**LEGAL IMPACT:** Unknown.

**APPOINTMENTS:** None.

**SUPPORT/OPPOSITION:**

Support: None known.
Opposition: None known.

**ARGUMENTS:**

    Pros: Would help reach projected budget reductions.
    Cons: None

Dept of Health Services
AB 1103, 2002

SECRETARY OF STATE, DEBRA BOWEN
The Original of This Document is in
CALIFORNIA STATE ARCHIVES
1020 "O" STREET
SACRAMENTO, CA 95814