# Exhibit 36

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**



# FACT SHEET FOR MEDI-CAL PHARMACY REIMBURSEMENT PROPOSAL

## Background

- Medi-Cal pharmacy reimbursement includes two components: (1) ingredient costs (i.e. the cost to purchase the drug itself) and (2) the dispensing fee (intended to cover overhead such as rent, insurance, employments costs, etc.).

- Independent studies and acknowledgments from pharmacists indicate that Medi-Cal's current reimbursement schedule, which pays pharmacists the Average Wholesale Price – 10% and a $3.55 dispensing fee for most prescriptions, overpays ingredient costs and underpays the dispensing fee.

## Ingredient Costs

- The 2000 *Study of Medi-Cal Pharmacy Reimbursement*, an independent study mandated by the Legislature, found the average ingredient cost for brand name drugs was Average Wholesale Price (AWP) – 17.2%, and the average ingredient cost for generic drugs was AWP – 43.4%.

- The only products for which Medi-Cal knows the actual prices pharmacies pay are blood factors, and Medi-Cal recently learned the prices for those products range from AWP – 40% to AWP – 60%.

- A reasonable dispensing fee is needed for Medi-Cal to be able to properly control drug expenditures and set accurate pricing of drug ingredient costs.

- The May Revision proposed to reimburse pharmacies for both brand name and generic drugs at AWP - 20% based on information available at the time.

- Review of new data indicates that that many of the critical drugs for AIDS and mental health are purchased by pharmacies at about AWP – 17%. To continue with an average AWP – 20% reduction, could affect access to these drugs and would disproportionately affect pharmacies who specialize in these drugs. Further, they would have a major negative impact on long term care pharmacies.

- Based on this new information, the proposal now is to reimburse pharmacies for both brand and generic drugs at AWP – 17%.

- At AWP –17% Medi-Cal will still be overpaying the cost of generic drugs, which pharmacies can purchase at AWP – 40% or less. Medi-Cal will be implementing maximum allowable ingredient costs to reduce the cost of these drugs.

## Dispensing Fees

- The 2000 *Study of Medi-Cal Pharmacy Reimbursement* (Study) found that the average dispensing fee was $7.21 per prescription.

CAAG/DHS0084626

- The May Revision took the $7.21 average dispensing cost and adds a 13.5% inflation factor to cover rising employment costs and a 1.5% cushion to arrive at a dispensing fee of $8.30 per prescription.

- The new proposal is to change the dispensing fee to $7.25 ($8.00 for long-term care claims). This rate is close to the Study rate and allows for a recognizable difference between regular retail and long-term care dispensing. This dispensing fee coupled with the AWP – 17% rate for ingredient cost should maintain access within the program.

Additional Issues

- Medi-Cal is moving from the current AWP model for determining drug ingredient costs to a much more accurate model known as the average selling price (ASP), which factors in discounts and rebates when determining the price paid by pharmacists. As Medi-Cal moves toward the ASP model and likely lower ingredient costs, it will be critical that the dispensing fee be an accurate measure of the costs associated with dispensing the drug, which is why the May Revision proposes a dramatic increase in the dispensing fee.

- The Legislature approved a 5% reduction in the pharmacy reimbursement rate as part of the 2003 budget; that reduction has been enjoined by a court action and may never be implemented. This proposal is in lieu of, not in addition to, the 5% reduction. Trailer bill language will rescind the 5% rate reduction for prescription drugs when the new rate methodology becomes effective on September 1, 2004.

CAAG/DHS0084627