# Exhibit 37

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

| | |
|---|---|
| **From:** | Gorospe, Kevin (DHS-MCPD) |
| **Sent:** | Friday, May 14, 2004 09:26 AM |
| **To:** | Rosenstein, Stan (DHS); Martinez, Roberto (DHS-MCPD) |
| **CC:** | Shepherd-Juch, Debbie (DHS); Bigham, Nancy (DHS-MCS); Hillblom, Doug (DHS-MCPD); Squartsoff, Laurie-Anne (DHS) |
| **Subject:** | RE: Pharmacy Reduction--policy change 156 |
| **Attachments:** | DVM Pharmacy reduction.doc |

Please review CAREFULLY the response on both portions.  I have revised the justification to reflect new or updated information.

J. Kevin Gorospe, Pharm.D.
Chief, Pharmacy Policy Unit
Medi-Cal Policy Division
1501 Capitol Avenue, Suite 71.3041
P.O. Box 997413, MS 4600
Sacramento, CA 95899-7413
Voice: (916) 552-9606
FAX: (916) 552-9563
kgorospe@dhs.ca.gov

I'm living so far beyond my income that we may almost be said to be living apart.
- e e cummings

-----Original Message-----
From: Rosenstein, Stan (DHS)
Sent: Friday, May 14, 2004 5:50 AM
To: Martinez, Roberto (DHS-MCPD); Gorospe, Kevin (DHS-MCPD)
Cc: Shepherd-Juch, Debbie (DHS); Bigham, Nancy (DHS-MCS)
Subject: FW: Pharmacy Reduction--policy change 156
Importance: High

We need to get a response to this ASAP.  I think its all in your paper.
Please send it to all of us.   Richard/Nancy please grab me to review this when it comes in.
Thank you,
Stan Rosenstein
Medical Care Services,
Department of Health Services
1501 Capitol Avenue, 6th Floor
MS 4000, PO Box 942732
Sacramento, CA 94234-7320
(916) 440-7800 *. fax (916) 440-7805*
Help Stop Medi-Cal Fraud, Waste and Abuse: Hotline: 1-800-822-6222
Website:  http://www.stopmedi-calfraud.dhs.ca.gov
Participate in the redesign of the Medi-Cal program,
http://www.medi-calredesign.org

-----Original Message-----
From: Diane Van Maren 445-5202 [mailto:Diane.VanMaren@SEN.CA.GOV]
Sent: Thursday, May 13, 2004 10:49 PM
To: Loretta Wallis (DHS-FFDMB) (E-mail); Stan Rosenstein (DHS-MCS)
(E-mail)
Cc: Bob Sands (E-mail)
Subject: Pharmacy Reduction--policy change 156
Importance: High



EXHIBIT 15
WIT: Rosenstein
DATE: 5-19-09
CAROL NYGARD DROBNY

CAAG/DHS-E0031787

I would please like to obtain more detail on the assumptions for this policy change. Please provide more detail as to what is behind the AWP-20%, as well as the adjustment to the dispensing fee. Neither of these items are clear as to how the figures are calculated. I would please like to receive a response by Friday PM. Thank you.

CAAG/DHS-E0031788

Drug Ingredient Cost

Based on confidential discussions with providers or individuals who have knowledge of provider purchasing rates, it appears that the average pharmacy obtains drugs at Wholesaler Acquisition Cost (WAC) less some percentage that is based on how quickly they pay their invoices. One rather large volume independent, if they pay within a week of the invoice, obtains their drugs at WAC minus 2% for brand name drugs. The acquisition cost of generic drugs is often lower than this, however, the specific discount was not readily available. In instances where a pharmacy does not pay their bill timely, they typically pay no greater than WAC. The Department of General Services' (DGS) prime vendor program through McKesson, allows state agency pharmacies (i.e. Departments of Mental Health, Developmental Services and Corrections) to purchase non-DGS contract drugs at WAC. Most pharmacies are likely paying WAC minus 1-2%.

The Department obtained WAC prices from the Department's primary pricing source, First Data Bank, to determine the overall relationship between WAC and Average Wholesale Price (AWP). Based on this information, the Department has determined that the AWP is, on average, 26% higher than WAC for brand name drugs and 350% higher than WAC for generic drugs. Based on this information, if the pharmacies are purchasing brand name drugs between WAC and WAC minus 2% and the Department reimburses the pharmacies at AWP minus 20%, on average, the pharmacies have approximately a 1- 3% margin (profit) on brand name drugs and 180-182% margin on generic drugs. Using current AWP and WAC prices and utilization volume from 2003, the weighted average margin on drugs would be 3-5%. The overall margin is probably higher because the acquisition cost of generic drugs is likely lower than what is presented in these calculations.

Dispensing Fee

The Department's *Study of Medi-Cal Pharmacy Reimbursement* (Study) indicated that in the year 2000, the cost to dispense a drug was $7.21. Because of increases in labor costs, primarily due to pharmacist wage increases, the cost to dispense a prescription is higher today. Of the $7.21 cost to dispense a prescription, the study indicates that 70 to 80 percent is in labor costs. It is the contention of pharmacy owners (unsubstantiated), that the cost of labor has risen at least 20% over the past four years. Assuming that labor costs equal 70 percent of the cost to dispense a prescription and that labor costs have increased 20% since 2000, the new cost to dispense would equal approximately $8.65 per prescription.

According to the Bureau Labor Statistics, the historical percent change in the Employment Cost Index for Professional Specialty and Technical Occupations (which includes pharmacists) from March 2000 to March 2004 was 13.5%. Assuming a 13.5% increase, the cost to dispense would be $8.18. Allowing for a small 1.5% margin (i.e. 15%) the dispensing fee would be $8.30.

CAAG/DHS-E0031789