# Exhibit 38

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

| | |
|---|---|
| From: | Rosenstein, Stan (DHS) |
| Sent: | Tuesday, June 15, 2004 04:52 PM |
| To: | McCaffery, Thomas (DHS-DIR) |
| CC: | Martinez, Roberto (DHS-MCPD); Gorospe, Kevin (DHS-MCPD); Donovan, Maura (DHS-FFDM); Bayquen, Richard (DHS) |
| Subject: | FW: Pharmacy Reimbursement Change |

```
Here is the proposal on changes to the pharmacy rate proposal.
I agree with staff that we should counter with option 3.  Still quite a bit of savings overall, but
not as much as the May revise proposal.
Thank you.
Stan Rosenstein
Medical Care Services,
Department of Health Services
1501 Capitol Avenue, 6th Floor
MS 4000
PO Box 942732
Sacramento, CA 94234-7320
(916) 440-7800 (. fax (916) 440-7805(
Help Stop Medi-Cal Fraud, Waste and Abuse: Hotline: 1-800-822-6222
Website:  http://www.stopmedi-calfraud.dhs.ca.go
  -----Original Message-----
From:   Gorospe, Kevin (DHS-MCPD)
Sent:   Tuesday, June 15, 2004 4:09 PM
To:     Rosenstein, Stan (DHS)
Cc:     Hillblom, Doug (DHS-MCPD); Lee, Bud (Elwood) (DHS-MCPD); Martinez, Roberto (DHS-MCPD)
Subject:        Pharmacy Reimbursement Change
Based on our review of the information provided by the pharmacy providers yesterday, we believe that
the current proposal of AWP-20% plus $8.30 will be too deep of a cut to maintain access, especially
in the area of Long Term Care (LTC).  More than 80 percent of a LTC pharmacy provider's business is
with the Medi-Cal program.  The financial information provided by one LTC provider indicates that
the net margin before taxes is around 1%.  The large retailer that provided some information, also
indicated that this rate would lead to either selective filling of prescriptions or disenrollment in
the Medi-Cal program.  Though the "threat" by large retailers to quit the program is not a clear
one, it is very evident that LTC pharmcies will have little choice but to "close-up shop".
In discussions, the providers offered, as a compromise rate, AWP-15% plus $5.80.  This rate would
generate GF savings of $42.3 million in BY 2004-05.  DHS believes the $5.80 fee will be insufficient
compensation as more MAICs are placed on generic drugs.  Additionally, it was clear from the LTC
cost data that their cost of doing business is much higher than that of a regular retail pharmacy
and the compromise offer from the providers does not provide for a differentiation in dispensing fee
for the LTC provider.
Looking at the Medi-Cal utilization data used to do the original estimate, AWP -17% plus $7.50
generates the same level of savings ($42.7 million GF BY 2004-05) as the provider's compromise
offer.  What is very interesting, is the fact that the Myers and Stauffer (M&S) study indicated that
the acquisition cost of brand named drugs, on average was AWP-17.2% and the average cost to dispense
a prescription was $7.21 in CY 2000.
Base on our determination that AWP-20% plus $8.30 will create access issues in LTC, very high
Medi-Cal volume pharmacies, and certain specialty pharmacies (AIDS specialty pharmacies in
particular), we believe that the Administration should revise the reimbursement proposal to protect
the viability of these providers.  After direct discussions with  providers, under the current
market mix of products, LTC pharmacies may be able survive on AWP-19% plus $10.30 fee.  Non-LTC
providers indicate that AWP-16% to 17% plus $8.30 is the most they may be able to handle and
maintain as Medi-Cal providers.  The fear of providers in general is that the spread that would be
available under AWP system can easily disappear should a manufacturer change their prices.  Based on
this information here are three options:
1- Change the rate to AWP-17% + $7.50 - This rate is close to the M&S, though it doesn't allow for
inflation of costs in the dispensing fee.  It provides a level of savings equal to that proposed by
the providers of $42.7 million GF.
2 - Leave proposal at AWP -20% + $8.30 and give LTC a fee of $10.30 - This would provide a cushion
for the higher cost associated with LTC pharmacy and result in a $74.2 million GF savings in the BY.
3 - Change to AWP-18% + $8.30 ($9.30 for LTC) - This provides for a compromise rate between the
original proposal and the level at which providers indicate that they stop taking Medi-Cal patients.
 This is a $41.5 million GF savings in the BY.
DHS staff believe that option 3 is the best.  It allows for continued margin and is likely at a
level to maintain access in the program.  It does however result in a decrease in savings of $37.6
million GF in the BY.
```

EXHIBIT
lee 6
6-9-09

CAAG/DHS-E0028584

J. Kevin Gorospe, Pharm.D.
Chief, Pharmacy Policy Unit
Medi-Cal Policy Division
1501 Capitol Avenue, Suite 71.3041
P.O. Box 997413, MS 4600
Sacramento, CA 95899-7413
Voice: (916) 552-9606
FAX: (916) 552-9563
kgorospe@dhs.ca.gov

I'm living so far beyond my income that we may almost be said to be living apart.
- e e cummings

CAAG/DHS-E0028585