# Exhibit 39

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

| | |
|---|---|
| From: | Lee, Bud (Elwood) (DHS-MCPD) |
| Sent: | Wednesday, June 16, 2004 05:18 PM |
| To: | Rosenstein, Stan (DHS); Martinez, Roberto (DHS-MCPD) |
| CC: | Hillblom, Doug (DHS-MCPD); Gorospe, Kevin (DHS-MCPD) |
| Subject: | Change to Position |
| Importance: | High |

Based on very recent feedback received from pharmacies re Medi-Cal's current proposed reimbursement formula of AWP - 20% + $8.30 dispensing fee, this method may unduly disaffect access, particularly for LTC facility patients and pharmacies providing high volumes of innovator drugs.
Following is my recommendation for adjusting the proposed reimbursement:
PROPOSAL:  AWP - 17% +$7.50 dispensing fee with an additional 50 cents on the dispensing for pharmacies serving LTC facilities, recognizing their additional costs of dispensing product.
RATIONALE: AWP - 20% is an arbitrary number, notwithstanding the current proposal from CPhA.  AWP - 17% is grounded in the Myers and Stauffer study, a rigorous and reliable $400,000 analysis that found the acquisition cost of brand-named drugs on average was AWP - 17.2%.  This will be the most defensible position in the event of litigation.  The Study also found an average dispensing fee of $7.21 in 2000.  While this proposal does not fully account for inflation in the fee components since 2000, it moves in the right direction and accounts for a substantial increase from the current dispensing fee.  Re LTC, empirical data recently provided by a LTC pharmacy indicates there is justification for an additional increment in the dispensing fee for their services to LTC facilities.
FISCAL:  This is very close to the previous option presented of AWP - 17% + $7.50 resulting in a annual GF savings of $42.7M.  The additional 50 cents for LTC facility pharmacies would decrease those savings by $1.25M GF or a net savings of $41.45 GF.
COMMENTS ON CPHA PROPOSAL OF AWP - 20% + $10.30 DISPENSING FEE:
As indicated earlier, we believe the AWP - 20% would not be as defensible in litigation, notwithstanding the status of the proponents.
A $3 increase over the State's original proposal ($10.30 - $8.30) produces an increased expenditure of $150M TF ($75M GF), virtually eliminating the original savings estimate of $79M GF.
Bud Lee, Chief
Pharmacy Policy and Contracting Section
Department of Health Services
916-552-9608
blee2@dhs.ca.gov



EXHIBIT
Lee 7
6-9-09