# Exhibit 42-2

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Philip D. Robben**
**in Support of Defendants' Joint Motion for Partial Summary Judgment**

133.   The acts of DEFENDANT ▮▮▮▮▮ in knowingly providing false and misleading price information to Medi-Cal:

       a.     Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

       b.     Were committed knowingly in order to cause Medi-Cal to pay unwittingly excessive amounts for the DEFENDANT's drugs.

       c.     Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's drugs to be utilized for the treatment of Medicaid recipients.

d.    Were committed knowingly in order to financially induce the DEFENDANT's customers and those acting in concert with them to select the DEFENDANT's drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe alternative therapies.

e.    Did in fact cause the DEFENDANT's customers, and those acting in concert with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than competing drugs or alternative therapies.

**SECTION NO. 12**

134.

135.



136. ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████

137. The acts of DEFENDANT ██████████ in knowingly providing false and misleading price information to Medi-Cal:

     a.    Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid

1   according to law.

2           b.      Were committed knowingly in order to cause Medi-Cal to unwittingly pay

3   excessive amounts for the DEFENDANT's drugs.

4           c.      Were committed knowingly in order to financially induce the

5   DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's

6   drugs to be utilized for the treatment of Medicaid recipients.

7           d.      Were committed knowingly in order to financially induce the

8   DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's

9   drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe

10   alternative therapies.

11           e.      Did in fact cause the DEFENDANT's customers, and those acting in concert

12   with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than

13   competing drugs or alternative therapies.

14                               **SECTION NO. 13**

15   ████████████████████████████

16   ████████████

17   138.   ███████████████████████████████

18   ████████████████████████████████████████

19   ████████████████████████████████████████

20   ████████████████████████████████████████

21   ████████████████████████████████████████

22   ████████████████████████████████████████

23   ████████████████████████████████████████

24   ████████████████████████████████████████

25   ████████████████████████████████████████

26   ████████████████████████████████████████

27   ████████████████████████████████████████

28   ██████████████████████

139.



| | | | | | |
|---|---|---|---|---|---|
| █████████ | | | | | |
| ███ | ███ | ████ | ███ | █████ | █████ |
| █ | | | █ | | █ |
| █ | ████ | ███ | ██ | ██ | ███ |
| █ | | | | | |
| █ | ████ | ██ | ██ | ██ | ███ |
| █ | | | | | |
| ██ | ████ | ██ | ██ | ██ | ███ |
| █ | | | | | |
| █ | ████ | ██ | ██ | ██ | ████ |
| █ | | | | | |
| ███ | ████ | ██ | ██ | ██ | ██ |
| ██ | ████ | ██ | ██ | ██ | ███ |
| ██ | ████ | ██ | ██ | ██ | ████ |
| ██ | | | | | |
| ██ | ████ | ██ | ██ | ██ | ████ |
| ██ | ████ | ██ | ██ | ██ | ███ |
| █ | | | | | |
| ██ | ████ | ██ | ██ | ██ | ███ |
| █ | | | | | |
| ██ | █████ | ████ | ████ | ██ | ███ |
| █ | | | | | |
| ██ | ████ | ██ | ████ | ██ | ███ |

140.   ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

141.   The acts of DEFENDANT ████████ in knowingly providing false and misleading

price information to Medi-Cal:

1           a.     Were committed knowingly in order to cause Medi-Cal to pay amounts for

2    claims for drugs that substantially exceeded the amounts that would otherwise have been paid

3    according to law.

4           b.     Were committed knowingly in order to cause Medi-Cal to unwittingly pay

5    excessive amounts for the DEFENDANT's drugs.

6           c.     Were committed knowingly in order to financially induce the

7    DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's

8    drugs to be utilized for the treatment of Medicaid recipients.

9           d.     Were committed knowingly in order to financially induce the

10   DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's

11   drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe

12   alternative therapies.

13          e.     Did in fact cause the DEFENDANT's customers, and those acting in concert

14   with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than

15   competing drugs or alternative therapies.

16                             **SECTION NO. 14**

17          [REDACTED]

18          [REDACTED]

19     142.  [REDACTED]

20   [REDACTED]

21   [REDACTED]

22   [REDACTED]

23   [REDACTED]

24   [REDACTED]

25   [REDACTED]

26   [REDACTED]

27   [REDACTED]

28   [REDACTED]



143.

144.     The acts of DEFENDANT ███████████████ in knowingly providing false and misleading price information to Medi-Cal:

a.      Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

b.      Were committed knowingly in order to cause Medi-Cal to unwittingly pay excessive amounts for the DEFENDANT's drugs.

c.      Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's

1  drugs to be utilized for the treatment of Medicaid recipients.

2          d.      Were committed knowingly in order to financially induce the

3  DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's

4  drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe

5  alternative therapies.

6          e.      Did in fact cause the DEFENDANT's customers, and those acting in concert

7  with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than

8  competing drugs or alternative therapies.

9                          **SECTION NO. 15**



12  145.

24  146.



/ / /

147.    The acts of DEFENDANT ▮▮▮▮▮▮▮▮▮▮▮ in knowingly providing false and misleading price information to Medi-Cal:

a.    Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

b.    Were committed knowingly in order to cause Medi-Cal to unwittingly pay excessive amounts for the DEFENDANT's drugs.

c.    Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's drugs to be utilized for the treatment of Medicaid recipients.

d.    Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe alternative therapies.

e.    Did in fact cause the DEFENDANT's customers, and those acting in concert with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than competing drugs or alternative therapies.

**SECTION NO. 16**

148.



149.

150.    The acts of DEFENDANT ▮▮▮▮▮▮▮ in knowingly providing false and misleading price information to Medi-Cal:

a.    Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

b.    Were committed knowingly in order to cause Medi-Cal to unwittingly pay excessive amounts for the DEFENDANT's drugs.

c.    Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's drugs to be utilized for the treatment of Medicaid recipients.

d.    Were committed knowingly in order to financially induce the

1 DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's

2 drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe

3 alternative therapies.

4         e.     Did in fact cause the DEFENDANT's customers, and those acting in concert

5 with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than

6 competing drugs or alternative therapies.

7 **SECTION NO. 17**

8 ███████████████████

9 ███████

10 151. ███████████████████████████

11 ████████████████████████████████████████

12 ████████████████████████████████████████

13 ████████████████████████████████████████

14 ████████████████████████████████████████

15 ████████████████████████████████████████

16 ████████████████████████████████████████

17 ████████████████████████████████████████

18 ████████████████████████████████████████

19 ████████████████████████████████████████

20 ████████████████████████████████████████

21 ██████.

22 152. ████████████████████████████

23 ████████████████████████████████████████

24 ████████████████████████████████████████

25 ████████████████████████████████████████

26 ████████████████████████████████████████

27 ████████████████████████████████████████

28 ████████████████████████████████████████



153.    The acts of DEFENDANT ▮ in knowingly providing false and misleading price information to Medi-Cal:

    a.    Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

    b.    Were committed knowingly in order to cause Medi-Cal to unwittingly pay excessive amounts for the DEFENDANT's drugs.

    c.    Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's drugs to be utilized for the treatment of Medicaid recipients.

    d.    Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe alternative therapies.

    e.    Did in fact cause the DEFENDANT's customers, and those acting in concert with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than competing drugs or alternative therapies.

## SECTION NO. 18



154.

155.

1 ████████████████████████████████████████████████████████

2 ████████████████████████████

3 ///

4 ///

5 ///

6

7

8

9

10

11

12   156.   The acts of DEFENDANT ████████████ in knowingly providing false and

13 misleading price information to Medi-Cal:

14          a.   Were committed knowingly in order to cause Medi-Cal to pay amounts for

15 claims for drugs that substantially exceeded the amounts that would otherwise have been paid

16 according to law.

17          b.   Were committed knowingly in order to cause Medi-Cal to unwittingly pay

18 excessive amounts for the DEFENDANT's drugs.

19          c.   Were committed knowingly in order to financially induce the

20 DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's

21 drugs to be utilized for the treatment of Medi-Cal recipients.

22          d.   Were committed knowingly in order to financially induce the

23 DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's

24 drug products for Medi-Cal recipients rather than select similar drugs of competitors, or prescribe

25 alternative therapies.

26          e.   Did in fact cause the DEFENDANT's customers, and those acting in concert

27 with them, to utilize the DEFENDANT's drugs for treatment of Medi-Cal recipients rather than

28 competing drugs or alternative therapies.

1   ///

2   ///

3   ///

4   ///

5   ///

6                                     **SECTION NO. 19**



9     157.

21     158.



159.   The acts of DEFENDANT ██████████ in knowingly providing false and misleading price information to Medi-Cal:

     a.   Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

     b.   Were committed knowingly in order to cause Medi-Cal to unwittingly pay

1   excessive amounts for the DEFENDANT's drugs.

2         c.     Were  committed  knowingly  in  order  to  financially  induce  the

3   DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's

4   drugs to be utilized for the treatment of Medi-Cal recipients.

5         d.     Were  committed  knowingly  in  order  to  financially  induce  the

6   DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's

7   drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe

8   alternative therapies.

9         e.     Did in fact cause the DEFENDANT's customers, and those acting in concert

10  with them, to utilize the DEFENDANT's drugs for treatment of Medi-Cal recipients rather than

11  competing drugs or alternative therapies.

12                          **SECTION NO. 20**



15      160.

27      161.



/ / /

162.   The acts of DEFENDANT ▮▮▮▮▮▮ in knowingly providing false and misleading price information to Medi-Cal:

　　　　a.　　Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

　　　　b.　　Were committed knowingly in order to cause Medi-Cal to unwittingly pay excessive amounts for the DEFENDANT's drugs.

　　　　c.　　Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's drugs to be utilized for the treatment of Medicaid recipients.

　　　　d.　　Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe alternative therapies.

　　　　e.　　Did in fact cause the DEFENDANT's customers, and those acting in concert with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than competing drugs or alternative therapies.

**SECTION NO. 21**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

First Amended Complaint                    75                    Case No. 722855



163.

164.

1

2

3

4

5 ///

6 ///

7 ///

8 ///

9 ///

10 ///

11



165.   The acts of DEFENDANT ▮▮▮▮ in knowingly providing false and misleading price information to Medi-Cal:

a.   Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

b.   Were committed knowingly in order to cause Medi-Cal to unwittingly pay excessive amounts for the DEFENDANT's drugs.

c.   Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's drugs to be utilized for the treatment of Medicaid recipients.

d.   Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe

alternative therapies.

        e.     Did in fact cause the DEFENDANT's customers, and those acting in concert with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than competing drugs or alternative therapies.

**SECTION NO. 22**

166.

167.



168.   The acts of DEFENDANT ████ in knowingly providing false and misleading price information to Medi-Cal:

1          a.      Were committed knowingly in order to cause Medi-Cal to pay amounts for

2    claims for drugs that substantially exceeded the amounts that would otherwise have been paid

3    according to law.

4          b.      Were committed knowingly in order to cause Medi-Cal to unwittingly pay

5    excessive amounts for the DEFENDANT's drugs.

6          c.      Were committed knowingly in order to financially induce the

7    DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's

8    drugs to be utilized for the treatment of Medicaid recipients.

9          d.      Were committed knowingly in order to financially induce the

10   DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's

11   drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe

12   alternative therapies.

13         e.      Did in fact cause the DEFENDANT's customers, and those acting in concert

14   with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than

15   competing drugs or alternative therapies.

16                          **SECTION NO. 23**

17   ████████████████████████

18   ████████████████████████

19   ████████

20   169.   ████████████████████████

21   ████████████████████████

22   ████████████████████████

23   ████████████████████████

24   ████████████████████████

25   ████████████████████████

26   ████████████████████████

27   ████████████████████████

28   ████████████████████████



170.

171.    The acts of the ███████ DEFENDANTS in knowingly providing false and misleading price information to Medi-Cal:

1                 a.      Were committed knowingly in order to cause Medi-Cal to pay amounts for

2   claims for drugs that substantially exceeded the amounts that would otherwise have been paid

3   according to law.

4                 b.      Were committed knowingly in order to cause Medi-Cal to unwittingly pay

5   excessive amounts for the DEFENDANTS' drugs.

6                 c.      Were committed knowingly in order to financially induce the

7   DEFENDANTS' customers, and those acting in concert with them, to cause the DEFENDANTS'

8   drugs to be utilized for the treatment of Medicaid recipients.

9                 d.      Were committed knowingly in order to financially induce the

10   DEFENDANTS' customers, and those acting in concert with them, to select the DEFENDANTS'

11   drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe

12   alternative therapies.

13                 e.      Did in fact cause the DEFENDANTS' customers, and those acting in

14   concert with them, to utilize the DEFENDANTS' drugs for treatment of Medicaid recipients rather

15   than competing drugs or alternative therapies.

16                      **SECTION NO. 24**

17

18

172.



173.

174.    The acts of DEFENDANT ▮▮▮▮▮▮▮▮ in knowingly providing false and misleading price information to Medi-Cal:

a.    Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

b.    Were committed knowingly in order to cause Medi-Cal to unwittingly pay excessive amounts for the DEFENDANT's drugs.

c.    Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's drugs to be utilized for the treatment of Medicaid recipients.

d.    Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe alternative therapies.

e.    Did in fact cause the DEFENDANT's customers, and those acting in concert with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than competing drugs or alternative therapies.

**SECTION NO. 25**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

First Amended Complaint                    85                    Case No. 722855



175.

///

176.

177.   The acts of DEFENDANT ▮▮▮▮ in knowingly providing false and misleading price information to the Medi-Cal:

a.     Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

First Amended Complaint                         87                         Case No. 722855

b. Were committed knowingly in order to cause Medi-Cal to unwittingly pay excessive amounts for the DEFENDANT's drugs.

c. Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's drugs to be utilized for the treatment of Medicaid recipients.

d. Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe alternative therapies.

e. Did in fact cause the DEFENDANT's customers, and those acting in concert with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than competing drugs or alternative therapies.

**SECTION 26**

178.

179.



| | | | | | |
|---|---|---|---|---|---|
| ██████ | | | | | |
| ██ | ██ | ██ | ██ | ██████ | ███ |
| ██ | | | ██ | | |
| ███ | ██ | ██ | ██ | ██ | ██ |
| ███ | ██ | ██ | ██ | ██ | ██ |

180. The acts of DEFENDANT ██████ in knowingly providing false and misleading price information to Medi-Cal:

    a. Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

    b. Were committed knowingly in order to cause Medi-Cal to pay unwittingly excessive amounts for the DEFENDANT's drugs.

    c. Were committed knowingly in order to financially induce the DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's drugs to be utilized for the treatment of Medicaid recipients.

    d. Were committed knowingly in order to financially induce the DEFENDANT's customers and those acting in concert with them to select the DEFENDANT's drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe alternative therapies.

    e. Did in fact cause the DEFENDANT's customers, and those acting in concert with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than competing drugs or alternative therapies.

**SECTION NO. 27**



181.



182.

183.   The acts of DEFENDANT ▮▮▮▮ in knowingly providing false and misleading price information to Medi-Cal:

a.   Were committed knowingly in order to cause Medi-Cal to pay amounts for claims for drugs that substantially exceeded the amounts that would otherwise have been paid according to law.

b.   Were committed knowingly in order to cause Medi-Cal to unwittingly pay

1   excessive amounts for the DEFENDANT's drugs.

2              c.      Were committed knowingly in order to financially induce the

3   DEFENDANT's customers, and those acting in concert with them, to cause the DEFENDANT's

4   drugs to be utilized for the treatment of Medicaid recipients.

5              d.      Were committed knowingly in order to financially induce the

6   DEFENDANT's customers, and those acting in concert with them, to select the DEFENDANT's

7   drug products for Medicaid recipients rather than select similar drugs of competitors, or prescribe

8   alternative therapies.

9              e.      Did in fact cause the DEFENDANT's customers, and those acting in concert

10  with them, to utilize the DEFENDANT's drugs for treatment of Medicaid recipients rather than

11  competing drugs or alternative therapies.

12                                  **SECTION NO. 28**

13                        **THE SPECIFIC FALSE PRICE AND COST**
                          **REPRESENTATIONS OF DEFENDANT**
14                                       **MYLAN**

15         184.    Throughout the period from on or after April 7, 1994, and continuing through the

16  present date, DEFENDANT MYLAN knowingly caused Medi-Cal to pay false or fraudulent

17  claims for drugs, including those specified in this Section, and further made or used false or

18  fraudulent records and/or statements to get such claims paid or approved.  As a result of the

19  actions of DEFENDANT MYLAN and those persons and entities acting directly or indirectly in

20  concert with DEFENDANT MYLAN, Medi-Cal paid grossly excessive,  unreasonable and

21  unlawful amounts for claims for numerous drugs such as those specified in this Section.  The acts

22  committed by DEFENDANT MYLAN that caused Medi-Cal to pay or approve said false or

23  fraudulent claims included, but were not necessarily limited to, knowingly making false

24  representations about prices and costs of such drugs which DEFENDANT MYLAN knew would

25  be used by Medi-Cal in paying or approving claims for the drugs.  Each of said representations

26  were in fact used by Medi-Cal in paying or approving claims for the drugs.

27         185.    DEFENDANT MYLAN knowingly caused its false price and cost representations

28  to be transmitted by First Data Bank's Automated Services and Medical Economics Red Book,

1    and further made or used false records or statements regarding its wholesaler prices of the drugs

2    and submitted same to Medi-Cal continuously throughout the years specified in this Section.  The

3    allegations in this Section include all the drugs for which MYLAN reported falsely inflated drug

4    prices or costs.  By way of example, the said false price and cost representations of specified

5    drugs, as they were submitted to First Data Bank in 2001, have been organized below into a chart

6    form for each drug by name, NDC Number, California Medicaid Payment, Qui Tam Plaintiff's

7    cost, the gross profit of the Provider and the gross profit expressed as a percentage.  The amount

8    listed under the Qui Tam Plaintiff's Cost column reflects the actual prices that were available to

9    the Qui Tam Plaintiff for the drug from MYLAN or a wholesaler.  As a very small infusion

10    pharmacy, the Qui Tam Plaintiff did not always receive the lowest prices available to volume

11    purchasers. Accordingly, the difference between the Qui Tam Plaintiff's cost and the Medi-Cal

12    payment was the minimum amount by which Medi-Cal's reimbursement amount was inflated by

13    DEFENDANT MYLAN's false price representation.  A listing of additional drugs with respect

14    to which MYLAN knowingly caused Medi-Cal to pay falsely inflated reimbursement amounts by

15    reporting falsely inflated drug prices is attached hereto as Exhibit 12.

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Acebutolol HCL 200 mg Cap 100's | 00378-1200-01 | $  95.69 | $17.09 | $    78.60 | 460% |
| Acebutolol HCL 400 mg Cap 100's | 00378-1400-01 | $  127.27 | $27.16 | $    100.11 | 369% |
| Acyclovir 200 mg Cap 100's | 00378-2200-01 | $  106.35 | $12.31 | $    94.04 | 764% |
| Acyclovir 200 mg Cap 500's | 00378-2200-05 | $  503.94 | $59.11 | $    444.83 | 753% |
| Acyclovir 400 mg Tab 100's | 00378-0253-01 | $  206.15 | $19.01 | $    187.14 | 984% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Acyclovir 800 mg Tab 100's | 00378-0302-01 | $ 400.62 | $43.20 | $ 357.42 | 827% |
| Allopurinol 300 mg Tab 500's | 00378-0181-05 | $ 274.42 | $31.95 | $ 242.47 | 759% |
| Amiloride HCL/ HCTZ 50 - 5 mg Tab 100's | 00378-0577-01 | $ 40.33 | $2.98 | $ 37.35 | 1253% |
| Amiloride HCL/ HCTZ 50 - 5 mg Tab 500's | 00378-0577-05 | $ 197.44 | $14.79 | $ 182.65 | 1235% |
| Amitriptyline HCL 10 mg Tab 100's | 00378-2610-01 | $ 16.63 | $1.97 | $ 14.66 | 744% |
| Amitriptyline HCL 25 mg Tab 100's | 00378-2625-01 | $ 33.73 | $1.78 | $ 32.00 | 1798% |
| Amitriptyline HCL 25 mg Tab 1000's | 00378-2625-10 | $ 321.10 | $15.74 | $ 305.36 | 1940% |
| Amitriptyline HCL 50 mg Tab 100's | 00378-2650-01 | $ 59.85 | $2.31 | $ 57.54 | 2491% |
| Amitriptyline HCL 50 mg Tab 1000's | 00378-2650-10 | $ 570.00 | $20.83 | $ 549.17 | 2636% |
| Amitriptyline HCL 75 Mg Tab 100's | 00378-2675-01 | $ 82.65 | $3.38 | $ 79.27 | 2345% |
| Amitriptyline HCL 100 mg Tab 100's | 00378-2685-01 | $ 102.60 | $3.86 | $ 98.74 | 2559% |
| Amitriptyline HCL 150 Mg Tab 100's | 00378-2695-01 | $ 109.25 | $7.34 | $ 101.91 | 1388% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Atenolol 25 mg Tabs 100's | 00378-0218-01 | $ 73.82 | $2.08 | $ 71.41 | 3433% |
| Atenolol 25 mg Tabs 1000's | 00378-0218-10 | $ 701.24 | $19.17 | $ 682.07 | 3558% |
| Atenolol 50 mg Tab 100's | 00378-0231-01 | $ 80.66 | $1.90 | $ 78.76 | 4145% |
| Atenolol 50 mg Tab 1000's | 00378-0231-10 | $ 764.75 | $15.19 | $ 749.56 | 4935% |
| Atenolol 100 mg Tab 100's | 00378-0757-01 | $ 98.33 | $3.14 | $ 95.19 | 3032% |
| Atenolol/Chlorthalidone 50/25 mg 100's | 00378-2063-01 | $ 92.35 | $7.70 | $ 84.65 | 1099% |
| Atenolol/Chlorthalidone 100/25 mg 100's | 00378-2064-01 | $ 129.72 | $11.84 | $ 117.88 | 996% |
| Azathioprine 500 mg 100's | 00378-1005-01 | $ 124.50 | $47.34 | $ 77.16 | 163% |
| Bumetanide 0.5 mg Tab 100's | 00378-0245-01 | $ 28.69 | $8.14 | $ 20.55 | 252% |
| Bumetanide 1.0 Mg Tab 100's | 00378-0370-01 | $ 28.69 | $9.08 | $ 19.61 | 216% |
| Bumetanide 2.0 Mg Tab 100's | 00378-0417-01 | $ 71.42 | $12.67 | $ 58.75 | 464% |
| Bupropion HCL 75 mg 100's | 00378-0433-01 | $ 68.45 | $33.23 | $ 35.22 | 106% |
| Bupropion HCL 100 mg 100's | 00378-0435-01 | $ 91.34 | $45.05 | $ 46.29 | 103% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Captopril 12.5 Mg Tab 100's | 00378-3007-01 | $ 67.22 | $1.69 | $ 65.53 | 3878% |
| Captopril 12.5 Mg Tab 1000's | 00378-3007-10 | $ 658.35 | $14.58 | $ 643.77 | 4415% |
| Captopril 25 Mg Tab 100's | 00378-3012-01 | $ 71.92 | $2.30 | $ 69.62 | 3027% |
| Captopril 25 Mg Tab 1000's | 00378-3012-10 | $ 712.02 | $21.81 | $ 690.21 | 3165% |
| Captopril 50 Mg Tab 100's | 00378-3017-01 | $ 124.89 | $3.88 | $ 121.01 | 3119% |
| Captopril 50 Mg Tab 1000's | 00378-3017-10 | $ 1,220.54 | $36.92 | $ 1,184.00 | 3207% |
| Captopril 100 Mg Tab 100's | 00378-3022-01 | $ 163.99 | $8.17 | $ 155.82 | 1907% |
| Captopril/HCTZ 25/15 Mg 100's | 00378-0081-01 | $ 75.61 | $13.31 | $ 62.30 | 468% |
| Captopril/HCTZ 25/25 Mg 100's | 00378-0083-01 | $ 75.61 | $13.31 | $ 62.30 | 468% |
| Captopril/HCTZ 50/15 Mg 100's | 00378-0084-01 | $ 129.78 | $19.83 | $ 109.95 | 555% |
| Captopril/HCTZ 50/25 Mg 100's | 00378-0086-01 | $ 129.78 | $19.83 | $ 109.95 | 555% |
| Cefaclor 250 Mg Caps 100's | 00378-7250-01 | $ 189.00 | $27.53 | $ 161.47 | 587% |
| Cefaclor 500Mg Caps 100's | 00378-7500-01 | $ 370.03 | $54.10 | $ 315.93 | 584% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Cefaclor 125 mg/5Ml 150 ml | 00378-7602-06 | $ 26.70 | $7.03 | $ 19.67 | 280% |
| Cefaclor 12.5 Mg/5 ml 75 ml | 00378-7602-12 | $ 13.41 | $3.73 | $ 9.68 | 260% |
| Cefaclor 12.5 Mg/5 ml 100ml | 00378-7604-02 | $ 26.60 | $7.03 | $ 19.57 | 278% |
| Cefaclor 12.5 Mg/5 ml 50 ml | 00378-7604-09 | $ 13.63 | $3.73 | $ 9.90 | 265% |
| Cefaclor 250 Mg/5 ml 150 ml | 00378-7610-06 | $ 49.21 | $13.37 | $ 35.84 | 268% |
| Cefaclor 250 Mg/5 ml 75 ml | 00378-7610-12 | $ 24.89 | $6.92 | $ 17.97 | 260% |
| Cefaclor 375 Mg/5 ml 100 ml | 00378-7612-02 | $ 49.21 | $13.37 | $ 35.84 | 268% |
| Cefaclor 375 Mg/5 ml 50 ml | 00378-7612-09 | $ 49.21 | $6.92 | $ 42.29 | 611% |
| Cimetidine 200 Mg Tab 100's | 00378-0053-01 | $ 86.09 | $6.84 | $ 79.25 | 116% |
| Cimetidine 300 Mg Tab 100's | 00378-0317-01 | $ 94.76 | $5.56 | $ 88.90 | 1599% |
| Cimetidine 300 Mg Tab 500's | 00378-0317-05 | $ 456.17 | $27.64 | $ 428.53 | 1550% |
| Cimetidine 400 Mg Tab 100's | 00378-0372-01 | $ 153.15 | $6.64 | $ 146.51 | 2206% |
| Cimetidine 400 Mg Tab 500's | 00378-0372-05 | $ 765.68 | $32.74 | $ 732.94 | 2239% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Cimetidine 800 Mg Tab 100's | 00378-0541-01 | $ 268.23 | $13.62 | $ 254.61 | 1869% |
| Clomipramine HCL 25 Mg Cap 100's | 00378-3025-01 | $ 80.75 | $11.25 | $ 69.50 | 618% |
| Clomipramine HCl 50 Mg Cap 100's | 00378-3050-01 | $ 160.04 | $16.76 | $ 143.28 | 855% |
| Clomipramine HCL 75 MG Cap 100's | 00378-3075-01 | $ 139.56 | $22.37 | $ 117.19 | 524% |
| Clonazepam 0.5 Mg Tab 100's | 00378-1910-01 | $ 71.20 | $3.57 | $ 67.63 | 1894% |
| Clonazepam 0.5 Mg Tab 1000's | 00378-1910-10 | $ 698.25 | $31.95 | $ 666.30 | 2085% |
| Clonazepam 1 Mg Tab 100's | 00378-1912-01 | $ 81.27 | $4.74 | $ 76.53 | 1615% |
| Clonazepam 1 Mg Tab 1000's | 00378-1912-10 | $ 796.01 | $42.60 | $ 753.41 | 1769% |
| Clonazepam 2 Mg Tab 100's | 00378-1914-01 | $ 112.53 | $5.91 | $ 106.62 | 1804% |
| Clonazepam 2 Mg Tab 500's | 00378-1914-05 | $ 551.67 | $26.04 | $ 525.63 | 2019% |
| Clorazepate 3.75 Mg Tab 100's | 00378-0030-01 | $ 122.00 | $45.95 | $ 76.05 | 166% |
| Clorazepate 3.75 Mg Tab 500's | 00378-0030-05 | $ 597.70 | $218.59 | $ 379.11 | 173% |
| Clorazepate 7.5 Mg Tab 100's | 00378-0040-01 | $ 151.72 | $57.72 | $ 94.00 | 163% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Clorazepate 7.5 Mg Tab 500's | 00378-0040-05 | $ 743.64 | $274.66 | $ 468.98 | 171% |
| Clorazepate 15 Mg Tab 100's | 00378-0070-01 | $ 206.39 | $81.37 | $ 125.02 | 154% |
| Clozapine 25 Mg 100's 00378-0825-01 | 00378-0825-01 | $ 122.05 | $60.71 | $ 61.34 | 101% |
| Clozapine 100 Mg 100's | 00378-0860-01 | $ 316.16 | $156.56 | $ 159.60 | 102% |
| Cyclobenzaprine HCL 10 Mg Tab 100's | 00378-0751-01 | $ 90.88 | $3.79 | $ 87.09 | 2298% |
| Cyclobenzaprine HCL 10 Mg Tab 1000's | 00378-0860-01 | $ 890.27 | $28.09 | $ 862.18 | 3069% |
| Diazepam 2 Mg Tab 100's | 00378-0271-01 | $ 9.93 | $1.44 | $ 8.49 | 590% |
| Diazepam 2 Mg Tab 500's | 00378-0271-05 | $ 44.32 | $4.37 | $ 39.95 | 914% |
| Diazepam 5 Mg Tab 100's | 00378-0345-01 | $ 15.53 | $1.54 | $ 13.99 | 908% |
| Diazepam 5 Mg Tab 500's | 00378-0345-05 | $ 69.73 | $4.90 | $ 59.93 | 1223% |
| Diazepam 10 Mg Tab 100's | 00378-0477-01 | $ 29.69 | $1.86 | $ 27.83 | 1496% |
| Diazepam 10 Mg Tab 500's | 00378-0477-05 | $ 141.03 | $5.86 | $ 135.17 | 2306% |
| Diclofenac Potassium 50 Mg 100's | 00378-2474-01 | $ 148.77 | $26.31 | $ 122.46 | 465% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Dicyclomine HCL 10 Mg Caps 100's | 00378-1610-01 | $ 25.06 | $4.74 | $ 20.32 | 429% |
| Dicyclomine HCL 10 Mg Caps 500's | 00378-1610-05 | $ 121.60 | $22.15 | $ 99.45 | 449% |
| Dicyclomine HCL 20 MG Tabs 100's | 00378-1620-01 | $ 33.73 | $6.23 | $ 27.50 | 441% |
| Dicyclomine HCL 20 MG Tabs 500's | 00378-1620-05 | $ 156.75 | $28.12 | $ 128.63 | 457% |
| Diltiazem HCL 30 Mg Tab 100's | 00378-0023-01 | $ 42.70 | $2.88 | $ 39.82 | 1383% |
| Diltiazem HCL 30 MG Tab 500's | 00378-0023-05 | $ 191.81 | $12.57 | $ 179.24 | 1426% |
| Diltiazem HCL 60 Mg Tab 100's | 00378-0045-01 | $ 66.79 | $5.06 | $ 61.91 | 1224% |
| Diltiazem HCL 60 MG Tab 500's | 00378-0045-05 | $ 300.68 | $23.59 | $ 277.09 | 1175% |
| Diltiazem HCL 90 Mg Tab 100's | 00378-0135-01 | $ 83.70 | $7.99 | $ 75.71 | 948% |
| Diltiazem HCL 90 MG Tab 500's | 00378-0135-05 | $ 410.07 | $37.49 | $ 372.58 | 994% |
| Diltiazem HCL 120 Mg Tab 100's | 00378-0525-01 | $ 112.67 | $10.38 | $ 102.29 | 985% |
| Diltiazem HCL Er 60 MG Cap 100's | 00378-6060-01 | $ 71.71 | $24.54 | $ 47.17 | 192% |
| Diltiazem HCL ER 90 Mg Cap 100's | 00378-6090-01 | $ 81.97 | $35.91 | $ 46.06 | 128% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Diltiazem HCL ER 120 Mg Cap 100's | 00378-6120-01 | $  106.85 | $52.56 | $     54.29 | 103% |
| Diltiazem HCL ER 180 Mg Cap DT 500's | 00378-5280-05 | $  521.45 | $224.25 | $    297.20 | 133% |
| Diltiazem HCL ER 240 Mg Cap DT 100's | 00378-5340-01 | $  108.87 | $51.72 | $     57.15 | 111% |
| Diltiazem HCL ER 240 MG Cap DT 500's | 00378-5340-05 | $  548.74 | $245.08 | $    303.66 | 124% |
| Diphenoxyl/Atropine 2.5/.025 100's | 00378-0415-01 | $  45.60 | $18.37 | $     27.32 | 149% |
| Diphenoxyl/Atropine 2.5/.025 1000's | 00378-0415-10 | $  422.75 | $165.34 | $    257.41 | 156% |
| Doxycycline Hyclate 100 mg Tab 50's | 00378-0167-89 | $  26.32 | $4.53 | $     21.79 | 481% |
| Estradiol 0.5 mg Tabs 100's | 00378-1452-01 | $  24.23 | $4.79 | $     19.44 | 406% |
| Estradiol 0.5 mg Tabs 500's | 00378-1452-05 | $  118.75 | $22.79 | $     95.96 | 421% |
| Estradiol 1.0 mg Tabs 100's | 00378-1454-01 | $  32.78 | $7.40 | $     25.38 | 343% |
| Estradiol 1.0 mg Tabs 500's | 00378-1454-05 | $  161.50 | $35.15 | $    126.35 | 359% |
| Estradiol 2.0 mg Tabs 100's | 00378-1458-01 | $  47.03 | $10.60 | $     36.43 | 344% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Estradiol 2.0 mg Tas 500's | 00378-1458-05 | $ 223.25 | $50.32 | $ 172.93 | 344% |
| Etodolac 200 mg Cap 100's | 00378-7200-01 | $ 119.33 | $17.09 | $ 102.24 | 598% |
| Etodolac 300 mg Cap 100's | 00378-7233-01 | $ 135.42 | $18.48 | $ 116.94 | 633% |
| Etodolac 300 mg Cap 500's | 00378-7233-05 | $ 579.50 | $87.76 | $ 491.71 | 560% |
| Etodolac 400 mg Tab 100's | 00378-0237-01 | $ 139.49 | $20.08 | $ 119.32 | 594% |
| Etodolac 400 mg Tab 500's | 00378-0237-05 | $ 667.23 | $95.37 | $ 571.86 | 600% |
| Etodolac 500 mg Tab 100's | 00378-1242-01 | $ 142.64 | $25.93 | $ 116.71 | 450% |
| Etodolac 500 mg Tab 500's | 00378-1242-05 | $ 654.03 | $123.17 | $ 530.86 | 431% |
| Fluphenazine HCL 1 mg Tab 100's | 00378-6004-01 | $ 52.16 | $9.35 | $ 42.81 | 458% |
| Fluphenazine HCl 1 mg Tab 500's | 00378-6004-05 | $ 255.36 | $40.50 | $ 214.86 | 531% |
| Fluphenazine HCL 2.5 mg Tab 100's | 00378-6009-01 | $ 79.33 | $12.73 | $ 66.60 | 523% |
| Fluphenazine HCL 2.5 mg Tab 500's | 00378-6009-05 | $ 357.11 | $68.77 | $ 288.34 | 419% |
| Fluphenazine HCL 5 mg Tab 100's | 00378-6074-01 | $ 92.25 | $16.26 | $ 75.99 | 467% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Fluphenazine HCL 5 mg Tab 500's | 00378-6074-05 | $ 452.11 | $80.39 | $ 371.72 | 462% |
| Fluphenazine HCL 10 mg Tab 100's | 00378-6097-01 | $ 118.75 | $20.95 | $ 97.80 | 467% |
| Fluphenazine Hcl 10 mg Tab 500's | 00378-6097-05 | $ 581.16 | $96.40 | $ 484.76 | 503% |
| Flurazepam Hcl 15 mg Cap 100's | 00378-4415-01 | $ 27.31 | $4.69 | $ 22.62 | 482% |
| Flurbiprofen 50 mg Tab 100's | 00378-0076-01 | $ 74.86 | $9.97 | $ 64.89 | 651% |
| Flurbiprofen 100 mg Tab 100's | 00378-0093-01 | $ 112.77 | $15.09 | $ 97.69 | 647% |
| Flurbiprofen 100 mg Tab 500's | 00378-0093-01 | $ 544.83 | $71.36 | $ 473.47 | 663% |
| Furosemide 20 mg Tab 100's | 00378-0208-01 | $ 13.56 | $1.83 | $ 11.73 | 641% |
| Furosemide 20 mg Tab 1000's | 00378-0208-10 | $ 132.91 | $13.63 | $ 119.28 | 875% |
| Furosemide 40 mg Tab 100's | 00378-0216-01 | $ 15.49 | $2.16 | $ 13.33 | 617% |
| Furosemide 40 mg Tab 1000's | 00378-0216-10 | $ 151.25 | $17.04 | $ 134.22 | 788% |
| Furosemide 80 mg Tab 100's | 00378-0232-01 | $ 41.52 | $4.06 | $ 37.46 | 923% |
| Furosemide 80 mg Tab 500's | 00378-0232-05 | $ 203.21 | $17.89 | $ 185.32 | 1036% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Glipizide 5 mg Tab 100's | 00378-1105-01 | $  31.92 | $3.59 | $   28.33 | 789% |
| Glipizide 5 mg Tab 500's | 00378-1105-05 | $  156.75 | $14.30 | $   142.45 | 996% |
| Glipizide 10 mg Tab 100's | 00378-1110-01 | $  56.76 | $5.56 | $   51.20 | 921% |
| Glipizide 10 mg Tab 500's | 00378-1110-05 | $  278.11 | $21.30 | $   256.81 | 1206% |
| Glyburide 1.5 mg Tab 100's | 00378-1113-01 | $  35.53 | $5.64 | $   29.89 | 530% |
| Glyburide 3 mg Tab 100's | 00378-1125-01 | $  60.04 | $7.67 | $   52.37 | 683% |
| Glyburide 3 mg Tab 1000's | 00378-1125-10 | $  587.56 | $72.85 | $   514.71 | 707% |
| Glyburide 6 mg 100's | 00378-1142-01 | $  101.37 | $22.42 | $   78.95 | 352% |
| Guanfacine 1 mg Tab 100's | 00378-1160-01 | $  82.84 | $14.75 | $   68.09 | 462% |
| Guanfacine 2 mg Tab 100's | 00378-1190-01 | $  111.72 | $20.02 | $   91.70 | 458% |
| Hydroxychloroquine 200 mg Tab 100's | 00378-0373-01 | $  117.04 | $28.40 | $   88.64 | 312% |
| Indapamide 1.25 mg Tab 100's | 00378-0069-01 | $  64.55 | $4.48 | $   60.07 | 1341% |
| Indapamide 1.25 mg Tab 500's | 00378-0069-05 | $  361.94 | $21.30 | $   340.64 | 1599% |

| DEFENDANT MYLAN | | | | | |
|---|---|---|---|---|---|
| Drug | NDC# | Medi-Cal Payment | Qui-tam Plaintiff's Cost | Provider's Gross Profit $ "Spread" | Spread As % Of Actual Cost |
| Indapamide 2.5 mg Tab 100's | 00378-0080-01 | $ 78.90 | $7.38 | $ 71.52 | 969% |
| Indapamide 2.5 mg Tab 1000's | 00378-0080-10 | $ 771.16 | $61.48 | $ 709.68 | 1154% |
| Indomethacin 25 mg Cap 100's | 00378-0143-01 | $ 37.05 | $2.61 | $ 34.44 | 1320% |
| Indomethacin 25 mg Cap 1000's | 00378-0143-10 | $ 361.10 | $22.79 | $ 338.31 | 1484% |
| Indomethacin 50 mg Cap 100's | 00378-0147-01 | $ 62.61 | $3.78 | $ 58.83 | 1556% |
| Indomethacin 50 mg Cap 500's | 00378-0147-05 | $ 304.57 | $17.20 | $ 287.37 | 1671% |
| Ketoconazole 200 mg Tabs 100's | 00378-0261-01 | $ 300.01 | $64.91 | $ 235.10 | 3622% |
| Ketoprofen 50 mg Cap 100's | 00378-4070-01 | $ 91.68 | $8.00 | $ 83.68 | 1046% |
| Ketoprofen 75 mg Cap 100's | 00378-5750-01 | $ 101.94 | $9.56 | $ 92.38 | 966% |
| Ketorolac Tromethamine 10 mg 100's | 00378-1134-01 | $ 96.90 | $44.98 | $ 51.92 | 115% |
| Lactulose Solution 10 gm/15 ml 8 oz | 00378-3331-70 | $ 17.01 | $3.32 | $ 13.69 | 412% |
| Lactulose Solution 10 gm/15 ml 16 oz | 00378-3331-72 | $ 32.65 | $4.97 | $ 27.68 | 557% |