**Plaintiff States:**

**STATE of ALABAMA**
BILL PRYOR
Attorney General
State House
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

**STATE of ALASKA**
BRUCE M. BOTELHO
Attorney General
Julia Coster
Assistant Attorney General
Consumer Protection/Antitrust Unit
1031 W. Fourth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5100

**STATE of ARIZONA**
JANET NAPOLITANO
Attorney General
1275 West Washington Street
Phoenix, AZ 85007
(602) 542-1266

**STATE of ARKANSAS**
MARK PRYOR
Attorney General
Teresa Brown
Assistant Attorney General
200 Tower Building
323 Center Street
Little Rock, AR 72201-2601
(501) 682-6150

**STATE of CALIFORNIA**
BILL LOCKYER
Attorney General
Roderick E. Walston
Chief Assistant Attorney General
Barbara M. Motz
Acting Assistant Attorney General
Natalie S. Manzo
Deputy Attorney General
300 South Spring St., Suite 5000
Los Angeles, California 90013
(213) 897-2704

**STATE of COLORADO**
KEN SALAZAR
Attorney General
Jan Michael Zavislan
First Assistant Attorney General
Maria E. Berkenkotter
Assistant Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203
(303) 866-5079

**STATE of CONNECTICUT**
RICHARD BLUMENTHAL
Attorney General
Steven M. Rutstein
Department Head
Antitrust Department
Arnold B. Feigin
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
(860) 808-5540

**STATE of DELAWARE**
M. JANE BRADY
Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
(302) 577-8400

**DISTRICT of COLUMBIA**
ROBERT R. RIGSBY
Corporation Counsel
Sharon Styles-Anderson
Senior Deputy Corporation Counsel
Charlotte W. Parker
Acting Deputy Corporation Counsel
Bennett Rushkoff
Senior Counsel
441 4th Street, N.W., Suite 450-N
Washington, D.C. 20001
(202) 727-3500

**STATE of FLORIDA**
ROBERT A. BUTTERWORTH
Attorney General
Patricia A. Conners
Chief, Antitrust Section
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3600

**STATE of GEORGIA**
THURBERT E. BAKER
Attorney General
40 Capital Square S.W.
Atlanta, GA 30334
(404)656-4585

**STATE OF HAWAII**
EARL ANZAI
Attorney General
425 Queen Street
Honolulu, HI 98613
(808) 586-1282

**STATE of IDAHO**
ALAN G. LANCE
Attorney General
Brett T. DeLange
Deputy Attorney General
Consumer Protection Unit
700 W. Jefferson Street, Room 210
Boise, ID 83720-0010
(208) 334-2424

**STATE of ILLINOIS**
JAMES E. RYAN
Attorney General
Christine H. Rosso
Chief, Antitrust Bureau
Robert W. Pratt
Senior Assistant Attorney General
100 West Randolph Street
Chicago, IL 60601
(312) 814-5610

**STATE of INDIANA**
STEVE CARTER
Attorney General
Indiana Government Center South,
Fifth Floor
402 West Washington Street
Indianapolis, IN 46204
(317) 233-4386

**STATE of IOWA**
THOMAS J. MILLER
Attorney General
William L. Brauch
Special Assistant Attorney General
John F. Dwyer
Attorney, Iowa Department of Justice
310 Maple Street
Des Moines, IA 50319
(515) 281-8414

**STATE of KANSAS**
CARLA J. STOVALL
Attorney General
Rex G. Beasley
Assistant Attorney General
120 S. W. 10th Avenue, 4th Floor
Topeka, KS 66612
(785)296-3751

**COMMONWEALTH of KENTUCKY**
ALBERT BENJAMIN CHANDLER III
Attorney General
David Vandeventer
Assistant Attorney General
1024 Capital Center Drive
Frankfort, KY 40602-2000
(502) 696-5389

**STATE of LOUISIANA**
RICHARD P. IEYOUB
Attorney General
Jane Bishop Johnson
Assistant Attorney General
301 Main Street, Suite 1250
Baton Rouge, LA 70804
(504) 342-2754

**STATE of MAINE**
G. STEVEN ROWE
Attorney General
Francis Ackerman
Assistant Attorney General
Chief, Public Protection Division
6 State House Station
Augusta, ME 04333-0006
(207) 626-8845

**STATE OF MARYLAND**
J. JOSEPH CURRAN, JR.
Attorney General
Ellen S. Cooper
Chief, Antitrust Division
Meredyth Smith Andrus
Assistant Attorney General
200 St. Paul Street
Baltimore, MD 21202
(410) 576-6470

**COMMONWEALTH of MASSACHUSETTS**
THOMAS F. REILLY
Attorney General
Freda Fishman
Chief, Consumer Protection and Antitrust Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200

**STATE of MICHIGAN**
JENNIFER M. GRANHOLM
Attorney General
Paul Novak
Assistant Attorney General
Consumer Protection Division
Antitrust and Franchise Section
670 G. Mennen Williams Building
525 W. Ottawa Street
P. O. Box 30213
Lansing, MI 48913
(517) 373-7117

**STATE of MINNESOTA**
MIKE HATCH
Attorney General
Stephen F. Simon
Assistant Attorney General
N.C.L. Tower, Suite 1200
445 Minnesota Street
St. Paul, MN 55101
(651) 296-6468

**STATE of MISSISSIPPI**
MIKE MOORE
Attorney General
T. Hunt Cole, Jr.
Special Assistant Attorney General
Director, Civil Litigation Division
Post Office Box 220
Jackson, MS 39205
(601) 359-3680

**STATE of MISSOURI**
JEREMIAH W. (JAY) NIXON
Attorney General
Douglas M. Ommen, Chief Counsel
Michael J. Delaney, Assistant Attorney General
Consumer Protection Division
111 North Seventh Street
Suite 204
St. Louis, MO 63101
(314) 340-6816

**STATE of MONTANA**
MIKE McGRATH
Attorney General
Stephen C. Bullock
Assistant Attorney General
215 North Sanders
Helena, MT 59620
(406) 444-2026

**STATE OF NEBRASKA**
DON STENBERG
Attorney General
State Capitol
Post Office Box 98920
Lincoln, NE 68509
(402) 471-2682

**STATE of NEVADA**
FRANKIE SUE DEL PAPA
Attorney General
Bureau of Consumer Protection
Consumer Advocate
Timothy Hay
Senior Deputy Attorney General
Jacqueline B. Rombardo
1000 E. William Street, Ste. 209
Carson City, NV 89701
(775)-687-6300

**STATE of NEW HAMPSHIRE**
PHILIP T. MCLAUGHLIN
Attorney General
33 Capitol Street
Concord, NH 03301
(603) 271-3658

**STATE OF NEW JERSEY**
JOHN J. FARMER, JR.
Attorney General
Robert Donaher
Deputy Attorney General
Richard J. Hughes Justice Complex
25 Market Street, CN 080
Trenton, NJ 08625
(609) 292-4925

**STATE of NEW MEXICO**
PATRICIA A. MADRID
Attorney General
Marianne Woodard
Chief, Antitrust Unit
Donald Young
Assistant Attorney General
6301 Indian School Road NE., Suite 400
Albuquerque, NM 87110
(505) 841-8098

**STATE of NEW YORK**
ELIOT SPITZER
Attorney General
Harry First
Chief, Antitrust Bureau
Robert L. Hubbard
John Ioannou
Assistant Attorneys General
120 Broadway, Suite 26-01
New York, NY 10271
(212) 416-6163

**STATE of NORTH CAROLINA**
ROY COOPER
Attorney General
K.D. Sturgis
Assistant Attorney General
Consumer Protection/Antitrust Section
114 W. Edenton Street
P.O. Box 629
Raleigh, NC 27602-0629
(919) 716-6000

**STATE of NORTH DAKOTA**
WAYNE STENEHJEM
Attorney General
State Capitol
600 East Boulevard Avenue
Bismarck, ND 58505
(701) 328-2210

**STATE of OKLAHOMA**
W.A. DREW EDMONDSON
Attorney General
Tom Bates
Assistant Attorney General
4545 N. Lincoln Boulevard
Suite 260
Oklahoma City, OK 73105
(405) 522-3082

**STATE of OREGON**
HARDY MYERS
Attorney General
Andrew E. Aubertine
Assistant Attorney General
Department of Justice
Justice Building
1162 Court Street NE, Suite 100
Salem, OR 97310
(503) 378-4732

**COMMONWEALTH of PENNSYLVANIA**
D. MICHAEL FISHER
Attorney General
James A. Donahue III
Chief Deputy Attorney General
Antitrust Section
Joseph Betsko
Tracy Wertz
Deputy Attorneys General
14th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-4530

**STATE of RHODE ISLAND**
SHELDON WHITEHOUSE
Attorney General
150 South Main Street
Providence, RI 02903
(401)274-4400

**STATE of SOUTH CAROLINA**
CHARLES M. CONDON
Attorney General
C. Havird Jones, Jr.
Senior Assistant Attorney General
Rembert C. Dennis Building
1000 Assembly Street, Suite 501
Columbia, SC 29211-1549
(803) 734-3970

**STATE of SOUTH DAKOTA**
MARK BARNETT
Attorney General
Jeffrey P. Hallem
Assistant Attorney General
500 East Capitol
Pierre, SD 57501-5070
(605) 773-3215

**STATE of TENNESSEE**
PAUL G. SUMMERS
Attorney General and Reporter
Dennis J. Garvey
Deputy Attorney General
Antitrust Division
J. Patrick Riccci
Assistant Attorney General
425 5th Avenue North
Nashville, TN 37243
(615) 532-8986

**STATE of TEXAS**
JOHN CORNYN
Attorney General
Mark Tobey
Chief, Antitrust Section
John T. Prud'Homme
Assistant Attorney General
300 W. 15th Street, 9th Floor
P. O. Box 12548
Austin, TX 78711-2548
(512) 463-4012

**STATE of UTAH**
MARK L. SHURTLEFF
Attorney General
Wayne Klein
Antitrust Section
160 East 300 South
Salt Lake City, UT 84114-0872
(801) 366-0358

**STATE of VERMONT**
WILLIAM H. SORRELL
Attorney General
Julie Brill
Rebecca Ellis
Assistant Attorneys General
Antitrust and Consumer Fraud Unit
109 State Street
Montpelier, VT 05609-1001
(802) 828-5507

**COMMONWEALTH of VIRGINIA**
MARK L. EARLEY
Attorney General
Anne Marie Cushmac
Assistant Attorney General
Antitrust and Consumer Litigation Section
900 East Main Street
Richmond, VA 23219
(804) 786-2116

**STATE of WASHINGTON**
CHRISTINE O. GREGOIRE
Attorney General
Tina E. Kondo
Chief, Antitrust Division
Marta Lowy
Assistant Attorney General
Antitrust Division
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-1012
(206) 464-7744

**STATE of WEST VIRGINIA**
DARRELL V. McGRAW, JR.
Attorney General
Jill L. Miles
Deputy Attorney General
Douglas L. Davis
Assistant Attorney General
Consumer Protection and Antitrust Division
812 Quarrier Street
Charleston, WV 25301
(304) 558-8986

**STATE of WISCONSIN**
JAMES E. DOYLE
Attorney General
Kevin J. O'Connor
Assistant Attorney General
123 West Washington Avenue
P.O. Box 7857
Madison, WI 53703-7857
(608) 266-8986

**STATE of WYOMING**
GAY WOODHOUSE
Attorney General
Christopher Petrie
Assistant Attorney General
123 Capitol Building
Cheyenne, WY 82002
(307) 777-5838

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Third Amended Complaint was sent by ordinary U.S. mail this 1st day of February, 2001 to:

Richard A. Feinstein
Melvin H. Orlans
Federal Trade Commission
4500 Pennsylvania Avenue, N.W.
Washington, DC 20580

James B. Weidner
James Miller
Clifford Chance Rogers & Wells, LLP
200 Park Avenue
New York, NY 10166

Joseph Simons
Clifford Chance Rogers & Wells, LLP
607 Fourteenth Street, N.W.
Washington, DC 20005-2018

Thomas Campbell
John T. Cusack
Gardner, Carton & Douglas
321 North Clark Street, Suite 3000
Chicago, IL 60610-4795

Stanley Grossman
Linda P. Nussbaum
Pomerantz, Haudek, Block, Grossman & Gross LLP
100 Park Avenue
New York, NY 10017

Bernard Persky
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue
New York, NY 10017

Robert S. Schachter
Joseph Tusa
Zwerling Schachter & Zwerling, LLP
767 Third Avenue
New York, NY 10017

Sidney S. Rosdeitcher
Robert Kravitz
Paul, Weiss, Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

F. Barron Grier, III
Grier Law Firm, LLC
810 Dutch Square Boulevard, Suite 103
Columbia, South Carolina 29210

Gary W. Kubek
Christopher K. Tahbaz
Debevoise & Plimpton
875 Third Avenue
New York, NY 10022

Irving Scher
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

David Hickerson
Weil, Gotshal & Manges, LLP
1615 L Street, N.W.
Suite 700
Washington, D.C. 20036

[signature]

Mylan\Complaint-3rdAmendFinal-A