# Exhibit I

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

Exhibit to the November 25, 2009 Declaration of Christopher C. Palermo
in Support of Mylan's Motion for Partial Summary Judgment

```
                                                              Page 1
 1       IN THE UNITED STATES DISTRICT COURT FOR THE

 2                 DISTRICT OF MASSACHUSETTS

 3            CIVIL ACTION NO. 03-CV-11865-PBS

 4   -------------------------------X

 5   THE COMMONWEALTH OF              )

 6   MASSACHUSETTS,                   )     VIDEOTAPED

 7             Plaintiff,             )   DEPOSITION UPON

 8                v.                  )   ORAL EXAMINATION

 9   MYLAN LABORATORIES, INC.,        )         OF

10   et al.,                          )      BRIAN ROMAN

11             Defendants.            )       30(b)(6)

12   -------------------------------X

13              C O N F I D E N T I A L

14              FOR ATTORNEYS' EYES ONLY

15        T R A N S C R I P T  of the stenographic

16   notes of G. DONAVICH, a Certified Shorthand

17   Reporter and Notary Public of the State of

18   Pennsylvania taken at the offices of AKF

19   Reporters, Inc., Court Reporting & VideoTech

20   Services, AKF Building, 436 Boulevard of the

21   Allies, Pittsburgh, Pennsylvania, on Thursday,

22   August 2, 2007, commencing at 9:14 a.m.
```

```
 1   legal officer again.
 2            The additional responsibilities I
 3   picked up in that move include functioning as a
 4   general counsel for each of the operating
 5   companies in the Mylan Laboratories group.
 6            Those other companies include Mylan
 7   Technologies, Incorporated; Mylan, Inc.; and UDL
 8   Laboratories, Incorporated.
 9            So now in addition to functioning as a
10   general counsel for Mylan Pharmaceuticals, I have
11   that role for those other companies.
12       Q.   And as general counsel of each of these
13   corporations you're generally responsible for all
14   of their legal affairs?
15       A.   Yes.
16       Q.   Okay.  Where is Mylan Laboratories
17   located?
18       A.   Mylan Laboratories' headquarters is
19   just outside of Pittsburgh.  The address is 1500
20   Corporate Drive, Canonsburg, Pennsylvania 15317.
21       Q.   And Mylan Pharmaceuticals,
22   Incorporated, where is that located?
```

 1       A.   Mylan Pharmaceuticals' headquarters and
 2   main facility is in Morgantown, West Virginia.
 3       Q.   I think you mentioned a UDL
 4   Laboratories, Incorporated.  Where is that
 5   headquartered?
 6       A.   Rockford, Illinois.
 7       Q.   And you mentioned, I believe it was,
 8   Mylan Technologies, Inc.  Where is that
 9   headquartered?
10       A.   St. Albans, Vermont.
11       Q.   Okay.  Have you ever testified
12   previously on behalf of Mylan Laboratories or any
13   of its subsidiaries?
14       A.   Yes.
15       Q.   If you would, would you take me through
16   the various times you've testified on behalf of
17   Mylan Laboratories or its subsidiaries and just
18   relate for me whether it's a deposition or a
19   trial and the case or matter that you were
20   testifying in.
21       A.   All of these are going to be
22   depositions.  I've never testified live at a

Page 44

1    patch, but it's a fairly small product.

2        Q.   And if we could, focusing on the kind

3    of operational relationship between the various

4    corporations, as I understand it, Mylan

5    Laboratories, Incorporated, is a holding company.

6    Is that correct?

7        A.   Yes.  And by that, I mean it's the

8    company that owns the stock of its operating

9    subsidiaries.

10       Q.   Okay.  And Mylan Pharmaceuticals,

11   Incorporated, is an operating company.  Is that

12   right?

13       A.   I've used that phrase, yes, and by that

14   I mean the distinction in my mind, Mylan

15   Laboratories doesn't make or sell drugs.  They

16   don't make or sell anything, really.

17            They have a number of employees, they

18   have assets, it is a fully functioning

19   corporation; but Mylan Pharmaceuticals actually

20   has distribution facilities, a manufacturing

21   plant, et cetera, so it's the company that

22   actually does the R & D work, obtains the FDA

Page 45

```
 1    approvals for our drugs, makes the drugs, and
 2    sells them.
 3         Q.   And is it fair, is it accurate, to say
 4    that Mylan Pharmaceuticals generates the vast
 5    majority of the revenues of Mylan Laboratories,
 6    Incorporated?
 7         A.   Over a period of time, yes, Mylan
 8    Pharmaceuticals -- revenues from operations from
 9    Mylan Pharmaceuticals make up most of the
10    revenues that Mylan Laboratories reports.
11         Q.   And UDL Laboratories, that continues to
12    operate as an operating company?
13         A.   Yes.
14         Q.   And it's essentially a repackager?
15         A.   Essentially, yes.
16         Q.   I think you mentioned Mylan
17    Technologies at one point.  What is Mylan
18    Technologies?
19         A.   Mylan Technologies, Inc., is a company
20    that is focused on the development and
21    manufacturer of transdermal drug products, drug
22    patches that you wear on the skin.
```