# Exhibit J

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Christopher C. Palermo in Support of Mylan's Motion for Partial Summary Judgment**



# MYLAN

## FAX TRANSMITTAL SHEET

| | |
|---|---|
| **DATE:** 03/15/95 | **NUMBER OF PAGES INCLUDING COVER:** 2 |

**COMPANY TO WHICH FAX IS TO BE TRANSMITTED:**
FIRST DATA BANK

| | |
|---|---|
| **ATTENTION:** | **FAX NUMBER:** |
| BETH RADER | (415) 588-6867 |
| **FROM:** | **RE:** |
| STEVE KRINKE | CEFACLOR AWP CHANGES |

**PLEASE ADVISE IF TRANSMISSION IS NOT COMPLETE:**
VIA FAX: (304)598-3232          VIA TELEPHONE: (800)RX-MYLAN

781 Chestnut Ridge Road • P.O. Box 4310 • Morgantown, WV  26504-4310 • 800-RX-MYLAN

CAMylan02529434



# MYLAN

## FAX TRANSMITTAL SHEET

DATE: 03/15/95     NUMBER OF PAGES INCLUDING COVER: 2

**COMPANY TO WHICH FAX IS TO BE TRANSMITTED:**
RED BOOK

| ATTENTION: | FAX NUMBER: |
|---|---|
| RONNIE LANE | (201) 358-1756 |
| FROM: | RE: |
| STEVE KRINKE | CEFACLOR AWP CHANGES |

PLEASE ADVISE IF TRANSMISSION IS NOT COMPLETE:
VIA FAX: (304)598-3232         VIA TELEPHONE: (800)RX-MYLAN

781 Chestnut Ridge Road • P.O. Box 4310 • Morgantown, WV  26504-4310 • 800-RX-MYLAN

CAMylan02529435



# MYLAN

## FAX TRANSMITTAL SHEET

DATE: 03/15/95          NUMBER OF PAGES INCLUDING COVER:  2

COMPANY TO WHICH FAX IS TO BE TRANSMITTED:
MEDI-SPAN

| ATTENTION: | FAX NUMBER: |
|---|---|
| WYNDY JONES | (317) 469-5252 |
| FROM: | RE: |
| STEVE KRINKE | CEFACLOR AWP CHANGES |

PLEASE ADVISE IF TRANSMISSION IS NOT COMPLETE:
VIA FAX: (304)598-3232          VIA TELEPHONE: (800)RX-MYLAN

781 Chestnut Ridge Road • P.O. Box 4310 • Morgantown, WV 26504-4310 • 800-RX-MYLAN

CAMylan02529436



# ***AWP CHANGES***

## EFFECTIVE 3-15-95

| GENERIC NAME | BRAND NAME | DESCRIPTION | FORM | EXP. MOS. | STRENGTH | SIZE | NDC# | OLD AWP | NEW AWP |
|---|---|---|---|---|---|---|---|---|---|
| CEFACLOR | CECLOR(®) | Pink/White | Caps | 36 | 250 mg. | 100 | 7250-01 | 185.52 | 194.73 |
| CEFACLOR | CECLOR(®) | Pink/Grey | Caps | 36 | 500 mg. | 100 | 7500-01 | 364.55 | 382.66 |
| CEFACLOR | CECLOR(®) | Strawberry | O/S | 24 | 125 mg./5 ml. | 75 | 7602-12 | 13.40 | 14.06 |
| CEFACLOR | CECLOR(®) | Strawberry | O/S | 24 | 125 mg./5 ml. | 150 | 7602-06 | 26.65 | 27.97 |
| CEFACLOR | CECLOR(®) | Strawberry | O/S | 24 | 187 mg./5 ml. | 50 | 7604-09 | 13.40 | 14.06 |
| CEFACLOR | CECLOR(®) | Strawberry | O/S | 24 | 187 mg./5 ml. | 100 | 7604-02 | 26.65 | 27.97 |
| CEFACLOR | CECLOR(®) | Strawberry | O/S | 24 | 250 mg./5 ml. | 75 | 7610-12 | 24.86 | 26.09 |
| CEFACLOR | CECLOR(®) | Strawberry | O/S | 24 | 250 mg./5 ml. | 150 | 7610-06 | 48.29 | 50.68 |
| CEFACLOR | CECLOR(®) | Strawberry | O/S | 24 | 375 mg./5 ml. | 50 | 7612-09 | 24.86 | 26.09 |
| CEFACLOR | CECLOR(®) | Strawberry | O/S | 24 | 375 mg./5 ml. | 100 | 7612-02 | 48.29 | 50.68 |

TO PLACE ORDERS: ORDERNET; FAX 304-598-3232; PHONE 1-800-796-9526; OR MAIL TO THE ORDER DEPT., P.O. BOX 4310, MORGANTOWN, WV 26505

KEY TO NDC NUMBERS: 89 - 50's; 93 - 30's; 01 - 100's; 25 - 250's; 05 - 500's; 10 - 1000's; 02 - 100 ML; 06 - 150 ML; 04 - 200 ML

CAMylan02529437