# Exhibit K

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Christopher C. Palermo in Support of Mylan's Motion for Partial Summary Judgment**

*** TRANSMISSION REPORT ***

FEB-06-98 12:36 ID:3045983232 MYLAN SALES&MARK.

JOB NUMBER 610

INFORMATION CODE OK

TELEPHONE NUMBER 16508274578

NAME(ID NUMBER) 415 827 4578

START TIME FEB-06-98 12:35

PAGES TRANSMITTED 003 TRANSMISSION MODE EMMR

RESOLUTION STD REDIALING TIMES 00

SECURITY OFF MAILBOX OFF

MACHINE ENGAGED 00'47

THIS TRANSMISSION IS COMPLETED.

LAST SUCCESSFUL PAGE 003

# MYLAN

# FAX COVER PAGE

| | |
|---|---|
| To : Kathy Gutgesell | From : Hilary Johnson |
| Company : First Data Bank | Company : MYLAN PHARMACEUTICALS |
| Fax Number : 1-~~415~~-827-4578 650 | For Information Call : 1-800-796-9526 Ext. 6154 |
| Pages : 3 (including cover) / Date : 2/5/98 | Fax Number : 1-304-598-3232 |

First Data Bank – Lorazepam Price Increase




# FAX COVER PAGE

| To : Kathy Gutgesell | | From : Hilary Johnson |
|---|---|---|
| Company : First Data Bank | | Company : MYLAN PHARMACEUTICALS |
| Fax Number : 1-~~415~~-827-4578 650 | | For Information Call : 1-800-796-9526 Ext. 6154 |
| Pages : 3 (Including cover) | Date : 2/5/98 | Fax Number : 1-304-598-3232 |

First Data Bank - Lorazepam Price Increase



February 3, 1998

Dear Valued Customer,

Due to changes in market conditions, Mylan will be required to **increase** its direct price on Lorazepam Tabs **effective March 3, 1998**.

We have reviewed inventories available at our current prices and have allocated those inventories using your purchase history with Mylan. If you wish to avail yourself of these inventories, please contact your Mylan representative.

| PRODUCT | SIZE | New AWP | Old WAC | New WAC |
|---|---|---|---|---|
| Lorazepam .5mg | 100 | $64.31 | $1.50 | $30.60 |
| Lorazepam .5mg | 500 | $312.59 | $6.85 | $145.05 |
| Lorazepam 1mg | 100 | $83.77 | $1.80 | $40.20 |
| Lorazepam 1mg | 500 | $405.24 | $7.30 | $191.50 |
| Lorazepam 1mg | 1,000 | $796.67 | $13.60 | $378.40 |
| Lorazepam 2mg | 100 | $122.11 | $2.40 | $59.60 |
| Lorazepam 2mg | 500 | $594.11 | $10.45 | $285.20 |

Once we have shipped our current inventories, we would expect to be out of stock on this item for 3 - 5 weeks. We expect other suppliers of this product to experience the same difficulties in the near future.

We have notified our contract customers of this change and have told them we expect prime vendor inventories to be sufficient to cover **normal monthly purchase requirements only**. A copy of each contract change will be sent to your contracts department.

I have enclosed a copy of a letter we have written to HCFA and to First Data Bank advising them of our changes on this product. If you have any questions or require additional information on this matter, please contact your Mylan representative.

Sincerely,

*Thomas D. Darby*
Thomas D. Darby
V.P. Pricing and Contracts



# MYLAN PHARMACEUTICALS, INC.

**TO:** **Distribution - AWP Changes/Third Party Notification**

**FROM:** **Mike Doan**

**DATE:** **February 2, 1998**

**SUBJECT: AWP Changes Effective February 4, 1998**

**MYLAN PHARMACEUTICALS, INC. announces the following AWP changes effective February 4, 1998.**

| GENERIC NAME | STRENGTH | FORM | SIZE | NDC # (00378) | OLD AWP | NEW AWP |
|---|---|---|---|---|---|---|
| Lorazepam | .5mg | Tab | 100 | 0321-01 | $16.95 | $64.31 |
| Lorazepam | .5mg | Tab | 500 | 0321-05 | $75.95 | $312.59 |
| Lorazepam | 1mg | Tab | 100 | 0457-01 | $23.95 | $83.77 |
| Lorazepam | 1mg | Tab | 500 | 0457-05 | $104.25 | $405.24 |
| Lorazepam | 1mg | Tab | 1,000 | 0457-10 | $179.95 | $796.67 |
| Lorazepam | 2mg | Tab | 100 | 0777-01 | $31.95 | $122.11 |
| Lorazepam | 2mg | Tab | 500 | 0777-05 | $142.25 | $594.11 |

**If you have any questions concerning this change, please contact Mike Doan at 1-800-796-9526. Thank you for your continued support of Mylan Pharmaceuticals.**

**cc: Tom Darby**
**Bob Sanzen**
**Steve Krinke**
**Christy Pforr**
**Ann Wolfe**
**Dan Dorsey**
**Regional Managers**
**Nancy Newlon**
**Stacey Redelman**