# Exhibit L

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Christopher C. Palermo**
**in Support of Mylan's Motion for Partial Summary Judgment**



# MYLAN PHARMACEUTICALS INC.

TO:        Distribution - AWP Changes/ Third Party Notification

FROM:      Janet Floyd

DATE:      January 18, 2000

SUBJECT:   **AWP Changes Effective January 19, 2000**

Mylan Pharmaceuticals Inc. announces AWP changes on the attached list of products. These changes are effective January 19, 2000.

If you have any questions concerning these changes, please feel free to contact me at 1-800-796-9526. Thank you for your continued support of Mylan Pharmaceuticals.

Distribution:  First DataBank
               Medi-Span
               Red Book

cc:    Eric Belldina
       Bob Cunard
       Steve Krinke
       Hal Korman
       Stacie Redelman
       Ann Wolfe
       National Account Managers

CAMylan00262839



### AWP CHANGES EFFECTIVE 1-19-00

| PRODUCT NAME | STRENGTH | FORM | SIZE | NDC # (0378-) | OLD AWP | NEW AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| Fenoprofen | 600 mg. | Tabs | 100 | 0471-01 | $48.10 | $50.50 | 01/19/00 |
| Fenoprofen | 600 mg. | Tabs | 500 | 0471-05 | $229.75 | $241.20 | 01/19/00 |
| Fluphenazine HCl | 1 mg. | Tabs | 100 | 6004-01 | $52.25 | $54.90 | 01/19/00 |
| Fluphenazine HCl | 1 mg. | Tabs | 500 | 6004-05 | $256.00 | $268.80 | 01/19/00 |
| Fluphenazine HCl | 2.5 mg. | Tabs | 100 | 6009-01 | $79.50 | $83.50 | 01/19/00 |
| Fluphenazine HCl | 2.5 mg. | Tabs | 500 | 6009-05 | $357.75 | $375.60 | 01/19/00 |
| Fluphenazine HCl | 5 mg. | Tabs | 100 | 6074-01 | $92.50 | $97.10 | 01/19/00 |
| Fluphenazine HCl | 5 mg. | Tabs | 500 | 6074-05 | $453.25 | $475.90 | 01/19/00 |
| Fluphenazine HCl | 10 mg. | Tabs | 100 | 6097-01 | $119.00 | $125.00 | 01/19/00 |
| Fluphenazine HCl | 10 mg. | Tabs | 500 | 6097-05 | $583.00 | $612.20 | 01/19/00 |
| Flurazepam HCl | 15 mg. | Caps | 100 | 4415-01 | $27.10 | $28.50 | 01/19/00 |
| Flurazepam HCl | 15 mg. | Caps | 500 | 4415-05 | $132.75 | $139.40 | 01/19/00 |
| Flurazepam HCl | 30 mg. | Caps | 100 | 4430-01 | $32.75 | $34.40 | 01/19/00 |
| Flurazepam HCl | 30 mg. | Caps | 500 | 4430-05 | $160.45 | $168.50 | 01/19/00 |
| Flurbiprofen | 50 mg. | Tabs | 100 | 0076-01 | $75.00 | $78.80 | 01/19/00 |
| Flurbiprofen | 100 mg. | Tabs | 100 | 0093-01 | $113.00 | $118.70 | 01/19/00 |
| Flurbiprofen | 100 mg. | Tabs | 500 | 0093-05 | $546.00 | $573.30 | 01/19/00 |
| Furosemide | 20 mg. | Tabs | 100 | 0208-01 | $13.60 | $14.30 | 01/19/00 |
| Furosemide | 20 mg. | Tabs | 1000 | 0208-10 | $133.25 | $139.90 | 01/19/00 |
| Furosemide | 40 mg. | Tabs | 100 | 0216-01 | $15.50 | $16.30 | 01/19/00 |
| Furosemide | 40 mg. | Tabs | 1000 | 0216-10 | $151.90 | $159.50 | 01/19/00 |
| Furosemide | 80 mg. | Tabs | 100 | 0232-01 | $41.60 | $43.70 | 01/19/00 |
| Furosemide | 80 mg. | Tabs | 500 | 0232-05 | $203.75 | $213.90 | 01/19/00 |
| Glipizide | 5 mg. | Tabs | 100 | 1105-01 | $34.70 | $36.40 | 01/19/00 |
| Glipizide | 5 mg. | Tabs | 500 | 1105-05 | $170.00 | $178.50 | 01/19/00 |
| Glipizide | 10 mg. | Tabs | 100 | 1110-01 | $63.85 | $67.00 | 01/19/00 |
| Glipizide | 10 mg. | Tabs | 500 | 1110-05 | $312.75 | $328.40 | 01/19/00 |
| Glyburide | 1.5 mg. | Tabs | 100 | 1113-01 | $35.64 | $37.40 | 01/19/00 |
| Glyburide | 3 mg. | Tabs | 100 | 1125-01 | $60.19 | $63.20 | 01/19/00 |
| Glyburide | 3 mg. | Tabs | 1000 | 1125-10 | $589.00 | $618.50 | 01/19/00 |
| Glyburide | 6 mg. | Tabs | 100 | 1142-01 | $101.60 | $106.70 | 01/19/00 |
| Guanfacine HCL | 1 mg. | Tabs | 100 | 1160-01 | $83.00 | $87.20 | 01/19/00 |
| Guanfacine HCL | 2 mg. | Tabs | 100 | 1190-01 | $112.00 | $117.60 | 01/19/00 |
| Haloperidol | 0.5 mg. | Tabs | 100 | 0351-01 | $20.00 | $21.00 | 01/19/00 |
| Haloperidol | 0.5 mg. | Tabs | 1000 | 0351-10 | $189.00 | $198.50 | 01/19/00 |
| Haloperidol | 1 mg. | Tabs | 100 | 0257-01 | $29.50 | $31.00 | 01/19/00 |
| Haloperidol | 1 mg. | Tabs | 1000 | 0257-10 | $264.00 | $277.20 | 01/19/00 |
| Haloperidol | 2 mg. | Tabs | 100 | 0214-01 | $40.75 | $42.80 | 01/19/00 |
| Haloperidol | 2 mg. | Tabs | 1000 | 0214-10 | $388.95 | $408.40 | 01/19/00 |
| Haloperidol | 5 mg. | Tabs | 100 | 0327-01 | $67.50 | $70.90 | 01/19/00 |
| Haloperidol | 5 mg. | Tabs | 1000 | 0327-10 | $651.55 | $684.10 | 01/19/00 |
| Hydroxychloroquine | 200 mg. | Tabs | 100 | 0373-01 | $117.35 | $123.20 | 01/19/00 |

CAMylan00262840



| PRODUCT NAME | STRENGTH | FORM | SIZE | NDC # (0378-) | OLD AWP | NEW AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| Indapamide | 1.25 mg. | Tabs | 100 | 0069-01 | $64.50 | $67.70 | 01/19/00 |
| Indapamide | 1.25 mg. | Tabs | 500 | 0069-05 | $362.75 | $380.90 | 01/19/00 |
| Indapamide | 2.5 mg. | Tabs | 100 | 0080-01 | $78.85 | $82.80 | 01/19/00 |
| Indapamide | 2.5 mg. | Tabs | 1000 | 0080-10 | $772.85 | $811.50 | 01/19/00 |
| Indomethacin | 25 mg. | Caps | 100 | 0143-01 | $37.10 | $39.00 | 01/19/00 |
| Indomethacin | 25 mg. | Caps | 1000 | 0143-10 | $362.00 | $380.10 | 01/19/00 |
| Indomethacin | 50 mg. | Caps | 100 | 0147-01 | $62.75 | $65.90 | 01/19/00 |
| Indomethacin | 50 mg. | Caps | 500 | 0147-05 | $305.30 | $320.60 | 01/19/00 |
| Ketoprofen | 50 mg. | Caps | 100 | 4070-01 | $91.95 | $96.50 | 01/19/00 |
| Ketoprofen | 75 mg. | Caps | 100 | 5750-01 | $102.23 | $107.30 | 01/19/00 |
| Ketorolac Tromethamine | 10 mg. | Tabs | 100 | 1134-01 | $97.10 | $102.00 | 01/19/00 |
| Ketorolac Tromethamine | 10 mg. | Tabs | 500 | 1134-05 | $464.25 | $487.50 | 01/19/00 |
| Lactulose Solution, USP | 10 gm. / 15ml | Soln | 240ml | 3331-70 | $17.00 | $17.90 | 01/19/00 |
| Lactulose Solution, USP | 10 gm. / 15ml | Soln | 480ml | 3331-72 | $33.00 | $34.70 | 01/19/00 |
| Lactulose Solution, USP | 10 gm. / 15ml | Soln | 960ml | 3331-74 | $52.10 | $54.70 | 01/19/00 |
| Loperamide Hydrochloride | 2 mg. | Caps | 100 | 2100-01 | $64.97 | $68.20 | 01/19/00 |
| Loperamide Hydrochloride | 2 mg. | Caps | 500 | 2100-05 | $298.73 | $313.70 | 01/19/00 |
| Lorazepam | 0.5 mg. | Tabs | 100 | 0321-01 | $64.31 | $67.50 | 01/19/00 |
| Lorazepam | 0.5 mg. | Tabs | 500 | 0321-05 | $315.00 | $330.80 | 01/19/00 |
| Lorazepam | 1 mg. | Tabs | 100 | 0457-01 | $83.77 | $88.00 | 01/19/00 |
| Lorazepam | 1 mg. | Tabs | 500 | 0457-05 | $410.00 | $430.50 | 01/19/00 |
| Lorazepam | 1 mg. | Tabs | 1000 | 0457-10 | $803.00 | $843.20 | 01/19/00 |
| Lorazepam | 2 mg. | Tabs | 100 | 0777-01 | $122.11 | $128.20 | 01/19/00 |
| Lorazepam | 2 mg. | Tabs | 500 | 0777-05 | $598.00 | $627.90 | 01/19/00 |
| Maprotiline HCl | 25 mg. | Tabs | 100 | 0060-01 | $47.65 | $50.00 | 01/19/00 |
| Maprotiline HCl | 50 mg. | Tabs | 100 | 0087-01 | $70.55 | $74.10 | 01/19/00 |
| Maprotiline HCl | 75 mg. | Tabs | 100 | 0092-01 | $88.54 | $93.00 | 01/19/00 |
| Meclofenamate Sodium | 50 mg. | Caps | 100 | 2150-01 | $174.25 | $183.00 | 01/19/00 |
| Meclofenamate Sodium | 50 mg. | Caps | 500 | 2150-05 | $195.00 | $204.80 | 01/19/00 |
| Meclofenamate Sodium | 100 mg. | Caps | 100 | 3000-01 | $339.75 | $356.70 | 01/19/00 |
| Meclofenamate Sodium | 100 mg. | Caps | 500 | 3000-05 | $1,492.75 | $1,567.40 | 01/19/00 |
| Methotrexate | 2.5 mg. | Tabs | 100 | 0014-01 | $363.50 | $381.70 | 01/19/00 |
| Methyclothiazide | 5 mg. | Tabs | 100 | 0160-01 | $49.64 | $52.10 | 01/19/00 |
| Methyldopa | 250 mg. | Tabs | 100 | 0611-01 | $34.00 | $35.70 | 01/19/00 |
| Methyldopa | 250 mg. | Tabs | 1000 | 0611-10 | $330.00 | $346.50 | 01/19/00 |
| Methyldopa | 500 mg. | Tabs | 100 | 0421-01 | $62.15 | $65.30 | 01/19/00 |
| Methyldopa | 500 mg. | Tabs | 500 | 0421-05 | $306.45 | $321.80 | 01/19/00 |
| Methyldopa & Hctz | 250 mg./15 mg. | Tabs | 100 | 0507-01 | $46.65 | $49.00 | 01/19/00 |
| Methyldopa & Hctz | 250 mg./25 mg. | Tabs | 100 | 0711-01 | $54.97 | $57.70 | 01/19/00 |
| Methyldopa & Hctz | 250 mg./25 mg. | Tabs | 1000 | 0711-10 | $538.00 | $564.90 | 01/19/00 |
| Metoprolol Tartrate | 50 mg. | Tabs | 100 | 0032-01 | $52.90 | $55.50 | 01/19/00 |
| Metoprolol Tartrate | 50 mg. | Tabs | 1000 | 0032-10 | $518.40 | $544.30 | 01/19/00 |
| Metoprolol Tartrate | 100 mg. | Tabs | 100 | 0047-01 | $76.30 | $80.10 | 01/19/00 |
| Metoprolol Tartrate | 100 mg. | Tabs | 1000 | 0047-10 | $725.00 | $761.30 | 01/19/00 |

CAMylan00262841



CAMylan00262842