# Exhibit M

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Christopher C. Palermo**
**in Support of Mylan's Motion for Partial Summary Judgment**



# MYLAN PHARMACEUTICALS INC.

TO:         Distribution - AWP Changes/ Third Party Notification

FROM:       Hilary Johnson

DATE:       April 3, 2001

SUBJECT:    **AWP Changes Effective April 5, 2001**

     Mylan Pharmaceuticals Inc. announces AWP changes on the attached list of products.  These changes are effective April 5, 2001.

     If you have any questions concerning these changes, please feel free to contact me at 1-800-796-9526.  Thank you for your continued support of Mylan Pharmaceuticals.


Distribution:  First DataBank
               Medi-Span
               Red Book

cc:     Eric Belldina
       Bob Cunard
       Joe Duda
       Steve Krinke
       Stacie Redelman
       Steve Stroupe
       Ann Wolfe
       National Account Managers

CAMylan00262856



| Product Description | Strength | Form | Size | NDC # (0378-) | Current AWP | New AWP |
|---|---|---|---|---|---|---|
| Alprazolam | 0.5 mg. | Tabs | 100 | 4003-01 | $74.05 | $95.85 |
| Alprazolam | 0.5 mg. | Tabs | 500 | 4003-05 | $380.75 | $494.60 |
| Amitriptyline HCl | 10 mg. | Tabs | 100 | 2610-01 | $17.50 | $18.05 |
| Amitriptyline HCl | 25 mg. | Tabs | 100 | 2625-01 | $35.50 | $36.10 |
| Amitriptyline HCl | 25 mg. | Tabs | 1000 | 2625-10 | $338.00 | $338.75 |
| Amitriptyline HCl | 50 mg. | Tabs | 100 | 2650-01 | $63.00 | $64.15 |
| Amitriptyline HCl | 50 mg. | Tabs | 1000 | 2650-10 | $600.00 | $602.00 |
| Amitriptyline HCl | 75 mg. | Tabs | 100 | 2675-01 | $87.00 | $88.10 |
| Amitriptyline HCl | 100 mg. | Tabs | 100 | 2685-01 | $108.00 | $111.10 |
| Amitriptyline HCl | 150 mg. | Tabs | 100 | 2695-01 | $115.00 | $116.15 |
| Diltiazem | 30 mg | Tabs | 100 | 0023-01 | $44.95 | $47.25 |
| Diltiazem | 30 mg | Tabs | 500 | 0023-05 | $201.90 | $232.10 |
| Diltiazem | 60 mg | Tabs | 100 | 0045-01 | $70.30 | $74.10 |
| Diltiazem | 60 mg | Tabs | 500 | 0045-05 | $316.50 | $363.95 |
| Diltiazem | 90 mg. | Tabs | 100 | 0135-01 | $88.10 | $101.30 |
| Diltiazem | 120 mg. | Tabs | 100 | 0525-01 | $118.60 | $136.40 |
| Doxycycline Hyclate | 100 mg. | Tabs | 500 | 0167-05 | $255.05 | $580.00 |
| Doxycycline Hyclate | 100 mg. | Tabs | 50 | 0167-89 | $27.70 | $67.10 |
| Ex Phenytoin Sodium | 100 mg. | Caps | 100 | 1560-01 | $24.50 | $26.15 |
| Ex Phenytoin Sodium | 100 mg. | Caps | 1000 | 1560-10 | $245.40 | $261.70 |
| Glipizide | 5 mg. | Tabs | 100 | 1105-01 | $33.60 | $34.75 |
| Glipizide | 5 mg. | Tabs | 500 | 1105-05 | $165.00 | $165.15 |

CAMylan00262857