# Exhibit N

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al., Civil Action No. 03-11226-PBS*

**Exhibit to the November 25, 2009 Declaration of Christopher C. Palermo in Support of Mylan's Motion for Partial Summary Judgment**



TO: Distribution - AWP Changes/ Third Party Notification

FROM: Michael Hatch

DATE: March 31, 2002

SUBJECT: **AWP Changes Effective April 1, 2002**

Mylan Pharmaceuticals Inc. announces AWP changes for Clozapine and Extended Phenytoin Sodium. These changes are effective April 1, 2002.

| Product | Strength | Size | Form | NDC# (0378-) | Old AWP | New AWP | Effective Date |
|---|---|---|---|---|---|---|---|
| Clozapine | 25mg | 100 | Tablet | 0825-01 | $128.47 | $131.94 | 4/1/2002 |
| Clozapine | 100mg | 100 | Tablet | 0860-01 | $332.80 | $341.86 | 4/1/2002 |
| Clozapine | 100mg | 500 | Tablet | 0860-05 | $1,612.42 | $1,644.66 | 4/1/2002 |
| Extended Phenytoin Sodium | 100 mg | 100 | Capsule | 1560-01 | $26.15 | $26.80 | 4/1/2002 |
| Extended Phenytoin Sodium | 100 mg | 1000 | Capsule | 1560-10 | $261.70 | $268.24 | 4/1/2002 |

If you have any questions concerning these changes, please feel free to contact me at 1-800-796-9526. Thank you for your continued support of Mylan Pharmaceuticals.

Distribution: First DataBank
Medi-Span
Red Book

CAMylan0026286    CAMylan00262866