# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Master File No. 01-cv-12257-PBS <br><br> Subcategory No. 06-11337-PBS <br> Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: <br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | Judge Patti B. Saris |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as co-counsel of record on behalf of the Relator, Ven-A Care of the Florida Keys, Inc., in the above-captioned action.

                              Respectfully submitted,

                              BERGER & MONTAGUE, P.C.

                              s/ Marjory P. Albee <br>
                              Marjory P. Albee (PA ID # 28150) <br>
                              1622 Locust Street <br>
                              Philadelphia, PA 19103 <br>
                              (215) 875-3000

Dated: December 1, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 1, 2009 a copy to Lexis Nexis for posting and notification to all parties.

s/Marjory P. Albee