# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories Inc., et al.* | ) )<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## DECEMBER 2009 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for December 2009, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: December 1, 2009

Respectfully submitted,

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

By: /s/ Joanne M. Cicala_____
Joanne M. Cicala
Kathryn B. Allen

**December 2009 Status Report for the State of Iowa**

**<u>Voluntary Dismissal of Claims</u>**

On November 4, 2009, plaintiff voluntarily dismissed the following defendants: Abbott Laboratories Inc., Abbott Laboratories, Amgen Inc., Baxter Healthcare Corporation, Baxter International Inc., Ben Venue Laboratories Inc., Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals Inc., Immunex Corporation, and Roxane Laboratories, Inc. *See* Plaintiff's Notice of Voluntary Dismissal of Plaintiff's Claims Against Certain Defendants [Docket No. 6647, Sub-Docket No. 49].

On November 17, 2009, the Court entered the Order of Dismissal [Docket No. 6662, Sub-Docket No. 52].

**<u>Stipulation Concerning the Use of Prior Depositions</u>**

On November 13, 2009, plaintiff and defendant Barr filed a Stipulation Concerning the Use of Prior Depositions [Docket No. 6659, Sub-Docket No. 50].

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 1st day of December, 2009, she caused a true and correct copy of the above December 2009 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: December 1, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600