UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456<br>Master Docket 01-cv-12257 |
| THIS DOCUMENT RELATES TO: | ) ) ) Subcategory 06-11337<br>Civil Action No. 08-cv-10852 |
| *United States of America Ex Rel.*<br>*Ven-A-Care of the Florida Keys, Inc.,*<br>*a Florida Corporation, by and through*<br>*its principal officers and directors,*<br>ZACHARY T. BENTLEY and T. MARK JONES,<br>*vs. Actavis Mid Atlantic LLC,*<br>*et al.* | ) ) ) ) ) ) ) ) Judge Patti B. Saris |

Status Report December 1, 2009

Pursuant to the Court's July 17, 2004 Procedural Order, the undersigned counsel for the Plaintiffs hereby submits the following status report to the court listing the status of all motions to date.

Respectfully submitted,

Dated: 12/1/09            By: /s/ Susan Schneider Thomas
                Susan Schneider Thomas (PA Bar No. 32799)
                **BERGER & MONTAGUE, P.C.**
                1622 Locust Street
                Philadelphia, PA 19103
                Telephone (215) 875-3000
                Facsimile (215) 875-4604

                Jonathan Shapiro
                **STERN, SHAPIRO, WEISSBERG & GARIN**
                90 Canal Street, Suite 500
                Boston, MA 02114-2022
                Telephone (617)742-5800
                Facsimile (617) 742-5858

                **Attorneys for Ven-A-Care of the Florida Keys, Inc.**

# MDL 1456 Status Report
# USA *ex rel.* Ven-A-Care v. Actavis, *et al.*
# Case No. 08-cv-10852

**Pending Motions**

None.

The parties have been working on a joint case management order and believe they have an order to submit to the Court for approval within a week or two.

# CERTIFICATE OF SERVICE

I hereby certify that I, Carol Brotstein, paralegal with Berger & Montague caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on December 1, 2009, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

Respectfully submitted,

Dated: 12/1/09          By: /s/ Carol Brotstein_____

**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone (215) 875-3000
Facsimile (215) 875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN**
90 Canal Street, Suite 500
Boston, MA 02114-2022
Telephone (617)742-5800
Facsimile (617) 742-5858

**Attorneys for Ven-A-Care of the Florida Keys, Inc.**