

DC/MA
Thornton
Judge Saris
Dc# 01-12257

# **MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 08-1056

IN RE PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, et al.,

Plaintiffs, Appellees,

v.

ASTRAZENECA PHARMACEUTICALS LP,

Defendant, Appellant.

### JUDGMENT
Entered: September 23, 2009

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Costs are taxed in favor of Appellees
in the amount of $713.40

By the Court:

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

/s/ Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/27/09

cc: Mr. Berman, Ms. Hanscom, Mr. Haviland, Mr. Edwards, Mr. Schau, Mr. Wise, Ms. Meixel, Mr. Kinsel & Mr. Leahey.