# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
)
IN RE PHARMACEUTICAL INDUSTRY ) MDL NO. 1456
AVERAGE WHOLESALE PRICE )
LITIGATION ) Civil Action No. 01-12257-PBS
_____)
) Judge Patti B. Saris
THIS DOCUMENT RELATES TO )
01-CV-12257-PBS ) Chief Mag. Judge Marianne B. Bowler
_____)

## STATUS REPORT December 1, 2009

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for

Plaintiffs and Defendants hereby submit the attached status report to the Court listing the status

of all pending motions to date.

Respectfully Submitted,


PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS



By:    /s/  Thomas M. Sobol               DATED:  December 1, 2009

Thomas M. Sobol, Esq. (BBO # 471770)
Edward Notargiacomo, Esq. (BBO # 567636)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman, Esq.
Sean R. Matt, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900

Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Elizabeth Fegan, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
60 West Randolph Street, Suite 200
Chicago, Illinois  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286


Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA  18901
Telephone:  (215) 230-8043
Facsimile:  (215) 230-8735


Kenneth A. Wexler, Esq.
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle, Suite 2000
Chicago, IL  60602
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022


Eugene Spector, Esq.
Jeffrey L. Kodroff, Esq.
John A. Macoretta
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611

ON BEHALF OF DEFENDANTS

By:   /s/ Katherine B. Schmeckpeper                    DATED:  December 1, 2009

Nicholas C. Theodorou, Esq. (BBO# 496730)
Katherine B. Schmeckpeper, Esq. (BBO#663200)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA  02210


D. Scott Wise, Esq. (admitted *pro hac vice*)
Michael Flynn, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY  10017

Attorneys for Defendant AstraZeneca Pharmaceuticals LP

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 1, 2009, I caused a true and correct copy of the

foregoing Status Report to be served on all counsel of record by electronic service pursuant to

Case Management Order No. 2 by sending a copy to Lexis/Nexis File & Serve for posting and

notification to all parties.

      /s/ Katherine B. Schmeckpeper

Katherine B. Schmeckpeper, Esq. (BBO#663200)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA 02210