UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY | ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE | ) | Subcategory No. 07-12141 |
| LITIGATION | ) | Subcategory No. 03-10643 |
| | ) | Subcategory No. 06-11069 |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | Hon. Patti B. Saris |
| | ) | |
| *United States ex rel. Ven-A-Care of the Florida Keys, Inc.* v. *Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* Civil Action No. 09-CV-10547 | ) ) ) ) ) ) | |
| *United States ex rel. Ven-A-Care of the Florida Keys, Inc.* v. *Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* Civil Action No. 00-CV-10698 | ) ) ) ) ) ) | |
| *California ex rel. Ven-A-Care of the Florida Keys, Inc.* v. *Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* Civil Action No. 03-CV-11226 | ) ) ) ) ) ) | |
| *State of Iowa v. Abbott Labs., et al.* Civil Action No. 07-CV-12141 | ) ) ) | |
| *State of Arizona v. Abbott Labs, et al.* Civil Action NO. 06-CV-11069 | ) ) ) | |
| *City of New York* v. *Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) *County of Suffolk* v. *Abbott Labs., et al.* (E.D.N.Y. No. 03-CV-229) *County of Westchester* v. *Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178) | ) ) ) ) ) ) | |

[Caption Continues on Next Page]

*County of Rockland* v. *Abbott Labs., et al.* )
(S.D.N.Y. No. 03-CV-7055) )
*County of Dutchess* v. *Abbott Labs., et al.* )
(S.D.N.Y. No. 05-CV-06458) )
*County of Putnam* v. *Abbott Labs., et al.* )
(S.D.N.Y. No. 05-CV-04740) )
*County of Washington* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00408) )
*County of Rensselaer* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00422) )
*County of Albany* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00425) )
*County of Warren* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00468) )
*County of Greene* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00474) )
*County of Saratoga* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00478) )
*County of Columbia* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00867) )
*Essex County* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00878) )
*County of Chenango* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00354) )
*County of Broome* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00456) )
*County of Onondaga* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00088) )
*County of Tompkins* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00397) )
*County of Cayuga* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00423) )
*County of Madison* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00714) )
*County of Cortland* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00881) )
*County of Herkimer* v. *Abbott Labs. et al.* )
(N.D.N.Y. No. 05-CV-00415) )
*County of Oneida* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00489) )
*County of Fulton* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00519) )
*County of St. Lawrence* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00479) )
*County of Jefferson* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00715) )

*County of Lewis* v. *Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00839) )
*County of Chautauqua* v. *Abbott Labs., et al.*)
(W.D.N.Y. No. 05-CV-06204) )
*County of Allegany* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06231) )
*County of Cattaraugus* v. *Abbott Labs., et al.*)
(W.D.N.Y. No. 05-CV-06242) )
*County of Genesee* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06206) )
*County of Wayne* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06138) )
*County of Monroe* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06148) )
*County of Yates* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06172) )
*County of Niagara* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06296) )
*County of Seneca* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06370) )
*County of Orleans* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06371) )
*County of Ontario* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06373) )
*County of Schuyler* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06387) )
*County of Steuben* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06223) )
*County of Chemung* v. *Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06744) )
                                  AND )
*County of Nassau* v. *Abbott Labs., et al.* )
(E.D.N.Y. No. 04-CV-5126) )
_____)

## **NOTICE OF NAME CHANGE**

       The entity formerly known as Schering-Plough Corporation hereby notifies the Court that, effective as November 3, 2009, it is named Merck & Co., Inc.

Respectfully submitted,

 /s/ John P. Bueker
John T. Montgomery (BBO# 352220)
John P. Bueker (BBO# 636435)
Kim B. Nemirow (BBO# 663258)

ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: December 2, 2009

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 2, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                    /s/ John P. Bueker
                                                    John P. Bueker