UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> **THIS DOCUMENT RELATES TO** <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Civil Action No. 06- 11337* <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey L.P., et al., Civil Action No. 05- 11084* <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al., Civil Action No. 07- 10248* <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Civil Action No. 07-11618* | MDL NO. 1456 <br> Master File No. 01-12257-PBS <br><br> Subcategory Case No. 06-11337 <br><br> Hon. Patti B. Saris |

## **[PROPOSED] ORDER ON CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

THIS CAUSE is before the Court upon the parties' CONSENT MOTION TO MODIFY BRIEFING SCHEDULE, it is hereby ORDERED as follows:

1. The Motion is granted;

2. The deadline for sur-replies in the Court's Order of October 14, 2009 [Master Docket 6587; Subcategory Docket 494] shall be extended in the Ven-A-Care intervened cases to December 18, 2009.

MDL NO. 1456  
Master File No. 01-12257-PBS  
Subcategory Case No. 06-11337

ORDERED IN CHAMBERS at BOSTON, MASSACHUSETTS this ___ day of _____, 2009.

_____  
UNITED STATES DISTRICT JUDGE PATTI B. SARIS