# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) *ALL MATTERS* ) | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852<br><br>Judge Patti B. Saris |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of the Relator, Ven-A Care of the Florida Keys, Inc., in the above-captioned action.

        Respectfully submitted,

        LAW OFFICE OF GLENN GROSSENBACHER

        s/ Glenn Grossenbacher
        Glenn Grossenbacher
        (Texas Bar no. 08541100)
        24165 IH-10 W., Suite 217-766
        San Antonio, Texas, 78257
        Telephone (210) 271-3888
        e-mail : gglaw@satx.rr.com

Dated: December 1, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 1, 2009 a copy to Lexis Nexis for posting and notification to all parties.

s/Glenn Grossenbacher