# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v.<br>Abbott Laboratories, *et al.*<br>CASE #: 1:03-cv-11226-PBS | )<br>) Judge Patti B. Saris<br>)<br>)<br>) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR ADMISSION OF ELIZABETH S. VOORHIES BY STATE OF CALIFORNIA

The following submission for admission *pro hac vice* is being made pursuant to Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached is the Certificate of Good Standing from the United States District Court, Southern District of California along with the Certificate of Good Standing from the California State Bar for California Deputy Attorney General:

Elizabeth S. Voorhies
Deputy Attorney General
California Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Ste. 315
San Diego, CA 92108
Tel: (619) 688-7908
Fax: (619) 688-4200
elizabeth.voorhies@doj.ca.gov

1

Also enclosed please find a check in the amount of $50.00 for admission *pro hac vice*.

Dated: December 3, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ELIZABETH S. VOORHIES
Deputy Attorney General
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California 92108
Tel: (619) 688-7908
Fax: (619) 688-4200
elizabeth.voorhies@doj.ca.gov

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

# CERTIFICATE OF SERVICE

I, Elizabeth S. Voorhies, certify that on December 3, 2009, I caused a true and correct copy of the foregoing, **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR ADMISSION OF ELIZABETH S. VOORHIES BY STATE OF CALIFORNIA**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

_____
ELIZABETH S. VOORHIES
Deputy Attorney General

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 27, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ELIZABETH SHABATAY VOORHIES, #183172 was admitted to the practice of law in this state by the Supreme Court of California on June 12, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA  } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

    DO HEREBY CERTIFY That Elizabeth Voorhies was duly admitted to practice in said Court on 05/15/2002, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA

on November 24, 2009

W. SAMUEL HAMRICK, JR.
Clerk

By    E. Lloyd             ,
Deputy Clerk