# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories*, Civil Action No. 06-11337-PBS; | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | |

### UNOPPOSED MOTION BY THE UNITED STATES FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTIONS FOR A FINDING OF SPOLIATION AND FOR SANCTIONS

The United States files this unopposed motion for leave to file a sur-reply in opposition to the motions by Abbott, Dey, and Roxane for a finding of spoliation and sanctions against the United States. The United States respectfully suggests that by allowing the Government to file a sur-reply, the Court will be able to make a more fully-informed decision regarding the merits of the defendants' spoliation motions. Counsel for defendants advised that he will not oppose this request.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY | TONY WEST<br>ASSISTANT ATTORNEY GENERAL |
| _____ | /s/ Justin Draycott |
| George B. Henderson, II | Joyce R. Branda |
| Barbara Healy Smith | Daniel Anderson |
| James J. Fauci | Renee Brooker |
| Assistant U.S. Attorneys | Laurie A. Oberembt |
| United States Courthouse | Justin Draycott |
| Suite 9200, 1 Courthouse Way | Rebecca Ford |
| Boston, MA 02210 | Civil Division |
| Phone: (617) 748-3272 | Commercial Litigation Branch |
| Fax: (617) 748-3971 | P. O. Box 261 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| JEFFREY H. SLOMAN | Phone: (202) 307-1088 |
| ACTING UNITED STATES ATTORNEY | Fax: (202) 307-3852 |
| SOUTHERN DISTRICT OF FLORIDA | |

_____
Mark A. Lavine
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101


Dated: December 4, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTIONS FOR A FINDING OF SPOLIATION AND FOR SANCTIONS to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: December 4, 2009

                                                        /s/ Justin Draycott
                                                         Justin Draycott