**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| ) | Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories*, Civil Action No. 06-11337-PBS; ) ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and ) ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS ) ) ) ) | |

**UNOPPOSED MOTION BY THE UNITED STATES
FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS'
MOTIONS FOR A FINDING OF SPOLIATION AND FOR SANCTIONS**

The United States files this unopposed motion for leave to file a sur-reply in opposition to the motions by Abbott, Dey, and Roxane for a finding of spoliation and sanctions against the United States. The United States respectfully suggests that by allowing the Government to file a sur-reply, the Court will be able to make a more fully-informed decision regarding the merits of the defendants' spoliation motions. Counsel for defendants advised that he will not oppose this request.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY | TONY WEST<br>ASSISTANT ATTORNEY GENERAL |
| _____<br>George B. Henderson, II<br>Barbara Healy Smith<br>James J. Fauci<br>Assistant U.S. Attorneys<br>United States Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel Anderson<br>Renee Brooker<br>Laurie A. Oberembt<br>Justin Draycott<br>Rebecca Ford<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044 |
| JEFFREY H. SLOMAN<br>ACTING UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Phone:  (202) 307-1088<br>Fax: (202) 307-3852 |

_____
Mark A. Lavine
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

Dated: December 4, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTIONS FOR A FINDING OF SPOLIATION AND FOR SANCTIONS to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: December 4, 2009

                                                                    /s/ Justin Draycott
                                                                      Justin Draycott