# EXHIBIT 1

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - -x

IN RE: PHARMACEUTICAL      : MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION:

PRICE LITIGATION           : 01-CV-12257-PBS

THIS DOCUMENT RELATES TO   :

U.S. ex rel. Ven-a-Care of : Judge Patti B. Saris

the Florida Keys, Inc. v.  :

Abbott Laboratories, Inc., : Chief Magistrate

No. 06-CV-11337-PBS        : Judge Marianne B.

- - - - - - - - - - - - - -x Bowler

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

- - - - - - - - - - - - - -x

STATE OF ALABAMA,          :

       Plaintiff, :

  vs.                     : Case No.: CV-05-219

ABBOTT LABORATORIES, INC., : Judge Charles Price

et al.,                    :

       Defendants.:

- - - - - - - - - - - - - -x

```
1      IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2           IN AND FOR LEON COUNTY, FLORIDA
3
4   THE STATE OF FLORIDA
5   ex rel.
6   - - - - - - - - - - - - - - - - - - x
7   VEN-A-CARE OF THE FLORIDA          :
8   KEYS, INC., a Florida              :
9   Corporation, by and through its    :
10  principal officers and directors,  :
11  ZACHARY T. BENTLEY and             :
12  T. MARK JONES,                     :
13             Plaintiffs,             :
14        vs.                          : Civil Action
15  MYLAN LABORATORIES INC.; MYLAN     : No.: 98-3032G
16  PHARMACEUTICALS INC.; NOVOPHARM    : Judge:  William
17  LTD., SCHEIN PHARMACEUTICAL, INC.;:   L. Gary
18  TEVA PHARMACEUTICAL INDUSTRIES     :
19  LTD., TEVA PHARMACEUTICAL USA;     :
20  and WATSON PHARMACEUTICALS, INC.,  :
21             Defendants,             :
22  - - - - - - - - - - - - - - - - - - x
```

64

1   the documents are scheduled for destruction, have
2   you ever --
3           MS. MARTINEZ:  Object to form.
4       Q.  Who sends you the notice that documents
5   are scheduled for destruction?
6       **A.  I have never received such a notice.**
7       Q.  Maybe I misunderstood your testimony.
8       **A.  Right.  I was explaining what the**
9   **process would be.  But I'm saying that we are not**
10  **there yet. We haven't destroyed any records.**
11  **And, furthermore, any documents that go to the**
12  **federal record center are permanent records, so**
13  **they would never be destroyed.  After they are**
14  **maintained at the federal record center for 20**
15  **years, then they go to the national archives.**
16      Q.  That's for all records that come out of
17  --
18      **A.  For permanent records.**
19      Q.  For permanent records only.  If they
20  are not permanent records though they have a
21  different --
22      **A.  Yes.**

1  Q.   -- production or retention?

2  **A.   Retention, yes.  That's correct.**

3  Q.   Schedule.  So you have only been
4  talking about permanent records with respect to
5  the non-destruction of documents?

6  **A.   I'm saying that we never destroy any**
7  **documents, temporary or otherwise.**

8  Q.   Okay.  And is that according to a
9  written policy of CMS?

10 **A.   Well, as I was trying to explain, in**
11 **2004 when we changed our record schedule, we**
12 **provided for a shorter retention period for**
13 **temporary records. And we are not yet to the**
14 **place in the process or we haven't yet developed,**
15 **we haven't started destroying temporary records**
16 **yet.**

17 Q.   So although the policy calls for the
18 destruction, you haven't destroyed any?

19 **A.   Right.  Not yet.  Not yet.  And if --**
20 **when we get there, if there are any that need to**
21 **be preserved under a preservation order, then I**
22 **would ensure that they were preserved.**