# EXHIBIT 2

Buto, Kathleen                                                        September 12, 2007

Washington, DC

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE:   PHARMACEUTICAL | ) MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) CIVIL ACTION |
| PRICE LITIGATION | ) 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) |
| U.S. ex rel. Ven-a-Care of | ) Judge Patti B. |
| the Florida Keys, Inc. | ) Saris |
|       v. | ) Chief Magistrate |
| Abbott Laboratories, Inc., | ) Judge Marianne B. |
| No. 06-CV-11337-PBS | ) Bowler |

- - - - - - - - - - - - - - - - -

(captions continue on following pages)

Videotaped deposition of Kathleen Buto

Volume I

Washington, D.C.

Wednesday, September 12, 2007

9:00 a.m.

Buto, Kathleen                                                September 12, 2007

Washington, DC

97

1   payment methodologies.

2       Q.   When you were at the government and
3   before you left HCFA in 2000 had you ever
4   received a direction to retain documents relating
5   to Medicare and Medicaid reimbursement of drugs?

6       A.   I don't remember that, but we had a
7   whole document office so all of our official
8   records were kept by -- I had my own executive
9   secretariat within the bureau.  And usually I
10  would just refer any document issues to that
11  organization and they would take responsibility
12  for collecting up all of the relevant documents.

13           So I personally -- that's the kind of
14  thing you would usually delegate in government to
15  the documents people.  So, you know, the process
16  might be we get a direction and that immediately
17  goes to the document people and we might be
18  copied on it.  But that's the way it's usually
19  handled. So -- at least it was back then.  I
20  don't know what's done now.

21           Routinely, as I said, we were in
22  litigation.  So there was a lot of this document

1   collection going on.  And beyond that the Freedom

2   of Information Act, lots of requests for

3   documents. Again, that's why we had these

4   document organizations whose business it was to

5   keep those or official records and make sure they

6   were made available.

7       Q.   When you say official records what do

8   you mean by that?

9       A.   Any records of decision-making and, you

10  know, things that are sent out, drafts of

11  regulations, you know, the whole stream of

12  documents that are produced.

13      Q.   This wouldn't include all the documents

14  that you would have written, would it?

15      A.   Yes, it typically would.

16      Q.   In your position?

17      A.   Yeah, because they would come to my

18  office and have my -- I had a couple of special

19  assistants do the same thing -- make sure that

20  all our documents were produced.  Yeah.

21      Q.   And you did not use e-mail during your

22  time?