# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Hon. Patti B. Saris |
| | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| *State of Mississippi v. Schering-Plough Corp.,* | ) | |
| *Schering Corp., and* | ) | |
| *Warrick Pharmaceuticals Corp.* | ) | |
| Civil Action No. 09-CV-12060 | ) | |
| | ) | |

## <u>NOTICE OF NAME CHANGE</u>

The entity formerly known as Schering-Plough Corporation hereby notifies the Court that, effective as of November 3, 2009, it is named Merck & Co., Inc.

Respectfully submitted,

 /s/ John P. Bueker
John T. Montgomery (BBO# 352220)
John P. Bueker (BBO# 636435)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated:  December 4, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2009, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ John P. Bueker
John P. Bueker