UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States of America, et rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*<br>No. 07-CV-11618-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Docket: 06-CV-11337-PBS<br><br>Hon. Patti B. Saris |

## DECLARATION OF ERIC P. BERLIN

1.  I am an attorney with the law firm Jones Day, counsel for Defendant Abbott Laboratories, Inc. ("Abbott").

2.  I am admitted to practice in the State of Illinois and *pro hac vice* before this Court.

3.  Attached hereto as Exhibit A is a listing of the exhibits filed in conjunction with Abbott Laboratories Inc.'s Reply to Ven-A-Care's Response to Abbott's Local Rule 56.1 Statement of Undisputed Material Facts Support Abbott's Motion for Summary Judgment; Abbott Laboratories Inc.'s Reply in Support of its Motion for Summary Judgment; and Abbott Laboratories Inc.'s Reply Memorandum in Support of its Motion *in limine* to Exclude Certain Opinions Proffered by Plaintiffs' Experts Mark G. Duggan, Ph.D.

4.  Those exhibits, incorporated herein by reference, are true and correct copies of the documents as described in the attached list.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2009    /s/ Eric P. Berlin
                            Eric P. Berlin.

CHI-1733208v1

# EXHIBIT A

CHI-1733208v1

- 3 -

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 1 | Fiske 30(b)(6) Deposition Transcript, 2/17-18/09 | |
| 2 | FDA Drug Details | |
| 3 | Bentley Deposition Transcript Excerpt, 3/5/08 | |
| 4 | Pavlik Deposition Transcript Excerpt, 1/22/09 | |
| 5 | Statement of John M. Rector, House Energy and Commerce Committee, July 31, 1992 | Lockwood Ex.16 |
| 6 | Kreling Deposition Transcript Excerpt, 12/04/08 | |
| 7 | Affidavit of Steven Young | |
| 8 | Memorandum of the National Association of Chain Drug Stores and National Community Pharmacists Association In Support of Their Motion For Preliminary Injunction and Request For Expedited Hearing, *Nat'l Ass'n of Chain Drug Stores v. U.S. Dep't of Health & Human Servs.*, No. 07-cv-02017-RCL (D.D.C. Nov. 15, 2009) | |
| 9 | Collection of California MAC Lists | |
| 10 | Perri Deposition Transcript Excerpt, 5/1/09 | |
| 11 | United States Patent and Trademark Office Search Results | |

CHI-1733208v1