# EXHIBIT 2





FAQ | Instructions | Glossary | Contact Us | CDER Home

FDA Approved Drug Products

Start Over | Back to Search Results | Back to Overview

## Drug Details

**Drug Name(s)**  ERYPED (Brand Name Drug)

**FDA Application No.**  (NDA) 050207

**Active Ingredient(s)**  ERYTHROMYCIN ETHYLSUCCINATE

**Company**  ABBOTT

**Original Approval or Tentative Approval Date**  April 2, 1965

- **Therapeutic Equivalents**
- **Approval History, Letters, Reviews, and Related Documents**

- **Label Information**

### Products on Application (NDA) #050207

Click on a column header to re-sort the table:

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | RLD | TE Code |
|---|---|---|---|---|---|---|
| E.E.S. | ERYTHROMYCIN ETHYLSUCCINATE | EQ 200MG BASE/5ML | GRANULE; ORAL | Prescription | No | AB |
| ERYPED | ERYTHROMYCIN ETHYLSUCCINATE | EQ 400MG BASE/5ML | GRANULE; ORAL | Prescription | Yes | None |
| ERYPED | ERYTHROMYCIN ETHYLSUCCINATE | EQ 200MG BASE/5ML | GRANULE; ORAL | Prescription | No | AB |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer
CDER Home Page | Contact CDER | What's New @ CDER
FDA Home Page | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research
Office of Training and Communications
Division of Information Services
Update Frequency: Daily




# U.S. Food and Drug Administration
## CENTER FOR DRUG EVALUATION AND RESEARCH



**FDA Approved Drug Products**

FAQ | Instructions | Glossary | Contact Us | CDER Home

[Start Over] [Back to Search Results] [Back to Overview]

## Drug Details

| | |
|---|---|
| **Drug Name(s)** | ERYTHROMYCIN (Generic Drug) |
| **FDA Application No.** | (ANDA) 061621 |
| **Active Ingredient(s)** | ERYTHROMYCIN |
| **Company** | ABBOTT |
| **Original Approval or Tentative Approval Date** | July 11, 1972 |

- There are no Therapeutic Equivalents
- **Approval History, Letters, Reviews, and Related Documents**
- Labels are not available

## Products on Application (ANDA) #061621

Click on a column header to re-sort the table:

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | RLD | TE Code |
|---|---|---|---|---|---|---|
| ERYTHROMYCIN | ERYTHROMYCIN | 250MG | TABLET; ORAL | Prescription | No | None |
| ERYTHROMYCIN | ERYTHROMYCIN | 500MG | TABLET; ORAL | Prescription | Yes | None |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer
CDER Home Page | Contact CDER | What's New @ CDER
FDA Home Page | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research
Office of Training and Communications
Division of Information Services
Update Frequency: Daily

 



**FDA Approved Drug Products**

FAQ | Instructions | Glossary | Contact Us | CDER Home

Start Over | Back to Search Results

# Drug Details

| | |
|---|---|
| **Drug Name(s)** | E.E.S. 200 (Generic Drug) |
| **FDA Application No.** | (ANDA) 061639 |
| **Active Ingredient(s)** | ERYTHROMYCIN ETHYLSUCCINATE |
| **Company** | ABBOTT |
| **Original Approval or Tentative Approval Date** | October 15, 1973 |

- **Therapeutic Equivalents**
- **Approval History, Letters, Reviews, and Related Documents**

- **Labels are not available**

## Products on Application (ANDA) #061639

Click on a column header to re-sort the table:

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | RLD | TE Code |
|---|---|---|---|---|---|---|
| E.E.S. 200 | ERYTHROMYCIN ETHYLSUCCINATE | EQ 200MG BASE/5ML | SUSPENSION; ORAL | Prescription | No | AB |
| E.E.S. 400 | ERYTHROMYCIN ETHYLSUCCINATE | EQ 400MG BASE/5ML | SUSPENSION; ORAL | Prescription | Yes | AB |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer
CDER Home Page | Contact CDER | What's New @ CDER
FDA Home Page | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research
Office of Training and Communications
Division of Information Services
Update Frequency: Daily





FAQ | Instructions | Glossary | Contact Us | CDER Home

# Drug Details

| | |
|---|---|
| **Drug Name(s)** | ERY-TAB (Generic Drug) |
| **FDA Application No.** | (ANDA) 062298 |
| **Active Ingredient(s)** | ERYTHROMYCIN |
| **Company** | ABBOTT |
| **Original Approval or Tentative Approval Date** | March 29, 1982 |

- There are no Therapeutic Equivalents
- **Approval History, Letters, Reviews, and Related Documents**
- Labels are not available

## Products on Application (ANDA) #062298

Click on a column header to re-sort the table:

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | RLD | TE Code |
|---|---|---|---|---|---|---|
| ERY-TAB | ERYTHROMYCIN | 250MG | TABLET, DELAYED RELEASE; ORAL | Prescription | Yes | AB |
| ERY-TAB | ERYTHROMYCIN | 500MG | TABLET, DELAYED RELEASE; ORAL | Prescription | Yes | AB |
| ERY-TAB | ERYTHROMYCIN | 333MG | TABLET, DELAYED RELEASE; ORAL | Prescription | Yes | AB |

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer
CDER Home Page | Contact CDER | What's New @ CDER
FDA Home Page | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research
Office of Training and Communications
Division of Information Services
Update Frequency: Daily