# EXHIBIT 4

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF ILLINOIS
                 EASTERN DIVISION


US ex re. VEN-A-CARE OF THE   )
FLORIDA KEYS, INC.,           )
                              )
           Plaintiffs,        )
                              )
    vs                        ) NO.
                              ) 07-CV-11618-PBS
ABBOTT LABORATORIES, INC.,    )
                              )
           Defendants.        )
                              ) MDSL No. 1456
                              ) No. 01-12257-PBS
                              )
```

The deposition JOHN CHRISTOPHER PAVLIK taken in the above-entitled cause before Denise A. Andras, a notary public within and for the County of Cook and State of Illinois, taken pursuant to the Federal Rules of Civil Procedure for the United States District Courts, at 77 West Wacker Drive, Chicago, Illinois, on the 22nd day of January, A.D., 2009, scheduled to commence at 9:00 o'clock a.m.

Page 58

1  A. Not always. I know it was expected
2  to be there. They had asked for it.
3  Q. Did you have some awareness of why
4  they were expecting it to be on the sheets?
5       MR. BERLIN: Objection, form,
6     foundation.
7  BY THE WITNESS:
8  A. I would say honestly, no, not
9  completely. I think there was inference, but
10 never a hundred percent positive.
11 BY MR. ANDERSON:
12 Q. What was your inference?
13 A. Inference would be they would want
14 to know from a third-party plan perspective, you
15 know, and then the other thing they wanted to
16 know, some customers I know, one of mine
17 specifically, would say we priced to our customers
18 off of AWP. So that was the only customer that I
19 can recall where that was important.
20 Q. You just referenced third-party
21 plans in your testimony. Are you referring to
22 third-party plans like private insurance or
23 government programs like Medicaid that reimbursed
24 for drugs?

Page 59

1  A. I would mostly be looking at
2  third-party managed care plans, not Medicaid.
3  Q. Like private insurance?
4  A. Yes.
5  Q. But drug reimbursement nonetheless?
6  A. Yes.
7  Q. And you don't have any reason to
8  testify that customers wanted AWPs on the stocking
9  sheets, only to gauge private insurance
10 reimbursement, do you?
11 A. I'm not really sure why they wanted
12 it, to be honest with you.
13 Q. But you did know that they wanted it
14 for third-party reimbursement purposes?
15 A. Not totally. That was just --
16 Q. That was your inference?
17 A. Yeah.
18 Q. Okay. Let's take a look, if we
19 could, at what's been marked as Exhibit 1.
20       (Document marked as
21        Exhibit No. 1 for
22        identification.)
23
24

Page 60

1  BY MR. ANDERSON:
2  Q. Do you recognize the type of
3  document that's been marked as Pavlik Exhibit 1?
4  A. I'm assuming that I saw this at one
5  time since it's NAM, but I don't remember it
6  specifically.
7  BY MR. ANDERSON:
8  Q. You don't remember this specific --
9  these two pages, but do you remember this type of
10 document?
11 A. Yes.
12 Q. Okay. And it's titled NAM mission
13 statement for a new product launch, correct?
14 A. Yes.
15 Q. And then it lists some elements of a
16 new product launch, correct?
17 A. Yes.
18 Q. Are those elements that are listed
19 there consistent with your experience?
20       MR. BERLIN: Is there a time period?
21 BY MR. ANDERSON:
22 Q. Over your tenure as a NAM.
23 A. I would say on new product launches,
24 most of this stuff has been there for most of the

Page 61

1  part.
2  Q. Okay. Looking at the bullet points,
3  I noticed lower-middle part of the list there is a
4  bullet that reads "pricing"?
5  A. Yes.
6  Q. Are you with me there?
7  A. Uh-huh.
8  Q. And then it says, "WAC list and
9  estimated AWP," is that correct?
10 A. Yes.
11 Q. And is that consistent with your
12 memory that prior to a launch, Abbott would set
13 those prices?
14 A. I would say in the 90's possibly.
15 Certainly not today.
16 Q. What about in the 80's?
17 A. I really don't -- I don't remember.
18 Q. You are not remembering that far
19 back?
20 A. Yes, I don't think we had a whole
21 lot of new products in the late 80's when I first
22 started this job.
23 Q. Which of those prices, WAC, list and
24 estimated AWP is Abbott currently not setting?

16 (Pages 58 to 61)

Page 62

1   A.   AWP.
2   Q.   Is there a difference between AWP
3   and estimated AWP?
4   A.   I'm not sure.
5   Q.   What department did you understand
6   was responsible for setting the estimated AWP at
7   Abbott?
8   A.   I'm not sure of that either.  I'm
9   not sure who did that.  I just know it was always
10  on the sheets back then.
11  Q.   And these were sheets that were
12  coming from Abbott obviously?
13  A.   Yes.
14  Q.   So somebody at Abbott was creating
15  an estimated AWP?
16       MR. BERLIN:  Objection, form.
17  BY THE WITNESS:
18  A.   Potentially yes.
19       MR. BERLIN:  Well, he is asking if
20  you know or not.
21       THE WITNESS:  I'm not sure if it
22  came from somebody at Abbott or somebody
23  else.  I'm not sure.
24

Page 63

1   BY MR. ANDERSON:
2   Q.   But you know it was appearing on
3   sheets that were printed by Abbott?
4   A.   On new products, yes.  That's where
5   I remember seeing estimated AWPs.
6   Q.   Looking down the list of elements of
7   a product launch, do you see the last bullet
8   reads, "notification to data service companies"?
9   A.   Yes.
10  Q.   And then there's a parenthetical by
11  pricing to Medispan, First Data Bank, et cetera,
12  did I read that correctly?
13  A.   Yes.
14  Q.   Did you understand that these
15  estimated AWPs were being set by Abbott and then
16  sent to the data companies like First Data Bank?
17       MR. BERLIN:  Objection, form.
18  BY THE WITNESS:
19  A.   I knew we were probably sending a
20  WAC price to them, and they were probably setting
21  the final AWP.
22  BY MR. ANDERSON:
23  Q.   Do you know, sir, whether or not
24  Abbott was sending AWPs?

Page 64

1   A.   I don't know that.
2   Q.   Do you know that Abbott was not
3   sending AWPs?
4   A.   I don't know that either.
5   Q.   So if the documents show Abbott
6   sending AWPs to the compendia, that -- you don't
7   have any information to disagree with the
8   documents, do you?
9        MR. BERLIN:  Well, hold on a second.
10  Objection to form and objection to -- I
11  mean, if you have documents that say and you
12  want him to see it, show it to him.  I mean
13  it's like saying to a murderer -- someone
14  who is accused, if we had a picture of you
15  pulling the trigger of a gun, you wouldn't
16  have any reason to believe -- either he
17  knows or he doesn't.
18       MR. ANDERSON:  Well, you can
19  object, Eric, and he can answer the
20  question.
21       MR. BERLIN:  I agree.  But I think
22  it's sort of a harassing, abusive
23  question, and that's why I stated a
24  longer objection.  You can answer if you

Page 65

1   can.
2        THE WITNESS:  Why don't you restate
3   it?
4        MR. ANDERSON:  Sure.
5   BY MR. ANDERSON:
6   Q.   Sir, if there are documents that
7   show Abbott reporting AWPs to the compendia, do
8   you have any information to contradict that Abbott
9   was sending AWPs to the compendia?
10       MR. BERLIN:  Same objection.
11  BY THE WITNESS:
12  A.   All I can tell you is that I believe
13  we sent -- I don't know what we sent to the
14  compendia, other than a WAC price.  I don't know
15  anything beyond that.  It's really not my job.
16  BY MR. ANDERSON:
17  Q.   Why was it that the data service
18  companies like Medispan and First Data Bank and
19  Red Book were notified of a product launch?
20  A.   Primarily so they would get it into
21  the pharmacy systems and the various customers out
22  there who get their pharmacy updates, get their
23  pricing information, the NDC, so they can load it
24  into their pharmacy system.

17 (Pages 62 to 65)