# EXHIBIT 9

| Drug or Medical Supply | Strength and/or Size | MAIC | FAC | Medical Supply Type Code or Billing Unit |
|---|---|---|---|---|
| Erythromycin Base | | | | |
| Tablets, | | | | |
| Delayed Release | 333mg | | $ 0.3449 | ea † |
| | 500mg | | $ 0.2175 | ea † |
| Capsules | | | | |
| Delayed release | 250mg | | $ 0.2693 | ea † |
| Ophthalmic ointment | 5mg/Gm-3.5Gm | | $ 0.5357 | Gm |
| Topical solution | 2%-60cc | | $ 0.0650 | cc † |
| gel | 2%-30Gm | | $ 0.4945 | Gm † |
| | 2%-60Gm | | $ 0.4673 | Gm † |
| Erythromycin Estolate | | | | |
| Capsules | 250mg | | $ 0.2292 | ea † |
| Oral suspension | 125mg/5cc | | $ 0.0467 | cc † |
| | 250mg/5cc | | $ 0.0766 | cc † |
| Erythromycin Ethylsuccinate | | | | |
| Tablets | 400mg | | $ 0.2160 | ea † |
| Granules | 200mg/5cc-100cc | | $ 0.0740 | cc |
| | 200mg/5cc-200cc | | $ 0.0701 | cc |
| Oral suspension | 200mg/5cc | $ 0.0304 | $ 0.0248 | cc |
| | 200mg/5ml-100ml | | $ 0.0569 | cc † |
| | 200mg/5ml-200ml | | $ 0.0697 | cc † |
| | 400mg/5cc | $ 0.0572 | $ 0.0461 | cc |
| | 400mg/5ml-100ml | | $ 0.1022 | cc † |
| Erythromycin Stearate | | | | |
| Tablets | 250mg | $ 0.1202 | $ 0.1350 | ea |
| | 500mg | $ 0.1850 | $ 0.2175 | ea |
| ~~Erythromycin and Sulfisoxazole~~ | | | | |
| ~~Liquid~~ | ~~200mg-600mg/5ml~~ | | | |
| | ~~100ml~~ | | ~~$ 0.0893~~ ** | ~~cc~~ |
| | ~~150ml~~ | | ~~$ 0.0880~~ ** | ~~cc~~ |
| | ~~200ml~~ | | ~~$ 0.0863~~ ** | ~~cc~~ |
| Estropipate | | | | |
| Tablets | 3mg | | $ 1.1063 | ea † |

** Effective April 1, 1995

* Price is based on the bulk package size.

† Drug not listed in the Medi-Cal List of Contract Drugs.

Pharmacy 363  
March 1995

200-26-12

CAAG/DHS0045156

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| **Erythromycin Base** | | | | |
| Tablets, | | | | |
| Delayed Release | 333mg | | $ 0.3449 | ea † |
| Capsules | | | | |
| Delayed release | 250mg | | $ 0.2117 | ea † |
| Ophthalmic ointment | 5mg/Gm-3.5Gm | | $ 0.5357 | Gm |
| Topical | | | | |
| solution | 2%-60cc | | $ 0.0650 | cc † |
| gel | 2%-30Gm | | $ 0.4945 | Gm † |
| | 2%-60Gm | | $ 0.4673 | Gm † |
| **Erythromycin Estolate** | | | | |
| Capsules | 250mg | | $ 0.2292 | ea † |
| Oral suspension | 125mg/5cc | | $ 0.0467 | cc † |
| | 250mg/5cc | | $ 0.0766 | cc † |
| **Erythromycin Ethylsuccinate** | | | | |
| Tablets | 400mg | | $ 0.2160 | ea † |
| Granules | 200mg/5cc–100cc | | $ 0.0771 | cc |
| | 200mg/5cc–200cc | | $ 0.0746 | cc |
| Oral suspension | 200mg/5cc–480ml | $ 0.0304 | $ 0.0248 | cc |
| | 200mg/5ml–100ml | | $ 0.0569 | cc † |
| | 200mg/5ml–200ml | | $ 0.0697 | cc † |
| | 400mg/5cc–480ml | $ 0.0572 | $ 0.0461 | cc |
| **Erythromycin Stearate** | | | | |
| Tablets | 250mg | $ 0.1202 | $ 0.1350 | ea |
| | 500mg | $~~0.1850~~ ** | $ 0.2175 | ea |
| **Estropipate** | | | | |
| Tablets | 3mg | | $ 1.0940 | ea † |

**\*\* Effective October 1, 1995**

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs*.

Pharmacy 375　　　　　　　　　　　200-26-12
September 1995

CAAG/DHS0045884

| Drug or Medical Supply | Strength and/or Size | MAIC | FAC | Drug or Medical Supply Type Code |
|---|---|---|---|---|
| Erythromycin Base | | | | |
| Tablets, | | | | |
| Delayed Release | 333mg | | $ 0.3449 | ea † |
| | 500mg | | $ 0.2175 | ea † |
| Capsules | | | | |
| Delayed release | 250mg | | $ 0.2693 | ea † |
| Ophthalmic | | | | |
| ointment | 5mg/Gm-3.5Gm | | $ 0.5357 | Gm |
| Topical | | | | |
| solution | 2%-60cc | | $ 0.0650 | cc † |
| gel | 2%-30Gm | | $ 0.4945 ** | Gm † |
| | 2%-60Gm | | $ 0.4673 ** | Gm † |
| Erythromycin Estolate | | | | |
| Capsules | 250mg | | $ 0.2292 ** | ea † |
| Oral suspension | 125mg/5cc | | $ 0.0467 ** | cc † |
| | 250mg/5cc | | $ 0.0766 ** | cc † |
| Erythromycin Ethylsuccinate | | | | |
| Tablets | 400mg | | $ 0.2160 ** | ea † |
| Granules | 200mg/5cc-100cc | | $ 0.0740 | cc |
| | 200mg/5cc-200cc | | $ 0.0701 | cc |
| Oral suspension | 200mg/5cc | $ 0.0304 | $ 0.0248 | cc |
| | 200mg/5ml-100ml | | $ 0.0569 ** | cc † |
| | 200mg/5ml-200ml | | $ 0.0697 ** | cc † |
| | 400mg/5cc | $ 0.0572 | $ 0.0461 ** | cc |
| | 400mg/5ml-100ml | | $ 0.1022 ** | cc † |
| Erythromycin Stearate | | | | |
| Tablets | 250mg | $ 0.1202 | $ 0.1350 | ea |
| | 500mg | $ 0.1850 | $ 0.2175 ** | ea |
| Erythromycin and Sulfisoxazole | | | | |
| Liquid | 200mg-600mg/5ml | | | |
| | 100ml | | $ 0.0893 | cc |
| | 150ml | | $ 0.0880 | cc |
| | 200ml | | $ 0.0863 | cc |
| Estropipate | | | | |
| Tablets | 3mg | | $ 1.1063 ** | ea † |

** Effective January 1, 1995

* Price is based on the bulk package size.

† Drug not listed in the Medi-Cal List of Contract Drugs.

Pharmacy 355
November 1994

200-26-12

CAAG/DHS0044799

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Ergoloid Mesylates | | | | |
|   Tablets, sublingual | 0.5mg | | $ 0.0900 | ea † |
| | 1mg | | $ 0.0686 | ea |
|   Tablets, oral | 1mg | | $ 0.1388 | ea † |
| Erythromycin Base | | | | |
|   Tablets, | | | | |
|     Delayed Release | 333mg | | $ 0.3449 | ea † |
|   Capsules | | | | |
|     Delayed release | 250mg | | **$ 0.1913**\*\* | ea † |
|   Ophthalmic | | | | |
|     ointment | 5mg/Gm-3.5Gm | | **$ 1.2171**\*\* | Gm |
|   Topical | | | | |
|     solution | 2%-60cc | | $ 0.0650 | cc † |
|     gel | 2%-30Gm | | **$ 0.5245**\*\* | Gm † |
| | 2%-60Gm | | **$ 0.4997**\*\* | Gm † |
| Erythromycin Estolate | | | | |
|   Capsules | 250mg | | $ 0.2292 | ea † |
|   Oral suspension | 125mg/5cc - 480ml | | $ 0.0467 | cc † |
| | 250mg/5cc - 480ml | | $ 0.0766 | cc † |
| Erythromycin Ethylsuccinate | | | | |
|   Tablets | 400mg | | $ 0.2160 | ea † |
|   Granules | 200mg/5cc–100cc | | $ 0.0771 | cc |
| | 200mg/5cc–200cc | | $ 0.0746 | cc |
|   Oral suspension | 200mg/5cc–480ml | $ 0.0304 | $ 0.0248 | cc |
| | 200mg/5ml–100ml | | $ 0.0569 | cc † |
| | 200mg/5ml–200ml | | $ 0.0697 | cc † |
| | 400mg/5cc–480ml | $ 0.0572 | $ 0.0461 | cc |
| Erythromycin Stearate | | | | |
|   Tablets | 250mg | $ 0.1202 | $ 0.1350 | ea |
| | 500mg | | $ 0.2175 | ea |
| Estropipate | | | | |
|   Tablets | 3mg | | $ 1.0940 | ea † |

\*\* Effective January 1, 1996

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs.*

Pharmacy 379  
November 1995

200-26-12

CAAG/DHS0046198

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Erythromycin Stearate | | | | |
| Tablets | 250mg | $ 0.1202 | **$ 0.1425**** | ea |
| | 500mg | | $ 0.2175 | ea |
| Estropipate | | | | |
| Tablets | 3mg | | $ 1.0940 | ea † |
| Fenoprofen Calcium | | | | |
| Tablets | 600mg | | **$ 0.1920**** | ea |
| Fluocinolone Acetonide | | | | |
| Topical Cream | 0.01%-15Gm | | $ 0.0840 | Gm |
| | 0.01%-60Gm | | $ 0.0413 | Gm |
| | 0.025%-15Gm | | $ 0.1050 | Gm |
| | 0.025%-60Gm | | $ 0.0612 | Gm |
| | 0.025%-425Gm | | **$ 0.0896**** | Gm |
| **Topical** Ointment | 0.025%-15Gm | | **$ 0.1910**** | Gm |
| | 0.025%-60Gm | | **$ 0.0968**** | Gm |
| **Topical** Solution | 0.01%-20cc | | $ 0.1763 | cc |
| | 0.01%-60cc | | $ 0.0938 | cc |
| Fluocinonide | | | | |
| Topical Gel | 0.05%-60Gm | | $ 0.5978 | Gm |
| Topical Solution | 0.05%-60cc | | **$ 0.2738**** | cc |
| Topical Cream | 0.05%-15Gm | | $ 0.2350 | Gm |
| | 0.05%-30Gm | | $ 0.1825 | Gm |
| | 0.05%-60Gm | | $ 0.1625 | Gm |
| | 0.05%-120Gm | | $ 0.1969 | Gm |
| Topical Ointment | 0.05%-15Gm | | **$ 1.1480**** | Gm |
| | 0.05%-30Gm | | **$ 0.7995**** | Gm |
| | 0.05%-60Gm | | **$ 0.6680**** | Gm |

** **Effective August 1, 1996**

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs*.

Pharmacy 393  
June 1996

200-26-14

CAAG/DHS0046978

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| **Doxycycline Hyclate** | | | | |
| Capsules | 100mg-50 | | $ 0.1125 | ea |
| Capsules with | | | | |
| Coated Pellets | 100mg-50 | | **$ 1.8585**** | ea † |
| Tablets | 100mg-50 | | $ 0.1125 | ea |
| | | | | |
| **Ergocalciferol** | | | | |
| **Capsules** | **50,000 I.U.** | | **$0.0578**** | **ea †** |
| | | | | |
| Ergoloid Mesylates | | | | |
| Tablets, sublingual | ~~0.5mg~~ | | ~~$ 0.0900****~~ | ~~ea †~~ |
| | 1mg | | $ 0.0686 | ea |
| Tablets, oral | 1mg | | $ 0.1388 | ea † |
| | | | | |
| Erythromycin Base | | | | |
| Tablets, delayed release | 333mg | | $ 0.3449 | ea |
| Capsules, delayed release | 250mg | | $ 0.1913 | ea |
| Ophthalmic Ointment | 5mg/Gm-3.5Gm | | $ 1.2171 | Gm |
| Topical Solution | 2%-60cc | | $ 0.0650 | cc † |
| Tropical Gel | 2%-30Gm | | $ 0.5245 | Gm † |
| | 2%-60Gm | | $ 0.4997 | Gm † |
| | | | | |
| Erythromycin Estolate | | | | |
| Capsules | 250mg | | $ 0.2292 | ea † |
| Oral Suspension | 125mg/5cc-480cc | | **$ 0.0512**** | cc † |
| | 250mg/5cc-480cc | | **$ 0.0858**** | cc † |
| | | | | |
| Erythromycin Ethylsuccinate | | | | |
| Tablets | 400mg | | $ 0.2160 | ea † |
| Granules | 200mg/5cc–100cc | | **$ 0.0818**** | cc |
| | 200mg/5cc–200cc | | **$ 0.0782**** | cc |
| Oral Suspension | 200mg/5cc–480cc | $ 0.0304 | $ 0.0248 | cc |
| | 200mg/5cc–100cc | | $ 0.0569 | cc † |
| | 200mg/5cc–200cc | | $ 0.0697 | cc † |
| | 400mg/5cc–480cc | $ 0.0572 | **$ 0.0436**** | cc |

**** Effective August 1, 1996**

\* Price is based on the bulk package size.
† Drug not listed in the *Medi-Cal List of Contract Drugs.*

Pharmacy 393       200-26-13
June 1996

CAAG/DHS0046977

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Doxycycline Hyclate | | | | |
|   Capsules | 100mg-50 | | $ 0.1125 | ea |
|   Capsules with | | | | |
|     Coated Pellets | 100mg-50 | | $ 1.8585 | ea † |
|   Tablets | 100mg-50 | | $ 0.1125 | ea |
| Ergocalciferol | | | | |
|   Capsules | 50,000I.U. | | $0.0578 | ea † |
| Ergoloid Mesylates | | | | |
|   Tablets, sublingual | 1mg | | **$ 0.0957**\** | ea |
|   Tablets, oral | 1mg | | $ 0.1388 | ea † |
| Erythromycin Base | | | | |
|   Tablets, delayed release | 333mg | | $ 0.3449 | ea |
|   Capsules, delayed release | 250mg | | $ 0.1913 | ea |
|   Ophthalmic Ointment | 5mg/Gm-3.5Gm | | $ 1.2171 | Gm |
|   Topical Solution | 2%-60cc | | $ 0.0650 | cc † |
|   Tropical Gel | 2%-30Gm | | $ 0.5245 | Gm † |
| | 2%-60Gm | | $ 0.4997 | Gm † |
| Erythromycin Estolate | | | | |
|   Capsules | 250mg | | $ 0.2292 | ea † |
|   Oral Suspension | 125mg/5cc-480cc | | $ 0.0512 | cc † |
| | 250mg/5cc-480cc | | $ 0.0858 | cc † |
| Erythromycin Ethylsuccinate | | | | |
|   Tablets | 400mg | | **$ 0.2243**\** | ea † |
|   Granules | 200mg/5cc–100cc | | **$ 0.0824**\** | cc |
| | 200mg/5cc–200cc | | $ 0.0782 | cc |
|   Oral Suspension | 200mg/5cc–480cc | $ 0.0304 | $ 0.0248 | cc |
| | ~~200mg/5cc–100cc~~ | | ~~$ 0.0569\**~~ | ~~cc †~~ |
| | 200mg/5cc–200cc | | $ 0.0697 | cc † |
| | 400mg/5cc–480cc | $ 0.0572 | $ 0.0436 | cc |
| **Erythromycin Ethylsuccinate/** | | | | |
| **Sulfisoxadole Acetyl** | | | | |
|   **Granules, Oral** | 200mg/600 mg/5cc–100cc | | **$ 0.0893**\** | **cc** |
| | 150cc | | **$ 0.0850**\** | **cc** |
| | 200cc | | **$ 0.0824**\** | **cc** |

**\** Effective February 1, 1997**

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs*.

Pharmacy 405                                         200-26-13
December 1996

CAAG/DHS0047769

| **Drug** | **Strength** | **MAIC** | **FAC** | **Billing Unit** |
|---|---|---|---|---|
| Erythromycin Stearate | | | | |
|    Tablets | 250mg | $ 0.1202 | $ 0.1425 | ea |
| | 500mg | | **$ 0.2325**** | ea |
| Estropipate | | | | |
|    Tablets | 3mg | | $ 1.0940 | ea † |
| Fenoprofen Calcium | | | | |
|    Tablets | 600mg | | **$ 0.1898**** | ea |
| Fluocinolone Acetonide | | | | |
|    Topical Cream | 0.01%-15Gm | | $ 0.0840 | Gm |
| | 0.01%-60Gm | | $ 0.0413 | Gm |
| | 0.025%-15Gm | | $ 0.1050 | Gm |
| | 0.025%-60Gm | | $ 0.0612 | Gm |
| | ~~0.025%-425Gm~~ | | ~~$ 0.0896****~~ | ~~Gm~~ |
|    Topical Ointment | 0.025%-15Gm | | $ 0.1910 | Gm |
| | 0.025%-60Gm | | $ 0.0968 | Gm |
|    Topical Solution | 0.01%-20cc | | $ 0.1763 | cc |
| | 0.01%-60cc | | $ 0.0938 | cc |
| Fluocinonide | | | | |
|    Topical Gel | 0.05%-60Gm | | $ 0.5978 | Gm |
|    Topical Solution | 0.05%-60cc | | $ 0.2738 | cc |
|    Topical Cream | 0.05%-15Gm | | $ 0.2350 | Gm |
| | 0.05%-30Gm | | $ 0.1825 | Gm |
| | 0.05%-60Gm | | $ 0.1625 | Gm |
| | 0.05%-120Gm | | **$ 0.1963**** | Gm |
|    Topical Ointment | 0.05%-15Gm | | $ 1.1480 | Gm |
| | 0.05%-30Gm | | **$ 0.8425**** | Gm |
| | 0.05%-60Gm | | $ 0.6680 | Gm |

**\*\* Effective February 1, 1997**

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs*.

Pharmacy 405             200-26-14
December 1996

CAAG/DHS0047770

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Erythromycin Ethylsuccinate | | | | |
| Tablets | 400mg | | $ 0.2345 | ea † |
| Granules | 200mg/5cc–100cc | | $ 0.0824 | cc |
| | 200mg/5cc–200cc | | $ 0.0782 | cc |
| Oral Suspension | 200mg/5cc–100cc | | $ 0.0585 | cc † |
| | 200mg/5cc–200cc | | $ 0.0697 | cc † |
| | 200mg/5cc–480cc | $ 0.0304 | $ 0.0253 | cc |
| | 400mg/5cc–480cc | $ 0.0572 | $ 0.0436 | cc |
| Erythromycin Ethylsuccinate/ Sulfisoxazole Acetyl | | | | |
| Granules, Oral | 200mg/600 mg/5cc–100cc | | $ 0.0746 | cc |
| | 150cc | | $ 0.0715 | cc |
| | 200cc | | $ 0.0683 | cc |
| Erythromycin Stearate | | | | |
| Tablets | 250mg | $ 0.1202 | $ 0.1788 | ea |
| | 500mg | | $ 0.2418 | ea |
| Estropipate | | | | |
| Tablets | 0.75mg | | $ 0.3132 | ea |
| | 1.5 mg | | $ 0.4193 | ea |
| | 3mg | | $ 1.0940 | ea † |
| Fenoprofen Calcium | | | | |
| Tablets | 600mg | | $ 0.1898 | ea |
| Fluocinolone Acetonide | | | | |
| Topical Cream | 0.01%-15Gm | | $ 0.0840 | Gm |
| | 0.01%-60Gm | | $ 0.0413 | Gm |
| | 0.025%-15Gm | | $ 0.1050 | Gm |
| | 0.025%-60Gm | | $ 0.0575 | Gm |
| Topical Ointment | 0.025%-15Gm | | $ 0.1910 | Gm |
| | 0.025%-60Gm | | $ 0.1232 | Gm |
| Topical Solution | 0.01%-20cc | | $ 0.1763 | cc |
| | 0.01%-60cc | | $ 0.0938 | cc |

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs*.

Pharmacy 421  
August 1997

200-26-14

CAAG/DHS0035514

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Dipyridamole | | | | |
|   Tablets | 25mg | | $ 0.0252 | ea † |
| | 50mg | | $ 0.0413 | ea † |
| | 75mg | | $ 0.0593 | ea † |
| Disopyramide Phosphate | | | | |
|   Capsules | 100mg | | $ 0.2730 | ea |
| | 150mg | | $ 0.3120 | ea |
| Doxepin HCl | | | | |
|   ~~Capsules~~ | ~~10mg~~ | | ~~$ 0.0398~~ ** | ~~ea~~ |
| | ~~25mg~~ | | ~~$ 0.0443~~ ** | ~~ea~~ |
| | ~~50mg~~ | | ~~$ 0.0645~~ ** | ~~ea~~ |
| | ~~75mg~~ | | ~~$ 0.0818~~ ** | ~~ea~~ |
| | ~~100mg~~ | | ~~$ 0.1043~~ ** | ~~ea~~ |
| | ~~150mg~~ | | ~~$ 0.2543~~ ** | ~~ea~~ |
|   Oral Concentrate | 10mg/cc-120cc | | $ 0.1362 | cc |
| Doxycycline Hyclate | | | | |
|   Capsules | 100mg-50 | | $ 0.0852 | ea |
|   Tablets | 100mg-50 | | $ 0.0891 | ea |
| Erythromycin Base | | | | |
|   Capsules, delayed release | 250mg | | $ 0.1793 | ea |
|   Ophthalmic Ointment | 5mg/Gm-3.5Gm | | $ 1.0071 | Gm |
|   Topical Solution | 2%-60cc | | $ 0.0570 | cc † |
|   Topical Gel | 2%-30Gm | | $ 0.6270 | Gm † |
|   Swab, Topical | 2%-60 | | $ 0.2822 | ea |
| Erythromycin Estolate | | | | |
|   Capsules | 250mg | | $ 0.2903 | ea † |
|   Suspension | 125mg/5cc-480cc | | $ 0.0623 | cc |

\**   **Effective June 1, 1999**

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs*.

Pharmacy 465                        200-26-13
June 1999

CAAG/DHS0034902

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Erythromycin Ethylsuccinate Oral Suspension | 200mg/5cc-480cc | $ 0.0304 | $ 0.0253 | cc |
| | 400mg/5cc-480cc | $ 0.0572 | $ 0.0436 | cc |
| Erythromycin Ethylsuccinate/ Sulfisoxazole Acetyl Granules, Oral | 200mg/600 mg/5cc-100cc | | $ 0.0746 | cc |
| | 150cc | | $ 0.0715 | cc |
| | 200cc | | $ 0.0683 | cc |
| Erythromycin Stearate Tablets | 250mg | $ 0.1202 | | ea |
| Estradiol Tablets | 0.5mg | | $ 0.2152 | ea |
| | 1mg | | $ 0.2887 | ea |
| | 2mg | | $ 0.4192 | ea |
| Estropipate Tablets | 0.75mg | | $ 0.4672 | ea |
| | 1.5 mg | | $ 0.4192 | ea |
| | 3mg | | $ 1.0939 | ea † |
| Etodolac Capsule | 300mg | | $ 0.5932 | ea |
| Tablet | 400mg | | $ 0.5823 | ea |
| Fenoprofen Calcium Tablets | 600mg | | $ 0.2085 | ea |

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs*.

Pharmacy 447  
September 1998

200-26-14

CAAG/DHS0034903

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Erythromycin Base | | | | |
|   Capsules, delayed release | 250mg | | $ 0.1890 | ea |
|   Topical Solution | 2%-60cc | | $ 0.0650 | cc † |
| Erythromycin Ethylsuccinate | | | | |
|   Oral Suspension | 200mg/5cc-480cc | $ 0.0304 | $ 0.0340 | cc |
| Erythromycin Stearate | | | | |
|   Tablets | 250mg | $ 0.1202 | | ea |
| Estazolam | | | | |
|   Tablets | 1mg | | $ 0.5954 | ea † |
| | 2mg | | $ 0.6563 | ea † |
| Estradiol | | | | |
|   Tablets | 0.5mg | | $ 0.1793 | ea |
| | 1mg | | $ 0.2205 | ea |
| | 2mg | | $ 0.3060 | ea |
| Estropipate | | | | |
|   Tablets | 0.75mg | | $ 0.3453 | ea † |
| | 1.5 mg | | $ 0.3614 | ea † |

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs*.

Pharmacy 499  
November 2000

200-26-18

CAAG/DHS0031443

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| **Erythromycin Base** | | | | |
| Capsules, delayed release | 250mg | | $ 0.1890 | ea |
| Topical Solution | 2%-60cc | | $ 0.0650 | cc † |
| **Erythromycin Ethylsuccinate** | | | | |
| Oral Suspension | 200mg/5cc-480cc | $ 0.0304 | $ 0.0340 | cc |
| **Erythromycin Stearate** | | | | |
| Tablets | 250mg | $ 0.1202 | | ea |
| **Estazolam** | | | | |
| Tablets | 1mg | | $ 0.5954 | ea † |
| | 2mg | | $ 0.6563 | ea † |
| **Estradiol** | | | | |
| Tablets | 0.5mg | | $ 0.1793 | ea |
| | 1mg | | $ 0.2205 | ea |
| | 2mg | | $ 0.3060 | ea |
| **Estropipate** | | | | |
| Tablets | 0.75mg | | $ 0.3453 | ea † |
| | 1.5 mg | | $ 0.3614 | ea † |

\* Price is based on the bulk package size.

† Drug not listed in the *Medi-Cal List of Contract Drugs*.

Pharmacy 499  
November 2000

200-26-18

CAAG/DHS0049803

drugs maic fac
**15**

| Drug | Strength | MAIC | FAC | Billing Unit |
|------|----------|------|-----|--------------|
| **Erythromycin Base** | | | | |
| Capsules, delayed release | 250mg | | $0.1889 | ea |
| Topical solution | 2%-60cc | | 0.0687 | cc † |
| **Erythromycin Ethylsuccinate** | | | | |
| Oral suspension | 200mg/5cc-480cc | $0.0304 | | cc |
| **Erythromycin Stearate** | | | | |
| Tablets | 250mg | 0.1202 | | ea |
| **Estazolam** | | | | |
| Tablets | 1mg | | 0.5925 | ea † |
| | 2mg | | 0.6449 | ea † |
| **Estradiol** | | | | |
| Tablets | 0.5mg | | 0.1791 | ea |
| | 1mg | | 0.1932 | ea |
| | 2mg | | 0.3060 | ea |
| **Estropipate** | | | | |
| Tablets | 0.75mg | | 0.2754 | ea † |
| | 1.5 mg | | 0.3450 | ea † |
| | 3mg | | 0.8622 | ea |

---

\*     Price is based on the bulk package size.

†     Drug not listed in the Contract Drugs List.

2 – Drugs: MAIC and FAC List

Pharmacy 525
December 2001

CAAG/DHS0049079

drugs maic fac
# 15

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Enalapril Maleate | | | | |
| Tablets | 2.5mg | | $0.3075 | ea |
| | 5mg | | 0.5490 | ea |
| | 10mg | | 0.6863 | ea |
| | 20mg | | 0.9150 | ea |
| Erythromycin Base | | | | |
| Capsules, delayed release | 250mg | | 0.1889 | ea |
| Topical solution | 2% | | 0.0687 | cc |
| Erythromycin Ethylsuccinate | | | | |
| Oral suspension | 200mg/5cc | $0.0304 | | cc |
| Erythromycin Stearate | | | | |
| Tablets | 250mg | 0.1202 | | ea |
| Estazolam | | | | |
| Tablets | 1mg | | 0.5925 | ea |
| | 2mg | | 0.6449 | ea |
| Estradiol | | | | |
| Tablets | 0.5mg | | 0.1791 | ea |
| | 1mg | | 0.1932 | ea |
| | 2mg | | 0.3060 | ea |
| Estropipate | | | | |
| Tablets | 0.75mg | | 0.2754 | ea |
| | 1.5 mg | | 0.3450 | ea |
| | 3mg | | 0.8622 | ea |

\*   Price is based on the bulk package size.

CAAG/DHS0050702

drugs maic fac

# 15

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Enalapril Maleate | | | | |
| Tablets | 2.5mg | | $0.3075 | ea |
| | 5mg | | 0.5490 | ea |
| | 10mg | | 0.6863 | ea |
| | 20mg | | 0.9150 | ea |
| Erythromycin Base | | | | |
| Capsules, delayed release | 250mg | | <u>0.1538</u> ** | ea |
| Topical solution | 2% | | 0.0687 | cc |
| Erythromycin Ethylsuccinate | | | | |
| Oral suspension | 200mg/5cc | $0.0304 | | cc |
| Erythromycin Stearate | | | | |
| Tablets | 250mg | 0.1202 | | ea |
| Estazolam | | | | |
| Tablets | 1mg | | 0.5925 | ea |
| | 2mg | | 0.6449 | ea |
| Estradiol | | | | |
| Tablets | 0.5mg | | 0.1791 | ea |
| | 1mg | | 0.1932 | ea |
| | 2mg | | 0.3060 | ea |
| Estropipate | | | | |
| Tablets | 0.75mg | | 0.2754 | ea |
| | 1.5 mg | | 0.3450 | ea |
| | 3mg | | 0.8622 | ea |

** Effective March 20, 2004

---

\* Price is based on the bulk package size.

2 – Drugs: MAIC and FAC List

Pharmacy 565
August 2003

CAAG/DHS0051327

drugs maic fac
**15**

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Enalapril Maleate | | | | |
| Tablets | 2.5mg | | $0.3075 | ea |
| | 5mg | | 0.5490 | ea |
| | 10mg | | 0.6863 | ea |
| | 20mg | | 0.9150 | ea |
| Erythromycin | | | | |
| Gel, topical | 2% | | 0.6250 ** | Gm |
| Ointment, ophthalmic | 0.5% | | 0.9643 ** | Gm |
| Erythromycin Base | | | | |
| ~~Capsules, delayed release~~ | ~~250mg~~ | | ~~0.1538~~ ** | ~~ea~~ |
| Topical solution | 2% | | 0.0687 | cc |
| Erythromycin Ethylsuccinate | | | | |
| Oral suspension | 200mg/5cc | $0.0304 | | cc |
| Erythromycin Stearate | | | | |
| Tablets | 250mg | 0.1202 | | ea |
| Estazolam | | | | |
| Tablets | 1mg | | 0.5925 | ea |
| | 2mg | | 0.6449 | ea |
| Estradiol | | | | |
| Tablets | 0.5mg | | 0.1791 | ea |
| | 1mg | | 0.1932 | ea |
| | 2mg | | 0.3060 | ea |
| Estropipate | | | | |
| Tablets | 0.75mg | | 0.2754 | ea |
| | 1.5 mg | | 0.3450 | ea |
| | 3mg | | 0.8622 | ea |

\*\*   **Effective June 27, 2004**

\*   Price is based on the bulk package size.

2 – Drugs: MAIC and FAC List

Pharmacy 585
June 2004

CAAG/DHS0051671

drugs maic fac
# 15

| Drug | Strength | MAIC | FAC | Billing Unit |
|---|---|---|---|---|
| Enalapril Maleate | | | | |
| Tablets | 2.5mg | | **$0.4334** ** | ea |
| | 5mg | | 0.5490 | ea |
| | 10mg | | 0.6863 | ea |
| | 20mg | | 0.9150 | ea |
| Erythromycin | | | | |
| Gel, topical | 2% | | 0.6250 | Gm |
| Ointment, ophthalmic | 0.5% | | **1.0714** ** | Gm |
| Erythromycin Base | | | | |
| Topical solution | 2% | | 0.0687 | cc |
| Erythromycin Ethylsuccinate | | | | |
| Oral suspension | 200mg/5cc | $0.0304 | | cc |
| Erythromycin Stearate | | | | |
| Tablets | 250mg | 0.1202 | | ea |
| Estazolam | | | | |
| Tablets | 1mg | | 0.5925 | ea |
| | 2mg | | 0.6449 | ea |
| Estradiol | | | | |
| Tablets | 0.5mg | | 0.1791 | ea |
| | 1mg | | **0.2175** ** | ea |
| | 2mg | | 0.3060 | ea |
| Estropipate | | | | |
| Tablets | 0.75mg | | 0.2754 | ea |
| | 1.5 mg | | 0.3450 | ea |
| | 3mg | | 0.8622 | ea |

** **Effective October 28, 2004**

\* Price is based on the bulk package size.

2 – Drugs: MAIC and FAC List

Pharmacy 593
October 2004

CAAG/DHS0052177

drugs maic ful
# 15

| Drug | Strength | MAIC | FUL | Billing Unit |
|---|---|---|---|---|
| Enalapril Maleate | | | | |
| Tablets | 2.5mg | | $0.4334 | ea |
| | 5mg | | 0.5490 | ea |
| | 10mg | | 0.6863 | ea |
| | 20mg | | 0.9150 | ea |
| Erythromycin | | | | |
| Gel, topical | 2% | | 0.6250 | Gm |
| Ointment, ophthalmic | 0.5% | | 1.0714 | Gm |
| Erythromycin Base | | | | |
| Topical solution | 2% | | 0.0687 | cc |
| Erythromycin Ethylsuccinate | | | | |
| Oral suspension | 200mg/5cc | $ 0.0304 | | cc |
| Erythromycin Stearate | | | | |
| Tablets | 250mg | 0.1202 | | ea |
| Estazolam | | | | |
| Tablets | 1mg | | 0.5925 | ea |
| | 2mg | | 0.6449 | ea |
| Estradiol | | | | |
| Tablets | 0.5mg | | 0.1791 | ea |
| | 1mg | | 0.2175 | ea |
| | 2mg | | 0.3060 | ea |
| Estropipate | | | | |
| Tablets | 0.75mg | | 0.2754 | ea |
| | 1.5 mg | | 0.3450 | ea |
| | 3mg | | 0.8622 | ea |

\*    Price is based on the bulk package size.

†    Drug not listed in the Contract Drugs List.

2 – Drugs: MAIC and FUL List

Pharmacy 628
April 2006

CAAG/DHS0032915