# EXHIBIT 10

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE:   PHARMACEUTICAL INDUSTRY )MDL NO. 1456

AVERAGE WHOLESALE PRICE          )

LITIGATION                       )CIVIL ACTION:

THIS DOCUMENT RELATES TO         )01-CV-12257-PBS

U.S. ex rel. Ven-A-Care of the   )Judge Patti B. Saris

Florida Keys, Inc. v. Abbott     )Chief Magistrate

Laboratories, Inc.,              )Judge Marianne B. Bowler

No. 07-CV-11618-PBS              )CONFIDENTIAL

   VIDEOTAPED DEPOSITION OF MATTHEW PERRI, III, Ph.D.

      Taken on Behalf of the Defendant

| | |
|---|---|
| DATE TAKEN: | May 1, 2009 |
| TIME: | 8:30 a.m. - 4:35 p.m. |
| PLACE: | Hyatt Regency Airport |
| | 9300 Airport Boulevard |
| | Yeager Conference Room |
| | Suite 1066 |
| | Orlando, Florida |

Stenographically Reported by:

   Karen S. Rhine, FPR

Page 102

1    A.  And we're confining our discussion to the
2  Erythromycin Sterate 250 milligram tablet right now and
3  we're not comparing it to a different Erythromycin
4  product.  We're comparing it strictly to other
5  Erythromycin Sterate 250 milligram --
6    Q.  This is a scenario where the physician writes a
7  script for Erythromycin Sterate 250 milligrams and the
8  pharmacist doesn't attempt to call the physician to get
9  the physician to write a different script.
10   A.  In that case the spread comparison would be
11 between whatever the established level of reimbursement
12 in Tennessee was minus the actual acquisition cost to
13 that provider.
14   Q.  So Abbott going into one of the pharmacies or
15 in any way trying to market that its AWP is high would
16 have no market effect, right?
17   A.  If you take one step back from your
18 hypothetical and you remember that the AWP is based on a
19 percentage of the list price or the WAC price, if then
20 those pharmacists who are purchasing in Tennessee and
21 reporting their prices, even though it has nothing to do
22 with AWP, there would be a relationship between the WAC

Page 103

1  or the list price that they were then basing their
2  responses to the State of Tennessee on.  That would be
3  parallel to the AWP price, just a notch lower.
4      So while the AWP per se would have no impact, the
5  NDC data AWP, which is WAC or list, would have an
6  impact.
7    Q.  Let's take the FUL.  Federal Upper Limit is the
8  lowest reported price plus a hundred and fifty percent,
9  right?
10   A.  Actually I don't want to correct you because I
11 don't know if this is true or not, but I think it's a
12 hundred and fifty percent of the lowest reported price,
13 not plus a hundred and fifty percent.
14   Q.  You're correct.  I misspoke.  So it's a hundred
15 and fifty percent of the lowest reported price, right?
16   A.  I believe so.  To the best of my knowledge.
17   Q.  If Ery is on a FUL, and again putting aside
18 your example of where the pharmacy is going to call the
19 physician and try to convince the physician to write
20 another script, Abbott can jack up the price of its AWP
21 until kingdom come, but that's not going to raise the
22 price of the FUL, right?

Page 104

1    A.  Yes.
2       MR. ANDERSON:  Object.
3  BY MR. BERLIN:
4    Q.  And with that situation --
5    A.  Excuse me.  Unless Abbott's AWP was the lowest
6  of all the other AWPs, in which case it would be the AWP
7  that the FUL was being based on.
8    Q.  But having not studied the FULs you're not able
9  to tell us whether that ever occurred on any the Erys,
10 right?
11   A.  That's correct.
12   Q.  And there's no indication in the record that
13 Abbott was trying to make that determination either,
14 right?
15   A.  Not that I saw.
16   Q.  So with that scenario of Abbott going out and
17 marketing the difference between its AWP and the
18 contract price would not be an effective form of
19 marketing the spread, correct?
20      MR. ANDERSON:  Objection to form.
21      THE WITNESS:  I generally disagree with that
22 because the providers that we're talking about here,

Page 105

1  as Abbott, are knowledgeable of the relationship
2  between AWP and other prices.
3      And to the extent that I have an AWP or an
4  estimated AWP and I have acquisition prices which
5  are either contract, in this case base deal, WAC or
6  list, I know there's a fixed relationship in most
7  cases between these prices; at least between the WAC
8  or list and AWP.
9      So as a pharmacist, again going back to why
10 would the pharmacist want to know this, because
11 they're maximizing their profitability.  They want
12 to buy at the lowest and get reimbursed at the
13 highest to maximize that profitability.
14     So I can't agree to anything where you're
15 saying that simply by virtue of using AWP that
16 they're not still communicating information about
17 their pricing to their customers.
18 BY MR. BERLIN:
19   Q.  We already agree that Abbott could increase its
20 AWP until kingdom come and unless it was to begin with
21 the lowest AWP in the MAC array or the FUL array, it
22 wouldn't have an impact on that FUL.

27 (Pages 102 to 105)

Page 106

1   A. We agreed with respect to FUL that that would
2   be true --
3   Q. Yes.
4   A. -- with the exception that was noted.
5   Q. And this case isn't about where providers
6   purchase the Ery drugs at the WAC or the list price,
7   right? That's not what the government is complaining
8   about. They're complaining about where there were
9   purchases at a contract price that was lower than what
10  the reported prices were.
11      MR. ANDERSON: Objection to form.
12      THE WITNESS: I think based on my reading of
13  the Complaint, which we talked about just briefly,
14  my understanding was the government was unhappy
15  about the differential in the spread amount between
16  the reimbursement, Medicaid reimbursement, and the
17  actual acquisition cost of providers regardless of
18  which prices, we're specifically looking at WAC,
19  list or AWP.
20  BY MR. BERLIN:
21  Q. And I understand you never were responsible for
22  purchasing at any of the pharmacies you worked at. Is

Page 107

1   that correct?
2   A. I was never responsible for purchasing. I did
3   place orders.
4   Q. For the person who's responsible for
5   purchasing, regardless of which Ery NDC they purchased
6   among the generic equivalents for that, they're going to
7   get the same reimbursement under the FUL, right?
8       MR. ANDERSON: Objection to form.
9       THE WITNESS: Mr. Berlin, I wish I had a
10  greater knowledge of FUL and MAC and everything so I
11  could talk more intelligently with you about this
12  subject. I've been trying really hard for the last
13  hour or so to answer these questions.
14      It is outside the area of my expertise and the
15  expertise that I've applied in this case. I think
16  that it's related and that's why I'm trying to
17  answer these questions the best that I can.
18      But the issue of the FUL and so forth, it
19  troubles me because I'm not one hundred percent sure
20  that I understand how that system works.
21  BY MR. BERLIN:
22  Q. Do you think having an understanding of how

Page 108

1   that system works has marketing significance; not your
2   understanding, but a manufacturer having an
3   understanding of how that works?
4   A. The marketing significance of that issue is how
5   the pharmacists use that in their decision making. FUL,
6   MAC or AWP doesn't matter to the pharmacist. What
7   matters to the pharmacist is the reimbursement spread.
8   Q. Right. And what matters is the reimbursement
9   spread and let's make an assumption that regardless of
10  what product they purchase they're going to get the same
11  reimbursement if the drug is MAC or FUL.
12      MR. ANDERSON: Objection to form.
13      THE WITNESS: Okay.
14  BY MR. BERLIN:
15  Q. So no matter if they say I'm going to buy Mylan
16  or I'm going to buy Abbott, they're going to get the
17  same reimbursement from the Medicaid program.
18  A. Under your assumption, yes.
19      MR. ANDERSON: Objection to form.
20  BY MR. BERLIN:
21  Q. How would Abbott advertising a high AWP impact
22  their purchasing decision under that scenario? It

Page 109

1   wouldn't, would it?
2       MR. ANDERSON: Objection to form.
3       THE WITNESS: In the scenario that we've been
4   talking about where there's an FUL, accepting the
5   possibility that Abbott's product was the lowest
6   priced product on the market, advertising an AWP
7   would not inform well a pharmacist's understanding
8   of what their reimbursement amount would be.
9       It might provide some information to them about
10  the relative level pricing in the marketplace, but
11  it would not inform their reimbursement amount.
12      So the answer to your question is essentially
13  that the FUL in the scenario that we're talking
14  about, this hypothetical, the ability to market a
15  higher reimbursement spread would not be informed by
16  the AWP.
17      It would, however, be informed by the actual
18  spread, the amount the pharmacist would be getting
19  reimbursed by that Medicaid program which the
20  pharmacist would know.
21  BY MR. BERLIN:
22  Q. Meaning the difference between the

28 (Pages 106 to 109)