# EXHIBIT 27

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 3 04:01:19 EST 2009*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ]   OR   Jump | to record: [          ]   **Record 16 out of 16**

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | E.E.S. 400 |
| **Goods and Services** | IC 005. US 018. G & S: ANTIBIOTIC. FIRST USE: 19750925. FIRST USE IN COMMERCE: 19750925 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73066179 |
| **Filing Date** | October 17, 1975 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1058892 |
| **Registration Date** | February 15, 1977 |
| **Owner** | (REGISTRANT) ABBOTT LABORATORIES CORPORATION ILLINOIS 100 ABBOTT PARK ROAD ABBOTT PARK ILLINOIS 60064 |
| **Attorney of Record** | Nicole Hickey |
| **Disclaimer** | FOR THE PURPOSE OF REGISTRATION NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE DESIGNATION "400" APART FROM THE MARK SHOWN, BUT APPLICANT WAIVES NONE OF ITS COMMON-LAW RIGHTS THEREIN. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070409. |
| **Renewal** | 2ND RENEWAL 20070409 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                                              Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Dec 4 03:59:36 EST 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ERYTHROCIN

| | |
|---|---|
| **Word Mark** | ERYTHROCIN |
| **Goods and Services** | IC 005. US 018. G & S: ANTIBIOTIC. FIRST USE: 19520926. FIRST USE IN COMMERCE: 19520926 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71636577 |
| **Filing Date** | October 14, 1952 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0590748 |
| **Registration Date** | June 8, 1954 |
| **Owner** | (REGISTRANT) ABBOTT LABORATORIES CORPORATION ILLINOIS 100 ABBOTT PARK ROAD ABBOTT PARK ILLINOIS 60064 |
| **Attorney of Record** | FRANCES M. JAGLA |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20040727. |
| **Renewal** | 3RD RENEWAL 20040727 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 3 04:01:19 EST 2009*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [       ]   OR   Jump | to record: [       ]   **Record 1 out of 2**

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Pediazole

| | |
|---|---|
| **Word Mark** | **PEDIAZOLE** |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Antibacterial pharmaceuticals |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77860621 |
| **Filing Date** | October 29, 2009 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Fera Pharmaceuticals, LLC DBA Fera LIMITED LIABILITY COMPANY NEW YORK 15 R Birch Hill Road Locust Valley NEW YORK 11560 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 3 04:01:19 EST 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump | to record: [        ]    **Record 45 out of 56**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | E.E.S. |
| **Goods and Services** | IC 005. US 018. G & S: ANTIBIOTIC PRODUCTS. FIRST USE: 19760811. FIRST USE IN COMMERCE: 19760811 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73118139 |
| **Filing Date** | March 7, 1977 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1077242 |
| **Registration Date** | November 15, 1977 |
| **Owner** | (REGISTRANT) ABBOTT LABORATORIES CORPORATION ILLINOIS 100 ABBOTT PARK ROAD ABBOTT PARK ILLINOIS 600643500 |
| **Attorney of Record** | Nicole Hickey |
| **Prior Registrations** | 1058892 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20071115. |
| **Renewal** | 2ND RENEWAL 20071115 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 3 04:01:19 EST 2009*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] **Please logout when you are done to release system resources allocated for you.**

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ERY-TAB |
| **Goods and Services** | IC 005. US 018. G & S: Antibiotic Preparation. FIRST USE: 19801112. FIRST USE IN COMMERCE: 19801112 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73286993 |
| **Filing Date** | November 21, 1980 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 13, 1982 |
| **Registration Number** | 1211217 |
| **Registration Date** | October 5, 1982 |
| **Owner** | (REGISTRANT) Abbott Laboratories CORPORATION ILLINOIS 100 ABBOTT PARK ROAD ABBOTT PARK ILLINOIS 60064 |
| **Attorney of Record** | FRANCES M JAGLA |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030127. |
| **Renewal** | 1ST RENEWAL 20030127 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [Top] [HELP]

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 3 04:01:19 EST 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

__Logout__ | Please logout when you are done to release system resources allocated for you.

__Start__ | List At: [        ]   OR   __Jump__ | to record: [        ]   **Record 2 out of 2**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **PEDIAZOLE** |
| **Goods and Services** | (EXPIRED) IC 005. US 018. G & S: ANTIBACTERIAL PHARMACEUTICAL PRODUCT. FIRST USE: 19780103. FIRST USE IN COMMERCE: 19780103 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73155152 |
| **Filing Date** | January 12, 1978 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1100537 |
| **Registration Date** | August 29, 1978 |
| **Owner** | (REGISTRANT) ABBOTT LABORATORIES CORPORATION ILLINOIS NORTH CHICAGO ILLINOIS 60064 |
| **Prior Registrations** | 0851321;1019805;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | DEAD |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Trademark Electronic Search System (TESS)

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY