# EXHIBIT 28

Page 254 of 717
Case 1:01-cv-12257-PBS   Document 6742-5   Filed 12/04/09   Page 2 of 4
237
ERYTH
PRODUCT INFORMATION   Key to codes: see front of section

| PROD/MFR | OBC/NDC/PROD NO. | AWP DP/SRP |
|---|---|---|
| 500 mg., 100s ea. | 00349-8016-01 | 31.50 |

**(PHARMADERM)**
Oint, 5 mg./gm.,
15 gm ea........................... AT 00462-0070-38   1.32
**(PHARMA-TEK)**
Compound, 50 gm ea... 39822-0800-05   28.75
**(QUALITEST)**
L.A. D.R. 333 mg., 100s ea... AB 00603-3510-21   36.90
**(RAWAY)**
Topical, 2 %, 60 ml ea.... AT 00686-0551-67   6.00
**(ROBINS,A.H.,PHARM)**
SEE ROBIMYCIN
**(RUGBY)**
L.A. D.R. 250 mg., 100s ea. AB 00536-0354-01   27.88
500s ea... AB 00536-0354-05   128.63
L.A. Base, 333 mg., 100s ea. AB 00536-1276-01   21.68
L.A. D.R. 333 mg., 100s ea. AB 00536-1273-01   29.92
**(SCHEIN)**
Cap. D.R. 250 mg., 100s ea...... 00364-2425-01   23.61
500s ea....... 00364-2425-05   113.25
Tab. Delayed Release, 333 mg.,
100s ea................................... 00364-2494-01   38.50
**(SPECTRUM SCIENTIFIC)**
SEE SPECTRO-ERYTHROMYCIN

**ERYTHROMYCIN DELAYED-RELEASE CAPS ℞**
**(ABBOTT)**
SEE PCE DISPERTAB
L.A. U.S.P., 250 mg., 100s ea..... 00074-6301-13   24.32   20.48
500s ea....... 00074-6301-53   118.54   99.82
**(AKORN)**
SEE AK-MYCIN

E-BASE ERYTHROMYCIN
Delayed-Release Tablets
barr
1-800-222-4043

**(BARR)**
L.A. 250 mg., 100s ea............ AB 00555-0584-02   22.00
500s ea............... AB 00555-0584-04   104.48
500 mg., 100s ea................. 00555-0533-02   34.06
**(BEST GENERICS)**
L.A. 250 mg., 100s ea............ AB 54274-0580-10   27.12
**(BOOTS LABS.)**
SEE E-MYCIN
**(CLINICAL)**
L.A. 250 mg., 16s ea................ 55081-0897-02   5.87
20s ea................ 55081-0897-03   6.76
28s ea................ 55081-0897-00   8.55
40s ea................ 55081-0897-01   11.23
**(DISTA)**
SEE ILOTYCIN
**(DIXON-SHANE)**
L.A. 250 mg., 100s ea............... 17236-0760-01   31.00
**(GENETCO)**
L.A. 250 mg., 100s ea............... 00302-2731-01   25.88
**(GLAXO DERM.)**
SEE EMGEL
**(HARBER)**
L.A. 250 mg., 100s ea............ 51432-0175-03   24.35
500s ea............... 51432-0175-05   121.75
Cap. 333 mg., 100s ea............ 51432-0179-03   18.50
500s ea............... 51432-0179-05   92.50
Tab. 333 mg., 100s ea............ 51432-0177-03   19.95
500s ea............... 51432-0177-05   80.59
500 mg., 100s ea.............. 51432-0173-03   17.95
**(HERBERT)**
SEE ERYGEL
**(HERMAL)**
SEE AKNE-MYCIN
**(MAJOR)**
L.A. 250 mg., 100s ea............. 00904-2465-60   24.00
500s ea.............. 00904-2465-40   108.45
**(OCUSOFT)**
SEE ROMYCIN
**(ORTHO)**
SEE ERYCETTE
**(PARKE-DAVIS)**
SEE ERYC
**(PARMED)**
L.A. 250 mg., 100s ea............. 00349-8303-01   23.55
500s ea.............. 00349-8303-05   115.90
**(QUALITEST)**
Cap. 250 mg., 100s ea...... AB 00603-3548-21   23.55
500s ea.......... AB 00603-3548-28   104.48
**(ROBINS,A.H.,PHARM)**
SEE ROBIMYCIN
**(SPECTRUM SCIENTIFIC)**
SEE SPECTRO-ERYTHROMYCIN

**ERYTHROMYCIN ESTOLATE ℞**
(*HCFA FFP*)
Sus. 125 mg./5 ml., 480 ml ea..   19.44
250 mg./5 ml., 480 ml ea..   25.87
**(ALIGEN)**
Cap. 250 mg., 100s ea............ 00405-4401-01   31.00
**(BARR)**
Sus. Oral, 125 mg./5 ml.,
480 ml ea.......................... AB 00555-0236-29   21.94
250 mg./5 ml., 480 ml
ea................................. AB 00555-0235-29   34.66
Cap. 250 mg., 100s ea........... AB 00555-0230-02   23.58
**(BARRE)**
Sus. Oral, 125 mg./5 ml.,
480 ml ea.......................... AB 00472-0977-16   23.50
250 mg./5 ml., 480 ml
ea................................ AB 00472-0979-16   41.10
**(BIOLINE)**
Sus. 125 mg./5 ml., 480 ml
ea.................................. AB 00719-4358-83   26.40
250 mg./5 ml., 480 ml
ea.................................. AB 00719-4359-83   45.90
**(CMC-CONS)**
Sus. 125 mg./5 ml., 480 ml ea.. 00223-6140-01   16.75
250 mg./5 ml., 480 ml ea.. 00223-6141-01   28.25
**(CLINICAL)**
Sus. 125 mg./5 ml., 100 ml ea... 55081-0225-00   5.83
150 ml ea... 55081-0225-01   7.16
200 ml ea... 55081-0225-02   8.50
250 mg./5 ml., 100 ml ea... 55081-0226-00   7.54
150 ml ea... 55081-0226-01   9.73
200 ml ea... 55081-0226-02   11.93
**(DANBURY)**
Cap. 250 mg., 100s ea............ AB 00591-5479-01   21.75
**(DISTA)**
SEE ILOSONE
**(DIXON-SHANE)**
Sus. 125 mg./5 ml., 480 ml ea.. 17236-0783-16   25.90
250 mg./5 ml., 480 ml ea.. 17236-0784-16   43.90
**(GENETCO)**
Tab. 250 mg., 100s ea.............. 00302-2763-01   25.88
**(GEN-KING)**
Sus. 125 mg./5 ml., 480 ml ea.. 35470-1156-04   15.24
250 mg./5 ml., 480 ml ea.. 35470-1157-04   25.92
Cap. 250 mg., 100s ea.............. 35470-0165-01   19.14
**(GLENLAWN)**
Sus. 125 mg./5 ml., 480 ml ea.. 00580-1152-16   22.30
250 mg./5 ml., 480 ml ea.. 00580-1153-16   36.70
**(GOLDLINE)**
Sus. 125 mg./5 ml., 480 ml
ea................................. AB 00182-1560-40   26.40
250 mg./5 ml., 480 ml
ea................................. AB 00182-1567-40   45.90
**(HARBER)**
Cap. 250 mg., 100s ea.............. 51432-0171-03   28.50
Sus. 125 mg./5 ml., 480 ml ea.. 51432-0581-20   15.50
250 mg./5 ml., 480 ml ea.. 51432-0591-20   24.95
**(INTERSTATE)**
Cap. 250 mg., 100s ea............ 00814-2990-14   28.50
**(LEDERLE STD)**
Sus. Oral, 125 mg./5 ml.,
480 ml ea........................ AB 00005-3119-65   20.40   17.18
250 mg./5 ml., 480 ml
ea.............................. AB 00005-3120-65   36.71   30.91
**(MAJOR)**
Cap. 250 mg., 100s ea............ 00904-2468-60   23.87
Sus. 125 mg./5 ml., 480 ml ea.. 00904-2470-16   20.40
250 mg./5 ml., 480 ml ea.. 00904-2471-16   32.95
**(MOORE,H.L.)**
Sus. 250 mg./5 ml., 480 ml
ea................................... AB 00839-6714-69   38.86
**(PARMED)**
Cap. 250 mg., 100s ea............. AB 00349-8384-01   34.24
**(QUALITEST)**
Cap. 250 mg., 100s ea............. AB 00603-3551-21   23.31
Sus. 125 mg./5 ml., 480 ml
ea.................................. AB 00603-1202-58   25.11
250 mg./5 ml., 480 ml
ea.................................. AB 00603-1203-58   41.85
**(RAWAY)**
Sus. Oral, 125 mg./5 ml.,
480 ml ea........................... 00686-0977-16   35.00
250 mg./5 ml., 480 ml ea.. 00686-0979-16   35.00
**(RUGBY)**
Cap. 250 mg., 100s ea............ AB 00536-0322-01   22.43
Sus. 125 mg./5 ml., 480 ml
ea................................ AB 00536-0335-85   31.05
250 mg./5 ml., 480 ml
ea................................ AB 00536-0337-85   40.65
**(SCHEIN)**
Cap. 250 mg., 100s ea............ 00364-0530-01   21.75
Sus. 125 mg./5 ml., 480 ml ea.. 00364-2078-16   23.25
250 mg./5 ml., 480 ml ea.. 00364-2079-16   39.75

**(UNITED RESEARCH)**
Cap. Org/Ivry, 250 mg., 100s ea  00677-0653-01   24.50
Sus. 125 mg./5 ml., 480 ml ea.. 00677-0838-33   22.30
250 mg./5 ml., 480 ml ea.. 00677-0839-33   36.90

ERYTHROMYCIN
ETHYLSUCCINATE
Tablets. USP
MYLAN
"Quality. Again and again."

**ERYTHROMYCIN ETHYLSUCCINATE ℞**
(*HCFA FFP*)
Sus. 200 mg./5 ml., 480 ml ea..   11.38
400 mg./5 ml., 480 ml ea..   20.74
Tab. 400 mg., 100s ea..................   15.89
**(ABBOTT)**
SEE E.E.S.
Sus. 200 mg./5 ml., 480 ml ea.. 00074-3747-16   19.59   16.50
400 mg./5 ml., 480 ml ea.. 00074-3748-16   36.49   30.73
Tab. Uncoated, 400 mg.,
100s ea................................ 00074-2589-13   21.92   18.46
500s ea................................ 00074-2589-53   104.12   87.68
**(ALIGEN)**
Tab. 400 mg., 100s ea........... 00405-4406-01   21.00
500s ea............... 00405-4406-02   84.00
**(BALAN, J.J.)**
SEE ERYTHRO
**(BARR)**
Sus. 200 mg./5 ml., 100 ml
ea.................................. AB 00555-0215-22   4.80
200 ml ea....................... AB 00555-0215-23   9.09
Tab. F.C., 400 mg., 100s ea.. AB 00555-0259-02   23.06
500s ea.... AB 00555-0259-04   109.52
**(BARRE)**
Sus. 200 mg./5 ml., 100 ml
ea.................................. AB 00472-0971-33   5.60
480 ml ea....................... AB 00472-0971-16   17.50
400 mg./5 ml., 100 ml
ea.................................. AB 00472-0974-33   9.10
480 ml ea....................... AB 00472-0974-16   31.00
**(BAUSCH & LOMB)**
Sus. Oral, 200 mg./5 ml.,
100 ml ea............................. 24208-0965-39   5.05
480 ml ea............................. 24208-0965-94   16.80
400 mg./5 ml., 100 ml ea..... 24208-0970-39   9.10
480 ml ea..... 24208-0970-94   30.45
**(BEST GENERICS)**
Sus. 200 mg./5 ml., 100 ml
ea.................................. AB 54274-0578-32   4.96
200 ml ea....................... AB 54274-0578-36   9.52
Tab. 400 mg., 100s ea............ AB 54274-0562-10   22.32
500s ea............ AB 54274-0562-30   106.17
**(BIOLINE)**
Sus. 200 mg./5 ml., 480 ml
ea.................................. AB 00719-4360-83   21.40
100 ml ea...................... AB 00719-7370-76   5.25
200 ml ea...................... AB 00719-7370-79   10.20
400 mg./5 ml., 480 ml
ea.................................. AB 00719-4365-83   37.45
Tab. 400 mg., 100s ea............ AB 00719-1337-10   18.00
500s ea............ AB 00719-1337-12   86.00
**(CMC-CONS)**
Sus. 200 mg./5 ml., 100 ml ea.. 00223-6142-10   5.75
480 ml ea.. 00223-6142-01   19.25
400 mg./5 ml., 100 ml ea.. 00223-6143-10   9.25
480 ml ea.. 00223-6143-01   34.25
Tab. 400 mg., 100s ea............. 00223-0912-01   22.00
500s ea............... 00223-0912-05   105.00
**(CLINICAL)**
Sus. 200 mg./5 ml., 100 ml ea.. 55081-0223-00   6.28
150 ml ea.. 55081-0223-01   7.84
200 ml ea.. 55081-0223-02   9.40
400 mg./5 ml., 100 ml ea.. 55081-0224-00   7.56
150 ml ea.. 55081-0224-01   9.75
200 ml ea.. 55081-0224-02   11.95
Tab. 400 mg., 20s ea................ 55081-0209-00   5.79
28s ea................ 55081-0209-01   7.18
30s ea................ 55081-0209-03   7.53
40s ea................ 55081-0209-02   9.28

© McN,1991
McNEIL
Children's and Junior Strength TYLENOL acetaminophen
Alcohol-Free Drops
Alcohol-Free Grape and Cherry Elixirs
Fruit and Grape Chewables
Junior Strength Caplets/ Chewables
McNeil Consumer Products Company
Division of McNeil PPC, Inc
Fort Washington, PA 19034 USA

RB 03165

**ERYTH** — Key to codes: see front of section — **238** — 1992 DRUG TOPICS RED BOOK

| PROD/MFR | OBC/NDC/PROD NO. | AWP DP/SRP |
|---|---|---|

**ERYTHROMYCIN ETHYLSUCCINATE — continued**

**(DIXON-SHANE)**
Sus. 200 mg./5 ml., 480 ml ea.. 17236-0786-16  19.90
400 mg./5 ml., 480 ml ea.. 17236-0785-16  35.00
Tab. 400 mg., 100s ea............... 17236-0155-01  25.90
500s ea................ 17236-0155-05  119.90

**(GENETCO)**
Sus. 200 mg./5 ml., 480 ml ea.. 00302-2725-16  20.51
Tab. 400 mg., 100s ea............... 00302-2762-01  22.95

**(GENEVA PHARM)**
Tab. 400 mg., 100s ea............ AB 00781-1873-01  20.75

**(GEN-KING)**
Sus. 200 mg./5 ml., 100 ml ea.. 35470-0263-02  4.74
480 ml ea.. 35470-0322-04  15.54
400 mg./5 ml., 480 ml ea.. 35470-0323-04  28.74
Tab. 400 mg., 100s ea............... 35470-0262-01  17.94
500s ea................ 35470-0262-05  77.94

**(GLENLAWN)**
Sus. 200 mg./5 ml., 100 ml ea.. 00580-0499-30  5.54
480 ml ea.. 00580-0496-16  20.50
400 mg./5 ml., 480 ml ea.. 00580-0672-16  35.90
Tab. 400 mg., 100s ea............... 00580-0477-01  19.60

**(GOLDLINE)**
Sus. 200 mg./5 ml., 100 ml
ea............................. AB 00182-1530-70  5.25
200 ml ea..................... AB 00182-1530-73  10.20
480 ml ea..................... AB 00182-1371-40  21.40
400 mg./5 ml., 480 ml
ea............................. AB 00182-1773-40  37.45
Tab. Chew. 400 mg.,
100s ea................ AB 00182-1489-01  18.00
100s ea UO ................ 00182-1489-89  19.95
500s ea................ AB 00182-1489-05  86.00

**(HARBER)**
Sus. 200 mg./5 ml., 100 ml ea.. 51432-0693-14  3.95
480 ml ea.. 51432-0582-20  16.45
400 mg./5 ml., 480 ml ea.. 51432-0584-20  31.95
Tab. 400 mg., 100s ea............... 51432-0170-03  20.95
500s ea................ 51432-0170-05  104.75

**(INTERSTATE)**
Sus. 200 mg./5 ml., 100 ml ea.. 00814-2980-54  6.75
200 ml ea.. 00814-2980-60  12.00
480 ml ea.. 00814-2986-82  19.35
400 mg./5 ml., 480 ml ea.. 00814-2988-82  34.13
Tab. 400 mg., 100s ea............... 00814-2995-14  27.75

**(LANNETT)**
Sus. 200 mg./5 ml., 480 ml ea.. 00527-0784-27  18.00

**(LEDERLE STD)**
Tab. 400 mg., 100s ea............ AB 00005-3061-23  19.59  16.50
500s ea............ AB 00005-3061-31  94.70  79.75
Sus. 200 mg./5 ml., 480 ml
ea............................. AB 00005-3706-65  16.33  13.75
400 mg./5 ml., 480 ml
ea............................. AB 00005-3732-65  29.97  25.24

**(LOGEN PHARM.)**
Sus. Oral. 200 mg./5 ml.,
480 ml ea.................... 00820-0117-38  13.00
400 mg./5 ml., 480 ml ea.... 00820-0118-38  22.45

**(MAJOR)**
Sus. 200 mg./5 ml., 100 ml ea.. 00904-2653-04  5.20
200 ml ea.. 00904-2653-08  9.25
480 ml ea.. 00904-2462-16  20.50
400 mg./5 ml., 480 ml ea.. 00904-2463-16  30.52
Tab. 400 mg., 100s ea............... 00904-2464-60  21.75
500s ea................ 00904-2464-40  88.40

**(MASON DISTRIB.)**
Tab. Beige. 400 mg., 100s ea..... 11845-0219-01  23.48
500s ea..... 11845-0219-03  111.45

**(MOORE.H.L.)**
Sus. 200 mg./5 ml., 100 ml
ea............................. AB 00839-6362-73  4.98
100 ml ea.................... AB 00839-6362-78  9.65
480 ml ea.................... AB 00839-6482-69  16.99
400 mg./5 ml., 480 ml
ea............................. AB 00839-6568-69  29.95
Tab. 400 mg., 100s ea............ AB 00839-6588-06  19.58
500s ea............ AB 00839-6588-12  97.13

**(MURRAY)**
Tab. 400 mg., 100s ea............... 00150-2464-60  19.92
500s ea................ 00150-2462-40  71.95

**(MYLAN)**
Tab. 400 mg., 100s ea............ AB 00378-6400-01  22.35
500s ea............ AB 00378-6400-05  106.15

**(PARMED)**
Tab. 400 mg., 100s ea............ AB 00349-8403-01  23.91
500s ea............ AB 00349-8403-05  133.55

**(PHARM. CORP./AMERICA)**
Tab. 400 mg., 20s ea................ 51655-0120-52  5.00
30s ea................ 51655-0120-24  6.70
40s ea................ 51655-0120-51  8.40

**(QUALITEST)**
Sus. 200 mg./5 ml., 480 ml
ea............................. AB 00603-1206-58  19.85
400 mg./5 ml., 480 ml
ea............................. AB 00603-1207-58  34.90

Cpl. Beige. 400 mg.,
500s ea............................. AB 00603-3552-28  101.40
Tab. 400 mg., 100s ea............ AB 00603-3552-21  21.51

**(RAWAY)**
Sus. Oral. 200 mg./5 ml.,
100 ml ea.................... 00686-0965-39  6.95
400 mg./5 ml., 100 ml ea.... 00686-0970-39  5.95

**(RUGBY)**
Sus. 200 mg./5 ml., 100 ml
ea............................. AB 00536-0318-82  4.50
480 ml ea..................... AB 00536-0360-85  20.70
400 mg./5 ml., 480 ml
ea............................. AB 00536-0371-85  41.25
Tab. 400 mg., 100s ea............ AB 00536-0351-01  23.48
500s ea............ AB 00536-0351-05  111.45

**(SCHEIN)**
Sus. 200 mg./5 ml., 100 ml ea.. 00364-2057-61  4.80
480 ml ea.. 00364-2067-16  16.50
400 mg./5 ml., 480 ml ea.. 00364-2070-16  29.25
Tab. 400 mg., 100s ea............... 00364-2074-01  21.00

**(UNITED RESEARCH)**
Sus. 200 mg./5 ml., 480 ml ea.. 00677-0673-33  20.00
400 mg./5 ml., 480 ml ea.. 00677-1033-33  35.00
Tab. 400 mg., 100s ea............... 00677-0806-01  21.20
500s ea................ 00677-0806-05  105.95

**(WARNER-CHILCOTT)**
Sus. 200 mg./5 ml., 480 ml
ea............................. AB 00047-2330-23  19.56  16.30
400 mg./5 ml., 480 ml
ea............................. AB 00047-2331-23  36.48  30.40

**ERYTHROMYCIN LACTOBIONATE R**
**(ABBOTT HOSP)**
  SEE ERYTHROCIN LACTOBIONATE
**(ELKINS-SINN)**
Pdr. Multi. 500 mg., 1s ea........... 00641-2304-41  5.94  4.75
1 gm., 1s ea............ 00641-2309-41  11.00  8.80
Piggyback. 500 mg., 1s ea.. 00641-2313-41  6.38  5.10

**(LEDERLE STD)**
Pdr. 500 mg., 5s ea................ AP 00205-2848-56  24.88  20.95
1000 mg., 5s ea.......... AP 00205-2849-02  46.25  38.95

**(LYPHO-MED/F)**
Pdr. 500 mg., 25s ea................ AP 00469-1660-40  134.38
5s ea................ AP 00469-1663-00  28.13
1 gm., 25s ea................ AP 00469-1670-50  236.88

**(PASADENA RESEARCH)**
Pdr. 500 mg., 1s ea................... 00418-2304-41  6.50  6.50
1000 mg., 1s ea................ 00418-1670-50  4.88  3.90

**(QUAD PHARM.)**
Pdr. 15 Ml Diluent. 500 mg.,
10s ea............................. AP 51309-0306-15  38.80  33.00
30 Ml Diluent. 1 gm.,
5s ea................ AP 51309-0308-30  28.80  24.50

**ERYTHROMYCIN OPTH. R  (ABBOTT)**
  SEE PCE DISPERTAB
**(AKORN)**
  SEE AK-MYCIN
**(BAUSCH & LOMB)**
Oon. 5 mg./gm., 1 gm 50s ea
UO ................................. 24208-0910-19  72.00
3.75 gm ea........ 24208-0910-55  2.93

**(BIOLINE)**
Oon. 5 mg./gm., 3.75 gm ea.. AT 00719-7050-61  2.40

**(BOOTS LABS.)**
  SEE E-MYCIN
**(DISTA)**
  SEE ILOTYCIN
**(DIXON-SHANE)**
Oon. 5 mg./gm., .125 oz ea..... 17236-0975-08  3.00

**(FOUGERA)**
Oon. Unit Of Use. 1 gm
50s ea............................ AT 00168-0070-11  64.00
5 mg./gm., 3.5 gm ea.... AT 00168-0070-38  2.38

**(GENETCO)**
Oon. 5 mg./gm., .125 oz ea....... 00302-2738-08  2.40

**(GEN-KING)**
Oon. 5 mg./gm., 3.75 gm ea...... 35470-5474-01  1.68

**(GLAXO DERM.)**
  SEE EMGEL
**(GLENLAWN)**
Oon. 5 mg./gm., 3.75 gm ea...... 00580-1320-20  2.20

**(GOLDLINE)**
Oon. 5 mg./gm., 3.75 gm ea.. AT 00182-1796-31  2.50

**(HARBER)**
Oon. 5 mg./gm., 3.5 gm ea........ 51432-0717-30  2.20

**(HERBERT)**
  SEE ERYGEL
**(HERMAL)**
  SEE AKNE-MYCIN
**(INTERSTATE)**
Oon. 5 mg./gm., 3.75 gm ea...... 00814-3000-68  2.70

**(LOGEN PHARM.)**
Oon. 5 mg./gm., 3.5 gm ea........ 00820-0106-65  1.89

**(MOORE.H.L.)**
Oon. 5 mg./gm., 3.5 gm ea.... AT 00839-6767-43  2.28

**(OCUSOFT)**
  SEE ROMYCIN
**(ORTHO)**
  SEE ERYCETTE
**(PARKE-DAVIS)**
  SEE ERYC
**(PARMED)**
Oon. 5 mg./gm., 3.75 gm ea.. AT 00349-8493-38  2.49

**(QUALITEST)**
Oon. 5 mg./gm., 3.75 gm ea.. AT 00603-7137-70  2.61

**(RAWAY)**
Oon. 5 mg./gm., 1 gm 50s ea
UD ................................. 00686-0910-19  80.00
3.5 gm ea........ 00686-0910-55  1.75

**(ROBINS.A.H..PHARM)**
  SEE ROBIMYCIN
**(RUGBY)**
Oon. Ster. 5 mg./gm.,
3.75 gm ea........................ AT 00536-6530-91  2.12

**(SPECTRUM SCIENTIFIC)**
  SEE SPECTRO-ERYTHROMYCIN
**(UNITED RESEARCH)**
Oon. 5 mg./gm., 3.5 gm ea........ 00677-1017-18  2.35

**ERYTHROMYCIN SOLUTION R**
**(*HCFA FFP*)**
Sol. 2 %, 60 ml ea....................... 3.15

**(ABBOTT)**
  SEE ERYDERM
**(BALAN, J.J.)**
Sol. Topical. 2 %, 60 ml ea........ 00304-0977-72  6.78

**(BARRE)**
Sol. Topical. 1.5 %, 60 ml
ea................................... AT 00472-1242-92  5.20
2 %, 60 ml ea........ AT 00472-1244-92  5.30

**(BAUSCH & LOMB)**
Sol. Topical. 2 %, 60 ml ea........ 24208-0551-67  5.25

**(BIOLINE)**
Sol. Topical. 2 %, 60 ml ea.... AT 00719-4367-74  7.50

**(CMC-CONS)**
Sol. Topical. 1.5 %, 60 ml ea..... 00223-6145-01  4.30
2 %, 60 ml ea........ 00223-6146-01  4.30

**(CLAY-PARK)**
Sol. Topical. 2 %, 60 ml ea........ 45802-0038-46  4.32

**(DEL-RAY)**
  SEE DEL-MYCIN
**(DERMOL PHARM.)**
  SEE ERY-SOL
**(DIXON-SHANE)**
Sol. Topical. 2 %, 60 ml ea........ 17236-0782-22  5.90

**(GENETCO)**
Sol. Topical. 2 %, 60 ml ea........ 00302-2728-02  4.50

**(GEN-KING)**
Sol. Topical. 2 %, 60 ml ea........ 35470-5471-03  3.36

**(GLENLAWN)**
Sol. 2 %. 60 ml ea..................... 00580-0715-27  4.75

**(GOLDLINE)**
Sol. Topical. 2 %, 60 ml ea..... AT 00182-1561-43  7.50

**(HARBER)**
Sol. Topical. 1.5 %, 60 ml ea..... 51432-0585-17  3.65
2 %, 60 ml ea........ 51432-0587-17  3.65

**(HERBERT)**
  SEE ERYMAX
**(HOECHST)**
  SEE A/T/S
**(INTERSTATE)**
Sol. 2 %, 60 ml ea...................... 00814-2998-74  6.38

**(MAJOR)**
Sol. Topical. 1.5 %, 60 ml ea..... 00904-2844-03  5.25
2 %. 60 ml ea........ 00904-2845-03  5.25

**(MEDICIS DERM)**
  SEE THERAMYCIN Z
**(MOORE.H.L.)**
Sol. Topical. 2 %, 60 ml ea..... AT 00839-7023-64  4.71

**(PADDOCK)**
  SEE E.T.S.
**(PHARMACEUTICAL BASIC)**
Sol. Topical. 2 %, 60 ml ea........ 00832-8671-60  4.80

**(QUALITEST)**
Sol. Topical. 2 %, 60 ml ea..... AT 00603-7737-52  5.30

**(RUGBY)**
Sol. Topical. 1.5 %, 60 ml ea..... 00536-0295-96  3.45
2 %, 60 ml ea........ AT 00536-0292-96  4.80

**(SCHEIN)**
Sol. Topical. 2 %, 2 oz ea........... 00364-2073-58  4.75

**(SYOSSET)**
Sol. Topical. C-Solve-2, 2 %,
60 ml ea........................... 47854-0668-20  4.95

**(UNITED RESEARCH)**
Sol. Topical. 2%, 60 ml ea.......... 00677-1402-25  5.30

**(WESTWOOD/SQUIBB)**
  SEE STATICIN

**ERYTHROMYCIN STEARATE R**
**(*HCFA FFP*)**
Tab. 250 mg., 100s ea................. 9.30
500 mg., 100s ea................. 17.16



When your primary source for injectable products cannot locate what you need:
• Hard-to-finds  • Small order sizes
• Back-ordered items  • Unusual sizes/concentrations...

Call us! We will locate the product or information for you!
Pasadena Research Labs
(800) 223-9851

RB 03166

Page 256 of 717
Case 1:01-cv-12257-PBS   Document 6742-5   Filed 12/04/09   Page 4 of 4
239   Key to codes: see front of section   ESCHS

## PRODUCT INFORMATION

| PROD/MFR | OBC/NDC/PROD NO. | AWP DP/SRP |
|---|---|---|
| **ERYTHROMYCIN STEARATE Tablets, USP — MYLAN** "Quality. Again and again." | | |
| (A-A SPECTRUM) | | |
| Pow. 5 gm ea | 49452-2772-01 | 19.80 |
| 25 gm ea | 49452-2772-02 | 54.80 |
| (ABBOTT) SEE ERYTHROCIN STEARATE | | |
| (ALIGEN) | | |
| Tab. 250 mg., 100s ea | 00405-4411-01 | 12.50 |
| 500s ea | 00405-4411-02 | 52.75 |
| 500 mg., 100s ea | 00405-4412-01 | 22.50 |
| (BARR) | | |
| Tab. 500 mg., 100s ea | AB 00555-0219-02 | 24.28 |
| 500s ea | AB 00555-0219-04 | 122.85 |
| Tab. 250 mg., 100s ea | AB 00555-0013-02 | 14.59 |
| 500s ea | AB 00555-0013-04 | 71.10 |
| (BEST GENERICS) | | |
| Tab. 250 mg., 100s ea | AB 54274-0428-10 | 14.20 |
| 500s ea | AB 54274-0428-30 | 63.95 |
| 500 mg., 100s ea | AB 54274-0429-10 | 28.50 |
| (BIOLINE) | | |
| Tab. 250 mg., 100s ea | AB 00719-1335-10 | 12.34 |
| 500s ea | AB 00719-1335-12 | 49.00 |
| 500 mg., 100s ea | AB 00719-1336-10 | 22.37 |
| (CMC-CONS) | | |
| Tab. 250 mg., 100s ea | 00223-0914-01 | 11.75 |
| 500s ea | 00223-0914-05 | 58.95 |
| (CLINICAL) | | |
| Tab. 250 mg., 6s ea | 55081-0221-05 | 2.21 |
| 20s ea | 55081-0221-00 | 3.34 |
| 28s ea | 55081-0221-01 | 3.98 |
| 40s ea | 55081-0221-02 | 4.95 |
| 60s ea | 55081-0221-03 | 6.56 |
| 100s ea | 55081-0221-09 | 9.77 |
| 500 mg., 20s ea | 55081-0222-01 | 5.83 |
| 28s ea | 55081-0222-02 | 7.24 |
| 30s ea | 55081-0222-00 | 7.60 |
| 40s ea | 55081-0222-03 | 9.36 |
| 60s ea | 55081-0222-05 | 12.89 |
| (COAST) | | |
| Tab. 250 mg., 100s ea | 00385-2015-01 | 14.50 |
| 500 mg., 100s ea | 00385-2016-01 | 19.85 |
| (DIXON-SHANE) | | |
| Tab. 250 mg., 100s ea | 17236-0152-01 | 15.20 |
| 500s ea | 17236-0152-05 | 57.90 |
| 500 mg., 100s ea | 17236-0154-01 | 27.90 |
| (GENETCO) | | |
| Tab. 250 mg., 500s ea | 00302-2730-05 | 60.75 |
| (GENEVA PHARM) | | |
| Tab. 250 mg., 100s ea | AB 00781-1820-01 | 12.65 |
| 500s ea | AB 00781-1820-05 | 58.20 |
| 500 mg., 100s ea | AB 00781-1850-01 | 24.67 |
| (GEN-KING) | | |
| Tab. 250 mg., 100s ea | 35470-0013-01 | 9.30 |
| 500s ea | 35470-0013-05 | 40.74 |
| 500 mg., 100s ea | 35470-0107-01 | 18.90 |
| (GLENLAWN) | | |
| Tab. 250 mg., 100s ea | 00580-0145-01 | 11.27 |
| 500s ea | 00580-0145-05 | 47.90 |
| 500 mg., 100s ea | 00580-0146-01 | 21.60 |
| (GOLDLINE) | | |
| Tab. 250 mg., 100s ea | AB 00182-0538-01 | 12.34 |
| 500s ea | AB 00182-0538-05 | 49.00 |
| 500 mg., 100s ea | AB 00182-0539-01 | 22.37 |
| (HARBER) | | |
| Tab. 250 mg., 100s ea | 51432-0178-03 | 10.00 |
| 500s ea | 51432-0178-05 | 47.95 |
| 500 mg., 100s ea | 51432-0174-03 | 21.60 |
| (HAUCK W.E.) SEE WINTROCIN | | |
| (INTERSTATE) | | |
| Tab. 250 mg., 100s ea | 00814-2970-14 | 14.25 |
| 500s ea | 00814-2970-28 | 63.75 |
| 500 mg., 100s ea | 00814-2975-14 | 26.25 |
| (LANNETT) | | |
| Tab. 250 mg., 100s ea | 00527-1061-01 | 12.40 |
| 1000s ea | 00527-1061-10 | 98.00 |
| (LEDERLE STD) | | |
| Tab. 250 mg., 100s ea | AB 00005-3250-23 | 13.72 11.55 |
| 100s ea UD | AB 00005-3250-60 | 13.72 11.55 |
| 500 mg., 100s ea | AB 00005-3251-23 | 21.97 18.50 |
| 100s ea UD | AB 00005-3251-60 | 22.68 19.10 |
| (MAJOR) | | |
| Tab. 250 mg., 100s ea | 00904-2458-60 | 12.75 |
| 500s ea | 00904-2458-40 | 48.75 |
| 500 mg., 100s ea | 00904-2459-60 | 24.75 |
| 500s ea | 00904-2459-40 | 97.90 |
| (MASON DISTRIB.) | | |
| Tab. 250 mg., 100s ea | 11845-0234-01 | 14.25 |
| 500s ea | 11845-0234-03 | 64.35 |
| 500 mg., 100s ea | 11845-0235-01 | 28.62 |
| (MED-DERM) | | |
| Tab. 250 mg., 100s ea | 45565-0006-01 | 9.50 |
| (MOORE H.L.) | | |
| Tab. F.C. 250 mg., 100s ea | AB 00839-5079-06 | 11.60 |
| 1000s ea | AB 00839-5079-16 | 95.43 |
| 500 mg., 100s ea | AB 00839-5185-06 | 22.66 |
| (MURRAY) | | |
| Tab. 250 mg., 100s ea | 00150-2458-60 | 10.45 |
| 500s ea | 00150-2458-40 | 45.95 |
| 500 mg., 100s ea | 00150-2459-60 | 16.95 |
| (MYLAN) | | |
| Tab. 250 mg., 100s ea | AB 00378-0106-01 | 14.26 |
| 500s ea | AB 00378-0106-05 | 67.50 |
| 500 mg., 100s ea | AB 00378-0107-01 | 28.62 |
| (PARMED) | | |
| Tab. F.C. 250 mg., 100s ea | AB 00349-1011-01 | 15.18 |
| 500s ea | AB 00349-1011-05 | 71.68 |
| Fc. 500 mg., 100s ea | AB 00349-1010-01 | 29.95 |
| (PHARM. CORP./AMERICA) | | |
| Tab. 250 mg., 28s ea | 51655-0098-29 | 4.40 |
| 40s ea | 51655-0098-51 | 5.60 |
| 500 mg., 21s ea | 51655-0152-28 | 7.50 |
| 30s ea | 51655-0152-24 | 9.00 |
| (QUALITEST) | | |
| Tab. 250 mg., 500s ea | AB 00603-3553-28 | 56.15 |
| 500 mg., 100s ea | AB 00603-3554-21 | 25.30 |
| (RAWAY) | | |
| Tab. 250 mg., 100s ea | 00686-0106-01 | 9.22 |
| 500 mg., 100s ea | 00686-0107-01 | 17.00 |
| (RUGBY) | | |
| Tab. 250 mg., 100s ea | AB 00536-0250-01 | 11.69 |
| 500s ea | AB 00536-0250-05 | 56.19 |
| 500 mg., 100s ea | AB 00536-0265-01 | 25.38 |
| (SCHEIN) | | |
| Tab. F.C. 250 mg., 100s ea | AB 00364-2005-01 | 15.50 |
| 500s ea | 00364-2005-05 | 66.50 |
| 1000s ea | 00364-2005-02 | 126.75 |
| 500 mg., 100s ea | 00364-2038-01 | 26.75 |
| (SENECA) SEE MY-E | | |
| (SPNCR-MEAD) | | |
| Tab. 250 mg., 100s ea | 00537-2098-01 | 8.00 |
| 500s ea | 00537-2098-05 | 38.63 |
| 1000s ea | 00537-2098-10 | 74.95 |
| F.C. 500 mg., 100s ea | 00537-2241-01 | 16.20 |
| 500s ea | 00537-2241-05 | 78.70 |
| (TRUXTON) SEE ERYTHROCOT | | |
| (UNITED RESEARCH) | | |
| Tab. 250 mg., 100s ea | 00677-0343-01 | 12.75 |
| 500s ea | 00677-0343-05 | 57.95 |
| 500 mg., 100s ea | 00677-0344-01 | 25.40 |
| (VERATEX) | | |
| Tab. 250 mg., 100s ea | 17022-4102-02 | 10.55 |
| 500s ea | 17022-4102-04 | 43.20 |
| 500 mg., 100s ea | 17022-4123-02 | 15.95 |
| (WARNER-CHILCOTT) | | |
| Tab. F.C. 250 mg., 100s ea | AB 00047-0672-24 | 12.84 |
| 100s ea UD | 00047-0672-40 | 17.33 |
| 500s ea | AB 00047-0672-30 | 56.61 |
| 500 mg., 100s ea | AB 00047-0919-24 | 24.39 |
| (WYETH/AYERST) SEE WYAMYCIN S | | |
| (ZENITH) SEE CATALOG SECTION SEE INSERT OPPOSITE PAGE 84 | | |
| Tab. F.C. Pink, 250 mg., | | |
| 100s ea | AB 00172-2458-60 | 15.45 |
| 500s ea | AB 00172-2458-70 | 71.70 |
| 1000s ea | AB 00172-2458-80 | 140.00 |
| F.C. Oval/Pink, 500 mg., | | |
| 100s ea | AB 00172-2823-60 | 28.90 |

### ERYTHROMYCIN/SULFISOXAZOLE ℞ (*HCFA FFP*)

| | | |
|---|---|---|
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | | 8.33 |
| 150 ml ea | | 12.32 |
| 200 ml ea | | 15.30 |
| (ALRA) SEE ERYZOLE | | |

### E.S.P.™ ERYTHROMYCIN WITH SULFISOXAZOLE ACETYL 200 mg/600 mg — barr 1-800-222-4043

| | | |
|---|---|---|
| (BARR) | | |
| Sus. Oral, 200 mg.-600 mg./ 5 ml, 100 ml ea | AB 00555-0445-22 | 11.58 |
| 150 ml ea | AB 00555-0445-21 | 17.24 |
| 200 ml ea | AB 00555-0445-23 | 22.65 |
| (GENEVA PHARM) | | |
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | AB 00781-7043-46 | 10.99 |
| 150 ml ea | AB 00781-7043-55 | 15.46 |
| 200 ml ea | AB 00781-7043-48 | 20.29 |
| (HARBER) | | |
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | 51432-0826-14 | 9.75 |
| 150 ml ea | 51432-0826-15 | 15.75 |
| 200 ml ea | 51432-0826-16 | 20.65 |
| (INTERSTATE) | | |
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | 00814-3002-54 | 12.75 |
| 150 ml ea | 00814-3002-58 | 18.75 |
| 200 ml ea | 00814-3002-60 | 24.75 |
| (LEDERLE STD) | | |
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | AB 00005-3700-46 | 11.72  9.87 |
| 150 ml ea | AB 00005-3700-49 | 17.37  14.63 |
| 200 ml ea | AB 00005-3700-60 | 22.84  19.23 |
| (MAJOR) | | |
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | 00904-2475-04 | 11.25 |
| 150 ml ea | 00904-2475-07 | 16.40 |
| 200 ml ea | 00904-2475-08 | 22.10 |
| (PARMED) | | |
| Sus. Powder For Oral, 200 mg.-600 mg./5 ml, | | |
| 100 ml ea | AB 00349-8835-01 | 12.79 |
| 150 ml ea | AB 00349-8835-05 | 18.91 |
| 200 ml ea | AB 00349-8835-02 | 24.83 |
| (QUALITEST) | | |
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | AB 00603-6563-64 | 11.25 |
| 150 ml ea | AB 00603-6563-66 | 16.92 |
| 200 ml ea | AB 00603-6563-68 | 21.87 |
| (ROSS/ABBOTT) SEE PEDIAZOLE | | |
| (RUGBY) SEE SULFIMYCIN | | |
| (SCHEIN) | | |
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | 00364-2319-61 | 10.20 |
| 150 ml ea | 00364-2319-62 | 15.25 |
| 200 ml ea | 00364-2319-63 | 19.85 |
| (UNITED RESEARCH) | | |
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | 00677-1303-27 | 10.90 |
| 150 ml ea | 00677-1303-28 | 16.35 |
| 200 ml ea | 00677-1303-29 | 21.00 |

### ERYTHROSINE SODIUM ℞ (A-A SPECTRUM)

| | | |
|---|---|---|
| USP, 100 gm ea | | 49452-2772-01  27.50 |
| 1000 gm ea | | 49452-2772-02  225.00 |

### ERYZOLE ℞ (ALRA) ERYTHROMYCIN/SULFISOXAZOLE

| | | |
|---|---|---|
| Sus. 200 mg.-600 mg./5 ml, 100 ml ea | AB 51641-0111-64 | 10.45 |
| 150 ml ea | AB 51641-0111-66 | 15.45 |
| 200 ml ea | AB 51641-0111-68 | 20.45 |

### ESCHERICHIA COLI (BOIRON-BORNEMAN)

| | | |
|---|---|---|
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53  3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.74  3.40 |
| 200c,1m, 4 gm ea | | 2.40  4.70 |
| 10m, 4 gm ea | | 3.06  6.00 |
| 50m, 4 gm ea | | 3.93  7.70 |
| CM, 4 gm ea | | 5.38  10.55 |

### ESCHSCHOLITZIA CALIFORNICA (BOIRON-BORNEMAN)

| | | |
|---|---|---|
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53  3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73  3.40 |
| 200c,1m, 4 gm ea | | 2.40  4.70 |
| 10m, 4 gm ea | | 3.06  6.00 |



℞ Pedia Profen™ Ibuprofen Suspension 100 mg/5 ml   The #1 dispensed pediatric ibuprofen¹   McNeil Consumer Products Company Division of McNeil PPC Inc Fort Washington, PA 19034 USA  ©McN 1991   ¹ IMS data, September 1990

RB 03167