# EXHIBIT 29
# (Part 1)

**18 January 2001**

**Presentation to United States Attorneys Office, District of Massachusetts**

# Drug Price Reporting Fraud By Dey, Warrick, Roxanne, and Bristol Causes Injury to Medicare and Medicaid Programs

## Ven-A-Care of the Florida Keys, Inc.
## and Wampler Buchanan & Breen, P.A.

Highly Confidential



VAC MDL 94160

# The fraudulent inflation of drug price reports by certain pharmaceutical companies is costing the Medicare and Medicaid Programs hundreds of millions of dollars per year in excessive reimbursements.

Highly Confidential

VAC MDL 94161

# The price manipulation is engaged in for the express purpose of creating financial inducements for Medicare and Medicaid providers to order more of the Defendants' drugs.

Highly Confidential

VAC MDL 94162

**After conducting an exhaustive investigation, based in large part on evidence subpoenaed from VAC, Former House Commerce Committee Chairman Tom Bliley said the following in a September 25, 2000 letter to Alan F. Holmer, President of Pharmaceutical Research and Manufacturers of America:**

VAC MDL 94163

"I will not tolerate taxpayers and Medicare beneficiaries being forced to subsidize the efforts of certain drug manufacturers to increase their sales. These drug manufacturers that are deliberately gaming the setting of reimbursement rates for such purposes must be held fully accountable."

Highly Confidential

VAC MDL 94164

# Congressman Bill Thomas, Present Chairman of House Ways and Means Committee, Made the Following Statements At The Introduction of the Prescription Drug Security Act of 2000, Tuesday, June 13, 2000

"Fighting Medicare fraud has proven to be an investment in the health of America's seniors and the disabled. Reducing waste saves taxpayer dollars.  When fraud is uncovered and prosecuted, Medicare works better for honest citizens, and more money becomes available for programs, like prescription drugs, that Americans really need."

Highly Confidential

VAC MDL 94166

**"Prescription drug costs have become a clear and present danger to the health and financial security of our nation's senior and disabled citizens"**

Highly Confidential

VAC MDL 94167

**Today's presentation will draw upon information and evidence relating to both the Medicare and Medicaid Programs to illustrate how Dey, Warrick, Roxanne and Bristol have inflated price reports in order to manipulate reimbursements.**

Highly Confidential

VAC MDL 94168

# We will also consider certain evidence relating to TAP and Abbott, defendants in other pending cases, that demonstrates the strong influence such price report manipulation has on independent medical decisions.

Highly Confidential

VAC MDL 94169



## Figure 2
### Estimated Medicaid Expenditures for Prescription Drugs, 1990-1998

☐ Fee-for-Service  ▨ Managed Care

Source: Urban Institute estimates (2000) based on data from HCFA-2082 and HCFA-64 reports. Data are for federal fiscal years (October-September).  Fee-for-service drug expenditures have been reduced by the total state and federal drug rebates shown in Figure 2.

# Figure 3
## Medicaid Drug Rebates, 1990-1998



Source: Urban Institute estimates (2000) based on data from HCFA-64 reports.
State rebates are not reported separately on the source data from HCFA until 1993.  After 1993, the amounts shown include both federal and state rebates.  Prior to 1993, the amounts shown may only include federal rebates.  Reported state rebate amounts are relatively small, ranging between $25 and $54 million nationwide from 1993 to 1998.

Highly Confidential

VAC MDL 94171

# TAP's Lupron Pricing Conduct Provides An Excellent Example Of How Drug Price Misrepresentations Are Made For The Express Purpose Of Manipulating Medicare and Medicaid Reimbursement In Order To Induce Health Care Providers To Order More Of A Particular Drug

Highly Confidential

VAC MDL 94172

**In May Of 1997, TAP Was Concerned About Losing Lupron Market Share To Competing Drugs Zoladex (Zeneca) and Decapepryl (Pharmacia-Upjohn). Each Of The Competing Drugs Is Administered By Urologists In The Treatment Of Prostatic Cancer As An Alternative To Orchiectomy Or Estrogen Administration.**

Highly Confidential

VAC MDL 94173

# TAP Clearly Intended To Financially Induce Its Urologist Customers To Order Medicare Reimbursed Lupron As Evidenced By The Following Excerpts From Tap Documents

Highly Confidential

VAC MDL 94174

# "Physicians' return to practice is one of the most important reasons for use of Lupron Depot."

Highly Confidential

VAC MDL 94175

**"At present Medicare most commonly allows physicians to charge Average Wholesale Price (AWP) for physician administered medications."**

Highly Confidential

VAC MDL 94176

# "TAP can change two factors that affects return to practice: price and quantity discounts"

Highly Confidential

VAC MDL 94177

"The current AWP of Lupron Depot 7.5 mg is $515.63, which is 20% higher than our list price of $412.50. The return to practice on a single kit of Lupron 7.5 mg purchased at list price is $103.13. The return to practice of Lupron 22.5 mg is three times that amount, $309.39."

Highly Confidential

VAC MDL 94178

**"Physicians' return to practice is significantly increased by purchasing Lupron Depot at higher quantities and taking advantage of TAP's quantity discount program."**

Highly Confidential

VAC MDL 94179

# "To increase physicians' return to practice, TAP can either raise the price of Lupron Depot or increase the quantity discount percentages"

Highly Confidential

VAC MDL 94180

**"Most offices now file Medicare forms electronically. The current J9217 Lupron Depot code can be used with a "3" or "4" in the units column. If Tap would have changed the pricing structure, we would have to use a miscellaneous code of J9999 …requiring a manual review of claims…"**

Highly Confidential

VAC MDL 94181

**"They will not have to submit invoices on what was paid, which is required when a J9999 is used…."**

Highly Confidential

VAC MDL 94182

**"If it becomes necessary to further differentiate the Lupron product line from its competitors, we could offer deeper discounts in the quantity discount program for Lupron 30 mg. This would make it more attractive to private physicians to switch from 3 month to 4 month."**

Highly Confidential

VAC MDL 94183

# The following are excerpts from TAP's internal memorandum describing its anticipated "Physician Information Folder" :

Highly Confidential

VAC MDL 94184

# •Reimbursement Instructions asking offices to bill using Lupron Depot 7.5 code, J9217 x 4 units

Highly Confidential

VAC MDL 94185

- **Pricing information providing a list price of $1650. TAP keeps the same 90 day payment terms. This is done to instill confidence that the time frame for Medicare reimbursement is expected to be the same, within 45 days. The quantity discount pricing is not officially published, but is presented by the representative since converting to one month units can be confusing.**

Highly Confidential

VAC MDL 94186

# TAP prepared the following document to inform urologists of the profits created by TAP's reporting  inflated AWPs for Lupron

Highly Confidential

VAC MDL 94187

# *Increasing Income by adopting Uniformity........using Lupron*

❖ **If all patients were on Lupron using the aforementioned scenario, you'd be utilizing 60 vials of Lupron per month.**

**The return to practice would look like this:**

**AWP: $496.25**
**AP: $361.62**
**RTP: $134.63**
**x 65 patients**
**$8,750.95 / month**
**x 12 months**
**$105,011.40 annually**

Highly Confidential

VAC MDL 94188

## LUPRON DEPOT:
## UROKARE NETWORK RETURN TO PRACTICE

|  | Lupron 7.5mg: | Zoladex 3.6mg: | Lupron 22.5mg: | Zoladex 10.8mg: |
|---|---|---|---|---|
| AWP: | $515.63 | $410.51 | $1,546.89 | $1,231.52 |
| -Network Cost: | $317.50* | $267.02** | $ 952.50* | $ 831.44** |
| Return Per Vial: | $198.13 | $143.49 | $ 594.39 | $ 400.08 |

*Lupron price is based on a collective UroKare volume of 500 units per monthly order.

**Zoladex cost is based on a volume discount for 24-47 units per order.

| # Patients: | Lupron Return Per Year: |
|---|---|
| 1-9 | $2,377.56 - $21,398.04 |
| 10-19 | $23,775.60 - $45,173.64 |
| 20-29 | $47,551.20 - $68,949.24 |
| 30-39 | $71,326.80 - $92,724.84 |
| 40-49 | $95,102.40 - $116,500.44 |
| 50-59 | $118,878.00 - $140,276.04 |
| 60-69 | $142,653.60 - $164,051.64 |
| 70-79 | $166,429.20 - $187,827.24 |
| 80-89 | $190,204.80 - $211,602.84 |
| 90-99 | $213,980.40 - $235,378.44 |
| 100 + | $237,756.00 + |

Highly Confidential

VAC MDL 94189

As we have also discussed, Northwest Iowa Urology is very upset about the allowable not going up. I personally met with the doctors to discuss this issue 4/17. The physicians have started using Zoladex but would stop if the allowable issue was taken care of. NWI Urology has 180 pts on Lupron. They've never used Zoladex before and Pat Rogers has 99% Lupron marketshare in his area.

Highly Confidential

VAC MDL 94190

# Are false inflations of price an industry standard ?

**Congressman Stark's letter dated October 10, 2000 to Sidney Taurel, CEO of Eli Lilly & Co. states:**

**It has been reported in the press that some drug companies consider the false and deceptive conduct exposed by Congressional investigations as consistent with the "industry standard" . . . I would like to know if you believe that the conduct outlined in the PhRMA letter represents your industry's standard.**

Highly Confidential

VAC MDL 94191

# Lilly's response dated November 17, 2000 was:

I can speak with authority as to the practices of Lilly and tell you that we have not engaged in false or deceptive marketing practices intended to manipulate or inflate the prices of our drugs.  We compete here in the U.S. in a vibrant marketplace in which prices are determined by the relative therapeutic benefits of our products as well as the competitive market forces within the healthcare distribution chain.  We promote our products based on their therapeutic benefits and overall medical value.

--Sidney Taurel, Chairman of the Board, President, and CEO, Eli Lilly and Company

Highly Confidential

VAC MDL 94192

# UNITED STATES v. JOSE "PEPE" ARIAS, ET AL.

**On August 24, 2000, a Miami grand jury returned an eighty-three count indictment charging seven durable medical equipment (DME) company owners, eight pharmacy owners and pharmacists, and eight professional patients, with engaging in a Medicare fraud and kickback scheme seeking to defraud the Medicare program of in excess of $14 million.**

Highly Confidential

VAC MDL 94193

The indictment charged Jose "Pepe" Arias, 42, Idania C. Arais, 36, Grisel Arias, 40, Dalia Landrove, 49, Reinaldo Hector Landrove, 62, Evaristo Jerez, 36, and Mercedes Jerez, 34, all of Miami, Florida, all owners of various of DME companies, with conspiracy to defraud Medicare with the following pharmacy owners and pharmacists: Miriam Magaly Castillion, 50, Carlos Amador , 29, and Leslie Addison, 42, all of Miami Pharmacy, Marco Burgos, 40, Suzanne Burgos, 37, of South Beach Pharmacy, and Michael Iheagwara, 39, Azubueza Ikejiani, 48, and Magnus Ogbenna, 41, of MAZ Pharmacy.

Highly Confidential

VAC MDL 94194

The indictment also charged the following professional patients for participating in the scheme to defraud Medicare by offering the use of their Medicare cards in exchange for kickbacks: Angela Nodarse, 75, Orlando Espinosa, 70, Salvador Rodriguez, 76, Elio Fernandez, 74, Alfredo Casillas , 51, Miguel Diaz, 41, Juan Sanchez, 72, and Lilia Gonzalez , 80. The professional patients alone accounted for more than $250,000 in fraudulent billing.

Highly Confidential

WAG MDL 94195

**The indictment is a culmination of a joint state and federal investigation into health clinic, pharmacy and DME fraud in the Miami area.**

**The scheme involved multiple DME companies and clinics controlled by Jose "Pepe" Arias and his family members, who would pay kickbacks to Medicare beneficiaries to be seen by physicians employed at Jose "Pepe" Arias' clinics, where they were "diagnosed" with chronic obstructive pulmonary disease (COPD).**

Highly Confidential

VAC MDL 94196

The DME companies controlled by Jose "Pepe" Arias would then, in collusion with Miami Pharmacy, MAZ Pharmacy and South Beach Pharmacy, submit **millions of dollars** in claims to Medicare for nebulizers and adulterated aerosol medications purportedly delivered to the beneficiaries.

Jose "Pepe" Arias would provide **kickbacks** to beneficiaries in the form of cash, food and gifts.

Highly Confidential

VAC MDL 94197

**WASHINGTON, D.C. --** One of the nation's largest suppliers of durable medical equipment and three health care providers will pay the United States more than $2 million to settle allegations they sought to defraud the Medicare program through sham contracts and kickbacks, the Department of Justice announced today. Assistant Attorney General Frank W. Hunger of the Civil Division and U.S. Attorney Kent B. Alexander of Atlanta, Georgia, said **Apria Healthcare Group Inc.** will pay the United States $1,650,000 and Georgia Lung Associates, a group of four physicians practicing in Austell, Georgia, will pay $346,000.

Highly Confidential WAO/MDL 94198

The United States alleged that **Apria** entered into sham consulting contracts with Georgia Lung and other physicians in order to induce referrals.

Georgia Lung, for example, referred Medicare patients to **Apria** for oxygen supplies. The agreement settles claims that **Apria** and Georgia Lung defrauded Medicare by billing for patients referred pursuant to the <u>kickback</u> scheme.

Highly Confidential

VAC MDL 94199

# Wall Street Journal, Wednesday June 21, 2000

Washington- In a report to be released today, federal investigators find that Medicare pays "excessive" prices- seven times what the Department of Veteran Affairs pays and far more than retail customers pay- for the asthma drug albuterol.

Highly Confidential

VAC MDL 94200

The reimbursement amount is generally 95% of the average wholesale price, as listed in industry guidebooks.

Highly Confidential

VAC MDL 94201

But investigators say the average wholesale prices are sometimes inflated by drug makers, which sell the products to physicians and other providers at deep discounts. That gives providers an incentive to buy drugs that produce the biggest revenue.

Highly Confidential

VAC MDL 94202

<u>Washington, June 21(Bloomberg)-</u>
Medicare would save taxpayers
$47 million a year if it bought a
widely used asthma drug from
Wal-Mart or Drug Emporium drug
store instead of paying the
pharmaceutical industry sticker
price- a report said.

Highly Confidential

VAC MDL 94203

"Medicare could save between **$47 million and $209 million** by lowering its reimbursement amount for albuterol to prices available through other sources," the report says. "Twenty percent of these savings would directly benefit Medicare beneficiaries through reduced co-payments."

Makers of albuterol include Schering-Plough Corp.

Highly Confidential

VAC MDL 94204