# EXHIBIT 29
# (Part 2)

# Apria, Lincare Hurt

The scheduled Medicare albuterol cuts could hurt the earnings growth of Apria Healthcare Group, Inc., Lincare Holdings, Inc. and other home medical equipment services.

Highly Confidential

VAC MDL 94205

# *Why* did the inhalants Albuterol and Ipratropium Bromide (used to treat respiratory problems such as asthma) suddenly hit the top 10 list of Medicare expenditures in 1997…



HCFA

VAC MDL 94206

# Top HME Medicare Codes Ranked by Expenditures

| CODE | DESCRIPTION | 1998 | 1997 | 1996 |
|------|-------------|------|------|------|
| 1. E1403 | Concentrator, 4-5 liters | $455,917,433 | $517,398,440 | $415,716,666 |
| 2. E1400 | Oxygen Concentrator, less than 2 liters | $310,074,491 | $398,231,135 | $366,310,009 |
| 3. A4253 | Blood Glucose/Reagent Strips | $305,604,306 | $247,619,532 | $190,233,272 |
| 4. E1401 | Oxygen Concentrator, 2-3 liters | $275,819,498 | $359,693,760 | $329,530,530 |
| 5. E0260 | Hospital Bed, Semi-Electric with Mattress | $275,128,526 | $272,349,826 | $238,826,466 |
| 6. K0505 | Albuterol Inhalation Solution | $230,376,027 | $152,924,214 | N/A |
| 7. B4035 | Enteral Feeding Supply Kit, Pump-Fed, Per Day | $229,305,401 | $247,678,694 | $244,807,334 |
| 8. B4150 | Enteral Formulae Category I | $213,226,738 | $225,472,835 | $205,009,654 |
| 9. K0011 | Standard Weight Power Wheelchair with Control | $213,038,162 | $140,166,791 | $63,681,534 |
| 10. K0518 | Ipratropium Bromide Inhalation Solution | $176,887,968 | $96,204,639 | N/A |

Source: Health Care Financing Administration, Office of Information Services

VAC MDL 94207

**And the answer is….**

## MEDICARE UTILIZATION FOR THE INHALATION DRUG ALBUTEROL SULFATE 0.083% HCPCS K0505 & J7620

*The "SPREAD"*

| YEAR | MEDICARE REIMBURSEMENT AMOUNT PER UNIT* | PROVIDER COST PER MEDICARE UNIT** | SPREAD $ | SPREAD % | MEDICARE EXPENDITURES |
|------|-------|-------|-------|-------|-------|
| 1994 | $0.492  ($0.41/ml) | $0.379 | $0.113 | 29% | $147,867,789 |
| 1995 | $0.516  ($0.43/ml) | $0.244 | $0.272 | 111% | $166,901,971 |
| 1996 | $0.492  ($0.41/ml) | $0.244 | $0.248 | 101% | $178,411,078 |
| 1997 | $0.492  ($0.41/ml) | $0.189 | $0.303 | 160% | $199,763,937 |
| 1998 | $0.47 | $0.16 | $0.31 | 193% | $230,376,02? |
| 1999 | $0.47 | $0.141 | $0.329 | 233% | |

**While reimbursement per unit drops, Medicare expenditures increase by 70%… driven by increased utilization fueled by a 233% mark up *before collecting the co-pay.* Providers pocket 32 cents out of the 47 cents they are paid by Medicare!!!!**

Highly Confidential

VAC MDL 94208

# COMPARISONS IN REDUCTIONS IN TRUE WHOLESALE PRICES vs INCREASES IN UTILIZATION BY MEDICARE FOR ALBUTEROL 0.083% HCPCS J-7620 (1ml)



# PERCENTAGE OF "SPREAD" BETWEEN DEY LAB'S REPORTED AWP AND THE ACTUAL WHOLESALE PRICE FOR ALBUTEROL SULFATE 0.083% NDC# 49502-0687-03, 3ml/25's

| Year | Red Book/First Data Bank AWP | McKesson Wholesale Price | Percent "Spread" |
|------|------|------|------|
| 1992 | $32.30 | $25.45 | 21.3% |
| 1993 | $30.25 | $25.39 | 16.1% |
| 1994 | $30.25 | $23.69 | 21.7% |
| 1995 | $30.25 | $15.26 | 49.6% |
| 1996 | $30.25 | $15.26 | 49.6% |
| 1997 | $30.25 | $11.84 | 60.9% |
| 1998 | $30.25 | $10.00 | 67.0% |

Highly Confidential

(c)   Rebate.   During the Initial Term, Dey agrees to provide the following quarterly rebate in the form of a credit memo or free Product, at Dey's discretion, to Buyer:

If the total number of Units of the Product purchased by Buyer directly from Dey during a Quarter ("Minimum Units/Quarter") is equal to or greater than the Minimum Units/Quarter set forth below, then Buyer will earn a rebate in the form of a credit memo or free Product with value (as provided below) equal to the applicable Rebate Percentage set forth below times the Net Sales of the Products purchased by Buyer directly from Dey during such Quarter.   For Purchase Agreements commencing during a calendar Quarter, rebate calculations will be done on a prorated basis.   Free goods will be rounded down to nearest shelf carton.

### MINIMUM UNITS/QUARTERS

| QUARTERS 1 & 2 | REBATE PERCENTAGE | QUARTERS 5 & 6 | REBATE PERCENTAGE |
|---|---|---|---|
| 1,206,000 | 8% | 1,350,000 | 8% |
| 1,150,000 | 7% | 1,280,000 | 7% |
| 1,090,000 | 6% | 1,220,000 | 6% |
| <1,090,000 | NA | <1,220,000 | NA |

| QUARTERS 3 & 4 | REBATE PERCENTAGE |
|---|---|
| 1,296,000 | 8% |
| 1,230,000 | 7% |
| 1,170,000 | 6% |
| <1,170,000 | NA |

**Feb.1, 1993 Agreement with Homedco**   DL2522

**Base price = $0.166 per ml**

The dollar amount of the rebate for a Quarter will be calculated by Dey no later than 30 days after such Quarter based upon cumulative sales from Buyer's purchase of the Product directly from Dey during such Quarter. → The rebate will be granted to Buyer in the form of a credit memo or free Product, at Dey's discretion, which Dey will ship to Buyer after the applicable Quarter and the dollar amount of the rebate has been calculated.   The credit memo or free Product which Dey will ship to Buyer will have a value equivalent to the dollar amount of the rebate calculated by valuing a Unit of the Product at the Base Price of $0.50 per Unit, or if the Base Price has been reduced by Dey prior to such shipment pursuant to Paragraph 1(c) above, at such reduced Base Price. Notwithstanding the above, no rebates will be paid by Dey to buyer, unless buyer is current on all invoices owed to Dey.

Highly Confidential   VAC-MDL 94211

Patrick Johnson
Director, Materials Management
Homedco
17650 Newhope Street
Fountain Valley, CA  92708

Dear Patrick:

**$0.13 per ml**

*Homedco*
*10/1/93*
*RFN 10/5/93*
*40¢*
*E.T.R.E 10/5/93*

        Charles Rice and I enjoyed me
tives at your offices.  We felt that the
Dey and Homedco.  We are pleased
your company, and we look forward
relationship between our companies.

        The following points will be im

*CWOT TO D PRICE.*

1.   Albuterol unit dose will be
     rebate will be given on pu

*√ w/ Michano?*
*41125.*

2.   Unit packs of 30 vials of a
     October 1.  I will send Da

69703   $10.00
69733   12.00
69760   24.00

*√ w/ Michano?*
*41125.*

3.   Dey will provide 9,000 cartons of free samples (25's) to Homedco when
     requested to do so.  Dey will ship directly to Clark O'Neil in one ship-
     ment.

*① PRICE OVERRIDE?*
*② AUTHORIZATION?*
*③ AFFEG ON AVG PRICE*

     Starting in January 1994, samples will be available from Dey at a price
     of $4.75 per carton.  This price is negotiable, depending upon how
     many units are needed monthly after the first three months.

*① DEFINE "SALE"*
*② APPLY TO WHAT*
*"MONTH" OF SAMPLES.*
*③ WHO COMPUTES?*
*④ PRICE OVERRIDE FOR*
*DIFFERENCE?*
*⑤ AFFEG ON AVG.*
*PRICE? OR AVG.?*
*⑥ ...*

     Starting in January 1994, Homedco will earn a rebate of one percent of
     sales for promotional purposes.  This rebate will be applied to the
     monthly cost of samples.  Any cost above the rebate will be charged to
     Homedco.

DL2514

Highly Confidential

VAC MDL 94212

Patrick Johnson
Homedco
Page 2
September 16, 1993

### Example

2,000 cartons/mo. X $1.75/carton    = $9,500/mo.
Estimated monthly sales $350,000
    Earned rebate at 1%    = $3,500/mo.
    Cost to Homedco    = $6,000/mo.
    Actual unit cost    = $3.00/box

6.   Dey will provide Homedco its best available price for Cromolyn Sodium unit dose when available.

Patrick, I believe these points cover the key elements of our discussion. We should plan to meet and review progress again in early 1994.  Working with Dey will provide Homedco with a guaranteed source of supply for Albuterol unit dose as well as a higher quality product and a source of future new homecare respiratory products.

Thanks again for your time and a very professional presentation.

Sincerely yours,

R.F. Mozak

Robert F. Mozak
Vice President
Sales and Marketing

Highly Confidential

VAC MDL 94213
DL2515

Rich Spiegel ✗ᵏ
Vice President, Materials
3560 Hyland Avenue
Costa Mesa, CA  92626

January 28, 1994



Dear Rich: ✗ᵏ

**$0.14 per ml** ⬅

In accordance with our discussions with Charter Oak Pharmacy, we have reduced the price of Albuterol 0.083% unit-dose vials to a net price of $.42 per vial ($10.50 per carton of 25's) effective February 1, 1994.

As per our agreement, Dey will no longer be providing a rebate to Charter Oak (Abbey) on Albuterol.

Free samples will be available for use by Charter Oak up to a maximum value of 2% of sales (see separate memo).

⬆

**Free Samples to Pharmacy**

Sincerely yours,

*R F Mozak*

Robert F. Mozak
Vice President
Sales and Marketing

RFM:chg

CC:    Cindy Daulong.
       Lewis Mow
       Rick Upp

IND - 3185

Start:   1/30/94
Expire:  ~~1/31/94~~ 5/23/94
Entered: 1/28/94
By:  C. Daulong

69703 - $10.50
69733 - $12.60
69760 - $25.20

Highly Confidential

VAC MDL 94214

DL2560

Ken Manning
Abbey Pharmacy Network
350 North Lantana #G1
Camarillo, CA  93010

December 7, 1994



$0.116 per ml

Dear Ken:

   It was a pleasure to finally meet you and to visit your facility in Camarillo. You have picked a super location to operate, and I am sure you will appreciate getting into your new building.

   I have discussed your shipping issues with Dallas, and, hopefully, they will not happen again.  As promised, I have lowered the price of Dey Albuterol to $.35 per dose effective December 15.  Also, to offset the additional $.01 difference in our Albuterol price, I have lowered Cromolyn by $.01 per vial from $.46 to $.45 per vial. Also, we will continue with our sample programs which are worth about $.01 per vial on Albuterol and Cromolyn.

   Ken, we appreciate your business and your long-term support.  Have a happy holiday, and hopefully you can visit at our facility in Napa in the near future.

                              Sincerely,

                              R F Mozak

                              Robert F. Mozak
                              Vice President
                              Sales and Marketing

RFM:chg

12/8/94 Current cromolyn price is 43¢/vial — per REM leave
          at 43¢ per vial.

Highly Confidential

VAC MDL 94215

DL2556

Terry Lindsay
Director, Materials Management
Apria Healthcare, Inc.
3560 Hyland Avenue
Costa Mesa, CA 92626



RE:   CONTRACT MODIFICATION          September 14, 1995
      APRIA HEALTHCARE, INC.
      DEY CONTRACT NO. ABH-0480
      06/27/95 - 07/31/96                  **$0.11 per ml**

Dear Terry:

   Dey Laboratories is pleased to confirm the following changes made to your
contract per the enclosed letter to Ken Manning:

| NDC No. | Description | Old Price | Revised Price |
|---------|-------------|-----------|---------------|
| 49502-697-03 | Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL, 25/Ctn. | $8.75 | $8.25 |
| 49502-697-33 | Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL, 33/Ctn. | $10.50 | $9.90 |
| 49502-697-60 | Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL, 60/Ctn. | $21.00 | $19.80 |

   These revisions will become effective October 1, 1995.  A revised contract
sheet is enclosed.  All previous contract terms and conditions shall remain the
same.  If you have any questions or need further information, please feel free to
contact me at 800/755-5560, ext. 751.

                              Sincerely,

                              *Cindy Daulong*

                              Cindy Daulong
                              Manager, Sales Administration

Highly Confidential

VAC MDL 94216

DL2546

November 15, 1996

Terry Lindsay
Director, Materials Management
Apria Healthcare, Inc.
3560 Hyland Avenue
Costa Mesa, CA   92626

RE:   **CONTRACT MODIFICATION**
      **APRIA HEALTHCARE, INC.**
      **DEY CONTRACT NO. ABH-0480**
      **06/27/1995 - 04/30/1997**

**$0.096 per ml**

Dear Terry:

Dey Laboratories is pleased to confirm the following changes made to your contract:

| NDC No. | Description | Old Price | Revised Price |
|---------|-------------|-----------|---------------|
| Revision: | | | |
| 49502-697-03 | Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL, 25/Ctn. | 7.75 | 7.25 |
| 49502-697-33 | Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL, 30/Ctn. | 9.30 | 8.70 |
| 49502-697-60 | Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL, 60/Ctn. | 18.60 | 17.40 |

These revisions will become <u>effective November 15, 1996.</u> A revised contract sheet is enclosed and has been forwarded to your designated wholesalers. All previous contract terms and conditions shall remain the same. If you have any questions or need further information, please feel free to contact me or the Contract Department at 800/755-5560.

Sincerely,

Highly Confidential

Cindy Daulong
Manager, Sales Administration

VAC MDL 94217
DL2426

# **Part of Dey's Apria Contract Review**

CONFIDENTIAL–DOCUMENT PRODUCTION

Sample program - Alb   ~ 30,000 ctns, free

**AWP = $30.25 per carton**

8/14 RFM- Call- have signed agreement in force for a min. no. of units through 7/31/96.

Chuck Minotti  — LWTC 8/14 @3:20pm

**Value at AWP = $907,500.00**

8/15 RFM spoke w/Pat Johnson- we may not have to send bid- he'll get back w/me Tues or Wed.

8/15 Lori Woodman returned call  714-668-4742     DL2474

2:00p 8/15 RFM- spoke w/Ken Manning - Dey does not have to respond

3:15p 8/15 LW for Lori - told her Ken Manning was going to honor our existing contract, we would not be ...

Highly Confidential

# DEY LABORATORIES

## MEMORANDUM                        DL    001

**TO:**      Mari Carrell                     **Cc:**   Helen Burnham
             Alberto Hoyo                               Bob Mozak
             Ross Uhl

**FROM:**    Carrie Jackson

**DATE:**    August 12, 1994

**RE:**      <u>State of Florida: Medicaid Program</u>

On Monday, August 8, 1994, I spoke with Jerry Wells at the Florida Medicaid office regarding albuterol usage. There is a larger volume of usage for the Warrick product as the following formula for Medicaid reimbursement shows:

|                  Dey                  |               Warrick                  |
|---------------------------------------|----------------------------------------|
| $18.95/25 (wholesale price)           | $59.40/60 (direct price)               |
|            = $ 0.76/vial              |              = $ 0.99/vial             |
| x 7%      = $ 0.81/vial               | x 7%      = $ 1.06/vial                |
| x 100     = $81.00/100                | x 100     = $106.00/100                |
| + $4.32   = $85.32 (dispensing fee)   | + $4.32   = $110.32                     |

Highly Confidential                                    VAC MDL 94219

# DEY LABORATORIES

## MEMORANDUM

TO:          **Sales and Marketing**                              cc:          R. F. Mozak

FROM:    **Helen Burnham**

DATE:    **May 30, 1995**

Re:          **ALBUTEROL WAC PRICING**

Attached is a copy of a fax sent to all database managers to update their records with our wholesale acquisition cost (WAC) for albuterol.

As you know, the following states are now using WAC instead of AWP to calculate Medicaid reimbursement:

- Alabama
- Colorado
- Florida
- Maryland
- Massachusetts

**Dey Labs WAC and AWP are only used for Reimbursement!!**

WAC is not representative of our published wholesale list prices, but like AWP, is used for calculation of reimbursement. Our updated WAC values are in line with the Warrick WAC values provided by First Data Bank and should level the playing field for Medicaid reimbursement.

Please give me a call if you have any questions.

Highly Confidential

0 0 5VAC MDL 94220

# PHARMACEUTICAL MANUFACTURERS WARRICK AND DEY's USE OF THE "SPREAD" TO CAPTURE THE STATE OF FLORIDA'S MEDICAID MARKET FOR ALBUTEROL 0.083%

**VIrtually no one buys economical alternatives if they can profit from the SPREAD**

| Manufacturer | True Cost per ml | Florida Medicaid Reimbursement per ml | The "Spread" | # of claims | Reimbursement paid by Florida Medicaid |
|---|---|---|---|---|---|
| Warrick | $0.1065 | $0.3590 | $0.2525 | 12,673 | $763,595.42 |
| Dey | $0.1125 | $0.3531 | $0.2406 | 9,792 | $707,220.50 |
| Zenith/Goldline | N/A | $0.2138 | ** | 102 | $4,981.86 |
| Geneva | N/A | $0.1787 | ** | 19 | $1,278.08 |
| TOTAL REIMBURSEMENT BY THE STATE OF FLORIDA MEDICAID PROGRAM (January 1 through March 31, 1997) | | | | | $1,477,075.86 |

** THE USE OF THE "SPREAD" TO CAPTURE MARKET SHARE IS EVIDENCED BY THE FACT THAT WARRICK'S AND/OR DEY'S CUSTOMERS WILL RECEIVE MORE PROFIT BY PURCHASING WARRICK'S AND/OR DEY'S ALBUTEROL THAN IF ZENITH/GOLDLINE OR GENEVA GAVE THEIR CUSTOMERS THEIR ALBUTEROL FOR FREE.

Highly Confidential

VAC MDL 94221

Ms. Debi Codute
National Account Manager
Dey Laboratories

August 16, 1996



Dear Debi:

    In our last telephone conversation I indicated I would be coming to you to act on a first right of refusal for Acetylcysteine and Sodium Chloride for Inhalation.  The challenge is coming from American Regent Labs and Astra USA.  I will detail what you are facing below:

| Acetylcysteine | | Current Dey Labs Contract Price | American Regent Offered Price |
|---|---|---|---|
| | 10% 4ml vial 12/box | $18.48 | $9.60 |
| | 10% 10ml vial 3/box | $10.95 | $8.10 |
| | 10% 30ml vial 3/box | $23.05 | $15.00 |
| | 20% 4ml vial 12/box | $19.72 | $9.60 |
| | 20% 10ml vial 3/box | $11.46 | $8.22 |
| | 20% 30ml vial 3/box | $26.41 | $18.57 |

| Sodium Chloride 0.9% for Inhalation | | Current Dey Labs Contract Price | Astra USA Offered Price |
|---|---|---|---|
| | 3ml units 100/box | $9.00 | $7.00 |
| | 5ml units 100/box | $9.00 | $7.00 |

Please get back to me by August 23, 1996 as to what Dey Labs want to do.

Sincerely,

Paul

Paul Pelanek

*Recived Warrick Proposal (Same as PCA!)*

*UD 8.00   25's*
*19.00   60's*

*mo 5.75*

*I've asked him to resubmit hard copy for the file.*

*DC 8/16/96*

ENTIAL--DOCUMENT PRODUCTION

Highly Confidential

# PROPOSAL TO
# GERIMED

## SITUATION ANALYSIS

- TOTAL DOSES OF ALBUTEROL SOLD TO MEMBERS DURING REPORTING PERIOD (3 MONTHS) -2,012,230 *tr/viai ? conversions*

- TOTAL UNIT DOSE - 1,249,590 OR 62%% *vials ?*

- TOTAL MULTI DOSE- (DOSES =UNITS X 2) -762,640 OR 38% *mls*

- DEY HAD 68.9% OF UNIT DOSE SHARE

- DEY HAS 43% SHARE OF ALL  ALBUTEROL DOSES ( MD AND UD)

## RECOMMENDATIONS

- MOVE MULTIDOSE MARKET TO UNIT DOSE STERILE BAC FREE DEY USING PROVIDED PROFIT COMPARISON CHART
- CONVERT COMPETITIVE UD TO DEY UD WITH REBATE INCENTIVE

## ADVANTAGES

- NO MIXING, REDUCES LABOR, STERILITY,  NO CROSS CONTAMINATION, NO FOAMING, SHORTER NEBULIZER TIME

- COST SAVINGS - NO WASTE, HIGHER AWP REIMBURSEMENT

- IMPROVE QUALITY OF CARE

Highly Confidential

- IMPROVE GERIMED ADMINISTRATION REVENUE

VAC MDL 94223
DL1576

# IMPROVED PROFIT AND BETTER PATIENT CARE BY USING UNIT DOSE

## VS

## MULTIDOSE IN LTC PHARMACY

# Dey's Kickback Scheme

## EXAMPLE

PHARMACY CONTRACT  (20 ML VIAL  WARRICK-40 TREATMENTS IN VIAL)
 =   $7.40  COST PER VIAL

## COST
$  7.40  ÷ 40 = .19  A TREATMENT
                + .02  SALINE USED AS DILUTENT

               = .21 A TREATMENT

$9.75  ÷ 25 = .39 COST OF UNIT DOSE PREMIXED ALBUTEROL ON
               DEY LABS CONTRACT
               = .39 A TREATMENT

## REIMBURSEMENT = AWP
$12.50 ÷ 40 = .31 A TREATMENT
              +.02 SALINE USED AS DILUTENT
              =.33  A TREATMENT

$30.25 ÷ 25 = 1.21  A TREATMENT

DL1590

## SPREAD = AWP - COST
               .12    A TREATMENT WITH MULTI DOSE
               .82    A TREATMENT WITH UNIT DOSE

THE DIFFERENCE:  .70  A TREATMENT MORE REIMBURSEMENT WITH
                      UNIT DOSE

# ADMINISTRATION FEE IMPROVEMENT
## BY SELLING UNIT DOSE ON CONTRACT

## VS

## MULTIDOSE

EXAMPLE -  WARRICK CONTRACT COST @ $7.40 20 ML VIAL

$7.40 X 5,559(3M) = $41,136 X .02=$822

DL1591

$10.00 X 8894 (3M) = 88,940 X .02=$1,778

- **CUSTOMER WINS:**        INCREASES PROFIT OVER 5 TIMES

- **GERIMED WINS:**        INCREASE YOUR TOTAL SALES DOLLARS WHICH
INCREASE YOUR ADMINISTRATION FEES

- **DEY WINS:**        INCREASES OUR MARKET SHARE AND SALES
TO GERIMED

Highly Confidential

VAC MDL 94225



**Windows Based Electronic Catalog**
**with Tools to Maximize Your Profits**

**nnovative software allows you to place an . . . .**

**mphaSys**    *on Best Spread*

**mphaSys**    *on Lowest Price*

**mphaSys**    *on Unit Dose Packaging*

**mphaSys**    *on State Specific Reimbursement*

**mphaSys**    *on Wholesaler Order Numbers*

DL1660

**ailable exclusively to GeriMed Members**

**all (800) 456-5874 to reserve your copy!!!**

VAC MDL 94226

IVMed Request for Proposal

**H. Low price and best spreads** - Contract pricing will be evaluated on lowest price and/or best spread between AWP and the contract price for multisource products.  Manufacturers/suppliers interested in obtaining a single source award should consider sending in a performance or incentive package for one or more products.  Most multisource products (without a special program) will receive a dual award to ensure availability to our members.

DL1667

Manufacturers requesting a single source award are required to provide a special incentive to the members or a price discount in exchange.  A single source award for generic or brand products must have value since IVMed gives up revenue from other manufacturers by restricting an award. Manufacturers may submit two proposals for requested single source items - one on the diskette or printout for a dual source (usually higher priced) and one separately for single source.  Our Advisory Council can then decide if they wish to accept a single source based on both proposals.  Benefit to the members is more likely to influence the award of single source products.

Highly Confidential

VAC MDL 94227

Mike Coffey, R.Ph., Contract Manager      January 4, 1996
CAREMARK
2211 Sanders Rd.
North Brook, IL 60062



RE:     **CONTRACT MODIFICATION**
        **CAREMARK**
        **DEY CONTRACT NO. CRM-0268**
        **06/01/1994 – 06/30/1996**

**Reported WAC to Texas = $16.249**

Dear Mike:

 DEY Laboratories is pleased to introduce ALBUTEROL INHALATION AEROSOL, a generic alternative to Ventolin® Inhalation Aerosol.

 Our Albuterol Inhalation Aerosol is manufactured by the originator and is distributed by DEY Laboratories and backed by our commitment to quality, competitive pricing, and customer satisfaction.

 DEY would like to offer the following product as an addendum to our current contract:

| NDC No. | Description | Size | Units/ Carton | AWP $/Carton | Contract $/Carton |
|---|---|---|---|---|---|
| 49502-303-17 | Albuterol Inhalation Aerosol 17g | 200 Metered Inhalations | 1 | $21.70 | $11.50 |

| NDC No. | Description | Size | Units/ Carton | Current Price | Revised Price |
|---|---|---|---|---|---|
| 49502-697-03 | Albuterol Sulfate Inhalation Soln. | 0.083%, 3mL | 25 | $11.00 | $10.00 |
| 49502-697-60 | Albuterol Sulfate Inhalation Soln. | 0.083%, 3mL | 60 | $26.40 | $24.00 |

 The Albuterol unit dose price revision is contingent upon Caremark's acceptance and agreement to warehouse the DEY Albuterol MDI product during the contract period. If this proposal is acceptable, please sign where indicated below and return to our Napa office for processing. You may also fax your acceptance to 707/224-8918.

 We are enclosing a product brochure for your information and review. If you have any questions or need further information, please feel free to contact your sales representative or the Contract Department at 800/755-5560.

NTIAL–DOCUMENT PRODUCTION

Highly Confidential

Sincerely,

*Cindy L. Daulong*

Cindy Daulong
Manager, Sales Administration

DL2218

WAC MDL 94228

ACCEPTED:

DL0224

# DEY LABORATORIES

## MEMORANDUM

**TO:**    Distribution

**FROM:**    Debbie Perez

**DATE:**    October 25, 1996

*Contract price revisions Greater NY*

**RE:**    CONTRACT MODIFICATION

**PURCHASING GROUP:**    Greater New York Hosp Assoc/Alternate Care
**CONTRACT PERIOD:**    01/01/1994 - 12/31/1998
**CONTRACT NUMBER:**    GNY-1025

This memo is notification of revisions to the following product(s), effective October 25, 1996.
Please see reverse side of memo for the revised price sheet and update your records accordingly.

| NDC No. | Description | Old Price | Revised Price |
|---|---|---|---|
| **Revision:** | | | |
| 49502-303-17 | Albuterol Inhalation Aerosol 17 g, Kit, 90 mcg/inh, 200 inhal, 1/Ctn. | 11.50 | 5.50 |
| 49502-689-02 | Cromolyn Sodium Inhalation, USP, 20 mg/2 mL, 2 mL, 60/Ctn. | 28.00 | 26.00 |
| 49502-689-12 | Cromolyn Sodium Inhalation, USP, 20 mg/2 mL, 2 mL, 120/Ctn. | 55.00 | 51.00 |
| 49502-640-15 | Sodium Chloride Solution, 3%, 15 mL, 50/Ctn. | 30.00 | 27.50 |
| 49502-641-15 | Sodium Chloride Solution, 10%, 15 mL, 50/Ctn. | 30.00 | 27.50 |
| | | | |
| **Addendum:** | | | |
| 49502-303-27 | Albuterol Inhalation Aerosol, 17 g, Refill, 90 mcg/inh, 200 inhal, 1/Ctn. | N/A | 5.25 |
| 49502-810-05 | Water, Purified, USP, , 5 mL, 100/Ctn. | N/A | 9.50 |
| **Extension:** | This contract has been extended through December 31, 1998. | | |

Highly Confidential

VAC MDL 94229

**Dey Laboratories**  Bid Price Worksheet  Revised 7/9/96

ONFIDENTIAL–DOCUMENT PRODUCTION

Group Name: _____                           Contract No.: _____

| Strength | Size | Brand Name | M/Pkg | Prod # | Estimated Usage | Current Price | Recommended Price | Pricing Comm. Revision |
|---|---|---|---|---|---|---|---|---|
| **Acetlycysteine Solution** | | | | | | Pricing | | |
| 10% | 4 mL | MUCOSIL | 12 | 16104 | | | | |
| 10% | 10 mL | MUCOSIL | 3 | 16110 | | | SAME | |
| 10% | 30 mL | MUCOSIL | 3 | 16130 | | | | |
| 20% | 4 mL | MUCOSIL | 12 | 16204 | | | | |
| 20% | 10 mL | MUCOSIL | 3 | 16210 | | | | |
| 20% | 30 mL | MUCOSIL | 3 | 16230 | | | | |
| 20% | 100 mL | MUCOSIL | 1 | 16200 | | | | |
| **Albuterol Inhalation Aerosol** | | | | | | Pricing | | |
| 90 mcg/inhal | 17 g | (mfg by Chase) | 1 | 30317 | | 5.50 | 4.50 ✓ | |
| **Albuterol Sulfate Inhalation Soln.** | | | | | | Pricing | | |
| 0.083% | 3 mL | DEY-LUTE | 25 | 00703 | | | SAME | |
| 0.083% | 3 mL | DEY-LUTE | 30 | 00733 | | | | |
| 0.083% | 3 mL | DEY-LUTE | 60 | 00760 | | | | |
| 0.5% | 20 mL | (mfg by Chase) | 1 | 19720 | | 600 | 5.75 ✓ | |
| **Albuterol Syrup** | | | | | | Pricing | | |
| 2 mg/5 mL | 1 pt | (mfg by MCNal) | 1 | 79518 | | | — | |
| **Cromolyn Sodium Inhalation, USP** | | | | | | Pricing | | |
| 20 mg/2 mL | 2 mL | | 80 | 66902 | | | SAME | |
| 20 mg/2 mL | 2 mL | | 120 | 66912 | | | | |
| **Metaproterenol Sulfate Inhalation Soln., USP** | | | | | | Pricing | | |
| 0.4% | 2.5 mL | DEY-LUTE | 25 | 67803 | | | SAME | |
| 0.6% | 2.5 mL | DEY-LUTE | 25 | 67803 | | | | |
| **Sodium Chloride Solution** | | | | | | Pricing | | |
| 0.45% | 3 mL | (mfg by ALP) | 100 | 82003 | | | | |
| 0.45% | 5 mL | (mfg by ALP) | 100 | 82005 | | | SAME | |
| 0.9% | 3 mL | (mfg by ALP) | 100 | 83003 | | | | |
| 0.9% | 5 mL | (mfg by ALP) | 100 | 83005 | | | | |
| 0.9% | 15 mL | (mfg by ALP) | 24 | 83015 | | | | |
| 0.9% | 3 mL | DEY-VIAL | 250 | 03003 | | | | |
| 0.9% | 5 mL | DEY-VIAL | 250 | 03005 | | | | |
| 0.9% | 10 mL | DEY-VIAL | 125 | 03010 | | | | |
| 0.9% | 20 mL | DEY-VIAL | 100 | 03020 | | | | |
| 3% | 15 mL | DEY-PAX | 50 | 64015 | | | | |
| 10% | 15 mL | DEY-PAX | 50 | 64115 | | | | |
| **Water, Purified** | | | | | | Pricing | | |
| | 5 mL | (mfg by ALP) | 100 | 81005 | | | | |
| **Other Products:** | | | | | | Pricing | | |
| ALBUTEROL MDI (REFILL) | | | | | | 5.25 | 4.25 ✓ | |

Highly Confidential

DL0221

**Information Section:**

☐ Monthly   ☐ Quarterly            ☐ Price change to meet competition

Administrative Fee: _____%   Signed: _____

Pricing Justification:  (use this section to detail competitive info/firm, selected source, compliance, new/existing business, or any other pertinent information

PRICE REVISION TO REMAIN
MARKET COMPETITIVE

APOTHECON / ZENITH  $4.50
   MDI
   REFILL            $4.25

WARRICK
   ALBUTEROL MD $5.75

APPROVED

**Pricing Committee Approval:**
☑ Approved   ☐ Approved w/revision   ☐ Denied

_D. Perry_                  VAC MDL 94230  11/24/96
Pricing Committee Representative      Date



DL0218

**DEY LABORATORIES**
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL.(707) 224-3200 FAX (707) 224-8918

December 2, 1996

Lillian Lee
Pharmaceutical Contract Admin.
Greater New York Hosp Assoc/Alternate Care
555 West 57th Street, 15th Floor
New York, NY   10019

**MARCH,1997 Reported
WAC to Texas = $6.00**

RE:   **CONTRACT MODIFICATION
GREATER NEW YORK HOSP ASSOC/ALTERNATE CARE
DEY CONTRACT NO. GNY-1025
01/01/1994 - 12/31/1998**

Dear Lillian:

    Dey Laboratories is pleased to offer the following modification(s) to the above-referenced contract.

| NDC No. | Description | Old Price | Revised Price |
|---|---|---|---|
| **Revision:** | | | |
| 49502-303-17 | Albuterol Inhalation Aerosol 17 g, Kit, 90 mcg/inh, 200 inhal, 1/Ctn. | 6.50 | 4.50 |
| 49502-303-27 | Albuterol Inhalation Aerosol, 17 g., Refill, 90 mcg/inh, 200 inhal, 1/Ctn. | 5.25 | 4.25 |
| 49502-196-20 | Albuterol Sulfate Inhalation Solution, 0.5%, 20 mL, 1/Ctn. | 6.00 | 5.75 |

    The offer is valid for 60 days from the date of this letter. The revision will become effective upon your acceptance. Please sign below and return to our Napa office or fax to 707/224-0495. If you have any questions or need further information, please feel free to contact me or the Contract Department at 800/755-5560.

Sincerely,

Cindy Dadlong

Cindy Dadlong
Manager, Sales Administration

Highly Confidential

VAC MDL 94231



**ANDA**
2915 WESTON ROAD
WESTON, FL 33331
1-800-331-2632          RA0180733          OTN

**INVOICE**

**NO.** 2359069

SOLD TO: 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

SHIP TO: 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

WHITE LABEL WWHC18S1 / 8763

**WAC is still $6.00**

| ORDER NO. 2158393 | | PURCHASE ORDER NO. | | ORDER DATE 3/13/00 | DEA NO. BV1037957 | EXP. DATE 5/31/00 | WH 20 | SLMN 188 | TERMS N/10 EOM | INVOICE DATE 3/13/00 | DUE DATE 4/10/00 | PAGE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| QTY. | QTY. | ITEM NO. | CS | DESCRIPTION | QTY. | UNIT | BRAND NAME | A.W.P. | NDC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 314611 | | CATALOG (CONTROLS) | | | CATALOG (CONTROLS) | .00 | - - | .00 | .00 |
| 1 | 0 | 302356 | | CATALOG (INJECTABLES) | | | CATALOG (INJECTABLES) | .00 | - - | .00 | .00 |
| 1 | 0 | 313367 | | CATALOG (NON CONTROLS) | | | CATALOG (NON CONTROLS) | .00 | - - | .00 | .00 |
| 1 | 1 | 301802 | | ALBUTEROL INHALATION 17G | KIT | SL | PROVENTIL | 21.41 | 59930-1560-01 | 2.58 | 2.58 |
| 1 | 1 | 300368 | | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 59930-1500-08 | 5.25 | 5.25 |
| 1 | 1 | 300324 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL | 14.99 | 59930-1515-04 | 3.69 | 3.69 |
| 1 | 1 | 302447 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.10 | 49502-0685-03 | 13.50 | 13.50 |
| 1 | 1 | 300846 | | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 49502-0697-03 | 5.99 | 5.99 |
| 1 | 1 | 300848 | | ALBUTEROL INHALAT SOL 0.083% | 60X3 | SL | PROVENTIL SOL | 72.60 | 49502-0697-60 | 14.95 | 14.95 |
| 1 | 1 | 300658 | | ALBUTEROL INHALAT SOL 0.083% | 60x3 | SL | PROVENTIL SOL | 72.60 | 59930-1500-06 | 12.50 | 12.50 |
| 1 | 1 | 301800 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.99 | 00172-4390-18 | 1.99 | 1.99 |
| 1 | 1 | 302115 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.06 | 00054-8402-11 | 12.95 | 12.95 |
| 1 | 1 | 301807 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.70 | 49502-0303-17 | 2.90 | 2.90 |
| 1 | 1 | 314229 | | POTASSIUM CHLORIDE 750 MG | 1000 | TB | POTASSIUM CHLORIDE | 159.75 | 59772-6910-02 | 28.90 | 28.90 |
| 1 | 1 | 301973 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL *T* | 14.99 | 49502-0196-20 | 4.85 | 4.85 |
| 1 | 1 | 301995 | | CEFADROXIL 500 MG | 50 | CP | DURICEF | 161.00 | 00172-4058-48 | 42.90 | 42.90 |
| 1 | 1 | 154142 | | PANDA BEAR | | | | .00 | - - | .00 | .00 |
| 1 | 1 | 302041 | | CEFADROXIL 500 MG | 100 | CP | DURICEF | 247.64 | 59772-7271-04 | 82.90 | 82.90 |
| 1 | 1 | 314227 | | POTASSIUM CHLORIDE 750 MG | 100 | TB | POTASSIUM CHLORIDE | 16.33 | 59772-6910-01 | 3.50 | 3.50 |

NOW ORDER VIA THE INTERNET @ WWW.ANDANET.COM       LINE TOTAL:      19       TOTAL AWP:       973.66       TOTAL GOODS:       239.35

TOTAL DISCOUNT:       11.93

1,2,3,3R,4,5 NEXT TO THE ITEM NUMBER DENOTES THAT
THE PRODUCT IS A SCHEDULE (I,II,III,III REPORTABLE
IV,V) DRUG

Highly Confidential

VAC MDL 94232

REMIT TO: P. BOX 930219
ATLANTA, GA  311930219

PLEASE
PAY

227.42

# SIDLEY & AUSTIN
### A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

**1722 EYE STREET, N.W.**
**WASHINGTON, D.C. 20006**
**TELEPHONE 202 736 8000**
**FACSIMILE 202 736 8711**

**FOUNDED 1866**

CHICAGO

DALLAS

LOS ANGELES

NEW YORK

LONDON

SINGAPORE

TOKYO

## III.   MEDICAID REBATE SYSTEM

15.      By the late 1980s, Congress recognized that the state Medicaid programs were paying significantly more for drugs than other large third-party payors, primarily because state Medicaid agencies were reimbursing on the basis of the price paid by retail pharmacies, who did not receive the manufacturer's largest discounts.   One of the goals of OBRA '90 was to remedy this inequity and give Medicaid the benefit of the "best price" discounts available to bulk customers.

Highly Confidential

VAC MDL 94233

Mike Coffey, R.Ph., Contract Manager    January 4, 1996
CAREMARK
2211 Sanders Rd.
North Brook, IL 60062



RE:    **CONTRACT MODIFICATION**
       **CAREMARK**
       **DEY CONTRACT NO. CRM-0268**
       **06/01/1994 - 06/30/1996**

**Reported WAC to Texas =**
**$16.249**

Dear Mike:

   DEY Laboratories is pleased to introduce ALBUTEROL INHALATION AEROSOL, a generic alternative to Ventolin® Inhalation Aerosol.

   Our Albuterol Inhalation Aerosol is manufactured by the originator and is distributed by DEY Laboratories and backed by our commitment to quality, competitive pricing, and customer satisfaction.

   DEY would like to offer the following product as an addendum to our current contract:

| NDC No. | Description | Size | Units/Carton | AWP $/Carton | Contract $/Carton |
|---|---|---|---|---|---|
| 49502-303-17 | Albuterol Inhalation Aerosol 17g | 200 Metered Inhalations | 1 | $21.70 | $11.50 |

| NDC No. | Description | Size | Units/Carton | Current Price | Revised Price |
|---|---|---|---|---|---|
| 49502-697-03 | Albuterol Sulfate Inhalation Soln. | 0.083%, 3mL | 25 | $11.00 | $10.00 |
| 49502-697-60 | Albuterol Sulfate Inhalation Soln. | 0.083%, 3mL | 60 | $26.40 | $24.00 |

   The Albuterol unit dose price revision is contingent upon Caremark's acceptance and agreement to warehouse the DEY Albuterol MDI product during the contract period. If this proposal is acceptable, please sign where indicated below and return to our Napa office for processing. You may also fax your acceptance to 707/224-8918.

   We are enclosing a product brochure for your information and review. If you have any questions or need further information, please feel free to contact your sales representative or the Contract Department at 800/755-5560.

:NTIAL--DOCUMENT PRODUCTION

   Highly Confidential

Sincerely,

*Cindy Daulong*

Cindy Daulong
Manager, Sales Administration

DL2218

C MDL 94234

ACCEPTED:

## Albuterol Inhalation Aerosol

- AB rated to Ventolin® (albuterol)
- Manufactured by the innovator



http://www.deyinc.com/asthma.html

# This excerpt is taken from Dey's web site.

Highly Confidential

VAC MDL 94235



Manufactured by Glaxo Wellcome Inc.
Research Triangle Park, NC 27709
For Dey, Napa, CA 94558

August 1998    RL-627    4109783

**Taken from the package insert**

Highly Confidential

VAC MDL 94236



# Dey's 17 gram Albuterol Inhaler

## NDC# 49502-0303-17

## and the Refill

## NDC# 49502-0303-27

**This drug is manufacturered by the innovator Glaxo and licensed and distributed by Dey. Therefore Dey's Medicaid Rebate should be paid as a multi-source innovator drug. Available information indicates they are incorrectly paying the generic rebate amount.**

March 6, 1997                                                    WP00000143A

| WARRICK PRODUCTS | PKG SIZE | NDC # | Rating | AWP | Wholesale Acquisition Cost (WAC) |
|---|---|---|---|---|---|
| Albuterol, USP Inhalation Aerosol 17 g | Box of 1 | 59930-1560-1 | AN | $ 21.41 | $ 10.71 |
| Albuterol, USP Inhalation Aerosol Refill 17g | Box of 1 | 59930-1560-2 | AN | 19.79 | 9.90 |
| Albuterol Sulfate, USP Tablets 2 mg | 100 | 59930-1520-1 | AB | 23.65 | 2.50 |
| | 500 | 59930-1520-2 | AB | 112.25 | 8.69 |
| Albuterol Sulfate, USP Tablets 4 mg | 100 | 59930-1530-1 | AB | 35.20 | 4.50 |
| | 500 | 59930-1530-2 | AB | 168.25 | 17.38 |
| Albuterol Sulfate, USP Inhalation Solution, 0.083% | 60 x 3mL | 59930-1500-6 | AN | 72.60 | 44.86 |
| | 25 x 3mL | 59930-1500-8 | AN | 30.25 | 18.69 |
| Albuterol Sulfate, USP Solution for Inhalation, 0.5% | 20 mL | 59930-1515-4 | AN | 14.99 | 9.45 |
| Albuterol Sulfate, USP Syrup, 2 mg/5 mL | 16 oz. | 59930-1510-5 | AA | 24.75 | 9.95 |
| Augmented Betamethasone Dipropionate Ointment 0.05% | 15 g | 59930-1575-1 | AT | 21.47 | 16.46 |
| | 45 g | 59930-1575-2 | AT | 43.20 | 33.63 |
| | 50 g | 59930-1575-3 | AT | 51.30 | 47.75 |

Highly Confidential

VAC MDL 94238

WP000000103 A
WP000000102 A

**Albuterol 1993/1 to 1997/2 BP (9 Digit)**

30-Oct-97

| Year | QTR | NDC | Product Desc | WAC | AMP | BP |
|------|-----|-----|--------------|-----|-----|-----|
| 1993 | 2 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.175058 | 0.147000 |
| 1993 | 3 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.164317 | 0.147000 |
| 1993 | 4 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.186771 | 0.147000 |
| 1994 | 1 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.186546 | 0.147000 |
| 1994 | 2 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.176353 | 0.121000 |
| 1994 | 3 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.174172 | 0.114333 |
| 1994 | 4 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | .2466696 | 0.161752 | 0.102933 |
| 1995 | 1 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.157747 | 0.109200 |
| 1995 | 2 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.145452 | 0.100267 |
| 1995 | 3 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.149404 | 0.102933 |
| 1995 | 4 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.135575 | 0.102933 |
| 1996 | 1 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.131840 | 0.101778 |
| 1996 | 2 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.129180 | 0.095333 |
| 1996 | 3 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.118054 | 0.093500 |
| 1996 | 4 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.108478 | 0.078400 |
| 1997 | 1 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.099340 | 0.078400 |
| 1997 | 2 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | .2491964 | 0.096386 | 0.078400 |
| 1997 | 3 | 59930-1500 | ALBUTEROL SULFATE INHAL. SOL. | | 0.099410 | 0.078133 |

Highly Confidential

VAC MDL 04239

# Rx Advantage: July 2000

**Telxon#: 800-613-3228**

*$300 Minimum Order*

**ORDER DAILY!**

IPCt#: _____  Ent By: _____  Page 1 of 8

| Product Description | Compare to Brand | Price Notes | IPC Price | WAC | AWP |
|---|---|---|---|---|---|
| Accupril Tab 10mg 90 | | C-4% | $73.19 | $76.24 | $91.49 |
| Acticin Cream 5% Pen 60gm | | C-10% | $15.12 | $16.80 | $23.62 |
| Acyclovir Cap 200mg Par 100 | Zovirax | C-25% | $6.56 | $8.74 | $106.36 |
| Acyclovir Tab 400mg Watson 100 | Zovirax | C-25% | $10.26 | $13.68 | $206.40 |
| Aerochamber Mdi Sp Bag Pack | | C-59% | $9.99 | $24.13 | $28.96 |
| Albuterol Inh Complete Zen 17gm | Ventolin | Special | $2.49 | $3.13 | $22.96 |
| Albuterol Sol .083 Warrick 3ml x25 | Ventolin | C-7% | $4.89 | $5.28 | $30.25 |
| Albuterol Sol 0.5% Hitech 20ml | Proventil | C-25% | $2.76 | $3.68 | $16.50 |
| Albuterol Tab 2mg Novo 100 | Proventil | C-25% | $1.13 | $1.51 | $23.50 |
| Albuterol Tab 4mg Novo 500 | Proventil | C-25% | $5.70 | $7.60 | $168.00 |

Highly Confidential

VAC MDL 94240



**ANDA**
2915 WESTON ROAD
WESTON, FL 33331
1-800-331-2632    RA0180733    OTN

**INVOICE**

**NO.** 2359069

SOLD TO: 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

SHIP TO: 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

WHITE LABEL WWHC18S1  /  8763

**WAC is still $5.28**

| ORDER NO. 2158393 | | PURCHASE ORDER NO. | | ORDER DATE 3/13/00 | DEA NO. BV1037957 | EXP. DATE 5/31/00 | WH 20 | SLMN 188 | TERMS N/10 EOM | INVOICE DATE 3/13/00 | DUE DATE 4/10/00 | PAGE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| QTY. | QTY. | ITEM NO. | CS | DESCRIPTION | QTY. | UNIT | BRAND NAME | A.W.P. | NDC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 314611 | | CATALOG (CONTROLS) | | | CATALOG (CONTROLS) | .00 | - - | .00 | .00 |
| 1 | 0 | 302356 | | CATALOG (INJECTABLES) | | | CATALOG (INJECTABLES) | .00 | - - | .00 | .00 |
| 1 | 0 | 313367 | | CATALOG (NON CONTROLS) | | | CATALOG (NON CONTROLS) | .00 | - - | .00 | .00 |
| 1 | 1 | 301802 | | ALBUTEROL INHALATION 17G | KIT | SL | PROVENTIL | 21.41 | 59930-1560-01 | 2.58 | 2.58 |
| 1 | 1 | 300368 | | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 59930-1500-08 | 5.25 | 5.25 |
| 1 | 1 | 300324 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL | 14.99 | 59930-1515-04 | 3.69 | 3.69 |
| 1 | 1 | 302447 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.10 | 49502-0685-03 | 13.50 | 13.50 |
| 1 | 1 | 300846 | | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 49502-0697-03 | 5.99 | 5.99 |
| 1 | 1 | 300848 | | ALBUTEROL INHALAT SOL 0.083% | 60X3 | SL | PROVENTIL SOL | 72.60 | 49502-0697-60 | 14.95 | 14.95 |
| 1 | 1 | 300658 | | ALBUTEROL INHALAT SOL 0.083% | 60x3 | SL | PROVENTIL SOL | 72.60 | 59930-1500-06 | 12.50 | 12.50 |
| 1 | 1 | 301800 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.99 | 00172-4390-18 | 1.99 | 1.99 |
| 1 | 1 | 302115 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.06 | 00054-8402-11 | 12.95 | 12.95 |
| 1 | 1 | 301807 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.70 | 49502-0303-17 | 2.90 | 2.90 |
| 1 | 1 | 314229 | | POTASSIUM CHLORIDE 750 MG | 1000 | TB | POTASSIUM CHLORIDE | 159.75 | 59772-6910-02 | 28.90 | 28.90 |
| 1 | 1 | 301973 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL *T* | 14.99 | 49502-0196-20 | 4.85 | 4.85 |
| 1 | 1 | 301995 | | CEFADROXIL 500 MG | 50 | CP | DURICEF | 161.00 | 00172-4058-48 | 42.90 | 42.90 |
| 1 | 1 | 154142 | | PANDA BEAR | | | | .00 | - - | .00 | .00 |
| 1 | 1 | 302041 | | CEFADROXIL 500 MG | 100 | CP | DURICEF | 247.64 | 59772-7271-04 | 82.90 | 82.90 |
| 1 | 1 | 314227 | | POTASSIUM CHLORIDE 750 MG | 100 | TB | POTASSIUM CHLORIDE | 16.33 | 59772-6910-01 | 3.50 | 3.50 |

NOW ORDER VIA THE INTERNET @ WWW.ANDANET.COM       LINE TOTAL:   19      TOTAL AWP:      973.66      TOTAL GOODS:   239.35

TOTAL DISCOUNT:   11.93

1,2,3,3R,4,5 NEXT TO THE ITEM NUMBER DENOTES THAT
THE PRODUCT IS A SCHEDULE (I,II,III,III REPORTABLE
IV,V) DRUG

Highly Confidential

VAC MDL 94241

REMIT TO:   P. BOX 930219
            ..LANTA, GA  311930219

PLEASE
PAY

227.42

# Warrick's 17gm Albuterol
## NDC# 59930-1560-01

| Year | McKesson Catalog Price | WAC (Texas) | AWP |
|------|------------------------|-------------|-----|
| 1996 | $15.47 | $16.06 | $21.41 |
| 1997 | $5.84 | $10.71 | $21.41 |
| 1998 | $5.26 | $10.71 <br> Dec. FUL =$7.47 | $21.41 |
| 1999 | $5.26 | $10.71 <br> FUL =$7.47 | $21.41 |
| 2000 | $5.26 | $10.71 <br> FUL =$7.47 | $21.41 |

Highly Confidential

VAC MDL 94242

# Schering-Plough's 17 gm Proventil (Albuterol) NDC# 00085-0614-02

| Year | McKesson Catalog Price | WAC Texas | AWP |
|------|------------------------|-----------|-----|
| 1996 | $20.07 | | $24.09 |
| 1997 | $22.08 | 9/1/97 $22.07<br>9/5/97 $22.96 | $26.50 |
| 1998 | $24.11 | 5/20/98 $24.11<br>11/18/98 $25.29 | $27.56 |
| 1999 | $26.30 | $26.30 | $30.35 |
| 2000 | $29.71 | $27.21 | $33.48 |

Highly Confidential

VAC MDL 94243

# Bristol-Myers Albuterol 17gm Inhaler
## NDC#  59772-6175-02
### FUL started December 1998 = $7.47

| Year | McKesson Catalog Price | WAC | AWP | FUL |
|---|---|---|---|---|
| 1997 | $6.16 | $17.14 | $21.43 | |
| 1998 | $5.00 | $17.14 | $21.43 | $7.47 (December) |
| 1999 | $5.00 | $17.14 | $21.43 | $7.47 |
| 2000 | $5.00 | $17.14 | $21.43 | $7.47 |

Highly Confidential

VAC MDL 94244

| WARRICK | | | | | | |
|---------|---|---|---|---|---|---|
| NDC | NAME | SIZE | VAC COST McKESSON | FDB AWP | FDB WAC | WAC vs. Cost Spread |
| 59930-1575-02 | Betamethasone 0.5% | 45 gm | $13.14 | $43.20 | $31.6485 | $18.508 |
| 59930-1570-03 | Clotrimazole 1% | 45 gm | $7.37 | $16.24 | $12.74 | $5.37 |
| 59930-1570-02 | Clotrimazole 1% | 30 gm | $6.77 | $13.40 | $10.50 | $3.73 |
| 59930-1621-01 | Griseofulvin Ultra | 250 mg, 100's | $43.15 | $64.96 | $48.75 | $5.60 |
| 59930-1549-01 | Isorbide Mononitrate | 60 mg, 100's | $27.68 | $117.00 | FDB WAC Not Reported Texas WAC = $97.79 | $70.11 |
| 59930-1502-01 | Isorbide Mononnonitrate | 30 mg, 100's | $67.24 | $111.56 | FDB WAC Not Reported Texas WAC = $92.93 | $25.69 |
| 59930-1636.01 | Labetalol | 200 mg, 100's | $27.63 | $68.10 | FDB WAC Not Reported Texas WAC = $33.75 | $6.12 |
| 59930-1670-01 | Theophylline Anh | 300 mg, 100's | $6.16 | $22.00 | $8.00 VAC MDL 94845 | $1.84 |

# Warrick's Betamethasone 0.05% Augmented
## NDC# 59930-1575-02 (45gm)

| Year | McKesson Catalog Price | WAC | AWP |
|------|------------------------|-----|-----|
| 1996 | $31.85 | $31.64 | $43.20 |
| 1997 | $31.85 | $31.64 (FDB) $33.62 (Texas) | $43.20 |
| 1998 | $31.85 | $31.64 (FDB) $33.62 (Texas) | $43.20 |
| 1999 | $31.85 | $31.64 (FDB) $33.62 (Texas) | $43.20 |
| 2000 | $13.14 | $31.64 (FDB) $33.62 (Texas) | $43.20 |

Highly Confidential

VAC MDL 94246

# Warrick's Betamethasone 0.05% Augmented
## NDC# 59930-1575-03 (50gm)

| Year | McKesson Catalog Price | WAC | AWP |
|------|------------------------|------|------|
| 1998 | $35.33 | $37.36 | $51.30 |
| 1999 | $13.14 | $37.36 | $51.30 |
| 2000 | $13.14 | $37.36 | $51.30 |

Highly Confidential

VAC MDL 94247

# Schering-Plough's  Diprolene AF
## (Betamethasone 0.05% Augmented)
## NDC# 00085-0517-04

| Year | McKesson Catalog Price | WAC | AWP |
|---|---|---|---|
| 1997 | $49.83 | 9/1/97 $49.83<br>9/5/97 $52.27 | $59.79 |
| 1998 | $52.27 | $54.10 | $62.72 |
| 1999 | $58.23 | $58.23 | $67.19 |
| 2000 | $64.19 | $60.22 | $72.32 |

Highly Confidential

VAC MDL 94248



# 1-800-624-0152

# FLORIDA INFUSION
## CHEMONET

# AUGUST 1994

# LUPRON DEPOT

## $372^{00}
6 Kits or more



Highly Confidential
Valid until 8/31/94



# ETOPOSIDE

Gensia's Etoposide injection is a cost saving generic equivalent to Bristol Myers' VePesid.

100mg MDV
## 85^{00}

500mg MDV
## 415^{00}

VAC MDL 94249

Valid until 8/31/94