# EXHIBIT 29
# (Part 3)



# 1-800-624-0152

# FLORIDAINFUSION

WEEKLY
SPECIALS
04-10-95 TO 04-14-95

# ETOPOSIDE

Generic Vepesid[8]

100mg MDV

200mg MDV

500mg MDV

$67.62

$135.24

$338.10

Highly Confidential

VAC MDL 94250

# 1-800-624-0152

## PHARMACY ONLY
### 10-09-95 TO 10-13-95

# FLORIDAINFUSION

## ETOPOSIDE

100mg ........................................................... $49⁰⁰

500mg ............................... $295⁰⁰

1gram ................................ $580⁰⁰

Highly Confidential

VAC MDL 94251



**1-800-624-0152**

# FLORIDA INFUSION

**WEEKLY SPECIALS**

02-26-96 TO 03-01-96

# THINGS ARE WARMING UP IN FLORIDA WITH THE HOTTEST SALE OF THE SEASON...

# ETOPOSIDE

Buy 10 at our already reduced price and

## GET ONE FREE

*HUGE SAVINGS*

| | REGULAR LOW PRICE | AFTER FREE GOODS |
|---|---|---|
| 100mg | $36.00 | $32.73 |
| 500mg | $220.00 | $200.00 |
| 1gram | $420.00 | $381.00 |

Highly Confidential

VAC MDL 94252



## ETOPOSIDE

100mg ..................................... $22<sup>00</sup>

500mg ................................. $115<sup>00</sup>

1000mg ............................... $230<sup>00</sup>

Highly Confidential

VAC MDL 94253



**1-800-624-0152**

# FLORIDA INFUSION CHEMONET

## JANUARY 1997

## HAPPY NEW YEAR!!!

# ETOPOSIDE

100mg ................................................. $14⁰⁰

500mg ................................................. $70⁰⁰

1000mg ............................................... $140⁰⁰

Highly Confidential

VAC MDL 94254

08/11/97   11:57   ☎                    CUSTOMER SERVICE                    001/001

# FLORIDAINFUSION   NationsDrug

**SPECIAL PRICES VALID
THROUGH 8/15/97**



## 1-800-624-0152

---

## FedEx. AND US.
Federal Express

# GETTING THE JOB DONE...

---

# ETOPOSIDE SUPER SALE!!!

### 100mg by IMMUNEX ........ $8⁷⁵ /vial.

Highly Confidential   WAC MDL 94255



Breakthrough Medicines For E[...]

| COMPANY INFORMATION | PRODUCT PARTNERS | SHOP | POWERCAT | HOT TOPICS | OFFICE LOCATIONS | JOB |

Pharmaceutical Products    Med/Surg Supplies    PowerSearch    Your Formularies    Help    Home

## product details



med/surg powercat



pharma powercat



powersearch



contract spotlight

**1/15/2001**

| | |
|---|---|
| NDC Number | 00015-3062-20 |
| Generic Name | ETOPOSIDE INJ |
| Trade Name | VEPESID |
| Unit of Dosage | |
| Package Size | 50ML x 1 |
| Drug Strength | 20 MG/ML |
| Manufacturer | Bristol-Myers Oncology |
| Current Price | $70.00 ← |
| Current Price Effective Date | |
| Previous Price | $0.00 |
| Future Price | $0.00 |
| Future Price Effective Date | |
| Current WAC Price | $1,037.31 ← |
| AWP | $1,244.77 ← |
| AWP Spread | $1,174.77 ← |
| GPPC Code | 00621469 |
| Contains Latex | Information Not Available Yet |
| Orange Book Code | AP |
| Therapeutic Code/Category | Antineoplastic Agents |
| Preferred Pricing | No |

Highly Confidential

VAC MDL 94256

## 3.    **Pricing Concerns**

BMS:3:000013

The launch of Etopophos represents the introduction of a premium product into a saturated and increasingly price-sensitive market.  Since the advent of generic competition, the VePesid® (etoposide) for injection average selling price has declined by over 33 percent ($69 versus $109 per 100 mg vial) as of May 1, 1995. Future erosion is expected in light of multiple etoposide approvals expected throughout 1995.

The Etopophos product profile is significantly superior to that of etoposide for injection and is expected to support as much as a 20 percent price premium over VePesid injectable and its generic competitor(s).  Market Research indicates, however, that the amount of premium the market will bear diminishes as the generic price erodes.  As a result, at anticipated levels of $ 65.00/100 mg etoposide, Etopophos may support only a 10 to 15 percent premium. Once established, Etopophos may be able take advantage of the compound's superiority and maintain its pricing despite continued erosion of the VePesid/generic market.

In light of the delay in product approval and the expected rapid decline in market price due to multiple generic competitors, a decision may need to be made as to whether the brand is better served by attempting to be price competitive (with a premium) or to establish a higher price for the brand and allow it to fill a niche market where its advantages are best employed.  Consideration of the latter option will become increasingly important if Agency approval is significantly delayed.

*How can BMSO best implement a pricing strategy for Etopophos to ensure the brand maintains its introductory price in the face of further declines in market etoposide pricing and still maintain a market share of 30?*

Highly Confidential
VAC MDL 94257

# Physician Pricing Incentives

Currently, physician practices can take advantage of the growing disparity between VePesid's list price (and, subsequently, the Average Wholesale Price [AWP]) and the actual acquisition cost when obtaining reimbursement for etoposide purchases. If the acquisition price of Etopophos is close to the list price, the physicians' financial incentive for selecting the brand is largely diminished.

To provide adequate financial incentive for the use of Etopophos, the following strategies could be employed:

1.  Reduction of the VePesid AWP.  Under this option, the list price and/or AWP for VePesid would be reduced from its current level to the highest bid price currently in the marketplace.

2.  Establish a premium list price for Etopophos (etoposide phosphate) for injection.  A list price of $120.54 would represent a 15% premium over the current VePesid (etoposide) for injection MD direct list price of $104.82, while $125.57 would represent 115% of the wholesale list price of $109.19.

    Volume based conversion discounts would be extended to:

    - Physician Practices (through BMOTN)

    - Hospitals (through GPO Partnerships)

    - Non-GPO Hospitals (through competitive bidding)

    - All other channels of trade (also through competitive bidding)

BMS:3:000014

Highly Confidential

VAC MDL 94258

Customer No:    004567

Lessner and Troner MDs PA
8950 N Kendall Dr #503
Miami, FL 33176

**ONCOLOGY THERAPEUTICS NETWORK**
**INVENTORY MANAGEMENT REPORT**

Territory:        31-11-1007

FOR THE PERIOD ENDING: May    1997

Your account rep is: Michelle Maupin at extension
To order call:    1-800-482-6700

| Catalog Number | Product | | Jun-96 | Jul-96 | Aug-96 | Sep-96 | Oct-96 | Nov-96 | Dec-96 | Jan-97 | Feb-97 | Mar-97 | Apr-97 | May-97 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101-100 | Doxorubicin Inj Sol 2mg/Ml 10mg | Qty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 5 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 46 | 0 | 46 |
| 101-150 | Doxorubicin Inj Sol 2mg/Ml 200mg | Qty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 845 | 845 |
| 101-120 | Doxorubicin Inj Sol 2mg/Ml 50mg | Qty | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 30 | 0 | 0 | 26 | 6 | 77 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 0 | 691 | 1,382 | 0 | 0 | 1,198 | 276 | 3,548 |
| 840-250 | Epinephrine Sol 1mg/Ml 1:1000/Ml | Qty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 25 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 13 |
| 223-400 | Epoetin Alfa 10,000u 1ml | Qty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | 12 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,109 | 1,109 |
| 223-590 | Epoetin Alfa 10,000u 1ml | Qty | 0 | 0 | 0 | 0 | 0 | 125 | 75 | 125 | 250 | 0 | 100 | 0 | 675 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 10,909 | 6,545 | 10,909 | 22,121 | 0 | 9,423 | 0 | 59,906 |
| 223-405 | Epoetin Alfa 20,000u 2ml | Qty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42 | 54 | 96 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,900 | 10,100 | 18,000 |
| S01-138 | Etopophos Sample At N/C | Qty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 0 | 0 | 0 | 0 | 50 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 901-160 | Etoposide Inj. 100mg Mdv-Plastic | Qty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 58 | 58 |
| 210-000 | Fludarabine 50mg | Qty | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,601 | 0 | 0 | 0 | 1,601 |
| 801-400 | Fluorouracil 500mg/10ml | Qty | 0 | 0 | 0 | 0 | 0 | 100 | 110 | 40 | 0 | 0 | 0 | 0 | 290 |
| | | $Amt | 0 | 0 | 0 | 0 | 0 | 79 | 87 | 32 | 0 | 36 | 0 | 0 | 233 |

Highly Confidential

VAC MDL 94259

# Value of 50 FREE Etopophos 100mg NDC# 00015-3404-20

# 1997 AWP = $124.14

# To: Doctors Lessner & Troner Oncologists in Miami,Fl.

# $6,207.00

Highly Confidential

VAC MDL 94260

# Oncology Therapeutics Network

# is a subsidiary of Bristol Myers.

(d)  <u>Price and Trade Terms; Price Changes.</u>  BMS retains all rights to control the price and all other terms and conditions with respect to sales to customers of the Products and will establish and maintain such prices, terms and conditions in its sole discretion.  In accordance with BMS business practices, BMS shall maintain a published list of prices, terms and other conditions for sales of Products (which may specify prices, terms and conditions by customer group) (the "Price List")

Highly Confidential

VAC MDL 94261

Because the Joint Venture acts as a sales agent for Bristol-Myers, the Joint Venture does not take title to Bristol-Myers oncology products that it distributes. As a sales agent, the Joint Venture earns a commission on the sale of Bristol-Myers products, but does not record product revenue from these sales. The net revenues of the Joint Venture and the Company consist primarily of revenues from sales of non-Bristol-Myers products; net revenues also include commissions paid to the Joint Venture by Bristol-Myers in connection with the sale of Bristol-Myers oncology products and amounts paid by Bristol-Myers in support of certain Joint Venture marketing programs. Commissions paid by Bristol-Myers net of related expenses have been negligible to date and these commissions are not anticipated to result in significant net revenues to the Company. However, the Company has increased significantly the number of its customers in the oncology physician office market as a result of the Joint Venture. As a result, in the fourth quarter of 1993 and the first quarter of 1994 sales of non-Bristol-Myers products to this market increased relative to pre-Joint Venture levels. There can be no assurance, however, that such sales volume can be achieved in the future. The following table sets forth the total shipments of products for the periods indicated:

| | Years Ended December 31, | | | | Quarters Ended March 31, | |
|---|---|---|---|---|---|---|
| | 1990 | 1991 | 1992 | 1993 | 1993 | 1994 |
| | | | | (In thousands) | | |
| Total product shipments(1) . . . . . . . . . . . . . . | $503 | $16,365 | $36,012 | $111,240 | $11,759 | $68,251 |



**BRISTOL-MYERS SQUIBB**
**Oncology/Immunology**



**DRUG WHOLESALER PRICE LIST**

*PRICES EFFECTIVE:  MARCH 1, 1996*

Highly Confidential

**Bristol-Myers Squibb Company**

VAC MDL 94263

| Bristol-Myers | ONCOLOGY DIVISION |
|---|---|



**Mead Johnson**
ONCOLOGY PRODUCTS

**BRISTOL LABORATORIES**
ONCOLOGY PRODUCTS



# PHYSICIAN'S PRICE LIST

Highly Confidential

**PRICES EFFECTIVE:**
**March 8, 1993**

VAC MDL 94264



# Bristol-Myers Squibb Company

## Pharmaceutical Group

P.O. Box 4500   Princeton, NJ 08543-4500   609 243-6000

Edward Edelstein
First Data Bank
1111 Bayhill Drive
Suite 350
San Bruno, CA   94066

*Send to Beth Rader*

Dear Mr. Edelstein

Effective immediately, Bristol—Myers Oncology Division products factor used in determining the AWP should be changed from 20.5% to 25%.  This change should not effect any other business unit of Bristol—Myers Squibb Company.

If there are any reasons why you cannot proceed with this request, please contact me at 609—243—6986.

Sincerely,

Denise M. Kaszuba
Sr. Pricing Analyst

Highly Confidential

BMS:5:000013

VAC MDL 94265

**Bristol-Myers** ONCOLOGY DIVISION

2400 West Lloyd Expressway    Evansville, IN 47721-0001    812 429-5000

December 16, 1991

Ms. Enid Olyan
Redbook
5 Paragon Drive
Montvale, NJ  07645-1742

Dear Ms. Olyan:

Please delete direct price referencing for Bristol-Myers Oncology Division Products.
We will continue to provide direct pricing for determining Average Wholesale Price.
This should be initiated in January's publication of Redbook.

Thank you for your assistance.

Sincerely,

Dennis J. Buckley
Manager, Promotions & National Accounts

cc:     S. G. Braun
        D. M. Kaszuba
        S. S. Pond
        D. J. Soltysiak          BMS:5:000014
        M. M. Thornton
        T. D. Wert

DJB/cs

Highly Confidential

VAC MDL 94266



**Bristol-Myers** ONCOLOGY DIVISION

**MeadJohnson**
ONCOLOGY PRODUCTS

| Item Number | Product and Unit Size | NDC Number | Minimum Order Quantity/Price | Direct Price Per Unit |
|---|---|---|---|---|
| | **BLENOXANE®** (sterile bleomycin sulfate, USP) | ℞ | | |
| 3010-97 | 15 units/vial (cartoned) | 0015-3010-20 | 10 vials $2210.30 | $ 221.03 |

*Blenoxane® must be refrigerated (2°C-8°C)*

Because Bristol-Myers Oncology Division cannot be responsible for proper storage conditions after purchase, **Blenoxane®** **may not be returned for credit.**

| | **CYTOGUARD®** | | | |
|---|---|---|---|---|
| 3333-01 | aerosal device | 0003-3333-01 | box of 10   $  27.50 | $   2.75 |

Highly Confidential
Before ordering, please contact your Bristol Laboratories Oncology Products or Mead Johnson Oncology Products sales representative.

VAC MDL 94267

# SAFE HANDLING SUPPLIES



Burron Chemo Pin

## CHEMO DISPENSING PINS:

Chemo dispensing pins are used during reconstitution of a powdered chemotherapy drug. The chemo dispensing pin prevents the aerosolization that is encountered during drug dispensing and compounding by filtering the air exiting the vial through a 0.2 micron hydrophobic filter.

| CATALOG NUMBER | ITEM | UNIT SIZE | PRICE PER UNIT |
|---|---|---|---|
| 561-002 | Chemo Dispensing Pin (B. Braun/McGaw) | 50 ea./box | 139.50 |
| 561-001 | Vial Venting System (Chemo Block®) | 50 ea./box | 77.00 |
| 561-003 | Cytoguard | 10 ea./box | 27.50 |

Highly Confidential

VAC MDL 94268

ONCOLOGY
THERAPEUTICS
NETWORK

ORIGINAL INVOICE

Inquiries. The Network
395 Oyster Point Blvd., Suite 405
South San Francisco, CA 94080
1-800-482-6700

Customer No.    006073

Account No.  18731900017

Ship to:
Jeffrey L Paonessa MD PA

Jeffrey L Paonessa MD PA
1201 5th Ave N #505A
St. Petersburg FL 33705

1201 5th Ave N  #505 A
Saint Petersburg FL 33705-1433

| INVOICE DATE 07/29/97 | INVOICE NO. 748368 |
| PURCH. ORDER NO. 10745 | DATE ORDERED 07/29/97 |
| ORDERED BY BJ | ORDER TAKEN BY Pat |
| SHIPPED FROM RANCHO | DATE SHIPPED 07/29/97 |
| TERMS 1% 30 Net 45 | SHIPPED VIA FedEx Std | DUE DATE 09/12/97 |

| Catalog No./ NDC | Lot No./ Exp Date | Type | DEA Sched | Product Description & Size | Qty. Ordered | Qty. Shipped | Unit Price | Sales Tax | Price Extension |
|---|---|---|---|---|---|---|---|---|---|
| 902-250 0013-8715-62 | ADA015A 01-JAN-01 | VIAL | | ZINECARD 250MG VIAL | 20 | 20 | 108.28 | 0.00 | 2.165.60 |
| 561-003 333301 | 4N4348 01-JAN-01 | EA | | CYTOGUARD Supply Discount ($13.75) Net price per unit $2.61 | 100 | 100 | 2.75 | 19.25 | 275.00 |
| | | | | Network Dollars | | | | | ( 2.28) |
| | | | | Network Dollars | | | | | ( 14.61) |
| | | | | Network Dollars | | | | | ( 31.00) |
| | | | | GPO Supply Discount | | | | | ( 13.75) |

*accrued in July packing ship sent 8/4/97 lag*

*7/00-77 lag*

Buyer acknowledges that it is responsible for fully and accurately reporting to the reimbursing agency any discounts described above on any item that is separately charged for payment under Medicare, Medicaid, or any other federally funded state health care plan.
Buyer also acknowledges that upon request by the Department of Health and Human Services or a state health care agency, it is responsible for providing the requesting agency with information regarding such discounts.

Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated from the due date until paid at an Annual Percentage Rate of 12% (0.5% in Alaska and Arkansas and 0% in Minnesota) or 1.5% lower) and maximum rate permitted under applicable law to be agreed by the parties.

Highly Confidential

Page  2  of  2

$161.80

| Subtotals | 19.25 | 2.378.96 |
| VAC MDL 94269 | | 16.199.39 |

— 161.80



ONCOLOGY
THERAPEUTICS
NETWORK

395 Oyster Point Blvd., Suite 405
South San Francisco, CA 94080
1-800-482-6700

Customer No.    006073

Account No.  18731900017

Ship to:
Jeffrey L Paonessa MD PA

Jeffrey L Paonessa MD PA
1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

| INVOICE DATE 02/01/96 | INVOICE NO. 497424 |
|---|---|
| PURCH. ORDER NO. 10050 | DATE ORDERED 02/01/96 |
| ORDERED BY BJ | ORDER TAKEN BY Danielle |
| SHIPPED FROM RANCHO | DATE SHIPPED 02/01/96 |
| SHIPPED VIA FedEx Std | DUE DATE 04/16/96 |

TERMS
Net 75

| Catalog No./ NDC | Lot No./ Exp Date | Type | DEA Sched | Product Description & Size | Qty. Ordered | Qty. Shipped | Unit Price | Sales Tax | Price Extension |
|---|---|---|---|---|---|---|---|---|---|
| 201-000 0015-3475 27 | L5I28L 01 JAN-01 | VIAL | | TAXOL 30MG/5ML | 100 | 100 | 140.26 | 0.00 | 14,026.00 |
| 900-300 0015-3213 30 | K5I41A 01 JAN-01 | VIAL | | PARAPLATIN 50 MG | 30 | 30 | 62.40 | 0.00 | 1,872.00 |
| 900-310 0015-3214 30 | K5I42A 01 JAN-01 | VIAL | | PARAPLATIN 150 MG | 30 | 30 | 187.16 | 0.00 | 5,614.80 |
| 900-550 0015-3220 22 | J5I04A 01 JAN-01 | VIAL | | PLATINOL AQ 1MG/ML 50MG | 20 | 20 | 130.21 | 0.00 | 2,604.20 |
| 902-100 0015-3001-20 | G5I09A 01 JAN-01 | VIAL | | · MUTAMYCIN POWDER 5 MG | 10 | 10 | 91.91 | 0.00 | 919.10 |
| 561-004 0003-3333 01 | 3N4358 01 JAN-01 | EA | | PROMOTION CYTOGUARD (1) | 70 | 70 | 0.00 | 0.00 | 0.00 |

* This item accrues a Network Dollars credit

Highly Confidential

Purchases that remain unpaid after 75 days will incur finance charges based on the outstanding balance calculated from the due date until paid at an Annual Percentage Rate of 12% (9.5% in Alaska and Arkansas and 8% in Minnesota) or, if lower, the maximum rate permitted under applicable law to be agreed by the parties:

Page  1  of  1

| | | |
|---|---|---|
| Subtotals | 0.00 | 25,036.10 |
| VAC MDL 94270 | | |
| TOTAL | | 25,036.10 |

ONCOLOGY
THERAPEUTICS
NETWORK

Inquiries: The Network
395 Oyster Point Blvd., Suite 405
South San Francisco, CA 94080
1-800-482-6700

Customer No.    006073

Account No.  18731900017

Ship to:
Jeffrey L Paonessa MD PA

Jeffrey L Paonessa MD PA
1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

| INVOICE DATE | INVOICE NO. |
|---|---|
| 02/01/96 | 497765 |
| PURCH. ORDER NO. | DATE ORDERED |
| 10058 | 02/01/96 |
| ORDERED BY | ORDER TAKEN BY |
| BJ | Tony |
| SHIPPED FROM | DATE SHIPPED |
| RANCHO | 02/01/96 |
| SHIPPED VIA | DUE DATE |
| FedEx Std | 04/16/96 |

TERMS
Net 75

| Catalog No./ NDC | Lot No./ Exp Date | Type | DEA Sched | Product Description & Size | Qty. Ordered | Qty. Shipped | Unit Price | Sales Tax | Price Extension |
|---|---|---|---|---|---|---|---|---|---|
| 200-200 0015-3910-20 | MJ.J99 01-JAN-01 | VIAL | | BLENOXANE 15 UNITS | 4 | 4 | 224.22 | 0.00 | 896.88 |
| 900-635 0015-0548 41 | 15F01A 01 JAN 01 | VIAL | | * CYTOXAN LYOPH. POWDER 1000 MG | 30 | 30 | 11.86 | 0.00 | 355.80 |
| 561 004 0003-3533-01 | 3N4358 01-JAN-01 | EA | | PROMOTION CYTOGUARD (1) | 30 | 30 | 0.00 | 0.00 | 0.00 |



* This item accrues a Network Dollars credit

Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated from the due date until paid at an Annual Percentage Rate of (highly (confidential) Arkansas and 8% in Minnesota) or, if lower, the maximum rate permitted under applicable law to be agreed by the parties.

Page   1  of   1

highly (confidential)
VAC MDL 94271

| Subtotals | 0.00 | 1,252.68 |
|---|---|---|
| TOTAL | | 1,252.68 |



**ONCOLOGY THERAPEUTICS NETWORK**

395 Oyster Point Blvd., Suite 405
South San Francisco, CA 94080
1-800-482-6700

Customer No.   006073

Account No.  18731900017

Ship to:
Jeffrey L Paonessa MD PA

Jeffrey L Paonessa MD PA
1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

| INVOICE DATE | | INVOICE NO. | |
|---|---|---|---|
| 07/01/96 | | 561226 | |
| PURCH. ORDER NO. | | DATE ORDERED | |
| 10269 | | 07/01/96 | |
| ORDERED BY | | ORDER TAKEN BY | |
| BJ | | Mary | |
| SHIPPED FROM | | DATE SHIPPED | |
| RANCHO | | 07/01/96 | |

**TERMS**
Net 75

**SHIPPED VIA**
FedEx Std

**DUE DATE**
09/14/96

| Catalog No./ NDC | Lot No./ Exp Date | Type | DEA Sched | Product Description & Size | Qty. Ordered | Qty. Shipped | Unit Price | Sales Tax | Price Extension |
|---|---|---|---|---|---|---|---|---|---|
| 900-550 0015-3220-22 | A6F33A 01-JAN-01 | VIAL | | PLATINOL AQ 1MG/ML  50MG | 20 | 20 | 136.07 | 0.00 | 2.721.40 |
| 900-310 0015-3214-30 | D6F12A 01-JAN-01 | VIAL | | PARAPLATIN 150 MG | 10 | 10 | 195.58 | 0.00 | 1.955.80 |
| 900-300 0015-3213-30 | D6F11A 01-JAN-01 | VIAL | | PARAPLATIN 50 MG | 10 | 10 | 65.21 | 0.00 | 652.10 |
| 561-004 0003-3333-01 | 4N4338 01-JAN-01 | EA | | PROMOTION CYTOGUARD (1) | 20 | 20 | 0.00 | 0.00 | 0.00 |

SHIPPED

VAC MDL 94272

| | | |
|---|---|---|
| Subtotals | 0.00 | 5.329.30 |
| TOTAL | | 5.329.30 |

Highly Confidential

Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated from the due date until paid at an Annual Percentage Rate of 12% (8.5% in Alaska and Arkansas and 8% in Minnesota) or, if lower, the maximum rate permitted under applicable law to be agreed by the parties.
Page  1  of  1

# Bristol Raises Awp when prices decreasing

Highly Confidential

VAC MDL 94273

THERAPEUTICS NETWORK
1-800-482-6700

395 Oyster Point Blvd., Suite 405
South San Francisco, CA 94080
1-800-482-6700

Customer No.   006073

Account No.  18731900017

Ship to:
Jeffrey L Paonessa MD PA

Jeffrey L Paonessa MD PA
1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

| INVOICE DATE | INVOICE NO. |
|---|---|
| 07/11/95 | 421557 |
| PURCH. ORDER NO. | DATE ORDERED |
| 32602 | 07/11/95 |
| ORDERED BY | ORDER TAKEN BY |
| B.J. | James |
| SHIPPED FROM | DATE SHIPPED |
| RANCHO | 07/11/95 |

TERMS
Net 75

| SHIPPED VIA | DUE DATE |
|---|---|
| FedEx Std | 09/24/95 |

| Catalog No./ NDC | Lot No./ Exp Date | Type | DEA Sched | Product Description & Size | Qty. Ordered | Qty. Shipped | Unit Price | Sales Tax | Price Extension |
|---|---|---|---|---|---|---|---|---|---|
| 900-310 0015-3214-30 | D5F04A 01-JAN-0 | VIAL | | PARAPLATIN 150 MG | 20 | 20 | 187.16 | 0.00 | 3,743.20 |
| 900-300 0015-3213-30 | B5F42A 01-JAN-0 | VIAL | | PARAPLATIN 50 MG | 20 | 20 | 62.40 | 0.00 | 1,248.00 |
| 900-510 0015-3072-20 | D5F17A 01-JAN-0 | VIAL | | PLATINOL 50MG | 20 | 20 | 124.61 | 0.00 | 2,492.20 |
| 900-500 0015-3070-20 | B5F40A 01-JAN-0 | VIAL | | PLATINOL 10MG | 10 | 10 | 26.65 | 0.00 | 266.50 |
| 901-670 0015-3562-41 | KHD70 01-JAN-0 | VIAL | | MESNEX 1000 MG | 40 | 40 | 59.35 | 0.00 | 2,374.00 |
| 200-200 0015-3010-20 | MCJ90 01-JAN-0 | VIAL | | BLENOXANE 15 UNITS | 4 | 4 | 224.22 | 0.00 | 896.88 |
| 561-004 0003-3333-01 | 3N4364 01-JAN-0 | CASE | | PROMOTION CYTOGUARD (1) | 40 | 40 | 0.00 | 0.00 | 0.00 |

Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated from the due date until paid at an Annual Percentage Rate of 12% (10.5% in Arkansas and 8% in Minnesota) or, if lower, the maximum rate permitted under applicable law to be agreed by the parties.

Highly Confidential

Page   1   of   1

| | Subtotals | 0.00 | 11,020.78 |
|---|---|---|---|
| | VAC MDL 94274 | | |
| | TOTAL | | 11,020.78 |

ONCOLOGY
THERAPEUTICS
NETWORK

Inquiries The Network
395 Oyster Point Blvd., Suite 405
South San Francisco, CA 94080
1-800-482-6700

Customer No.    006073

Account No.  18731900017

Ship to:
Jeffrey L Paonessa MD PA

Jeffrey L Paonessa MD PA
1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

1201 5th Ave N  #505 A
Saint Petersburg FL 33705-1433

| INVOICE DATE | INVOICE NO. |
|---|---|
| 01/24/96 | 494129 |
| PURCH. ORDER NO. | DATE ORDERED |
| 10039 | 01/24/96 |
| ORDERED BY | ORDER TAKEN BY |
| BJ | Tony |
| SHIPPED FROM | DATE SHIPPED |
| RANCHO | 01/24/96 |
| SHIPPED VIA | DUE DATE |
| FedEx Std | 04/08/96 |

| TERMS |
|---|
| Net 75 |

| Catalog No./ NDC | Lot No./ Exp Date | Type | DEA Sched | Product Description & Size | Qty. Ordered | Qty. Shipped | Unit Price | Sales Tax | Price Extension |
|---|---|---|---|---|---|---|---|---|---|
| 900-300 0015-3213-30 | K5F41A 01-JAN-01 | VIAL | | PARAPLATIN 50 MG | 20 | 20 | 62.40 | 0.00 | 1,248.00 |
| 201-000 0015-3475 27 | L5F20A 01-JAN-01 | VIAL | | TAXOL 30MG/5ML | 80 | 80 | 140.26 | 0.00 | 11,220.80 |
| 200-200 0015-3030 20 | MHJ98 01-JAN-01 | VIAL | | BLENOXANE 15 UNITS | 2 | 2 | 224.22 | 0.00 | 448.44 |

Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated from the due date until paid at an Annual Percentage Rate highest lawful rate (1.5% in Alaska and Arkansas and 0% in Minnesota) or, if lower, the maximum rate permitted under applicable law to be agreed by the parties.

Page   1   of   1

| | | |
|---|---|---|
| Subtotals | 0.00 | 12,917.24 |
| VAC MDL 94275 | | |
| TOTAL | | 12,917.24 |

ONCOLOGY
THERAPEUTICS
NETWORK

ORIGINAL INVOICE

Inquiries: The Network
395 Oyster Point Blvd., Suite 405
South San Francisco, CA 94080
1-800-482-6700

Customer No.    006073

Ship to:
Jeffrey L Paonessa MD PA

Jeffrey L Paonessa MD PA
1201 5th Ave N #505A
St. Petersburg FL 33705

1201 5th Ave N #505 A
Saint Petersburg FL 33705-1433

Account No. 18731900017

| | |
|---|---|
| **INVOICE DATE** 07/23/97 | **INVOICE NO.** 745506 |
| **PURCH. ORDER NO.** 10742 | **DATE ORDERED** 07/23/97 |
| **ORDERED BY** BJ | **ORDER TAKEN BY** Pat |
| **SHIPPED FROM** RANCHO | **DATE SHIPPED** 07/23/97 |
| **SHIPPED VIA** FedEx Std | **DUE DATE** 09/06/97 |

**TERMS** 1% 30 Net 45

| Catalog No./ NDC | Lot No./ Exp Date | Type | DEA Sched | Product Description & Size | Qty. Ordered | Qty. Shipped | Unit Price | Sales Tax | Price Extension |
|---|---|---|---|---|---|---|---|---|---|
| 200-200 0015-3010-20 | MCH20 01-JAN-01 | VIAL | | BLENOXANE 15 UNITS | 5 | 5 | 155.00 | 0.00 | 775.00 |
| 201-100 0015-3476-27 | F7F32A 01-JAN-01 | VIAL | | TAXOL 100MG/17ML | 10 | 10 | 467.53 | 0.00 | 4,675.30 |
| | | | | Network Dollars | | | | | ( 31.00) |

*Receiving slip sent 8/4/97*

*7/00-77 Cag*

Buyer acknowledges that it is responsible for fully and accurately reporting to the reimbursing agency any discounts described above on any item that is separately charged for payment under Medicare, Medicaid, or any other federally funded state health care plan.
Buyer also acknowledges that upon request by the Department of Health and Human Services or a state health care agency, it is responsible for providing the requesting agency with information regarding such discounts.

Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated from the due date until paid at an Annual Percentage Rate of 12% (8.5% in Alaska and Arkansas and 8% in Minnesota) or, if lower, the maximum rate permitted under applicable law to be agreed by the parties.

Page   1   of

Highly Confidential

$54.19

| | Subtotals | 0.00 | 5,419.30 |
|---|---|---|---|
| VAC MD1094276 | | 5,419.30 |

-54.19

ONCOLOGY
THERAPEUTICS
NETWORK

395 Oyster Point Blvd., Suite 405
South San Francisco, CA 94080
1-800-482-6700

Customer No.    006073

Account No.  18731900017

Ship to:
Jeffrey L Paonessa MD PA

Jeffrey L Paonessa MD PA
1201 5th Ave N #505A
St. Petersburg FL 33705

1201 5th Ave N  #505 A
Saint Petersburg FL 33705-1433

| INVOICE DATE | INVOICE NO. |
|---|---|
| 01/29/98 | 850334 |
| PURCH. ORDER NO. | DATE ORDERED |
| 2255 | 01/29/98 |
| ORDERED BY | ORDER TAKEN BY |
| BJ | Mary Beth |
| SHIPPED FROM | DATE SHIPPED |
| RANCHO | 01/29/98 |
| SHIPPED VIA | DUE DATE |
| Fed Exp Priority (NC) | 03/30/98 |

TERMS
1% 30 Net 60

| Catalog No./ NDC | Lot No./ Exp Date | Type | DEA Sched | Product Description & Size | Qty. Ordered | Qty. Shipped | Unit Price | Sales Tax | Price Extension |
|---|---|---|---|---|---|---|---|---|---|
| 900-450 0015-3476-30 | M7F20A 01-JAN-01 | VIAL | | TAXOL 100MG/17ML MDV | 10 | 10 | 467.53 | 0.00 | 4,675.30 |
| 200-200 0015-3010-20 | MKH29 01-JAN-01 | VIAL | | BLENOXANE 15 UNITS | 3 | 3 | 140.00 | 0.00 | 420.00 |
| 200-400 0015-3012-38 | LEH86 01-JAN-01 | VIAL | | BICNU 100MG | 3 | 3 | 71.38 | 0.00 | 214.14 |
| 901-606 0015-3564-15 | KCH77 01-JAN-01 | PACK | | IFEX/MESNEX 2X3GM | 1 | 1 | 965.28 | 0.00 | 965.28 |
| 200-105 0173-0656-44 | 7D7474 01-JAN-01 | VIAL | | VINORELBINE TARTRATE 10MG/ML 5ML | 3 | 3 | 254.47 | 0.00 | 763.41 |

7/00-77
Cag

Purchases that remain unpaid past their due date incur finance charges based on the outstanding balance calculated from the due date until paid at an annual Percentage Rate of 12% (8.5% in Alaska and Arkansas and 8% in Minnesota) or, if lower, the maximum rate permitted under applicable law to be agreed by the parties.

Page  1  of  1

| Subtotals | 0.00 | 7,038.13 |
|---|---|---|
| TOTAL | | 7,038.13 |

Highly Confidential

Discount amount if paid by
28-FEB-98 :   $70.38

VAC MDL 94277 -70.38.

# Blenoxane 15u
# NDC#00015-3010-20

| YEAR | RED BOOK AWP | PRICE TO FLORIDA ONCOLOGIST | SPREAD |
|---|---|---|---|
| 1995 | $276.29 | $224.22 | $52.07 |
| 1996 | $291.49 | $224.22 | $67.27 |
| 1997 | $304.60 | $155.00 | $149.60 |
| 1998 | $304.60 | $140.00 | $164.60 |

Highly Confidential

VAC MDL094200

| BRISTOL MYERS | | | | | | |
|---|---|---|---|---|---|---|
| NDC | NAME | SIZE | VAC COST McKESSON | FDB AWP | FDB WAC | WAC vs. Cost Spread |
| 59772-5160-05 | Captopril/HCTZ | 25-15 mg, 100's | $10.28 | $71.775 | $57.42 | $47.14 |
| 59772-5161-05 | Captopril/HCTZ | 25-25, 100's | $10.28 | $71.775 | $57.42 | $47.14 |
| 59772-5162-05 | Captopril/HCTZ | 15 mg, 100's | $16.13 | $123.275 | $98.62 | $82.49 |
| 59772-5163-05 | Captopril/HCTZ | 25 mg, 100's | $16.13 | $123.275 | $98.62 | $82.49 |
| 59772-7045-01 | Captopril | 12.5, 100's | $1.54 | $60.387 | $48.31 | $46.77 |
| 59772-7045-03 | Captopril | 12.5, 1000's | $13.90 | $597.47 | $477.98 | $464.08 |
| 59772-7045-01 | Captopril | 25 mg, 100's | | | | |
| 59772-7046-01 | Captopril | 25 mg, 1000's | $1.86 | $65.275 | $52.20 | $50.34 |
| 59772-7046-03 | Captopril | 50 mg, 100's | $16.77 | $640.50 | $516.84 | $500.07 |
| 59772-7047-01 | Captopril | 50 mg, 100's | $2.99 | $111.937 | $89.55 | $86.56 |
| 59772-7047-03 | Captopril | 50 mg, 1000's | $26.93 | $1,107.51 | $886.01 | $859.08 |
| 59772-7048-01 | Captopril | 100 mg, 100's | $6.39 | $149.62 | $119.250 | $112.86 |
| 59772-7492-04 | Cefaclor | 250 mg/ 5 ml 150 ml | $11.69 | $50.85 | $40.68 | $28.99 |
| 59772-7493-01 | Cefaclor | 375 mg/ 5 ml 50 ml | $6.16 | $26.10 | $20.88 | $14.72 |

Highly Confidential

VAC MDL 94874

| BRISTOL MYERS | | | | | | |
|---|---|---|---|---|---|---|
| NDC | NAME | SIZE | VAC COST McKESSON | FDB AWP | FDB WAC | WAC vs. Cost Spread |
| 59772-7493-03 | Cefaclor | 375 mg/ 5 ml 100 ml | $11.69 | $50.85 | $40.68 | $28.99 |
| 59772-7494-04 | Cefaclor | 500 mg, 100's | $47.74 | $383.00 | $306.40 | $258.66 |
| 59772-7497-01 | Cefaclor | 187 mg/ 5 ml 50 ml | $3.34 | $14.10 | $11.28 | $7.94 |
| 59772-7497-03 | Cefaclor | 187 mg/ 5 ml 100 ml | $6.44 | $28.00 | $22.40 | $15.96 |
| 59772-7490-02 | Cefaclor | 125 mg 5 ml 75 ml | $3.31 | $14.10 | $11.28 | $7.97 |
| 59772-7490-04 | Cefaclor | 125 mg 5 ml 150 ml | $6.44 | $28.00 | $22.40 | $15.96 |
| 59772-7491-04 | Cefaclor | 250 mg 100's | $24.31 | $195.50 | $156.40 | $132.09 |
| 59772-7492-02 | Cefaclor | 250 mg/ 5 ml 75 ml | $6.16 | $26.10 | $20.88 | $14.72 |
| 59772-7271-03 | Cefadroxil | 500 mg 50's | $117.82 | $161.00 | $128.80 | $10.98 |
| 59772-7271-04 | Cefadroxil | 500 mg 100's | $79.15 | $305.00 | $244.00 | $164.85 |
| 59772-5585-01 | Cholestyramine | 60 | $43.94 | $82.875 | $66.30 | $22.36 |
| 59772-5585-02 | Cholestyramine | 378 | $14.38 | $36.28 | $29.026 | $14.646 |

Highly Confidential

VAC MDL 94280

| BRISTOL MYERS | | | | | | |
|---|---|---|---|---|---|---|
| NDC | NAME | SIZE | VAC COST McKESSON | FDB AWP | FDB WAC | WAC vs. Cost Spread |
| 59772-5589-01 | Cholestyramine Light | 60 | $18.03 | $82.875 | $66.30 | $48.27 |
| 59772-5589-02 | Cholestyramine Light | 210 | $14.38 | $36.2838 | $16.5876 | $2.2076 |
| 59772-0026-03 | Estradiol | 1 mg, 100's | $8.20 | $31.325 | $2.506 | $16.86 |
| 59772-0026-04 | Estradiol | 1 mg, 500's | $38.96 | $148.81 | $119.05 | $80.09 |
| 59772-0027-03 | Estradiol | 2 mg, 100's | $10.71 | $45.737 | $36.59 | $25.88 |
| 59772-3843-01 | Methylphenidate | 20 mg, 100's | $74.66 | $105.65 | $84.52 | $9.86 |
| 59772-3842-03 | Methylphenidate | 20 mg, 1000's | $206.63 | | | |
| 59772-3840-01 | Methylphenidate | 5 mg, 100's | $21.20 | $33.025 | $26.42 | $5.22 |
| 59772-3840-03 | Methylphenidate | 5 mg, 1000's | $206.63 | $321.95 | $257.56 | $50.93 |
| 59772-3841-01 | Methylphenidate | 10 mg, 100's | $29.64 | $47.15 | $37.72 | $8.08 |
| 59772-3841-03 | Methylphenidate | 10 mg, 1000's | $288.97 | $45.923 | $36.739 | $78.42 |
| 59772-3842-01 | Methylphenidate | 20 mg, 100's | $43.36 | $67.712 | $54.17 | $10.81 |
| 59772-2461-01 | Nadolol | 20 mg, 100's | $29.67 | $85.50 | $68.40 | $38.73 |
| 59772-2462-01 | Nadolol | 40 mg, 100's | $9.89 | $99.987 | $79.99 | $70.01 |
| 59772-2462-03 | Nadolol | 40 mg, 100's | | | | |

Highly Confidential

VAC MDL 94281

| BRISTOL MYERS | | | | | | |
|---|---|---|---|---|---|---|
| NDC | NAME | SIZE | VAC COST McKESSON | FDB AWP | FDB WAC | WAC vs. Cost Spread |
| 59772-2463-01 | Nadolol | 80 mg, 100's | $46.51 | $135.50 | $108.40 | $61.89 |
| 59772-2464-01 | Nadolol | 120 mg, 100's | $72.61 | $176.65 | $141.32 | $68.70 |
| 59772-2465-01 | Nadolol | 160 mg, 100's | $82.00 | $196.45 | $157.16 | $75.10 |
| 62269-0211-29 | Amantadine | 100 mg, 500's | $33.45 | $177.95 | $142.36 | $108.91 |
| 62269-0211-24 | Amantadine | 100 mg, 100's | $7.33 | $36.575 | $29.26 | $21.93 |
| 62269-0353-24 | Clonazepam | 1 mg, 100's | $3.21 | $71.237 | $56.99 | $53.78 |
| 62269-0250-29 | HydroxyChloro-quine | 200 mg, 500's | $283.65 | $514.65 | $411.70 | $128.05 |
| 62269-0250-24 | HydroxyChoro-quine | 200 mg, 100;s | $57.89 | $108.35 | $86.68 | $28.79 |
| 62269-0263-29 | Metoclopramide | 5 mg, 500's | $8.05 | $130.00 | $104.00 | $95.95 |
| 62269-0263-24 | Metoclopramide | 5 mg, 100's | $2.10 | $31.01 | $24.10 | $22.00 |
| 62269-0289-24 | Naproxen | 375 mg, 100's | $20.82 | $98.85 | $79.80 | $58.98 |
| 62269-0287-24 | Naproxen Sod. | 550 mg, 100's | $63.66 | $105.00 | $84.00 | $20.34 |

Highly Confidential

```
                                                                    Page     1
11/29/00          M c K e s s o n      ECONOLINK System
11:06                  Facility: VENA CARE
Range: From - 59772-8841-01                    Selected By: NDC Code
       Thru - 59772-8841-02                    Sorted By: NDC Code
--------------------------------------------------------------------------

Description: METHYLPHEN TAB 10MG   APO   100@
Economost #: 1235662                         Subst Econo #:
    Local #:                                  Local Dept:
    Generic: 15911    METHYLPHENIDATE HCL     Mica Dept: JE
Therapeutic: 282000  ANOREXIGENICS;RESPIR.,CEREBRAL  Form: TABLET
        NDC: 59772-8841-01                   Mfg Unit: TAB
        UPC: 3-59772-88411                   Strength: 10MG
    Mfg Name: BRISTOL-MYERS/APOTHECON @        Sched: 2
  Alt Source:                             Std Ord Min: 001
 Alternate ID:                                  Size:   100.00
          AWP:     $47.15                   Order Unit: EA
AWP Last Updt: 04/20/00                      Case Qty: 00012
REG      Price:    $29.64     Qual Qty:   0     Price CD:
  "      Start Date: 00/00/00  End Date: 00/00/00  Last Update: 04/20/00
CNTR/SPCL Price:    $0.00     Qual Qty:   0     Price CD:
  "      Start Date: 00/00/00  End Date: 00/00/00  Last Update: 09/29/00
    Retail Price:     .00                    Reg Code:
    Retail Type:                            Reg Price:
  Rtl Base Cost:      .00                    A.W.P.:
  National Cost:      .00                    Profit %:      .00
    Sugg Retail:      .00                    Label Cnt:
      Zone Cust:                            Last Maint:  00/00/00
Reorder Quantity:                         Source Supply: 0000
    Reorder Point        .00               Inventory ACCD: .000
ABC Velocity Ind:                          Physical Loc:
```

**Pharmacy Pricing**

Highly Confidential

VACMDL94283

```
NDC: 59772884101    Outer Pkg: N    Package Qty:         #100      Page 1/3
Name,Strength,Desc: METHYLPHENIDATE HCL             10MG TABLET
Label Name: METHYLPHENIDATE HCL 10MG TAB      Unit Dt  Unit   Max        UTL
VDP Eff  End Dt  Reas° KHC Eff  End Dt  Reas° 09/01/71  EA    740.00     .000
01/27/97           °                       °
                   °                       °           Legend (L/N):      L
CSHCN Eff End Dt Reas°    DEA Schedule:    2         Source Type:        G
09/01/99           °      Price Code:      C         ááááááááá WAC ááááááááá
                   °      ááááááááá AWP ááááááááá     01/01/99  ➡️  .37720
                          04/10/98        .47150     06/25/97      .44310
                          ááááááááá DEAC ááááááááá    02/07/97      .42200
ááááááá WEAC ááááááááá     01/01/99     ➡️  .37720    ááááá WAREHOUSE áááááá
01/01/99    ➡️  .40078    06/25/97        .44310     01/01/99      .36739
06/25/97      .44310      02/07/97        .42200     07/02/97      .43202
02/07/97      .42200      áááá OTHER PRICES áááá      06/25/97      .44310
ááááá IOC PRICES ááááá                               ááááááááá MAC ááááááááá
```

# Texas Pricing Data Screen

```
                                                     08/01/00      .35325

                                                              ⬆️
Tx Ther Class: 28200002   DESI:              2
GCN Seq Nbr:    004026    OTC Eff Dt:              Drug Limitation:
Route of Admin: PO        Color:                         Page 2/3
Orange Book:    AB        Flavor:
```

```
       Drug    Limitn     Limitn    Prior   Acute   Max Days  Max Days  Min Days/
       Limit  Eff Dt     End Dt    Apprvl Units/Day Filling    Year     Refill
VDP           Highly Confidential                                     VAC MDL 94284
```

Page 1/3

```
NDC:    59772884101   GCNSeqNo: 004026    PNDC:              RepNDC:
Label: METHYLPHENIDATE 10MG TABLET      Brand: METHYLPHENIDATE HCL
Dosage Form Desc: TABLET            Dosage Form: TA    Strngth Desc:  10MG
Package Desc: BOTTLE         Package Size:     100.000   Obsolete Dt:
```

```
Color:                    Flavor:                   Orange Book:       AB
Drug Form Code:      1    Legend:            F      DEA Schedule:       2
Unit Dose: 0   IPI:  0    HCFA DESI:         2      DESI Eff DT:  04/01/98
Generic Price Ind:   1    Innovator Indicator: 0    Generic Ind:        1
Route of Admin:     PO    Lblr ID:        C00015    Maint:              Z
áááá FED MAC ááááááá        áááááá DIRECT áááááá      áááá Wholesaler ááááá
   Date    Cost             Date    Cost             Date    Cost
09/01/98      .40230  ◄    04/10/98   .39710         04/10/98   .37720  ◄
áááááááá AWP ááááááááá
   Date    Cost           HCFA Unit:          TAB    In Pkg Ind:         0
04/10/98      .47150      HCFA Pkg Size:    1.000    Out Pkg Ind:        0

Rebate MFG:          1    FFP Excl Eff Dt:
Rebate Eff Dt: 07/01/93   FFP Exclusion:       0     Dose Range Ck:
```

Page 2/3

```
HCFA App Dt: 07/19/96           HCFA Drug Cat:        N
```

**First Data Bank**
**Pricing Screen**

```
HCFA Market Entry Dt: 12/27/96  HCFA Term Dt:

HCFA FDA Ther Equiv Code:   AB

Ther. AHFS:            282000   Ther. Specific:   H2V

Spec Ther. List: H2V

Drug Cat Code:   Z              Top 50 Generic:00Inst Prod Ind:0
Mini Flag:       0              Hospital Ind:0Top 200 Drugs Ind:000

Home Health Ind: 0

Baseline Price:     .47316      Baseline Date:  07/28/00

Smart Key:       8002670168202406000010080
```

Highly Confidential

VAC MDL 94285

```
USAN Generic Name: METHYLPHENIDATE HCL
```

Page 3/3

```
MH342-01                              TEXAS DEPARTMENT OF HUMAN SERVICES                    PAGE 1420
PROGRAM=MEDICAID    EFF DATE 08/31/00           VENDOR DRUG SYSTEM                     RUN DATE 09/14/00
                                      MONTHLY YTD DRUG CODE STATISTICS
```

| DRUG CODE | DRUG NAME | | | CLAIMS CUR | YTD | AV QUAN CUR | YTD | TOT QTY CURRENT | AMOUNT PAID CUR | YTD | DRUG COST CUR | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5977287980l | PIROXICAM | 10MG | #100 | 0 | 4 | 0 | 38 | 0 | 0 | 34 | 0 | 12 M |
| | | | | 0 | 4 | 0 | 38 | 0 | 0 | 34 | 0 | 12 TO |
| 5977287990l | PIROXICAM | 20MG | #100 | 4 | 82 | 63 | 41 | 250 | 43 | 728 | 21 | 277 M |
| | | | | 4 | 82 | 63 | 41 | 250 | 43 | 728 | 21 | 277 TO |
| 59772879902 | PIROXICAM | 20MG | #500 | 0 | 14 | 0 | 51 | 0 | 0 | 136 | 0 | 58 M |
| | | | | 0 | 14 | 0 | 51 | 0 | 0 | 136 | 0 | 58 TO |
| 59772880401 | PINDOLOL | 5MG | #100 | 1 | 24 | 90 | 55 | 90 | 15 | 304 | 9 | 173 M |
| | | | | 1 | 24 | 90 | 55 | 90 | 15 | 304 | 9 | 173 TO |
| 59772880501 | PINDOLOL | 10MG | #100 | 0 | 5 | 0 | 306 | 0 | 0 | 296 | 0 | 264 M |
| | | | | 0 | 5 | 0 | 100 | 0 | 0 | 75 | 0 | 75 UC |
| | | | | 0 | 10 | 0 | 203 | 0 | 0 | 371 | 0 | 339 TO |
| 59772884001 | METHYLPHENIDATE HCL | 5MG | #100 | 12 | 2,189 | 58 | 92 | 696 | 264 | 69,887 | 195 | 56,830 W |
| | | | | 3 | 435 | 100 | 98 | 300 | 97 | 13,829 | 79 | 11,227 D |
| | | | | 189 | 189 | 87 | 87 | 16,512 | 5,332 | 5,332 | 4,216 | 4,216 M |
| | | | | 0 | 353 | 0 | 119 | 0 | 0 | 12,952 | 0 | 10,833 H |
| | | | | 87 | 1,411 | 146 | 109 | 12,726 | 3,451 | 45,473 | 3,173 | 41,256 UC |
| | | | | 291 | 4,577 | 104 | 100 | 30,234 | 9,144 | 147,473 | 7,663 | 124,362 TO |
| 59772884003 | METHYLPHENIDATE HCL | 5MG | #1000 | 0 | 1,158 | 0 | 96 | 210 | 59 | 36,973 | 57 | 30,009 W |
| | | | | 1 | 106 | 60 | 126 | 60 | 21 | 4,101 | 15 | 3,449 D |
| | | | | 82 | 82 | 90 | 90 | 7,376 | 2,346 | 2,346 | 1,859 | 1,859 M |
| | | | | 0 | 132 | 0 | 112 | 0 | 0 | 4,606 | 0 | 3,818 H |
| | | | | 26 | 328 | 115 | 100 | 2,988 | 860 | 9,782 | 761 | 8,680 UC |
| | | | | 109 | 1,806 | 98 | 99 | 10,634 | 3,286 | 57,808 | 2,692 | 47,815 TO |
| 59772884101 | METHYLPHENIDATE HCL | 10MG | #100 | 7 | 3,236 | 104 | 99 | 730 | 337 | 149,045 | 293 | 128,806 W |
| | | | | 0 | 493 | 0 | 106 | 0 | 0 | 22,801 | 0 | 19,716 D |
| | | | | 288 | 288 | 95 | 95 | 27,402 | 11,445 | 11,445 | 9,679 | 9,679 M |
| | | | | 1 | 561 | 90 | 100 | 90 | 39 | 24,023 | 33 | 20,586 H |
| | | | | 183 | 2,840 | 113 | 104 | 20,616 | 7,734 | 105,499 | 7,192 | 101,071 UC |
| | | | | 479 | 7,218 | 102 | 101 | 48,838 | 19,555 | 312,813 | 17,197 | 279,858 TO |
| 59772884103 | METHYLPHENIDATE HCL | 10MG | #1000 | 3 | 1,922 | 70 | 104 | 210 | 100 | 90,217 | 82 | 78,095 W |
| | | | | 0 | 146 | 0 | 111 | 0 | 0 | 6,882 | 0 | 5,959 D |
| | | | | 148 | 148 | 103 | 103 | 15,262 | 6,289 | 6,289 | 5,369 | 5,369 M |
| | | | | 0 | 94 | 0 | 98 | 0 | 0 | 3,974 | 0 | 3,398 H |
| | | | | 42 | 777 | 116 | 94 | 4,867 | 1,811 | 23,045 | 1,693 | 27,243 UC |
| | | | | 193 | 3,087 | 105 | 102 | 20,339 | 8,200 | 136,407 | 7,144 | 120,064 TO |
| 59772884201 | METHYLPHENIDATE HCL | 20MG | #100 | 5 | 1,384 | 78 | 96 | 390 | 296 | 85,649 | 224 | 76,593 W |
| | | | | 234 | 100 | 106 | 100 | 61 | 15,019 | 54 | 13,471 D |
| | | | | 129 | 129 | 98 | 98 | 12,602 | 7,342 | 7,342 | 6,507 | 6,507 M |
| | | | | 1 | 190 | 180 | 99 | 180 | 105 | 10,237 | | 10,237 H |
| | | | | 69 | 868 | 98 | 104 | 6,730 | 3,550 | 46,130 | 3,397 | 45,367 UC |
| | | | | 205 | 2,805 | 98 | 100 | 20,002 | 11,314 | 165,605 | 10,280 | 152,135 TO |

Highly Confidential

MA-MDL 94265

# Bristol-Myers Methylphenidate 10mg
## NDC# 59772-8841-01 (100's)

| Year | McKesson Catalog Price | WAC | AWP | FUL |
|------|------------------------|------|------|------|
| 1997 | $35.20 | Feb. $42.20<br>June $44.31 | | |
| 1998 | $29.64 | $44.31 | $47.15 | Sept.<br>$40.23 |
| 1999 | $29.64 | $37.72 | $47.15 | $40.23 |
| 2000 | $29.64 | $37.72 | $47.15 | $40.23 |

Highly Confidential

VAC MDL 94287

```
12/01/00          M c K e s s o n      ECONOLINK System
13:48               Facility: VENA CARE
Range: From - 59772-7492-04                Selected By: NDC Code
        Thru - 59772-7492-05               Sorted By: NDC Code
```
-------------------------------------------------------------------------

**Ven-A-Care's Prices**

```
Description: CEFACLOR O/S 250MG  APO 150ML@
Economost #: 1344498                    Subst Econo #:
    Local #:                             Local Dept:
    Generic: 40031   CEFACLOR            Mica Dept: AA
Therapeutic: 081206  CEPHALOSPORINS            Form: SUSP RECON
        NDC: 59772-7492-04              Mfg Unit: OUNCE
        UPC: 3-59772-74924              Strength: 250MG/5ML
   Mfg Name: BRISTOL-MYERS/APOTHECON @      Sched: 6
  Alt Source:                           Std Ord Min: 001
Alternate ID:                               Size:    5.00
        AWP:    $50.85    ◄──            Order Unit: EA
AWP Last Updt: 04/20/00                  Case Qty: 00024
REG    Price:    $25.57  ◄──  Qual Qty:  0      Price CD:
 "     Start Date: 00/00/00  End Date: 00/00/00  Last Update: 04/20/00
CNTR/SPCL Price:   $11.69  ◄──  Qual Qty:  1      Price CD: E
 "     Start Date: 07/01/00  End Date: 06/30/01  Last Update: 09/29/00
```

Highly Confidential

VAC MDL 94288

```
NDC: 59772749204      Outer Pkg: N      Package Qty:        150ML        Page 1/3
Name,Strength,Desc: CEFACLOR                        250MG/5ML SUSP RECON
Label Name: CEFACLOR 250MG/5ML ORAL SUSP      Unit Dt  Unit    Max      UTL
VDP Eff  End Dt  Reas° KHC Eff  End Dt  Reas° 09/01/71  ML    450.00    .000
09/18/96              °  09/01/99              °
                     °                        °   Legend (L/N):        L
CSHCN Eff End Dt Reas°      DEA Schedule:     0   Source Type:         G
09/01/99             °      Price Code:       A   ááááááááá WAC ááááááááá
                     °      ááááááááá AWP ááááááááá 09/01/97        .27120
                                                  09/18/96        .27120
ááááááá WEAC ááááááááá      ááááááááá DEAC ááááááááá
09/01/97        .28815      09/18/96        .28546   ááááá WAREHOUSE áááááá
09/18/96        .30374                              09/18/96        .28546

ááááá IOC PRICES ááááá      áááá OTHER PRICES áááá
```

**Texas's Pricing Screen** ➡️

```
                                             ááááááááá MAC ááááááááá
                                             08/01/00        .24400
                                             09/01/98        .24240
Tx Ther Class: 08120645    DESI:          2  10/01/97        .25530
GCN Seq Nbr:     009108    OTC Eff Dt:       Drug Limitation:
Route of Admin:  PO        Color:                            Page 2/3
Orange Book:     AB        Flavor:   STRAWBERRY
```

```
   Drug     Limitn     Limitn    Prior    Acute     Max Days   Max Days  Min Days/
   Limit    Eff Dt     End Dt    Apprvl Units/Day  Filling       Year     Refill
VDP
```

Highly Confidential

Page 1/3

NDC:   59772749204   GCNSeqNo: 009108   PNDC:              RepNDC:
Label: CEFACLOR 250MG/5ML SUSPEN      Brand: CEFACLOR
Dosage Form Desc: SUSP RECON    Dosage Form: PD   Strngth Desc:  250MG/5ML
Package Desc: BOTTLE        Package Size:    150.000  Obsolete Dt:

Color:                    Flavor: STRAWBERRY         Orange Book:        AB
Drug Form Code:      2    Legend:              F     DEA Schedule:        0
Unit Dose: 0  IPI:   0    HCFA DESI:           2     DESI Eff DT:  01/01/97
Generic Price Ind:   1    Innovator Indicator: 0     Generic Ind:         1
Route of Admin:     PO    Lblr ID:        C00015     Maint:               0
áááá FED MAC ááááááá       áááááá DIRECT áááááá      áááá Wholesaler áááá
   Date        Cost          Date        Cost          Date        Cost
09/01/98      .24240      09/06/96      .28546      09/06/96      .27120
ááááááááá AWP ááááááááá
   Date        Cost          HCFA Unit:            ML   In Pkg Ind:         0
09/06/96      .33900       HCFA Pkg Size:    150.000   Out Pkg Ind:        0

Rebate MFG:          1     FFP Excl Eff Dt:
Rebate Eff Dt: 07/01/93    FFP Exclusion:         0   Dose Range Ck: 000016

Page 2/3

HCFA App Dt: 04/20/88            HCFA Drug Cat:        N

HCFA Market Entry Dt: 09/09/96     HCFA Term Dt:

HCFA FDA Ther Equiv Code:   AB  **Texas's First Data Bank Pricing**

Ther. AHFS:          081206        Ther. Specific:   W1B

Spec Ther. List: W1B

Drug Cat:  0            0           Top 50 Generic:00Inst Prod Ind:0
Mini Flag:           0           Hospital Ind:0Top 200 Drugs Ind:000

Highly Confidential
VAC MDL 94290

TEXAS DEPARTMENT OF HUMAN SERVICES
PROGRAM=MEDICAID    EFF DATE 08/31/00        VENDOR DRUG SYSTEM                    PAGE 6027
                                     MONTHLY YTD DRUG CODE STATISTICS              RUN DATE 09/14/00

# Texas Utilization 09/1/99 – 8/31/00

| DRUG CODE | DRUG NAME | | | CLAIMS | | AV QUAN | | TOT QTY | AMOUNT PAID | | DRUG COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CUR | YTD | CUR | YTD | CURRENT | CUR | YTD | CUR | YTD |
| 59772704701 | CAPTOPRIL | 50MG | #100 | 306 | 4,430 | 93 | 98 | 28,499 | 3,811 | 60,261 | 2,099 | 35,402 M |
| | | | | 12 | 323 | 132 | 108 | 1,579 | 140 | 3,401 | 101 | 2,562 UC |
| | | | | 318 | 4,753 | 95 | 99 | 30,078 | 3,951 | 63,662 | 2,200 | 37,964 TD |
| 59772704703 | CAPTOPRIL | 50MG | #1000 | 74 | 813 | 92 | 96 | 6,788 | 900 | 10,544 | 485 | 5,985 M |
| | | | | 29 | 452 | 163 | 132 | 4,715 | 286 | 4,070 | 264 | 3,732 UC |
| | | | | 103 | 1,265 | 112 | 109 | 11,503 | 1,186 | 14,614 | 749 | 9,717 TD |
| 59772704704 | CAPTOPRIL | 50MG | #5000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 TD |
| 59772704801 | CAPTOPRIL | 100MG | #100 | 22 | 273 | 86 | 104 | 1,900 | 428 | 6,341 | 301 | 4,757 M |
| | | | | 11 | 285 | 185 | 138 | 2,040 | 205 | 4,230 | 205 | 4,214 UC |
| | | | | 33 | 558 | 119 | 121 | 3,940 | 633 | 10,571 | 506 | 8,971 TD |
| 59772727103 | CEFADROXIL | 500MG | #50 | 0 | 1 | 0 | 20 | 0 | 0 | 58 | 0 | 51 D |
| | | | | 75 | 598 | 18 | 20 | 1,365 | 3,910 | 33,974 | 3,430 | 30,081 M |
| | | | | 2 | 232 | 17 | 18 | 34 | 100 | 12,162 | 87 | 10,699 H |
| | | | | 18 | 127 | 17 | 19 | 298 | 574 | 5,387 | 569 | 5,214 UC |
| | | | | 95 | 958 | 18 | 19 | 1,697 | 4,584 | 51,581 | 4,086 | 46,045 TD |
| 59772727104 | CEFADROXIL | 500MG | #100 | 0 | 2 | 0 | 17 | 0 | 0 | 95 | 0 | 83 W |
| | | | | 3 | 186 | 19 | 19 | 56 | 163 | 10,407 | 144 | 9,203 D |
| | | | | 239 | 1,901 | 19 | 19 | 4,617 | 12,570 | 104,493 | 11,051 | 92,240 M |
| | | | | 6 | 1,261 | 18 | 18 | 110 | 320 | 65,704 | 282 | 57,748 H |
| | | | | 60 | 1,098 | 19 | 19 | 1,161 | 2,784 | 51,617 | 2,614 | 50,040 UC |
| | | | | 308 | 4,448 | 19 | 19 | 5,944 | 15,837 | 232,316 | 14,091 | 209,314 TD |
| 59772749002 | CEFACLOR | 125MG/5ML | 75ML | 108 | 1,565 | 88 | 82 | 9,451 | 1,486 | 23,012 | 881 | 14,211 M |
| | | | | 3 | 454 | 150 | 79 | 450 | 49 | 6,661 | 42 | 5,004 UC |
| | | | | 111 | 2,019 | 89 | 81 | 9,901 | 1,535 | 29,673 | 923 | 19,215 TD |
| 59772749004 | CEFACLOR | 125MG/5ML | 150ML | 365 | 7,858 | 150 | 150 | 54,915 | 9,158 | 187,758 | 7,028 | 142,174 M |
| | | | | 93 | 2,198 | 150 | 150 | 13,950 | 1,965 | 52,971 | 1,798 | 46,449 UC |
| | | | | 458 | 10,056 | 150 | 150 | 68,865 | 11,123 | 240,729 | 8,826 | 188,623 TD |
| 59772749104 | CEFACLOR | 250MG | #100 | 109 | 2,332 | 29 | 27 | 3,132 | 2,812 | 74,083 | 2,174 | 60,157 M |
| | | | | 22 | 762 | 25 | 29 | 539 | 423 | 24,663 | 350 | 22,597 UC |
| | | | | 131 | 3,094 | 28 | 28 | 3,671 | 3,235 | 98,746 | 2,524 | 82,754 TD |
| 59772749202 | CEFACLOR | 250MG/5ML | 75ML | 68 | 870 | 87 | 95 | 5,925 | 1,914 | 26,284 | 1,511 | 21,127 M |
| | | | | 21 | 565 | 99 | 87 | 2,075 | 519 | 13,186 | 485 | 11,857 UC |
| | | | | 89 | 1,435 | 90 | 92 | 8,000 | 2,433 | 39,470 | 1,996 | 32,984 TD |
| 59772749204 | CEFACLOR | 250MG/5ML | 150ML | 744 | 13,976 | 152 | 153 | 113,123 | 32,219 | 604,481 | 27,590 | 517,792 M |
| | | | | 159 | 3,114 | 152 | 153 | 24,224 | 5,787 | 109,826 | 5,433 | 105,237 UC |
| | | | | 903 | 17,090 | 152 | 153 | 137,347 | 38,006 | 714,307 | 33,023 | 623,029 TD |
| 59772749301 | CEFACLOR | 375MG/5ML | 50ML | 4 | 142 | 50 | 86 | 200 | 72 | 4,844 | 49 | 3,987 M |
| | | | | 2 | 40 | 100 | 79 | 200 | 41 | 1,176 | 41 | 1,096 UC |
| | | | | 6 | 182 | 67 | 84 | 400 | 113 | 6,020 | 90 | 5,083 TD |
| 59772749303 | CEFACLOR | 375MG/5ML | 100ML | 114 | 2,757 | 115 | 116 | 13,120 | 5,234 | 113,367 | 4,515 | 96,270 M |
| | | | | 21 | 433 | 112 | 105 | 2,350 | 772 | 14,508 | 759 | 14,262 UC |
| | | | | 135 | 3,190 | 115 | 114 | 15,470 | 6,006 | 127,875 | 5,274 | 110,532 TD |

Highly Confidential

ACT MDL498291

| ROXANE | | | | | | | |
|---|---|---|---|---|---|---|---|
| NDC | NAME | SIZE | VAC COST McKESSON | FDB AWP | FDB WAC | Texas WAC | WAC vs. Cost Spread |
| 20054-4084-25 | Azathioprine | 50 mg, 100's | $51.12 | $131.08 | NR | $83.35 | $32.23 |
| 20054-3192-46 | Digoxin | 50 mg/ml 60 ml | $3.51 | $10.39 | NR | $7.69 | $4.18 |
| 20054-3294-46 | Furosemide | 10 mg/ml 60 ml | $3.25 | $10.05 | NR | $6.739 | $3.489 |
| 20054-2247-25 | Hydroxyurea | 500 mg, 100's | $54.85 | $127.73 | NR | $90.21 | $35.36 |
| 20054-4793-25 | Oramorph SR | 100 mg, 100's | $237.50 | $493.95 | $318.68 | $318.68 | $81.18 |
| 20054-3751-50 | Roxanol | 20 mg/ml 120 ml | $11.72 | $77.9592 | $50.31 | $50.31 | $38.59 |

Highly Confidential

VAC MDL 94292

# Roxane's Azathioprine 50mg
## NDC# 00054-4084-25 (100's)

| Year | McKesson Catalog Price | Texas WAC (No FDB WAC) | AWP |
|---|---|---|---|
| 1997 | $87.73 | $77.90 | $116.63 |
| 1998 | $87.73 | $83.35 | $116.63 |
| 1999 | $87.73 | $83.35 | $116.63 |
| 2000 | $59.91 $51.12 (Contract) | $83.35 | $131.08 |

Highly Confidential

VAC MDL 94293

# Roxane's Hydroxyurea 500mg
## NDC# 00054-2247-25 (100's)

| Year | McKesson Catalog Price | Texas WAC (No FDB WAC) | AWP |
|---|---|---|---|
| 1996 | $86.93 | | $127.73 |
| 1997 | $94.95 | $90.21 | $127.73 |
| 1998 | $94.95 | $90.21 | $127.73 |
| 1999 | $94.95 | $90.21 | $127.73 |
| 2000 | $54.85 | $90.21 | $127.73 |

Highly Confidential

VAC MDL 94294