

# CMS Data Error

- There is an apparent error with the CMS reimbursement data for Q3 2003. It appears that Tennessee submitted grossly overstated reimbursement numbers to CMS for that quarter for many drugs.

- Below is an example of the CMS reimbursement amounts for Elocon to illustrate the error:

| Drug Name | NDC | Reimbursement Amount | | | |
|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 |
| | | (Dollars) | | | |
| **Tennessee** | | | | | |
| Elocon | 0008085401 | $630 | $783 | $7,500,000 | $2,451 |
| Elocon | 0008085402 | $1,508 | $1,577 | $13,300,000 | $6,465 |
| **All Other States** | | | | | |
| Elocon | 0008085401 | $38,213 | $71,955 | $82,690 | $82,852 |
| Elocon | 0008085402 | $204,876 | $252,594 | $245,743 | $235,316 |
| | | Tennessee Share of National Reimbursement Amount | | | |
| | | (Percent) | | | |
| Elocon | 0008085401 | 1.6% | 1.1% | 98.9% | 2.9% |
| Elocon | 0008085402 | 0.7% | 0.6% | 98.2% | 2.7% |

- This Q3 2003 increase in reimbursement is not reflected in Schering's sales data.

- This error does not affect the analysis of Schering's spread or sales at WAC.

- As a result of this error, the 2003 CMS reimbursement data is unreliable.



# Cedax

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000850691¹ | 23% | 100% | $3,555,222 | 23% | 97% | $3,009,547 | 23% | 92% | $1,791,191 | 56% | 99% | $947,105 | | | | | | | | | |
| 000850777² | 25% | 100% | $6,652,342 | 26% | 99% | $5,549,400 | 25% | 97% | $3,688,361 | 60% | 100% | $2,254,018 | | | | | | | | | |
| 000850834³ | 26% | 99% | $6,862 | 27% | 87% | $16,397 | 27% | 95% | $29,242 | | | | | | | | | | | | |

- Only "isolated" occurrences of spreads above 30% and only at the end of the drug's life

- Always "substantial sales" at WAC

- Cedax became obsolete in 2000/2001

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000850691 | 01/08/96 | 05/31/01 | 04/18/01 | 07/02/01 | 07/02/01 | 01/18/00 | 02/17/00 |
| 2 | 000850777 | 01/08/96 | 03/28/01 | 03/28/01 | 07/02/01 | 07/02/01 | 01/17/00 | 02/22/00 |
| 3 | 000850834 | 01/27/97 | 09/01/00 | 09/01/00 | 09/01/00 | 09/01/00 | 01/14/00 | 01/19/00 |



# Celestone Soluspan

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 Spread | 1997 Sales at List | 1997 Reimb | 1998 Spread | 1998 Sales at List | 1998 Reimb | 1999 Spread | 1999 Sales at List | 1999 Reimb | 2000 Spread | 2000 Sales at List | 2000 Reimb | 2001 Spread | 2001 Sales at List | 2001 Reimb | 2002 Spread | 2002 Sales at List | 2002 Reimb | 2003† Spread | 2003† Sales at List | 2003† Reimb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000850011† | 22% | 96% | $77,809 | 23% | 99% | $74,646 | 20% | 97% | $75,614 | 11% | 98% | $64,397 | 23% | 99% | $32,337 | 25% | 29% | $903,054 | 31% | 20% | $83,354 |
| 000850566† | 25% | 15% | $1,951,038 | 26% | 14% | $2,208,085 | 25% | 21% | $3,632,602 | 30% | 10% | $4,199,478 | 24% | 31% | $2,742,699 | 25% | 29% | $2,742,699 | | | |
| 000850942 | 23% | 89% | $67,908 | 23% | 97% | $16,126 | 22% | 96% | $15,822 | 21% | 96% | $16,769 | 26% | 95% | $14,637 | 25% | 96% | $14,200 | 29% | 65% | $13,449 |

† On February 27, 2003, FDB increased its mark-up of AWP from 20% to 25%

- Only a single occurrence of a spread above 30%
  - Occurs after First DataBank increased its mark-up of AWP from 20% to 25%, an occurrence over which Schering had no control
- NDC 00085-0566 is a syringe sold mostly to customers outside the AMP classes of trade such as hospitals
- NDC 0085-0111 became obsolete in 2002

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive — Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 000850011 | 01/01/82 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 10/22/01 | 11/27/01 |
| 2 | 000850566 | 01/01/82 | | | | | 06/28/07 | 09/03/07 |
| 3 | 000850942 | 01/01/82 | | | | | 06/25/07 | 09/25/07 |


ROPES & GRAY

# Clarinex

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000851264¹ | | | | | | | | | | | | | | | | 24% | 96% | $49,704,091 | 28% | 95% | $260,275,546 |
| 000851280² | | | | | | | | | | | | | | | | | | | 31% | 87% | $32,098,566 |
| 000851334³ | | | | | | | | | | | | | | | | | | | | | |

† On October 3, 2002, FDB increased its mark-up of AWP from 20% to 25%

- Only a single occurrence of a spread above 30%

- Always "substantial sales" at WAC

- First Clarinex NDC was launched in 2002

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Cross Sales to AMP Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000851264 | 12/26/01 | | | | | 09/30/07 | 09/30/07 |
| 2 | 000851280 | 05/21/03 | 08/29/05 | 08/29/05 | 08/29/05 | 08/29/05 | 08/02/07 | 08/02/07 |
| 3 | 000851334 | 12/22/04 | | | | | 09/28/07 | 09/28/07 |

* CMS reimbursement data for Q3 2003 for NDC 00085-1264 appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Claritin

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 Spread | 1997 Sales at List | 1997 Reimb | 1998 Spread | 1998 Sales at List | 1998 Reimb | 1999 Spread | 1999 Sales at List | 1999 Reimb | 2000 Spread | 2000 Sales at List | 2000 Reimb | 2001 Spread | 2001 Sales at List | 2001 Reimb | 2002† Spread | 2002† Sales at List | 2002† Reimb | 2003 Spread | 2003 Sales at List | 2003 Reimb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000850458[1] | 23% | 95% | $60,882,964 | 23% | 95% | $77,248,678 | 23% | 95% | $99,039,511 | 24% | 93% | $118,712,743 | 25% | 91% | $156,252,015 | 33% | 21% | $154,323,713 | | | |
| 000850612[2] | 23% | 97% | $8,843,637 | 23% | 96% | $9,245,583 | | | | | | | | | | | | | | | |
| 000851128[3] | 23% | 99% | $2,816,313 | 23% | 97% | $11,416,328 | 23% | 94% | $37,817,163 | 23% | 92% | $51,853,573 | 25% | 93% | $70,998,485 | 32% | 45% | $82,061,460 | | | |
| 000851223[4] | | | | | | | 23% | 97% | $2,417,920 | 23% | 95% | $10,043,475 | 25% | 98% | $16,769,444 | 32% | 30% | $19,988,445 | | | |

† On March 1, 2002, FDB increased its mark-up of AWP from 20% to 25%

- Only "isolated" occurrences of spreads above 30%
  - All occur after First DataBank increased its mark-up of AWP from 20% to 25%, an occurrence over which Schering had no control

- "Substantial sales" at WAC for all years until 2002, when Claritin was announced to be going over-the-counter

- There are only three periods during which the spread was above 30% for which sales at WAC were below 50% and all occur after First DataBank increased its mark-up and at the end of the drug's life

- Schering announced that Claritin would be going over-the-counter in March 2002 and it was approved for over-the-counter sales in November 2002

- NDC 00085-0612 became obsolete in 1999

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive: Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to Classes of Trade | Date of Last Gross Sales to AMP | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 000850458 | 04/14/93 | 04/01/01 | 04/01/01 | 03/01/04 | 01/27/03 | 12/22/06 | 04/23/01 | 04/23/07 |
| 2 | 000850612 | 10/16/96 | 05/21/99 | 05/21/99 | 05/21/99 | 05/21/99 | 04/23/01 | 01/23/07 | 01/28/07 |
| 3 | 000851128 | 02/06/97 | 05/01/04 | 01/27/03 | 05/01/04 | 01/27/03 | 01/23/07 | 01/23/07 | 01/28/07 |
| 4 | 000851223 | 05/25/99 | 01/27/03 | 01/27/03 | 01/27/03 | 01/27/03 | 12/22/06 | 12/22/06 | 04/03/07 |

11


ROPES & GRAY

# Claritin-D

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 0008506351 | 23% | 98% | $17,264,263 | 23% | 96% | $18,699,510 | 23% | 98% | $20,580,052 | 23% | 96% | $22,390,041 | 25% | 66% | $28,546,388 | 32% | 39% | $23,172,741 | | | |
| 0008506401 | 23% | 98% | $2,888,049 | | | | | | | | | | | | | | | | | | |
| 0008512331 | | | | | | | 23% | 97% | $14,193,156 | 23% | 97% | $23,678,567 | 25% | 66% | $33,594,846 | $32% | 21% | $38,520,912 | | | |

† On March 1, 2002, FDB increased its mark-up of AWP from 20% to 25%

- Only "isolated" occurrences of spreads above 30%
  - All occur after First DataBank increased its mark-up of AWP from 20% to 25%, an occurrence over which Schering had no control
- "Substantial sales" at WAC for all years until 2002, when Claritin-D was announced to be going over-the-counter
- There are only two periods during which the spread was above 30% for which sales at WAC were below 50% and all occur after First DataBank increased its mark-up and at the end of the drug's life

- Schering announced that Claritin-D would be going over-the-counter in March 2002 and it was approved for over-the-counter sales in November 2002
- NDC 00085-0640 became obsolete in 1998

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 000850635 | 11/15/94 | 01/27/03 | 01/27/03 | 12/01/03 | 01/27/03 | 08/07/07 | 08/07/07 |
| 2 | 000850640 | 08/27/96 | 12/07/98 | 12/07/98 | 12/07/98 | 12/07/98 | 09/20/99 | 09/24/99 |
| 3 | 000851233 | 12/07/98 | 08/01/03 | 01/27/03 | 08/01/03 | 01/27/03 | 10/16/03 | 01/31/04 |



ROPES & GRAY

# Diprolene

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 Spread | 1997 Sales at List | 1997 Reimb | 1998 Spread | 1998 Sales at List | 1998 Reimb | 1999 Spread | 1999 Sales at List | 1999 Reimb | 2000 Spread | 2000 Sales at List | 2000 Reimb | 2001 Spread | 2001 Sales at List | 2001 Reimb | 2002† Spread | 2002† Sales at List | 2002† Reimb | 2003* Spread | 2003* Sales at List | 2003* Reimb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000850517[1] | 27% | 92% | $1,901,470 | 26% | 94% | $1,674,339 | 27% | 93% | $3,276,520 | 27% | 93% | $4,943,686 | 28% | 92% | $5,207,621 | 29% | 76% | $4,231,998 | 32% | 82% | $70,079,310 |
| 000850575[2] | 26% | 89% | $654,642 | 25% | 91% | $434,370 | 24% | 90% | $563,497 | 26% | 93% | $684,996 | 27% | 93% | $605,280 | 28% | 77% | $417,203 | 35% | 54% | $2,078,847 |
| 000850634[3] | 27% | 94% | $507,496 | 28% | 95% | $515,993 | 28% | 95% | $616,592 | 29% | 94% | $689,906 | 30% | 94% | $790,975 | 32% | 43% | $443,014 | 33% | 68% | $8,105,544 |
| 000850562[4] | 23% | 94% | $629,335 | 23% | 94% | $628,777 | 23% | 94% | $696,549 | 24% | 93% | $769,328 | 24% | 94% | $918,690 | 24% | 87% | $1,007,648 | 29% | 88% | $13,417,944 |

† On December 10, 2002, FDB increased its mark-up of AWP from 20% to 25%

- Only "isolated" occurrences of spreads above 30%
  - All but one occur after First DataBank increased its mark-up of AWP from 20% to 25%, an occurrence over which Schering had no control

- "Substantial sales" at WAC for all NDCs in all years except for a single NDC (00085-0634) in 2002

- There is only one period during which the spread was above 30% for which sales at WAC were below 50%

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 000850517 | 03/19/87 | 06/04/96 | 04/01/96 | | | 09/25/07 | 09/27/07 |
| 2 | 000850575 | 08/07/83 | 06/04/96 | 04/01/96 | | | 09/25/07 | 09/27/07 |
| 3 | 000850634 | 12/05/91 | 06/04/96 | 04/01/96 | 08/31/04 | 02/24/06 | 12/20/06 | 12/20/06 |
| 4 | 000850562 | 05/15/88 | | | | | 09/28/07 | 09/27/07 |

* CMS reimbursement data for Q3 2003 for Diprolene appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Diprosone

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000850475[1] | 21% | 79% | $22,397 | 22% | 80% | $18,034 | 32% | 80% | $26,048 | 33% | 95% | $20,052 | 6% | 96% | $16,263 | | | | | | |
| 000850853[2] | 28% | 87% | $34,879 | 35% | 82% | $26,669 | | | | | | | | | | | | | | | |

- Always "substantial sales" at WAC

- There is no period during which the spread was above 30% for which sales at WAC were below 50%

- NDC 00085-0475 became obsolete in 1999

- The last gross sale to the AMP classes of trade for NDC 00085-0853 occurred in Q4 2001

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 000850475 | 01/01/82 | 07/22/99 | 09/17/03 | 07/22/99 | 09/17/03 | 03/03/00 | 04/12/00 |
| 2 | 000850853 | 01/01/82 | | 09/17/03 | | 09/17/03 | 11/18/01 | 12/06/01 |

14



# Elocon

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000850370[1] | 29% | 94% | $3,231,560 | 29% | 95% | $3,068,386 | 29% | 95% | $2,506,020 | 30% | 95% | $2,733,119 | 32% | 95% | $3,658,106 | 30% | 61% | $2,402,881 | 42% | 39% | $7,820,431 |
| 000850567[2] | 30% | 94% | $14,794,362 | 29% | 96% | $13,607,984 | 30% | 96% | $10,993,056 | 30% | 96% | $11,929,425 | 31% | 95% | $14,332,879 | 32% | 70% | $8,099,916 | 38% | 78% | $167,261,249 |
| 000850854[1] | 23% | 96% | $1,417,722 | 23% | 97% | $1,316,406 | 23% | 97% | $1,013,743 | 23% | 96% | $1,027,877 | 24% | 97% | $1,414,811 | 24% | 98% | $2,150,800 | 32% | 46% | $22,027,652 |

† On December 10, 2002, FDB increased its mark-up of AWP from 20% to 25%

- Only a handful of spreads above 30%
- "Substantial sales" at WAC for the entire period for the NDC with the greatest Medicaid reimbursement (00085-0567), and "substantial sales" at WAC for the other NDCs in every year except 2003
- There are only two periods during which the spreads were above 30% for which sales were at WAC were below 50%
  - All occur after First DataBank increased its mark-up of AWP from 20% to 25%, an occurrence over which Schering had no control

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000850370 | 07/02/87 | | | | | 09/28/07 | 09/29/07 |
| 2 | 000850567 | 07/02/87 | | | | | 09/28/07 | 09/30/07 |
| 3 | 000850854 | 05/04/89 | | | | | 09/28/07 | 09/28/07 |

* CMS reimbursement data for Q3 2003 for Elocon appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Eulexin

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000850525 | 23% | 69% | $6,272,686 | 23% | 70% | $5,584,801 | 23% | 67% | $5,223,175 | 24% | 64% | $5,324,247 | 25% | 49% | $4,874,861 | | | $1,632,062 | | | $614,925 |

- No spreads above 30%

- "Substantial sales" at WAC in all but one year

- Eulexin became functionally obsolete in Q2 2002

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000850525 | 02/03/89 | 10/01/93 | 09/30/93 | 04/10/05 | 03/28/05 | 04/03/07 |

16



ROPES & GRAY

# Foradil

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003† | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 0008514011 | | | | | | | | | | | | | | | | | | | 29% | 75% | $20,075,841 |
| 0008514022 | | | | | | | | | | | | | | | | | | | | | |

† On July 1, 2003, FDB increased its mark-up of AWP from 20% to 25%

- No spreads above 30%

- "Substantial sales" at WAC

- NDC 00085-1401 was not launched until Q2 2003

- NDC 00085-1402 was not launched until Q3 2003 and no analysis was done on the part year

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If Al NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales to Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | | |
| 1 | 000851401 | 06/25/03 | | | | | 09/28/07 | 09/28/07 | 09/29/07 |
| 2 | 000851402 | 07/16/03 | | | | | 09/26/07 | 09/26/07 | 09/30/07 |

17



# Fulvicin

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
| | Spread | Sales at List | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0008504901 | 25% | 88% | $149,098 | 23% | 89% | $98,296 | 23% | 87% | $84,451 | 23% | 81% | $89,695 | 25% | 74% | $121,643 | | | | | | |

- No spreads above 30%

- Always "substantial sales" at WAC

- Fulvicin became obsolete in 2002

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 000850496 | 01/01/82 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 10/02/02 | 10/02/02 | 10/24/02 |



# IMDUR

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000851153[1] | 23% | 97% | $2,627,624 | 23% | 97% | $4,260,821 | 24% | 94% | $5,663,336 | 30% | 66% | $4,152,632 | 37% | 78% | $1,766,057 | 29% | 83% | $1,079,811 | 34% | 83% | $1,452,451 |
| 000853306[2] | 23% | 94% | $8,429,229 | 23% | 95% | $16,994,784 | 26% | 92% | $11,238,458 | 37% | 66% | $3,062,093 | 50% | 79% | $1,518,837 | 29% | 85% | $981,761 | 29% | 87% | $399,463 |
| 000854110[3] | 23% | 91% | $26,317,644 | 23% | 94% | $34,332,321 | 27% | 88% | $14,884,601 | 37% | 64% | $4,452,270 | 54% | 70% | $2,274,036 | 30% | 80% | $1,144,343 | 29% | 88% | $437,772 |

† On March 1, 2002, FDB increased its mark-up from AWP from 20% to 25%

- Only a handful of spreads above 30%

- Always "substantial sales" at WAC

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medicaid Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000851153 | 05/05/95 | 01/16/06 | 01/16/06 | 01/16/06 | 01/16/06 | 11/07/06 | 11/07/06 |
| 2 | 000853306 | 12/29/95 | 01/16/06 | 09/27/05 | 09/27/05 | 09/27/05 | 12/22/06 | 12/22/06 |
| 3 | 000854110 | 08/30/93 | 01/16/06 | 01/16/06 | 01/16/06 | 01/16/06 | 12/22/06 | 12/22/06 |

19



# Intron A

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 Spread | 1997 Sales at List | 1997 Reimb | 1998 Spread | 1998 Sales at List | 1998 Reimb | 1999 Spread | 1999 Sales at List | 1999 Reimb | 2000 Spread | 2000 Sales at List | 2000 Reimb | 2001 Spread | 2001 Sales at List | 2001 Reimb | 2002† Spread | 2002† Sales at List | 2002† Reimb | 2003* Spread | 2003* Sales at List | 2003* Reimb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000850120[1] | 23% | 80% | $7,038,008 | 23% | 73% | $855,741 | 23% | 64% | $451,047 | 25% | 39% | $372,203 | 24% | 41% | $213,052 |  |  |  |  |  | $758,591 |
| 0000850285F | 23% | 49% | $696,665 | 23% | 64% | $417,311 | 23% | 57% | $263,068 | 25% | 49% | $250,197 | 23% | 55% | $151,858 |  |  |  |  |  | $628,875 |
| 0000850539[3] | 23% | 69% | $856,040 | 22% | 69% | $845,922 | 23% | 62% | $617,269 | 25% | 64% | $702,585 | 24% | 64% | $688,166 | 28% | 76% | $552,928 | 28% | 73% | $955,652 |
| 0000850571[4] | 28% | 60% | $1,211,940 | 24% | 58% | $685,691 | 23% | 50% | $323,144 | 25% | 35% | $274,682 | 24% | 38% | $440,580 | 26% | 59% | $322,309 | 28% | 55% | $675,567 |
| 0000850647[5] | 25% | 79% | $5,557,426 | 23% | 79% | $3,331,248 | 23% | 80% | $1,663,590 | 25% | 54% | $664,473 | 23% | 62% | $632,297 |  |  |  |  |  |  |
| 0000850689[6] |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 0000850789[7] |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 0000850923[8] |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 0000850953[9] |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 0000851110[10] | 23% | 74% | $702,591 | 23% | 77% | $710,746 | 23% | 69% | $517,591 | 25% | 60% | $338,680 | 24% | 46% | $242,129 | 26% | 75% | $301,973 | 29% | 83% | $758,591 |
| 0000851133[11] | 23% | 71% | $254,643 | 83% | 77% | $705,955 | 82% | 76% | $696,746 | 25% | 60% | $510,335 | 24% | 54% | $408,218 | 26% | 72% | $404,735 | 28% | 64% | $628,875 |
| 0000851188[12] | 23% | 81% | $292,444 | 23% | 74% | $531,874 | 23% | 81% | $661,294 | 25% | 69% | $694,594 | 25% | 60% | $613,785 | 26% | 78% | $388,485 | 29% | 60% | $909,655 |
| 0000851179[13] | 22% | 78% | $673,015 | 23% | 77% | $1,555,343 | 23% | 71% | $1,316,781 | 25% | 55% | $905,908 | 24% | 56% | $773,801 | 25% | 80% | $500,049 | 29% | 63% | $1,253,575 |
| 0000851184[14] | 23% | 90% | $4,661,355 | 23% | 88% | $7,143,615 | 23% | 83% | $3,677,589 | 25% | 49% | $1,651,253 | 24% | 62% | $1,021,972 | 23% | 83% | $656,401 |  |  |  |
| 0000851191[15] | 23% | 90% | $1,368,235 | 23% | 82% | $2,494,608 | 23% | 83% | $1,556,326 | 25% | 65% | $925,085 | 23% | 70% | $690,608 | 23% | 76% | $420,089 |  |  |  |
| 0000851235[16] |  |  |  |  |  |  | 23% | 89% | $383,392 | 25% | 78% | $732,585 | 25% | 78% | $812,195 | 25% | 85% | $750,732 | 29% | 68% | $1,600,773 |
| 0000851242[17] |  |  |  |  |  |  | 23% | 89% | $623,348 | 26% | 77% | $1,405,896 | 24% | 80% | $1,272,763 | 24% | 84% | $936,673 | 29% | 80% | $5,382,130 |
| 0000851254[18] |  |  |  |  |  |  | 23% | 87% | $378,879 | 25% | 82% | $653,856 | 25% | 74% | $1,036,564 | 25% | 88% | $1,138,907 | 29% | 81% | $3,018,152 |

† On September 11, 2002, FDB increased its mark-up of AWP from 20% to 25%

* CMS reimbursement data for Q3 2003 at least for certain NDCs (00085-1235, 00085-1242, and 00085-1254) and perhaps others appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Intron A (cont.)

☑ <u>No Liability Applying Judge Saris' Criteria</u>

- Judge Saris examined the physician-administered Intron A NDCs* in the MDL and found "no liability"

- The spread and sales at WAC analyses for the self-administered NDCs yield very similar results

- Spreads above 30% only for a single NDC (00085-1133) and only in two years

- "Substantial sales" at WAC for most years and NDCs

- There is no period during which the spread was above 30% for which sales at WAC were below 50%

* Judge Saris examined the following Intron A NDCs:  00085-068901, 00085-1110001, 00085-028502, 00085-057102, 00085-057106, and 00085-053901

21


ROPES & GRAY

# Intron A (cont.)

## ☑ No Liability Applying Judge Saris' Criteria

- The NDCs 00085-0120, 00085-0285, and 00085-0647 became obsolete in 2002

- Certain NDCs (00085-0689, 00085-0769, 00085-0923, and 00085-0953) became obsolete before or during 1997

- NDCs 00085-1184 and 00085-1191 became obsolete in 2003

- NDCs 00085-1235, 00085-1242, and 00085-1254 were launched in Q3 1998 and no analysis was done for that part year

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If As NDCs within NDC9 Become Obsolete/Inactive — Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 000085120 | 06/12/86 | 01/30/96 | 02/01/96 | 09/30/02 | 02/24/06 | 10/28/02 | 07/11/03 |
| 2 | 000085285 | 06/12/86 | 07/31/02 | 02/24/06 | 07/31/02 | 02/24/06 | 08/07/02 | 01/07/04 |
| 3 | 000085539 | 12/01/88 | | | | | 09/26/07 | 09/27/07 |
| 4 | 000085671 | 06/12/86 | 04/30/97 | 04/30/97 | | | 09/26/07 | 09/26/07 |
| 5 | 000085647 | 06/12/86 | 03/17/97 | 04/30/97 | 05/17/02 | 05/17/02 | 01/14/02 | 11/08/02 |
| 6 | 000085689 | 08/10/92 | 03/17/97 | 01/16/96 | 12/19/95 | 01/16/96 | 03/15/96 | 06/24/98 |
| 7 | 000085769 | 05/18/93 | 12/19/95 | 03/17/99 | 03/17/97 | 03/17/99 | 05/13/97 | 11/21/97 |
| 8 | 000085923 | 05/18/93 | 03/17/97 | 05/02/97 | 03/17/97 | 05/02/97 | 05/05/97 | 01/13/98 |
| 9 | 000085953 | 01/27/95 | 03/17/97 | 01/01/97 | 03/17/97 | 01/01/97 | 06/12/97 | 08/19/97 |
| 10 | 000085110 | 12/19/95 | | | | | 09/26/07 | 09/26/07 |
| 11 | 000085133 | 01/30/97 | | | | | 09/26/07 | 09/27/07 |
| 12 | 000085168 | 01/30/97 | | | | | 09/26/07 | 09/27/07 |
| 13 | 000085179 | 01/30/97 | 12/14/99 | 02/24/06 | | | 12/20/06 | 09/05/07 |
| 14 | 000085184 | 01/30/97 | 12/14/99 | 02/24/06 | 08/30/03 | 02/24/06 | 02/20/03 | 03/20/03 |
| 15 | 000085191 | 01/30/97 | 12/14/99 | 12/14/99 | 04/29/03 | 04/29/03 | 10/08/02 | 12/12/02 |
| 16 | 000085235 | 07/14/98 | | | | | 09/26/07 | 09/27/07 |
| 17 | 000085242 | 07/14/98 | | | | | 09/26/07 | 09/27/07 |
| 18 | 000085254 | 07/14/98 | | | | | 09/26/07 | 09/26/07 |

22


ROPES
& GRAY

# K-Dur

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003† | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 00085026351 | 23% | 84% | $2,884,460 | 23% | 86% | $3,493,138 | 23% | 90% | $3,952,743 | 24% | 86% | $4,207,433 | 25% | 70% | $4,172,036 | 25% | 36% | $680,840 | 24% | 66% | $11,713,792 |
| 00085078782 | 24% | 89% | $34,359,877 | 23% | 91% | $40,319,603 | 23% | 90% | $44,906,559 | 25% | 85% | $47,567,069 | 26% | 73% | $44,891,141 | 28% | 34% | $5,462,744 | 38% | 73% | $79,360,621 |

† On February 27, 2003 FDB increased its mark-up of AWP from 20% to 25%

- Only a single "isolated" occurrence of a spread above 30%

- "Substantial sales" at WAC for both NDCs in every year except 2002

- There is no period during which the spread was above 30% for which sales at WAC were below 50%

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000850263 | 012307 | 06/23/04 | 12/31/06 | | 12/31/06 | 08/02/07 | 08/05/07 |
| 2 | 000850787 | 012307 | 06/23/04 | 10/20/06 | | 12/31/06 | 06/12/07 | 08/05/07 |

23

* CMS reimbursement data for Q3 2003 for K-Dur appears to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Lotrimin

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 00850182[1] | 27% | 66% | $523,414 | 26% | 66% | $337,193 | 23% | 62% | $204,551 | 24% | 58% | $133,792 | 27% | 52% | $109,469 | | | | | | |
| 00850613[2] | 24% | 63% | $1,459,754 | 24% | 71% | $734,721 | 31% | 82% | $464,197 | 29% | 91% | $348,588 | 20% | 87% | $260,149 | | | | | | |
| 00850707[3] | 23% | 78% | $394,939 | 23% | 74% | $340,912 | 23% | 76% | $288,866 | 24% | 75% | $258,636 | 25% | 71% | $385,399 | | | | | | |

- Only a single "isolated" occurrence of a spread above 30%

- Always "substantial sales" at WAC

- There is no period during which the spread was above 30% for which sales at WAC were below 50%

- Lotrimin became obsolete in 2002

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If A/I NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Ceases of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000850182 | 01/01/82 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 08/14/03 | 08/14/03 |
| 2 | 000850613 | 01/01/82 | 08/11/97 | 08/11/97 | 05/17/02 | 05/17/02 | 10/09/03 | 10/09/03 |
| 3 | 000850707 | 04/28/84 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 02/03/04 | 02/03/04 |

24


ROPES & GRAY

# Lotrisone

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000850809[1] | | | | | | | | | | | | | 34% | 47% | $14,112,441 | 45% | 94% | $11,162,827 | 28% | 85% | $104,160,698 |
| 000850924[2] | 25% | 90% | $44,744,886 | 25% | 90% | $48,695,985 | 25% | 88% | $52,509,237 | 26% | 86% | $56,541,114 | | | | | | | | | |

† On March 1, 2002, FDB increased its mark-up of AWP from 20% to 25%

- NDC 00085-0809 was launched in 2001 when NDC 00085-0924 became obsolete

- For NDC 00085-0924, no spreads above 30% and always "substantial sales" at WAC

- For the entire period for both NDCs, there is only one instance in which the spread was above 30% for which sales at WAC were below 50%

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000850809 | 01/03/01 | 06/01/01 | | | 06/01/01 | 09/25/07 | 06/25/07 |
| 2 | 000850924 | 07/01/84 | 06/01/01 | | 06/01/01 | | 09/26/07 | 09/27/07 |

* CMS reimbursement data for Q3 2003 for the NDC 00085-0809 appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Nasonex

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb ◊ | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000851197† | | | | 25% | n/d ◊ | $3,896,561 | 23% | 92% | $21,020,482 | 24% | 88% | $36,112,036 | 25% | 92% | $55,970,117 | 30% | 91% | $86,047,098 | 28% | 94% | $138,787,416 |
| 000851288* | | | | | | | | | | | | | | | | | | | | | |

◊ FDB has no listed WAC during 1998

† On March 1, 2002, FDB increased its mark-up of AWP from 20% to 25%

◊ FDB has no listed WAC during 1998

- No spreads above 30%

- Always "substantial sales" at WAC

- NDC 00085-1288 launched after 2003

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If An NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000851197 | 10/16/97 | 12/22/04 | 01/03/05 | 12/22/04 | 01/03/05 | 01/18/06 | 03/21/07 |
| 2 | 000851288 | 12/17/04 | | | | | 09/30/07 | 09/30/07 |

26

* CMS reimbursement data for Q3 2003 for the NDC 00085-1197 appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Nitro-Dur

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 Spread | 1997 Sales at List | 1997 Reimb | 1998 Spread | 1998 Sales at List | 1998 Reimb | 1999 Spread | 1999 Sales at List | 1999 Reimb | 2000 Spread | 2000 Sales at List | 2000 Reimb | 2001 Spread | 2001 Sales at List | 2001 Reimb | 2002† Spread | 2002† Sales at List | 2002† Reimb | 2003* Spread | 2003* Sales at List | 2003* Reimb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000850819¹ | 25% | 88% | $309,129 | 31% | 84% | $433,875 | 26% | 77% | $511,236 | 26% | 80% | $598,261 | 30% | 75% | $759,510 | 32% | 87% | $832,733 | 30% | 80% | $31,689,039 |
| 000853305² | 267% | 64% | $1,753,686 | 37% | 64% | $2,008,740 | 31% | 53% | $1,478,633 | 28% | 61% | $1,091,444 | 34% | 51% | $927,118 | 34% | 61% | $671,227 | 33% | 70% | $29,824,451 |
| 000853310³ | 27% | 63% | $6,731,892 | 31% | 57% | $5,317,243 | 27% | 55% | $4,427,585 | 28% | 57% | $3,517,504 | 32% | 53% | $3,214,457 | 34% | 56% | $2,338,895 | 31% | 70% | $44,373,245 |
| 000853315⁴ | 28% | 64% | $2,583,083 | 30% | 58% | $2,567,273 | 27% | 59% | $2,544,950 | 28% | 61% | $2,929,476 | 34% | 50% | $3,259,668 | 35% | 64% | $3,299,080 | 33% | 83% | $85,499,817 |
| 000853320⁵ | 26% | 58% | $7,115,906 | 29% | 54% | $5,667,424 | 26% | 58% | $4,633,276 | 27% | 54% | $3,742,477 | 32% | 50% | $3,412,451 | 33% | 63% | $2,504,104 | 31% | 74% | $89,755,500 |
| 000853330⁶ | 32% | 62% | $2,012,111 | 30% | 56% | $1,703,082 | 30% | 56% | $1,354,534 | 29% | 59% | $1,060,994 | 32% | 51% | $975,149 | 33% | 69% | $753,199 | 31% | 85% | $42,138,378 |

† On March 1, 2002, FDB increased its mark-up of AWP from 20% to 25%

- Always "substantial sales" at WAC

- For all NDCs over the entire period, there is no instance in which the spread was above 30% for which sales at WAC were below 50%

| Footnote | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medicaid Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive: Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 000850819 | 03/31/94 | | | | | 09/26/07 | 09/28/07 |
| 2 | 000853305 | 01/2/87 | 01/01/94 | 06/10/93 | | | 09/26/07 | 09/28/07 |
| 3 | 000853310 | 01/2/87 | | | | | 09/26/07 | 09/28/07 |
| 4 | 000853315 | 01/2/87 | | | | | 09/26/07 | 09/27/07 |
| 5 | 000853320 | 01/2/87 | | | | | 09/27/07 | 09/27/07 |
| 6 | 000853330 | 01/2/87 | | | | | 09/26/07 | 09/28/07 |

* CMS reimbursement data for Q3 2003 for Nitro-Dur appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Normodyne

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 Spread | 1997 Sales at List | 1997 Reimb | 1998 Spread | 1998 Sales at List | 1998 Reimb | 1999 Spread | 1999 Sales at List | 1999 Reimb | 2000 Spread | 2000 Sales at List | 2000 Reimb | 2001 Spread | 2001 Sales at List | 2001 Reimb | 2002 Spread | 2002 Sales at List | 2002 Reimb | 2003 Spread | 2003 Sales at List | 2003 Reimb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000850244[1] | 24% | 95% | $1,435,528 | 25% | 95% | $1,414,124 | 25% | 86% | $503,371 | 25% | 85% | $220,682 | 112% | 88% | $121,088 | 31% | | | | | |
| 000850362[2] | 135% | 6% | $273 | 159% | 9% | $23 | 92% | 5% | $37 | 74% | 13% | $0 | 59% | 16% | $98 | | 9% | $0 | | 57% | $0 |
| 000850438[3] | 24% | 95% | $1,213,217 | 24% | 95% | $1,333,600 | 23% | 84% | $499,902 | 23% | 92% | $217,081 | 21% | 80% | $137,784 | | | | | | |
| 000850762[4] | 24% | 93% | $3,972,324 | 24% | 94% | $4,018,168 | 24% | 83% | $1,270,981 | 25% | 83% | $543,987 | 23% | 65% | $269,226 | | | | | | |

- For 3 of 4 Normodyne NDCs, there is only one instance in which the spread was above 30% and there were always "substantial sales" at WAC

- NDC 00085-0362 is a syringe sold to non-AMP classes of trade such as hospitals, and only has $410 in reimbursement for the entire seven year period (less than $60 per year)

- 3 of 4 Normodyne NDCs became obsolete in 2002

| Foot-note | NDC-9 | Date Added | FDA Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive Obsolete Date of Last NDC | If All NDCs within NDC9 Become Obsolete/Inactive Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 000850244 | 05/30/85 | 05/17/02 | 05/17/02 | | 05/17/02 | 02/20/02 | 02/20/02 |
| 2 | 000850362 | 01/12/89 | | 02/11/04 | | 02/11/04 | 08/03/02 | 05/15/03 |
| 3 | 000850438 | 08/24/84 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 01/02/02 | 02/27/02 |
| 4 | 000850762 | 08/24/84 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 02/08/02 | 02/08/02 |