

# Peg Intron

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000851279¹ | | | | | | | | | | | | | 23% | 97% | $2,707,234 | 27% | 94% | $26,521,991 | 30% | 67% | $96,271,969 |
| 000851291² | | | | | | | | | | | | | 23% | 96% | $2,846,975 | 27% | 95% | $12,741,334 | 30% | 78% | $39,813,013 |
| 000851297³ | | | | | | | | | | | | | | | | | | | | | |
| 000851304⁴ | | | | | | | | | | | | | 23% | 97% | $3,465,090 | 27% | 94% | $29,417,253 | 30% | 68% | $99,783,667 |
| 000851316⁵ | | | | | | | | | | | | | | | | | | | | | |
| 000851368⁶ | | | | | | | | | | | | | 23% | 97% | $1,200,435 | 27% | 96% | $2,570,608 | 29% | 77% | $4,735,400 |
| 000851370⁷ | | | | | | | | | | | | | | | | | | | | | |

† On June 26, 2002, FDB increased its mark-up of AWP from 20% to 25%

- No spreads above 30%

- Always "substantial sales" at WAC

- Peg Intron was launched in 2001 and certain NDCs (00085-1297, 00085-1316, and 00085-1370) were launched after 2003

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 000851279 | 01/31/01 | | | | | 09/27/07 | 09/28/07 |
| 2 | 000851291 | 01/31/01 | | | | | 09/26/07 | 09/26/07 |
| 3 | 000851297 | 02/02/04 | | | | | 09/27/07 | 09/27/07 |
| 4 | 000851304 | 01/31/01 | | | | | 09/27/07 | 09/27/07 |
| 5 | 000851316 | 02/02/04 | | | | | 09/26/07 | 09/27/07 |
| 6 | 000851368 | 01/31/01 | | | | | 09/27/07 | 09/27/07 |
| 7 | 000851370 | 02/02/04 | | | | | 09/27/07 | 09/28/07 |

* CMS reimbursement data for Q3 2003 for Peg Intron appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Proventil

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000850208[1] | 41% | 24% | $653,204 | 28% | 49% | $398,001 | 24% | 31% | $229,289 | 29% | 43% | $132,990 | 30% | 78% | $61,759 | 42% | 17% | $34,864 | | | |
| 000850209[2] | 53% | 39% | $2,288,209 | 27% | 79% | $1,558,894 | 24% | 77% | $1,410,649 | 26% | 87% | $1,097,478 | 41% | 77% | $1,018,508 | | | | | | |
| 000850252[3] | 22% | 98% | $19,828 | 20% | 98% | $15,220 | 22% | 98% | $12,954 | 7% | 96% | $9,607 | | | $2,170 | | | | | | |
| 000850315[4] | 72% | 34% | $60,989 | 16% | 47% | $49,950 | 19% | 67% | $33,247 | 26% | 70% | $16,342 | | | $13,261 | | | | | | |
| 000850431[5] | 24% | 89% | $8,567,156 | 23% | 92% | $7,909,894 | 23% | 93% | $7,262,845 | 24% | 91% | $6,372,039 | 25% | 87% | $5,640,062 | | | | | | |
| 000850573[6] | 21% | 97% | $34,101 | 23% | 97% | $26,022 | 22% | 97% | $27,469 | 14% | 96% | $22,836 | 26% | 58% | $15,312 | | | | | | |
| 000850614[7] | 26% | 69% | $10,455,169 | 23% | 81% | $5,099,432 | 23% | 92% | $3,853,856 | 24% | 88% | $2,553,479 | 23% | 89% | $2,055,022 | 30% | 68% | $1,560,684 | 28% | 82% | $6,204,148 |
| 000851132[8] | 38% | 83% | $4,323,585 | 28% | 81% | $10,606,605 | 23% | 87% | $15,058,564 | 24% | 88% | $17,676,572 | 41% | 51% | $17,249,019 | 31% | 95% | $13,463,018 | 28% | 93% | $98,713,244 |
| 000851806[9] | | | | | | | | | | | | | | | | | | | 28% | 96% | $73,284 |

† On February 1, 2002, FDB increased its mark-up of AWP from 20% to 25% for NDCs 00085-0614 and 00085-1132 and placed a 25% mark-up on NDC 00085-1806 when it was launched

- Judge Saris examined certain Proventil NDCs in the MDL (00085-020901, 00085-180601, and 00085-020802, 00085-133601) and found "no liability"

- The spread and sales at WAC analyses for the remaining NDCs yield even more compelling results

  – There is no period among these remaining NDCs during which the spread was above 30% for which sales at WAC were below 50%

* CMS reimbursement data for Q3 2003 for Proventil appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



ROPES
& GRAY

# Proventil (cont.)

## ☑ No Liability Applying Judge Saris' Criteria

- NDC 00085-0208 became functionally obsolete in Q3 2002

- The last gross sale to the AMP classes of trade for NDC 00085-0252 occurred in Q4 2000

- The last gross sale to the AMP classes of trade for NDC 00085-0315 occurred in Q2 2001

- The last gross sale to the AMP classes of trade for NDC 00085-0573 occurred in Q4 2001

- NDCs 00085-0209 and 00085-0431 became obsolete in 2002

- NDC 00085-1806 was launched in Q4 2002 and no analysis was done for that part year

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Mediscan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 008500208 | 02/19/87 | 06/24/03 | 06/24/03 | 06/24/03 | 06/24/03 | 12/13/02 | 03/30/03 |
| 2 | 008500259 | 02/19/87 | 10/01/02 | 10/01/02 | 10/01/02 | 10/01/02 | 10/18/02 | 10/18/02 |
| 3 | 008500252 | 01/01/82 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 11/22/00 | 01/03/01 |
| 4 | 008500315 | 09/12/85 | 01/01/02 | 01/01/02 | 01/01/02 | 01/01/02 | 06/04/01 | 06/12/01 |
| 5 | 008500431 | 06/25/87 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 08/07/07 | 08/07/07 |
| 6 | 008500573 | 01/01/82 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 10/08/01 | 11/05/01 |
| 7 | 008500614 | 01/01/82 | 02/24/06 | | | | 09/25/07 | 09/27/07 |
| 8 | 008501132 | 10/16/06 | | | | | 09/30/07 | 09/30/07 |
| 9 | 008501806 | 10/01/02 | | | | | 09/25/07 | 09/25/07 |

31


ROPES
& GRAY

# Rebetol

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003* | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000851194† | | | | | | | | | | | | | | | | 29% | 84% | $37,171,116 | 32% | 59% | $135,985,786 |
| 000851327† | | | | | | | | | | | | | | | | 30% | 80% | $4,219,171 | 32% | 71% | $13,896,945 |
| 000851351† | | | | | | | | | | | | | | | | 29% | 76% | $14,265,646 | 33% | 52% | $38,898,740 |
| 000851385† | | | | | | | | | | | | | | | | 29% | 89% | $21,871,201 | 34% | 51% | $76,169,595 |

† On March 13, 2002, FDB increased its mark-up of AWP from 20% to 25%

- Spreads above 30% only after First DataBank had increased its mark-up of AWP from 20% to 25%, an occurrence over which Schering had no control

- Always "substantial sales" at WAC

- There is no period during which the spread was above 30% for which sales at WAC were below 50%

- Rebetol was launched in Q4 2001 and no analysis was done for that part year

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000851194 | 10/04/01 | | | | | 09/25/07 | 09/25/07 |
| 2 | 000851327 | 10/04/01 | | | | | 09/20/07 | 09/20/07 |
| 3 | 000851351 | 10/04/01 | | | | | 09/25/07 | 09/25/07 |
| 4 | 000851385 | 10/04/01 | | | | | 09/25/07 | 09/25/07 |

32

* CMS reimbursement data for Q3 2003 for the Rebetol appear to be inaccurate, resulting in an inflated Medicaid reimbursement amount for 2003



# Rebetron

ROPES & GRAY

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000851236[1] | | | | 23% | n/d◊ | $162,635 | 23% | 84% | $1,868,846 | 24% | 76% | $4,431,484 | 25% | 42% | $3,623,780 | 16% | 60% | $1,071,153 | 21% | 60% | $573,803 |
| 000851241[2] | | | | 23% | n/d◊ | $1,734,604 | 23% | 89% | $12,325,731 | 25% | 72% | $23,536,058 | 26% | 48% | $18,047,905 | | | | | | |
| 000851258[3] | | | | | | | 23% | 87% | $12,626,252 | 25% | 76% | $40,940,695 | 26% | 46% | $45,746,989 | 23% | 50% | $17,561,342 | 21% | 41% | $4,939,491 |

◊ FDB has no listed WAC during 1998

- No spreads above 30%
- "Substantial sales" at WAC in most years

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000851236 | 06/11/98 | 04/15/05 | 02/24/06 | 04/15/05 | 02/24/06 | 10/22/04 | 11/30/04 |
| 2 | 000851241 | 06/11/98 | 08/20/02 | 02/24/06 | 08/20/02 | 02/24/06 | 12/03/02 | 05/08/03 |
| 3 | 000851258 | 07/14/98 | 04/15/05 | 02/24/06 | 04/15/05 | 02/24/06 | 09/30/04 | 03/15/05 |

- NDCs 00085-1236 and 00085-1241 were launched in Q2 1998
- NDC 00085-1258 was launched in Q3 1998 and no analysis was done on that part year
- NDC 00085-1241 became obsolete in 2002

ROPES & GRAY

# Sebizon

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000850600[1] | 22% | 99% | $14,537 | 23% | 99% | $13,320 | 23% | 100% | $13,011 | 22% | 99% | $10,206 | | | | | | | | | |

- No spreads above 30%
- Always "substantial sales" at WAC
- The last gross sale to the AMP classes of trade for Sebizon occurred in Q4 2000

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000850600 | 01/01/82 | 08/17/05 | 02/24/06 | 08/17/05 | 02/24/06 | 10/16/00 | 10/16/00 |

# Solganal

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 00085046[1] | 23% | 83% | $517,818 | 23% | 78% | $223,867 | 23% | 86% | $170,176 | 23% | 85% | $212,237 | 24% | 78% | $190,607 | | | | | | |

- No spread above 30%

- Always "substantial sales" at WAC

- Solganal became obsolete in 2002

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If At NDCs within NDC9 Became Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 00085046 | 01/01/82 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 10/02/02 | 10/02/02 |

35



# Temodar

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002† | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000851244¹ | | | | | | | | | | 23% | 97% | $255,587 | 24% | 94% | $524,876 | 30% | 88% | $1,040,851 | 28% | 87% | $1,273,252 |
| 000851246² | | | | | | | | | | 23% | 97% | $37,374 | 25% | 95% | $61,122 | 30% | 93% | $103,058 | 28% | 88% | $172,201 |
| 000851252³ | | | | | | | | | | 23% | 95% | $1,050,364 | 25% | 92% | $1,720,749 | 30% | 90% | $2,611,071 | 28% | 83% | $5,768,011 |
| 000851259⁴ | | | | | | | | | | 23% | 96% | $2,520,401 | 24% | 93% | $4,671,103 | 30% | 92% | $7,271,633 | 28% | 92% | $8,989,957 |

† On March 1, 2002, FDB increased its mark-up of AWP from 20% to 25%

- No spreads above 30%

- Always "substantial sales" at WAC

- Judge Saris examined Temodar in the MDL and found no liability

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000851244 | 08/19/99 | | | | | 08/01/07 | 06/19/07 |
| 2 | 000851246 | 08/19/99 | | | | | 09/26/07 | 09/26/07 |
| 3 | 000851252 | 08/19/99 | | | | | 09/10/07 | 09/10/07 |
| 4 | 000851259 | 08/19/99 | | | | | 06/12/07 | 06/27/07 |

- Temodar was launched in Q2 1999 and no analysis was done on that part year

36



# Theo-Dur

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 Spread | 1997 Sales at List | 1997 Reimb | 1998 Spread | 1998 Sales at List | 1998 Reimb | 1999 Spread | 1999 Sales at List | 1999 Reimb | 2000 Spread | 2000 Sales at List | 2000 Reimb | 2001 Spread | 2001 Sales at List | 2001 Reimb | 2002 Spread | 2002 Sales at List | 2002 Reimb | 2003 Spread | 2003 Sales at List | 2003 Reimb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000850381[1] | 56% | 70% | | | | | | | | | | | | | | | | | | | |
| 000850487[2] | 33% | 38% | $137,063 | 33% | 74% | $129,730 | 23% | 84% | $71,115 | 25% | 91% | $32,859 | | | | | | | | | |
| 000850584[3] | 33% | 82% | $1,772,568 | 23% | 82% | $1,724,759 | 24% | 82% | $1,222,041 | 23% | 81% | $1,032,670 | | | | | | | | | |
| 000850620[4] | | | | | | | | | | | | | | | | | | | | | |
| 000850806[5] | 31% | 93% | $471,546 | 23% | 94% | $334,889 | 23% | 92% | $263,317 | 20% | 91% | $189,182 | | | | | | | | | |
| 000850875[6] | | | | | | | | | | | | | | | | | | | | | |
| 000850628[7] | | | | | | | | | | | | | | | | | | | | | |
| 000850933[8] | 35% | 39% | $1,190,000 | 24% | 76% | $1,125,938 | 24% | 77% | $741,281 | 27% | 82% | $632,849 | | | | | | | | | |

- Only a handful of spreads above 30%

- "Substantial sales" at WAC for all years except in 1997 for two NDCs

- There are only two periods during which the spread was above 30% for which sales at WAC were below 50%



# Theo-Dur (cont.)

☑ **No Liability Applying Judge Saris' Criteria**

- NDCs 00085-0381, 00085-0620, 00085-0875, 00085-0928 were obsolete before 1997

- All Theo-Dur NDCs were obsolete by June 2001

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Becomes Obsolete/Inactive — Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 000850381 | 0122/87 | 01/25/95 | 02/01/95 | 01/25/96 | 02/01/95 | 11/21/95 | 05/14/96 |
| 2 | 000850487 | 0122/87 | 06/30/01 | 06/30/01 | 06/30/01 | 06/30/01 | 09/29/00 | 10/16/00 |
| 3 | 000850584 | 0122/87 | 06/30/01 | 06/30/01 | 06/30/01 | 06/30/01 | 02/21/02 | 04/22/02 |
| 4 | 000850620 | 0122/87 | 01/25/96 | 01/25/95 | 01/25/95 | 01/25/95 | 04/06/95 | 07/06/95 |
| 5 | 000850606 | 08/00/87 | 06/30/01 | 06/30/01 | 06/30/01 | 06/30/01 | 03/06/02 | 03/08/02 |
| 6 | 000850875 | 0122/87 | 01/25/96 | 02/01/95 | 01/25/96 | 02/01/95 | 01/17/96 | 02/14/96 |
| 7 | 000850928 | 0122/87 | 01/25/96 | 02/01/95 | 01/25/95 | 02/01/95 | 11/28/95 | 12/06/95 |
| 8 | 000850933 | 0122/87 | 06/30/01 | 06/30/01 | 06/30/01 | 06/30/01 | 11/23/01 | 03/08/02 |

38



# Trinalin

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000860703[1] | 23% | 96% | $1,116,639 | 23% | 96% | $953,412 | 23% | 96% | $808,896 | 23% | 95% | $639,977 | 25% | 89% | $672,802 | 23% | 91% | $465,357 | | | |

- No spreads above 30%

- Always "substantial sales" at WAC

- Trinalin became obsolete in 2003

| Foot- note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000860703 | 01/01/82 | 04/14/03 | 04/14/03 | 04/14/03 | 04/14/03 | 07/01/03 | 06/24/03 |

39



# Vancenase

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000850041[1] | 25% | 40% | $146,635 | 27% | 43% | $149,863 | 24% | 42% | $196,708 | | | $67,971 | | | | | | | | | |
| 000850259[2] | 28% | 74% | $4,437,873 | | | | | | | | | | | | | | | | | | |
| 000850649[3] | 25% | 65% | $4,785,341 | 24% | 64% | $5,261,149 | 23% | 71% | $5,049,094 | 27% | 67% | $2,488,964 | 33% | 53% | $1,815,549 | | | | | | |
| 000851049[4] | 28% | 60% | $15,663,040 | 25% | 83% | $20,794,184 | 23% | 92% | $18,087,887 | 23% | 91% | $14,351,814 | | | $4,873,713 | | | | | | |

- Only a single occurrence of a spread above 30%

- There is no period during which the spread was above 30% for which sales at WAC were below 50%

40



# Vancenase (cont.)

## ☑ No Liability Applying Judge Saris' Criteria

- NDC 00085-0041 became functionally obsolete in Q1 2000

- NDC 00085-1049 became functionally obsolete in Q1 2001

- NDC 00085-0649 became functionally obsolete in Q4 2001

- NDC 00085-0259 became obsolete in 1998

- All Vancenase NDCs were obsolete by June 2002

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive Obsolete Date of Last NDC | Inactive Date of Last NDC | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | 00085-0041 | 01/01/82 | 02/01/01 | 02/01/01 | 05/23/01 | 04/16/01 | 01/25/00 | 01/26/01 |
| 2 | 00085-0259 | 12/17/87 | 08/11/98 | 08/01/98 | 08/11/98 | 08/01/98 | 09/01/98 | 09/22/98 |
| 3 | 00085-0649 | 07/20/92 | 06/01/02 | 06/01/02 | 06/01/02 | 06/01/02 | 01/24/02 | 11/06/02 |
| 4 | 00085-1049 | 06/27/96 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 03/06/02 | 11/22/02 |

41



# Vanceril

## ☑ No Liability Applying Judge Saris' Criteria

| NDC-9 | 1997 | | | 1998 | | | 1999 | | | 2000 | | | 2001 | | | 2002 | | | 2003 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb | Spread | Sales at List | Reimb |
| 000850736[1] | 24% | 77% | $18,019,586 | 24% | 80% | $16,466,470 | 23% | 77% | $16,617,804 | 26% | 72% | $15,114,086 | 25% | 61% | $11,960,009 | | | | | | |
| 000851112[2] | 25% | 93% | $1,198,786 | 24% | 91% | $2,519,578 | 24% | 84% | $6,922,621 | | | $506,758 | | | $61,739 | | | | | | |

- No spreads above 30%

- Always "substantial sales" at WAC

- NDC 00085-1112 became functionally obsolete in Q1 2000

- The last Vanceril NDC was declared obsolete in 2002

| Foot-note | NDC-9 | Date Added | FDB Obsolete Date of First NDC | Medispan Inactive Date of First NDC | If All NDCs within NDC9 Become Obsolete/Inactive | | Date of Last Gross Sales to AMP Classes of Trade | Date of Last Gross Sales Activity |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obsolete Date of Last NDC | Inactive Date of Last NDC | | |
| 1 | 000850736 | 01/01/82 | 10/01/02 | 10/01/02 | 10/01/02 | 10/01/02 | 03/25/03 | 04/03/07 |
| 2 | 000851112 | 12/26/96 | 05/17/02 | 05/17/02 | 05/17/02 | 05/17/02 | 05/02/03 | 05/02/03 |

42

EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                              )
                                                    )
PHARMACEUTICAL INDUSTRY              )
AVERAGE WHOLESALE PRICE              )
LITIGATION                                      )
                                                    )
                                                    )
_____ )
                                                    )
**THIS DOCUMENT RELATES TO:**          )
                                                    )
*United States ex rel Ven-A-Care of the*      )
*Florida Keys, Inc. v. Schering Corporation,* )
*Schering-Plough Corporation and*            )
*Warrick Pharmaceuticals Corporation*       )
Civil Action No. 09-CV-10547                  )

*United States ex rel Ven-A-Care of the*      )
*Florida Keys, Inc. v. Schering Corporation,* )
*Schering-Plough Corporation and*            )
*Warrick Pharmaceuticals Corporation*       )
Civil Action No. 00-10698                      )

MDL No. 1456
Civil Action No. 01-12257-PBS
Subcategory No. 06-11337

Hon. Patti B. Saris

**STIPULATION OF DISMISSAL WITH PREJUDICE OF SCHERING-PLOUGH**
**CORPORATION, SCHERING CORPORATION AND WARRICK**
**PHARMACEUTICALS CORPORATION**

The above-captioned matters are actions brought under the *qui tam* provisions of the

federal False Claims Act, 31 U.S.C. § 3729, *et seq.*, by Relator Ven-A-Care of the Florida Keys,

Inc. (the "Relator" or "Ven-A-Care") against Schering-Plough Corporation, Schering

Corporation, and Warrick Pharmaceuticals Corporation.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions

of the federal False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the

Settlement Agreement and Release among Ven-A-Care, California, and Florida, and Schering-

Plough Corporation, Schering Corporation, and Warrick Pharmaceuticals Corporation

(collectively, "Schering/Warrick") (together with Ven-A-Care, California, and Florida, the

"Parties"), the Parties, through their undersigned counsel, hereby stipulate to the entry of an order dismissing with prejudice the above-captioned Civil Actions and all claims asserted or that could have been asserted by the Relator on behalf of the United States or on its own behalf in the above-captioned Civil Actions related to the Covered Conduct or the price reporting for reimbursement purposes for the Covered Drugs (as those terms are defined in the Parties' Settlement Agreement and Release) (attached hereto as Exhibit A).

The Parties further stipulate that any claim the Relator or its counsel has to a Relator's share or for expenses, attorneys' fees, and costs shall be paid in accordance with the Plaintiffs' arrangements with the court-appointed mediator.

Separately, in a Consent filed with this Court, pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to:  (i) the settlement between Relator Ven-A-Care of the Florida Keys, Inc., California, and Florida, and Schering-Plough Corporation, Schering Corporation, and Warrick Pharmaceuticals Corporation; (ii) the dismissal with prejudice of the above-captioned actions; and (iii) the entry of the proposed Order of Dismissal with Prejudice in the form attached hereto as Exhibit B.

WHEREFORE, to permit them to effectuate the terms of their comprehensive settlement, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties respectfully request that the Court enter an order in the form attached hereto as Exhibit B.

Respectfully submitted,


/s/ James J. Breen
JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA 30022
(770) 740-0008



/s/ John P. Bueker
JOHN T. MONTGOMERY
JOHN P. BUEKER
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated:  December 4, 2009

**EXHIBIT C**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY | ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Hon. Patti B. Saris |
| | ) | |
| | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| *United States ex rel Ven-A-Care of the* | ) | |
| *Florida Keys, Inc. v. Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action No. 09-CV-10547 | ) | |
| | | |
| *United States ex rel Ven-A-Care of the* | ) | |
| *Florida Keys, Inc. v. Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action No. 00-10698 | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE OF SCHERING-PLOUGH CORPORATION, SCHERING CORPORATION, AND WARRICK PHARMACEUTICALS CORPORATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions

of the federal False Claims Act, 31 U.S.C. § 3730(b)(1), the Relator Ven-A-Care of the Florida

Keys, Inc. (the "Relator"), and Schering-Plough Corporation, Schering Corporation, and Warrick

Pharmaceuticals Corporation (collectively, "Schering/Warrick") (together, the "Parties") filed

with this Court, a Stipulation of Dismissal with Prejudice of Schering-Plough Corporation,

Schering Corporation, and Warrick Pharmaceuticals Corporation.  Upon due consideration of the

Stipulation, the Parties' Settlement Agreement and Release, the pricing analysis prepared by

Schering/Warrick, which was attached to the Parties' Settlement Agreement and Release as

Exhibit A, California, Florida, and the Relator's conclusion that there is no liability as to the

- 1 -

Schering-brand drugs, the United States Consent to the Parties' Settlement, and the objections

made by the Commonwealth of Massachusetts, certain New York counties and others to the

proposed Settlement, the Court hereby consents to the proposed Settlement for the following

reasons: (1) As reflected in the United States Consent to the Settlement Agreement and Release

and the dismissal of these cases with prejudice, the United States has declined to intervene in this

case or pursue a damages claim against Schering/Warrick for Schering's price reporting for its

brand drugs based in part on the pricing analysis provided by Schering; (2) As reflected in the

Parties' Settlement Agreement and Release, the Relator, California, and Florida also agree that

there is no liability for the Schering brand drugs; and (3) The conclusions reached by the Relator,

California, and Florida are consistent with, and supported by, the "30% yardstick" and sales at

WAC test applied by this Court in *In re Pharm. Indus. Avg. Wholesale Price Litig.*, 491 F.

Supp.2d 20, 32 (D. Mass. 2007), which resulted in a finding of no liability for the Schering brand

drugs at issue in that case. The Court's standard of liability has now been affirmed by the First

Circuit and its application to the remaining Schering brand drugs contemplated by this

Settlement and Release is supported by Dr. Addanki's Affidavit and warranted in the Settlement

of these Actions. Accordingly, the Settlement Amount appears to the Court to be fair, adequate,

and reasonable under all the circumstances.

WHEREFORE, IT IS ORDERED, that

1.      Consistent with the terms of the Settlement Agreement and Release executed by

the Relator on behalf of the United States and Schering/Warrick, the above-captioned Civil

Actions and all claims asserted or that could have been asserted by the Relator on behalf of the

United States or on its own behalf in the above-captioned Civil Actions related to the Covered

Conduct or the price reporting for reimbursement purposes for the Covered Drugs (as those

terms are defined in the Parties' Settlement Agreement and Release) are hereby dismissed with prejudice.

2.      This Order fully, finally, and forever resolves all claims related to the federal-share (defined to mean that portion of Medicaid expenditures paid by the United States) of any Medicaid overpayment allegedly arising out of the Covered Conduct or the price reporting for reimbursement purposes for the Covered Drugs, including but not limited to the federal-share of any claim brought by a state arising out of or related to the Covered Conduct or the price reporting for reimbursement purposes for Covered Drugs consistent with the principles of claim preclusion set forth in *Taylor* v. *Sturgell*, 553 U.S. __, 128 S.Ct. 2161 (2008) and *Giragosian* v. *Ryan*, 547 F.3d 59 (1st Cir. 2008).

3.      The Court finds that the Relator's share and any claim that the Realtor and its counsel may have to expenses, attorneys' fees, and costs shall be paid in accordance with the Plaintiffs' arrangements with the court-appointed mediator.

4.      The Court shall retain jurisdiction to enforce the terms, conditions, and releases of the Parties' Settlement Agreement and Release to the extent reasonably necessary and appropriate.

IT IS SO ORDERED this ___ day of December, 2009.


_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE