# EXHIBIT 1

(PLAx), CLOSED, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
# (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:03−cv−02238−DDP−PLA

State of California, et al v. Abbott Laboratories, et al
Assigned to: Judge Dean D. Pregerson
Referred to: Magistrate Judge Paul L. Abrams
Demand: $0
Case in other court:  LA Cnty Supr Crt, BC287198
                     LA Cnty Supr Crt, BC287198A
Cause: 28:1441 Notice of Removal

Date Filed: 03/31/2003
Date Terminated: 07/25/2003
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2003 | 1 | NOTICE OF REMOVAL by defendant Seal A from LA Cnty Supr Crt( Case Number: BC287198, BC287198A) with copy summons and complaint attached to appendix of sealed documents in support of notice of removal (Volume I) referred to Discovery Patrick J. Walsh . (jag) (Entered: 04/02/2003) |
| 03/31/2003 | 3 | DISCLOSURE STATEMENT &CERTIFICATION OF INTERESTED PARTIES filed by defendant Seal A (jag) (Entered: 04/02/2003) |
| 03/31/2003 | 5 | APPENDIX filed by defendant Seal A of unsealed documents in support of notice of removal [1−1] (Volume II) (jag) (Entered: 04/02/2003) |
| 03/31/2003 | 6 | APPLICATION filed by defendant Seal A to file confidential documents under seal Lodged order (jag) (Entered: 04/02/2003) |
| 03/31/2003 | 7 | PROOF OF SERVICE by defendant Seal A of attached service documents; served upon attached service list on 3/31/03 by mail (jag) (Entered: 04/02/2003) |
| 04/01/2003 | 8 | NOTICE OF INTERESTED PARTIES filed by defendants Seal B, Seal C (seal) (Entered: 04/02/2003) |
| 04/01/2003 | 9 | APPLICATION filed by defendant Seal A to file Under Seal confidential documents in connection with ex parte application for order staying all proceedings pending decision by Judicial Panel on Multidistrict Litigation ; Lodged Proposed Order with exparte documents (jp) (seal) (Entered: 04/02/2003) |
| 04/01/2003 | 10 | DISCLOSURE STATEMENT (FRCP 7.1) by defendant Seal B, Seal C (jp) (seal) (Entered: 04/02/2003) |
| 04/01/2003 | 11 | NOTICE OF CONSENT TO REMOVAL [1−1] by defendants Seal B, Seal C (jp) (seal) (Entered: 04/02/2003) |
| 04/01/2003 | 12 | NOTICE OF FILING with Judicial Panel on Multidistrict Litigation of notice of related action by defendant Seal A (seal) (Entered: 04/02/2003) |
| 04/01/2003 | 13 | DECLARATION of DANIEL D. McMILLAN by defendant Seal A regarding notice of State Court of removal of Civil action [1−1] (jp) (seal) (Entered: 04/02/2003) |
| 04/01/2003 | 14 | PROOF OF SERVICE by defendants Seal B, Seal C on 4/1/03 of Disclosure Statement; Notice of interested parties; Notice of consent to removal (jp) (seal) (Entered: 04/02/2003) |

| | | |
|---|---|---|
| 04/01/2003 | 15 | PROOF OF SERVICE by defendant Seal A on 4/1/03 of Ex Parte Application for order staying all proceeding pending decision by the Judicial Panel on Multidistrict Litigation (jp) (seal) (Entered: 04/02/2003) |
| 04/03/2003 | 19 | APPLICATION filed by defendant Seal A to file UNDER SEAL its reply in support of ex parte application for order staying all proceedings pending decision by Judicial Panel on Multidistrict Litigation ; Lodged Proposed Order (jp) (seal) (Entered: 04/07/2003) |
| 04/03/2003 | 20 | NOTICE OF ERRATA by defendant Seal A correcting transposition of case number on four (4) documents (jp) (seal) (Entered: 04/07/2003) |
| 04/03/2003 | 26 | PROOF OF SERVICE by defendant Seal A on 4/3/03 of Reply in Support of Ex Parte Application for Order Staying All Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation and Supporting Exhibits; Application to File Reply under seal; [Proposed] Order Granting Unopposed Application to File Reply under seal (see document for details) (ln) (seal) (Entered: 04/10/2003) |
| 04/04/2003 | 21 | SUPPLEMENTAL by plaintiffs to their opposition to defendant ex parte application for an order staying all proceedings pending decision by Judicial Panel on Multidistrict Litigation [9–1] (jp) (seal) (Entered: 04/07/2003) |
| 04/04/2003 | 22 | NOTICE OF EX PARTE APPLICATION filed by plaintiff for order shortening time for notice of motion and motion to remand (jp) (seal) (Entered: 04/07/2003) |
| 04/04/2003 | 23 | MEMORANDUM OF POINTS AND AUTHORITIES by plaintiffs in support of ex parte application for order shortening time for notice of motion and motion to remand [22–1]; Lodged Proposed Order &Motion (jp) (seal) (Entered: 04/07/2003) |
| 04/04/2003 | 27 | PROOF OF SERVICE by plaintiffs on 4/4/03 of Notice of Motion and Motion to Remand; Memorandum of Points and Authorities; Declaration of Thomas A Temmerman (see document for details) (ln) (seal) (Entered: 04/10/2003) |
| 04/07/2003 | 24 | NOTICE OF FILING ORIGINAL SIGN by plaintiffs to ex parte application for order shortening time for notice of motion and motion to remand [22–1] (seal) (Entered: 04/08/2003) |
| 04/08/2003 | 29 | OPPOSITION by defendant Seal A to ex parte application for order shortening time for notice of motion and motion to remand [22–1] (jp) (seal) (Entered: 04/10/2003) |
| 04/09/2003 | 25 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV 02–553 DDP (PLAx)] Case transferred from Judge Dickran Tevrizian to Judge Dean D. Pregerson for all further proceedings. , Case referred from Discovery Patrick J. Walsh to Discovery Paul L. Abrams The case number will now reflect the initials of the transferee Judge [ CV 03–2238 DDP (PLAx)] (cc: all counsel) (seal) (Entered: 04/09/2003) |
| 04/09/2003 | 28 | PROOF OF SERVICE by defendant Seal A on 4/9/03 of Supplemental Reply in Support of Ex Parte Application for Order Staying all Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation and Supplemental Declaration of Daniel C McMillan; Application to File Reply Under Seal; [Proposed] Order Granting Unopposed Application (see document for details) (ln) (seal) Modified on 04/10/2003 (Entered: 04/10/2003) |

| | | |
|---|---|---|
| 04/09/2003 | 30 | APPLICATION filed by defendant Seal A to file Under Seal its support of ex parte application for order staying all proceedings pending decision by judicial panel on Multidistrict litigation and supplemental Declaration Daniedl D. McMillan ; Lodged Proposed Order &Supplemental Reply (jp) (seal) (Entered: 04/10/2003) |
| 04/11/2003 | 31 | NOTICE OF ERRATA by plaintiff correcting Plaintiffs notice of and motion to remand (pj) (Entered: 04/15/2003) |
| 04/11/2003 | 32 | NOTICE OF ERRATA by plaintiff State of California correcting plfs opposition to dft ex parte appl for an order staying all proceedings (pj) (Entered: 04/15/2003) |
| 04/14/2003 | 33 | MINUTES IN CHAMBERS: This action has been transferred to the calendar of Judge Dean Pregerson for all further proceedings. On all docs subsequently filed in this case please substitute the initials DDP after the number in place of the initials of the prior judge so that the case number will now read CV 03–2238–DDP(PLAx). Counsel are encouraged to review the Central District's website for additional information. The address is "http://www.cacd.uscourts.gov".by Judge Dean D Pregerson CR: None Present (pj) (Entered: 04/15/2003) |
| 04/23/2003 | | PLACED IN FILE – NOT USED: [Proposed] Order granting defendant Abbott Laboratories Inc's ex parte application for order staying all proceedings pending decision by the Judicial Panel on Multidistrict Litigation; Lodged 04/01/03 (jp) (Entered: 05/13/2003) |
| 04/24/2003 | | PLACED IN FILE – NOT USED PROPOSED ORDER GRANTING UNOPPOSED APPL TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL (pj) (Entered: 04/25/2003) |
| 04/24/2003 | | PLACED IN FILE – NOT USED PROPOSED ORDER GRANTING DEFENDANT UNOPPOSED APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL REPLY IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER STAYING ALL PROCESSING (pj) (Entered: 04/25/2003) |
| 04/24/2003 | | PLACED IN FILE – NOT USED PROPOSED ORDER GRANTING DEFENDANT UNOPPOSED APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF EX PARTE FOR A STAY (pj) (Entered: 04/25/2003) |
| 04/24/2003 | | PLACED IN FILE – NOT USED PROPOSED ORDER GRANTING EX PARTE APPL FOR ORDER STAYING (pj) (Entered: 04/25/2003) |
| 04/24/2003 | 36 | EX PARTE APPLICATION filed by defendant Abbott Laboratories for order staying all proceedings pending decision by the judicial panel (pj) (Entered: 04/25/2003) |
| 04/24/2003 | 37 | ORDER by Judge Dean D. Pregerson The Court GRANTS THE defendants motion to stay for 30 days [36–1] (pj) (Entered: 04/25/2003) |
| 04/24/2003 | 38 | NOTICE OF MOTION AND MOTION by plaintiff State of California, plaintiff Ven–A–Care of the FL to remand ; motion hearing set for 10:00 4/14/03 (pj) (Entered: 04/28/2003) |
| 04/24/2003 | 39 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT by plaintiff of motion to remand [38–1] (pj) (Entered: 04/28/2003) |

| | | |
|---|---|---|
| 04/24/2003 | 40 | ORDER by Judge Dean D. Pregerson granting ex parte application for order shortening time for notice of motion and motion to remand [22-1]; all opposition papers 4/10/03; Reply papers 4/11/03; hearing on motion to remand [38-1] 4/14/03 (pj) (Entered: 04/28/2003) |
| 04/24/2003 | | PLACED IN FILE – NOT USED PROPOSED ORDER GRANTING MOTION TO REMAND (pj) (Entered: 04/28/2003) |
| 04/29/2003 | 46 | MAIL Returned [33-1] addressed to Mr. James Lorenz (pj) (Entered: 04/30/2003) |
| 05/02/2003 | 47 | NOTICE OF MOTION AND MOTION by plaintiff State of California for reconsideration of order granting defendant Abbott's motion to stay and request for remand ; motion hearing set for 10:00 6/2/03 (pj) (Entered: 05/05/2003) |
| 05/07/2003 | 48 | OBJECTIONS filed by defendant Abbott Laboratories to improperly submitted Letter from the Attonrey General and Request to Strike (pj) (Entered: 05/08/2003) |
| 05/08/2003 | 49 | LETTER from plaintiff State of California re motion for reconsideration of order granting defendant Abbott's motion to stay and request for remand [47-1] (ca) (Entered: 05/09/2003) |
| 05/09/2003 | 50 | MINUTES: Counsel for Plaintiff, defendant Jones DAy fld on May 7, 2003 a document entitled " Defendant Abbott Laboratories Inc's Objection to Improperly submitted Letter from the Attorney General and Request to Strike with an incorrect case number. On all documents subsequently filed in this case, please not the case number is as follows: CV03–2238–DDP(PLAx) by Judge Dean D. Pregerson (pj) (Entered: 05/12/2003) |
| 05/15/2003 | 51 | EX PARTE APPLICATION filed by defendant Abbott Laboratories for order extending stay issued April 24,2003 Lodged proposed order (pj) (Entered: 05/16/2003) |
| 05/15/2003 | 52 | PROOF OF SERVICE by defendant Abbott Laboratories on 5/15/03 of ex parte appl for order extending stay issued April 24, 2003 (pj) (Entered: 05/16/2003) |
| 05/16/2003 | 53 | OPPOSITION by plaintiffs to defendant Abbott Laborities Inc's ex parte application for order extending stay issued April 24,2003 [51-1]; Memorandum of points and authorities; Declaration of William Schneider (nhac) (Entered: 05/19/2003) |
| 05/19/2003 | 54 | APPLICATION filed by defendant Abbott Laboratories to file under seal its reply in support of Ex Parte application of order extending stay issued April 24, 2003 (pj) (Entered: 05/20/2003) |
| 05/19/2003 | 55 | OPPOSITION by defendant Abbott Laboratories to motion for reconsideration of order granting defendant Abbott's motion to stay and request for remand [47-1] (pj) (Entered: 05/20/2003) |
| 05/19/2003 | 56 | PROOF OF SERVICE by defendant Abbott Laboratories on 5/19/03 of REPLY IN SUPPORT OF EX PARTE APPLICATION FOR ORDER EXTENDING STAY ISSUED APRIL 24,2003 &supporting documents (pj) (Entered: 05/20/2003) |
| 05/20/2003 | 57 | SUPPLEMENTAL SUBMISSION by defendant Abbott Laboratories in support to ex parte application for order staying all proceedings pending decision by the judicial panel [36-1] (pj) (Entered: 05/21/2003) |

| | | |
|---|---|---|
| 05/23/2003 | 58 | MINUTES: Counsel for plaintiff, Girardi, &Keese fild on May 23, 2003 a document entitled "Notice of Service of Documents on Defendant Abbott Laboratorites Inc; Decl of Graham B Smith in support with incorrect case number. On al documents subsequently filed in this case, please note the case number is as follows: CV–03–2238–DDP(PLAx) by Judge Dean D. Pregerson CR: Not Present (pj) (Entered: 05/27/2003) |
| 05/23/2003 | 59 | PROOF OF SERVICE by plaintiff on 4/4/03 of motion to remand (bp) (Entered: 05/27/2003) |
| 05/23/2003 | 60 | REPLY by plaintiffs in support of motion for reconsideration of order granting defendant Abbott's motion to stay and request for remand [47–1] (nhac) (Entered: 05/30/2003) |
| 05/29/2003 | 61 | APPLICATION filed by defendant Abbott Laboratories to file under seal its preliminary opposition to plaintiffs motion to remand Lodged order (pj) (Entered: 06/02/2003) |
| 05/29/2003 | 62 | PROOF OF SERVICE by defendant Abbott Laboratories on 5/29/03 of preliminary opposition to plaintiffs motion to remand; application to file under seal its preliminary opposition to plaintiffs motion to remand (pj) (Entered: 06/02/2003) |
| 06/04/2003 | 63 | ORDER by Judge Dean D. Pregerson granting ex parte application for order extending stay issued April 24,2003> All procceedings in this action shall be stayed through June 23, 2003 so that the Judicial Panel on Multidistrict Litigation has further time to determine whether this action should be transferred to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings as part of MDL 1456 [51–1] (pj) (Entered: 06/06/2003) |
| 06/16/2003 | 67 | NOTICE OF CHANGE Of FIRM NAME AND ADDRESS CHANGE filed by atty Atlee W Wampler III for plaintiff Ven–A–Care of the FLu: Wampler Buchanan Walker Chabrow &Banciella new address is SunTrust International Center, Suite 1700, One Southeast Third Ave, Miami, Florida 33131. telephone 305–577–0044 and fax 305–577–8545 (pj) (Entered: 06/23/2003) |
| 06/19/2003 | 64 | EX PARTE APPLICATION filed by defendant Abbott Laboratories for order extending stay Lodged order (pj) (Entered: 06/20/2003) |
| 06/19/2003 | 65 | PROOF OF SERVICE by defendant Abbott Laboratories on 6/19/03 of ex parte application for order extending stay; memorandum of points and authorities &supporting documents (pj) (Entered: 06/20/2003) |
| 06/20/2003 | 66 | NOTICE OF DISCREPANCY AND ORDER by Judge Dean D. Pregerson ordering Notice of change of firm submitted by plaintiff on 6/16/03 to be fld and processed; fld date to be the date the doc was stamped "received but not fld" w/the Clerk (pj) (Entered: 06/20/2003) |
| 06/27/2003 | 68 | ORDER by Judge Dean D. Pregerson granting ex parte application for order extending stay [64–1]; IT IS ORDERED that: (1) All proceedings shall be stayed pending final transfer of thsi cast to MDL 1456; (2) Defendants shall not be required to answer or otherwise respond until further ofder of Judge Saris, following transfer to MDL 1456. (shb) (Entered: 06/30/2003) |
| 06/27/2003 | | COPY OF MDL CONDITIONAL TRANSFER ORDER received; filed by MDL Panel on 6/23/03 (MDL #: 1456) (el) |

| | | |
|---|---|---|
| | | (Entered: 07/01/2003) |
| 07/09/2003 | | PLACED IN FILE – NOT USED Defendant Abbott Laboratories, Inc.'s preliminary opposition to plaintiff's motion to remand (shb) (Entered: 07/11/2003) |
| 07/09/2003 | | PLACED IN FILE – NOT USED (Proposed) Order granting defendant Abbott Laboratories, Inc unopended application to file under seal its preliminary opposition to plaintiffs' motion to remand (shb) (Entered: 07/11/2003) |
| 07/09/2003 | | PLACED IN FILE – NOT USED Defendant Abbott Laboratories, Inc's reply in support of ex parte application for order extending stay issued April 24, 2003 (shb) (Entered: 07/11/2003) |
| 07/09/2003 | | PLACED IN FILE – NOT USED (Proposed) Order granting defendant Abbott Laboratories, Inc application to file under seal its reply in support of ex parte application for order extending stay issued April 24, 2003 (shb) (Entered: 07/11/2003) |
| 07/25/2003 | 69 | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation, MDL 1456: IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as CTO−12 filed on 5/20/03 is LIFTED and thus this action is transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 USC Section 1407 being conducted by the Honorable Patti B. Saris [MD JS−6] (dw) (Entered: 07/29/2003) |
| 07/31/2003 | | TRANSMITTAL of documents – mailed all original documents except document #46 (missing) and the original transfer order which is retained and a certified copy of the civil docket sheet to USDC, District of Massachusetts. Assigned their new case number 1:03cv11226−PBS, under MDL 1456. (gk) (Entered: 07/31/2003) |
| 08/18/2003 | 70 | RECEIPT of transfer letter from the District of Boston Massachusetts. Assigning their case number 03−11226 − consol 01−1−2257 PBS (pbap) (Entered: 08/21/2003) |