# EXHIBIT 2

## NDCs COMMON TO THE UNITED STATES AND CALIFORNIA

| DRUG LABEL NAME | NDC |
|---|---|
| ALBUTEROL 0.83 MG/ML SOLUTION | 49502069703 |
| ALBUTEROL 0.83 MG/ML SOLUTION | 49502069724 |
| ALBUTEROL 0.83 MG/ML SOLUTION | 49502069729 |
| ALBUTEROL 0.83 MG/ML SOLUTION | 49502069733 |
| ALBUTEROL 0.83 MG/ML SOLUTION | 49502069760 |
| ALBUTEROL 0.83 MG/ML SOLUTION | 49502069761 |
| ALBUTEROL 5 MG/ML SOLUTION | 49502010501 |
| ALBUTEROL 5 MG/ML SOLUTION | 49502019620 |
| ALBUTEROL 90 MCG INH REFILL | 49502030317 |
| ALBUTEROL 90 MCG INHALER | 49502030327 |
| ALBUTEROL 90 MCG INHALER | 49502033327 |
| CROMOLYN NEBULIZER SOLUTION | 49502068902 |
| CROMOLYN NEBULIZER SOLUTION | 49502068912 |
| CROMOLYN NEBULIZER SOLUTION | 49502068961 |
| IPRATROPIUM BR 0.02% SOLN | 49502068503 |
| IPRATROPIUM BR 0.02% SOLN | 49502068524 |
| IPRATROPIUM BR 0.02% SOLN | 49502068529 |
| IPRATROPIUM BR 0.02% SOLN | 49502068533 |
| IPRATROPIUM BR 0.02% SOLN | 49502068560 |
| IPRATROPIUM BR 0.02% SOLN | 49502068561 |

## CA-ONLY DEY NDCs

| DRUG LABEL NAME | NDC |
|---|---|
| ACETYLCYSTEINE 10% VIAL | 49502018104 |
| ACETYLCYSTEINE 10% VIAL | 49502018110 |
| ACETYLCYSTEINE 10% VIAL | 49502018130 |
| ACETYLCYSTEINE 20% VIAL | 49502018204 |
| ACETYLCYSTEINE 20% VIAL | 49502018210 |
| ACETYLCYSTEINE 20% VIAL | 49502018230 |
| METAPROTERENOL 0.6% SOLN | 49502067603 |
| METAPROTERENOL 0.6% SOLN | 49502067624 |

## US-ONLY NDCs

| DRUG LABEL NAME | NDC |
|---|---|
| ALBUTEROL 90 MCG INHALER | 49502033327 |
| ALBUTEROL 0.83 MG/ML SOLUTION | 49502069730 |
| IPRATROPIUM BR 0.02% SOLN | 49502068526 |
| IPRATROPIUM BR 0.02% SOLN | 49502068530 |
| IPRATROPIUM BR 0.02% SOLN | 49502068531 |
| IPRATROPIUM BR 0.02% SOLN | 49502068562 |