# EXHIBIT 5

# Pharmaceutical Benefits Under State Medical Assistance Programs

## 2007

Published by the
National Pharmaceutical Council, Inc.
1894 Preston White Drive
Reston, VA  20191-5433

©2007
by the National Pharmaceutical Council

## Drug Payments and Recipients, 2004

| State | Total Drug Payments | Total Drug Recipients | Drug Payments Per Recipient |
|---|---|---|---|
| *National Total* | *$39,475,607,168* | *27,548,578* | *$1,433* |
| Alabama | $597,327,339 | 543,088 | $1,100 |
| Alaska | $116,327,805 | 76,203 | $1,527 |
| Arizona | $4,530,961 | 8,013 | $565 |
| Arkansas | $396,483,799 | 422,930 | $937 |
| California | $4,611,537,385 | 3,173,781 | $1,453 |
| Colorado | $294,954,808 | 239,881 | $1,230 |
| Connecticut | $445,816,745 | 120,373 | $3,704 |
| Delaware | $120,225,182 | 104,380 | $1,152 |
| District of Columbia | $102,118,065 | 35,939 | $2,841 |
| Florida | $2,458,521,754 | 1,350,741 | $1,820 |
| Georgia | $1,156,607,078 | 1,276,736 | $906 |
| Hawaii | $110,739,727 | 41,918 | $2,642 |
| Idaho | $159,792,134 | 139,491 | $1,146 |
| Illinois | $1,684,843,071 | 1,488,375 | $1,132 |
| Indiana | $738,171,688 | 469,260 | $1,573 |
| Iowa | $366,931,835 | 273,391 | $1,342 |
| Kansas | $280,750,753 | 183,107 | $1,533 |
| Kentucky | $812,180,180 | 537,941 | $1,510 |
| Louisiana | $900,611,528 | 804,196 | $1,120 |
| Maine | $304,330,901 | 223,450 | $1,362 |
| Maryland | $429,074,160 | 213,731 | $2,008 |
| Massachusetts | $967,418,472 | 583,820 | $1,657 |
| Michigan | $777,599,687 | 624,745 | $1,245 |
| Minnesota | $363,035,295 | 213,727 | $1,699 |
| Mississippi | $666,491,588 | 581,702 | $1,146 |
| Missouri | $1,133,878,803 | 550,572 | $2,059 |
| Montana | $96,711,936 | 70,441 | $1,373 |
| Nebraska | $225,374,331 | 193,596 | $1,164 |
| Nevada | $128,676,465 | 90,740 | $1,418 |
| New Hampshire | $128,650,584 | 91,392 | $1,408 |
| New Jersey | $1,007,400,013 | 310,150 | $3,248 |
| New Mexico | $129,922,833 | 104,871 | $1,239 |
| New York | $4,598,090,640 | 2,724,003 | $1,688 |
| North Carolina | $1,555,955,045 | 1,071,753 | $1,452 |
| North Dakota | $59,815,955 | 46,768 | $1,279 |
| Ohio | $1,870,162,977 | 1,083,593 | $1,726 |
| Oklahoma | $396,855,999 | 421,476 | $942 |
| Oregon | $230,841,512 | 204,821 | $1,127 |
| Pennsylvania | $902,868,589 | 428,586 | $2,107 |
| Rhode Island | $162,380,466 | 58,153 | $2,792 |
| South Carolina | $651,239,970 | 611,557 | $1,065 |
| South Dakota | $83,907,246 | 71,736 | $1,170 |
| Tennessee | $2,337,847,829 | 1,196,000 | $1,955 |
| Texas | $2,202,193,332 | 2,679,025 | $822 |
| Utah | $192,049,879 | 191,562 | $1,003 |
| Vermont | $163,436,410 | 118,375 | $1,381 |
| Virginia | $578,855,766 | 314,942 | $1,838 |
| Washington | $653,547,751 | 448,290 | $1,458 |
| West Virginia | $360,089,285 | 289,762 | $1,243 |
| Wisconsin | $707,084,087 | 395,711 | $1,787 |
| Wyoming | $51,347,525 | 49,784 | $1,031 |

Source: CMS, MSIS Report, FY 2004.

# Rankings Based on Drug Payments

| State | 2004 Payments | Ranking | % of Total 2004 Medicaid Drug Payments | 2003 Payments | Ranking |
|---|---|---|---|---|---|
| California | $4,611,537,385 | 1 | 11.7% | $4,019,645,375 | 1 |
| New York | $4,598,090,640 | 2 | 11.7% | $4,000,289,361 | 2 |
| Florida | $2,458,521,754 | 3 | 6.2% | $2,062,349,922 | 3 |
| Texas | $2,337,847,829 | 4 | 5.9% | $1,772,766,619 | 5 |
| Tennessee | $2,202,193,332 | 5 | 5.6% | $1,921,877,468 | 4 |
| Ohio | $1,870,162,977 | 6 | 4.7% | $1,569,067,697 | 6 |
| North Carolina | $1,684,843,071 | 7 | 4.3% | $1,258,646,834 | 8 |
| Illinois | $1,555,955,045 | 8 | 3.9% | $1,263,258,395 | 7 |
| Georgia | $1,156,607,078 | 9 | 2.9% | $1,003,853,892 | 9 |
| Missouri | $1,133,878,803 | 10 | 2.9% | $953,324,877 | 10 |
| Massachusetts | $1,007,400,013 | 11 | 2.6% | $757,754,210 | 14 |
| Louisiana | $967,418,472 | 12 | 2.5% | $938,275,647 | 11 |
| Pennsylvania | $902,868,589 | 13 | 2.3% | $769,962,791 | 13 |
| New Jersey | $900,611,528 | 14 | 2.3% | $783,761,071 | 12 |
| Michigan | $812,180,180 | 15 | 2.1% | $693,988,604 | 16 |
| Kentucky | $777,599,687 | 16 | 2.0% | $753,841,353 | 15 |
| Indiana | $738,171,688 | 17 | 1.9% | $655,689,109 | 17 |
| Wisconsin | $707,084,087 | 18 | 1.8% | $610,280,050 | 18 |
| Washington | $666,491,588 | 19 | 1.7% | $568,265,605 | 20 |
| Mississippi | $653,547,751 | 20 | 1.7% | $597,415,127 | 19 |
| South Carolina | $651,239,970 | 21 | 1.7% | $559,908,608 | 21 |
| Alabama | $597,327,339 | 22 | 1.5% | $537,070,779 | 22 |
| Virginia | $578,855,766 | 23 | 1.5% | $506,529,241 | 23 |
| Connecticut | $445,816,745 | 24 | 1.1% | $402,380,645 | 24 |
| Maryland | $429,074,160 | 25 | 1.1% | $380,007,833 | 25 |
| West Virginia | $396,855,999 | 26 | 1.0% | $290,182,401 | 30 |
| Minnesota | $396,483,799 | 27 | 1.0% | $325,829,229 | 28 |
| Arkansas | $366,931,835 | 28 | 0.9% | $325,270,012 | 29 |
| Iowa | $363,035,295 | 29 | 0.9% | $336,444,933 | 27 |
| Oklahoma | $360,089,285 | 30 | 0.9% | $339,840,738 | 26 |
| Maine | $304,330,901 | 31 | 0.8% | $278,812,700 | 31 |
| Oregon | $294,954,808 | 32 | 0.8% | $251,367,181 | 33 |
| Colorado | $280,750,753 | 33 | 0.7% | $235,117,999 | 34 |
| Kansas | $230,841,512 | 34 | 0.6% | $251,539,420 | 32 |
| Nebraska | $225,374,331 | 35 | 0.6% | $197,698,309 | 35 |
| Utah | $192,049,879 | 36 | 0.5% | $146,490,144 | 36 |
| Rhode Island | $163,436,410 | 37 | 0.4% | $129,301,879 | 39 |
| Idaho | $162,380,466 | 38 | 0.4% | $141,126,655 | 37 |
| Vermont | $159,792,134 | 39 | 0.4% | $137,360,436 | 38 |
| New Hampshire | $129,922,833 | 40 | 0.3% | $108,079,641 | 43 |
| Delaware | $128,676,465 | 41 | 0.3% | $110,070,582 | 42 |
| Nevada | $128,650,584 | 42 | 0.3% | $117,004,510 | 40 |
| New Mexico | $120,225,182 | 43 | 0.3% | $110,942,313 | 41 |
| Alaska | $116,327,805 | 44 | 0.3% | $99,756,988 | 44 |
| Hawaii | $110,739,727 | 45 | 0.3% | $96,404,644 | 45 |
| Montana | $102,118,065 | 46 | 0.3% | $82,817,543 | 47 |
| District of Columbia | $96,711,936 | 47 | 0.2% | $86,637,045 | 46 |
| South Dakota | $83,907,246 | 48 | 0.2% | $72,883,705 | 48 |
| North Dakota | $59,815,955 | 49 | 0.2% | $56,433,414 | 49 |
| Wyoming | $51,347,525 | 50 | 0.1% | $42,551,196 | 50 |
| Arizona | $4,530,961 | 51 | 0.0% | $4,139,726 | 51 |

Source: CMS, MSIS Report, FY 2003 and FY 2004.