# Exhibit A

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


In Re:                          )
PHARMACEUTICAL INDUSTRY         ) CA No. 01-12257-PBS
AVERAGE WHOLESALE PRICE         ) MDL No. 1456
LITIGATION                      ) Pages 1 - 35




                 STATUS CONFERENCE

         BEFORE THE HONORABLE PATTI B. SARIS
            UNITED STATES DISTRICT JUDGE




                      United States District Court
                      1 Courthouse Way, Courtroom 19
                      Boston, Massachusetts
                      July 17, 2007, 2:45 p.m.




                 LEE A. MARZILLI
              OFFICIAL COURT REPORTER
            United States District Court
            1 Courthouse Way, Room 3205
                Boston, MA  02210
                  (617)345-6787
```

THE COURT: Well, let me just -- the one thing I learned from the other case is, this is resolved company by company, drug by drug, NDC by NDC, and quarter by quarter.

MR. DODDS: And we agree with that, your Honor. We agree with that.

THE COURT: And it was hugely -- once you're in the weeds, you are way deep in the weeds, all right. So there are some crosscutting issues which for the most part I've resolved. If you think I'm wrong, you'll either save your objection or you'll persuade me I'm wrong, but basically I've dealt with the crosscutting. I've got to get company by company. So are you telling me that these -- I don't even know very much about them -- that these are self-administered drugs?

MR. DODDS: No, no, no, your Honor. Here's what I'm saying. There still were physician-administered drugs. Here's all I'm saying, and I apologize for being unclear. Here's all I'm saying. If what we're going to be doing is -- what is left to be argued, at least before today -- we had our sort of crosscutting class certification hearing with respect to Track Two in September, and your Honor recognized at that time that individual defendants had individual issues that would be addressed at some point in time.

THE COURT: Right.

MR. DODDS: We were talking at that point in time,