# Exhibit A

EXHIBIT
NY Counties
Defendants 2
3/19/08

# Federal Upper Limit System

Product Group : 1067
Strengths : 100MG
Routes : ORAL
Ingredients : METOPROLOL TARTRATE

Package Size : 100
Dosage : TABLET
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
|  | 0.00000 | 0.65400 | 0.00000 | M | 00904/7947/60 | MAJOR PHARMACEUTICALS |  |
|  | 0.00000 | 0.65400 | 0.00000 | M | 00904/7773/60 | MAJOR PHARMACEUTICALS |  |
|  | 0.00000 | 0.65400 | 0.06180 | B | 00904/7947/60 | MAJOR PHARMACEUTICALS |  |
|  | 0.00000 | 0.65400 | 0.06180 | R | 00904/7947/60 | MAJOR PHARMACEUTICALS |  |
|  | 0.00000 | 0.65400 | 0.18460 | R | 00904/7773/60 | MAJOR PHARMACEUTICALS |  |
|  | 0.00000 | 0.65400 | 0.21110 | B | 00904/7773/60 | MAJOR PHARMACEUTICALS |  |
|  | 0.00000 | 0.67410 | 0.00000 | B | 55370/0821/07 | MOVA LABORATORIES INC. |  |
|  | 0.00000 | 0.67860 | 0.00000 | B | 00603/4628/21 | QUALITEST PRODUCTS, INC. |  |
|  | 0.00000 | 0.67860 | 0.00000 | M | 00603/4628/21 | QUALITEST PRODUCTS, INC. |  |
|  | 0.00000 | 0.67860 | 0.00000 | R | 00603/4628/21 | QUALITEST PRODUCTS, INC. |  |
|  | 0.00000 | 0.69750 | 0.00000 | M | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. |  |
|  | 0.00000 | 0.69750 | 0.00000 | R | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. |  |
|  | 0.00000 | 0.73850 | 0.00000 | B | 64376/0503/01 | BOCA PHARMACAL, INC. |  |
|  | 0.00000 | 0.73850 | 0.00000 | M | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO |  |
| T | 0.00000 | 0.73850 | 0.00000 | M | 64376/0503/01 | BOCA PHARMACAL, INC. |  |
| T | 0.00000 | 0.73850 | 0.05690 | B | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO |  |
| T | 0.00000 | 0.73850 | 0.05690 | R | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO |  |
|  | 0.00000 | 0.73990 | 0.00000 | M | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. |  |
|  | 0.00000 | 0.73990 | 0.05440 | R | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. |  |
|  | 0.00000 | 0.76300 | 0.00000 | M | 00677/1483/01 | UNITED RESEARCH LABORATORIES |  |
| T | 0.00000 | 0.76300 | 0.06090 | B | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY |  |
| T | 0.00000 | 0.76300 | 0.06090 | M | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY |  |
|  | 0.00000 | 0.76300 | 0.06090 | R | 00677/1483/01 | UNITED RESEARCH LABORATORIES |  |
|  | 0.00000 | 0.76300 | 0.08600 | R | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY |  |
|  | 0.00000 | 0.76300 | 0.00000 | B | 00677/1483/01 | UNITED RESEARCH LABORATORIES |  |
|  | 0.00000 | 0.80100 | 0.00000 | B | 52544/0463/01 | WATSON PHARMACEUTICALS |  |
|  | 0.00000 | 0.80100 | 0.00000 | M | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. |  |
|  | 0.00000 | 0.80100 | 0.00000 | M | 52544/0463/01 | WATSON PHARMACEUTICALS |  |
|  | 0.00000 | 0.80100 | 0.00000 | R | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. |  |
| T | 0.00000 | 0.80100 | 0.07250 | R | 52544/0463/01 | WATSON PHARMACEUTICALS |  |
|  | 0.00000 | 0.94280 | 0.00000 | B | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. |  |
|  | 0.00000 | 0.94280 | 0.78570 | M | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. |  |
|  | 0.00000 | 0.94284 | 0.78570 | R | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. |  |
|  | 0.00000 | 1.15260 | 0.00000 | B | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. |  |
|  | 0.00000 | 1.15260 | 0.96050 | M | 00028/0071/01 | NOVARTIS PHARMACEUTICALS |  |
|  | 0.00000 | 1.15260 | 0.96050 | R | 00028/0071/01 | NOVARTIS PHARMACEUTICALS |  |
| T | 0.00520 | 0.73990 | 0.05440 | B | 00028/0071/01 | NOVARTIS PHARMACEUTICALS |  |
|  | 0.10500 | 0.69750 | 0.09880 | B | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. |  |
|  | 0.55070 | 0.65400 | 0.00000 | M | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. |  |
|  | 0.55070 | 0.65400 | 0.52320 | B | 59772/3693/02 | APOTHECON INC |  |
|  | 0.55070 | 0.65400 | 0.52320 | R | 59772/3693/02 | APOTHECON INC |  |

FULs Price : .0816
Percent Difference : -36.74
High Price : 1.15260

Prior FULs Price : .1290
Source Code : R
Low Price : .05440

Handwritten notes:
- Notes srch soon
- due
- called (yes)
- discontinued (they no longer manufacture)
- 8/22 - FUL looks ok - 4 WACs all less than avr price
- .05440 Geneva NDC B
- × 150
- .0816 New FUL
- 10/17/0_
- .0609
- × 150 %
- .0914 New FUL
- Seg

08/15/2001

Case 1:01-cv-12257-PBS Document 6751-2 Filed 12/09/09 Page 3 of 5
Case 4:01-cv-12574-PBS Document 6084-1 Filed 05/28/2009 Page 33 of 36

# Federal Upper Limit System

**EXHIBIT** NY Counties Defendants 5 3/19/08

Product Group : 349
Strengths : 0.5MG
Routes : ORAL
Ingredients : CLONAZEPAM

Package Size : 100
Dosage : TABLET
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| | 0.00000 | 0.69230 | 0.00000 | M | 00904/5342/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.69230 | 0.07990 | B | 00904/5342/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.69230 | 0.07990 | R | 00904/5342/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.71370 | 0.00000 | B | 00185/0063/01 | EON LABS MANUFACTURING, INC. | |
| | 0.00000 | 0.71370 | 0.00000 | B | 62037/0952/01 | ANDRX PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.71370 | 0.00000 | M | 00185/0063/01 | EON LABS MANUFACTURING, INC. | |
| | 0.00000 | 0.71370 | 0.00000 | M | 62037/0952/01 | ANDRX PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.71370 | 0.00000 | R | 00185/0063/01 | EON LABS MANUFACTURING, INC. | |
| | 0.00000 | 0.71370 | 0.00000 | R | 62037/0952/01 | ANDRX PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.74900 | 0.00000 | B | 52544/0746/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.74900 | 0.00000 | B | 49884/0495/01 | PAR PHARMACEUTICAL INC | |
| | 0.00000 | 0.74900 | 0.00000 | M | 00093/0832/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.74900 | 0.00000 | M | 49884/0495/01 | PAR PHARMACEUTICAL INC | |
| | 0.00000 | 0.74900 | 0.00000 | M | 52544/0746/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.74900 | 0.00000 | R | 00093/0832/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.74900 | 0.00000 | R | 52544/0746/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.74900 | 0.00000 | R | 49884/0495/01 | PAR PHARMACEUTICAL INC | |
| | 0.00000 | 0.74910 | 0.00000 | M | 00228/3003/11 | PUREPAC PHARMACEUTICAL COMPANY | |
| | 0.00000 | 0.74910 | 0.16370 | B | 00228/3003/11 | PUREPAC PHARMACEUTICAL COMPANY | |
| | 0.00000 | 0.74910 | 0.16370 | R | 00228/3003/11 | PUREPAC PHARMACEUTICAL COMPANY | |
| | 0.00000 | 0.74950 | 0.00000 | M | 00378/1910/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.74950 | 0.00000 | R | 00378/1910/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.74950 | 0.18400 | B | 00378/1910/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.84768 | 0.70640 | B | 00004/0068/01 | HOFFMANN-LA ROCHE INC | |
| | 0.00000 | 0.84770 | 0.00000 | M | 00004/0068/01 | HOFFMANN-LA ROCHE INC | |
| | 0.00000 | 0.84770 | 0.70640 | R | 00004/0068/01 | HOFFMANN-LA ROCHE INC | |
| T | 0.09890 | 0.74900 | 0.09310 | B | 00093/0832/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.59990 | 0.68390 | 0.56990 | R | 62269/0353/24 | INVAMED, INC. | |
| | 0.59990 | 0.71237 | 0.56990 | B | 62269/0353/24 | INVAMED, INC. | |
| | 0.59990 | 0.71240 | 0.00000 | M | 62269/0353/24 | INVAMED, INC. | |

FULs Price : .1199 .2455
Percent Difference : -56.56
High Price : .84770

Prior FULs Price : .2760
Source Code : R
Low Price : .07990

---

8/15 - 4 WACs are less than av FUL - looks ok

.1637 (Purepac NDC) R
× 1.50
─────────
.2455 → New FUL

nyco def 5

08/01/2001

# Federal Upper Limit System



EXHIBIT
NY Counties
Defendants 6
3/19/08

Product Group : 959
Strengths : 1MG
Routes : ORAL
Ingredients : LORAZEPAM

Package Size : 100
Dosage : TABLET
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
|   | 0.00000 | 0.82950 | 0.00000 | M | 00904/1501/60 | MAJOR PHARMACEUTICALS |   |
|   | 0.00000 | 0.82950 | 0.19990 | B | 00904/1501/60 | MAJOR PHARMACEUTICALS |   |
| P | 0.00000 | 0.82950 | 0.19990 | R | 00904/1501/60 | MAJOR PHARMACEUTICALS |   |
|   | 0.00000 | 0.83770 | 0.00000 | B | 59911/5812/01 | ESI LEDERLE INC. |   |
|   | 0.00000 | 0.83770 | 0.00000 | B | 52544/0333/01 | WATSON PHARMACEUTICALS |   |
|   | 0.00000 | 0.83770 | 0.00000 | M | 00781/1404/01 | GENEVA PHARMACEUTICALS, INC., |   |
| P | 0.00000 | 0.83770 | 0.00000 | M | 59911/5812/01 | ESI LEDERLE INC. |   |
|   | 0.00000 | 0.83770 | 0.00000 | M | 52544/0333/01 | WATSON PHARMACEUTICALS |   |
| P | 0.00000 | 0.83770 | 0.00000 | M | 00677/1057/01 | UNITED RESEARCH LABORATORIES |   |
|   | 0.00000 | 0.83770 | 0.00000 | R | 52544/0333/01 | WATSON PHARMACEUTICALS |   |
|   | 0.00000 | 0.83770 | 0.00000 | R | 59911/5812/01 | ESI LEDERLE INC. |   |
|   | 0.00000 | 0.83770 | 0.38120 | B | 00677/1057/01 | UNITED RESEARCH LABORATORIES |   |
|   | 0.00000 | 0.83770 | 0.38120 | R | 00677/1057/01 | UNITED RESEARCH LABORATORIES |   |
|   | 0.00000 | 0.83770 | 0.38190 | R | 00781/1404/01 | GENEVA PHARMACEUTICALS, INC., |   |
|   | 0.00000 | 0.88000 | 0.00000 | B | 52544/0241/01 | WATSON PHARMACEUTICALS |   |
|   | 0.00000 | 0.88000 | 0.00000 | M | 52544/0241/01 | WATSON PHARMACEUTICALS |   |
|   | 0.00000 | 0.88000 | 0.00000 | R | 52544/0241/01 | WATSON PHARMACEUTICALS |   |
|   | 0.00000 | 0.88250 | 0.00000 | M | 00378/0457/01 | MYLAN PHARMACEUTICALS, INC. |   |
|   | 0.00000 | 0.88250 | 0.00000 | M | 00228/2059/10 | PUREPAC PHARMACEUTICAL COMPANY |   |
|   | 0.00000 | 0.88250 | 0.38190 | B | 00228/2059/10 | PUREPAC PHARMACEUTICAL COMPANY |   |
|   | 0.00000 | 0.88250 | 0.38190 | R | 00228/2059/10 | PUREPAC PHARMACEUTICAL COMPANY |   |
|   | 0.00000 | 0.88250 | 0.40200 | B | 00378/0457/01 | MYLAN PHARMACEUTICALS, INC. |   |
|   | 0.00000 | 0.88750 | 0.00000 | R | 00378/0457/01 | MYLAN PHARMACEUTICALS, INC. |   |
|   | 0.45770 | 0.83770 | 0.38190 | B | 00781/1404/01 | GENEVA PHARMACEUTICALS, INC., |   |
|   | 0.86770 | 1.08460 | 0.00000 | M | 00008/0064/02 | WYETH LABORATORIES |   |
|   | 0.86770 | 1.08460 | 0.00000 | R | 00008/0064/02 | WYETH LABORATORIES |   |
|   | 0.86770 | 1.08462 | 0.86770 | B | 00008/0064/02 | WYETH LABORATORIES |   |

Price : .2999  .5718
Amount Difference : -47.55
High Price : 1.08462

Prior FULs Price : .5718
Source Code : B
Low Price : .19990

***FULs Price not greater than another supplier***

8/1 → FUL looks ok - five suppliers are less than our price

.38120 (URL NDC) R
× 150
―――――
.5718
↓ New FUL

HHD175-2110   L

# Federal Upper Limit System


EXHIBIT
NY Counties
Defendants 7
DW 3/19/08

Product Group : 250
Strengths : 500MG
Routes : ORAL
Ingredients : CEFADROXIL/CEFADROXIL HEMIHYDRATE

Package Size : 100
Dosage : CAPSULE
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| | 0.00000 | ~~2.84650~~ | ~~0.00000~~ | M | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| P | ~~0.00000~~ | ~~2.84650~~ | ~~0.00000~~ | M | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | (0.84990) | B | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| P | ~~0.00000~~ | ~~2.84650~~ | ~~0.84990~~ | B | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| P | ~~0.00000~~ | ~~2.84650~~ | ~~2.29950~~ | R | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | ~~3.19950~~ | ~~0.00000~~ | M | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 0.00000 | R | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | (2.12330) | B | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | ~~3.27950~~ | ~~0.00000~~ | M | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | ~~3.27950~~ | ~~1.95500~~ | B | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | (1.95500) | R | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | ~~3.27950~~ | ~~2.12900~~ | B | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | (2.12900) | R | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 2.56840 | ~~3.05000~~ | ~~0.00000~~ | M | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | ~~3.05000~~ | ~~2.44000~~ | B | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | (2.44000) | R | 59772/7271/04 | APOTHECON INC | |

FULs Price : ~~4.2749~~ 2.9000
Percent Difference : 0.00
High Price : 3.27950

Prior FULs Price : .0000
Source Code : B
Low Price : .84990

**\*\*\*FULs Price not greater than another supplier\*\*\***

7/25 - FUL was too low at 1.2749, but when I raised it, it became = to Major's AWP - delete for now

HHD175-0009