UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*The State of Mississippi v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, Civil Action No. 09-12063-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Bowler |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), please enter the appearance of, and deem admitted *pro hac vice*, as Counsel of Record on behalf of Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc., in the above captioned matter:

>Kristopher S. Ritter
>KIRKLAND & ELLIS LLP
>300 North LaSalle Street
>Chicago, Illinois 60654
>Telephone:     312-862-2000
>Facsimile:     312-862-2200
>kristopher.ritter@kirkland.com

Mr. Ritter is an associate at the law firm of Kirkland & Ellis LLP.  Mr. Ritter is not a member of the bar of the United States District Court for the District of Massachusetts.  Mr. Ritter is a member in good standing of the bars of the following courts:

>The Supreme Court of Illinois

>The United States District Court for the Northern District of Illinois

>The United States Court of Appeals for the Seventh Circuit

>The United States District Court for the Western District of Tennessee

Attached hereto as Exhibit A is the Affidavit of Kristopher S. Ritter setting forth his qualifications for *pro hac vice* admission.

The appropriate filing fee has been submitted to the Clerk of the Court under separate cover.

Dated: December 11, 2009

Respectfully Submitted,

By: */s/ Richard Goldstein*
Bruce Singal, BBO #464420
Richard Goldstein, BBO #565482
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090

**CERTIFICATE OF SERVICE**

I, Richard Goldstein, hereby certify that on this 11th day of December, 2009, this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants.

*/s/ Richard Goldstein*
Richard Goldstein