# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*The State of Mississippi v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, Civil Action No. 09-12063-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Bowler |

## AFFIDAVIT OF KRISTOPHER S. RITTER

I, Kristopher S. Ritter, depose and state as follows:

1. I am an attorney at law licensed to practice in the State of Illinois. I was admitted to the Illinois Bar in November 2006. I am also admitted to practice in the United States District Courts for the Northern District of Illinois and the Western District of Tennessee, as well as the United States Court of Appeals for the Seventh Circuit.

2. I am a resident of Illinois and have been a practicing attorney for three years.

3. I am currently an attorney at the law firm of Kirkland & Ellis LLP.

4. I am a member in good standing of the Illinois Bar and am duly licensed and admitted to practice law by the State of Illinois. My Illinois attorney identification number is 6290572.

5. I have never been suspended or disbarred in any jurisdiction and there are no disciplinary actions pending against me.

6. My clients, Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc. (collectively the "Boehringer Defendants"), in the above-captioned action, have requested that I represent their interests in this

matter. The Boehringer Defendants have been my clients since February 2009, and I have been actively involved in representing the Boehringer Defendants' interests since that time.

7.      If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will continue to represent the Boehringer Defendants in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and amendable to disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury this 10th day of December, 2009.

_____
Kristopher S. Ritter