UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*, Civil Action No. 09-CV-10547, and<br><br>*United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*, Civil Action No. 00-CV-10698 | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 06-11337 |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF OBJECTIONS TO SETTLEMENT BETWEEN CALIFORNIA, FLORIDA, AND RELATOR VEN-A-CARE OF THE FLORIDA KEYS ON BEHALF OF ITSELF AND THE UNITED STATES AND SCHERING-PLOUGH, SCHERING AND WARRICK**

PLEASE TAKE NOTICE that, for the reasons set forth below, plaintiffs, the City of New York and New York Counties, hereby withdraw their Objections to the Settlement Between California, Florida, and Relator Ven-A-Care of the Florida Keys on Behalf of Itself and the United States and Schering-Plough, Schering and Warrick [Docket Nos. 6435 and 6502]. Plaintiffs withdraw their objections given the following: (a) the parties' Stipulation of Dismissal with Prejudice of Schering-Plough Corporation, Schering Corporation and Warrick Pharmaceuticals Corporation, filed December 7, 2009 (hereinafter referred to as "Stipulation of Dismissal") [Docket No. 6743]; (b) the parties' revised proposed order, annexed hereto as Exhibit A, which plaintiffs understand the parties are filing today with the Court, and which plaintiffs further understand replaces the previously filed proposed order attached as Exhibit B to

the Stipulation of Dismissal [Docket No. 6743]; and (c) the Department of Justice's consent to the settlement filed December 8, 2009 [Docket No. 6746].

Dated:  December 11, 2009  Respectfully submitted,

**City of New York and New York Counties in MDL 1456 except Nassau and Orange by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala
By:    Joanne M. Cicala


Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

2

## CERTIFICATE OF SERVICE

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  December 11, 2009

> _/s/  Kathryn B. Allen_
> Kathryn B. Allen
> Kirby McInerney LLP
> 825 Third Avenue,16th Floor
> New York, NY 10022
> (212) 371-6600