UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 06-11337 <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* <br> Case No: 1:03-cv-11226-PBS | ) <br> ) <br> ) <br> ) <br> ) |

**STATE OF CALIFORNIA'S MOTION FOR DISMISSAL OF SCHERING-PLOUGH CORPORATION AND WARRICK PHARMACEUTICAL CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a)(2), by and through its counsel, the State of California moves for an Order of the Court dismissing defendants Schering-Plough Corporation and Warrick Pharmaceutical Corporation (the "Warrick Defendants") from the above-entitled action. In support of this motion, the parties state as follows:

1. The Warrick Defendants are named as defendants in the above-referenced action.

2. The State of California has entered into a Settlement Agreement and Release ("Agreement") with the Warrick Defendants.

3. Subject to, and as expressly limited by the terms of that Agreement, all claims asserted by the State of California against the Warrick Defendants in the above-entitled action are hereby dismissed with prejudice.

4. The parties agreed that each party will bear its own costs.

5. The dismissal has no effect on the State of California's claims or allegations against any party other than the Warrick Defendants in this action.

1

6.       The Warrick Defendants consent to this motion, as does the relator Ven-A-Care.

WHEREFORE, the parties jointly request that the Court enter an Order dismissing Schering-Plough Corporation and Warrick Pharmaceutical Corporation with prejudice. A proposed Order of dismissal is attached.

Dated: December 11, 2009                Respectfully submitted,

                                                          EDMUND G. BROWN JR.
                                                          Attorney General for the State of California

                                                          By:   /s/ *Nicholas N. Paul*
                                                               NICHOLAS N. PAUL
                                                               CA State Bar No: 190605
                                                               Supervising Deputy Attorney General
                                                               Bureau of Medi-Cal Fraud and Elder Abuse
                                                               Office of The Attorney General
                                                               1455 Frazee Road, Suite 315
                                                               San Diego, California 92108
                                                               Telephone: (619) 688-6099
                                                               Fax: (619) 688-4200

                            **Attorneys for Plaintiff,**
                            **STATE OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

I, Nicholas N. Paul, hereby certify that on December 11, 2009, I caused a true and correct copy of the foregoing, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

       /s/ Nicholas N. Paul     .
NICHOLAS N. PAUL
Supervising Deputy Attorney General