# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) | **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** ) | **Master File No. 01-12257-PBS** |
| **AVERAGE WHOLESALE PRICE LITIGATION** ) | **Subcategory Case No. 06-11337** |
| _____ ) | |
| ) | **Judge Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:** ) | |
| *State of California, ex rel. Ven-A-Care of the Florida* ) | |
| *Keys, Inc. v. Abbott Laboratories, Inc., et al.* ) | |
| Case No:  1:03-cv-11226-PBS ) | |
| _____ ) | |

### [PROPOSED] ORDER OF DISMISSAL OF SCHERING-PLOUGH CORPORATION AND WARRICK PHARMACEUTICAL CORPORATION

The Motion for Dismissal of Schering-Plough Corporation and Warrick Pharmaceutical

Corporation is hereby GRANTED.  Defendants Schering-Plough Corporation and Warrick

Pharmaceutical Corporation are hereby dismissed with prejudice from the above-entitled action.

SO ORDERED.

Dated:_____          _____
Honorable Patti B. Saris
United States District Court Judge