UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                              X
                                              :
IN RE PHARMACEUTICAL INDUSTRY AVERAGE         :    01-CV-12257- PBS
WHOLESALE PRICE LITIGATION                    :    MDL No. 1456
                                              X
```

## NOTICE OF APPEARANCE

Kindly enter my appearance in the above referenced matter on behalf of the Objector, James W. Wilson.

          Respectfully submitted,
          James W. Wilson,
          By his Attorney,


          _/s/ James P. Duggan_____
          James P. Duggan
          BBO No. 137500
          50 Congress Street
          Suite 525
          Boston, MA 02109
          617-523-7222

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of December, 2009, served a copy of the foregoing Notice of Appearance upon all counsel of record by ECF.


          __/s/ James P. Duggan_____
          James P. Duggan