UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) <br> ) MDL No. 1456 <br> ) Master File No. 01-CV-12257-PBS <br> ) <br> ) Judge Patti B. Saris <br> ) |
| THIS DOCUMENT RELATES TO: <br> United States of America ex rel Linette Sun and Greg Hamilton, et al., Relators, v. Baxter Hemoglobin Therapeutics, et al., Defendants. <br> Civil Case No.: 1:08-CV-11200-PBS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MARK CORRERO

Please withdraw the appearance of Mark A. Correro as counsel for the relators Linnette Sun and Greg Hamilton. These relators will continue to be represented by other attorneys of record at the Law Office of Mark Allen Kleiman, who have been admitted to the Court by *pro hac vice* application.

Respectfully Submitted,

Dated: December 15, 2009

By:   /s/ Mark Allen Kleiman
 Mark Allen Kleiman
 (California State Bar # 115919)
 Law Office of Mark Allen Kleiman
 2907 Stanford Avenue
 Venice, California 90292
 310.306-8094
 mkleiman@quitam.org

## Certificate of Service

      I certify that a true and correct copy of this document has been served upon all counsel of record in this case via the electronic filing system of the United States District Court for the District of Massachusetts on December 15, 2009.

                                                 /s/ Mark Allen Kleiman
                                                  Mark Allen Kleiman