UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATED TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### KLINE & SPECTER, P.C.'S AMENDMENT OF COSTS SUBMISSION

Kline & Specter, P.C. hereby amends its costs submission by subtracting $406.58 in expenses.[1]

Date: December 15, 2009

Respectfully submitted,

*[signature]*

Shanin Specter, Esquire
**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
215-772-1000 telephone
215-735-0957 facsimile

---

[1] It was recently discovered that Donald E. Haviland, Jr., a then associate at Kline & Specter, submitted a request for "reimbursement" of $406.58 for food and lodging on August 23, 2004 to the firm's accounting department and was paid that amount. Those costs were never paid by Mr. Haviland. Instead, they were paid by the firm through Mr. Haviland's use of the firm's American Express card.

## CERTIFICATE OF SERVICE

I, Kathleen Spurka, hereby certify that on this date, I caused a true and correct copy of the foregoing, Kline & Specter, P.C.'s Amendment of Costs Submission, to be delivered to all counsel of record via LexisNexis File & Serve for filing\posting and notification to all parties.


Dated: December 15, 2009                          _____
                                                             Kathleen Spurka