## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories*, Civil Action No. 06-11337-PBS | |

### JOINT NOTICE OF CONTINUANCE OF DAUBERT HEARING

PLEASE TAKE NOTICE that the parties to the above-captioned case have conferred on dates for the continuance of the *Daubert* hearing of Dr. Mark G. Duggan. The Court had suggested two of the following three dates: January 22, 26, and 27. The best available dates for the parties are January 22, 2010 and January 26, 2010. Therefore, the parties request the Court continue the *Daubert* hearing of Dr. Duggan to January 22 and January 26. The parties understand the hearing will begin at 2:00 p.m. on both dates given the Court's schedule.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY | TONY WEST<br>ASSISTANT ATTORNEY GENERAL |

| | |
|---|---|
| George B. Henderson, II<br>Assistant U.S. Attorney<br>United States Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Renée Brooker<br>Joyce R. Branda<br>Daniel Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca Ford<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| JEFFREY H. SLOMAN<br>ACTING UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ann St. Peter-Griffith<br>Special Assistant U.S. Attorneys<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | |

Dated: December 16, 2009

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **JOINT NOTICE OF CONTINUANCE OF DAUBERT HEARING** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                         /s/ Renée Brooker

Dated: December 16, 2009         Renée Brooker