# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>Case No: 1:03-cv-11226-PBS | Judge Patti B. Saris<br><br>Magistrate Judge<br>Marianne B. Bowler |

## PLAINTIFFS' ERRATA TO MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs respectfully submit this correction to their Memorandum of Law in Support of Motion for Partial Summary Judgment (Master Docket No. 6686, Subdocket No. 548).

| **Page** | **Original Cite** | **Corrected Cite** |
|---|---|---|
| Page 13, Paragraph 1 | CA Dey SOF, ¶ 27 | CA Dey SOF, ¶ 23 |
| Page 13, Paragraph 1 | CA Mylan SOF, ¶ 25 | CA Mylan SOF, ¶ 22 |
| Page 13, Paragraph 2 | CA Mylan SOF, ¶ 26 | CA Mylan SOF, ¶ 23 |
| Page 14, Paragraph 2 | CA Mylan SOF, ¶ 27 | CA Mylan SOF, ¶ 24 |
| Page 14, Footnote 10 | CA Mylan SOF, ¶ 28 | CA Mylan SOF, ¶ 25 |
| Page 18, Paragraph 2 | CA Dey SOF, ¶ 27 | CA Dey SOF, ¶ 23 |
| Page 18, Paragraph 2 | CA Mylan SOF, ¶ 25 | CA Mylan SOF, ¶ 22 |
| Page 18, Paragraph 2 | CA Mylan SOF, ¶ 27 | CA Mylan SOF, ¶ 24 |

Dated: December 16, 2009	Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: __/s/ Nicholas N. Paul_____
    NICHOLAS N. PAUL
    CA State Bar No. 190605
    Supervising Deputy Attorney General
    Bureau of Medi-Cal Fraud and Elder Abuse
    Office of the Attorney General
    1455 Frazee Road, Suite 315
    San Diego, CA 92108
    Telephone: (619) 688-6026
    Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 16, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

__/s/ Nicholas N. Paul_____
NICHOLAS N. PAUL