# EXHIBIT A

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
## *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Bailey, Glenda** 30(b)(6) - CMS | CMS, Office of Strategic Operations and Regulatory Affairs – Correspondence Management. Handler of document subpoena and production requests. | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, MDL 1456 ("MDL Abbott Case"). *See* Exhibit E. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 3/20/2007 | Abbott, Schering-Plough, Schering, Warrick, Dey, Roxane, Boehringer Ingelheim, AztraZeneca, Baxter. *See* Exhibit E-1. |
| **Bassano, Amy** | CMS – Director of Practitioner Services (2006 - ), Director of Ambulatory Services (2005-2006); HCFA, Office of Legislation (1999-2000). | MDL Abbott Case. *See* Exhibit F. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 11/7/2007 | Abbott, Dey, Roxane, Boehringer Ingelheim, Baxter. *See* Exhibit F-1. |
| **Berenson, Robert** | HCFA – Deputy Administrator (2000-2001); HCFA Center for Health plans and Providers – Director (1998-2001) | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit G. | 12/18/2007 | Schering, Schering-Plough, Warrick, Abbott, Bristol-Myers Squibb, Dey Inc, Dey LP, Mylan, Roxane, Boehringer Ingelheim. *See* Exhibit G-1. |
| **Booth, Charles** | Director of the Office of Hospital Policy, Bureau of Policy Development; director of Financial services in the Office of Financial Management for the HCFA | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit H. | 4/23/07, 10/29/07 | *Day 1 (4/23/07)*: Schering, Schering-Plough, Warrick, Baxter, Abbott, Sandoz, AstraZeneca, Johnson & Johnson, Bristol-Myers Squibb, Dey Inc, Dey LP, Par, Aventis, Roxane Laboratories, Boehringer Ingelheim, GlaxoSmithKline, Amgen. *See* Exhibit H-1. |
| **Bowen, Maryann** | Office of Information Services, CMS, management-type functions-personnel training, administrative functions of running the facility | MDL Abbott Case. *See* Exhibit I. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 6/5/2007 | Abbott, Dey, Mylan, Baxter. *See* Exhibit I-1. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
## *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Buto, Kathleen** | Director - HCFA, Office of Executive Operations | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit J. | 9/12/07, 9/13/07 | *Day 1 (9/12/07):* Abbott, Sandoz, Johnson & Johnson, BMS, Dey, Mylan, Roxane, Boehringer-Ingelheim, Aventis, Sanofi Synthelabo, Schering, Schering-Plough, Warrick, Baxter. *See* Exhibit J-1. *Day 2 (9/12/07):* same as previous day. *See* Exhibit J-1. |
| **Bruce, Tamara** 30(b)(6) | Technical Director, CMS, Drug Rebates Operations Division of State Systems | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*, MDL 1456 ("MDL Dey Case"). *See* Exhibit K. | Not found on Lexis/Nexis. Appearances by at least one generic manufacturer defendant. | 11/6/2008 | Dey. *See* Exhibit K. |
| **Bryant, Joseph** 30(b)(6) | Vital Records Liaison, CMS – Custodian of Records | MDL Abbott Case. *See* Exhibit L. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 11/15/2007 | Abbott, Dey Inc, Dey LP, Roxane, Boehringer Ingelheim. *See* Exhibit L-1. |

2

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
## *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| DeParle, Nancy Ann | Administrator of HCFA 1997-2000 | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit H. | 5/18/07, 12/5/07 | *Day 1 (5/18/07):* Abbott, Schering-Plough, Schering, Warrick, Sandoz, Johnson & Johnson, Dey, Mylan, Roxane, Boehringer Ingelheim, Aventis, AztraZeneca, Amgen, Baxter. *See* Exhibit H-2.<br><br>*Day 2 (12/5/07):* Abbott, Schering-Plough, Schering, Warrick, Sandoz, Johnson & Johnson, Dey, Mylan, Roxane, Boehringer Ingelheim, Aventis, AztraZeneca, Amgen, Baxter, GlaxoSmithKline. *See* Exhibit H-2. |
| Duzor, Deidre | Director of Quality Systems Management, CMS, Director of Pharmacy Division for Medicaid at CMS | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit M. | 10/30/07, 3/26/08 | *Day 1 (10/30/07):* Abbott, Bristol-Myers Squibb, Dey Inc, Dey LP, Mylan, Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick, Baxter. *See* Exhibit M-1. |
| Gaston, Sue | HCFA-Health Insurance Specialist, Team lead for dispute resolution of Medicaid | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit N. | 1/24/08, 3/19/08 | *Day 1 (1/24/08):* Abbott, Aventis, Sanofi Sythelabo, BMS, Dey, Mylan, Boehringer Ingelheim, Roxane, Sandoz, Endo, Ethex, Schering, Schering-Plough, Warrick. *See* Exhibit N-1.<br><br>*Day 2 (3/19/08):* Abbott, Aventis, Sanofi Sythelabo, BMS, Dey, Mylan, Boehringer Ingelheim, Roxane, Sandoz, Ethex, Schering, Schering-Plough, Warrick. *See* Exhibit N-1. |

3

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
*In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Gustafson, Tom** | CMS, Deputy Director (2003-2007); HFCA, Hospital and Ambulatory Policy Group (1998-2003); HFCA, Office of Research and Demonstrations (1996-1998); HFCA, Office of Legislation and Policy (1985-1996) | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit O. | 9/28/07, 12/17/07 | *Day 1 (9/28/07):* Abbott, Sandoz, Bristol-Myers Squibb, Dey Inc, Dey LP, Mylan, Roxane, Boehringer Ingelheim, Aventis and Sanofi Synthelabo, Schering-Plough, Schering, Warrick, Baxter. *See* Exhibit O-1.<br><br>*Day 2 (12/17/07):* Abbott, Bristol-Myers Squibb, Dey Inc, Dey LP, Mylan, Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick. *See* Exhibit O-1. |
| **Hansford, Cynthia** | Office of Evaluations and Inspections, OIG, Department of Health and Human Services – Program Assistant (1994- ), Secretary (1991-1993), Clerk Typist (1987-1991) | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit P. | 3/14/2007 | Dey, Pfizer, Johnson & Johnson, Scheirng, Warrick, Roxane, Boehringer Ingelheim, BMS, Amgen, Baxter, Abbott. *See* Exhibit P-1. |
| **Hardwick, Claire** | Centers for Medicaid and State Operations, Office of Clinical Standards and Quality | MDL Abbott Case | Cross-Notice relates to "ALL CASES". *See* Exhibit Q. | 6/6/2007 | Abbott, Dey, Mylan, Roxane, Boehringer-Ingelheim, Baxter. *See* Exhibit Q-1. |
| **Hoover, John W.** | CMS, Divisiol of Financial Operation - Technical Director (2004-2007); Grants Specialist (1977-2003) | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit R. | 12/18/2007 | Abbott, Dey Inc., Dey L.P., Bristol-Myers Squibb, Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick. *See* Exhibit R-1. |
| **Morris, Richard** | HCFA Associate Regional Administrator '81-Retirement, Responsible for pgm operations-policy interpretation, state Medicaid plan approvals | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit S. | 8/29/2007 | *8/29/2007:* Abbott, GalxoSmithKline, Roxane, Boehringer Ingelheim, Bristol-Myers Squibb, Myland, Dey, Sandoz, Barr, Schering, Schering-Plough, Warrick, AstraZeneca, Aventis. *See* Exhibit S-1. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
## *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Niemann, Robert** | Bureau of Policy Development, Drug payment policy and ambulance payment policy, CMS | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit T. | 9/14/07, 10/11/07 | *Day 1 (9/14/2007):* Schering, Schering-Plough, Warrick, Abbott, Sandoz, BMS, Dey LP, Dey Inc, Mylan, Aventis, Roxane, Boehringer-Ingelheim, Baxter. *See* Exhibit T-1<br><br>*Day 2 (10/11/2007):* Roxane, Boehringer Ingelheim, Schering, Schering-Plough, Warrick, Abbott, Baxter, Sandoz, BMS, Aventis, Dey, Mylan. *See* Exhibit T-1 |
| **Parker, Lisa** | Office of Strategic Operations of Regulatory Affairs, CMS | MDL Abbott Case *See* Exhibit U. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 6/6/2007 | *6/6/2007*: Abbott, Dey, Mylan, Roxane, Boehringer Ingelheim, Baxter. *See* Exhibit U-1. |
| **Ragone, Linda** | Office of Evaluations and Inspections, OIG, US Dept of Health | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit H. | 4/17/07, 4/18/07 | *Day 1 (4/17/07):* Abbott, Dey, Sandoz, Roxane, Boehringer Ingelheim, Warrick, Schering, Schering-Plough, Amgen, Bristol-Myers Squibb, AstaZeneca, Barr, Baxter. *See* Exhibit H-3.<br><br>*Day 2 (4/18/07):* same as previous day. *See* Exhibit H-3. |

5

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
## *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Reed, Larry** | HCFA Baltimore-Leadership Development Program, Branch Chief Processing policy division, Branch chief Medicaid Non-Institutional Payment Policy Branch | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit V. | 9/26/07, 9/27/07, 3/18/08, 3/20/08, 10/2/08, 10/22/08 | *Day 1 (9/26/07):* Abbott, Dey Inc, Roxane, Boehringer Ingelheim, GalxoSmithKline, Bristol-Myers Squibb, Baxter, Sandoz. *See* Exhibit V-1.<br><br>*Day 2 (9/27/07):* Abbott, Dey Inc, Roxane, Boehringer Ingelheim, GalxoSmithKline, Bristol-Myers Squibb, Baxter, Sandoz, Schering-Plough, Schering, Warrick. *See* Exhibit V-1.<br><br>*Day 3 (3/18/2008):* Abbott, BMS, Dey, Mylan, Roxane, Boehringer Ingelheim, Sandoz, Schering, Schering-Plough, Warrick. *See* Exhibit V-1.<br><br>*30(b)(6) 3/20/2008:* Abbott, BMS, Dey, Mylan, Roxane, Boehringer Ingelheim, Sandoz, Schering, Schering-Plough, Warrick. *See* Exhibit V-1. |
| **Richter, Elizabeth** | Acting Director, Center for Medicare Management, CMD; Hospital and Ambulatory Policy Group, CMS; Health Plans and Providers, CMS | MDL Abbott Case | Cross-Notice relates to "*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corporation et al.*, MDL 1456 ("MDL Roxane Case"). *See* Exhibit W. | 12/7/2007 | Abbott, Dey Inc., Dey L.P., Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick. *See* Exhibit W-1. |
| **Robey, Vickie 30(b)(6** | Records Management, Center of Medicare and Medicaid Services | MDL Abbott Case. *See* Exhibit X. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 3/20/2007 | Abbott, Astrazeneca, Dey, Roxane, Boehringer-Ingelheim, Schering, Warrick, Baxter. *See* Exhibit X. |

**Depositions of Federal Witnesses (CMS/HCFA/OIG) in**
*In re Pharmaceutical Wholesale Pricing Litigation,* **MDL 1456**

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Sernyak, Amy** | OIG, Department of Health and Human Services – Team Leader and Program Analyst (1995 - ) | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit Y. | 3/6/2007 | Abbott, Dey, Sandoz, Roxane, Boehringer Ingelheim, Schering, Warrick, BMS, Amgen, Baxter. *See* Exhibit Y-1. |
| **Sexton, Gayle** | Health Insurance Specialist w/CMS at Headquarters in Baltimore | MDL New York Counties Case. *See* Exhibit Z | N/A | 5/20/2008 | Abbot, Dey, Mylan, Ethex, Merck, Par, Boehringer Ingelheim, Roxane, Pharmacia, Pfizer, Sandoz, Schering, Schering-Plough, Warrick, Teva, Ivax, Sicor. *See* Exhibit Z. |
| **Scully, Thomas** | CEO Federation of American Hospitals; Administrator of HCFA | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit H. | 5/15/07, 7/13/07 | *Day 1 (5/15/07):* Abbott, Dey, Mylan, Roxane, Boehringer Ingelheim, Bristol-Myers Squibb, Johnson & Johnson, Par, Teva, Ivax Corporation, Warrick, Schering, Schering-Plough, Merck, Aventis, Sanofi-Synthelabo, AstraZeneca, Amgen, GlaxoSmithKline. *See* Exhibit H-4.<br><br>*Day 2 (7/13/2007):* Schering, Schering-Plough, Warrick, Abbott, Sandoz, Johnson & Johnson, Amgen, Dey LP, Dey Inc, Mylan, Roxane, Boehringer Ingelheim, Teva, Ivax, TAP, BMS, Merck, AstraZeneca. *See* Exhibit H-4. |
| **Smith, Dennis** | Director, Center for Medicaid and State Operations, CMS (2001-2007) | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit AA. | 2/26/08, 3/27/08 | *Day 1 (2/26/08):* Abbott, Dey, Mylan, Roxane, Boehringer Ingelheim, Endo, Schering, Schering-Plough, Warrick, Sandoz, Bristol-Myers Squibb. *See* Exhibit AA-1.<br><br>*Day 2 (3/27/08):* same as previous day. *See* Exhibit AA-1. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
## *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Tawes, David** | Director Medicare and Medicaid Pricing Unit, CMS (2005-2007); Office of Evaluations and Inspections, OIG, US Dept of Health – Program Analyst (1997-2004) | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit H. | 4/24/07, 4/25/07 | *Day 1 (4/24/2007):* Abbott, Dey, Sandoz, Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick, Barr, Baxter, AstraZeneca, BMS. *See* Exhibit H-5.<br><br>*Day 2 (4/25/2007):* same as previous day. *See* Exhibit H-5. |
| **Thompson, Don** | Senior Technical Advisor, Hospital and ambulatory Policy Group, CMS | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit BB. | 3/27/08, 3/28/08 | *Day 1 (3/27/08):* Abbott, Dey, Mylan, Boehringer Ingelheim, Roxane, Sandoz, Ethex, Schering, Schering-Plough, Warrick. *See* Exhibit BB-1. |
| **Timus, Sr. David M.** | Paralegal at CMS | MDL Abbott Case. *See* Exhibit CC. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 6/6/2007 | Abbott, Dey, Mylan, Roxane, Boehringer-Ingelheim, Baxter. *See* Exhibit CC-1. |
| **Vladeck, Bruce** | Administrator of HCFA | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit H. | 5/4/07, 6/21/07 | *(5/4/07):* Abbott, Roxane, Dey, Mylan, Schering and Schering-Plough, Warrick. Sandoz, Novartis, Bristol-Myers Squibb, Aventis, Amgen, AstraZeneca, Baxter, Merck. *See* Exhibit H-6. |

**Depositions of Federal Witnesses (CMS/HCFA/OIG) in**
*In re Pharmaceutical Wholesale Pricing Litigation,* **MDL 1456**

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Vito, Robert** | Office of Evaluations and Inspections, OIG, US Dept of Health - Regional Inspector General, Region III (1995-), Acting Regional Inspector General (1994-1995), Deputy Regional Inspector General (1991-1994); Office of Audit Services, OIG - Auditor (focus on Medicare and Medicaid programs), (1978-1990). | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit DD. | 6/19/07, 6/20/07 | *Day 1(6/19/07):* Abbott, Roxane, Boehringer Ingelheim, B. Braun Medical Incorporated, Warrick, Schering, Schering-Plough, Barr, Duramed, Dey, Bristol-Myers Squibb, Sandoz, Novartis, Baxter, Amgen. *See* Exhibit DD-1.<br><br>*Day 2 (6/20/2007):* Abbott, Dey, Roxane, Boehringer Ingelheim, B Braun, Schering-Plough, Schering, Warrick. *See* Exhibit DD-1. |
| **TOTAL = 31 Witnesses** | | | | **TOTAL = 50** | |

9