# EXHIBIT A

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


In Re:                          )
PHARMACEUTICAL INDUSTRY          ) CA No. 01-12257-PBS
AVERAGE WHOLESALE PRICE          ) MDL No. 1456
LITIGATION                       ) Pages 1 - 35




                 STATUS CONFERENCE

       BEFORE THE HONORABLE PATTI B. SARIS
           UNITED STATES DISTRICT JUDGE




                    United States District Court
                    1 Courthouse Way, Courtroom 19
                    Boston, Massachusetts
                    July 17, 2007, 2:45 p.m.




              LEE A. MARZILLI
            OFFICIAL COURT REPORTER
         United States District Court
         1 Courthouse Way, Room 3205
              Boston, MA  02210
                (617)345-6787
```

f4ca5855-3dfd-4b0d-88f7-2c5a9abdb3d4

1    THE COURT: Well, let me just -- the one thing I
2 learned from the other case is, this is resolved company by
3 company, drug by drug, NDC by NDC, and quarter by quarter.
4    MR. DODDS: And we agree with that, your Honor. We
5 agree with that.
6    THE COURT: And it was hugely -- once you're in the
7 weeds, you are way deep in the weeds, all right. So there
8 are some crosscutting issues which for the most part I've
9 resolved. If you think I'm wrong, you'll either save your
10 objection or you'll persuade me I'm wrong, but basically I've
11 dealt with the crosscutting. I've got to get company by
12 company. So are you telling me that these -- I don't even
13 know very much about them -- that these are self-administered
14 drugs?
15    MR. DODDS: No, no, no, your Honor. Here's what
16 I'm saying. There still were physician-administered drugs.
17 Here's all I'm saying, and I apologize for being unclear.
18 Here's all I'm saying. If what we're going to be doing is --
19 what is left to be argued, at least before today -- we had
20 our sort of crosscutting class certification hearing with
21 respect to Track Two in September, and your Honor recognized
22 at that time that individual defendants had individual issues
23 that would be addressed at some point in time.
24    THE COURT: Right.
25    MR. DODDS: We were talking at that point in time,