**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>(Subcategory Docket: 06-CV-11337)<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO: | | |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*<br>No. 07-CV-11618-PBS | | |

### NOTICE OF FILING DECLARATION OF ERIC P. BERLIN SUBMITTING EXHIBITS IN SUPPORT OF ABBOTT LABORATORIES INC.'S SUR-REPLY IN OPPOSITION TO VEN-A-CARE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Abbott Laboratories Inc. hereby gives notice of the filing of the attached Declaration of Eric P. Berlin Submitting Exhibits in Support of Abbott Laboratories Inc.'s Sur-Reply to Ven-A-Care's Motion for Partial Summary Judgment.

Dated: December 18, 2009

Respectfully submitted,

/s/ Tara A. Fumerton
James R. Daly
Eric P. Berlin
Tara A. Fumerton
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Counsel for Defendant Abbott Laboratories Inc.*

## **CERTIFICATE OF SERVICE**

      I, Tara A. Fumerton, an attorney, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 18th day of December, 2009.

                                      /s/ Tara A. Fumerton
                                      Tara A. Fumerton