# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | (Subcategory Docket: 06-CV-11337) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* | Judge Patti B. Saris |
| No. 07-CV-11618-PBS | Magistrate Judge Marianne B. Bowler |

## DECLARATION OF ERIC P. BERLIN SUBMITTING EXHIBITS IN SUPPORT OF ABBOTT LABORATORIES INC.'S SUR-REPLY TO VEN-A-CARE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1. I am an attorney with the law firm Jones Day, counsel for Defendant Abbott Laboratories, Inc. ("Abbott").

2. I am admitted to practice in the State of Illinois and *pro hac vice* before this Court.

3. Attached hereto as Exhibit A is a listing of the exhibits filed in conjunction with Abbott Laboratories Inc.'s Sur-Reply in Opposition to Ven-A-Care's Motion for Partial Summary Judgment.

4. Those exhibits, incorporated herein by reference, are true and correct copies of the documents as described in the attached list.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2009         /s/ Eric P. Berlin
                                 Eric P. Berlin.

# EXHIBIT A

CHI-1735404v1

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 1 | OIG 2005 Report "Medicaid Drug Price Comparison: Average Sales Price to Average Wholesale Price" | |

CHI-1735404v1