UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-12257-PBS |
| | Subcategory No. 07-11618-PBS |
| THIS DOCUMENT RELATES TO: | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* Civil Action No.07-11618-PBS | Hon Patti B. Saris |

**DECLARATION OF SUSAN SCHNEIDER THOMAS SUBMITTING EXHIBITS RELIED UPON IN VEN-A-CARE OF THE FLORIDA KEYS, INC.'S SURREPLY TO ABBOTT LABORATORIES REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER THE FALSE CLAIMS ACT**

I, Susan Schneider Thomas, do hereby declare as follows:

1.  I am a shareholder at the firm of Berger & Montague, P.C., co-counsel for plaintiff Ven-A-Care of the Florida Keys, Inc.

2.  Attached hereto as Exhibit A is a listing of the exhibits filed with VEN-A-CARE OF THE FLORIDA KEYS INC.'S SURREPLY TO ABBOTT LABORATORIES REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER THE FALSE CLAIMS ACT. Those exhibits, incorporated herein by reference, are true and correct copies of the documents described in the attached list.

1

3. I declare under penalty of perjury the foregoing is true.

Dated: December 18, 2009  
Philadelphia, PA

Respectfully submitted,

<u>/s/     Susan Schneider Thomas</u>
Susan Schneider Thomas
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2009, I caused a true and correct copy of the Declaration of Susan Schneider Thomas Submitting Exhibits Relied Upon in VEN-A-CARE OF THE FLORIDA KEYS INC.'S SURREPLY TO ABBOTT LABORATORIES REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER THE FALSE CLAIMS ACT to be served via LEXIS File & Serve electronic filing service pursuant to CMO #2 in this case.

    /s/ Susan Schneider Thomas
Susan Schneider Thomas
Berger & Montague, P.C.