# EXHIBIT 1

| EXHIBIT # | IDENTIFICATION |
|---|---|
| **Exh A** | *Importing Less Expensive Drugs Not Seen as Cure for U.S. Woes*, www.nytime.com/2004/10/16 |
| **Exh B** | Excerpts from the Deposition Transcript of John Lockwood April 23, 2009 |
| **Exh C** | Excerpts from the Deposition Transcript of John Lockwood April 24, 2009 |
| **Exh D** | Excerpts from the Deposition Transcript of T. Mark Jones December 9, 2009 |
| **Exh E** | Excerpts from the Deposition Transcript of John Lockwood July 28, 2009 |