# EXHIBIT B

1           UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF MASSACHUSETTS

3   IN RE:  PHARMACEUTICAL     )

4   INDUSTRY AVERAGE WHOLESALE ) MDL NO. 1456

5   PRICE LITIGATION         ) CIVIL ACTION:

6   THIS DOCUMENT RELATES TO   ) 01-CV-12257-PBS

7   U.S. ex rel. Ven-A-Care of ) Judge Patti B. Saris

8   the Florida Keys, Inc. v.  )

9   Abbott Laboratories Inc.,  ) Chief Magistrate Judge

10  No. 07-CV-11618-PBS      ) Marianne B. Bowler

11

12        VIDEOTAPED 30(b)(6) DEPOSITION OF

13           JOHN M. LOCKWOOD, M.D.

14               Volume I

15     (Taken by Defendant Abbott Laboratories Inc.)

16             April 23, 2009

17               9:27 a.m.

18               Suite 800

19         1420 Peachtree Street, N.E.

20           Atlanta, Georgia

21   Reported by:  F. Renee Finkley, RPR, CRR, CLR,

22   CCR-B-2289

1  concepts for the Ery case?

2      A.    I think I just took it on as a project for

3  myself.

4      Q.    And let's just be clear about one thing.

5  You and I during the course of this deposition will

6  sometimes refer to the Erythromycin drugs as Ery, and

7  that's clear, right?

8      A.    That would be fine, yes.

9      Q.    When did you --

10     A.    Well, to the extent we're talking about

11 the oral Erythromycins for this case.

12     Q.    Yes.  Yes.  That's correct.  And again,

13 that -- this case -- might as well, while we're on

14 the subject, mark the -- I'm going to mark a copy of

15 the complaint and its exhibits as Exhibit 2 for this

16 deposition.

17         (Exhibit Lockwood Ery 002 was

18     marked for identification.)

19     Q.    (By Mr. Berlin)  Here you go,

20 Dr. Lockwood.  What I've handed you is Exhibit 2,

21 which is a copy of the complaint in this case and the

22 exhibits to the complaint.  Just so we're clear about

1   the -- and I'm going to get to the complaint in more

2   detail later, but just as a preliminary issue, when

3   we refer to Ery or the Erythromycins at issue in the

4   case, those are the NDCs that are listed in paragraph

5   33; is that correct?

6       A.    Yes.

7       Q.    And going back to your previous answer

8   about why you're testifying here today, you said that

9   you took on the job of spending time to work and

10  develop the concepts for this case.  When did you

11  first embark upon that task?

12      A.    I would say in particular, just to these

13  drugs and this complaint, sometime in 2000.

14      Q.    And we'll get to this in much greater

15  detail later, but what led you to look at these

16  particular drugs, the drugs listed in -- at least

17  some of the drugs listed in paragraph 33 in 2000?

18      A.    I was looking at some of our pricing data

19  and I noticed a couple of things about these drugs.

20  These were Abbot Pharmaceutical Products Division

21  drugs, PPD drugs.  It was known to me that Abbott PPD

22  was primarily a brand company.  I knew some of these

1   drugs are brands and I noticed discrepancies between

2   the prices that we could buy these drugs from the

3   wholesalers and the reported WAC prices; and I

4   noticed that there was generally a relationship, a

5   very consistent relationship between the normal

6   Abbott brand drugs at Pharmaceutical Products

7   Division, they're more typical brands, I guess.

8         There was a very solid repeatable

9   relationship between the wholesale -- the -- I guess

10   I need to say this properly, the wholesale catalog or

11   list price, whatever, the wholesaler's catalog price

12   and the average wholesale price and the catalog

13   wholesaler's price and the reported WAC.

14         And for these particular drugs I found

15   those relationships were not the same as the other

16   brand drugs at PPD. And it stuck out -- it stuck out

17   to me when looking at that. And I spent more time

18   looking and understanding why that was the case and

19   what was causing it and understanding that because I

20   quite simply thought that there was perhaps a

21   fraudulent misrepresentations in prices for these

22   drugs.

1    Q.    And did you reach any sort -- any

2    conclusion as to what was causing this discrepancy

3    that you described?

4    A.    Well, I think the most common or the -- I

5    guess the thing that stood out most was that when I

6    looked at Abbott's reported wholesale acquisition

7    cost, their WAC price for these drugs, that that

8    price in many circumstances was way above the price

9    that I could buy this drug from McKesson at their --

10   it's termed a lot of different things, they're

11   wholesale catalog list price, their noncontract

12   price, meaning the price that the wholesaler would

13   sell that drug to you without a contract, just a

14   simple relationship, wholesaler/pharmacy

15   relationship, and that I could buy these drugs for

16   less than what Abbott was reporting that they were

17   selling the drugs to the wholesalers for.

18          And that was not the situation with

19   Abbott's other brand drugs, meaning that the prices

20   that I could buy -- I don't know.  Let's take a drug

21   like Biaxin, perhaps, or Depakote.  The catalog list

22   price, noncontract price for those drugs was very

1    close to, similar to, or identical to the reported

2    wholesale acquisition cost on those drugs.  But for

3    these Ery drugs, that was not the case.

4            And that led me to believe that, number

5    one, the catalog price that I was buying it at, to my

6    understanding in our conversations with McKesson, was

7    slightly above their acquisition cost, 2 to

8    5 percent, in that range.  So it led me to believe

9    that McKesson was actually buying the drug for less

10   than what I was buying it for, meaning they were

11   selling it to me with some markup.

12           And -- and I saw that as a big problem,

13   actually, with these drugs and that it looked like

14   WAC fraud to me, meaning that they were -- that

15   Abbott was not honestly reporting their wholesale

16   acquisition cost on these drugs.

17       Q.    I'd like just to back up to one thing you

18   said so that we're clear for the jury who might be

19   listening to this videotape.  Do you understand that

20   Abbott, prior to 2004, had a Hospital Products

21   Division often referred to as HPD?

22       A.    I am aware of that, yes.

1   organized that we had a specific task list about what

2   to do, but we started looking at some oral drugs

3   and -- and in particular looking at the FUL issue.

4   And that ultimately led to me looking at -- so, I

5   mean, I looked at lots of other manufacturers too.

6   It's not like I only looked at Abbott.  But I looked

7   at these drugs and looked at PPD and found what I

8   thought were discrepancies and problems with these

9   drugs in terms of their price reporting.

10       Q.    When you sat down to look at this issue,

11  describe how you went about doing that, I mean sort

12  of the mechanics of and the documents that you used

13  to try to evaluate the issue.

14       A.    Well, we had a number of things available,

15  meaning we had a number of different price lists

16  available, and we had McKesson catalogs that went

17  back I think to 1992, which contained prices on these

18  drugs or many of these drugs.  We had some Bergen

19  Brunswig printouts that contained prices on these

20  drugs.

21       And during 2000 we had been essentially

22  shifted by McKesson from the catalogs into an

1   electronic version of their catalog called Econolink

2   that was on a computer, so that I basically did a

3   printout or looked at the Abbott drugs listed in

4   Econolink, because I guess it was user-friendly or it

5   was computerized, whatever, and really looked at and

6   saw and noticed the discrepancies between the

7   so-called regular costs at McKesson, which is their

8   catalog price, list price, noncontract price, variety

9   of different names for it, and the AWPs.

10          And during 2000 I was able to -- I did a

11  number of things.  I was able to print that Econolink

12  database to a file, a text file.  And during 2000 and

13  perhaps a little bit earlier, but mainly during 2000,

14  one of my other projects was to learn and teach

15  myself how to use Microsoft Access, which is a

16  software program that allows you to manipulate

17  databases.

18          So one of the things I was able to do was

19  to import the text file from this electronic catalog

20  into Microsoft Access, including all the pricing

21  data, times, dates, the whole thing as a text file.

22  And then I was able to essentially investigate this

1    more by creating new columns where I would, for

2    instance on an investigative level, divide the

3    average wholesale price by the regular cost, the

4    catalog price.  That would give me a ratio.  And then

5    I could --

6        Q.   I'm sorry.  Which number was the numerator

7    and denominator?

8        A.   The AWP that was in that program divided

9    by the noncontract catalog price, regular cost

10   column, what -- there were a number of different

11   names for this column, and that gave me a ratio;

12   essentially divide the AWP by the regular cost

13   column.

14            That showed me that for the bulk of the

15   Abbott PPD drugs, that that ratio was 1.25, as I

16   recall.  Now, this is a -- kind of an interesting

17   math issue, but in -- as I recall -- and I'd probably

18   have to sit down, do the math again.  But I think if

19   you add 20 percent to the WAC price -- First Data

20   Bank was doing that to arrive at an AWP, but the

21   reverse of that gives you a 1.25 ratio.  It's a

22   little bit -- it's a math glitch.

1          But suffice it to say that for all the PPD

2     drugs, that ratio was about 1.25.  For the -- mainly

3     the drugs in this complaint, that ratio was

4     significantly higher, and it varied from drug to

5     drug, but significantly higher, so that it allowed me

6     to also look at -- I ultimately looked at the

7     reported WACs on those and found, I felt, consistency

8     in the other PPD drugs that -- they're typical brand

9     drugs.  The regular cost column was very consistent

10    with the reported wholesale acquisition cost, and for

11    these Ery drugs, it was inconsistent.

12          I then also looked at these drugs in

13    regards to the FUL.  And for many of the drugs that

14    were initially filed -- and I think with our initial

15    notice and whatever, disclosures, whatever those

16    legal terms are, but one of our initial letters to

17    the government on this, we pointed out that -- at

18    least in our opinion, that had Abbott reported what

19    we assume were the real wholesale prices, which were

20    actually below the price we were getting it -- and

21    we're assuming 2 to 5 percent below -- that in many

22    of those cases, had Abbott, in our opinion, reported

1    truthfully what the -- they were really selling the

2    drug to the wholesaler for, that the federal upper

3    limit would have been a different number than what it

4    was or that the federal upper limit for these drugs

5    that -- that, you know, was being paid at that time.

6            We also thought that -- it appeared that

7    these drugs were all markup company drugs, that First

8    Data Bank was dealing with them as a markup basis and

9    that if they had truthfully reported the WAC prices

10   and -- to First Data Bank, that an AWP would have

11   been calculated, which was significantly lower than

12   the AWP that we were seeing in the data sources, and

13   in many cases, if not all of the initial cases -- I'd

14   have to look at them, look at the letter; we can look

15   at that letter if you like -- that the AWP for these

16   drugs would have been below the federal upper limit.

17           (Discussion off the record.)

18      Q.    (By Mr. Berlin)  While you were talking, I

19   believe what we got was the additional -- the copies

20   of your transcript of your previous depositions,

21   which we haven't needed to refer to.  But I just

22   wanted you to have a copy just in case you wanted to

1      want me to sit down with him and try to recreate

2      that.

3                  MR. BERLIN:  Yeah.  That's fine.  Why

4      don't we skip this question.

5                  MR. BREEN:  As long as it's clear it's not

6      a 30(b)(6) question.

7                  MR. BERLIN:  That's correct.

8                  MR. BREEN:  I'll be happy to help the

9      witness give the best answer possible.

10                 MR. BERLIN:  That he can give.

11                 MR. BREEN:  Understanding that --

12                 MR. BERLIN:  I appreciate that.

13                 MR. BREEN:  -- there's a lot of cases.

14         Q.    (By Mr. Berlin)  And just to be clear,

15     Ven-A-Care does have a financial stake in this

16     litigation, right?

17         A.    Yes, sir, like we do in all these qui tam

18     cases, as I understand.  And our lawyers certainly

19     have a stake in it.

20         Q.    And again, another question to update is

21     is Ven-A-Care still a licensed pharmacy?

22         A.    Yes, sir.

1    Q.    And what does that mean to be a licensed

2  pharmacy?

3    A.    It means that we have met the State of

4  Florida's requirements for a pharmacy license.

5    Q.    And can you describe for the jury, just in

6  general terms, what those requirements are?

7    A.    Is this part of the designation or no or

8  is this something different?

9    Q.    These areas that I'm going into right now

10  are just some background information that --

11    A.    Okay, cause I can't tell you that I

12  prepared --

13    Q.    That's okay.

14    A.    -- for this.

15    Q.    That's fine.  And I'll -- specifically for

16  everyone's comfort, I'll specifically designate this

17  as outside the 30(b)(6).  So if you can answer that

18  just to the best of your personal knowledge.

19    A.    Well, my -- I think you have to either

20  have or employ a pharmacist who has the appropriate

21  training and licensure and then you have to meet a

22  variety of standards set up by the Florida board.  Am

1    I familiar with every one of those?  No.  I guess I'd

2    refer you to the Florida Department of Professional

3    Regulation and their requirements for pharmacy.

4            Mr. Cobo, who is our pharmacist, really

5    deals with that matter, and my experience with it is,

6    I would say, peripheral.  I know he does it.  I know

7    that he maintains it, but I don't know all the hoops

8    he jumps through.

9        Q.    Does Ven-A-Care have to pay any fee to the

10   State of Florida or to anyone to maintain the

11   license?

12       A.    Every license I've ever got in the State

13   of Florida had some fee associated with it, yes.

14       Q.    And is it still true that Ven-A-Care has

15   not seen a patient since approximately 1998?

16            MR. BREEN:  Objection to form.

17            THE WITNESS:  I think that would probably

18       be correct.  I think that's been testified to

19       many times before, and I'm not aware of any --

20       any new ones, no.

21       Q.    (By Mr. Berlin)  That's what I was getting

22   at.  You did testify to that on page 169 of your

1  deposition.  And really what I was asking is, is that

2  still true in a sense that since that time,

3  Ven-A-Care has not seen patients?

4          MR. BREEN:  Objection to form.

5          THE WITNESS:  Well, I don't think we

6      have -- yes.  I don't think we have any new

7      ones, no.

8          Q.    (By Mr. Berlin)  So why has Ven-A-Care

9  maintained its pharmacy license if it's not seeing

10  any patients?

11          A.    Well, for a number of reasons.  We have

12  over the years many times talked about getting back

13  into the pharmacy business in different ways.  And I

14  think some of this has been talked about, but we want

15  that opportunity and availability.  Certainly we are

16  interested in the pharmaceutical world.  We're

17  interested in pharmaceutical pricing and in

18  particular we're interested in fraud, what we

19  perceive as fraud by manufacturers.

20          So I think we want to main -- much like I

21  maintain my medical license.  I'm not doing a lot of

22  orthopedics, but I do my continuing medical education

1    and I understand Mr. Cobo does that as well, keeps us

2    up to date and informed.  So we keep our license for

3    a number of reasons I would say.

4         Q.    I'm going to shift to a new topic, which

5    is Abbott's pricing and marketing of the Ery drugs

6    named in the complaint, and those are the topics one

7    and nine in the notice.

8         A.    Okay.

9         Q.    You don't need to refer to them.  My

10   questions will be specific enough, but I just wanted

11   to indicate to you that we were going to change

12   topics.

13             MR. BREEN:  Is this a good time for a

14        break?  We've been going for about another hour.

15        How much time do we have on the tape?

16             THE VIDEOGRAPHER:  20 minutes.

17             MR. BREEN:  It's up to you guys, break

18        down and have another session before lunch.

19             MR. BERLIN:  Well, just the problem is

20        with 20 minutes, I would think that we would

21        stay on this tape.

22             MR. BREEN:  Okay.