# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL )
INDUSTRY AVERAGE WHOLESALE ) MDL NO. 1456
PRICE LITIGATION ) CIVIL ACTION:
THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS
U.S. ex rel. Ven-A-Care of ) Judge Patti B. Saris
the Florida Keys, Inc. v. )
Abbott Laboratories Inc., ) Chief Magistrate Judge
No. 07-CV-11618-PBS ) Marianne B. Bowler

HIGHLY CONFIDENTIAL

CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF

JOHN M. LOCKWOOD, M.D.

Volume II

(Taken by Defendant Abbott Laboratories Inc.)

April 24, 2009

9:44 a.m.

Suite 800

1420 Peachtree Street, N.E.

Atlanta, Georgia

Reported by: F. Renee Finkley, RPR, CRR, CLR, CCR-B-2289

1  it is. It says it's a product listing catalog and
2  the date is here, and the cover says that it's
3  AmerisourceBergen over-the-counter and, I guess,
4  prescription drug price list.
5    Q.   At any time did Ven-A-Care provide any
6  information about the named Ery NDCs to the OIG?
7         MR. BREEN:  You're including anybody in
8      the OIG in that question?
9         THE WITNESS:  I would say that in regards
10     to the OIG, we started sending information to
11     the OIG in, I think, July of 1999 regarding
12     concerns about drugs that -- and oral drugs that
13     if they had had accurate price reporting,
14     meaning an accurate WAC price reported, a real
15     WAC price, meaning the actual transaction WAC
16     prices reported, that the FUL would have been a
17     different number than what it was.
18         So we started interacting with the OIG on
19     that subject or that topic, and it really
20     culminated in, I think, my discovery in 2000
21     that there was a similar problem with these Ery
22     drugs. And when we went to talk about these

1  drugs as we were adding them to the Boston
2  complaint, my recollection is the people in the
3  room at that time included members of the
4  Department of Justice and the OIG and a number
5  of other government officials.  So they were
6  part of that meeting that occurred.
7      I think 1/18 or 1/19 of 2001 we did a
8  Power Point that -- where we discussed other
9  issues, but we discussed the Ery drugs that we
10 were adding to the complaint within the
11 following month, as I recall.  I could check the
12 date that we filed the first amended complaint
13 in Boston that included the Ery drugs.  But we
14 discussed the drugs that were added at that time
15 with the members of the OIG and DOJ.
16     And one of the factors that we discussed
17 in particular was really a follow-up to our
18 discussions about the FUL and drugs that, had
19 they been accurately reported, it was part of
20 that whole thing that we were doing and the OIG
21 was present.
22 Q.    (By Mr. Berlin)  Who from the OIG was

1  February of 2001.
2  Q. What amendment are you referring to?
3  A. I'm sorry?
4  Q. What amendment are you referring to?
5  A. The -- what was the first amendment to our
6  Boston complaint on? I guess oral drugs.
7  Q. And had you presented your allegation to
8  anyone in the federal government, your allegations
9  concerning these named NDCs, any time prior to
10 October of 2000?
11 A. Well, we had a dialogue, I believe, with
12 Mr. Stephens about these issues on an ongoing basis,
13 our investigations, what we were looking at, and I
14 would say, you know, we talked to him probably once a
15 week on average about a variety of different issues.
16 I wouldn't say we talked to him once a week about Ery
17 drugs. I'm just saying we had an ongoing discussion
18 with him about that.
19 Q. When is the first time that you mentioned
20 to anyone in the federal government either in writing
21 or verbally anything about Abbott's Ery drugs?
22 A. I suspect in and around the time when I

1       there's a question there.

2       Q.   (By Mr. Berlin)  Prior to September 2000,
3 did you express to anyone in the -- you being
4 Ven-A-Care, anyone from Ven-A-Care express to anyone
5 in the federal government that you believed that
6 Abbott's Ery drugs -- that Abbott had misreported
7 prices on Abbott's Ery drugs?

8       A.   I would say that we started talking with
9 Mr. Stephens about these issues in the August to
10 September time frame, however, you know, I think
11 we -- we delivered catalogs, including the McKesson
12 catalog in its entirety for November, I think, of '99
13 and the Bergen printouts from '98 and '99, to the OIG
14 in the form of Mary Reardon and the Department of
15 Justice earlier in 2000 so that there was information
16 regarding the Ery drugs in that -- in those catalogs
17 and in those printouts.  And we referenced some of
18 that information during, I guess, my more intensive
19 look at this issue that, the best of my knowledge,
20 started somewhere in August or September of 2000 in
21 regards to these Ery drugs.

22       Q.   I think I may have the slide show of the

```
 1    presentation you made in January 2001.  Let me just
 2    take 30 seconds and see if I can find it.
 3            MR. BREEN:  Just for the record, we have
 4       designated that and all these preliminary
 5       communications highly confidential, and I would
 6       designate any discussions about the substance of
 7       those to be highly confidential in the -- in
 8       the -- in the deposition so the Department of
 9       Justice has a chance to decide how they want to
10       handle it.  Why don't we go off the record so
11       we're not just burning tape.
12            THE VIDEOGRAPHER:  We're off the record at
13       10:37 a.m.
14            (A recess was taken.)
15            (Exhibit Lockwood Ery 011 was
16       marked for identification.)
17            THE VIDEOGRAPHER:  This is the beginning
18       of tape number two.  The time is 10:46 a.m. and
19       we're back on the record.
20       Q.   (By Mr. Berlin)  Dr. Lockwood, I've put in
21    front of you Exhibit Number 11.  Is that the
22    presentation to which you were referring to earlier?
```