# EXHIBIT D

1    UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - -x

4    IN RE:  PHARMACEUTICAL        :  MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE    :  CIVIL ACTION

6    PRICE LITIGATION              :  01-CV-12257-PBS

7    - - - - - - - - - - - - - -x

8    THIS DOCUMENT RELATES TO:     :

9    U.S. ex rel. Ven-a-Care of    :  Hon.  Patti B. Saris

10   the Florida Keys, Inc.        :

11        v.                       :

12   Dey, Inc., et al.             :

13   No. 05-11084-PBS              :

14   - - - - - - - - - - - - - -x

15

16       (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

17

18       CONTINUED DEPOSITION OF T. MARK JONES

19              Washington, D.C.

20         Tuesday, December 9, 2008

21                VOLUME IV

22

1  inhalation, unit dose 0.083 percent, which is a

2  drug manufactured by Dey, but it does not say

3  whether or not Dey manufactured this particular

4  generic drug.

5       Do you know whether or not this drug

6  was manufactured by Dey that was the subject of

7  this claim?

8       A.   I can't say that I do, because there's

9  no indication for it.

10      Q.   Okay.  Thank you.

11           Let's just quickly go over the

12  purchases that you do know of made by Ven-A-Care

13  in connection with litigation.

14           When was the first time Ven-A-Care made

15  such a purchase?

16      A.   I want to say I believe it was around

17  the year 2000.  We did some purchases through

18  ANDA, which is a gen -- you know, a generic

19  wholesale distributor, specialty distributor.

20      Q.   Do you know which drugs were purchased?

21      A.   I believe that it was Albuterol

22  Ipratropium, I think, I want to say Cromolyn.

1    Cromolyn.  The inhalation drugs.  And it may have

2    also been through JJ Balan as well.

3         Q.    When you say Albuterol, does that

4    include the multidose, unit dose and inhaler?

5         A.    It would probably be both or all three.

6         Q.    Okay.

7         A.    The .083 percent, the half percent, and

8    the multidose inhaler.

9         Q.    Okay.  Are there invoices for this 2000

10   purchase?

11        A.    I think we've produced invoices for

12   them.

13        Q.    So any invoices that exist would have

14   been produced?

15        A.    Yes.

16        Q.    I don't think I've seen the actual

17   invoice for --

18        A.    You haven't.

19        Q.    Maybe -- maybe you can point it out,

20   take a look --

21        A.    Yeah.

22        Q.    -- during a break.  And those would

1    prices in the marketplace for Ipratropium, yes.

2        Q.   Now, turning to Roxane 90, which is the

3    first filed qui tam complaint in this particular

4    litigation, the DOJ litigation, I wanted to focus

5    on the chart on the top of page 45.

6        A.   Uh-huh.

7        Q.   And in particular, in the third column

8    of that chart, there's an entry for relater's

9    cost for this particular NDC of Ipratropium

10   Bromide of 1295.

11       A.   Uh-huh.

12       Q.   Am I correct in assuming that that's

13   the price that Ven-A-Care believed was available

14   to it as of March 2000?

15       A.   Yes.

16       Q.   Do you know where that price comes

17   from, Mr. Jones?

18       A.   Off the top of my head, no.  It would

19   have come from one of our pricing sources, either

20   wholesale or distributor.

21              (Exhibit Roxane 196 was marked for

22   identification.)

1    BY MR. GORTNER:

2        Q.    I'm handing you an exhibit marked

3    Roxane 196.  It is a multipage exhibit that is

4    Bates labeled VAC MDL 59582 through 59590 in one

5    contiguous.

6        A.    That's correct.

7        Q.    And then at the end, it appears to have

8    appended VAC MDL 12256 and VAC MDL 38629.  Do you

9    see that?

10       A.    You lost me there.

11       Q.    Oh.  Maybe those last two documents

12   aren't --

13       A.    Yeah.

14       Q.    Okay.  We're taking a look first at the

15   copies that you have.  I wanted to focus your

16   attention on the page that's Bates labeled VAC

17   MDL 49586.  And it appears to be an invoice from

18   a company called ANDA, A-N-D-A.  Do you recognize

19   this document?

20       A.    I recognize this, you know, that it's

21   an ANDA invoice with purchases on them, yes.

22       Q.    And this is a document that Ven-A-Care

1    maintained in its ordinary course of business?

2        A.    Yes.

3        Q.    And it was produced in this litigation,

4    correct?

5        A.    Yes.

6        Q.    And looking at the order date, it has

7    an order date of 3-13-2000, so March 13th, 2000.

8    Do you see that?

9        A.    Yes.

10       Q.    And then looking across at the entry

11   for Ipratropium Bromide approximately halfway

12   into the item list.

13       A.    With a 00054?

14       Q.    Uh-huh.  That appears to be Rox --

15       A.    Yes.

16       Q.    -- the same NDC number as in the top of

17   page 45 of Roxane 90.  Do you see that?

18       A.    Uh-huh.

19       Q.    And it has a unit price there of 12.95?

20       A.    That's correct.

21       Q.    And that's the same unit price that

22   you've entered here on page 45 of Ven-A-Care's

1    first complaint?

2        A.    Yes.

3        Q.    Would that indicate to you that the

4    price that you quoted in that complaint on page

5    45 likely came from this order on March 2000 from

6    ANDA?

7        A.    It certainly could have.

8        Q.    You can't say with a certainty one way

9    or the other?

10       A.    Well, I just want to make sure there

11   wasn't any other ones.  I mean, that's the one I

12   would choose, yes, because of the date.

13                 (Viewing documents.)  I'm -- I'm

14   apt to agree with that, because I don't see

15   anything else that --

16       Q.    Now, can you explain for the jury how

17   Ven-A-Care went about obtaining that particular

18   price for that NDC of Ipratropium Bromide, and

19   then actually purchasing the drug?

20       A.    Well, generally, with this wholesaler,

21   they would have catalogs or they'd have fliers

22   that they'd send, you know, frequently updating.

1    Let's see who called.  Sometimes it
2  tells you who did.  You just pick up the phone
3  and go through the catalog and give them a
4  catalog number and order what you wanted, and
5  then they'd ship it to you.
6    Q.  Now, in terms of ANDA, I just want the
7  jury or the judge to understand what ANDA is.
8  ANDA is a large generics wholesaler; isn't that
9  correct?
10    A.  Yeah.  I think they call themselves
11  specialty wholesalers, because they're a -- they
12  specialize, this one does, especially in
13  inhalation drugs.  But yeah, they're wholesalers.
14    Q.  Well, ANDA itself is one of the largest
15  distributors of generics in the United States,
16  isn't it?
17    A.  Is it?
18    Q.  I'm just asking.
19    A.  I don't know.
20    Q.  You don't know one way or the other?
21    A.  No.
22    Q.  But it wouldn't surprise you to know it

1    was one of the largest in the United States?

2         A.    No, it wouldn't.

3         Q.    Did you need -- and what I mean by

4    "you," Ven-A-Care.

5         A.    Uh-huh.

6         Q.    Did Ven-A-Care require any -- any

7    contractual agreement with ANDA to make this

8    purchase?

9         A.    No.

10        Q.    Did Ven-A-Care need to be a member of

11   ANDA or any affiliated group to make the

12   purchase?

13        A.    Not that I'm aware of, no.

14        Q.    Is it fair to say that -- that what was

15   required to make a purchase from ANDA Generics,

16   at this time, in March 2000, as far as you know,

17   was to be a licensed purchaser of pharmaceutical

18   products?

19        A.    I want to say you have to be a licensed

20   pharmacy.  You know, pharmacies are legally able

21   to purchase pharmaceuticals.

22        Q.    And when say "pharmacy," this could

1    include any licensed retail pharmacy in the

2    country?

3         A.   Yes.

4         Q.   And it would include any long-term care

5    facility in the country?

6              MR. BREEN:  Objection.  Form.

7              THE WITNESS:  I'm not sure.  I mean,

8    long-term care facilities purchase medications.

9              I know that I've seen them --

10   especially like in GPO contracts, where they have

11   specialty pricing for them.  As long as it has a

12   pharmaceutical license, I don't see why it

13   couldn't.  I'm just -- I just don't.

14   BY MR. GORTNER:

15        Q.   How about closed pharmacies like Ven-A-

16   Care?  They could purchase.

17        A.   Oh, sure.  Yeah.  Closed.  Closed.  Uh-

18   huh.

19        Q.   How about hospital pharmacies?

20             MR. BREEN:  Objection.  Form.

21             THE WITNESS:  Well, hospital pharmacies

22   can purchase from anyone that wants to sell to

```
1   them.  That's for sure.

2   BY MR. GORTNER:

3        Q.   So hospital pharmacies could purchase

4   from ANDA Generics this same product, correct?

5        A.   Yes.

6        Q.   And it was your view that this 12.95

7   price was -- was a widely-available price in the

8   marketplace?

9        A.   Well, certainly if it's available

10  through ANDA -- and then I look -- if you look

11  back here.  Let's see.  There's a McKesson price

12  that's close in that same time frame.

13       Q.   If you actually turn to VAC MDL 59589,

14  there's a slightly different McKesson price,

15  which we'll get to in a moment.

16       A.   Maybe that's what I was thinking.  And

17  that was, what, in March of '00?  Okay.  No.

18  Yes.  I -- I believe it was available.

19  Certainly.

20       Q.   Why don't we turn to the McKesson

21  invoice, which is on VAC MDL 59589.  And that

22  appears to be an invoice from a couple weeks
```