# EXHIBIT E

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456<br>) Master File No.<br>) 01-12257-PBS<br>) |
| THIS DOCUMENT RELATES TO United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Actavis Mid Atlantic LLC, et al., Civil Action No. 08-10852 | ) Subcategory Case No.<br>) 06-11337<br>)<br>) Hon. Patti B. Saris<br>)<br>)<br>) |

CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF

VEN-A-CARE BY JOHN M. LOCKWOOD, M.D.

Volume II

(Taken by Defendants)

July 28, 2009

8:59 a.m.

Omni Hotel at CNN Center

100 CNN Center

Atlanta, Georgia

Reported by: F. Renee Finkley, RPR, CRR, CLR, CCR-B-2289

1  to -- to that list, and it appears that there is one
2  document that is referenced in that list, and that is
3  at the bottom of the list, with regard to Alpharma.
4     A.    Correct.
5     Q.    I'd like to show you what has now been
6  marked as Exhibit 24.
7          (Exhibit Lockwood 024 was
8          marked for identification.)
9          THE WITNESS:  Okay.  Yes.
10    Q.    (By Mr. Fleder)  Is Exhibit 24 the
11  document that is referenced in interrogatory -- in
12  the answer to interrogatory number five,
13  Dr. Lockwood?
14    A.    Yes.
15    Q.    And would you please explain for the
16  record what Exhibit 24 is?
17    A.    Exhibit 24 is a purchase that was made by
18  Ven-A-Care of the Florida Keys from a drug
19  distributor wholesaler named JJ Balan, and the
20  invoice date is 2/29/2000; and I think the final drug
21  on the list is Cromolyn Sodium, and the NDC number is
22  listed and it's an Alpharma drug.