UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Subcategory No. 06-11337-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; ) ) ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and ) ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS ) ) ) | |

**DECLARATION OF SUSAN SCHNEIDER THOMAS SUBMITTING EXHIBITS RELIED UPON IN VEN-A-CARE OF THE FLORIDA KEYS, INC.'S SURREPLY TO THE RESPONSES OF ABBOTT, DEY AND ROXANE TO THE VEN-A-CARE OF THE FLORIDA KEYS, INC.'S COMBINED OPPOSITION TO MOTIONS TO DISMISS <u>FILED BY ABBOTT, DEY AND ROXANE</u>**

I, Susan Schneider Thomas, do hereby declare as follows:

1.      I am a shareholder at the firm of Berger & Montague, P.C., co-counsel for plaintiff Ven-A-Care of the Florida Keys, Inc.

2.      Attached hereto as Exhibit A is a listing of the exhibits filed with Ven-A-Care of the Florida Keys Inc.'s Combined Surreply to the Responses of Abbott, Dey and Roxane to the Ven-A-Care Of The Florida Keys, Inc.'s Combined Opposition to Motions to Dismiss Filed by Abbott, Dey and Roxane.  Those exhibits, incorporated herein by reference, are true and correct copies of the documents described in the attached list.

1

3.      I declare under penalty of perjury the foregoing is true.

Dated: December 18, 2009  
Philadelphia, PA

Respectfully submitted,

/s/      Susan Schneider Thomas  
Susan Schneider Thomas  
BERGER & MONTAGUE, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
Tel: 215-875-3000

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2009, I caused a true and correct copy of the Declaration of Susan Schneider Thomas Submitting Exhibits Relied Upon in Ven-A-Care of the Florida Keys Inc.'s Combined Surreply to the Responses of Abbott, Dey and Roxane to the Ven-A-Care Of The Florida Keys, Inc.'s Combined Opposition to Motions to Dismiss Filed by Abbott, Dey and Roxane to be served via LEXIS File & Serve electronic filing service pursuant to CMO #2 in this case.

                                            /s/ Susan Schneider Thomas
                                              Susan Schneider Thomas
                                              Berger & Montague, P.C.