## **EXHIBIT 1**

| EXHIBIT # | IDENTIFICATION |
|---|---|
| **Exh A** | Excerpts from the Deposition Transcript of John Lockwood April 23, 2009 |
| **Exh B** | Excerpts from the Deposition Transcript of John Lockwood July 27, 2009 |
| **Exh C** | Excerpts from the Deposition Transcript of John Lockwood April 24, 2009 |
| **Exh D** | Excerpts from the Deposition Transcript of T. Mark Jones Dep. December 8, 2009 |
| **Exh E** | VAC-MDL 43246 |
| **Exh F** | VAC-MDL 85323 - 85341 |
| **Exh G** | Excerpts from the Deposition Transcript of John Lockwood July 23, 2008 |
| **Exh H** | VAC-MDL 095517 |
| **Exh I** | Excerpts from the Deposition Transcript of John Lockwood June 19, 2009 |
| **Exh J** | Excerpts from the Deposition Transcript of T. Mark Jones Dep. March 19, 2008 |