# EXHIBIT A

1

1          UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF MASSACHUSETTS

3   IN RE:  PHARMACEUTICAL        )

4   INDUSTRY AVERAGE WHOLESALE ) MDL NO. 1456

5   PRICE LITIGATION           ) CIVIL ACTION:

6   THIS DOCUMENT RELATES TO   ) 01-CV-12257-PBS

7   U.S. ex rel. Ven-A-Care of ) Judge Patti B. Saris

8   the Florida Keys, Inc. v.  )

9   Abbott Laboratories Inc.,  ) Chief Magistrate Judge

10  No. 07-CV-11618-PBS        ) Marianne B. Bowler

11

12          VIDEOTAPED 30(b)(6) DEPOSITION OF

13              JOHN M. LOCKWOOD, M.D.

14                   Volume I

15   (Taken by Defendant Abbott Laboratories Inc.)

16                April 23, 2009

17                  9:27 a.m.

18                  Suite 800

19          1420 Peachtree Street, N.E.

20               Atlanta, Georgia

21   Reported by:   F. Renee Finkley, RPR, CRR, CLR,

22   CCR-B-2289

1    Q.    And before that, when there were just

2    paper catalogs, could you -- for example, could you

3    go to a trade show and get the McKesson catalog?

4    A.    Well, you could talk to the McKesson rep

5    at a trade show and they would send you one,

6    certainly.  Yes.  I mean, it's -- you had to be --

7    they didn't hand them out to just anybody.  You had

8    to be a qualified purchaser and meet the requirements

9    of being a qualified purchaser.  And you typically

10   had to give them your information or they had to have

11   your information, your DEA number, phone number,

12   address, who your pharmacist was, those sorts of

13   things.  I, you know --

14   Q.    Could I have called up -- I mean, I know

15   this calls for a bit of speculation, but based on

16   your understanding of the circumstances and

17   requirements, could I have called up McKesson and

18   gotten a catalog?

19   A.    Only if you were willing to represent that

20   you were a licensed pharmacy illegally and send them

21   your false DEA number and -- and misrepresent

22   yourself; otherwise, as I said -- I think I just

1    testified to -- you would have to be a -- I guess I'm

2    looking for the right word, but a qualified

3    purchaser, that you had to be a pharmacy with, you

4    know, an address and all of those things.

5              And the McKesson rep usually came to Key

6    West as I think I recall about once a month,

7    ballpark.  They'd walk by our office.  They knew we

8    were there and where we were.  But no, you as an

9    attorney, if you don't have a pharmacy license and

10   all the other things that go along with that, you

11   could not get the catalog.

12        Q.    And at some point you provided a -- I may

13   be confusing programs.  I apologize if I am.  But did

14   you provide a copy of Econolink to the federal

15   government?

16        A.    Yes, sir, we did.

17        Q.    When did you do that?

18        A.    I may want to recheck the date, but it was

19   either January 18th, 2001 or January 19th, 2001.  We

20   were in Boston doing a presentation to them and

21   that's when we gave it to them.  Yeah.

22        Q.    And did you seek McKesson's permission to