# EXHIBIT B

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
IN RE:  PHARMACEUTICAL         ) MDL NO. 1456
INDUSTRY AVERAGE WHOLESALE     ) Master File No.
PRICE LITIGATION               ) 01-12257-PBS
                               )
THIS DOCUMENT RELATES TO       ) Subcategory Case No.
United States of America       ) 06-11337
ex rel. Ven-A-Care of          )
the Florida Keys, Inc. v.      ) Hon. Patti B. Saris
Actavis Mid Atlantic LLC,      )
et al., Civil Action No.       )
08-10852                       )
```

VIDEOTAPED 30(b)(6) DEPOSITION OF

VEN-A-CARE BY JOHN M. LOCKWOOD, M.D.

Volume I

(Taken by Defendants)

July 27, 2009

9:02 a.m.

Omni Hotel at CNN Center

100 CNN Center

Atlanta, Georgia

Reported by:   F. Renee Finkley, RPR, CRR, CLR,

CCR-B-2289

1     the room when they made those internal
2     discussions.  No, we were not there, but as I
3     said, I think we do see results, and we have
4     some general knowledge from the industry about
5     how manufacturers set prices and how they do
6     things.  I mean, we -- we have that knowledge.
7        Q.    (By Mr. Katz)  Do have you any specific
8  knowledge about Mylan?
9             MR. BREEN:  Objection, form.
10       Q.    (By Mr. Katz)  All right.  Let me break it
11 down.
12       A.    I don't want to get into long-winded
13 answers.  I mean, we have a breadth of knowledge of
14 the industry and how the industry functions that, you
15 know, I don't want to exclude, but I don't want to
16 talk about all that for five minutes if you don't --
17 I mean, I --
18       Q.    Well, why don't you tell me what -- what
19 Ven-A-Care's knowledge -- general knowledge is that
20 you just referred to.
21            MR. BREEN:  Objection, form.
22            THE WITNESS:  Well, Ven-A-Care is and has

22

1     been a licensed pharmacy for many years.  I
2     think we started in about 1987.  We have a
3     pharmacist who has a long history of
4     pharmaceutical knowledge and we have a very good
5     understanding of how the marketplace works, of
6     how manufacturers function in the marketplace,
7     how GPOs and wholesalers work and how pharmacies
8     work and how drugs are sold into the retail
9     class of trade; and we understand how prices are
10     set.  Much of that information is the basis for
11     the lawsuits that we've filed.
12     Q.    (By Mr. Katz)  We'll get into specific
13 areas about GPOs and wholesales a little later, but I
14 just want to know if Ven-A-Care has any general
15 knowledge about how manufacturers set the prices that
16 they did, the internal discussions of any
17 manufacturers.
18     MR. BREEN:  Objection, form.
19     THE WITNESS:  I would say once again we
20     have an understanding how the marketplace works,
21     of how the industry works.  Have we been sitting
22     in the board rooms or in the offices when