# EXHIBIT C

259

```
 1                  UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MASSACHUSETTS
 3      IN RE:   PHARMACEUTICAL      )
 4      INDUSTRY AVERAGE WHOLESALE ) MDL NO. 1456
 5      PRICE LITIGATION             ) CIVIL ACTION:
 6      THIS DOCUMENT RELATES TO   ) 01-CV-12257-PBS
 7      U.S. ex rel. Ven-A-Care of ) Judge Patti B. Saris
 8      the Florida Keys, Inc. v.  )
 9      Abbott Laboratories Inc.,  ) Chief Magistrate Judge
10      No. 07-CV-11618-PBS        ) Marianne B. Bowler
11                       HIGHLY CONFIDENTIAL
12          CONTINUED VIDEOTAPED 30(b)(6) DEPOSITION OF
13                     JOHN M. LOCKWOOD, M.D.
14                           Volume II
15         (Taken by Defendant Abbott Laboratories Inc.)
16                        April 24, 2009
17                          9:44 a.m.
18                          Suite 800
19                  1420 Peachtree Street, N.E.
20                       Atlanta, Georgia
21      Reported by:   F. Renee Finkley, RPR, CRR, CLR,
22      CCR-B-2289
```

Lockwood, M.D., John M. - 30(b)(6) - Vol. II 4-24-2009

289

1    it is. It says it's a product listing catalog and
2    the date is here, and the cover says that it's
3    AmerisourceBergen over-the-counter and, I guess,
4    prescription drug price list.
5        Q.   At any time did Ven-A-Care provide any
6    information about the named Ery NDCs to the OIG?
7             MR. BREEN:  You're including anybody in
8        the OIG in that question?
9             THE WITNESS:  I would say that in regards
10       to the OIG, we started sending information to
11       the OIG in, I think, July of 1999 regarding
12       concerns about drugs that -- and oral drugs that
13       if they had had accurate price reporting,
14       meaning an accurate WAC price reported, a real
15       WAC price, meaning the actual transaction WAC
16       prices reported, that the FUL would have been a
17       different number than what it was.
18            So we started interacting with the OIG on
19       that subject or that topic, and it really
20       culminated in, I think, my discovery in 2000
21       that there was a similar problem with these Ery
22       drugs.  And when we went to talk about these

Lockwood, M.D., John M. - 30(b)(6) - Vol. II 4-24-2009

                                                               290

1    drugs as we were adding them to the Boston
2    complaint, my recollection is the people in the
3    room at that time included members of the
4    Department of Justice and the OIG and a number
5    of other government officials.  So they were
6    part of that meeting that occurred.
7         I think 1/18 or 1/19 of 2001 we did a
8    Power Point that -- where we discussed other
9    issues, but we discussed the Ery drugs that we
10   were adding to the complaint within the
11   following month, as I recall.  I could check the
12   date that we filed the first amended complaint
13   in Boston that included the Ery drugs.  But we
14   discussed the drugs that were added at that time
15   with the members of the OIG and DOJ.
16        And one of the factors that we discussed
17   in particular was really a follow-up to our
18   discussions about the FUL and drugs that, had
19   they been accurately reported, it was part of
20   that whole thing that we were doing and the OIG
21   was present.
22   Q.   (By Mr. Berlin)  Who from the OIG was