# EXHIBIT E



# VEN-A-CARE
## OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

## FAX TRANSMITTAL SHEET

### "PERSONAL AND CONFIDENTIAL"

TO: Mr Rob Vito

AT: HHS OIG

FAX NO: 215-861-4557

FROM: Bpm

FAX NO: 305-292-1739

DATE: 4/5/00            TIME:

RE: McKesson, JJ Baton & Anda

PAGES TO FOLLOW INCLUDING COVER SHEET: 4

NOTE: FORWARD THIS FAX IMMEDIATELY TO THE ADDRESSEE, AS THE DOCUMENTS CONTAINED IN THIS FAX ARE PERSONAL AND CONFIDENTIAL!! IF YOU DO NOT RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CALL SALLY SMITH AT 305-292-1635.

2302921

VAC MDL43246

# McKessonHBOC

MCKESSON DRUG CO.
915 CHAD LANE
TAMPA                FL  33619        #195     PHONE: (800) 482-3784
                                                DEA:  PM0000771

SOLD TO
VERO CARE OF FLA KEYS
933 FLEMING STREET
KEY WEST            FL  33040                  DEA: BV1037957

## Invoice

| | |
|---|---|
| BATCH: | 000 |
| INVOICE DATE | 3/29/00 |
| PHCY: | PH9972 |
| INVOICE NO. | 195229408? |
| ACCT MGR: | 010 |
| BILLING DATE: | 3/29/00 |
| OEM: | M |
| CUSTOMER | 947903 |
| ROUTE | 180 |
| STP | 214 |
| PAGE | 1 |

HAZARDOUS MATERIAL CODE CLASSIFICATION LISTED ON REVERSE S...

All product discounts earned or granted under McKesson and Valu-Rite programs, including off-invoice allowances, may be subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or charges made by your pharmacy under Medicaid, Medicare or any other health care reimbursement program or provider plan.

| DEPT | ITEM NUMBER | QTY ORD | UN | ITEM DESCRIPTION | STORE RETAIL | UNIT PRICE | GP % | I O | CODE | EXTENS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ****************************** | | | | | | |
| | | | | CONTAINER 2002182 | | | | | | |
| | | | | ****************************** | | | | | | |
| BE | 13688950 | 1 | EA | ALBUTEROL INHAL KIT APO 17GMa | 21.42 | 5.00*76.7 | | | 1 R | 5.00 |
| AD | 24503336 | 1 | EA | AMANTAD CAP 100MG APO 100aa | 36.58 | 10.12*72.3 | | | 1 KR | 10.12 |
| AD | 32262206 | 1 | EA | AMOXICIL CAP 500MG APO 100aa | 43.41 | 8.36*80.7 | | | 1 KR | 8.36 |
| AD | 24401578 | 1 | EA | ATENOL TAB 50MG APO 100aa | 69.69 | 3.68*94.7 | | | 1 KR | 3.68 |
| AD | 11406664 | 1 | EA | CAPTOPR HCTZ TAB 25/15 APO 100aa | 71.78 | 19.17*73.3 | | | 1 KR | 19.17 |
| AD | 11456630 | 1 | EA | CAPTOPR HCTZ TAB 50/25 APO 1Caa | 123.28 | 25.94*79.0 | | | 1 KR | 25.94 |
| AD | 22389913 | 1 | EA | CAPTOPR TAB 12.5MG APO 100aa | 165.28 | 2.65*95.9 | | | 1 KR | 2.65 |
| AD | 22407794 | 1 | EA | CAPTOPR TAB 25MG APO 100aa | 149.06 | 8.52*96.3 | | | 1 KR | 8.52 |
| AD | 22371154 | 1 | EA | CAPTOPR TAB 50MG APO 100aa | 160.39 | 2.13*96.5 | | | 1 KR | 2.13 |
| AD | 22407500 | 1 | EA | CAPTOPR TAB 100MG APO 100aa | 195.50 | 43.67*77.7 | | | 1 KR | 43.67 |
| AD | 13797500 | 1 | EA | CEFACLOR CAP 250MG APO 100aa | 383.00 | 86.27*77.5 | | | 1 KR | 86.27 |
| AD | 13481408 | 1 | EA | CEFACLOR CAP 500MG APO 100aa | 287.81 | 99.28*77.5 | | | 1 KR | 99.28 |
| AD | 13401108 | 1 | EA | CEFACLOR D/5 SUS 125MG APO 150MLa | 28.00 | 2223.48*72.4 | | | 1 KR | 2223.48 |
| AD | 13876446 | 1 | EA | CEFADROX CAP 500MG BMS 100aa | 559.38 | 7.04*88.1 | | | 1 KR | 7.04 |
| AD | 13878446 | 1 | EA | CEPHALEX CAP 250MG BMS 100aa | 116.30 | 14.62*87.4 | | | 1 KR | 14.62 |
| AD | 19707755 | 1 | EA | CEPHALEX CAP 500MG BMS 100aa | 3.50 | 91.15*0.0 | | | 1 R | 91.15 |
| AD | 16131463 | 1 | EA | DOXYCYC CAP 100MG SQ 50aa | 23.50 | 14.91*52.4 | | | 1 KR | 14.91 |
| AD | 16184031 | 1 | EA | ESTRADIOL TAB 0.5MG APO 100aa | 311.33 | 34.34*15.0 | | | 1 KR | 34.34 |
| AD | 16156080 | 1 | EA | ESTRADIOL TAB 1MG APO 100aa | 45.74 | 14.91*52.4 | | | 1 KR | 14.91 |
| AD | 13006631 | 1 | EA | ESTRADIOL TAB 2MG APO 100aa | 3.50 | 22.37*51.1 | | | 1 KR | 22.37 |
| AD | 21275504 | 1 | EA | ETODOLAC CAP 300MG ESI 100aa | 125.23 | 35.79*71.1 | | | 1 KR | 35.79 |
| BE | 13277683 | 1 | EA | IPRAT SOL 0.02% UD RDX 25aa | 105.74 | 28.12*73.4 | | | 1 KR | 28.12 |
| BE | 13006631 | 1 | EA | IPRAT SOL PF 0.02% UD RDX 60aa | 44.00 | 111.72*73.4 | | | 1 KR | 111.72 |
| AD | 14943433 | 1 | EA | NADOLOL TAB 20MG APO 100aa | 72.40 | 29.67*59.0 | | | 1 R | 29.67 |

****************************** 
JUST A REMINDER OUR NIGHTLY
CUTOFF FOR ORDER TRANSMISSION
IS 7:00 PM.
                THANK YOU
****************************** 
ATTN REZULIN DISCONTINUATION
RETAIL RETURN PRODUCT TO
PARKE DAVIS
MUNSONHURST     COMPLEX
MUNSONHURST     ROAD
FRANKLIN NJ 07416
PATIENTS SHOULD 1-877-798-7398
PARKE DAVIS CONTACT
****************************** 

2302922

CONTINUED

THIS IS TO CERTIFY THAT ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED DESCRIBED PACKAGED MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF ...

THIS INVOICE IS PAYABLE TO    MCKESSON DRUG CO.
AT ABOVE ADDRESS CLAIMS MUST BE MADE WITHIN
FIVE DAYS AND SHOW DATE OF INVOICE

VAC MDL43247

# Anda®

ANDA
2915 WESTON ROAD
WESTON, FL 33331
1-800-331-2632

SOLD TO: 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

SHIP TO: 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

RA0180733    CTN

INVOICE
NO.2359069

WHITE LABEL WWHC18S1 / 8763

2302923

| ORDER NO. | | | PURCHASE ORDER NO. | ORDER DATE | DEA NO. | EXP. DATE | WH | SLMN | TERMS | | INVOICE DATE | DUE DATE | PAGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2158393 | | | | 3/13/00 | BV1037957 | 5/31/00 | 20 | 188 | N/10 BOM | | 3/13/00 | 4/10/00 | 1 |

| QTY | QTY | ITEM NO. | CS | DESCRIPTION | QTY | UNIT | BRAND NAME | A.W.P. | NDC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 314611 | | CATALOG (CONTROLS) | | | CATALOG (CONTROLS) | .00 | - | .00 | .00 |
| 1 | 0 | 302356 | | CATALOG (INJECTABLES) | | | CATALOG (INJECTABLES) | .00 | - | .00 | .00 |
| 1 | 0 | 313367 | | CATALOG (NON CONTROLS) | | | CATALOG (NON CONTROLS) | .00 | - | .00 | .00 |
| 1 | 1 | 301802 | | ALBUTEROL INHALATION 17G | KIT | SL | PROVENTIL | 21.41 | 59930-1560-01 | 2.58 | 2.58 |
| 1 | 1 | 300368 | | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 59930-1500-08 | 5.25 | 5.25 |
| 1 | 1 | 300324 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL | 14.99 | 59930-1515-04 | 3.69 | 3.69 |
| 1 | 1 | 302447 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 46.10 | 49502-0685-03 | 13.50 | 13.50 |
| 1 | 1 | 300846 | | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 49502-0697-03 | 5.99 | 5.99 |
| 1 | 1 | 300848 | | ALBUTEROL INHALAT SOL 0.083% | 60x3 | SL | PROVENTIL SOL | 72.60 | 49502-0697-60 | 14.95 | 14.95 |
| 1 | 1 | 300658 | | ALBUTEROL INHALAT SOL 0.083% | 60x3 | SL | PROVENTIL SOL | 72.60 | 59930-1500-06 | 12.50 | 12.50 |
| 1 | 1 | 301800 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.99 | 00172-4390-18 | 1.99 | 1.99 |
| 1 | 1 | 302115 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.06 | 00054-8402-11 | 12.95 | 12.95 |
| 1 | 1 | 301807 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.99 | 00172-4390-18 | 2.90 | 2.90 |
| 1 | 1 | 314229 | | POTASSIUM CHLORIDE 750 MG | 1000 | TB | POTASSIUM CHLORIDE | 159.75 | 59772-6910-02 | 28.90 | 28.90 |
| 1 | 1 | 301973 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL. *T* | 14.99 | 49502-0196-20 | 4.85 | 4.85 |
| 1 | 1 | 301995 | | CEFADROXIL 500 MG | 50 | CP | DURICEF | 161.00 | 00172-4058-48 | 42.90 | 42.90 |
| 1 | 1 | 154142 | | PANDA BEAR | | | | .00 | - | .00 | .00 |
| 1 | 1 | 302041 | | CEFADROXIL 500 MG | 100 | CP | DURICEF | 247.64 | 59772-7271-04 | 82.90 | 82.90 |
| 1 | 1 | 314227 | | POTASSIUM CHLORIDE 750 MG | 100 | TB | POTASSIUM CHLORIDE | 16.33 | 59772-6910-01 | 3.50 | 3.50 |

NOW ORDER VIA THE INTERNET @ WWW.ANDANET.COM

LINE TOTAL: 19    TOTAL AMT: 973.66

TOTAL GOODS: 239.35
TOTAL DISCOUNT: 11.93CR

REMIT TO: P.O. BOX 930219
ATLANTA, GA 31193-0219

(2,3,3R,4,5 NEXT TO THE ITEM NUMBER DENOTES THAT
THE PRODUCT IS A SCHEDULE (I,II,III,III REPORTABLE
IV,V) DRUG

PLEASE PAY THIS ——►   227.42

VAC MDL43248

**J.J. BALAN INC.**
P.O. BOX 349012
25 FOSTER AVENUE • BROOKLYN, NY 11234
251-8663 • 800 JJBALAN • FAX: 888 FAXBALAN
O. PJ0169967 • N.Y.State Board Pharmacy No. 30-4081

INVOICE DATE
02/29/00

VENACARE OF THE FL KEYS INC
933 FLEMING STREET
KEY WEST, FL 33040

| A NUMBER | STATE BOARD NO. | SLSM NO | YOUR PURCHASE ORDER NO. | SHIP VIA | WEIGHT COLL/PPD | ACCOUNT NO. | TERMS | |
|---|---|---|---|---|---|---|---|---|
| 1037957 | PH0009972 | LL | NEW | Fedex Exp. | *** | 377401 | *c.o.d. | less 2%* |
| RD. QTY. SHIP UNIT PICK SEQ | ITEM NO. | ✓ | | DESCRIPTION | | | UNIT PRICE | EXTENDED PRICE |
| 1  1  EA  13 | 2819-22 | | 20ml | ALBUTEROL 0.5% SOLUTN. WARRICK | | | 4.59 | 4.59 |
| | | | | NDC#59930-1515-4  AWP- 14.99 | | | | |
| 1  1  EA  13 | 3448-22 | | 20ml | ALBUTEROL 0.5% SOLUTION  DEY | | | 5.19 | 5.19 |
| | | | | NDC#49502-105-01  AWP- 14.99 | | | | |
| 1  1  EA  13 | 2442-25 | | 25 | ALBUTEROL 0.083% 3ml (DEY-LYTE) | | | 6.69 | 6.69 |
| | | | | NDC#49502-697-03  AWP- 30.25 | | | | |
| 1  1  EA  13 | 2442-66 | | 60 | ALBUTEROL 0.083% 3ml (DEY-LYTE) | | | 17.99 | 17.99 |
| | | | | NDC#49502-697-60  AWP- 72.60 | | | | |
| 1  1  EA  13 | 2821-25 | | 25 | ALBUTEROL 0.083% 3ml  WARRICK | | | $5.49 | 5.49 |
| | | | | NDC#59930-1500-8  AWP- 30.25 | | | | |
| 1  1  EA  13 | 2821-66 | | 60 | ALBUTEROL 0.083% 3ml  WARRICK | | | 14.49 | 14.49 |
| | | | | NDC#59930-1500-6  AWP- 72.60 | | | | |
| 1  1  EA  13 | 2883-20 | | 120 | CROMOLYN SOD. SOL. 2ml  DEY | | | 31.99 | 31.99 |
| | | | | NDC#49502-689-12  AWP- 84.00 | | | | |
| 1  1  EA  13 | 2883-64 | | 60 | CROMOLYN SOD. SOL. 2ml  DEY | | | 16.49 | 16.49 |
| | | | | NDC#49502-689-02  AWP- 42.00 | | | | |
| 1  1  EA  13 | 3272-73 | | 17gm | Albuterol Inh. Spray Refil*War | | | 2.49 | 2.49 |
| | | | | NDC#59930-1560-2  AWP- 19.79 | | | | |
| 1  1  EA  13 | 3746-20 | | 120 | CROMOLYN SOD. SOL. 2ml  ARCOLA | | | 33.99 | 33.99 |
| | | | | NDC#0070-9996-12  AWP- 84.12 | | | | |
| 1  1  EA  13 | 3746-66 | | 60 | CROMOLYN SOD. SOL. 2ml  ARCOLA | | | 17.99 | 17.99 |
| | | | | NDC#0070-9996-06  AWP- 42.06 | | | | |
| 1  1  EA  13 | 4744-66 | | 60 | CROMOLYN SOD. SOL. 2ml  ALPHRM | | | $15.49 | 15.49 |
| | | | | NDC#0427-0750-60  AWP- 49.72 | | | | |

EVERYDAY WE OFFER NEW DAILY SALES! Ask Lisa Ext#204

SUB TOTAL  172.88
DISCOUNTS  3.46

shortages & claims must be reported within 24 hours
NO RETURNS AFTER 60 DAYS
# PIECES
INVOICE  2302924

TOTAL  $169.42

VAC MDL43249