# EXHIBIT G

918

1    UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF MASSACHUSETTS

3    MDL No. 1456

4    Master File No. 01-CV-12257-PBS

5    - - - - - - - - - - - - - - - - - - -x

6    IN RE:  PHARMACEUTICAL INDUSTRY

7    AVERAGE WHOLESALE PRICE LITIGATION

8    _____

9    THIS DOCUMENT RELATES TO:

10   United States of America ex rel.

11   Ven-A-Care of the Florida Keys, Inc.,

12   et al., v. Dey, Inc., et al.,

13   Civil Action No. 05-11084-PBS

14   - - - - - - - - - - - - - - - - - -x

15   (Cross caption follows on next page.)

16              July 23, 2008

17              9:01 a.m.

18

19            VOLUME IV

20

21      Continued Videotaped Deposition

22          of JOHN LOCKWOOD, M.D.

1138

1    Roxane 96.

2              (Whereupon, the above-mentioned

3    two-page document was marked Exhibit Roxane 096

4    for identification.)

5         A.   We may have obtained that from -- from

6    Texas, I suspect -- at least certainly in Florida

7    you could call Florida Medicaid and ask what the

8    WAC reimbursement for a product was, they would

9    give you that over the phone if you were, you

10   know, a pharmacy or physician -- and we got this

11   from Texas, yeah.

12        Q.   Now I notice that in the column

13   entitled Relator's Cost, which is Ven-A-Care's

14   cost on or around March 2000, there is a

15   different number for the same NDC as on the

16   previous chart at the top of page 45, it looks

17   like you have a number of $11.72 versus $12.95;

18   do you see that?

19        A.   Okay, um hum.

20        Q.   Then I'm going to hand you what's been

21   marked as Roxane 96 or will shortly be marked as

22   Roxane 96.

1139

1    I've just handed you what's been marked

2    as Roxane 96, it appears to be a document that's

3    Bates labeled VAC MDL 43246 through 43247.   It

4    appears to be a cover sheet fax from Ven-A-Care

5    to Rob Vito, dated April 5, 2000, and then

6    attached to it appears to be a printout from

7    McKesson of a product sold to Ven-A-Care on March

8    29, 2000.

9           Do you recognize this document?

10   A.    Yeah, this is actually, I think this is

11   an invoice.  I mean it says invoice at the top of

12   it.  So it's invoice verification and these --

13   the 11.72 and the I guess 28.12 appear to match

14   up for those NDC numbers; but I would suspect, at

15   least, that based on the date of this that these

16   purchases I suspect are based on the Servall

17   contract, I'm at least suspicious that they are,

18   or if not then the Innovatix contract with

19   McKesson.

20          So you can see that they're, you're

21   correct, the 11.72 is a little cheaper than the

22   price in the preceding page of 12.95, yes, and

1140

1    apparently we did send these to Rob Vito.

2        Q.    So does it appear to you that the

3    purchase that's indicated on or about March 29,

4    2000 in Roxane 96 is the source of the prices

5    that you have listed here at the top of page 46

6    of the Complaint?

7        A.    Well, whether they were the source or

8    not, they certainly would be a source. Whether

9    they are the only one or not, you know, I don't

10   know what the, you know, I don't know if these

11   are the Servall contract prices or if they would

12   be the Innovatix contract prices or if there

13   would be a difference in those; but yeah, they

14   are consistent with I think what's in the

15   Complaint.

16       Q.    And these prices that are listed for

17   the two ipratropium bromide NDCs for Roxane on

18   Roxane 96 Exhibit, if these were subject to the

19   Servall contract these are the prices that would

20   be available to all the members that were part of

21   the Servall GPO; is that right?

22       A.    Yes, sir.