# EXHIBIT H

BOSTON Drug Pricing

0005501

VAC MDL 095517


Exhibit: 235
Witness: Rox
Date: 10-14-09
J. Leitz

| Welcome | How To Place an Order | My Usual Order | My Current Order | Pharmacy Services | Resou |
| Log Out | Update Your Account | Open an Account | View Order History | Contact Us | JCodes - HCPCS |

**FLORIDA INFUSION NationsDrug**

**Search For A Product**
Starts with ☐ Includes ☐
[onxol]   GO!

## Product Search

Your search matched 3 products.

| NDC CODE | PRODUCT DESCRIPTION | PRICE | QTY |
|---|---|---|---|
| 00172-3754-73 | ONXOL (PACLITAXEL) 30MG/5ML | $125.43 | |
| 00172-3756-75 | ONXOL (PACLITAXEL) 150MG/25ML | $614.59 | |
| 00172-3753-77 | ONXOL (PACLITAXEL) 300MG/50ML | $1,229.16 | |

**Add to Order**

Copyright 2001 by Florida Infusion, Inc. All rights reserved.
Use and access of this site is subject to the terms and conditions as set out in our Legal Statement.

| Log Out | Update Your Account | Open an Account | View Order History | Contact Us | JCodes - HPCS | AWP's |

0005502

http://www.floridainfusion.com/productsearch.asp?qu=onxol&image.x=17&image.y=12       9/17/2001

**VAC MDL 095518**

innovatix.com - Product Search Results Page
http://www.innovatix.com/PowerCat/ProductSearchResults.asp?strGenericName=CYCLOPHOSPHAM



# Search Results

You entered the following search criteria:
Generic Name: CYCLOPHOSPHAM

The items bolded are also available in our e-Bargain room. To access this savings opportunity click here

| Add Item to Formulary | ndc number | generic name | trade name | form/strength/size | contract price w/min. qty. | contract price | awp | sugg. price | manufacturer | class of trade |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | **00013-5636-70** | **CYCLOPHOSPHAM** | **NEOSAR** | **VIAL 1GM 1EA x 1** | **NA** | **$9.00** | **$45.59** | **$36.59** | **Pharmacia Corporation** | **Home Healthcare** |
| ☐ | 00015-0548-41 | CYCLOPHOSPHAM | CYTOXAN LYOPHILIZED | VIAL 1 GM 1EA x 6 | NA | $48.00 | $296.21 | $248.21 | Bristol-Myers Oncology | Home Healthcare |
| ☐ | **00013-5606-93** | **CYCLOPHOSPHAM** | **NEOSAR** | **VIAL 100 MG 1EA x 1** | **NA** | **$3.75** | **$5.71** | **$1.96** | **Pharmacia Corporation** | **Home Healthcare** |
| ☐ | 00015-0539-41 | CYCLOPHOSPHAM | CYTOXAN LYOPHILIZED | VIAL 100 MG 1EA x 12 | NA | $24.00 | $74.30 | $50.30 | Bristol-Myers Oncology | Home Healthcare |
| ☐ | **00013-5646-70** | **CYCLOPHOSPHAM** | **NEOSAR** | **VIAL 2GM 1EA x 1** | **NA** | **$26.50** | **$91.16** | **$65.66** | **Pharmacia Corporation** | **Home Healthcare** |
| ☐ | 00015-0549-41 | CYCLOPHOSPHAM | CYTOXAN LYOPHILIZED | VIAL 2 GM 1EA x 6 | NA | $16.00 | $592.63 | $576.63 | Bristol-Myers Oncology | Home Healthcare |
| ☐ | **00013-5616-93** | **CYCLOPHOSPHAM** | **NEOSAR** | **VIAL 200 MG 1EA x 1** | **NA** | **$4.95** | **$10.85** | **$5.90** | **Pharmacia Corporation** | **Home Healthcare** |
| ☐ | 00015-0546-41 | CYCLOPHOSPHAM | CYTOXAN LYOPHILIZED | VIAL 200 MG 1EA x 12 | NA | $27.00 | $141.12 | $114.12 | Bristol-Myers Oncology | Home Healthcare |
| ☐ | **00054-4129-25** | **CYCLOPHOSPHAM** | **CYCLOPHOSPHAMIDE** | **TABLET 25 MG 100EA x 1** | **NA** | **$128.35** | **$203.22** | **$74.87** | **Roxane Labs** | **Home Healthcare** |
| ☐ | 00544-4130-25 | CYCLOPHOSPHAM | CYCLOPHOSPHAMIDE | TABLET 50 MG 100EA x 1 | NA | $235.56 | $372.96 | $137.40 | Roxane Labs | Home Healthcare |
| ☐ | **00013-5626-93** | **CYCLOPHOSPHAM** | **NEOSAR** | **VIAL 500 MG 1EA x 12** | **NA** | **$97.20** | **$308.45** | **$211.25** | **Pharmacia Corporation** | **Home Healthcare** |
| ☐ | 00015-0547-41 | CYCLOPHOSPHAM | CYTOXAN LYOPHILIZED | VIAL 500 MG 1EA x 12 | NA | $57.00 | $296.21 | $239.21 | Bristol-Myers Oncology | Home Healthcare |

0005503

VAC MDL 095519

**This Bates Number**

**Accidentally Skipped**

0005504

VAC MDL 095520

innovatix.com - Product Search Results Page

http://www.innovatix.com/PowerCat/ProductSearchResults.asp?strGenericName=PACLITAXEL+

1 of 2

# innovatix.com

## Search Results

You entered the following search criteria:
Generic Name: PACLITAXEL 1

The items bolded are also available in our e-Bargain room. To access this savings opportunity click here.

| Add Item to Formulary | catalog number | generic name | trade name | form/strength/size | contract price | | | manufacturer |
|---|---|---|---|---|---|---|---|---|
| ☐ | 55390-0114-20 | PACLITAXEL | PACLITAXEL INJECTION | VIAL 30 MG/5ML 17ML × 1 | NA | $233.00 | $608.76 $375.76 | Bedford Labs Home Healthcare |
| ☐ | 51079-0961-01 | PACLITAXEL | PACLITAXEL INJECTION | VIAL 30 MG/5ML 5ML × 1 | NA | $43.50 | $170.70 $127.20 | UDL Laboratories Inc. Home Healthcare |
| ☐ | 51079-0963-01 | PACLITAXEL | PACLITAXEL INJECTION | VIAL 300 MG/50ML 50ML × 1 | NA | $435.00 | $1,725.10 $1,290.10 | UDL Laboratories Inc. Home Healthcare |
| ☐ | 00172-3753-77 | PACLITAXEL | ONXOL | VIAL 6 MG/ML 50ML × 1 | NA | $535.00 | $1,727.19 $1,192.19 | IVAX Pharmaceuticals Home Healthcare |

4200242

0005505

VAC MDL 095521

9/19/2002 JAM

| NDC | Drug | Str | Company | AWP | ChG-Date | Reg-Cost | Contract-Cost | AWP/Reg | AWP/Contract |
|---|---|---|---|---|---|---|---|---|---|
| 62269035124 | METHYLPRED TAB | 4MG | BRISTOL- | $54.00 | 04/20/00 | $44.08 | $15.11 | 1.225045372 | 3.573792190 |
| 62269035121 | METHYLPRED TAB | 4MG | BRISTOL- | $11.00 | 04/20/00 | $8.94 | $0.00 | 1.230425055 | |
| 62269029024 | NAPROXEN DR TAB | 500MG | BRISTOL- | $120.74 | 04/20/00 | $82.41 | $0.00 | 1.465113457 | |
| 62269028924 | NAPROXEN DR TAB | 375MG | BRISTOL- | $98.85 | 04/20/00 | $67.47 | $20.82 | 1.465095598 | 4.747838616 |
| 62269027824 | TRIFLUOP TAB 1 | 1MG | BRISTOL- | $54.40 | 04/20/00 | $17.07 | $10.54 | 3.186877563 | 5.161290322 |
| 62269027924 | TRIFLUOP TAB 2 | 2MG | BRISTOL- | $80.24 | 04/20/00 | $24.92 | $16.17 | 3.219903691 | 4.962275819 |
| 62269028024 | TRIFLUOP TAB 5 | 5MG | BRISTOL- | $100.98 | 04/20/00 | $29.96 | $17.34 | 3.370493992 | 5.823529411 |
| 62269028124 | TRIFLUOP TAB 10 | 10MG | BRISTOL- | $152.24 | 04/20/00 | $37.91 | $18.20 | 4.015826958 | 8.364835164 |
| 62269024624 | INDAPAMIDE TAB | 1.25MG | BRISTOL- | $61.65 | 04/20/00 | $9.88 | $0.00 | 6.239878542 | |
| 62269025024 | HYDROXYCH TAB 2 | 200MG | BRISTOL- | $108.35 | 04/20/00 | $57.89 | $0.00 | 1.871653135 | |
| 62269025029 | HYDROXYCH TAB 2 | 200MG | BRISTOL- | $514.65 | 04/20/00 | $283.65 | $0.00 | 1.814383923 | |
| 62269027624 | PROCHLORPERAZ T | 10MG | BRISTOL- | $81.40 | 04/20/00 | $44.46 | $0.00 | 1.830859199 | |
| 62269024630 | INDAPAMIDE TB 1 | 1.25MG | BRISTOL- | $596.77 | 06/15/00 | $98.48 | $5.30 | 6.059809098 | 112.598111321 |
| 62269027524 | PROCHLORPERAZ T | 5MG | BRISTOL- | $54.18 | 04/20/00 | $29.64 | $0.00 | 1.827935222 | |
| 62269024724 | INDAPAMIDE TAB | 2.5MG | BRISTOL- | $76.20 | 04/20/00 | $10.15 | $0.00 | 7.507389162 | |
| 62269024730 | INDAPAMIDE TAB | 2.5MG | BRISTOL- | $727.50 | 04/20/00 | $101.08 | $0.00 | 7.197269489 | |
| 62269032124 | CLOMIPRAM CAP 2 | 25MG | BRISTOL- | $75.00 | 04/20/00 | $48.93 | $0.00 | 1.532801962 | |
| 62269035324 | CLONAZEPAM TAB | 0.5MG | BRISTOL- | $71.24 | 04/20/00 | $51.56 | $3.21 | 1.381691233 | 22.193146417 |
| 62269035424 | CLONAZEPAM TAB | 1MG | BRISTOL- | $81.04 | 04/20/00 | $59.14 | $0.00 | 1.370307744 | |
| 62269035524 | CLONAZEPAM TAB | 2MG | BRISTOL- | $112.41 | 04/20/00 | $81.89 | $0.00 | 1.372695078 | |
| 62269035624 | ATENOL TAB 50M | 50MG | BRISTOL- | $69.69 | 04/20/00 | $3.68 | $0.00 | 18.9375 | |
| 62269025924 | ATENOL TAB 25M | 25MG | BRISTOL- | $70.25 | 09/29/00 | $5.59 | $0.00 | 12.567084079 | |
| 62269026324 | METOCLOPR TAB | 5MG | BRISTOL- | $31.01 | 04/20/00 | $8.42 | $2.10 | 3.682897862 | 14.766666667 |
| 62269025930 | ATENOL TAB 25M | 25MG | BRISTOL- | $571.50 | 04/20/00 | $64.38 | $0.00 | 8.876980428 | |
| 62269020930 | BENZTROP MES TA | 1MG | BRISTOL- | $182.78 | 04/20/00 | $45.91 | $0.00 | 3.981267697 | |
| 62269021024 | BENZTROP MES TA | 2MG | BRISTOL- | $23.16 | 04/20/00 | $6.54 | $0.00 | 3.541284403 | |
| 62269021030 | BENZTROP MES TA | 2MG | BRISTOL- | $232.56 | 04/20/00 | $57.53 | $0.00 | 4.042412654 | |
| 62269025224 | CYCLOBENZ TAB 1 | 10MG | BRISTOL- | $83.50 | 04/20/00 | $7.04 | $0.00 | 11.860795455 | |
| 62269029129 | GLIPIZIDE TAB 5 | 5MG | BRISTOL- | $145.70 | 04/20/00 | $17.52 | $0.00 | 8.316210045 | |
| 62269026329 | METOCLOPR TAB | 5MG | BRISTOL- | $130.00 | 04/20/00 | $40.49 | $8.05 | 3.210669301 | 16.149068323 |
| 62269028724 | NAPROXEN SOD 55 | 550MG | BRISTOL- | $105.00 | 04/20/00 | $12.65 | $0.00 | 8.300395256 | |
| 62269020824 | BENZTROP MES TA | 0.5MG | BRISTOL- | $16.08 | 04/20/00 | $5.49 | $0.00 | 2.929617486 | |
| 62269020924 | BENZTROP MES TA | 1MG | BRISTOL- | $18.36 | 04/20/00 | $5.94 | $0.00 | 3.090909090 | |

0005506

VAC MDL 095522

Dey-Boston                                          5/21/2003

| Company  | NDC         | Drug                                    |
|----------|-------------|-----------------------------------------|
| DEY L.P. | 49502010501 | ALBUTEROL INHALATION SOLUTION .5%       |
| DEY L.P. | 49502019620 | ALBUTEROL INHALATION SOLUTION .5%       |
| DEY L.P. | 49502030317 | ALBUTEROL INHALATION AEROSOL            |
| DEY L.P. | 49502030327 | ALBUTEROL INHALATION AEROSOL REFILL     |
| DEY L.P. | 49502033317 | ALBUTEROL INHALATION AEROSOL            |
| DEY L.P. | 49502033327 | ALBUTEROL INHALATION AEROSOL REFILL     |
| DEY L.P. | 49502068503 | IPRATROPIUM BROMIDE INHALATION SOLUTION |
| DEY L.P. | 49502068533 | IPRATROPIUM BROMIDE INHALATION SOLUTION |
| DEY L.P. | 49502068560 | IPRATROPIUM BROMIDE INHALATION SOLUTION |

Large-Roxane-Ratios                                          8/5/2003

| AWP/Reg | AWP/Contract | NDC | Drug |
|---|---|---|---|
| 1.2676743052 | 5.3886010363 | 00054170125 | TORECAN AMP 10M |
| 2.9987460815 | 5.0613756614 | 00054261825 | MEXILET CAP 250 |
| 2.3626688498 | 2.7790081849 | 00054279525 | ROXILOX CAP 5/5 |
| 2.2600652884 | 3.5443686007 | 00054300563 | ACETAM+COD EL |
| 1.6147672552 | 2.7374149660 | 00054314658 | CHLORPROM CONC |
| 1.4143258427 | 1.784195606 | 00054315440 | COCAINE TOP SOL |
| 1.2299914554 | 1.6137892377 | 00054315540 | COCAINE TOP SOL |
| 1.4464534075 | 2.962962963 | 00054319246 | DIGOXIN EL 0.05 |
| 1.0808950086 | 1.6613756614 | 00054319446 | DIPHENOX+ATR SO |
| 1.2336892052 | 3.2 | 00054329446 | FUROSEM O/S 10M |
| 1.228606357 | 3.7016574586 | 00054329450 | FUROSEM O/S 10M |
| 1.1738019169 | 1.6078774617 | 00054329863 | FUROSEM O/S 40M |
| 2.3399458972 | 3.9923076923 | 00054348663 | LACTULOSE SOL |
| 2.0355132092 | 3.6181678214 | 00054348668 | LACTULOSE SYRP |
| 1.0778688525 | 1.6645569620 | 00054350049 | LIDOCA VISC 2% |
| 1.4108216433 | 2.3624161074 | 00054350547 | LIDOCA SOL 4% |
| 1.1563981043 | 4.3668903803 | 00054352763 | LITHIUM SYRP 8M |
| 1.7788550323 | 1.8722060253 | 00054354563 | MEPERID SYR 50M |
| 1.1159703787 | 1.7438864629 | 00054355367 | METHADONE SOL 1 |
| 2.6029411765 | 4.6477024070 | 00054356363 | METOCLOPR O/S 5 |
| 1.2678962176 | 1.6224 | 00054368344 | ROXICODONE INTE |
| 2.1565420561 | 4.4375 | 00054371463 | POT CHL O/S 20% |
| 1.6261904762 | 3.8806818182 | 00054371663 | POT CHL O/S 10% |
| 1.4548002803 | 4.9311163895 | 00054375144 | ROXANOL SOL 20M |
| 1.4550205300 | 6.6518771331 | 00054375150 | ROXANOL SOL 20M |
| 1.6739380023 | 4.9874572406 | 00054375158 | ROXANOL-100+SPO |
| 1.4548002803 | 4.9311163895 | 00054377444 | ROXANOL-T 20MG |
| 1.4550205300 | 6.6518771331 | 00054377450 | ROXANOL-T 20MG |
| 1.2661064426 | 1.9524838013 | 00054378549 | MORPHINE SU 10M |
| 1.7294900222 | 2.1384509938 | 00054378563 | MORPHINE SU 10M |
| 1.2677165354 | 2.0841423948 | 00054378649 | MORPHINE SU 20M |
| 1.8999638859 | 2.4839471199 | 00054378663 | MORPHINE SU 20M |
| 1.6196277496 | 2.9949937422 | 00054380563 | SOD POLY SUL 15 |
| 1.438976378 | 3.2633928571 | 00054384163 | THEOPHY SOL 80M |
| 1.3790613718 | 2.5382059801 | 00054386050 | THIORID CONC 3 |
| 1.6294169611 | 2.8619084562 | 00054386150 | THIORID CONC 10 |
| 2.1879485896 | 2.5641627543 | 00054408425 | AZATHIOPR TAB 5 |
| 2.8192488263 | 3.9506578947 | 00054417925 | DEXAMETH TAB 0. |
| 2.7514124294 | 4.7435064935 | 00054418025 | DEXAMETH TAB 0. |
| 2.7553299492 | 4.72 | 00054418225 | DEXAMETH TAB 1. |
| 4.5069444444 | 8.5021834061 | 00054418425 | DEXAMETH TAB 4M |
| 2.2595978062 | 2.8219178082 | 00054418625 | DEXAMETH TAB 6M |
| 2.6766839378 | 4.4766031196 | 00054422121 | DICLOFEN TAB 50 |
| 3.1480263158 | 6.4180327869 | 00054422125 | DICLOFEN TAB 50 |
| 2.9844873784 | 7.0093566283 | 00054422131 | DICLOFEN TAB 50 |
| 3.4271631982 | 4.9159465829 | 00054422221 | DICLOFEN TAB 75 |



0005508

VAC MDL 095524

Large-Roxane-Ratios                                                                             8/5/2003

| AWP/Reg | AWP/Contract | NDC | Drug |
|---|---|---|---|
| 3.5625 | 5.9402050114 | 00054422225 | DICLOFEN TAB 75 |
| 4.1138351657 | 6.7366449832 | 00054422231 | DICLOFEN TAB 75 |
| 2.4957746479 | 3.0871080139 | 00054422321 | DICLOFEN TAB 25 |
| 2.3958896701 | 3.9238263950 | 00054422325 | DICLOFEN TAB 25 |
| 3.3966745843 | 9.8620689655 | 00054429725 | FUROSEM TAB 20M |
| 4.8425060575 | 15.825791855 | 00054429731 | FUROSEM TAB 20M |
| 3.4029227557 | 9.6449704142 | 00054429925 | FUROSEM TAB 40M |
| 4.3987865416 | 14.990601504 | 00054429931 | FUROSEM TAB 40M |
| 4.0425531915 | 15.173611111 | 00054430125 | FUROSEM TAB 80M |
| 3.9528301887 | 16.720657277 | 00054430129 | FUROSEM TAB 80M |
| 2.1819248826 | 3.7746192893 | 00054439225 | HYDROMORPH TAB |
| 1.9606651743 | 4.0388669302 | 00054439425 | HYDROMORPH TAB |
| 1.4673031026 | 2.3691714836 | 00054449613 | LEUCOVOR CALC T |
| 1.4893085458 | 2.3208519409 | 00054449625 | LEUCOVOR CALC T |
| 1.202555855 | 1.7090437361 | 00054449710 | LEUCOVOR CALC T |
| 1.7056143206 | 2.3415996425 | 00054449805 | LEUCOVOR CALC T |
| 1.7791723511 | 2.5160128617 | 00054449810 | LEUCOVOR CALC T |
| 1.7514101382 | 3.0205366226 | 00054449911 | LEUCOVOR CALC T |
| 2.8214963119 | 4.3284836728 | 00054455015 | METHOTR TAB 2.5 |
| 1.8598984772 | 3.2714285714 | 00054458225 | MORPHINE IR TAB |
| 1.8616577221 | 3.7166666667 | 00054458325 | MORPHINE IR TAB |
| 1.7779792746 | 2.3863004172 | 00054459525 | MEPERID TAB 50M |
| 1.7783680697 | 2.2022604588 | 00054459625 | MEPERID TAB 100 |
| 2.3023909986 | 3.1617576050 | 00054460325 | MEGESTR TAB 20M |
| 2.4751006569 | 3.8207392869 | 00054460425 | MEGESTR TAB 40M |
| 3.5686546463 | 6.0683962264 | 00054465025 | ROXICET TAB 5/ |
| 3.3520691785 | 5.6916622968 | 00054465029 | ROXICET TAB 5/ |
| 1.2679738562 | 2.3095238095 | 00054465725 | ROXICODONE TAB |
| 1.3333333333 | 1.6474953618 | 00054472125 | PROPANTHEL TAB |
| 1.3333163096 | 1.6472852320 | 00054472131 | PROPANTHEL TAB |
| 1.6022727273 | 2.7828947368 | 00054472825 | PREDNISON TAB |
| 1.9592668024 | 3.5088145897 | 00054472929 | PREDNISON TAB 2 |
| 1.7154929577 | 2.3333333333 | 00054473025 | PREDNISON TAB 1 |
| 1.7880330999 | 2.7324902724 | 00054473029 | PREDNISON TAB 1 |
| 1.3458138326 | 2.764957265 | 00054473325 | PREDNISON TAB 5 |
| 1.333081571 | 1.6479925303 | 00054474125 | PREDNISON TAB |
| 1.3332305558 | 1.6472380952 | 00054474131 | PREDNISON TAB |
| 1.0913043478 | 2.3133640553 | 00054474225 | PREDNISON TAB 2 |
| 1.7582417582 | 2.8097560976 | 00054478425 | ROXICET CAPL 5/ |
| 1.4554124143 | 2.0796079369 | 00054479025 | ORAMORPH SR TAB |
| 1.3839300667 | 2.0790983194 | 00054479029 | ORAMORPH SR TAB |
| 1.4553740637 | 2.0791594147 | 00054479225 | ORAMORPH SR TAB |
| 1.455405286 | 2.0790891489 | 00054479325 | ORAMORPH SR TAB |
| 1.3840891010 | 2.0796079369 | 00054480519 | ORAMORPH SR TAB |
| 1.4554499032 | 2.079109546 | 00054480525 | ORAMORPH SR TAB |
| 1.4553675189 | 2.0791180285 | 00054480527 | ORAMORPH SR TAB |

0005509

VAC MDL 095525

Large-Roxane-Ratios                                                              8/5/2003

| AWP/Reg | AWP/Contract | NDC | Drug |
|---|---|---|---|
| 2.5764966741 | 4.0657802659 | 00054485806 | TRIAZOL TAB 0.1 |
| 2.5546558704 | 4.3487250172 | 00054485906 | TRIAZOL TB .25M |
| 3.0912364946 | 4.1326735322 | 00054485929 | TRIAZOL TAB 0.2 |
| 1.8193424832 | 2.2024729521 | 00054800204 | ACETAM+COD EL 1 |
| 1.7225180081 | 2.1696252465 | 00054801304 | ACETAM+COD EL 5 |
| 1.6533637400 | 1.9801980198 | 00054801704 | ACETAM+COD EL 1 |
| 2.251497006 | 2.9490196078 | 00054804816 | AROMATIC CASC F |
| 1.6404596655 | 1.9340040241 | 00054808425 | AZATHIOPR TB 50 |
| 1.5681293303 | 1.9923708920 | 00054816303 | COCAINE TOP SOL |
| 1.281013031 | 1.9924424596 | 00054816403 | COCAINE TOP SOL |
| 4.2911479945 | 5.14510779441 | 00054817525 | DEXAMETH TAB 4M |
| 3.6321585903 | 3.8618266979 | 00054817925 | DEXAMETH TAB 0. |
| 2.5052910053 | 3.0647249191 | 00054818025 | DEXAMETH TAB 0. |
| 3.0495710200 | 3.1301369863 | 00054818125 | DEXAMETH TAB 1. |
| 1.5730446025 | 1.8558627264 | 00054818325 | DEXAMETH TAB 6M |
| 2.7092886537 | 2.9799547365 | 00054822125 | DICLOFEN TAB 50 |
| 1.8742586002 | 2.0617659852 | 00054822325 | DICLOFEN TAB 25 |
| 1.6435139165 | 1.9320771253 | 00054824725 | HYDROXYUR CP 5C |
| 2.4479315264 | 10.094117647 | 00054829725 | FUROSEM TAB 20M |
| 1.1738620824 | 1.6062550120 | 00054829816 | FUROSEM O/S 40M |
| 2.4885496183 | 10.572972973 | 00054829925 | FUROSEM TAB 40M |
| 3.7917570499 | 14.486187845 | 00054830125 | FUROSEM TAB 80M |
| 1.7478616586 | 2.7926322044 | 00054833804 | GUAIFEN SYR 2CM |
| 2.306601467 | 3.0334405145 | 00054839224 | HYDROMORPH TAB |
| 2.1041666667 | 3.1758193091 | 00054839424 | HYDROMORPH TAB |
| 2.801061008 | 3.7553342817 | 00054840213 | IPRAT I/SOL PF |
| 2.801061008 | 3.7553342817 | 00054840221 | IPRAT I/SOL 0.0 |
| 2.5546961326 | 3.3920187793 | 00054848616 | LACTULOSE SYRP |
| 1.6535591853 | 1.6555622855 | 00054849806 | LEUCOVOR CALC T |
| 1.4974015679 | 1.7257131256 | 00054849906 | LEUCOVOR TAB 25 |
| 1.6833667335 | 2.1510883483 | 00054850016 | LIDOCA VISC 2% |
| 1.5972222222 | 2.4185068349 | 00054855003 | METHOTR TAB 2.5 |
| 1.882732652 | 2.538071066 | 00054855005 | METHOTR TAB 2.5 |
| 1.9718309859 | 2.8671737858 | 00054855006 | METHOTR TAB 2.5 |
| 2.3552123552 | 2.6789635485 | 00054855007 | METHOTR TAB 2.5 |
| 2.4040066778 | 2.9764365440 | 00054855010 | METHOTR TAB 2.5 |
| 2.7974165091 | 2.7985186353 | 00054855025 | METHOTR TB 2.5M |
| 1.3422818792 | 2.0428336079 | 00054856304 | METOCLOPR SYR 1 |
| 1.5019525383 | 2.3353573097 | 00054856404 | MILK MAG+CASC 1 |
| 1.7587768969 | 1.8121353559 | 00054859511 | MEPERID TAB 50M |
| 2.2693761815 | 2.6365300146 | 00054860325 | MEGESTR TAB 20M |
| 2.3678584593 | 2.6805758398 | 00054860425 | MEGESTR TAB 40M |
| 1.3704245974 | 2.0920876173 | 00054860716 | NYSTATIN SUSP 5 |
| 1.2935622318 | 2.1761732852 | 00054865024 | ROXICET TAB 5/ |
| 1.2789281364 | 2.2900763359 | 00054871304 | POT CHL LIQ 10% |
| 1.0894941634 | 2.2900763359 | 00054871404 | POT CHL LIQ 10% |

0005510

Large-Roxane-Ratios  8/5/2003

| AWP/Reg | AWP/Contract | NDC | Drug |
|---|---|---|---|
| 2.0659025788 | 3.0811965812 | 00054872425 | PREDNISON TAB |
| 1.7914979757 | 2.765625 | 00054872525 | PREDNISON TAB 1 |
| 2.1207729469 | 2.9662162162 | 00054872625 | PREDNISON TAB 2 |
| 1.3336195792 | 1.6477453581 | 00054872925 | PREDNISON TAB 5 |
| 1.4883612663 | 1.6475135274 | 00054873725 | PROPANTHEL TB 1 |
| 1.3337531486 | 1.6482490272 | 00054873925 | PREDNISON TAB |
| 1.7027027027 | 1.8529411765 | 00054874025 | PREDNISON TAB 2 |
| 1.4553008155 | 1.7121650978 | 00054879024 | ORAMORPH SR TAB |
| 1.4553722830 | 1.71218716 | 00054879211 | ORAMORPH SR TAB |
| 1.4553562678 | 1.7122924354 | 00054879311 | ORAMORPH SR TAB |
| 1.4553929122 | 1.7122269555 | 00054880524 | ORAMORPH SR TAB |
| 1.8804971319 | 2.3842424242 | 00054881501 | SOD POLY SUL 30 |
| 2.1652065081 | 3.3841940532 | 00054881611 | SOD POLY SUL 60 |
| 1.6526610644 | 2.1299638989 | 00054881755 | SOD POLY SUL 50 |
| 1.546192501 | 2.2050716648 | 00054884504 | THEOPHY SOL 80 |
| 1.6376663255 | 2.7777777778 | 00054885825 | TRIAZOL TAB 0.1 |
| 1.6389548694 | 2.3662551440 | 00054885925 | TRIAZOL TAB 0.2 |
| 1.4514971309 | 1.8662105969 | 00054975088 | METHADONE PWD |

Roxane-Master                                    8/5/2003

| Company | Drug | NDC |
|---|---|---|
| Roxane | Hydroxyurea | 00054224725 |
| Roxane | Mexiletine HCl | 00054261625 |
| Roxane | Mexiletine HCl | 00054261725 |
| Roxane | Mexiletine HCl | 00054261825 |
| Roxane | Roxilox | 00054279525 |
| Roxane | Acetaminophen/Codeine Solution | 00054300563 |
| Roxane | Acetylcysteine | 00054302502 |
| Roxane | Acetylcysteine | 00054302602 |
| Roxane | Acetylcysteine | 00054302702 |
| Roxane | Acetylcysteine | 00054302802 |
| Roxane | Chlorpromazine HCl Intensol | 00054314658 |
| Roxane | Dexamethasone Intensol | 00054317644 |
| Roxane | Dexamethasone | 00054317763 |
| Roxane | Cimetidine HCl | 00054322758 |
| Roxane | Furosemide | 00054329446 |
| Roxane | Furosemide | 00054329450 |
| Roxane | Furosemide | 00054329863 |
| Roxane | Hydrochlorothiazide | 00054338363 |
| Roxane | Hydromorphone HCl | 00054338750 |
| Roxane | Hydromorphone HCl | 00054338758 |
| Roxane | Hydromorphone HCl | 00054338763 |
| Roxane | Lactulose | 00054348658 |
| Roxane | Lactulose | 00054348663 |
| Roxane | Lactulose | 00054348668 |
| Roxane | Lidocaine HCl Viscous | 00054350049 |
| Roxane | Lidocaine HCl | 00054350547 |
| Roxane | Lithium Citrate | 00054352763 |
| Roxane | Meperidine HCl | 00054354563 |
| Roxane | Metoclopramide | 00054356363 |
| Roxane | Metoclopramide HCl Intensol | 00054356444 |
| Roxane | Naproxen | 00054363063 |
| Roxane | Roxicodone | 00054368263 |
| Roxane | Roxicodone Intensol | 00054368344 |
| Roxane | Roxicet | 00054368663 |
| Roxane | Potassium Chloride | 00054371463 |
| Roxane | Potassium Chloride | 00054371663 |
| Roxane | Prednisone Intensol | 00054372144 |
| Roxane | Prednisone | 00054372250 |
| Roxane | Prednisone | 00054372263 |
| Roxane | Roxanol | 00054375144 |
| Roxane | Roxanol | 00054375150 |
| Roxane | Roxanol 100 | 00054375158 |
| Roxane | Roxanol-T | 00054377444 |
| Roxane | Roxanol-T | 00054377450 |
| Roxane | Morphine Sulfate | 00054378549 |
| Roxane | Morphine Sulfate | 00054378563 |

Roxane-Master                                   8/5/2003

| Company | Drug | NDC |
|---|---|---|
| Roxane | Morphine Sulfate | 00054378649 |
| Roxane | Morphine Sulfate | 00054378663 |
| Roxane | Sodium Polystyrene Sulfonate | 00054380563 |
| Roxane | Theophylinne | 00054384163 |
| Roxane | Thioridazine HCl Intensol | 00054386050 |
| Roxane | Thioridazine HCl Intensol | 00054386150 |
| Roxane | Azathioprine | 00054408425 |
| Roxane | Cyclophosphamide | 00054412925 |
| Roxane | Cyclophosphamide | 00054413025 |
| Roxane | Dexamethasone | 00054417925 |
| Roxane | Dexamethasone | 00054418025 |
| Roxane | Dexamethasone | 00054418125 |
| Roxane | Dexamethasone | 00054418225 |
| Roxane | Dexamethasone | 00054418325 |
| Roxane | Dexamethasone | 00054418425 |
| Roxane | Dexamethasone | 00054418625 |
| Roxane | Diclofenac Sodium | 00054422121 |
| Roxane | Diclofenac Sodium | 00054422125 |
| Roxane | Diclofenac Sodium | 00054422131 |
| Roxane | Diclofenac Sodium | 00054422221 |
| Roxane | Diclofenac Sodium | 00054422225 |
| Roxane | Diclofenac Sodium | 00054422231 |
| Roxane | Diclofenac Sodium | 00054422321 |
| Roxane | Diclofenac Sodium | 00054422325 |
| Roxane | Furosemide | 00054429725 |
| Roxane | Furosemide | 00054429731 |
| Roxane | Furosemide | 00054429925 |
| Roxane | Furosemide | 00054429931 |
| Roxane | Furosemide | 00054430125 |
| Roxane | Furosemide | 00054430129 |
| Roxane | Hydromorphone HCl | 00054437025 |
| Roxane | Hydromorphone HCl | 00054439225 |
| Roxane | Hydromorphone HCl | 00054439425 |
| Roxane | LeucovorinCalcium5 mg Tablets | 00054449613 |
| Roxane | LeucovorinCalcium5 mg Tablets, | 00054449625 |
| Roxane | Leucovorin Calcium | 00054449705 |
| Roxane | Leucovorin Calcium | 00054449710 |
| Roxane | Leucovorin Calcium | 00054449805 |
| Roxane | Leucovorin Calcium | 00054449810 |
| Roxane | Leucovorin Calcium | 00054449911 |
| Roxane | Methotrexate Sodium | 00054455015 |
| Roxane | Methotrexate Sodium | 00054455025 |
| Roxane | MorphineSulfate15 mg Tablets 10 | 00054458225 |
| Roxane | Morphine Sulfate | 00054458325 |
| Roxane | Meperidine HCl | 00054459525 |
| Roxane | Meperidine HCl | 00054459625 |

0005513

Roxane-Master												8/5/2003

| Company | Drug | NDC |
|---|---|---|
| Roxane | Megestrol | 00054460325 |
| Roxane | Megestrol | 00054460425 |
| Roxane | Roxicet | 00054465025 |
| Roxane | Roxicet | 00054465029 |
| Roxane | Roxicodone | 00054465725 |
| Roxane | Roxicodone | 00054465825 |
| Roxane | Roxicodone | 00054466525 |
| Roxane | Propantheline Bromide | 00054472125 |
| Roxane | Propantheline Bromide | 00054472131 |
| Roxane | Prednisone | 00054472825 |
| Roxane | Prednisone | 00054472831 |
| Roxane | Prednisone | 00054472925 |
| Roxane | Prednisone | 00054472929 |
| Roxane | Prednisone | 00054473025 |
| Roxane | Prednisone | 00054473029 |
| Roxane | Prednisone | 00054473325 |
| Roxane | Prednisone | 00054474125 |
| Roxane | Prednisone | 00054474131 |
| Roxane | Prednisone | 00054474225 |
| Roxane | Roxicet | 00054478425 |
| Roxane | Oramorph SR | 00054479025 |
| Roxane | Oramorph SR | 00054479029 |
| Roxane | Oramorph SR | 00054479225 |
| Roxane | Oramorph SR | 00054479325 |
| Roxane | Oramorph SR | 00054480519 |
| Roxane | Oramorph SR | 00054480525 |
| Roxane | Oramorph SR | 00054480527 |
| Roxane | Triazolam | 00054485806 |
| Roxane | Triazolam | 00054485906 |
| Roxane | Triazolam | 00054485929 |
| Roxane | Acetaminophen/Codeine Solution | 00054800204 |
| Roxane | Acetaminophen/Codeine Solution | 00054801304 |
| Roxane | Acetaminophen/Codeine Solution | 00054801704 |
| Roxane | Acetaminophen/Codeine | 00054802224 |
| Roxane | Aminophylline | 00054804916 |
| Roxane | Albuterol Sulphate | 00054806311 |
| Roxane | Albuterol Sulphate | 00054806313 |
| Roxane | Albuterol Sulphate | 00054806321 |
| Roxane | Azathioprine | 00054808425 |
| Roxane | Cyclophosphamide | 00054808925 |
| Roxane | Cyclophosphamide | 00054813025 |
| Roxane | Cocaine HCl | 00054816303 |
| Roxane | Cocaine HCl | 00054816403 |
| Roxane | Cromolyn Sodium | 00054816721 |
| Roxane | Cromolyn Sodium | 00054816723 |
| Roxane | Dexamethasone | 00054817425 |

0005514

Roxane-Master                                                                 8/5/2003

| Company | Drug | NDC |
|---|---|---|
| Roxane | Dexamethasone | 00054817525 |
| Roxane | Dexamethasone | 00054817625 |
| Roxane | Dexamethasone | 00054817716 |
| Roxane | Dexamethasone | 00054817925 |
| Roxane | Dexamethasone | 00054818025 |
| Roxane | Dexamethasone | 00054818125 |
| Roxane | Dexamethasone | 00054818325 |
| Roxane | Atropine Sulfate/Diphenoxylate H | 00054819116 |
| Roxane | Diclofenac Sodium | 00054822125 |
| Roxane | Diclofenac Sodium | 00054822225 |
| Roxane | Diclofenac Sodium | 00054822325 |
| Roxane | Cimetidine HCl | 00054822716 |
| Roxane | Cimetidine HCl | 00054823016 |
| Roxane | Hydroxyurea | 00054824725 |
| Roxane | Furosemide | 00054829725 |
| Roxane | Furosemide | 00054829816 |
| Roxane | Furosemide | 00054829925 |
| Roxane | Furosemide | 00054830125 |
| Roxane | Hydromorphone HCl | 00054834916 |
| Roxane | Hydromorphone HCl | 00054835016 |
| Roxane | Hydromorphone HCl | 00054839224 |
| Roxane | Hydromorphone HCl | 00054839424 |
| Roxane | IpratropiumBr.2.5mls 25s | 00054840211 |
| Roxane | IpratropiumBromide 0.02%2.5 ml | 00054840213 |
| Roxane | IpratropiumBromide2.5 ml, 60s | 00054840221 |
| Roxane | Lactulose | 00054848616 |
| Roxane | Leucovorin Calcium | 00054849619 |
| Roxane | Leucovorin Calcium | 00054849706 |
| Roxane | Leucovorin Calcium | 00054849806 |
| Roxane | Leucovorin Calcium | 00054849906 |
| Roxane | Lidocaine HCl Viscous | 00054850016 |
| Roxane | Meperidine HCl | 00054854516 |
| Roxane | Methotrexate Sodium | 00054855003 |
| Roxane | Methotrexate Sodium | 00054855005 |
| Roxane | Methotrexate Sodium | 00054855006 |
| Roxane | Methotrexate Sodium | 00054855007 |
| Roxane | Methotrexate Sodium | 00054855010 |
| Roxane | Methotrexate Sodium | 00054855025 |
| Roxane | Metoclopramide | 00054856304 |
| Roxane | Morphine Sulfate | 00054858224 |
| Roxane | Morphine Sulfate | 00054858324 |
| Roxane | Morphine Sulfate | 00054858516 |
| Roxane | Morphine Sulfate | 00054858616 |
| Roxane | Meperidine HCl | 00054859511 |
| Roxane | Meperidine HCl | 00054859611 |
| Roxane | Megestrol | 00054860325 |

Roxane-Master                                          8/5/2003

| Company | Drug | NDC |
|---------|------|-----|
| Roxane | Megestrol | 00054860425 |
| Roxane | Nystatin | 00054860716 |
| Roxane | Roxicet | 00054864816 |
| Roxane. | Roxicet | 00054865024 |
| Roxane | Roxicodone | 00054865724 |
| Roxane | Roxicodone | 00054865824 |
| Roxane | Roxicodone | 00054866524 |
| Roxane | Potassium Chloride | 00054871304 |
| Roxane | Potassium Chloride | 00054871404 |
| Roxane | Prednisone | 00054872216 |
| Roxane | Prednisone | 00054872425 |
| Roxane | Prednisone | 00054872525 |
| Roxane | Prednisone | 00054872625 |
| Roxane | Prednisone | 00054872925 |
| Roxane | Propantheline Bromide | 00054873725 |
| Roxane | Prednisone | 00054873925 |
| Roxane | Prednisone | 00054874025 |
| Roxane | Roxicodone | 00054878216 |
| Roxane | Roxicet | 00054878424 |
| Roxane | Oramorph SR | 00054879024 |
| Roxane | Oramorph SR | 00054879211 |
| Roxane | Oramorph SR | 00054879311 |
| Roxane | Oramorph SR | 00054880524 |
| Roxane | Sodium Polystyrene Sulfonate | 00054881501 |
| Roxane | Sodium Polystyrene Sulfonate | 00054881611 |
| Roxane | Sodium Polystyrene Sulfonate | 00054881755 |
| Roxane | Theophylinne | 00054884504 |
| Roxane | Theophylinne | 00054884816 |
| Roxane | Triazolam | 00054885825 |
| Roxane | Triazolam | 00054885925 |

0005516

VAC MDL 095532

# FLORIDA INFUSION
## Nations Drug

Welcome | How To Place an Order | My Usual Order | My Current Order | Pharmacy Services | Resource Links

Login | Update Your Account | Open an Account | View Order History | Contact Us | JCodes - HPCS | AWP's | Home

### Search For A Product
Starts with ☐  Includes ☐
[CISPLATIN]  [GO]

**Product Search**
Your search matched 2 products.

| NDC CODE | PRODUCT DESCRIPTION | PRICE |
|---|---|---|
| 55390-0112-50 | CISPLATIN 50MG 50ML VIAL | $40.00 |
| 55390-0112-99 | CISPLATIN 100MG 100ML VIAL | $80.00 |

To place an order, please Log In.

Copyright 2001 by Florida Infusion, Inc. All rights reserved.
Use and access of this site is subject to the terms and conditions as set out in our Legal Statement

Innovatix.com - Product Search Results Page

http://www.innovatix.com/PowerCat/ProductSearchResults.asp?strGenericName=CISPLATIN+IN.



# Search Results

You entered the following search criteria:
Generic Name: **CISPLATIN INJ**

The items bolded are also available in our e-Bargain room. To access this savings opportunity click here

| Add Item to Formulary | ndc number | generic name | trade name | form/strength/size | contract price +mark up | contract price | awp | awp spread | manufacturer | class of trade |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 63323-0103-65 | CISPLATIN INJ | CISPLATIN MG/ML 100ML | VIAL 1 | NA | $74.00 | $398.50 | $324.50 | APP (American Pharmaceutical Part) | Home Healthcare |
| ☐ | 00074-5748-11 | CISPLATIN INJ | CISPLATIN MG/ML 100ML x 1 | VIAL 1 | NA | $180.00 | $0.00 | NA | Abbott Laboratories Inc. HPD | Home Healthcare |
|  | 10019-0910-02 | CISPLATIN INJ | CISPLATIN MG/ML 100ML x 1 | VIAL 1 | NA | $66.00 | $462.50 | $396.50 | Baxter Pharmaceutical Products II | Home Healthcare |
| ☐ | 63323-0103-64 | CISPLATIN INJ | CISPLATIN MG/ML 200ML x 1 | VIAL 1 | NA | $145.00 | $790.00 | $645.00 | APP (American Pharmaceutical Part) | Home Healthcare |
|  | 63323-0103-51 | CISPLATIN INJ | CISPLATIN MG/ML 50ML x 1 | VIAL 1 | NA | $37.00 | $199.13 | $162.13 | APP (American Pharmaceutical Part) | Home Healthcare |
| ☐ | 00074-5747-11 | CISPLATIN INJ | CISPLATIN MG/ML 50ML x 1 | VIAL 1 | NA | $90.00 | $0.00 | NA | Abbott Laboratories Inc. HPD | Home Healthcare |
|  | 10019-0910-01 | CISPLATIN INJ | CISPLATIN MG/ML 50ML x 1 | VIAL 1 | NA | $33.00 | $231.25 | $198.25 | Baxter Pharmaceutical Products | Home Healthcare |

0005518

VAC MDL 095534

1 of 2

2/2001 4:18 PM

Innova... - Product Search Results Page

http://www.innovatix.com/PowerCat/ProductSearchResults.asp?strGenericNa...SPLATIN+IN...

Choose Formulary to Add Items to [All Formularies ▼] [button_confirm]

Please note: Innovatix contract price does not include wholesaler/distributor mark up. You may include your wholesaler/distributor mark up in PowerCat by accessing Your Formulary Page.

**COMPANY INFORMATION | PRODUCT PARTNERS | SHOP | WHOLESALER LINKS | POWERCAT | CONTRACT SPOTLIGHT | NEWS CENTER | JOIN**

12/12/2001 4:18 PM

2 of 2

0005519

VAC MDL 095535