# EXHIBIT I

```
                                                                    1
 1                   UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MASSACHUSETTS

 3      ---------------------------------X

 4      In re:  PHARMACEUTICAL INDUSTRY  )

 5      AVERAGE WHOLESALE PRICE          ) MDL No. 1456

 6      LITIGATION                       )

 7      -------------------------------) Civil Action No.

 8      THIS DOCUMENT RELATES TO:        ) 01-12257-PBS

 9      United States of America, ex rel.)

10      Ven-A-Care of the Florida Keys,  ) Subcategory No.

11      Inc., v. Boehringer Ingelheim    ) 06-CV-11337-PBS

12      Corporation, et al.,             )

13      CIVIL ACTION NO. 07-10248-PBS    )

14      ---------------------------------X

15                        DEPOSITION OF

16            VEN-A-CARE OF THE FLORIDA KEYS, INC.

17                 by JOHN M. LOCKWOOD, M.D.

18                    The Breen Law Firm

19                  5755 North Point Parkway

20                         Suite 260

21                   Alpharetta, Georgia   30022

22                   Taken on June 19, 2009
```

115

1      MR. BREEN:  Okay.
2      A.  Yes.
3  BY MR. GORTNER:
4      Q.  Generally speaking, can you tell me what
5  went into this file?  It seems to be the first
6  page under 095517.  It has -- it seems to be a
7  photocopy of a file folder that reads in part
8  Boston Drug Pricing.
9      A.  Yes.  I -- this was a folder made by
10 someone at Ven-A-Care.  There were three or four
11 of us there at different times.
12          And these were a variety of documents
13 that might pertain in some way to what we
14 considered the Boston drug pricing cases.  And
15 these are documents about a number of different
16 companies.
17          And some of them are Innovatix
18 printouts.  And then there is some, what I would
19 say, is analysis by -- generally done by me of
20 looks like some Dey drugs and Roxane drugs.
21     Q.  Let's focus for a moment on the Roxane
22 drugs which I think is on Page VAC MDL 095524 to

Lockwood, John 6-19-2009

1  5529.  And in particular, there's a heading on
2  that page that says, Large Roxane Ratios.  But it
3  seems to be dated August 5th, 2003.  Do you
4  recognize these particular pages?  And if so, can
5  you describe what they are?
6      A.   Well, I would say, yes, I recognize
7  them.  These are printouts of some data analysis
8  that I did on -- on Roxane and a whole host of
9  companies.
10         And what they represent is basically
11  this: If you use the EconoLink system -- and this
12  worked, as I recall, particularly well using
13  Windows 2000.
14     Q.   Okay.
15     A.   But you could designate under the
16  printer within EconoLink, there was a way to
17  create it, a -- essentially, a print to file
18  printer so that all of the data in the EconoLink
19  system would print as a text file.  A -- and I
20  don't mean hard copy.  It would print
21  electronically into a file that was a text file.
22         And, I don't know, I think I was led to