# Exhibit 1

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of
Plaintiffs' Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

# MARKETING LAUNCH PLAN
## 3/1/96
### Albuterol Sulfate Inhalation Solution, 0.5%

## DEY Laboratories
## ALBUTEROL MULTI-DOSE PRICING

| Customer Type | DEY Price/Bottle | PROVENTIL Price/Bottle | GOLDLINE Price/Bottle | WARRICK Price/Bottle |
|---|---|---|---|---|
| AWP | $14.99 (Proventil AWP - 8%) | $16.23 | $13.95 | $14.99 |
| **Direct Pricing** | | | | |
| Wholesaler | $7.90 | $13.52 | $7.99 | $9.45 |
| Warehouse Chains | $5.75 - $6.50 | --- | $7.00 | $6.00 |
| Nonwarehouse Chains | $6.90 | --- | $7.00 | $8.00 |
| Generic Distributor | $6.50 | --- | --- | 7.25 |
| Mail Order | $6.50 | --- | --- | --- |
| Hospital Alternate Care Retail Buying Groups | $6.90 | --- | --- | --- |
| Homecare Pharmacy | $6.90 | --- | --- | $6.50 - $7.00 |
| Hospital Contract (Acute Care Only) | $5.50 - $6.00 | --- | $7.00 - $8.00 | $6.00 - $7.00 |
| Retail /Hospital/MedSurg List Price | $8.70 | --- | --- | --- |



- Blue Book
- 13.95 Feb '95 price
- 9/95 → (14.99)

Bob - Re Warrick price...
2/95 = 13.95
9/95 = 14.99

**CONFIDENTIAL**

Todd

*Case Pack = 72 units per case

DL-TX-0092843