# Exhibit 2

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of
Plaintiffs' Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

DEY LABORATORIES, INC.

MEMORANDUM

TO:     Pam Marrs
        Charles Rice
        Jean-Pierre Termier

FROM:   Robert F. Mozak

DATE:   February 24, 1992

RE:     ALBUTEROL PRICING STRATEGIES

Although the pricing strategy will be reviewed at the March 6 meeting, I thought you would be interested in reviewing it sooner in light of the earlier approval of Albuterol.

Essentially this pricing strategy will be followed by Dey sales people through the initial introduction and until competition emerges. If there are any questions, let me know.

Bob

RFM:ms



Marrs-FL
EXHIBIT NO. 9
3-10-05
C. VOHLKEN

DEPOSITION EXHIBIT 459
Galles 2/6/07

CONFIDENTIAL
DL-TX-0090851

## PRICING

### OBJECTIVES:

* TO SEEK THE HIGHEST PRICES POSSIBLE IN RETAIL, HOMECARE AND HOSPITAL SEGMENTS. TO MAXIMIZE DEY PROFITABILITY.

* TO SEEK LONG – TERM (3 YEARS) AGREEMENTS WITH MAJOR PURCHASING GROUPS FOR ALL DEY PRODUCTS THROUGH LEVERAGING OF ALBUTEROL UD.

* TO PROVIDE INCENTIVE TO RETAIL / CHAIN PROVIDERS TO USE DEY'S ALBUTEROL UD BY INCREASING THE SPREAD ON MEDICARE / MEDICAID REIMBURSEMENTS.

CONFIDENTIAL
DL-TX-0090852

## COMPETITIVE PRICES:

|  | AWP | WHOLESALE | DIRECT PHCY. | |
|---|---|---|---|---|
| SCHERING: | 35.50* | 29.50* | 31.86 | NEW 2/1/92 |
| DEY: | 32.30 | 24.95 | 26.50 | |
| DIFF: | – 8.0% | – 15% | – 17% | |

* SOURCES: REDBOOK, BLUEBOOK, (2/92)
  FIRST DATA BANK, MEDISPAN

CONFIDENTIAL
DL-TX-0090853

## PRICING STRATEGIES

1) INCREASE THE SPREAD TO RETAIL / HOMECARE ACCOUNTS BY LOWERING ACQUISITION COST MORE THAN AWP.

2) PHARMACY / CHAIN BID RANGE: $23.95 – $26.50 (AVG. $25.95) WILL INCREASE SPREAD FOR RETAIL AND PROVIDE DEY WITH HIGHEST PROFIT.

3) INDIVIDUAL DIRECT HOSPITAL BID RANGE: $19.00 – $24.95 (AVG. $22.50) WILL PROVIDE INDIVIDUAL HOSPITALS INCENTIVE TO USE DEY WHILE MAXIMIZING DEY PROFIT.

4) LARGE GROUPS PRICES: $11.00 – $18.00 RANGE (AVG. $12.50). DEY TO BID IN THIS RANGE FOR LONGER TERM CONTRACTS (3 YEARS) FOR FULL AWARDS.

5) COMPOUNDERS: MAKING OWN PRODUCT FOR .25 – .30 PER DOSE DEY TO SELL FOR .45 – .60 PER DOSE ($11.25 – $15.00 PER CARTON) DEPENDING ON CONTRACT LENGTH AND VOLUMES.

CONFIDENTIAL
DL-TX-0090854

NOTE: PRICING ASSUMES NO INITIAL GENERIC COMPETITION.

CONFIDENTIAL
DL-TX-0090855

## ALBUTEROL
## SALES COVERAGE

| FIELD SALES | TELE-SALES | POPE | NATIONAL ACCTS. WILSON | MOZAK |
|---|---|---|---|---|
| Drug Wholesalers (1) | B-Accounts (1) | Wholesalers (1) | Purchasing Groups (1) | Compounders (1) |
| Compounders (2) | (Hospitals) | Purchasing Groups (2) | VA Hospitals (2) | Mass Merch (2) |
| Chain Drug Hqt. (3) | Retail Accts (2) | Mail Order (3) | CCS (3) | Food Rx (3) |
| A-Accounts (4) | Homecare (3) | Mass Merch (4) | Mass Merch (4) | |
| (Hospitals) | | Food Rx (5) | Military (5) | |

WK1
WK2
WK3
WK4
WK5
WK6
WK7
WK8

#'s REPRESENT PRIORITIES