# Exhibit 5

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of
Plaintiffs' Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

```
                    CAUSE NO. GV002327

THE STATE OF TEXAS              )IN THE DISTRICT COURT
EX REL.                         )
    VEN-A-CARE OF THE           )
    FLORIDA KEYS, INC.,         )
        PLAINTIFFS,             )
                                )
VS.                             )TRAVIS COUNTY, TEXAS
                                )
DEY, INC.; ROXANE               )
LABORATORIES, INC.; WARRICK     )
PHARMACEUTICALS CORPORATION;    )
SCHERING-PLOUGH CORPORATION;    )
SCHERING CORPORATION;           )
LIPHA, S.A.; MERCK-LIPHA, S.A.;)
MERCK, KGAA; AND EMD            )
PHARMACEUTICALS, INC.,          )
        DEFENDANTS.             )53RD JUDICIAL DISTRICT
```

*********************************************

ORAL AND VIDEOTAPED DEPOSITION OF

CHARLES A. RICE
VOLUME III

MARCH 24TH, 2003
*********************************************

ORAL AND VIDEOTAPED DEPOSITION OF

CHARLES A. RICE, PRODUCED AS A WITNESS AT THE INSTANCE

OF THE STATE OF TEXAS AND DULY SWORN, WAS TAKEN IN THE

ABOVE-STYLED AND NUMBERED CAUSE ON THE 24TH OF MARCH,

2003, FROM 8:11 A.M. TO 6:08 P.M., BEFORE

DEBRA L. SIETSMA, CSR IN AND FOR THE STATE OF TEXAS,

REPORTED BY MACHINE SHORTHAND, AT THE OFFICES OF

FLECKMAN & MCGLYNN, P.L.L.C., 515 CONGRESS,

SUITE 1800, AUSTIN, TEXAS, PURSUANT TO THE TEXAS RULES

OF CIVIL PROCEDURE AND THE PROVISIONS AS PREVIOUSLY

SET FORTH.

1  FEBRUARY OF 1994?
2  A.   I THINK I PROBABLY DID, YES.
3  Q.   OKAY.  AND WAS EUTHYREX A GENERIC DRUG?
4  A.   I'M NOT FAMILIAR WITH THYREX.  I'M SORRY.
5  Q.   EUTHYREX.
6  A.   EUTHYROX?
7  Q.   EUTHYROX.  I'M SORRY.
8  A.   EUTHYROX WAS ACTUALLY AN OLD DRUG.  YOU COULD
9  CALL IT A QUASIGENERIC.  IT WAS REALLY A -- A
10 NONFDA-APPROVED DRUG.
11 Q.   THAT WAS THE DRUG THAT YOU ORDERED THE AWP
12 INCREASED ON TO INCREASE THE SPREAD, CORRECT?
13 A.   TO MATCH THE COMPETITION, YES.
14 Q.   TO INCREASE THE SPREAD?
15 A.   TO MATCH THE COMPETITION.
16 Q.   DID YOU OR DID YOU NOT INCREASE THE SPREAD
17 WHEN YOU INCREASED THE AWP ON EUTHYROX?
18 A.   I MATCHED THE SPREAD OF THE COMPETITION BY
19 INCREASING THE AWP BECAUSE AN ERROR WAS MADE IN
20 SETTING THE AWP.  WE'VE DISCUSSED THIS BEFORE UNDER
21 DEPOSITION.
22 Q.   RIGHT, RIGHT.
23 IT HADN'T BEEN SET HIGH ENOUGH?
24 A.   IT WAS SET ERRONEOUSLY.
25 Q.   AND YOU REPORTED THAT TO MERCK IN GERMANY?