# Exhibit 7

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of
Plaintiffs' Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

# DEY LABORATORIES

## MEMORANDUM

**TO:** Tanya Powers        **Cc:** Mark Boudreau
                                       Lewis Mow

**FROM:** Cindy Daulong           Bruce Tipton

**DATE:** October 20, 1995

**RE:** CIGNA REBATE CLAIMS - 2Q95 and 3Q95

On October 10, 1995, I contacted CIGNA regarding their rebate claims and spoke with Mitch McFarland, Rebate Administrator.

I questioned whether they had received our new WAC listing which Mark had given to Cindy Pigg during his last visit. Mitch could not locate it; however, he said that even if it had been passed to him, he probably had discarded it because they use a standard factor of 83⅓% of AWP as listed in the Blue Book/First DataBank to calculate the rebate. I explained that our WAC was not tied to our AWP, and a good example was that we had a change in WAC for some products effective 2/1/95, but our AWP was not changed. Therefore, our rebate should decrease, but it would not using their factor.

Mitch stated he could flag his system to use any basis we desired. I faxed our WAC to him, along with my calculations of 10% of WAC for the rebate. He stated he would enter these into the system and use them for the 3rd Quarter 1995 rebate calculation. I asked that since we had not paid the 2nd Quarter 1995 rebate, could we use the new method, adjust their invoice and remit the adjusted amount. He affirmed this would be acceptable and corrected his records.

Also, FYI, I am attaching a copy of Mark Boudreau's call summary of his CIGNA visit. He will be addressing termination and/or modification of the rebate agreement in the next few months.

Please process the two attached invoices for payment, enclosing a copy of our adjusted rebate with the 2nd Quarter payment. If you have any questions in this regard, please let me know.

Attachments            *Cindy*

DL - TX - 0014504

# DEY LABORATORIES
## AND
## CIGNA HEALTHPLAN, INC.
### IPA/RxPRIME

| Product Description Strength | Unit Size | Brand Name | NDC Number | No./Pkg. | WAC* PRICE | % Rebate | $/ctn. Rebate | $/mL Rebate | Claim 2Q95 Units | Claim 2Q95 Rebate | Claim 3Q95 Units | Claim 3Q95 Rebate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ACETYLCYSTEINE SOLUTION** | | | | | | | | | | | | |
| 10% | 4.0 mL | MUCOSIL | 49502-181-04 | 12 /ctn. | $25.80 | 10.0% | $2.58 | 0.0538 | | | 96 | 5.16 |
| 10% | 10.0 mL | MUCOSIL | 49502-181-10 | 3 /ctn. | $15.27 | 10.0% | $1.53 | 0.0509 | | | 60 | 3.05 |
| 10% | 30.0 mL | MUCOSIL | 49502-181-30 | 3 /ctn. | $41.97 | 10.0% | $4.20 | 0.0466 | | | | |
| 20% | 4.0 mL | MUCOSIL | 49502-182-04 | 12 /ctn. | $31.08 | 10.0% | $3.11 | 0.0648 | | | | |
| 20% | 10.0 mL | MUCOSIL | 49502-182-10 | 3 /ctn. | $18.57 | 10.0% | $1.86 | 0.0619 | | | | |
| 20% | 30.0 mL | MUCOSIL | 49502-182-30 | 3 /ctn. | $50.64 | 10.0% | $5.06 | 0.0563 | 120 | 6.75 | | |
| 20% | 100.0 mL | MUCOSIL | 49502-182-00 | 1 /ctn. | $75.90 | 10.0% | $7.59 | 0.0759 | | | | |
| **ALBUTEROL SULFATE INHALATION SOLUTION** | | | | | | | | | | | | |
| 0.083% | 3.0 mL | DEY-LUTE | 49502-697-03 | 25 /ctn. | $14.50 | 10.0% | $1.45 | 0.0193 | 79,142 | 1,530.08 | 63,675 | 1,231.05 |
| 0.083% | 3.0 mL | DEY-LUTE | 49502-697-33 | 30 /ctn. | $17.40 | 10.0% | $1.74 | 0.0193 | 1,950 | 37.70 | 3,225 | 62.35 |
| 0.083% | 3.0 mL | DEY-LUTE | 49502-697-60 | 60 /ctn. | $34.50 | 10.0% | $3.45 | 0.0192 | 10,920 | 209.30 | 7,920 | 151.80 |
| **CROMOLYN SODIUM INHALATION USP** | | | | | | | | | | | | |
| 20 mg/2 mL | 2.0 mL | | 49502-689-02 | 60 /ctn. | $34.20 | 10.0% | $3.42 | 0.0285 | 261,143 | 7,442.58 | 247,789 | 7,061.99 |
| 20 mg/2 mL | 2.0 mL | | 49502-689-12 | 120 /ctn. | $66.00 | 10.0% | $6.60 | 0.0275 | 74,554 | 2,050.24 | 66,722 | 1,834.86 |
| **ISOETHARINE INHALATION SOLUTION S/F** | | | | | | | | | | | | |
| 0.08% | 3.0 mL | DEY-LUTE | 49502-661-03 | 25 /ctn. | $7.75 | 10.0% | $0.78 | 0.0103 | | | | |
| 0.1% | 5.0 mL | DEY-LUTE | 49502-664-05 | 25 /ctn. | $7.75 | 10.0% | $0.78 | 0.0062 | | | | |
| 0.17% | 3.0 mL | DEY-LUTE | 49502-660-03 | 25 /ctn. | $7.75 | 10.0% | $0.78 | 0.0103 | | | | |
| 0.25% | 2.0 mL | DEY-LUTE | 49502-659-02 | 25 /ctn. | $7.75 | 10.0% | $0.78 | 0.0155 | 200 | 3.10 | 1,200 | 12.40 |
| **METAPROTERENOL SULFATE INH. SOLN. USP** | | | | | | | | | | | | |
| 0.4% | 2.5 mL | DEY-LUTE | 49502-678-03 | 25 /ctn. | $11.00 | 10.0% | $1.10 | 0.0176 | 2,565 | 45.14 | 1,563 | 27.51 |
| 0.6% | 2.5 mL | DEY-LUTE | 49502-676-03 | 25 /ctn. | $11.00 | 10.0% | $1.10 | 0.0176 | 7,876 | 138.62 | 9,063 | 159.51 |
| **SODIUM CHLORIDE SOLUTION FOR INHALATION** | | | | | | | | | | | | |
| 0.45% | 3.0 mL | | | 49502-820-03 | 100 /ctn. | $14.00 | 10.0% | $1.40 | 0.0047 | | | |
| 0.45% | 5.0 mL | | | 49502-820-05 | 100 /ctn. | $14.00 | 10.0% | $1.40 | 0.0028 | | | |
| 0.9% | 3.0 mL | | | 49502-830-03 | 100 /ctn. | $13.00 | 10.0% | $1.30 | 0.0043 | 3,050 | 13.22 | 2,280 | 9.88 |
| 0.9% | 5.0 mL | | | 49502-830-05 | 100 /ctn. | $13.00 | 10.0% | $1.30 | 0.0026 | | | 10 | 0.03 |
| 0.9% | 15.0 mL | | | 49502-830-15 | 24 /ctn. | $7.20 | 10.0% | $0.72 | 0.0020 | | | | |
| 0.9% | 3.0 mL | DEY-VIAL | 49502-030-03 | 250 /ctn. | $32.20 | 10.0% | $3.22 | 0.0043 | | | | |
| 0.9% | 5.0 mL | DEY-VIAL | 49502-030-05 | 250 /ctn. | $32.20 | 10.0% | $3.22 | 0.0026 | | | | |
| 0.9% | 10.0 mL | DEY-VIAL | 49502-030-10 | 125 /ctn. | $32.20 | 10.0% | $3.22 | 0.0026 | | | | |
| 0.9% | 20.0 mL | DEY-VIAL | 49502-030-20 | 100 /ctn. | $36.00 | 10.0% | $3.60 | 0.0018 | | | | |
| 3% | 15.0 mL | DEY-PAK | 49502-640-15 | 50 /ctn. | $29.50 | 10.0% | $2.95 | 0.0039 | | | | |
| 10% | 15.0 mL | DEY-PAK | 49502-641-15 | 50 /ctn. | $29.50 | 10.0% | $2.95 | 0.0039 | | | | |
| **WATER, PURIFIED, USP, FOR INHALATION** | | | | | | | | | | | | |
| | 3.0 mL | | 49502-810-03 | 100 /ctn. | $14.00 | 10.0% | $1.40 | 0.0047 | | | | |
| | 5.0 mL | | 49502-810-05 | 100 /ctn. | $14.00 | 10.0% | $1.40 | 0.0028 | | | | |
| | | | | | | | | | 441,676 | $11,484.93 | 403,447 | $10,551.37 |

Amount Invoiced by CIGNA: 13,371.64    10,549.41
Difference: ($1,886.71)    $1.96

Revised: 02/01/95
*Based on Dey Laboratories' WAC Price List effective February 1, 1995

DL - TX - 0014505

**DEY LABORATORIES AND CIGNA HEALTHPLAN, INC.**

| Product Description | Strength | Unit Size | NDC Number | No./Pkg. | WAC* PRICE | % Rebate | $/ctn. Rebate | $/mL Rebate | Claim 3Q94 Units | Claim 3Q94 Rebate | Claim 4Q94 Units | Claim 4Q94 Rebate | Claim 1Q95 Units | Claim 1Q95 Rebate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETYLCYSTEINE SOLUTION | 10% | 4.0 mL | 49502-181-04 | 12 /ctn. | $25.80 | 10.0% | $2.58 | 0.0538 | | 0.00 | 80 | 4.30 | 392 | 21.07 |
| ACETYLCYSTEINE SOLUTION | 10% | 10.0 mL | 49502-181-10 | 3 /ctn. | $15.27 | 10.0% | $1.53 | 0.0509 | | 0.00 | | 0.00 | 60 | 3.05 |
| ACETYLCYSTEINE SOLUTION | 10% | 30.0 mL | 49502-181-30 | 3 /ctn. | $41.97 | 10.0% | $4.20 | 0.0466 | 810 | 37.77 | 810 | 37.77 | 540 | 25.18 |
| ACETYLCYSTEINE SOLUTION | 20% | 4.0 mL | 49502-182-04 | 12 /ctn. | $31.08 | 10.0% | $3.11 | 0.0648 | 48 | 3.11 | | 0.00 | | 0.00 |
| ACETYLCYSTEINE SOLUTION | 20% | 10.0 mL | 49502-182-10 | 3 /ctn. | $18.57 | 10.0% | $1.86 | 0.0619 | 240 | 14.86 | 210 | 13.00 | 300 | 18.57 |
| ACETYLCYSTEINE SOLUTION | 20% | 30.0 mL | 49502-182-30 | 3 /ctn. | $50.64 | 10.0% | $5.06 | 0.0563 | 270 | 15.19 | | 0.00 | | 0.00 |
| ACETYLCYSTEINE SOLUTION | 20% | 100.0 mL | 49502-182-00 | 1 /ctn. | $75.90 | 10.0% | $7.59 | 0.0759 | | 0.00 | | 0.00 | | 0.00 |
| ALBUTEROL SULFATE INHALATION SOLUTION | 0.083% | 3.0 mL | 49502-697-03 | 25 /ctn. | $18.95 | 10.0% | $1.90 | 0.0253 | 43,800 | 1,106.88 | 64,844 | 1,638.39 | 72,633 | 1,835.19 |
| ALBUTEROL SULFATE INHALATION SOLUTION 30'S | 0.083% | 3.0 mL | 49502-697-33 | 30 /ctn. | $22.74 | 10.0% | $2.27 | 0.0253 | | 0.00 | | 0.00 | 300 | 7.58 |
| ALBUTEROL SULFATE INHALATION SOLUTION 60'S | 0.083% | 3.0 mL | 49502-697-60 | 60 /ctn. | $44.40 | 10.0% | $4.44 | 0.0247 | 2,570 | 63.39 | 7,670 | 189.19 | 12,510 | 308.58 |
| CROMOLYN SODIUM INHALATION USP 60'S | 20 mg/2 mL | 2.0 mL | 49502-689-02 | 60 /ctn. | $34.20 | 10.0% | $3.42 | 0.0285 | 57,079 | 1,626.75 | 174,919 | 4,985.19 | 265,864 | 7,577.12 |
| CROMOLYN SODIUM INHALATION USP 120'S | 20 mg/2 mL | 2.0 mL | 49502-689-12 | 120 /ctn. | $66.00 | 10.0% | $6.60 | 0.0275 | 11,340 | 311.85 | 43,026 | 1,183.22 | 61,438 | 1,689.55 |
| ISOETHARINE INHALATION SOLUTION S/F | 0.08% | 3.0 mL | 49502-661-03 | 25 /ctn. | $7.75 | 10.0% | $0.78 | 0.0103 | | 0.00 | 225 | 2.33 | | 0.00 |
| ISOETHARINE INHALATION SOLUTION S/F | 0.1% | 5.0 mL | 49502-664-05 | 25 /ctn. | $7.75 | 10.0% | $0.78 | 0.0062 | | 0.00 | | 0.00 | | 0.00 |
| ISOETHARINE INHALATION SOLUTION S/F | 0.17% | 3.0 mL | 49502-660-03 | 25 /ctn. | $7.75 | 10.0% | $0.78 | 0.0103 | | 0.00 | | 0.00 | | 0.00 |
| ISOETHARINE INHALATION SOLUTION S/F | 0.25% | 2.0 mL | 49502-659-02 | 25 /ctn. | $7.75 | 10.0% | $0.78 | 0.0155 | | 0.00 | | 0.00 | | 0.00 |
| METAPROTERENOL SULFATE INH. SOLN. USP | 0.4% | 2.5 mL | 49502-678-03 | 25 /ctn. | $13.99 | 10.0% | $1.40 | 0.0224 | | 0.00 | 201 | 4.50 | 2,250 | 50.36 |
| METAPROTERENOL SULFATE INH. SOLN. USP | 0.6% | 2.5 mL | 49502-676-03 | 25 /ctn. | $13.99 | 10.0% | $1.40 | 0.0224 | 8,251 | 184.69 | 6,113 | 136.83 | 7,125 | 159.49 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.45% | 3.0 mL | 49502-820-03 | 100 /ctn. | $14.00 | 10.0% | $1.40 | 0.0047 | | 0.00 | | 0.00 | | 0.00 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.45% | 5.0 mL | 49502-820-05 | 100 /ctn. | $14.00 | 10.0% | $1.40 | 0.0028 | | 0.00 | | 0.00 | | 0.00 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 3.0 mL | 49502-830-03 | 100 /ctn. | $13.00 | 10.0% | $1.30 | 0.0043 | 3,300 | 14.30 | 3,175 | 13.76 | 2,410 | 10.44 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 5.0 mL | 49502-830-05 | 100 /ctn. | $13.00 | 10.0% | $1.30 | 0.0026 | | 0.00 | | 0.00 | | 0.00 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 15.0 mL | 49502-830-15 | 24 /ctn. | $7.20 | 10.0% | $0.72 | 0.0020 | | 0.00 | | 0.00 | | 0.00 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 3.0 mL | 49502-030-03 | 250 /ctn. | $32.20 | 10.0% | $3.22 | 0.0043 | | 0.00 | 40 | 0.17 | | 0.00 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 5.0 mL | 49502-030-05 | 250 /ctn. | $32.20 | 10.0% | $3.22 | 0.0026 | | 0.00 | | 0.00 | | 0.00 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 10.0 mL | 49502-030-10 | 125 /ctn. | $32.20 | 10.0% | $3.22 | 0.0026 | | 0.00 | | 0.00 | | 0.00 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 0.9% | 20.0 mL | 49502-030-20 | 100 /ctn. | $36.00 | 10.0% | $3.60 | 0.0018 | | 0.00 | | 0.00 | | 0.00 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 3% | 15.0 mL | 49502-640-15 | 50 /ctn. | $29.50 | 10.0% | $2.95 | 0.0039 | | 0.00 | | 0.00 | | 0.00 |
| SODIUM CHLORIDE SOLUTION FOR INHALATION | 10% | 15.0 mL | 49502-641-15 | 50 /ctn. | $29.50 | 10.0% | $2.95 | 0.0039 | | 0.00 | | 0.00 | | 0.00 |
| WATER, PURIFIED, USP, FOR INHALATION | | 3.0 mL | 49502-810-03 | 100 /ctn. | $14.00 | 10.0% | $1.40 | 0.0047 | | 0.00 | | 0.00 | | 0.00 |
| WATER, PURIFIED, USP, FOR INHALATION | | 5.0 mL | 49502-810-05 | 100 /ctn. | $14.00 | 10.0% | $1.40 | 0.0028 | | 0.00 | | 0.00 | | 0.00 |
| | | | | | | | | | 127,708 | $3,378.59 | 301,313 | $8,208.65 | 425,822 | $11,706.19 |
| | | | | | | | Amount Invoiced by CIGNA: | | | 4,069.90 | | 9,199.99 | | 12,967.16 |
| | | | | | | | Difference: | | | ($691.31) | | ($991.34) | | ($1,260.97) |

*Based on Dey Laboratories' WAC Price List effective May 1, 1994

DL - TX - 0014506