# Exhibit 11

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of
Plaintiffs' Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

CAUSE NO. GV002327

| | |
|---|---|
| THE STATE OF TEXAS, | ) |
| ex rel. | ) |
|    VEN-A-CARE OF THE | ) |
|    FLORIDA KEYS, INC., | ) |
| | ) IN THE DISTRICT COURT |
|      Plaintiffs, | ) |
| | ) TRAVIS COUNTY, TEXAS |
| v. | ) |
| | ) 53RD JUDICIAL DISTRICT |
| DEY, INC., | ) |
| ROXANE LABORATORIES, INC., and | ) |
| WARRICK PHARMACEUTICALS | ) |
| CORPORATION, SCHERING-PLOUGH | ) |
| CORPORATION, SCHERING | ) |
| CORPORATION, LIPHA, S.A., | ) |
| MERCK-LIPHA, S.A., MERCK, KGAA, | ) |
| and EMD PHARMACEUTICALS, INC., | ) |
| | ) |
|     Defendants. | ) |

VIDEO DEPOSITION OF ROSS UHL

ORANGE BEACH, ALABAMA

    The video deposition of ROSS UHL,
    taken at the Hilton Garden Inn,
    23092 Perdido Beach Boulevard,
    Orange Beach, Alabama, on
    February 24, 2003, commencing at
    approximately 9:20 a.m.

1  A. No.

2  Q. You talked with Mr. Fleckman earlier about why
3  Dey couldn't just drop its WAC to the lowest contract
4  price. Do you recall that?

5  A. Yes.

6  Q. Would it be fair to say that the way the system
7  was set up, the WAC is specifically designed to be above
8  the highest contract price?

9  A. Yes.

10 Q. And there was an understanding at Dey that
11 that's what the WAC price was?

12 A. Yes.

13 Q. Do you recall about your discussion with Mr.
14 Wells -- we've spoken about that for some time today.

15 A. Yes, I recall that discussion.

16 Q. Did you have the feeling that he didn't
17 understand the problem that you were describing to him?
18 You kind of said that you thought maybe you were talking
19 to the wrong person or you felt like you were talking to
20 the wrong person.

21      MR. HAGENSWOLD: Object to form.

22 A. I think he understood my questions and my issue
23 with the reimbursement.

24 MS. SUSAN THOMAS:

25 Q. Did it occur to you that you might have gotten