# Exhibit 15

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of
Plaintiffs' Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

Case 1:01-cv-12257-PBS   Document 6781-16   Filed 12/21/09   Page 2 of 5

Gorospe, Pharm. D., J. Kevin - Vol. II                    September 22, 2008
                              Sacramento, CA

Page 394

```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

    -----------------------------x

    IN RE PHARMACEUTICAL INDUSTRY)

    AVERAGE WHOLESALE PRICE       )

    LITIGATION                    )

    _____)

    THIS DOCUMENT RELATES TO      ) MDL No. 1456

    State of California, ex rel. ) Civil Action:

    Ven-A-Care v. Abbott          ) 01-12258-PBS

    Laboratories, Inc., et al.    )

    -----------------------------x
```

VOL. II

--oOo--

MONDAY, SEPTEMBER 22, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

J. KEVIN GOROSPE, Pharm.D.

--oOo--

Reported By: CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

Case 1:01-cv-12257-PBS   Document 6781-16   Filed 12/21/09   Page 3 of 5

Gorospe, Pharm. D., J. Kevin - Vol. II                September 22, 2008
                          Sacramento, CA

Page 409

1    Q.   And as of March you were still in that
2    position.
3         Are you still Chief of Pharmacy Policy?
4    A.   Yes.
5    Q.   Do you recall last time going over some
6    -- some reports from the Federal ATHSOIG and from
7    California auditors regarding Medi-Cal pharmacy
8    programs and Medicaid programs generally?
9    A.   Yes.
10   Q.   And, as you recall, some of those
11   documents you recognized, some you -- some you did
12   not, but generally you testified that you'd expect
13   that someone from your pharmaceutical unit would
14   have reviewed those types of documents?
15   A.   Yes.
16   Q.   I'm going to show you a couple of those
17   reports that you looked at last time.  I'm just
18   trying to get a better understanding for how a
19   report might come in to your possession or in to
20   the possession of somebody in your unit.
21        So first I'm going to take -- this was
22   previously marked as Exhibit 18 during the last

Case 1:01-cv-12257-PBS   Document 6781-16   Filed 12/21/09   Page 4 of 5

Gorospe, Pharm. D., J. Kevin - Vol. II                September 22, 2008
                          Sacramento, CA

Page 698

1   Q.   Do you have an understanding of the
2   magnitude -- difference between actual acquisition
3   costs and AWPs for the drugs that are in the
4   California Complaint?
5        MR. BENNETT:  Objection to form.
6        THE WITNESS:  No, I don't.
7   BY MR. PAUL:
8   Q.   At any time in your career at DHCS have
9   you ever received any communication of any sort
10  from Mylan explaining the differences between the
11  AWPs it reports and providers' actual acquisition
12  costs?
13  A.   Not that I can recall.
14  Q.   At any time in your career at DHCS have
15  you ever received any communication of any sort
16  from Sandoz explaining the differences between the
17  actual acquisition costs for its drugs and Sandoz's
18  reported AWPs?
19  A.   Not that I can recall.
20  Q.   I won't restate the question each time,
21  but the same question regarding Dey
22  Pharmaceuticals?

Case 1:01-cv-12257-PBS   Document 6781-16   Filed 12/21/09   Page 5 of 5

Gorospe, Pharm. D., J. Kevin - Vol. II                     September 22, 2008
                              Sacramento, CA

Page 699

1      A.   Not that I recall -- not that I can
2  recall, no.
3      Q.   And Warrick?
4      A.   Again, the answer is no.
5      Q.   Schering?
6      A.   No.
7      Q.   Counsel for Sandoz showed you a letter
8  addressed to Gail Margolis dated December 13th,
9  2004.  I think for the record that's Exhibit 58.
10          MS. BERWANGER:  Objection to form.  I
11 don't believe I showed him that.
12          MR. PAUL:  I'm sorry?
13          MS. BERWANGER:  I don't believe I showed
14 him that exhibit.
15          MR. PAUL:  Do I have the wrong number?
16 I'm sorry, counsel.  I'm sorry.
17 BY MR. PAUL:
18      Q.   Counsel for Warrick showed you a letter
19 addressed to Gail Margolis, and it's marked as
20 Exhibit 58, and I think Mr. Bennett also showed you
21 Exhibit 60.
22          No?