# Exhibit 22

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of
Plaintiffs' Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE

LITIGATION

_____/

THIS DOCUMENT RELATES TO        MDL No. 1456

State of California, ex rel.    Civil Action:

Ven-A-Care v. Abbott            01-12258-PBS

Laboratories, Inc., et al.

_____/


--oOo--

TUESDAY, SEPTEMBER 23, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

DOUGLAS B. HILLBLOM

--oOo--


Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

              Registered Merit Reporter

Page 348

1    Q.   To your knowledge did the -- during your
2  time at the Department of Health Services did the
3  Department of Health Services have an expectation
4  that drug manufacturers would report the AWPs to
5  First DataBank honestly and truthfully?
6         MR. BUEKER:  Objection to form.
7         MS. BERWANGER:  Objection to form.
8         MR. ROBBEN:  I thought he wasn't a
9  30(b)(6) witness.
10        THE WITNESS:  My understanding is that
11 the expectation of the Department was that the --
12 the data supplied was the appropriate data, that it
13 was accurate.
14 BY MR. PAUL:
15   Q.   To your knowledge has any pharmaceutical
16 manufacturer ever sent -- during your tenure at DHS
17 ever sent DHS written information stating what the
18 manufacturer's AWP was based on?
19   A.   No.
20   Q.   So that would -- your answer would
21 obviously apply to Mylan, Sandoz, Geneva, Dey,
22 Warrick, and Schering, since they're drug

59a7f9f9-30c2-4b26-a88f-b90f6ae9a028

Page 349

1    manufacturers?

2         A.   Yes.

3         Q.   To your knowledge has any drug

4    manufacturer ever sent any written information to

5    DHS during your tenure there stating the difference

6    between that manufacturer's reported AWP and the

7    actual acquisition costs of Medi-Cal providers?

8              MR. BUEKER:  Objection to form.

9              MS. BERWANGER:  Objection.

10             MR. ROBBEN:  Join.

11             THE WITNESS:  Not that I'm aware of.

12   BY MR. PAUL:

13        Q.   Turn briefly back to Exhibit 22, page

14   23, which is Bates number 0071611.

15        A.   Page 23?

16        Q.   And I think you provided some testimony

17   in response to some questions from Mr. Bueker

18   earlier today about pages 23 and 24 of Exhibit 22;

19   is that correct?

20        A.   That's -- what I recall.

21        Q.   And he asked you some questions about

22   some of the statements that are listed as cons, and