# Exhibit 23

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of
Plaintiffs' Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

Gorospe, James Kevin                                    March 19, 2008
                        Sacramento, CA

                    UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF MASSACHUSETTS

----------------------------X

IN RE:  PHARMACEUTICAL        ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION:

PRICE LITIGATION              ) 01-CV-12257-PBS

----------------------------X

THIS DOCUMENT RELATES TO:     ) Judge Patti B. Saris

U.S. ex rel. Ven-A-Care of    )

the Florida Keys, Inc. v.     ) Magistrate Judge

Abbott Laboratories, Inc.,    ) Marianne B. Bowler

et al.                        )

Case No. 06-CV-11337-PBS      )

----------------------------X

                        --oOo--

              WEDNESDAY, MARCH 19, 2008

                        --oOo--

              VIDEOTAPED DEPOSITION OF

                JAMES KEVIN GOROSPE

Reported By:  JOANIE MURAKAMI, CSR No. 5199

              Registered Merit Reporter

              Certified Realtime Reporter

7518707c-46aa-4bff-8eef-0c456891e081

Gorospe, James Kevin                          March 19, 2008
                    Sacramento, CA

                                                    Page 357

1    BY MR. GOBENA:

2        Q.    But it was a comprehensive study,

3    nonetheless, of ingredient costs and dispensing

4    fees being paid by Medi-Cal in or around the time

5    of the report; isn't that correct?

6        A.    That's correct.

7        Q.    And it's true, Dr. Gorospe, isn't it,

8    that the legislature did not -- the legislature

9    reacted to this report by trying to get -- to

10   make the ingredient cost reimbursements more

11   accurate and the dispensing fee payments or

12   reimbursements more accurate; isn't that true?

13           MR. COLE:  Object to the form.

14           THE WITNESS:  That's true.

15   BY MR. GOBENA:

16       Q.    Was it ever, based on your knowledge,

17   was it ever Medi-Cal's policy to overpay for drug

18   ingredient costs?

19       A.    No.

20       Q.    Now, you mentioned -- hold on a second.

21           And was it ever, to your knowledge --

22   again, was it ever Medi-Cal's policy to knowingly

7518707c-46aa-4bff-8eef-0c456891e081

Gorospe, James Kevin                           March 19, 2008
                          Sacramento, CA

Page 384

1    BY MR. GOBENA:

2         Q.   You just testified -- you testified

3    earlier and just now that you knew or people at

4    DHS knew that by using AWP, that Medi-Cal was

5    reimbursing more than acquisition cost; isn't

6    that correct?

7         A.   That's correct.

8         Q.   Was there any official policy at Medi-

9    Cal that indicated that Medi-Cal wanted to

10   reimburse significantly above actual acquisition

11   cost?

12        MR. COLE:  Object to the form.

13        THE WITNESS:  Not to my knowledge.

14   BY MR. GOBENA:

15        Q.   It's just a reality of the fact that in

16   some instances, or most instances, AWP, that was

17   coming through the First DataBank through your

18   system, was above actual acquisition costs; isn't

19   that correct?

20        MR. COLE:  Object to the form.

21        THE WITNESS:  That's correct.

22   BY MR. GOBENA:

7518707c-46aa-4bff-8eef-0c456891e081