UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Subcategory Case No. 06-11337<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>Case No: 1:03-cv-11226-PBS | )<br>) Magistrate Judge<br>) Marianne B. Bowler<br>)<br>) |

### NOTICE OF FILING UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS DEY, INC. AND DEY, L.P.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Notice is hereby given that the documents listed below have been filed with the Court under seal pursuant to the Court's December 13, 2002 Protective Order.

1) Exhibits 4 and 10 to the Declaration of Rita Hanscom in Support of Plaintiffs' Opposition to Defendants Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment.

Dated: December 21, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: __/s/ Rita Hanscom_____
  NICHOLAS N. PAUL
  Supervising Deputy Attorney General
  RITA HANSCOM
  Deputy Attorney General
  Bureau of Medi-Cal Fraud and Elder Abuse
  Office of the Attorney General
  1455 Frazee Road, Suite 315
  San Diego, CA 92108
  Telephone: (619) 688-6099
  Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**