# Exhibit 2

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Matthew C. Kilman in Support of Plaintiffs' Opposition to Mylan's Motion for Partial Summary Judgment

---

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

---

FORM 10-K/A
Annual Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934For the Fiscal Year Ended March 31, 2002

Commission File No. 1-9114

---

MYLAN LABORATORIES INC. (Exact name of registrant as specified in its charter)

| Pennsylvania | 25-1211621 |
|---|---|
| (State of Incorporation) | (IRS Employer Identification No.) |

1030 Century Building
130 Seventh Street
Pittsburgh, Pennsylvania 15222(412) 232-0100
(Address, including zip code, and telephone number, including area code, of principal executive offices)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class: | Name of Each Exchange on Which Registered: |
|---|---|
| Common Stock, par value $.50 per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by checkmark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes...X.... No.......

Indicate by checkmark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ X ]

The number of outstanding shares of Common Stock of the registrant as of June 10, 2002, was 125,591,429. The aggregate market value of voting stock held by non-affiliates of the registrant as of June 10, 2002, was $3,780,268,679, based upon the closing price of the Common Stock on that date, as reported by the New York Stock Exchange. Shares of Common Stock known to be owned by directors and executive officers of the registrant subject to Section 16 of the Securities Exchange Act of 1934 are not included in the computation. No determination has been made that such persons are "affiliates" within the meaning of Rule 12b-2 under the Exchange Act.

DOCUMENTS INCORPORATED BY REFERENCE

Incorporated by reference into this Report is the Proxy Statement for the 2002 Annual Meeting of Shareholders, Part III, Items 10-13.

---

<PAGE>

MYLAN LABORATORIES INC.

INDEX TO FORM 10-K
For the Fiscal Year Ended March 31, 2002

| | | Page |
|---|---|---|
| | PART I | |
| ITEM 1. | Business | 3 |
| | Overview of Our Business | 3 |
| | Generic Segment | 3 |
| | Brand Segment | 5 |
| | Product Development | 6 |
| | Generic Product Development | 7 |

Brand Product Development ---------- 8
Patents, Trademarks and Licenses ---------- 10
Customers and Marketing ---------- 10
Competition ---------- 11
Product Liability ---------- 13
Raw Materials ---------- 13
Government Regulation ---------- 14
Seasonality ---------- 15
Environment ---------- 16
Employees ---------- 16
Backlog ---------- 16
ITEM 2. Properties ---------- 17
ITEM 3. Legal Proceedings ---------- 17
ITEM 4. Submission of Matters to a Vote of Security Holders ---------- 20

PART II

ITEM 5. Market for Registrant's Common Equity and Related Stockholder Matters ---------- 21
ITEM 6. Selected Financial Data ---------- 22
ITEM 7. Management's Discussion and Analysis of Results of Operations and Financial Condition ---------- 23
ITEM 7A. Quantitative and Qualitative Disclosures About Market Risk ----- 36
ITEM 8. Financial Statements and Supplementary Data ---------- 38
ITEM 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure ---------- 64

PART III

ITEM 10. Directors and Executive Officers of the Registrant ---------- 65
ITEM 11. Executive Compensation ---------- 65
ITEM 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholders Matters ---------- 65
ITEM 13. Certain Relationships and Related Transactions ---------- 65

PART IV

ITEM 14. Financial Statement Schedules, Exhibits and Reports on Form 8-K 65

Signatures ---------- 68

<page>

PART I

ITEM 1. Business

Mylan Laboratories Inc. (the Company or Mylan) is engaged in developing, licensing, manufacturing, marketing and distributing generic and brand pharmaceutical products. The Company was incorporated in Pennsylvania in 1970. References herein to a fiscal year shall mean the fiscal year ended March 31.

Overview of Our Business

We conduct business through our generic (Generic Segment) and brand (Brand Segment) pharmaceutical operating segments. For fiscal 2002, the Generic Segment represented approximately 88% of net revenues, and the Brand Segment represented approximately 12% of net revenues. For fiscal 2001 and 2000, the Generic Segment represented approximately 80% and 82% of net revenues, and the Brand Segment represented approximately 20% and 18% of net revenues. The financial information for our operating segments required by this Item is provided in Note 14 to Consolidated Financial Statements under Part II, Item 8, of this Report.

Prescription pharmaceutical products in the United States (US) are generally marketed as either brand or generic drugs. Brand products are marketed under brand names through programs that are designed to generate physician and consumer loyalty. Brand products generally are patent protected or benefit from other non-patent, market exclusivities. This market exclusivity generally provides brand products with the ability to maintain their profitability for relatively long periods of time. Brand products generally have a significant role in the market after the end of patent protection or other market exclusivities due to physician and customer loyalties.

Generic pharmaceutical products are the chemical and therapeutic equivalent

of a reference brand drug, which is an approved drug product listed in the US Food and Drug Administration (FDA) publication entitled Approved Drug Products with Therapeutic Equivalence Evaluations, popularly known as the "Orange Book." The Drug Price Competition and Patent Term Restoration Act of 1984 (Waxman-Hatch Act) provides that generic drugs may enter the market after the approval of an Abbreviated New Drug Application (ANDA) and the expiration, invalidation or circumvention of any patents on the corresponding brand drug or the end of any other market exclusivity periods related to the brand drug. Generic drugs are bioequivalent to their brand name counterparts. Accordingly, generic products provide a safe, effective and cost-efficient alternative to users of these brand products. Growth in the generic pharmaceutical industry has been driven by the increased acceptance of generic drugs as bioequivalent substitutes for brand name products, as well as the number of brand drugs for which patent terms and/or other market exclusivities have expired.

Generic Segment

We are recognized as a leader in the generic pharmaceutical industry. The Generic Segment consists of two principal business units, Mylan Pharmaceuticals Inc. (Mylan Pharm) and UDL Laboratories, Inc.(UDL), which are wholly-owned subsidiaries. Mylan Pharm is our primary generic pharmaceutical development, manufacturing, marketing and distribution division. Mylan Pharm's net revenues are derived primarily from the sale of solid oral dosage products. UDL packages and markets generic products, either obtained from Mylan Pharm or purchased from third parties, in unit dose formats, for use primarily in hospitals and other institutions. The Generic Segment is augmented by transdermal patch products

<page>
developed and manufactured by Mylan Technologies Inc.(Mylan Tech), a wholly-owned subsidiary.

We obtain new products primarily through internal product development. However, we license or co-develop other products through arrangements with other companies. Generic products are generally introduced to the marketplace at the expiration of patent protection for the brand product. The FDA may extend the period of brand product marketing exclusivity under certain circumstances, primarily through pediatric exclusivity. New generic product approvals are obtained from the FDA through the ANDA process. The ANDA process requires us to demonstrate bioequivalence to a reference brand product. In addition, we must develop formulations of the reference product that will result in demonstrating, to the FDA's satisfaction, that our product is bioequivalent to the referenced product. Even with the uncertainties related to formulation development, the ANDA process often results in the FDA granting a number of ANDA approvals for a given product at the time the brand product patent or other market exclusivity expires. Consequently, we often face a number of competitors when we introduce a new generic product into the market. Additionally, ANDA approvals often continue to be granted for a given product subsequent to the initial launch of the generic product. These circumstances generally result in significantly lower prices, as well as reduced margins, for generic products compared to brand products. New generic market entrants generally cause continued price and margin erosion over the generic product life cycle. In part, our continued growth is dependent upon our ability to successfully develop or acquire profitable new generic pharmaceuticals.

The Waxman-Hatch Act provides for a period of 180 days of generic marketing exclusivity for those ANDA applicants that are first to file an ANDA containing a certification of invalidity, non-infringement or unenforceability with respect to the listed patent(s). Such certifications are commonly referred to as Paragraph IV certifications. The 180-day period of generic market exclusivity generally results in higher market share, net revenues and gross margin. Generic manufacturers may also enjoy longer periods of relatively high, stable margins through the introduction of difficult-to-develop generic pharmaceuticals.

We have attained a position of leadership in the generic industry through our ability to obtain ANDA approvals, our uncompromising quality control and our devotion to customer service. We have bolstered our traditional solid oral dose products with unit dose, transdermal and extended release products. We have entered into strategic alliances with several pharmaceutical companies through product development, distribution and licensing agreements that provide us with additional opportunities to broaden our product line.

We manufacture and market approximately 111 generic pharmaceuticals in capsule or tablet form in an aggregate of approximately 264 dosage strengths. We also manufacture and distribute two generic transdermal patch pharmaceutical products in six dosage strengths. In addition, we are marketing 73 generic products in 130 dosage strengths under supply and distribution agreements with other pharmaceutical companies. We have been successful in developing a number of extended-release products with approximately nine extended-release products in 19 dosage strengths in our portfolio. In fiscal 2002, Mylan held the first or second market position in new and refilled prescriptions dispensed among all pharmaceutical companies in the US with respect to 97 of the 126 generic pharmaceutical products we marketed, excluding unit-dose products.

     Case 1:05-cv-11863-PBS Document 500-3 Filed 03/31/2008 Page 5 of 5

Sales of our antianxiety products, primarily buspirone in fiscal 2002, represented approximately 19%, 4% and 14% of our net revenues in fiscal 2002, 2001 and 2000, respectively. Lorazepam and clorazepate represented a significant portion of our net revenues in fiscal 2000. Approximately 19%, 26% and 9% of our

<PAGE>

net revenues in fiscal 2002, 2001 and 2000, respectively, were contributed by calcium channel blockers, primarily nifedipine in fiscal 2002 and 2001.

We expect that the future growth of our Generic Segment will result from: (1) increasing generic substitution rates for existing products, (2) emphasizing the development or acquisition of new products that may attain FDA first-to-file status, (3) targeting products that are difficult to formulate and (4) pursuing products for which the active pharmaceutical ingredient is difficult to obtain. In addition, we intend to continue to seek complementary or strategic acquisitions.