# Exhibit 5

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Matthew C. Kilman in Support of Plaintiffs' Opposition to Mylan's Motion for Partial Summary Judgment

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 2 of 13
Case 1:03-cv-11865-PBS Document 500-61 Filed 05/31/2008 Page 2 of 13

Jackson, Roderick                                        February 21, 2008

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMONWEALTH | : |
| OF MASSACHUSETTS | : |
| Plaintiff | : |
| v | : |
| MYLAN, INC., IVAX | : C.A. NO. 03-11865-PBS |
| CORPORATION, WARRICK | : |
| PHARMACEUTICALS | : |
| CORPORATION, WATSON | : |
| PHARMACEUTICALS, INC., | : |
| SCHEIN PHARMACEUTICAL, INC., | : |
| TEVA PHARMACEUTICALS USA, INC., | : |
| PAR PHARMACEUTICAL, INC., | : |
| PUREPAC PHARMACEUTICAL, INC., | : |
| PUREPAC PHARMACEUTICAL CO., | : |
| and ROXANE LABORATORIES, INC. | : |
| Defendants | : |

\* \* \*

Videotape deposition of Roderick Jackson

Thursday, February 21, 2008

\* \* \*

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 3 of 13
Case 1:03-cv-11865-PBS Document 500-61 Filed 05/34/2008 Page 3 of 13

Jackson, Roderick								February 21, 2008

Page 2

1                          * * *

2           Videotaped Deposition of Roderick Jackson

3                  Thursday, February 21, 2008

4                          * * *

5    a witness herein, taken on behalf of the Plaintiff in

6    the above-entitled cause of action pursuant to notice

7    and the Federal Rules of Civil Procedure, by and

8    before Kathy D. Landock, Notary Public and Registered

9    Merit Reporter in and for the State of West Virginia,

10   at Streski Reporting & Video Service, WesMon Center

11   IV 829 Fairmont Road, Suite 101, Morgantown, West

12   Virginia 26501, commencing at 10:06 a.m.

13

14

15

16

17

18

19

20

21

22

Jackson, Roderick                                   February 21, 2008

Page 12

1  Christi with them and was transferred to Houston,
2  Texas. I was with them less than a year because I
3  wanted to get back to Corpus Christi.
4              On my arrival in Corpus Christi, and I
5  can't tell you specifically what time that was, I
6  obtained a job with Southwestern Wholesale Drug. I
7  was with them about five and a half years, six
8  years, somewhere in there.
9              I had a brief stint where a gentleman and
10 I bought some franchise food companies, one was a
11 company by the name of Der Weinersnitzel and the
12 other was a Taco Bell. And I was in that for not a
13 long time, unfortunately my partner died of a heart
14 attack and I liquidated the business, I'm going to
15 guess somewhere around 1968.
16             I then had a brief stint of three months
17 looking for a job, but I worked with a company
18 called Madison Chemical out of Chicago and then
19 obtained what I would call full-time employment
20 with Lederle Laboratories in the latter part, I
21 believe it was 1968. I was with Lederle until
22 March of 1986. And from 1986 until May 1 of 2002 I

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 5 of 13
Case 1:03-cv-11865-PBS Document 500-6 Filed 05/31/2008 Page 5 of 13

Jackson, Roderick                                February 21, 2008

Page 13

1  was with Mylan Laboratories.

2  I retired on that date, May 1 of 2002,
3  stayed retired about three and a half years and
4  have recently gone back to work on a somewhat
5  limited basis with a company called Cobalt
6  Laboratories.

7  Q.  Let me go back for a second and just ask
8  you about a couple of your jobs.

9  When you were with Southwest Wholesale
10 Drug, what was their business?

11 A.  It was a wholesale distribution company
12 that was eventually acquired by Bergen, Brunswick
13 sometime after I left the company, but it was a
14 similar company to McKesler Cardinal, those type
15 companies.

16 Q.  What was your position with Southwest
17 Wholesale Drug?

18 A.  I had a number of them.  Do you want them
19 all?

20 Q.  If you would.

21 A.  I started in the warehouse on the
22 receiving dock.  I went from that to putting the

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 6 of 13
Case 1:03-cv-11865-PBS Document 500-6 Filed 05/31/2008 Page 6 of 13

Jackson, Roderick                                February 21, 2008

Page 30

1      A.    Yes.
2      Q.    So I think you said you joined Mylan in
3  March of '86?
4      A.    That's correct.
5      Q.    What was your position when you joined?
6      A.    Vice-president of marketing and sales.
7      Q.    How long do you hold the position of
8  vice-president of marketing and sales?
9      A.    Until 1992.
10     Q.    What happens in 1992?
11     A.    Then I was promoted to senior
12 vice-president of the company.
13     Q.    Still with responsibility for marketing
14 and sales?
15     A.    That was part of the job at that point,
16 yes.
17     Q.    What other, if any, duties or
18 responsibilities do you assume in '92?
19     A.    In '92 I took over -- not took over, but
20 created business development and then became very
21 entrenched in strategic planning and strategic
22 direction for the company.

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 7 of 13
Case 1:03-cv-11865-PBS Document 500-61-6 Filed 05/31/2008 Page 7 of 13

Jackson, Roderick                                February 21, 2008

Page 86

1   A.   As far as the price changes, as I
2   remember it on Lorazepam, I made the changes on the
3   price, the selling price.
4        As far as any other, you know, peripheral
5   prices around AWP or whatever else, that would have
6   come through Tom.
7   Q.   Maybe it's helpful to clarify a little
8   bit.  When you say selling price, you're referring
9   to the contract price, the actual transaction
10  between Mylan and its customer; is that right?
11       MR. ESCOBAR:  Objection to the form.
12  A.   Again, you seem to want to mix things. A
13  contract price I did not set, I would not have set
14  the contract price.  The price that I wanted the
15  product sold for at that time, as I call it the
16  re-launch, I set that price.
17  BY MR. MULLIN:
18  Q.   You've referred to selling price. Is
19  there also something called the WAC price?
20  A.   There are occasions when a WAC price is
21  used.  I'm not sure if we used them on everything
22  or not.

Jackson, Roderick                                    February 21, 2008

Page 88

1      A.    That was my understanding.
2            MR. ESCOBAR:  Objection to the form.
3  BY MR. MULLIN:
4      Q.    With regard to the WAC and AWP prices, is
5  it fair to say that you supervised the people that
6  set the WAC and AWP prices in connection with the
7  Lorazepam price change, 1998 price changes?
8            MR. ESCOBAR:  Objection to the form.
9      A.    I would have been their direct report or
10 indirect report.
11 BY MR. MULLIN:
12     Q.    Well, I think you said it was Tom was the
13 guy; right?
14     A.    Tom was the guy.
15     Q.    So that you were his direct report?
16     A.    According to this organizational chart.
17 As I said, functionally I don't think we were
18 operating that way.
19           MR. MULLIN:  Let's mark this as our
20 next exhibit.
21                  *  *  *
22           (Whereupon, Exhibit Jackson 004 was

Henderson Legal Services, Inc.
202-220-4158                        www.hendersonlegalservices.com

f8eede2c-f114-4103-9064-33c7b59120dc

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 9 of 13
Case 1:03-cv-11865-PBS Document 500-6 Filed 05/31/2008 Page 9 of 13

Jackson, Roderick                                    February 21, 2008

Page 89

1  marked for identification purposes.)
2              * * *
3  BY MR. MULLIN:
4       Q.   I'm showing you what has been marked as
5  Exhibit No. 4.  This is another one of those tables
6  of organization that was produced to us by the
7  company. You'll notice that on the first page,
8  lower left-hand corner it says as of September 29,
9  '99.
10           Do you see that?
11      A.   Yes.
12      Q.   Mr. Puskar is at the top and you're
13 listed as the senior vice-president, Mylan
14 Laboratories, Inc.; right?
15      A.   Yes.
16      Q.   If you flip to page 2 of Exhibit No. 4,
17 essentially there is Mr. DeBone, Lou DeBone is
18 senior vice-president and it has Mylan
19 Pharmaceuticals reporting to him; is that right?
20      A.   That's what it says.
21      Q.   And below that there's various boxes and
22 entities, none of which indicate sales and

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 10 of 13
Case 1:05-cv-11335-PBS Document 500-6 Filed 03/31/2008 Page 10 of 13

Jackson, Roderick                                February 21, 2008

Page 90

1    marketing responsibilities; is that right?
2         A.    That's correct.
3         Q.    Then if you turn to the third page of
4    Exhibit No. 4, the heading on the document is
5    business development, sales and marketing
6    administration, Mylan Laboratories; right?
7         A.    Yes.
8         Q.    And you're at the head of this
9    organization chart as of September 29, '99; right?
10        A.    Yes.
11        Q.    And you've got Hal Korman VP sales and
12   marketing reporting to you; right?
13        A.    Yes.
14        Q.    And at that time Hal would have been the
15   VP sales at Mylan Pharmaceuticals?
16        A.    Yes.
17        Q.    And over on the far right-hand side
18   you've got Tom Darby, VP pricing contracts and
19   admin reporting directly to you?
20        A.    That's correct.
21        Q.    And is that consistent with your
22   recollection that for a number of years both Korman

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 11 of 13
Case 1:05-cv-11853-PBS Document 500-6 Filed 03/31/2008 Page 11 of 13

Jackson, Roderick                                February 21, 2008

Page 91

1  and Darby reported directly to you?
2      A.   From an organizational standpoint, this
3  chart, that is correct.  From a functional
4  standpoint, Tom and Hal were hand in hand, that's
5  how they did -- they made all the decision.  The
6  only time I was involved is when they thought my
7  input would be necessary.
8           But from a functional standpoint, despite
9  what this chart says, that's just not how we
10 operated it.
11     Q.   And essentially this chart, page 3 of
12 Exhibit No. 4, it shows Bill Richardson being the
13 president of Bertek and reporting to you; correct?
14     A.   That's correct.
15     Q.   Was that true?
16     A.   Yes.
17     Q.   That's the way you operated?
18     A.   Yes.
19     Q.   To the extent that Bertek published any
20 prices to price reporting services, who was
21 determining Bertek's prices?
22     A.   That would have been Bill and David

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 12 of 13
Case 1:05-cv-11863-PBS Document 500-6 Filed 03/31/2008 Page 12 of 13

Jackson, Roderick                                February 21, 2008

Page 107

1    are.

2        Q.   Do you have a recollection in February of
3    1998 Mylan announced some price changes with regard
4    to Lorazepam and Chlorazapate?

5        A.   Yes.

6        Q.   I'm focused on the period just prior to
7    that.

8        A.   That would be '97.

9        Q.   Second half of '97.

10       A.   Okay, now what was the question?

11       Q.   Were you having any supply problems with
12   API in late '97?

13              MR. ESCOBAR:  Objection to the form
14   and no foundation.

15       A.   I remember there was some discussions
16   about supply problems on some drugs.  I don't
17   remember if this was the one or not.  It's too long
18   ago for me to remember today.
19   BY MR. MULLIN:
20       Q.   In 1997, did you do a review of Mylan's
21   product line to identify drugs that might be
22   amenable to price increases?

Case 1:01-cv-12257-PBS Document 6784-6 Filed 12/21/09 Page 13 of 13
Case 1:05-cv-11863-PBS Document 500-6 Filed 03/31/2008 Page 13 of 13

Jackson, Roderick                              February 21, 2008

Page 108

1    A.   Yes, I did.  I personally did that.
2    Q.   And what were the criteria that you used
3 in identifying drugs that might be susceptible or
4 amenable to price increase?
5    A.   We had done -- we being the sales and
6 marketing area -- had done several reviews of
7 products and their contribution or lack of
8 contribution to the income statement.
9         And in that process I also requested a
10 review to see who we were competing with on some of
11 these products, because again, on a day-to-day
12 basis I had gotten quite far away and had relied on
13 the staff that I have indicated to you, which were
14 either Hal Korman and Tom Darby or whomever was in
15 that job at whatever time.
16        And in that review it became apparent to
17 me that we had some products that were not doing
18 very well.  And as I looked, particularly on some
19 of them, much to my surprise, I found that we were
20 handling these products as if there were multitudes
21 of competitors in the marketplace, where in fact in
22 some of these products we were the only company