# Exhibit 6

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Matthew C. Kilman in Support of Plaintiffs' Opposition to Mylan's Motion for Partial Summary Judgment

## SALES AND MARKETING



As of 01-23-98

**HIGHLY CONFIDENTIAL**
AIMvlan 013147
HIGHLY CONFIDENTIAL

MaMylan068835





**HIGHLY CONFIDENTIAL**
**AlMylan 013148**
HIGHLY CONFIDENTIAL

MaMylan068836



MARKETING AND SALES

**HIGHLY CONFIDENTIAL**
**AlMylan 013149**
HIGHLY CONFIDENTIAL

MaMylan068837