# Exhibit 7

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Matthew C. Kilman in Support of Plaintiffs' Opposition to Mylan's Motion for Partial Summary Judgment

# EXECUTIVES / ADMINISTRATION
(Mylan Laboratories Inc. - Morgantown, WV)



As of September 29, 1999

**HIGHLY CONFIDENTIAL**
**AlMylan 013215**
HIGHLY CONFIDENTIAL

MaMylan068854



# Research & Development / Operations Administration



As of September 29, 1999

**HIGHLY CONFIDENTIAL**
**AlMvían 013216**
HIGHLY CONFIDENTIAL

MaMylan068855

# Business Development / Sales & Marketing Administration
(Mylan Laboratories Inc. - Morgantown, WV)



As of September 29, 1999

**HIGHLY CONFIDENTIAL**
**AIMylan 013217**
HIGHLY CONFIDENTIAL

MaMylan068856

# BUSINESS DEVELOPMENT & STRATEGIC ALLIANCES
(Mylan Laboratories Inc. - Morgantown, WV)



As of October 6, 1999

**HIGHLY CONFIDENTIAL**
**AlMylan 013218**
HIGHLY CONFIDENTIAL

MaMylan068857

# SALES AND MARKETING
(Mylan Laboratories Inc. - Morgantown, WV)



As of October 6, 1999

**HIGHLY CONFIDENTIAL**
**AIMylan 013223**
HIGHLY CONFIDENTIAL

MaMylan068862