# Exhibit 8

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Matthew C. Kilman in Support of
Plaintiffs' Opposition to Mylan's Motion for Partial Summary Judgment

Roman, Brian - 30(b)(6) CONFIDENTIAL - ATTORNEYS' EYES ONLY        August 2, 2007
PITTSBURGH, PA

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-11865-PBS

------------------------------X

THE COMMONWEALTH OF            )

MASSACHUSETTS,                 )        VIDEOTAPED

          Plaintiff,           )      DEPOSITION UPON

          v.                   )    ORAL EXAMINATION

MYLAN LABORATORIES, INC.,      )           OF

et al.,                        )      BRIAN ROMAN

          Defendants.          )        30(b)(6)

------------------------------X

C O N F I D E N T I A L

FOR ATTORNEYS' EYES ONLY

     T R A N S C R I P T  of the stenographic

notes of G. DONAVICH, a Certified Shorthand

Reporter and Notary Public of the State of

Pennsylvania taken at the offices of AKF

Reporters, Inc., Court Reporting & VideoTech

Services, AKF Building, 436 Boulevard of the

Allies, Pittsburgh, Pennsylvania, on Thursday,

August 2, 2007, commencing at 9:14 a.m.

Henderson Legal Services
(202) 220-4158

3ce2e3fa-e96e-42b7-a33e-bef4a39c88b5

Case 1:03-cv-11865-PBS Document 500-9 Filed 05/31/2008 Page 3 of 4

Roman, Brian - 30(b)(6) CONFIDENTIAL - ATTORNEYS' EYES ONLY          August 2, 2007
Pittsburgh, PA

Page 9

1    1994 and received a JD, a law degree.

2          Q.     Okay.  And if you would, would you

3    relate for us your employment history since you

4    graduated from law school.

5          A.     After law school, I went to work at a

6    law firm in Pittsburgh, Pennsylvania, called

7    Kirkpatrick & Lockhart.  I was an associate

8    attorney in the litigation group at Kirkpatrick &

9    Lockhart until November of 1999.

10          At that time, I went over to another

11    law firm in Pittsburgh called Doepken Keevican &

12    Weiss.  I became a partner at Doepken Keevican &

13    Weiss.

14          I left that firm in the end of March,

15    2003.

16          April 1st, 2003, I went to work for

17    Mylan Laboratories as litigation counsel.

18          I held that position until October,

19    2005, when I became general counsel of Mylan

20    Pharmaceuticals.

21          Then in, I believe, January of 2007, I

22    went back to Mylan Laboratories in the position

3ce2e3fa-e96e-42b7-a33e-bef4a39c88b5

Roman, Brian - 30(b)(6) CONFIDENTIAL - ATTORNEYS' EYES ONLY        August 2, 2007
                                Pittsburgh, PA

                                                                    Page 10
1     of associate general counsel of operations, and I

2     am also maintaining the title of vice president

3     and general counsel at Mylan Pharmaceuticals.

4          Q.    If you could, can you go back to April

5     of 2003 when you joined Mylan labs.  I think you

6     said you started as litigation counsel.

7          A.    Yes.

8          Q.    Could you just describe for us in

9     general terms your duties as litigation counsel.

10         A.    I was responsible for managing all of

11    the litigation involving Mylan Laboratories and

12    its subsidiaries.

13         Q.    And who was your boss at that point?

14         A.    Stuart Williams, the chief legal

15    officer of Mylan Laboratories.

16         Q.    Okay.  Then I think you became general

17    counsel of Mylan Pharmaceuticals in October of

18    '05.

19         A.    Yes.

20         Q.    Just in general terms, what were your

21    duties and responsibilities there?

22         A.    I was responsible for all the legal

3ce2e3fa-e96e-42b7-a33e-bef4a39c88b5