# Exhibit 1

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Suzanne Graydon in Support of
Plaintiffs' Opposition to Mylan's Motion for Partial Summary Judgment

EXHIBIT 1

| # | CCN | Paid Date | NDC | Drug Name | Allowed Amount | Units | Dispensing Fee | Paid Amount | Average Actual Acquisition Cost (M&S) | Published AWP | "SPREAD" between AWP and Acquistion Cost (M&S) | Provider's Cost | Provider's Dollar Margin or Loss | Provider's Margin or Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0202962952801 | 7/24/2000 | 00378037205 | Cimetidine 400mg | $ 5.31 | 30 | $ 4.05 | $ 9.11 | $ 0.0511 | $ 1.6120 | 3054% | $ 8.74 | $ 0.37 | 4% |
| 2 | 0082954288201 | 3/27/2000 | 00378045105 | Naproxen 500mg | 10.94 | 60 | 4.05 | 14.74 | 0.0691 | 1.1928 | 1626% | 11.36 | 3.38 | 30% |
| 3 | 0292952050001 | 10/23/2000 | 00378021610 | Furosemide 40mg | 2.54 | 100 | 4.05 | 6.34 | 0.0159 | 0.1596 | 904% | 8.80 | (2.46) | -28% |
| 4 | 0032043163901 | 2/7/2000 | 00378041510 | Diphenoxylate/atrophine | 13.68 | 30 | 4.05 | 17.48 | 0.0925 | 0.4800 | 419% | 9.99 | 7.49 | 75% |
| 5 | 0306956575301 | 4/6/2000 | 00378214601 | Spironolactone 25mg | 10.05 | 30 | 4.05 | 13.85 | 0.0974 | 0.4150 | 326% | 10.13 | 3.72 | 37% |
| 6 | 0238956279401 | 8/28/2000 | 00378534001 | Diltiazem ER 240mg | 32.66 | 30 | 4.05 | 36.46 | 0.4148 | 1.1460 | 176% | 19.65 | 16.81 | 86% |
| 7 | 0172960219801 | 5/1/2000 | 00378156010 | Phenytoin sodium ER 100mg | 13.97 | 60 | 4.05 | 17.77 | 0.1514 | 0.2451 | 61.9% | 16.29 | 1.48 | 9% |
| 8 | 0220951537601 | 8/14/2000 | 00378401001 | Temazepam 15mg | 39.64 | 60 | 4.05 | 43.44 | 0.0523 | 0.6955 | 1230% | 10.35 | 33.09 | 320% |
| 9 | 0301952467801 | 10/30/2000 | 00378505001 | Temazepam 30mg | 46.25 | 60 | 4.05 | 50.05 | 0.0646 | 0.8115 | 1156% | 11.09 | 38.96 | 351% |
| 10 | 0255962371401 | 9/18/2000 | 00378030201 | Acyclovir 800mg | 76.08 | 60 | 4.05 | 79.88 | 0.2642 | 4.2170 | 1496% | 23.06 | 56.82 | 246% |
| 11 | 0192951449801 | 7/17/2000 | 00378045701 | Lorazepam 1mg | 40.10 | 60 | 4.05 | 43.90 | 0.1138 | 0.8825 | 675% | 14.04 | 29.86 | 213% |
| 12 | 0249959555401 | 9/11/2000 | 00378077701 | Lorazepam 2mg | 59.46 | 60 | 4.05 | 63.26 | 0.1561 | 1.2845 | 723% | 16.58 | 46.68 | 282% |
| 13 | 0032041044101 | 2/7/2000 | 00378202001 | Piroxicam 20mg | 150.43 | 60 | 4.05 | 154.23 | 0.0339 | 2.6391 | 7685% | 9.24 | 144.99 | 1568% |
| 14 | 4305953056601 | 11/15/2004 | 00378401001 | Temazepam 15mg | 8.19 | 60 | 7.25 | 15.44 | 0.0523 | 0.6955 | 1230% | 10.35 | 5.09 | 49% |
| 15 | 4305955439401 | 11/15/2004 | 00378505001 | Temazepam 30mg | 10.49 | 60 | 7.25 | 17.74 | 0.0646 | 0.8115 | 1156% | 11.09 | 6.65 | 60% |
| 16 | 4305957845501 | 11/15/2004 | 00378030201 | Acyclovir 800mg | 52.20 | 60 | 7.25 | 59.45 | 0.2642 | 4.2170 | 1496% | 23.06 | 36.39 | 158% |
| 17 | 4306962531101 | 11/15/2004 | 00378045701 | Lorazepam 1mg | 34.31 | 60 | 7.25 | 41.56 | 0.1138 | 0.8825 | 675% | 14.04 | 27.52 | 196% |
| 18 | 4309968489101 | 11/15/2004 | 00378077701 | Lorazepam 2mg | 34.19 | 60 | 7.25 | 41.44 | 0.1561 | 1.2845 | 723% | 16.58 | 24.87 | 150% |
| 19 | 4308965155801 | 11/15/2004 | 00378202001 | Piroxicam 20mg | 6.79 | 60 | 7.25 | 14.04 | 0.0339 | 2.6391 | 7685% | 9.24 | 4.80 | 52% |