UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>Case No: 1:03-cv-11226-PBS | Judge Patti B. Saris<br><br>Magistrate Judge<br>Marianne B. Bowler |

### DECLARATION OF STEVEN U. ROSS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SANDOZ INC.'S MOTION FOR SUMMARY JUDGMENT

I, Steven U. Ross, do hereby declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice, Bureau of Medi-Cal Fraud and Elder Abuse. I am admitted to practice law in the State of California and have been admitted *pro hac vice* in this matter.

2. On behalf of Plaintiff State of California, I am submitting with this declaration Exhibits in support of Plaintiffs' Opposition to Sandoz Inc.'s Motion for Summary Judgment and as referenced in Plaintiffs' Response to Defendant Sandoz Inc.'s Local Rule 56.1 Statement of Undisputed Facts In Support of Its Motion for Summary Judgment and Plaintiffs' Statement of Additional Undisputed Material Facts In Opposition to Sandoz Inc.'s Motion For Summary Judgment.

3. The following exhibits are true and correct copies of the materials described:

| Exhibit No. | Description |
|---|---|
| 1 | Deposition of Douglas B. Hillblom, taken September 23, 2008, selected pages |
| 2 | Deposition of Craig Miller, taken October 22, 2008, selected pages |

| Exhibit No. | Description |
|---|---|
| 3 | Deposition of Mike Namba, taken April 23, 2009, selected pages |
| 4 | Deposition of Maureen Tooker, taken September 21, 2008, selected pages |
| 5 | Deposition of J. Kevin Gorospe, taken September 22, 2008, selected pages |
| 6 | Rule 30(b)(6) Deposition of California Department of Health Care Services (J. Kevin Gorospe), taken December 3, 2008, selected pages |
| 7 | Rule 30(b)(6) Deposition of Generic Pharmaceutical Association (Shawn Brown), taken February 10, 2009, selected pages and exhibits |
| 8 | Rule 30(b)(6) Deposition of Sandoz, Inc. (Ronald H. Hartmann), taken May 6, 2009, selected pages |
| 9 | Deposition of Stanley L. Rosenstein, taken November 6, 2008, selected pages |
| 10 | Deposition of Frank Stiefel, taken January 27, 2009, selected pages |
| 11 | Deposition of Kevin Galownia, taken June 11, 2007, selected pages *(Designated Highly Confidential - Filed Under Seal)* |
| 12 | Deposition of J. Kevin Gorospe, taken March 19, 2008, selected pages |

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 21, 2009, at San Diego, California.

　　　　　　　　　　　　　　　　　__/s/ Steven U. Ross_____
　　　　　　　　　　　　　　　　　STEVEN U. ROSS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 21, 2009, a copy to Lexis-Nexis for posting and notification to all parties.

　　　　　　　　　　　　　　　　　__/s/ Steven U. Ross_____
　　　　　　　　　　　　　　　　　STEVEN U. ROSS