# Exhibit 3

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Steven U. Ross in Support of
Plaintiffs' Opposition to Sandoz, Inc.'s Motion for Summary Judgment

Page 1

```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

                            --o0o--

IN RE PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE

LITIGATION

_____/MDL No. 1456

THIS DOCUMENT RELATES TO:     Civil Action: 01-12257-PBS

State of California, ex rel.

Ven-A-Care v. Abbott

Laboratories, Inc., et al.,

_____/


                            --o0o--

                   THURSDAY, APRIL 23, 2009

                            --o0o--

                    VIDEOTAPED DEPOSITION OF

                          MIKE NAMBA

                            --o0o--



Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

              Registered Merit Reporter
```

Namba, Mike                                          April 23, 2009
                       Sacramento, CA

Page 155

1    whichever one came first, at that point in time
2    the batch was assigned to one of my staff members
3    to begin the review.
4         Q.   Okay.  And -- and you may have already
5    testified to this, but manufacturers as -- as a
6    condition to being on the formulary provided
7    California with AMPs, A-M-Ps?
8         A.   Yes.
9         Q.   And what did you do with the AMPs?
10        A.   Well, as part of the calculation,
11   because, again, the contract would be a discount
12   based off the AMP, so that would determine the
13   California supplemental rebate.
14        Q.   And what was the discount off AMP?
15        A.   Variable.
16        Q.   Variable manufacturer-to-manufacturer?
17        A.   Drug-to-drug.
18        Q.   Drug-to-drug?
19        A.   And manufacturer-to-manufacturer.
20        Q.   Okay.  Did you have anything to do
21   with -- monitoring or processing of payments
22   under the -- the Federal Rebate Program?