# Exhibit 12

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Steven U. Ross in Support of
Plaintiffs' Opposition to Sandoz, Inc.'s Motion for Summary Judgment

Page 1

```
              UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS

------------------------------X

IN RE:  PHARMACEUTICAL        ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION:

PRICE LITIGATION              ) 01-CV-12257-PBS

------------------------------X

THIS DOCUMENT RELATES TO:     ) Judge Patti B. Saris

U.S. ex rel. Ven-A-Care of    )

the Florida Keys, Inc. v.     ) Magistrate Judge

Abbott Laboratories, Inc.,    ) Marianne B. Bowler

et al.                        )

Case No. 06-CV-11337-PBS      )

------------------------------X

                    --oOo--

           WEDNESDAY, MARCH 19, 2008

                    --oOo--

              VIDEOTAPED DEPOSITION OF

                 JAMES KEVIN GOROSPE

Reported By:  JOANIE MURAKAMI, CSR No. 5199

              Registered Merit Reporter

              Certified Realtime Reporter
```

Gorospe, James Kevin                                    March 19, 2008
                          Sacramento, CA

Page 373

1    you the value of the supplemental rebate.
2        Q.    Okay. Understood. Okay. Now, in the
3    context of the supplemental rebates that are
4    based on AMP, I just wanted to ask you a couple
5    follow-up questions about that.
6              Based on your knowledge and experience,
7    the AMPs that are reported by manufacturers, are
8    they always reliable?
9              MR. COLE:  Object to the form.
10             THE WITNESS:  What do you mean by
11   "reliable"?
12   BY MR. GOBENA:
13       Q.    Do they sometimes change?
14       A.    Yes.
15       Q.    And in fact, isn't it true that
16   sometimes manufacturers will restate AMPs that
17   they had previously reported; isn't that true?
18       A.    Yes.
19       Q.    And sometimes they'll dispute -- there
20   will be a dispute between Medi-Cal and a
21   manufacturer about the reported AMP; isn't that
22   correct?

```
 1       A.   No.
 2       Q.   Okay.  What have I gotten wrong about
 3   that, my characterization after dispute?
 4       A.   Disputes generally are over the
 5   rebates.
 6       Q.   I see.
 7       A.   And not the reported AMP.
 8       Q.   Okay.  But it's not unusual for there
 9   to be restatements of previously reported AMPs;
10   isn't that correct?
11       A.   That's correct.
12       Q.   Okay.  So -- and based on your
13   knowledge and experience, how often do
14   manufacturers tend to restate their AMPs?
15       A.   I don't know a frequency specifically.
16       Q.   Does it depend on the manufacturer?
17       A.   Some manufacturers have -- seem to have
18   more changes than others but I couldn't
19   characterize any one particular manufacturer and
20   percentage of changes.
21       Q.   So you can't give us any specific
22   knowledge on any restatements of AMP done by
```

Page 375

1    Abbott for any of its product, correct?
2         A.   No.
3         Q.   But given the fact that AMPs can be
4    restated -- strike that.
5              Given the fact that AMPs can be
6    restated from time to time, isn't it true that an
7    AMP that is provided by a manufacturer at any
8    given time may not be necessarily reliable?
9              MR. COLE:  Object to the form.
10             THE WITNESS:  That's correct.
11             MR. GOBENA:  All right.  Those are all
12   the questions I have for right now, and I'll pass
13   the witness back to Jeremy if he has some
14   additional questions on the US case.
15
16                  FURTHER EXAMINATION
17   BY MR. COLE:
18        Q.   Dr. Gorospe, very quickly, Mr. Gobena
19   asked you whether it was ever -- I believe he
20   asked you whether it was ever Medi-Cal's policy
21   to overpay for drug ingredient costs.
22             Do you remember that question?