UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>*State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*<br>Case No: 1:03-cv-11226-PBS | Judge Patti B. Saris<br><br>Magistrate Judge<br>Marianne B. Bowler |

**NOTICE OF FILING UNDER SEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT SANDOZ INC.'S MOTION FOR SUMMARY JUDGMENT**

Notice is hereby given that the documents listed below have been filed with the Court under seal pursuant to the Court's December 13, 2002 Protective Order.

1) Exhibit 11 to the Declaration of Steven U. Ross in Support of Plaintiffs' Opposition to Defendant Sandoz Inc.'s Motion for Summary Judgment.

Dated: December 21, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By:  */s/ Steven U. Ross*
       NICHOLAS N. PAUL
       Supervising Deputy Attorney General
       STEVEN U. ROSS
       Deputy Attorney General
       Bureau of Medi-Cal Fraud and Elder Abuse
       Office of the Attorney General
       1455 Frazee Road, Suite 315
       San Diego, CA  92108
       Telephone:  (619) 688-6099
       Fax:  (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**