# Exhibit 2

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
|     v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - -

        (cross-captions on following pages)


                         Washington, D.C.

                         Tuesday, October 30, 2007

                         9:00 a.m.


      Videotaped deposition of DEIRDRE DUZOR

                Volume I

f5f0cb67-5db5-4a19-acea-ff4afd75844b

Duzor, Deirdre                                              October 30, 2007
                          Washington, DC

Page 195

1            MR. WINGET-HERNANDEZ: Objection, form.
2       A.   No.  Again, I'm just saying that not
3  having the history I don't know the basis of the
4  statement saying that it is proving increasingly
5  difficult.
6       Q.   But based on your experience you did
7  observe that it was difficult to get states to
8  establish payment rates in adherence with the
9  estimated acquisition cost, correct?
10           MR. BATES: Objection to the form.
11           MS. MARTINEZ: Objection to form.
12      A.   Well, in order to determine estimated
13 acquisition cost my understanding of what had been
14 done previously was to require states to do surveys
15 and get invoices.  And I think states were saying
16 that that was too difficult, too time consuming, too
17 out of date.  By the time they did it prices were
18 changing.  So that states were telling us that they
19 couldn't really do that anymore.
20      Q.   Is it your testimony that you didn't know
21 that states were reimbursing drugs at levels higher
22 than estimated acquisition cost?

Duzor, Deirdre                                          October 30, 2007
                            Washington, DC

```
                                                               Page 196
 1              MR. WINGET-HERNANDEZ:  Objection it form.
 2              MR. BATES:  Objection to form.
 3              MS. MARTINEZ:  Objection to form.
 4       A.    I think based on the IG reports, yes, we
 5   expected that they were.  But they were faced with
 6   difficult choices in terms of reducing their
 7   payments, which many states were doing, but they
 8   were doing it in a cautious manner.  They didn't
 9   want to do it in a very precipitous manner because
10   of course their pharmacy -- their pharmacist and
11   their pharmacy organizations were telling people
12   that the sky would be falling in then.
13              So I think they were in a difficult
14   position to know how much they could reduce their
15   rates.
16       Q.    Do you believe that their actions were
17   reasonable?
18              MS. MARTINEZ:  Objection to form.
19              MR. BATES:  Objection to form.
20       A.    I think we thought the direction they
21   were going was the proper direction.  Whether they
22   were being overly cautious or not I think is a hard
```

Duzor, Deirdre                                          October 30, 2007
                        Washington, DC

Page 197

1  judgment at the federal level to make.  But, you
2  know, I think we thought they were going in the
3  right direction.
4       Q.    What would have happened if overnight all
5  the AWPs reported for all drugs were automatically
6  turned into real prices?
7            MR. WINGET-HERNANDEZ:  Objection to form.
8            MS. MARTINEZ:  Objection to form.
9       Q.    What would have happened?
10           MR. BATES:  Objection to form.
11      A.    I think that a lot of telephones would
12 have been ringing all over the country in Medicaid
13 offices from pharmacists would be saying -- and they
14 do now, when states -- my understanding -- when
15 states establish MACs.  If a pharmacist can't get
16 the drug at the price that they're being reimbursed
17 by Medicaid they don't hesitate to call Medicaid and
18 say I'm going to come in and show you my invoice.
19 Here it is.  Here's what I'm paying.  I can't take
20 reimbursement from you that's less than what it's
21 costing me.
22           So I think they hear about it from the