# Exhibit 5

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment

Case 1:01-cv-12257-PBS   Document 6791-6   Filed 12/21/09   Page 2 of 5

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                                    October 21, 2008

Sacramento, CA

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--oOo--

STATE OF CALIFORNIA, ex rel

VEN-A-CARE OF THE FLORIDA KEYS, INC.,

A Florida Corporation,

      Plaintiffs,

    vs.                         MDL No. 1456

ABBOTT LABORATORIES, INC.,      Master File No.

Et al.,                         01-12257-PBS

      Defendants.            Civil Action No.

_____/    03-11226-PBS


--oOo--

TUESDAY, OCTOBER 21, 2008

--oOo--

30(b)(6) VIDEOTAPE DEPOSITION OF

MAUREEN TOOKER

--oOo--


Reported By:   PATRICIA MCCARTHY, CSR No. 12888

              Registered Professional Reporter

Case 1:01-cv-12257-PBS   Document 6791-6   Filed 12/21/09   Page 3 of 5

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                October 21, 2008
Sacramento, CA

Page 98

1    file itself.

2        Q.   If there is an MAIC of -- a maximum
3    allowable ingredient cost figure, is that something
4    that can be looked up through the RAIS system?

5        A.   Yes.

6        Q.   Okay.  There are some -- there are some
7    publications that publish something called WAC.

8             Have you ever heard of that?

9        A.   Yes, I have.

10            MR. ROBBEN:  I think we need to change
11   the tape.

12            VIDEOGRAPHER:  This is the end of Tape 1,
13   Volume I of the deposition of 36(b) -- excuse me,
14   30(b)(6) Witness Maureen Tooker.

15            We are off the record at 11:34 a.m.

16            (Discussion off the record)

17            VIDEOGRAPHER:  This is the beginning of
18   Tape 2, Volume I of the 30(b)(6) deposition of
19   Maureen Tooker.

20            We are on the record at 11:39 a.m.

21   BY MR. ROBBEN:

22       Q.   Is the WAC for any given NDC available

Case 1:01-cv-12257-PBS   Document 6791-6   Filed 12/21/09   Page 4 of 5

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                October 21, 2008
                              Sacramento, CA

Page 99

1   through the RAIS system?
2        A.   No, it is not.
3        Q.   Okay.  So it's not for any NDC?
4        A.   No.
5        Q.   Now, I take it, that the Department of
6   Health Care Services uses e-mail, correct?
7        A.   Yes, it does.
8        Q.   When was e-mail implemented at the
9   department?
10       A.   As I stated before, I don't remember
11  before '96.
12       Q.   Okay.  So -- okay.
13            Do you know the name of the e-mail
14  program that is used, or has been used from '96
15  forward?
16       A.   Well, we use Microsoft Office.
17       Q.   Okay.  Has that been what's been used
18  since '96?
19       A.   Outlook.  Outlook.  Sorry.
20       Q.   Outlook.
21       A.   I believe so.
22       Q.   And you believe that has been used since

Case 1:01-cv-12257-PBS   Document 6791-6   Filed 12/21/09   Page 5 of 5

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                October 21, 2008
Sacramento, CA

Page 114

1      Q.   And when was that?  I think you
2   testified earlier.
3      A.   January 1st, 1997.
4      Q.   So beginning in 1997, if a communication
5   such as this one were sent to DHS, it would have
6   been entered into a spread -- or some of the
7   information on there would have been entered into a
8   spreadsheet?
9      A.   Correct.
10     Q.   And maintained by the department?
11     A.   By EDS.
12     Q.   By EDS.
13          MR. BENNETT:  That's all I have.
14          MR. PAUL:  I just have a couple of
15   questions.
16                    EXAMINATION
17  BY MR. PAUL:
18     Q.   MS. Tooker, why does DHS at the time,
19   DHCS now, not get WAC information from First
20   DataBank?
21     A.   I can't answer that question.
22     Q.   Does -- to your knowledge, does DHCS