# Exhibit 7

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment

Case 1:01-cv-12257-PBS   Document 6791-8   Filed 12/21/09   Page 2 of 4

Gorospe, Pharm. D., J. Kevin - Vol. II                              September 22, 2008
                              Sacramento, CA

Page 394

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-----------------------------x

IN RE PHARMACEUTICAL INDUSTRY)

AVERAGE WHOLESALE PRICE      )

LITIGATION                   )

_____)

THIS DOCUMENT RELATES TO     ) MDL No. 1456

State of California, ex rel. ) Civil Action:

Ven-A-Care v. Abbott         ) 01-12258-PBS

Laboratories, Inc., et al.   )

-----------------------------x

VOL. II

--oOo--

MONDAY, SEPTEMBER 22, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

J. KEVIN GOROSPE, Pharm.D.

--oOo--


Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

              Registered Merit Reporter

Case 1:01-cv-12257-PBS   Document 6791-8   Filed 12/21/09   Page 3 of 4

Gorospe, Pharm. D., J. Kevin - Vol. II                    September 22, 2008
                              Sacramento, CA

Page 698

1    Q.   Do you have an understanding of the
2    magnitude -- difference between actual acquisition
3    costs and AWPs for the drugs that are in the
4    California Complaint?
5         MR. BENNETT:  Objection to form.
6         THE WITNESS:  No, I don't.
7    BY MR. PAUL:
8    Q.   At any time in your career at DHCS have
9    you ever received any communication of any sort
10   from Mylan explaining the differences between the
11   AWPs it reports and providers' actual acquisition
12   costs?
13   A.   Not that I can recall.
14   Q.   At any time in your career at DHCS have
15   you ever received any communication of any sort
16   from Sandoz explaining the differences between the
17   actual acquisition costs for its drugs and Sandoz's
18   reported AWPs?
19   A.   Not that I can recall.
20   Q.   I won't restate the question each time,
21   but the same question regarding Dey
22   Pharmaceuticals?

Gorospe, Pharm. D., J. Kevin - Vol. II                September 22, 2008
Sacramento, CA

Page 699

1   A.   Not that I recall -- not that I can
2   recall, no.
3   Q.   And Warrick?
4   A.   Again, the answer is no.
5   Q.   Schering?
6   A.   No.
7   Q.   Counsel for Sandoz showed you a letter
8   addressed to Gail Margolis dated December 13th,
9   2004.  I think for the record that's Exhibit 58.
10       MS. BERWANGER:  Objection to form.  I
11  don't believe I showed him that.
12       MR. PAUL:  I'm sorry?
13       MS. BERWANGER:  I don't believe I showed
14  him that exhibit.
15       MR. PAUL:  Do I have the wrong number?
16  I'm sorry, counsel.  I'm sorry.
17  BY MR. PAUL:
18  Q.   Counsel for Warrick showed you a letter
19  addressed to Gail Margolis, and it's marked as
20  Exhibit 58, and I think Mr. Bennett also showed you
21  Exhibit 60.
22       No?