# Exhibit 8

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------X

IN RE: PHARMACEUTICAL         ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION:

PRICE LITIGATION              ) 01-CV-12257-PBS

------------------------------X

THIS DOCUMENT RELATES TO:     ) Judge Patti B. Saris

U.S. ex rel. Ven-A-Care of    )

the Florida Keys, Inc. v.     ) Magistrate Judge

Abbott Laboratories, Inc.,    ) Marianne B. Bowler

et al.                        )

Case No. 06-CV-11337-PBS      )

------------------------------X

--oOo--

WEDNESDAY, MARCH 19, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

JAMES KEVIN GOROSPE

Reported By:  JOANIE MURAKAMI, CSR No. 5199

              Registered Merit Reporter

              Certified Realtime Reporter

1  BY MR. GOBENA:
2       Q.   But it was a comprehensive study,
3  nonetheless, of ingredient costs and dispensing
4  fees being paid by Medi-Cal in or around the time
5  of the report; isn't that correct?
6       A.   That's correct.
7       Q.   And it's true, Dr. Gorospe, isn't it,
8  that the legislature did not -- the legislature
9  reacted to this report by trying to get -- to
10 make the ingredient cost reimbursements more
11 accurate and the dispensing fee payments or
12 reimbursements more accurate; isn't that true?
13          MR. COLE:  Object to the form.
14          THE WITNESS:  That's true.
15 BY MR. GOBENA:
16      Q.   Was it ever, based on your knowledge,
17 was it ever Medi-Cal's policy to overpay for drug
18 ingredient costs?
19      A.   No.
20      Q.   Now, you mentioned -- hold on a second.
21          And was it ever, to your knowledge --
22 again, was it ever Medi-Cal's policy to knowingly

Gorospe, James Kevin                           March 19, 2008
                      Sacramento, CA

Page 358

1   or intentionally overpay providers for drug
2   purchases in order to subsidize what were
3   perceived to be inadequate dispensing fees?
4           MR. COLE:  Object to the form.
5           THE WITNESS:  Not to my knowledge.
6   BY MR. GOBENA:
7       Q.  Now, we discussed how the concepts of
8   direct price and AWP were potential benchmarks
9   that are used by Medi-Cal when it was determining
10  the proper reimbursement for drugs to a provider.
11          What was -- why don't you explain to us
12  -- actually, strike that.
13          Why don't you walk us through how a
14  pharmacy presents a claim to Medi-Cal and how
15  that claim gets paid.
16      A.  A pharmacy enters specific claim
17  information into their practice management
18  systems.  That information consists of what's
19  known as header information, which is beneficiary
20  related information, the beneficiary ID number,
21  their name, birth date, things like that.
22          Other parts of the claim then are the