# Exhibit 9

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *City of New York, et al.* | ) ) |
| *v.* | ) ) |
| *Abbott Laboratories, et al.* | ) ) |

MDL No. 1456
Civil Action No. 01-12257-PBS
Subcategory Case No. 03-10643-PBS

Hon. Patti B. Saris

## **DECLARATION OF SUSAN E. GASTON**

I, Susan E. Gaston, declare as follows:

1.      I held the position of lead analyst for the Federal Upper Limits (FUL) program in the Division of Pharmacy within the Center for Medicaid and State Operations (CMSO) of the Centers for Medicare & Medicaid Services (CMS) from April 1991 to February 2003.  The Division of Pharmacy is the CMS group responsible setting and publishing the Federal Upper Limits (FULs) for certain drugs which are reimbursed by Medicaid.  Currently, I am Team Lead for Dispute Resolution Program of the Medicaid Drug Rebate Program and have held that position since February 2003.  The statements made in this declaration are based on my personal knowledge.

2.      Since 1987, CMS has administered regulations that limit the amount which Medicaid will reimburse for drugs with available generic drugs under the Federal Upper Limit

-1-

Case 1:01-cv-12257-PBS   Document 6144-2   Filed 06/15/2009   Page 48 of 163

(FUL) Program.  42 C.F.R. § 447.332.[1]  According to the CMS website, "These limits are intended to assure that the Federal government acts as a prudent buyer of drugs.  The concept of the upper limits program is to achieve savings by taking advantage of the current market prices."[2]  Under current law, CMS will establish a FUL for a drug for which the Food and Drug Administration (FDA) has rated three or more products therapeutically and pharmaceutically equivalent, regardless of whether all such formulations are rated as such, as reflected in the FDA's publication, Approved Drug Products With Therapeutic Equivalence Evaluations (commonly referred to as the "Orange Book.").  In addition, at least three suppliers must list the drug in the current editions of published national compendia.

3.     Among my responsibilities as lead analyst for the FUL program was the setting of FULs.  My general practice in establishing FULs was that, once I established that there were three suppliers for the drug, I set the FUL at 150 percent of the lowest published price, i.e., the Average Wholesale Price (AWP), Wholesale Acquisition Cost (WAC) or Direct Price (DP) of the therapeutically and pharmaceutically equivalent drug.  Part of my general practice was to use a WAC price that was published in one or more of the national compendia (First DataBank,

---

[1]  On July 15, 2008, the Medicare Improvements for Patients and Providers Act of 2008 (MIPPA), Public Law 110-275, was enacted.  As a result of this legislation, CMS is prohibited from taking any action, prior to October 1, 2009, to impose FULs for multiple source drugs established under 42 CFR 447.514(b) as published in the final rule on July 17, 2007.  In accordance with the law, the specific upper limit under 42 C.F.R. § 447.332 (as in effect on December 31, 2006) applicable to payments for multiple source drugs shall continue to apply through September 30, 2009, for purposes of Federal financial participation.  Accordingly, CMS resumed publishing the FULs for multiple source drugs, using the methodology in 42 C.F.R. § 447.332 as in effect on December 31, 2006.

[2]  http://www.cms.hhs.gov/Reimbursement/05_FederalUpperLimits.asp

Medi-Span, Red Book) to set a FUL. AWPs were always greater than the corresponding WAC, and therefore to achieve the objective of the program I did not use them.

4.     If the lowest published WAC appeared to be an outlier, i.e., significantly lower than the next available WAC, my practice was to contact the manufacturer to find out if the EAC was still valid and whether the drug was nationally available in the market. If my investigation revealed that the price was not valid, I requested a valid price from the manufacturer. If I obtained a valid WAC (whether in writing or orally), and if I learned that the product was widely available at that price, I would consider that price; otherwise not. If I learned that the product was not nationally available at the published price, I generally did not consider that price.

5.     Once I reduced my list of candidate prices as indicated above, I then selected which published price to consider in setting the FUL. If the lowest WAC resulted in a FUL that was higher than at least three published WACs (including the WAC used to calculate the FUL), I would use that WAC to set the FUL. However, if the resulting FUL was not higher than at least three published WACs, I might use the next higher WAC. To the extent I exercised this discretion when setting a FUL, I did so in order to ensure access while also achieving cost savings for the Medicaid program as required by 42 C.F.R. § 447.332.

6.     During the time period in which I was responsible for setting FULs, I did not have access to, and therefore did not use, prices other than those listed in national compendia – except in the relatively uncommon situation described in paragraph 4 above. I did not have access to, and therefore did not know, actual transaction prices paid by wholesalers to manufacturers for prescription drugs. Although CMS received Average Manufacturer Prices (AMPs) from manufacturers for the sole purpose of use in the Medicaid Drug Rebate Program, I understood that AMPs were confidential, could not be used for reimbursement purposes; and in any event

-3-

AMPs were not prices published in the national compendia and by law could not be used for setting FULs. Therefore, I did not use or consider AMPs to set FULs.

7. Had drug manufacturers supplied lower WACs to the publishing compendia, I would have considered those WACs in the context of setting the FUL so long as those WACs were reasonably within the range of the other WACs (i.e., not outliers).

8. Attached as Exhibit A hereto is a true and complete copy of the 2001 FULs printout for metroprolol tartrate that was marked as Exhibit 002 to my deposition taken on March 19, 2008. This exhibit shows that a FUL of $0.0914 was set based on a WAC of $0.0609.

9. Attached as Exhibit B hereto is a document that I am told is a copy of Exhibit A with the addition of alternative WACs calculated by plaintiffs' expert, Mr. Harris Devor, C.P.A., for Teva Pharmaceuticals USA, Inc., Geneva Pharmaceuticals, Inc., Watson Pharmaceuticals, and Mylan Pharmaceuticals, Inc. I understand that these alternative WACs appear in the first four rows of the document.

10. If, at the time I set the FUL for metroprolol tartrate in 2001, one or more of the national compendia had published the four alternative WAC prices shown in the first four rows of prices in Exhibit B, instead of the WAC prices shown elsewhere in the exhibit for the same NDCs, I would have considered all of them and would have used one of them to set the FUL, provided I was able to determine that the price was valid and the product was widely available in the marketplace as described above. Any one of the four alternative WACs would have resulted in a FUL lower than the $0.0914 FUL that was established. In all likelihood, had the four alternative WACs appeared in the FULS printout, I would have used the third lowest WAC ($0.04479) (Mylan) because the resulting FUL would have been $0.0672 (1.5 x 0.04479), which is higher than at least three WACs and is therefore a reasonable FUL.

-4-

11.     Attached as Exhibit C hereto is a document that I am told is a copy of Exhibit A with the addition of different alternative WACs, identified with asterisks, for products of Teva Pharmaceuticals USA, Inc., Geneva Pharmaceuticals, Inc., Watson Pharmaceuticals, and Mylan Pharmaceuticals, Inc.

12.     If, at the time I set the FUL for metroprolol tartrate in 2001, one or more of the national compendia had published the four alternative WAC prices marked with asterisks in Exhibit C, instead of the WAC prices shown elsewhere in the exhibit for the same NDCs, I would have considered these alternative WACs and would have used one of them to set the FUL provided I was able to determine that the price was valid and the product was widely available in the marketplace.  Any one of the four alternative WACs would have resulted in a FUL lower than the $0.0914 FUL that was established.  In all likelihood, however, I would have  used the second-lowest alternative WAC ($0.02971) (Mylan), because the FUL would have then been $0.0446 (1.5 x 0.02971) , which would have been higher than three published WACs and therefore would have been a reasonable FUL.

13.     Attached as Exhibit D hereto is a true and complete copy of the 2001 FULs printout for cefadroxil that was marked as Exhibit 007 to my deposition taken on March 19, 2008.  The exhibit indicates that on or about July 25, 2001, the FUL for Cefadroxil/Cefadroxil Hemihydrate was deleted because, at $1.2749, it was considered too low when compared to the published WACs.

14.     Attached as Exhibit E hereto is what I am told is a copy of Exhibit D with the addition of alternative WACs for Cefadroxil/Cefadroxil Hemihydrate calculated by

plaintiffs' expert, Mr. Harris Devor, C.P.A., for Barr Laboratories, Inc. and Zenith Laboratories, Inc.

15.  If, at the time a FUL for Cefadroxil/Cefadroxil Hemihydrate was considered in July 2001, one or more of the national compendia had published the two alternative WAC prices shown in the first two rows of prices in Exhibit E, instead of the WAC prices shown elsewhere in the exhibit for the same NDCs, I would have considered them in determining where to set a FUL. Thereafter, I likely would have used the lowest WAC on the list to set the FUL provided I was able to determine that the price was valid and the product was widely available in the marketplace. Had I used the lowest WAC on the list ($0.84990) (Major Pharmaceuticals) to set a new FUL for this drug, the resulting FUL would have been $1.275 (1.5 x 0.84990), which would have been higher than at least three WACs, and therefore reasonable. Although I did not personally make the determination to delete the FUL in July 2001, I know that the CMS employee who did (Cindy Bergin), followed the same practice that I did, and for that reason I believe she would have set a new FUL using the $0.84990 Major Pharmaceuticals WAC.

16.  Attached as Exhibit F hereto is what I am told is a copy of Exhibit D with the addition of a different set of alternative WACs for Barr Laboratories, Inc. and Zenith Laboratories, Inc. The alternative WACs have been marked with an asterisk, and, according to the document, are AMP prices supplied by defendants.

17.  If, at the time a FUL for Cefadroxil/Cefadroxil Hemihydrate was considered in July 2001, one or more of the national compendia had published the two alternative WAC prices

shown in the first two rows of prices in Exhibit F, instead of the WAC prices shown elsewhere in the exhibit for the same NDCs, I would have considered the two alternative WACs in determining where to set a FUL. Thereafter, I likely would have used the third-lowest WAC on the list ($0.84990) (Major Pharmaceuticals) to set a new FUL for this drug, provided I was able to determine that the price was valid and the product was widely available in the marketplace as described above. The resulting FUL would have been $1.275 (1.5 x 0.84990), which would have been higher than at least three WACs and therefore reasonable. Although I did not personally make the determination to delete the FUL in July 2001, I know that the CMS employee who did (Cindy Bergin), followed the same practice that I did, and for this reason I believe she would have set a new FUL using the $0.84990 Major Pharmaceuticals WAC, had the alternative WACs shown in Exhibit F been published.

8.    I declare under penalty of perjury that the foregoing is true and correct. Executed this 15 day of June         , 2009 in Baltimore, Maryland.

Susan E. Gaston
Team Lead for Dispute Resolution Program
Medicaid Drug Rebate Program
Center for Medicaid and State Operations
Centers for Medicare & Medicaid Services

-7-

EXHIBIT A

# Federal Upper Limit System

Product Group : 1067
Strengths : 100MG
Routes : ORAL
Ingredients : METOPROLOL TARTRATE

Package Size : 100
Dosage : TABLET
Exclusion Code :

*[handwritten note top right: NY Counties Defendants 2 3/19/08]*

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---------|-------------|-------|-------|---------|------------|--------------|-----------|
| | 0.00000 | 0.65400 | 0.00000 | M | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.00000 | M | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.06180 | B | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.06180 | R | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.18450 | R | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.21110 | B | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.67410 | 0.00000 | R | 55370/0821/10 | MOVA LABORATORIES INC. | |
| | 0.00000 | 0.67860 | 0.00000 | B | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.67860 | 0.00000 | M | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.67860 | 0.00000 | R | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.69750 | 0.00000 | M | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.69750 | 0.00000 | R | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.73850 | 0.00000 | B | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| | 0.00000 | 0.73850 | 0.00000 | R | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| T | 0.00000 | 0.73850 | 0.00000 | M | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| T | 0.00000 | 0.73850 | 0.05690 | B | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| | 0.73650 | 0.73990 | 0.05690 | M | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| T | 0.00000 | 0.73990 | 0.00000 | M | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.76400 | 0.08440 | R | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.76400 | 0.00000 | M | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| T | 0.00000 | 0.11830 | 0.06090 | B | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.11830 | 0.00090 | R | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.11830 | 0.06090 | B | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| | 0.00000 | 0.11830 | 0.00000 | M | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| | 0.00000 | 0.76300 | 0.08600 | R | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| | 0.00000 | 0.80100 | 0.00000 | M | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.80100 | 0.00000 | B | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.80100 | 0.00000 | M | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.80100 | 0.00000 | R | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| T | 0.00000 | 0.80100 | 0.07250 | R | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.80100 | 0.00000 | B | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.94280 | 0.00000 | M | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 0.94280 | 0.78570 | B | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 0.94284 | 0.78570 | R | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 1.15260 | 0.00000 | M | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| | 0.00000 | 1.15260 | 0.90050 | B | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| T | 0.00000 | 1.15260 | 0.96050 | R | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| | 0.06520 | 0.73990 | 0.05490 | B | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC. | |
| | 0.10500 | 0.69750 | 0.09680 | B | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.55070 | 0.65400 | 0.00000 | M | 59772/3693/02 | APOTHECON INC | |
| | 0.55070 | 0.65400 | 0.52320 | B | 59772/3693/02 | APOTHECON INC | |
| | 0.55070 | 0.65400 | 0.52320 | R | 59772/3693/02 | APOTHECON INC | |

FULs Price : .0816
Percent Difference : -36.74
High Price : 1.15260

Prior FULs Price : .1290
Source Code : R
Low Price : .05440

*[handwritten notes at bottom:]*

8/22 - Ful looks ok - 4 WAC's are less than avg price

.05140  Generic NDCJB
×150
.0816   New Ful

$8   10/17/0
.0609
×150 70
.0914
New Ful
Seg

EXHIBIT B

08/21/2001

# Federal Upper Limit System

Product Group: 1067　　　　　　　　　　　　Package Size: 100
Strengths: 100MG　　　　　　　　　　　　　Dosage: TABLET
Routes: ORAL　　　　　　　　　　　　　　　Exclusion Code:
Ingredients: METOPROLOL TARTRATE

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| | 0.00000 | | 0.02324 | H | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| | 0.00000 | | 0.04479 | H | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | | 0.05557 | H | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | | 0.02720 | H | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.00000 | M | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.00000 | M | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.06180 | B | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.06180 | R | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.18480 | R | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.21110 | B | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.67410 | 0.00000 | B | 55370/0821/07 | MOVA LABORATORIES INC. | |
| | 0.00000 | 0.67860 | 0.00000 | B | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.67860 | 0.00000 | M | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.67860 | 0.00000 | R | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.69750 | 0.00000 | M | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.69750 | 0.00000 | R | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.73850 | 0.00000 | B | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| | 0.00000 | 0.73850 | 0.00000 | M | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| | 0.00000 | 0.73850 | 0.00000 | M | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| T | 0.00000 | 0.73850 | 0.05690 | B | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| T | 0.00000 | 0.73850 | 0.05690 | R | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| | 0.00000 | 0.73990 | 0.00000 | B | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| T | 0.00000 | 0.73990 | 0.05440 | R | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| | 0.00000 | 0.76300 | 0.00000 | M | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| T | 0.00000 | 0.76300 | 0.00000 | M | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.76300 | 0.06090 | B | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.76300 | 0.06090 | R | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| | 0.00000 | 0.76300 | 0.06090 | R | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| | 0.00000 | 0.76300 | 0.08600 | B | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| | 0.00000 | 0.80100 | 0.00000 | B | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.80100 | 0.00000 | M | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.80100 | 0.00000 | M | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.80100 | 0.00000 | R | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.80100 | 0.00000 | R | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| T | 0.00000 | 0.80100 | 0.07250 | B | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.94280 | 0.00000 | M | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 0.94280 | 0.78570 | R | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 0.94284 | 0.78570 | B | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 1.15260 | 0.00000 | M | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| | 0.00000 | 1.15260 | 0.96050 | B | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| | 0.00000 | 1.15260 | 0.96050 | R | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| T | 0.06520 | 0.73990 | 0.05440 | B | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| | 0.10500 | 0.69750 | 0.09880 | B | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.55070 | 0.65400 | 0.00000 | M | 59772/3693/02 | APOTHECON INC | |
| | 0.55070 | 0.65400 | 0.52320 | B | 59772/3693/02 | APOTHECON INC | |
| | 0.55070 | 0.65400 | 0.52320 | R | 59772/3693/02 | APOTHECON INC | |

FULs Price: .0349　　　　　　　　　　　Prior FULs Price: .1290
Percent Difference: -36.74　　　　　　　Source Code: H
High Price: 1.15260　　　　　　　　　　Low Price: .02324

*Source Code "H" indicates the WAC calculated by Harris L. Devor, C.P.A., in his Rule 26 Statement, dated September 30, 2008, Exh. A to Devor's Dec. [Docket No. 6061], but at the unit level.

EXHIBIT C

08/21/2001

# Federal Upper Limit System

Product Group: 1067
Strengths: 100MG
Routes: ORAL
Ingredients: METOPROLOL TARTRATE

Package Size: 100
Dosage: TABLET
Exclusion Code:

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---------|--------------|---------|----------|---------|--------------|---------------------------------|-----------|
| | 0.00000 | | 0.03763* | Def | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | | 0.01159* | Def | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| | 0.00000 | | 0.05114* | Def | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | | 0.02971* | Def | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.65400 | 0.00000 | M | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.00000 | M | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.06180 | B | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.06180 | R | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.18480 | R | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.65400 | 0.21110 | B | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 0.67410 | 0.00000 | B | 55370/0821/07 | MOVA LABORATORIES INC. | |
| | 0.00000 | 0.67860 | 0.00000 | B | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.67860 | 0.00000 | M | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.67860 | 0.00000 | R | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| | 0.00000 | 0.69750 | 0.00000 | M | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.69750 | 0.00000 | R | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.00000 | 0.73850 | 0.00000 | B | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| | 0.00000 | 0.73850 | 0.00000 | M | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| | 0.00000 | 0.73850 | 0.00000 | B | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| T | 0.00000 | 0.73850 | 0.05690 | B | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| T | 0.00000 | 0.73850 | 0.05690 | R | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| | 0.00000 | 0.73990 | 0.00000 | M | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| T | 0.00000 | 0.73990 | 0.05440 | R | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| | 0.00000 | 0.76300 | 0.00000 | M | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| T | 0.00000 | 0.76300 | 0.00000 | M | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.76300 | 0.06090 | B | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| T | 0.00000 | 0.76300 | 0.06090 | R | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| | 0.00000 | 0.76300 | 0.06090 | R | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| | 0.00000 | 0.76300 | 0.08600 | B | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| | 0.00000 | 0.80100 | 0.00000 | B | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.80100 | 0.00000 | M | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.80100 | 0.00000 | M | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| | 0.00000 | 0.80100 | 0.00000 | R | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.80100 | 0.00000 | R | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| T | 0.00000 | 0.80100 | 0.07250 | B | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| | 0.00000 | 0.94280 | 0.00000 | M | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 0.94280 | 0.78570 | B | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 0.94284 | 0.78570 | B | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| | 0.00000 | 1.15260 | 0.00000 | M | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| | 0.00000 | 1.15260 | 0.96050 | B | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| | 0.00000 | 1.15260 | 0.96050 | R | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| T | 0.06520 | 0.73990 | 0.05440 | B | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| | 0.10500 | 0.69750 | 0.09880 | B | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| | 0.55070 | 0.65400 | 0.00000 | M | 59772/3693/02 | APOTHECON INC | |
| | 0.55070 | 0.65400 | 0.52320 | B | 59772/3693/02 | APOTHECON INC | |
| | 0.55070 | 0.65400 | 0.52320 | R | 59772/3693/02 | APOTHECON INC | |

FULs Price: .0174
Percent Difference: -36.74
High Price: 1.15260

Prior FULs Price: .1290
Source Code: Def
Low Price: .01159

* Indicates the price is an AMP supplied by defendants ("Def"), as presented in the Rule 26 Statement of Harris L. Devor,
  C.P.A., dated September 30, 2008, Exh. A to Devor's Dec.  [Docket No. 6061].

EXHIBIT D

Case 1:01-cv-12257-PBS Document 6144-2 Filed 06/13/2009 Page 3 of 53

EXHIBIT

NY Counties
Defendants 7
DW   3/19/08

07/24/2001

Product Group : 250
Strengths : 500MG
Routes : ORAL
Ingredients : CEFADROXIL/CEFADROXIL HEMIHYDRATE

Package Size : 100
Dosage : CAPSULE
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| P | 0.00000 | 2.84650 | 0.00000 | M | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| P | 0.00000 | 2.84650 | 0.00000 | M | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.84990 | B | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| P | 0.00000 | 2.84650 | 0.84990 | B | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| P | 0.00000 | 2.84650 | 2.29950 | R | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 3.19950 | 0.00000 | M | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 0.00080 | R | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 2.12330 | B | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 1.93300 | B | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 1.95500 | R | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 2.12900 | B | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 2.12900 | R | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 2.56840 | 3.05000 | 0.00000 | M | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | B | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | R | 59772/7271/04 | APOTHECON INC | |

FULs Price : 1.2749  2.9000
Percent Difference : 0.00
High Price : 3.27950

Prior FULs Price : .0000
Source Code : B
Low Price : .84990

***FULs Price not greater than another supplier***

7/25- FUL was too low at 1.2749, but when I raised it, it
became = to Major's AWP - delete for now

Case 1:01-cv-12257-PBS Document 6144-2 Filed 06/13/2009 Page 59 of 163

# EXHIBIT E

07/24/2001

# Federal Upper Limit System

Product Group: 250
Strengths: 500MG
Routes: ORAL
Ingredients: CEFADROXIL/CEFADROXIL HEMIHYDRATE

Package Size: 100
Dosage: CAPSULE
Exclusion Code:

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---------|--------------|---------|---------|---------|--------------|----------------------------|-----------|
| | 0.00000 | | 1.09508 | H | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | | 0.96398 | H | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 2.84650 | 0.00000 | M | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.00000 | M | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.84990 | B | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.84990 | B | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 2.29950 | R | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 3.19950 | 0.00000 | M | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 0.00000 | R | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 2.12330 | B | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 1.95500 | B | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 1.95500 | R | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 2.12900 | B | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 2.12900 | R | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 2.56840 | 3.05000 | 0.00000 | M | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | B | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | R | 59772/7271/04 | APOTHECON INC | |

FULs Price: 1.275
Percent Difference: 0.00
High Price: 3.27950

Prior FULs Price: .0000
Source Code: B
Low Price: .84990

**\*\*\*FULs Price not greater than another supplier\*\*\***

*Source Code "H" indicates the WAC calculated by Harris L. Devor, C.P.A., in his Rule 26 Statement, dated September 30, 2008, Exh. A to Devor's Dec. [Docket No. 6061], but at the unit level.

EXHIBIT F

07/24/2001

# Federal Upper Limit System

Product Group: 250                    Package Size: 100
Strengths: 500MG                      Dosage: CAPSULE
Routes: ORAL                          Exclusion Code:
Ingredients: CEFADROXIL/CEFADROXIL HEMIHYDRATE

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---------|--------------|-----|-----|---------|------------|--------------|-----------|
| | 0.00000 | | 0.367417* | Def | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | | 0.392086* | Def | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 2.84650 | 0.00000 | M | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.00000 | M | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.84990 | B | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.84990 | B | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 2.29950 | R | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 3.19950 | 0.00000 | M | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 0.00000 | R | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 2.12330 | B | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 1.95500 | B | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 1.95500 | R | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 2.12900 | B | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 2.12900 | R | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 2.56840 | 3.05000 | 0.00000 | M | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | B | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | R | 59772/7271/04 | APOTHECON INC | |

FULs Price: .5511                     Prior FULs Price: .0000
Percent Difference: 0.00              Source Code: Def
High Price: 3.27950                   Low Price: .367417

**\*\*\*FULs Price not greater than another supplier\*\*\***

\* Indicates the price is an AMP supplied by defendants ("Def"), as presented in the Rule 26 Statement of Harris L. Devor,
  C.P.A., dated September 30, 2008, Exh. A to Devor's Dec.  [Docket No. 6061].