# Exhibit 15

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment



DEY



**AWP vs But-For Price**

ALBUTEROL
NDC 49502069760





**MYLAN**



MYLAN







SANDOZ



**SANDOZ**



SANDOZ



**SANDOZ**

