# Exhibit 19

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment

Page 1

```
         UNITED STATES DISTRICT COURT

      FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - X

In re: PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE

LITIGATION

- - - - - - - - - - - - - - - X

THIS DOCUMENT RELATES TO:       MDL No. 1456

STATE OF CALIFORNIA ex rel.     Master File No.

VEN-A-CARE v. ABBOTT            01-12257-PBS

LABORATORIES, INC., et al.      Subcategory

Case No. 03-cv-11226-PBS        Case No. 06-11337

- - - - - - - - - - - - - - - X

           C O N F I D E N T I A L

            September 22, 2009

                9:23 a.m.
```

       Videotaped deposition of DANIEL L. RUBINFELD,
Ph.D., taken by attorneys for Plaintiffs, pursuant
to notice, held at the offices of White & Case,
LLP, 1155 Avenue of the Americas, New York, New
York, before Helen Mitchell, a Shorthand Reporter
and Notary Public.

Rubinfeld, Ph.D., Daniel   CONFIDENTIAL                September 22, 2009
                          New York, NY

Page 135

1    me ask a different question.
2        Q.  Would it be accurate to say that you
3    would need some actual or average price information
4    about selling prices of Sandoz's drugs in order to
5    come up with an appropriate discount off of AWPs to
6    end up with an estimate of the price generally and
7    currently paid?
8        A.  I would say it slightly differently.  I
9    would say that you would need independent
10   information as to Sandoz invoice prices.  You
11   couldn't -- you wouldn't know what discount, if
12   any, to have off AWP as a benchmark unless you
13   actually had information about prices actually
14   paid.
15           MS. THOMAS:  I'd like to ask the court
16   reporter to mark, please, as Rubinfeld Exhibit 1 a
17   document labeled "Exhibit 3."  It's a rather
18   lengthy document, it's a spreadsheet, it does not
19   have any Bates numbers.
20           (Spreadsheet labeled "Exhibit 3"
21   marked Exhibit Rubinfeld 001 for identification.)
22       Q.  Do you recognize this document?