# Exhibit 22

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment

Page 1

```
                  UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF MASSACHUSETTS



- - - - - - - - - - - - - - x

IN RE:   PHARMACEUTICAL       )  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    )  Master File No. 01-12257-PBS

PRICE LITIGATION              )  Subcategory Case No. 06-11337

- - - - - - - - - - - - - - - )

THIS DOCUMENT RELATES TO:     )  Hon. Patti B. Saris

State of California, ex rel.)

Ven-A-Care v. Abbott          )  Tuesday, September 15, 2009

Laboratories, Inc., et al.    )

- - - - - - - - - - - - - - x  VOLUME I
```

         Videotaped deposition of STEPHEN W.

SCHONDELMEYER, PHARM.D., Ph.D., held at the Grand

Hotel, 615 2nd Avenue South, Minneapolis,

Minnesota, commenced at 9:11 a.m., the

proceedings being recorded stenographically by

Dawn Workman Bounds, Certified Shorthand Reporter

and Notary Public of the State of Minnesota, and

transcribed under her direction.

Schondelmeyer, Pharm.D., Ph.D., Steven W. - Vol. I                September 15, 2009
                        Minneapolis, MN

Page 206

1        Q.   In part, right.
2             And among the published prices, the FUL
3    -- they use are published WACs and published
4    AWPs, right?
5        A.   Are you talking federal or the
6    California --
7        Q.   Federal.  The federal.
8        A.   I believe the feds use both the WACs
9    and AWPs when they exist.
10       Q.   So if a FUL is set on a drug for
11   reimbursement in California, no matter how high
12   Mylan or Dey or Sandoz raises its AWP on that
13   drug with the FUL, it is not going to affect how
14   much California reimburses on that transaction,
15   if we assume that each of those defendants report
16   a WAC that's lower than the AWP, correct?
17       A.   I would have to think about that and
18   think through the circumstances.
19            It's conceivable if their AWP was lower
20   than what the federal upper limit was, that the
21   AWP could determine the payment, rather than the
22   federal upper limit.