# Exhibit 24

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing Estimated AWP | |
| | | | (Number of Claims) | | |
| | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 1. | ACETYLCYSTEINE 10% VIAL | 49502018104 | 716 | 58 | 774 |
| 2. | ACETYLCYSTEINE 10% VIAL | 49502018110 | 1,214 | 173 | 1,387 |
| 3. | ACETYLCYSTEINE 10% VIAL | 49502018130 | 1,269 | 40 | 1,309 |
| 4. | ACETYLCYSTEINE 20% VIAL | 49502018204 | 474 | 63 | 537 |
| 5. | ACETYLCYSTEINE 20% VIAL | 49502018210 | 502 | 143 | 645 |
| 6. | ACETYLCYSTEINE 20% VIAL | 49502018230 | 850 | 82 | 932 |
| 7. | ALBUTEROL 0.83 MG/ML SOLUTION | 49502069703/49502069724 | 166,982 | 0 | 166,982 |
| 8. | ALBUTEROL 0.83 MG/ML SOLUTION | 49502069733/49502069729 | 9,802 | 0 | 9,802 |
| 9. | ALBUTEROL 0.83 MG/ML SOLUTION | 49502069760/49502069761 | 33,590 | 0 | 33,590 |
| 10. | ALBUTEROL 5 MG/ML SOLUTION | 49502010501 | 28,318 | 2,355 | 30,673 |
| 11. | ALBUTEROL 5 MG/ML SOLUTION | 49502019620 | 59,964 | 6,427 | 66,391 |
| 12. | ALBUTEROL 90 MCG INH REFILL | 49502030327 | 1,709 | 126 | 1,835 |
| 13. | ALBUTEROL 90 MCG INHALER | 49502030317 | 104,967 | 6,137 | 111,104 |
| 14. | ALBUTEROL 90 MCG INHALER | 49502033317 | 40,836 | 4,506 | 45,342 |
| 15. | CROMOLYN NEBULIZER SOLUTION | 49502068902/49502068961 | 74,781 | 206 | 74,987 |
| 16. | CROMOLYN NEBULIZER SOLUTION | 49502068912 | 55,894 | 716 | 56,610 |
| 17. | IPRATROPIUM BR 0.02% SOLN | 49502068503/49502068524 | 227,700 | 131 | 227,831 |
| 18. | IPRATROPIUM BR 0.02% SOLN | 49502068533/49502068529 | 18,650 | 1 | 18,651 |
| 19. | IPRATROPIUM BR 0.02% SOLN | 49502068560/49502068561 | 29,192 | 7 | 29,199 |
| 20. | METAPROTERENOL 0.6% SOLN | 49502067603/49502067624 | 54,475 | 0 | 54,475 |
| | **Total** | | **911,885** | **21,171** | **933,056** |

Source:  Cols. (1)-(2): Current NDC Counts 12-2007.xls; Dey company website;
Cols. (3)-(4): Dey claims data and transaction data.