# Exhibit 25

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of
Plaintiffs' Opposition to Defendants' Joint Motion for Partial Summary Judgment

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

|  | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
|  |  |  | With Positive Estimated AWP | With Missing or Negative Estimated AWP |  |
|  |  |  | (Number of Claims) | | |
|  | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 1. | ACEBUTOLOL 200 MG CAPSULE | 00378120001 | 12,046 | 11 | 12,057 |
| 2. | ACEBUTOLOL 400 MG CAPSULE | 00378140001 | 4,576 | 4 | 4,580 |
| 3. | ACYCLOVIR 200 MG CAPSULE | 00378220001 | 31,068 | 1,147 | 32,215 |
| 4. | ACYCLOVIR 400 MG TABLET | 00378025301 | 16,812 | 658 | 17,470 |
| 5. | ACYCLOVIR 400 MG TABLET | 00378146401 | 9,365 | 3,766 | 13,131 |
| 6. | ACYCLOVIR 800 MG TABLET | 00378030201 | 10,023 | 75 | 10,098 |
| 7. | ACYCLOVIR 800 MG TABLET | 00378146801 | 7,559 | 7,150 | 14,709 |
| 8. | ALBUTEROL SULFATE 4 MG TAB | 00378057201 | 22,360 | 100 | 22,460 |
| 9. | ALLOPURINOL 300 MG TABLET | 00378018101 | 27,083 | 20 | 27,103 |
| 10. | ALLOPURINOL 300 MG TABLET | 00378018105 | 56,448 | 10 | 56,458 |
| 11. | AMITRIP/PERPHEN 10-2 TABLET | 00378033001 | 23,067 | 182 | 23,249 |
| 12. | AMITRIP/PERPHEN 10-2 TABLET | 00378033005 | 11,756 | 11 | 11,767 |
| 13. | AMITRIP/PERPHEN 25-2 TABLET | 00378044201 | 60,617 | 420 | 61,037 |
| 14. | AMITRIP/PERPHEN 25-2 TABLET | 00378044205 | 25,291 | 30 | 25,321 |
| 15. | AMITRIP/PERPHEN 25-4 TABLET | 00378057401 | 52,057 | 191 | 52,248 |
| 16. | AMITRIP/PERPHEN 25-4 TABLET | 00378057405 | 18,505 | 6 | 18,511 |
| 17. | AMITRIPTYLINE HCL 10 MG TAB | 00378261001 | 20,584 | 24 | 20,608 |
| 18. | AMITRIPTYLINE HCL 10 MG TAB | 00378261010 | 17,297 | 16 | 17,313 |
| 19. | AMITRIPTYLINE HCL 100 MG TAB | 00378268501 | 21,677 | 0 | 21,677 |
| 20. | AMITRIPTYLINE HCL 25 MG TAB | 00378262501 | 32,087 | 287 | 32,374 |
| 21. | AMITRIPTYLINE HCL 25 MG TAB | 00378262510 | 76,000 | 465 | 76,465 |
| 22. | AMITRIPTYLINE HCL 50 MG TAB | 00378265001 | 16,159 | 331 | 16,490 |
| 23. | AMITRIPTYLINE HCL 50 MG TAB | 00378265010 | 63,861 | 318 | 64,179 |
| 24. | ATENOLOL 100 MG TABLET | 00378075701 | 82,872 | 77 | 82,949 |
| 25. | ATENOLOL 25 MG TABLET | 00378021810 | 82,894 | 0 | 82,894 |
| 26. | ATENOLOL 50 MG TABLET | 00378023101 | 137,416 | 519 | 137,935 |
| 27. | ATENOLOL 50 MG TABLET | 00378023110 | 324,144 | 120 | 324,264 |
| 28. | BUMETANIDE 2 MG TABLET | 00378041701 | 5,148 | 17 | 5,165 |
| 29. | BUPROPION HCL 100 MG TABLET | 00378043501 | 9,257 | 6 | 9,263 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 30. | BUPROPION HCL 75 MG TABLET | 00378043301 | 9,861 | 2 | 9,863 |
| 31. | BUSPIRONE HCL 15 MG TABLET | 00378116580 | 26,847 | 42 | 26,889 |
| 32. | BUSPIRONE HCL 15 MG TABLET | 00378116591 | 30,141 | 140 | 30,281 |
| 33. | BUSPIRONE HCL 30 MG TABLET | 00378117591 | 12,182 | 0 | 12,182 |
| 34. | CAPTOPRIL 12.5 MG TABLET | 00378300701 | 17,737 | 60 | 17,797 |
| 35. | CAPTOPRIL 25 MG TABLET | 00378301201 | 48,004 | 97 | 48,101 |
| 36. | CAPTOPRIL 25 MG TABLET | 00378301210 | 23,180 | 28 | 23,208 |
| 37. | CAPTOPRIL 50 MG TABLET | 00378301701 | 32,420 | 31 | 32,451 |
| 38. | CARBIDOPA/LEVO 25/100 TB SA | 00378008801 | 22,209 | 66 | 22,275 |
| 39. | CARBIDOPA/LEVO 50/200 TB SA | 00378009401 | 60,658 | 493 | 61,151 |
| 40. | CEFACLOR 250 MG CAPSULE | 00378725001 | 5,111 | 63,917 | 69,028 |
| 41. | CEFACLOR 500 MG CAPSULE | 00378750001 | 8,667 | 40,878 | 49,545 |
| 42. | CEPHALEXIN 500 MG CAPSULE | 00378605001 | 73,606 | 1,817 | 75,423 |
| 43. | CHLORPROPAMIDE 250 MG TABLET | 00378021001 | 5,986 | 9 | 5,995 |
| 44. | CIMETIDINE 300 MG TABLET | 00378031701 | 47,596 | 324 | 47,920 |
| 45. | CIMETIDINE 300 MG TABLET | 00378031705 | 14,763 | 45 | 14,808 |
| 46. | CIMETIDINE 400 MG TABLET | 00378037201 | 188,195 | 1,491 | 189,686 |
| 47. | CIMETIDINE 400 MG TABLET | 00378037205 | 158,075 | 388 | 158,463 |
| 48. | CIMETIDINE 800 MG TABLET | 00378054101 | 28,535 | 96 | 28,631 |
| 49. | CLONAZEPAM 0.5 MG TABLET | 00378191010 | 27,539 | 1,314 | 28,853 |
| 50. | CLONAZEPAM 1 MG TABLET | 00378191201 | 9,117 | 0 | 9,117 |
| 51. | CLONAZEPAM 1 MG TABLET | 00378191210 | 22,335 | 0 | 22,335 |
| 52. | CLONIDINE HCL 0.1 MG TABLET | 00378015201 | 89,999 | 94 | 90,093 |
| 53. | CLONIDINE HCL 0.1 MG TABLET | 00378015210 | 173,955 | 58 | 174,013 |
| 54. | CLONIDINE HCL 0.2 MG TABLET | 00378018601 | 75,166 | 118 | 75,284 |
| 55. | CLONIDINE HCL 0.2 MG TABLET | 00378018610 | 80,328 | 19 | 80,347 |
| 56. | CLONIDINE HCL 0.3 MG TABLET | 00378019901 | 58,878 | 40 | 58,918 |
| 57. | CLORAZEPATE 15 MG TABLET | 00378007001 | 2,181 | 2 | 2,183 |
| 58. | CLORAZEPATE 3.75 MG TABLET | 00378003001 | 5,113 | 236 | 5,349 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 59. | CLORAZEPATE 7.5 MG TABLET | 00378004001 | 4,644 | 170 | 4,814 |
| 60. | CLOZAPINE 100 MG TABLET | 00378086001 | 20,336 | 2 | 20,338 |
| 61. | CLOZAPINE 100 MG TABLET | 00378086005 | 10,072 | 0 | 10,072 |
| 62. | CLOZAPINE 25 MG TABLET | 00378082501 | 8,472 | 0 | 8,472 |
| 63. | DIAZEPAM 10 MG TABLET | 00378047705 | 41,331 | 4 | 41,335 |
| 64. | DIAZEPAM 5 MG TABLET | 00378034505 | 39,592 | 15 | 39,607 |
| 65. | DICYCLOMINE 10 MG CAPSULE | 00378161001 | 26,253 | 0 | 26,253 |
| 66. | DICYCLOMINE 20 MG TABLET | 00378162001 | 15,761 | 0 | 15,761 |
| 67. | DILTIAZEM 30 MG TABLET | 00378002301 | 36,948 | 100 | 37,048 |
| 68. | DILTIAZEM 30 MG TABLET | 00378002305 | 31,227 | 39 | 31,266 |
| 69. | DILTIAZEM 60 MG TABLET | 00378004501 | 31,583 | 68 | 31,651 |
| 70. | DILTIAZEM 60 MG TABLET | 00378004505 | 26,247 | 17 | 26,264 |
| 71. | DILTIAZEM 90 MG TABLET | 00378013501 | 11,602 | 21 | 11,623 |
| 72. | DILTIAZEM ER 120 MG CAP SA | 00378522001 | 30,051 | 5 | 30,056 |
| 73. | DILTIAZEM ER 120 MG CAP SA | 00378612001 | 8,574 | 0 | 8,574 |
| 74. | DILTIAZEM ER 180 MG CAP SA | 00378528001 | 48,492 | 0 | 48,492 |
| 75. | DILTIAZEM ER 240 MG CAP SA | 00378534001 | 52,990 | 0 | 52,990 |
| 76. | DILTIAZEM ER 240 MG CAP SA | 00378534005 | 4,300 | 0 | 4,300 |
| 77. | DILTIAZEM ER 60 MG CAP SA | 00378606001 | 6,643 | 0 | 6,643 |
| 78. | DILTIAZEM ER 90 MG CAP SA | 00378609001 | 7,362 | 1 | 7,363 |
| 79. | DIPHENOXYLATE/ATROPINE TAB | 00378041501 | 68,482 | 3,451 | 71,933 |
| 80. | DIPHENOXYLATE/ATROPINE TAB | 00378041510 | 249,234 | 38,210 | 287,444 |
| 81. | DOXEPIN 10 MG CAPSULE | 00378104901 | 13,633 | 1 | 13,634 |
| 82. | DOXEPIN 100 MG CAPSULE | 00378641001 | 25,768 | 0 | 25,768 |
| 83. | DOXEPIN 25 MG CAPSULE | 00378312501 | 24,070 | 2 | 24,072 |
| 84. | DOXEPIN 50 MG CAPSULE | 00378425001 | 36,173 | 9 | 36,182 |
| 85. | DOXEPIN 50 MG CAPSULE | 00378425010 | 6,281 | 0 | 6,281 |
| 86. | ENALAPRIL MALEATE 10 MG TAB | 00378105301 | 15,766 | 1,959 | 17,725 |
| 87. | ENALAPRIL MALEATE 2.5 MG TAB | 00378105101 | 4,606 | 1,477 | 6,083 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 88. | ENALAPRIL MALEATE 20 MG TAB | 00378105401 | 10,413 | 4,713 | 15,126 |
| 89. | ENALAPRIL MALEATE 5 MG TAB | 00378105201 | 12,133 | 3,633 | 15,766 |
| 90. | ERYTHROMYCIN ST 500 MG TAB | 00378010701 | 54,865 | 1,656 | 56,521 |
| 91. | FAMOTIDINE 20 MG TABLET | 00378302001 | 101,606 | 11,230 | 112,836 |
| 92. | FAMOTIDINE 40 MG TABLET | 00378304001 | 12,381 | 357 | 12,738 |
| 93. | FLUPHENAZINE 1 MG TABLET | 00378600401 | 17,127 | 40 | 17,167 |
| 94. | FLUPHENAZINE 10 MG TABLET | 00378609701 | 64,696 | 158 | 64,854 |
| 95. | FLUPHENAZINE 10 MG TABLET | 00378609705 | 17,217 | 2 | 17,219 |
| 96. | FLUPHENAZINE 2.5 MG TABLET | 00378600901 | 19,317 | 50 | 19,367 |
| 97. | FLUPHENAZINE 5 MG TABLET | 00378607401 | 65,024 | 214 | 65,238 |
| 98. | FLUPHENAZINE 5 MG TABLET | 00378607405 | 16,046 | 1 | 16,047 |
| 99. | FLURAZEPAM 15 MG CAPSULE | 00378441501 | 52,502 | 295 | 52,797 |
| 100. | FLURAZEPAM 15 MG CAPSULE | 00378441505 | 25,929 | 42 | 25,971 |
| 101. | FLURAZEPAM 30 MG CAPSULE | 00378443001 | 115,635 | 519 | 116,154 |
| 102. | FLURAZEPAM 30 MG CAPSULE | 00378443005 | 82,187 | 68 | 82,255 |
| 103. | FLURBIPROFEN 100 MG TABLET | 00378009301 | 33,214 | 2 | 33,216 |
| 104. | FLURBIPROFEN 100 MG TABLET | 00378009305 | 11,144 | 0 | 11,144 |
| 105. | FLUVOXAMINE MAL 100 MG TAB | 00378041401 | 3,747 | 0 | 3,747 |
| 106. | FLUVOXAMINE MALEATE 50 MG TB | 00378041201 | 2,798 | 1 | 2,799 |
| 107. | FUROSEMIDE 20 MG TABLET | 00378020801 | 92,782 | 297 | 93,079 |
| 108. | FUROSEMIDE 20 MG TABLET | 00378020810 | 381,759 | 440 | 382,199 |
| 109. | FUROSEMIDE 40 MG TABLET | 00378021601 | 169,953 | 193 | 170,146 |
| 110. | FUROSEMIDE 40 MG TABLET | 00378021610 | 704,350 | 1,480 | 705,830 |
| 111. | FUROSEMIDE 80 MG TABLET | 00378023201 | 133,794 | 283 | 134,077 |
| 112. | FUROSEMIDE 80 MG TABLET | 00378023205 | 86,532 | 2 | 86,534 |
| 113. | GLIPIZIDE 10 MG TABLET | 00378111001 | 203,924 | 1,247 | 205,171 |
| 114. | GLIPIZIDE 10 MG TABLET | 00378111005 | 155,950 | 337 | 156,287 |
| 115. | GLIPIZIDE 5 MG TABLET | 00378110501 | 243,811 | 1,508 | 245,319 |
| 116. | GLIPIZIDE 5 MG TABLET | 00378110505 | 160,693 | 430 | 161,123 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 117. | GUANFACINE 1 MG TABLET | 00378116001 | 34,899 | 0 | 34,899 |
| 118. | GUANFACINE 2 MG TABLET | 00378119001 | 10,352 | 0 | 10,352 |
| 119. | HALOPERIDOL 0.5 MG TABLET | 00378035101 | 18,006 | 74 | 18,080 |
| 120. | HALOPERIDOL 0.5 MG TABLET | 00378035110 | 13,908 | 3 | 13,911 |
| 121. | HALOPERIDOL 1 MG TABLET | 00378025701 | 32,069 | 93 | 32,162 |
| 122. | HALOPERIDOL 1 MG TABLET | 00378025710 | 21,934 | 1 | 21,935 |
| 123. | HALOPERIDOL 2 MG TABLET | 00378021401 | 40,150 | 97 | 40,247 |
| 124. | HALOPERIDOL 2 MG TABLET | 00378021410 | 24,408 | 17 | 24,425 |
| 125. | HALOPERIDOL 5 MG TABLET | 00378032701 | 92,215 | 208 | 92,423 |
| 126. | HALOPERIDOL 5 MG TABLET | 00378032710 | 82,115 | 31 | 82,146 |
| 127. | HYDROXYCHLOROQUINE 200 MG TB | 00378037301 | 6,826 | 0 | 6,826 |
| 128. | INDOMETHACIN 25 MG CAPSULE | 00378014301 | 16,826 | 254 | 17,080 |
| 129. | INDOMETHACIN 25 MG CAPSULE | 00378014310 | 13,201 | 32 | 13,233 |
| 130. | INDOMETHACIN 50 MG CAPSULE | 00378014701 | 13,949 | 161 | 14,110 |
| 131. | INDOMETHACIN 50 MG CAPSULE | 00378014705 | 10,440 | 6 | 10,446 |
| 132. | KETOPROFEN 50 MG CAPSULE | 00378407001 | 6,039 | 0 | 6,039 |
| 133. | KETOPROFEN 75 MG CAPSULE | 00378575001 | 27,566 | 0 | 27,566 |
| 134. | LOPERAMIDE 2 MG CAPSULE | 00378210001 | 7,656 | 3 | 7,659 |
| 135. | LORAZEPAM 0.5 MG TABLET | 00378032101 | 12,011 | 3 | 12,014 |
| 136. | LORAZEPAM 0.5 MG TABLET | 00378032105 | 10,879 | 0 | 10,879 |
| 137. | LORAZEPAM 1 MG TABLET | 00378045701 | 16,213 | 6 | 16,219 |
| 138. | LORAZEPAM 1 MG TABLET | 00378045705 | 10,494 | 3 | 10,497 |
| 139. | LORAZEPAM 1 MG TABLET | 00378045710 | 8,379 | 2 | 8,381 |
| 140. | LORAZEPAM 2 MG TABLET | 00378077701 | 8,557 | 6 | 8,563 |
| 141. | LORAZEPAM 2 MG TABLET | 00378077705 | 3,916 | 0 | 3,916 |
| 142. | METHOTREXATE 2.5 MG TABLET | 00378001401 | 62,774 | 117 | 62,891 |
| 143. | METHYLDOPA 250 MG TABLET | 00378061101 | 15,284 | 32 | 15,316 |
| 144. | METHYLDOPA 500 MG TABLET | 00378042101 | 7,929 | 4 | 7,933 |
| 145. | METHYLDOPA/HCTZ 250-25 TAB | 00378071101 | 3,684 | 12 | 3,696 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 146. | METOPROLOL 100 MG TABLET | 00378004701 | 69,515 | 18 | 69,533 |
| 147. | METOPROLOL 100 MG TABLET | 00378004710 | 42,260 | 1 | 42,261 |
| 148. | METOPROLOL 50 MG TABLET | 00378003201 | 148,733 | 46 | 148,779 |
| 149. | METOPROLOL 50 MG TABLET | 00378003210 | 312,375 | 6 | 312,381 |
| 150. | NAPROXEN 250 MG TABLET | 00378037701 | 49,683 | 3,979 | 53,662 |
| 151. | NAPROXEN 375 MG TABLET | 00378055501 | 67,747 | 9,727 | 77,474 |
| 152. | NAPROXEN 375 MG TABLET | 00378055505 | 130,657 | 6,103 | 136,760 |
| 153. | NAPROXEN 500 MG TABLET | 00378045101 | 131,972 | 479 | 132,451 |
| 154. | NAPROXEN 500 MG TABLET | 00378045105 | 247,095 | 64 | 247,159 |
| 155. | NICARDIPINE 20 MG CAPSULE | 00378102077 | 3,913 | 35 | 3,948 |
| 156. | NICARDIPINE 30 MG CAPSULE | 00378143077 | 2,357 | 7 | 2,364 |
| 157. | NIFEDIPINE ER 30 MG TABLET | 00378347501 | 117,618 | 1 | 117,619 |
| 158. | NIFEDIPINE ER 30 MG TABLET | 00378347530 | 58,688 | 0 | 58,688 |
| 159. | NIFEDIPINE ER 60 MG TABLET | 00378348201 | 118,124 | 0 | 118,124 |
| 160. | NIFEDIPINE ER 60 MG TABLET | 00378348230 | 35,727 | 0 | 35,727 |
| 161. | NITROFURANTOIN MCR 100 MG CP | 00378170001 | 9,150 | 1,644 | 10,794 |
| 162. | NITROFURANTOIN MCR 50 MG CAP | 00378165001 | 4,923 | 550 | 5,473 |
| 163. | NITROGLYCERIN 0.2 MG/HR PTCH | 00378910493 | 11,439 | 0 | 11,439 |
| 164. | NITROGLYCERIN 0.4 MG/HR PTCH | 00378911293 | 12,218 | 0 | 12,218 |
| 165. | NORTRIPTYLINE HCL 25 MG CAP | 00378232501 | 14,194 | 7 | 14,201 |
| 166. | NORTRIPTYLINE HCL 50 MG CAP | 00378325001 | 12,034 | 7 | 12,041 |
| 167. | PENTOXIFYLLINE 400 MG TAB SA | 00378035701 | 45,115 | 2,201 | 47,316 |
| 168. | PHENYTOIN SOD EXT 100 MG CAP | 00378156001 | 189,848 | 1,425 | 191,273 |
| 169. | PHENYTOIN SOD EXT 100 MG CAP | 00378156010 | 291,607 | 2,592 | 294,199 |
| 170. | PINDOLOL 5 MG TABLET | 00378005201 | 11,737 | 40 | 11,777 |
| 171. | PIROXICAM 20 MG CAPSULE | 00378202001 | 124,841 | 724 | 125,565 |
| 172. | PIROXICAM 20 MG CAPSULE | 00378202005 | 38,402 | 154 | 38,556 |
| 173. | PREDNISOLONE 15 MG/5 ML SYRUP | 00378342548 | 18,111 | 695 | 18,806 |
| 174. | PROBENECID 500 MG TABLET | 00378015601 | 13,148 | 32 | 13,180 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

|  | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
|  |  |  | With Positive Estimated AWP | With Missing or Negative Estimated AWP |  |
|  |  |  | (Number of Claims) | | |
|  | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 175. | PROCHLORPERAZINE 10 MG TAB | 00378511001 | 61,623 | 3,643 | 65,266 |
| 176. | PROCHLORPERAZINE 5 MG TABLET | 00378510501 | 21,788 | 0 | 21,788 |
| 177. | PROPOXY-N/APAP 100-650 TAB | 00378015501 | 6,468 | 1,239 | 7,707 |
| 178. | PROPOXY-N/APAP 100-650 TAB | 00378015505 | 12,950 | 4,804 | 17,754 |
| 179. | PROPOXY-N/APAP 100-650 TAB | 00378115505 | 6,854 | 352 | 7,206 |
| 180. | PROPRANOLOL 20 MG TABLET | 00378018310 | 17,019 | 12 | 17,031 |
| 181. | SPIRONOLACT/HCTZ 25/25 TAB | 00378014101 | 21,813 | 9 | 21,822 |
| 182. | SPIRONOLACT/HCTZ 25/25 TAB | 00378014105 | 11,066 | 11 | 11,077 |
| 183. | SPIRONOLACTONE 25 MG TABLET | 00378214601 | 172,274 | 157 | 172,431 |
| 184. | SPIRONOLACTONE 25 MG TABLET | 00378214605 | 158,553 | 72 | 158,625 |
| 185. | SULINDAC 200 MG TABLET | 00378053101 | 19,530 | 12 | 19,542 |
| 186. | TEMAZEPAM 15 MG CAPSULE | 00378401001 | 187,132 | 1 | 187,133 |
| 187. | TEMAZEPAM 15 MG CAPSULE | 00378401005 | 111,339 | 0 | 111,339 |
| 188. | TEMAZEPAM 30 MG CAPSULE | 00378505001 | 185,535 | 2 | 185,537 |
| 189. | TEMAZEPAM 30 MG CAPSULE | 00378505005 | 104,484 | 0 | 104,484 |
| 190. | TERAZOSIN 1 MG CAPSULE | 00378226001 | 2,596 | 0 | 2,596 |
| 191. | TERAZOSIN 2 MG CAPSULE | 00378226401 | 5,107 | 539 | 5,646 |
| 192. | TERAZOSIN 5 MG CAPSULE | 00378226801 | 3,944 | 216 | 4,160 |
| 193. | THIORIDAZINE 10 MG TABLET | 00378061201 | 28,011 | 162 | 28,173 |
| 194. | THIORIDAZINE 10 MG TABLET | 00378061210 | 12,416 | 39 | 12,455 |
| 195. | THIORIDAZINE 100 MG TABLET | 00378061801 | 54,987 | 195 | 55,182 |
| 196. | THIORIDAZINE 100 MG TABLET | 00378061810 | 26,954 | 67 | 27,021 |
| 197. | THIORIDAZINE 25 MG TABLET | 00378061401 | 49,753 | 322 | 50,075 |
| 198. | THIORIDAZINE 25 MG TABLET | 00378061410 | 20,153 | 64 | 20,217 |
| 199. | THIORIDAZINE 50 MG TABLET | 00378061601 | 63,878 | 235 | 64,113 |
| 200. | THIORIDAZINE 50 MG TABLET | 00378061610 | 27,741 | 57 | 27,798 |
| 201. | THIOTHIXENE 10 MG CAPSULE | 00378501001 | 65,091 | 102 | 65,193 |
| 202. | THIOTHIXENE 10 MG CAPSULE | 00378501010 | 12,368 | 20 | 12,388 |
| 203. | THIOTHIXENE 2 MG CAPSULE | 00378200201 | 34,187 | 57 | 34,244 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 204. | THIOTHIXENE 5 MG CAPSULE | 00378300501 | 66,325 | 122 | 66,447 |
| 205. | TOLMETIN SODIUM 400 MG CAP | 00378520001 | 7,269 | 5 | 7,274 |
| 206. | TOLMETIN SODIUM 600 MG TAB | 00378031301 | 4,776 | 0 | 4,776 |
| 207. | TRAMADOL HCL 50 MG TABLET | 00378415101 | 25,172 | 6,811 | 31,983 |
| 208. | TRAMADOL HCL 50 MG TABLET | 00378415105 | 18,669 | 4,419 | 23,088 |
| 209. | TRIAMTERENE/HCTZ 75/50 TAB | 00378135505 | 35,063 | 0 | 35,063 |
| 210. | TRIFLUOPERAZINE 10 MG TABLET | 00378241001 | 7,275 | 0 | 7,275 |
| 211. | TRIFLUOPERAZINE 5 MG TABLET | 00378240501 | 8,256 | 0 | 8,256 |
| 212. | VERAPAMIL 120 MG TABLET SA | 00378112001 | 37,178 | 0 | 37,178 |
| 213. | VERAPAMIL 180 MG CAP PELLET | 00378638001 | 4,211 | 1 | 4,212 |
| 214. | VERAPAMIL 180 MG TABLET SA | 00378118001 | 22,211 | 30 | 22,241 |
| 215. | VERAPAMIL 240 MG CAP PELLET | 00378644001 | 8,996 | 0 | 8,996 |
| 216. | VERAPAMIL 240 MG TABLET SA | 00378041101 | 24,604 | 0 | 24,604 |
| 217. | VERAPAMIL 240 MG TABLET SA | 00378041105 | 67,098 | 0 | 67,098 |
| | **Total** | | **11,403,062** | **257,994** | **11,661,056** |

Source: Cols. (1)-(2): Current NDC Counts 12-2007.xls;
Cols. (3)-(4): Mylan claims data and transaction data.