# Exhibit 2

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to Plaintiffs' Request for Judicial Notice in Support of Plaintiffs'
Opposition to Defendants' Joint Motion for Partial Summary Judgment

COMPLETE BILL HISTORY

BILL NUMBER : A.B. No. 442
AUTHOR : Committee on Budget
TOPIC : Health: budget trailer.

TYPE OF BILL :

> Inactive
> Urgency
> Appropriations
> 2/3 Vote Required
> State-Mandated Local Program
> Fiscal
> Non-Tax Levy

BILL HISTORY
2002
Sept. 30   Chaptered by Secretary of State - Chapter 1161, Statutes of 2002.
Sept. 30   Approved by the Governor.
Sept. 18   Enrolled and to the Governor at 3:30 p.m.
Sept. 1    Urgency clause adopted. Senate amendments concurred in. To enrollment. (Ayes 55. Noes 25. Page 8790.)
June 30    In Assembly. Concurrence in Senate amendments pending. May be considered on or after July 1 pursuant to Assembly Rule 77.
June 29    Read third time. Urgency clause adopted. Passed and to Assembly. (Ayes 27. Noes 13. Page 5112.)
June 24    Withdrawn from committee. Ordered placed on second reading file. Read second time, amended, and to third reading.
2001
June 5     Referred to Com. on RLS.
May 25     In Senate. Read first time. To Com. on RLS. for assignment.
May 25     Read third time, passed, and to Senate. (Ayes 48. Noes 0. Page 1841.)
May 24     Read second time. To third reading.
May 23     Read second time and amended. Ordered returned to second reading.
May 22     From committee: Amend, and do pass as amended. (Ayes 15. Noes 10.) (May 22).
Mar. 5     Referred to Com. on BUDGET.
Feb. 21    From printer. May be heard in committee March 23.
Feb. 20    Read first time. To print.