# Exhibit 1

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

**Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

394

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------x

IN RE PHARMACEUTICAL INDUSTRY)

AVERAGE WHOLESALE PRICE      )

LITIGATION                   )

_____)

THIS DOCUMENT RELATES TO     ) MDL No. 1456

State of California, ex rel. ) Civil Action:

Ven-A-Care v. Abbott         ) 01-12258-PBS

Laboratories, Inc., et al.   )

------------------------------x

                    VOL. II

--oOo--

MONDAY, SEPTEMBER 22, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

J. KEVIN GOROSPE, Pharm.D.

--oOo--


Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

689

1  investigation, whether you did it or not?

2          MR. PAUL:  Objection to form.

3          THE WITNESS:  No.

4  BY MR. ROBBEN:

5      Q.   At the previous day of your deposition
6  you testified that you were familiar with something
7  called "usual and customary charge."

8          Do you remember that testimony?

9      **A.   Yes.**

10     Q.   And do I have it right that usual and
11 customary charge is an amount reported by a
12 pharmacy provider to Medi-Cal?

13     **A.   Yes.**

14     Q.   Okay.  And that that number is a
15 representation by the provider to Medi-Cal that
16 that's their usual and customary charge to the
17 public?

18         Is that correct?

19     **A.   Yes.**

20     Q.   Okay.  When a provider submits a claim
21 for a Medi-Cal -- for a drug submitted to a
22 Medi-Cal beneficiary, do they submit along with

690

1 that any type of certification as to the accuracy
2 of the components in the claim?
3  **A.   Not that I know of.**
4  Q.   Okay.  Even if it doesn't come along
5 with the actual claim itself are pharmaceutical
6 providers like pharmacies expected to submit true
7 and accurate claims?
8  **A.   Yes.**
9  Q.   Okay.  So if a pharmacy says it
10 dispensed 30 antibiotic pills to Medicaid
11 beneficiary X, you expect that that's true and that
12 that actually happened; right?
13  **A.   Yes.**
14  Q.   Okay.  When they put the usual and
15 customary charge on their claim, you expect that
16 that usual and customary charge is a true number,
17 that's their usual and customary charge; correct?
18  **A.   Yes.**
19  Q.   Okay.  Now, as I understand how
20 reimbursement is worked under Medi-Cal, the program
21 is paid the lesser of a certain of number of -- of
22 factors; is that fair?

691

1      A.   Yes.

2      Q.   Okay.  So for a time it was AWP minus 5,
3 or FAC, or MAIC, and then the program would pay the
4 lower of each of those -- of those components;
5 correct?

6      **A.   After comparing it to the usual and**
7 **customary**.

8      Q.   Okay.  So if the usual and customary was
9 10 and the others were less than 10, one of those
10 other ones would be picked as the basis for the
11 reimbursement; right?

12     **A.   That is correct.**

13     Q.   Okay.  So now, is it fair to say based
14 on that that whenever some basis of payment was
15 selected other than the usual and customary charge
16 the Medi-Cal program obtained the prescription at a
17 discount?

18          MR. PAUL:  Objection to form.
19          THE WITNESS:  Yes.
20 BY MR. ROBBEN:

21     Q.   Okay.  Does it -- it obtained the
22 product for less than that pharmacy would have sold

692

1  it to the general public; correct?

2     **A.    Yes.**

3     Q.    Okay.  So even if the basis of payment
4  was AWP, AWP minus 5 percent, let's say, if that
5  was less than usual and customary charge the
6  Medi-Cal program obtained that drug for less than
7  the pharmacy would have charged somebody else for
8  that product; correct?

9           MR. PAUL:  Objection to form.

10          THE WITNESS:  Yes.

11          MR. ROBBEN:  I have nothing else.

12          MR. PAUL:  You guys done with him for the
13 day?

14          MR. BUEKER:  (Nodding head)

15          MR. PAUL:  I had a couple of questions.

16          MR. ROBBEN:  Why don't you go ahead.

17          MR. PAUL:  Sure.

18          Mr. Gorospe --

19          MR. ROBBEN:  You want to trade places?

20          MR. BENNETT:  Yeah, why don't we.

21          MR. BUEKER:  I'll move out.

22                EXAMINATION