# Exhibit 3

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

**Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**



**Albuterol .083% Solution**
As of June 1997

| NDC | Manufacturer | Case Size | Obsolete Date | Min Price | | | | | Other Prices | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Price | Source | Compendia | Price Eff Date | Price Term Date | AWP | DP |
| 00603100540 | QUALITEST | 25 | 10/14/2004 | 0.1327 | WAC | B | 4/28/1997 | 10/14/2004 | 0.4056 | 0.1327 |
| 00536267704 | RUGBY | 25 | 8/1/1999 | 0.1437 | WAC | B | 12/1/1996 | 8/1/1999 | 0.4333 | 0.2973 |
| 49502069760 | DEY LABS. | 60 | 2/2/2004 | 0.1483 | WAC | R | 3/15/1997 | 12/31/1997 | 0.4306 | 0.3300 |
| 49502069761 | DEY LABS. | 60 | | 0.1483 | WAC | R | 3/15/1997 | 12/31/1997 | 0.4306 | 0.3300 |
| 49502069703 | DEY LABS. | 25 | 2/2/2004 | 0.1500 | WAC | R | 3/15/1997 | 12/31/1997 | 0.4307 | 0.3533 |
| 49502069733 | DEY LABS. | 30 | 1/1/2004 | 0.1500 | WAC | R | 3/15/1997 | 12/31/1997 | | |
| 49502069724 | DEY LABS. | 25 | | 0.1500 | WAC | R | 3/15/1997 | 12/31/1997 | 0.4307 | 0.3533 |
| 49502069729 | DEY LABS. | 30 | | 0.1500 | WAC | R | 3/15/1997 | 12/31/1997 | | |
| 00182801026 | GOLDLINE DRUG | 60 | 6/22/2000 | 0.1567 | WAC | B | 4/28/1997 | 6/22/2000 | 0.4033 | 0.0000 |
| 00781915093 | GENEVA PHARM. | 25 | 4/1/1999 | 0.1671 | WAC | B | 5/20/1997 | 4/1/1999 | 0.4333 | 0.1788 |
| 00677152272 | UNITED RESEARCH | 25 | 5/31/2001 | 0.1683 | WAC | B | 3/15/1996 | 5/31/2001 | 0.4267 | |
| 00472083123 | ALPHARMA US | 25 | | 0.1933 | WAC | B | 12/28/1995 | 3/22/1998 | 0.4033 | |
| 00182801024 | GOLDLINE DRUG | 25 | 6/22/2000 | 0.1999 | WAC | B | 4/28/1997 | 6/22/2000 | 0.4033 | 0.0000 |
| 00904773117 | MAJOR PHARM. | 25 | 2/15/2002 | 0.2079 | WAC | R | 11/1/1996 | 8/31/2000 | 0.4167 | |
| 00186149117 | ASTRA PHARM. | 60 | 1/4/1999 | 0.2784 | WAC | B | 1/2/1997 | 1/11/1998 | 0.3480 | |
| 00186149104 | ASTRA PHARM. | 25 | 1/4/1999 | 0.2815 | WAC | B | 1/2/1997 | 1/11/1998 | 0.3518 | |
| 00839786035 | H L MOORE | 60 | 1/1/1998 | 0.3011 | DP | B | 4/7/1994 | 1/1/1998 | 0.4065 | |
| 00839786018 | H L MOORE | 25 | 1/1/1998 | 0.3012 | DP | B | 4/7/1994 | 1/1/1998 | 0.4067 | |
| 00839781610 | H L MOORE | 25 | 1/1/1998 | 0.3012 | DP | B | 4/7/1994 | 1/1/1998 | 0.4067 | |
| 59930150008 | WARRICK PHARM | 25 | 7/30/2003 | 0.3300 | WAC | B | 9/3/1993 | 7/30/2003 | 0.4033 | 0.0000 |
| 59930150006 | WARRICK PHARM | 60 | 5/1/2002 | 0.3300 | WAC | B | 8/1/1993 | 5/1/2002 | 0.4033 | 0.0000 |
| 59930151702 | WARRICK PHARM | 60 | | 0.3300 | DP | R | 8/1/1993 | | 0.4033 | |
| 59930151701 | WARRICK PHARM | 24 | | 0.3438 | DP | R | 9/1/1993 | | 0.4201 | |
| 00173041900 | ALLEN & HANBURY | 25 | 8/18/2000 | 0.3961 | WAC | B | 1/21/1997 | 9/10/1997 | 0.4754 | |
| 00085020901 | SCHERING CORP. | 25 | 10/1/2002 | 0.4521 | WAC | B | 1/10/1997 | 9/2/1997 | 0.5427 | |
| 53014007560 | CELLTECH PHARM | 60 | | 0.4948 | WAC | B | 6/17/1996 | | 0.5938 | |
| 00085180601 | SCHERING CORP. | 24 | | 0.5427 | AWP | R | 1/10/1997 | 9/2/1997 | | |
| 53014007525 | CELLTECH PHARM | 25 | | 0.5500 | WAC | B | 6/17/1996 | | 0.6597 | |

Albuterol .083% Solution
As of June 1997

| NDC | Manufacturer | Case Size | Drawdown Date | AWP | DP | WAC | Min Price | Price Effective Date | Price Term Date | Min Price * 1.5 | Min Source | AWP | DP | WAC | Min Price | Price Effective Date | Price Term Date | Min Price * 1.5 | Min Source | AWP | DP | WAC | Min Price | Price Effective Date | Price Term Date | Min Price * 1.5 | Min Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | FOB | | | | | | | Redbook | | | | | | | | Medispan | | | | |
| 00603100542 | QUALITEST | 25 | 10/14/2004 | 0.4058 | 0.1327 | 0.1327 | 0.1327 | 4/26/1997 | 10/14/2004 | 0.1990 | WAC | 0.4058 | | 0.4058 | | 10/20/1993 | | 0.6084 | AWP | | | 0.3049 | 0.3049 | 10/20/1993 | 9/31/1999 | 0.4574 | WAC |
| 00536267704 | RUGBY | 25 | 8/1/1999 | 0.4333 | 0.3073 | 0.1437 | 0.1437 | 12/1/1996 | 8/1/1999 | 0.2156 | WAC | 0.4333 | | 0.1437 | 0.4053 | 11/1/1993 | | 0.2156 | WAC | | | | | | | | |
| 00182801020 | GOLDLINE DRUG | 06 | 6/22/2000 | 0.4333 | 0.0000 | 0.1567 | 0.1567 | 4/28/1997 | 6/22/2000 | 0.2350 | WAC | 0.4053 | | 0.4053 | | 1/13/1997 | | 0.6050 | AWP | | | | | | | | |
| 00781015000 | GENEVA PHARM | 25 | 4/3/1999 | 0.4253 | 0.1726 | 0.1871 | 0.1871 | 5/28/1997 | 4/1/1999 | 0.2500 | WAC | 0.4053 | 0.1671 | 0.1871 | | 5/20/1997 | | 0.2500 | WAC | | | | | | | | |
| 00677162272 | UNITED RESEARCH | 25 | 5/31/2001 | 0.4267 | | 0.1683 | 0.1683 | 3/15/1996 | 5/31/2001 | 0.2524 | WAC | 0.4267 | 0.1683 | 0.1683 | | 3/15/1996 | 6/30/1997 | 0.2524 | WAC | | | 0.1683 | 0.1583 | 3/15/1996 | 6/30/1997 | 0.2524 | WAC |
| 00472803123 | ALPHARMA US | 25 | | 0.4033 | | 0.1933 | 0.1933 | 12/28/1995 | 3/22/1996 | 0.2900 | WAC | 0.4033 | | 0.4033 | | 12/28/1995 | 7/30/1997 | 0.6050 | AWP | 0.4033 | | 0.1933 | 0.1933 | 7/1/1996 | 7/30/1997 | 0.2900 | WAC |
| 00182801024 | GOLDLINE DRUG | 25 | 6/22/2000 | 0.4053 | 0.0000 | 0.1999 | 0.1999 | 4/28/1997 | 6/22/2000 | 0.2998 | WAC | 0.4053 | 0.1999 | 0.1999 | | 10/1/1994 | | 0.2998 | WAC | | | | | | | | |
| 00168149117 | ASTRA PHARM | 80 | 3/4/1999 | 0.3448 | | 0.2784 | 0.2784 | 1/2/1997 | 12/1/1998 | 0.4176 | WAC | 0.4328 | | 0.2744 | | 10/1/1997 | | 0.4176 | WAC | | | 0.2784 | 0.2784 | 1/2/1997 | 1/31/1998 | 0.4176 | WAC |
| 00168149104 | ASTRA PHARM | 25 | 3/4/1999 | 0.3518 | | 0.2815 | 0.2815 | 10/1/1997 | 12/1/1998 | 0.4222 | WAC | 0.4367 | | 0.2815 | | 10/1/1997 | | 0.4222 | WAC | | | 0.2815 | 0.2815 | 1/2/1997 | 1/31/1998 | 0.4222 | WAC |
| 00904772117 | MAJOR PHARM | 25 | 2/15/2001 | 0.4847 | | 0.2953 | 0.2953 | 10/10/1994 | 8/31/2000 | 0.4430 | WAC | 0.4157 | | 0.2079 | | 11/1/1996 | 8/31/2000 | 0.3118 | WAC | 1.6667 | | | 1.0087 | 1/29/1996 | 4/30/1999 | 2.5000 | AWP |
| 00839758035 | H.L. MOORE | 50 | 1/1/1998 | 0.4065 | 0.3011 | | 0.3011 | 4/7/1994 | 1/1/1998 | 0.4517 | DP | 0.4050 | 0.3011 | | 0.3011 | 4/7/1994 | | 0.4517 | DP | | | | | | | | |
| 00639758018 | H.L. MOORE | 25 | 1/1/1998 | 0.4067 | 0.3012 | | 0.3012 | 4/7/1994 | 1/1/1998 | 0.4518 | DP | 0.4067 | 0.3012 | | 0.3012 | 4/7/1994 | | 0.4518 | DP | 0.4308 | | | 0.4308 | 4/8/1994 | 8/31/1997 | 0.6462 | AWP |
| 00639781810 | H.L. MOORE | 25 | 1/1/1998 | 0.4067 | 0.3012 | | 0.3012 | 4/7/1994 | 1/1/1998 | 0.4518 | DP | 0.4067 | 0.3012 | | 0.3012 | 4/7/1994 | | 0.4518 | DP | | | | | | | | |
| 49502009780 | DEY LABS | 80 | 2/27/2004 | 0.4033 | 0.0000 | 0.3300 | 0.3300 | 5/30/1995 | 12/31/1997 | 0.4950 | WAC | 0.4300 | 0.3300 | 0.1483 | 0.1483 | 3/15/1997 | 12/31/1997 | 0.2226 | WAC | | | 0.1917 | 0.1917 | 5/1/1996 | 7/31/1997 | 0.2875 | WAC |
| 49502095780 | DEY LABS | 25 | 2/2/2004 | 0.4833 | 0.0000 | 0.3300 | 0.3300 | 5/30/1995 | 12/31/1997 | 0.4950 | WAC | 0.4307 | 0.3333 | 0.1500 | 0.1500 | 3/15/1997 | 12/31/1997 | 0.2250 | WAC | | | 0.1933 | 0.1933 | 5/1/1996 | 7/31/1997 | 0.2900 | WAC |
| 49502095783 | DEY LABS | 30 | 1/1/2004 | 0.4833 | | 0.3300 | 0.3300 | 5/30/1995 | 12/31/1997 | 0.4950 | WAC | | 0.1500 | 0.1500 | | 3/15/1997 | 12/31/1997 | 0.2250 | WAC | | | 0.1933 | 0.1933 | 5/1/1996 | 7/31/1997 | 0.2900 | WAC |
| 59930150008 | WARRICK PHARM | 25 | 7/30/2003 | 0.4833 | 0.0000 | 0.3300 | 0.3300 | 9/1/1993 | 7/30/2002 | 0.4950 | WAC | | | | | | | | | | | | | | | | |
| 59930150006 | WARRICK PHARM | 80 | 9/1/2002 | 0.4833 | 0.0000 | 0.3300 | 0.3300 | 9/1/1993 | 9/1/2002 | 0.4950 | WAC | | | | | | | | | | | | | | | | |
| 00173041900 | ALLEN & HANBURY | 25 | 9/10/2009 | 0.4754 | | 0.3961 | 0.3961 | 12/21/1997 | 9/10/1997 | 0.5942 | WAC | 0.4753 | | 0.3961 | | 10/22/1997 | 9/16/1997 | 0.5842 | WAC | 0.4753 | | 0.3961 | 0.3961 | 10/22/1997 | 9/11/1997 | 0.5942 | WAC |
| 00085020901 | SCHERING CORP | 25 | 10/1/2002 | 0.5477 | | 0.4521 | 0.4521 | 1/10/1997 | | 0.6782 | WAC | | | | | | | | | 0.5427 | | 0.4521 | 0.4521 | 10/31/1997 | 9/2/1997 | 0.8782 | WAC |
| 53014007505 | CELLTECH PHARM | 80 | | 0.5518 | | 0.4948 | 0.4948 | 6/17/1996 | | 0.7422 | WAC | 0.5518 | | 0.4948 | | 6/17/1996 | | 0.7222 | WAC | | | | | | | | |
| 53014007575 | CELLTECH PHARM | 25 | | 0.5507 | | 0.5500 | 0.5508 | 6/17/1998 | | 0.8250 | WAC | 0.5507 | | 0.5500 | | 6/17/1996 | | 0.8250 | WAC | | | | | | | | |
| 49502092781 | DEY LABS | 60 | | | | | | | | | | | 0.4306 | 0.3300 | 0.1483 | 0.1483 | 3/15/1997 | 12/31/1997 | 0.2225 | WAC | | | | | | | | |
| 48502095724 | DEY LABS | 25 | | | | | | | | | | | 0.4307 | 0.3533 | 0.1500 | 0.1500 | 3/15/1997 | 12/31/1997 | 0.2250 | WAC | | | | | | | | |
| 48502095725 | DEY LABS | 30 | | | | | | | | | | | | | 0.1500 | 0.1500 | 3/15/1997 | 12/31/1997 | 0.2250 | WAC | | | | | | | | |
| 59930151701 | WARRICK PHARM | 60 | | | | | | | | | | | 0.4033 | 0.3300 | 0.3300 | | 9/1/1993 | | 0.4950 | DP | | | | | | | | |
| 59930151781 | WARRICK PHARM | 24 | | | | | | | | | | | 0.4291 | 0.3438 | 0.3438 | | 9/1/1993 | | 0.5157 | DP | | | | | | | | |
| 00085160601 | SCHERING CORP | 24 | | | | | | | | | | | 0.5427 | | 0.5427 | | 1/10/1997 | 9/2/1997 | 0.8141 | AWP | | | | | | | | |