# Exhibit 7
## Part 2

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

until the calendar quarter that begins more than 60 days after the agreement is entered into. Therefore, if you enter into an agreement on or after March 1, <u>the earliest date that your drugs may be covered is July 1, 1991</u> (i.e., your drugs are not covered from January 1, 1991-June 30, 1991). This date may be later depending on the actual date after March 1 that you enter into an agreement. The date an agreement is entered into will be the date of the Post Office's postmark on the envelope for the returned agreement.

## REBATE CALCULATION

Section 1927(c) of the Act specifies the amount of the rebate that you are required to pay the State Medicaid Agency if you participate in the program. Generally, the rebate amount will be calculated as follows. (The definitions of the terms used here are contained in the agreement).

---

### Calendar Year (CY) 1991

#### Single source/innovator multiple source drugs
The greater of:
12.5% of AMP
OR
AMP minus best price
(The rebate is capped at 25% of AMP.)

An additional rebate must be paid on a drug-by-drug basis in the amount by which the increase in the AMP exceeds the increase in the Consumer Price Index-Urban (CPI-U) from October 1, 1990 to the month before the calendar quarter of the rebate.

#### Noninnovator multiple source drugs
≠   10% of AMP   *s. % AMP*

---

### CY 1992

#### Single source/innovator multiple source drugs
The greater of:
12.5% of AMP
OR
AMP minus best price
(The rebate is capped at 50% of AMP.)

An additional rebate must be paid on a drug-by-drug basis in the amount by which the increase in the AMP exceeds the increase in the Consumer Price Index-Urban (CPI-U) from October 1, 1990 to the month before the calendar quarter of the rebate.

<u>Noninnovator multiple source drugs</u>
10% of AMP

---

CY 1993

<u>Single source/innovator multiple source drugs</u>
The greater of:
15% of AMP
OR
AMP minus best price
(The rebate is not capped.)

An additional rebate must be paid on a drug-by-drug basis in the amount by which the increase in the AMP exceeds the increase in the Consumer Price Index-Urban (CPI-U) from October 1, 1990 to the month before the calendar quarter of the rebate.

<u>Noninnovator multiple source drugs</u>
10% of AMP

---

CY 1994 and thereafter

<u>Single source/innovator multiple source drugs</u>
The greater of:
15% of AMP
OR
AMP minus best price
(The rebate is not capped.)

An additional rebate must be paid on the weighted basis in an amount by which the increase in the AMP exceeds the increase in the Consumer Price Index-Urban (CPI-U) from October 1, 1990 to the month before the calendar quarter of the rebate.

<u>Noninnovator multiple source drugs</u>
11% of AMP

---

DATA SYSTEMS REQUIREMENTS

Enclosures B-E provide information on the data systems requirements for your participation in the program.

1.  Enclosure B entitled, "Supplemental Data Sheet", must be completed and returned with the signed rebate agreement. Included in this enclosure are questions for persons to contact, their addresses, and three data transmission options, one of which must be selected as your method of sending your drug product information to HCFA. This requested information

3