# Exhibit 7
## Part 4

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

Signed rebate agreements should be returned to the following address:

> Health Care Financing Administration
> Medicaid Bureau
> Post Office Box 26686
> Baltimore, Maryland 21207-0486

Please do not send certified or registered mail or express packages to this address as they will be rejected. If you wish to confirm receipt by us of the rebate agreement, please enclose a self addressed postcard with it. We will date stamp the postcard and return it to you upon receipt of the agreement.

This cover note is meant to give you only a brief overview of the law and of the rebate agreement and does not contain a complete description of the Medicaid drug rebate requirements. It is also not a part of the rebate agreement. Before you choose to participate, please read the rebate agreement and other enclosures to this letter in their entirety.

I would again stress that if you wish to have your drugs or biologicals eligible for Federal Medicaid funding before July 1, 1991, you must sign this agreement and have it postmarked by February 28, 1991.

I realize that the timeframes for implementing this program are short. Accordingly, I have tried to identify and resolve as many issues for you as I could. I look forward to working with you in the operation of this program.

Sincerely,

Christine Nye
Director
Medicaid Bureau
Health Care Financing
 Administration

Enclosure A: Rebate Agreement
Enclosure B: Supplemental Data Sheet
Enclosure C: Manufacturer Data Definitions
Enclosure D: Medicaid Drug Rebate Data Elements Records from HCFA to State Agencies Quarterly
Enclosure E: Medicaid Drug Rebate Data Elements Records from HCFA to State Agencies Quarterly
Enclosure F: Questions and Answers

Enclosure A

## REBATE AGREEMENT
### Between
### The Secretary of Health and Human Services
### (hereinafter referred to as "the Secretary")
### and
### The Manufacturer Identified in Section XI of this Agreement
### (hereinafter referred to as "the Manufacturer")

The Secretary, on behalf of the Department of Health and Human Services and all States and the District of Columbia (except to the extent that they have in force an Individual State Agreement) which have a Medicaid State Plan approved under 42 U.S.C. section 1396a, and the Manufacturer, on its own behalf, for purposes of section 4401 of the Omnibus Budget Reconciliation Act of 1990, Pub. L. No. 101-508, and section 1927 of the Social Security Act (hereinafter referred to as "the Act"), 42 U.S.C. 1396s, hereby agree to the following:

### I    DEFINITIONS

The terms defined in this section will, for the purposes of this agreement, have the meanings specified in section 1927 of the Act as interpreted and applied herein:

(a) "Average Manufacturer Price (AMP)" means, with respect to a Covered Outpatient Drug of the Manufacturer for a calendar quarter, the average unit price paid to the Manufacturer for the drug in the States by wholesalers for drugs distributed to the retail pharmacy class of trade (excluding direct sales to hospitals, health maintenance organizations and to wholesalers where the drug is relabeled under that distributor's national drug code number). Federal Supply Schedule prices are not included in the calculation of AMP. AMP includes cash discounts allowed and all other price reductions (other than rebates under section 1927 of the Act), which reduce the actual price paid. It is calculated as a weighted average of prices for all the Manufacturer's package sizes for each Covered Outpatient Drug sold by the Manufacturer during that quarter. Specifically, it is calculated as Net Sales divided by numbers of units sold, excluding free goods (i.e. drugs or any other items given away, but not contingent on any purchase requirements). For Bundled Sales, the allocation of the discount is made proportionately to the dollar value of the units of each drug sold under the bundled arrangement. The Average Manufacturer Price for a quarter must be adjusted by the Manufacturer if

1