# Exhibit 7
## Part 10

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

XI    SIGNATURES

FOR THE SECRETARY OF HEALTH AND HUMAN SERVICES

By: _Rofanne Clinto_____

Title: Deputy Director, Medicaid Bureau
       Health Care Financing Administration
       Department of Health and Human Services

Date: _2-11-91_____


ACCEPTED FOR THE MANUFACTURER

I certify that I have made no alterations, amendments or other changes to this rebate agreement.

By: _R.E. Mozak_____
Title: _VP Marketing_____
Name of Manufacturer: _Dey Laboratories_____
Manufacturer Address _2751 Napa Valley Corp Dr._
_Napa, Calif 94558_____

Manufacturer Labeler Code(s): _49502_
Date: _2/28/91_____

12

APPENDIX A

## MEDICAID DRUG REBATE DATA ELEMENTS
## DATA SUBMISSION FROM MANUFACTURERS TO HCFA

\* Indicates that field is left blank for initial submission of baseline data.

\*\* Indicates that these fields are zero-filled for Noninnovator Multiple Source Drugs

|       | Description | Size |
|-------|-------------|------|
|       | Labeler code, 1st segment of NDC | (05) |
|       | Product Code, second segment of NDC | (04) |
|       | Package Size code, third segment of NDC | (02) |
|       | Period Covered, Calendar Quarter and Year | (03) |
|       | Product FDA Registration Name | (63) |
|       | Drug Category: Single Source, Innovator Multiple Source, or Noninnovator Multiple Source | (01) |
|       | DESI Drug Indicator | (01) |
|       | FDA Therapeutic Equivalence Explanation Code | (02) |
|       | Unit Type: cc, ml, tablet, etc. | (03) |
|       | Units per package size code | (10) |
| \*    | Average Manufacturer's Price | (11) |
| \*    | Baseline AMP | (11) |
| \*/\*\* | Best Price | (11) |
|       | FDA Approval Date | (06) |
|       | Date Drug Entered Market | (06) |
|       | Drug Termination Date | (06) |
|       | Drug Type (Rx or OTC) Indicator | (01) |
|       | Correction Record Flag | (01) |

Note: The Labeler Name is to be supplied in Enclosure B, the data systems information form that is to be completed and returned with the signed rebate agreement.

*Rozanne Chiato* [13]