# Exhibit 7
## Part 11

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

MEDICAID DRUG REBATE AGREEMENT
ENCLOSURE B (PAGE 1 OF 4)
SUPPLEMENTAL DATA SHEET

**LABELER CODE (as assigned by FDA):** 99507

**LABELER NAME (Corporate name associated with labeler code):** DEY LABORATORIES, INC.

---

**LEGAL CONTACT:** Person to contact for legal issues concerning the rebate agreement.

**NAME OF CONTACT:** ROBERT MOZAK

**AREA / PHONE NUMBER / EXT.:** 707 224-3200

**NAME OF CORPORATION:** DEY LABORATORIES

**STREET ADDRESS:** 2751 NAPA VALLEY CORPORATE DRIVE / NAPA VALLEY

**CITY:** NAPA   **STATE:** CA   **ZIP CODE:** 94558-

---

**FINANCIAL CONTACT:** Person responsible for financial aspects of rebate process.

**NAME OF CONTACT:** PAMELA HARRIS

**AREA / PHONE NUMBER / EXT.:** 707 224-3200

**NAME OF CORPORATION:** DEY LABORATORIES

**STREET ADDRESS:** 2751 NAPA VALLEY CORPORATE DRIVE

**CITY:** NAPA   **STATE:** CA   **ZIP CODE:** 94558-

---

NOTE: THIS SHEET TO BE RETURNED WITH SIGNED REBATE AGREEMENT. IF MORE THAN ONE LABELER CODE ATTACH ONE SHEET FOR EACH LABELER CODE.

MEDICAID DRUG REBATE AGREEMENT
ENCLOSURE B (PAGE 2 OF 4)
SUPPLEMENTAL DATA SHEET

`4950R`
LABELER CODE (as assigned by FDA)

`DEY LABORATORIES, INC.`
LABELER NAME (Corporate name associated with labeler code)

TECHNICAL CONTACT: Person responsible for sending and receiving data.

`PAMELA NARLES`
NAME OF CONTACT

`707` `224-3700`
AREA   PHONE NUMBER   EXT.

`DEY LABORATORIES`
NAME OF CORPORATION

`2751 NAPA VALLEY CORPORATE DRIVE`

STREET ADDRESS

`NAPA`                                         `CA`  `94558-`
CITY                                          STATE   ZIP CODE

NOTE: THIS SHEET TO BE RETURNED WITH SIGNED REBATE AGREEMENT. IF MORE THAN ONE
LABELER CODE ATTACH ONE SHEET FOR EACH LABELER CODE.