# Exhibit 7
## Part 13

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

# PAPER REPORTING FORMAT

## MEDICAID DRUG REBATE AGREEMENT

DATE: ☐☐☐☐☐☐
M M/D D/Y Y

QUARTERLY REPORT FOR QUARTER ☐   CALENDAR YEAR ☐☐☐☐

PAGE: ☐☐ OF ☐☐

FDA ASSIGNED LABELER CODE ☐☐☐☐☐

| PRODUCT CODE | PACKAGE SIZE CD | DRUG THERA. CAT. EQ.CD. | DESI IND. | AVERAGE MFG. PRICE | BEST PRICE | DATE ENTERED MARKET |
|---|---|---|---|---|---|---|
| ☐☐☐☐☐ | ☐☐ | ☐ | ☐ | ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ |

| BASELINE AMP. | TERMINATION DATE | TERM. REASON | CORRECTION FLAG | UNIT TYPE | UNITS PER PACKAGE SIZE | FDA APPROVAL DATE |
|---|---|---|---|---|---|---|
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | ☐☐ | ☐ | ☐☐ | ☐☐☐☐ | ☐☐☐☐☐☐ |

PRODUCT NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   DRUG TYPE ☐

---

| PRODUCT CODE | PACKAGE SIZE CD | DRUG THERA. CAT. RATING IND. | DESI | AVERAGE MFG. PRICE | BEST PRICE | DATE ENTERED MARKET |
|---|---|---|---|---|---|---|
| ☐☐☐☐☐ | ☐☐ | ☐ | ☐ | ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ |

| BASELINE AMP. | TERMINATION DATE | TERM. REASON | CORRECTION FLAG | UNIT TYPE | PACKAGE SIZE | FDA APPROVAL DATE |
|---|---|---|---|---|---|---|
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | ☐☐ | ☐ | ☐☐ | ☐☐☐☐ | ☐☐☐☐☐☐ |

PRODUCT NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   DRUG TYPE ☐

---

| PRODUCT CODE | PACKAGE SIZE CD | DRUG THERA. CAT. RATING IND. | DESI | AVERAGE MFG. PRICE | BEST PRICE | DATE ENTERED MARKET |
|---|---|---|---|---|---|---|
| ☐☐☐☐☐ | ☐☐ | ☐ | ☐ | ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ |

| BASELINE AMP. | TERMINATION DATE | TERM. REASON | CORRECTION FLAG | UNIT TYPE | PACKAGE SIZE | FDA APPROVAL DATE |
|---|---|---|---|---|---|---|
| ☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐ | ☐☐ | ☐ | ☐☐ | ☐☐☐☐ | ☐☐☐☐☐☐ |

PRODUCT NAME ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   DRUG TYPE ☐

HCFA RECORD SPECIFICATION
MFR PRICING INFORMATION
TELECOMMUNICATIONS FORMAT

Record # 1

| Field | Size | Position | Remarks |
|---|---|---|---|
| Record ID | 1 | 1 - 1 | Constant of "1" |
| Labeler Code | 5 | 2 - 6 | NDC #1 |
| Product Code | 4 | 7 - 10 | NDC #2 |
| Package Size Code | 2 | 11 - 12 | NDC #3 |
| Period Covered | 3 | 13 - 15 | QYY |
| Drug Category | 1 | 16 - 16 | See Data Element Definitions |
| FDA Thera. EQ. CD. | 2 | 17 - 18 | See Data Element Definitions |
| DESI Indicator | 1 | 19 - 19 | See Data Element Definitions |
| Drug Type Indicator | 1 | 20 - 20 | See Data Element Definitions |
| * Average Mfg Price | 11 | 21 - 31 | 99999V999999 |
| */** Best Price | 11 | 32 - 42 | 99999V999999 |
| ** Baseline AMP | 11 | 43 - 53 | 99999V999999 |
| Termination Date | 6 | 54 - 59 | MMDDYY |
| Correction Flag | 1 | 60 - 60 | See Data Element Definitions |
| Filler | 20 | 61 - 80 | |

* Zero filled and not used for Initial Submission
** Only for Single Source and Innovator Multiple Source Drugs, otherwise zero filled