# Exhibit 7
### Part 14

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

ENCLOSURE C
MANUFACTURER DATA DEFINITIONS

Page 1 of 8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATA ELEMENT NAME:   Labeler Code

DATA DEFINITION:   First segment of National Drug Code that identifies the manufacturer, labeler, relabeler, packager, repackager or distributor of the drug.

SPECIFICATIONS:   Numeric values only, 5 digit field, right-justified and 0-filled for 4-digit labeler codes

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATA ELEMENT NAME:   Product Code

DATA DEFINITION:   Second segment of National Drug Code.

SPECIFICATIONS:   Numeric values only, 4 digit field, right justified, zero filled

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DATA ELEMENT NAME:   Package Size Code

DATA DEFINITION:   Third segment of National Drug Code.

SPECIFICATIONS:   Numeric values only, 2 digit field right justified, zero filled

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

************************************************************

DATA ELEMENT NAME:    DESI Drug Indicator

DATA DEFINITION:      A DESI (Drug Efficacy Study Implementation) drug is any drug that lacks substantial evidence of effectiveness and is subject by the FDA to a Notice of Opportunity for Hearing (NOH). This includes drugs which are identical, related or similar to DESI drugs.

SPECIFICATIONS:       Numeric value, 1 digit

                      Valid Values:  0 = not DESI drug
                                   1 = DESI drug

************************************************************

DATA ELEMENT NAME:    Therapeutic Equivalence Explanation Code

DATA DEFINITION:      The classification as contained in the FDA publication "Approved Drug Products with Therapeutic Equivalence Evaluations" (the FDA Orange Book) for the last day of the calendar quarter for which the rebate payment is being made.

SPECIFICATIONS:       Alpha-numeric values, 2 character field

                Valid Values:     AA
                              AB
                              AN
                              AO
                              AP
                              AT
                              BC
                              BD
                              BE
                              BN
                              BP
                              BR
                              BS
                              BT
                              BX
                              NR - Not rated

************************************************************