# Exhibit 7
### Part 15

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

Page 5 of 8

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DATA ELEMENT NAME: | Units Per Package Size Code |
| DATA DEFINITION: | Total number of units, as defined in the Unit Type field, in the package represented by the package size code, or the third segment of the NDC code. |
| | Example 1: For a drug dispensed in a package size of 100 cc, the unit type would be a cc, and the units per package size would be 100. |
| | Example 2: For a 17 microgram inhaler, the unit type would be a microgram and the units per package size would be 17. |
| SPECIFICATIONS: | Numeric values, 10 digit field: 7 whole numbers and 3 decimal places |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DATA ELEMENT NAME: | AMP (Average Manufacturer's Price) |
| DATA DEFINITION: | The Average Manufacturer's Price per unit <u>per product code only</u> for the period covered. If a drug is distributed in 3 package sizes, there will still be only one AMP for the product, which will be the same for all package sizes. |
| SPECIFICATIONS: | Numeric values, 11 digit field: five whole numbers and 6 decimal places. Compute to 7 decimal places, and round to 6 decimal places. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*******************************************************************

DATA ELEMENT NAME:   FDA Approval Date

DATA DEFINITION:     Date of FDA Approval of drug, if approved after 06/30/90, otherwise, zero fill this field.

SPECIFICATIONS:      Numeric values, 6 digit field

                     MMDDYY

*******************************************************************

DATA ELEMENT NAME:   Date Drug Entered Market

DATA DEFINITION:     First day of the first month that the drug was marketed for the entire month.

                     Example: If a drug is first sold on February 15, the first day of the first full month of marketing is March 1.

SPECIFICATIONS:      Numeric values, 6 digit field

                     MMDDYY

[handwritten annotation: "1st date of Sale"]

*******************************************************************

DATA ELEMENT NAME:   Drug Termination Date

DATA DEFINITION:     Date drug withdrawn from market or no longer distributed by labeler.

SPECIFICATIONS:      Numeric values, 6 digit field

                     MMDDYY

*******************************************************************