# Exhibit 7
## Part 16

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

ENCLOSURE D

Page 1 of 1

## MEDICAID DRUG REBATE DATA ELEMENTS
## RECORD FROM HCFA TO STATE AGENCIES QUARTERLY

| Description | Size |
|---|---|
| Period covered, Calendar Quarter and Year | (03) |
| Labeler Code, 1st segment of NDC | (05) |
| Product Code, second segment of NDC | (04) |
| Package Size Code, third segment of NDC | (02) |
| Product FDA Registration Name (abbr.) | (10) |
| Drug Category: Single Source, Innovator Multiple Source or Non-innovator Multiple Source | (01) |
| DESI Drug Indicator | (01) |
| FDA Therapeutic Equivalence Explanation Code | (02) |
| Unit Type: cc, ml, tablet, etc. | (03) |
| Units Per Package Size Code | (10) |
| Rebate Amount Per Unit | (11) |
| FDA Approval Date | (06) |
| Date Drug Entered Market | (06) |
| Drug Termination Date | (06) |
| Drug Type (Rx or OTC) | (01) |
| Correction Record Flag | (01) |

ENCLOSURE E

Page 1 of 5

MEDICAID DRUG REBATE DATA ELEMENTS
RECORD FROM STATE AGENCIES TO HCFA AND MANUFACTURERS QUARTERLY

| Description | Size |
|---|---|
| State Code (Post Office abbr.) | (02) |
| Period Covered, Calendar Quarter and Year | (03) |
| Labeler Code, 1st segment of NDC | (05) |
| Product Code, second segment of NDC | (04) |
| Package Size Code, third segment of NDC | (02) |
| Product FDA Registration Name (abbr.) | (10) |
| Rebate Amount Per Unit | (11) |
| Total Units Reimbursed (per NDC) | (12) |
| Total Rebate Amount Claimed (per NDC) | (09) |
| Number of Prescriptions Reimbursed (per NDC) | (06) |
| Total Reimbursement Amount (per NDC) | (10) |
| Correction Record Flag | (01) |