# Exhibit 7

## Part 17

**State of California ex rel. Ven-A-Care of the Florida Keys, Inc.**
***v. Abbott Laboratories, Inc., et al.*, Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DATA ELEMENT NAME: | Product Code |
| DATA DEFINITION: | Second segment of National Drug Code. |
| SPECIFICATIONS: | Numeric values only, 4 digit field, right justified, zero filled |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DATA ELEMENT NAME: | Package Size Code |
| DATA DEFINITION: | Third segment of National Drug Code. |
| SPECIFICATIONS: | Numeric values only, 2 digit field right justified, zero filled |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DATA ELEMENT NAME: | Product FDA Registration Name (abbr.) |
| DATA DEFINITION: | First 10 characters of Product FDA Registration Name. |
| SPECIFICATIONS: | Alpha-numeric values, 10 positions |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| DATA ELEMENT: | Rebate Amount Per Unit |
| DATA DEFINITION: | HCFA-calculated amount per unit type. |
| SPECIFICATIONS: | Numeric values, 11 digits: 5 whole numbers and 6 decimals. Calculate to 7 decimals and round to 6. If not available, this field will appear as all zeroes. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*********************************************************************

DATA ELEMENT NAME:   Total Amount Reimbursed by State

DATA DEFINITION:   Total amount the State reimbursed per NDC to pharmacists for the quarter covered. Includes ingredient amount and dispensing fee(s).  Excludes co-payments and third party reimbursement.

SPECIFICATIONS:   Numeric values, 10 digits: 8 whole numbers and 2 decimals.

*********************************************************************

DATA ELEMENT:   Correction Record Flag

DATA DEFINITION:   Indicator that this record is a correction.

SPECIFICATIONS:   Numeric values, 1 digit

Valid values:  0 = original record
               1 = correction record