# Exhibit 8

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al*., **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

Morgan, Patricia Kay                                                                November 30, 2007

Tampa, FL

Page 1

```
 1                 UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3

 4    THE COMMONWEALTH OF MASSACHUSETTS,

 5              Plaintiff,

 6    vs.                                 CIVIL ACTION NO.

 7    MYLAN LABORATORIES INC.;            03-CV-11865-PBS

 8    BARR LABORATORIES, INC.;

 9    DURAMED PHARMACEUTICALS, INC.;

10    IVAX CORPORATION; WARRICK

11    PHARMACEUTICALS CORPORATION;

12    WATSON PHARMACEUTICALS, INC.;

13    SCHEIN PHARMACEUTICALS, INC.;

14    TEVA PHARMACEUTICALS USA, INC.;

15    PAR PHARMACEUTICAL, INC.;

16    DEY, INC.; ETHEX CORPORATION;

17    PUREPAC PHARMACEUTICAL CO.; and

18    ROXANE LABORATORIES,

19              Defendants.

20    _____/

21         VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN

22              Taken on Behalf of the Defendant
```

Morgan, Patricia Kay                                                November 30, 2007

Tampa, FL

Page 21

1   basically talk about how First DataBank did not

2   have a, quote, 10 percent rule, correct?

3        A.    That's correct.

4        Q.    And the 10 percent rule, as I understood

5   from your prior testimony, basically meant that

6   there was at least some -- a theory that in order

7   to achieve a generic price indicator for a

8   particular drug, that the generic price had to be

9   less than -- 10 percent less than the brand price.

10  Understanding that that's a theory, do you

11  basically understand that -- what I'm trying to set

12  forth there, that that's the theory, not that

13  that's what First DataBank did?

14       MR. MULLIN:  Objection; form.

15       THE WITNESS:  Yes, I understand your question.

16  And while it was not what we did, there was a

17  perception in the industry that there was such a

18  rule.

19       MR. FARQUHAR:  No further questions.

20       And I understand the way that this deposition

21  will work is that the Commonwealth of Massachusetts

22  will proceed to ask questions on cross-examination.