# Exhibit 12

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

**Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

**Coudert Brothers LLP**
ROBERT A. CHRISTOPHER (SBN 89035)
ERIK HANSHEW (SBN 214292)
530 Lytton Avenue, Suite 300
Palo Alto, California 94301-1541
Telephone: (650) 470-2900
Telecopier: (650) 470-2901

**Dickenson Peatman & Fogarty PLC**
PAUL G. CAREY (SBN 105357)
809 Coombs Street
Napa, California 94559-2977
Telephone: (707) 252-7122
Telecopied: (707) 255-6876

Attorneys for Plaintiff
Dey, L.P.

**ENDORSED**
APR 1 5 2003
Clerk of the Napa Superior Court
By: _L. WALKER_ Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF NAPA

| | |
|---|---|
| DEY, L.P., a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri corporation, d/b/a First DataBank and d/b/a/ PriceAlert; and<br>WOLTERS KLUWER HEALTH, INC., a Delaware corporation, d/b/a Medi-Span and d/b/a Facts and Comparisons,<br><br>Defendants. | Case No. **26-21019**<br><br>DECLARATION OF BECKY FARRIS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUCTION<br><br>Date: April 15, 2003<br>Time: 9:00 a.m.<br>Dept.: B<br><br>Complaint Filed: _____, 2003<br>Trial Date: N/A |

I, Becky Farris, declare under penalty of perjury under the laws of the State of California as follows:

1. I am a Sales Operation Coordinator at Dey, L.P. ("Dey"), the plaintiff in the above-referenced action. As to the following facts, I know them to be true of my own

- 1 -
DECLARATION OF BECKY FARRIS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057852V1

**HIGHLY CONFIDENTIAL**                                                                  **DEY-MDL-0104587**

knowledge and, if required, could competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2. I have been employed, in various capacities, with Dey for 5 years.

3. On Thursday, April 10, 2003 I received three voice mail messages from Dey customers regarding a reduction is Dey's Average Wholesale Price ("AWP") as published by First DataBank.

4. The first voice mail was from Don Duran of Medi-Rx, a long-term care provider based in Ohio. I returned Mr. Duran's call, at which point he informed me that he would not be adequately reimbursed for Dey products due to a dramatic decrease in AWP pricing as reported by First DataBank. As I was unaware of any decrease in AWP, I informed Mr. Duran that I would make inquiries and get back to him with additional information.

5. At that point, Mr. Duran became angered and informed be that he had cancelled all of his orders with Dey and that he was purchasing pharmaceuticals from Dey's competitors. Mr. Duran stated that he did not wish to do business with Dey any longer.

6. I informed Steve Desrosiers of my conversation with Mr. Duran. I refrained from returning the other calls until I received more information regarding the apparent AWP decreases.

7. Mr. Duran called back this morning and told me that he had contacted his software vendor, who verified the AWP's listed for Dey's products against those listed for Alpharma and Roxane (two of Dey's competitors for Albuterol Sulfate and Ipratropium Bromide). Mr. Duran verified that the AWP's listed for Alpharma and Roxane are now significantly higher than those reported for Dey products. Attached as Exhibit A is a true and correct copy of a fax sent to me by Mr. Duran containing handwritten notes listing the AWP price published for Dey, Alpharma and Roxane with an attached e-mail.

8. Mr. Duran told me has informed his employees not to order any Dey products until further notice. He told them to only purchase Roxane and Alpharma products.

- 2 -

DECLARATION OF BECKY FARRIS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057852V1

**HIGHLY CONFIDENTIAL**                                                                                                  **DEY-MDL-0104588**

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this declaration was executed this 14 day of April 2003 at
3  Napa, California.

_____
Becky Farris

- 3 -

DECLARATION OF BECKY FARRIS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057852V1

HIGHLY CONFIDENTIAL

DEY-MDL-0104589

**Transaction Data Systems, Inc.**
1565 Bustin Drive ♦ Ocoee, FL 34761-2989
(407) 614-0030 ♦ FAX (407) 614-0048

Date: 4/11/03   N° of Pages (incl. cover): 2   FAX N° 230-757-8525
Attention: DON   From: Dick

Comments:
This is the e-mail I sent to FIRST DATA BANK on the "bullet" price problem. You can see by their response, they are still not about to change it.

---

MEDI-RX PHARMACY
6401 OLDE STONE CROSSING
POLAND OH 44514
(330) 757-0886

Albuterol Bullets 60units

NDC 49502-697-60
Dey Awp. problem

Alpharma 0472-0831-60
Awp. (OK)

Ivax/Zenith 0172-6405-49
Awp (OK)

AwP
1.235/per 3mL   Bullet

MAC
.935

**HIGHLY CONFIDENTIAL**   DEY-MDL-0104590

MEDI-RX PHARMACY
5401 OLDE STONE CROSSING
POLAND OH 44514
(330) 757-8585

Hi Dick,
I checked with our editorial department concerning the reduction in AWP for Albuterol, NDC # 49502-0697-60. The AWP is correct, the manufacture does not set the AWP. This price reflects the latest WHN price reduction.

Thank You,
Bobi Sullivan
Customer Service

-----Original Message-----
From: Richard Jones [mailto:rjones@RX30.COM]
Sent: Thursday, April 10, 2003 12:33 PM
To: First Data Bank (E-mail)
Subject: AWP

From: Transaction Data Systems, acct # 200246

I e-mailed you yesterday on what was reported to us by pharmacy of an incorrect awp on Albuterol, ndc # 49502-0697-60. The awp had dropped by 1/3
and pharmacy was assured by wholesaler this was way wrong. I asked you to
check on the awp of .07666 per ml and was told this was correct as confirmed
the information you received from the mfr. Today another pharmacy called
me on this and said the same thing, only he had contacted Dey labs and was,
at that time, on the phone with a rep from First Data Bank, confirming that
the awp was, indeed, way off!! Besides having lost credibility with our customer, and he having lost considerable revenue, I would like to know how
you had confirmed this with the mfr, when they are the one now talking to
FDB to get this corrected asap, to prevent further loss. As I understand it,
there is another drug affected in the same way, ndc # 49502-0685-60. What
will be done about this, and when will we receive a corrected file?
Dick/TDS
This e-mail message is intended only for the personal use of the recipient(s) named above. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify First DataBank San Bruno Support (Helpdesk@firstdatabank.com) immediately by e-mail and delete the original message.

Fax   Att Bobby
888-617-7877

1

**HIGHLY CONFIDENTIAL**                                          DEY-MDL-0104591