# Exhibit 13

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

**Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

**Coudert Brothers LLP**
ROBERT A. CHRISTOPHER (SBN 89035)
ERIK HANSHEW (SBN 214292)
530 Lytton Avenue, Suite 300
Palo Alto, California 94301-1541
Telephone: (650) 470-2900
Telecopier: (650) 470-2901

**Dickensen Peatman & Fogarty PLC**
PAUL G. CAREY (SBN 105357)
809 Coombs Street
Napa, California 94559-2977
Telephone: (707) 252-7122
Telecopied: (707) 255-6876

Attorneys for Plaintiff
Dey, L.P.

ENDORSED
APR 15 2003
Clerk of the Napa Superior Court
By: L. WALKER
    Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF NAPA

| | |
|---|---|
| DEY, L.P., a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri corporation, d/b/a First DataBank and d/b/a PriceAlert; and<br>WOLTERS KLUWER HEALTH, INC., a Delaware corporation, d/b/a Medi-Span and d/b/a Facts and Comparisons,<br><br>Defendants. | Case No. **26-21019**<br><br>DECLARATION OF PAM MARRS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUCTION<br><br>Date: April 15, 2003<br>Time: 3:00 p.m.<br>Dept.: B<br><br>Complaint Filed: April  , 2003<br>Trial Date: N/A |

I, Pamela R. Marrs, declare under penalty of perjury under the laws of the State of California as follows:

- 1 -
DECLARATION OF PAM MARRS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057854V1

HIGHLY CONFIDENTIAL

DEY-MDL-0104594

1. I am the Senior Vice President and Chief Financial Officer of Dey, Inc., a Delaware corporation which is the sole general partner of Dey, L.P. ("Dey"), a Delaware limited partnership having its principal place of business and manufacturing facilities at 2751 Napa Valley Corporate Drive, Napa, California 94558. Dey is the plaintiff in the above-referenced action. As to the following facts, I know them to be true of my own knowledge and, if required, could competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2. I have been employed as an executive officer and Chief Financial Officer of Dey and Dey, Inc. for approximately 13 years.

3. In my position as Senior Vice President and Chief Financial Officer, I have the financial responsibility for Dey, and am involved in executive decisions relating to the future of Dey's business.

4. Various Dey staff members have informed me that First DataBank and Medi-Span, two electronic price reporting services to whom we provide pricing data, have recently changed the methodology they have used for the past ten years or more to calculate the published AWP for Dey's products. As a result, during the first week of April 2003, First DataBank and Medi-Span have dramatically lowered the AWPs reported for Dey's Albuterol Sulfate, Cromolyn Sodium and Ipratropium Bromide products, while we have no information that First DataBank has lowered the AWPs reported with respect to the products of Dey's competitors.

5. I have also been informed that numerous customers have called to complain that as a result of the lower AWP reported for Dey's products, they are not receiving adequate reimbursement for Dey's products from third party payors such as private insurance and state Medicaid programs. Some of Dey's customers have indicated that, should the AWPs reported by First DataBank and Medi-Span remain significantly lower than the AWPs of Dey's competitors, they will no longer buy Dey's products and will buy products from those competitors.

6. Dey's annual sales of Albuterol Sulfate, Ipratropium Bromide and Cromolyn Sodium were in excess of $100,000,000.00 dollars for 2002.

- 2 -

DECLARATION OF PAM MARRS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057854V1

HIGHLY CONFIDENTIAL

DEY-MDL-0104595

7. Over the past ten years, Dey has sold over a billion dollars in generic pharmaceuticals the U.S. Most of these drugs were made by Dey at its facility in Napa County, California.

8. The lowering of Dey's reported AWP by First DataBank and Medi-Span will result in significant and irreversible financial harm to Dey's business.

9. In fact, Dey has already considered reducing production of its generic products at the Napa plant in anticipation of mass customer defection due to First DataBank's and Medi-Span's conduct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 14 day of April, 2003 at Napa, California.

_____
Pamela R. Marrs

Coudert Brothers llp
TEL: (650) 470-2900
FAX: (650) 470-2901

- 3 -
DECLARATION OF PAM MARRS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057854V1

HIGHLY CONFIDENTIAL

DEY-MDL-0104596