# Exhibit 14

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337

**Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Page 291

 1              UNITED STATES DISTRICT COURT

 2              DISTRICT OF MASSACHUSETTS

 3                      --oOo--

 4   IN RE PHARMACEUTICAL INDUSTRY

 5   AVERAGE WHOLESALE PRICE LITIGATION

 6   --------------------------------- Volume 2

 7   THIS DOCUMENT RELATES TO:        MDL NO. 1456 Civil

 8   The City of New York, et al.,    Civil Action

 9        v.                          No. 01-12257-PBS

10   Abbott Laboratories, et al.

11   ---------------------------------

12   THIS DOCUMENT RELATES TO:

13   State of California, et al.

14   Ven-A-Care v. Abbott Laboratories,

15   Inc., et al., Case No.

16   03-cv-11226-PBS,

17   _____/

18                   JULY 9, 2008

19        DEPOSITION OF DEY, L.P. AND DEY, INC.

20              BY GARY WALKER

21        VOLUME II, PAGES 291 THROUGH 487

22   Reported By:  WENDY L. VAN MEERBEKE, CSR No. 3676

Page 360

1            MS. GIULIANA:  Objection to the form, no

2    foundation.

3            THE WITNESS:  I'm not certain exactly how

4    they handle those.  I know the question has come

5    up. I'm not certain if those went through the

6    rebate system or were handled as administrative

7    fees.

8            MR. WINGET-HERNANDEZ:

9    Q.   Turning back to the revenue reporting

10   system and accrued sales, are the accrued sales

11   utilized in connection with the calculation of

12   either the Dey ASP or the ASP that's reported to

13   the government for Medicare purposes?

14           MS. GIULIANA:  Objection to the form.

15           THE WITNESS:  They are not used for the

16   CMS ASP, but for internal ASP, they are used.

17           MR. WINGET-HERNANDEZ:

18   Q.   Why is that that they're used -- why are

19   they used for the internal ASP?

20           MS. GIULIANA:  Objection to the form.

21           MR. WINGET-HERNANDEZ:  What's the

22   objection?