# Exhibit 19

*State of California ex rel. Ven-A-Care of the Florida Keys, Inc.*
*v. Abbott Laboratories, Inc., et al.*, **Master Civil Action No. 01-12257-PBS,**
**Subcategory Case No. 06-11337**

**Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Johnston, Russell                    CONFIDENTIAL                    December 10, 2008
                                     New York, NY

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3       -------------------------------X

 4       In Re:  PHARMACEUTICAL          )

 5       INDUSTRY AVERAGE WHOLESALE      )  MDL No. 1456

 6       PRICE LITIGATION                ) Civil Action No.

 7       -----------------------------X 01-12257-PBS

 8       THIS DOCUMENT RELATES TO:       )

 9       United States of America ex    ) CONFIDENTIAL

10       rel. Ven-A-Care of the          )

11       Florida Keys, Inc., et al.      ) DEPOSITION OF

12       v. Dey, Inc., et al., Civil     ) RUSSELL JOHNSTON

13       Action No. 05-11084-PBS; and    )

14       United States of America ex    ) December 10, 2008

15       rel. Ven-A-Care of the          ) 9:39 a.m.

16       Florida Keys, Inc., et al.,     )

17       v. Boehringer Ingelheim Corp.,) New York, NY

18       et al., Civil Action No.        )

19       07-10248-PBS                    )

20       -------------------------------X

21

22
```

Johnston, Russell  CONFIDENTIAL  December 10, 2008
New York, NY

Page 104

```
 1   directly from Dey, the customer will actually
 2   acquire the product through a wholesaler?
 3       A.   Essentially, yes, through a full
 4   service wholesaler, yes.
 5       Q.   All right.  And in the case of indirect
 6   contracts do the customers ever in your
 7   experience pay for Dey products at or above Dey's
 8   WAC price?
 9            MR. DOYLE:  Objection as to form.
10       A.   I have no visibility to what the
11   purchaser is actually invoiced from a wholesaler,
12   I have no visibility to that.
13       Q.   Do you have any reason to believe that
14   customers who purchased drugs under an indirect
15   contract ever pay at or above WAC?
16            MR. DOYLE:  Objection as to form.
17       A.   And again, I have no visibility to it.
18   It's possible.
19       Q.   With regard to the agreement between
20   Dey and the indirect contract customer, does --
21   these agreements frequently have prices that are
22   agreed to between Dey and the customer, correct?
```