# Exhibit 23

**State of California ex rel. Ven-A-Care of the Florida Keys, Inc.
v. Abbott Laboratories, Inc., et al., Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment

Teringer, Kate

Philadelphia, PA

April 4, 2007

Page 1

```
 1            STATE OF WISCONSIN CIRCUIT COURT

 2                 DANE COUNTY, BRANCH 7

 3

 4    STATE OF WISCONSIN,         :

 5                                :

 6              Plaintiff,   :

 7                           : Case No. 04-CV-1709

 8       vs.                : Unclassified-Civil:

 9                           : 30703

10    AMGEN, INC., et al.,    :

11              Defendants. :

12            (CAPTION CONTINUED)

13         Oral deposition of KATE TERINGER,

14    was taken, pursuant to notice(s), at THE

15    PHILADELPHIA AIRPORT MARRIOTT, One Arrivals

16    Road, Business Suite No. 822, Philadelphia,

17    Pennsylvania, on Wednesday, April 4, 2007,

18    beginning at 11:50 a.m., before, M. Kathleen

19    Muino, Professional Shorthand Reporter and

20    Notary Public, there being present:

21

22                      - - -
```

Teringer, Kate                                                                                      April 4, 2007
Philadelphia, PA

Page 156

1    were explaining what the unit price is, and you

2    mentioned that it was the actual price, not to be

3    confused with the purchasing price?

4    A.    Correct.

5    Q.    I just want to make sure I understand what

6    that means.  Can you just kind of try to explain

7    that a little more?

8    A.    In the sale record, the unit price is the

9    price the customer is charged for that line item,

10   not to be confused with any other pricing that

11   might happen within receiving. Obviously, if

12   AmerisourceBergen receives a product, that unit

13   price is different from the price charged to the

14   customer.

15   Q.    Would the unit price be the same as a

16   contract price?

17   A.    It could be, if the item was sold on

18   contract.

19   Q.    Okay.  And --

20   A.    With a markup, usually.  So you would have

21   the contract price and a markup applied.

22   Q.    So the unit price would equal a contract

Teringer, Kate                                                                April 4, 2007
                              Philadelphia, PA

Page 157

 1    price plus markup?

 2    A.     Yes, if it's a contract sale.

 3    Q.     Are there any discounts or anything that

 4    would be taken into consideration with the unit

 5    price?

 6    A.     Not at that point.

 7             MS. EATHERTON:  Okay.  That's it for my

 8    questions.

 9             MR. DUEFFERT:  I have one follow-up and

10    then we can go to the phone.

11                        - - -

12             RE-CROSS-EXAMINATION

13                        - - -

14    BY MR. DUEFFERT:

15    Q.     On unit price, as shown in the data, would

16    that reflect all shipping and handling charges

17    charged to the customer?

18    A.     No, actually, I don't think it does. There's

19    a shipping and handling charge that is calculated

20    separately and kept in the invoice header.  So

21    freight charges are calculated outside that unit

22    price charged to the customer.  That's their price