# EXHIBIT 20



# Everything You've Always Wanted to Know About Pricing Data

## First DataBank 2005 Customer Seminar

April 5, 2005



**EXHIBIT**

Morgan-Ala 13
8/27/07  PC.

FDB-ALABAMA 087377
HIGHLY CONFIDENTIAL



# Objectives:

* Review First DataBank Price Fields and the Source of the Information

* Review New Alternative Benchmark Price Field

* Review First DataBank Generic Indicators and Proposed Changes to Indicators

* Avoid Bodily Harm

FDB-ALABAMA 087378
HIGHLY CONFIDENTIAL



# First DataBank Reports Prices

Pricing Fields Are Most Dynamic Fields on Database

Updated Daily

Customer Selects Frequency for Receiving Updates

Frequently Questioned As It Is the Money

FDB-ALABAMA 087379
HIGHLY CONFIDENTIAL



# Price Fields Provided

* Average Wholesale BlueBook Price  (BB)

* **Alternative Benchmark Price (ABP) New!**

* Wholesale Acquisition Cost (WAC, formerly WHN)

* Direct Price (DIR)

* BaseLine Price (BLP)
  – BlueBook
  – Wholesale Acquisition Cost
  – Direct Price

FDB-ALABAMA 087380
HIGHLY CONFIDENTIAL



# Price Fields Provided - Continued

* HCFA Federal Upper Limit Price (FFPUL)

* Medicaid AWP (MBB)

* Manufacturers Suggested Average Wholesale Price (SWP)
  – No Longer Offered to New Customers

* Calculated Average Wholesale Price (CWP)
  – Equivalent to BBAWP
  – No Longer Offered to New Customers

* Offer Both Package and Unit Prices per NCPDP Billing Unit Standard

FDB-ALABAMA 087381
HIGHLY CONFIDENTIAL



# BlueBook Average Wholesale Price

* Formerly Average of Prices Published by Wholesalers to Their Customers
* Survey of Wholesalers No Longer Viable Option
* Table for Mark-ups Frozen on 3/15/2005
  – New Manufacturers Will Not Be Added to Mark-up Table
  – Mark-up for New Manufacturers Fixed:
    • Prescription – 1.25 times WAC or Direct
    • OTC – 1.23 times WAC or Direct
    • WAC or Direct Not Provided
      – May Not Add to Database
      – Manufacturers Suggested Average Wholesale Price Used for BlueBook AWP

FDB-ALABAMA 087382
HIGHLY CONFIDENTIAL



# Why Change BlueBook AWP

* National Standard for AWP Does Not Exist

* Wholesaler Survey No Longer Viable Option

* BlueBook AWP Will Change Only when Manufacturers Change Price

* AWP Also Means "Ain't What's Paid"

FDB-ALABAMA 087383
HIGHLY CONFIDENTIAL



# BlueBook AWP

* Field was Populated by a Table that Contained Mark-up for Each Labeler on Database

* Will Be Populated for the Foreseeable Future

* Alternative Benchmark Price Will Replace BlueBook AWP When 95% of WAC or Dir Prices are Populated.

 – Customers Will Be Notified Prior to Change

* All New Labelers After 3/15/2005 Will Use ABP Mark-up

 – 1.25 times WAC or Direct for Prescription

 – 1.23 times WAC or Direct for OTC

FDB-ALABAMA 087384
HIGHLY CONFIDENTIAL



# Prescription versus OTC

* Label on Product Used to Populate Class

* FDA Determines if Product Can Be Marketed Without a Prescription

* FDA Does Not Require a Product that Can Be Marketed Over the Counter to be Sold as OTC

FDB-ALABAMA 087385
HIGHLY CONFIDENTIAL



# Wholesale Acquisition Cost

* Formerly Known as Net Wholesale Price (WHN)
* Changing to More Commonly Recognized Term:
  – Wholesale Acquisition Cost
  – WAC
  – Database Field Name Will Remain Unchanged
* WHN Previous Definition:
  Represents the manufacturer's published price for a drug product to wholesalers.
* Current Enhanced Definition with New Drug Policy
  – Definition Similar to Definition in Medicare Modernization Act
  – Definition Consistent with Previous WHN Definition

FDB-ALABAMA 087386
HIGHLY CONFIDENTIAL



FIRSTDATABANK

# WAC Definition

*Wholesale Acquisition Cost* (WAC) (previously referred to as Net Wholesale Price) as published by FDB represents the manufacturer's[1] published catalog or list price for a drug product to wholesalers. WAC does not represent actual transaction prices and does not include prompt pay or other discounts, rebates or reductions in price. FDB does not perform any independent investigation or analysis of actual transaction prices for purposes of reporting WAC. FDB relies on manufacturers to report or otherwise make available the values for the WAC data field.

[1] For purposes of this Drug Price Policy, the term "manufacturer" includes manufacturers, repackagers, private labelers and other suppliers.

FDB-ALABAMA 087387
HIGHLY CONFIDENTIAL



# Direct Price

- Direct Price Previous Definition was:
  Represents the manufacturer's published price for a drug product to non-wholesalers

- Current Enhanced Definition with New Drug Policy:
  Direct Price as published by FDB represents the manufacturer's published *catalog* or *list* price for a drug product to non-wholesalers. Direct Price does not represent actual transaction prices and does not include prompt pay or other discounts, rebates or reductions. FDB does not perform any independent investigation or analysis of actual transaction prices for purposes of reporting Direct Price. FDB relies on manufacturers to report or otherwise make available the values for the Direct Price data field.

FDB-ALABAMA 087388
HIGHLY CONFIDENTIAL



# Direct Price Continued

* Companies that Do Not Sell to Wholesalers Will Need to Report Direct Price

Examples:
- Re-packagers
- Private Label

FDB-ALABAMA 087389
HIGHLY CONFIDENTIAL



# Suggested Wholesale Price (SWP)

* Price Reported by Manufacturer as Suggested Price for the AWP
  – Similar to MSRP for Cars

* Current Enhanced Definition with New Drug Policy:

  SWP is a suggested price and does not represent actual transaction prices. First DataBank relies on manufacturers to report or otherwise make available the values for the SWP data field.

* Field Still Populated But Not Offered to New Customers

* Will Still be Used for Manufacturers Listed as 1XS

FDB-ALABAMA 087390
HIGHLY CONFIDENTIAL



# Alternative Benchmark Price

* New Data Element Effective 3/31/2005
* Based on Analysis of 4 Years of Pricing Data
* Will Use Class Field (CL)
  – Prescription Product (CL = F) Mark-up is 1.25 times WAC or Direct
  – OTC Product (CL = O) Mark-up is 1.23 times WAC or Direct
* Direct Used When WAC not reported
* Do Not Report WAC or Direct
  – ABP will be Zero with No Date
  – Stop reporting WAC or Direct – ABP will be Zero with a Date

FDB-ALABAMA 087391
HIGHLY CONFIDENTIAL



# Alternative Benchmark Price Continued

* Population of WAC and Direct Field
  – 57% of All Active NDCs have WAC or Direct Price
  – More than 80% Populated if Suppliers Such as Re-packagers and Private Labeler NDCs Excluded

* Companies Not Reporting WAC or Direct Will Be Listed at http://www.firstdatabank.com/customer support/drug pricing policy/manufacturers list/

FDB-ALABAMA 087392
HIGHLY CONFIDENTIAL



FIRSTDATABANK

# Alternative Benchmark Price Statistics

As of 3/23/2005

| | |
|---|---|
| Total NDCs | 289,649 |
| NDCs with ABP | 152,132 |
| Calculated from WAC | 120,396 |
| Calculated from Direct | 34,736 |
| NDCs No WAC and No Direct | 137,517 |
| Active NDCs | 96,385 |
| Active NDCs with ABP | 53,909 |
| Active NDCs without ABP | 42,476 |
| Labelers without WAC or Direct Price | 382 |

FDB-ALABAMA 087393
HIGHLY CONFIDENTIAL



# Fluconazole Price Examples

| NDC | Product | BBAWP | ABP | Direct | WAC |
|---|---|---|---|---|---|
| 00049342030 | DIFLUCAN 100 MG TABLET | 10.26966 | 10.26966 | 8.21566 | 8.21566 |
| 00054428813 | FLUCONAZOLE 100 MG TAB | 8.80300 | 0.00000 | 0.00000 | 0.00000 |
| 00093720356 | FLUCONAZOLE 100 MG TAB | 8.80300 | 1.76041 | 0.00000 | 1.40833 |
| 00172541146 | FLUCONAZOLE 100 MG TAB | 8.75400 | 0.73541 | 0.00000 | 0.58833 |
| 00378251693 | FLUCONAZOLE 100 MG TAB | 8.79333 | 0.91875 | 0.00000 | 0.73500 |
| 00555077201 | FLUCONAZOLE 100 MG TAB | 8.80200 | 1.45832 | 0.00000 | 1.16666 |
| 00781192931 | FLUCONAZOLE 100 MG TAB | 8.80266 | 1.14332 | 0.00000 | 0.91466 |
| 49884093911 | FLUCONAZOLE 100 MG TAB | 8.80233 | 0.00000 | 0.00000 | 0.00000 |

FDB-ALABAMA 087394
HIGHLY CONFIDENTIAL



# BaseLine Price (BLP)

* Statistical Analysis Applied to Calculate a Mean Average Price for Multi-source Products

* BLP Available for:
  – BlueBook AWP
  – WAC
  – Direct

* Must be Three Active Suppliers with Same Package Size

* Updated Monthly

FDB-ALABAMA 087395
HIGHLY CONFIDENTIAL



# HCFA FUL Price (FFPUL)

* HCFA (Health Care Financing Administration) Federal Upper Limit
* HCFA Name Change to CMS (Centers for Medicare & Medicaid Services)
* Frequently Referred to as MAC (Maximum Allowable Cost)
* Updated when Notified by CMS
* Per Regulation – Upper Limit is 150% of Lowest Priced Product
  – Which Price Is Not Specified In the Regulation
  – CMS States They Use the WAC Price

FDB-ALABAMA 087396
HIGHLY CONFIDENTIAL



# HCFA FUL Price (FFPUL) Continued

* Regulation Requires Listing of 3 Manufacturers in the Orange Book
  – Orange Book Only Lists Manufacturers

* Important to Notify First DataBank of Discontinued Products So the
  Products Are Removed from CMS Upper Limit Calculation

* Use of FUL Is Not Mandatory – Guideline Only

* State Drug Medicaid Programs May Establish Their Own MAC

FDB-ALABAMA 087397
HIGHLY CONFIDENTIAL



# Medicaid AWP (MBB)

* New Data Element in 2000

* Prices Provided to First DataBank by Department of Justice (DoJ)

* First DataBank Surveys DoJ Specified List of "Wholesalers" Every 6 Months for Price Changes

* To Date, No Wholesaler Has Responded to the DoJ Survey

FDB-ALABAMA 087398
HIGHLY CONFIDENTIAL



## Is It a Brand or Generic?



FDB-ALABAMA 087399
HIGHLY CONFIDENTIAL



# Generic Indicator (GI)

* Differentiates Single Source from Multi-Source Drugs

* Based on GCN/GCNSEQNO

* Only Two Values:
  – Single Source (2)
  – Multi-source (1)

FDB-ALABAMA 087400
HIGHLY CONFIDENTIAL



# GI Policy

* Policy Changed for Changing GI January, 2005
  - Prior to 1/2005, Waited 2 Weeks After Adding Second Commercially Available Product Before Changing GI
  - Now Change GI as Soon as Shipment of Second Commercially Available Product is Confirmed

* Re-packagers, Private Label and Puerto Rican Only Distributed Products Are Not Included in Determination

FDB-ALABAMA 087401
HIGHLY CONFIDENTIAL



# Generic Price Indicator (GPI)

* Differentiates Products Based on BlueBook AWP Price

* Most Common Package Size Used for Determination

* Products with High AWPs – Brand

* Products with Low AWPs - Generic

FDB-ALABAMA 087402
HIGHLY CONFIDENTIAL



# Generic Price Indicator (GPI) Continued

- Evaluated When AWP Changes

- Very Dynamic

- Constant Review Necessary to Maintain Proper Values

- 4 Values:
  - Brand (2)
  - Generic (1)
  - Cross Licensed (3)
  - Non-drug (0)

FDB-ALABAMA 087403
HIGHLY CONFIDENTIAL



# Generic Price Indicator (GPI) Continued

* Excludes Non-Drug Items
* Excludes Patent Protected/Cross-licensed Products
* Excludes Private Label and Re-packager Products from Calculation
* Independent of:
  – Name
  – Innovator Status
  – Labeler
* No Magic 10% Rule – Statistically Derived Common Package Size Used for Determination

FDB-ALABAMA 087404
HIGHLY CONFIDENTIAL



# Examples - NIZATIDINE 150MG CAPSULE

00093 - 1065 - 06 $2.38300  Generic

00172 - 5623 — 60 $2.38300  Generic

00185 - 0150 - 60  $2.39650  Generic

00378 - 5150 — 91 $2.39416  Generic

00591 - 3137 - 60 $2.38316  Generic

49884 - 0766 — 02 $2.75000  Brand

60505 - 0230 - 04  $2.38316  Generic

65726 - 0144 — 15 $3.05966  Brand  was 2.66280

FDB-ALABAMA 087405
HIGHLY CONFIDENTIAL



# Another Example

BENAZEPRIL HCL 5 MG Tablet AWP Comparison

00083 - 0059 — 30 $1.16790 Brand

00093 - 5124 — 01 $1.05110 Generic

00172 - 5350 — 60 $1.04530 Generic

00185 - 0505 - 01 $1.00910 Generic

00378 - 0441 — 01 $1.05000 Generic

00781 - 1891 - 01 $1.05110 Generic

58177 - 0341 — 04 $1.04990 Generic

62037 - 0516 — 01 $1.05110 Generic

63304 - 0736 — 05 $1.13088 Generic

FDB-ALABAMA 087406
HIGHLY CONFIDENTIAL



# Generic Price Indicator (GPI) Continued

Evaluating Policy Revision to Address Products that had a GPI of 1 (Generic) and are now 2 (Brand) Due to Products Being Discontinued

Considering

New Value or

Changing Definition of Existing Values

Example: Haloperidol

- Haldol Tablets Discontinued

- Haloperidol 1 mg Tablets Available from 2 Generic Manufacturers at the same BlueBook AWP

- GI on both is 1 (multi-source)

- GPI is 2 (brand priced)

FDB-ALABAMA 087407
HIGHLY CONFIDENTIAL



# Generic Manufacturer Indicator (GMI)

Specifies Product by Manfacturer Strategy:

∗ Brand Manufacturer (2)

∗ Generic Manufacturer (1)

∗ Niche (Alternative) Manufacturer (3)

∗ Non-drug Manufacturer (0)

FDB-ALABAMA 087408
HIGHLY CONFIDENTIAL



# Generic Manufacturer Indicator (GMI)
## Proposed Revision

Include Values for:

* Manufacturer Distributes Product in Puerto Rico Only

* Re-packager (in addition to Re-pack Flag)

* Private Label (in addition to Private Label Flag)

* Bulk Chemical Supplier

* Device Supplier

FDB-ALABAMA 087409
HIGHLY CONFIDENTIAL



# Generic Therapeutic Indicator (GTI)

Specifies Product as:

* Product is Listed in Orange Book with No Rating (2)

* Orange Book "A" Rated and GMI 1 (3)

* Orange Book "B" Rated and GMI 1 (1)

* Product Not Listed in Orange Book (0)

FDB-ALABAMA 087410
HIGHLY CONFIDENTIAL



# Generic Therapeutic Indicator (GTI)

Specifies Product as:

* Listed in Orange Book – No Rating (2)

* Orange Book "A" Rated (3)

* Orange Book "B" Rated (1)

* Product Not Listed in Orange Book (4)

* Product is Non-Drug (0)

FDB-ALABAMA 087411
HIGHLY CONFIDENTIAL



# Generic Therapeutic Indicator (GTI) Proposed Revision

Algorithm Used to Populate GTI Based on GMI

Propose Changing to Orange Book Codes and Eliminating GMI Component

FDB-ALABAMA 087412
HIGHLY CONFIDENTIAL



# Generic Name Indicator (GNI)

Specifies Product by Name:

* Brand Name (2)

* Generic Name (1)

* Alternative Product (3)

* Product Not a Drug Item (0)

FDB-ALABAMA 087413
HIGHLY CONFIDENTIAL



# Generic Name Indicator (GNI) Proposed Revision

Algorithm Used to Populate GNI Based on GMI

Propose Changing So that Only Name is Reflected in GNI

New Values:

∗ Brand Name (2)

∗ Generic Name (1)

∗ Alternative Product (3) **No Longer Valid**

∗ Product Not a Drug Item (0)

FDB-ALABAMA 087414
HIGHLY CONFIDENTIAL



# Generic Spread Indicator (GSI)

Specifies Product Based on Spread Between WAC and BlueBook AWP

* Brand Has Spread of 25% or Less (2)

* Generic Has Spread = to 25% or Greater (1)

* Alternative Has  Spread of 25% or Less but GMI is Generic (3)

* Spread Not Provided (4)

* Product is Not a Drug Item (0)

FDB-ALABAMA 087415
HIGHLY CONFIDENTIAL



# Generic Spread Indicator (GSI) Proposed Revision

GSI Populated on Algorithm Based on GMI

Propose Eliminating GMI Component and Populating On Spread

* Brand Has Spread of 25% or Less (2)
Generic Has Spread = to 25% or Greater (1)
Alternative Has  Spread of 25% or Less but GMI is Generic (3) **No Longer Valid**
Spread Not Provided (4)
* Product is a Not a Drug (0)

FDB-ALABAMA 087416
HIGHLY CONFIDENTIAL



# Innovator Indicator (INNOV)

Assigned to the First Product in a GCN for Drug Items

If Product is Sold to A Different Company – Innovator Flag is Assigned to New NDCs

Example: Capoten

00003045054 CAPOTEN 12.5 MG TABLET
        Sold to Par

49884079301 CAPOTEN 12.5 MG TABLET

Both Have Innovator Flag

FDB-ALABAMA 087417
HIGHLY CONFIDENTIAL



# Questions?

FDB-ALABAMA 087418
HIGHLY CONFIDENTIAL

# EXHIBIT 21

Page 286

**C O N F I D E N T I A L**

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

--------------------------------------------x

STATE OF ALABAMA,

                    Plaintiff,

          -against-              Case No. CV-05-219

ABBOTT LABORATORIES, INC, et al.,

                    Defendants.

--------------------------------------------x

(Captions Continued.)




                    VOLUME II

CONTINUED DEPOSITION OF CHRISTOPHER WORRELL

               MARCH 26, 2008

c5a55f95-e899-4898-a227-b8c26675756f

Worrell, Christopher - Vol II   CONFIDENTIAL                    March 26, 2008

Page 311

1  you had responsibility for both sales and
2  marketing; is that correct?
3      A.  Correct.
4      Q.  You worked there from approximately
5  January of 2002 until August of 2005, is that
6  correct?
7      A.  Yes.
8      Q.  In your first year there, you were
9  vice-president of marketing, is that correct?
10     A.  Yes.
11     Q.  And the remainder of your time at
12  Sandoz, you were vice-president of sales and
13  marketing; is that correct?
14     A.  Yes.
15     Q.  And in that latter position, you had
16  as many as 45 employees reporting to you; is that
17  correct?
18     A.  Approximately, yes.
19     Q.  And among other things, your
20  responsibility at Sandoz included managing its
21  entire U.S. portfolio of drug products to U.S.
22  customers, is that correct?
23     A.  Correct.

Page 312

1      Q.  And you also had responsibility for
2  pricing, is that correct?
3      A.  Yes.
4      Q.  And prior to working at Sandoz,
5  immediately prior to working at Sandoz, you
6  worked at Cardinal Health from approximately
7  February to December of 2001 after it acquired
8  Bindley Western, is that correct?
9      A.  Yes.
10     Q.  And you were vice-president of
11  generic formulary during that period of time at
12  Cardinal Health?
13     A.  Correct.
14     Q.  And prior to Cardinal Health's
15  acquisition of Bindley Western, you were employed
16  by Bindley Western from approximately September
17  of 1999 to February of 2001, is that correct?
18     A.  Yes.
19     Q.  And during that period of time, you
20  were vice-president of pharmacy strategies, is
21  that correct?
22     A.  Yes.
23     Q.  And in that position, you had

Page 313

1  responsibility for generic pharmaceutical
2  purchasing and sales to Bindley Western's
3  customers, is that correct?
4      A.  Correct in terms of purchasing.  In
5  terms of sales, I worked with a formal sales team
6  in the field to market the program.
7      Q.  And Bindley Western and Cardinal
8  Health are drug wholesalers, is that correct?
9      A.  Yes, they are.
10     Q.  And they were at the time you were
11  employed by them?
12     A.  Yes.
13     Q.  And from 1992 to 1999, approximately,
14  you were employed by CVS, is that correct?
15     A.  Yes.
16     Q.  And a CVS is a chain of retail
17  pharmacies, is that correct?
18     A.  Correct.
19     Q.  And at CVS, among other things, you
20  had responsibility for purchasing, is that
21  correct?
22     A.  Yes.
23     Q.  And among other things, you

Page 314

1  negotiated contracts with wholesalers, is that
2  correct?
3      A.  Correct.
4      Q.  You also spent two years at CVS as a
5  pharmacist, is that correct?
6      A.  Yes.
7      Q.  Let me focus on your employment,
8  then, at Sandoz, Inc.  And by way of background
9  for the benefit of the jury, Sandoz, Inc., is a
10  manufacturer of generic drugs, is that correct?
11     A.  Correct.
12     Q.  And generic drug is different from a
13  brand drug, is that correct?
14     A.  In terms of the FDA approval process,
15  yes.
16     Q.  Yes, but it is -- thank you for that
17  clarification, but a brand name drug would be the
18  first drug to market with FDA approval and would
19  have patent protection for some period of time,
20  is that correct?
21     A.  Yes, it is.
22     Q.  And after that patent protection
23  expires, generic equivalents, that is, the

8 (Pages 311 to 314)

c5a55f95-e899-4898-a227-b8c26675756f

Worrell, Christopher - Vol II   CONFIDENTIAL                    March 26, 2008

Page 331

1  then.  The contract prices for retail customers
2  that buy directly from Sandoz, those prices were
3  always less than the corresponding WAC for a
4  particular drug; is that correct?
5      A.  Not in all cases.  In most cases.
6      Q.  Well, would you agree with me that
7  WAC is the most or the highest contract price
8  that would exist for a retail customer purchasing
9  directly from Sandoz?
10     A.  Yes.
11     Q.  But in most cases, the contract price
12  was less than that WAC; is that correct?
13     A.  On most products, yes.
14     Q.  And that contract price would not
15  include things such as rebates or discounts that
16  could be offered to that customer; is that
17  correct?
18     A.  Can you repeat that?
19     Q.  Sure.  The contract price that would
20  be negotiated between Sandoz and a retail
21  customer purchasing directly may not necessarily
22  be the net price paid by that customer.  By that
23  I mean, it would not necessarily include things

Page 332

1  such as rebates or discounts that could be
2  provided pursuant to a contract with that
3  customer; is that correct?
4      A.  To the extent that a direct customer
5  had a rebate or discount program, yes.  Some did,
6  some did not.
7      Q.  And so generally speaking, it was the
8  case that for a particular Sandoz drug, the AWP
9  was always higher than the WAC, and the WAC was
10  the highest price, or highest contract price that
11  would exist for a retail customer purchasing
12  directly from Sandoz, is that correct?
13     A.  Yes.
14     Q.  And the contract price for a retail
15  customer purchasing directly from Sandoz could be
16  well below the WAC for that particular drug; is
17  that correct?
18     A.  On a customer-by-customer basis, that
19  is possible.
20     Q.  And expressed as a percentage, now,
21  looking at the, say, percentage below the WAC,
22  what was the largest percent difference between a
23  WAC and a contract price for a retail customer

Page 333

1  purchasing directly from Sandoz?
2      A.  It would be hard to give you an
3  answer because we never measured that, that I
4  recall.
5      Q.  Okay.  Well, I may show you some
6  documents later and we can go through that.
7      A.  Sure.
8      Q.  Would it surprise you to find that a
9  contract price for a retail purchaser or retail
10  customer purchasing directly from Sandoz could be
11  as much as fifty percent below the WAC for that
12  drug?
13     A.  That's possible.
14     Q.  Is it possible that the contract
15  price for a retail customer purchasing directly
16  from Sandoz could be as much as 75 percent below
17  the WAC for that drug?
18     A.  That's possible.
19         MR. LIBMAN:  Has anyone just joined
20  the conference call?
21         Sometime there's a little pause.  Has
22  anybody joined our conference call?
23         For the record, there was another

Page 334

1  chime on the speakerphone, and we'll hope
2  that whoever, if someone did join, that
3  they will make their appearance.  I'll
4  inquire in a few minutes to see if that's
5  the case.
6      Q.  Would it surprise you to see a
7  contract price for a retail customer purchasing
8  directly from Sandoz to be as much as 90 percent
9  below the WAC for that particular drug?
10     A.  That seems to be quite large, but
11  it's possible.
12         MR. LIBMAN:  Is there someone who has
13  called into the conference call?
14         MR. V. CARTER:  It's muted,
15  perhaps --
16         MR. LIBMAN:  I don't believe so.
17         (A pause in the proceedings.)
18         MR. LIBMAN:  If anyone's on the
19  conference call would you please state
20  your appearance on the record, as you have
21  an obligation to do so.
22         (A pause in the proceedings.)
23     Q.  Let's talk then for a moment about

13 (Pages 331 to 334)

c5a55f95-e899-4898-a227-b8c26675756f

Worrell, Christopher - Vol II   CONFIDENTIAL                    March 26, 2008

Page 383

1  sell a product at, but at times it may by
2  coincidence be the same price.
3      I have no understanding or knowledge
4  of what they sell the actual product price to the
5  customer at. So my definition of "Average
6  Wholesale Price" is not the price that a
7  wholesaler would charge a customer necessarily.
8      Q. What is your definition of Average
9  Wholesale Price then?
10     A. In context --
11         MR. CROSS: I'm assuming for purposes
12     of these questions that you're asking
13     about Average Wholesale Price in the
14     context of this lawsuit, the so-called
15     AWP, as opposed to some abstract question.
16     Q. Well, let me ask you this:
17         During the time you were at Sandoz,
18  Sandoz used the term "AWP" or "Average Wholesale
19  Price," is that correct?
20     A. Yes.
21     Q. And can you define the term "Average
22  Wholesale Price" based on its use during the time
23  you were at Sandoz.

Page 384

1      A. Yes, the intent of our price was to
2  publish it within the editorial agencies to
3  ensure generic designation of our products
4  relative to the referenced branded product.
5      Q. So you did not define it in the
6  context of what retailers were in fact paying
7  wholesalers to acquire Sandoz product, is that
8  correct?
9      A. We did not.
10     Q. And are you aware that First
11  DataBank, to whom Sandoz reported AWPs and
12  published the AWPs for Sandoz, has in numerous
13  publications defined AWP differently than the way
14  you've just defined it?
15     A. I would not know what they defined
16  that term as.
17     Q. Have you ever seen any publications
18  from Sandoz that define the term, "Average
19  Wholesale Price," or, "AWP," or explained its
20  meaning?
21         MR. CROSS: Of Sandoz or First
22     DataBank?
23         MR. LIBMAN: Could you repeat the

Page 385

1      question, please?
2         (Record read.)
3         MR. LIBMAN: I'll withdraw the
4      question.
5      Q. Have you seen any publications issued
6  or authored by First DataBank that define the
7  term "Average Wholesale Price" differently than
8  the way you've just defined it?
9      A. No.
10         MR. LIBMAN: We're up to 28?
11         (Deposition Exhibit Worrell 028,
12     three-page document entitled, "First
13     DataBank Monthly Interest" dated 9/91,
14     Bates numbered R1-01923 through 19295,
15     marked for identification, as of this
16     date.)
17         (Document placed before the witness.)
18     Q. You have before you what's been
19  marked as Worrell Exhibit 28.
20         MR. LIBMAN: For the record, it's a
21     three-page document entitled, "First
22     DataBank Monthly Interest." The date in
23     the top right of September 1991, it has

Page 386

1      Bates numbers of R1-01923 through 19295.
2      Q. Have you ever seen this document
3  before, Mr. Worrell?
4      A. No.
5      Q. Have you ever heard of a publication
6  from First DataBank during any of the time you've
7  worked in the pharmaceutical industry, of a
8  publication called, "Monthly Interest?"
9      A. No.
10     Q. If I could call your attention to the
11  first column here, where it reads, "Understanding
12  AWP," do you see that?
13     A. Yes.
14     Q. It says, "Average Wholesale Price
15  ('AWP') is perhaps the most misunderstood concept
16  in the pharmaceutical industry. The purpose of
17  this article is to describe what is meant by AWP
18  and to explain some of the underlying concepts
19  involved in the acquisition, determination and
20  maintenance of First DataBank's AWP. AWP
21  represents an average price which a wholesaler
22  would charge a pharmacy for a particular
23  product." And it continues.

26 (Pages 383 to 386)

c5a55f95-e899-4898-a227-b8c26675756f

Page 399

1      not bring the entire document with me,
2      although I have a copy electronically if
3      somebody wants to look at it.
4      Q.  Now, the only portions of this 1995
5  report are contained here, although I did want to
6  call your attention to a glossary of terms that,
7  just towards the middle of the document, and if
8  you look towards the bottom there's a page number
9  46. It's a little sort of faded. I wanted to
10 call your attention to that page number. If
11 you'd let me know when you're there.
12     A.  Yes, I'm there.
13     Q.  And do you see there's a definition
14 of the term "Average Wholesale Price ('AWP')"
15 that reads, "The composite wholesale prices
16 charged on a specific commodity that is assigned
17 by the drug manufacturer and is listed in either
18 the Red or Blue Books."
19         Did I read that correctly?
20     A.  Yes, you did.
21     Q.  And is that definition that I just
22 read to you also different than the definition of
23 AWP that you gave previously as you understood

Page 400

1  Sandoz to use that term during your time there?
2      A.  It is different.
3      Q.  Thank you. So I'd asked you a number
4  of questions about the term "AWP" as Sandoz used
5  it during your time there.
6         Let me ask you whether at any time
7  during your many years in the pharmaceutical
8  industry, including your time at CVS or Bindley
9  Western or Cardinal, whether you ever had any
10 understanding of AWP that's different than the
11 understanding you had of it while you were at
12 Sandoz.
13     A.  No, I would say it was the same.
14     Q.  Would you agree with me that the
15 average wholesale prices or AWPs that Sandoz
16 reports to First DataBank and that First DataBank
17 publishes for Sandoz products are not in fact the
18 actual average prices charged by wholesalers to
19 their customers for Sandoz products?
20     A.  I think we covered that before
21 somewhat. But I don't know what wholesalers
22 charge their customers so I don't know if the AWP
23 that I publish is the same as what a wholesaler

Page 401

1  charges their customer for a product. I don't
2  know that.
3      Q.  Okay. Well, do you believe that to
4  be the case?
5      A.  Sometimes yes, sometimes no, because
6  I don't have access to what they charge.
7      Q.  Well, sitting here today, do you have
8  any information that indicates that any retail
9  customer of Sandoz has ever paid AWP for a
10 product, either purchased directly from Sandoz or
11 purchased indirectly through a wholesaler?
12     A.  For direct customers, I can tell you
13 affirmatively that no customer was charged AWP
14 from Sandoz. For sales that went through
15 wholesalers, I don't know what they eventually
16 charged the customer. I was not privy to that
17 information.
18     Q.  But you don't believe that they
19 charged their customers AWP for any Sandoz
20 product, do you?
21     A.  I just don't know. It could be, it
22 could not be. I don't know.
23     Q.  All right. Well, let's break this

Page 402

1  down, then. With regard to the direct purchases
2  made by retail customers to Sandoz, as you said,
3  you know for a fact that those purchases, the
4  price was never as high as AWP, is that correct?
5      A.  Correct. The contract prices to our
6  direct purchasing customers were not as high as
7  AWP.
8      Q.  And that's because the contract
9  prices were always less than the WAC, which was
10 always at least 25 percent below the AWP, is that
11 correct?
12     A.  Somewhat correct. I think I said the
13 prices would be WAC or less.
14     Q.  Okay. But the rest of my question
15 was correct, that is, the highest price that a
16 direct purchaser ever paid Sandoz for a Sandoz
17 product was the WAC, which was always at least 25
18 percent below the AWP, is that correct?
19     A.  Correct.
20     Q.  Then let's talk about the indirect
21 purchases of Sandoz products through wholesalers.
22         We talked about the fact that some of
23 those are sometimes made pursuant to contracts

c5a55f95-e899-4898-a227-b8c26675756f

Worrell, Christopher - Vol II   CONFIDENTIAL                      March 26, 2008

Page 403

1  that Sandoz enters into with those retail
2  customers, correct?
3      A. Correct.
4      Q. And that contract price, as we
5  covered earlier, is always, I should say is never
6  greater than WAC, is that correct?
7      A. The contract prices that we would set
8  with indirect customers that we controlled were
9  always at WAC or less, yes.
10     Q. Okay. And again, the WAC was always
11 at least 25 percent below the AWP, is that
12 correct?
13     A. Yes.
14     Q. Okay. So would you agree with me
15 that, when the wholesaler would resell a Sandoz
16 product to a retail customer who was purchasing
17 indirectly, they may add a small upcharge or
18 markup to the price that they paid to acquire it
19 from Sandoz, is that correct?
20     A. They would apply some markup. I'm
21 not sure how you define "small."
22     Q. That's fine. But you do agree that
23 they may apply some markup, is that correct?

Page 404

1      A. I would suspect they almost always
2  apply a markup to cover their cost and profit.
3      Q. And you also know that because of the
4  time you spent working for wholesalers, is that
5  correct?
6      A. Correct.
7      Q. That would include Bindley Western
8  and Cardinal, correct?
9      A. Correct.
10     Q. And would you agree with me that,
11 based on your time both at wholesalers and your
12 knowledge of the industry generally, that that
13 markup that the wholesaler applies is small?
14     A. Small in percentage terms or dollar
15 terms?
16     Q. In percentage terms.
17     A. No, I would disagree. I would say it
18 would depend on the dollar price of a product.
19 Certainly, a very low price product would have a
20 high percentage markup, and a very high priced
21 product would have a low percentage markup,
22 although the dollar amounts may be the same. The
23 wholesaler is trying to cover fixed costs and

Page 405

1  distribution.
2      Q. And in percentage terms, for example,
3  would you agree with me that the markup that a
4  wholesaler applies to a Sandoz product when they
5  sell it to an indirect retail customer is
6  generally less than five percent?
7      A. No, I would not say it's generally
8  less than five. On high-cost branded products,
9  less than five may be accurate. On low-cost
10 generics, where they have to cover distribution
11 costs, it could be greater than five.
12     Q. How much greater than five, in your
13 experience?
14     A. I've seen ranges from five to fifty
15 to 75 percent.
16     Q. So you say you've seen that during
17 your time at wholesalers?
18     A. My time at wholesalers, correct.
19     Q. So can you give me a concrete
20 example, then, you know, for a Sandoz product
21 using real numbers, we can understand the kind of
22 markup you're talking about?
23     MR. CROSS: I'm going to object. I

Page 406

1      think I know where you're going and I
2      don't object to the thrust of it. But
3      you're kind of switching on him. You
4      asked him a question about his experience
5      at Bindley and then you flipped and said,
6      "Give me a concrete example of a price at
7      Sandoz." He said he was aware of those
8      kinds of mark-ups at Bindley and now
9      you're asking him whether he was aware of
10     those kinds of mark-ups at Sandoz.
11     Q. Do you understand my question?
12     MR. CROSS: Just get it clear, that's
13     all.
14     A. Yes, I understand the question. At
15 Sandoz I wasn't privy to what a wholesaler would
16 mark up any of our products to their final
17 customer, so I can't give you those examples. In
18 my time at a wholesaler, I can give you a
19 theoretical example of a markup in terms of
20 dollar or percentage on a low- and high-priced
21 product.
22     I think I gave you a high-priced
23 product example already. On a low-priced

Henderson Legal Services, Inc.
202-220-4158                        www.hendersonlegalservices.com

c5a55f95-e899-4898-a227-b8c26675756f

Worrell, Christopher - Vol II   CONFIDENTIAL                    March 26, 2008

Page 471

1  there would be a business reason for Sandoz to
2  raise its AWP even though the market price for
3  the Sandoz drug had not changed?
4        MR. CROSS:  Had not or was not likely
5  to?
6        MR. LIBMAN:  Had not changed.
7        A.  Not usually, no.
8        Q.  And what about WACs, is there any
9  circumstance in which there's a business reason
10 for Sandoz to raise the WAC of one of its
11 products when the market price as we defined it
12 earlier had not changed?
13       A.  That may be a little bit of a
14 misnomer because I'm defining WAC as a market
15 price.  So when you say market price doesn't
16 change, there's no reason the WAC would change,
17 or by definition, if the market price changed,
18 the WAC has changed, because I consider that a
19 market price.
20       Q.  Well, let's talk about, are there
21 other types of market prices apart from the WAC
22 prices?
23       A.  Yes, there would be contract prices.

Page 472

1        Q.  Okay, let's talk about contract
2  prices.  Is there any circumstance you're aware
3  of in which Sandoz would have a business reason
4  for raising the WAC of one of its products when
5  the contract price for that product hadn't
6  changed?
7        A.  Yes.
8        Q.  Can you explain that?
9        A.  Well, the WAC is a price that we sell
10 to wholesalers, which is one segment of the
11 market.  A contract price as we've defined,
12 maybe, to different customers, it could be to an
13 indirect customer, could be to a direct customer.
14 I may have a situation where I see an opportunity
15 to raise my market wholesale acquisition price to
16 the wholesaler class of trade, but my contract
17 customer or contract price with customer X or
18 whoever it may be, I don't see an opportunity to
19 raise that price.  So one may change and the
20 other may not.
21       Conversely, I may not change my WAC
22 price, and I may increase or decrease my contract
23 price.  The market doesn't always move in tandem.

Page 473

1  There may be certain customers that are causing
2  price adjustments.
3        Q.  And if there was a reason to increase
4  the WAC price, was there ever a circumstance in
5  which there was a business reason for also
6  raising the AWP for a product?
7        A.  Yes.
8        Q.  Can you explain that, please.
9        A.  Well, when we are doing a, what we
10 call a general price increase, meaning to most
11 customers or all customers, we will look at all
12 the pricing and go back to our original, what I
13 call price launch model, which is to set the AWP
14 at a discount to the innovator or brand product,
15 to set the WAC at a certain discount, and then we
16 would decide on a case-by-case basis with certain
17 customers how much we could raise the contract
18 price.
19       Q.  And why then would you also increase
20 the AWP?
21       A.  Well, there's always a concern I
22 would have that, if this was a large enough price
23 increase, and my WAC were to be higher than my

Page 474

1  AWP, because I hadn't changed the AWP but I had
2  changed the WAC, I'm not sure what the
3  ramifications of that would be.
4        I just never really gave it much
5  thought, but I wasn't going to have to deal with
6  a potential problem if my WAC was higher than my
7  AWP.  So if we were going to do a price increase,
8  we would move all of them in tandem at the time.
9        Q.  So you wanted to make sure that the
10 AWP was higher than the WAC for a Sandoz product,
11 is that what you're saying?
12       A.  Yes.
13       Q.  Apart from the circumstance you just
14 described in which you wanted to be sure that any
15 WAC increase would not result in a WAC exceeding
16 the AWP, was there any other business reason that
17 you can think of why Sandoz might raise an AWP
18 for one of it products while it's raising the
19 WAC?
20       A.  That would be the primary reason.
21       Q.  Is there any other reason apart from
22 the primary reason that you can think of?
23       A.  Not that's coming to mind.

48 (Pages 471 to 474)

c5a55f95-e899-4898-a227-b8c26675756f

Worrell, Christopher - Vol II   CONFIDENTIAL                    March 26, 2008

Page 483

1      A.  I think you might have asked that,
2  but anyway, I'll clarify it.  I don't recall any
3  situation whether that would have happened.
4      Q.  Thank you.  Let me show you a few
5  other documents.
6         Before I do that, I'm trying to
7  recall your testimony from earlier this morning.
8  Did you testify that you had not seen any
9  documents while you were at Sandoz that compared
10  the contract prices to the WAC prices expressed
11  as a percentage, that is, for example, how many
12  percent below a WAC price a particular contract
13  price represented?
14      A.  Correct, I don't recall those
15  documents.
16      Q.  Okay.
17       MR. ROSS:  Mark that, please.
18       (Deposition Exhibit Worrell 042,
19       document entitled, "Geneva Pharmaceuticals
20       Price List Updated January 23, 2003,"
21       Bates-stamped SANDOZ CAL 00096506 through
22       96512, marked for identification, as of
23       this date.)

Page 484

1      Q.  Sir, you have before you what's been
2  marked as Exhibit 42.
3       MR. LIBMAN:  For the record, it's a
4       document Bates-stamped SANDOZ CAL 00096506
5       through 96512 and it's entitled, "Geneva
6       Pharmaceuticals Price List Updated January
7       23, 2003," to the left of that it says,
8       "WAC to average contract price
9       comparison."
10      Q.  Do you see that?
11      A.  Yes.
12      Q.  Have you ever seen this document or a
13  document similar to this before?
14      A.  No.
15      Q.  Did you ever have any conversations
16  with Kevin Galownia, the pricing manager for
17  Sandoz, about his preparation of tables like this
18  or analyses like this?
19      A.  I can imagine why Kevin would do an
20  analysis like this, yes.
21      Q.  My question was a little different,
22  whether you ever had any conversations with
23  Mr. Galownia about his preparing tables like this

Page 485

1  or conducting analyses like this.
2      A.  I don't recall.
3      Q.  Okay.  And will you agree with me
4  that this table, in addition to listing
5  particular drugs by description and size and
6  whether it's a tablet, for example, or capsule,
7  has a number of other items including columns
8  entitled, "AWP," "WAC," "Three-month average
9  price," and, "Average price percent discount for
10  WAC."
11         Do you see that?
12      A.  Yes.
13      Q.  And then would you agree with me
14  that -- well, also this table indicates in the
15  top right corner, has the words "high" of 75
16  percent and "low" of 35 percent, do you see that?
17      A.  Yes.
18      Q.  Do you recognize that to be the range
19  in terms of percentage for which the average
20  contract price was discounted below the WAC for a
21  Sandoz product?
22      A.  That's what it appears to be, yes.
23      Q.  So if the average contract price

Page 486

1  percent discount to WAC was between 35 percent
2  and 75 percent, and AWP was always above WAC,
3  would you agree with me that the percent
4  discounts, the contract prices represented
5  relative to AWP, would be even greater than that
6  range?
7      A.  Yes, they would be.
8      Q.  And going back to the drug we've been
9  talking about before, Atenolol, if you could take
10  a look here, let's take a look at the -- it's on
11  the first page, the last of the Atenolol, the one
12  hundred milligram, one thousand tablets, do you
13  see that?
14      A.  Yes.
15      Q.  And that lists an AWP of $1,188.93,
16  do you see that?
17      A.  Yes.
18      Q.  And a WAC of 154.57, do you see that?
19      A.  Yes.
20      Q.  A three-month average price of
21  $56.75, do you see that?
22      A.  Yes.
23      Q.  By the way, do you know what the

Henderson Legal Services, Inc.
202-220-4158                    www.hendersonlegalservices.com

c5a55f95-e899-4898-a227-b8c26675756f

# EXHIBIT 22

NO. D-1-GV-07-001259

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE DISTRICT COURT |
| | ) |
| ex rel. | ) |
|    VEN-A-CARE OF THE | ) |
|    FLORIDA KEYS, INC., | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| VS. | ) TRAVIS COUNTY, TEXAS |
| | ) |
| SANDOZ, INC. f/k/a GENEVA | ) |
| PHARMACEUTICALS, INC., | ) |
| EON LABS, | ) |
| | ) |
| MYLAN PHARMACEUTICALS, INC., | ) |
| MYLAN INC., f/k/a MYLAN | ) |
| LABORATORIES, INC., | ) |
| UDL LABORATORIES, INC. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, | ) |
| INC., f/k/a LEMMON | ) |
| PHARMACEUTICALS, INC., | ) |
| COPLEY PHARMACEUTICALS, | ) |
| INC., IVAX PHARMACEUTICALS, | ) |
| INC., f/k/a ZENITH-GOLDLINE | ) |
| PHARMACEUTICALS, INC., IVAX | ) |
| CORPORATION, SICOR | ) |
| PHARMACEUTICALS, INC. f/k/a | ) |
| GENSIA SICOR PHARMACEUTICALS,| ) |
| INC. f/k/a GENSIA INC., and | ) |
| NOVOPHARM USA, INC. | ) |
|      Defendants. | ) 201ST JUDICIAL DISTRICT |

*********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

CHRISTOPHER JOHN WORRELL

September 29, 2009

*********************************************************

Christopher Worrell - 9/29/09

Page 326

1   customer is through a negotiation that Geneva has had
2   with that particular customer.  Or if the wholesaler
3   is representing customers with the wholesaler.
4           But if a -- you know, pharmacy XYZ
5   decides to buy one of our products from a wholesaler
6   and they're not buying on contract, we have no idea
7   about that transaction.  Not only do we not know what
8   price they charge, we don't even know who they sold it
9   to.
10  Q.  Now, at the time that Geneva or Sandoz ships
11  products to the wholesaler, did they know how much of
12  that product is going to be sold on contract and how
13  much is going to be sold off contract?
14  A.  No.  Again, we ship it.  We -- we have
15  contracts loaded with the wholesaler for various
16  customer groups.  Some customers would give -- give us
17  forecasts of what they expected to buy.  And remember,
18  they can change at any given time if they -- if our
19  price isn't as aggressive enough as they would like.
20  And that would happen on a regular basis.  So even if
21  they projected our sales would be a thousand units a
22  month, the next month we could lose all the sales.
23  They would switch to something else.  So the loyalty
24  was kind of low in terms of that and at the end of the
25  day we would ship product to them with contracts

Page 327

1   loaded, but we would not know exactly how much would
2   be sold on each contract.
3   Q.  At the time that Geneva or Sandoz shipped
4   product to the wholesalers, would they know how
5   many -- or how much distribution allowance would be
6   earned by the wholesaler on that product?
7   A.  No, not until much later on in the process
8   when you did some type -- we talked about this today,
9   some type of reconciliation to determine, okay, we've
10  sold a thousand bottles in January.  You know, months
11  later we -- you know, the wholesaler sold that out to
12  a group of customers and we can try to make some
13  estimates later on about, well, we've got this many
14  chargebacks in February and March and April and
15  they're telling us they sold a hundred bottles, you
16  know, non-contract so they get a rebate on that.  So
17  we were relying on data from them and usually it
18  lagged much later.  Additionally, we didn't have the
19  inventory levels, so we didn't know how much they
20  really sold.  And that was one of the major challenges
21  that you ship them a thousand bottles.  You don't know
22  if they're holding 500 bottles in stock or 900 bottles
23  in stock or none.  So it was always a very
24  retrospective calculation and it was always an
25  estimate many months later.

Page 328

1   Q.  Okay.  Would that also apply to other
2   discounts and rebates that the wholesaler might or
3   might not qualify for?
4   A.  It would apply to almost any of that --
5   all -- all rebates that are sales-out based, once they
6   sell the product they earn a rebate.  Any rebate like
7   that we wouldn't know until after they reported some
8   type of a sale to us.
9           And again, they didn't report all sales
10  to us, so we have to sort of rely on them at the end
11  of a quarter or end of the year to give us some type
12  of a report as to what they sold.
13          The only type of rebate or discount we
14  could generally depend upon was the two percent
15  prompt-pay discount, and even that wasn't earned if
16  they didn't pay within the prescribed terms.  Now, in
17  reality they almost always paid within the prescribed
18  term, so we would always assume the two percent
19  discount was going to happen.
20  Q.  Okay.  So on the day that Geneva or Sandoz
21  sold the product to the wholesaler, could it state
22  unequivocally what the net price was of that product
23  that it sold on that day to that wholesaler?
24  A.  No.  You would just not know that.  We can
25  state the WAC price and the invoice -- or the invoice

Page 329

1   price we sold it to them.
2   Q.  Turn your attention to - I'm trying to do
3   this in a -- in a group - Exhibits 14, 15 and 16.  And
4   I would like to do them all in a group because they
5   are all examples of excerpts of testimony that you
6   were given or shown by counsel and then asked whether
7   your current testimony is consistent with it.  And I
8   just want to give you the opportunity -- I believe
9   your answer in all those instances was that it was
10  consistent, but I want to give you an opportunity to
11  explain that answer that you believe it is consistent.
12  So let's start with Exhibit 14 --
13  A.  Okay.
14  Q.  -- which is testimony I believe at trial in
15  the -- in another action and you stated on Page 1460,
16  the question was:  "To your knowledge, during the time
17  you were at Sandoz was reimbursement ... ever a factor
18  in how Sandoz set AWP and WAC?"
19          And you answered:  "No, it was not."
20          Can you explain what you meant by that
21  answer?
22          MR. DOUGLAS:  Object to form.
23  A.  What I'm referring to here is -- is the
24  distinction between did we understand that there was
25  reimbursement on pharmaceutical products.  Yes, we

83  (Pages 326 to 329)

eb3d c4be-4d5f-484d-ae9a-ba6e7d2e58aa

# EXHIBIT 23



2555 W. Midway Blvd. • P.O. Box 446 • Broomfield, CO 80038-0446

(303) 466-2400 • FAX (303) 466-3717

July 16, 1991

Michael Neff
Department of Health Services
Health Systems Financing Division
714 P Street, Room 1340
Sacramento, CA 95814

Dear Mr. Neff:

Enclosed please find the rebate check from Geneva Pharmaceuticals (labeler code #00781) to the California Department of Health Services. This is the rebate for drugs reimbursed from January 1, 1991 through March 31, 1991.

Also included is a printout identifying the AMP and calculated rebate for each product. Please note the NDC #'s on pages 27 and 28 which were invalid and therefore no rebate was calculated for these items.

Please call if you have any questions regarding this information.

Sincerely,

GENEVA PHARMACEUTICALS, INC.

Beth Brannan
Manager, Government Affairs

BB/bp

GP

Subsidiary of CIBA-GEIGY Corporation

SANDOZ CALI 3000033

# EXHIBIT 24

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

--oOo--

IN RE PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE

LITIGATION

_____/ MDL No. 1456

THIS DOCUMENT RELATES TO:      Civil Action:

State of California, ex rel.   01-12257-PBS

Ven-A-Care v. Abbott

Laboratories, Inc., et al.,

_____/


--oOo--

WEDNESDAY, JUNE 10, 2009

--oOo--

VIDEOTAPED DEPOSITION OF

ROY TAKEUCHI

--oOo--

Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

Takeuchi, Roy                                    June 10, 2009
                    Sacramento, CA

Page 142

1   CAAG/DHS-SAN000067, --
2       A.  Yes.
3       Q.  -- you'll see there's another table like
4   the one we just looked at titled "Medicaid Fourth
5   Quarter 1994, California;" correct?
6       A.  Yes.
7       Q.  And -- if you look back to the cover
8   letter, the fourth quarter 1994 is the same time
9   period that covers the rebate check that Mr.
10  Hartmann is sending; correct?
11      A.  Fourth quarter -- yes.
12      Q.  If you turn back to Bates Stamped
13  000067, for the products listed on this chart Mr.
14  Hartman is including, again, the AMP for each
15  product; correct?
16          MR. LIDDY:  Objection to form.
17          THE WITNESS:  That's what it appears to
18  be.
19          MS. BERWANGER:  Okay.  You can put that
20  document away.
21          19 then, please.
22          (Exhibit Takeuchi 019 was marked

Page 143

1   for Identification.)
2           THE WITNESS:  Thank you.
3   BY MS. BERWANGER:
4       Q.  The Court Reporter has placed in front
5   of you a document Bates stamped CAAG/DHS-SAN000296
6   through 000329.
7       A.  Okay.
8       Q.  And have you ever seen this document
9   before?
10      A.  No.
11      Q.  Have you ever seen a document like it?
12      A.  No.
13      Q.  If you'd turn to the fourth page of the
14  document, the page Bates stamped 0000299.
15      A.  Okay.
16      Q.  There's another letter from Ron Hartmann
17  to the State of California, Department of Health
18  Services; correct?
19      A.  Correct.
20      Q.  And this letter is dated May 21st, 1996;
21  correct?
22      A.  Right.

Page 144

1       Q.  And Mr. Hartmann in the body of the
2   letter says that he's enclosing the rebate check
3   for the State of California for October 1st, 1995
4   through December 31st, 1995; correct?
5       A.  Correct.
6       Q.  Which is the fourth quarter of 1995;
7   correct?
8       A.  Yes.
9       Q.  And he is also including a print-out
10  identifying the AMP and calculated rebate for each
11  product; correct?
12      A.  Yes.
13      Q.  And if you turn with me to page -- Bates
14  stamped 000303, there's another table that's
15  labeled "Medicaid Fourth Quarter 1995,
16  California;" correct?
17      A.  Yes.
18      Q.  And, again, Mr. Hartmann is including
19  the AMPs for all the products listed on this
20  table; correct?
21          MR. LIDDY:  Objection to form.
22          THE WITNESS:  That's what it says.

Page 145

1           MS. BERWANGER:  You can put that aside.
2   BY MS. BERWANGER:
3       Q.  Mr. Takeuchi, --
4       A.  Yes.
5       Q.  -- based on Exhibit 17 through 19 would
6   you agree with me that California received
7   Sandoz's AMPs for its products reimbursed by
8   California?
9           MR. LIDDY:  Objection -- objection --
10  objection to form.
11          THE WITNESS:  Just what I see, it looks
12  like it.
13          MS. BERWANGER:  Okay.
14          THE WITNESS:  I don't know if that's
15  everything.
16  BY MS. BERWANGER:
17      Q.  But California did receive AMPs for at
18  least some products from Geneva from 1992 through
19  1996; correct?
20          MR. LIDDY:  Objection to form.
21          THE WITNESS:  If -- if the mailing and
22  everything else was correct, looks like it.

37 (Pages 142 to 145)

ce81a3b5-009c-4b99-a21b-bea3f27452f1