# Exhibit M

**State of California ex rel. Ven-A-Care of the Florida Keys, Inc.
v. Abbott Laboratories, Inc., et al., Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Christopher C. Palermo in Support
of Defendants Mylan Inc. and Mylan Pharmaceuticals Inc's. Opposition to Plaintiffs' Motion for Partial Summary
Judgment

Harry Adam Korman, 3-25-09

Page 1

NO. D-1-GV-07-001259

| | |
|---|---|
| THE STATE OF TEXAS ) | IN THE DISTRICT COURT |
| ) | |
| ex rel. ) | |
|    VEN-A-CARE OF THE ) | |
|    FLORIDA KEYS, INC., ) | |
| ) | |
|          Plaintiffs, ) | |
| ) | |
| VS. ) | TRAVIS COUNTY, TEXAS |
| ) | |
| SANDOZ, INC. f/k/a GENEVA ) | |
| PHARMACEUTICALS, INC., ) | |
| NOVARTIS PHARMACEUTICAL ) | |
| CORP., NOVARTIS AG, EON ) | |
| LABS, APOTHECON, INC., ) | |
| ) | |
| MYLAN PHARMACEUTICALS, INC., ) | |
| MYLAN LABORATORIES, INC., ) | |
| UDL LABORATORIES, INC. ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, ) | |
| INC., f/k/a LEMMON ) | |
| PHARMACEUTICALS, INC., ) | |
| COPLEY PHARMACEUTICALS, ) | |
| INC., IVAX PHARMACEUTICALS, ) | |
| INC., SICOR PHARMACEUTICALS, ) | |
| INC., TEVA NOVOPHARM, INC., ) | |
| and TEVA PHARMACEUTICAL ) | |
| INDUSTRIES, LTD. ) | |
|          Defendants. ) | 201ST JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
HARRY ADAM KORMAN
MARCH 25TH, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Harry Adam Korman, 3-25-09

```
 1           UNITED STATES DISTRICT COURT                    1            IN THE CIRCUIT COURT OF THE
             DISTRICT OF MASSACHUSETTS                                 SECOND JUDICIAL CIRCUIT, IN AND
 2                                                           2              FOR LEON COUNTY, FLORIDA
     IN RE:  PHARMACEUTICAL           )                      3
 3   INDUSTRY AVERAGE WHOLESALE       ) MDL No. 1456             STATE OF FLORIDA
     PRICE LITIGATION                 ) Master File No.       4
 4                                    )    01-12257-PBS          ex rel.
                                      )                       5
 5   THIS DOCUMENT RELATES TO:        )                          VEN-A-CARE OF THE FLORIDA
                                      ) Judge Patti B. Saris  6  KEYS, INC. A Florida
 6   State of California, ex rel. )                              Corporation, by and through
     Ven-A-Care v. Abbott          ) Magistrate                7 its principal officers and
 7   Laboratories, Inc.,et al.     ) Judge Marianne Bowler       directors, ZACHARY T. BENTLEY
     Cause No. 03-cv-11226-PBS     )                           8 and T. MARK JONES,
 8                                                                       Plaintiffs,
 9   ******************************************************   9
10           UNITED STATES DISTRICT COURT                        VS.                    CASE NO. 1998.CA.3032G
             DISTRICT OF MASSACHUSETTS                        10
11                                                               MYLAN LABORATORIES INC.;
     IN RE:  PHARMACEUTICAL           )                       11 MYLAN PHARMACEUTICALS INC.;
12   INDUSTRY AVERAGE WHOLESALE       ) MDL No. 1456             NOVOPHARM, LTD.; SCHEIN
     PRICE LITIGATION                 ) Civil Action No.      12 PHARMACEUTICAL, INC.; TEVA
13                                    )    01-CV-12257-PBS       PHARMACEUTICAL INDUSTRIES,
                                      )                       13 LTD.; TEVA PHARMACEUTICAL
14   THIS DOCUMENT RELATES TO:        )                          USA; and WATSON
                                      ) Judge Patti B. Saris 14  PHARMACEUTICALS, INC.,
15   State of Iowa v. Abbott          )                                  Defendants.
     Laboratories, et al., S.D.       )                       15
16   Iowa Case No. 07-CV-00461        )                       16
17   ******************************************************     ****************************************************
18           UNITED STATES DISTRICT COURT                     17
             DISTRICT OF MASSACHUSETTS                        18     IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
19                                                                              STATE OF HAWAII
     IN RE:  PHARMACEUTICAL           )                       19
20   INDUSTRY AVERAGE WHOLESALE       ) MDL No. 1456          20 STATE OF HAWAII,      )
     PRICE LITIGATION                 ) Master File No.                Plaintiff,     )
21                                    )    01-CV-12257-PBS    21                      )
                                      ) Subcategory No.          VS.                  ) Civil No. 06-1-0720-04 EEH
22   THIS DOCUMENT RELATES TO:        )    03-10643           22                      ) (Complex Litigation)
                                      )                          ABBOTT LABORATORIES, )
23   City of New York, et al., v. ) Judge Patti B. Saris      23 INC., et al.,        )
     Abbott Laboratories, et al., )                                      Defendants.  )
24   Civil Action No. 04-cv-06054,)                           24
     et al.                       )                           25
25
                                               Page 2                                                        Page 4

 1                                                             1   IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
     IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA                            CIVIL COURT DEPARTMENT
 2                                                             2
                              Master Docket No.                    In the Matter of:               )
 3   In the Matter of:        CV-2005-219                      3                                   )
 4   ALABAMA MEDICAID PHARMACEUTICAL                               KANSAS MEDICAID PHARMACEUTICAL  ) MASTER DOCKET NO.
     AVERAGE WHOLESALE PRICE LITIGATION                        4   AVERAGE WHOLESALE PRICE LITIGATION ) 2008MV0668
 5   _____                                                               )
 6   This Document Relates To:                                 5   This Document Relates to:       ) DIVISION 7
 7   State of Alabama v. Mylan Laboratories, Inc.                                                  )
     No. 2005-219.50                                           6      ALL ACTIONS                  )
 8                                                             7
     State of Alabama v. Mylan Pharmaceuticals, Inc.               ****************************************************
 9   No. 2005-219.51                                           8
10   State of Alabama v. UDL Laboratories, Inc.                    IN THE CHANCERY COURT OF HINDS COUNTY MISSISSIPPI
     No. 2005-219.72                                           9               FIRST JUDICIAL DISTRICT
11                                                            10
12   ******************************************************     STATE OF MISSISSIPPI,   )
13                                                            11       Plaintiff,       )
         IN THE SUPERIOR COURT FOR THE STATE OF ALASKA                                   )
14            THIRD JUDICIAL DISTRICT AT ANCHORAGE            12 VS.                     ) CAUSE NO. G2005-2021
15                                                                                       )
     STATE OF ALASKA,           )                             13 ABBOTT LABORATORIES, INC., )
16         Plaintiff,           )                                et al.,                 )
                                )                             14       Defendants.      )
17   VS.                        ) Case No. 3AN-06-12026 CL    15
                                )                                ****************************************************
18   ALPHARMA BRANDED PRODUCTS )                              16
     DIVISION, INC., et al.,    )                                STATE OF SOUTH CAROLINA    IN THE COURT OF COMMON PLEAS
19         Defendants.          )                             17
20                                                               COUNTY OF RICHLAND        FOR THE FIFTH JUDICIAL CIRCUIT
21   ******************************************************  18
22                                                               In re: South Carolina    ) Master Case No.
23                                                            19 Pharmaceutical Pricing   ) 2006-CP-40-4394
24                                                               Litigation               )
25                                                            20                          ) The Honorable
                                               Page 3            This document relates to: ) J. Cordell Maddox, Jr.
                                                              21                          )
                                                                 MYLAN LABORATORIES, INC. )
                                                              22                          )
                                                                 Civil Action No. 07-CP-40-0282)
                                                              23 Civil Action No. 07-CP-40-0283)
                                                              24
                                                              25 ****************************************************
                                                                                                             Page 5
```

2 (Pages 2 to 5)

VOHLKEN & ASSOCIATES

Harry Adam Korman, 3-25-09

```
 1         IN THE THIRD JUDICIAL DISTRICT COURT OF
                     SALT LAKE COUNTY
 2
                       STATE OF UTAH
 3
      THE STATE OF UTAH,            )
 4          Plaintiff,              )
                                    )
 5    Vs.                           ) Civil Action No.
                                    ) 070915690
 6    ACTAVIS US, INC.;             )
      BARR LABORATORIES, INC.;      )
 7    ENDO PHARMACEUTICALS, INC.;   )
      ETHEX CORPORATION;            )
 8    MYLAN PHARMACEUTICALS, INC.;  )
      PAR PHARMACEUTICAL, INC.;     )
 9    RANBAXY PHARMACEUTICALS, INC.;)
      SANDOZ, INC.;                 )
10    TEVA PHARMACEUTICALS USA, INC.;)
      AND                           )
11    WATSON PHARMACEUTICALS, INC.; )
            Defendants.             )
12
13
14    ORAL AND VIDEOTAPED DEPOSITION OF HARRY ADAM KORMAN,
15    produced as a witness at the instance of the
16    Plaintiffs and duly sworn, was taken in the
17    above-styled and numbered cause on the 25th of March,
18    2009, from 1:00 p.m. to 5:49 p.m. before
19    DEBRA L. McGREW, CSR in and for the State of Texas,
20    reported by machine shorthand, at the Lakeview Golf
21    Resort and Spa, One Lakeview Drive, Morgantown,
22    West Virginia, pursuant to the Texas Rules of Civil
23    Procedure and the provisions attached previously.
24
25
                                              Page 6
```

```
 1                      A P P E A R A N C E S
 2
      FOR THE PLAINTIFF THE STATE OF TEXAS:
 3
            Mr. Archie Carl Pierce
 4          Wright & Greenhill, P.C.
            221 West 6th Street, Suite 1800
 5          Austin, Texas  78701-3495
            Telephone:  (512) 476-4600
 6
      FOR THE RELATOR, VEN-A-CARE OF THE FLORIDA KEYS FOR
 7    THE TEXAS AND FLORIDA CASES:
 8          Mr. Glenn W. MacTaggart
            Prichard Hawkins McFarland & Young
 9          Union Square, Suite 600
            10101 Reunion Place
10          San Antonio, Texas  78216
            Telephone:  (210) 477-7419
11
      fOR THE PLAINTIFF THE STATE OF ALABAMA:
12
            Mr. Roger L. Bates
13          Hand Arendall, LLC
            1200 Park Place Tower
14          2001 Park Place North
            Birmingham, Alabama  35203
15          Telephone:  (205) 324-4400
16    FOR THE STATES OF ALASKA, HAWAII, KANSAS, MISSISSIPPI,
      SOUTH CAROLINA AND UTAH:
17
            Mr. H. Clay Barnett, III
18          Beasley, Allen, Crow, Methvin, Portis &
            Miles, P.C.
19          P.O. Box 4160
            Montgomery, Alabama  36103
20          Telephone:  (800) 898-2034
21    FOR THE PLAINTIFF THE STATE OF CALIFORNIA:
22          Mr. Eliseo Sisneros
            Deputy Attorney General
23          Bureau of Medi-Cal Fraud & Elder Abuse
            State of California Department of Justice
24          110 West A Street #1100
            San Diego, California  92101
25          Telephone:  (619) 688-60431
                                              Page 7
```

```
 1    FOR THE PLAINTIFF THE STATE OF FLORIDA:
 2          Ms. Gretchen H. Wallace (by telephone)
            Assistant Attorney General
 3          Complex Civil Enforcement Bureau
            Medicaid Fraud Control Unit
 4          Office of the Attorney General
            State of Florida
 5          PL-01 The Capitol
            Tallahassee, Florida  32399-1050
 6          Telephone:  (850) 414-3600
 7
      FOR THE PLAINTIFFS THE CITY OF NEW YORK AND NEW YORK
 8    COUNTIES EXCEPT NASSAU AND ORANGE COUNTIES AND THE
      STATE OF IOWA:
 9
            Mr. James P. Carroll, Jr.
10          Kirby McInerney LLP
            101 College Street
11          Dripping Springs, Texas  78620
            Telephone:  (512) 858-1800
12
13    FOR THE DEFENDANT MYLAN:
14          Mr. William A. Escobar
            Kelley Drye & Warren LLP
15          101 Park Avenue
            New York, New York  10178
16          Telephone:  (212) 808-7771
17
      ALSO PRESENT:
18
            Mr. Erik C. Naft,
19              Associate Litigation Counsel, Mylan Inc.
            Mr. Greg Diefenbaugh, Videographer
20
21                        *-*-*-*-*
22
23
24
25
                                              Page 8
```

```
 1                          INDEX
 2    Appearances....................................   7
 3    HARRY ADAM KORMAN
            Examination by Mr. Pierce.............   11
 4          Examination by Mr. Escobar............  151
            Examination by Mr. Pierce.............  163
 5          Examination by Mr. Sisneros...........  177
 6    Signature and Changes..........................  193
      Reporter's Certificate.........................  195
 7
 8
                          EXHIBITS
 9
      NO.   DESCRIPTION                             PAGE
10
      1    .............................................   41
11       Glossary
      2    .............................................   42
12       Memo, 6-18-99, Subject "AWP Revisions"
      3    .............................................   51
13       Memo, 7-8-99, Subject "Additional AWP
         Revisions"
14    4    .............................................   59
         Memo, 2-20-01, Subject "Mylan Price
15       Increases"
      5    .............................................   61
16       "Clozapine and the Retail Pharmacy"
      6    .............................................   67
17       "Clozapine and the Retail Pharmacy"
      7    .............................................   70
18       Memo, 9-21-99, Subject "Clozapine GPO Launch"
      8    .............................................   71
19       Memo, 12-16-99, Subject "Marketing Meeting
         Minutes 12/13/99"
20    9    .............................................   79
         Memo, 1-24-98, Subject "Medicaid
21       Notification - AWP and WAC Price Increases"
      10   .............................................   83
22       "New Product Pricing, Product: Terazosin"
      11   .............................................   91
23       "New Product Plan Summary" - Redacted
      12   .............................................   96
24       Memo, 1-10-00, Subject "New Product
         Planning"
25
                                              Page 9
```

3 (Pages 6 to 9)

**Page 10**

```
 1    13  .......................................... 102
          Memo, 3-14-00, Subject
 2        "Nifedipine ER Reimbursement Comparison"
      14  .......................................... 104
 3        Memo, 4-27-00, Subject "Nifedipine ER-XL"
      15  .......................................... 104
 4        "Nifedipine ER Tablets (Compare to
          Procardia XL), Mylan National Account
 5        Managers Meeting May 4-5, 2000"
      16  .......................................... 113
 6        Memo, 9-18-00, Subject "CVS bisoprolol
          fumarate"
 7    17  .......................................... 114
          Letter, Cunard to Marshall, Regarding
 8        Bisoprolol Fumarate/HCTZ
      18  .......................................... 115
 9        Memo, 10-3-00, Subject "Bisoprolol HCTZ"
      19  .......................................... 116
10        Memo, 10-17-00, Subject "Texas Medicaid"
      20  .......................................... 121
11        Request for Addition/Deletion/Change, 10-3-00,
          Eckerd Drug Company
12    21  .......................................... 129
          Memo, Cunard to Moldin, Subject "Top 20
13        Products WAC vs. Contract 5-19-00.xls"
      22  .......................................... 135
14        "Price Comparison Sheet - 7-01-05"
      23  .......................................... 140
15        "AWP WAC List as of 7-22-05"
      24  .......................................... 143
16        "Price Comparison Sheet 1-1-03"
      25  .......................................... 145
17        Fax Cover Page, Morris to Rodriguez,
          Regarding WAC Price Changes Effective 2-19-03
18    26  .......................................... 145
          Fax Cover Page, Morris to Rodriguez,
19        Regarding AWP Price Changes Effective 2-19-03
      27  .......................................... 177
20        "Price Meeting 02 December 97"
      28  .......................................... 177
21        Memo, 1-23-98, Subject "Reimbursement
          Examples - Medicaid"
22    29  .......................................... 177
          "AWP Spreadsheet"
23    30  .......................................... 177
          Memo, 7-20-99, Regarding Declining
24        Third-Party Reimbursement
25
```

**Page 11**

 1                THE VIDEOGRAPHER: The time is
 2   1:00 o'clock, and we're now on the record.
 3                Would the court reporter please swear in
 4   the witness.
 5                       HARRY ADAM KORMAN,
 6   having been first duly sworn, testified as follows:
 7                          EXAMINATION
 8   BY MR. PIERCE:
 9       Q.   Mr. Korman, will you give us your full name
10   for the record, sir.
11       A.   My name is Harry Adam Korman.
12       Q.   And I understand you go by "Hal."
13       A.   I do.
14       Q.   We're going to see some documents referencing
15   Hal Korman from Mylan, and that's going to be you,
16   correct?
17       A.   That would be me, correct.
18       Q.   Mr. Korman, my name is Carl Pierce. I'm one
19   of the lawyers that represents the State of Texas with
20   regards to the lawsuit the State has filed against
21   Mylan and UDL Laboratories, the subsidiary of Mylan,
22   for restitution and penalties alleging Mylan and its
23   subsidiary committed one or more unlawful acts in
24   violation of the Texas Medicaid Fraud Prevention Act.
25                Do you understand who I am and who I

**Page 12**

 1   represent?
 2       A.   I do.
 3       Q.   Mr. Korman, I understand you have given a
 4   deposition before so you know the process.
 5       A.   I have given depositions before.
 6       Q.   All right. First of all, let me ask you some
 7   background questions, please, sir.
 8                I understand you have a marketing degree
 9   from the University of Wisconsin. Is that correct?
10       A.   I have a marketing and distributive education
11   degree from the University of Wisconsin, Menomonie
12   campus.
13       Q.   And what year did you receive that degree?
14       A.   1980, I believe, is correct.
15       Q.   All right, sir. I understand, if I'm
16   correct, that your first entry into the pharmaceutical
17   industry was selling drugs for Bertek. Am I correct
18   about that?
19       A.   That is not correct.
20       Q.   What -- what was your first entry into the
21   pharmaceutical industry?
22       A.   My first position with -- was -- was with a
23   company called Berlex Laboratories.
24       Q.   What did you do for them?
25       A.   I was a sales representative in Wisconsin.

**Page 13**

 1       Q.   So what kind of drugs?
 2       A.   We had a number of different therapeutic
 3   categories. It was a brand name company.
 4       Q.   Very good. Approximately what period of time
 5   did you do that, sir?
 6       A.   1981, I believe, is the starting date. I may
 7   be off a year there. And I was employed till 19 -- I
 8   believe 1988 with Berlex.
 9       Q.   All right. Did you ever work for Bertek?
10   Did I get the name wrong? Is it Berlex that you
11   worked for?
12       A.   I never worked for Bertek. I did --
13       Q.   Okay.
14       A.   It was Berlex Laboratories.
15       Q.   And would you spell that for the record, make
16   sure I get it correct this time?
17       A.   Sure. B-E-R-L-E-X.
18       Q.   And that was for about eight years?
19       A.   Approximately.
20       Q.   Then I understand you went to Unit Dose
21   Laboratories. Am I correct about that?
22       A.   We were called UDL Laboratories.
23       Q.   And back then was UDL owned or controlled by
24   Mylan Pharmaceuticals or any of its entities?
25       A.   At the time I went to work for them, no.

```
 1   back and question Mr. Korman.
 2           MR. SISNEROS:  And once that time runs
 3   up, the reservation you made and the reservation that
 4   Texas is now making, if there is -- if there is some
 5   time left, California will start but not be able to
 6   conclude.  We would reserve to ask any additional
 7   questions.
 8           MR. ESCOBAR:  I'm not -- see, that's
 9   what I won't agree with.  You've all cross-noticed
10   this deposition.  If you have any questions within
11   this time frame, you can ask them now.  All I ask is
12   that I be given about 15 minutes.  And then if you
13   want to ask questions, you have to build it into that
14   time.
15           So my only question, again, is does
16   anybody want to ask any questions right now?
17           MR. PIERCE:  I'm not -- on behalf of
18   Texas, I'm not giving up my 40 minutes that the court
19   has allotted me.
20           MR. ESCOBAR:  Okay.  So --
21           MR. PIERCE:  What's left.
22           MR. ESCOBAR:  Okay.  That's fine.  That
23   answers the --
24           MR. MacTAGGART:  The relator reserves
25   the right to ask questions as well.
                                              Page 150
```

```
 1           MR. ESCOBAR:  That answers the question,
 2   then.  We'll move on.
 3           So do you have any -- I have about
 4   15 minutes or so.  Do you have any further
 5   questions --
 6           MR. PIERCE:  No.
 7           MR. ESCOBAR:  -- from Texas?
 8           MR. PIERCE:  I'm reserving the remainder
 9   of the time.
10           MR. ESCOBAR:  Okay.
11           THE WITNESS:  This one seems to have two
12   stickers on it, just for -- I don't know even who gets
13   to keep these, but just for accuracy.
14                    EXAMINATION
15   BY MR. ESCOBAR:
16       Q.  Okay.  Mr. Korman, first let me ask you where
17   are we being -- where are you being deposed today?
18   Where is this deposition taking place?
19       A.  At the Lakeview Resort in Morgantown,
20   West Virginia.
21       Q.  And here in Morgantown, West Virginia, is
22   that the place where Mylan has grown up as a company?
23       A.  Primarily this has been, with -- with a few
24   exceptions for the first year or two, this has been
25   the home of Mylan Pharmaceuticals since 19 -- I
                                              Page 151
```

```
 1   believe it's 1964.
 2       Q.  And you described earlier in response to
 3   questions by Mr. Pierce that today Mylan is a large,
 4   global generic company and -- and you indicated some
 5   acquisitions that have been made that has -- where
 6   Mylan has grown to now sell drugs around the world.
 7           Do you recall generally that testimony?
 8       A.  Yes.  I recall that we discussed Mylan being
 9   the number three global supplier today.
10       Q.  And in terms of company -- generic companies
11   that are American -- U.S.-based, American generic
12   companies, where does Mylan rank?
13       A.  Mylan is the largest U.S.-based generic
14   pharmaceutical company in the U.S.
15       Q.  Okay.  And other than -- where -- where
16   are -- in the U.S., where is Mylan Pharmaceuticals'
17   primary manufacturing facility?
18       A.  Our primary manufacturing facility is here in
19   Morgantown, West Virginia.
20       Q.  And UDL was another company that was
21   mentioned, and that's a company that you were working
22   for that was subsequently acquired by Mylan sometime,
23   I think, in '96, correct?
24       A.  Correct.
25       Q.  And UDL -- where did UDL grow up as a
                                              Page 152
```

```
 1   company?
 2       A.  UDL was started in, I believe, 1980 in
 3   Rockford, Illinois.
 4       Q.  And I don't think Mr. Pierce asked you that,
 5   so can you just tell us generally what the business of
 6   UDL is?
 7       A.  Sure.  UDL primarily is a repackager of
 8   pharmaceuticals from a number of different
 9   manufacturers and puts them into a blister pack, which
10   is called unit dose, and that's used to deliver
11   medication in hospitals around the U.S.
12       Q.  Now, in the course of the questioning there
13   -- there was reference to generic and to brand
14   companies and generic and brand products.
15           Can you just tell the ladies and
16   gentlemen of the jury:  Is Mylan's business primarily
17   to manufacture and sell generic pharmaceutical
18   products?
19       A.  That -- that is Mylan's -- the vast majority
20   of all of Mylan's sales are generic pharmaceuticals.
21       Q.  And is that -- how would you characterize in
22   terms of the level of competition that exists in the
23   business that Mylan is in?
24       A.  I think we go on record publicly quite often
25   that we are in one of the most hypercompetitive
                                              Page 153
```

### Page 154

1  marketplaces that -- that are out in the business
2  community.
3    Q.  And what does that mean from a day-to-day
4  basis in terms of competition and from your standpoint
5  in how the business runs on a day-to-day basis?
6    A.  It -- it means that, you know, we -- we
7  continue to have a large number of competitors from
8  around the world and that the pricing on our products
9  is ever changing.  In most cases, from a Mylan
10 perspective of what Mylan makes, is those prices are
11 declining and in -- in a downward trend.
12   Q.  And why is it that, as a general proposition,
13 generic prices over a period of time decline?
14   A.  You know, I think it really kind of hits
15 twofold.  You know, generic utilization is often
16 predicated on -- on having prices lower than the brand
17 name companies, and it's driven down because, you
18 know, vast number of competitors go to our customers
19 and everyone is bidding for the same product and --
20 and, quite frankly, that can happen on a daily basis
21 and quite often does.
22   Q.  When -- when you talk about a generic
23 pharmaceutical product that's competing with a brand
24 pharmaceutical product, is there any difference in
25 terms of the quality?

### Page 155

1    A.  No.  The -- the FDA recognizes generics and
2  branded products, and it was really driven by
3  Hatch-Waxman legislation to be bioequivalent between
4  both the brand or the generic products.  So they are
5  interchangeable, assuming they have what is called an
6  AB rating.
7    Q.  And in the -- now, you've been -- you've
8  described your career and you've been working in the
9  generic industry for -- for quite a while.
10          From your -- your standpoint and
11 observing the growth of generics, has -- have -- has
12 the amount of generic utilization grown over the last
13 10, 15 years?
14   A.  It's been explosive growth.  And, in fact,
15 when we look at it in the -- in the marketplace today,
16 almost 70 percent of the drugs that Americans are
17 taking are generic and they represent only 20 percent
18 of the brand prices.
19   Q.  And in the course of those -- that period of
20 time, 10 to 15 years, has the government that runs
21 some of the programs that were being discussed here,
22 the federal government and -- and other entities,
23 encouraged substitution, that is, moving from brand --
24 brand drugs to generics?
25   A.  Absolutely.  I think, you know, the drive to

### Page 156

1  lower health care in America has been a critical
2  component.  I think it's been recognized the U.S.
3  leads the world in generic substitution, and primarily
4  I believe that's because it has created a win-win-win
5  proposition.  It's providing quality medications for
6  the consumer.  It is providing lower health care costs
7  for the payor, and it's allowing generic or -- or
8  manufacturers to be productive contributors within the
9  process as it takes place.
10   Q.  And has the -- the existence and the presence
11 and growth of generic products, has that helped to --
12 to lower the amount that programs such as Medicaid pay
13 for prescription drugs?
14   A.  I -- I -- I think that's -- that's an -- easy
15 to state as an absolute fact, that without generics
16 the cost of pharmaceuticals would be substantially
17 higher than they are today.
18   Q.  And as a result of the generic presence
19 besides price, from your standpoint in observing the
20 industry, has the presence of generic companies like
21 Mylan also made more drugs available to more people?
22          MR. BATES:  Objection, form.
23          MR. ESCOBAR:  You can answer.
24          THE WITNESS:  Absolutely.  I believe
25 we -- we look today -- particularly in the economic

### Page 157

1  environment that's happening, we hear about people not
2  taking their medications, and we see programs out
3  there that are making medications available to
4  patients, primarily generic medications, a company
5  such as Wal-Mart for four dollars for a 30-day
6  prescription of their medication.
7    Q.  (BY MR. ESCOBAR)  Now, in the course of the
8  testimony today, Mr. Pierce spent some time taking you
9  through a series of documents, and I believe he marked
10 about 26 or so exhibits.  And in a number of them
11 there were references to the AWP and the WAC that
12 Mylan has for -- for its products.
13          Within the Medicaid program, which is
14 the subject of the case here -- within the Medicaid
15 program is there a price that Mylan is required to
16 report to the Medicaid program?
17          MR. BATES:  Object to the form.
18          THE WITNESS:  Yes.  On a -- on -- on a
19 regular basis there's a calculation that's called AMP,
20 which is average manufacturer's price, which is a
21 reflection of pricing that we put in the market
22 excluding all discounts, promotions that are given to
23 get to -- to our -- our average manufacturer price,
24 and we are required to submit that documentation on a
25 quarterly basis to Medicaid.

Harry Adam Korman, 3-25-09

**Page 158**

1  Q.  (BY MR. ESCOBAR)  And from your understanding
2  of it, does that mean that Medicaid receives, on an
3  NDC by NDC number, an AMP for a particular quarter for
4  the drug based on transactions that have happened in
5  the past quarter?
6       MR. BATES:  Object to the form.
7       THE WITNESS:  Yes.  It's my
8  understanding that is a retrospect because we have
9  such a dynamic business.  It is required to look at
10 a -- a period of time and capture all discounts that
11 are provided to it and apply them appropriately by --
12 by what has been outlined back to the government.
13    Q.  (BY MR. ESCOBAR)  And is -- unlike AMP, which
14 reflects the discounts that you've described, AWP and
15 WAC, are those set at a point before you have all the
16 discounts?
17      MR. BATES:  Object to the form.
18      MR. BARNETT:  Object to the form.
19      MR. MacTAGGART:  Objection --
20      MR. PIERCE:  Same here.  Objection,
21 leading.
22      THE WITNESS:  Traditionally we -- we set
23 an AWP and a WAC at the time of introduction of our
24 particular products, and we don't know what will
25 happen with regards to that pricing within the

**Page 159**

1  marketplace other than really recognizing that
2  traditionally you have had to have a minimum of a
3  discount of 10.1 percent to have your product
4  designated as a generic or it's been excluded from
5  being reimbursed by -- by most of the payors.
6     Q.  (BY MR. ESCOBAR)  Now, does -- as part of the
7  Medicaid program, besides providing the AMP
8  information that you described, does Mylan also pay
9  rebates to the states for the states reimbursing
10 pharmacists on dispensing Mylan drugs?
11      MR. BATES:  Object to the form.
12      MR. BARNETT:  Objection, form.
13      MR. CARROLL:  Object to the form.
14      THE WITNESS:  And I'm going to ask if
15 you can reread the question to me.
16      MR. BARNETT:  Can we just agree that an
17 objection by one is an objection by all, though?
18      MR. ESCOBAR:  Yes.  That's fine with me.
19      MR. PIERCE:  Okay.
20      THE REPORTER:  And I want to make sure I
21 got it.  That was Mr. Bates, then Mr. Barnett and then
22 Mr. Carroll making the objections, in that order?
23 Okay.
24      MR. PIERCE:  Did you get the stipulation
25 on the record --

**Page 160**

1       THE REPORTER:  Yes.
2       MR. PIERCE:  -- that we agree one
3  objection is sufficient?
4       (The requested portion was read).
5       THE WITNESS:  I'm still not --
6     Q.  (BY MR. ESCOBAR)  Let me rephrase it.  Sure.
7  Let me rephrase it.
8       Do you know whether Mylan pays rebates
9  to the federal government -- to the Medicaid program
10 in each of the states?
11    A.  Yes, I believe we pay a Medicaid rebate in
12 each of the states.
13    Q.  Okay.  You mentioned -- you mentioned that
14 with respect to Texas -- I think in answer to one of
15 Mr. Pierce's questions, you mentioned that you seem to
16 have some recollection of a call from somebody or a
17 conversation that you had with somebody in Texas.
18      What do you recall about that?
19    A.  I do get a -- recall getting a -- a -- a
20 letter, I believe it was originally, from the State of
21 Texas, and there was some indication that if we didn't
22 reply or respond that our products would no longer be
23 reimbursed in the State of Texas.
24      I picked up the telephone and called the
25 individual in the letter, and I don't recall that

**Page 161**

1  person's name.  And, you know, the first -- kind of
2  the first response back was surprise.  They had told
3  me that, you know, either I was the first or one of
4  only two people of all the letters they had sent out
5  who -- who actually made a phone call back to this
6  individual.
7       And I recall the individual telling me
8  they had been in the industry for quite a number of
9  years, and there was a question and I believe it was
10 about WAC.  And the question that came to me was
11 something, "Well, okay" -- you know, it was something
12 on the WACs.  And they said, "I know that's not what
13 everybody pays."
14      After the call I had contacted our legal
15 department and made note that I had had a conversation
16 with the State of Texas.
17    Q.  Okay.  Anything else you recall about the
18 conversation with the State of Texas?
19    A.  No.  That was primarily the -- the only
20 portion of the conversation.
21    Q.  Now, in the -- in the course of his
22 questioning, Mr. Pierce was asking you about -- he
23 showed you a number of documents with pricing with
24 different customers.
25      The nature of -- is the nature of