# Exhibit O

***State of California ex rel. Ven-A-Care of the Florida Keys, Inc.
v. Abbott Laboratories, Inc., et al.*, Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Christopher C. Palermo in Support
of Defendants Mylan Inc. and Mylan Pharmaceuticals Inc's. Opposition to Plaintiffs' Motion for Partial Summary
Judgment

| | |
|---|---|
| **From:** | Bob Claeys |
| **Sent:** | Friday, July 2, 2004 2:43 PM |
| **To:** | Edgar Escoto |
| **Cc:** | Bob Potter; Tony Mauro |
| **Subject:** | Re: Believe in what you sell... |

Forgot to copy the main guy!
----- Forwarded by Bob Claeys/MGW/MYLAN on 07/02/2004 02:41 PM -----

Bob Claeys
07/02/2004 02:40 PM

To: Bob Potter/MGW/MYLAN@MYLAN
cc: Tony Mauro/MGW/MYLAN@MYLAN
Subject: Re: Believe in what you sell...

Edgar,

Way to go! Those classes in Carolina did the trick!! Listening.....Probing....Persistance........ skills baby!! Have a good holiday!

Claeys>>



Bob Potter
07/02/2004 09:17 AM

To: Bob.Claeys@mylanlabs.com, dblowers@mylanlabs.com@MYLAN, Edgar.Escoto@mylanlabs.com@MYLAN, Jonathan Kerr/MGW/MYLAN@MYLAN, dking@mylanlabs.com, Neal W Miller/MGW/MYLAN@MYLAN, Jack Walsh/MGW/MYLAN@MYLAN, Tony.Mauro@mylanlabs.com
cc:
Subject: Re: Believe in what you sell...


Guys,

I think we should all congratulate Eddie on a great job! Way to go Eddie


Bob

401-658-1596 office
401-965-5320 cell
----- Forwarded by Bob Potter/MGW/MYLAN on 07/02/2004 09:16 AM -----
Tony Mauro
07/01/2004 04:55 PM
    To:    Edgar Escoto/MGW/MYLAN@MYLAN
    cc:    Bob Potter/MGW/MYLAN@MYLAN
    Subject:    Re: Believe in what you sell...Link

CONFIDENTIAL

TXMylan02893475

Edgar,

Well done. Keep up the good work.

Tony




Edgar Escoto
07/01/2004 04:52 PM
       To:     Tony Mauro/MGW/MYLAN@MYLAN
       cc:
       Subject:    Believe in what you sell...


Tony,
    As I told you, NC Mutual kept our Carbidopa/Levodopa, however, I feel that I took a step during my face to face meeting and I just wanted to share with you some of the things that I think kept the business there. Although this is a small account, I feel that the lesson I learned and went through can be applied to bigger challenges down the road. First, let me give you a history of the situation: Sheila has always been a low price hound. Carbidopa was an issue even before Ethex launched, we were battling on price. Ethex had offered her a price in the 94 - 97 range, and our price was 94.70. The difference was that Ethex offered her $10,000 slotting allowance, which Sheila said is just "pure gravy". I had an appointment with her this past Monday, and we started discussing, I made sure I stressed the partnership between our two companies and that a true partner wouldn't switch for $10,000 on a product that will be over $400,000. She persisted that if I was in a situation to make more profit that I would, and I disagreed with her. I told her that there are bigger customers than her that are getting a higher price--we're making less profit from her, yet we still come to her. She then asked me why she should pay a premium for Mylan product, and I told her, becuase that's what customers and pharmacists want. When we go to tradeshows, these pharmacists always stress how good and reliable our product is. I told her about not ever having an involuntary recall. How we carefully choose premium raw suppliers so that we can keep our partners supplied. Things we have went over in sales meetings and that I feel really make Mylan stand out. After listening to my speech, she simply said, "I'm going to really think about what you said today and I'll let you know this afternoon". She then signed off and took the product at a profit loss to her for the year because of the $10,000 stocking allowance offered by Ethex. I'm not telling you this to toot my horn, or to say look how she's taking our product at a loss, but to show you that the training we get works--that when you believe in your company and your product and other people can see that and can see the passion you have for your company and product, it can sway them to believe in your product too. I know Sheila was ready to leave Mylan and go to Ethex, and that it would be a tough meeting--but I got my thoughts together, got behind my product, and prayed to God I'd be able to save this product and went in with a full set of tools and showed Sheila the value in being a partner with the #1 Generic company. Carb/Levo at the old price was about $480,000 worth of Sales at Mutual about 11% of their total sales. Like I

CONFIDENTIAL

TXMylan02893476

said, while they aren't huge, I believe I learned some things about believing in what you sell during that meeting...

Edgar

CONFIDENTIAL

TXMylan02893477

said, while they aren't huge, I believe I learned some things about believing in what you sell during that meeting...

Edgar

CONFIDENTIAL

TXMylan02893477