# Exhibit P

***State of California ex rel. Ven-A-Care of the Florida Keys, Inc.
v. Abbott Laboratories, Inc., et al.*, Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Christopher C. Palermo in Support
of Defendants Mylan Inc. and Mylan Pharmaceuticals Inc's. Opposition to Plaintiffs' Motion for Partial Summary
Judgment

```
                                                              Page 1
 1              CAUSE NO. D-1-GV-07-001259

 2                         - - - -

 3   THE STATE OF TEXAS           ) IN THE DISTRICT COURT
                                  )          OF
 4   ex rel.                      )
                                  )
 5        VEN-A-CARE OF THE       )
          FLORIDA KEYS, INC.      )
 6                                )
          Plaintiffs,             )
 7                                ) TRAVIS COUNTY, TEXAS
          vs.                     )
 8                                )
     SANDOZ, INC. f/k/a GENEVA    )
 9   PHARMACEUTICALS, INC., EON   )
     LABS,                        )
10                                )
     MYLAN PHARMACEUTICALS, INC., )
11   MYLAN LABORATORIES, INC.,    )
     UDL LABORATORIES, INC.,      )
12                                )
     TEVA PHARMACEUTICALS USA,    )
13   INC. f/k/a LEMMON            )
     PHARMACEUTICALS, INC., COPLEY)
14   PHARMACEUTICALS, INC. IVAX   )
     PHARMACEUTICALS, INC., SICOR )
15   PHARMACEUTICALS, INC., and   )
     TEVA NOVOPHARM, INC.,        )
16                                ) 201st JUDICIAL
          Defendants.             ) DISTRICT
17

18

19

20                         - - - -

21       VIDEOTAPE DEPOSITION OF: ANTHONY MAURO

22                         - - - -

23

24

25
```

Page 2

```
1   IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
        IN AND FOR LEON COUNTY, FLORIDA
2
            - - - -
3
    THE STATE OF FLORIDA      )
4   Ex rel.                   )
                              )
5      VEN-A-CARE OF THE      )
       FLORIDA KEYS, INC., a  )
6      Florida Corporation, by )
       and through its        )
7      principal officers and )
       directors, ZACHARY T.  )
8      BENTLEY and T. MARK    )
       JONES,                 )
9                             )Case No. 98-3032G
         Plaintiffs,          )Judge William L. Gary
10                            )
       vs.                    )
11                            )
    MYLAN LABORATORIES, INC.; )
12  MYLAN PHARMACEUTICALS, INC.; )
    NOVOPHARM, LTD.; SCHEIN   )
13  PHARMACEUTICAL, INC., TEVA )
    PHARMACEUTICAL INDUSTRIES, )
14  LTD.; TEVA PHARMACEUTICAL USA;)
    and WATSON PHARMACEUTICALS, )
15  INC.,                     )
                              )
16                            )
         Defendants.          )
17
18
19          - - - -
20      VIDEOTAPE DEPOSITION OF: ANTHONY MAURO
21          - - - -
22
23
24
25
```

Page 3

```
1           UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
2
    _____
3                            )MDL No. 1456
    IN RE: PHARMACEUTICAL INDUSTRY    )Master File No.
4   AVERAGE WHOLESALE PRICE LITIGATION )01-12257-PBS
    _____  )
5                              )
    THIS DOCUMENT RELATES TO:   )Judge Patti B.
6   State of California, ex rel.   )Saris
    Ven-A-Care v. Abbott Laboratories, )
7   Inc., et al.                )
    Case No. 03-cv-11226-PBS    )
8   _____  )
9
10
11
12          - - - -
13      VIDEOTAPE DEPOSITION OF: ANTHONY MAURO
14          - - - -
15
16
17          DATE:  October 31, 2008
                   Friday, 9:00 a.m.
18
19          LOCATION: AKF Reporters, Inc.
                      436 Boulevard of the Allies
20                    Pittsburgh, PA  15219
21
            TAKEN BY:  State of Texas
22
23          REPORTED BY:  JoAnn M. Brown, RMR, CRR
                          Notary Public
24                        Reference No. JB09759
25
```

Page 4

```
1       VIDEOTAPE DEPOSITION OF ANTHONY MAURO,
    a witness, called by the State of Texas for
2   examination, in accordance with the Texas Rules of
    Civil Procedure, taken by and before JoAnn M. Brown,
3   RMR, CRR, a Court Reporter and Notary Public in and
    for the Commonwealth of Pennsylvania, at the offices
4   of AKF Reporters, Inc., 436 Boulevard of the Allies,
    Pittsburgh, Pennsylvania, on Friday, October 31,
5   2008, commencing at 9:00 a.m.
6
    APPEARANCES:
7
       FOR THE STATE OF TEXAS:
8   B. Ross Pringle, Jr., Esq.
    rpringle@w-g.com
9   WRIGHT & GREENHILL, P.C.
    221 West 6th Street, Suite 1800
10  Austin, Texas  78701
    P 512-476-4600
11  F 512-476-5382
12
       FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.:
13  Glenn W. MacTaggart, Esq.
    gmactaggart@phmy.com
14  PRICHARD HAWKINS MCFARLAND & YOUNG
    Union Square, Suite 600
15  10101 Reunion Place
    San Antonio, Texas  78216
16  P 210-477-7419
    F 210-477-7469
17
18     FOR THE STATE OF CALIFORNIA:
    Eliseo Sisneros, Esq.
19  consuelo.gutierrez@doj.ca.gov
    DEPUTY ATTORNEY GENERAL STATE OF CALIFORNIA
20  110 West "A" Street, Suite 1100
    San Diego, California  92108
21  P 619-688-6043
22
23
24
25
```

Page 5

```
1   APPEARANCES (CONTINUED):
2        FOR THE STATES OF ALABAMA AND MISSISSIPPI:
    H. Clay Barnett, III, Esq.  (via telephone)
3   clay.barnett@beasleyallen.com
    BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
4   272 Commerce Street
    Post Office Box 4160
5   Montgomery, Alabama  36103
    P 334-269-2343
6   F 334-954-7555
7
         FOR THE DEFENDANTS MYLAN PHARMACEUTICALS, INC.,
8        MYLAN LABORATORIES, INC., UDL LABORATORIES,
         INC.:
9   William A. Escobar, Esq.
    wescobar@kelleydrye.com
10  KELLEY DRYE & WARREN, LLP
    101 Park Avenue
11  New York, New York  10178
    P 212-808-7771
12  F 212-808-7897
          -and-
13  Erik C. Nath, Esq.
    erik.nath@mylan.com
14  MYLAN, INC.
    1500 Corporate Drive
15  Canonsburg, PA  15317
    P 724-514-1846
16  F 724-514-1871
17
        ALSO PRESENT:
18  Lindsay Maddock, Videographer
19
20
21
22
23
24
25
```

Page 6

1              INDEX
2  Examination by Mr. Pringle - - - - - - - - - - 8
   Examination by Mr. Sisneros - - - - - - - - - - 242
3  Examination by Mr. MacTaggart - - - - - - - - - 250
   Examination by Mr. Barnett - - - - - - - - - - 331
4
   Certificate of Court Reporter - - - - - - - - - 336
5  Errata Sheet - - - - - - - - - - - - - - - - - 337
   Notice of Non-Waiver of Signature - - - - - - - 338
6
            EXHIBIT INDEX
7
8  EXHIBIT                      PAGE
9   1                            46
10  2                            50
11  3                           114
12  4                           127
13  5                           134
14  6                           137
15  7                           148
16  8                           158
17  9                           176
18 10                           185
19 11                           191
20 12                           196
21 13                           199
22 14                           202
23 15                           204
24 16                           207
25 17                           218

Page 7

1  18                           227
2  19                           229
3  20                           244
4  21                           247
5  22                           248
6  23                           254
7  24                           284
8  25                           287
9  26                           290
10 27                           295
11 28                           296
12 29                           300
13 30                           304
14 31                           305
15 32                           309
16 33                           311
17 34                           313
18 35                           314
19 36                           316
20 37                           318
21 38                           319
22 39                           321
23 40                           322
24 41                           325
25 42                           327

Page 8

1              - - - -
2          P-R-O-C-E-E-D-I-N-G-S
3              - - - -
4          THE VIDEOGRAPHER:  Good morning.
5  This is the videographer speaking, Lindsay
6  Maddock of AKF Court Reporting and Videotech
7  Services.
8          The time is indicated on the
9  screen.  It is 9:00 a.m.
10         If the Court Reporter would please
11 swear in the witness, we may proceed.
12             - - - -
13         ANTHONY MAURO,
14     having been duly sworn,
15 was examined and testified as follows:
16
17             - - - -
            EXAMINATION
18
             - - - -
19
   BY MR. PRINGLE:
20
   Q.   Would you please state your name, sir.
21
   A.   Tony Mauro.
22
   Q.   Mr. Mauro, what is your date of birth?
23
   A.   February 12, 1973.
24
   Q.   Mr. Mauro, my name is Ross Pringle.  I
25

Page 9

1       proceedings that have been brought against
2       Mylan Pharmaceuticals and others.
3              Are you familiar with that
4       litigation?
5   A.  Not entirely, no.
6   Q.  Have you heard about it?
7   A.  I have.
8   Q.  Have you ever given a deposition before?
9   A.  I have.
10  Q.  How many times have you given depositions?
11  A.  I would say this is my third.
12  Q.  I assume that you're familiar with the rules
13      of a deposition.
14             You understand that you're under
15      oath?
16  A.  I do.
17  Q.  And you understand that even though we're not
18      in a courthouse testifying, your deposition
19      testimony has the same weight and effect as
20      courtroom testimony?
21  A.  I do.
22  Q.  You understand that you're under the same
23      oath, and a violation of that oath is a --
24      would subject you to a charge of perjury just
25      as if you perjured yourself at trial?

|  | Page 278 |
|---|---|
| 1 | MR. ESCOBAR: Objection to the form. |
| 2 A. | Not something that we would go out and |
| 3 | promote. |
| 4 Q. | Would you agree that part of your job as vice |
| 5 | president for sales and as a director of the |
| 6 | NAMs, the national account managers, and so |
| 7 | forth over several years, part of your job was |
| 8 | to try to convince customers how they can |
| 9 | increase their profits when they buy and sell |
| 10 | Mylan drugs? |
| 11 | MR. ESCOBAR: Objection to the form. |
| 12 A. | No, that was not something we did. |
| 13 | The way we tried to promote our |
| 14 | products to our customers were we were |
| 15 | providing a broad offering of new items with a |
| 16 | robust pipeline to keep them in service, and |
| 17 | the company hasn't had a recall from a |
| 18 | manufactured product in over 47 years. |
| 19 Q. | And in terms of profits that customers might |
| 20 | earn from the sale of Mylan drugs, did you |
| 21 | receive complaints from customers about a low |
| 22 | spread? |
| 23 | MR. ESCOBAR: Objection to the form. |
| 24 A. | The complaints we received that I can recall |
| 25 | were usually always as it relates to the |

|  | Page 279 |
|---|---|
| 1 | reimbursement was below the cost, so they were |
| 2 | losing money. |
| 3 Q. | Below the cost? |
| 4 A. | Below the cost to purchase it, yes, sir. |
| 5 Q. | All right. And what did you do then if that |
| 6 | was the spread that occurred for that |
| 7 | particular instance? |
| 8 | MR. ESCOBAR: Objection to the form. |
| 9 A. | If there was a complaint that our products |
| 10 | were sold -- were being reimbursed below cost, |
| 11 | I would forward it on to our pharmacy affairs |
| 12 | group, Steve Krinke, Eric Belldina, Deneen |
| 13 | Fumich. |
| 14 Q. | And then what would happen? |
| 15 A. | I don't know. They would, most likely, follow |
| 16 | up with the customer, maybe make contact with |
| 17 | the third-party payor to see if we had had all |
| 18 | the facts together, so -- |
| 19 Q. | And did you lose customers over low spreads? |
| 20 | MR. ESCOBAR: Objection to the form. |
| 21 A. | I don't believe we lost customers. I don't |
| 22 | remember any specific examples. |
| 23 Q. | Okay. Did you ever consider the dispensing |
| 24 | fees in setting the AWP for Medicaid- |
| 25 | reimbursed drugs? |

|  | Page 280 |
|---|---|
| 1 | MR. ESCOBAR: Objection to the |
| 2 | form. No foundation. |
| 3 A. | I don't know, sir. |
| 4 Q. | You don't know? |
| 5 A. | I don't know. |
| 6 Q. | Okay. I believe you earlier did say you've |
| 7 | had customers ask you about the spread? |
| 8 | MR. ESCOBAR: Objection to the form. |
| 9 A. | I said, in the e-mail, they had mentioned that |
| 10 | in terms of they were losing money based on |
| 11 | where they were purchasing it from, yes, in |
| 12 | terms of the reimbursement versus the cost to |
| 13 | buy. |
| 14 Q. | Okay. And did you ever hear from customers |
| 15 | that the third-party reimbursement for Mylan |
| 16 | drugs was not as good as it was for other |
| 17 | companies? |
| 18 A. | No, I did not. Not to my belief. |
| 19 Q. | Okay. So, you either beat or exceeded your |
| 20 | competitors in that sense? |
| 21 | MR. ESCOBAR: Objection to the form. |
| 22 A. | That was not a conversation we had with our |
| 23 | customers traditionally, no. |
| 24 Q. | Never had that conversation by e-mail, |
| 25 | correspondence? |

|  | Page 281 |
|---|---|
| 1 A. | Not that I can recall, sir. |
| 2 Q. | Over all those years? |
| 3 A. | Not that I can recall. |
| 4 | Usually it was asking for a lower |
| 5 | price was the number one conversation they |
| 6 | would be asking for. |
| 7 Q. | Okay. You would agree, though, that the |
| 8 | spread had to be important to your customers? |
| 9 | MR. ESCOBAR: Objection to the form. |
| 10 A. | I can't answer for my customers what was |
| 11 | important and what wasn't. |
| 12 Q. | You would agree that AWP is used for |
| 13 | reimbursement purposes? |
| 14 | MR. ESCOBAR: Objection to the form, |
| 15 | and I think we've covered this at length, and |
| 16 | it's getting a little -- |
| 17 | MR. MACTAGGART: Note your |
| 18 | objection. |
| 19 | MR. ESCOBAR: Well, no, I don't |
| 20 | think the purpose of the deposition is to |
| 21 | repeat the testimony you heard earlier. |
| 22 | MR. MACTAGGART: Counsel, your |
| 23 | objection is noted. |
| 24 | MR. ESCOBAR: Well, let me put -- if |
| 25 | the deposition -- I'm just going to tell you, |