# Exhibit Q

**State of California ex rel. Ven-A-Care of the Florida Keys, Inc.
v. Abbott Laboratories, Inc., et al., Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Christopher C. Palermo in Support
of Defendants Mylan Inc. and Mylan Pharmaceuticals Inc's. Opposition to Plaintiffs' Motion for Partial Summary
Judgment

## 1

```
CAUSE NO. D-1-GV-07-001259
    IN THE DISTRICT COURT OF
      TRAVIS COUNTY, TEXAS
      201st JUDICIAL DISTRICT
- - - - - - - - - - - - - - - - - -
THE STATE OF TEXAS
ex rel.
    VEN-A-CARE OF THE
    FLORIDA KEYS, INC.

             Plaintiffs,
v.

SANDOZ INC. f/k/a GENEVA
PHARMACEUTICALS, INC.,
EON LABS,
MYLAN PHARMACEUTICALS,
INC., MYLAN LABORATORIES,
INC., UDL LABORATORIES, INC.
TEVA PHARMACEUTICALS USA,
INC. f/k/a LEMMON
PHARMACEUTICALS, INC.,
COPLEY PHARMACEUTICALS, INC.,
IVAX PHARMACEUTICALS, INC.,
SICOR PHARMACEUTICALS,
INC., and TEVA NOVOPHARM, INC.,
        Defendants.
- - - - - - - - - - - - - - - - - -
        DEPOSITION OF ROBERT POTTER, called as a
witness by counsel for the Defendants, pursuant to
the provisions of Texas Rules of Civil Procedure,
before Christine M. Ferraro, Court Reporter in and
for the State of Rhode Island, taken at Esquire
Deposition Services, Ten Weybosset Street,
Providence, Rhode Island, on November 25, 2008,
commencing at 9:13 a.m.
commencing at 9:13 a.m.
```

## 2

```
 1          APPEARANCES:
 2  On behalf of the Plaintiff, State of Texas:
    WRIGHT & GREENHILL, P.C.
 3  BY: ARCHIE CARL PIERCE, ESQUIRE
    BY: CHRISTOPHER A. SHULEY, ESQUIRE
 4  221 West Sixth Street, Suite 1800
    Austin, TX 78701-3495
 5  (512) 476-4600
 6  On behalf of the Plaintiff, Ven-A-Care of the
    Florida Keys, Inc.:
 7  LAW OFFICES ENGSTROM, LIPSCOMB & LACK
    BY: ADAM D. MILLER, ESQUIRE
 8  10100 Santa Monica Boulevard, 12th Floor
    Los Angeles, CA 90067-4107
 9
    On behalf of the Plaintiff, State of California:
10  BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE
    DEPUTY ATTORNEY GENERAL
11  BY: STEVEN U. ROSS, ESQUIRE
    110 West A Street #1100/P.O. Box 85266
12  San Diego, CA 92186
    (619) 688-6026/steven.ross@doj.ca.gov
13
14  On behalf of the Plaintiffs, State of Alabama and
    State of Mississippi:
15  BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
    BY: H. CLAY BARNETT, III, ESQUIRE
16  272 Commerce Street/P.O. Box 4160
    Montgomery, AL 36103-4160
17  (334) 269-2343/clay.barnett@beasleyallen.com
18  On behalf of the Plaintiff, State of New York:
    KIRBY McINERNEY, LLP
19  BY: KATHRYN B. ALLEN, ESQUIRE
    825 Third Avenue, 16th Floor
20  New York, NY 10022
    (212) 317-2300/kallen@kmllp.com
21
    On behalf of the Defendant, Mylan:
22  KELLEY DRYE & WARREN, LLP
    BY: NEIL MERKL, ESQUIRE
23  101 Park Avenue
    New York, NY 10178
24  (212) 808-7811/nmerkl@kelleydrye.com
```

## 3

APPEARANCES CONTINUED:

On behalf of the Defendant, Mylan:
ERIK C. NAFT, ESQUIRE
1500 Corporate Drive
Canonsburg, PA 15317
(724)514-1846/erik.naft@mylan.com

ALSO PRESENT: David Woodford, Videographer
ALSO PRESENT: David Woodford, Videographer

## 4

```
              I N D E X
Testimony of: Robert Potter

          DIRECT   CROSS   REDIRECT   RECROSS
by Mr. Pierce    9              172
by Mr. Merkl            160              199
by Mr. Barnett   177
by Mr. Miller    201


              E X H I B I T S
NO.                                    PAGE
 1   10/15/02 memo re: organizational chart    18
 2   Sales Representative address list         21
 3   E-mail from Steve Krinke to Robert Cunard
     and Bob Potter, subject: NACDS Annual
     Meeting                                   23
 4   List of Mylan Company titles              26
 5   Organizational structure for Mylan
     Pharmaceuticals Sales and Marketing       26
 6   Sales and Marketing Department overview   32
 7   8/27/03 letter to Chairman Tauzin and
     Chairman Greenwood                        37
 8   E-mail chain                              43
 8A  E-mail chain                              44
```

### 5

| | EXHIBITS | |
|---|---|---|
| NO. | | PAGE |
| 9 | E-mail chain | 52 |
| 10 | Private pay reimbursement comparison worksheet | 54 |
| 11 | Medicaid reimbursement comparison summary | 62 |
| 12 | Medicaid reimbursement comparison worksheet | 64 |
| 13 | 6/19/00 activity report | 66 |
| 14 | Contracts and Pricing: A customer service overview | 70 |
| 15 | Nifedipine ER Tablets (Compare to Procardia XL) | 79 |
| 16 | Mylan Pharmaceuticals Inc. new product plan summary | 85 |
| 17 | E-mail chain | 89 |
| 18 | E-mail chain | 91 |
| 19 | E-mail chain | 94 |
| 20 | E-mail chain | 98 |
| 21 | Mylan FY 2000 marketing plan | 99 |
| 22 | Internal memo from Mylan | 103 |
| 23 | E-mail chain | 107 |
| 24 | E-mail chain | 111 |
| 25 | E-mail chain | 116 |

### 6

| | EXHIBITS | |
|---|---|---|
| NO. | | PAGE |
| 26 | E-mail chain | 125 |
| 27 | E-mail chain | 128 |
| 28 | E-mail chain | 129 |
| 29 | E-mail chain | 132 |
| 30 | E-mail chain | 135 |
| 31 | E-mail chain | 141 |
| 32 | E-mail chain | 144 |
| 33 | E-mail chain | 146 |
| 34 | E-mail chain | 151 |
| 35 | E-mail chain | 152 |
| 36 | E-mail chain | 155 |
| 37 | Department of Health and Human Services OIG Compliance Program Guidance for Pharmaceutical Manufacturers | 157 |
| 38 | E-mail chain | 172 |
| 39 | E-mail chain | 203 |
| 40 | E-mail chain | 221 |
| 41 | New product pricing: Terazosin | 229 |
| 42 | E-mail chain | 240 |
| 43 | E-mail chain | 244 |
| 44 | E-mail chain | 246 |
| 45 | E-mail chain | 258 |

### 7

| | EXHIBITS | |
|---|---|---|
| NO. | | PAGE |
| 46 | 2/18/98 letter to Pharmacy Professional | 264 |
| 47 | 7/20/99 letter to Matthew Leonard from Stephen Krinke | 279 |

****** EXHIBITS RETAINED BY COURT REPORTER ******

### 8

PROCEEDINGS

    MS. ALLEN: Kathryn Allen from Kirby McInerney representing the City of New York and the New York counties in MDL 1456.

    MR. PIERCE: Archie Carl Pierce on behalf of the State of Texas.

    MR. BARNETT: Clay Barnett from Montgomery, Alabama, the firm of Beasley, Allen, on behalf of the State of Alabama and the State of Mississippi.

    MR. MILLER: Adam Miller from Engstrom, Lipscomb, and Lack in Los Angeles on behalf of VEN-A-CARE, the relator.

    MR. ROSS: Steven Ross from the California Attorney General's Office, for the State of California.

    MR. MERKL: Neil Merkl from Kelley, Drye for the Defendant, Mylan.

    MR. NAFT: Eric Naft for Mylan.

    VIDEOGRAPHER: The time is now 9:13 a.m. on November 25th, 2008. This is the beginning of Tape No. 1 in the

**Page 77**

1 be the best price versus lowest price?
2 Nothing other but how much they get
3 reimbursed?
4     MR. MERKL: Objection to form.
5 A.  Well, to me, best price is lowest price.
6 I'm not saying I agree with this. I'm not
7 saying I've used this. I'm just saying
8 that that -- my impression of customers
9 that I've been calling on for 16 years is
10 they want the lowest possible price.
11 BY MR. PIERCE:
12 Q.  And reimbursement was never a concern in
13 all those years when you were selling
14 product to your customers?
15 A.  It may have been a concern on their point,
16 but our point is we go with our best
17 price, and they make the decision if
18 they'd like to buy our product or not.
19 There's other products available in the
20 hundreds of products that we do have.
21     I think if you go down to the
22 key, also to influence sales, on this
23 sheet, the most important ones that we
24 haven't talked about is the value of our

**Page 78**

1 product, where we haven't had any recalls,
2 and that is a very important piece of our
3 wholesaling process.
4 Q.  What's the first bullet point under keys
5 to influence sales on Exhibit 14?
6 A.  Best price versus lowest price.
7 Q.  All right. And based on the prior exhibit
8 we looked at, we know with regards to
9 Nifedipine, even though the comparison
10 analysis done by Mylan was based on a
11 Mylan higher price, the net profit to the
12 customer pharmacy would be more because of
13 this very spread; did we not?
14     MR. MERKL: Objection to form.
15 A.  I'd have to look. I mean, I guess so.
16 I'd have to look at the sheet again.
17 BY MR. PIERCE:
18 Q.  All right. So it's still your testimony,
19 though, that as a salesman for Mylan
20 Pharmaceuticals reimbursement has nothing
21 to do with how you sell your product?
22 A.  That is correct.
23 Q.  Okay.
24 A.  I think it's important that this is a

**Page 79**

1 contracts and pricing document not an
2 inside approach to what's going on.
3 Q.  Well, then, let's talk about documents
4 generated for salesmen.
5 A.  Perfect.
6 Q.  Exhibit 15.
7     (Exhibit No. 15 marked for
8 identification.)
9 BY MR. PIERCE:
10 Q.  All right. Exhibit 15, we're talking
11 about Nifedipine again; are we not?
12 A.  Yes.
13 Q.  And this is referencing Nifedipine ER
14 tablets in a comparison to Procardia XL.
15 Do you see that at the top of Exhibit 15?
16 A.  Yes, I do.
17 Q.  And what is Procardia XL?
18 A.  I believe it's the brand name for
19 Nifedipine ER.
20 Q.  Okay. And this evidently is referencing
21 some information that was provided to
22 Mylan National Account Managers Meeting
23 May 4th-5th, 2000?
24 A.  It appears to be, yes, correct.

**Page 80**

1 Q.  Do you remember that meeting by chance?
2 A.  No, I don't.
3 Q.  Where it might be and whether you
4 attended?
5 A.  No, I do not.
6 Q.  National Account Managers, though, we
7 previously established those are salesmen;
8 are they not?
9 A.  Yes.
10 Q.  So this is a document that was apparently,
11 on its face, presented to salesmen, Mylan
12 salesmen, during this meeting?
13     MR. MERKL: Objection to form.
14 BY MR. PIERCE:
15 Q.  Correct?
16 A.  Correct.
17 Q.  All right. If you'll look at the second
18 page under FAQ, which I -- well, you tell
19 me what you understand FAQ to mean.
20 A.  Frequently asked question.
21 Q.  Okay. Question 2 is: "Mylan's 30
22 milligram tablets are more expensive than
23 Teva's. How can I justify their use?" Do
24 you see that?