# Exhibit R

**State of California ex rel. Ven-A-Care of the Florida Keys, Inc.
v. Abbott Laboratories, Inc., et al., Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Christopher C. Palermo in Support
of Defendants Mylan Inc. and Mylan Pharmaceuticals Inc's. Opposition to Plaintiffs' Motion for Partial Summary
Judgment

* * * * * * * *

The videotaped deposition of **HARRY A. KORMAN** was taken before Cornelia J. Baker, Certified Court Reporter, ACCR 290, and Certified Shorthand Reporter, as Commissioner, on Thursday, October 8, 2009, commencing at approximately 8:57 a.m., at the Waterfront Place Hotel, Two Waterfront Place, Morgantown, West Virginia, pursuant to the stipulations set forth herein.

* * * * * * * *

**IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY
STATE OF ALABAMA**

**In the Matter of:**

| **ALABAMA MEDICAID PHARMACEUTICAL AVERAGE WHOLESALE PRICE LITIGATION** | **MASTER DOCKET NO. CV-2005-219** |
|---|---|

**This Document Relates To:**

| Mylan Laboratories, Inc. | 2005-219.50 |
| Mylan Pharmaceuticals, Inc. | 2005-219.51 |
| UDL Laboratories, Inc. | 2005-219.72 |

```
              IN THE CHANCERY COURT OF
              RANKIN COUNTY MISSISSIPPI
             20TH CHANCERY COURT DIVISION
```

In the Matter of:

MISSISSIPPI MEDICAID              MASTER DOCKET
PHARMACEUTICAL AVERAGE            NO. G2009-65617
WHOLESALE PRICE LITIGATION           G2009-66312


This Document Relates To:

State of Mississippi v.
Mylan Pharmaceuticals, Inc.

State of Mississippi v.
Mylan Laboratories, Inc.


```
              IN THE DISTRICT COURT OF
              WYANDOTTE COUNTY, KANSAS
               CIVIL COURT DEPARTMENT
```

In the Matter of:

KANSAS MEDICAID                   MASTER DOCKET
PHARMACEUTICAL AVERAGE            NO. 08-MV-2190
WHOLESALE PRICE LITIGATION        Division 7


This Document Relates to:

STATE OF KANSAS v.
MYLAN LABORATORIES, INC., and
MYLAN PHARMACEUTICALS, INC.
CASE NO. 08-CV-2135

BAKER & BAKER REPORTING AND VIDEO SERVICES, INC.
Certified Court Reporters and Certified Legal Video Specialists
334.262.3332 - 1.888.253.DEPS (3377)
www.baker-baker.com

```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

IN RE:
PHARMACEUTICAL INDUSTRY    MDL No. 1456
AVERAGE WHOLESALE PRICE    Master File
LITIGATION                 No. 01-12257-PBS

                           Subcategory Case
                           No. 07-12141-PBS


                           Judge Patti Saris

This Document Relates To:

State of Iowa
v.
Abbott Laboratories, et al.
```

```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

IN RE:
PHARMACEUTICAL INDUSTRY    MDL No. 1456
AVERAGE WHOLESALE PRICE    Master File
LITIGATION                 No. 01-12257-PBS

                           Subcategory Case
                           No. 03-10643-PBS

                           Judge Patti Saris

This Document Relates To:

The City of New York, et al.
v.
Abbott Laboratories, et al.
```

IN THE CIRCUIT COURT
FOR THE SECOND JUDICIAL COURT
IN AND FOR LEON COUNTY, FLORIDA

THE STATE OF FLORIDA

Ex rel.

VEN-A-CARE OF THE FLORIDA
KEYS, INC., a Florida Corporation, by
and through its principal officers and
directors, ZACHARY T. BENTLEY
and T. MARK JONES,                    CASE NO. 98-3032G

      Plaintiffs,

  vs.

MYLAN LABORATORIES, INC.; MYLAN
PHARMACEUTICALS, INC.; NOVOPHARM,
LTD.; SCHEIN PHARMACEUTICALS, INC.,
TEVA PHARMACEUTICAL INDUSTRIES,
LTD.; TEVA PHARMACEUTICAL USA; and
WATSON PHARMACEUTICALS, INC.

      Defendants.

```
  IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
                 STATE OF HAWAII


STATE OF HAWAII,
      Plaintiff,

vs.                  CIVIL NO. O6-1-0720-04-EEH
                            (Complex Litigation)

ABBOTT LABORATORIES, INC., et al.,
      Defendants.


STATE OF HAWAII,
      Plaintiff,

vs.                  CIVIL NO. O7-1-1639-09-EEH
                            (Other Civil Action)

SCHERING CORPORATION,
DOE CORPORATIONS 1-100,
DOE ENTITIES 1-100,
      Defendants.
```

1  correct.
2       Q.  Now, Mylan sells to the top
3  three wholesalers in America, meaning
4  McKesson, AmerisourceBergen, and Cardinal; is
5  that true?
6       A.  Mylan does sell to those three
7  customers.
8       Q.  And that's a very large and
9  substantial part of Mylan's business,
10  correct?
11            MR. ESCOBAR:  Objection to the
12                form.
13       A.  In 2000, those three customers
14  were a significant portion, significant maybe
15  defined as 40 percent, 30 percent of our
16  business, yes.
17       Q.  And this document shows the
18  amounts that were being sold to those three
19  top wholesalers, Bergen, Cardinal, and
20  McKesson, true?
21            MR. ESCOBAR:  Objection to the
22                form.
23       A.  I don't know if this was all