# Exhibit S

**State of California ex rel. Ven-A-Care of the Florida Keys, Inc.
v. Abbott Laboratories, Inc., et al., Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Christopher C. Palermo in Support
of Defendants Mylan Inc. and Mylan Pharmaceuticals Inc's. Opposition to Plaintiffs' Motion for Partial Summary
Judgment

| | |
|---|---|
| From: | Namba, Mike (DHS-MCPD-MB-MCS) |
| Sent: | Wednesday, July 17, 2002 01:18 PM |
| To: | 'Eric.Belldina@mylanlabs.com' |
| Subject: | RE: Estradiol Transdermal System |

Eric,
Yes to your second statement, no to your third statement.
Let me refer you to the Medi-Cal sample spreadsheet for an illustrative example.
Here is the rule Medi-Cal uses to calculate its net cost per unit:

Medi-Cal's net cost per unit is calculated as the lower of AWP - 5% or Direct Price or Federal Upper Limit Price (FUL) or State Upper Limit Price (MAIC), minus all manufacturer rebates.

In some cases, differences in the pharmacist's fee must also be included (for example, when a new product can replace two older prescriptions, Medi-Cal will take into account the

decrease in dispensing fees.)

| Example 1 - Medi-Cal AMP Cost Calculation | Example 2 - Medi-Cal AMP Cost Calculation | Example 3 - Medi-Cal AMP Cost Calculation |
|---|---|---|
| AWP - 5% drug (most common example) | Direct Price Drug - see end for list of direct price companies | AWP - 5% Generic drug |
| Gorillacillin® 500 mg capsules - a single source drug manufactured by a non-direct price company | Godzillacillin® 500 mg capsules - a single source drug manufactured by a direct price company | Garbanzocillin 500 mg capsules - a multi-source drug manufactured by a non-direct price company that has no federal or state upper price limits |
| Price per capsule | Price per capsule | Price per capsule |
| AWP $3.00 | AWP $3.00 | AWP $3.00 |
| AWP - 5% (calculated as AWP x 0.95) $2.85 | AWP - 5% (calculated as AWP x 0.95) $2.85 | AWP - 5% (calculated as AWP x 0.95) $2.85 |
| Direct Price N/A | Direct Price $2.50 | Direct Price N/A |
| Federal Upper Limit price (FUL or FAC) N/A | Federal Upper Limit price (FUL or FAC) N/A | Federal Upper Limit price (FUL or FAC) N/A |
| State Maximum Allowable Ingredient Cost (MAIC) N/A | State Maximum Allowable Ingredient Cost (MAIC) N/A | State Maximum Allowable Ingredient Cost (MAIC) N/A |
| Medi-Cal's lowest price (lowest of the above). This is the price we are willing to pay to pharmacies. $2.85 | Medi-Cal's lowest price $2.50 | Medi-Cal's lowest price $2.85 |
| AMP (Average Manufacturer's Price), as reported to HCFA $2.50 | AMP (Average Manufacturer's Price), as reported to HCFA $2.50 | AMP (Average Manufacturer's Price), as reported to HCFA $0.50 |
| Medi-Cal's AMP calculation | Medi-Cal's AMP calculation | Medi-Cal's AMP calculation |
| In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will give us a 40% rebate over HCFA | In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will give us a 40% rebate over HCFA | In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will give us a 40% rebate over HCFA |
| HCFA rebate (best price + CPI adjustments) %   27% | HCFA rebate (straight 11%)   11% | HCFA rebate (best price + CPI adjustments) %   27% |
| California supplemental rebate %   40% | California supplemental rebate %   40% | California supplemental rebate %   40% |
| Total rebate %   67% | Total rebate %   67% | Total rebate %   51% |
| AMP   $ 2.50 | AMP   $ 2.50 | AMP   $ 0.50 |
| HCFA rebate amount (AMP x 27%)   $ 0.68 | HCFA rebate amount (AMP x 11%)   $ 0.68 | HCFA rebate amount (AMP x 27%)   $ 0.06 |
| Calif supplemental rebate amount (AMP x 40%)   $ 1.00 | Calif supplemental rebate amount (AMP x 40%)   $ 1.00 | Calif supplemental rebate amount (AMP x 40%)   $ 0.20 |
| Total rebate amount per unit   $ 1.68 | Total rebate amount per unit   $ | |



CAAG/DHS-E0039867

## Example 4 — Medi-Cal Net Price Cost Calculation

AWP - 5% drug (most common example)

Brocollicillin® 500 mg capsules — a single source drug manufactured by a non-direct price company

Price per capsule

| | |
|---|---|
| AWP | $3.00 |
| AWP - 5% (calculated as AWP x 0.95) | $2.85 |
| Direct Price | N/A |
| Federal Upper Limit price (FUL or FAC) | N/A |
| State Maximum Allowable Ingredient Cost (MAIC) | N/A |
| Medi-Cal's lowest price (lowest of the above). This is the price we are willing to pay to pharmacies. | $2.85 |
| AMP (Average Manufacturer's Price), as reported to HCFA | $2.50 |

Medi-Cal's Net Price calculation

In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will guarantee that Medi-Cal's price will be $2.00 per capsule.

| | |
|---|---|
| Medi-Cal's lowest price | $2.85 |
| Medi-Cal's net price | -$2.00 |
| Difference (total amount that must be rebated from manufacturer to Medi-Cal | $0.85 |
| Percent rebate off AMP | 34% |

With a net price contract, Medi-Cal's net price is the contracted price. $2.00

1.68    Total rebate amount per unit    $    0.26

Therefore, Medi-Cal's cost is calculated as:
Medi-Cal's Lowest Price (AWP - 5% in this case) $2.85
minus total rebates    -$1.68
to give Medi-Cal's net cost    $1.17

## Example 5 — Medi-Cal Net Price Cost Calculation

Direct Price Drug — see end for list of direct price companies

Rutabagacillin® 500 mg capsules — a single source drug manufactured by a direct price company

Price per capsule

| | |
|---|---|
| AWP | $3.00 |
| AWP - 5% (calculated as AWP x 0.95) | $2.85 |
| Direct Price | $2.50 |
| Federal Upper Limit price (FUL or FAC) | N/A |
| State Maximum Allowable Ingredient Cost (MAIC) | N/A |
| Medi-Cal's lowest price | $2.50 |
| AMP (Average Manufacturer's Price), as reported to HCFA | $2.50 |

Medi-Cal's Net Price calculation

In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will guarantee that Medi-Cal's price will be $2.00 per capsule.

| | |
|---|---|
| Medi-Cal's lowest price | $2.50 |
| Medi-Cal's net price | -$2.00 |
| Difference (total amount that must be rebated from manufacturer to Medi-Cal | $0.50 |
| Percent rebate off AMP | 20% |

With a net price contract, Medi-Cal's net price is the contracted price. $2.00

Therefore, Medi-Cal's cost is calculated as:
Medi-Cal's Lowest Price (AWP - 5% in this case) $2.85
minus total rebates    -$1.68
to give Medi-Cal's net cost    $0.82

## Example 6 — Medi-Cal Net Price Cost Calculation

AWP - 5% Generic drug

Tomatocillin 500 mg capsules — a multi-source drug manufactured by a non-direct price company that has no federal or state upper price limits

Price per capsule

| | |
|---|---|
| AWP | $3.00 |
| AWP - 5% (calculated as AWP x 0.95) | $2.85 |
| Direct Price | N/A |
| Federal Upper Limit price (FUL or FAC) | N/A |
| State Maximum Allowable Ingredient Cost (MAIC) | N/A |
| Medi-Cal's lowest price | $2.85 |
| AMP (Average Manufacturer's Price), as reported to HCFA | $0.50 |

Medi-Cal's Net Price calculation

In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will guarantee that Medi-Cal's price will be $2.00 per capsule. Since the AWP is inflated, the manufacturer must rebate a very large amount to reach the net price.

| | |
|---|---|
| Medi-Cal's lowest price | $2.85 |
| Medi-Cal's net price | -$2.00 |
| Difference (total amount that must be rebated from manufacturer to Medi-Cal | $0.85 |
| Percent rebate off AMP | 170% |

With a net price contract, Medi-Cal's net price is the contracted price. $2.00

Therefore, Medi-Cal's cost is calculated as:
Medi-Cal's Lowest Price (Direct in this case) $2.50
minus total rebates    -$0.26
to give Medi-Cal's net cost    $2.59

---

Drugs made by manufacturers with the following labeler codes are direct price drugs:

    00003   Squibb, E.R. and Sons
    00005   Lederle Laboratories

```
00006    Merck Sharp and Dohme
00008    Wyeth Laboratories
00009    Upjohn Company
00046    Ayerst Laboratories
00049    Roerig Div. of Pfizer, Inc.
00069    Pfizer Laboratories
00071    Parke-Davis and Company
00074    Abbott Laboratories
```

The way Medi-Cal calculates our net cost is:
(AWP − 5%) − (HCFA Rebate) − (Calif. Supplemental) = Net cost


Thus, by rearranging the equation, the correct number is that Mylan would be rebating Medi-Cal at a rate equal to:
(AWP−5%) − (HFCA rebate) − (Net Cost) = Calif. Supplemental
The net cost would be $2.00/patch in our example.  Fill in the AWP and HCFA values, and you can determine the Calif. Supplemental that Mylan would have to rebate.
Hope this helps.
Mike M. Namba, Pharm.D., M.S.
Senior Pharmaceutical Consultant
Medi-Cal Policy Division
714 P Street, Room 1540
Sacramento, CA  95814
(916) 653-9257
FAX (916) 654-0513
Mnamba@dhs.ca.gov
-----Original Message-----
From:    Eric.Belldina@mylanlabs.com [mailto:Eric.Belldina@mylanlabs.com]
Sent:    Wednesday, July 17, 2002 11:49 AM
To:      Namba, Mike (DHS-MCPD-MB-MCS)
Subject:         Estradiol Transdermal System
Importance:      High


MIke,
Since this is net price is all Greek to me, do I have this correct.
The final cost to Medi-Cal for each patch will be $2.00, or Medi-cal will be paying $8.00 per box.
i.e., in the end, MYLAN will be selling patches at $2.00 each or $8.00 per box to Medi-Cal.
Thanks,
Eric