# Exhibit T

**State of California ex rel. Ven-A-Care of the Florida Keys, Inc.
v. Abbott Laboratories, Inc., et al., Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Christopher C. Palermo in Support
of Defendants Mylan Inc. and Mylan Pharmaceuticals Inc's. Opposition to Plaintiffs' Motion for Partial Summary
Judgment

Medi-Cal Contracting Section
Pharmacy Pricing Calculation Examples

Here is the rule Medi-Cal uses to calculate its net cost per unit:
Medi-Cal's net cost per unit is calculated as the lower of AWP - 5% or Direct Price or Federal Upper Limit Price (FUL) or State Upper Limit Price (MAIC), minus all manufacturer rebates. In some cases, differences in the pharmacist's fee must also be included (for example, when a new product can replace two older prescriptions, Medi-Cal will take into account the decrease in dispensing fees.)

| Example 1 - Medi-Cal AMP Cost Calculation | | Example 2 - Medi-Cal AMP Cost Calculation | | Example 3 - Medi-Cal AMP Cost Calculation | |
|---|---|---|---|---|---|
| AWP - 5% drug (most common example) | | Direct Price Drug - see end for list of direct price companies | | AWP - 5% Generic drug | |
| Gorillacillin® 500 mg capsules - a single source drug manufactured by a non-direct price company | | Godzillacillin® 500 mg capsules - a single source drug manufactured by a direct price company | | drug manufactured by a non-direct price company that has no federal or state upper price limits | |
| Price per capsule | | Price per capsule | | Price per capsule | |
| AWP | $3.00 | AWP | $3.00 | AWP | $3.00 |
| AWP - 5% (calculated as AWP x 0.95) | $2.85 | AWP - 5% (calculated as AWP x 0.95) | $2.85 | AWP - 5% (calculated as AWP x 0.95) | $2.85 |
| Direct Price | N/A | Direct Price | $2.50 | Direct Price | N/A |
| Federal Upper Limit price (FUL or FAC) | N/A | Federal Upper Limit price (FUL or FAC) | N/A | Federal Upper Limit price (FUL or FAC) | N/A |
| State Maximum Allowable Ingredient Cost | N/A | State Maximum Allowable Ingredient Cost | N/A | State Maximum Allowable Ingredient Cost | N/A |
| Medi-Cal's lowest price (lowest of the above). This is the price we are willing to pay to pharmacies. | $2.85 | Medi-Cal's lowest price | $2.50 | Medi-Cal's lowest price | $2.85 |
| AMP (Average Manufacturer's Price), as reported to HCFA | $2.50 | AMP (Average Manufacturer's Price), as reported to HCFA | $2.50 | AMP (Average Manufacturer's Price), as reported to HCFA | $0.50 |
| Medi-Cal's AMP calculation | | Medi-Cal's AMP calculation | | Medi-Cal's AMP calculation | |
| In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will give us a 40% rebate over HCFA | | In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will give us a 40% rebate over HCFA | | In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will give us a 40% rebate over HCFA | |
| HCFA rebate (best price + CPI adjustments) % | 27% | HCFA rebate (best price + CPI adjustments) % | 27% | HCFA rebate (straight 11%) | 11% |
| California supplemental rebate % | 40% | California supplemental rebate % | 40% | California supplemental rebate % | 40% |
| Total rebate % | 67% | Total rebate % | 67% | Total rebate % | 51% |
| AMP | $ 2.50 | AMP | $ 2.50 | AMP | $ 0.50 |
| HCFA rebate amount (AMP x 27%) | $ 0.68 | HCFA rebate amount (AMP x 27%) | $ 0.68 | HCFA rebate amount (AMP x 11%) | $ 0.06 |
| Calif supplemental rebate amount (AMP x 40%) | $ 1.00 | Calif supplemental rebate amount (AMP x 40%) | $ 1.00 | Calif supplemental rebate amount (AMP x 40%) | $ 0.20 |
| Total rebate amount per unit | $ 1.68 | Total rebate amount per unit | $ 1.68 | Total rebate amount per unit | $ 0.26 |
| Therefore, Medi-Cal's cost is calculated as: | | Therefore, Medi-Cal's cost is calculated as: | | Therefore, Medi-Cal's cost is calculated as: | |
| Medi-Cal's Lowest Price (AWP - 5% in this case) | $2.85 | Medi-Cal's Lowest Price (Direct in this case) | $2.50 | Medi-Cal's Lowest Price (AWP - 5% in this case) | $2.85 |
| minus total rebates | -$1.68 | minus total rebates | -$1.68 | minus total rebates | -$0.26 |
| to give Medi-Cal's net cost | $1.17 | to give Medi-Cal's net cost | $0.82 | to give Medi-Cal's net cost | $2.59 |

- 1 -

California Department of Health Services
May 17, 2000

CAAG/DHS0068437



EXHIBIT 056
WIT: Gorospe
DATE: 9-22-08
CAROL NYGARD DROBNY

Medi-Cal Contracting Section
Pharmacy Pricing Calculation Examples

| Example 4 - Medi-Cal Net Price Cost Calculation | | Example 5 - Medi-Cal Net Price Cost Calculation | | Example 6 - Medi-Cal Net Price Cost Calculation | |
|---|---|---|---|---|---|
| AWP - 5% drug (most common example) | | Direct Price Drug - see end for list of direct price companies | | AWP - 5% Generic drug | |
| Brocolicillin® 500 mg capsules - a single source drug manufactured by a non-direct price company | | Rutabagacilin® 500 mg capsules - a single source drug manufactured by a direct price company | | drug manufactured by a non-direct price company that has no federal or state upper price limits | |
| Price per capsule | | Price per capsule | | Price per capsule | |
| AWP | $3.00 | AWP | $3.00 | AWP | $3.00 |
| AWP - 5% (calculated as AWP x 0.95) | $2.85 | AWP - 5% (calculated as AWP x 0.95) | $2.85 | AWP - 5% (calculated as AWP x 0.95) | $2.85 |
| Direct Price | N/A | Direct Price | $2.50 | Direct Price | N/A |
| Federal Upper Limit price (FUL or FAC) | N/A | Federal Upper Limit price (FUL or FAC) | N/A | Federal Upper Limit price (FUL or FAC) | N/A |
| State Maximum Allowable Ingredient Cost | N/A | State Maximum Allowable Ingredient Cost | N/A | State Maximum Allowable Ingredient Cost | N/A |
| Medi-Cal's lowest price (lowest of the above). This is the price we are willing to pay to pharmacies. | $2.85 | Medi-Cal's lowest price | $2.50 | Medi-Cal's lowest price | $2.85 |
| AMP (Average Manufacturer's Price), as reported to HCFA | $2.50 | AMP (Average Manufacturer's Price), as reported to HCFA | $2.50 | AMP (Average Manufacturer's Price), as reported to HCFA | $0.50 |
| Medi-Cal's Net Price calculation | | Medi-Cal's Net Price calculation | | Medi-Cal's Net Price calculation to the List if the manufacturer will guarantee that Medi-Cal's price will be $2.00 per capsule. | |
| In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will guarantee that Medi-Cal's price will be $2.00 per capsule. | | In this example, Medi-Cal agrees to add a drug to the List if the manufacturer will guarantee that Medi-Cal's price will be $2.00 per capsule. | | Since the AWP is inflated, the manufacturer must rebate a very large amount to reach the net price. | |
| Medi-Cal's lowest price | $2.85 | Medi-Cal's lowest price | $2.50 | Medi-Cal's lowest price | $2.85 |
| Medi-Cal's net price | -$2.00 | Medi-Cal's net price | -$2.00 | Medi-Cal's net price | -$2.00 |
| Difference (total amount that must be rebated from manufacturer to Medi-Cal) | $0.85 | Difference (total amount that must be rebated from manufacturer to Medi-Cal) | $0.50 | Difference (total amount that must be rebated from manufacturer to Medi-Cal) | $0.85 |
| Percent rebate off AMP | 34% | Percent rebate off AMP | 20% | Percent rebate off AMP | 170% |
| With a net price contract, Medi-Cal's net price is the contracted price. | $2.00 | With a net price contract, Medi-Cal's net price is the contracted price. | $2.00 | With a net price contract, Medi-Cal's net price is the contracted price. | $2.00 |

Drugs made by manufacturers with the following labeler codes are direct price drugs:
00003 Squibb, E.R. and Sons
00005 Lederle Laboratories
00006 Merck Sharp and Dohme
00008 Wyeth Laboratories
00009 Upjohn Company
00046 Ayerst Laboratories
00049 Roerig Div. of Pfizer, Inc.
00069 Pfizer Laboratories
00071 Parke-Davis and Company
00074 Abbott Laboratories

California Department of Health Services
May 17, 2000

- 2 -

CAAG/DHS0068438