# Exhibit U

**State of California ex rel. Ven-A-Care of the Florida Keys, Inc.
v. Abbott Laboratories, Inc., et al., Master Civil Action No. 01-12257-PBS,
Subcategory Case No. 06-11337**

Exhibit to the December 21, 2009 Declaration of Christopher C. Palermo in Support
of Defendants Mylan Inc. and Mylan Pharmaceuticals Inc's. Opposition to Plaintiffs' Motion for Partial Summary
Judgment

1

```
              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS

                         --o0o--

IN RE PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE

LITIGATION

_____/MDL No. 1456

THIS DOCUMENT RELATES TO:     Civil Action: 01-12257-PBS

State of California, ex rel.

Ven-A-Care v. Abbott

Laboratories, Inc., et al.,

_____/



                         --o0o--

                THURSDAY, APRIL 23, 2009

                         --o0o--

                 VIDEOTAPED DEPOSITION OF

                       MIKE NAMBA

                         --o0o--



Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

              Registered Merit Reporter
```

Namba, Mike April 23, 2009
Sacramento, CA

44 (Pages 170 to 173)

170

1  this document kind of explains those four factors
2  that you were testifying about earlier?
3      A.  Yes.
4      Q.  And this is what -- this is, you know,
5  when you -- if I read the second full paragraph
6  of your response to -- to Mr. Belldina, you --
7  you say that Medi-Cal's net cost per unit is
8  calculated as the lower of AWP-5 percent, or
9  direct price, or Federal Upper Limit price, or
10 State Upper Limit price, minus all manufacturer
11 rebates?
12     A.  Correct.
13     Q.  And that's how you get to net cost?
14     A.  Yes.
15     Q.  And then you walk through an example
16 for Gorillacillin; is that right?
17     A.  Correct.
18     Q.  Is -- Gorillacillin is not a real
19 drug; is it?
20     A.  Correct.
21     Q.  Nor is Godzillacillin?
22     A.  Correct.

171

1      Q.  But this is -- this is -- this is a
2  fair representation of the type of work that --
3  that you were doing for Medi-Cal as it evaluated
4  cost of drugs that it was reimbursing; right?
5      A.  I believe so.
6      Q.  Okay.  Now -- so this -- this document
7  shows and your testimony --
8          Strike that.
9          So when you look at reimbursement in
10 total, rebates must be factored in to the
11 analysis according to what you were doing at that
12 time; right?
13     A.  To calculate the net costs?
14     Q.  That's right.
15     A.  Yes.
16     Q.  They're an important part of
17 calculating that cost; right?
18     A.  Yes.
19         MS. McDEVITT:  I'm just looking for --
20         I was just looking for -- a component
21 of the document I wanted to ask you about, and
22 I'm not seeing it in this print-out, but we can

172

1  always come back to it if we need to.  I don't
2  want to waste your time.
3          We'll come back to it.
4          (Exhibit Namba 024 was marked for
5          Identification.)
6  BY MS. McDEVITT:
7      Q.  Actually, I'm going to -- just before
8  -- the Court Reporter has marked a new exhibit,
9  but before we turn to it, I just want to ask you
10 a question or two more about Exhibit 23.
11         Mr. Namba, if you could turn to the
12 second page of that E-mail print-out, and I
13 recognize it's a little tricky to read because of
14 the way it -- it printed, but kind of -- just a
15 little past what I think would be the middle of
16 the page, if you see, there's a line that says
17 "Medi-Cal's net price calculation," and it -- it
18 walks through an example of $2 per capsule.
19         Do -- do you see that?
20     A.  Yes.
21     Q.  Okay.  And it reads a little further
22 down the page, "In this example Medi-Cal agrees

173

1  to add a drug to the list if the manufacturer
2  will guarantee that Medi-Cal's price will be $2
3  per capsule.  Since the AWP is inflated, the
4  manufacturer must rebate a very large amount to
5  reach the net price."
6          Is that right?
7      A.  Yes.
8      Q.  And so that was your understanding at
9  the -- at the time you wrote this E-mail to the
10 gentleman from Mylan in 2002, that for -- at
11 least in this example, a large rebate would be
12 required to -- to get -- to reach net price due
13 to the inflation of AWP?
14     A.  Correct.
15         MS. McDEVITT:  Okay.  Let's turn to the
16 document that we just marked -- the Court
17 Reporter just marked -- as Exhibit 24, and it is
18 a -- yet some more print-outs of E-mails.
19         It's a four-page document starting with
20 DHS0084551.
21         MR. FISHER:  Is it 23 or 24?
22         MS. McDEVITT:  I think we're up -- the