# United States Court of Appeals
## For the First Circuit

DC/MA
Thornton
Judge SARIS
DC# 01-12257

No. 09-1196

IN RE PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION

M. JOYCE HOWE,

Plaintiff, Appellant,

v.

LEROY TOWNSEND,

Plaintiff, Appellee.

---

### JUDGMENT

Entered: November 20, 2009

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's approval of the settlement is affirmed.

By the Court:

/s/ Margaret Carter, Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: /s/ Date: 12/18/09

cc: Mr. Berman, Mr. DeMarco, Mr. Glynn, Mr. Haviland, Mr. Koon, Mr. Muehlberger & Mr. Scott.