UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master Docket 01-cv-12257 |
| THIS DOCUMENT RELATES TO: | Subcategory 06-11337<br>Civil Action No. 08-cv-10852 |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys, Inc., a Florida Corporation, by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES, vs. Actavis Mid Atlantic LLC, et al.* | Judge Patti B. Saris |

Status Report January 1, 2010

Pursuant to the Court's July 17, 2004 Procedural Order, the undersigned counsel for the Plaintiffs hereby submits the following status report to the court listing the status of all motions to date.

Respectfully submitted,

Dated: 12/31/09      By: /s/ Susan Schneider Thomas_____
            Susan Schneider Thomas (PA Bar No. 32799)
            **BERGER & MONTAGUE, P.C.**
            1622 Locust Street
            Philadelphia, PA 19103
            Telephone (215) 875-3000
            Facsimile (215) 875-4604

            Jonathan Shapiro
            **STERN, SHAPIRO, WEISSBERG & GARIN**
            90 Canal Street, Suite 500
            Boston, MA 02114-2022
            Telephone (617)742-5800
            Facsimile (617) 742-5858

            **Attorneys for Ven-A-Care of the Florida Keys, Inc.**

# MDL 1456 Status Report
## USA *ex rel.* Ven-A-Care v. Actavis, *et al.*
## Case No. 08-cv-10852

**Pending Motions**

None.

The parties have been working on a joint case management order and believe they have an order to submit to the Court for approval within a week or two.

# CERTIFICATE OF SERVICE

I hereby certify that I, David Filbert, paralegal with Berger & Montague caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on December 31, 2009, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

Respectfully submitted,

Dated: 12/31/09                                By: /s/ David Filbert_____

**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone (215) 875-3000
Facsimile (215) 875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN**
90 Canal Street, Suite 500
Boston, MA 02114-2022
Telephone (617)742-5800
Facsimile (617) 742-5858

**Attorneys for Ven-A-Care of the Florida Keys, Inc.**