**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR BRIEFING ON THE JOHNSON & JOHNSON DEFENDANTS'
<u>MOTIONS FOR SUMMARY JUDGMENT</u>**

Plaintiffs, by their undersigned counsel, respectfully request that this Court enter an order granting Plaintiffs an extension of time to file their Oppositions to the Motions for Summary Judgment filed by the Johnson & Johnson Defendants (Ortho Biotech Products, LP, Centocor, Inc. and Johnson & Johnson) (collectively "J&J") [Doc. Nos. 6667 and 6671] and allowing J&J to file a reply in support of its Motions, to be due two weeks after Plaintiffs file their Opposition. As grounds for the foregoing, Plaintiffs state as follows:

1. On November 23, 2009, J&J filed its Motions for Summary Judgment. Pursuant to this Court's November 3, 2009 electronic order, Plaintiffs' Oppositions are currently due on January 8, 2010.

2. Due to holiday scheduling issues, Plaintiffs require a one-week extension of time, until January 15, 2010, to file their Oppositions. J&J does not oppose Plaintiffs' request, but seeks leave to file a Reply in support of its Motions, to be due January 29, 2010, two weeks after Plaintiffs file their Oppositions. Plaintiffs do not oppose this request.

WHEREFORE Plaintiffs respectfully request that this Court enter an order (1) granting Plaintiffs an extension of time until January 15, 2010 to file their Oppositions to J&J's Motions

for Summary Judgment and (2) granting J&J leave to file a reply in support of its Motions, to be due January 29, 2010.

DATED: December 31, 2009

By: /s/ Jennifer Fountain Connolly

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman, Kodroff
 & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on December 31, 2009, I caused copies of ***PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BRIEFING ON THE JOHNSON & JOHNSON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT*** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly