# Exhibit 3

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

215-772-1000
FAX: 215-772-1359

Direct Fax: 215-735-0957                                  shanin.specter@klinespecter.com

December 19, 2006

VIA EMAIL & U.S. FIRST CLASS MAIL

Marc H. Edelson, Esquire
HOFFMAN & EDELSON, LLC.
45 W. Court Street
Doylestown, PA 18901

Re:   *In re: Pharmaceutical Industry Average Wholesale Price Litigation*; MDL No. 1456

Dear Marc:

Enclosed please find our firms's time and expense submission from inception through November 30, 2006. Below is a breakdown by case:

| CASE | LODESTAR | EXPENSES |
|---|---|---|
| AWP MDL | $2,129,496.25 | $437,857.67 |
| AWP NJ | $449,198.75 | $47,564.00 |
| AZ AWP | $21,678.75 | $3,366.94 |
| AZ Lupron[1] | $886,563.57 | $113,951.29 |
| TOTALS: | $3,486,937.32 | $602,739.90 |

Very truly yours,

Shanin Specter

SS:ks
Enclosure

---

[1]   Note these figures do not include the amount apportioned to *Swanston in* the Lupron litigation.

P_08769

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATED TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### DECLARATION OF KATHLEEN M. SPURKA

I, Kathleen Spurka, have personally compiled and summarized the attached time and expense records based on my entries and the entries of others at Kline & Specter. This compilation and summarization is correct to the best of my knowledge. In certain instances, I have deleted entries that I felt to be inadequately substantiated.

Date: December 18, 2006

Kathleen M. Spurka

P_08770

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**AFFIDAVIT OF SHANIN SPECTER IN SUPPORT OF
CLASS PLAINTIFFS' JOINT PETITION FOR ATTORNEYS' FEES
AND REIMBURSEMENT OF EXPENSES IN RELATION TO
SETTLEMENT WITH GSK FILED ON BEHALF OF KLINE & SPECTER, P.C.**

I, Shanin Specter, being duly sworn, depose and say:

1. I am a partner of the law firm of Kline & Specter, P.C., one of the counsel for plaintiffs in this matter. I am submitting this Affidavit in support of all plaintiffs' counsel's (including my firm's) application for an award of attorneys' fees and reimbursement of expenses provided in connection with the services rendered to plaintiffs and the class by my firm in the course of this litigation.

2. I am an attorney in good standing and duly licensed and admitted to the Bars of Commonwealth of Pennsylvania; United States District Court for the Eastern, Middle and Western Districts of Pennsylvania; and the United States Courts of Appeals for the Third and Ninth Circuit. The statements set in this Declaration are based on first-hand knowledge, about which I could and would testify competently in open Court if called upon to do so as well as information gathered within my firm by others.

3. This firm was counsel of record for various individual plaintiffs and the class in this litigation and the companion state court litigation. As one of the counsel for the plaintiffs

P_08084

1

and class, my firm performed services on this matter as follows: correspondence, telephone conferences and meetings with the class representatives and many individual consumer class members regarding the status of their claims; preparation for and defense of all depositions of the class representatives; factual discovery including extensive collection of all relevant medical and billing records for the class representatives and hundreds of individual consumer class members; factual and legal research regarding claims of the consumer class; drafting of pleadings relating to the consumer class; and email, telephone and live conferences with co-counsel regarding the claims of the consumer class. Additionally, my firm was involved in document reviews related to claims of the TPP class, and drafted pleadings and attended strategy discussions with co-counsel regarding the same.

4.  Attached, as Exhibit 1, is a detailed summary indicating the amount of time spent by each attorney and paralegal of my firm who worked on this litigation and the lodestar calculation based on my firm's historical billing rates (the rates for each timekeeper that were in effect during this litigation, and when the work was performed). The schedule was prepared from computerized records that were contemporaneously generated and kept by my firm in the ordinary course of its business. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this lodestar.

5.  From the inception of the case through August 10, 2006, my firm expended a total of 11,404 hours on behalf of the various plaintiffs and the class. The total lodestar amount for these hours based on my firm's historical hourly billing rates is $3,449,772.32. The hourly rates set out in Exhibit 1 are the same or similar rates that my firm charged, and collected based upon, and which have been the basis for our fee requests from other courts.

6. In addition, as detailed in Exhibit 2, my firm expended a total of $568,977.50 in expenses in connection with the prosecution of this litigation. None of these expenses have been reimbursed to date.

7. My firm recorded these expenses as they were incurred, and they are reflected in its computerized bookkeeping records which were created from invoices, receipts and other proofs of the charges and payments.

8. Thus, for this litigation, the total historical lodestar of my firm is $3,449,772.32 and we incurred expenses of $568,977.50.

| CASE | HOURS | LODESTAR | EXPENSES |
|---|---:|---:|---:|
| AWP MDL | 6,681.75 | $2,093,136.25 | $404,180.02 |
| AWP NJ | 1,284.00 | $448,393.75 | $47,491.77 |
| AZ AWP | 77.00 | $21,678.75 | $3,354.42 |
| AZ Lupron[1] | 3,361.25 | $886,563.57 | $113,951.29 |
| TOTALS: | 11,404.00 | $3,449,772.32 | $568,977.50 |

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed this 13th day of June, 2007.

Shanin Specter, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street
The Nineteenth Floor
Philadelphia, PA 19102
215-772-1000 telephone
215-735-0957 facsimile

---

[1] Note these figures do not include the amount apportioned to *Swanston in* the Lupron litigation.

P_08086

3

**KLINE & SPECTER, P.C.**
1525 Locust Street
The Nineteenth Floor
Philadelphia, PA 19102
215-772-1000 telephone
215-735-0957 facsimile

## HOURS/LODESTAR

| CASE | HOURS | LODESTAR |
|---|---|---|
| AWP MDL | 6,681.75 | $2,093,136.25 |
| AWP NJ | 1,284.00 | $448,393.75 |
| AZ AWP | 77.00 | $21,678.75 |
| AZ Lupron* | 3,361.25 | $886,563.57 |
| TOTALS: | 11,404.00 | $3,449,772.32 |

\*    Note these figures do not include the amount apportioned to *Swanston in* the Lupron litigation.

# EXHIBIT 1
(Hours/Lodestar)

P_08087