UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br>v.<br>*Abbott Laboratories, et al.* | MDL NO. 1456<br>Master File No.: 01-12257-PBS<br>Subcategory Case No: 03-10643-PBS<br><br>**Judge Patti B. Saris** |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST
DEFENDANT ETHEX CORPORATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Fed. R. Civ. Pro. 41, that all claims in this action against ETHEX Corporation are dismissed with prejudice and without costs to any party.

Dated:  January 6, 2010

By:            /s/
       _____
       Joanne M. Cicala
       Daniel Hume
       **KIRBY McINERNEY LLP**
       825 Third Avenue
       New York,  New York 10022

*On Behalf of the Plaintiff Counties, except for the
County of Nassau and the County of Orange*

By: /s/

        Stanley J. Levy
        Theresa A. Vitello
        **LEVY PHILLIPS &
        KONIGSBERG, LLP**
        800 Third Avenue, 13th Floor
        New York, NY 10007

*On Behalf of the County of Orange*

By: /s/

        Ross Brooks
        **MILLBERG LLP**
        One Pennsylvania Plaza
        New York, NY 10119-0165

*On Behalf of the County of Nassau*

By: /s/

        C. Michael Moore
        Margaret Donahue Hall
        **SONNENSCHEIN NATH &
        ROSENTHAL LLP**
        2000 McKinney Avenue, Suite 1900
        Dallas, TX 75201

*On Behalf of Defendant ETHEX Corporation*