**CERTIFICATE OF SERVICE**

I, Joanne M. Cicala, hereby certify that I caused a true and correct copy of the foregoing, NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT ETHEX CORPORATION, to be served upon all counsel of record via electronic service, pursuant to Case Management Order No. 2, by sending a copy to LexisNexis File & Serve, on January 6, 2010, for posting to all parties.

       /s/ Joanne M. Cicala
       Joanne M. Cicala