UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

IN RE: PHARMACEUTICAL INDUSTRY             MDL No. 1456
AVERAGE WHOLESALE PRICE
LITIGATION                                 Civil Action No. 01-CV-12257-PBS

_____

THIS DOCUMENT RELATES TO:                  Judge Patti B. Saris
*State of Iowa v. Abbott Laboratories, et al.*

_____

### TEVA PHARMACEUTICALS USA, INC. AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendants Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc. (collectively, "Teva") respectfully request that this Court enter an order compelling Plaintiff, the State of Iowa ("State"), to produce documents and information responsive to its discovery requests, including: (1) documents relating to the State's knowledge of and/or calculation of the Average Manufacturer Prices ("AMPs") for Teva's drugs, (2) the identity of current or former State employees allegedly misled by Teva with regard to the prices of Teva's drugs, and (3) the steps taken by the State to ensure that it paid Iowa Medicaid providers no more than the actual acquisition costs of Teva's drugs.

This motion is supported by the accompanying Memorandum in Support of Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc's Motion to Compel.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for Teva met and conferred with counsel for the State on September 23, 2009 regarding the issues raised in this motion.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Teva requests oral argument of the issues raised in this motion.

Dated:  January 7, 2010                                         Respectfully submitted,

*/s/ Jennifer G. Levy*
Jennifer G. Levy (admitted *pro hac vice*)
Patrick M. Bryan (admitted *pro hac vice*)
Jason R. Parish (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

Robert J. Muldoon, Jr., BBO # 359480
SHERIN & LODGEN LLP
101 Federal Street
Boston, Mass.  02110
Telephone:  (617) 646-2000
Facsimile:  (617) 646-2222

*Attorneys for Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., Sicor Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., and Barr Laboratories, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2010, a true and correct copy of the foregoing Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.'s Motion to Compel Answers to Interrogatories and the Production of Documents was electronically served on all counsel of record by transmission to LexisNexis File & Serve.

*/s/ Jennifer G. Levy*
Jennifer G. Levy