UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

_____

THIS DOCUMENT RELATES TO:
*State of Iowa v. Abbott Laboratories, et al.*

_____

MDL No. 1456

Civil Action No. 01-CV-12257-PBS

Judge Patti B. Saris

### DECLARATION OF JENNIFER G. LEVY IN SUPPORT OF TEVA PHARMACEUTICALS USA, INC. AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS

I, Jennifer G. Levy, duly declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in the State of New York and the District of Columbia. I am a partner in the law firm of Kirkland & Ellis LLP, counsel for Defendants Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., Sicor Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., and Barr Laboratories, Inc. I am familiar with all of the facts and circumstances herein. I make this declaration in support of Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.'s Motion to Compel Answers to Interrogatories and the Production of Documents in the above-captioned action.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Requests for Production to Plaintiff, the State of Iowa, dated February 27, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendants Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.'s First Set of Interrogatories to Plaintiff, the State of Iowa, dated February 27, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of the State of Iowa's Objections and Responses to Teva Pharmaceuticals USA, Inc.'s First Set of Requests for Production to Plaintiff, the State of Iowa, dated March 30, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of the State of Iowa's Objections and Responses to Defendants Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.'s First Set of Interrogatories to Plaintiff, the State of Iowa, dated April 29, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Jason Parish to Jocelyn Normand, dated September 25, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of the State of Iowa's Supplemental Responses to Defendants Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.'s First Set of Requests for Production and Interrogatories, dated October 16, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of the State of Iowa's Supplemental Responses to Defendants' First Set of Requests for Production and Interrogatories, dated October 16, 2009.

I hereby swear that, to the best of my knowledge, information and belief, the foregoing statements are true.

Dated: January 7, 2010

/s/ Jennifer G. Levy
Jennifer G. Levy (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorney for Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., Sicor Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., and Barr Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January, 2010, a true and correct copy of the foregoing was electronically served on all counsel of record by transmission to LexisNexis File & Serve.

>  */s/ Jennifer G. Levy*
>  Jennifer G. Levy