UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br>v.<br>*Abbott Laboratories, et al.* | MDL NO. 1456<br>Master File No.: 01-12257-PBS<br>Subcategory Case No: 03-10643-PBS<br><br>Judge Patti B. Saris |

**ORDER OF DISMISSAL OF
DEFENDANT ETHEX CORPORATION**

The Motion for Dismissal submitted by all plaintiffs and by defendant ETHEX Corporation is hereby GRANTED. Accordingly, all claims in this action against ETHEX Corporation are dismissed with prejudice and without costs to any party.;

SO ORDERED.

DATED: 1/8/10, 2010

_____
Judge Patti B. Saris