UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| THE STATE OF MISSISSIPPI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 01-12257-PBS |
| ) | MDL No. 1456 |
| ABBOTT LABORATORIES, INC., et al.; ) | |
| [Originally Case No. 09-12058 (D. Mass.)] ) | |
| BARR LABORATORIES, INC.; ) | |
| [Originally Case No. 09-12056 (D. Mass.)] ) | |
| BAXTER INTERNATIONAL, INC., et al.; ) | |
| [Originally Case No. 09-12062 (D. Mass.)] ) | |
| BOEHRINGER INGELHEIM CORP., et al; ) | |
| [Originally Case No. 09-12063 (D. Mass.)] ) | |
| FOREST LABORATORIES, INC., et al; ) | |
| [Originally Case No. 09-12065 (D. Mass.)] ) | |
| IVAX CORPORATION, et al.; ) | |
| [Originally Case No. 09-12059 (D. Mass.)] ) | |
| SANOFI-AVENTIS, et al.; ) | |
| [Originally Case No. 09-12061 (D. Mass.)] ) | |
| SCHERING-PLOUGH CORP., et al.; and ) | |
| [Originally Case No. 09-12060 (D. Mass.)] ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| et al.; ) | |
| [Originally Case No. 09-12064 (D. Mass.)] ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTIONS TO REMAND**

On December 2, 2009 the Judicial Panel on Multidistrict Litigation transferred nine actions then pending in the Northern District of Mississippi to this Court pursuant to 28 U.S.C. § 1407. On December 3, 2009 this Court consolidated all nine of the above-captioned actions into Case No. 01-12257. There is currently a Motion to Remand pending in each of the nine actions.

(Dkt. #6 in Case No. 09-12056; Dkt. #2 in Case No. 09-12058; Dkt. #3 in Case No. 09-12059; Dkt. #6 in Case No. 09-12060; Dkt. #9 in Case No. 09-12061; Dkt. #6 in Case No. 09-12062; Dkt. #10 in Case No. 09-12063; Dkt. #5 in Case No. 09-12064; Dkt. #7 in Case No. 09-12065).

COMES NOW Plaintiff, by and through counsel, and files this Notice of Withdrawal of Plaintiff's above-described Motions to Remand. Plaintiff's Motions to Remand are hereby WITHDRAWN.

RESPECTFULLY SUBMITTED, this the 12th day of January, 2010.

JIM HOOD
ATTORNEY GENERAL OF MISSISSIPPI

BY:    /s/ George W. Neville
George W. Neville (MBN 3822)
Special Assistant Attorney General

/s/ Stuart H. McCluer
Stuart H. McCluer (MBN 101366)

OF COUNSEL:

**McCULLEY McCLUER PLLC**
R. Bryant McCulley (Pro Hac pending)
1223 Jackson Avenue East, Suite 200
Oxford, Mississippi 38655

**RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC**
James L. Ward, Jr. (Pro Hac pending)
A. Hoyt Rowell, III (Pro Hac pending)
Robert S. Wood (Pro Hac pending)
P.O. Box 1007
Mt. Pleasant, SC 29465

**DAVID SHELTON PLLC**
David W. Shelton (MBN 99675)
P.O. Box 2541
Oxford, Mississippi 38655

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                            */s/ Stuart H. McCluer*