UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*The State of Mississippi v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, Civil Action No. 09-12063-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Bowler |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), please enter the appearance of, and deem admitted *pro hac vice*, as Counsel of Record on behalf of Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc., in the above captioned matter:

> Brian P. Kavanaugh
> KIRKLAND & ELLIS LLP
> 300 North LaSalle Street
> Chicago, Illinois 60654
> Telephone:    312-862-2000
> Facsimile:     312-862-2200
> brian.kavanaugh@kirkland.com

Mr. Kavanaugh is a partner at the law firm of Kirkland & Ellis LLP. Mr. Kavanaugh is not a member of the bar of the United States District Court for the District of Massachusetts. Mr. Kavanaugh is a member in good standing of the bars of the following courts:

> The Supreme Court of Illinois
>
> The United States Court of Appeals for the Eleventh Circuit
>
> The United States Court of Appeals for the Seventh Circuit
>
> The United States District Court for the Northern District of Illinois

The United States District Court for the Central District of Illinois

The United States District Court for the Southern District of Indiana

The United States District Court for the Western District of Wisconsin

Attached hereto as Exhibit A is the Affidavit of Brian P. Kavanaugh setting forth his qualifications for *pro hac vice* admission.

The appropriate filing fee has been submitted to the Clerk of the Court under separate cover.

Dated: January 13, 2010

Respectfully Submitted,

By: /s/ Richard Goldstein
    Bruce Singal, BBO #464420
    Richard Goldstein, BBO #565482
    DONOGHUE, BARRETT & SINGAL, P.C.
    One Beacon Street, Suite 1320
    Boston, MA 02108
    Telephone: (617) 720-5090

**CERTIFICATE OF SERVICE**

I, Richard Goldstein, hereby certify that on this 13 day of January, 2010, this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants.

/s/ Richard Goldstein
Richard Goldstein