# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*The State of Mississippi v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.*, Civil Action No. 09-12063-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Bowler |

## AFFIDAVIT OF BRIAN P. KAVANAUGH

I, Brian P. Kavanaugh, depose and state as follows:

1.      I am an attorney at law licensed to practice in the State of Illinois. I was admitted to the Illinois Bar in November 1999. I am also admitted to practice in the U.S. District Courts for the Northern District of Illinois, Central District of Illinois, Western District of Wisconsin and Southern District of Indiana as well as the Bars of the U.S. Court of Appeals for the Seventh and Eleventh Circuits.

2.      I am a resident of Illinois and have been a practicing attorney for ten years.

3.      I am currently a partner at the law firm of Kirkland & Ellis LLP.

4.      I am a member in good standing of the Illinois Bar and am duly licensed and admitted to practice law by the State of Illinois. My Illinois attorney identification number is 6270046.

5.      I have never been suspended or disbarred in any jurisdiction and there are no disciplinary actions pending against me.

6.      My clients, Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim Roxane, Inc. f/k/a Roxane Laboratories, Inc. (collectively the "Boehringer

Defendants"), in the above-captioned action, have requested that I represent their interests in this matter. The Boehringer Defendants have been my clients since October 2005, and I have been actively involved in representing the Boehringer Defendants' interests since that time.

7.      If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will continue to represent the Boehringer Defendants in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and amendable to disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury this 11th day of January, 2010.

Brian P. Kavanaugh

2