# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 |
| | ) | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | JUDGE PATTI B. SARIS |

## MOTION TO PERMIT WILLIAM P. FLANAGAN
## TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, David M. Glynn, a counsel of record for defendants Aventis Behring, LLC/ZLB Behring hereby moves this Court to permit William P. Flanagan to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Mr. Flanagan is a member in good standing of the bars of Virginia and the District of Columbia.

3. Mr. Flanagan is a partner at the law firm of Hogan & Hartson LLP.

4. There are no disciplinary proceedings pending against Mr. Flanagan as a member of any bar in any jurisdiction.

5. Mr. Flanagan has indicated in his Certificate attached hereto that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. Mr. Flanagan's Certificate In Support Of Motion To Permit Counsel To Appear Pro Hac Vice is attached hereto behind Tab A; a Proposed Order is attached behind Tab B.

-2-

Dated: January 13, 2010					Respectfully submitted,


						/s/ David M. Glynn
						Michael DeMarco (BBO #119960)
						  micheal.demarco@klgates.com
						David M. Glynn (BBO #650964)
						  david.glynn@klgates.com
						K&L GATES LLP
						State Street Financial Center
						One Lincoln Street
						Boston, MA  02111-2950
						(617) 261-3100

						*Attorneys for Aventis Behring, LLC/ZLB Behring and Sanofi-Aventis, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2010 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

						/s/ David M. Glynn
						David M. Glynn