UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>JUDGE PATTI B. SARIS |

### CERTIFICATE OF GOOD STANDING

William P. Flanagan, a partner with the law firm of Hogan & Hartson LLP, Park Place II, 7930 Jones Branch Drive, 9th Floor, McLean, VA 22102-3302 hereby certifies:

1. I am a member of the bars of Virginia and the District of Columbia.

2. I am a member in good standing of every bar in which I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 13th day of January, 2010.

William P. Flanagan
HOGAN & HARTSON LLP
Park Place II
7930 Jones Branch Drive
McLean, VA 22102-3302
(703) 610-6179