# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | JUDGE PATTI B. SARIS |

## [PROPOSED] ORDER

Now, this _____ day of _____, 2010, upon consideration of Motion To Permit William P. Flanagan To Appear Pro Hac Vice, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and that William P. Flanagan may appear and practice in this Court in the above-captioned matter.

_____
United States District Judge