UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS'
COMBINED OPPOSITION TO THE J&J DEFENDANTS' POST-REMAND MOTIONS
FOR SUMMARY JUDGMENT AND PLAINTIFFS' LOCAL RULE 56.1 COUNTER-
STATEMENT OF DISPUTED MATERIAL FACTS**

I, Steve W. Berman, duly declare under penalty of perjury as follows:

1. I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am Co-Lead Counsel for the plaintiffs in the above-captioned matter. I submit this declaration under penalty of perjury in support of Plaintiffs' Combined Opposition to the J&J Defendants' Post-Remand Motions for Summary Judgment and Plaintiffs' Local Rule 56.1 Counter-Statement of Disputed Material Facts in Opposition to the J&J Defendants' Post-Remand Motions for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Julie McHugh taken April 29, 2005 and June 27, 2005.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Trial Exhibit ("PX") 259:  Email from Cathleen Dooley dated January 7, 1998 (MDL-OBI00058842-44).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Trial Affidavit of Anna Choice dated October 27, 2006.

- 1 -

- 2 -

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Rebecca Anne Hopkins for Purposes of Trial dated October 25, 2006.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Larry Young dated April 7, 2006.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of James Shepley dated April 7, 2006.

8. Attached hereto as Exhibit 7 is a true and correct copy of PX 249:  March 25, 1998 Remicade cA2 Marketing Plan U.S. Crohn's Indication Launch (MDL-CEN00002717-878).

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Trial Transcript Day 7 (11/16/06).

10. Attached hereto as Exhibit 9 is a true and correct copy of PX 339:  August 6, 1996 Memorandum from C. Dooley to T. Amick re: Reimbursement Considerations for Spillover Planning (MDL-OBI00061803-07).

11. Attached hereto as Exhibit 10 is a true and correct copy of PX 262:  December 2, 1997 Memorandum from C. Dooley to G. Reedy (MDL-OBI00061052-053).

12. Attached hereto as Exhibit 11 is a true and correct copy of PX 263:  December 3, 1997 Memorandum from Gary Reedy to Carol Webb (MDL-OMO0049638-39).

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Deposition of Carol Webb dated August 12, 2005.

14. Attached hereto as Exhibit 13 is a true and correct copy of PX 365:  April 3, 1997 Memorandum from M. Klein/ C. Dooley to S. Salmon (MDL-OBI00061785).

- 3 -

15. Attached hereto as Exhibit 14 is a true and correct copy of Attachment G.3.c to the Direct Testimony of Raymond S. Hartman (Dkt. No. 3296).

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Deposition of Jayson S. Dukes dated May 5, 2006.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the May 23, 2006 Hearing Transcript.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the June 3, 2007 Status Conference.

19. Attached hereto as Exhibit 18 is a true and correct copy of the February 15, 2008 First Circuit Order in Appeal No. 08-1002.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the October 8, 2009 Hearing Transcript.

21. Attached hereto as Exhibit 20 is a true and correct copy of the June 19, 2008 First Circuit Judgment in Appeal No 08-1046.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from Trial Transcript Day 21 (1/26/07).

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from Trial Transcript Day 9 (11/21/06).

24. Attached hereto as Exhibit 23 is a true and correct copy of Attachment J.3.a to the Direct Testimony of Raymond S. Hartman (Dkt. No. 3296).

25. Attached hereto as Exhibit 24 is a true and correct copy of Attachment B to the Rebuttal Testimony of Raymond S. Hartman (Dkt. No. 3470).

26. Attached hereto as Exhibit 25 is a true and correct copy of PX 4066: Remicade WAC Spread Analysis.

27. Attached hereto as Exhibit 26 is a true and correct copy of PX 244: November 7, 2000 Memorandum from John Dempsey to Gary Reedy and Bill Pearson re: Price Increase (MDL-OBI00008374-75).

28. Attached hereto as Exhibit 27 is a true and correct copy of PX 285: August 20. 1999 Document titled "Cost Comparison of Anti-TNF Agents in Rheumatoid Arthritis Patients Receiving Methotrexate for Plan and Group Managers" (MDL-CEN00024708-09).

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from Trial Transcript Day 5 (11/14/06).

30. Attached hereto as Exhibit 29 is a true and correct copy of PX 260: July 6, 1999 Memorandum from Centocor's Michael Ziskind to Jason Rubin (MDL-CEN000085404-05).

31. Attached hereto as Exhibit 30 is a true and correct copy of PX 261: November 5, 1998 Letter to C. Klaye Riley from Valerie (MDL-CEN00108051-54).

32. Attached hereto as Exhibit 31 is a true and correct copy of PX 302: August 7, 2002 E-mail from Cheryl Cohen to Tom Weiss, et al. re: "CIGNA & Aetna USHC Reimbursement Clarification" (MDL-CEN00032730-32).

33. Attached hereto as Exhibit 32 is a true and correct copy of Defendants' Exhibit ("DX") 2804: Johnson & Johnson Health Care Systems Inc. Amendment to Rebate Agreement (MDL-CEN00000738-41).

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the Deposition of William C. Pearson dated March 28, 2006.

- 5 -

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the Deposition of John Dempsey dated August 5, 2005.

36. Attached hereto as Exhibit 35 is a true and correct copy of PX 270:  December 1 1992 Document titled "From Mycrocytic Cells to Macrocytic Sales – Regional Training Workshop Materials" held in Houston, Texas (MDL-OBI00062507-661).

37. Attached hereto as Exhibit 36 is a true and correct copy of PX 237:  February 13 1997 Price Change Notifications (WKH77797-801).

38. Attached hereto as Exhibit 37 is a true and correct copy of PX 238:  January 6, 1998 Urgent – Price Change Information (WKH 02434-438).

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the Deposition of Thomas Hiriak dated July 28, 2004.

40. Attached hereto as Exhibit 39 is a true and correct copy of PX 979:  February 19, 1997 Memo from C. Dooley to S. Welden re Medicare AWP Drug Reimbursement Proposal (MDL-OBI00061025-6).

41. Attached hereto as Exhibit 40 is a true and correct copy of PX 334:  December 1999 Strategies for Shaping the Reimbursement Environment (MDL-OBI00006777-817).

42. Attached hereto as Exhibit 41 is a true and correct copy of PX 346:  February 8, 1999 Procrit Medicare Review prepared by Trinity Partners (MDL-OBI00060859-64).

43. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the Deposition of Laura Glassco dated September 1, 2005.

44. Attached hereto as Exhibit 43 is a true and correct copy of PX 252:  Remicade Office Based Infusion Guide (MDL-CEN00003478-500).

001534-16  347466 V1

45. Attached hereto as Exhibit 44 is a true and correct copy of PX 289: Software and document titled "Remicade Practice Management Assistant".

46. Attached hereto as Exhibit 45 is a true and correct copy of excerpts from the Deposition of Keith Patterson dated June 29, 2005.

47. Attached hereto as Exhibit 46 is a true and correct copy of PX 272: November 1, 2000 E-mail from Laura Glassco to Tom Weiss, et al. re Dr. Kassan with attached PowerPoint titled "Local Payer Information" Laura Glassco- National Account Manager, Ken Wegner- Regional Account Manager; Centocor, Inc. (MDL-CEN00090283-302).

48. Attached hereto as Exhibit 47 is a true and correct copy of PX 254: December 18, 2003 Powerpoint titled "Local Payer Information" Laura Glassco- National Account Manager, Ken Wegner-Regional Account Manager; Centocor, Inc. (MDL-CEN00090285-302).

49. Attached hereto as Exhibit 48 is a true and correct copy of DX 2767: November 20, 2001 Memo re: Competitive Position (MDL-OBI00042743).

50. Attached hereto as Exhibit 49 is a true and correct copy of DX 2835: June 7, 2002 RBS Scenario Role Play Talk Track (MDL-CEN00104171-76).

51. Attached hereto as Exhibit 50 is a true and correct copy of PX 330: November 30, 2000 Letter to All Ortho Biotech Employees transmitting the Ortho Biotech "Best Practice Guidelines".

52. Attached hereto as Exhibit 51 is a true and correct copy of PX 242: 1998 Reimbursement Update and Challenges (MDL-OBI00058888-923).

53. Attached hereto as Exhibit 52 is a true and correct copy of PX 268: July 10, 1996 Memorandum to Minneapolis District from John Hess (MDL-OBI00063656-57).

001534-16 347466 V1

54. Attached hereto as Exhibit 53 is a true and correct copy of excerpts from the Deposition of John R. Hess dated March 24, 2006.

55. Attached hereto as Exhibit 54 is a true and correct copy of excerpts from the Deposition of James Robbins dated August 18, 2005 and March 22, 2006.

56. Attached hereto as Exhibit 55 is a true and correct copy of PX 269: March 22, 1995 Bulletin No. 07 to Orlando District from David Rybak re: 1st Quarter Successes and Team Experiences (MDL-OBI00063644-55).

57. Attached hereto as Exhibit 56 is a true and correct copy of PX 364: September 28, 1998 Letter from Brock Weathers to Michael Kalson of Academy Orthopaedics attached (MDL-OBI00059164).

58. Attached hereto as Exhibit 57 is a true and correct copy of PX 331: October 3, 1997 Procrit Reimbursement Alternatives Presented by Documedics (MDL-OBI00061831-41).

59. Exhibit 58 is a not used.

60. Attached hereto as Exhibit 59 is a true and correct copy of PX 343: September 18, 2002 Procrit Physician Office Strategy: Strategic Responses to Aranesp prepared by Charles River Associates (MDL-OBI00041457-79).

61. Attached hereto as Exhibit 60 is a true and correct copy of PX 344: August 5, 2002 Procrit Contracting: Modeling Provider Economics prepared by Charles River Associates.

62. Attached hereto as Exhibit 61 is a true and correct copy of PX 248: Charts regarding Procrit.

Executed this 15th day of January, 2010.

                                              **/s/ Steve W. Berman**
                                              STEVE W. BERMAN

- 8 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' COMBINED OPPOSITION TO THE J&J DEFENDANTS' POST-REMAND MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFFS' LOCAL RULE 56.1 COUNTER-STATEMENT OF DISPUTED MATERIAL FACTS**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 15, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                             By     **/s/ Steve W. Berman**
                                                  Steve W. Berman
                                                  **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                                  1301 Fifth Avenue, Suite 2900
                                                  Seattle, WA  98101
                                                  (206) 623-7292