# Exhibit 7



# cA2 Marketing Plan

## U.S. Crohn's Indication Launch

### March 25, 1998

**Plaintiffs' Exhibit**

**249**

01-12257-PBS

EXHIBIT

Holveck 3

1213/64.

# cA2 Marketing Plan

- **Presentation Overview**
  - Situation Analysis
  - Payer Analysis
  - Product Overview
  - SWOT Analysis
  - Key Imperatives
  - Key Strategies

HIGHLY CONFIDENTIAL

MDL-CEN00002718

# cA2 Marketing Plan

■ **Key Strategies**
- Clinical Positioning Strategy
- Payer Positioning Strategy
- Economic Platform Strategy
- Integrated Services Strategy
  - » Product Access Plan
  - » Admin Supplies Plan
  - » Reimbursement Support Plan
  - » Infusion Services Support
- Contracting Strategy
- Pricing Strategy
- Patient Pull Strategy
- RA Pre Approval Strategy
- Market Expansion Strategy
- cA2 Selling Process

HIGHLY CONFIDENTIAL

MDL-CEN00002719

# cA2 Marketing Plan
## Situation Analysis

HIGHLY CONFIDENTIAL

MDL-CEN00002720



## Situation Analysis

- ■ Inflammatory Bowel Disease
- ■ Crohn's Disease
  - – Incidence/Prevalence
  - – Patient
  - – Physician
  - – Treatment
- ■ Future Developments
- ■ Summary/Conclusions

HIGHLY CONFIDENTIAL

MDL-CEN00002721



HIGHLY CONFIDENTIAL

MDL-CEN00002722

# Situation Analysis

## Comparative Features in
## Ulcerative Colitis and Crohn's Disease

|  | Ulcerative Colitis | Crohn's Disease |
|---|---|---|
| Site of Disease | Limited to colon | Anywhere in GI tract |
| Affliction | Curable | Lifelong |
| Acute, toxic symptoms | Common in severe disease | Unusual |
| Stools | Bloody, watery with mucus | Mushy, watery, blood unusual |
| Perirectal involvement | Occurs in 10-20% but is usually self-limiting | Deep fissures, abscesses, or fistulas in 50% |
| Sigmoidoscopy | Granular mucosa typical, friable mucosa, small pitting ulcerations | Granular mucosa, common but could be absent, variable friable mucosa, gross ulcerations |
| Surgical therapy | Total colectomy is curative | Post-operative recurrence is very high |

Source: Medicine, Scientific American, 1995

HIGHLY CONFIDENTIAL

MDL-CEN00002723

## Situation Analysis
## Diagnosis of Crohn's Disease

- Patient history (weight loss, diarrhea, pain, fever)
- CBC (white blood cells)
- Stool sample
- Endoscopy
- Biopsy
- Radiographic (upper GI, barium enema)

HIGHLY CONFIDENTIAL

MDL-CEN00002724

# Situation Analysis
# Delay of Diagnosis

■ < 40% of patients present the first year

■ Average of 5 years with symptoms before accurate diagnosis

■ Average age of diagnosis ~ 36 years old

■ Children average 12-18 months before a diagnostic test is performed

HIGHLY CONFIDENTIAL

MDL-CEN00002725

# Situation Analysis
## Disease Etiology

The etiology of Crohn's disease is unknown, however the patients tend to have the following characteristics:

- ✓ Gender - females > males
- ✓ Age - Highest incidence between 25-35 years old
- ✓ Race - Jews > Non- Jews > Blacks
- ✓ Geographic - Westernized, northern countries
- ✓ Family - Approximately 20% first degree relative with IBD

Source: J.B. Kirsner, Inflammatory Bowel Disease

10

HIGHLY CONFIDENTIAL

MDL-CEN00002725

# Market Overview
## Disease Epidemiology

Total patients afflicted with disease is unclear due to discrepancies in audits and reported incidence/ prevalence figures

✓ Patient awareness
✓ Physician training
✓ Diagnosis difficulty
✓ Incomplete study population
✓ Study densities

Result: Report patients between 250,000 - 800,000

Source: J.B. Kirsner, Inflammatory Bowel Disease

HIGHLY CONFIDENTIAL

MDL-CEN00002727



## Situation Analysis
## Number of Treated Patients

Approximately 400,000 patients

Source: NDTI 1997 Full Year, IMS America

NHDS 1995, NCHS

HIGHLY CONFIDENTIAL



## Situation Analysis
## Crohn's Patient Profile

- Age
- Gender
- Location of visit
- Number of visits
- Specialty
- Disease severity

HIGHLY CONFIDENTIAL

MDL-CEN00002729



# Situation Analysis
## Crohn's Patient Profile

### Age Distribution of In-Office Patient Visits

n = 910,000
Source: NDTI, Jan. 97- Dec. 97. IMS America

HIGHLY CONFIDENTIAL

MDL-CEN00002730



Situation Analysis
Crohn's Patient Profile

Patient Gender By Office Visits

n = 910,000

Source: NDTI Jan. 97 – Dec. 97, IMS America

HIGHLY CONFIDENTIAL

MDL-CEN00002731



# Situation Analysis
## Crohn's Patient Profile

### Patient Visits Per Year

Legend: ☐ Referred Visits  ■ Visits

Y-axis: % of patient visits (0, 5, 10, 15, 20, 25, 30, 35, 40, 45)

X-axis categories: First, 2 to 3, 4 to 6, 7 to 12, > 13

n=910,000

Source: NDTI, Jan. 97 - Dec. 97, IMS America

HIGHLY CONFIDENTIAL

MDL-CEN00002732



Situation Analysis
Crohn's Patient Profile

- Average of 3.7 office visits per year

- Over 40% see their physician 4+ times per year

- Over 50% of first time visits are referrals

- Average of 13.3 days lost per year from work

Source: J. Kuate, Gastroenterology 1992; 102:1040-1948

HIGHLY CONFIDENTIAL

MDL-CEN00002733



## Situation Analysis
## Crohn's Patient Profile

### Location of Visit

Office — 71%
Telephone — 12%
Hospital — 17%

0%  20%  40%  60%  80%

n = 910,000

Source: NDTI America Jan. 97 – Dec. 97, IMS America

HIGHLY CONFIDENTIAL



Situation Analysis
Crohn's Patient Profile

> 83% discharges in
major MSA setting

Teaching
22%

Non
Teaching
78%

76,000 Hospital Discharges

Source: NCHS, NHDS 1995

HIGHLY CONFIDENTIAL

MDL-CEN00002735



Situation Analysis
Physician Specialty Consulted

Legend:
- Gastroenterology
- Colorectal Surg.
- General Surg.
- FP/GP
- IM
- All Other

n=910,000
Source: NDTI Jan 97-Dec 97. IMS America

HIGHLY CONFIDENTIAL

MDL-CEN00002736



Situation Analysis
Severity of Disease

% Patient Visits

n=910,000

Source: NDTI Jan. 97 - Dec. 97, IMS America

HIGHLY CONFIDENTIAL

MDL-CEN00002737

# Market Overview
# Gastroenterology

- Distribution
- Specialty Diagnosis Visits
- Targets
- Location
- Type of practice
- Practice profile

HIGHLY CONFIDENTIAL

MDL-CEN00002730



Situation Analysis
Distribution of Gastroenterologists

Location of Practice Setting

Office
79%

n = 9,404

Source: Source Informatics, 1997

HIGHLY CONFIDENTIAL

MDL-CEN00002739



## Situation Analysis
## Gastroenterology Targets

- GE, PGE, and CRs in top 95% of Rx'ers for immunosuppressants, top 95% Rx'ers of steroids, and top 70% of 5-ASAs Rxer's

- Other specialties based upon immunosuppressant and 5-ASA use. Capped usage of steroids

- 500 endoscopy suites

n=9,501

80%

2%

4%

10%

4%

7,600

☐ GE   ☐ PGE   ☐ CR   ▨ IM   ▨ Other

Source: Team Analysis, ZS Assoc.

HIGHLY CONFIDENTIAL

MDL-CEN00002740



Situation Analysis
Distribution of Gastroenterologists

Across the United States

South
17%

North
27%

n = 6,732

Source: NDTI 1997, IMS America

HIGHLY CONFIDENTIAL



Situation Analysis

Distribution of GEs By Practice Type

Solo
29%

63% single specialty
37% multi-specialty

n = 6,732

HIGHLY CONFIDENTIAL

MDL-CEN00002742



Situation Analysis
Gastroenterology Diagnosis Visits

HIGHLY CONFIDENTIAL

MDL-CEN00002743

# Situation Analysis
## Practice Profile

| Profile Parameter | Average Gastroenterologist | Average for all Other Physicians |
|---|---|---|
| Patient visits/work day | 10.8 | 13.0 |
| Rx's per work day | 12.3 | 15.4 |
| Drugs per patient visit | 1.2 | 1.2 |
| Location of Patient Visits | | |
| Office | 65% | 84% |
| Hospital | 26% | 10% |
| Phone | 7% | 5% |
| Referred patients | 75% | 23% |
| Visits with drugs | 60% | 68% |
| Visits without drugs | 40% | 32% |

Source: NDTI 1997, IMS America

HIGHLY CONFIDENTIAL

MDL-CEN00002744



## Situation Analysis
### Treatment

- Pharmacological
- Nutritional support
- Surgical

HIGHLY CONFIDENTIAL

MDL-CEN00002745

# Situation Analysis
## Pharmacologic Options

- Aminosalicylates
  - sulfasalazine (AZULFIDINE®)
  - 5-ASA/mesalamine (ASACOL®, PENTASA®, ROWASA®)
  - 5-ASA/olsalazine (DIPENTIUM®)

- Corticosteroids
  - various oral generics
  - Solu-Medrol®, injectable

30

HIGHLY CONFIDENTIAL

MDL-CEND0002746

# Situation Analysis
## Pharmacologic Options

- **Immunomodulators**
  - azathioprine (IMURAN®)
  - 6-mercaptopurine (PURINETHOL®)
  - Cyclosporine
  - Methotrexate

- **Antibiotics**
  - metronidazole (FLAGYL®)
  - Ciprofloxacin (CIPRO®)

HIGHLY CONFIDENTIAL

MDL-CEN00002747



Situation Analysis
Drug Uses

% of Use

S-ASA
Steroids
Immuno
Antibiotics
Other

Total Uses = 1,065,000 Note: Percents add to greater than 100% due to multiple therapies

Source: NDTI Jan. 97 - Dec.97, IMS America

HIGHLY CONFIDENTIAL

MDL-CEN00002748



## Situation Analysis
## Commonly Used Drugs in Crohn's Disease

### % of Patients by Severity of Disease

Source: Profile of Current Knowledge, Attitudes and Practices of Gastroenterologists Relative to the Treatment of IBD. Mattson Jackson Group, St. Louis, 1995 and NDTI 1997. IMS America

HIGHLY CONFIDENTIAL

MDL-CEN00002749

# Situation Analysis
## Other Therapies

- Surgery, 60% of patients within 10 years
  - Bleeding
  - Obstruction
  - Abscess
- Nutritional therapy - malabsorption
  - Liquid
  - Total parenteral nutrition (TPN)
  - Enteral nutrition (EN)

Source: Immune Disease, DR Report 1997

HIGHLY CONFIDENTIAL

MDL CEN00002750

# Situation Analysis
# Future Competition

- Late Stage Developments
- Comparisons to cA2

HIGHLY CONFIDENTIAL

# Situation Analysis
## Pipeline

| Class | Product | Status | Manufacturer | Indications |
|---|---|---|---|---|
| Anti-sense | ISIS 2302 | Phase II Potential entry 2000 | ISIS Pharmaceutical w/Boehringer Ingelheim | Crohn's, transplantation |
| Anti-TNF | CDP571 | Phase II Potential entry 2000 | Celltech | Septic Shock Phase III, RA and CD Phase II |
| Anti-inflammatory cytokines | IL-10 | Phase III Potential entry 2000 | Schering-Plough | Crohn's, early phase RA |

56

HIGHLY CONFIDENTIAL

MDL-CEN00002752

# Situation Analysis
## Pipeline Commentary

**Product**

**Comments**

**ISIS 2302**
- Steroid dependent patients
- Not quite as efficacious
- IV daily infusions

**CDP 571**
- Comparable efficacy
- Milder patients in studies
- mg/kg, not as effective
- Humanized
- IV

**IL-10**
- Short half life, 2-6 hrs
- IV daily infusion; potentially SQ
- Neutropenia
- CRP transient effect

HIGHLY CONFIDENTIAL

MDL-CEN00002753

# Situation Analysis Summary

- Market estimates place CD prevalence at 400,000 individuals
- CD is a lifelong affliction impacting patients overall well-being and quality-of-life
- CD is difficult to diagnose and manage
- Over 40% of patients see their physician 4+ times per year
- Over 70% of patients have moderate-to- severe disease

HIGHLY CONFIDENTIAL

MDL-CEN00002754

## Situation Analysis
## Summary (cont'd)

- Gastroenterology is the primary specialty consulted and referred to for Crohn's disease

- Centocor's targeted gastroenterologists are high volume prescribers of agents utilized in the management of CD

- Selling efforts will need to be focused on the office, but the hospital should not be neglected

- Pharmacologic agents, nutritional support, and surgical intervention provide treatment options but do not provide the optimal therapy

- Newer agents that may compete with cA2 might enter the market as early as 2000

HIGHLY CONFIDENTIAL

MDL-CEN00002755

## Situation Analysis
### Cost of Illness

- Publications are very limited
- Key citation: Hay and Hay, annual direct cost $6,561 (1990)
  - Equivalent to $9,197 in 1996 dollars (medical CPI)
  - Surgical Interventions           46%
  - Medical inpatient interventions 34%
  - Medications                      10%
  - Other                            10%
  - Total                            100%
- University of Chicago hospitalization charges (1996-97)
  - Average length of stay: 7.6
  - Mean charge $27,433, median charge $21,127

40

HIGHLY CONFIDENTIAL

# cA2 Marketing Plan
# Payer Situation Analysis

HIGHLY CONFIDENTIAL

MDL-CEN00002757

# Payer Situation Analysis
## Background

- A favorable payer environment is critical to marketing success

- The policies and procedures that payers adopt to manage a new agent can either positively or negatively impact sales

- Although cA2 is

  – a breakthrough therapy for a relatively small patient population

  –– its novel nature and relatively high cost will trigger payer scrutiny

- Data to support a cost effectiveness or cost offset claim will not be available at launch

HIGHLY CONFIDENTIAL

MDL CEN00002758

# Payer Situation Analysis Background

## Payers Affect Market Adoption in Two Ways- Access and Financing

- Patient access to
  - Specialty care - referrals to gastroenterologists
  - Treatment settings - hospitals, offices, clinics, etc
  - cA2 treatment - usage constraints
- Provider financing
  - Incentives - Positive margins on drug reimbursement increases net income and facilitates adoption
  - Disincentives - Capitated contracts or negative margins on drug reimbursement decreases net income and impedes adoption

45

HIGHLY CONFIDENTIAL

MDL-CEN00002759

# Payer Situation Analysis Background

Although the U.S. population is rapidly migrating to managed care, indemnity insurance is likely to be the dominant payer at launch

## Crohn's Disease Payer Mix



Other 4%

Commercial Managed Care 22%

Uninsured 4%

PPO 15%

Indemnity 32%

Medicaid 9%

Medicare 14%

- However, the federal government and most states are transitioning to managed care
- 10% of Medicare and 40% of Medicaid covered lives are currently in a managed plan

HIGHLY CONFIDENTIAL

MDL-CEN00002760

# Payer Situation Analysis
## Key Issues-Indemnity/PPO Insurance

- Few restrictions placed on provider choice, treatment setting or therapy

- Generally favorable reimbursement
  - Fee-for-service or discounted fee-for-service (PPO)

- Off-label coverage policy will be favorable, but may require negotiation with individual carriers
  - Publications and pharmacy reference compedia citations are needed to document medical necessity

- Assumptions
  - Reimbursement rate $\geq$ 95% of AWP
  - Ancillary infusion service will be reimbursed $30-$40 per encounter
  - PPO provider networks will include a sufficient number of pro-cA2 gastroenterologists

HIGHLY CONFIDENTIAL

MDL-CEN00002761

## Payer Situation Analysis
## Key Issues–Managed Care

- ■ Effective management of medical costs is one of the primary drivers of managed care organization (MCO) stock price

- ■ Health plans manage medical costs by
  - – Shifting risk to a contracted provider via
    - ℘ Prospective payment agreements (capitation)
    - ℘ Case rate reimbursement
    - ℘ Per diem reimbursement
  - – Bearing risk with the concomitant use of "control mechanisms" to discourage unnecessary utilization of expensive technologies

HIGHLY CONFIDENTIAL

MDL-GEN00002762

# Payer Situation Analysis
## Key Issues–Managed Care (cont.)

There are two types of control mechanisms–explicit and implicit

■ Explicit (drug or disease-based)

  » Formularies

  » Clinical practice guidelines

  » Case management, etc.

  — Example

    » Clinical practice guideline requires failure on low cost
    steroids and immunosuppressants before authorizing cA2

HIGHLY CONFIDENTIAL

MDL-CEN00002763

# Payer Situation Analysis
## Key Issues–Managed Care (cont.)

There are two types of control mechanisms–explicit and implicit

▪ Implicit (financial or system-based)

&raquo; physician cost profiling

&raquo; gatekeeper physician referral requirements

&raquo; reimbursement withhold contracts, etc.

&mdash; Example

&raquo; physician cost profiling might threaten a high-cA2 prescriber with plan de-selection at contract renewal

48

HIGHLY CONFIDENTIAL

MDL-CEN00002764

## Payer Situation Analysis
## Key Issues–Managed Care (cont.)

The FDA-approved indication will be a key determinant of managed care resistance

- Typically, there is no legal requirement to cover uses outside of the FDA approved indication for non-oncology drugs

- New use coverage may be possible via negotiation and documentation, but success is not guaranteed

- A narrow indication (fistula only) will increase resistance

- A broad indication (moderate-severe non-fistula) will reduce, but not eliminate overall managed care resistance

HIGHLY CONFIDENTIAL

MDL-CEN00002765

# Payer Situation Analysis
## Key Issues–Managed Care (cont.)

Summary Assumption: Managed care will create significant resistance to full adoption, but the impact will take many forms

- Control mechanisms will vary widely (>20 different types)
  - Policy is typically established at the health plan level; rarely at MCO corporate
  - Constraints will range from modest to severe
    » Modest - require a letter of medical necessity
    » Severe - denial for non-fistula use

- Control mechanisms may impact any or all three revenue drivers
  - Patient selection (penetration)
  - Dosing (vials/patient)
  - Re-treatment frequency (infusion/year)

50

HIGHLY CONFIDENTIAL

MDL-CEN00002766

# Payer Situation Analysis
## Key Issues–Medicare

- Drug coverage is contingent upon
  - Medical necessity
  - An FDA approved use
  - Administration site that is "incident to a physician's services"
    - » Hospital- or office-based administration will be covered; home care will not
- Covered amount will be 95% of AWP
  - HCFA will reimburse the provider 80% of 95% of AWP
  - The patient/secondary insurer is responsible for other 20%
- Coverage of uses outside of the approved indication is negotiated with individual HCFA carriers and will require peer reviewed publications for approval

HIGHLY CONFIDENTIAL

MDL-CEN00002767

# Payer Situation Analysis
## Key Issues–Medicare (cont.)

■ Effective January 1, 1999 a new hospital outpatient payment system will be implemented – Ambulatory Patient Groups (APG)

– Prospective payment system similar to inpatient DRGs

– The impact on cA2 is uncertain

– BIO and PhaRMA are consolidating lobbying efforts to secure a carve out for expensive pharmaceuticals

■ Assumptions

– Office-based administration will be a viable treatment setting

– Off-label coverage will be favorable after negotiation

– Lobbying efforts will be successful in resolving the APG threat

52

HIGHLY CONFIDENTIAL

MDL-CEN00002768

## Payer Situation Analysis
## Key Issues-Medicaid

- ■ HCFA mandates drug coverage for medically accepted indications
  - – Policy is administered at the state agency level
- ■ Reimbursement is discounted fee-for-service
- ■ Providers limited to those willing to accept the fee schedule
- ■ Fee-for-service patients will be covered under
  - – Physician benefit (office-based administration)
  - – Hospital benefit (outpatient clinic administration)

HIGHLY CONFIDENTIAL

MDL-CEN0000276?

## Payer Situation Analysis
## Key Issues–Medicaid (cont.)

■ The Medicaid population is rapidly transitioning from fee-for-service to managed care

- By 2000, 70% of Medicaid covered lives will be enrolled in managed Medicaid plans

- Managed Medicaid patients will be subject to the same constraints as non-managed Medicaid care patients

■ Assumptions

- Reimbursement rate ≥90% of AWP

- There will be sufficient numbers of GE's who accept the Medicaid fee schedule to serve the population

HIGHLY CONFIDENTIAL

MDL-CEN00002770

# Payer Situation Analysis Summary

- Indemnity/PPO and Medicaid will be favorable assuming compendia documentation is available to support new uses

- Medicare will be favorable assuming the APG situation is resolved and office-based administration is facilitated

- Managed care will be the most problematic payer
  - The FDA approved indication will be a key factor
  - The variability of MCO control mechanisms precludes a single marketing strategy

HIGHLY CONFIDENTIAL

MDL-CEN00002771

# cA2 Marketing Plan
## Product Overview

HIGHLY CONFIDENTIAL

MDL-CEN00002772

# Product Overview

- Anti-tumor necrosis factor alpha antibody

- Human/chimeric monoclonal antibody

- Binds and neutralizes soluble and membrane-bound forms of TNFα

  -- TNFα is a key inflammatory mediator

HIGHLY CONFIDENTIAL

MDL-CEN00002773

# Product Overview

Indications:

- Treatment of patients with Crohn's disease to:

  - Reduce the signs and symptoms in patients with moderate-to-severe disease activity in whom conventional therapies are inadequate

  - Close enterocutaneous fistulae

HIGHLY CONFIDENTIAL

MDL-CEN00002774

## Product Overview

Dosage and Administration

■ Moderate-to-severe disease:

– Single infusion of 5mg/kg (in responders, up to 4 infusions given at 8-week intervals to sustain clinical benefit)

■ Fistulizing disease:

– Three infusions of 5mg/kg at 0, 2, and 6 weeks

HIGHLY CONFIDENTIAL

MDL-CEN00002775

# Product Overview

Clinical Efficacy

■ Total of 14 studies and 527 patients

  – ATTRACT trial 450 patients

  – ACCENT trial 400 patients

■ Four studies in Crohn's disease patients

■ 233 patients in Crohn's trials

■ Additional trials in RA, sepsis and UC

■ Two pivotal Crohn's trials

  – T16 (moderate-to-severe disease)

  – T20 (fistulizing disease)

HIGHLY CONFIDENTIAL

MDL-CEN00002776

# Product Overview

## T16 Review

■ Treatment and retreatment

- Protocol
- Response rates
- Remission
- Crohn's Disease Activity Index (CDAI)
- Inflammatory Bowel Disease Questionnaire (IBDQ)

HIGHLY CONFIDENTIAL

MDL-CEN00002777



T16 Protocol

Infusion
0, 5, 10, 20 mg/kg

10 mg/kg
Open_Label

4 wk non-responders ( ↓ CDAI <70)

Screen   -1   0   2   4   8   12

CDAI

IBDQ

CRP

AE

N =108

HIGHLY CONFIDENTIAL

MDL-CEN00002778



## Product Overview

— cA2 — ■ — Placebo

Remission

Weeks

Median CDAI Score

*P=.059
+P=.006

Median results for the CDAI in patients who had a clinical response. Multicenter, randomized, placebo-controlled, double-blind trial. Clinical response was considered a 70-point reduction in the CDAI score from baseline mean score of approximately 300. CDAI score below 150 indicates remission; scores above 450 indicates severe illness. Placebo patients were maintained on their current therapy throughout the trial.

HIGHLY CONFIDENTIAL

MDL-CEN00002779.

# Product Overview

## T16 Initial Treatment Phase (N=107)

- 1 of 2 pivotal trials supporting the BLA
- Single infusion protocol
- Placebo patients had background therapy

HIGHLY CONFIDENTIAL



## T16 Retreatment Study Design

Initial Treatment Phase

Retreatment Phase

■ Infusion

Initial Treatment
0, 5, 10, or 20 mg/kg cA2

(Weeks)   0   4   8   12   20   28   36   44   48

Measurements:
CDAI
IBDQ
CRP
AEs

Serum cA2
HACA

N=73

HIGHLY CONFIDENTIAL

MDL-CEN00002781

# Product Overview

## T16 Retreatment Phase (N=73)

- Responders to initial and open label treatment received additional infusions (at 12, 20, 28, 36 weeks)

- Retreatment with cA2 every 8 weeks maintained the initial treatment benefit on the 48 week study period

- Study supportive of the BLA

- Repeat dosing data expected to be included in final P.I. but not acknowledged indication

HIGHLY CONFIDENTIAL

MDL-CEN00002782



# Product Overview

T20 Review

- Fistulizing disease
  - Protocol
  - Primary endpoint
  - Complete response

HIGHLY CONFIDENTIAL

MDL-CEN00002783

## Product Overview

- Patients with single or multiple enterocutaneous fistulae
  - 94 patients (0, 5 or 10 mg/kg) of cA2
  - Draining at least 3 months
  - Concurrent therapies permitted
  - Patients received three infusions and were followed for 18 weeks
- Primary endpoint
  - ≥ 50% reduction in the number of open fistulae for at least two consecutive evaluation visits (i.e. at least 1 month)

HIGHLY CONFIDENTIAL

MDL-CEN00002784



# Product Overview
## T20 Fistula Trial

Number of patients achieving a >50% reduction in the number of draining fistulae at each evaluation visit. Results over 18 weeks with cA2 5mg/kg at 0, 2, and 6 weeks

HIGHLY CONFIDENTIAL

MDL-CEN00002785



## Product Overview
Majority of cA2 Patients Achieved
Completed Closure of all Fistulae

HIGHLY CONFIDENTIAL

MDL-CEN00002786

# Product Overview
## Safety

The following table summarizes the most frequent reasonably related adverse events:

| | Control* | cA2 |
|---|---|---|
| Patients evaluated | n=109 | n=453 |
| Average weeks of follow-up | 12.2 | 22.3 |
| % of patients with any adverse experiences | 29.4 | 47.5 |
| Headache | 9.2 | 9.9 |
| Nausea | 3.7 | 6.2 |
| Pruritus | 0.9 | 4.4 |
| Dizziness | 5.5 | 4.4 |
| Fatigue | 1.8 | 4.2 |
| Fever | 2.8 | 4.2 |

*Patients in the control group were receiving background therapy including one or more of the following: aminosalicylates, corticosteroids, immunosuppressants, and antibiotics.

†The cA2 treatment group includes patients from Crohn's and non-Crohn's clinical trials involving single and multiple infusions.

71

# cA2 Marketing Plan
## Safety

- Infection

    <u>Issue:</u> Anti-TNF agents theoretically influence ability to mount appropriate inflammatory response

    – Infection rate in cA2 patients similar to placebo

    – Although clinical significance appears minimal, physicians unfamiliar with cA2 may be concerned with the risk to patients

72

HIGHLY CONFIDENTIAL

MDL-CEN00002788

# cA2 Marketing Plan
## Safety

- Lymphoma

  Issue: 4 patients in clinical trials developed lymphomas

  – Patients with RA and Crohn's disease with long histories and chronic exposure to immunosuppressant therapies

  – Gastroenterologists are aware of reported lymphomas and will be concerned with the risk to patients

  – The incidence is within the expected range

HIGHLY CONFIDENTIAL

MDL-CEN00002789

# Product Overview
# cA2 Safety Summary

## Lymphoma Case Histories:

| Patient | Disease /Duration | Prior or Concomitant Immunosuppressive Therapy | Infliximab Dose Initial | Infliximab Dose Retreatment | Classification | Latency |
|---|---|---|---|---|---|---|
| 51 yr old male | CD? 30 years | Azathioprine, prednisone | 10 mg/kg | placebo (3x) | B-cell lymphoma | 9.5 months |
| 48 yr old male | RA? 10 years | Azathioprine, prednisone, MTX | 10 mg/kg | 10 mg/kg (1x) | B-cell lymphoma | 18 months |
| 81 yr old male | RA? 16 years | MTX | 1 mg/kg | N/A | Hodgkins lymphoma | 6.5 months |
| 36 yr old male | AIDS/ unknown | N/A | 10 mg/kg | 10 mg/kg (1x) | B-cell lymphoma | 9 months |

Clinical data on file as of 4Q97

062997,IMcGowen

74

HIGHLY CONFIDENTIAL

MDL-CEN00002790

# Product Overview
## Safety

Immunogenicity

- Human anti-chimeric antibodies (HACA) have been observed in patients treated with infliximab

- The incidence of HACA formation is approximately 10% or less in current doses under development

- There is a potentially higher incidence of infusion reactions in patients who develop HACA

  - there have been HACA (+) patients with multiple infusions with no clinical diminished efficacy nor infusion reactions noted

  - ongoing trials will further study the significance, if any, on HACA formation

Clinical data on file as of 4Q97

061297.17.M4C30wrb

75

MDL-CEN00002791

# cA2 Marketing Plan
## Infusion Reactions



- Infliximab (anti-TNFα) Administration

- Infusion reactions are occasionally observed with retreatment

- Symptoms may include: fever, headache, nausea and rash

- Most reactions respond to slowing the infusion rate and/or medical treatment with antihistamines and/or acetaminophen

HIGHLY CONFIDENTIAL

MDL-CEN00002792

# Product Overview
## Infusion Reaction

**Infusion – Related Events***

| | |
|---|---|
| Nonspecific reactions | 4.8% |
| Pruritus or urticaria | 1.2% |
| Cardiopulmonary reactions | 1.5% |
| Cardiopulmonary and pruritus/urticaria | 0.2% |

*1207 total infusions

HIGHLY CONFIDENTIAL

MDL-CEN00002793

## cA2 Marketing Plan
## Infusion Requirements

■ Infusion Supplies
  – Non-PVC IV tubing with 1.2μ filter & rate control device
  – Non PVC administration bag or glass bottle
  – Sterile water for injection & sodium chloride for dilution
  – IV catheter
  – Syringes
  – IV starter kit

■ Administration Procedure
  – Preparation
  – Infusion
  – Monitoring

78

MDL-CEN00002794

## cA2 Marketing Plan
## GE Reactions to Concept

■ Unmet clinical needs

– Satisfaction with current treatment is low

» Efficacy in severe disease is less than satisfactory

» Immunosuppressants have a long onset of action and increase risk of infection, cancers and pancreatitis

» Corticosteroids are effective but cannot be used for long-term therapy because of side effects

– Clear need for newer agents that

» Are more efficacious

» Have more rapid onset of action

» Have fewer side effects

Source: Brimall & Nicolini, April 1997

79

HIGHLY CONFIDENTIAL

MDL-CEN00002795

## cA2 Marketing Plan
## GE Reactions to Efficacy

■ Reactions to cA2 were strongly positive

■ Reasons cited:

- Unique mechanism of action
- High response rates
- Quick onset of action
- Efficacy in patients with fistulae (difficult-to-treat)

■ Infusion method of administration is cited as an obstacle to use

Source: Brimnall & Nicolini, April 1997

HIGHLY CONFIDENTIAL

MDL-CEN00002796

## cA2 Marketing Plan
## Place in Treatment Algorithm

■ Patient types mentioned by GEs

  — Initial therapy

    » Patients with fistulae    (n= 80,000 pts)

  — Reserve for:

    » Moderate-to-severe patients still uncontrolled on
      conventional therapies    (n= 100,000 pts)

    » Steroid-dependent patients    (n= 60,000 pts)

    » Alternative to immunosuppressants when side
      effects are a concern    (n= 20,000 pts)

■ Establishing place in current treatment critical to acceptance

■ ACG guidelines

HIGHLY CONFIDENTIAL



# cA2 Marketing Plan

Management of Crohn's Disease in Adults

**Signs and Symptoms**

- Chronic or nocturnal diarrhea.
- Abdominal pain
- Evidence of obstruction, weight loss, fever or other symptoms reflecting an underlying inflammatory, fibrotic, or fistulizing process

**History, Physical Exam, and Lab**

- Confirm Diagnosis
- Determine Disease Location

**Radiological Confirmation**
Contrast Radiography
Small Bowel Enteroclysis
Abdominal or Transrectal
Ultrasonography
CT or MRI

**Endoscopic Confirmation**
- Upper or lower GI endoscopy to confirm diagnosis, assess disease location, or obtain tissue for evaluation
- Colonoscopic evaluation of surgical anastomosis to predict likelihood of recurrence
- Endoscopic biopsy to establish diagnosis, rule out acute self-limited colitis, or identify dysplasia or cancer

**Determine Disease Severity**

Mild to Moderate

Moderate to Severe

Severe to Fulminant

HIGHLY CONFIDENTIAL

MDL-CEN00002798

## Weaknesses

- cA2 is a new class of drug – natural "wait and see" attitude

- cA2 might only be approved for fistulizing Crohn's disease, which will increase payer use restrictions

- If initial indication is limited to fistulae only, a second biologic might enter the market with a broader indication before cA2 gets expanded labeling (late 1999/ early 2000)

- cA2 is potent inhibitor of TNF-α which raises physician concern about infection and lymphoma

- Formation of HACA raises some concern among some customers

HIGHLY CONFIDENTIAL

MDL-CEN00002803

# Weaknesses

- cA2 initial indication will be for "acute" treatment. Questions about repeat dosing will be prevalent

- cA2 route of administration will add to end user costs associated with the treatment

- IV route of administration is uncommon in Gastroenterologists' offices

- No definitive cost-effectiveness data at launch

- Centocor is not well known among Gastroenterologists

- Manufacturing response time to greater than expected demand

HIGHLY CONFIDENTIAL

MDL-CEN00002804

# Opportunities

- Low competitive intensity in the Crohn's therapeutic area

- cA2 use in less severe patients is likely to develop over time

- Increased chronic cA2 use with the maintenance indication (2001)

- cA2 will be the first TNF-inhibitor biologic approved in <u>any</u> therapeutic class

HIGHLY CONFIDENTIAL

MDL-CEN00002805

## Opportunities

- IBD market potential is highly concentrated among approximately 7,500 key GEs

- Recent FDA new-use promotion guidance (early 1999)

- Potential cA2 spill-over into severe ulcerative colitis treatment

- cA2 likely to be more convenient (fewer injections or infusions) and less expensive than emerging biologic competitors

HIGHLY CONFIDENTIAL

MDL-CEN00002806

## Opportunities

- Small Crohn's disease patient population and cA2 orphan drug status may limit payers' price sensitivity

- Given symptomatic nature of disease, patient influence will be key driver of cA2 demand both with providers and payers

- Crohn's patients are well organized and networked. CCFA can help drive patient awareness of cA2 availability and break down access barriers

- Crohn's disease diagnosis often delayed or missed – market expansion

91

HIGHLY CONFIDENTIAL

MDL-GEN00002807

# Threats

- Anti-TNF inhibition is a new class of drug - long term experience unknown

- Only a limited number of key physicians have clinical experience with cA2

- Payers likely to impose patient access restrictions to limit utilization of cA2

- More limited fistulas-only indication will lead to greater patient access restraints by payers

HIGHLY CONFIDENTIAL

MDL-CEN00002808



## Threats

- Restrictive provider formularies might limit cA2 use

- Navigating through reimbursement mechanisms introduces a nuisance factor in using cA2

- Financial risk associated with performing in-office infusions might prove cost-prohibitive for some physicians

93

HIGHLY CONFIDENTIAL

MDL-CEN00002809



## Threats

- Gastroenterologists under a specialty capitation will have disincentive to use cA2

- Physicians likely to experiment with dose and dosing regimes - clinical and safety consequences unknown

- Enbrel expected to be launched for RA in 1999 - possibility of new-use-label CD use

- A number of potential biologic competitors on the horizon in IBD

HIGHLY CONFIDENTIAL

MDL-CEN00002810

# Key Strategic Imperatives

- Position cA2 to uniquely meet the gaps in clinical management of CD while differentiating the product from the immunosuppressant and anti-inflammatory drug classes

- Anticipate and prepare response plans to address concerns about cA2 safety, especially infection and lymphoma risk and the relevance of HACA formation

- Establish new Crohn's disease treatment goals and position these to physicians and patients:
  - rapid and sustained symptom remission
  - minimal drug-related toxicities
  - endoscopic healing and fistulae closure
  - restoration of normal quality of life

56

HIGHLY CONFIDENTIAL

MDL-CEN00002811

# Key Strategic Imperatives

- Establish leadership position in the treatment of IBD among gastroenterologists

- Position cA2 as the first TNF inhibitor across therapeutic classes

- Position cA2's IV route of administration as patient management advantage

- Fully support in-office use of cA2 among Gastroenterologists by providing turn key services

HIGHLY CONFIDENTIAL

MDL-CEN00002812

# Key Strategic Imperatives

- Leverage existing high level of cA2 awareness and interest to accelerate early adoption at launch

- Establish cA2 pricing that reflects product value yet is sensitive to overall cost to manage Crohn's disease

- Set AWP at a level that preserves a modest margin for providers, ensures break-even potential for Medicare providers, and is consistent with payer price elasticities

- Ensure payer formulary acceptance by communicating a reasonable economic rationale for cA2 price and treatment cost

97

HIGHLY CONFIDENTIAL

MDL-CEN00002813

# Key Strategic Imperatives

- Prevent administrative burdens from negatively impacting the cA2 prescribing decision by providing reimbursement support for physicians and patients

- Work with payers to implement appropriate patient access criteria to minimize constraints placed on cA2 patient selection, dosage, and treatment frequency by working with payers to implement appropriate patient access controls while minimizing administrative burden

- Educate primary care physicians about Inflammatory Bowel Disease and its proper diagnosis.  Encourage more rapid referrals to Gastroenterologists

HIGHLY CONFIDENTIAL

MDL-CEN00002814

# cA2 Marketing Plan
## Key Strategies

HIGHLY CONFIDENTIAL

MDL-CEN00002815

## Product Overview
## Clinical Positioning

Message Testing Findings*:

- GEs are clinically oriented and less interested in the science behind monoclonal antibodies

- Physicians are particularly interested in how cA2 improves patient quality of life

- Physicians need help in identifying appropriate patients for cA2 treatment

- Physicians do not immediately relate to CDAI and IBDQ measures

* Brittnall & Nicolini, 3/98

100

HIGHLY CONFIDENTIAL

MDL-CEN00002816

# cA2 Marketing Plan
## Clinical Positioning Strategy

**Objectives:**

- Find a unique, memorable position that cA2 can own

- Set a new standard of care- remission level symptom control and endoscopic healing

- Establish a target patient audience consistent with the clinical data per key trial protocols

- Establish positioning that describes what cA2 does for patients (i.e. improve QOL)

- Develop positioning that can be modified to expand usage for a broader role

HIGHLY CONFIDENTIAL

MDL-CEN00002817

# cA2 Marketing Plan
## Positioning Statement

*"cA2 is a new standard of treatment for Crohn's disease that offers rapid, and sustained remission level control of symptoms and an immediate improvement in quality of life."*

HIGHLY CONFIDENTIAL

MDL-CEN00002818

# cA2 Marketing Plan
# Clinical Positioning Strategy

■ Target Audience

  – Gastroenterologists

  – Colorectal surgeons

  – Internists (w/ high-volume IBD practice ~ 950)

  – Payers

HIGHLY CONFIDENTIAL

MDL-CEN00002819

# Payer Strategy
## Payer-Related Strategic Imperatives

- Ensure payer formulary acceptance by communicating a reasonable economic rationale for cA2 price and treatment cost

- Prevent administrative burdens from negatively impacting the cA2 prescribing decision by providing reimbursement support for physicians and patients

- Minimize constraints placed on cA2 patient selection, dosage, and treatment frequency by working with payers to implement appropriate patient access controls while minimizing patient and physician paperwork and hassle

HIGHLY CONFIDENTIAL

MDL-CEN00002820

## Payer Strategy
## cA2 Economic Positioning Statement

■ cA2-

— a new standard of care for Crohn's disease, clearly justifies its cost to the health care system by profoundly and rapidly improving patient quality of life while offering the potential for reducing the consumption of alternate medical resources

HIGHLY CONFIDENTIAL

MDL-CEN00002821

# Payer Strategy
## Strategic Themes

- Direct the corporate account and sales representative teams to aggressively promote the cA2 clinical platform to payers in order to secure the broadest possible coverage irrespective of the FDA-approved indication

- Rigorously prepare the field force to handle economic questions and overcome objections as they arise, but do not lead with an economic proposition

- Overcome provider "hassle-factor" by delivering premium service levels for all in-house and partner value-added programs

- Provide the field force with tools to engage in reimbursement problem solving

HIGHLY CONFIDENTIAL

MDL-CEN00002822

# Payer Strategy
## Pre-approval

- Prepare a tactical response for all possible payer control mechanisms and scenarios

- Construct the cA2 economic platform in a way that
  - Communicates the cA2 Payer Positioning Statement
  - Leverages all of the cA2 benefits
  - Positions the cost of cA2 within the context of current treatment outcomes and costs

- Resolve the threat of a negative Medicare APG reimbursement code with lobbying efforts

- Conduct Managed Care Advisory Board meetings

107

HIGHLY CONFIDENTIAL

MDL-CEN00002823

## Payer Strategy
## Post-approval, Pre-launch

- Communicate the core cA2 clinical platform to payer medical directors in order to secure formulary approval status

- If and only if payer cost concerns impede formulary approval,

  - then communicate the necessary elements of the cA2 economic platform

104

HIGHLY CONFIDENTIAL

MDL-CEN00002824

# Payer Strategy
## Post-launch

- Aid providers in executing the reimbursement function and ensuring access to cA2 by deploying
  - the field force
  - a reimbursement hotline
  - an assignment of benefit partner
  - patient assistance program (indigent population)
- Establish a reimbursement surveillance function via all in-house and partner customer contact points
- For each significant control mechanism identified by the reimbursement surveillance function execute the appropriate measured tactical response

159

HIGHLY CONFIDENTIAL

MDL-CEN00002825

## Payer Strategy
## Example –Measured Tactical Response

■ Control Mechanism

- Case managers reserve cA2 for patients who have failed steroids and/or immunosuppressants

■ Tactical Response Plan

- Deploy sales rep and corporate account manager to conduct case manager in-services that provide medical education on appropriate cA2 usage

- If necessary, deploy corporate account manager to review clinical platform with payer medical director in order to secure a policy change

- If unsuccessful, corporate account manager presents the economic platform

- If unsuccessful, corporate account manager pursues opinion leader and/or MCO GE support via letters, conference calls, and in-office meetings

110

HIGHLY CONFIDENTIAL

# Payer Strategy
## Health Economic Platform

- Disease Overview
  - The CD patient population is relatively small in comparison to other chronic medical conditions
  - The moderate-severe CD patient population is a subset of all CD patients
  - Moderate-severe CD patients
    - » working ill
    - » relatively young
    - » suffer from a life long miserable disease (QOL)
  - Moderate-severe CD can result in
    - » disability
    - » lost productivity

111

HIGHLY CONFIDENTIAL

## Payer Strategy
## Health Economic Platform

- **Current Treatments**

  - All current treatments for moderate-severe CD have deficiencies that create an unmet patient need

    - » toxic
    - » relatively ineffective
    - » toxic and relatively ineffective

  - Many CD patients require TPN or hospitalization for bowel rest

  - Many CD patients require surgery, often multiple surgeries because the relapse rate is high

HIGHLY CONFIDENTIAL

MDL-CEN00002828

# Payer Strategy
## Health Economic Platform

■ Cost Of Illness

  — The cost of illness varies with severity

    » Mild CD is fairly inexpensive to treat

    » Moderate-severe CD is expensive to treat

  — The typical moderate-severe CD patient undergoes several hospitalizations at a cost of $25,000-$30,000 per hospitalization

  — Hospitalization and outpatient costs are driven by

    » diagnostic

    » medical

    » surgical procedures

    » physician professional fees

112

HIGHLY CONFIDENTIAL

## Payer Strategy
## Health Economic Platform

■ The cA2 Profile

- cA2 is effective

- cA2 is safe

- cA2 is a true outpatient pharmaceutical

- Acknowledge small subset of non-responders

- The cA2 target patient population is the moderate-severe subset of all CD patients

- cA2 produces a profound and rapid improvement in QOL that translates into a cumulative quality of life gain in comparison to immunosuppressants

114

HIGHLY CONFIDENTIAL

MDL-CEN00002830

## Payer Strategy
## Health Economic Platform

■ The cA2 Economic Takeaways

- cA2 fits within the mission of managed care (prevention, "right treatment in the right setting")

- The cA2 appropriate patient selection schema ensures that over utilization is not an issue

- cA2 improves health status while offering the potential for lowering costs by "converting" expensive moderate-severe patients into less costly mild patients through reduced hospitalizations and other resources

15

HIGHLY CONFIDENTIAL

MDL-CEN00002831

# Payer Strategy
## Critical Success Factors

- T16 and T20 data are published in one or more compedia to serve as new-use-label proof sources

- A supplement to the ACG IBD guidelines is published and includes a favorable positioning for cA2 to serve as an new-use-label proof source

- AOB and reimbursement hotline partners provide a high level of customer service and eliminate reimbursement constraints

- BIO and PhaRMA lobbying successfully carves out expensive pharmaceuticals from the Medicare APG system

116

HIGHLY CONFIDENTIAL

MDL-CEN00002832



# Payer Strategy
## Tactical Programs

- Assignment of benefit program
- Reimbursement hotline
- Patient assistance program
- Managed Care Advisory Board
- ACG-sponsored Managed Care Medical Directors conferences.
- Outcomes tracking program

HIGHLY CONFIDENTIAL

MDL-CEN00002833

# Payer Strategy
## Tactical Assets

■ Publications
  - Crohn's disease economic white paper
  - T16 NEJM publication
  - T20 publication
  - Hewitt Associates cost of illness study
  - Inpatient cost studies (University of Chicago, Thomas Jefferson University Hospital, other key centers)
  - ACG guidelines supplement
■ Appropriate patient selection detail kit
■ Case manager in-service slide presentation
■ Managed care financial impact modeling software
■ Key payer dossiers
■ Economic platform detail kit
■ Letter of medical necessity kit
■ Payer medical directors formulary kit

118

MDL-CEN00002834

# Integrated Services Strategy

- Addresses the following strategic imperatives
  - Establish leadership position in the treatment of IBD among gastroenterologists
  - Position cA2's IV route of administration as patient management advantage
  - Fully support in-office use of cA2 among Gastroenterologists by providing turn key services

- Goals
  - Neutralize the perceived complexity of delivering in-office cA2 infusions
  - Address physicians' concerns regarding the financial impact of in-office infusions

- Elements
  - Easy, rapid access to product and required IV administration supplies
  - Reimbursement support services
  - Guidance on clinical and administrative procedures
  - Patient education support

119

MDL-CEN00002835

# Integrated Services Strategy

■ Product Access Needs
 – Just-in-time delivery
 – No or minimal inventory carrying costs
 – Purchase options

■ Centocor will facilitate two access/purchase options
 – Assignment of Benefits
  » Physician does not take title of drug
  » Drug benefit is transferred to third party
  » Third party is responsible for reimbursement clearance and payment collection

 – Direct Purchase of Product
  » Physician takes title of product
  » Physician receives drug benefit
  » Physician is responsible for reimbursement clearance and payment collection

120

HIGHLY CONFIDENTIAL

MDL-CEN00002836

# Integrated Services Strategy

■ Assignment of Benefits (AOB) Option

– Nova Factor preferred (non-exclusive) provider of AOB specialty distribution services for cA2:

» Prescription receipt

» Reimbursement pre-clearance

» Overnight drug and IV supplies delivery

» Claim adjudication

» Payment collection

» Patient counseling and follow-up

» Physician and patient level sales and treatment trend data collection and reporting

HIGHLY CONFIDENTIAL

MDL-CEN00002837

# Integrated Services Strategy

■ Assignment of Benefits (AOB) Option

- Centocor sales force will inform physicians of the AOB option and refer all interested customers to Nova Factor

- Nova Factor will receive a product discount for services performed – approximately 5.0 - 7.5% discount from WAC

- Other AOB providers (Olsten, Caremark, etc.) are expected to also participate if AWP spread is wide enough

122

HIGHLY CONFIDENTIAL

MDL-CEN00002838

# Integrated Services Strategy

■ Physician Direct Purchase Option

— Centocor will select 4 to 5 preferred Wholesale Specialty Distributors

» cA2 order intake

» Order pick, pack, ship

» Contract management (if applicable)

» Billing and invoicing

» Customer service

» Financing programs (at the discretion of the distributor)

» Ad hoc marketing programs (for additional cost)

» Physician level data collection and reporting

HIGHLY CONFIDENTIAL

MDL-CEN00002839

# Integrated Services Strategy

- Physician Direct Purchase Option

  - Centocor sales force will inform physicians of the direct purchase option and refer all interested customers to our preferred network

  - Wholesale Specialty Distributors will receive a product discount for services performed - approximately 1.5 - 2.0% discount from WAC

HIGHLY CONFIDENTIAL

MDL-CEN00002840

# Integrated Services Strategy

■ Easy, inexpensive access to required IV supplies

   -- Required supplies

      » Non-PVC administration bag (non-standard item)

      » Non-PVC tubing with in-line 1.2 micron filter (non standard items)

      » Infusion rate control device

      » Solutions for reconstitution and dilution

      » Alcohol wipes

      » Catheter

      » Syringes

HIGHLY CONFIDENTIAL

MDL-CEN00002841

# Integrated Services Strategy

- **Goals**
  - Eliminate the "hassle factor" associated with sourcing all supplies needed for cA2 infusion
  - Minimize the incremental expense of infusion supplies (may not be separately reimbursable)
  - Ensure appropriate supplies are used to enhance patient safety and minimize possible infusion reactions

- **Solution**
  - Provide customized cA2 infusion kit

126

HIGHLY CONFIDENTIAL

MDL-CEN00002842

# Integrated Services Strategy

- Customized kit would contain all required supplies for infusion except syringes and catheters

  - Interpretation of "aseptic technique" makes it difficult to determine appropriate number of syringes

  - Syringes would be items that would most likely, already be available in the physician office

  - Catheter size is patient-specific

- Centocor will purchase large quantity of kits from medical supplier and make available to wholesalers and specialty distributors at our cost ($10-15)

HIGHLY CONFIDENTIAL

## Payer Strategy
## Reimbursement

- Deploy a well trained field force to educate providers in coding and billing

- Establish a reimbursement hotline service to aid providers in

  - prior authorizations

  - coding and billing

  - appealing denied claims

- Create a patient assistance program to ensure access for uninsured patients

- Seek to secure an cA2 specific reimbursement code for Medicare patients

HIGHLY CONFIDENTIAL

MDL-CEN00002844



# Integrated Services Schematic

HIGHLY CONFIDENTIAL

MDL-GEN00002845

## Product Overview
## Infusion Services Support Strategy

**Reactions to cA2 infusion***

■ Most GEs are comfortable with infusing cA2 in their office, once they understand what is involved

■ Those uncomfortable generally lacked an endoscopy suite

– These GEs would administer in outpatient clinic/IBD center until product becomes standard therapy or until physician is comfortable

■ GEs with endoscopy suites have nurses trained in administering IVs (ex. sedatives)

■ Nurses stated they would be comfortable administering cA2 with appropriate instructions

■ Obtaining adequate reimbursement will be the driver to in-office administration

* Irvine Consulting, 3/98

HIGHLY CONFIDENTIAL

# cA2 Marketing Plan
## Infusion Services Support Strategy

**Objective:**

■ To enhance the ability of physicians and nurses to provide the highest quality of care possible to Crohn's patients receiving cA2

■ The program will ensure:

- Office staff understands what supplies are needed and how to access them

- Reconstitution is done correctly and safely

- Office staff understands how to source cA2

- How to administer product

- How to obtain reimbursement



51

HIGHLY CONFIDENTIAL

MDL-CEN00002847

# Product Overview
## Infusion Services Support Strategy

**Key Support Services**

- cA2 Infusion Consultants Program
  - In-services, symposia, etc.
- Clinical/administrative in-services
  - Educational video/print material
- Patient education support materials

HIGHLY CONFIDENTIAL

# Contracting Strategy

Goals:

- **Offer discounts to obtain user level sales data, when otherwise not available**
  - cA2 will be distributed and sold through non-retail channels
    - » Prescriber level information will not be available through traditional retail audits
    - » DDD measures warehouse withdrawals
      - ■ Capture institutional purchases (unless otherwise blocked)
      - ■ Referring physician will not be known

- **Offer discounts in return for services to support integrated services model**

- **Offer product discounts, when appropriate, to drive product demand**

13

HIGHLY CONFIDENTIAL

MDL-CEN00002849

# Contracting Strategy

Group Purchasing Organizations (GPOs)

- Hospital out-patient clinics are expected to perform up to 50% of cA2 infusions
- GPOs have over 4,000 U.S. hospitals under contract
- GPOS generally mandate an administrative fee to add a new product
- Some GPOs block DDD data reporting for member hospitals (UHC-VHA)

Strategy:
- Offer GPOs no more than a 2% discount in exchange for member level sales data and inclusion in their system

- Ensure consistency with Retavase™ strategy

HIGHLY CONFIDENTIAL

# Contracting Strategy

<u>Managed Care Organizations (MCOs)</u>

- cA2 is a single source product with few therapeutic alternatives
- MCOs have no leverage to drive demand for cA2
- MCOs will limit financial impact of cA2 through utilization and access restrictions

<u>Strategy:</u>

Do not offer discount at launch

Sign list price contracts (in exchange for price protection) to get onto systems

133

HIGHLY CONFIDENTIAL

MDL-CEN00002851

# Contracting Strategy

Wholesale Specialty Distributors

■ Approximately 50% of cA2 sales will go through specialty distributors
  – Ability to capture physician level data
  – Nova Factor will be contractually obligated to provide data

Strategy:

To obtain physician level data from wholesale specialty distributors, offer small WAC discount : 1-2%

126

HIGHLY CONFIDENTIAL

MDL-CEN0000282

# Contracting Strategy

Preferred AOB Specialty Distributor (Nova Factor)

- Nova Factor will be contracted to provide services in support of the Integrated Services Model

- Nova Factor services are critical to success of cA2 launch

- Nova Factor will provide physician level sales data and patient treatment trend data

Strategy:

Offer Nova Factor a 5.0-7.5% discount from WAC in exchange for AOB specialty services and provider level data

137

HIGHLY CONFIDENTIAL

MDL-CEN00002853

# Contracting Strategy

<u>Home Health Care Companies (HHCs)/ Other AOB Distributors</u>

- With sufficient AWP spread, other AOB-type distributors and HHCs are expected to get involved with cA2 distribution and infusion services
- Initially, demand for HHC is expected to be minimal
- Centocor sales reps will direct AOB business to Nova Factor
  - Other AOBs will achieve limited market share

<u>Strategy:</u>
Do not offer these organizations a discount at launch
Monitor cA2 penetration into HHC and consider small discounts in exchange for prescriber level data

13

HIGHLY CONFIDENTIAL

MDL-CEN00002854

# Contracting Strategy

<u>Government</u>

- Medicaid mandates 15.1% discount from AMP
  - 9% of cA2 patients are on Medicaid
  - 50% of cA2 Medicaid patients in Managed Care plans
- VA DOD mandates 24% discount from AMP
  - 2% of cA2 patients
- Government rebates total 1.24% effective discount from WAC

<u>Strategy:</u>
Comply with government mandated rebates

159

HIGHLY CONFIDENTIAL

# Contracting Strategy

## Summary

Ammfua?.

| Payer/Provider | Expected % of s.a2 Volume | Discount or Rebate | Effective Discount from WAC |
|---|---|---|---|
| GPOs | 50% | 2% | 1.0% |
| Wholesale Specialty Distributors | 15% | 1.5% | 0.23% |
| Preferred AOB Specialty Distributor | 20% | 7.5% | 1.5% |
| Non Managed Care Government | 7.5% | 15.4 - 24.0% of AMP | 1.24% |
| Prompt Payment Discount | 100% | 2.0% | 2.0% |
| Total | | | 5.97% |

| WAC | ASP |
|---|---|
| $350.00 | $329.11 |
| $375.00 | $352.61 |

HIGHLY CONFIDENTIAL

MDL-CEN00002856

# Pricing Strategy

■ Addresses the following strategic imperatives:

– Establish cA2 pricing that reflects product value yet is sensitive to overall cost to manage Crohn's disease

– Set AWP at a level that preserves a modest margin for providers, ensures break-even potential for Medicare providers, and is consistent with payer price elasticities

MDL-CEN00002857

# Pricing Strategy

- Cost of Illness for CD = $9,197
  - More severe patients would be significantly higher ($25,000 per hospitalization)

- cA2 represents quantum leap in treatment for Crohn's disease
  - Profound and immediate efficacy
  - Dramatic and rapid improvement in patient quality of life

- cA2 may offset hospitalization costs

- cA2 will improve patient health status

HIGHLY CONFIDENTIAL

MDL-CEN00002858

# Pricing Strategy

- Market research findings:
  - Minimum price sensitivity over $900 to $2,100 per infusion price range
  - Chronic use indication did not significantly alter price sensitivity
  - Second indication in RA did not significantly alter price sensitivity
  - MCOs "discount" the cost of a drug therapy via access restrictions
    » IV infused drugs automatically require prior authorization
    » Product like cA2 limited to relevant specialist group only

- Enbrel annual cost of treatment expected to be $6,500 to $10,000

  Last Price Strategy:

  Set cA2 list price between $350 and $375 per vial ($1,400 - $1,500 per infusion)

143

MDL-CEN00002859



# Pricing Strategy

## End User Pricing - Year 1

| CNTO List Price (WAC) per Vial | AWP Assuming a 30% Spread | Year 1 Annual End User Cost of Crohn's Treatment* | Year 1 Annual End User Cost of RA Treatment* |
| --- | --- | --- | --- |
| $350.00 | $455.00 | $15,129 | $7,564 |
| $375.00 | $487.50 | $16,209 | $8,105 |

* Assuming average reimbursement rate is AWP- 5%

HIGHLY CONFIDENTIAL

MDL-CEN00002860

# Pricing Strategy

## End User Pricing - Year 2

| CNTO List Price (WAC) per Vial | AWP Assuming a 30% Spread | Year 2 Annual End User Cost of Crohn's Treatment* | Year 2 Annual End User Cost of RA Treatment* |
|---|---|---|---|
| $350.00 | $455.00 | $11,239 | $5,619 |
| $575.00 | $487.50 | $12,041 | $6,021 |

* Assuming average reimbursement rate is AWP - 5%

45

HIGHLY CONFIDENTIAL

MDL-CEN00002861

# Pricing Strategy

## Average Wholesale Price (AWP)

- Traditional pharmaceutical AWP spreads range from 16-2/3 to 25%
- Biotech and oncology products generally range from 20 - 30%

## Competitive Pricing Practices

| Company | Product | Indication | AAP | AWP | AWP Spread |
|---|---|---|---|---|---|
| Biogen | Avonex 30 mg kit | Multiple Sclerosis | $178.85 | $213.00 | 19.1% |
| Genentech | Activase 100 mg vial | AMI, PE, Stroke | $2,223.98 | $2,750.00 | 23.7% |
| | Nutropin 5 mg vial | Growth Hormone | $120.84 | $210.00 | 73.8% |
| Amgen | Epogen 400Iu vial | Anemia | $37.13 | $48.00 | 29.3% |
| | Infergen 15 mcg | Hepatitis C | $49.02 | $58.80 | 20.0% |
| Immunex | Levoprone 20 mg/ml | Pain Management | $153.32 | $226.89 | 48.0% |
| | Novantrone 30 mg | Leukemia | $788.16 | $1,080.05 | 37.0% |
| Wyeth-Ayerst | Lodine XL 600 mg | Osteoarthritis | $192.96 | $237.65 | 23.1% |
| | Cardine IV 2.5 mg/ml | Hypertension | $18.49 | $23.58 | 27.5% |

146

HIGHLY CONFIDENTIAL

MDL-GEN00002862

# Pricing Strategy

<u>Average Wholesale Price Goals</u>

- Set AWP consistent with end user pricing sensitivity

- Set AWP to provide adequate margin for infusers

- Set AWP to allow Medicare providers to come close to breaking even on drug
  - Medicare reimbursement at AWP-5%
    - » Physician gets 80%, remainder has to be collected from patient
  - Medicare will also allow professional fee

147

HIGHLY CONFIDENTIAL

MDL-CEN00002863

# Pricing Strategy

## AWP Margin Analysis (WAC = $375/vial)

|  | 25% Spread | 30% Spread | 33.6% Spread |
|---|---|---|---|
| WAC + 15% per Vial = Infuser's Acquisition Cost | $380.63 | $380.63 | $380.63 |
| AWP per Vial | $468.75 | $487.50 | $501.00 |
| Margin per Infusion When Reimbursed @ AWP - 5% | $258.73 | $329.98 | $381.28 |
| Margin per Infusion When Reimbursed @ AWP - 10% | $164.98 | $232.48 | $281.08 |
| Medicare Margin - AWP-5% x 80% | ($597.52) | ($540.52) | .52 |

HIGHLY CONFIDENTIAL

MDL-CEN00002864



# Pricing Strategy

## Average Wholesale Price

### Strategy

Set AWP at 30% above WAC

» Maximizes margin without penetrating price sensitivity ceiling
  » $1,950/ infusion - Crohn's Disease
  » $975/ infusion - Rheumatoid Arthritis

– Ensures that Medicare infusion providers will come close to break even

  » With infusion services charge and minimal patient co-payment collection, will realize a small margin

– Provides additional margin to cover cost of admin kit

– In line with similar type of products

HIGHLY CONFIDENTIAL

MDL-CEN00002865

# cA2 Marketing Plan
## Patient Pull Strategy

Objective:

■ To increase awareness of cA2 and motivate patients to discuss the product with their physician

  – Crohn's and Colitis Foundation (CCFA) (70 local chapters)

   » National level - Update patient education materials, establish links between Centocor and CCFA websites, obtain quotes for cA2-related press materials

   » Local level - Encourage representatives to get involved in and support local chapter activities

   – Public Relations

150

HIGHLY CONFIDENTIAL

MDL-CEN00002866

# cA2 Marketing Plan
## Patient Pull Strategy

■ CCFA Local Level

– 70 local chapters

– Each chapter provides local level network

– Identify key thought leaders in the area

151

HIGHLY CONFIDENTIAL

# cA2 Marketing Plan
## New-Use Promotion

- **FDA Modernization Act of 1997**
  - Allows for dissemination on "non-approved" uses of already approved drug
  - Becomes effective Nov. 21, 1998
  - Supplemental application covering new- use within specified timeframes
  - Peer-reviewed journal articles or independent, general reference publication
  - Additional information required for fair balance

HIGHLY CONFIDENTIAL

MDL-CEN00002868

# cA2 Marketing Plan
## New-Use Promotion

**Pro:**

- Preempt Enbrel
- Establish cA2 as the standard anti-TNF therapy
- Expand usage beyond single indication early in life cycle
- Proactively define cA2's role in RA treatment
- Arm Rheumatologists with clinical information to answer likely questions from patients

**Con:**

- Limited/no sales coverage in RA
- Takes focus of sales away from core indication during launch
- No economies of coverage of target audiences
- Reimbursement for new-use uncertain
- Centocor would have to fully support promotion

153

HIGHLY CONFIDENTIAL

MDL-CEN00002869

# cA2 Marketing Plan
## New-Use Promotion

**Strategy:**

- Develop package for new-use promotion for RA

- Complete package for FDA review by November 1998

- Promote new-use usage through direct mail campaign to Rheumatologists (incl. reply form for profiling)

- Periodic sales calls to investigators and key thought leaders ($\leq$ once per month)

- Sales calls on Rheumatologists to complete profiling prior to FDA approval

- Medical affairs support plan

154

HIGHLY CONFIDENTIAL

MDL-CEN00002870

# Market Expansion Strategy

- Addresses the following strategic imperatives:
    - Establish new Crohn's disease treatment goals and position these to physicians and patients
    - Educate primary care physicians about Inflammatory Bowel Disease and its proper diagnosis. Encourage more rapid referrals to Gastroenterologists

- U.S. prevalence of CD varies widely (250,000 to 800,000 patients)
    - Due in part to diagnosis problems
        » Confusion with Irritable Bowel Syndrome
        » Overlap with Ulcerative Colitis
        » PCP does not have means to make a definitive IBD diagnosis

155

HIGHLY CONFIDENTIAL

MDL-CEN00002871

# Market Expansion Strategy

- Assuming that cA2 would capture its fair share of misdiagnosed patients

- 10,000 previously misdiagnosed patients who are accurately diagnosed with CD = $2.4 million

- 100,000 to 200,000 misdiagnosed patients might represent the total magnitude of the problem
  - cA2 fair share = $24 to $48 million

**Strategy**

Partner with CCFA and IFFGD as well as ACG or AGA to develop and launch a PCP-directed IBD educational program

Consider directed DTC sometime in the future

156

HIGHLY CONFIDENTIAL

MDL-CEN00002872



# cA2 Demand Creation Strategy

HIGHLY CONFIDENTIAL

MDL-CEN00002873

# cA2 Selling Process

■ Rep Pre-launch Activities:

  – Identify local infusion site networks

    » hospital outpatient clinics

    » infusion centers

  – Prepare local infusion sites

    » Notify of impeding launch

    » Conduct informational in-services as needed

  – Identify highest potential physicians

  – Develop launch plans for high potential targets

158

HIGHLY CONFIDENTIAL

MDL-CEN00002874

# cA2 Selling Process

Sales message flow

- ■ Lead with clinical presentation
  - » Present clinical trial data
  - » Support identification of appropriate cA2 treatment candidates
- – Follow with product economic message if cost is raised as an obstacle
- – Where route of administration is an obstacle, present information about local infusion network and/or integrated services overview
- – Gain commitment to prescribe cA2 in targeted population

159

HIGHLY CONFIDENTIAL

MDL-CEN00002875

## cA2 Selling Process

Sales message flow

■ When interest and intent to use is established, provide "consultative support" regarding site of treatment

– Describe advantages of in-office care

– Help physician assess economic feasibility of in-office infusion services

– Present Integrated Services Support to physicians deciding to treat cA2 patients in their office

– Refer physicians who decide not to treat in-office to alternate site network

160

HIGHLY CONFIDENTIAL

MDL-CEN00002876

# cA2 Selling Process

Sales message flow

- When site of treatment decision has been reached, describe product access options
  - Present Assignment of Benefits and Purchase options
  - Describe level of service with each option
  - Describe the risk-reward associated with each option

- For physicians purchasing product, describe reimbursement support services
  - Present cA2 administrative support manual
  - Refer to reimbursement hotline

161

HIGHLY CONFIDENTIAL

MDL-CEN00002877

# cA2 Selling Process

Sales message flow

- For physicians treating patients in-office offer clinical support services

  - Present clinical procedures manual and video
  - Offer to perform nursing in-service
  - Offer patient educational materials

HIGHLY CONFIDENTIAL

MDL-CEN00002878