# Exhibit 35

# FROM

# MICROCYTIC CELLS

# TO

# MACROCYTIC SALES

## REGIONAL TRAINING WORKSHOP

Wyndham Hotel - Greenspoint
12400 Greenspoint Drive
Houston, Texas  77060
713-875-2222
December 1-3, 1992

**Plaintiffs' Exhibit**
**270**
**01-12257-PBS**

ORTHO 01050314
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062507

# Participants

Dan Smith    Houston Division Manager
Bob VanArsdall   National Accounts Manager
SharRon Jamison   Regional Trainer
Lecia Scott    Regional Trainer


**Houston Division:**   Barbara Goodman
       Phil Gray
       Donna Henderson
       Michael Williams

**Dallas Division:**    Carl Kincaid
       Cathy Merrick

**Atlanta Division:**   Jeanne Bell
       Bill Bowden
       Holt Robinson
       Vern Webb


**Florida Division:**   O'Neal Montgomery
       Craig Phillips


**Carolina Division:**   Bob Bischoff
       David Jones
       Merideth McRae


**Philadelphia Division:**  Jo Ellen Friedman

ORTHO 01050315
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062508

# REGIONAL TRAINING WORKSHOP

# AGENDA

**December 1, 1992**

| | | |
|---|---|---|
| 12:00 - 1:00 | Lunch | |
| 1:00 - 5:00 | WIN WIN Negotiations | Baker Communications<br>- Christine Parker |

ORTHO 01050316
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062509

# REGIONAL TRAINING WORKSHOP

# AGENDA

---

**December 2, 1992**

| | Managed Health Care | Bob VanArsdall |
|---|---|---|

| | |
|---|---|
| 7:30 - 8:00 | Continental Breakfast |
| 8:00 - 8:30 | **Institutional Managed Health Care Overview** |
| 8:30 - 9:45 | **Purchasing Decision**<br>- The Market<br>- Group Purchasing Organizations (GPO)<br>- Health Maintenance Organizations (HMO)<br>- Home Health Care (HHC) |
| 9:45 - 10:00 | Break |
| 10:00 - 12:00 | **Targeting Accounts**<br>- General Information<br>- Goal Setting<br>- Prime Vendors/ Accounts<br>- Resources |
| 12:00 - 1:00 | Lunch |
| 1:00 - 3:00 | **Getting the Business**<br>- Strategy<br>- Value of Programs<br>- Value Plan<br>- T-Bar and Other Programs |
| 3:00 - 3:15 | Break |
| 3:15 - 5:00 | **Growing the Business**<br>- Relationship Building<br>- Programs<br>- Service<br>- Future Calls |

ORTHO 01050317<br>Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062510

# REGIONAL TRAINING WORKSHOP

# AGENDA

**December 3, 1992**

| 7:30 - 8:00 | Continental Breakfast | |
|---|---|---|
| 8:00 - 9:00 | **Reimbursement Workshop** | **Dan Smith** |
| | - Programs | |
| | - Sectors | |
| | - Questions and Answers | |
| 9:00 - 11:00 | **Dispensing Physicians** | **SharRon Jamison** |
| | - History | |
| | - Physician/Staff | |
| | - Servicing Accounts | |
| | - Oncology Suppliers | |
| | - PACT/Reimbursement Programs | |
| | - Individualized Presentations | |
| | - Trends | |
| 11:00 - 12:00 | **Distributor Workshop** | **Lecia Scott** |
| | - Class of Trade | |
| | - Key Personnel | |
| | - Return Goods Management | |
| | - Programs | |
| | - Skill Building | |
| | - Objections | |
| 12:00 - 1:00 | Lunch | |
| 1:00 - 2:00 | **Retail Workshop** | **Lecia Scott** |
| | - Call/Targeting Activity | |
| | - Medical Reimbursement | |
| | - Retail Binder | |
| | - Feature/Benefit Selling | |
| | - Support Materials | |
| | - Definitions | |
| | - Skill Building | |
| | - Objections | |

ORTHO 01050318
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062511

December 3, 1992 (continued)

| Time | Session | Presenter |
|------|---------|-----------|
| 2:30 - 2:45 | Break | |
| 2.45 - 3:30 | **Question and Answer Open Forum** | **Dan Smith** |
| 3:30 - 4:00 | **Follow-up Training** | **Dan Smith** |
| 4:00 | Closing | |

Highly Confidential

ORTHO 01050319
Confidential - Attorneys Only

MDL-OBI00062512

**REIMBURSEMENT**

ORTHO 01050320
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062513

# PROCRIT® REIMBURSEMENT PROGRAMS

ORTHO 01050321
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062514

# PROCRIT
## REINBURSEMENT PROGRAMS

- PROCRITLINE
- FAP– FINANCIAL ASSISTANCE PROGRAM
- CSP– COST SHARING PROGRAM
- REIMBURSEMENT ASSURANCE PROGRAM

Highly Confidential

ORTHO 01050322
Confidential - Attorneys Only

MDL-OBI00062515

# PROCRITLINE

## HOTLINE NUMBER: 800-553-3851

## PROVIDES THIRD-PARTY BILLING INFORMATION AND FACILITATES REINBURSEMENT

Highly Confidential

ORTHO 01050323
Confidential - Attorneys Only

MDL-OBI00062516

# FAP

## FINANCIAL ASSISTANCE PROGRAM

### HOTLINE NUMBER: 800-447-3437

## THE FINANCIAL ASSISTANCE PROGRAM ASSISTS PATIENTS HAVING DIFFICULTY PAYING FOR PROCRIT THERAPY

Highly Confidential

ORTHO 01050324
Confidential - Attorneys Only

MDL-OBI00062517

# FINANCIAL ASSISTANCE PROGRAM (FAP)

## USAGE SUMMARY

- 1991: 235 PATIENTS ON FAP

- JANUARY - JULY 1992:  ALREADY 301 PATIENTS ON FAP!

- $1,987,200 FREE PROCRIT PROVIDED THROUGH FAP

- 833 Application have been received since program inception

  - 69% were approved
  - 31% were denied

- Of the 258 denials:

  - 79% due to insurance coverage
  - 21% due to excess income

ORTHO 01050325
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062518

# FINANCIAL ASSISTANCE PROGRAM

## STRATEGY

This program should be positioned differently with each type of customer to fit their needs. The following are benefits to the different customer groups that should be pointed out in your presentations:

- **Physicians/Nurses**

  - Provides free treatment to uninsured patients
  - Enables their patients to receive needed treatment regardless of insurance status

- **Hospital Pharmacists**

  - Patients admitted to hospital can use free PROCRIT from FAP instead of hospital inventory --> decreases pharmacy and hospital cost

  - Public hospitals required to provide treatment to patients regardless of insurance status can have these patients enrolled in FAP --> decreases pharmacy and hospital cost

- **Home Health Care**

  - Allows them to accept uninsured patients for treatment as added service to their physicians

**Do not use set income criteria in presentations**



Highly Confidential

ORTHO 01050326
Confidential - Attorneys Only

MDL-OBI00062519

# FINANCIAL ASSISTANCE PROGRAM

## PROCEDURES

1) FAP reviews application immediately upon receipt.

2) If insured, will pass on to PROCRIT line to assist with reimbursement opportunities. If uninsured, less than $30,000 income and little savings/assets, patient is qualified. (Patients are allowed to own a home.)

3) FAP will explore publically funded programs that patient may be eligible for (i.e., State AIDS Drug Assistance Plans, EPIC for elderly in NY). If the program requires form enrollment and fees, the patient may decline to enroll. If so, FAP will supply ongoing free PROCRIT therapy. If they do enroll, FAP will supply free PROCRIT therapy until the other insurance program is in place.

4) If uninsured and income is greater than $30,000, FAP will review the application further. If unusual or insurmountable difficulties are involved, exception may be made and patient may be eligible for free PROCRIT.

5) Eligible patients will receive 60 days of therapy shipped to the physician.

6) Prior to the end of the 60-day period, FAP will contact the office to determine status of the patient (Is the patient still on PROCRIT?  Has the dose changed?)

7) If appropriate, FAP will arrange for another 60 day therapy to be shipped to the physician.

8) If patient depletes the 60-day supply prior to FAP calling due to dosign changes, the physician should contact FAP to notify them of the dosing change and request additional drug.

9) Patient must be re-qualified every 6 months.

10) It is important that you do not present a set income level as one of the criteria for eligibility as this may deter physicians from utilizing the program.

ORTHO 01050327
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062520

# FINANCIAL ASSISTANCE PROGRAM (FAP)

## QUESTIONS & ANSWERS

**Q.** What are the criteria for eligibility?

**A.** The only strict criteria is that the patient is uninsured and is non-dialysis. As far as income is concerned, there is no strict criteria. $30,000 is used as a reference point. If patients earn over $30,000, he/she is not automatically denied. FAP reviews all the circumstances surrounding the case. If there are unusual or insurmountable difficulties involved, exceptions may be made.

For this reason, you should not quote any income criteria when presenting this program. Stating a figure may seem exclusionary and may deter physicians from utilizing this program.

**Q.** Most hospitals do not allow patients to bring in drug. How can a FAP patient get PROCRIT when he is in the hospital?

**A.** If a patient is admitted, the physician can arrange to have a supply of PROCRIT shipped to the hospital for the patient. Thus, the patient does not withdraw drug from the hospital pharmacy inventory, resulting in cost savings for the pharmacy. The same arrangement can be made with home health care agencies. If an HHC is administering the drug and the physician wants it shipped to the HHC, he can note that on the application.

**Q.** What is the process and how long does it take for a decision on the application?

**A.** FAP applications are reviewed as soon as it is received. If there is an insurer listed, FAP will get PROCRITline involved to try to obtain reimbursement through the insurer. (Note in the FAP Summary that 74% of the denied cases were due to insurance coverage.) If a patient qualifies and there is no insurance listed, FAP will investigate as to whether the there are any publically funded programs available, such as AIDS Drug Assistance Plan (ADAP) in New York, PACE in Pennsylvania, etc. If so, FAP will call the office to inform them and the availability. If the program requires enrollment fees, the office or patient may declines to apply, in which case FAP will provide free drug for this patient. If the program is free, they are directed to use that program.

The physician receives notification within two weeks of receipt of application. FAP will also notify the appropriate Product Specialist via Voice Mail. Drug is then shipped within a week of decision.

If there is a special need for quicker turn-around, please call Bruce Williams or Jennifer Ng and they can have Pracon expedite the case and have a decision within a week. However, such situations should be exceptions.

Highly Confidential

ORTHO 01050328
Confidential - Attorneys Only

MDL-OBI00062521

# CSP

## COST SHARING PROGRAM

### HOTLINE NUMBER: 800-441-1366

## THE COST SHARING PROGRAM PROTECTS PAYERS FROM CATASTROPHIC COSTS

Highly Confidential

ORTHO 01050329
Confidential - Attorneys Only

MDL-OBI00062522

# COST SHARING PROGRAM (CSP)

## USAGE SUMMARY

- **32 CLAIMS FOR 1991**

- **1991 DISBURSEMENTS: $40,664**
  - INSURANCE COMPANY - 34%
  - PATIENT - 31%
  - PHARMACIES - 16%
  - HMO - 6%
  - PHYSICIANS - 6 %
  - HOSPITAL - 3%
  - EMPLOYER/SELF INSURED FUND - 3%

- **5 CLAIMS FOR 1992 RECEIVED ALREADY**

\* Note: Claims were expected to be low for 1991, the first year of product launch. Programs were not widely known until later in the year resulting in less patients on drug long enough to reach cap. Full utilization in 1992 will not be known until late 1993 since claims can be filed up to 12 months after the year of use.

ORTHO 01050330
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062523

# COST SHARING PROGRAM

## STRATEGY

This program can benefit many different customer groups.  When presenting the Cost Sharing Program, be sure to include the following benefits for each group:

- **Physicians/Nurses**

  - Offsets cost to their patients; drug is more affordable --> greater compliance
  - Encourages insurers to reimburse knowing they have a limited liability
  - Physicians eligible for 20% co-pay reimbursement

- **Hospital Pharmacists**

  - Maintaining PROCRIT as the brand allows patient to reach cap --> offsets cost to patient, insurer, and community (taxpyers)

  - Hospitals also eligible for 20% co-pay reimbursement

- **HMOs**

  - Limits their reimbursement liability per patient

- **Retail Pharmacies**

  - Eligible for co-pay reimbursement
  - For patients on limited drug plans, CSP frees up funds for other needed drug therapies

- **Patients**

  - Guaranteed not to pay more than $8,500 (AWP) per calendar year
  - Eligible for co-pay reimbursement
  - For patients on limited drug plans, CSP frees up funds for other needed drug therapies

- **General Public/Community**

  - Eases burden on public health costs
  - Reimbursement to Medicare/Medicaid and other public insurance programs --> lower cost to taxpayers

ORTHO 01050331
Confidental - Attorneys Only

MDL-OBI00062524

# COST SHARING PROGRAM (CSP)

## ENHANCEMENTS

- REIMBURSEMENT RATE INCREASED FROM NET COST TO DISTRIBUTOR (NCD) + 10% TO **AWP**

- CALCULATION RATE FOR CAP INCREASED FROM NCD + 10% TO **AWP**

- CAP REMAINS $8,500

- PATIENTS REACH CAP EARLIER!

ORTHO 01050332
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062525

## NDC VALUES

| U/ml | PRICE/VIAL | PRICE\PKG | PRICE |
|------|-----------|-----------|-------|
| 2,000 | 20.00 | 120.00 | 480.0 |
| 3,000 | 30.00 | 180.00 | 720.0 |
| 4,000 | 40.00 | 240.00 | 960.0 |
| 10,000 | 95.00 | 570.00 | 2280.0 |

Highly Confidential

ORTHO 01050333
Confidential - Attorneys Only

MDL-OBI00062526

## AWP VALUES

| U/ml | PRICE/VIAL | PRICE\PKG | PRICE |
|---|---|---|---|
| 2,000 | 24.00 | 144.00 | 576.0 |
| 3,000 | 36.00 | 216.00 | 864.0 |
| 4,000 | 48.00 | 288.00 | 1152.0 |
| 10,000 | 114.00 | 684.00 | 2736.0 |

Highly Confidential

ORTHO 01050334
Confidential - Attorneys Only

MDL-OBI00062527

| | AWP | VIALS | UNITS |
|---|---|---|---|
| 10,000 | 114 | 74.56 | 745,600 ≈746,000 |
| 4,000 | 48 | 177.08 | 708,320 ≈708,000 |
| 3,000 | 36 | 236.11 | 708,330 ≈708,000 |
| 2,000 | 24 | 354.16 | 708,320 ≈708,000 |

Highly Confidential

ORTHO 01050335
Confidential - Attorneys Only

MDL-OBI00062528

10000 X3=30,000 746000/30000 =24.8=25WK

9000 X3=27,000 708000/27000 =26.2=26WK

8000 X3=24,000 708000/24000 =29.5=29WK

7000 X3=21,000 708000/21000 =33.7=34WK

6000 X3=18,000 708000/18000 =39.3=39WK

5000 X3=15,000 708000/15000 =47.2=47WK

Highly Confidential

ORTHO 01050336
Confidential - Attorneys Only

MDL-OBI00062529

# COST SHARING PROGRAM

## QUESTIONS & ANSWERS

**Q.**   How does the new AWP-based calculations change the cap and how is this calculated?

**A.**   The cap will remain the same -- at $8,500. The cap amount of $8,500 and reimbursement rate are both based on AWP. Calculations are included in previous pages for your background information only. You should not get involved in calculations with customers. If they have any questions or need help in determining a patient's status regarding the cap, they should call the CSP 800 #. By getting involved with numbers and calculations, you can lose focus of your objective of presenting the benefits of the program and the importance of using PROCRIT only for nondialysis patients.

**Q.**   What is the best way to have physicians utilize this program?

**A.**   Leave a supply of brochures for the office and instruct them to hand one out to patients as soon as PROCRIT therapy is initiated. The patient will then know about this program and have an 800 # to contact. If patients call to receive the CSP Folder (containing claim forms, "Notice to Claims Processor" orange sticker, magnet, and rolodex card), they can assist us by informing their insurers about this program. This should encourage insurers to reimburse patients, knowing that their liability is capped, and should also influence them to "prefer" PROCRIT over the other brand.

**Q.**   How long does it take to pay a claim?

**A.**   If a claim is received with complete documentation (receipts, billing records, etc.), CSP can pay the claim within 2 weeks. The process is that upon receipt of a claim, they contact all parties involved in a case to confirm quantity used and to ensure that PROCRIT was the brand dispensed.

**Q.**   When should the patient, physician, or other potential beneficiaries call CSP?

**A.**   The office should instruct the patient to call as soon as possible, preferably upon initiation of PROCRIT therapy, so that they can receive all the forms up front. This will let them know what is needed to complete the claims form and ensure that they are tracking their usage. The folder also serves as a place to retain all receipts. All potential beneficiaries are encouraged to call as questions arise. However, **claims should not be submitted until after the cap is met**. It is preferable to receive all claims at once at the end of the year. However, CSP will process all claims as they are received. For cash flow purposes, it is understandable that claims may be submitted more frequently.

lighly Confidential

ORTHO 01050337
Confidential - Attorneys Only

MDL-OBI00062530

Q.    How can a hospital, pharmacy, physician, or patient benefit from CSP?

A.    Insurers often cover only 80% of the cost.  The remaining 20% is covered by a secondary insurer, if applicable.  Otherwise, the patient, hospital, pharmacy or physician pays the 20%.

The party paying the 20% co-pay is eligible for 20% of the Cost Sharing reimbursement for the amount over the cap.

Example:  The expenditures for Patient Anne E. Mia is $10,500 (based on AWP) in a calendar year.  The total eligible reimbursement for Anne is $2,000.  The insurer paid 80% and Dr. Goodheart carried the other 20%.  The insurer is due $1,600, which is 80% of $2,000.  Dr. Goodheart is due $400, which is 20% of $2,000.

The Cost Sharing Program Summary (following this section), lists the categories of claimants so far.  You can see that the beneficiaries (under "Submitter" column) were 3rd Party Insurers, HMOs, patients, pharmacies, and physicians.  The only requirement is that each party eligible for reimbursement must fill out a claim.  If both the insurer and patient are eligible for reimbursement, they must both submit a claim.  The patient will not automatically receive his 20% just because the insurer submitted a claim.

Q.    How can a hospital benefit from this program?

A.    A hospital can benefit if they picked up the cost for the co-pay.  However, it is generally difficult for a hospital to realize these benefits because they usually can not track a patient's total usage.  Unless the patient receives all his PROCRIT from the hospital pharmacy, the only way a hospital would know if a patient reached the cap is if the patient informed the hospital.  The hospital would then have to submit a claim to obtain reimbursement.  Unfortunately, this is logistically difficult so hospitals have not generally been able to benefit as much as other customer types have.  However, if they are able to track usage and submit claims, they are certainly eligible.

Highly Confidential

ORTHO 01050338
Confidential - Attorneys Only

MDL-OBI00062531

# REINBURSEMENT ASSURANCE

## HOTLINE NUMBER: 800-553-3851

### THE REINBURSEMENT ASSURANCE PROGRA ENSURES ACCESS TO PROCRIT THERAPY FOR QUALIFYING NON-DIALYSIS PATIENTS DENIED REINBURSEMENT

**PROGRAM**

Highly Confidential

ORTHO 01050339
Confidential - Attorneys Only

MDL-OBI00062532

# REIMBURSEMENT ASSURANCE PROGRAM

## USAGE SUMMARY

PRIOR TO REIMBURSEMENT ASSURANCE PROGRAM:

- AVERAGE 270 CALLS PER MONTH TO PROCRITLINE

- AVERAGE 180 CASES PER MONTH

SINCE REIMBURSEMENT ASSURANCE PROGRAM (MAY 1):

- AVERAGE 513 CALLS PER MONTH = 90% INCREASE IN CALLS

- AVERAGE 343 CASES PER MONTH = 91% INCREASE IN CASES

AS OF AUGUST 30, 1992:

- 77  SUCCESSES  (OF WHICH 38 WERE MEDICARE SUCCESSES)

- 10 DENIALS  (OF WHICH 8 WERE MEDICARE)

- 259 PENDING

* Reimbursement Assurance Program Summary Report can be found at the back of this section.

Highly Confidential

ORTHO 01050340
Confidential - Attorneys Only

MDL-OBI00062533

# REIMBURSEMENT ASSURANCE PROGRAM

## STRATEGY

- **USE WITH ALL PURCHASING PHYSICIAN OFFICES AND HOME HEALTH CARE ORGANIZATIONS:**

  - Customer can start patients based on medical need and not reimbursement status

  - Customer is assured to recoup any losses through replacement product

  - Customer gains comfort in obtaining reimbursement through our assistance

- **USE WITH CUSTOMERS FOR ON-LABEL INDICATIONS:**

  - Customer gains comfort in using PROCRIT through successful experience with reimbursement

  - Customer gains awareness of and experience with Ortho Biotech reimbursement services

- **PROCRIT IS THE ONLY PRODUCT TO PROVIDE SUCH GUARANTEES FOR NON-DIALYSIS USE**

ORTHO 01050341
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062534

## REIMBURSEMENT ASSURANCE PROGRAM

### PROCEDURES

1) Customer calls for application.  Reimbursement Assurance Program representatives offers to send application and informs them of the Medicare process and the potential time requirements.  Application is sent with a letter restating Medicare time requirements.

2) Reimbursement Assurance Program representatives reviews application immediately upon receipt of written or verbal enrollment.

3) PROCRITline assists customer wtih initial claims and contact insurers if required.

4) 45 days after enrollment, program representative calls the custmer to determine status of claims.

5) If denied, PROCRITline will assist with the appeals process.

6) 45 days later, representative contacts customer to determine status of appeals.

7) If appeal is denied, customer is instructed to submit proper forms and documentation for replacement drug.

8) Upon receipt of required documentation, letter is sent within 7 days notifying the customer that replacement drug will be shipped within 2 weeks.

*✱ will NOT replace drug until they've gotten 2nd denial ✱*

ORTHO 01050342
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062535

# REIMBURSEMENT ASSURANCE PROGRAM

## QUESTIONS & ANSWERS

**Q.**   To offer a truly risk-free guarantee program, can we provide free PROCRIT up front or on consignment so that physician offices can start the reimbursement process without having to pay for drug?

**A.**   As you may know, Medicare does not prior approve therapies.  Instead, they require that the drug be purchased and the service rendered in order for a claim for reimbursement be filed.  We understand that customers would be more willing to start PROCRIT therapy if they were given the drug free up front.  However, tt would be legally risky for us to do this.

Obtaining free drug and then submitting claims would be asking for reimbursement for something they never paid for.  This would be committing insurance fraud.  If we provided the free drug and assisted with the claims, we would be accomplices in this illegal activity.  Therefore, we will not be offering such a program.

**Q.**   Medicare often takes a long time to decide a case.  Physicians end up extending many thousands of dollars before the Reimbursement Assurance Program replace drug.  Why can't we replace drug after the first denial for Medicare cases?

**A.**   The reason we do not offer such a service is because approximately 65% of the claims are approved upon appeal.  Often, the initial claim denial is due to a clerical error or misunderstanding.  Upon appeal, it can be resolved successfully.  If we were to replace drug upon first denial without requiring an appeals process, we would be needlessly replacing drug for approximately 65% of cases that would have received approval upon appeal.

**IMPORTANT:** This program may not be appropriate for all physician.  You need to select the appropriate targets to offer this program.  Physicians with many PROCRIT candidates would be a good target because if a patient is denied reimbursement and we provide replacement PROCRIT, the physician could use it on another patient who is reimburseable and recoup his/her costs.

Physicians with many candidates may also be receiving reimbursement for other patients which would help the cash flow.

Physicians with **only** Medicare candidates may not be good targets.  Since it may take anywhere from 2 to 5 months for Medicare to complete the required process, some offices may not be able to bear the expense for the time period.  Therefore, you need to let them know the potential time requirement up front.  If they understand the time and financial outlay required, they can make the decision that is right for their practice.

ORTHO 01050343
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062536

Q.     Can we reimburse with cash instead of product?

A.     If we were to reimburse with cash, this program would be extremely costly to manage and we would not be able to offer this on a widescale. You would be limited to the number of accounts you can offer it to and they would be limited to the number of patients they can enroll. Therefore, the decision was made to reimburse with product.

Q.     Can we extend this program to hospitals?

A.     This is a very common request. We are exploring this possibility by field testing this program in various institutions. At this time, we do not have all the answers to how this program would be implemented in institutions. As you know, institutional physicians and pharmacists generally do not get involved with reimbursement. They will not know who is reimbursed and who is not. If the physician and/or pharmacist likes the program, they will ask you to speak to reimbursement people. You may then have to track down various Social Workers in all the outpatient clinics and also work the administration office or other billing areas to implement this program. Until we have some more definitive answers, we will only extend it on a pilot basis. If you have a hospital in which you feel you would like to test this program, call Jennifer Ng or Bruce Williams to discuss this possibility.

Q.     How can I position this program with Home Health Care Organizations?

A.     Certain Home Health Care (HHC) agencies may not find great value in this program initially since many of them have their own professional reimbursement staff. In addition, while they may occasionally accept high reimbursement risk patients as a favor to the physician, they generally do not accept such patients. However, if positioned as a safety net, just in case they are denied reimbursement, they would find value in being assured that they can recoup costs through replacement drug.

Another strategy is to position this program as a service they can in turn extend to physicians. By being assured of replacement product, a Home Health Care agency can now accept a patient without going through a reimbursement check prior. This will result in the patient receiving treatment when needed and not having to wait for an insurer's approval.

Please note that Medicare does not reimburse for PROCRIT administered by home health care agencies. PROCRIT must be procured and administered by the physician.

Highly Confidential

ORTHO 01050344
Confidential - Attorneys Only

MDL-OBI00062537

## ORTHO BIOTECH

### VALUE ADDED PROGRAMS/REIMBURSEMENT SUPPORT

| RAP | CSP | ProcritLine | FAP |
|---|---|---|---|
| 1-800-553-3851 | 1-800-441-1366 | 1-800-553-9851 | 1-800-447-3437 |
| 1) All patients receiving PROCRIT in Dr.'s office, not hospital, not hospital out-patient clinic. Home Health Care Agencies can participate. | 1) All indications can participate. | 1) All indications can participate. | 1) Indigent patients only not Medicaid patients |
| 2) Medicare patients can enroll. | 2) Medicare, Medicaid, insurance patients can participate. | 2) Medicare, Medicaid, insurance patients can access. | 2) PROCRIT can be Fed-Exed to physicians, hospitals, etc., if needed. |
| 3) After appeals process, doctor will receive replacement product rounded to 6. | 3) Offices, hospitals, clinics, patients can participate & enroll. | 3) Offices, hospitals, clinics, patients can access. | 3) Use as a last resort. |
| 4) All indications can enroll. | 4) Usage must exceed 813,000 units in a calendar year. (Jan. to Jan.) | 4) Can provide 3rd party billing info. & facilitate reimbursement. | 4) Emphasize the need for future business. |
| 5) Call ProcritLine prior to the initiation of therapy to register patients. | 5) Drug must be logged with lot number listed. * Give office Red CSP folders. CSP is based on AWP (average wholesale prices). | 5) Can help with coding. | |
| | | 6) Can't give dialysis reimbursement info. | |

Notes:

1/92

Highly Confidential

ORTHO 01050345
Confidential - Attorneys Only

MDL-OBI00062538

# PARTICIPATION

| CUSTOMER GROUPS | PROCRIT LINE | FAP | CSP | RAP |
|---|---|---|---|---|
| PHYSICIAN\NURSE | | | | |
| HOSPITAL | | | | |
| HOME HEALTH CARE | | | | |
| INSURANCE COMPANY | | | | |
| PHARMACIES | | | | |
| PATIENT | | | | |
| HMO | | | | |
| GEN.PUBLIC/COMMUNITY | | | | |
| MEDICARE | | | | |
| MEDICAID | | | | |
| SELF INSURED EMPLOYEES & UNIONS | | | | |

Highly Confidential

ORTHO 01050346
Confidential - Attorneys Only

MDL-OBI00062539

DISPENSING
PHYSICIANS

Highly Confidential

ORTHO 01050347
Confidential - Attorneys Only

MDL-OBI00062540

# PROCRIT PHYSICIAN SUPPLIERS

PRN ONCOLOGY WHOLESALERS - MICHIGAN
1-800-543-2776

ONCOLOGY SUPPLY- 1-800-633-7555

CHARISE CHARLES -FLORIDA
1-800-942-6999 OR 407-869-7001
FAX: 407-869-5757

FLORIDA INFUSION - 1-800-624-0152

HSR PROFESSIONAL PHARMACY - 203-327-4479
FAX: 203-975-0427

Highly Confidential .

ORTHO 01050348
Confidential - Attorneys Only

MDL-OBI00006254I

# REIMBURSEMENT ASSURANCE PROGRAM ●

To help remove reimbursement barriers to PROCRIT therapy, Ortho Biotech has designed the Reimbursement Assurance Program.

ORTHO BIOTECH will provide PROCRIT Therapy **FREE** of charge to any qualifying patient who cannot obtain reimbursement through third-party payers.

This is the only program of its kind for Epoetin alfa therapy. Patients may be enrolled in the Reimbursement Assurance Program until September 1992.

## Patient Eligibility

All nondialysis patients receiving PROCRIT therapy dispensed in their physician's office who are unable to obtain reimbursement will benefit from the Reimbursement Assurance Program.

# PROCRIT*

PRICE TO PHYSICIANS / RETAIL PHARMACIES AFTER MONEY BACK DIRECT FROM ORTHO.

| PROCRIT | YOUR INVOICED COST | ORTHO MONEY BACK PER VIAL | |
|---|---|---|---|
| 10,000u/vial | $92.00 | -$7.60 | $84.40 |
| 4,000u/vial | $38.80 | -$3.20 | $35.60 |
| 3,000u/vial | $29.10 | -$2.40 | $26.70 |
| 2,000u/vial | $19.40 | -$1.60 | $17.70 |

SORRY! NO SHORT DATED SPECIAL PRICED PRODUCT WITH THIS PROMOTION.

ALL Shipments are sent Freight PREPAID !

*Charlise* 1-800-942-9999
*CHARLES*

Ⓝ For rebate requests, send a copy of your Charlse Charlise Ltd. Inc. invoice to:
Ortho Biotech Sales Department
Route 202 South
Raritan, New Jersey 08869

● **Registered trademark of Ortho Biotech Manufactured By Amgen.**

# FREE SYRINGES

With EACH VIAL purchased receive a "NO DEAD SPACE" 1/2 or 1 CC syringe

BOND BUY

ORTHO 01050349
Confidential - Attorneys Only

MDL-OBI00062542

Highly Confidential

## MEDICARE REIMBURSEMENT
### STATE OF FLORIDA

| Product/Size | Code | Medicare Allowance | Medicare Pays 80% | Physician Cost | − | Rebate | = | Net Cost | Clear |
|---|---|---|---|---|---|---|---|---|---|
| Procrit 2000u | Q99** | $ 24.00 | $19.20 | $20.00 | | $1.60 | | $18.40 | $ .80 |
| Procrit 3000u | Q99** | $ 36.00 | $28.80 | $30.00 | | $2.40 | | $27.60 | $1.20 |
| Procrit 4000u | Q99** | $ 48.00 | $38.40 | $40.00 | | $3.20 | | $36.20 | $2.20 |
| Procrit 10000u | Q99** | $120.00 | $96.00 | $95.00 | | $7.60 | | $87.40 | $8.60 |
| | | | | | | | | | |
| Injection | 90782 | $ 3.22 | $ 2.58 | | | | | | |

Highly Confidential

ORTHO 01050350
Confidential - Attorneys Only

MDL-OBI00062543

## SAVINGS WITH PROCRIT*

### ONLY FROM ORTHO BIOTECH

| STRENGTH | REG.COST | LESS 8% | LESS 3%* | FINAL COST | EPOGEN |
|----------|----------|---------|----------|------------|--------|
| 2,000 | $20.00 | $18.40 | $.70 | $17.70 | $20.00 |
| 3,000 | $30.00 | $27.60 | $.90 | $26.70 | $30.00 |
| 4,000 | $40.00 | $36.80 | $1.20 | $35.60 | $40.00 |
| 10,000 | $95.00** (5% less than other brand) | $87.40 | $3.00 | $84.40 | $100.00 |

* Save an additional 3% when purchasing from oncology suppliers

**Save a total of 16% on Procrit* 10,000 vs. Epogen* 10,000

VALUE ADDED SERVICES:

RAP (Reimbursement Assurance Program)     CSP (Cost Sharing Program)

FAP (Financial Assistance Program)     PROCRITLINE ( Reimbursement Assistance)

Highly Confidential

ORTHO 01050351
Confidential - Attorneys Only

MDL-OBI00062544

# GUIDELINES FOR THE USE OF ERYTHROPOIETIN (PROCRIT™, Ortho Biotech) IN AIDS PATIENTS

## Indication: AZT Induced Anemia

### Patient Characteristics

- the patient and physician should be committed to an aggressive course of therapy
- patients should have a sustained symptomatic anemia with repeated HCT determinations of ≤ 30 % and/or a significant transfusion requirement necessary to maintain a satisfactory HCT
- patients must have a documented native serum erythropoietin level of ≤ 500 mU/ml
- patients must be receiving ≤ 4200 mg/week of AZT
- patients must have adequate iron stores; transferrin saturation ≥ 20 % and ferritin ≥ 100 ng/ml
- it is highly recommended that a bone marrow examination be performed before initiating erythropoietin and that disease affecting the bone marrow be addressed (opportunistic infections and neoplasms)

### Dosing, Administration, and Response

- initial dose: 100 U/kg SC or IV three times weekly (TIW) for at least 8 weeks
- HCT determinations should be performed at 4 and 8 weeks
- if response is not satisfactory (in terms of decreasing transfusion requirement or increasing HCT) then the dose can be increased in increments of 50-100 U/kg TIW up to a maximum of 300 U/kg TIW
- maintenance: dose should be titrated up or down to maintain desired HCT taking into account AZT adjustments and intercurrent infections
- erythropoietin should be discontinued if the HCT goes above 40% and restarted at a 25-50% dose reduction when the HCT falls below 36%

### Cost and Reimbursement

- average cost per patient-year = $12,000 to $13,000
- compare to annual transfusion costs (15 units) = $5800 - $8400
- financial assistance offered by the manufacturer (Ortho Biotech):
  1. Financial Assistance Program: free drug will be provided to all patients meeting criteria
     a. patient must meet medical criteria
     b. patient must lack third party reimbursement and/or financial resources
     c. HotLine 1-800-447-3437
  2. Ortho Biotech will provide free drug in all cases after an annual cost of $8500 has been incurred
  3. Ortho Biotech is presently paying for all serum erythropoietin levels at PCMH

Highly Confidential

ORTHO 01050352
Confidential - Attorneys Only

MDL-OBI00062545

# PROCRIT REBATE MONEY

|  | **2,000 u** |
|---|---|
| 1 | six pack =  9.60 |
| 2 | six packs= 19.20 |
| 3 | six packs= 28.80 |
| 4 | six packs= 38.40 |
| 5 | six packs= 48.00 |

|  | **3,000 u** |
|---|---|
| 1 | six pack = 14.40 |
| 2 | six packs= 28.80 |
| 3 | six packs= 43.20 |
| 4 | six packs= 57.20 |
| 5 | six packs= 72.00 |

|  | **4,000 u** |
|---|---|
| 1 | six pack = 19.20 |
| 2 | six packs= 38.40 |
| 3 | six packs= 57.60 |
| 4 | six packs= 76.80 |
| 5 | six packs= 96.00 |

|  | **10,000 u** |
|---|---|
| 1 | six pack = 45.60 |
| 2 | six packs= 91.20 |
| 3 | six packs=136.80 |
| 4 | six packs=182.40 |
| 5 | six packs=225.00 |

Amount of refund with Epogen = $ 0.00   (No Rebate Program)

Highly Confidential

ORTHO 01050353
Confidential - Attorneys Only

MDL-OBI00062546





### The Charise Charles GREAT REBATE
### A Successful program that just got better !

The GREAT REBATE program pays you to buy certain widely used and competitively priced products from us. Our rebate is based on the quantity of these products that you purchase and not the invoice price. We do not reduce the amount of your rebate when you participate in one of our many special price promotions.

Enrollment in the GREAT REBATE program begins upon your approval of the paperwork and the receipt of this form by Charise Charles Ltd Inc.  The program lasts twelve months from the date you enroll and rebates will be issued at the end of this period.  Accounts must be in good standing (not delinquent) in order to receive a rebate from Charise Charles Ltd., Inc

Everyone participating in the program will periodically receive a computer printout of the total rebate dollars earned up to that point in the program.

We have designed the GREAT REBATE to be of benefit to both individual accounts and group accounts under common management or ownership.

Here is an example of how the program can work for your

**IN A 12 MONTH**
**PERIOD YOU PURCHASE:**                **YOUR REBATE WOULD BE:**

624 vials Procrit® 2,000u . . . . . . . . . . . . . . . . . . . . . . .
540 vials Procrit® 3,000u . . . . . . . . . . . . . . . . . . . . . . . $ 100.00
510 vials Neupogen® 1ml . . . . . . . . . . . . . . . . . . . . . . 150.00
260 vials Neupogen® 1.6ml . . . . . . . . . . . . . . . . . . . . 100.00
**YOUR TOTAL GREAT REBATE AMOUNT** . . . . . . . . . . . 75.00
                                                              $ 425.00

| NUMBER OF VIALS PURCHASED IN A 12 MONTH PERIOD | PROCRIT 2,000u REBATE AMOUNT | PROCRIT 3,000u REBATE AMOUNT | PROCRIT 4,000u REBATE AMOUNT | PROCRIT 10,000u REBATE AMOUNT | NEUTOGEN 1ml REBATE AMOUNT | NEUTOGEN 1.6ml REBATE AMOUNT |
|---|---|---|---|---|---|---|
| 500 - 749 | 100.00 | 150.00 | 200.00 | 500.00 | 100.00 | 150.00 |
| 1000 - 1249 | 200.00 | 300.00 | 400.00 | 1000.00 | 200.00 | 300.00 |
| 1250 - 1749 | 305.00 | 457.50 | 610.00 | 1525.00 | 305.00 | 457.50 |
| 2000 - 2249 | 410.00 | 615.00 | 820.00 | 2050.00 | 410.00 | 615.00 |
| 2500 - 2749 | 520.00 | 780.00 | 1040.00 | 2600.00 | 520.00 | 780.00 |
| 3000 - 3249 | 630.00 | 945.00 | 1260.00 | 3150.00 | 630.00 | 945.00 |
| 3500 - 3749 | 745.00 | 1117.50 | 1490.00 | 3725.00 | 745.00 | 1117.50 |
| 4000 - 4249 | 860.00 | 1290.00 | 1720.00 | 4300.00 | 860.00 | 1290.00 |
| 4500 - 4749 | 980.00 | 1470.00 | 1960.00 | 4900.00 | 980.00 | 1470.00 |

Please contact your Charise Charles customer service representative for information regarding rebate amounts on purchases of 5000 vials or more.

Procrit® (a registered trademark of Ortho-Biotech manufactured by Amgen )
Neupogen® (G-CSF) is a registered trademark of Amgen.

Approved by:_____  Date:_____   Account Name:_____

Printed Name:_____            Address _____

Title:_____            City & State:_____

**Retain original and return a copy to Charise Charles Ltd., Inc.**

285 West Central Parkway   Suite 1704   Altamonte Springs, Florida   32714-2554
407-869-7001   1-800-942-5999   FAX 407-869-8757

ORTHO 01050354
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062547

RETAIL

ORTHO 01050355
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062548

## III. RETAIL PHARMACY ACTION PLAN

A.   Use DDD to target key retail pharmacies

B.   Target pharmacies that purchased
     PROCRIT previously.

C.   Target pharmacies that committed to
     convert to PROCRIT

D.   Target Epogen non dialysis pharmacies

E.   Maximize coverage of key retail
     pharmacies.

   -   2 x's  - 10 weeks

   -   1.5 Rx call average

F.   Know the Medicaid Reimbursement Rate

ORTHO 01050356
Confidential – Attorneys Only

Highly Confidential

MDL-OBI00062549

# RETAIL WORKSHOP

A.    CALL ACTIVITIES

B.    TARGETING ACTIVITIES

- Market Research/from
  Physicians & Staff

- Epogen List/Wholesale

- Prospecting

  Yellow Pages

- Goldline List

- DDD

ORTHO 01050357
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062550

## C.   MEDICAID REIMBURSEMENT


- Reimbursement Exercise


- Reimbursement Rate in your
  Territory

ORTHO 01050358
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062551

# PHARMACY WORKSHEET

|                | Per Vial | Per Six Pack |
|----------------|----------|--------------|
| **AWP PRICES** |          |              |
| 2,000 u | = 24.00 | 144.00 |
| 3,000 u | = 36.00 | 216.00 |
| 4,000 u | = 48.00 | 288.00 |
| 10,000 u | =114.00 | 684.00 |

Enter the MEDICAID reimbursement for your State:

State _____   Amount _____

Scenario:  Don at Midtown Pharmacy is stocking Epogen for HIV patients.  He is convinced that he doesn't make any money by stocking the product for anyone except private insurance patients. He is currently stocking two (2) packs of the 10,000 u.

How can you convince Don to stock PROCRIT for his MEDICAID patients?

ORTHO 01050359
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062552

TENNESSEE MEDICAID

PRIOR APPROVAL------------NO

INDICATIONS COVERED-------ALL DIAGNOSES

REIMBURSEMENT SCHEDULE----AWP LESS 8%

FEE TO PHARMACY-----------$3.91

ORTHO 01050360
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062553

SOUTH CAROLINA MEDICAID

PRIOR APPROVAL------------Pharmacy services requires special prior
                          authorization--not to limit use--but to
                          see if home administration is
                          appropriate.

INDICATIONS COVERED-------Patient brings letter from MD to
                          pharmacy, or MD phones in.  Will not
                          pay for administration, but will pay for
                          office visit.
                          ALL INDICATIONS COVERED.

REIMBURSEMENT SCHEDULE----AWP LESS 9.5%

FEE TO PHARMACY----------$4.05

Highly Confidential

ORTHO 01050361
Confidential - Attorneys Only

MDL-OBI00062554

NORTH CAROLINA MEDICAID

PRIOR APPROVAL-------------NO

INDICATIONS COVERED-------ALL DIANOSES
                    *****ONLY 6 RX'S PER MONTH*****

REIMBURSEMENT SCHEDULE----AWP LESS 10%

FEE TO PHARMACY-----------$5.60

ORTHO 01050362
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062555

GEORGIA MEDICAID


PRIOR APPROVAL------------YES

INDICATIONS COVERED-------ONLY APPROVED INDICATIONS

REIMBURSEMENT SCHEDULE----AWP LESS 10%

FEE TO PHARMACY----------$4.41

ORTHO 01050363
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062556

MISSISSIPPI MEDICAID

PRIOR APPROVAL------------YES

INDICATIONS COVERED-------FDA INDICATIONS ONLY, BUT WORTH TRY.

REIMBURSEMENT SCHEDULE----AWP LESS 10%

FEE TO PHARMACY-----------$5.16

ORTHO 01050364
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062557

FLORIDA MEDICAID

PRIOR APPROVAL------------NO

INDICATIONS COVERED-------ALL DIAGNOSES

REIMBURSEMENT SCHEDULE----WHOLESALER ACQUISITION COST PLUS 7%

FEE TO PHARMACY-----------$4.23

Highly Confidential

ORTHO 01050365
Confidential - Attorneys Only

MDL-OBI00062558

ALABAMA MEDICAID


PRIOR APPROVAL-------------NO

INDICATIONS COVERED-------ALL DIAGNOSES

REIMBURSEMENT SCHEDULE----NOT AVAILABLE

FEE TO PHARMACY-----------NOT AVAILABLE


Highly Confidential

ORTHO 01050366
Confidential - Attorneys Only

MDL-OBI00062559

## D.     RETAIL BINDER

– Order Entry Numbers

Highly Confidential

ORTHO 01050367
Confidential - Attorneys Only

MDL-OBI00062560

RETAIL PHARMACY

NAME_____ PHONE_____

ADDRESS_____

CITY_____STATE_____ZIP_____

STORE HOURS_____

PHARMACISTS_____

BUYER_____

WHOLESALERS_____

SPECIAL ORDER INFORMATION_____

_____

_____

_____

*****************************************************************

CALL DATA

_____

_____

_____

_____

_____

_____

_____

_____

_____

ORTHO 01050368
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062561

$           $           $           $           $           $

## PROCRIT REBATE MONEY

| 2,000 u | 3,000 u |
|---|---|
| 1   six pack = 9.60 | 1   six pack = 14.40 |
| 2   six packs= 19.20 | 2   six packs= 28.80 |
| 3   six packs= 28.80 | 3   six packs= 43.20 |
| 4   six packs= 38.40 | 4   six packs= 57.20 |
| 5   six packs= 48.00 | 5   six packs= 72.00 |
| 4,000 u | 10,000 u |
| 1   six pack = 19.20 | 1   six pack = 45.60 |
| 2   six packs= 38.40 | 2   six packs= 91.20 |
| 3   six packs= 57.60 | 3   six packs=136.80 |
| 4   six packs= 76.80 | 4   six packs=182.40 |
| 5   six packs= 96.00 | 5   six packs=225.00 |

Amount of refund with Epogen = $ 0.00   (No Rebate Program)

Highly Confidential

ORTHO 01050369
Confidential - Attorneys Only

MDL-OBI00062562

E.    BENEFITS OF PROCRIT

- Sell Benefit of 6's vs. 10's

- Profitability of 8% Retail Rebate

- Sell Reduced Pricing on Procrit 10,000

Highly Confidential

ORTHO 01050370
Confidential - Attorneys Only

MDL-OBI00062563

F.      SUPPORT MATERIALS

- Cost Sharing

- Procritline

Highly Confidential

ORTHO 01050371
Confidential - Attorneys Only

MDL-OBI00062564

## G.   DEFINITIONS

— NCD

— AWP

— Upcharge

ORTHO 01050372
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062565

H.    ROLE PLAY

ORTHO 01050373
Confidential – Attorneys Only

Highly Confidential

MDL-OBI00062566

# I.    COMMON OBJECTIONS

- Substitution laws

- Reimbursement Processing

ORTHO 01050374
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062567

WHOLESALE

ORTHO 01050375
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062568

## V.   WHOLESALER ACTION PLAN

**A.**   Meet with distributors as soon as possible to discuss the new PROCRIT Retail Rebate Program.

**B.**   Review the PROCRIT Performance Rebate

**C.**   Distributors should target and convert Epogen non-dialysis pharmacies.

**D.**   Obtain the Epogen non-dialysis pharmacy list to use for targeting purposes.

ORTHO 01050376
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062569

# WHOLESALE WORKSHOP

## A.    CLASS OF TRADE

### –  Definitions

11.

12.

16.

21.

26.

44.

ORTHO 01050377
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062570

**B.      KEY PERSONNEL**

— HOUSE MANAGER

— SALES MANAGER

   * Sales Meetings

   * Promotions

— INVENTORY CONTROL MANAGER

   * Inventory levels

   * Epogen Lists

ORTHO 01050378
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062571

B.    KEY PERSONNEL Con't.

— BIDS AND CONTRACTS MANAGER

—    INSTITUTIONAL    ACCOUNTS
     MANAGER

       * Promotion

— WAREHOUSE MANAGER

       * Dating

       * Rotating of Merchandise

— TELEPHONE PERSONNEL

ORTHO 01050379
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062572

# C.   RETURN GOODS MANAGEMENT

- POLICY

- AUTHORIZATION

- PRODUCT SPECIALIST CONTROLS RETURNS

ORTHO 01050380
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062573

## ORTHO BIOTECH RETURNED GOODS POLICY

ORTHO BIOTECH returned goods policy is consistent with our business practice to provide quality products to our customers. Product that does not meet quality requirements may be returned for credit or product replacement. Retail drug stores and institutional pharmacies should return goods to the wholesale distributor from which the product was purchased. Products should not be returned directly to ORTHO BIOTECH unless they were purchased directly from ORTHO BIOTECH.

Because ORTHO BIOTECH products are biotechnology derived products and subject to regulations applied to Biologic Materials, product returned to ORTHO BIOTECH must be destroyed. To avoid waste of these valuable therapeutics, please review the conditions under which returns to ORTHO BIOTECH will be authorized for credit or replacement. Also read the easy procedure for shipping a return. Your ORTHO BIOTECH Product Specialist will assist you if you have any questions about how to obtain authorization for a return.

### AUTHORIZED RETURNS

ORTHO BIOTECH accepts full responsibility for shipping orders to our customers in the correct quantities and in good saleable condition. If an ORTHO BIOTECH customer notifies us that we have not carried out this responsibility, we will authorize return of the affected product, and promptly issue replacement product or credit. Authorized returns include:

- Product damaged in shipment
- Product lost in shipment and delivered after shipping conditions have exceeded the limits set by ORTHO BIOTECH.
- Product that exceeds the expiration date specified on the product labeling. Product is usable through the end of the month indicated in the expiration date, EXAMPLE- Product marked 11/91 is usable until 11/31/91.
- Product (Orthoclone OKT®3 only) that is within expiration date by one year. EXAMPLE - Product marked expiration 1/91 is returnable up and until 1/31/92.
- Product that have been discontinued.
- Shipping errors caused by ORTHO BIOTECH or our assigned carrier.
- Product returned to ORTHO BIOTECH for quality assurance testing as a result of a product inquiry or complaint filed with ORTHO BIOTECH Medical Services and Support Department.
- Product recalled or otherwise removed from inventory by ORTHO BIOTECH.
- Product that our carrier cannot deliver.
- Overstocking resulting from ORTHO BIOTECH promotion of sales representative error.

1

ORTHO 01050381
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062574

D.   PROMOTIONAL PROGRAM
(4th Qtr)

ORTHO 01050382
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062575



**E.    ROLE PLAY**

.ORTHO 01050383
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062576



# F.     COMMON OBJECTIONS

ORTHO 01050384
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062577

QUESTION & ANSWERS
ANSWER

ORTHO 01050385
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062578

FOLLOW-UP
TRAINING

ORTHO 01050386
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062579

# FOLLOW-UP TRAINING PROGRAM

ORTHO 01050387
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062580

# THE PLAN

ENVIRONMENT

STRATEGY

SYSTEMS

IMPLEMENTATION

RESULTS

ORTHO 01050388
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062581

## SOUTHERN REGION

## STANDARDIZED FIELD TRAINING

### ENVIRONMENT

At this meeting we discussed the current environment in the Southern Region, developed our strategy, developed our systems, discussed implementation and outlined desired results. Outlined below is a current environment in the Southern Region:

- Complex Technical Information

- Low Tenure Product Specialist

- Diversified Customer Base (doctors, pharmacies, home health care, hospitals, wholesalers, physician supply)

- Variety of Sales and Marketing Programs

  - M.A.P.P.
  - Reimbursement Programs
  - Distribution Programs
  - Managed Health Care Programs

- Uncertain Territories due to Territory Realignment

- No Standardized Field Training in the Southern Region

- Too Many Priorities

- Heavy Work Load

ORTHO 01050389
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062582

- ♦ Questionable Support System for New Hires
- ♦ Confusion Over Ortho Biotech Culture/Environment
- ♦ Pressure to Make Your Numbers
- ♦ Regional Training Specialists are not Integrated into Field Training Process
- ♦ Pending New Product Launch
- ♦ No Mentors
- ♦ Product Knowledge Received without Adequate Direction

## STRATEGY

The following strategy was developed:

Accelerate training of Product Specialist in the Southern Region to accelerate impact of PROCRIT® sales and provide a supportive environment for learning and development.

## SYSTEMS

The following systems were outlined to ensure standardization and implementation:

- A standardized Initial Training and Follow-up Training Program was outlined.

- A flexible follow-up training program was designed with key objectives in key areas.

- Correspondence/follow-up standards were established

  - Follow-up correspondence will be sent to Product Specialists, Division Manager, and Regional Manager.

  - Feedback will be given to Regional Training Specialists for development.

  - Feedback will be given to the training department.

- Regional Training Specialists and Division Managers will monitor the training program.

ORTHO 01050390
Confidential – Attorneys Only

Highly Confidential

MDL-OBI00062583

## IMPLEMENTATION

Listed below are the implementation steps to standardize training within the Southern Region:

- A standardized training program will be presented to Southern Region Division Managers and Field Sales Manager.

- A two day Regional Training Session will be conducted in the 4th Quarter of 1992.

- Follow-up training will be initiated in the 4th Quarter of 1992.

- Pre-initial training will be implemented now.

## RESULTS

The desired results for this program are listed below:

- Standardized training within the Southern Region.

- Better support systems for new Product Specialists.

- Accelerated learning and development.

- Accelerated utilization and development of Regional Training Specialists.

- Improve PROCRIT sales.

ORTHO 01050391
Confidential - Attorneys Only

MDL-OBI00062584

## SOUTHERN REGION
## PROPOSED INITIAL TRAINING SCHEDULE

### WEEK 1
| | | |
|---|---|---|
| DAY: 01 | - | DM Orientation |
| DAY: 02 | - | Home Study - Training Orientation |
| DAY: 03 | - | Home Study - CRF |
| DAY: 04 | - | Home Study - CRF/Review CRF Package Insert |
| DAY: 05 | - | Home Study - Hematology |

### WEEK 2
| | | |
|---|---|---|
| DAY: 01 | - | CRF Assessment & Review (Trainer's Territory) |
| DAY: 02 | - | Field Day (Trainer's Territory) Focus on Retail/Nephrology |
| DAY: 03 | - | Home Study - HIV |
| DAY: 04 | - | Home Study - HIV |
| DAY: 05 | - | Home Study - HIV |

### WEEK 3
| | | |
|---|---|---|
| DAY: 01 | - | HIV Assessment & Review Direction (Trainer's Territory) |
| DAY: 02 | - | Field Day (Trainer's Territory) Focus on HHCA/HIV Physicians |
| DAY: 03 | - | Home Study - Oncology |
| DAY: 04 | - | Home Study - Oncology |
| DAY: 05 | - | Home Study - Oncology |

### WEEK 4
| | | |
|---|---|---|
| DAY: 01 | - | Home Study - Oncology |
| DAY: 02 | - | Home Study - Managed Health Care/Reimbursement/Marketing Info |
| DAY: 03 | - | Home Study - General Review |
| DAY: 04 | - | Overall Review with Trainer in Trainer's Territory |
| DAY: 05 | - | Oncology Assessment & Review with Trainer/Personal |

ORTHO 01050392
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062585

## SOUTHERN REGION
## PROPOSED INITIAL TRAINING SCHEDULE

**WEEK 5**

| | | |
|---|---|---|
| DAY: 01 | - | Initial School - Part I - Raritan, NJ |
| DAY: 02 | - | Initial School - Part I - Raritan, NJ |
| DAY: 03 | - | Initial School - Part I - Raritan, NJ |
| DAY: 04 | - | Initial School - Part I - Raritan, NJ |
| DAY: 05 | - | Initial School - Part I - Raritan, NJ |

**WEEK 6**

| | | |
|---|---|---|
| DAY: 01 | - | Initial School - Part I - Raritan, NJ |
| DAY: 02 | - | Initial School - Part I - Raritan, NJ |
| DAY: 03 | - | Initial School - Part I - Raritan, NJ |
| DAY: 04 | - | Initial School - Part I - Raritan, NJ |
| DAY: 05 | - | Initial School - Part I - Raritan, NJ |

**WEEK 7**

| | | |
|---|---|---|
| DAY: 01 | - | Organization/Administration/Personal |
| DAY: 02 | - | Home Study - Leustatin Portfolio |
| DAY: 03 | - | Home Study - Leustatin Portfolio |
| DAY: 04 | - | Home Study - Leustatin Portfolio |
| DAY: 05 | - | Home Study - Review Trade Programs, Managed Health Care, Reimbursement Programs, Value Added Program |

**WEEK 8**

| | | |
|---|---|---|
| DAY: 01 | - | Assessment & Review of Leustatin, Review Sales & Marketing Programs, Skill Building, Role Playing (Trainer's Territory) |
| DAY: 02 | - | Field Day in RTS Territory (Trainer make calls on Hospital/Retail) |
| DAY: 03 | - | Field Day in RTS Territory (Trainer make calls on Hem/Onc, HIV, Hospital) |
| DAY: 04 | - | Home Study - Review |
| DAY: 05 | - | Home Study - Review |

ORTHO 01050393
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062586

## SOUTHERN REGION
## PROPOSED INITIAL TRAINING SCHEDULE

**WEEK 9**
| | | |
|---|---|---|
| DAY: 01 | - | Initial School - Part II - Raritan, NJ |
| DAY: 02 | - | Initial School - Part II - Raritan, NJ |
| DAY: 03 | - | Initial School - Part II - Raritan, NJ |
| DAY: 04 | - | Initial School - Part II - Raritan, NJ |
| DAY: 05 | - | Initial School - Part II - Raritan, NJ |

**WEEK 10**
| | | |
|---|---|---|
| DAY: 01 | - | Initial School - Part II - Raritan, NJ |
| DAY: 02 | - | Initial School - Part II - Raritan, NJ |
| DAY: 03 | - | Initial School - Part II - Raritan, NJ |
| DAY: 04 | - | Initial School - Part II - Raritan, NJ |
| DAY: 05 | - | Initial School - Part II - Raritan, NJ |

**WEEK 11**
| | | |
|---|---|---|
| DAY: 01 | - | Organization/Administration/Personal |
| DAY: 02 | - | Admin. Day (Trainer in Trainee Home) Files, Route List, Top 40 |
| DAY: 03 | - | Field Day in Trainee's Territory (Hosp., HHCA, Dr. CRF,HIV,H/O) |
| DAY: 04 | - | Field Day in Trainee's Territory (Wholesaler, Physician Supply) |
| DAY: 05 | - | Field Day in Trainee's Territory (Retail) Reimbursement Programs, Value Added Program |

**WEEK 12**
| | | |
|---|---|---|
| DAY: 01 | - | Administration/Schedule Appointments |
| DAY: 02 | - | Field Day - Alone |
| DAY: 03 | - | Field Day - Alone |
| DAY: 04 | - | Field Day - Alone |
| DAY: 05 | - | Field Day - Alone |

ORTHO 01050394
Confidential - Attorneys Only

Highly Confidential

## SOUTHERN REGION
## PROPOSED INITIAL TRAINING SCHEDULE

### WEEK 13

| | | |
|---|---|---|
| DAY: 01 | - | Field Day with Division Manager |
| DAY: 02 | - | Field Day with Division Manager |
| DAY: 03 | - | DM Sets up Follow Up Program with RTS & Product Specialist input |
| DAY: 04 | - | |
| DAY: 05 | - | |

### WEEK 14

| | |
|---|---|
| DAY: 01 | - |
| DAY: 02 | - |
| DAY: 03 | - |
| DAY: 04 | - |
| DAY: 05 | - |

### WEEK 15

| | |
|---|---|
| DAY: 01 | - |
| DAY: 02 | - |
| DAY: 03 | - |
| DAY: 04 | - |
| DAY: 05 | - |

### WEEK 16

| | |
|---|---|
| DAY: 01 | - |
| DAY: 02 | - |
| DAY: 03 | - |
| DAY: 04 | - |
| DAY: 05 | - |

ORTHO 01050395
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062588

# FOLLOW UP TRAINING

PHYSICIAN EFFECTIVENESS

HOSPITAL EFFECTIVENESS

RETAIL EFFECTIVENESS

HHCA EFFECTIVENESS

DISTRIBUTOR EFFECTIVENESS

ADMINISTRATION

TERRITORY ANALYSIS

SPEAKERS/GRANTS

OASIS ORIENTATION

ACE/MANAGING DIVERSITY

CLERKSHIPS

ORTHO 01050396
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062589

## PHYSICIAN TRAINING OBJECTIVES

A)   Call Activity/Coverage

-   Requirements for RN call activity

-   Top 40 Physicians
    -   Who?
    -   How to track?
    -   Classification
    -   Call goal discussion

B)   Physician Strategies

-   Dispensing Physician Strategies

-   Non-Dispensing Physician Strategies

-   The Oncology Call - What can we say?

-   Conversion vs. Expansion Strategies

C)   Personnel - The complete call

D)   Reimbursement issues/Programs

-   Background information (3rd Party Medicaid, Medicare)

-   Understanding and implementation of Cost Sharing Program, Reimbursement Assurance Program, Financial Assistance Program, ProcritLine

-   How does Medicaid and Medicare work?

-   HRSA/HIV Medication program

E)   Special Programs

-   Patient Trial Program
-   Physician Rebate - 8%
-   EPO Testing
-   MSS
-   Grants/Speakers
-   Service items - (pens, pads, starter kits, sharps containers)

8

ORTHO 01050397
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062590

F)   Presentations

- Total call concept

- MAPP/EST

- In-Services

    a) Discuss expense norms

    b) Is this a good business decision to conduct an in-service?

    c) Business objectives
       - rapport
       - reaching inaccessible physicians

    d) Presentation types
       - HIV
       - CRF
       - EPO - Overview
       - Reimbursement Programs
       - Amgen/Ortho Biotech relationship

    e) Customers
       - Reached through in-services
           - physicians
           - nurses
           - hospital personnel
           - home health care agencies
           - support groups
           - ancillary groups

    f) Presentation skills
       - Platform skills
       - Pre-Planning
       - Equipment needed
       - Objection handling
       - Consensus closing
       - Length of presentation

- Handling objections

- Closing - Discuss closing strategies for both, the dispensing and non-dispensing physician.

9

ORTHO 01050398
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062591

G) **Market Research Information**

- Pharmacies utilized?
- Home Health Care Agency utilized?
- HMO affiliation?
- Infusion Center affiliation?
- Hospital affiliation?
- Protocol for treating anemia
- Use of Erythropoietin
- Use of PROCRIT
- Physician Supplier utilized

**10**

ORTHO 01050399
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062592

## HOSPITAL TRAINING OBJECTIVES

Knowledge of the following areas:

A)   Personnel

-   National Account Manager
-   Key Account Specialist
-   Regional Training Specialist
-   Division Manager

B)   Protocols/Procedures

C)   Validate Profile Information - This should include the following:

-   Purchasing Director
-   GPO affiliation
-   Prime vendor contract
-   Secondary vendor
-   Non-dialysis vs. dialysis business and potential
-   Total dollar potential
-   Materials management personnel
-   Amgen contract terms
-   Other pertinent information that would be vital in converting this account.

D)   Total Call Concept - The people to be seen would be:

-   Director of pharmacy
-   Assistant director of pharmacy
-   Clinical pharmacist
-   Social worker and case manager
-   Blood bank
-   Labs
-   People doing serum EPO tests
-   Education/training department
-   Drug information
-   Finance department
-   P&T members
-   Buyer
-   Administration personnel
-   Out-patient pharmacy manager
-   Home health care manager
-   Grant and speaker key personnel.

11

ORTHO 01050400
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062593

E) Top 5 Hospitals

    - Parameters for inclusion
    - Objectives

F) Call Activity/Coverage

    - Standards and goals

G) Presentations

    - Value Plan
    - T-Bar
    - In-services
    - Value Added Programs
    - Early Purchase Programs
    - EPO Test

H) Call Preparation

    - Scheduling
    - GPO Contract
    - T-Bar Information
    - Fact Finding
    - If not converted, why?

I) Post Conversion Follow-up

    - Wholesaler
    - Prime Vendor
    - Information loaded with wholesaler
    - Buyer/Tech

J) Use of Grants

    - Targeted Accounts

K) Integration with National Accounts Managers and Key Account Specialists

L) DDD Utilization

M) Military Accounts

ORTHO 01050401
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062594

## DISTRIBUTOR TRAINING OBJECTIVES

A)   Does Product Specialist have any distributors in their territory?

B)   Classes of Trade 11, 12, 16, 21, 26, 44

- Definition
- Pricing policies

C)   Invoice processing

D)   Sales Estimate

- SWAG
- Average daily sales
- Percentage contribution *
  - Product Specialist/Division Manager
- Factors (Special promotions, etc.)
- Cut-Off Dates
  - Per Quarter (4, 4, 5 = 13 weeks)
  - Universal Calendars

E)   Customer Service
- 1-800
- Fax Number

F)   Return Goods Management
- Authorization
- Product Specialist controls returns
- Policy

G)   Inventory Management
- Adequate stock
- Dating policy

H)   Trade Programs
- Explain trade programs
- Implementation

I)   Key Personnel
- House Manager
- Sales Manager
- Inventory Control Manager
- Bids and Contracts Manager
- Managed Health Care Manager
- Sales personnel

13

ORTHO 01050402
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062595

- Morgue Manager
- Telephone personnel
(Issues = QBSR, Programs, Pricing Flexibility, Up-charge, etc.)

J) Call Activity

K) Tour distributor

**14**

ORTHO 01050403
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062596

## HOME HEALTH CARE AGENCIES TRAINING OBJECTIVES

Knowledge of the following areas:

A)   Personnel

- Registered Pharmacist
- Buyer
- HIV Oncology Program Coordinator
- Reimbursement Personnel
- Marketing Personnel
- Manager/Director

B)   How to find home health care agencies

- Doctor's office
- Yellow pages
- Registered pharmacist
- Social workers
- Wholesalers
- Nurses
- DDD
- HIV/Oncology support groups
- Managed health care list

C)   Sourcing

- GPO affiliation
- Contract, Amgen or Ortho?
- Prime vendor
- Distributor
- Affiliates

D)   Pricing

- Product Specialist can offer 3%
- When is a contract appropriate?
- No other rebates (no retail/no physician rebate programs)
- Early Purchase Program
- Distributor Pricing Flexibility

E)   In-services

- Value Added Programs
- Service Items
- Market Research
- Partnering

15

ORTHO 01050404
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062597

F)   Call Activity and Coverage

-   Proper classification (example given, Classes A, B, C)
-   Coverage depends on classification

G)   Definition

-   Home health care agencies
-   Infusion center

H)   Procedures
-   Developing/Implementing Contracts

**16**

ORTHO 01050405
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062598

## RETAIL TRAINING OBJECTIVES

A)    Call Activities

- Standards - 2.0 calls per day
- Establish realistic call objectives

B)    Targeting Accounts

- Market Research/from physicians and staff
- Rebate List
- Goldline List
- Epogen List/wholesale
- Prospecting
    - Telephone
    - Yellow Pages

C)    Identify Top Retail Zips on DDD

D)    Understand Medicaid Reimbursement

E)    Know How to Process an Order

F)    Obtain Order Entry Numbers from distributors

G)    Develop a Retail Binder with appropriate sales materials & product information

H)    Know how to explain PROCRIT Profit to the Pharmacist

I)    Conduct Market Research

J)    Know how to overcome common objections

- Substitution Laws
- General Issues
- Medicaid
- Medicare
- Reimbursement Processing
- Packaging 6 vs. 10

K)    Definitions

- NCD
- AWP
- Upcharge

17

ORTHO 01050406
Confidential - Attorneys Only

Highly Confidential

**L)**   **Standards of Retail Call**

- What constitutes a call
- What constitutes a retail conversion

**18**

ORTHO 01050407
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062600

## TERRITORY ANALYSIS

A)   Resources

-   DDD
-   Territory Records
-   Goldline Information
-   Physician Rebates
-   Wholesalers
-   Invoices
-   Descending Dollars Report
-   Managed Healthcare Charge-back Information

B)   Target Customers

-   Identify top zip codes
-   Key accounts/outlet report
-   Evaluate trends/amounts

C)   Analyze Market Segments and Develop a Plan of Action

D)   Analyze Incentive Compensation Criteria and Develop Plan of Action

19

ORTHO 01050408
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062601

## SPEAKER/GRANTS

A)   Speaker and Grant

-   Targeted Use
-   Institutions
-   Hospitals
-   Support Groups

B)   How to request Speakers and Grants

-   Grants
    -   Divisional Manager
    -   Jennifer Ng
    -   Regional Managers

-   Speakers
    -   Divisional Manager
    -   Toltis

C)   Speakers
-   Input on subject matter
-   Develop local speakers
-   Physicians
-   Pharmacists
-   Nurses

D)   Impact of Speaker Programs

-   Market Expansion
-   Relationships
-   Inaccessible Physicians

E)   Coordinate

-   With other Product Specialists
-   More than 1 location

F)   Protocols

G)   Return on Investment

H)   Grants

-   Division grant budget
-   Market Share Grant Enhancement Program
-   Managed Healthcare Grants
-   Public relations grants

20

ORTHO 01050409
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062602

## ADMINISTRATION TRAINING OBJECTIVES

Knowledge of the following areas:

A)   Set-up files/system
-   File retention/processing

B)   Expense Reporting

-   Norms
-   Standards
-   Due Dates
-   Receipts
-   Procedures

C)   Weekly Activity Reporting

-   Manual
-   Transmission on OASIS
-   Calls/Comments on the weekly activity report
-   Pertinent information on the weekly activity report

D)   Routing

-   Monthly
-   Daily

E)   Grant Requests

-   Targeting Accounts
-   Procedures

F)   Speaker Requests

-   Targeting Accounts
-   Procedures

G)   Who do I call when I need ... ? (e.g., supplies, grants, car problems)

H)   Sales Supplies

-   How to order

I)   Company Protocol

J)   Review Reports
-   Invoices
-   Customer Reports
-   Etc.

21

ORTHO 01050410
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062603

MISCELLANEOUS

Highly Confidential

ORTHO 01050411
Confidential - Attorneys Only

MDL-OBI00062604

# FOLLOW UP TRAINING

**PHYSICIAN EFFECTIVENESS**
**HOSPITAL EFFECTIVENESS**
**RETAIL EFFECTIVENESS**
**HHCA EFFECTIVENESS**
**DISTRIBUTOR EFFECTIVENESS**
**ADMINISTRATION**
**TERRITORY ANALYSIS**
**SPEAKERS/GRANTS**
**OASIS ORIENTATION**
**ACE/MANAGING DIVERSITY**
**CLERKSHIPS**

ORTHO 01050412
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062605

# PROCRIT® REIMBURSEMENT PROGRAMS

ORTHO 01050413
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062606

# REIMBURSEMENT PROGRAMS

## GENERAL RULES OF THUMB

 Determine if reimbursement is an issue before presenting programs.

 Determine which programs are appropriate for the customer and present benefits for those programs only.

 Don't get involved in details such as coding and filing claims. Present overview of program and inform them of how to use to program. Have customer use PROCRITline for administrative details.
(Hint: If customers are calling you with problems filling out claims, you are spending too much time on the details. Refer them to PROCRITline.)

 Don't rely solely on reimbursement programs. Remember clinical support and other value added services.

 *Connect* reimbursement programs with PROCRIT. "PROCRIT is the only Epoetin alfa that provides these programs."

 Sell PROCRIT, not reimbursement programs.

ORTHO 01050414
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062607

**PROCRITLINE**

ORTHO 01050415
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062608

ORTHO PROCATISLINE

SALES

PAGE. 1

| DATE OF CALL | CALLER | SALES REPRESENTATIVE | STATE | CITY | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/92 | I CASE OF ARKANSAS, | CLINTON, ROY | AK | LITTLE ROCK | 04007 | CHRONIC RENAL FAILURE | MEDICAID | ORIG CLM | SUCCESS | 0 | 05/12/92 |
| 04/07/92 | Adams, Peter | ADAMS, PETER | AK | ANCHORAGE | 53823 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 5 | 04/12/92 |
| 03/18/92 | Woods, Thomas | ADAMS, PAUL | AK | ANCHORAGE | 53823 | CHRONIC RENAL FAILURE | CONNECTICUT GENERAL LIFE | ORIG CLM | SUCCESS | 2 | 03/20/92 |
| 06/17/92 | Dig, Christopher | RUCKER, T. ALAN | AL | BIRMINGHAM | 52323 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/17/92 |
| 05/13/92 | Yeilding, Allen | RUCKER, T. ALAN | AL | BIRMINGHAM | 52323 | BREAST CANCER | P/A | P/A | SUCCESS | 0 | 05/13/92 |
| 08/24/92 | Rucker, Jeffrey | RUCKER, T. ALAN | AL | BIRMINGHAM | 52323 | CHRONIC RENAL FAILURE | ALABAMA HEALTH NETWORK | ORIG CLM | SUCCESS | 1 | 08/25/92 |
| 05/25/92 | Yeilding, Allen | RUCKER, T. ALAN | AL | BIRMINGHAM | 52323 | ANEMIA | MEDICARE | ORIG CLM | SUCCESS | 0 | 05/25/92 |
| 03/03/92 | Tharp, David | MANY, LYNNE | AL | BIRMINGHAM | 52050 | CHRONIC RENAL FAILURE | MEDICARE | DEN+APP, | SUCCESS | 6 | 03/09/92 |
| 05/29/92 | Bourgo, E. Theo | MANY, LYNNE | AL | SHEFFIELD | 52050 | CHRONIC RENAL FAILURE | HUMANA | ORIG CLM | SUCCESS | 0 | 05/29/92 |
| 07/01/92 | Newmaire Plum, | MANY, LYNNE | AL | BIRMINGHAM | 53050 | AIDS, UNSPECIFIED | CONNECTICUT GENERAL | ORIG CLM | SUCCESS | 53 | 07/01/92 |
| 04/16/92 | Tilos, Roberto | MANY, LYNNE | AL | DOTHAN | 52050 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 1 | 07/02/92 |
| 07/15/92 | Kleinmann, Ruth | MANY, LYNNE | AL | BIRMINGHAM | 53050 | NEOPLASM/UNKNOWN | BC/BS AL | P/A | SUCCESS | 0 | 07/09/92 |
| 07/16/92 | Acari, Kirit | MANY, LYNNE | AL | DOTHAN | 52050 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/15/92 |
| 07/16/92 | Acari, Kirit | MANY, LYNNE | AL | DOTHAN | 52050 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/16/92 |
| 04/24/92 | Belson, Carl | SMITH, DAN | AR | LITTLE ROCK | 52900 | SARCOMA, UNSPECIFIED | MEDICAID | ORIG CLM | SUCCESS | 0 | 04/24/92 |
| 04/06/92 | Collins, Stanley | BINNETT, KIMBERLY | AR | TEXARKANA | 53126 | ACUTE MYELOID LEUKEMIA | MEDICARE | SEM+APP, | SUCCESS | 51 | 05/27/92 |
| 02/12/92 | R1A Infusion Inc, | RANLOOR, MARTHE | AZ | GILBERT | 53259 | CHRONIC RENAL FAILURE | MEDICAID | ORIG CLM | SUCCESS | 0 | 02/13/92 |
| 08/19/92 | Packer, Jeffrey | RANLOOR, MARTHE | AZ | PHOENIX | 53256 | CHRONIC RENAL FAILURE | MEDICARE | DEN+APP, | SUCCESS | 1 | 08/19/92 |
| 08/27/92 | Packer, Jeffrey | RANLOOR, MARTHE | AZ | PHOENIX | 53250 | CHRONIC RENAL FAILURE | MEDICARE | DEN+APP, | SUCCESS | 1 | 08/29/92 |
| 08/27/92 | Packer, Jeffrey | RANLOOR, MARTHE | AZ | PHOENIX | 53250 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 2 | 08/22/92 |
| 03/05/92 | Welte, David | RANLOOR, MARTHE | AZ | COTTONWOOD | 53250 | CHRONIC RENAL FAILURE | ALSEBB | RSB+APP, | SUCCESS | 1 | 10/05/92 |
| 06/18/92 | Ryon, Michael | RANLOOR, MARTHE | AZ | FLAGSTAFF | 53259 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 3 | 04/14/92 |
| 01/06/92 | Churrill, David | RANLOOR, MARTHE | AZ | SCOTTSDALE | 53259 | CHRONIC RENAL FAILURE | MEDICARE | DEN+APP, | SUCCESS | 45 | 02/22/92 |
| 02/25/92 | Gustafson, Elias | RANLOOR, MARTHE | AZ | PHOENIX | 53251 | ANEMIA | MEDICARE | P/A | SUCCESS | 58 | 04/22/92 |
| 05/10/92 | Ridgway, Stephen | BASTASI JR., PHILIP | CA | OXNARD | 53220 | LUNG CANCER | HELLER ASSOCIATES | P/A | SUCCESS | 1 | 05/19/92 |
| 02/26/92 | Kordacewsky, Byron | BASTASI JR., PHILIP | CA | NORTH RIDGE | 53220 | AIDS, UNSPECIFIED | BB CA | ORIG CLM | SUCCESS | 2 | 12/28/92 |
| 04/13/92 | Ginsberg, Attile | GILBERT, TERENCE | CA | PALM SPRINGS | 53222 | BREAST CANCER | PRINCIPAL MUTUAL | P/A | SUCCESS | 0 | 04/13/92 |
| 02/27/96 | Desquatro, Vincent | KUBAS, CYNTHIA | CA | LOS ANGELES | 53225 | CHRONIC RENAL FAILURE | MEDICARE (TRANSAMERICA) | ORIG CLM | SUCCESS | 0 | 02/27/92 |
| 01/24/92 | Carotte Pharmacy, | KUBAS, CYNTHIA | CA | PASADENA | 53223 | SICKLE CELL ANEMIA | PRUDENTIAL | DEN+APP, | SUCCESS | 196 | 06/05/92 |

ORTHO 01050416
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062609

ORTHO PROCRITLINE

PAGE 2

| DATE OF CALL | CALLER | CITY | SALES STATE REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DATE | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/19/92 | CASEMAN (SAN DIEGO) | SAN DIEGO | MEDRANO, GARY | 53224 | AIDS, UNSPECIFIED | EMPLOYEES OF IHS PROGRAM | N/A | SUCCESS | 2 | 06/22/92 |
| 02/07/92 | Body, Childe | LOMA LINDA | UNRUH, TIMOTHY | 53226 | MYELODYSPLASTIC SYNDROME | SECURE HORIZONS HMO | ORIG CLM | SUCCESS | 160 | 06/05/92 |
| 04/15/92 | Timmy, Glenn | WHITTIER | UNRUH, TIMOTHY | 53226 | CHRONIC RENAL FAILURE | MEDICARE (TRANSAMERICA) | DIB-APRL | SUCCESS | 112 | 06/05/92 |
| 05/21/92 | Komisky, John | POMRET | UNRUH, TIMOTHY | 53226 | CHRONIC RENAL FAILURE | MEDICARE (TRANSAMERICA) | DIB-APPL | SUCCESS | 78 | 06/05/92 |
| 06/17/92 | Brizi, George | GLENDALE | WOOD, KEITH | 53227 | CHRONIC RENAL FAILURE | CARE AMERICA | ORIG CLM | SUCCESS | 2 | 06/05/92 |
| 01/08/92 | Ingenito, Antonio | LOS ANGELES | WOOD, KEITH | 53227 | AIDS, UNSPECIFIED | BS CA | ORIG CLM | SUCCESS | 210 | 08/19/92 |
| 01/10/92 | Pittman, Howard | LOS ANGELES | WOOD, KEITH | 53227 | AIDS, UNSPECIFIED | PHP | N/A | SUCCESS | 80 | 03/13/92 |
| 04/16/92 | Ingenito, Antonio | LOS ANGELES | WOOD, KEITH | 53227 | AIDS, UNSPECIFIED | BC CA | ORIG CLM | SUCCESS |  | 04/23/92 |
| 05/20/92 | Schwartz, Lee | TORRANCE | WOOD, KEITH | 53227 | MULTIPLE MYELOMA | PHP | ORIG CLM | SUCCESS | 7 | 04/27/92 |
| 06/04/92 | Jacin, Mark | LOS ALAMITOS | WOOD, KEITH | 53227 | CHRONIC RENAL FAILURE | CONNECTICUT GENERAL | ORIG CLM | SUCCESS | 1 | 08/05/92 |
| 05/14/92 | Sasamvi, ROTI | LONG BEACH | WOOD, KEITH | 53227 | CHRONIC RENAL FAILURE | MEDICARE (TRANSAMERICA) | ORIG CLM | SUCCESS | 6 | 05/14/92 |
| 03/19/92 | Glummer, Paul | LONG BEACH | WOOD, KEITH | 53227 | HIV, UNSPECIFIED | CIGNA | ORIG CLM | SUCCESS | 1 | 03/23/92 |
| 07/07/92 | Chealy, Kent | SANTA MONICA | PLUMBIAN, CHESTER | 53228 | MALIGNANT MELANOMA | TRAVELERS | ORIG CLM | SUCCESS | 6 | 07/08/92 |
| 04/03/92 | Pancher, Margaret | SANTA MONICA | BRILLER, SPEAR | 53600 | AIDS, UNSPECIFIED | BS CA | ORIG CLM | SUCCESS | 1 | 04/03/92 |
| 02/04/92 | Walenta, Nancy | MILL VALLEY | EAKON, KATHLEEN | 53620 | CHRONIC RENAL FAILURE | AETNA | N/A | SUCCESS | 56 | 03/31/92 |
| 05/19/92 | Oliver, Milton | PLEASANTON | EAKON, KATHLEEN | 53621 | AIDS, UNSPECIFIED | BC CA | ORIG CLM | SUCCESS | 1 | 03/17/92 |
| 11/08/92 | Oliver, Richard | SAN JOSE | FORD, LINDA | 53627 | CHRONIC RENAL FAILURE | UNITED FURNITURE WORKERS | N/A | SUCCESS | 1 | 01/09/92 |
| 01/15/92 | Chuney, Michael | PLEASANTON | FORD, LINDA | 53627 | HIV, UNSPECIFIED | INSURANCE BENEFIT SERV. | N/A | SUCCESS |  | 03/20/92 |
| 01/19/92 | Oliver, Richard | PLEASANTON | FORD, LINDA | 53627 | CHRONIC RENAL FAILURE | HEALTHNET | N/A | SUCCESS | 41 | 03/25/92 |
| 05/20/92 | Chrieltis, John | SAN FRANCISCO | FORD, MAICHI | 53628 | HIV, UNSPECIFIED | WALGREEN'S INS. CO. | ORIG CLM | SUCCESS |  | 05/21/92 |
| 07/01/92 | Callum, Wayne | LEADVILLE | HILLS, GEORGE | 53822 | CHRONIC RENAL FAILURE | BC/BS CO | ORIG CLM | SUCCESS | 1 | 07/02/92 |
| 03/27/92 | Harrison, Mark | BOULDER | HILLS, GEORGE | 53822 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 03/27/92 |
| 06/05/92 | MC NAMOR, RICHARD | DENVER | HILLS, GEORGE | 53822 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/05/92 |
| 06/23/92 | Kelley, Henry | DURANGO | HILLS, GEORGE | 53822 | BREAST CANCER | AV NATIONAL LIFE | ORIG CLM | SUCCESS | 0 | 06/22/92 |
| 06/05/92 | Nalati, Tom | DURANGO | HILLS, GEORGE | 53822 | CHRONIC RENAL DISEASE | MEDICAID | ORIG CLM | SUCCESS | 0 | 06/08/92 |
| 07/07/92 | Keller, Kerry | DURANGO | HILLS, GEORGE | 53822 | MALIGNANT MELANOMA | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/10/92 |
| 07/27/92 | CLANCH, GLAMORE | DENVER | HILLS, GEORGE | 53822 | OVARIAN CANCER | PRUDENTIAL | ORIG CLM | SUCCESS | 3 | 07/31/92 |
| 06/04/92 | Allred, William | ENGLEWOOD | HILLS, GEORGE | 53822 | AIDS, UNSPECIFIED | MET LIFE | ORIG CLM | SUCCESS | 21 | 08/25/92 |
| 04/04/92 | Wehling, Constance | DENVER | MELSSER, LINDA | 53823 | CHRONIC RENAL FAILURE | MEDICAID | N/A | SUCCESS | 0 | 03/24/92 |
| 03/20/92 | Thedaro, Michael | AURORA | MELSSER, LINDA | 53823 | CHRONIC RENAL FAILURE | METROPOLITAN LIFE | ORIG CLM | SUCCESS | 0 | 03/24/92 |
| 05/05/92 | Settipani, Frank | PUEBLO | MELSSER, LINDA | 53825 | ANEMIA | MEDICARE | ORIG CLM | SUCCESS | 4 | 05/27/92 |
| 05/05/92 | Fittipani, KAINTE | DENVER | MELSSER, LINDA | 53825 | END STAGE RENAL DISEASE | MEDICARE | ORIG CLM | SUCCESS | 0 | 05/05/92 |
| 04/21/92 | Settipani, Frank | PUEBLO | MELSSER, LINDA | 53825 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 08/21/92 |

ORTHO 01050417
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062610

ORTHO PROCEDURE

PAGE: 3

| DATE OF CALL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/92 | Corley, Kim | HARTFORD | CT | DAHL, DONALD | 51022 | HIV, UNSPECIFIED | METROPOLITAN LIFE | N/A | SUCCESS | 1 | 03/13/92 |
| 01/24/92 | COOPER, MIRIAM | HARTFORD | CT | DAHL, DONALD | 51022 | HIV, UNSPECIFIED | MEDICAID | ORIG CLM | SUCCESS | 5 | 01/29/92 |
| 07/24/92 | Corley, Matthew | HARTFORD | CT | DAHL, DONALD | 51022 | MULTIPLE MYELOMA | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/29/92 |
| 08/03/92 | Sis, Margaret | NEW HAVEN | CT | DAHL, DONALD | 51022 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 1 | 08/04/92 |
| 03/16/92 | Barr, Frederick | WASHINGTON | DC | ASHE, ROBERT | 51926 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 2 | 03/18/92 |
| 07/24/92 | Epstein, Victor | WASHINGTON | DC | ASHE, ROBERT | 51926 | RENAL INSUFFICIENCY | AETNA LIFE AND CASUALTY | N/A | SUCCESS | 4 | 04/04/92 |
| 05/11/92 | BERDHAM, PETER | WASHINGTON | DC | ASHE, ROBERT | 51926 | CHRONIC RENAL FAILURE | BC/BB NATIONAL CAPITAL | N/A | SUCCESS | 3 | 05/14/92 |
| 03/19/92 | Ginsberg, Susan | WASHINGTON | DC | ROBBY, DONA | 31928 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 4 | 03/23/92 |
| 01/09/92 | Bacon, III, Alfred | NEWARK | DE | PETREE, DAVID | 51920 | ANEMIA | MEDICAID | ORIG CLM | SUCCESS | 0 | 01/09/92 |
| 03/11/92 | Beatty, Eric | NEWARK | DE | PETREE, DAVID | 51920 | MULTIPLE MYELOMA | CIGNA | N/A | SUCCESS | 2 | 03/13/92 |
| 05/19/92 | Nephrology Assoc DE, | NEWARK | DE | PETREE, DAVID | 51920 | CHRONIC RENAL FAILURE | TRAVELERS | N/A | SUCCESS | 3 | 05/22/92 |
| 06/05/92 | Nephrology Assoc, DE, | NEWARK | DE | PETREE, DAVID | 51920 | CHRONIC RENAL FAILURE | NAIL HANDLERS | N/A | SUCCESS | 5 | 06/10/92 |
| 06/05/92 | Nephrology Assoc, DE, | NEWARK | DE | PETREE, DAVID | 51920 | CHRONIC RENAL FAILURE | BC/BS DE | ORIG CLM | SUCCESS | 0 | 06/05/92 |
| 06/11/92 | Coor, Daniel | NEWARK | DE | PETREE, DAVID | 51920 | CHRONIC RENAL FAILURE | BC/BS DE | ORIG CLM | SUCCESS | 0 | 06/11/92 |
| 03/16/92 | Marra, Frank | DOVER | DE | PETREE, DAVID | 51920 | CHRONIC RENAL FAILURE | PRINCIPAL HEALTH CARE | ORIG CLM | SUCCESS | 7 | 03/23/92 |
| 04/02/92 | Nephrology Assoc, DE, | NEWARK | DE | PETREE, DAVID | 51920 | MULTIPLE MYELOMA | MEDICAID | DEN-APPL | SUCCESS | 0 | 04/02/92 |
| 06/02/92 | Nephrology Assoc, DE, | NEWARK | DE | PETREE, DAVID | 51920 | CHRONIC RENAL FAILURE | BC/BS DE | ORIG CLM | SUCCESS | 3 | 06/05/92 |
| 06/04/92 | Riley, William | NEWARK | DE | PETREE, DAVID | 51920 | CHRONIC RENAL FAILURE | Normal HEALTHWISE | ORIG CLM | SUCCESS | 1 | 06/04/92 |
| 08/11/92 | KING, JOSEPH | NEWARK | DE | PETREE, DAVID | 51920 | CHRONIC RENAL FAILURE | CONNECTICUT GENERAL | N/A | SUCCESS | 3 | 08/14/92 |
| 03/05/92 | Sperti, Paul | E. MIAMI | FL | RIEDER, III, WILLIAM | 52120 | HIV, UNSPECIFIED | MEDICARE | ORIG CLM | SUCCESS | 0 | 03/05/92 |
| 04/06/92 | Castro, Peter | E. MIAMI | FL | RIEDER, III, WILLIAM | 52120 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 04/06/92 |
| 01/15/92 | Krone, Albert | NAPLES | FL | ROALAND, PAUL | 52121 | CHRONIC RENAL FAILURE | MEDICARE | DEN-APPL | SUCCESS | 2 | 01/17/92 |
| 01/13/92 | Krone, Albert | VENICE | FL | ROALAND, PAUL | 52121 | ACQUIRED HEMOLYT ANEMIA | MEDICARE | ORIG CLM | SUCCESS | 1 | 01/14/92 |
| 01/17/92 | Roberts, Michael | CLEARWATER | FL | ROALAND, PAUL | 52121 | CHRONIC RENAL FAILURE | MOUNTAIN STATE BCBS | ORIG CLM | SUCCESS | 114 | 01/17/92 |
| 04/10/92 | Ormey, Steven | VENICE | FL | ROALAND, PAUL | 52121 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 115 | 08/03/92 |
| 05/28/92 | Lentsatz, Michael | PORT ST. LUCY | FL | ROALAND, PAUL | 52121 | MYELOFIBROSIS | ANTHEM GROUP SERVICES | ORIG CLM | SUCCESS | 4 | 04/01/92 |
| 03/19/92 | Zengel, Stephen | SARASOTA | FL | ROALAND, PAUL | 52121 | CHRONIC RENAL FAILURE | UNITED MIEGAKLERS OF AME | ORIG CLM | SUCCESS | 2 | 03/31/92 |
| 08/31/92 | Silverstein, Marc | SARASOTA | FL | ROALAND, PAUL | 52121 | CHRONIC RENAL FAILURE | MEDICARE(TRAVELERS MD) | ORIG CLM | SUCCESS | 3 | 08/14/92 |
| 06/13/92 | Weber, Herman | SARASOTA | FL | ROALAND, PAUL | 52121 | CHRONIC RENAL FAILURE | MEDICAID | ORIG CLM | SUCCESS | 1 | 08/14/92 |
| 01/06/92 | PALM BCH HLTH CARE, | RIVIERA BEACH | FL | SILVERMAN, PAUL | 52121 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 1 | 01/07/92 |

ORTHO 01050418
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062611

PAGE 4

ORTHO FRONTLINE

| DATE OF CALL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/24/92 | Knight, Edward | ROCKLEDGE | FL | ROWLAND, PAUL | 52121 | BREAST CANCER | TRANSPORT WORKERS UNION | ORIG CLM | SUCCESS | 5 | 07/29/92 |
| 04/19/92 | Weber, Herman | SARASOTA | FL | ROWLAND, PAUL | 52121 | RENAL INSUFFICIENCY | BC/BS FL | ORIG CLK | SUCCESS | 5 | 04/21/92 |
| 06/19/92 | Zondel, Stephen | SARASOTA | FL | ROWLAND, PAUL | 52121 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLK | SUCCESS | 5 | 04/24/92 |
| 06/19/92 | Zondel, Stephen | SARASOTA | FL | ROWLAND, PAUL | 52121 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLK | SUCCESS | 5 | 04/24/92 |
| 06/19/92 | Zondel, Stephen | VENICE | FL | ROWLAND, PAUL | 52121 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/24/92 |
| 06/22/92 | Rubinski, James | SARASOTA | FL | ROWLAND, PAUL | 52121 | CHRONIC RENAL FAILURE | NORTH AMERICAN ADMIN. | ORIG CLM | SUCCESS | 0 | 06/03/92 |
| 04/19/92 | Weber, Herman | DUNEDIN | FL | BACHA, BARBARA | 52122 | KAPOSI'S SARCOMA | MEDICAID | ORIG CLM | SUCCESS | 1 | 08/19/92 |
| 04/20/92 | Brophley, Robert | TAMPA | FL | BACHA, BARBARA | 52122 | DIABETES MELLITUS | MEDICARE | ORIG CLM | SUCCESS | 126 | 06/30/92 |
| 04/09/92 | Wright, CHARLES | GAINESVILLE | FL | BACHA, BARBARA | 52122 | MYELODYSPLASTIC SYNDROME | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/20/92 |
| 05/07/92 | Faulkner, David | TAMPA | FL | BACHA, BARBARA | 52122 | AIDS, UNSPECIFIED | HUMANA | ORIG CLM | SUCCESS | 61 | 06/19/92 |
| 04/10/92 | American Home Pr.. | MELBOURNE | FL | BACHA, BARBARA | 52122 | MYELODYSPLASTIC SYNDROME | MEDICARE | ORIG CLM | SUCCESS | 0 | 05/11/92 |
| 04/29/92 | Pelfrey, Timothy | TAMPA | FL | BACHA, BARBARA | 52122 | MYELOPROLIFERATIVE DISORD | MEDICAID | ORIG CLM | SUCCESS | 0 | 06/10/92 |
| 04/03/92 | Benchet, Pedro | MACON | FL | BACHA, BARBARA | 52122 | CHRONIC RENAL FAILURE | MASON TENDERS | ORIG CLM | SUCCESS | 5 | 06/29/92 |
| 04/11/92 | Ayde, GEORGE | ST PETERSBURG | FL | BACHA, BARBARA | 52122 | MYELODYSPLASTIC SYNDROME | MEDICARE | DENY-APPL | SUCCESS | 5 | 06/03/92 |
| 07/06/92 | ODEA, JULIO | FT. LAUDERDALE | FL | BACHA, BARBARA | 52122 | CHRONIC RENAL FAILURE | MEDICARE | DEN-APPL | SUCCESS | 163 | 06/11/92 |
| 03/11/92 | ZIEGLER, LANE | KENDLEWAE | FL | JANSSON, RONARDO | 52123 | CHRONIC RENAL FAILURE | EMPLOYEE BENEFIT PLAN | DEN-APPL | SUCCESS | 0 | 07/00/92 |
| 06/07/92 | Bragassupr.. | DAYTONA BEACH | FL | CAMPBELL, ROBIN | 52124 | CHRONIC RENAL FAILURE | MEDICARE | P/A | SUCCESS | 0 | 05/19/92 |
| 06/07/92 | Knight, Edward | DEL RAY | FL | CAMPBELL, ROBIN | 52124 | AIDS, UNSPECIFIED | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/01/93 |
| 07/00/92 | Moser, Winod | GAINESVILLE | FL | CAMPBELL, ROBIN | 52124 | NEOPLASM, UNKNOWN | MEDICARE | ORIG CLM | SUCCESS | 0 | 08/25/92 |
| 05/27/92 | Espen, John | GAINESVILLE | FL | CAMPBELL, ROBIN | 52124 | BREAST CANCER | MEDICARE | P/A | SUCCESS | 0 | 05/27/92 |
| 06/14/92 | Calcamore, Charles | ALTAMONTE SPRINGS | FL | JOHNSON, JENNIFER | 52125 | AIDS, UNSPECIFIED | WASHINGTON NATIONAL | ORIG CLM | SUCCESS | 0 | 06/14/92 |
| 06/23/92 | Beetle, Barbara | ORLANDO | FL | CAMPBELL, ROBIN | 52125 | CHRONIC RENAL FAILURE | ULTA HEALTH STRATEGIES | P/A | SUCCESS | 0 | 01/20/92 |
| 01/01/92 | Jacobs, Michael | JACKSONVILLE | FL | JOHNSON, JENNIFER | 52125 | CHRONIC RENAL FAILURE | MEDICARE | P/A | SUCCESS | 0 | 06/23/92 |
| 07/24/92 | Bowen, Simon | MIAMI BEACH | FL | NIXON, JILL, WILLIAM | 52220 | ANEMIA | MEDICARE | ORIG CLM | SUCCESS | 1 | 07/24/92 |
| 04/24/92 | Noy, Robert | ATLANTA | GA | SCOTT, LEOIA | 52205 | CHRONIC RENAL FAILURE | DORT CORPORATION | ORIG CLM | SUCCESS | 14 | 05/04/92 |
| 07/06/92 | EDORI, TONI | ATLANTA | GA | SCOTT, LEOIA | 52205 | AIDS, UNSPECIFIED | PAN AMERICAN | ORIG CLK | SUCCESS | 3 | 07/09/92 |
| 06/19/92 | Noy, Robert | ATLANTA | GA | BELL, JEANE | 52027 | CHRONIC RENAL FAILURE | AETNA LIFE AND CASUALTY | P/A | SUCCESS | 7 | 06/24/92 |
| 01/22/92 | Breiter, Robert | IOWA CITY | IA | MARTIN, SUSAN | 52637 | PROSTATE CANCER | AETNA | ORIG CLM | SUCCESS | 0 | 01/02/92 |
| 02/10/92 | Peterson, Carol | JOLIET | IL | CAY, CHERYL | 52660 | CHRON LYMPHOCYTIC LEUK | MEDICARE | ORIG CLM | SUCCESS | 9 | 02/19/92 |
| 05/26/92 | Bregman, Harold | PARK RIDGE | IL | MCDERMALL, JAMES | 52627 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 05/26/92 |

Highly Confidential

ORTHO PROFITLINE

PAGE 5

| DATE OF SALE | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DATE | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/92 | Sprague, Stuart | CHICAGO | IL | GANDY, PATRICIA | 52628 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 2 | 02/07/92 |
| 05/08/92 | Mikiter, Karen | CHICAGO | IL | GANDY, PATRICIA | 52628 | CHRONIC RENAL FAILURE | MEDICARE | P/A | SUCCESS | 3 | 05/11/92 |
| 02/04/92 | Mikiter, Mark | CHICAGO | IL | GANDY, PATRICIA | 52628 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 3 | 02/07/92 |
| 02/25/92 | Mikiter, Mark | CHICAGO | IL | GANDY, PATRICIA | 52628 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 3 | 02/27/92 |
| 07/10/92 | Mikiter, Mark | CHICAGO | IL | GANDY, PATRICIA | 52628 | CHRONIC RENAL FAILURE | BCBS IL | ORIG CLM | SUCCESS | 7 | 07/17/92 |
| 04/02/92 | Mikiter, Mark | CHICAGO | IL | GANDY, PATRICIA | 52628 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 9 | 04/03/92 |
| 07/22/92 | Sprague, Stuart | CHICAGO | IL | GANDY, PATRICIA | 52628 | RENAL INSUFFICIENCY | MEDICARE | ORIG CLM | SUCCESS | 9 | 07/31/92 |
| 04/15/92 | Graif, Martin | CHICAGO | IL | GANDY, PATRICIA | 52628 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 9 | 04/03/92 |
| 08/15/92 | Kael, David | MAYWOOD | IL | BARAN, DAVID | 52630 | CHRONIC RENAL FAILURE | AETNA LIFE AND CASUALTY | ORIG CLM | SUCCESS | 112 | 07/23/92 |
| 04/14/92 | Rowleduck, James | DECATUR | IL | SCHEIMBERG, ELLEN | 52500 | MYELODYSPLASTIC SYNDROME | BANKERS LIFE | NEW-APPL | SUCCESS | 5 | 04/15/92 |
| 06/18/92 | Rowleduck, James | DECATUR | IL | SCHEIMBERG, ELLEN | 52634 | NEPHROTIC/NEPHROTIC SYND | INTEGRATED BENEFIT | P/A | SUCCESS | 0 | 06/25/92 |
| 06/18/92 | Melville Family Prac, | BELVILLE | IL | FENNEL, MARCIA | 52634 | CHRONIC RENAL FAILURE | MEDICARE | DEN-APPL | SUCCESS | 10 | 06/24/92 |
| 04/04/92 | Bloat, Abid | GRANITE CITY | IL | DOARENTER, BARBARA | 53134 | AIDS, UNSPECIFIED | MEDICARE | ORIG CLM | SUCCESS | 9 | 06/18/92 |
| | | | | | | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | | 06/04/92 |
| 05/21/92 | Simons Daughters, 8 | MADISON | IN | CHERRO, DONNIE | 51725 | ANEMIA | MEDICARE | ORIG CLM | SUCCESS | 0 | 05/21/92 |
| 06/05/92 | Lee, I., Howard | INDIANAPOLIS | IN | TAYLOR, STEVE | 51725 | MYELODYSPLASTIC SYNDROME | MEDICARE | ORIG CLM | SUCCESS | 0 | 05/02/92 |
| 06/17/92 | LaForak, Edward | FT WAYNE | IN | TAYLOR, STEVE | 51725 | CHRONIC RENAL FAILURE | LINCOLN NATIONAL LIFE | ORIG CLM | SUCCESS | 5 | 04/10/92 |
| 06/17/92 | Yoon, Jay | BEECHGROVE | IN | TAYLOR, STEVE | 51725 | BREAST CANCER | BC/BR IN | ORIG CLM | SUCCESS | 6 | 06/16/92 |
| 06/17/92 | Yoon, Jay | BEECHGROVE | IN | TAYLOR, STEVE | 51725 | ANEMIA | MEDICARE | ORIG CLM | SUCCESS | 0 | 04/17/92 |
| 04/29/92 | Miller, Jneon | BEECHGROVE | IN | TAYLOR, STEVE | 51725 | NON-HODGKIN'S LYMPHOMA | KEY BENEFIT ADMINISTRATOR | ORIG CLM | SUCCESS | 0 | 04/29/92 |
| 08/03/92 | Pikus, Russell | COLUMBUS | IN | TAYLOR, STEVE | 51725 | MYELODYSPLASTIC SYNDROME | EQUICOR | ORIG CLM | SUCCESS | 2 | 07/14/92 |
| 06/04/92 | Cotire, John | INDIANAPOLIS | IN | TAYLOR, STEVE | 51725 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 2 | 07/16/92 |
| 08/20/92 | Koolly, Joseph | MUNCIE | IN | TAYLOR, STEVE | 51725 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 3 | 08/05/92 |
| 06/16/92 | Tabay, Tim | INDIANAPOLIS | IN | TAYLOR, STEVE | 51725 | MYELODYSPLASTIC SYNDROME | ELI LILLY | P/A | SUCCESS | 0 | 08/18/92 |
| 06/16/92 | Tabay, Tim | INDIANAPOLIS | IN | TAYLOR, STEVE | 51725 | CHRONIC RENAL FAILURE | MEDICARE | DEN-APPL | SUCCESS | 12 | 09/03/92 |
| 06/16/92 | Tabay, Tim | INDIANAPOLIS | IN | TAYLOR, STEVE | 51725 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/16/92 |
| 06/16/92 | Tabay, Tim | INDIANAPOLIS | IN | TAYLOR, STEVE | 51725 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/16/92 |
| 07/23/92 | Brettenfield, Richard | MUNCIE | IN | TAYLOR, STEVE | 51725 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/16/92 |
| 05/14/92 | Cotire, Juan | TERRE HAUTE | IN | TAYLOR, STEVE | 51725 | OVARIAN CANCER | SELECT CHOICE | ORIG CLM | SUCCESS | 0 | 07/15/92 |
| 07/24/92 | Pikus, Russell | COLUMBUS | IN | TAYLOR, STEVE | 51725 | DIABETES MELLITUS | RURAL CARRIERS BENEFIT | ORIG CLM | SUCCESS | 4 | 07/28/92 |
| 08/04/92 | Stepney, ALEXANDER | MUNSTER | IN | GANDY, PATRICIA | 52628 | AIDS, UNSPECIFIED | BANKERS MULTIPLE LINE | ORIG CLM | SUCCESS | 18 | 08/24/92 |

Highly Confidential

ORTHO 01050420
Confidential - Attorneys Only

MDL-OBI00062613

ORTHO MACRITILINE

PAGE: 6

| DATE OF CALL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/92 | Jones, Clifton | TOPEKA | KS | MEDLOCK,JR., OLIVER | 53123 | AIDS, UNSPECIFIED | BUSINESSMAN'S ASSURANCE | ORIG CLM | SUCCESS | 113 | 08/05/92 |
| 04/24/92 | Porter, Robert | TOPEKA | KS | MEDLOCK,JR., OLIVER | 53123 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 1 | 04/24/92 |
| 03/04/92 | Chong, Bruce | LOUISVILLE | KY | DURSO, DENNIS | 51723 | CHRONIC RENAL FAILURE | P/A | ORIG CLM | SUCCESS | 0 | 03/04/92 |
| 03/26/92 | Chong, Bruce | LOUISVILLE | KY | DURSO, DENNIS | 51723 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 03/26/92 |
| 04/20/92 | Desmukh, Yusuf | ELIZABTHTOWN | KY | DURSO, DENNIS | 51723 | MULTIPLE MYELOMA | AETNA LIFE AND CASUALTY | P/A | SUCCESS | 0 | 04/20/92 |
| 07/15/92 | Carter, Anthony | TOMPKINSVILLE | KY | DURSO, DENNIS | 51723 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 4 | 07/19/92 |
| 01/20/92 | Bees, E. Douglas | LEXINGTON | KY | DURSO, DENNIS | 51723 | MULTIPLE MYELOMA | METROPOLITAN LIFE | ORIG CLM | SUCCESS | 75 | 04/13/92 |
| 04/04/92 | Ferguson, Tom | LEXINGTON | KY | DURSO, DENNIS | 51723 | CHRONIC RENAL FAILURE | MEDICAID | ORIG CLM | SUCCESS | 75 | 06/18/92 |
| 03/18/92 | Ferguson, Tom | LEXINGTON | KY | DURSO, DENNIS | 51723 | DIABETES MELLITUS | HEALTHWISE | ORIG CLM | SUCCESS | 92 | 06/18/92 |
| 03/18/92 | Ferguson, Tom | LEXINGTON | KY | DURSO, DENNIS | 51723 | CHRON. GLOMERULONEPHRITIS | CAMPUS | ORIG CLM | SUCCESS | 92 | 06/18/92 |
| 04/01/92 | Ferguson, Tom | LEXINGTON | KY | DURSO, DENNIS | 51723 | NEOPLASTIC SYNDROME | MEDICARE | ORIG CLM | SUCCESS | 3 | 04/04/92 |
| | KENTUCKY HOME THEAT., | | | | | | | | | | |
| 03/24/92 | Hendrix, Ricky | SHREVEPORT | LA | HALL, MELISSA | 52903 | CHRONIC RENAL FAILURE | BLUES AL | ORIG CLM | SUCCESS | 1 | 03/25/92 |
| 01/24/92 | Morgan, Larry | NEW ORLEANS | LA | HALL, MELISSA | 52903 | MYELOFIBROSIS | MEDICARE | 029-APPL | SUCCESS | 198 | 07/24/92 |
| 06/24/92 | Bailey, John | LAFAYETTE | LA | HALL, MELISSA | 52923 | ANEMIA | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/24/92 |
| 07/10/92 | Flood, Steven | BOSTON | MA | DILLING, ANDREW | 51020 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/10/92 |
| 05/20/92 | Fang, Leslie | BOSTON | MA | SMALL, SUSAN | 51020 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 1 | 05/21/92 |
| 06/01/92 | Linda, Peggy | BOSTON | MA | SMALL, SUSAN | 51020 | HIV, UNSPECIFIED | TRANSTHAT LIFE | P/A | SUCCESS | 0 | 06/01/92 |
| 02/19/92 | Barrowcliffe, John | HYDE PARK | MA | WONG, BET SET | 51021 | BREAST CANCER | MEDEX (BC/BS) | ORIG CLM | SUCCESS | 0 | 02/19/92 |
| 04/09/92 | DESHPANDE, CHARLES | NATICK | MA | CONRAD | 51032 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 2 | 04/09/92 |
| 01/07/92 | DeLeo, Michael | PITTSFIELD | MA | TAGGART, TERENCE | 51025 | CHRONIC RENAL FAILURE | BERKSHIRE HEALTH PLAN | ORIG CLM | SUCCESS | 4 | 01/17/92 |
| 03/19/92 | DeLeo, Michael | PITTSFIELD | MA | TAGGART, TERENCE | 51025 | MULTIPLE MYELOMA | MEDEX (BC/BS) | ORIG CLM | SUCCESS | 5 | 03/19/92 |
| 04/13/92 | Fingers, Howard | GLOUCESTER | MA | D'LEARY, RICH | 52106 | MEGLOPLASTIC SYNDROME | AMERICAN FOREIGN SVC PRO | ORIG CLM | SUCCESS | 4 | 04/17/92 |
| 05/05/92 | Gallagher, Stephen | PLYMOUTH | MA | BOND, ANA MARIA | 52106 | CHRONIC RENAL FAILURE | BC/BS MA | ORIG CLM | SUCCESS | 1 | 05/06/92 |
| 03/02/92 | Fortman, Kenneth | WORCESTER | MA | DANDY, PATRICIA | 52628 | HIV, UNSPECIFIED | TRAVELERS | ORIG CLM | SUCCESS | 1 | 03/03/92 |
| 06/03/92 | SMITH, DAVID | EASTON | MD | PETREE, DAVID | 51900 | CHRONIC RENAL FAILURE | BC/BS MD | P/A | SUCCESS | 1 | 06/04/92 |
| 07/29/92 | Zypier, Samuel | BALTIMORE | MD | PETREE, DAVID | 51900 | CHRONIC RENAL FAILURE | MEDICARE(TRAVELERS RR) | ORIG CLM | SUCCESS | 1 | 07/30/92 |
| 01/04/92 | Balow, Denise | BALTIMORE | MD | PETREE, DAVID | 51900 | CHRONIC RENAL FAILURE | MEDICARE(PA BS) | ORIG CLM | SUCCESS | 1 | 01/04/92 |
| 03/18/92 | Simpson, Dona | BALTIMORE | MD | PETREE, DAVID | 51900 | HIV, UNSPECIFIED | MEDICARE(PA BS) | ORIG CLM | SUCCESS | 0 | 03/18/92 |
| 07/07/92 | Wood, William | EASTON | MD | PETREE, DAVID | 51900 | CHRONIC RENAL FAILURE | MEDICARE(BC/BS MD) | ORIG CLM | SUCCESS | 0 | 07/07/92 |

Highly Confidential

ORTHO 01050421
Confidential - Attorneys Only

MDL-OBI00062614

ORTHO PROCRITLINE

PAGE: 7

| DATE OF CALL | CALLER | STATE | SALES REPRESENTATIVE | CITY | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/92 | Wood, William | MD | PETNER, DAVID | EASTON | 51920 | CHRONIC RENAL FAILURE | BC/BS MD | P/A | SUCCESS | 0 | 07/07/92 |
| 04/10/92 | Kaplan, Irvin | MD | PETNER, DAVID | BALTIMORE | 51920 | CHRONIC RENAL DISEASE | MEDICARE(ECI/28 MD) | ORIG CLM | SUCCESS | 0 | 04/10/92 |
| 05/07/92 | Schaefer, ALAN | MD | PETNER, DAVID | BALTIMORE | 51902 | ACUTE RENAL FAILURE | MEDICARE(64/28 MD) | ORIG CLM | SUCCESS | 0 | 05/07/92 |
| 01/08/92 | Hendingen, Thomas | MD | ARNE, EGBERT | GREENBELT | 51926 | ANEMIA | TRAN NATIONAL CAPITAL | ORIG CLM | SUCCESS | 1 | 01/29/92 |
| 07/07/92 | Asny, Fannie | MD | ARNE, EGBERT | CLINTON | 51916 | CHRONIC RENAL FAILURE | MEDICARE(RECI/28 MD) | ORIG CLM | SUCCESS | 0 | 07/07/92 |
| 02/11/92 | Bogie, Ralph | MD | WILLIAMS, MARK | ROCKVILLE | 51907 | CHRONIC RENAL FAILURE | MEDICARE(ZA BS) | ORIG CLM | SUCCESS | 0 | 02/11/92 |
| 02/12/92 | SMITH, DAVID | MD | MORST, DONA | EASTON | 51928 | CHRONIC RENAL FAILURE | MEDICARE(ZA MD) | ORIG CLM | SUCCESS | 0 | 02/12/92 |
| 06/26/92 | Yousef, Zahir | MD | MORST, DONA | PRINCE FREDERICK | 51926 | CHRONIC RENAL FAILURE | MEDICARE(BEFORE MD) | ORIG CLM | SUCCESS | 0 | 06/26/92 |
| 06/26/92 | Sahm, Pamela | MD | MORST, DONA | CLINTON | 51928 | CHRONIC RENAL FAILURE | MEDICARE(BEFORE MD) | ORIG CLM | SUCCESS | 0 | 06/26/92 |
| 04/03/92 | Arend, Dulave | MD | MORST, DONA | GREENBELT | 51928 | APLASTIC/REFRACT ANEMIA | CHAMPUS | ORIG CLM | SUCCESS | 0 | 01/04/92 |
| 04/15/92 | Bute, Otto | MD | GLASSMAN, LISA | HAGERSTOWN | 51990 | END STAGE RENAL DISEASE | CARESTINE | ORIG CLM | SUCCESS | 0 | 04/07/92 |
|  |  |  |  |  |  |  | BC/BS MD |  |  |  | 04/15/92 |
| 02/11/92 | Eastern Medical Ctr, Susan | ME | SCOTT, JOHN | BANGOR | 51027 | CHRONIC RENAL DISEASE | BC/BS ME | P/A | SUCCESS | 0 | 02/11/92 |
| 04/20/92 | Minen, Richard | ME | O'LEARY, RICH | BLUE HILL | 51032 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 08/20/92 |
| 07/01/92 | Harold, Susan | MI | BALAD-SCOTT, ZANA | DETROIT | 52822 | LUNG CANCER | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/01/92 |
| 07/01/92 | Harold, Susan | MI | BALAD SCOTT, ZANA | DETROIT | 52822 | MULTIPLE MYELOMA | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/01/92 |
| 07/01/92 | Harold, Susan | MI | BALAD-SCOTT, ZANA | DETROIT | 52822 | MULTIPLE MYELOMA | MEDICAID | ORIG CLM | SUCCESS | 0 | 07/01/92 |
| 07/01/92 | Harold, Susan | MI | BALAD-SCOTT, ZANA | DETROIT | 52822 | LUNG CANCER | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/01/92 |
| 06/30/92 | Robinov, Almand | MI | BACAM, MELINDA | LAPORTA | 52822 | MYELODYSPLASTIC SYNDROME | BC/BS MI | P/A | SUCCESS | 0 | 06/30/92 |
| 07/24/92 | Prescott, Laura | MI | BACAW, MELINDA | WEST BRANCH | 52822 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 4 | 07/24/92 |
| 07/07/92 | TUCKER, WILLIAM | MI | STARK, CHRISTI | LAPIER | 52833 | PROSTATE CANCER | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/14/92 |
| 02/19/92 | Flynn, Thomas | MN | ECOIT, BRENDA | MINNEAPOLIS | 52820 | MYELOPROLIFERATIVE SYNDROME | MEDIX CHOICE (PPP) | ORIG CLM | SUCCESS | 1 | 02/20/92 |
| 01/13/92 | Him, Phil | MN | ECOIT, BRENDA | EDINA | 52820 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 78 | 03/31/92 |
| 01/23/92 | Delmaga, MORTON | MN | ECOIT, BRENDA | MINNEAPOLIS | 52820 | MYELODYSPLASTIC SYNDROME | MEDIX CHOICE (PPP) | ORIG CLM | SUCCESS | 0 | 01/15/92 |
| 02/18/92 | BAUMGARTNER, JOHN | MN | ECOIT, BRENDA | EDINA | 52820 | ANEMIA | MEDICARE | ORIG CLM | SUCCESS | 69 | 05/31/92 |
| 02/27/92 | Lenker, Wayne | MN | ECOIT, BRENDA | MINNEAPOLIS | 52820 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 1 | 02/19/92 |
| 01/24/92 | Flynn, Thomas | MN | ECOIT, BRENDA | MINNEAPOLIS | 52820 | APLASTIC/REFRACT ANEMIA | STATE FARM | ORIG CLM | SUCCESS | 1 | 02/28/92 |
| 01/04/92 | Stensler, Mark | MN | ECOIT, BRENDA | MANKATO | 52820 | MULTIPLE MYELOMA | MEDICAID | ORIG CLM | SUCCESS | 79 | 06/05/92 |
| 02/10/92 | Arena, Wijnreder | MN | ECOIT, BRENDA | MINNEAPOLIS | 52820 | ACUTE RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 01/04/92 |
| 02/11/92 | Schmatz, BURTON | MN | ECOIT, BRENDA | MINNEAPOLIS | 52820 | ANEMIA | NW NATIONAL LIFE | P/A | SUCCESS | 69 | 03/30/92 |
| 02/11/92 | Dueden, Bruce | MN | ECOIT, BRENDA | EDINA | 52820 | DIABETES MELLITUS | MEDICARE | P/A | SUCCESS | 0 | 02/11/92 |
| 02/13/92 | Xeeler, Harold | MN | SCOTT, BRENDA | MINNEAPOLIS | 52820 | PANCYTOPENIA | BC/BS MN | P/A | SUCCESS | 0 | 02/26/92 |

ORTHO 01050422
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062615

PAGE: 5

ORTHO PROCRIT/LINE

| DATE OF CALL | DEALER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | CATS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/92 | Schwartz, Burton | MINNEAPOLIS | MN | SCOTT, BRENDA | 52820 | ESOPHAGEAL CANCER | MEDICA CHOICE (HMO) | P/A | SUCCESS | 0 | 05/04/92 |
| 03/30/92 | Berman, David | MINNEAPOLIS | MN | KUNKEL, JOSEPH | 52821 | RENAL INSUFFICIENCY | BC/BS MN | ORIG CLM | SUCCESS | 1 | 03/31/92 |
| 06/19/92 | Oncologic Consultants, | EDINA | MN | ANDERSON, DEBORAH | 52822 | CHRONIC RENAL FAILURE | MEDICARE(TRAVELERS) | ORIG CLM | SUCCESS | 0 | 06/19/92 |
| 06/29/92 | Rosenberg, Mark | MINNEAPOLIS | MN | ANDERSON, DEBORAH | 52822 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/29/92 |
| 01/13/92 | Blumenthal, David | ST. LOUIS | MO | WARREN, R. LANCE | 53121 | ANEMIA | MEDICARE(GEN. AMERICAN) | ORIG CLM | SUCCESS | 205 | 04/05/92 |
| 04/09/92 | Kisberagh, Paul | SPRINGFIELD | MO | WARREN, R. LANCE | 53121 | AIDS, UNSPECIFIED | PRUDENTIAL | ORIG CLM | SUCCESS | 0 | 04/06/92 |
| 03/26/92 | Petrowski, Paul | ST. LOUIS | MO | WARREN, R. LANCE | 53121 | NEOPLASM/SARCOMA OF BONE | THE GUARDIAN | ORIG CLM | SUCCESS | 2 | 04/24/92 |
| 06/14/92 | Chu, Charles | ST. LOUIS | MO | WARREN, R. LANCE | 53121 | CHRONIC RENAL FAILURE | NO STATE MED. CARE PLAN | P/A | SUCCESS | 0 | 02/26/92 |
| 06/04/92 | Abbou, Nancy | KANSAS CITY | MO | MEDLOCK, JR, OLIVER | 53123 | DIALYSIS CHRONIC | MEDICARE(GEN. AMERICAN) | ORIG CLM | SUCCESS | 0 | 06/10/92 |
| 06/15/92 | Abbou, Nancy | KANSAS CITY | MO | MEDLOCK, JR, OLIVER | 53123 | RENAL CELL CARCINOMA | MET LIFE | ORIG CLM | SUCCESS | 0 | 06/15/92 |
| 06/09/92 | Zenfield, Steven | BRIDGETON | MO | BRASCHER, BARBARA | 53124 | ANEMIA | UNITED FOOD & COMMERCIAL | P/A | SUCCESS | 0 | 06/11/92 |
| 06/09/92 | Midwest Nephrology, | KANSAS CITY | MO | BRASCHER, BARBARA | 53124 | CHRONIC RENAL FAILURE | TRAVELERS | ORIG CLM | SUCCESS | 0 | 06/09/92 |
| 06/05/92 | Etenfel, M.D. | GREENVILLE | MS | MILLSAWY, JAMES | 52626 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/05/92 |
| 06/03/92 | U of MS Renal Clinic, | JACKSON | MS | MILLSAWY, JAMES | 52626 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/03/92 |
| 07/29/92 | Boxton, Chrisym | JACKSON | MS | MILLSAWY, JAMES | 52626 | COLON CANCER | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/29/92 |
| 04/18/92 | Lentz, Chris | LANE DEER | MT | DIZZELLE-FITE, KPH, BRANDON | 53824 | CHRONIC RENAL FAILURE | MEDICAID | ORIG CLM | SUCCESS | 0 | 04/18/92 |
| 04/02/92 | Boat, Amos | WILMINGTON | NC | WANNABELL, ROBERT | 51925 | MULTIPLE MYELOMA | MEDICARE (TRAVELERS MD) | NON-APPL | SUCCESS | 0 | 04/05/92 |
| 01/07/92 | McNulty, Billy | WILMINGTON | NC | WILLIAMS, PAUL | 52600 | MYELODYSPLASTIC SYNDROME | STATE OF NC, BENEFIT PLAN | ORIG CLM | SUCCESS | 125 | 01/08/92 |
| 02/06/92 | Carolina Kidney Assoc, | GREENSBORO | NC | WILLIAMS, PAUL, | 52600 | CHRONIC RENAL FAILURE | CAROLINA/VA UTCU REF | P/A | SUCCESS | 6 | 02/17/92 |
| 02/15/92 | Cook, Charles | RALEIGH | NC | WILLIAMS, PAUL, | 52600 | ANEMIA | STATE OF NC, BENEFIT PLAN | P/A | SUCCESS | 2 | 02/15/92 |
| 02/16/92 | Carolina Kidney Assoc, | GREENSBORO | NC | WILLIAMS, PAUL, | 52600 | CHRONIC RENAL FAILURE | FEDERATED MUTUAL | P/A | SUCCESS | 0 | 02/16/92 |
| 02/27/92 | Johnson, Harold | DURHAM | NC | WILLIAMS, PAUL, | 52600 | MULTIPLE MYELOMA | AETNA | P/A | SUCCESS | 2 | 03/10/92 |
| 01/21/92 | Dunmire, Robert | WINSTON-SALEM | NC | WILLIAMS, PAUL, | 52600 | ATL UNSPECIFIED | MAIL HANDLERS | ORIG CLM | SUCCESS | 0 | 02/16/92 |
| 04/09/92 | ECU School of Med., | GREENVILLE | NC | WILLIAMS, PAUL, | 52600 | CHRONIC RENAL FAILURE | STATE OF NC, BENEFIT PLAN | ORIG CLM | SUCCESS | 19 | 04/14/92 |
| 06/03/92 | Raleigh Hem/Onc, | RALEIGH | NC | WILLIAMS, PAUL, | 52600 | MYELODYSPLASTIC SYNDROME | MEDICAID | ORIG CLM | SUCCESS | 2 | 01/22/92 |
| 06/19/92 | Iofly, Marx | RALEIGH | NC | WILLIAMS, PAUL, | 52600 | MULTIPLE MYELOMA | BC/BS NC | ORIG CLM | SUCCESS | 116 | 06/05/92 |
| 03/25/92 | Olin, David | GREENSBORO | NC | WILLIAMS, PAUL, | 52600 | MYELODYSPLASTIC SYNDROME | BC/BS NC | ORIG CLM | SUCCESS | 4 | 04/02/92 |
| | | | | | | AURNIA | TRAVELERS | P/A | SUCCESS | 0 | 04/22/92 |
| 03/04/92 | Halik, Thomas | FARGO | ND | MARTINEZ-SCOTT, BRENDA | 52624 | CHRONIC RENAL FAILURE | BC/BS ND | ORIG CLM | SUCCESS | 1 | 03/05/92 |

Highly Confidential

ORTHO 01050423
Confidential - Attorneys Only

MDL-OBI00062616

ORTHO PROCULTLINE

PAGE: 9

| DATE OF CALL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/24/92 | Amin, Bipin | BISMARCK | ND | BRATTNER-SCOTT, BRENDA | 52624 | ANEMIA | MAIL HANDLERS | ORIG CLM | SUCCESS | 2 | 06/26/92 |
| 01/23/92 | Tucker, James | EXETER | NH | SCOTT, JOHN | 51027 | DIABETIC NEPHROPATHY | BC/BS NH | ORIG CLM | SUCCESS | 0 | 01/23/92 |
| 07/15/92 | Peraino, Robert | LITTLETON | NH | SCOTT, JOHN | 51027 | CHRONIC RENAL FAILURE | MEDICARE | P/A | SUCCESS | 0 | 07/15/92 |
| 02/11/92 | Mikhoff, Richard | EDISON | NJ | MAZUR, MARK | 51521 | MYELOPROLIFERATIVE DISEASE | NJ MEDICARE AUTHORITY | N/A | SUCCESS | 7 | 02/18/92 |
| 01/14/92 | Mikhoff, Richard | EDISON | NJ | MAZUR, MARK | 51521 | LUNG CANCER | DENY-APPL | DENY-APPL | SUCCESS | 147 | 06/09/92 |
| 06/05/92 | Mikhoff, Richard | EDISON | NJ | MAZUR, MARK | 51521 | ADVANCED | TRANSPORT LIFE | ORIG CLM | SUCCESS | 2 | 06/05/92 |
| 06/03/92 | Rim, Hugh | NEW BRUNSWICK | NJ | MAZUR, MARK | 51521 | AIDS, UNSPECIFIED | BC/BS NJ | N/A | SUCCESS | 2 | 06/05/92 |
| 08/17/92 | Dora, Parvez | TOMS RIVER | NJ | MAZUR, MARK | 51323 | BLADDER CANCER | MEDICAID | ORIG CLM | SUCCESS | 35 | 10/21/92 |
| 06/19/92 | Nirentian, U. | HACKETTSTOWN | NJ | LIGOURI, PHIL | 51522 | CHRONIC RENAL FAILURE | EMPIRE BC/BS | ORIG CLM | SUCCESS | 8 | 06/19/92 |
| 05/14/92 | Lowenthal, Dennis | SPRINGFIELD | NJ | RIBAK, DAVID | 51528 | MULTIPLE MYELOMA | MEDICARE | ORIG CLM | SUCCESS | 84 | 08/10/92 |
| 06/16/92 | Brikner, David | ALBUQUERQUE | NM | MCCLELLAN, DEAN | 53225 | AIDS, UNSPECIFIED | HEALTH PLUS | ORIG CLM | SUCCESS | 0 | 06/19/92 |
| 06/03/92 | Lorenzky, Allan | SANTA FE | NM | MARLOWE, DARYLE | 53250 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 3 | 06/03/92 |
| 01/07/92 | Propp, Richard | ALBANY | NY | TAGGART, TERENCE | 51025 | RENAL INSUFFICIENCY | | N/A | SUCCESS | 0 | 01/07/92 |
| 06/24/92 | Goffman, Mark | GLENS FALLS | NY | TAGGART, TERENCE | 51025 | CHRONIC RENAL FAILURE | MEDICARE (OR WESTERN NY) | ORIG CLM | SUCCESS | 3 | 06/26/92 |
| 02/25/92 | Shah, Amisk | POUGHKEEPSIE | NY | TAGGART, TERENCE | 51025 | CHRONIC RENAL FAILURE | MEDICARE (OR WESTERN NY) | ORIG CLM | SUCCESS | 0 | 06/04/92 |
| 03/02/92 | Allara, Robert | ALBANY | NY | TAGGART, TERENCE | 51025 | CHRONIC RENAL FAILURE | MEDICARE (EMPIRE BC/BS) | ORIG CLM | SUCCESS | 1 | 03/03/92 |
| 06/24/92 | Jameson, Gershom | SCHENECTADY | NY | TAGGART, TERENCE | 51025 | CHRONIC RENAL FAILURE | BC/BS NE NY | DENY-APPL | SUCCESS | 162 | 03/03/92 |
| 08/12/92 | Churchill, David | LIVERPOOL | NY | FERTIANO, KEVIN | 51025 | CMEA | CMEA | ORIG CLM | SUCCESS | 3 | 06/09/92 |
| 06/27/92 | Good Samaritan Hosp, M | NEW YORK? | NY | O'DONNELL, MARY | 51029 | THROMBOCYTHEMIA | GHI | ORIG CLM | SUCCESS | 1 | 06/29/92 |
| 07/09/92 | BIASIEWICZ, MARY | MINEOLA | NY | MACGLUSCO, MARY BETH | 51121 | CHRONIC RENAL FAILURE | AETNA LIFE AND CASUALTY | ORIG CLM | SUCCESS | 4 | 08/27/92 |
| 07/16/92 | Shalako, Fred | FREEPORT | NY | MACGLUSCO, MARY BETH | 51125 | CHRONIC RENAL FAILURE | MEDICARE (EMPIRE BC/BS) | ORIG CLM | SUCCESS | 5 | 07/14/92 |
| 01/10/92 | Slone, James | ROCHESTER | NY | DIET, ROB | 51125 | CHRONIC RENAL FAILURE | MEDICARE (EMPIRE BC/BS) | ORIG CLM | SUCCESS | 5 | 07/14/92 |
| 23/28/92 | Asher, Thomas | SYRACUSE | NY | DIET, ROB | 51220 | CHRONIC RENAL FAILURE | PREFERRED CARE | ORIG CLM | SUCCESS | 0 | 01/13/92 |
| 01/14/92 | Cortell, Stanley | NEW YORK | NY | SINGHERA, MARTHA | 51300 | OVARIAN CANCER | CONNECTICUT GENERAL | ORIG CLM | SUCCESS | 0 | 01/27/92 |
| 07/28/92 | Parker, Julina | BRONX | NY | QUINN, LOLLY | 53321 | CHRONIC RENAL FAILURE | EMPIRE BC/BS | N/A | SUCCESS | 204 | 06/05/92 |
| 06/29/92 | Bal, Karol | LONG ISLAND | NY | QUINN, LOLLY | 51321 | CHRONIC RENAL FAILURE | MEDICARE (EMPIRE BC/BS) | ORIG CLM | SUCCESS | 0 | 07/02/92 |
| 06/16/92 | YASS, ROBERT | NEW YORK | NY | QUINN, LOLLY | 51321 | MYELODYSPLASTIC SYNDROME | TRAVELERS | ORIG CLM | SUCCESS | 0 | 07/22/92 |
| 07/24/92 | Stein, Martin | NEW YORK | NY | QUINN, LOLLY | 51321 | AIDS, UNSPECIFIED | EMPIRE BC/BS | ORIG CLM | SUCCESS | 1 | 04/16/92 |
| 07/24/92 | Coputo, Thomas | NEW YORK | NY | QUINN, LOLLY | 51321 | CHRONIC RENAL FAILURE | PRUDENTIAL | N/A | SUCCESS | 4 | 07/24/92 |
| 01/31/92 | Zaino, Edward | GARDEN CITY | NY | NG, JENNIFER | 51330 | OVARIAN CANCER | MEDICARE (EMPIRE BC/BS) | ORIG CLM | SUCCESS | 0 | 01/31/92 |

ORTHO 01050424
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062617

ORTHO PRODUCTS,INC

PAGE: 10

| DATE OF CALL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/24/92 | Curtin, Lawrence | STONYBROOK | NY | WU, JENNIFER | 51331 | ANEMIA | MEDICARE | DEN-APPL | SUCCESS | 67 | 02/31/92 |
| 02/18/92 | Walker, John | PORT JEFFERSON | NY | WU, JENNIFER | 51331 | CHRONIC RENAL FAILURE | NY PRESCRIPTION SERVICES | P/A | SUCCESS | 55 | 01/15/92 |
| 05/15/92 | PETTER, JAMES | GLENCOVE | NY | WU, JENNIFER | 51331 | MULTIPLE MYELOMA | EMPIRE BC/BS | ORIG CLM | SUCCESS | 2 | 01/15/92 |
| 01/03/92 | Weiner, Bernard | BRONX | NY | CORNIFFE, RALPH | 51332 | CHRONIC RENAL FAILURE | MEDICARE (EMPIRE BC/BS) | DEN-APPL | SUCCESS | 0 | 01/03/92 |
| 02/19/92 | Pappozzi, Paul | KINGSTOWN | NY | VAN BUREN, MARK | 51333 | CHRONIC RENAL FAILURE | MEDICARE (EMPIRE BC/BS) | ORIG CLM | SUCCESS | 0 | 02/19/92 |
| 02/26/92 | Stallings, Lawrence | WOOSTER | OH | MOHR, STUART | 51200 | APLASTIC/REFRACT ANEMIA | AETNA LIFE AND CASUALTY | ORIG CLM | SUCCESS | 0 | 02/26/92 |
| 02/05/92 | Dillion, John | COLUMBUS | OH | MOHR, STUART | 51200 | CHRONIC RENAL FAILURE | COMMUNITY MUTUAL BC/BS | ORIG CLM | SUCCESS | 0 | 02/05/92 |
| 02/24/92 | Russell, Gregory | CANTON | OH | MOHR, STUART | 51200 | CHRONIC RENAL FAILURE | KLAIS & CO | ORIG CLM | SUCCESS | 4 | 02/26/92 |
| 04/16/92 | Anthony, Jahad | CANTON | OH | MOHR, STUART | 51200 | CHRONIC RENAL FAILURE | ALLCARE | ORIG CLM | SUCCESS | 3 | 04/20/92 |
| 05/29/92 | Anthony, Jahad | CANTON | OH | MOHR, STUART | 51200 | CHRONIC RENAL FAILURE | AETNA LIFE AND CASUALTY | ORIG CLM | SUCCESS | 1 | 06/01/92 |
| 07/22/92 | MT SINAI MED CENTER, | CLEVELAND | OH | MOHR, STUART | 51200 | CHRONIC RENAL FAILURE | MCARE OH | ORIG CLM | SUCCESS | 0 | 07/22/92 |
| 06/21/92 | Kuntz, Dwayne | ALLIANCE | OH | MOHR, STUART | 51200 | CHRONIC RENAL FAILURE | MEDICARE | DRIG CLM | SUCCESS | 0 | 06/21/92 |
| 08/12/92 | Spears, John | CANTON | OH | MOHR, STUART | 51200 | DIABETES MELLITUS | MEDICARE | ORIG CLM | SUCCESS | 0 | 08/12/92 |
| 06/27/92 | McFeeley, Patrick | WARSAW | OH | MOHR, STUART | 51200 | DIABETES MELLITUS | FOREST CITY ENTERPRISE | ORIG CLM | SUCCESS | 0 | 07/06/92 |
| 07/24/92 | Lahey, Alan | CLEVELAND | OH | DAVIDSON, LISA | 51221 | MULTIPLE MYELOMA | AETNA LIFE AND CASUALTY | ORIG CLM | SUCCESS | 0 | 04/14/92 |
| 04/14/92 | Key, William | COLUMBUS | OH | CONTI, LISA | 51720 | DIABETES MELLITUS | AETNA LIFE AND CASUALTY | ORIG CLM | SUCCESS | 1 | 04/15/92 |
| 04/29/92 | Key, William | COLUMBUS | OH | CONTI, LISA | 51720 | CHRONIC RENAL FAILURE | PYP OF CENTRAL OHIO | ORIG CLM | SUCCESS | 45 | 06/13/92 |
| 04/03/92 | Koger, Lee | COLUMBUS | OH | CONTI, LISA | 51720 | CHRONIC RENAL FAILURE | BC/BS | ORIG CLM | SUCCESS | 137 | 02/26/92 |
| 01/14/92 | Key, William | COLUMBUS | OH | CONTI, LISA | 51720 | MYELOPROLIFERATIVE SYNDROME | MEDICARE | ORIG CLM | SUCCESS | 1 | 07/03/92 |
| 03/02/92 | Gerard, Henry | LIMA | OH | CONTI, LISA | 51720 | CHRONIC RENAL FAILURE | AETNA | ORIG CLM | SUCCESS | 1 | 07/03/92 |
| 07/01/92 | IMER, David | LIMA | OH | CONTI, LISA | 51720 | CHRONIC RENAL FAILURE | NATIONAL RX | ORIG CLM | SUCCESS | 0 | 08/16/92 |
| 06/17/92 | Key, William | COLUMBUS | OH | CONTI, LISA | 51720 | | | | | | |
| 07/02/92 | Krowsey, John | TULSA | OK | MALLOWELL, ERIC | 53122 | CHRONIC RENAL FAILURE | METROPOLITAN | P/A | SUCCESS | 43 | 07/04/92 |
| 07/25/92 | BERGER, Thomas | TULSA | OK | MALLOWELL, ERIC | 53122 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 63 | 03/21/92 |
| 05/19/92 | van Nortwick, Barry | TULSA | OK | MALLOWELL, ERIC | 53122 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 05/19/92 |
| 03/02/92 | Kerr, Richard | SALEM | OR | WEST, DAVID | 53824 | CHRONIC RENAL FAILURE | CAPITOL HEALTH CARE | ORIG CLM | SUCCESS | 0 | 03/02/92 |
| 06/11/92 | Russell, Stuart | SPRINGFIELD | OR | WEST, DAVID | 53824 | CHRONIC RENAL FAILURE | MEDICAID | ORIG CLM | SUCCESS | 0 | 06/11/92 |
| 08/27/92 | Saphell, Darius | MCKEESPORT | PA | GIST, ROB | 51220 | CHRONIC RENAL FAILURE | MAIL MANAGERS | DRIG CLM | SUCCESS | 0 | 06/27/92 |
| 01/25/92 | HILL, FRANCIS | ERIE | PA | GIST, ROB | | DIABETES MELLITUS | MEDICARE (INS WESTERN NY) | P/A | SUCCESS | 50 | 03/15/92 |
| 02/14/92 | Rajna, Robert | ELLWOOD CITY | PA | SHINBROCK, ELIZABETH | 51825 | ANEMIA | MEDICARE | ORIG CLM | SUCCESS | 5 | 02/19/92 |

ORTHO 01050425
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062618

ORTHO PROCRETLINE

PAGE: 11

| DATE OF CALL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DATE | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/26/92 | Harrison, Anthony | PITTSBURGH | PA | RHINEHOCK, ELIZABETH | 51525 | OVARIAN CANCER | BC WESTERN PA | ORIG CLM | SUCCESS | 2 | 05/28/92 |
| 07/01/92 | Chiovo, Carmen | JOHNSTOWN | PA | RHINEHOCK, ELIZABETH | 51525 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 5 | 07/06/92 |
| 06/18/92 | Luporello, J. | PITTSBURGH | PA | RHINEHOCK, ELIZABETH | 51525 | CHRONIC RENAL FAILURE | MEDICAID | ORIG CLM | SUCCESS | 0 | 06/18/92 |
| 06/03/92 | Gaddy, Nancy | GREENSBURG | PA | RHINEHOCK, ELIZABETH | 51525 | CHRONIC RENAL FAILURE | AETNA LIFE AND CASUALTY | ORIG CLM | SUCCESS | 0 | 08/03/92 |
| 05/28/92 | OVERLEY, KYLIE | LATROBE | PA | RHINEHOCK, ELIZABETH | 51525 | BREAST CANCER | MEDICARE(TRAVELERS RR) | ORIG CLM | SUCCESS | 0 | 05/28/92 |
| 06/11/92 | Uniontown Hospital, # | UNIONTOWN | PA | RHINEHOCK, ELIZABETH | 51525 | MULTIPLE MYELOMA | MEDICARE | ORIG CLM | SUCCESS | 19 | 07/30/92 |
| 06/26/92 | Mc Gill, RITA | PITTSBURGH | PA | RHINEHOCK, ELIZABETH | 51525 | OVARIAN CANCER | BC/BS PA | ORIG CLM | SUCCESS | 0 | 06/26/92 |
| 06/15/92 | WYNETT, WILLIAM | JOHNSTOWN | PA | RHINEHOCK, ELIZABETH | 51525 | CHRONIC RENAL FAILURE | TRAVELERS | ORIG CLM | SUCCESS | 1 | 06/15/92 |
| 07/23/92 | Mc Gill, RITA | PITTSBURGH | PA | RHINEHOCK, ELIZABETH | 51525 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/23/92 |
| 06/11/92 | Gribide, Michael | PITTSBURGH | PA | RHINEHOCK, ELIZABETH | 51525 | NEPHROSCLEROSIS | BC WESTERN PA | ORIG CLM | SUCCESS | 1 | 07/09/92 |
| 06/25/92 | Vergila, James | PITTSBURGH | PA | RHINEHOCK, ELIZABETH | 51525 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/25/92 |
| 06/24/92 | Chrismer, Robert | BRADDOCK | PA | CICI, JOSEPH | 51524 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/24/92 |
| 07/14/92 | Vergila, James | LATITTOWN | PA | CICI, JOSEPH | 51524 | CHRONIC RENAL FAILURE | BC/BS PA | ORIG CLM | SUCCESS | 1 | 07/14/92 |
| 04/17/92 | Levin, Sam | PHILADELPHIA | PA | CICI, JOSEPH | 51524 | CHRONIC RENAL FAILURE | BC/BS PA | P/A | SUCCESS | 0 | 06/20/92 |
| 07/14/92 | Snyder, Samuel | LANCASTER | PA | DEMPSEY, JOHN | 51524 | AIDS, UNSPECIFIED | MEDICAID | ORIG CLM | SUCCESS | 0 | 07/14/92 |
| 04/02/92 | Reeder, David | PHILADELPHIA | PA | DEMPSEY, JOHN | 51524 | ANEMIA | BC/BS PA | P/A | SUCCESS | 13 | 06/15/92 |
| 04/12/92 | BARKET, MARY | WEST REDDING | PA | GOOD, DORIE | 51525 | RENAL INSUFFICIENCY | BC WESTERN PA | ORIG CLM | SUCCESS | 5 | 02/03/92 |
| 01/21/92 | Benjamin, Joseph | PARKERVILLE | PA | GOOD, DORIE | 51525 | CHRONIC RENAL FAILURE | FREEDOM HEALTH | P/A | SUCCESS | 5 | 02/20/92 |
| 02/12/92 | Schleiffer, Charles | LANSDOWNE | PA | GOOD, DORIE | 51525 | ARV, UNSPECIFIED | INDEPENDENCE BC | ORIG CLM | SUCCESS | 3 | 02/20/92 |
| 07/23/92 | Opticon Gary | WESTCHESTER | PA | GOOD, DORIE | 51525 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 3 | 08/31/92 |
| 06/28/92 | Opticolara | HALLVILLE | PA | GOOD, DORIE | 51525 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 06/25/92 |
| 04/23/92 | Pinnell, Richard | WYNNEWOOD | PA | GOOD, DORIE | 51525 | CONGESTIVE HEART FAILURE | BC/BS PA | ORIG CLM | SUCCESS | 7 | 04/27/92 |
| 04/02/92 | Silver, Bruce | WYNNEWOOD | PA | GOOD, DORIE | 51525 | CHRONIC RENAL FAILURE | INDEPENDENCE BC | ORIG CLM | SUCCESS | 0 | 04/09/92 |
| 04/02/92 | Urribbe, Francis | PHILADELPHIA | PA | GOOD, DORIE | 51525 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 04/16/92 |
| 03/09/92 | Brey, Susan | PHILADELPHIA | PA | GOOD, DORIE | 51525 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 03/09/92 |
| 05/07/92 | MEMORIAL DAY ASSOC, | LANCASTER | PA | GOOD, DORIE | 51525 | RENAL INSUFFICIENCY | GREAT WEST | ORIG CLM | SUCCESS | 0 | 06/03/92 |
| 05/26/92 | Berkin, Hardy | EXTON | PA | GOOD, DORIE | 51525 | MYELODYSPLASTIC SYNDROME | RAMP & CO | ORIG CLM | SUCCESS | 26 | 07/14/92 |
| 06/18/92 | BOGART, ARTHUR | PHILADELPHIA | PA | GOOD, DORIE | 51525 | | | ORIG CLM | | | |
| 06/04/92 | Ortz, John | CHARLESTON | SC | RAFFIN, CHARLIE | 51900 | RENAL INSUFFICIENCY | PROVIDENT LIFE AND ACCIDE | P/A | SUCCESS | 0 | 06/04/92 |
| 05/07/92 | Greenville Mem Hosp, | GREENVILLE | SC | DAVIS, MELANIE | 52421 | MYELOPLASTIC SYNDROME | MEDICARE | SUB-APPL | SUCCESS | 76 | 07/22/92 |
| 01/14/92 | Dobias, Matthew | LAMBERGBERG | TN | THOMPSON, BENNIE | 52100 | CHRONIC RENAL FAILURE | BC/BS TN | P/A | SUCCESS | 26 | 02/11/92 |
| 04/23/92 | Vanderbilt Univ Hosp, | NASHVILLE | TN | THOMPSON, BENNIE | 52100 | CHRONIC RENAL FAILURE | MEDICAID | P/A | SUCCESS | 0 | 04/23/92 |

ORTHO 01050426
Confidential - Attorneys Only

Highly Confidential

ORTHO PRICELINE

| DATE OF CALL | DEALER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/29/92 | McDonnell, Robert | MARYVILLE | TN | THOMPSON, RONNIE | 52100 | CHRONIC RENAL FAILURE | BC/BS TN | ORIG CLM | SUCCESS | 62 | 03/31/92 |
| 07/30/92 | Reid, William | OAK RIDGE | TN | BURKS, MELANIE | 52423 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 07/30/92 |
| 02/10/92 | Raub, Fred | MEMPHIS | TN | MILLARMY, JAMES | 52426 | END STAGE RENAL DISEASE | MEDICARE | P/A | SUCCESS | 0 | 02/10/92 |
| 05/21/92 | Schomisky, John | MEMPHIS | TN | MILLARMY, JAMES | 52426 | PROSTATE CANCER | MEDICARE | ORIG CLM | SUCCESS | 0 | 05/21/92 |
| 02/10/92 | Toomey, J. Dudley | AUSTIN | TX | SCALLAN,JR, CASSIE | 52922 | CHRONIC RENAL FAILURE | EQUICOR | ORIG CLM | SUCCESS | 0 | 02/10/92 |
| 05/27/92 | Aung, Mark | EL PASO | TX | SCALLAN,JR, CASSIE | 52922 | PROSTATE CANCER | EQUICOR | P/A | SUCCESS | 0 | 04/14/92 |
| 04/14/92 | Cecchino, Fernando | EL PASO | TX | SCALLAN,JR, CASSIE | 52922 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 0 | 04/05/92 |
| 04/05/92 | GREEN III, J.T. | TEMPLE | TX | DEALEXI, MAC | 52924 | CHRONIC LYMPHOCYTIC LEUK | MEDICAID | ORIG CLM | SUCCESS | 0 | 01/02/92 |
| 04/09/92 | McGervey, Scott | BEAUMONT | TX | GRAY, PHILIP | 52894 | CHRONIC RENAL FAILURE | BC/BS TX | ORIG CLM | SUCCESS | 3 | 01/06/92 |
| 01/02/92 | Morelli, Guillermo | HOUSTON | TX | DUPRE, DANIEL | 53100 | CHRONIC RENAL FAILURE | ALTA | ORIG CLM | SUCCESS | 0 | 01/03/92 |
| 01/03/92 | Morelli, Guillermo | HOUSTON | TX | DUPRE, DANIEL | 53100 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 3 | 04/24/92 |
| 01/23/92 | Callahan, David | HOUSTON | TX | CALLAHANY, DAVID | 53100 | CHRONIC RENAL FAILURE | LEGAL SECURITY | P/A | SUCCESS | 2 | 08/24/92 |
| 04/22/92 | Julian Anne Thorgensen | ARLINGTON | TX | ZETHION, BENJAMIN | 53120 | MULTIPLE MYELOMA | EQUICOR | ORIG CLM | SUCCESS | 55 | 08/24/92 |
| 08/19/92 | Adams, John | DALLAS | TX | RINGER, KIMBERLY | 53125 | LUNG CANCER | MEDICARE | ORIG CLM | SUCCESS | 0 | 03/24/92 |
| 06/20/92 | Shaw, Aamarillah | FORT WORTH | TX | RINGER, KIMBERLY | 53126 | BREAST CANCER | PRINCIPAL MUTUAL LIFE | ORIG CLM | SUCCESS | 0 | 03/26/92 |
| 03/26/92 | DeCrow, Mark | FORT WORTH | TX | RINGER, KIMBERLY | 53126 | ROCHESTER DISEASE | JEFFERSON PILOT | ORIG CLM | SUCCESS | 5 | 03/31/92 |
| 03/26/92 | Redrow, Mark | FORT WORTH | TX | RINGER, KIMBERLY | 53126 | APLASTIC/REFRACT ANEMIA | AARP | ORIG CLM | SUCCESS | 0 | 03/24/92 |
| 06/14/92 | ORO CASTILLO, LINDA | SAN ANTONIO | TX | RINGER, KIMBERLY | 53116 | BREAST CANCER | MEDICARE | ORIG CLM | SUCCESS | 5 | 02/14/92 |
| 02/13/92 | Derry, Richard | CANTON | TX | GUSTAFSON, SANDRA | 53120 | APLASTIC/REFRACT ANEMIA | ANTHEM | ORIG CLM | SUCCESS | 0 | 03/24/92 |
| 03/24/92 | Bernard, Robert | HOUSTON | TX | GUSTAFSON, SANDRA | 53179 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 1 | 02/04/92 |
| 02/03/92 | Bravo, Cesar | HOUSTON | TX | GUSTAFSON, SANDRA | 53129 | AIDS, UNSPECIFIED | HEART OF AMERICA | ORIG CLM | SUCCESS | 0 | 04/23/92 |
| 06/09/92 | Koslitz, Carl | SALT LAKE CITY | UT | RUSSELL, CARL | 53601 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 1 | 07/27/92 |
| 07/27/92 | Ihery, Michael | SALT LAKE CITY | UT | BARTON, MICHAEL | 53820 | CHRONIC RENAL FAILURE | HEALTHWISE BC/BS OF UTAH | P/A | SUCCESS | 1 | 03/23/92 |
| 03/23/92 | Evens, Thomas | SALT LAKE | UT | BARTON, MICHAEL | 53820 | HIV, UNSPECIFIED | MEDICAID | GEN-APPL | SUCCESS | | |
| 06/11/92 | Amer, Shashidharsh | FARMVILLE | VA | WILLIS, LISA | 51923 | CHRONIC RENAL FAILURE | LINDA WELFARE FUND | ORIG CLM | SUCCESS | 8 | 06/19/92 |
| 01/27/92 | Redd, Charles | CHARLOTTESVILLE | VA | WILLIS, LISA | 51923 | WALDENSTROM'S DISEASE | MEDICARE(TRAVELERS) | ORIG CLM | SUCCESS | 64 | 11/01/92 |
| 02/07/92 | Richardson, Paul | PULASKI | VA | WILLIS, LISA | 51923 | CHRONIC RENAL FAILURE | MEDICARE(TRAVELERS) | ORIG CLM | SUCCESS | 0 | 02/07/92 |
| 03/26/92 | Redd, Charles | CHARLOTTESVILLE | VA | WILLIS, LISA | 51923 | MYELOMATOSIS | BC/BS VA | P/A | SUCCESS | 132 | 08/05/92 |
| 05/18/92 | SILVERMAN, BRUCE | RICHMOND | VA | WILLIS, LISA | 51923 | END STAGE RENAL DISEASE | BC/BS VA | ORIG CLM | SUCCESS | 0 | 05/18/92 |

Highly Confidential

ORTHO 01050427
Confidential - Attorneys Only

MDL-OBI00062620

ORTHO PROCEDURLINE

PAGE: 13

| DATE OF CALL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | ISSUER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/28/92 | Delacruz-Genan, F. A. | NORFOLK | VA | WILLEY, LISA | 51925 | CHRONIC RENAL DISEASE | CHAMPUS | ORIG CLM | SUCCESS | 0 | 07/28/92 |
| 07/21/92 | Kelman, Robert | ARLINGTON | VA | WILLAMAS, MARK | 51027 | HIV, UNSPECIFIED | PRUDENTIAL MUTUAL LIFE | ORIG CLM | SUCCESS | 3 | 07/24/92 |
| 07/14/92 | Frederickson, R. A. | NORFOLK | VA | THOMPSON, MARIE | 51031 | CHRONIC RENAL FAILURE | MEDICAID | P/A | SUCCESS | 0 | 07/14/92 |
| 07/16/92 | Bailey, Thomas | NORFOLK | VA | THOMPSON, MARIE | 51037 | CHRONIC RENAL FAILURE | MEDICARE(TRAVELERS) | ORIG CLM | SUCCESS | 0 | 07/16/92 |
| 06/26/92 | Bleckner, Gregory | OLYMPIA | WA | FONG, MAICHI | 53628 | CHRONIC RENAL FAILURE | METROPOLITAN | ORIG CLM | SUCCESS | 2 | 06/26/92 |
| 02/13/92 | Schneider, Paul | TACOMA | WA | WEST, DAVID | 53846 | CHRONIC RENAL FAILURE | CHAMPUS | ORIG CLM | SUCCESS | 1 | 02/13/92 |
| 01/09/92 | Reinoehl, Randolph | LA CROSSE | WI | RANTZEGA-SCOTT, BRENDA | 52626 | MYELODYSPLASTIC SYNDROME | CLAIM MANAGEMENT SERVICES | P/A | SUCCESS | 42 | 12/03/92 |
| 05/19/92 | Pundza, Stephen | LA CROSS | WI | RANTZEGA-SCOTT, BRENDA | 52626 | CHRON. GLOMERULONEPHRITIS | CUSTOM BENEFIT ADM | P/A | SUCCESS | 1 | 05/20/92 |
| 03/09/92 | Racine Medical Clinic, | RACINE | WI | KONKEL, JOSEPH | 52821 | APLASTIC/REFRACT ANEMIA | METROPOLITAN | P/A | SUCCESS | 81 | 05/30/92 |
| 06/17/92 | Fond du Lac Clinic, | FOND DU LAC | WI | KONKEL, JOSEPH | 52821 | ANEMIA | MEDICAID | ORIG CLM | SUCCESS | 51 | 06/07/92 |
| 06/19/92 | Lee, David | CHARLESTON | WV | LUCAS, KIM LYNN | 51720 | MULTIPLE MYELOMA | PUBLIC EMPLOYEES INS ADM | ORIG CLM | SUCCESS | 7 | 06/26/92 |
| 03/06/92 | Chapman, George | MARTINSBURG | WV | WILLAMAS, MARK | 51027 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | SUCCESS | 5 | 03/11/92 |

ORTHO 01050428
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062621

ORTHO PROCRIT(R) LINE

PAGE 1

| TY of CL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/92 | Shah, Roland | Lancaster | CA | Barfari,Jr., Philip | 53220 | Aplastic/Refract Anemia | Medicare (Transamerica) | Den-Appl. | Denied | 0 | 01/20/92 |
| 1/01/92 | Gordon, Earl | Los Angeles | CA | Barfari,Jr., Philip | 53220 | Chronic Renal Failure | Medicare (Transamerica) | Orig Clm | Denied | 1 | 07/02/92 |
| 1/21/92 | Castillo, Michael | Buena Oaks | CA | Barfari,Jr., Philip | 53220 | AIDS, Unspecified | Empire BCBN | Den-Appl. | Denied | 0 | 01/21/92 |
| 1/13/92 | Challis, Mary | Simi Valley | CA | Barfari,Jr., Philip | 53220 | Non-Medical Lymphoma | Metropolitan Life | Den-Appl. | Denied | 0 | 06/15/92 |
| 1/26/92 | Moran, Brenna | Covina | CA | Unson, Timothy | 53226 | Chronic Renal Failure | Ball Union Glass Fixing | Orig Clm | Denied | 0 | 06/26/92 |
| 6/15/92 | Sorensen, Jim | Santela Rivers | LA | Good, Keith | 53227 | Multiple Myeloma | Metropolitan | Orig Clm | Denied | 11 | 06/26/92 |
| 7/17/92 | Schreier, Walter | Los Angeles | CA | Badiles, Susan | 53660 | Chronic Lymphocytic Leuk | Medicare (Transamerica) | Orig Clm | Denied | 79 | 07/30/92 |
| 7/31/92 | Chan, Gary | San Francisco | CA | Werner, Cheryl | 55603 | Anemia | CA Pacific Medical Group | P/A | | 0 | 07/31/92 |
| 10/27/92 | Mahoney, Richard | Denver | CO | Hills, George | 53822 | Colon Cancer | Medicare | Orig Clm | Denied | 81 | 04/14/92 |
| 10/04/92 | Cornwath, | Englewood | CO | Hills, George | 53822 | HIV, Unspecified | Medicare | Orig Clm | Denied | 0 | 08/04/92 |
| 06/15/92 | Davenhover, Garfield | Putnam | CT | Mai, Donald | 51022 | Nephritis/Nephrotic Syndrome | Diversified Gap Brokerage | Orig Clm | Denied | 0 | 06/15/92 |
| 01/20/92 | Bliss, Gary | Greenwich | CT | Rosenkram, Deborah | 51035 | AIDS, Unspecified | Physicians Health Service | Orig Clm | Denied | 5 | 02/04/92 |
| 01/21/92 | Liffin, Lawrence | Washington | DC | Asas, Robert | 51926 | Anemia | Medicare | Orig Clm | Denied | 0 | 01/21/92 |
| 01/09/92 | D'Angelo, James | Washington | DC | Asas, Robert | 51926 | Myelodysplastic Syndrome | Medicare | Den-Appl. | Denied | 81 | 03/30/92 |
| 02/07/92 | Miller, William | Newark | DE | Petree, David | 51920 | Chronic Renal Failure | Tri-State Han | Orig Clm | Denied | 3 | 02/10/92 |
| 03/10/92 | Marco, Frank | Dover | DE | Petree, David | 51920 | Chronic Renal Failure | Empire BC/BS | Orig Clm | Denied | 1 | 03/17/92 |
| 04/20/92 | Sweeter, Matthew | Panama City | FL | Aunt, Lynne | 52050 | Anemia | Medicare | Den-Appl. | Denied | 0 | 04/20/92 |
| 03/15/92 | Spartt, Paul | E. Miami | FL | Nixon, III, William | 52120 | Waldenstrom's Syndrome | Empire BC/BS | Orig Clm | Denied | 2 | 01/17/92 |
| 02/19/92 | Kamoosie Solutions, | Orlando | FL | Pokard, Paul | 52121 | HIV, Unspecified | American Heritage Life | Den-Appl. | Denied | 155 | 08/05/92 |
| 02/13/92 | Cannery, Charles | Gainesville | FL | Arnow, Marana | 52181 | Ovarine Cancer | Medicare | Orig Clm | Denied | 46 | 03/29/92 |
| 01/15/92 | Ivey, Terrence | North Miami Beach | FL | Jamison, Brandon | 52183 | HIV, Unspecified | Aetna Life and Casualty | Orig Clm | Denied | 0 | 01/15/92 |
| 06/04/92 | Kaiser, Kumar | Pompano Beach | FL | Jamison, Brandon | 52133 | Chronic Renal Failure | Medicare | Orig Clm | Denied | 0 | 06/04/92 |
| 07/15/92 | Ameiros, Joy | Orlando | FL | Campbell, Robin | 52124 | Ovarian Cancer | Medicare | Orig Clm | Denied | 0 | 07/20/92 |
| 04/10/92 | Mendoza, Rebecca | Altemonte Springs | FL | Campbell, Robin | 52124 | Breast Cancer | American Medical Security | Orig Clm | Denied | 6 | 04/16/92 |
| 04/15/92 | Desis Oncol. Ctr... | Ocala | FL | Ortiz-Torres, Carlos | 52137 | Aplastic/Refract Anemia | Medicare | Den-Appl. | Denied | 0 | 04/15/92 |
| 05/28/92 | Whaley, William | Atlanta | GA | Scott, Lesia | 52205 | Lung Cancer | Medicare | Orig Clm | Denied | 0 | 05/28/92 |
| 05/26/92 | Levit, Norman | Honolulu | HI | Luras, Cynthia | 53223 | Multiple Myeloma | Kaiser Permanente | P/A | Denied | 0 | 05/26/92 |

ORTHO 01050429
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062622

ORTHO PROFITLINE

PAGE: 2

| DATE OF CALL | CALLER | SALES REPRESENTATIVE | STATE | CITY | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DATE | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/92 | Univ of IA Hospital, | Rauth, Susan | IA | Iowa City | 52627 | CHRONIC RENAL FAILURE | TRAVELERS | ORIG CLM | DENIED | 22 | 04/03/92 |
| 04/11/92 | Oei, Limerson | Blackmore, Rachel | IA | Omaha | 52835 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | DENIED | 0 | 03/11/92 |
| 01/10/92 | Croelius, Catherine | Cherry, Peter | IL | Chicago | 52621 | AIDS, UNSPECIFIED | IL MASONIC COMM HLTH PLAN | ORIG CLM | DENIED | 3 | 01/15/92 |
| 02/27/92 | Krawcow, Sheldon | Cherry, Peter | IL | Oak Park | 52621 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | DENIED | 4 | 03/02/92 |
| 05/19/92 | Carey, Robert | Small, Susan | MA | Boston | 51620 | PROSTATE CANCER | MEDICARE | DEN-APPL | DENIED | 10 | 05/29/92 |
| 01/10/92 | Allerton, Jeff | Bond, Ann Maria | MA | Boston | 52126 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | DENIED | 3 | 01/15/92 |
| 04/29/92 | Miller, Kenneth | Villamao, Mark | MO | Olney | 51927 | MULTIPLE MYELOMA | MEDICARE(PA 85) | ORIG CLM | DENIED | 3 | 07/01/92 |
| 07/15/92 | Collins, Margarita | Mitchell, James | MI | Rochester Hills | 52623 | MYELODYSPLASTIC SYNDROME | BC/BS MI | N/A | DENIED | 5 | 07/20/92 |
| 01/15/92 | Rosenberg, Mark | Scott, Brenda | ME | Minneapolis | 52820 | POLYCYSTIC KIDNEY | BC/BS IA | ORIG CLM | DENIED | 0 | 01/15/92 |
| 04/28/92 | Pendergrass, Kelly | Warren, R. Lance | MO | Kansas City | 53121 | MYELOFIBROSIS | PROVIDENCE | ORIG CLM | DENIED | 0 | 04/28/92 |
| 05/29/92 | Lundby, Dan | Blackfire, Barbara | MO | St. Charles | 53124 | MYELODYSPLASTIC SYNDROME | MEDICARE(GRA. AMERICAN) | ORIG CLM | DENIED | 63 | 04/27/92 |
| 07/20/92 | Lundby, Dan | Blackfire, Barbara | MO | St. Charles | 53124 | APLASTIC/REFRACT ANEMIA | BCBS OF MO | DEN-APPL | DENIED | 0 | 07/20/92 |
| 07/24/92 | Brown, Randy | Blackfire, Barbara | MO | St Louis | 53124 | ACUTE MYELOID LEUKEMIA | LANDOS & ASSOCIATES | N/A | DENIED | 0 | 07/24/92 |
| 04/27/92 | Henderson, Harold | Hunt, Lynne | MA | Jackson | 52050 | ANEMIA | MEDICAID | ORIG CLM | DENIED | 0 | 04/27/92 |
| 07/07/92 | Bleck, Brad | Diceluli-Pete, RPh, Sharon | NT | Libby | 52826 | CHRONIC RENAL FAILURE | AMERICAN NATIONAL | ORIG CLM | DENIED | 3 | 07/10/92 |
| 04/09/92 | Barry, William | Williams, Paul | NC | Raleigh | 52400 | LYMPHOMA | MEDICARE | ORIG CLM | DENIED | 56 | 04/05/92 |
| 04/21/92 | De Castres, Carlos | Williams, Paul | NC | Durham | 52600 | APLASTIC/REFRACT ANEMIA | BANKERS LIFE | N/A | DENIED | 0 | 04/21/92 |
| 04/23/92 | Beis, Allen | Closer, Mark | NE | Lincoln | 52826 | MYELODYSPLASTIC SYNDROME | MEDICARE | DEN-APPL | DENIED | 3 | 04/28/92 |
| 05/03/92 | Li, Yvonne | Simeckra, Marsha | NJ | South Orange | 51500 | MYELOFIBROSIS | U.S. HEALTH CARE | ORIG CLM | DENIED | 1 | 03/04/92 |
| 06/05/92 | Callich, Marsha | Guidi, Joe | NJ | Highland Park | 51122 | AIDS, UNSPECIFIED | CONED 1992 | ORIG CLM | DENIED | 0 | 06/05/92 |
| 07/24/92 | Matthews, Mark | Maine, Mark | NJ | New Brunswick | 51521 | CHRONIC RENAL FAILURE | HIP-RUTGERS MED. PLAN | ORIG CLM | DENIED | 0 | 07/24/92 |
| 05/26/92 | Jamieson, Kerrista | Maine, Mark | NJ | Mountainside | 51521 | CHRONIC RENAL FAILURE | HIP-RUTGERS MED. PLAN | ORIG CLM | DENIED | 0 | 05/26/92 |
| 02/07/92 | Shah, Harish | Ligonti, Phil | NJ | Wayne | 51522 | APLASTIC/REFRACT ANEMIA | MEDICARE | ORIG CLM | DENIED | 0 | 02/07/92 |

ORTHO 01050430
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062623

ORTHO PROCESSLINE

PAGE 3

| DATE OF CALL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/07/92 | Isinger, Dev | BAYONNE | NJ | LIGGERI, PAUL | 51922 | MYELODYSPLASTIC SYNDROME | MEDICARE | ORIG CLM | DENIED | 117 | 09/01/92 |
| 08/20/92 | Gudkin, Michael | LIVINGSTON | NJ | BYRAM, DAVID | 51928 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | DENIED | 0 | 08/20/92 |
| 08/20/92 | Gudkin, Michael | LIVINGSTON | NJ | BYRAM, DAVID | 51928 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | DENIED | 0 | 08/20/92 |
| 08/20/92 | Gudkin, Michael | LIVINGSTON | NJ | BYRAM, DAVID | 51928 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | DENIED | 0 | 08/20/92 |
| 08/20/92 | Gudkin, Michael | LIVINGSTON | NJ | BYRAM, DAVID | 51928 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | DENIED | 0 | 08/20/92 |
| 08/20/92 | Gudkin, Michael | LIVINGSTON | NJ | BYRAM, DAVID | 51928 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | DENIED | 0 | 08/20/92 |
| 08/23/92 | Bale, Patricia | FORT EDWARD | NY | FERRIGAN, KEVIN | 51029 | ANEMIA | MEDICARE (EMPIRE BC/BS) | ORIG CLM | DENIED | 1 | 08/24/92 |
| 06/09/92 | Landau, Stuart | SEAFORD | NY | BLANGIARDO, MARY | 51100 | COLON CANCER | GHI | P/A | DENIED | 0 | 06/09/92 |
| 06/04/92 | Luciano, Anthony | MANHASSET | NY | RIEGAL, CHRISTOPHER | 51130 | CHRONIC RENAL FAILURE | MEDICARE (EMPIRE BC/BS) | ORIG CLM | DENIED | 0 | 06/04/92 |
| 06/08/92 | Visiting Nurses Assn. | PLAINVIEW | NY | O'DONNELL, MARY | 51131 | CHRONIC RENAL FAILURE | MEDICARE (EMPIRE BC/BS) | ORIG CLM | DENIED | 1 | 06/09/92 |
| 02/12/92 | Hewitt, Ross | BUFFALO | NY | GIST, BOB | 51230 | HIV, UNSPECIFIED | METROPOLITAN LIFE | ORIG CLM | DENIED | 0 | 02/12/92 |
| 01/23/92 | DILLON, STEPHEN | NEW YORK | NY | QUINN, LOLLY | 51321 | AIDS, UNSPECIFIED | EMPIRE BC/BS | ORIG CLM | DENIED | 0 | 01/23/92 |
| 06/29/92 | Kochster, Howard | NEW YORK | NY | QUINN, LOLLY | 51321 | UTERINE CANCER | BC/BS NJ | ORIG CLM | DENIED | 0 | 06/29/92 |
| 05/27/92 | Doctor's Hospital, | COLUMBUS | OH | MOHR, STUART | 51200 | SICKLE CELL ANEMIA | MEDICAID | P/A | DENIED | 0 | 05/27/92 |
| 05/27/92 | Doctor's Hospital, | COLUMBUS | OH | MOHR, STUART | 51200 | OVARIAN CANCER | MEDICAID | P/A | DENIED | 0 | 05/27/92 |
| 05/29/92 | Doctor's Hospital, | COLUMBUS | OH | MOHR, STUART | 51210 | NEOPLASM, UNKNOWN | MEDICAID | P/A | DENIED | 0 | 05/29/92 |
| 05/31/92 | Benjamin, David | COLUMBUS | OH | CORTI, LISA | 51720 | MYELOFIBROSIS | HEALTH OHIO | P/A | DENIED | 23 | 06/23/92 |
| 01/24/92 | Dearimy, Mary Pat | COLUMBUS | OH | CORTI, LISA | 51720 | MYELODYSPLASTIC SYNDROME | MEDICARE | OEN-APPL | DENIED | 0 | 01/24/92 |
| 02/05/92 | Behman, Cheryl | COLUMBUS | OH | CORTI, LISA | 51720 | CHRONIC RENAL FAILURE | PAP OF CENTRAL OHIO | P/A | DENIED | 0 | 02/05/92 |
| 12/11/92 | Paterchak, Bill | COLUMBUS | OH | CORTI, LISA | 51720 | SICKLE CELL ANEMIA | MEDICAID | P/A | DENIED | 0 | 12/11/92 |
| 07/15/92 | Singh, Sandeep | TOLEDO | OH | MITCHELL, JAMES | 52622 | DIABETES MELLITUS | BC/BS MI | ORIG CLM | DENIED | 0 | 07/15/92 |
| 08/20/92 | Golden, Samuel | PITTSBURGH | PA | ROBINSON, JILLIAN | 51323 | AIDS, UNSPECIFIED | KAISER | P/A | DENIED | 6 | 08/26/92 |
| 02/28/92 | Zeigler, Julie | PITTSBURGH | PA | KRINBROCK, ELIZABETH | 51325 | APLASTIC/REFRACT ANEMIA | MEDICARE | ORIG CLM | DENIED | 150 | 07/30/92 |
| 05/04/92 | Jefferson Comm. Phar., 8 | JEFFERSON | PA | KRINBROCK, ELIZABETH | 51325 | NEOPLASM, UNKNOWN | MEDICARE | P/A | DENIED | 48 | 06/21/92 |
| 06/15/92 | VOGHT, WILLIAM | JOHNSTOWN | PA | KRINBROCK, ELIZABETH | 51225 | WALDENSTROM'S DISEASE | MEDICARE | P/A | DENIED | 31 | 07/16/92 |
| 08/12/92 | Clinic, Matthew | PITTSBURGH | PA | KRINBROCK, ELIZABETH | 51323 | ANEMIA | RC WESTERN PA | ORIG CLM | DENIED | 1 | 08/13/92 |
| 04/23/92 | Lévy, Henry | WYNNEWOOD | PA | WALLACE, CHERYL | 51923 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLM | DENIED | 1 | 04/24/92 |
| 03/25/92 | Lopez, N.J. | MEDIA | PA | WALLACE, CHERYL | 51523 | ANEMIA | MEDICARE | ORIG CLM | DENIED | 1 | 03/31/92 |
| 06/16/92 | Fiechta, Peter | MEADOWBROOK | PA | CIDI, JOSEPH | 51524 | MYELOFIBROTIC SYNDROME | MEDICARE | ORIG CLM | DENIED | 48 | 06/16/92 |
| 06/18/92 | Feldman, Arthur | PHILADELPHIA | PA | GOOD, DORIE | 51525 | CHRON LYMPHOCYTIC LEUK | GREATER ATLANTIC HLTH PLN | ORIG CLM | DENIED | 0 | 06/18/92 |
| 07/14/92 | Meyer, Alan | DARBY | PA | GOOD, DORIE | 51529 | POLYCYSTIC KIDNEY | INDEPENDENCE BC | ORIG CLM | DENIED | 2 | 07/16/92 |

ORTHO 01050431
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062624

ORTHO PROCRIT LINE

PAGE 6

| DATE OF CALL | CALLER | CITY | STATE | SALES REPRESENTATIVE | TERRITORY | DIAGNOSIS | INSURER | ORIGINAL STATUS | CURRENT STATUS | DAYS | DATE OF RESOLUTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/17/92 | DE GREEN, PETER | LANCASTER | PA | GOOD, DORIS | 51525 | MULTIPLE MYELOMA | MEDICARE | DEN-APPL | DENIED | 0 | 08/17/92 |
| 08/17/92 | DE GREEN, PETER | LANCASTER | PA | GOOD, DORIS | 51525 | LUNG CANCER | MEDICARE | DEN-APPL | DENIED | 0 | 08/17/92 |
| 05/29/92 | Carter Cancer TuPes, | COLUMBIA | SC | SEXTON, THOMAS | 53434 | BREAST CANCER | MEDICARE | ORIG CLN | DENIED | 0 | 05/29/92 |
| 04/20/92 | Vanhevelle, Kathleen | ABERDEEN | ID | MEDLOCK,JR, OLIVER | 55123 | CHRONIC RENAL FAILURE | UNION BANKERS | P/A | DENIED | 0 | 04/20/92 |
| 07/15/92 | CARLMARK, | HOUSTON | TX | SMITH, PAM | 52000 | AIDS, UNSPECIFIED | AETNA | P/A | DENIED | 0 | 07/15/92 |
| 05/05/92 | Rodales, Fernando | EL PASO | TX | SCALLAN,JR, CARRIE | 52022 | DIABETES MELLITUS | UNION FIDELITY LIFE INS. | ORIG CLN | DENIED | 1 | 05/06/92 |
| 04/07/92 | Avil, James | AUSTIN | TX | SCARLET, INC | 52922 | LEUKEMIA, UNSPECIFIED | PRUCARE | ORIG CLN | DENIED | 0 | 04/07/92 |
| 04/16/92 | ESTERHOUSE, # | DALLAS | TX | CALLAWAY, DAVID | 53120 | HIV, UNSPECIFIED | CENTRAL STATES H&W FUND | DEN-APPL | DENIED | 0 | 04/16/92 |
| 06/11/92 | Moore, Michael | DALLAS | TX | RINGER, KIMBERLY | 53126 | BRAIN CANCER | CHESTERFIELD RESOURCES | P/A | DENIED | 5 | 04/16/92 |
| 02/04/92 | Anthony, Paul | DALLAS | TX | RINGER, KIMBERLY | 53126 | THROMBOCYTHEMIA | NATIONAL FINANCE INC. | ORIG CLN | DENIED | 57 | 04/01/92 |
| 06/09/92 | Allen, Brody | DALLAS | TX | RINGLEA, KIMBERLY | 53126 | AIDS, UNSPECIFIED | MEDICAID | ORIG CLN | DENIED | 2 | 06/09/92 |
| 07/10/92 | DIAMOND, RUEAU | DALLAS | TX | RINGER, KIMBERLY | 53126 | AIDS, UNSPECIFIED | CENTRAL STATES H&W FUND | ORIG CLN | DENIED | 12 | 07/22/92 |
| 08/10/92 | McKay Zee Home Care, | OGDEN | UT | BARTON, MICHAEL | 53820 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLN | DENIED | 0 | 08/10/92 |
| 03/11/92 | McGee, Richard | EDMOND | LA | MANN, PAUL | 53825 | MYELOPROLIFERATIVE DISORD | MEDICARE | ORIG CLN | DENIED | 27 | 04/07/92 |
| 03/10/92 | TEMPELIS, LAURENCE | BURLINGTON | VT | GURNEL, JOSEPH | 53821 | ANEMIA | MUTUAL SERVICE LIFE | P/A | DENIED | 6 | 03/24/92 |
| 03/06/92 | Chapman, George | HATTIESBURG | MS | WILLIAMS, MARC | 51027 | CHRONIC RENAL FAILURE | MEDICARE | ORIG CLN | DENIED | 5 | 03/11/92 |

ORTHO 01050432
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062625

# FINANCIAL ASSISTANCE PROGRAM (FAP™)

ORTHO 01050433
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062626

## FINANCIAL ASSISTANCE PROGRAM (FAP)

### USAGE SUMMARY

- 1991:  235 PATIENTS ON FAP

- JANUARY - JULY 1992:  ALREADY 301 PATIENTS ON FAP!

- $1,987,200 FREE PROCRIT PROVIDED THROUGH FAP

- 833 Application have been received since program inception

  - 69% were approved
  - 31% were denied

- Of the 258 denials·

  - 79% due to insurance coverage
  - 21% due to excess income

ORTHO 01050434
Confidential - Attorneys Only

MDL-OBI00062627

## FINANCIAL ASSISTANCE PROGRAM

### PROCEDURES

1) FAP reviews application immediately upon receipt.

2) If insured, will pass on to PROCRITline to assist with reimbursement opportunities. If uninsured, less than $30,000 income and little savings/assets, patient is qualified. (Patients are allowed to own a home.)

3) FAP will explore publically funded programs that patient may be eligible for (i.e., State AIDS Drug Assistance Plans, EPIC for elderly in NY). If the program requires form enrollment and fees, the patient may decline to enroll. If so, FAP will supply ongoing free PROCRIT therapy. If they do enroll, FAP will supply free PROCRIT therapy until the other insurance program is in place.

4) If uninsured and income is greater than $30,000, FAP will review the application further. If unusual or insurmountable difficulties are involved, exception may be made and patient may be eligible for free PROCRIT.

5) Eligible patients will receive 60 days of therapy shipped to the physician.

6) Prior to the end of the 60-day period, FAP will contact the office to determine status of the patient (Is the patient still on PROCRIT? Has the dose changed?)

7) If appropriate, FAP will arrange for another 60 day therapy to be shipped to the physician.

8) If patient depletes the 60-day supply prior to FAP calling due to dosing changes, the physician should contact FAP to notify them of the dosing change and request additional drug.

9) Patient must be re-qualified every 6 months.

10) It is important that you do not present a set income level as one of the criteria for eligibility as this may deter physicians from utilizing the program.

ORTHO 01050435
Confidential - Attorneys Only

MDL-OBI00062628

## FINANCIAL ASSISTANCE PROGRAM

### STRATEGY

This program should be positioned differently with each type of customer to fit their needs. The following are benefits to the different customer groups that should be pointed out in your presentations:

- **Physicians/Nurses**

  - Provides free treatment to uninsured patients
  - Enables their patients to receive needed treatment regardless of insurance status

- **Hospital Pharmacists**

  - Patients admitted to hospital can use free PROCRIT from FAP instead of hospital inventory --> decreases pharmacy and hospital cost

  - Public hospitals required to provide treatment to patients regardless of insurance status can have these patients enrolled in FAP --> decreases pharmacy and hospital cost

- **Home Health Care**

  - Allows them to accept uninsured patients for treatment as added service to their physicians

* **Do not use set income criteria in presentations**

ORTHO 01050436
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062629

## FINANCIAL ASSISTANCE PROGRAM (FAP)

### QUESTIONS & ANSWERS

**Q.**   What are the criteria for eligibility?

**A.**   The only strict criteria is that the patient is uninsured and is non-dialysis. As far as income is concerned, there is no strict criteria. $30,000 is used as a reference point. If patients earn over $30,000, he/she is not automatically denied. FAP reviews all the circumstances surrounding the case. If there are unusual or insurmountable difficulties involved, exceptions may be made.

For this reason, you should not quote any income criteria when presenting this program. Stating a figure may seem exclusionary and may deter physicians from utilizing this program.

**Q.**   Most hospitals do not allow patients to bring in drug. How can a FAP patient get PROCRIT when he is in the hospital?

**A.**   If a patient is admitted, the physician can arrange to have a supply of PROCRIT shipped to the hospital for the patient. Thus, the patient does not withdraw drug from the hospital pharmacy inventory, resulting in cost savings for the pharmacy. The same arrangement can be made with home health care agencies. If an HHC is administering the drug and the physician wants it shipped to the HHC, he can note that on the application.

**Q.**   What is the process and how long does it take for a decision on the application?

**A.**   FAP applications are reviewed as soon as it is received. If there is an insurer listed, FAP will get PROCRITline involved to try to obtain reimbursement through the insurer. (Note in the FAP Summary that 74% of the denied cases were due to insurance coverage.) If a patient qualifies and there is no insurance listed, FAP will investigate as to whether the there are any publically funded programs available, such as AIDS Drug Assistance Plan (ADAP) in New York, PACE in Pennsylvania, etc. If so, FAP will call the office to inform them and the patient of this availability. If the program requires enrollment fees, the office or patient may declines to apply, in which case FAP will provide free drug for this patient. If the program is free, they are directed to use that program.

The physician receives notification within two weeks of receipt of application. FAP will also notify the appropriate Product Specialist via Voice Mail. Drug is then shipped within a week of decision.

If there is a special need for quicker turn-around, please call Bruce Williams or Jennifer Ng and they can have Pracon expedite the case and have a decision within a week. However, such situations should be exceptions.

ORTHO 01050437
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062630

# COST SHARING PROGRAM (CSP)

ORTHO 01050438
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062631

## COST SHARING PROGRAM (CSP)

### USAGE SUMMARY

- **32 CLAIMS FOR 1991**

- **1991 DISBURSEMENTS: $40,664**

  - INSURANCE COMPANY - 34%

  - PATIENT - 31%

  - PHARMACIES - 16%

  - HMO - 6%

  - PHYSICIANS - 6 %

  - HOSPITAL - 3%

  - EMPLOYER/SELF INSURED FUND - 3%

- **5 CLAIMS FOR 1992 RECEIVED ALREADY**

\* Note: Claims were expected to be low for 1991, the first year of product launch. Programs were not widely known until later in the year resulting in less patients on drug long enough to reach cap. Full utilization in 1992 will not be known until late 1993 since claims can be filed up to 12 months after the year of use.

ORTHO 01050439
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062632

## COST SHARING PROGRAM (CSP)

### ENHANCEMENTS

- REIMBURSEMENT RATE INCREASED FROM NET COST TO DISTRIBUTOR (NCD) + 10% TO **AWP**

- CALCULATION RATE FOR CAP INCREASED FROM NCD + 10% TO **AWP**

- CAP REMAINS $8,500

- PATIENTS REACH CAP EARLIER!

ORTHO 01050440
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062633

# COST SHARING PROGRAM (CSP)

## CALCULATIONS

All calculations are now based on AWP.  To calculate cap levels, we must first take a look at the AWP values for each strength:

- **AWP VALUES ARE AS FOLLOWS:**

    - 10,000 U/mL  =  $114.00/vial

    -  4,000 U/mL  =  $ 48.00/vial

    -  3,000 U/mL  =  $ 36.00/vial

    -  2,000 U/mL  =  $ 24.00/vial

**For a patient on 10,000 Unit vials, calculations are:**

- $8,500 Cap ÷ $114 AWP per vial  =  74.56 vials (or 746,000 Units) --> 75 vials

  * Patient on 10,000 Unit vials will reach cap after 75 vials

  * Patient on 10,000 U/mL T.I.W. will reach cap in 25 weeks:

    75 vials ÷ 3 vial/week  =  25 weeks

**For a patient on 4,000 U vials, calculations are:**

- $8,500 Cap ÷ $ 48 AWP per vial  =  177 vials (708,000 Units)

  * Patient on 4,000 Unit vials will reach cap after 177 vials

  * Patient of 8,000 U TIW (2 vials of 4,000 U/mL) will reach cap in 29 weeks:

    177 vials ÷ 6 vials/week  =  29 weeks

ORTHO 01050441
Confidential - Attorneys Only

# COST SHARING PROGRAM

## STRATEGY

This program can benefit many different customer groups.  When presenting the Cost Sharing Program, be sure to include the following benefits for each group:

- **Physicians/Nurses**

  - Offsets cost to their patients; drug is more affordable --> greater compliance
  - Encourages insurers to reimburse knowing they have a limited liability
  - Physicians eligible for 20% co-pay reimbursement

- **Hospital Pharmacists**

  - Maintaining PROCRIT as the brand allows patient to reach cap --> offsets cost to patient, insurer, and community (taxpyers)

  - Hospitals also eligible for 20% co-pay reimbursement

- **HMOs**

  - Limits their reimbursement liability per patient

- **Retail Pharmacies**

  - Eligible for co-pay reimbursement
  - For patients on limited drug plans, CSP frees up funds for other needed drug therapies

- **Patients**

  - Guaranteed not to pay more than $8,500 (AWP) per calendar year
  - Eligible for co-pay reimbursement
  - For patients on limited drug plans, CSP frees up funds for other needed drug therapies

- **General Public/Community**

  - Eases burden on public health costs
  - Reimbursement to Medicare/Medicaid and other public insurance programs --> lower cost to taxpayers

ORTHO 01050442
Confidential - Attorneys Only

MDL-OBI00062635

## COST SHARING PROGRAM

## QUESTIONS & ANSWERS

Q.   How does the new AWP-based calculations change the cap and how is this calculated?

A.   The cap will remain the same -- at $8,500. The cap amount of $8,500 and reimbursement rate are both based on AWP. Calculations are included in previous pages for your background information only. You should not get involved in calculations with customers. If they have any questions or need help in determining a patient's status regarding the cap, they should call the CSP 800 #. By getting involved with numbers and calculations, you can lose focus of your objective of presenting the benefits of the program and the importance of using PROCRIT only for nondialysis patients.

Q.   What is the best way to have physicians utilize this program?

A.   Leave a supply of brochures for the office and instruct them to hand one out to patients as soon as PROCRIT therapy is initiated. The patient will then know about this program and have an 800 # to contact. If patients call to receive the CSP Folder (containing claim forms, "Notice to Claims Processor" orange sticker, magnet, and rolodex card), they can assist us by informing their insurers about this program. This should encourage insurers to reimburse patients, knowing that their liability is capped, and should also influence them to "prefer" PROCRIT over the other brand.

Q.   How long does it take to pay a claim?

A.   If a claim is received with complete documentation (receipts, billing records, etc.), CSP can pay the claim within 2 weeks. The process is that upon receipt of a claim, they contact all parties involved in a case to confirm quantity used and to ensure that PROCRIT was the brand dispensed.

Q.   When should the patient, physician, or other potential beneficiaries call CSP?

A.   The office should instruct the patient to call as soon as possible, preferably upon initiation of PROCRIT therapy, so that they can receive all the forms up front. This will let them know what is needed to complete the claims form and ensure that they are tracking their usage. The folder also serves as a place to retain all receipts. All potential beneficiaries are encouraged to call as questions arise. However, **claims should not be submitted until after the cap is met.** It is preferable to receive all claims at once at the end of the year. However, CSP will process all claims as they are received. For cash flow purposes, it is understandable that claims may be submitted more frequently.

ORTHO 01050443
Confidential - Attorneys Only

Q.    How can a hospital, pharmacy, physician, or patient benefit from CSP?

A.    Insurers often cover only 80% of the cost  The remaining 20% is covered by a secondary insurer, if applicable.  Otherwise, the patient, hospital, pharmacy or physician pays the 20%.

The party paying the 20% co-pay is eligible for 20% of the Cost Sharing reimbursement for the amount over the cap.

> Example:  The expenditures for Patient Anne E. Mia is $10,500 (based on AWP) in a calendar year.  The total eligible reimbursement for Anne is $2,000.  The insurer paid 80% and Dr. Goodheart carried the other 20%.  The insurer is due $1,600, which is 80% of $2,000.  Dr. Goodheart is due $400, which is 20% of $2,000.

The Cost Sharing Program Summary (following this section), lists the categories of claimants so far.  You can see that the beneficiaries (under "Submitter" column) were 3rd Party Insurers, HMOs, patients, pharmacies, and physicians.  The only requirement is that each party eligible for reimbursement must fill out a claim.  If both the insurer and patient are eligible for reimbursement, they must both submit a claim.  The patient will not automatically receive his 20% just because the insurer submitted a claim.

Q.    How can a hospital benefit from this program?

A.    A hospital can benefit if they picked up the cost for the co-pay.  However, it is generally difficult for a hospital to realize these benefits because they usually can not track a patient's total usage.  Unless the patient receives all his PROCRIT from the hospital pharmacy, the only way a hospital would know if a patient reached the cap is if the patient informed the hospital.  The hospital would then have to submit a claim to obtain reimbursement.  Unfortunately, this is logistically difficult so hospitals have not generally been able to benefit as much as other customer types have.  However, if they are able to track usage and submit claims, they are certainly eligible.

ORTHO 01050444
Confidential - Attorneys Only

MDL-OBI00062637

## COST SHARING PROGRAM

### REIMBURSEMENT SUMMARY

January 1992 - August 1992

| Product Specialist | Physician | Physician Address | Submitter | Date | Amount |
|---|---|---|---|---|---|
| Dennis Durso | Mark Daughtery | 1780 Nicholasville Road #603<br>Lexington, KY  40503<br>(606) 277-4095 | BC/BS of Kentucky | 1/6/92<br>2/19/92 | $3,762.00<br>4,389.00 |
| Mark Van Buren | Lorraine Nardi | 160 Union Street<br>Poughkeepsie, NY  12601<br>(914) 471-2800 | Community Health<br>Plan | 2/5/92<br>4/2/92 | 3,103.65<br>1,463.00 |
| Paul Rowland | Steven Orman | 901 S. Tamiami Trail<br>Venice, FL  34285<br>(813) 484-3531 | Patient | 2/5/92 | 877.80 |
| Mary Tidd | Robert Winters | 2001 Santa Monica Boulevard, Suite 1285<br>Santa Monica, CA  90404<br>(310) 828-5525 | Aetna Health Plans | 2/19/92 | 773.20 |
| Cynthia Kubas | David McEwan | 550 S. Beretania Street<br>Honolulu, HI  96813<br>(808) 537-2211 | Hawaii Medical<br>Services Association | 3/13/92 | 1,228.92 |
| | | | Patient | 3/13/92 | 307.23 |
| David Callaway | Richard Olson | 3514 Cedar Springs Road<br>Dallas, TX  75219<br>(214) 520-1810 | Pruco of Texas | 4/2/92 | 4,901.05 |

ORTHO 01050445
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062638

| Product Specialist | Physician | Physician Address | Submitter | Date | Amount |
|---|---|---|---|---|---|
| William Mixson, III | Leonard A. Kalman | 7231 S.W. 63rd Avenue<br>Miami, FL  33143<br>(305) 666-3341 | Patient | 5/6/92 | 282.15 |
| Philip Nastasi, Jr. | Eugene Rogolsky | 4849 Van Nuys Boulevard, Suite 220<br>Sherman Oaks, CA  91403<br>(213) 872-0861 | Ad-R Pharmacy | 5/13/92 | 1,406.99 |
| Terence Gibney | Steve Miles | 200 UCLA Medical Plaza<br>Los Angeles, CA  90024<br>(213) 794-1274 | Ad-R Pharmacy | 5/15/92 | 231.36 |
| Michael Von Williams | Gordon Crofoot | 7737 Southwest Freeway, #725<br>Houston, TX  77074<br>(713) 995-6866 | Dr. Aziz Professional<br>Pharmacy | 5/29/92 | 10,094.70 |
| Jeanne Bell | F. Cole Wolford | 3280 Howell Mill Road<br>Atlanta, GA  30327<br>(404) 350-5776 | Time Insurance<br>Company | 5/29/92 | 3,417.15 |
| Craig Phillips | Dr. Rosenstock | 190 JFK Circle, Suite 103<br>Atlantis, FL  33462<br>(407) 965-1864 | Hematology/Oncology<br>Associates | 7/23/92 | 1,208.02 |
| Joseph Guidi | Steven Fruchtman | 19 E. 98th Street<br>New York, NY  10029<br>(212) 289-3466 | Patient | 8/25/92 | 3,217.57 |

ORTHO 01050446
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062639

COST SHARING PROGRAM

CLAIM DENIAL SUMMARY
EPOGEN USAGE

January 1992 - August 1992

| Product Specialist | Physician | Physician Address | Submitter |
|---|---|---|---|
| Carlos Ortiz-Torres | Thomas Cartwright | 2725 Maricamp Road<br>Ocala, FL. 32671<br>(904) 752-4032 | Bittings Pharmacy |
| William Mixson, III | Paula Sparti | 7000 S.W. 62nd Avenue, #650<br>South Miami, FL 33143-4715<br>(305) 661-1150 | The Principal Financial Group |
| John Russell | Brian Copple | 308 E. Hawaii<br>Nampa, ID 83686<br>(208) 463-6030 | BC of Idaho |

ORTHO 01050447
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062640

# REIMBURSEMENT ASSURANCE PROGRAM

ORTHO 01050448
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062641

# REIMBURSEMENT ASSURANCE PROGRAM

## USAGE SUMMARY

PRIOR TO REIMBURSEMENT ASSURANCE PROGRAM.

- AVERAGE 270 CALLS PER MONTH TO PROCRITLINE
- AVERAGE 180 CASES PER MONTH

SINCE REIMBURSEMENT ASSURANCE PROGRAM (MAY 1):

- AVERAGE 513 CALLS PER MONTH  =  90% INCREASE IN CALLS
- AVERAGE 343 CASES PER MONTH  =  91% INCREASE IN CASES

AS OF AUGUST 30, 1992:

- **77**  SUCCESSES  (OF WHICH 38 WERE MEDICARE SUCCESSES)
- 10 DENIALS  (OF WHICH 8 WERE MEDICARE)
- 259 PENDING

\* Reimbursement Assurance Program Summary Report can be found at the back of this section.

ORTHO 01050449
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062642

## REIMBURSEMENT ASSURANCE PROGRAM

### PROCEDURES

1) Customer calls for application.  Reimbursement Assurance Program representatives offers to send application and informs them of the Medicare process and the potential time requirements.  Application is sent with a letter restating Medicare time requirements.

2) Reimbursement Assurance Program representatives reviews application immediately upon receipt of written or verbal enrollment.

3) PROCRITline assists customer wtih initial claims and contact insurers if required.

4) 45 days after enrollment, program representative calls the custmer to determine status of claims.

5) If denied, PROCRITline will assist with the appeals process.

6) 45 days later, representative contacts customer to determine status of appeals.

7) If appeal is denied, customer is instructed to submit proper forms and documentation for replacement drug.

8) Upon receipt of required documentation, letter is sent within 7 days notifying the customer that replacement drug will be shipped within 2 weeks.

ORTHO 01050450
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062643

# REIMBURSEMENT ASSURANCE PROGRAM

## STRATEGY

- **USE WITH ALL PURCHASING PHYSICIAN OFFICES AND HOME HEALTH CARE ORGANIZATIONS:**

  - Customer can start patients based on medical need and not reimbursement status

  - Customer is assured to recoup any losses through replacement product

  - Customer gains comfort in obtaining reimbursement through our assistance

- **USE WITH CUSTOMERS FOR ON-LABEL INDICATIONS:**

  - Customer gains comfort in using PROCRIT through successful experience with reimbursement

  - Customer gains awareness of and experience with Ortho Biotech reimbursement services

- **PROCRIT IS THE ONLY PRODUCT TO PROVIDE SUCH GUARANTEES FOR NON-DIALYSIS USE**

ORTHO 01050451
Confidential - Attorneys Only

MDL-OBI00062644

# REIMBURSEMENT ASSURANCE PROGRAM

## QUESTIONS & ANSWERS

Q. To offer a truly risk-free guarantee program, can we provide free PROCRIT up front or on consignment so that physician offices can start the reimbursement process without having to pay for drug?

A. As you may know, Medicare does not prior approve therapies. Instead, they require that the drug be purchased and the service rendered in order for a claim for reimbursement be filed. We understand that customers would be more willing to start PROCRIT therapy if they were given the drug free up front. However, it would be legally risky for us to do this.

Obtaining free drug and then submitting claims would be asking for reimbursement for something they never paid for. This would be committing insurance fraud. If we provided the free drug and assisted with the claims, we would be accomplices in this illegal activity. Therefore, we will not be offering such a program.

Q. Medicare often takes a long time to decide a case. Physicians end up extending many thousands of dollars before the Reimbursement Assurance Program replace drug. Why can't we replace drug after the first denial for Medicare cases?

A. The reason we do not offer such a service is because approximately 65% of the claims are approved upon appeal. Often, the initial claim denial is due to a clerical error or misunderstanding. Upon appeal, it can be resolved successfully. If we were to replace drug upon first denial without requiring an appeals process, we would be needlessly replacing drug for approximately 65% of cases that would have received approval upon appeal.

IMPORTANT: This program may not be appropriate for all physician. You need to select the appropriate targets to offer this program. Physicians with many PROCRIT candidates would be a good target because if a patient is denied reimbursement and we provide replacement PROCRIT, the physician could use it on another patient who is reimburseable and recoup his/her costs.

Physicians with many candidates may also be receiving reimbursement for other patients which would help the cash flow.

Physicians with **only** Medicare candidates may not be good targets. Since it may take anywhere from 2 to 5 months for Medicare to complete the required process, some offices may not be able to bear the expense for the time period. Therefore, you need to let them know the potential time requirement up front. If they understand the time and financial outlay required, they can make the decision that is right for their practice.

ORTHO 01050452
Confidential - Attorneys Only

MDL-OBI00062645

**Q.**   Can we reimburse with cash instead of product?

**A.**   If we were to reimburse with cash, this program would be extremely costly to manage and we would not be able to offer this on a widescale.  You would be limited to the number of accounts you can offer it to and they would be limited to the number of patients they can enroll.  Therefore, the decision was made to reimburse with product.

**Q.**   Can we extend this program to hospitals?

**A.**   This is a very common request.  We are exploring this possibility by field testing this program in various institutions.  At this time, we do not have all the answers to how this program would be implemented in institutions.  As you know, institutional physicians and pharmacists generally do not get involved with reimbursement.  They will not know who is reimbursed and who is not.  If the physician and/or pharmacist likes the program, they will ask you to speak to reimbursement people.  You may then have to track down various Social Workers in all the outpatient clinics and also work the administration office or other billing areas to implement this program  Until we have some more definitive answers, we will only extend it on a pilot basis.  If you have a hospital in which you feel you would like to test this program, call Jennifer Ng or Bruce Williams to discuss this possibility.

**Q.**   How can I position this program with Home Health Care Organizations?

**A.**   Certain Home Health Care (HHC) agencies may not find great value in this program initially since many of them have their own professional reimbursement staff.  In addition, while they may occasionally accept high reimbursement risk patients as a favor to the physician, they generally do not accept such patients.  However, if positioned as a safety net, just in case they are denied reimbursement, they would find value in being assured that they can recoup costs through replacement drug.

Another strategy is to position this program as a service they can in turn extend to physicians.  By being assured of replacement product, a Home Health Care agency can now accept a patient without going through a reimbursement check prior.  This will result in the patient receiving treatment when needed and not having to wait for an insurer's approval.

Please note that Medicare does not reimburse for PROCRIT administered by home health care agencies.  PROCRIT must be procured and administered by the physician.

ORTHO 01050453
Confidential - Attorneys Only



ORTHO 01050454
Confidential - Attorneys Only

MDL-OBI00062647



Highly Confidential

ORTHO 01050455
Confidential - Attorneys Only

MDL-OBI00062648



ORTHO BIOTECH REIMBURSEMENT ASSURANCE PROGRAM
01/01/91-06/31/92

Highly Confidential

ORTHO 01050456
Confidential - Attorneys Only

MDL-OBI00062649



ORTHO BIOTECH REIMBURSEMENT ASSURANCE PROGRAM
01/01/91-06/15/92

PAGE 3

ORTHO 01050457
Confidential – Attorneys Only

Highly Confidential

MDL-OBI00062650



ORTHO BIOTECH REIMBURSEMENT ASSURANCE PROGRAM
01/01/91-08/31/92

PAGE: 4

Highly Confidential

ORTHO 01050458
Confidential - Attorneys Only

MDL-OBI00062651



ORTHO BIOTECH REIMBURSEMENT ASSURANCE PROGRAM
01/01/91-08/31/92

PAGE. 5

Highly Confidential

ORTHO 01050459
Confidential - Attorneys Only

MDL-OBI00062652



ORTHO BIOTECH REIMBURSEMENT ASSURANCE PROGRAM
07/01/92-06/31/92

PAGE. 6

Highly Confidential

ORTHO 01050460
Confidential - Attorneys Only

MDL-OBI00062653



ORTHO 01050461
Confidential - Attorneys Only

Highly Confidential



ORTHO BIOTECH REIMBURSEMENT ASSURANCE PROGRAM
01/01/91-06/31/92

PAGE: 6

Highly Confidential

ORTHO 01050462
Confidential - Attorneys Only

MDL-OBI00062655



Highly Confidential

ORTHO 01050463
Confidential - Attorneys Only

MDL-OBI00062656



ORTHO BIOTECH REIMBURSEMENT ASSURANCE PROGRAM
07/01/91-08/31/92

PAGE: 10

ORTHO 01050464
Confidential - Attorneys Only

MDL-OBI00062657



ORTHO BIOTECH REIMBURSEMENT ASSURANCE PROGRAM
01/01/93-06/31/93

PAGE: 11

| DATE OF REQUEST | ORIGINAL STATUS | CURRENT STATUS | PHYSICIAN | CITY | ST | REP NUMBER | PAT UNIT | DIAGNOSIS | PRIMARY INSURANCE | SECONDARY INSURANCE | TOTAL (ML) | QTY SHIP | DATE SHIPPED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N/A | PENDING | TEXAS ONCOLOGY, | Brenham | TX | 55126 | MM | MULTIPLE MYELOMA | BLUE CROSS/BLUE SHIELD | AETNA LIFE AND CASUALTY | 10,000 | 0 | |
| 06/04/92 | DRIG-APL | PENDING | PATEL, A. | Denton | TX | 55126 | MM | MULTIPLE MYELOMA | CITY OF DALLAS EMPLOY BEN | | 10,000 | 0 | |
| 06/18/92 | ORIG CLR | SUCCESS | ORO CASTILLO, L. | Denison | TX | 55116 | ABN | ABNORMAL BLOOD CHEMISTRY | MEDICARE | NATIONAL HOME LIFE | 3,000 | 0 | |
| 06/19/92 | ORIG CLR | PENDING | ORO CASTILLO, L. | Denison | TX | 55126 | PRE | APLASTIC/REFRACT ANEMIA | AARP | METROPOLITAN LIFE | 3,000 | 0 | |
| 06/29/92 | ORIG CLR | PENDING | KERR, M. | Lewisville | TX | 55116 | MM | MULTIPLE MYELOMA | MEDICARE | | 8,000 | 0 | |
| 07/10/92 | ORIG CLR | PENDING | DIAMOND, S. | Dallas | TX | 55126 | FR | AIDS, UNSPECIFIED | MEDICARE | | 8,000 | 0 | |
| 07/10/92 | ORIG CLR | PENDING | DIAMOND, S. | Dallas | TX | 55126 | FR | AIDS, UNSPECIFIED | DENTAL STRESS NEW FUND | | | 0 | |
| 08/14/92 | ORIG CLR | PENDING | Bunting, F. | Alexandrie | TX | 51027 | MR | MYELODYSPLASTIC SYNDROME | MEDICARE (CA PA) | | | 0 | |
| 08/25/92 | ORIG CLR | WITHDRAWN | Corcova, J. | Seattle | VA | 55025 | CM | CHRONIC RENAL FAILURE | MEDICARE | STEAMFITTERS LOCAL 602 | | 0 | |
| 08/25/92 | ORIG CLR | PENDING | Collins, L. | Seattle | VA | 55025 | CM | CHRONIC RENAL FAILURE | MEDICARE | RETIREES WELFARE TRUST | 8,400 | 0 | |
| 07/23/92 | ORIG CLR | PENDING | Garvard, D. | Sheboygan | MI | 55024 | PRE | APLASTIC/REFRACT ANEMIA | MEDICAID | MEDICAID | 4,000 | 0 | |
| 07/28/92 | ORIG CLR | PENDING | Garvard, D. | Sheboygan | WI | 55024 | PRE | APLASTIC/REFRACT ANEMIA | MEDICARE | | | 0 | |
| 09/11/92 | ORIG CLR | PENDING | Boen, D. | Grantsville | WI | 51000 | RI | RENAL INSUFFICIENCY | MEDICARE | METROPOLITAN LIFE | 4,000 | 0 | |
| 09/13/91 | ORIG CLR | PENDING | Needler, A. | Huntington | WV | 51123 | MR | MYELODYSPLASTIC SYNDROME | MEDICARE | | | 0 | |

ORTHO 01050465
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062658

# REGIONAL TRAINING SESSION
## EVALUATION FORM

1) **Negotiation Seminar:**  Rate the Seminar

poor – 1    2    3    4    5 – outstanding

What did you like/learn from the seminar?

Would you recommend the seminar for other Product Specialists?

_____ YES       _____ NO

2) **Managed Health Care:** Rate the seminar

1    2    3    4    5

Did the seminar address your concerns and questions about Managed Health Care ?

Do you feel more comfortable and confident dealing with Managed Care Accounts? Why or Why not?

What would you like to see more of? (ie. role-playing, etc.)

Please include any suggestions that you feel may make the seminar more helpful?

ORTHO 01030466
Confidential - Attorneys Only

Highly Confidential                                                    MDL-OBI00062659

3) **Reimbursement Workshop:** Rate the Seminar

   1     2     3     4     5

Are you clear about our reimbursement programs and how/where they should be implemented? Why or Why not?


4) **Retail Seminar:** Rate the Seminar

   1     2     3     4     5

Did the seminar address your concerns about retail activity? Why or Why not?

Are there any other areas that you want addressed ?


5) **Dispensing Physicians:** Rate the Seminar

   1     2     3     4     5

Did the seminar address your concerns/questions about the Dispensing Physician? Why or Why not?

Are there areas that you feel should have been emphasized more?

Do you now understand your role in the Oncology office?

ORTHO 01050467
Confidential - Attorneys Only

Highly Confidential

MDL-OBI00062660

6)**Distributors Seminar:** Rate the Seminar

   1     2     3     4     5

Do you understand your role/job in the wholesaler setting?
Why or Why not?

Are you clear about the different classes of trade and their
impact on your business?

7) **Overall:**

Since you have been in the territory, what other types of
training would have better prepared you to be a Product
Specialist?

What to you feel you need more of? Less of?

What can the DMS and RTSs do to help facilitate your learning?
(please be honest and specific)

------------------------------------------------------------------

**COMMENTS:**

ORTHO 01050468
Confidential - Attorneys Only

Highly Confidential                                    MDL-OBI00062661