# Exhibit 46

| | |
|---|---|
| **From:** | Glassco, Laura [CNTUS] |
| **Sent:** | Wednesday, November 01, 2000 8:20 PM |
| **To:** | Weiss, Tom [CNTUS]; Pardolfo, Maria [CNTUS]; Mensh, Eric [CNTUS]; Schaedel, Jim [CNTUS]; Byram, David [CNTUS]; Henderson, Bruce [CNTUS]; Ziskind, Michael [CNTUS]; Fitzpatrick, Brian [CNTUS]; Wegner, Ken [CNTUS] |
| **Subject:** | FW: Dr. Kassan |

Hi All:

Wanted you all to see a sample of the follow through and follow up that Ken Wegner is doing in the field. This particular MD would not go to PMP but sent a RN only. I happened to have met her and she was very excited to start infusing. Ken, thank you for closing the loop with the physician. You showed him what he missed by not attending PMP in a setting that was obviously preferred to him. Thanks for letting all the particular sale field personnel know about your encounter.

Great Work!

Laura

-----Original Message-----
| | |
|---|---|
| **From:** | Wegner, Ken [CNTUS] |
| **Sent:** | Wednesday, November 01, 2000 4:48 PM |
| **To:** | Gillies, Trina[CNTUS]; Hogan, John [CNTUS]; Nelson, Janet [CNTUS]; Ritter, Ann [CNTUS] |
| **Cc:** | Glassco, Laura [CNTUS] |
| **Subject:** | Dr. Kassan |

Hello all,

I had a chance to sit next to Dr. Kassan on my flight back from Philly. We discussed Remicade and many issues that took place at the ACR Meeting. He said that he is infusing his first 2 patients Friday November 3. I guess he has a nurse coming over from the hospital to help out on this first one. I told him I would forward the message to you all. Trina, Dr Kassan had so many good things to say about the work you have done there.

Dr Kassan requested to be invited to any and all Remicade clinical programs, dinners, etc. He did not want to attend a PMP, but said if there were some dinners or anyplace that may be having clinical data shared, he would like to attend. He also was very interested in Remicade in combination with other DMARDS; Arava specifically. I told him I would send a Medical information Request on all the latest available data.

We then began to discuss cost. I was able to pull out my computer and walk him through each health plan and what he might expect for reimbursement. We then went through the Medicare example showing approximately $327 per patient on a 3 vial visit. I then showed a grid showing the possible potential on a single 3 vial patient if the health plan reimburses between AWP-5 to AWP-15%. Dr Kassan seemed so excited about getting started, I see a tremendous opportunity for all, or most of his patients. We discussed safety issue and infection rates, but they didn't seem to be of issue to him.

I said that I would have someone deliver the Colorado grid showing the reimbursement rates for each plan along with the provider relations Phone #'s. He also liked the Medicare AWP example.

I think it would be great to take in some food and be available to answer any question on Friday while they infuse the first 2 patients.

Attached is the entire presentation. Please let me know if you can cut and paste, or print off the slides that apply and take them in to him. If you have any problems let me know.

Thank you, Ken

California PMP.ppt

GLASSCO
EXHIBIT NO. 001
JINEEN PAVESI
CERTIFIED REALTIME SPECIALIST

1

HIGHLY CONFIDENTIAL

**Plaintiffs' Exhibit**
**272**
**01-12257-PBS**

MDL-CEN00090283

2

HIGHLY CONFIDENTIAL

MDL-CEN00090284



# Local Payer Information

Laura Glassco
National Account Manager

Ken Wegner
Regional Account Manager
Centocor, Inc.

12/18/2003 8:01:49 AM

# Topics

- ✓ Patient Assistance Program
- ✓ Specialty Pharmacy Providers
- ✓ Health Plan Reimbursement Tables
- ✓ Medicare Example
- ✓ Health Plan Reimbursement Example
- ✓ Summary

12/18/2003 8:01:49 AM

MDL-CEN00090286

# Patient Assistance Program

✓ Patients qualify when they meet certain financial need qualifications

✓ Remicade may be provided for up to 6 months

✓ Eligibility is based on; Income, Family size, Assets, U.S. Residency

✓ Providers, patients, may submit the application

✓ The program provides the drug only

✓ Remicade is shipped directly to the provider's office or site of care

✓ Contact the Hotline for submitting the application and any questions

✓ **Patient Assistance Program Hotline #: 800-964-8345**

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090287

# Specialty Pharmacy Providers (SPP's)

✓ Contract with MCO's for injectable and infused medication

✓ SPP's pass discounts to MCO's for utilization data

✓ There are exclusive and non-exclusive contracts

✓ Exclusive contracts-SPP's are the sole provider of infused products to providers and patients

✓ MCO's may determine the SPP (Some offer choices)

✓ Physicians may lose the ability to bill MCO

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090288

# Specialty Pharmacy Providers (SPP's)

✓ Product is shipped to site of care, some encourage patients to receive the drug.

✓ SPP's receive Rx phone, fax and e-mail

✓ SPP's verify benefits and PA

✓ Some SPP's include; Vita Rx, Chronomed, Merck-Medco, Caremark, Nova Factor, Infutech, OptionMed, and others.

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090289

# California Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| CA Medicare National Heritage Insurance Co. (NHIC) | 530-743-1587 | No | No | AWP-5% - 20% $641.28-5% $609.21-20% $487.37 | Payment based on Package insert and medical necessity |
| Medi-Cal | 800-786-4346 | TAR Yes | Yes | AWP-4.4% | X7480 New State Code for Remicade. |
| Aetna USHC | 888-792-8742 | Yes | No | AWP-5% to 15% Depends on benefit | Sometimes may request Specialty Pharmacy Provider. Describe specific patient history. |
| CIGNA | 800-245-2471 | Yes | No | AWP-5% to 15% Depends on benefit | CD 2 DMARD failures. RA failure 6 months MTX. 3 Month PA |
| Health Net | 800-548-5524 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Document Previously taken medications and failures |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090290

# California Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| Health Plan of the Redwoods | 707-525-4365 | No | No | Paid by Medical Group | Payment based on Package insert and medical necessity. |
| Lifeguard | 800-505-2427 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity.  Document |
| Pacificare | 800-711-4555 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity |
| BS of CA. PPO | 800-343-1691 | Yes | For RA and CD Fax Form to be completed | AWP-5% | Payment based on Package insert and medical necessity |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090291

# Oregon Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required. Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| Oregon Medicare Noridian | 701-277-6785 | No | No | AWP-5% -20% $641.28-5% $609.21-20% $487.37 | Payment based on Package inst and medical necessity, Remica 100mg goes in item 19 on HCF 1500 claim form, Document patient history |
| Oregon Medicaid, (OMAP) | 800-527-5772 | No | No | AWP-11% | Payment based on Package insert and medical necessity. Use OMAP form 3089 of EPIV Services guide pg. 7 |
| Aetna USHC | 888-792-8742 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Sometimes may request Specialty Pharmacy Provider. Describe specific patient history. |
| ODS Health Plan | | No | Document Patient history | | Payment based on Package insert and medical necessity |
| Pacificare | 800-711-4555 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity |
| 12/18/2003 8:01 AM | | | | | |

HIGHLY CONFIDENTIAL

MDL-CEN00090292

# Oregon Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| Pacific Source | 800-624-6052 | Yes | No | AWP | Payment based on Package insert and medical necessity |
| Providence | 800-772-7053 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Document Patient History and Phys. exam |
| Health Net (Qual Med) | 800-867-6564 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Document Previously taken medications and failures |
| The Regence Group BC/BS & HMO OR. | 800-228-0978 | Yes | Letter of Medical Necessity | AWP-5% | Payment based on Package insert and medical necessity. RA-Patient must have 3 DMARD failure |
| United HC | 800-325-6651 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity |
| 12/18/2003 8:01:49 AM | | | | | |

MDL-CEN00090293

# Colorado Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| CO Medicare Noridian | 701-277-6565 | No | No | AWP-5% - 20% | Payment based on Package insert and medical necessity, Remicade, 100mg goes in item 19 on HCFA 1500 claim form |
| CO Medicaid (Colorado Access) | 800-365-4944 | Yes | No | AWP + 10% + $2.00 | Payment based on Package insert and medical necessity. Describe patient history |
| Aetna USHC | 888-792-8742 | Yes | No | AWP-5% to 15% | Payment based on Package insert and medical necessity. Sometimes may request Specialty Pharmacy Provider. Describe specific patient history. |
| Anthem BC/BS | 800-654-9338 | Yes | No | AWP-5% $609.28 | Payment based on Package insert and medical necessity. |
| CIGNA | 800-245-2471 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. CD 2 DMARD failures. RA failure 6 months MTX. 3 Month PA |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090294

# Colorado Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| Pacificare | 800-711-4555 | No | No | AWP-5% to 15%. Depends on benefit | Payment based on Package insert and medical necessity. 1st denial resubmit to Medical Director of IPA, 2nd resubmit to Pacificare Medical Director |
| Rocky Mountain HMO | 800-416-2157 | Yes | No | AWP-5% to 15% Depends on benefit & location | Payment based on Package insert and medical necessity. Reserved for Participating Rheumatologist or on case by case |
| United HC | 800-325-6651 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090295

# Idaho Payers

| Health Plan (Payer) | Provider Number | Prior Auth. Required? Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| ID Medicare | 615-255-0123 | No | No | AWP-5% - 20% $641.28-5% $609.21-20% $487.37 | Payment based on Package insert and medical necessity. Statement must be made about patients MTX therapy. |
| ID Medicaid | 208-364-1838 | No | No | AWP-11% 570.74 | Payment based on Package insert and medical necessity. |
| BC of Idaho | 800-637-1187 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. CD Payment based on Package insert, RA approved after 2 DMARD failure including Embrel |
| The Regence Group BC/BS of Idaho | 800-632-2022 | Yes | Letter of Medical Necessity | AWP-5% $609.21 | Payment based on Package insert and medical necessity. RA patient must have 3 DMARD failure |

12/18/2003 8:01:49 AM

MDL-CEN00090296

# Remicade
## Reimbursement Hotline

✓ Phone: 800-964-8345

✓ Fax: 800-281-7384

✓ Verify Benefits

✓ Still need to obtain PA approval

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090297

# Average Medicare Reimbursement for Remicade™ (infliximab)

## When Billed by a Physician's Practice

AWP: $641.28

| Code Number | Description | Average Reimbursement |
|---|---|---|
| J1745 | Drug — Remicade (infliximab) | $641.28  AWP - 5% = $609.21  Allowable — 20% = $487.37 |
| J7050 | Saline, 250 ml | $ 10.72  *Incl Supplement |
| 90780 | First Hour of Infusion | $ 40.12  *Incl Supplement |
| 90781 | Second & Third Hour of Infusion | $ 40.12  *Incl Supplement |

*May vary slightly with Medicare Region

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090298

# Average Medicare Reimbursement for Remicade™ (infliximab)

## When Billed by a Physician's Practice

A per patient scenario:

If actual cost of drug to MD was $500 (list price) and the average infusion used 3 vials on a patient:

| | | |
|---|---|---|
| Cost of drug: | | Medicare Reimbursement: |
| ($500 x 3) | $1,500.00 | ($487.37 x 3) | $1,462.11 |
| | | Co-pay: Supplement/Secondary Reimbursement: 20% |
| | | ($121.84 x 3) | $ 365.52 |
| | | Total drug Reimbursement: | $1,827.63 |
| | | -Drug Cost | $1,500.00 |
| | | = | $327.63 |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

# Average Medicare Reimbursement for Remicade™ (infliximab)

## When Billed by a Physician's Practice

Annual profit for drug alone per patient:          $2,293.41

($327.63 x 7 infusions per year)

Profit to MD on drug alone:          $   327.63

**NOTE:**

CPT Code 99211 =$18.07 *Including Supplement

CPT Codes 99211-99212, 99213, 99214 and 99215 (Evaluations and Management Services) can be billed if a separate and identifiable patient evaluation function has been performed.

**Example:** MTX monitoring

12/18/2003 8:01:49 AM

# Summary

✓ Large Health Plans. Health Plans Not Covered

✓ Variety of Benefit Designs, Obtain PA Approval

✓ Contact Remicade Hotline @ 800-964-8345

✓ Questions

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090301

# Reimbursement for Remicade (infliximab)

| AWP | Less 5% | Less 10% | Less 15% |
|---|---|---|---|
| $641.28 | $609.22 | $577.15 | $545.08 |
| Profit Based on Acquisition Cost of $500 per vial | $109.22 | $77.15 | $45.08 |
| Profit on 3 vial infusion for Remicade Alone | $327.66 | $231.45 | $135.24 |
| Profit per patient per year. Average of 7 infusions per year | $2,293.62 | $1,620.15 | $956.68 |

12/8/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090302