# Exhibit 47



# Local Payer Information

Laura Glassco
National Account Manager

Ken Wegner
Regional Account Manager
Centocor, Inc.

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

Plaintiffs' Exhibit
254
01-12257-PBS

MDL-CEN00090285

# Topics

- ✓ Patient Assistance Program
- ✓ Specialty Pharmacy Providers
- ✓ Health Plan Reimbursement Tables
- ✓ Medicare Example
- ✓ Health Plan Reimbursement Example
- ✓ Summary

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL          MDL-CEN00090286

# Patient Assistance Program

- ✓ Patients qualify when they meet certain financial need qualifications
- ✓ Remicade may be provided for up to 6 months
- ✓ Eligibility is based on: Income, Family size, Assets, U.S. Residency
- ✓ Providers, patients, may submit the application
- ✓ The program provides the drug only
- ✓ Remicade is shipped directly to the provider's office or site of care
- ✓ Contact the Hotline for submitting the application and any questions
- ✓ **Patient Assistance Program Hotline #: 800-964-8345**

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL
MDL-CEN00090287

# Specialty Pharmacy Providers (SPP's)

- ✓ Contract with MCO's for injectable and infused medication
- ✓ SPP's pass discounts to MCO's for utilization data
- ✓ There are exclusive and non-exclusive contracts
- ✓ Exclusive contracts-SPP's are the sole provider of infused products to providers and patients
- ✓ MCO's may determine the SPP (Some offer choices)
- ✓ Physicians may lose the ability to bill MCO

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090288

# Specialty Pharmacy Providers (SPP's)

- ✓ Product is shipped to site of care, some encourage patients to receive the drug.
- ✓ SPP's receive Rx phone, fax and e-mail
- ✓ SPP's verify benefits and PA
- ✓ Some SPP's include; Vita Rx, Chronomed, Merck-Medco, Caremark, Nova Factor, Infutech, OptionMed, and others.

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090289

# California Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| CA Medicare National Heritage Insurance Co. (NHIC) | 530-743-1587 | No | No | AWP-5% - 20% $641.28-5% $609.21-20% $487.37 | Payment based on Package insert and medical necessity |
| Medi-Cal | 800-786-4346 | TAR Yes | Yes | AWP-4.4% | X7480 New State Code for Remicade. |
| Aetna USHC | 888-792-8742 | Yes | No | AWP-5% to 15% Depends on benefit | Sometimes may request Specialty Pharmacy. Provider. Describe specific patient history. |
| CIGNA | 800-245-2471 | Yes | No | AWP-5% to 15% Depends on benefit | CD 2 DMARD failures, RA failure 6 months MTX. 3 Month PA |
| Health Net | 800-548-5524 | Yes | | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Document Previously taken medications and failures |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090290

# California Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| Health Plan of the Redwoods | 707-525-4365 | No | No | Paid by Medical Group | Payment based on Package insert and medical necessity. |
| Lifeguard | 800-505-2427 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Document |
| Pacificare | 800-711-4555 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity |
| BS of CA PPO | 800-343-1691 | Yes | For RA and CD Fax Form to be completed | AWP-5%. | Payment based on Package insert and medical necessity |

2/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090291

# Oregon Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| Oregon Medicare Noridian | 701-277-6785 | No | No | AWP-5% -20%. $641.28-5%. $609.21-20%. $487.37 | Payment based on Package insert and medical necessity. Remicade 100mg goes in item 19 on HCF 1500 claim form. Document patient history |
| Oregon Medicaid, (OMAP) | 800-527-5772 | No | No | AWP-11% | Payment based on Package insert and medical necessity Use OMAP form 3089 of EPIV Services guide. pg. 7 |
| Aetna USHC | 888-792-8742 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Sometimes may request Specialty Pharmacy Provider. Describe specific patient history. |
| ODS Health Plan | | No | Document Patient history | | Payment based on Package insert and medical necessity |
| Pacificare | 800-711-4555 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity |

12/18/2003 8:01 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090292

# Oregon Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| Pacific Source | 800-624-6052 | Yes | No | AWP | Payment based on Package insert and medical necessity |
| Providence | 800-772-7053 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Document Patient History and Phys. exam |
| Health Net (Qual Med) | 800-867-6564 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Document. Previously taken medications and failures |
| The Regence Group BC/BS & HMO OR. | 800-228-0978 | Yes | Letter of Medical Necessity | AWP-5% | Payment based on Package insert and medical necessity. RA-Patient must have 3 DMARD failure. |
| United HC | 800-325-6651 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090293

# Colorado Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| CO Medicare Noridian | 701-277-6565 | No | No | AWP-5% - 20% $641.28-5% $609.21-20% $487.37 | Payment based on Package insert and medical necessity. Remicade, 100mg goes in item 19 on HCFA 1500 claim form |
| CO Medicaid (Colorado Access) | 800-365-4944 | Yes | No | AWP +10% + $2.00 | Payment based on Package insert and medical necessity. Describe patient history |
| Aetna USHC | 888-792-8742 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. Sometimes may request Specialty Pharmacy Provider. Describe specific patient history. |
| Anthem BC/BS | 800-654-9338 | Yes | No | AWP-5% $609.28 | Payment based on Package insert and medical necessity. |
| CIGNA | 800-245-2471 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. CD 2 DMARD failures. RA failure 6 months MTX. 3 Month PA |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090294

# Colorado Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| Pacificare | 800-711-4555 | No | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. 1st denial-resubmit to Medical Director of IPA, 2nd resubmit to Pacificare Medical Director |
| Rocky Mountain HMO | 800-416-2157 | Yes | No | AWP-5% to 15% Depends on benefit & location | Payment based on Package insert and medical necessity. Reserved for Participating Rhuematologist or on case by case |
| United HC | 800-325-6651 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090295

# Idaho Payers

| Health Plan(Payer) | Provider Number | Prior Auth. Required Y/N? | Additional Documentation Required? | Reimbursement | Comments |
|---|---|---|---|---|---|
| ID Medicare | 615-255-0123 | No | No | AWP-5% - 20% $641.28-5% $609.21-20% $487.37 | Payment based on Package insert and medical necessity. Statement must be made about patients MTX therapy |
| ID Medicaid | 208-364-1838 | No | No | AWP-11% 570.74 | Payment based on Package insert and medical necessity |
| BC of Idaho | 800-637-1187 | Yes | No | AWP-5% to 15% Depends on benefit | Payment based on Package insert and medical necessity. CD Payment based on Package insert, RA approved after 2 DMARD failure including Embrel |
| The Regence Group BC/BS of Idaho | 800-632-2022 | Yes | Letter of Medical Necessity | AWP-5% $609.21 | Payment based on Package insert and medical necessity. RA patient must have 3 DMARD failure |

12/16/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090296



# Remicade
# Reimbursement Hotline

- ✓ Phone: 800-964-8345
- ✓ Fax: 800-281-7384

- ✓ Verify Benefits
- ✓ Still need to obtain PA approval

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090297

## Average Medicare Reimbursement for Remicade™ (infliximab)

### When Billed by a Physician's Practice

AWP: $641.28

| Code Number | Description | Average Reimbursement |
|---|---|---|
| J1745 | Drug – Remicade (infliximab) | $641.28 AWP - 5% = $609.21 Allowable – 20% = $487.37 |
| J7050 | Saline, 250 ml | $ 10.72 *Incl Supplement |
| 90780 | First Hour of Infusion | $ 40.12 *Incl Supplement |
| 90781 | Second & Third Hour of Infusion | $ 40.12 *Incl Supplement |

*May vary slightly with Medicare Region

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090298

## Average Medicare Reimbursement for Remicade™ (infliximab)

### When Billed by a Physician's Practice

**A per patient scenario:**
If actual cost of drug to MD was $500 (list price) and the average infusion used 3 vials on a patient:

| | |
|---|---|
| Cost of drug: | |
| ($500 x 3) | $1,500.00 |
| | |
| Medicare Reimbursement: | |
| ($487.37 x 3) | $1,462.11 |
| Co-pay: Supplement/Secondary Reimbursement: 20% | |
| ($121.84 x 3) | $ 365.52 |
| Total drug Reimbursement: | $1,827.63 |
| -Drug Cost | $1,500.00 |
| = | $327.63 |

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090299

## Average Medicare Reimbursement for Remicade™ (infliximab)

### When Billed by a Physician's Practice

Profit to MD on drug alone: $327.63
Annual profit for drug alone per patient: $2,293.41
    ($327.63 x 7 infusions per year)

NOTE:

CPT Code 99211 = $18.07 *Including Supplement

CPT Codes 99211-99212, 99213, 99214 and 99215 (Evaluations and Management Services) can be billed if a separate and identifiable patient evaluation function has been performed.

Example: MTX monitoring

12/18/2003 8:01:49 AM

MDL-CEN00090300

HIGHLY CONFIDENTIAL

# Summary

- ✓ Large Health Plans, Health Plans Not Covered
- ✓ Variety of Benefit Designs, Obtain PA Approval
- ✓ Contact Remicade Hotline @ 800-964-8345
- ✓ Questions

12/18/2003 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090301

# Reimbursement for Remicade (infliximab)

| AWP $641.28 | Less 5% $609.22 | Less 10% $577.15 | Less 15% $545.08 |
|---|---|---|---|
| Profit Based on Acquisition Cost of $500 per vial | $109.22 | $77.15 | $45.08 |
| Profit on 3 vial infusion for Remicade Alone | $327.66 | $231.45 | $135.24 |
| Profit per patient per year. Average of 7 infusions per year | $2,293.62 | $1,620.15 | $956.68 |

12/8/2005 8:01:49 AM

HIGHLY CONFIDENTIAL

MDL-CEN00090302