# Exhibit 49

**RBS Scenario Role Play Talk Track:**
**Final June 7, 2002**

**Possible Questions from physicians:**

**1) How do I do a business/account review?**

There is no clear or consistent definition of what comprises a "business review." It's ok for you to answer a few questions from office staff about the business capacity model, or other business issues related to Remicade. However, it is not permissible under our HCC guidelines for you to conduct in depth analysis of the finances and billing practices of an office (see number 4 below). Kelly Jewett is developing such a training program on what is or is not a permissible "business/account review."

**2) I want to infuse a patient for psoriatic arthritis; can you help me push this through the payor?**

Doctor, psoriatic arthritis is not an approved use for Remicade. Accordingly, I am unable to provide assistance to you in this regard. If you contact your payor, they will be able to provide information about reimbursement for off-label uses. However, if you would like clinical information on the uses of Remicade, please call medical affairs. Also, our reimbursement hotline may be able to assist you with some information.

**3) How much money can I make?**

Doctor, the amount of money that you can make is dependent on your costs to infuse the product and the reimbursement that you may receive from your patients' insurance carriers. I can provide you with some information on reimbursement rates, but I can not perform an analysis of your practice's profits. This would be contrary to my company's Health Care Compliance and employment policies. Of course you know that Remicade is a product that has helped many people show marked improvement in their RA/Crohns' disease, and that many physicians have incorporated in-office infusion of Remicade.

**4) Would you please audit my REMICADE business? What is the state of my financial affairs?**

Doctor, for a number of reasons, I can not review your billing, coding or financial records. Of course, patient privacy is one reason. Also, I am not trained to perform audits or financial analyses, and it would be a violation of my company's HCC and employment policies to perform such services for you. I would suggest that you contact a business management consultant or an auditor to provide you with such guidance and assistance. Other doctors may have some ideas about who to use for these services, so you can also call them.

DEFENDANT'S
EXHIBIT
2835
PENGAD 800-631-6989

Page 1 of 6

**5) I have several different health plans. How much is the reimbursement for each?**

Doctor, this will depend on your contract with these plans and the prevailing Medicare reimbursement in your local area, since many private payors use Medicare reimbursement as a guide. I can provide you with published information on what Medicare will reimburse for infusion, and I can provide you with some LMRPs and perhaps some published payor bulletins on coverage for Remicade. However, I can not review your contracts, since most of these documents contain the insurer's proprietary information. As part of your contract, you have probably agreed not to show it to someone like me.

**6) I don't think I am making any money, and I may stop using REMICADE. Can you look at my charts to see what is happening? What if I remove identifying information from the chart?** I wish that I could help you, but I can't. My company policies prohibit me from reviewing any patient charts. I'm sure that you would understand, Doctor, as part of the J&J Credo, we must respect patient's privacy as it relates to their medical information. This is especially true since you are seeing patients with chronic, debilitating diseases, and they might not like having their information shared.

Also, as you know, there is a new privacy rule that will go into effect in April of 2003, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). Those rules actually prohibit you from disclosing any patient identifiable information to third parties, such as me, without the patient's prior authorization or consent

**7) I built this infusion room - I need you to go out and market my practice for me!**

I can certainly understand that you have made a significant investment in providing the best care to your patients. However, it would be a violation of my company's HCC policies, and the fraud and abuse laws, for me to provide any marketing services to you.

**8) If an RBS is on a call with an IS and the IS says something that is contrary to our HCC policies, what should the RBS do?**

The RBS should tactfully correct the contrary statement made by the IBS, and try to ensure that the physician understands that the IBS spoke in error. This can be at the time of the meeting with the IBS, or in subsequent conversations with the IBS and the physician. In addition, if you see a pattern of such statements, you should notify the RBS's management, Chris Zalesky, or call the toll-free hotline to report the pattern of behavior.

**9) The RBS needs to work at the expectations of the IS. How is the IS selling the RBS's service to the physician?**

Highly Confidential   MDL-CEN00104172

We have trained, and will continue to train ABMs and ISs in the appropriate ways to describe the services that you can provide in conformance with our HCC policies.

**10) I'm getting direction from my manager to more closely (hint, hint wink, wink) work with this office in identifying patients.**

If you are being asked to do things that are inappropriate under our company guidelines, you may take several steps. Contact the ABM's management, contact Chris Zalesky, or call the toll-free hotline to report your concerns. The concerns will be taken seriously and looked into, and if further training is required, we can see that it takes place.

**11) During a conference (Ad Board - Local - Regional -National or Promotional) a paid physician (on the main stage) begins to expand on what their practice makes on Remicade. They share Medicare and local payer reimbursement data.**

This issue should be addressed up-front in the agreement with the physician consultant. Additionally, the Centocor Marketing manger responsible for the program must discuss the appropriate limits of the physician's role and their remarks – especially as regards financial considerations or any payment for off-label uses – prior to the physician's participation in the meeting.

**12) Physician office realizes that they should expand their infusion center to better accommodate the patients. One key physician wants to know what it will cost to reconfigure their practice to accommodate and wants to know when they could expect a return on their investment.**

Doctor, I can not answer questions about the cost of reconfiguration or potential return to your practice for infusion of Remicade. However, I can provide you with general information about your office's capacity for infusion, and coverage and reimbursement rates in your area

**13) The office has just started infusions and has been adding about 10-15 pts per month. Six months into the process the office manager is concerned because she has been doing a check of receivables and she notes that for the past several months, her monthly bill for Remicade has been more than she has been collecting. She is concerned and she states they will not add any more patients until this trend changes. All of her accounts are less than 60 days old.**

If your question relates to cash flow and appropriate billing and collection practices, we can not audit a physician's books or provide a "business review" of the physician's office. This is also a subject of the "business reviews" discussed in #1 above.

Highly Confidential                    MDL-CEN00104173

**14) My questions: What is an example of a HCC approved response to inquiries regarding off-label uses on Remicade and commercial reimbursement?**

If asked by a physician about an off-label use for Remicade, state:

1.  That Remicade is not indicated for this use.
2.  The approved uses for Remicade.
3.  Only if appropriate, that Centocor is evaluating the use in clinical studies.
4.  That the customer can make an inquiry (e.g., by filling out a medical information request form) to the Centocor Medical Affairs Department, should the customer want information about this subject.

See above for response for question about support for off-label reimbursement. You may also call our reimbursement hotline for more information.

**14a) What, if anything, can we use to leverage proper reimbursement of off-label uses of Remicade?**

You should not "leverage" anything to support off-label uses. If your customers have questions you can refer them to private payor bulletins on coverage and Medicare LMRPs that address these issues.   You may also call our reimbursement hotline for more information.

**14 b) What are examples of proper responses to questions regarding specific regional health insurer's reimbursement levels?**

We can assist you with researching LMRPs in your area, and any provider bulletins on coverage or reimbursement for Remicade.  However, I can not comment on your specific payor policies, since reimbursement will depend on your contract with your payor.  See answer above re: propriety information and disclosure to us. (Is there more to this question that I am not getting?)

**14c) What is a proper response when asked by an office manager to justify the business of in-office infusions?**

If you are asking me to comment on your return to practice or prospective revenues, I can not do that.  My company's HCC policies do not permit me to do that.  However, I can tell you that from a clinical perspective, Remicade is a product that has helped many people show marked improvement in their RA/Crohns and that many physicians have incorporated in-office infusion of Remicade.

**14d) Is there more information on entertainment - sporting events and golf?**

Yes.  See the new PhRMA Code.  No more entertainment as of 7/1.

Highly Confidential                                    MDL-CEN00104174

**15) I have a simple question that I still have a very difficult time getting a clear answer on from anyone.  Can an RBS show a Physician or an office manager what Medicare will allow as payment on Remicade related codes? The answer seems to always be clouded by the ensuing discussion that may follow between the customer and the RBS, rather than having an issue with showing allowables since they are public information.  Does it make any difference that the customer is driving the conversation, not the Centocor rep?**

Yes, you may show the published Medicare allowables for the product.  However, you can not discuss the impact of the allowables on the physician's revenues.  It does not matter who drives the conversation.

**16) A physician wants an RBS to review their managed care contracts and assist them in renegotiating their contracts.**

We can not do this, since we may not provide free services to a physician's office that are part of the physician's general overhead under our HCC policies.  Also, there is a concern that you will be exposed to the insurer's proprietary information.  You can tell the office that there are many reimbursement consultants and attorneys who would be happy to renegotiate their contracts for a fee, and perhaps you should encourage them to talk to their industry association for a referral to such a professional.

**17) An office wants to have an RBS look at an EOB and determine if they received appropriate reimbursement.**

You can ask the office to blind the EOB, but you will probably need some information related to the patient's condition, age, location (e.g. if the practice sees patients from across state lines).  In general, I would say that this is a service that you can provide to the physician's office, but you must ask the physician to de-identify the patient to the extent possible.  In the future, we will be providing you with further guidance about this.

**18) I would like for Chris to address the issue of who should answer our questions on health care compliance.  The RBS group reports of course to their RSBM's, but they also take direction from their ABM's and RD's.  Please delineate the appropriate chain of responsibility for us to use in reviewing issues that may come up in the future.**

If you are being asked to do things that are inappropriate under our company guidelines, you may take several steps.  Contact the RBD, or Craig Fraser.  If you are uncertain or uncomfortable about raising this through the chain of command, feel free to contact Chris Zalesky or MariPat Rhood in the HCC office.  You can also the toll-free anonymous hotline to report your concerns.  The concerns will be taken seriously and looked into, and if further training is required, we can see that it takes place.

Page 5 of 6

MDL-CEN00104175

**20) Also, talk about the Stark Laws regarding referral of patients.**

Talk about Stark and see revised memo.

Highly Confidential

MDL-CEN00104176