# Exhibit 55

# ORLANDO District

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Bulletin No. 07**

To:      Orlando District                                    Date:  March 22, 1995

From:    David Rybak                                         cc:    D. Robbins
                                                                    SRDMs

Subject:   1st Quarter Successes and Team Experiences

Greetings, Orlando District! We are now coming to the close of the 1st Quarter 1995,
and this has been quite a successful one for us. Based on the January DDD results and
several success stories, it is apparent that our momentum has continued into 1995. I
thought this would be a great opportunity to share some of the successes within the
District, as well as some of the teamwork that has occurred during this period.

As you are all aware, we will only succeed in 1995 if we work as a TEAM. This
sometimes requires changes in account assignments as well as being flexible to assist
our colleagues with coverage at important meetings. Some of the examples of teamwork
are as follows:

A.      Mississippi ONS - During Donna Henderson's recent vacation,
        Carlos Ortiz volunteered to cover for Donna at this very important
        meeting. Carlos not only exhibited for Donna, but was also able to
        obtain some key referrals for Donna to follow-up with after the
        meeting.

B.      Retail Inservices - During the quarter, Robin was asked to provide
        an inservice for the Walgreens chain headquarters in Orlando; 13 of
        the 15 pharmacists resided in Carlo Ortiz' territory. The inservice
        was a success, and Robin was able to share some of the key
        names with Carlos.

C.      Territory Changes -

        Chris Linzer and SharRon Jamison have worked closely in
        transitioning the Ft. Lauderdale and Boca Raton territory to
        SharRon. This included introductions to all the key personnel in the
        respective offices.

**Plaintiffs' Exhibit**
**269**
01-12257-PBS

Bulletin No. 07
1st Qtr. Successes

March 22, 1995
Page 2

Craig Phillips has been working with Chris Linzer for the transition of his territory to Chris in the Palm Beach through Sebastian Beach areas.

Craig has worked with Robin Campbell to assist Robin in the additional responsibility Robin will be picking up in Melbourne Beach.

D.      Good Samaritan Hospital - After months of work, Craig Phillips will be implementing usage guidelines at Good Samaritan Hospital with the assistance of Dr. Jacobson. Due to a scheduling conflict, Craig was not able to attend this meeting and Robin Campbell attended this meeting to assure that the guidelines were rolled out appropriately.

As we discussed earlier this year, change is here to stay! Recently, Sam Lever and her family had an opportunity to move to Tampa, and effective May 1, Sam will be working in Tampa as a member of the Miami District. We are fortunate that Jenny Johnson will be replacing her, and it will be important for all of us to give Jenny the support needed to ensure that this territory continues to be successful and a major contributor to the success of our District.

Please take a few moments to read some of the attached success stories and congratulate your peers on their efforts this year. I certainly encourage you all to continue to share successes on Voicemail as well as record them in your weekly activity reports.

Again, thanks for a great 1st Quarter of 1995. Let's continue to develop the 20,000-unit vial put-up and to focus on our usage guidelines. Should you have any questions, feel free to contact me.

DTR/sd
attachments

Highly Confidential

MDL-OBI00063645

### ROBIN CAMPBELL

▶     <u>NMC</u> - Provided an inservice for pharmacy and was able to identify several new patients not on PROCRIT® for HIV.

▶     <u>HRS Seminole County</u> - AIDS clinic would be another very good account for PROCRIT.  Will consider usage guidelines in this account since they "truly do work so well."

▶     <u>Florida Health Care HMO</u> - Able to convert to PROCRIT and working with Roger Golden, JJHCS, for an expanded contract.

▶     <u>BMS</u> - Made a team call with the BMS representative at Florida Hospital and at Halifax.  Will continue to work with them with HIV as well.

▶     <u>Walgreens</u> - Conducted a CEU Program which will impact 15 pharmacists in the Orlando area.

▶     <u>Other</u> - Coordinated a meeting with the AIDS Clinic in Holly Hills and Dr. Goodgame's office.  This created great "goodwill" with both organizations and demonstrated our commitment to the HIV community.

▶     <u>20,000 Unit Vial Conversions</u> -  Florida Hospital - Dr. Smith, Dr. Maroose, Central Florida Regional Hospital and Pro Health.

▶     <u>Other</u> - Attended the core HIV meeting in New Jersey and provided detailed information in copies to all in the District.

Highly Confidential

## PAT HAWLEY

- ► **Oak Hill Hospital** - Provided a CEU inservice for pharmacy and established the potential savings by switching to the 20,000-unit multidose vial. This will eliminate significant wastage at this hospital, and the nursing staff has agreed to this change.

- ► **Alachua General** - Provided a CEU Program for pharmacy, and the director appreciated this program and has asked for two additional presentations during the year. This increase in service to the account should enable us to increase PROCRIT purchases and possibly the use of the 20,000-unit vial.

- ► **Shands** - The cancer center is reporting better usage of PROCRIT at the clinic itself, and I provided a noon conference for the oncology department with an emphasis on improved quality of life with their patients receiving chemotherapy. This approach has been very effective as most physicians will agree that an improved quality of life is the goal for their patients when undergoing treatment for cancer.

- ► **VA Hospital - Gainesville** - Have committed to purchase the 20,000-unit multidose vial.

- ► **DURAGESIC®** - Scheduled two Duragesic audioconferences to increase my visibility with DURAGESIC and also to assist me with my personal knowledge of DURAGESIC. It is an excellent way to bring an expert to my customers in a format that they seem to enjoy.

- ► **Reception and Medical Center - Lake Butler** - Gained commitment to purchase the 20,000-unit vial. It was apparent through this conversion that it will take more than a pharmacy decision to switch to the new multidose vial. I provided inservices for all three nursing shifts on March 15.

- ► **Nephrology** - During a one week period, two nephrologists were interested in being more aggressive about treating their pre-dialysis patients. One M.D. said that she would be ordering PROCRIT into her office for her Medicare patients. The other, director of the renal clinic at Shands, said that they would like to do a better job treating the predialysis patient and would be ordering PROCRIT for these patients.

Highly Confidential

MDL-OBI00063647

Pat Hawley (continued)                                                    Page 5

20,000-Unit Sales Conversions - Included Dr. Araujo, Dr. Bellone, Dr. Au as well as Dr. Carradona. Hospitals to be buying PROCRIT 20,000-unit vial will include Reception Center Lake Butler, Shands, and the VA. Successes surrounding the 20,000-unit vial promotion focused on three key points:

1.  Less discomfort at the injection site because of the Benzyl alcohol

2.  Less volume at the injection site for patients who are on 7,000 or 8,000 unit without wasting any PROCRIT.

3.  Good profit margin between the $96.00 Medicare payment and the $80.75 promotion price for administering 10,000 units of the multidose vial.

Highly Confidential                                            MDL-OBI00063648

## DONNA HENDERSON

- **Baptist Hospital Pensacola** - Signed a new contract with this VHA account for PROCRIT. Additionally, generated an order for the 20,000-unit vial put-up during the promotion period of approximately $5,000.

- **Bergen Wholesaler** - Attended a recent sales meeting and targeted 5 hospitals and 30 drug stores for conversion.

- **Other** - Attended two seminars on Leadership with speaker Steven Covey.

- **Speakers** - Implemented two speaker programs for the ONS Chapters in Mobile and in Mississippi.

- **Medicare** - Through the efforts of Dr. Lukey, Jackson Oncology, was able to be proactive with the Medical Director of Medicare to prevent any inappropriate restrictions on PROCRIT for the cancer patients.

- **VA Jackson** - Sales continue to grow at this VA thanks to the patient literature and the further development of usage in the outpatient clinic.

- **Other** - Targeted several of the Fortune 154 accounts and have developed some successes at Gulfport Memorial and Bay Medical Center.

Highly Confidential

## SHARRON JAMISON

►     <u>Walgreens</u> - Developed a basic selling skills presentation for pharmacists. This was well received by the District Manager and staff.

►     <u>Retail</u> - Conducted numerous CE Programs for pharmacy and scheduled additional meetings for various chain accounts. These meetings were conducted for both the Miami and Orlando Districts.

►     <u>Retail</u> - Provided retail support in the following territories: Chris Linzer, Craig Phillips, and Donna Henderson.

►     <u>March 1</u> - Assumed territory responsibility for the Ft. Lauderdale/Boca Raton area from Chris Linzer!

►     <u>Other</u> - Gained support from new director of pharmacy at NMC to purchase PROCRIT for the months of April and May. Estimated sales volume: $50,000.

Highly Confidential

**SAM LEVER**

- **Dr. Harrington** - Established usage guidelines with this HIV treating physician and ordered five serum EPO tests to date. This account is utilizing PROCRIT through NMC and the volume has increased significantly since the usage guidelines were put in place in early March.

- **HRS AIDS Clinic - Jacksonville** - Provided the AIDS Clinic with the usage guidelines prepared by Craig Phillips, and they have been well received. Formal guidelines were implemented for this clinic as well.

- **University Hospital** - Presented clinical information to the key GYN oncology physician, and he appreciated the information about PROCRIT and scheduled an inservice for the entire department to provide PROCRIT information regarding cancer. This should have a significant impact in increasing sales and PROCRIT dollars in this institution.

- **Dr. Solberg - Mayo Clinic** - Provided an excellent presentation to him regarding PROCRIT and our Financial Assistance Programs. He recognized the importance of our Cost Sharing Program and will work with us in further developing a relationship at the Mayo Clinic.

- **Dimensions of Caring** - This program is becoming more important to the cancer offices. Has been successful in establishing this program in all offices in the Jacksonville area.

- **Other** - As part of my "United Way Day Off", attended "The Walk to Emmaus". This was a special event in my life; I am glad I could take this United Way Day off and make it memorable.

- **Big Ben Hospice - Tallahassee** - Provided an inservice on PROCRIT along with the Janssen rep for DURAGESIC. The program was a big success, and we were able to leverage our costs by sharing in the expense of this program.

- **Baptist Cancer Center** - Provided a breakfast inservice for the nurses at this cancer center and presented them with the latest clinical information regarding PROCRIT, and asked them to review their charts for additional patients that could benefit from PROCRIT. They have purchased a significant amount of 20,000-unit multidose during the promotion.

Sam Lever (continued)                                                         Page 9

►     <u>ONS</u> - Sponsored a speaker for the ONS Meeting held in Jacksonville Beach. Kevin Sowers, R.N., was the guest speaker and was well received. He has extremely impressive credentials; he is the chairman of the ONS National and sits on the ASCO board.

►     <u>Tallahassee Memorial Hospital</u> - Continued to develop strong relationships with the oncology pharmacists and head nurse, and provided an inservice with the oncologist at a morning meeting.

►     <u>20,000-Unit Vial Successes</u> - Included Pavillion, Baptist Cancer Center, NMC, Dr. Stone, Dr. Sher, Dr. Mhajan, and Dr. Broesaker.

Highly Confidential

**CHRIS LINZER**

- North Broward Medical Center - Proposed opportunities for PROCRIT to this hospital to purchase PROCRIT and currently waiting evaluation by pharmacy.

- Bethesda Memorial - Working with Jose, the Director of Pharmacy, to gain conversion for PROCRIT in this VHA account. Key factors for this decision will be the accessibility to our Financial Assistance Program and the apparent needs from past utilization studies.

- Dr. Rosenberg - Office appreciated the new 20,000-unit vial put-up and purchased $95,000 during the promotional program. Patients currently receive, on average, 10,000-unit T.I.W. Additionally, developed relationships with the office manager so that she will assist another local office in gaining Medicare reimbursement for oncology.

- University Hospital - Converted the 10,000-unit vial put-up to PROCRIT for the cancer and HIV patients.

- 20,000-Unit Successes - Dr. Rosenberg, Dr. Berkawitz, Dr. Weiss, Aldencare, Dr. Tomeski, PCA, and Community IV. Total is approximately $200,000.

## CARLOS ORTIZ

▶    <u>Regional Hem/Onc of Kissimmee</u> - Established usage guidelines and patients continue to accrue.

▶    <u>Dr. VanHook</u> - Was able to establish the need to utilize PROCRIT for his HIV patients. Additionally, the physician agreed to consider utilizing pre-printed prescription pads to ensure benefits to the patients,.

▶    <u>Other</u> - Covered the ONS Meeting in Jackson, Mississippi, for Donna Henderson during her vacation.

▶    <u>Bond Clinic</u> - Was able to gain an order of 13 boxes of 20,000-unit vial from Florida Infusion during the promotion.

▶    <u>Polk County Corrections</u> - Will switch to PROCRIT after providing PROCRIT information and state contract information to the director of pharmacy. Delay experienced due to language barriers; however, all important issues were confirmed with director.

▶    <u>Home Care Pharmacy</u> - Account converted in 4th Quarter of 1994 and was able to provide the Early Purchase Program rebate to this account. Received a "great reception"!

▶    <u>20,000-Unit Vial Successes</u> - Conversions included M. D. Anderson Cancer Center (previously Orlando Cancer Center), Columbia, Bond Clinic, Internal Med Associates, Dr. Gonzales, and Hem/Onc of Kissimmee.

Highly Confidential

## CRAIG PHILLIPS

► **St. Mary's IV** - Provided an inservice for pharmacy with good results. Reported increased demand for HIV patients associated with the usage guidelines at the HIV Clinic.  One patient receiving 10,000-units six days a week!

► **Good Samaritan** - Dr. Jacobson will be initiating usage guidelines for the entire oncology program at this institution and at St. Mary's. Dr. Jacobson was previously an investigator for PROCRIT in the Washington D.C. area and is a strong advocate for Ortho Biotech and PROCRIT.  Formal usage guidelines presented March 24. Assisted Dr. Jacobson with the development of his presentation including the estimates of transfusion costs as well as drug therapy costs.  One observation that stood out is as follows:  **The hospital accounting department was incorrectly billing PROCRIT 10,000-unit vials at approximately $20.00 per vial!**  Craig provided this information to the director of pharmacy and the hospital is now buying strictly PROCRIT.

► **HG Holley Hospital** - This is a tuberculosis facility/hospital in Palm Beach which is establishing a new pharmacy and will be providing PROCRIT to the HIV patients held in this location.  Our Financial Assistance Program will be most beneficial for this account.

► **Dr. Pierones, Ft. Pierce** - Based on the clinical information, was able to increase dosing for the HIV patients from 4,000 to 10,000 T.I.W.

► **Hem/Onc Associates - Atlantis** - Purchased 85 boxes of 20,000-unit PROCRIT in January and February under the promotion period.

► **HRS Palm Beach** - Medical director signed off on PROCRIT usage guidelines for the HIV facilities in Palm Beach.   The usage guidelines were then rolled out to 42 physicians and staff during a morning meeting, and copies of this package have been shared throughout the Orlando District.

► **20,000-Unit Vial Success Stories** - Include Hem/Onc Associates Atlantis, Dr. Collins, J. F. K. Hospital, MIMA, Dr. Belig, Doctors Pharmacy, and Hem/Onc of PSL.  Total is approximately $200,000.

DTR/sd

Highly Confidential

# Exhibit 56

September 28, 1998

Michael Kalson, MD
Academy Orthopaedics

Dr. Kalson,

Thank you for taking the time recently to talk with me about the benefits of using
Procrit (Epoetin Alfa) for your total joint or spinal surgery patients. As requested, I have
included in the memo some of the costs associated with using Procrit. Please keep in
mind that although there is an expense to using Procrit, it can reduce, and in some cases
eliminate the need for pre-deposited autologous blood or the need for allogeneic blood.
This, in turn, can help reduce the overall cost of a specific procedure. I have also
included the guidelines for Procrit in the surgery indication as well as the billing codes
necessary to be reimbured.

The following list is the cost of Procrit and the rate at which Medicare reimburses for it:

Cost: Florida Infusion, one of our distributors, sells Procrit for $1,128.00.        (this is
for the 20,000ml x 1ml multi-dose pack)

Medicare reimbursement:  Medicare pays 80% of AWP – 5%

AWP = $1,200.00 ,  AWP – 5% = $1,140.00 ,  80% x $1,140.00 = $912.00

Since there are 3 injections pre-op, the Medicare reimbursement is $304.00 per injection.
Thus, the 20% patient responsibility is $228.00 or $76.00 per injection.

If you have any questions regarding the pricing, please give me a call. I will be more that
happy to work with your staff to help implement Procrit into your office. Please let me
know how I can help.

Sincerely,

Brock Weathers

**Plaintiffs' Exhibit**
**364**
01-12257-PBS

ORTHO 00516913
Confidential - Attorneys Only

Highly Confidential                                                          MDL-OBI00059164

# Exhibit 57



# PROCRIT
# Reimbursement Alternatives

*Presented by Documedics*

( AABB Presentation )

**Plaintiffs' Exhibit**
**331**
**01-12257-PBS**

ORTHO 01000303
Confidential - Attorneys Only

ᴳHLY CONFIDENTIAL

MDL-OBI00061831

# Agenda

- Introduction
- Reimbursement under Part A
- Reimbursement under Part B
- Summary

ORTHO 01000304
Confidential - Attorneys Only

GHLY CONFIDENTIAL

MDL-OBI00061832

# Introduction

- Bloodless Surgery is a trend that is increasing....
- Patients want *non-transfusion* alternatives.
- Anemic patients can't donate.
- Can you make money????

ORTHO 01000305
Confidential - Attorneys Only

HIGHLY CONFIDENTIAL                                          MDL-OBI00061833

# Part A Reimbursement

- Blood Bank must be part of a hospital.
- There must be staff to do injections.
- Nursing staff must be authorized under hospital bylaws to give injections.
- Charge mechanisms must be set up.

ORTHO 01000306
Confidential - Attorneys Only

HIGHLY CONFIDENTIAL

MDL-OBI00061834

# Charges Under Part A

- ■ Supplies and Nursing Time=A Facility Fee (Rev Code 761??)
- ■ Drug is charged
  - ■ Rev Code 636 with Q0136 OR
  - ■ Rev Code 250
  - ■ Depends Upon Your FI.



ORTHO 01000307
Confidential - Attorneys Only

HIGHLY CONFIDENTIAL

MDL-OBI00061835

10/13/97   17:32   FAX 415 9980155         13/DOCUMEDICS                    Ø006

# Payment Under Part A



- Depends Upon Your Cost Report.

- AWP per 1000 units=$12.00

- Facility fees=$30-$50 depending upon your region.

ORTHO 01000308
Confidential - Attorneys Only

HIGHLY CONFIDENTIAL

MDL-OBI00061836

# Problems Under Part A

- Current FI rules for Q0136.

- Changing Outpatient Reimbursement for Medicare in 1999.

- Patients may not take drug home for it to be charged under Part A.

- 72 hour rule may apply for the last dose.

HIGHLY CONFIDENTIAL

ORTHO 01000309
Confidential - Attorneys Only

MDL-OBI00061837

# What About Part B???



- Drugs have paid well under Part B.

- Setting must be an MD practice.

- Drugs purchased by MD practice.

- Nurse employed or leased by the practice.

HIGHLY CONFIDENTIAL

ORTHO 01000310
Confidential – Attorneys Only

MDL-OBI00061838

# Payment Under Part B

- In 1998, 95% of AWP for the drug *(or 1000 units)* ($11.40).
- $4.00 on average per injection.
- OR, $13.00 for the Nurse.
- OR, a physician visit ($25-$88).

HIGHLY CONFIDENTIAL

ORTHO 01000311
Confidential - Attorneys Only

MDL-ORI00061830



# Downside Under Part B

- Drug reimbursement may decline.

- Doctor must be on premises when the drug is given.

- Patient may not self-inject.

HIGHLY CONFIDENTIAL

ORTHO 01000312
Confidential - Attorneys Only

10/13/97   17:32   FAX 415 9080155         13/DOCUMEDICS                              @011

# Should You Give PROCRIT?

- Additional revenue.

- Provides an alternative for the anemic patient.

- Reimbursement is assured if denied.

- If you have questions, call us!!!

  - (800)-816-5703.

HIGHLY CONFIDENTIAL

ORTHO 01000313
Confidential - Attorneys Only

# Exhibit 58

# (Not Used)

# Exhibit 59



# Procrit Physician Office Strategy: Strategic Responses to Aranesp

September 18, 2002

Prepared by Charles River Associates

ORTHO BIOTECH

Plaintiffs' Exhibit
**343**
01-12257-PBS

MDL-OBI00041457

HIGHLY CONFIDENTIAL

# Outline

- The Aranesp Threat
- Leveraging Procrit's Strengths Through Physician Contracts
  - Capturing Category Growth
  - Preventing Aranesp Conversion
  - Contracting considerations moving forward
- Conclusions

ORTHO BIOTECH

MDL-OBI00041458



# The Aranesp Threat

Prepared by Charles River Associates

ORTHO BIOTECH

MDL-OBI00041459

MDL 00041459

HIGHLY CONFIDENTIAL

# Situation Overview

- **Procrit has a dominant position in oncology**
  - Significant untapped potential

  *Do not jeopardize growth opportunity!*

- **Competitive landscape has changed with Aranesp launch**
  - Recent oncology indication
  - US Oncology and ION contract wins

- **Aranesp opportunity: Drive sales by physician margin**

## Physician contracts help secure Procrit's market position

ORTHO BIOTECH

CRA

MDL-OBI00041460

# Aranesp Margin Advantage: Baseline

- Assumptions: Aranesp 100 mcg, Procrit 40K units; no discounts or rebates, 100% Copay collection

|  | Aranesp | Procrit |
|---|---|---|
| List Price | $399.00 | $445.20 |
| Reimburse (AWP - 5%) | $473.81 | $507.53 |
| Margin $ | $74.81 | $62.33 |
| Total Margin % | 18.8% | 14.0% |
| Aranesp Margin Advantage $ | $12.48 | |

ORTHO BIOTECH

CRA

MDL-OBI00041461

HIGHLY CONFIDENTIAL

# Aranesp's Strategic Advantages

▪ **Margin**
- 25% spread compared to 20% for Procrit
- Margin advantage is substantially larger with Medicare APCs
- If higher doses of Aranesp are used, as recommended in the new PI, the advantage is substantially larger

▪ **Amgen portfolio of products**
- Significant volume potential in Neupogen, Neulasta, and Aranesp
- History of bundling

▪ **Possible perceived clinical advantages associated with longer half-life**
- Value to patients and willingness of physicians to prescribe less than weekly is still unclear

ORTHO BIOTECH

CRA

MDL-OBI00041462

HIGHLY CONFIDENTIAL

# Leveraging Procrit's Strengths Through Physician Contracts

Prepared by Charles River Associates

ORTHO BIOTECH

HIGHLY CONFIDENTIAL

MDL-OBI000441463

# Procrit's Strategic Advantages

- **Established base of contracts**
  - 1300 individual physician contracts covering 87% of potential business
  - Established relationships through account reps
- **Current market share**
  - Physician purchases and Procrit rebate dollars are substantial
- **History of use**
  - Procrit is an established part of clinical practice with broad indications and usage
  - Reimbursement policies are well known
- **Clinical advantages: timely and significant response**

ORTHO BIOTECH

CRA

HIGHLY CONFIDENTIAL

MDL–OBI00041464

# Possible Contracting Opportunities to Influence Physician Office Business

## Managed Care

- Only valuable if Payors could influence product choice – seems unlikely given past behavior
- Fewer payor contracts would defeat Procrit's advantage created through 1300 physician contracts

## Specialty Pharmacies

- Programs are still in early stages; oncologist pushback is likely
- It is not clear whether SPs can influence physician product choice
- Amgen could leverage its broad injectables portfolio
- No advantage to Procrit moving first

## Physician Distributors

- Physician pull likely to outweigh any pressure exerted by distributors
- Due to pass-through, no advantage relative to direct physician contracting
- Small numbers of distributors mean Aranesp could easily respond

CRA

ORTHO BIOTECH

HIGHLY CONFIDENTIAL

MDL-OBI00041465

# Current Contracting Focus: Physician Office

- **Objective: Leverage Procrit's strategic advantages to encourage category growth and maintain Procrit market share**

- **Physician contracts are the most effective contracting vehicle**

  - Leverages established relationships

  - Capitalizes on current market share to provide incentives for continued Procrit growth

  - Reinforces and rewards physicians' established clinical practices

- **It is not necessary to eliminate Aranesp's margin advantage**

  - Simply need to make it sufficiently painful to switch

  - Convince doctors that Procrit is the most advantageous product for the practice as a whole

    - Clinical advantages

    - Financial advantages

ORTHO BIOTECH

CRI

MDL-OBI00041466

HIGHLY CONFIDENTIAL

# Where are the Growth Opportunities?



**Worth Defending**
- Percentage of total sales?
- Percentage of growth?

**Must Win**
- What is Aranesp doing to target?
- How can these be kept?

**Lowest Priority**
- Should not dictate Procrit contracting strategy

**High Growth Potential**
- Long-term growth opportunity
- Easiest targets for Aranesp

Large

Small

**Account Size**

Low Growth

High Growth

**Account Category Growth**

ORTHO BIOTECH

HIGHLY CONFIDENTIAL

MDL-OBI00041467

MDL 00041467



MDL-OBI000041468

HIGHLY CONFIDENTIAL

# Existing Contracts Combat Aranesp Conversion Incentives

▪ **Existing contracts encourage loyalty and punish conversion to leverage Procrit's dominant position**

▪ **At certain critical points, additional Aranesp conversion is detrimental to profits, making it painful to switch**

  • **Importance of growth and rebate tiers and multipliers**

  • **Valuable short-run tool to forestall Aranesp penetration**

▪ **Physicians' ability to convert patients quickly and completely will determine the profitability of switching to Aranesp**

ORTHO BIOTECH

MDL-OBI00041469

HIGHLY CONFIDENTIAL



MDL-OBI000041470

HIGHLY CONFIDENTIAL

# Current Contracts Incentives: Summary

- Existing contract structure prevents immediate profit gains from Aranesp conversion

- In order to realize profit increases, physicians must convert a large share of business

- High growth accounts stand to lose the most by converting to Aranesp

- Large accounts may be able to recover from lost rebates more quickly

## Unless conversion is fast and complete, physicians are better off using Procrit in the short run

ORTHO BIOTECH

CRA

MDL-OBI000041471

HIGHLY CONFIDENTIAL

# Switching Costs Further Reduce Aranesp Conversion Incentives

▪ **Reimbursement difficulties**
  • Mistakes lead to non-payment

▪ **Inventory costs**
  • Must stock multiple products and dosages

▪ **Limited indications**
  • Some patients not candidates for Aranesp
  • Physicians must convert higher percentage of available patients in order to make conversion profitable

ORTHO BIOTECH

CRA

MDL-OBI00041472

HIGHLY CONFIDENTIAL



MDL-OBI00041473

HIGHLY CONFIDENTIAL

# Conversion Speed Determines Profitability of Switching

- Unless conversion is immediate, attempts to convert patients to Aranesp lead to large temporary losses in profits
  - Current contract structure discourages defection to Aranesp in short run

- OBI has an opportunity to roll out new contracts in 2003
  - May provide additional loyalty rewards

- Current OBI efforts to slow the rate of conversion will allow time for new contracts to take hold
  - Emphasize clinical benefits, switching costs, and benefits of Procrit loyalty

ORTHO BIOTECH

CRA

MDL-OBI00041474

HIGHLY CONFIDENTIAL

# Contracting Considerations Moving Forward

- Existing physician contracts defend against Aranesp conversion in the short run
  - Many of these contracts will expire at the end of 2003

- Key Question: What contract structure will most effectively preserve Procrit market share and growth opportunities in the long run?

- New contract structure must:
  - Encourage category growth
  - Punish excessive Aranesp penetration
  - Reward physician loyalty to Procrit

- Initial ideas:
  - Growth and volume rebates with more frequent tiers
  - Extension of multipliers
  - Market share requirements

ORTHO BIOTECH

HIGHLY CONFIDENTIAL

MDL-OBI000041475



MDL-OBI00041476

HIGHLY CONFIDENTIAL

# Conclusions

Prepared by Charles River Associates

ORTHO BIOTECH

MDL-OBI00041477

HIGHLY CONFIDENTIAL

# Key Messages for Physicians

- ▨ There are no clinical reasons to switch to Aranesp

- ▨ Switching costs associated with converting to Aranesp mitigate Aranesp's margin advantage

  - Reimbursement
  - Inventory requirements
  - Lack of broad labeling for indications

- ▨ Our existing Procrit contracts reward physicians for continuing to do what they already do

  - No change in practice patterns or purchasing is required
  - No increase in performance is required

ORTHO BIOTECH

CRA

MDL-OBI00041478

HIGHLY CONFIDENTIAL

# Key Messages for OBI

- **The best contracting strategy leverages Procrit's key strategic advantages**
  - Large installed base of existing contracts
  - Current market share
- **Physician office is the "right" contracting entity**
  - Managed care, distributors, and specialty pharmacies unlikely to influence physician product choice
- **Existing contract structure encourages continued loyalty**
- **Established base of physician contracts promotes extensions that encourage loyalty in the long run**
  - Possible movement to market share contracts
- **As Aranesp matures, there will be additional issues to address**
  - Increased margin advantage due to dosage creep
  - Possible decreased dosing frequency
  - Resolution of existing reimbursement uncertainties

ORTHO BIOTECH

CRA

MDL-OBI00041479

HIGHLY CONFIDENTIAL

# Exhibit 60

August 5, 2002

# Procrit Contracting: Modeling Provider Economics

Prepared by Charles River Associates



Plaintiffs' Exhibit
**344**
01-12257-PBS



# Economic Drivers of Product Choice

- ■ If providers perceive Procrit and Aranesp as clinically equivalent, product choice will be largely based on economics

  - Procrit is available at a lower cost

  - Aranesp provides a larger margin to physician practices

- ■ In some settings, margin is a stronger driver than cost

  - Office-based physicians

  - Hospital outpatient clinics – Due to Medicare and some private payor reimbursement policies

- ■ Hospital inpatient and some outpatient business is cost-driven





# Aranesp's Margin Advantage

- **Source of Aranesp's margin Advantage:**
  - Aranesp AWP per dose is higher than Procrit
  - AWP/WAC spread is 25% for Aranesp and only 20% for Procrit
  - New Aranesp PI indicates higher Aranesp dosing which increases the total profit available per treatment
  - Medicare reimbursement levels are better for Aranesp
    - Procrit's loss of pass-through status will exacerbate the problem

- **Size of Aranesp per-treatment\* margin advantage:**



| Scenario | Starting Dose | | | Weighted Average Dose | | |
|---|---|---|---|---|---|---|
| | Procrit Profit | Aranesp Profit | Percentage Difference | Procrit Profit | Aranesp Profit | Percentage Difference |
| Baseline -- AWP - 5% | | | | | | |
| No discounts/rebates | $ 1,122 | $ 2,114 | 88% | $ 1,262 | $ 2,720 | 116% |
| Hospital Outpatient -- APC | $ 30 | $ 930 | 2955% | $ 34 | $ 1,197 | 3394% |
| NCI Hospital Outpatient -- APC | $ 431 | $ 930 | 116% | $ 485 | $ 1,197 | 147% |
| Physician Office -- AWP-5% | | | | | | |
| No Aranesp or Procrit Rebates | $ 1,915 | $ 3,332 | 74% | $ 2,155 | $ 4,287 | 99% |

*Assume 18 doses per treatment
*Starting dose (Procrit 40 units; Aranesp 157 mcg)
*Weighted average dose (i.e., accounting for titration) (Procrit 45 units; Aranesp 202 mcg)

# Defending Procrit Market Position

- **Aggressive Aranesp launch necessitates strong defense**
  - **Sell Procrit's clinical benefits**
  - **Provide economic incentives to maintain and grow Procrit**
    - Market share requirements
  - **Communicate economic benefits of using Procrit**
- **Procrit sales force must provide compelling evidence that continuing with Procrit provides economic benefits**
  - **Educate physicians regarding the costs of switching to Aranesp**
  - **Demonstrate the economic consequences of failing to meet Procrit market share requirements**
- **Sales force needs to communicate the economic message in a simple yet effective manner**
  - **Must conform to legal requirements**




# Communicating The Economic Message: Provider Financial Model

- **One way to illustrate Procrit's economic benefits is through a financial model**
  - Excel-based tool that uses provider specific inputs to generate customized outputs
- **Model objectives:**
  - Explain new Procrit market share contract
  - Demonstrate the effect of switching to Aranesp under the new contract
  - Calculate total rebates at various Procrit market shares
  - Educate physicians and hospitals regarding the level of effort that will be required to make a switch to Aranesp profitable
- **Model will be designed so that the sales rep can quickly:**
  - Gather inputs
  - Summarize outputs
  - Illustrate practice dynamics using charts, graphs, and visual aids




# Model Inputs

- Current Procrit spending
- Current Procrit share
- Expected category growth
- % of Medicare business
- % of outpatient business (for hospitals)

- Number of anemia patients by type of cancer
- % of rejected claims expected
- % of copays collected
- Payor mix
- Average length of chemo regimen for Procrit patient

- Variables related to switching costs, such as number of staff members, salaries, inventory costs, etc. may also be collected

# Model Outputs

- Procrit and Aranesp rebates at various market shares

  - Demonstrate effect of Procrit rebate cliffs and the magnitude of rebates foregone by switching to Aranesp

  - Market share that must be converted in order to make up for lost rebates

- Total Procrit and Aranesp costs at AWP at various market shares

  - Demonstrates the cost to payors and patients of switching to Aranesp

- Net cost of Procrit and Aranesp at various market shares

  - Cost to the provider after accounting for discounts, rebates, and switching costs



# Examples of Potential Visual Aids: Physician Practices

- **Actual Physician Economics:**
  - Plots total physician profits (lost Procrit rebates at 95% Procrit share) as Aranesp market share increases
  - Identifies the market share that must be converted to Aranesp in order to make up for lost profits

- **Example 1: Total rebates**
  - Plots total physician practice rebates as Aranesp market share increases

- **Example 2: Category AWP value vs. net cost**
  - Plots physician practice net cost after discounts and rebates
  - Plots total product cost evaluated at AWP

- **These examples shown for two alternative dosing regimes:**
  - Procrit and Aranesp both at *starting dose* (40 units; 157 mcg)
  - Procrit and Aranesp both at *weighted average dose* (i.e., accounting for titration) (45 units; 202 mcg)





# Actual Physician Economics: Total profits

Weighted Average Dose

**Total Profits = Discounts + Rebates + Margin**



Physician must convert 25% of sales to Aranesp to overcome loss of Procrit rebates

Procrit Rebate Cliff

Office Profits

1,200,000 / 1,000,000 / 800,000 / 600,000 / 400,000 / 200,000 / 0

100% 85% 71% 59% 48% 38% 29% 21% 13% 7% 0%

Procrit $ Market Share

Assumptions: Initial Procrit spending of $1.5M; 99% initial Procrit share; 20% category growth; Neupogen sales 80% of Procrit; 15% Neupogen growth; no switching costs



# Example 1:
# Total rebates



Weighted Average Dose

Incomplete story as rebates understate physician incentives
Neglects incremental margin gained by switching to Aranesp





Assumptions: Initial Procrit spending of $1.5M; 99% initial Procrit share; 20% category growth; Neupogen sales 80% of Procrit; 15% Neupogen growth; no switching costs

# Example 2:
## Category AWP value vs. net cost

Weighted Average Dose

**Total health care costs rise dramatically with Aranesp**



At 77% Procrit share of anemia sales, the difference between AWP and net cost has reached same level as before rebate cliff

Procrit Rebate Cliff

— AWP Value
—□— Net Cost

$ Millions

Procrit $ Market Share

Assumptions: Initial Procrit spending of $1.5M; 99% initial Procrit share; 20% category growth; Neupogen sales 80% of Procrit; 15% Neupogen growth; no switching costs







# Examples of Potential Visual Aids: Hospitals

- **Example 1: VOO rebates**

  - Hypothetical hospital with an equal number of Procrit inpatients and outpatients and all outpatient business reimbursed at Medicare levels

  - Plots the effect of current VOO rebates on the hospital's net cost as Aranesp outpatient market share increases

    – Assumes fixed Aranesp inpatient share of 5%

- **Example 2: 95% Market Share Requirement for NCI Rebates**

  - Plots total hospital rebates and net cost as Aranesp market share increases

    – Net cost = purchase – rebates – outpatient reimbursement

  - Evaluated at Aranesp and Procrit starting doses and at weighted average doses



# Example 1:
# Outpatient Clinic Incentives Under VOO:












# Conclusions

- OBI can make compelling arguments regarding the economic benefits of continuing to use Procrit

  - Explain the impact of new market share requirements
  - Educate providers about switching costs

- There may be tension between telling a compelling economic story and complying with regulatory requirements

- Developing a provider impact model that accommodates business interests and legal requirements should be a high priority for OBI

  - Ongoing collaboration is essential



# Exhibit 61

PROCRIT (Epoetin alfa) vs darbepoetin alfa:
A Side-by-Side Cost of Dosing Comparison

Plaintiffs' Exhibit
248
01-12257-PBS

# PROCRIT® (Epoetin alfa) Is *Proven*

Over 10 years of experience

Proven safe and effective in 4 **approved indications**

More than 1,000,000 patients treated

Established reimbursement

**PROCRIT Dosing Cost Comparison**

Cost of PROCRIT therapy =        $0.00  x         0  patients = $        0.00

Cost of darbepoetin alfa therapy =   $0.00  x                patients = $        0.00

Cost difference = $        0.00

CALCULATE       PRINT

ORTHO BIOTECH



# PROCRIT® (Epoetin alfa) vs darbepoetin alfa: A Side-by-Side Titration Comparison

| | 0 units | mcg | mcg |
|---|---|---|---|
| Dose or Vial Size | | | |
| List Price | $0.00 | $0.00 | $0.00 |
| AWP | $0.00 | $0.00 | $0.00 |
| Reimbursement Rate (AWP minus) | % | % | % |
| Reimbursement Allowable | $0.00 | $0.00 | $0.00 |
| Discount / Rebate Percentage | % | % | % |
| Discount / Rebate Dollars | $0.00 | $0.00 | $0.00 |
| Net Price | $0.00 | $0.00 | $0.00 |
| Number of Doses | | | |
| Cost of Therapy | $0.00 | $0.00 | $0.00 |
| Total Cost of Therapy | $0.00 | | |
| Dollar ($) Difference in Cost | $0.00 | | |
| Percent (%) Difference in Cost | 0 % | | |

CLEAR ALL    CALCULATE    PRINT

ORTHO BIOTECH

\* Darbepoetin alfa is indicated for the treatment of anemia associated with chronic renal failure, including patients on dialysis and patients not on dialysis.

NOTE: See Aranesp™ (darbepoetin alfa) prescribing information for complete dosing information.

Home / Exit





# PROCRIT® (Epoetin alfa) vs darbepoetin alfa: A Side-by-Side Medicare Comparison

| | units | units | mcg | mcg |
|---|---|---|---|---|
| Dose or Vial Size | | | | |
| Cost of Therapy | $0.00 | $0.00 | $0.00 | $0.00 |
| Number of Treated Chemotherapy-Induced Anemia Cases | | | 0 | |
| Patient Mix | 0 % | 0 % | 0 % | 0 % |
| Cost of Membership | $0.00 | $0.00 | $0.00 | $0.00 |
| Weighted Average of Dosing | | 0 | | 0 |
| Total Cost of Membership | | $0.00 | | $0.00 |
| Medicare (80%) | | $0.00 | | $0.00 |
| Patient Co-Pay (20%) | | $0.00 | | $0.00 |
| Dollar ($) Difference in Cost | | $0.00 | | |
| Percent (%) Difference in Cost | | 0 % | | |
| Dosing Conversion | | 0 | | |

CLEAR ALL    CALCULATE    PRINT

Home    Exit

ORTHO BIOTECH

