UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 06-11337 |
| *State of California, ex. Rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*<br><br>Case No. 03-cv-11226-PBS | Judge Patti B. Saris |

## DECLARATION OF JOSHUA D. WEEDMAN

I, JOSHUA D. WEEDMAN, declare under penalty of perjury as follows:

1. I am an associate at White & Case LLP, attorneys for Defendant Sandoz Inc. ("Sandoz"). I make this declaration in further support of Defendant Sandoz Inc.'s Reply in Support of its Motion for Summary Judgment, as well as in support of Defendant Sandoz Inc.'s Reply in Support of Its Local Rule 56.1 Statement of Undisputed Facts. I have personal knowledge of the facts stated herein.

2. In Sandoz' Reply Motion and 56.1 Statement, we have incorporated the discovery record by reference. The purpose of this declaration is to make excerpts from the record available for the convenience of the Court.

3. Attached hereto are the true and correct copies of the following exhibits:

| Ex. A | Portions of table listing AWP, WAC, and AMP for Sandoz drugs for 1994 through 1996 |
|---|---|
| Ex. B | Relevant Excerpt from Expert Report of Dr. Jeffery D. Leitzinger |
| Ex. C | Relevant Excerpts from Transcript of September 23, 2009 Deposition of Jeffrey |

|  | Leitzinger |
|---|---|
| Ex. D | Exhibit 7 to the Expert Disclosure of Jeffrey D. Leitzinger |
| Ex. E | Relevant Excerpts from Transcript of December 3, 2008 Rule 30(b)(6) Deposition of California Department of Health Care Services (Kevin Gorospe) |
| Ex. F | Relevant Excerpts from Transcript of April 28, 2009 Deposition of Craig Miller |
| Ex. G | Table of Sandoz AMP Letters to California |
| Ex. H | Relevant Excerpts from Transcript of March 19, 2008 Deposition of Kevin Gorospe |
| Ex. I | Relevant Excerpts from Transcript of May 6, 2009 Rule 30(b)(6) Deposition of California Department of Health Care Services (Kevin Gorospe) |
| Ex. J | Relevant Excerpts from Transcript of September 22, 2008 Deposition of Kevin Gorospe |
| Ex. K | Relevant Excerpts from Transcript of April 23, 2009 Deposition of Mike Namba |
| Ex. L | Relevant Excerpts from Transcript of October 22, 2008 Deposition of Craig Miller |
| Ex. M | Relevant Excerpts from Transcript of September 24, 2008 Deposition of Craig Miller |
| Ex. N | Exhibit 2 to the September 24, 2008 Deposition of Craig Miller |
| Ex. O | GPhA Letter to Centers for Medicare & Medicaid Services ("CMS") |
| Ex. P | Relevant Excerpts from Transcript of November 13, 2008 Deposition of Frank Steifel |
| Ex. Q | Relevant Excerpts from Transcript of March 26, 2008 Deposition Christopher Worrell |
| Ex. R | Ex. 2a of Expert Report of Daniel L. Rubinfeld |
| Ex. S | Errata Sheet for Expert Report of Daniel L. Rubinfeld |

Dated:  January 15, 2010

    /s/ Joshua D. Weedman
    Joshua D. Weedman

## **CERTIFICATE OF SERVICE**

I, Jacqueline L. Chung, hereby certify that on January 15, 2010, I have caused true and correct copies of the foregoing Declaration of Joshua D. Weedman, with attached exhibits, to be served on all counsel of record by electronic service, pursuant to the Case Management Order No. 2 entered in by Honorable Patti B. Saris in MDL 1456.

/s/ Jacqueline L. Chung
Jacqueline L. Chung
