# EXHIBIT A

**Exhibit 3**
**Reported AWP, WAC and AMP vs. Dr. Leitzinger's But-For Price by Product/NDC by Quarter**
**1994q1 to 2004q4**

| NDC | Product Name | Qtr | Reported AWP | Reported WAC | Reported AMP | But-for Price | AWP-But-for Price | | WAC-But-for Price | | AMP-But-for Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ "spread" | % "spread" | $ "spread" | % "spread" | $ "spread" | % "spread" |
| | | | | | (per package) | | | | | | | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) |
| | | | | | | | =(4)-(7) | =(8)/(7) | =(5)-(7) | =(10)/(7) | =(6)-(7) | =(12)/(7) |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1994q1 | $ 129.80 | $ 22.25 | $ 13.47 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1994q2 | $ 129.80 | $ 22.25 | $ 13.68 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1994q3 | $ 129.80 | $ 22.25 | $ 13.22 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1994q4 | $ 129.80 | $ 22.25 | $ 14.08 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1995q1 | $ 129.80 | $ 22.25 | $ 13.28 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1995q2 | $ 129.80 | $ 22.25 | $ 13.53 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1995q3 | $ 129.80 | $ 22.25 | $ 13.08 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1995q4 | $ 129.80 | $ 22.25 | $ 12.05 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1996q1 | $ 129.80 | $ 22.25 | $ 13.40 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1996q2 | $ 241.95 | $ 22.25 | $ 12.33 | $ 14.39 | 227.56 | 1581% | $ 7.86 | 55% | $ (2.06) | -14% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1996q3 | $ 241.95 | $ 22.25 | $ 11.13 | $ 13.67 | 228.28 | 1670% | $ 8.58 | 63% | $ (2.54) | -19% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1996q4 | $ 264.10 | $ 22.25 | $ 10.87 | $ 13.12 | 250.98 | 1913% | $ 9.13 | 70% | $ (2.25) | -17% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1997q1 | $ 264.10 | $ 22.25 | $ 11.25 | $ 12.90 | 251.2 | 1947% | $ 9.35 | 72% | $ (1.65) | -13% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1997q2 | $ 264.10 | $ 22.25 | $ 11.04 | $ 12.51 | 251.59 | 2011% | $ 9.74 | 78% | $ (1.47) | -12% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1997q3 | $ 264.10 | $ 22.25 | $ 9.95 | $ 11.20 | 252.9 | 2258% | $ 11.05 | 99% | $ (1.25) | -11% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1997q4 | $ 264.10 | $ 22.25 | $ 9.17 | $ 10.46 | 253.64 | 2425% | $ 11.79 | 113% | $ (1.29) | -12% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1998q1 | $ 264.10 | $ 22.25 | $ 9.01 | $ 9.67 | 254.43 | 2631% | $ 12.58 | 130% | $ (0.66) | -7% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1998q2 | $ 264.10 | $ 14.68 | $ 8.70 | $ 9.33 | 254.77 | 2731% | $ 5.35 | 57% | $ (0.63) | -7% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1998q3 | $ 259.85 | $ 14.68 | $ 8.69 | $ 9.31 | 250.54 | 2691% | $ 5.37 | 58% | $ (0.62) | -7% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1998q4 | $ 259.85 | $ 14.68 | $ 8.12 | $ 9.34 | 250.51 | 2682% | $ 5.34 | 57% | $ (1.22) | -13% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1999q1 | $ 259.85 | $ 14.68 | $ 8.60 | $ 9.05 | 250.8 | 2771% | $ 5.63 | 62% | $ (0.45) | -5% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1999q2 | $ 259.85 | $ 14.68 | $ 8.27 | $ 9.12 | 250.73 | 2749% | $ 5.56 | 61% | $ (0.85) | -9% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1999q3 | $ 259.85 | $ 14.68 | $ 7.65 | $ 8.91 | 250.94 | 2816% | $ 5.77 | 65% | $ (1.26) | -14% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 1999q4 | $ 259.85 | $ 14.68 | $ 7.79 | $ 8.59 | 251.26 | 2925% | $ 6.09 | 71% | $ (0.80) | -9% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2000q1 | $ 259.85 | $ 14.68 | $ 9.05 | $ 8.53 | 251.32 | 2946% | $ 6.15 | 72% | $ 0.52 | 6% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2000q2 | $ 259.85 | $ 14.68 | $ 8.60 | $ 8.25 | 251.6 | 3050% | $ 6.43 | 78% | $ 0.35 | 4% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2000q3 | $ 259.85 | $ 14.68 | $ 6.87 | $ 8.29 | 251.56 | 3034% | $ 6.39 | 77% | $ (1.42) | -17% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2000q4 | $ 259.85 | $ 13.11 | $ 7.84 | $ 7.68 | 252.17 | 3283% | $ 5.43 | 71% | $ 0.16 | 2% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2001q1 | $ 259.85 | $ 13.11 | $ 8.73 | $ 7.38 | 252.47 | 3421% | $ 5.73 | 78% | $ 1.35 | 18% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2001q2 | $ 430.20 | $ 30.94 | $ 10.26 | $ 8.26 | 421.94 | 5108% | $ 22.68 | 275% | $ 2.00 | 24% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2001q3 | $ 430.20 | $ 30.94 | $ 10.38 | $ 13.59 | 416.61 | 3066% | $ 17.35 | 128% | $ (3.21) | -24% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2001q4 | $ 430.20 | $ 30.94 | $ 9.63 | $ 13.57 | 416.63 | 3070% | $ 17.37 | 128% | $ (3.94) | -29% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2002q1 | $ 430.20 | $ 30.94 | $ 16.16 | $ 11.92 | 418.28 | 3509% | $ 19.02 | 160% | $ 4.24 | 36% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2002q2 | $ 430.20 | $ 30.94 | $ 9.53 | $ 11.79 | 418.41 | 3549% | $ 19.15 | 162% | $ (2.26) | -19% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2002q3 | $ 430.20 | $ 30.94 | $ 11.39 | $ 10.75 | 419.45 | 3902% | $ 20.19 | 188% | $ 0.64 | 6% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2002q4 | $ 430.20 | $ 30.94 | $ 4.78 | $ 10.42 | 419.78 | 4029% | $ 20.52 | 197% | $ (5.64) | -54% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2003q1 | $ 430.20 | $ 30.94 | $ 13.82 | $ 9.72 | 420.48 | 4326% | $ 21.22 | 218% | $ 4.10 | 42% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2003q2 | $ 430.20 | $ 30.94 | $ 7.67 | $ 9.59 | 420.61 | 4386% | $ 21.35 | 223% | $ (1.92) | -20% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2003q3 | $ 430.20 | $ 30.94 | $ 9.83 | $ 9.03 | 421.17 | 4664% | $ 21.91 | 243% | $ 0.80 | 9% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2003q4 | $ 430.20 | $ 30.94 | $ 12.30 | $ 7.68 | 422.52 | 5502% | $ 23.26 | 303% | $ 4.62 | 60% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2004q1 | $ 430.20 | $ 30.94 | $ 11.86 | $ 10.44 | 419.76 | 4021% | $ 20.50 | 196% | $ 1.42 | 14% |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2004q2 | $ 430.20 | $ 30.94 | $ 15.14 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2004q3 | $ 430.20 | $ 30.94 | $ 14.07 | | | | | | | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 2004q4 | $ 430.20 | $ 30.94 | $ 13.71 | | | | | | | |

Highly Confidential

| NDC | Product Name | Qtr | Reported AWP | Reported WAC | Reported AMP | But-for Price | AWP-But-for Price | | WAC-But-for Price | | AMP-But-for Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ "spread" | % "spread" | $ "spread" | % "spread" | $ "spread" | % "spread" |
| | | | | | (per package) | | | | | | | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) |
| | | | | | | | =(4)-(7) | =(8)/(7) | =(5)-(7) | =(10)/(7) | =(6)-(7) | =(12)/(7) |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1996q2 | $ 27.95 | $ 16.90 | $ 5.72 | $ 11.79 | 16.16 | 137% | $ 5.11 | 43% | $ (6.07) | -51% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1996q3 | $ 27.95 | $ 16.90 | $ 3.98 | $ 11.68 | 16.27 | 139% | $ 5.22 | 45% | $ (7.70) | -66% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1996q4 | $ 27.95 | $ 12.64 | $ 3.75 | $ 11.28 | 16.67 | 148% | $ 1.36 | 12% | $ (7.53) | -67% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1997q1 | $ 27.95 | $ 12.64 | $ 4.48 | $ 10.25 | 17.7 | 173% | $ 2.39 | 23% | $ (5.77) | -56% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1997q2 | $ 27.95 | $ 12.64 | $ 4.31 | $ 9.53 | 18.42 | 193% | $ 3.11 | 33% | $ (5.22) | -55% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1997q3 | $ 27.95 | $ 12.64 | $ 3.20 | $ 8.45 | 19.5 | 231% | $ 4.19 | 50% | $ (5.25) | -62% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1997q4 | $ 27.95 | $ 12.64 | $ 2.84 | $ 6.86 | 21.09 | 307% | $ 5.78 | 84% | $ (4.02) | -59% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1998q1 | $ 27.95 | $ 12.64 | $ 3.35 | $ 5.47 | 22.48 | 411% | $ 7.17 | 131% | $ (2.12) | -39% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1998q2 | $ 27.95 | $ 8.94 | $ 3.15 | $ 4.19 | 23.76 | 567% | $ 4.75 | 113% | $ (1.04) | -25% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1998q3 | $ 27.95 | $ 8.09 | $ 2.86 | $ 2.89 | 25.06 | 867% | $ 5.20 | 180% | $ (0.03) | -1% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1998q4 | $ 27.95 | $ 8.09 | $ 1.36 | $ 2.79 | 25.16 | 902% | $ 5.30 | 190% | $ (1.43) | -51% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1999q1 | $ 27.95 | $ 8.09 | $ 1.55 | $ 2.72 | 25.23 | 928% | $ 5.37 | 197% | $ (1.17) | -43% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1999q2 | $ 27.95 | $ 8.09 | $ 2.65 | $ 2.50 | 25.45 | 1018% | $ 5.59 | 224% | $ 0.15 | 6% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1999q3 | $ 27.95 | $ 8.09 | $ 2.65 | $ 2.05 | 25.9 | 1263% | $ 6.04 | 295% | $ 0.60 | 29% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 1999q4 | $ 27.95 | $ 8.09 | $ 1.25 | $ 2.26 | 25.69 | 1137% | $ 5.83 | 258% | $ (1.01) | -45% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2000q1 | $ 27.95 | $ 8.09 | $ 3.56 | $ 2.31 | 25.64 | 1110% | $ 5.78 | 250% | $ 1.25 | 54% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2000q2 | $ 27.95 | $ 8.09 | $ 2.42 | $ 2.68 | 25.27 | 943% | $ 5.41 | 202% | $ (0.26) | -10% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2000q3 | $ 27.95 | $ 8.09 | $ 0.22 | $ 2.66 | 25.29 | 951% | $ 5.43 | 204% | $ (2.44) | -92% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2000q4 | $ 27.95 | $ 7.22 | $ 1.10 | $ 2.13 | 25.82 | 1212% | $ 5.09 | 239% | $ (1.03) | -49% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2001q1 | $ 27.95 | $ 7.22 | $ 1.84 | $ 1.95 | 26 | 1333% | $ 5.27 | 270% | $ (0.12) | -6% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2001q2 | $ 27.95 | $ 7.22 | $ 3.37 | $ 1.84 | 26.11 | 1419% | $ 5.38 | 292% | $ 1.53 | 83% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2001q3 | $ 27.95 | $ 7.22 | $ 3.10 | $ 2.45 | 25.5 | 1041% | $ 4.77 | 195% | $ 0.65 | 26% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2001q4 | $ 27.95 | $ 7.22 | $ 3.57 | $ 3.31 | 24.64 | 744% | $ 3.91 | 118% | $ 0.26 | 8% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2002q1 | $ 27.95 | $ 7.22 | $ 1.88 | $ 4.04 | 23.91 | 592% | $ 3.18 | 79% | $ (2.16) | -53% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2002q2 | $ 27.95 | $ 7.22 | $ 1.88 | $ 4.82 | 23.13 | 480% | $ 2.40 | 50% | $ (2.94) | -61% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2002q3 | $ 27.95 | $ 7.22 | $ 3.45 | $ 4.71 | 23.24 | 493% | $ 2.51 | 53% | $ (1.26) | -27% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2002q4 | $ 27.95 | $ 7.22 | $ 3.45 | $ 5.01 | 22.94 | 458% | $ 2.21 | 44% | $ (1.56) | -31% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2003q1 | $ 48.54 | $ 36.40 | $ 20.69 | $ 4.12 | 44.42 | 1078% | $ 32.28 | 783% | $ 16.57 | 402% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2003q2 | $ 48.54 | $ 36.40 | $ 22.38 | $ 27.07 | 21.47 | 79% | $ 9.33 | 34% | $ (4.69) | -17% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2003q3 | $ 48.54 | $ 36.40 | $ 17.54 | $ 27.18 | 21.36 | 79% | $ 9.22 | 34% | $ (9.64) | -35% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2003q4 | $ 48.54 | $ 36.40 | $ 24.11 | $ 24.62 | 23.92 | 97% | $ 11.78 | 48% | $ (0.51) | -2% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2004q1 | $ 48.54 | $ 36.40 | $ 20.76 | $ 25.75 | 22.79 | 89% | $ 10.65 | 41% | $ (4.99) | -19% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2004q2 | $ 48.54 | $ 36.40 | $ 23.56 | $ 24.29 | 24.25 | 100% | $ 12.11 | 50% | $ (0.73) | -3% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2004q3 | $ 48.54 | $ 36.40 | $ 22.02 | $ 23.75 | 24.79 | 104% | $ 12.65 | 53% | $ (1.73) | -7% |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 2004q4 | $ 48.54 | $ 36.40 | $ 22.07 | $ 26.07 | 22.47 | 86% | $ 10.33 | 40% | $ (4.00) | -15% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1994q3 | $ 279.50 | $ 169.00 | $ 62.30 | | | | | | | |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1994q4 | $ 279.50 | $ 169.00 | $ 68.11 | | | | | | | |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1995q1 | $ 279.50 | $ 169.00 | $ 66.58 | | | | | | | |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1995q2 | $ 279.50 | $ 169.00 | $ 59.64 | | | | | | | |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1995q3 | $ 279.50 | $ 169.00 | $ 70.80 | | | | | | | |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1995q4 | $ 279.50 | $ 169.00 | $ 52.61 | | | | | | | |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1996q1 | $ 279.50 | $ 169.00 | $ 59.82 | | | | | | | |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1996q2 | $ 279.50 | $ 169.00 | $ 57.23 | $ 117.86 | 161.64 | 137% | $ 51.14 | 43% | $ (60.63) | -51% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1996q3 | $ 279.50 | $ 169.00 | $ 39.85 | $ 116.76 | 162.74 | 139% | $ 52.24 | 45% | $ (76.91) | -66% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1996q4 | $ 279.50 | $ 126.40 | $ 37.49 | $ 112.77 | 166.73 | 148% | $ 13.63 | 12% | $ (75.28) | -67% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1997q1 | $ 279.50 | $ 126.40 | $ 44.75 | $ 102.50 | 177 | 173% | $ 23.90 | 23% | $ (57.75) | -56% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1997q2 | $ 279.50 | $ 126.40 | $ 43.15 | $ 95.34 | 184.16 | 193% | $ 31.06 | 33% | $ (52.19) | -55% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1997q3 | $ 279.50 | $ 126.40 | $ 31.99 | $ 84.45 | 195.05 | 231% | $ 41.95 | 50% | $ (52.46) | -62% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1997q4 | $ 279.50 | $ 126.40 | $ 28.37 | $ 68.60 | 210.9 | 307% | $ 57.80 | 84% | $ (40.24) | -59% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1998q1 | $ 279.50 | $ 126.40 | $ 33.53 | $ 54.70 | 224.8 | 411% | $ 71.70 | 131% | $ (21.17) | -39% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1998q2 | $ 279.50 | $ 89.40 | $ 31.55 | $ 41.90 | 237.6 | 567% | $ 47.50 | 113% | $ (10.36) | -25% |

Highly Confidential

| NDC | Product Name | Qtr | Reported AWP | Reported WAC | Reported AMP | But-for Price | AWP-But-for Price $ "spread" | AWP-But-for Price % "spread" | WAC-But-for Price $ "spread" | WAC-But-for Price % "spread" | AMP-But-for Price $ "spread" | AMP-But-for Price % "spread" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (per package) | | | | | | | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) |
| | | | | | | | =(4)-(7) | =(8)/(7) | =(5)-(7) | =(10)/(7) | =(6)-(7) | =(12)/(7) |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1998q3 | $ 279.50 | $ 80.90 | $ 28.61 | $ 28.88 | 250.62 | 868% | $ 52.02 | 180% | $ (0.27) | -1% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1998q4 | $ 279.50 | $ 80.90 | $ 13.59 | $ 27.94 | 251.56 | 900% | $ 52.96 | 190% | $ (14.35) | -51% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1999q1 | $ 279.50 | $ 80.90 | $ 15.54 | $ 27.16 | 252.34 | 929% | $ 53.74 | 198% | $ (11.62) | -43% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1999q2 | $ 279.50 | $ 80.90 | $ 26.54 | $ 25.03 | 254.47 | 1017% | $ 55.87 | 223% | $ 1.51 | 6% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1999q3 | $ 279.50 | $ 80.90 | $ 26.47 | $ 20.51 | 258.99 | 1263% | $ 60.39 | 294% | $ 5.96 | 29% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 1999q4 | $ 279.50 | $ 80.90 | $ 12.52 | $ 22.62 | 256.88 | 1136% | $ 58.28 | 258% | $ (10.10) | -45% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2000q1 | $ 279.50 | $ 80.90 | $ 35.60 | $ 23.06 | 256.44 | 1112% | $ 57.84 | 251% | $ 12.54 | 54% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2000q2 | $ 279.50 | $ 80.90 | $ 24.16 | $ 26.78 | 252.72 | 944% | $ 54.12 | 202% | $ (2.62) | -10% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2000q3 | $ 279.50 | $ 80.90 | $ 2.20 | $ 26.56 | 252.94 | 952% | $ 54.34 | 205% | $ (24.36) | -92% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2000q4 | $ 279.50 | $ 72.20 | $ 10.96 | $ 21.33 | 258.17 | 1210% | $ 50.87 | 238% | $ (10.37) | -49% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2001q1 | $ 279.50 | $ 72.20 | $ 18.35 | $ 19.45 | 260.05 | 1337% | $ 52.75 | 271% | $ (1.10) | -6% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2001q2 | $ 279.50 | $ 72.20 | $ 33.71 | $ 18.42 | 261.08 | 1417% | $ 53.78 | 292% | $ 15.29 | 83% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2001q3 | $ 279.50 | $ 72.20 | $ 30.97 | $ 24.51 | 254.99 | 1040% | $ 47.69 | 195% | $ 6.46 | 26% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2001q4 | $ 279.50 | $ 72.20 | $ 35.70 | $ 33.11 | 246.39 | 744% | $ 39.09 | 118% | $ 2.59 | 8% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2002q1 | $ 279.50 | $ 72.20 | $ 18.79 | $ 40.42 | 239.08 | 591% | $ 31.78 | 79% | $ (21.63) | -54% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2002q2 | $ 279.50 | $ 72.20 | $ 18.79 | $ 48.22 | 231.28 | 480% | $ 23.98 | 50% | $ (29.43) | -61% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2002q3 | $ 279.50 | $ 72.20 | $ 34.50 | $ 47.14 | 232.36 | 493% | $ 25.06 | 53% | $ (12.64) | -27% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2002q4 | $ 279.50 | $ 72.20 | $ 34.50 | $ 50.06 | 229.44 | 458% | $ 22.14 | 44% | $ (15.56) | -31% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2003q1 | $ 485.40 | $ 364.00 | $ 206.93 | $ 41.20 | 444.2 | 1078% | $ 322.80 | 783% | $ 165.73 | 402% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2003q2 | $ 485.40 | $ 364.00 | $ 223.77 | $ 270.74 | 214.66 | 79% | $ 93.26 | 34% | $ (46.98) | -17% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2003q3 | $ 485.40 | $ 364.00 | $ 175.42 | $ 271.82 | 213.58 | 79% | $ 92.18 | 34% | $ (96.40) | -35% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2003q4 | $ 485.40 | $ 364.00 | $ 241.13 | $ 246.20 | 239.2 | 97% | $ 117.80 | 48% | $ (5.07) | -2% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2004q1 | $ 485.40 | $ 364.00 | $ 207.61 | $ 257.46 | 227.94 | 89% | $ 106.54 | 41% | $ (49.85) | -19% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2004q2 | $ 485.40 | $ 364.00 | $ 235.60 | $ 242.89 | 242.51 | 100% | $ 121.11 | 50% | $ (7.29) | -3% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2004q3 | $ 485.40 | $ 364.00 | $ 220.22 | $ 237.48 | 247.92 | 104% | $ 126.52 | 53% | $ (17.26) | -7% |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 2004q4 | $ 485.40 | $ 364.00 | $ 220.66 | $ 260.70 | 224.7 | 86% | $ 103.30 | 40% | $ (40.04) | -15% |

Note: See Dr. Leitzinger's Exhibit 4 for further information on his methodology.

Sources: Dr. Leitzinger's Exhibit 4 (Sandoz Exhibit 4 Only.xls).
Col. (5): First DataBank National Drug Data File.
Col (6): CA AMP.xls (SANDOZ CALI 3000002).

Highly Confidential

| NDC | Product Name | Qtr | Reported AWP | Reported WAC | Reported AMP | But-for Price | AWP-But-for Price | | WAC-But-for Price | | AMP-But-for Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ "spread" | % "spread" | $ "spread" | % "spread" | $ "spread" | % "spread" |
| | | | | | (per package) | | | | | | | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) |
| | | | | | | | =(4)-(7) | =(8)/(7) | =(5)-(7) | =(10)/(7) | =(6)-(7) | =(12)/(7) |
| 00781159901 | SPIRONOLACTONE 25 MG TABLET | 2004q3 | $ 45.92 | $ 27.55 | $ 6.11 | $ 7.85 | 38.07 | 485% | $ 19.70 | 251% | $ (1.74) | -22% |
| 00781159901 | SPIRONOLACTONE 25 MG TABLET | 2004q4 | $ 45.92 | $ 27.55 | $ 11.55 | $ 9.75 | 36.17 | 371% | $ 17.80 | 183% | $ 1.80 | 18% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1994q1 | $ 74.60 | $ 27.90 | $ 21.58 | | | | | | | |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1994q2 | $ 74.60 | $ 27.90 | $ 20.45 | | | | | | | |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1994q3 | $ 74.60 | $ 27.90 | $ 20.89 | | | | | | | |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1994q4 | $ 74.60 | $ 27.90 | $ 21.70 | | | | | | | |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1995q1 | $ 74.60 | $ 27.90 | $ 25.87 | | | | | | | |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1995q2 | $ 74.60 | $ 27.90 | $ 25.89 | | | | | | | |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1995q3 | $ 74.60 | $ 27.90 | $ 24.63 | | | | | | | |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1995q4 | $ 74.60 | $ 27.90 | $ 23.78 | | | | | | | |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1996q1 | $ 74.60 | $ 27.90 | $ 24.57 | | | | | | | |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1996q2 | $ 93.00 | $ 27.90 | $ 23.76 | $ 28.36 | 64.64 | 228% | $ (0.46) | -2% | $ (4.60) | -16% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1996q3 | $ 93.00 | $ 27.90 | $ 21.28 | $ 28.36 | 64.64 | 228% | $ (0.46) | -2% | $ (7.08) | -25% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1996q4 | $ 93.00 | $ 34.90 | $ 22.72 | $ 28.48 | 64.52 | 227% | $ 6.42 | 23% | $ (5.76) | -20% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1997q1 | $ 93.00 | $ 34.90 | $ 21.72 | $ 31.67 | 61.33 | 194% | $ 3.23 | 10% | $ (9.95) | -31% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1997q2 | $ 93.00 | $ 34.90 | $ 23.15 | $ 30.72 | 62.28 | 203% | $ 4.18 | 14% | $ (7.57) | -25% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1997q3 | $ 93.00 | $ 34.90 | $ 20.69 | $ 28.65 | 64.35 | 225% | $ 6.25 | 22% | $ (7.96) | -28% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1997q4 | $ 93.00 | $ 34.90 | $ 20.25 | $ 27.49 | 65.51 | 238% | $ 7.41 | 27% | $ (7.24) | -26% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1998q1 | $ 93.00 | $ 34.90 | $ 19.00 | $ 25.71 | 67.29 | 262% | $ 9.19 | 36% | $ (6.71) | -26% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1998q2 | $ 93.00 | $ 34.90 | $ 21.27 | $ 25.90 | 67.1 | 259% | 9.00 | 35% | $ (4.63) | -18% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1998q3 | $ 392.40 | $ 34.90 | $ 25.19 | $ 25.52 | 366.88 | 1438% | $ 9.38 | 37% | $ (0.33) | -1% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1998q4 | $ 392.40 | $ 34.90 | $ 24.37 | $ 28.33 | 364.07 | 1285% | $ 6.57 | 23% | $ (3.96) | -14% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1999q1 | $ 392.40 | $ 222.80 | $ 44.50 | $ 36.27 | 356.13 | 982% | $ 186.53 | 514% | $ 8.23 | 23% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1999q2 | $ 392.40 | $ 222.80 | $ 50.62 | $ 101.63 | 290.77 | 286% | $ 121.17 | 119% | $ (51.01) | -50% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1999q3 | $ 392.40 | $ 222.80 | $ 18.79 | $ 87.32 | 305.08 | 349% | $ 135.48 | 155% | $ (68.53) | -78% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 1999q4 | $ 392.40 | $ 222.80 | $ 18.79 | $ 56.77 | 335.63 | 591% | $ 166.03 | 292% | $ (37.98) | -67% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2000q1 | $ 392.40 | $ 222.80 | $ 36.10 | $ 60.79 | 331.61 | 546% | $ 162.01 | 267% | $ (24.69) | -41% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2000q2 | $ 392.40 | $ 222.80 | $ 65.08 | $ 62.93 | 329.47 | 524% | $ 159.87 | 254% | $ 2.15 | 3% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2000q3 | $ 392.40 | $ 222.80 | $ 13.47 | $ 67.70 | 324.7 | 480% | $ 155.10 | 229% | $ (54.24) | -80% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2000q4 | $ 392.40 | $ 198.90 | $ 41.44 | $ 64.59 | 327.81 | 508% | $ 134.31 | 208% | $ (23.15) | -36% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2001q1 | $ 392.40 | $ 198.90 | $ 9.69 | $ 59.12 | 333.28 | 564% | $ 139.78 | 236% | $ (49.43) | -84% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2001q2 | $ 415.00 | $ 198.90 | $ 17.21 | $ 57.66 | 357.34 | 620% | $ 141.24 | 245% | $ (40.45) | -70% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2001q3 | $ 415.00 | $ 198.90 | $ 102.46 | $ 62.99 | 352.01 | 559% | $ 135.91 | 216% | $ 39.47 | 63% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2001q4 | $ 415.00 | $ 198.90 | $ 113.98 | $ 95.20 | 319.8 | 336% | $ 103.70 | 109% | $ 18.78 | 20% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2002q1 | $ 415.00 | $ 198.90 | $ 125.60 | $ 126.90 | 288.1 | 227% | $ 72.00 | 57% | $ (1.30) | -1% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2002q2 | $ 459.20 | $ 275.50 | $ 118.50 | $ 140.18 | 319.02 | 228% | $ 135.32 | 97% | $ (21.68) | -15% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2002q3 | $ 459.20 | $ 275.50 | $ 118.53 | $ 178.59 | 280.61 | 157% | $ 96.91 | 54% | $ (60.06) | -34% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2002q4 | $ 459.20 | $ 275.50 | $ 118.53 | $ 174.65 | 284.55 | 163% | $ 100.85 | 58% | $ (56.12) | -32% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2003q1 | $ 459.20 | $ 275.50 | $ 49.91 | $ 143.66 | 315.54 | 220% | $ 131.84 | 92% | $ (93.75) | -65% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2003q2 | $ 459.20 | $ 275.50 | $ 72.46 | $ 130.15 | 329.05 | 253% | $ 145.35 | 112% | $ (57.69) | -44% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2003q3 | $ 459.20 | $ 275.50 | $ 43.86 | $ 105.24 | 353.96 | 336% | $ 170.26 | 162% | $ (61.38) | -58% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2003q4 | $ 459.20 | $ 275.50 | $ 96.87 | $ 80.63 | 378.57 | 470% | $ 194.87 | 242% | $ 16.24 | 20% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2004q1 | $ 459.20 | $ 275.50 | $ 108.85 | $ 96.86 | 362.34 | 374% | $ 178.64 | 184% | $ 11.99 | 12% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2004q2 | $ 459.20 | $ 275.50 | $ 144.61 | $ 86.29 | 372.91 | 432% | $ 189.21 | 219% | $ 58.32 | 68% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2004q3 | $ 459.20 | $ 275.50 | $ 61.13 | $ 78.48 | 380.72 | 485% | $ 197.02 | 251% | $ (17.35) | -22% |
| 00781159910 | SPIRONOLACTONE 25 MG TABLET | 2004q4 | $ 459.20 | $ 275.50 | $ 115.46 | $ 97.51 | 361.69 | 371% | $ 177.99 | 183% | $ 17.95 | 18% |
| 00781160401 | THIORIDAZINE 10 MG TABLET | 1994q1 | $ 8.95 | $ 2.26 | $ 1.93 | | | | | | | |
| 00781160401 | THIORIDAZINE 10 MG TABLET | 1994q2 | $ 8.95 | $ 2.26 | $ 2.00 | | | | | | | |
| 00781160401 | THIORIDAZINE 10 MG TABLET | 1994q3 | $ 8.95 | $ 2.26 | $ 2.15 | | | | | | | |
| 00781160401 | THIORIDAZINE 10 MG TABLET | 1994q4 | $ 8.95 | $ 2.26 | $ 1.94 | | | | | | | |
| 00781160401 | THIORIDAZINE 10 MG TABLET | 1995q1 | $ 8.95 | $ 2.26 | $ 1.83 | | | | | | | |

Highly Confidential

| NDC | Product Name | Qtr | Reported AWP | Reported WAC | Reported AMP | But-for Price | AWP-But-for Price | | WAC-But-for Price | | AMP-But-for Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ "spread" | % "spread" | $ "spread" | % "spread" | $ "spread" | % "spread" |
| | | | | | (per package) | | | | | | | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) |
| | | | | | | | =(4)-(7) | =(8)/(7) | =(5)-(7) | =(10)/(7) | =(6)-(7) | =(12)/(7) |
| 00781148810 | AMITRIPTYLINE HCL 50 MG TAB | 2004q3 | $ 641.40 | $ 72.60 | $ 16.75 | $ 14.64 | 626.76 | 4281% | $ 57.96 | 396% | $ 2.11 | 14% |
| 00781148810 | AMITRIPTYLINE HCL 50 MG TAB | 2004q4 | $ 641.40 | $ 72.60 | $ 20.76 | $ 20.12 | 621.28 | 3088% | $ 52.48 | 261% | $ 0.64 | 3% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1994q2 | $ 13.84 | $ 2.74 | $ 2.39 | | | | | | | |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1994q3 | $ 13.84 | $ 2.74 | $ 2.39 | | | | | | | |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1994q4 | $ 13.84 | $ 2.74 | $ 2.26 | | | | | | | |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1995q1 | $ 13.84 | $ 2.74 | $ 1.60 | | | | | | | |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1995q2 | $ 19.10 | $ 3.29 | $ 2.86 | | | | | | | |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1995q3 | $ 19.10 | $ 3.29 | $ 2.72 | | | | | | | |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1995q4 | $ 19.10 | $ 3.29 | $ 2.76 | | | | | | | |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1996q1 | $ 19.10 | $ 3.29 | $ 2.77 | | | | | | | |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1996q2 | $ 19.50 | $ 3.29 | $ 2.49 | $ 3.09 | 16.41 | 531% | $ 0.20 | 6% | $ (0.61) | -20% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1996q4 | $ 19.70 | $ 3.29 | $ 2.38 | $ 3.07 | 16.63 | 542% | $ 0.22 | 7% | $ (0.69) | -23% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1997q1 | $ 19.70 | $ 3.29 | $ 2.33 | $ 3.00 | 16.7 | 557% | $ 0.29 | 10% | $ (0.67) | -22% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1997q2 | $ 19.70 | $ 3.29 | $ 2.20 | $ 2.81 | 16.89 | 601% | $ 0.48 | 17% | $ (0.61) | -22% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1997q3 | $ 19.70 | $ 3.29 | $ 2.33 | $ 2.60 | 17.1 | 658% | $ 0.69 | 27% | $ (0.27) | -10% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1997q4 | $ 19.70 | $ 3.29 | $ 1.85 | $ 2.58 | 17.12 | 664% | $ 0.71 | 28% | $ (0.73) | -28% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1998q1 | $ 19.70 | $ 3.29 | $ 2.28 | $ 2.35 | 17.35 | 738% | $ 0.94 | 40% | $ (0.07) | -3% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1998q2 | $ 19.70 | $ 3.29 | $ 2.41 | $ 2.36 | 17.34 | 735% | $ 0.93 | 39% | $ 0.05 | 2% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1998q3 | $ 19.70 | $ 3.29 | $ 2.34 | $ 2.38 | 17.32 | 728% | $ 0.91 | 38% | $ (0.04) | -2% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1998q4 | $ 19.70 | $ 3.29 | $ 2.49 | $ 2.34 | 17.36 | 742% | $ 0.95 | 41% | $ 0.15 | 7% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1999q1 | $ 19.70 | $ 3.29 | $ 2.55 | $ 2.46 | 17.24 | 701% | $ 0.83 | 34% | $ 0.09 | 4% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1999q2 | $ 19.70 | $ 3.29 | $ 2.80 | $ 2.47 | 17.23 | 698% | $ 0.82 | 33% | $ 0.33 | 13% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1999q3 | $ 28.10 | $ 6.31 | $ 3.20 | $ 3.04 | 25.06 | 824% | $ 3.27 | 108% | $ 0.16 | 5% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 1999q4 | $ 28.10 | $ 6.31 | $ 2.93 | $ 4.42 | 23.68 | 536% | $ 1.89 | 43% | $ (1.49) | -34% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2000q1 | $ 28.10 | $ 6.31 | $ 3.70 | $ 3.89 | 24.21 | 622% | $ 2.42 | 62% | $ (0.19) | -5% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2000q2 | $ 28.10 | $ 6.31 | $ 3.08 | $ 3.77 | 24.33 | 645% | $ 2.54 | 67% | $ (0.69) | -18% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2000q3 | $ 28.10 | $ 6.31 | $ 2.82 | $ 3.59 | 24.51 | 683% | $ 2.72 | 76% | $ (0.77) | -22% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2000q4 | $ 28.10 | $ 5.63 | $ 2.56 | $ 3.40 | 24.7 | 726% | $ 2.23 | 66% | $ (0.84) | -25% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2001q1 | $ 28.10 | $ 5.63 | $ 2.82 | $ 3.18 | 24.92 | 784% | $ 2.45 | 77% | $ (0.36) | -11% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2001q2 | $ 56.20 | $ 10.00 | $ 3.46 | $ 3.16 | 53.04 | 1678% | $ 6.84 | 216% | $ 0.30 | 9% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2001q3 | $ 56.20 | $ 10.00 | $ 4.49 | $ 4.83 | 51.37 | 1064% | $ 5.17 | 107% | $ (0.34) | -7% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2001q4 | $ 111.11 | $ 14.32 | $ 5.28 | $ 5.45 | 105.66 | 1939% | $ 8.87 | 163% | $ (0.17) | -3% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2002q1 | $ 111.11 | $ 14.32 | $ 8.43 | $ 6.85 | 104.26 | 1522% | $ 7.47 | 109% | $ 1.58 | 23% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2002q2 | $ 111.11 | $ 14.32 | $ 6.06 | $ 7.15 | 103.96 | 1454% | $ 7.17 | 100% | $ (1.09) | -15% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2002q3 | $ 111.11 | $ 14.32 | $ 3.72 | $ 7.24 | 103.87 | 1435% | $ 7.08 | 98% | $ (3.52) | -49% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2002q4 | $ 111.11 | $ 14.32 | $ 3.13 | $ 6.55 | 104.56 | 1596% | $ 7.77 | 119% | $ (3.42) | -52% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2003q1 | $ 111.11 | $ 14.32 | $ 4.77 | $ 5.61 | 105.5 | 1881% | $ 8.71 | 155% | $ (0.84) | -15% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2003q2 | $ 111.11 | $ 14.32 | $ 2.50 | $ 4.68 | 106.43 | 2274% | $ 9.64 | 206% | $ (2.18) | -47% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2003q3 | $ 111.11 | $ 14.32 | $ 0.92 | $ 3.91 | 107.2 | 2742% | $ 10.41 | 266% | $ (2.99) | -76% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2003q4 | $ 111.11 | $ 14.32 | $ 4.43 | $ 3.16 | 107.95 | 3416% | $ 11.16 | 353% | $ 1.27 | 40% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2004q1 | $ 111.11 | $ 14.32 | $ 1.19 | $ 3.65 | 107.46 | 2944% | $ 10.67 | 292% | $ (2.46) | -67% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2004q2 | $ 111.11 | $ 14.32 | $ 4.81 | $ 1.71 | 109.4 | 6398% | $ 12.61 | 737% | $ 3.10 | 181% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2004q3 | $ 111.11 | $ 14.32 | $ 3.21 | $ 2.23 | 108.88 | 4883% | $ 12.09 | 542% | $ 0.98 | 44% |
| 00781149001 | AMITRIPTYLINE HCL 100 MG TAB | 2004q4 | $ 111.11 | $ 14.32 | $ 4.34 | $ 2.92 | 108.19 | 3705% | $ 11.40 | 390% | $ 1.42 | 48% |
| 00781150601 | ATENOLOL 50 MG TABLET | 1994q1 | $ 65.40 | $ 10.20 | $ 4.33 | | | | | | | |
| 00781150601 | ATENOLOL 50 MG TABLET | 1994q2 | $ 65.40 | $ 10.20 | $ 3.65 | | | | | | | |
| 00781150601 | ATENOLOL 50 MG TABLET | 1994q3 | $ 71.72 | $ 5.54 | $ 3.38 | | | | | | | |
| 00781150601 | ATENOLOL 50 MG TABLET | 1994q4 | $ 71.72 | $ 5.54 | $ 3.34 | | | | | | | |
| 00781150601 | ATENOLOL 50 MG TABLET | 1995q1 | $ 71.72 | $ 5.54 | $ 2.88 | | | | | | | |
| 00781150601 | ATENOLOL 50 MG TABLET | 1995q2 | $ 71.72 | $ 5.54 | $ 2.27 | | | | | | | |
| 00781150601 | ATENOLOL 50 MG TABLET | 1995q3 | $ 71.85 | $ 5.54 | $ 2.67 | | | | | | | |

Highly Confidential

| NDC | Product Name | Qtr | Reported AWP | Reported WAC | Reported AMP | But-for Price | AWP-But-for Price | | WAC-But-for Price | | AMP-But-for Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ "spread" | % "spread" | $ "spread" | % "spread" | $ "spread" | % "spread" |
| | | | (per package) | | | | | | | | | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) |
| | | | | | | | =(4)-(7) | =(8)/(7) | =(5)-(7) | =(10)/(7) | =(6)-(7) | =(12)/(7) |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1996q3 | $ 71.29 | $ 42.55 | $ 24.84 | $ 37.66 | 33.63 | 89% | $ 4.89 | 13% | $ (12.82) | -34% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1996q4 | $ 74.23 | $ 36.16 | $ 17.72 | $ 36.78 | 37.45 | 102% | $ (0.62) | -2% | $ (19.06) | -52% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1997q1 | $ 74.23 | $ 36.16 | $ 21.28 | $ 30.31 | 43.92 | 145% | $ 5.85 | 19% | $ (9.03) | -30% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1997q2 | $ 74.23 | $ 36.16 | $ 22.81 | $ 28.43 | 45.8 | 161% | $ 7.73 | 27% | $ (5.62) | -20% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1997q3 | $ 74.23 | $ 36.16 | $ 20.39 | $ 25.96 | 48.27 | 186% | $ 10.20 | 39% | $ (5.57) | -21% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1997q4 | $ 74.23 | $ 36.16 | $ 8.80 | $ 23.61 | 50.62 | 214% | $ 12.55 | 53% | $ (14.81) | -63% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1998q1 | $ 74.23 | $ 36.16 | $ 11.67 | $ 19.83 | 54.4 | 274% | $ 16.33 | 82% | $ (8.17) | -41% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1998q2 | $ 74.23 | $ 34.72 | $ 14.09 | $ 18.88 | 55.35 | 293% | $ 15.84 | 84% | $ (4.79) | -25% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1998q3 | $ 74.23 | $ 34.72 | $ 16.43 | $ 16.88 | 57.35 | 340% | $ 17.84 | 106% | $ (0.45) | -3% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1998q4 | $ 74.23 | $ 34.72 | $ 9.19 | $ 12.55 | 61.68 | 491% | $ 22.17 | 177% | $ (3.36) | -27% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1999q1 | $ 74.23 | $ 34.72 | $ 14.73 | $ 14.71 | 59.52 | 405% | $ 20.01 | 136% | $ 0.02 | 0% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1999q2 | $ 74.23 | $ 34.72 | $ 14.12 | $ 16.53 | 57.7 | 349% | $ 18.19 | 110% | $ (2.41) | -15% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1999q3 | $ 74.23 | $ 34.72 | $ 10.17 | $ 16.12 | 58.11 | 360% | $ 18.60 | 115% | $ (5.95) | -37% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 1999q4 | $ 78.90 | $ 34.72 | $ 7.92 | $ 15.19 | 63.71 | 419% | $ 19.53 | 129% | $ (7.27) | -48% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2000q1 | $ 78.90 | $ 34.72 | $ 18.45 | $ 14.67 | 64.23 | 438% | $ 20.05 | 137% | $ 3.78 | 26% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2000q2 | $ 78.90 | $ 34.72 | $ 11.43 | $ 13.44 | 65.46 | 487% | $ 21.28 | 158% | $ (2.01) | -15% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2000q3 | $ 78.90 | $ 34.72 | $ 0.76 | $ 13.41 | 65.49 | 488% | $ 21.31 | 159% | $ (12.65) | -94% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2000q4 | $ 78.90 | $ 31.00 | $ 2.59 | $ 11.53 | 67.37 | 584% | $ 19.47 | 169% | $ (8.94) | -78% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2001q1 | $ 78.90 | $ 31.00 | $ 15.05 | $ 9.70 | 69.2 | 713% | $ 21.30 | 220% | $ 5.35 | 55% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2001q2 | $ 78.90 | $ 31.00 | $ 15.05 | $ 10.30 | 68.6 | 666% | $ 20.70 | 201% | $ 4.75 | 46% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2001q3 | $ 78.90 | $ 31.00 | $ 20.10 | $ 6.26 | 72.64 | 1160% | $ 24.74 | 395% | $ 13.84 | 221% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2001q4 | $ 78.90 | $ 31.00 | $ 1.15 | $ 13.96 | 64.94 | 465% | $ 17.04 | 122% | $ (12.81) | -92% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2002q1 | $ 78.90 | $ 31.00 | $ 189.48 | $ 13.47 | 65.43 | 486% | $ 17.53 | 130% | $ 176.01 | 1307% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2002q2 | $ 78.90 | $ 31.00 | $ 189.48 | $ 13.80 | 65.1 | 472% | $ 17.20 | 125% | $ 175.68 | 1273% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2002q3 | $ 78.90 | $ 31.00 | $ 13.42 | $ 16.39 | 62.51 | 381% | $ 14.61 | 89% | $ (2.97) | -18% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2002q4 | $ 78.90 | $ 31.00 | $ 11.47 | $ 14.38 | 64.52 | 449% | $ 16.62 | 116% | $ (2.91) | -20% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2003q1 | $ 78.90 | $ 31.00 | $ 11.80 | $ 16.37 | 62.53 | 382% | $ 14.63 | 89% | $ (4.57) | -28% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2003q2 | $ 78.90 | $ 31.00 | $ 6.83 | $ 16.93 | 61.97 | 366% | $ 14.07 | 83% | $ (10.10) | -60% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2003q3 | $ 78.90 | $ 31.00 | $ 5.31 | $ 14.55 | 64.35 | 442% | $ 16.45 | 113% | $ (9.24) | -64% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2003q4 | $ 78.90 | $ 31.00 | $ 13.90 | $ 11.38 | 67.52 | 593% | $ 19.62 | 172% | $ 2.52 | 22% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2004q1 | $ 78.90 | $ 31.00 | $ 5.60 | $ 11.12 | 67.78 | 610% | $ 19.88 | 179% | $ (5.52) | -50% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2004q2 | $ 78.90 | $ 31.00 | $ 11.22 | $ 8.98 | 69.92 | 779% | $ 22.02 | 245% | $ 2.24 | 25% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2004q3 | $ 78.90 | $ 31.00 | $ 12.33 | $ 10.18 | 68.72 | 675% | $ 20.82 | 205% | $ 2.15 | 21% |
| 00781107101 | METHAZOLAMIDE 50 MG TABLET | 2004q4 | $ 78.90 | $ 31.00 | $ 12.42 | $ 13.12 | 65.78 | 501% | $ 17.88 | 136% | $ (0.70) | -5% |
| 00781107801 | ATENOLOL 25 MG TABLET | 1994q1 | $ 63.95 | $ 10.15 | $ 4.80 | | | | | | | |
| 00781107801 | ATENOLOL 25 MG TABLET | 1994q2 | $ 63.95 | $ 10.15 | $ 5.01 | | | | | | | |
| 00781107801 | ATENOLOL 25 MG TABLET | 1994q3 | $ 70.30 | $ 7.72 | $ 4.09 | | | | | | | |
| 00781107801 | ATENOLOL 25 MG TABLET | 1994q4 | $ 70.30 | $ 7.72 | $ 4.27 | | | | | | | |
| 00781107801 | ATENOLOL 25 MG TABLET | 1995q1 | $ 70.30 | $ 7.72 | $ 3.60 | | | | | | | |
| 00781107801 | ATENOLOL 25 MG TABLET | 1995q2 | $ 70.30 | $ 7.72 | $ 3.46 | | | | | | | |
| 00781107801 | ATENOLOL 25 MG TABLET | 1995q3 | $ 70.30 | $ 7.72 | $ 3.83 | | | | | | | |
| 00781107801 | ATENOLOL 25 MG TABLET | 1995q4 | $ 70.30 | $ 7.72 | $ 2.53 | | | | | | | |
| 00781107801 | ATENOLOL 25 MG TABLET | 1996q1 | $ 70.30 | $ 7.72 | $ 4.11 | | | | | | | |
| 00781107801 | ATENOLOL 25 MG TABLET | 1996q2 | $ 70.30 | $ 6.82 | $ 3.34 | $ 6.68 | 63.62 | 952% | $ 0.14 | 2% | $ (3.34) | -50% |
| 00781107801 | ATENOLOL 25 MG TABLET | 1996q3 | $ 70.35 | $ 6.82 | $ 3.19 | $ 5.73 | 64.62 | 1128% | $ 1.09 | 19% | $ (2.54) | -44% |
| 00781107801 | ATENOLOL 25 MG TABLET | 1996q4 | $ 70.25 | $ 6.71 | $ 2.31 | $ 5.57 | 64.68 | 1161% | $ 1.14 | 20% | $ (3.26) | -59% |
| 00781107801 | ATENOLOL 25 MG TABLET | 1997q1 | $ 70.25 | $ 6.71 | $ 2.54 | $ 5.18 | 65.07 | 1256% | $ 1.53 | 30% | $ (2.64) | -51% |
| 00781107801 | ATENOLOL 25 MG TABLET | 1997q2 | $ 70.25 | $ 6.71 | $ 3.02 | $ 4.54 | 65.71 | 1447% | $ 2.17 | 48% | $ (1.52) | -33% |
| 00781107801 | ATENOLOL 25 MG TABLET | 1997q3 | $ 70.25 | $ 6.71 | $ 1.93 | $ 4.00 | 66.25 | 1656% | $ 2.71 | 68% | $ (2.07) | -52% |
| 00781107801 | ATENOLOL 25 MG TABLET | 1997q4 | $ 70.25 | $ 6.71 | $ 1.94 | $ 3.04 | 67.21 | 2211% | $ 3.67 | 121% | $ (1.10) | -36% |
| 00781107801 | ATENOLOL 25 MG TABLET | 1998q1 | $ 70.25 | $ 6.71 | $ 1.04 | $ 2.75 | 67.5 | 2455% | $ 3.96 | 144% | $ (1.71) | -62% |

Highly Confidential