# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - x

IN RE: PHARMACEUTICAL           )  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      )  Master File No. 01-12257-PBS

PRICE LITIGATION                )  Subcategory Case No. 06-11337

----------------------------)

THIS DOCUMENT RELATES TO:       )  Hon. Patti B. Saris

State of California, ex rel.)

Ven-A-Care v. Abbott            )

Laboratories, Inc., et al.  )  VOLUME I

- - - - - - - - - - - - - - - x

                Wednesday, September 23, 2009

                   9:14 a.m. to 5:17 p.m.

        Videotaped deposition of JEFFREY

LEITZINGER, Volume I, held at the law offices of

White & Case, 633 West Fifth Street, 19th Floor,

Los Angeles, California 90071-2007, the

proceedings being recorded stenographically by

Lisa O'Sullivan, California Certified Shorthand

Reporter No. 7822, RMR, CRR, and transcribed

under her direction.

Page 90

1  products?
2     A.  I have seen various documents that
3  describe how California does its -- has over time
4  done its reimbursement for Medicaid products.  I
5  don't recall any of those being identified or
6  titled as a plan.
7        It's possible they might have been what
8  you're referring to, but nothing specific comes
9  to my mind.
10    Q.  You don't have any recollection of
11 actually sitting down and reviewing a California
12 Medicaid state plan; is that so?
13    A.  I don't -- no, I don't.  I don't.  I've
14 looked at regulations related to reimbursement,
15 but I don't recall anything that was called a
16 plan.
17    Q.  And did California -- when California
18 sets up its reimbursement methodology, does it
19 use the AWP, caps AWP, or the average
20 manufacturer price that you characterize as the
21 lower case, or do you know?
22    A.  The -- I want to be sure there's no

Page 91

1  confusion.  Because I know there is a concept out
2  there called AMP, or average manufacturer price,
3  and I don't want to equate that with what I've
4  done.
5        Putting that aside, my understanding of
6  the reimbursement rules that I have seen for
7  Medicaid do involve, among other things, AWP, all
8  caps, with a deduction.
9     Q.  So your understanding is that the way
10 California has done reimbursement as one of the
11 elements in reimbursement is to use AWP, all
12 caps?
13    A.  Yes.
14    Q.  Okay.  And then as you've seen it used,
15 it also has taken a deduction from AWP, all caps,
16 right?
17    A.  Correct, yes.
18    Q.  So you haven't seen anywhere where
19 California was doing its reimbursement on the
20 basis of average wholesale price, lower case, as
21 you use that term?
22    A.  Correct.  I haven't seen any -- any

Page 92

1  part of a formula that was included in that
2  reimbursement that would capture exactly the
3  calculation I've performed.
4     Q.  Now, you mentioned AMP a moment ago,
5  average manufacturer price.  And did you look at
6  any average manufacturer prices for the drugs at
7  issue in this case, in the course of doing your
8  work here?
9     A.  No.
10    Q.  Were those made available to you?
11    A.  I don't think we have that information.
12    Q.  When you say "we," you mean Econ One?
13    A.  Econ One, yes.
14    Q.  Did you ever ask to look at average
15 manufacturer prices?
16    A.  No.
17    Q.  Do you know how average manufacturer
18 prices are calculated?
19    A.  No.
20    Q.  Do you have any idea whether the
21 average manufacturer price for any of the drugs
22 at issue in this case that you looked at are

Page 93

1  higher or lower or the same as the average prices
2  that you've come up with?
3     A.  Only, I think, Mr. -- or Dr. Bradford
4  -- I think he included in his report an exhibit
5  comparing in some fashion AMPs with the prices,
6  but-for reimbursement levels, that I've
7  calculated.
8        My sense of it was, while they weren't
9  the same, the point he was making is they sort of
10 generally comported with one another.
11    Q.  In looking at at least that
12 information, did that appear to you to be the
13 case, that average manufacturer prices were
14 generally in the same neighborhood as the average
15 prices you've come up with?
16    A.  Yes.
17    Q.  And do you know whether the differences
18 in the number, in average manufacturer price,
19 versus the average wholesale price that you've
20 come up, using your methodology -- do you know
21 whether the differences are simply because
22 different methodologies are being used?