# EXHIBIT D

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

|  | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
|  |  |  | With Positive Estimated AWP | With Missing or Negative Estimated AWP |  |
|  |  |  | (Number of Claims) | | |
|  | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 1. | AMIODARONE HCL 200 MG TABLET | 00781120360 | 22,715 | 4,422 | 27,137 |
| 2. | AMITRIP/PERPHEN 25-2 TABLET | 00781127301 | 11,396 | 9,149 | 20,545 |
| 3. | AMITRIPTYLINE HCL 10 MG TAB | 00781148610 | 37,849 | 3,239 | 41,088 |
| 4. | AMITRIPTYLINE HCL 100 MG TAB | 00781149001 | 20,197 | 38 | 20,235 |
| 5. | AMITRIPTYLINE HCL 25 MG TAB | 00781148701 | 23,403 | 21,855 | 45,258 |
| 6. | AMITRIPTYLINE HCL 25 MG TAB | 00781148710 | 76,528 | 19,733 | 96,261 |
| 7. | AMITRIPTYLINE HCL 50 MG TAB | 00781148801 | 22,842 | 24,697 | 47,539 |
| 8. | AMITRIPTYLINE HCL 50 MG TAB | 00781148810 | 53,214 | 9,059 | 62,273 |
| 9. | ATENOLOL 100 MG TABLET | 00781150701 | 173,572 | 8,064 | 181,636 |
| 10. | ATENOLOL 25 MG TABLET | 00781107801 | 623,051 | 557 | 623,608 |
| 11. | ATENOLOL 25 MG TABLET | 00781107810 | 328,857 | 0 | 328,857 |
| 12. | ATENOLOL 50 MG TABLET | 00781150601 | 185,822 | 47,953 | 233,775 |
| 13. | ATENOLOL 50 MG TABLET | 00781150610 | 809,583 | 64,241 | 873,824 |
| 14. | AZATHIOPRINE 50 MG TABLET | 00781105901 | 7,383 | 1,079 | 8,462 |
| 15. | BROMOCRIPTINE 2.5 MG TABLET | 00781181701 | 5,122 | 723 | 5,845 |
| 16. | BROMOCRIPTINE 2.5 MG TABLET | 00781181731 | 2,937 | 348 | 3,285 |
| 17. | BUPROPION HCL 100 MG TABLET | 00781106401 | 11,034 | 13 | 11,047 |
| 18. | BUPROPION HCL 75 MG TABLET | 00781105301 | 11,987 | 24 | 12,011 |
| 19. | CARISOPRODOL 350 MG TABLET | 00781105001 | 5,502 | 334 | 5,836 |
| 20. | CHLORPROMAZINE 100 MG TABLET | 00781171801 | 46,515 | 18,422 | 64,937 |
| 21. | CHLORPROMAZINE 100 MG TABLET | 00781171810 | 14,792 | 6,132 | 20,924 |
| 22. | CHLORPROMAZINE 200 MG TABLET | 00781171901 | 16,884 | 7,635 | 24,519 |
| 23. | CHLORPROMAZINE 25 MG TABLET | 00781171601 | 28,812 | 10,528 | 39,340 |
| 24. | CHLORPROMAZINE 50 MG TABLET | 00781171701 | 39,274 | 15,878 | 55,152 |
| 25. | CHLORPROMAZINE 50 MG TABLET | 00781171710 | 11,677 | 4,153 | 15,830 |
| 26. | CIMETIDINE 300 MG TABLET | 00781144801 | 27,057 | 12,861 | 39,918 |
| 27. | CIMETIDINE 400 MG TABLET | 00781144901 | 152,639 | 61,832 | 214,471 |
| 28. | CIMETIDINE 400 MG TABLET | 00781144905 | 56,926 | 5,471 | 62,397 |
| 29. | CIMETIDINE 800 MG TABLET | 00781144401 | 9,825 | 3,405 | 13,230 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | (1) | (2) | (3) | (4) | (3)+(4) (5) |
| 30. | CLOMIPRAMINE 25 MG CAPSULE | 00781202701 | 8,476 | 0 | 8,476 |
| 31. | CLOMIPRAMINE 50 MG CAPSULE | 00781203701 | 14,470 | 2 | 14,472 |
| 32. | DESIPRAMINE 10 MG TABLET | 00781197101 | 15,710 | 11,305 | 27,015 |
| 33. | DESIPRAMINE 100 MG TABLET | 00781197501 | 12,529 | 7,231 | 19,760 |
| 34. | DESIPRAMINE 25 MG TABLET | 00781197201 | 22,527 | 12,178 | 34,705 |
| 35. | DESIPRAMINE 50 MG TABLET | 00781197301 | 32,219 | 17,521 | 49,740 |
| 36. | DICLOFENAC SOD 50 MG TAB EC | 00781178701 | 67,494 | 920 | 68,414 |
| 37. | DICLOFENAC SOD 50 MG TAB EC | 00781178710 | 18,745 | 0 | 18,745 |
| 38. | DICLOFENAC SOD 75 MG TAB EC | 00781178901 | 126,825 | 3,331 | 130,156 |
| 39. | DICLOFENAC SOD 75 MG TAB EC | 00781178910 | 78,615 | 3,038 | 81,653 |
| 40. | DICLOFENAC SOD 75 MG TAB EC | 00781178960 | 8,597 | 141 | 8,738 |
| 41. | ENALAPRIL MALEATE 10 MG TAB | 00781123201 | 28,684 | 32,185 | 60,869 |
| 42. | ENALAPRIL MALEATE 2.5 MG TAB | 00781122901 | 7,883 | 4,519 | 12,402 |
| 43. | ENALAPRIL MALEATE 20 MG TAB | 00781123301 | 31,039 | 12,907 | 43,946 |
| 44. | ENALAPRIL MALEATE 5 MG TAB | 00781123101 | 30,513 | 18,333 | 48,846 |
| 45. | FLUPHENAZINE 1 MG TABLET | 00781143601 | 10,835 | 3,828 | 14,663 |
| 46. | FLUPHENAZINE 10 MG TABLET | 00781143901 | 44,117 | 14,063 | 58,180 |
| 47. | FLUPHENAZINE 10 MG TABLET | 00781143905 | 14,815 | 2,609 | 17,424 |
| 48. | FLUPHENAZINE 2.5 MG TABLET | 00781143701 | 12,144 | 3,166 | 15,310 |
| 49. | FLUPHENAZINE 5 MG TABLET | 00781143801 | 45,424 | 13,458 | 58,882 |
| 50. | FLUPHENAZINE 5 MG TABLET | 00781143805 | 8,519 | 1,619 | 10,138 |
| 51. | FUROSEMIDE 20 MG TABLET | 00781181801 | 11,265 | 19,205 | 30,470 |
| 52. | FUROSEMIDE 20 MG TABLET | 00781181810 | 193,833 | 9,041 | 202,874 |
| 53. | FUROSEMIDE 40 MG TABLET | 00781196601 | 57,953 | 36,968 | 94,921 |
| 54. | FUROSEMIDE 40 MG TABLET | 00781196610 | 438,654 | 25,512 | 464,166 |
| 55. | FUROSEMIDE 80 MG TABLET | 00781144605 | 31,481 | 2,467 | 33,948 |
| 56. | GLIPIZIDE 10 MG TABLET | 00781145301 | 98,535 | 2,780 | 101,315 |
| 57. | GLIPIZIDE 10 MG TABLET | 00781145310 | 232,042 | 4,669 | 236,711 |
| 58. | GLIPIZIDE 5 MG TABLET | 00781145201 | 97,681 | 3,013 | 100,694 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | | | | | (3)+(4) |
| | (1) | (2) | (3) | (4) | (5) |
| 59. | GLIPIZIDE 5 MG TABLET | 00781145210 | 278,158 | 7,034 | 285,192 |
| 60. | GLYBURIDE 5 MG TABLET | 00781145710 | 171,156 | 66,917 | 238,073 |
| 61. | HALOPERIDOL 1 MG TABLET | 00781139201 | 10,526 | 14,558 | 25,084 |
| 62. | HALOPERIDOL 10 MG TABLET | 00781139701 | 111,276 | 27,634 | 138,910 |
| 63. | HALOPERIDOL 10 MG TABLET | 00781139710 | 43,814 | 0 | 43,814 |
| 64. | HALOPERIDOL 2 MG TABLET | 00781139301 | 9,272 | 15,916 | 25,188 |
| 65. | HALOPERIDOL 5 MG TABLET | 00781139601 | 39,571 | 28,510 | 68,081 |
| 66. | HALOPERIDOL 5 MG TABLET | 00781139610 | 12,548 | 0 | 12,548 |
| 67. | HYDROXYCHLOROQUINE 200 MG TB | 00781140701 | 63,689 | 420 | 64,109 |
| 68. | IBUPROFEN 800 MG TABLET | 00781136301 | 11,024 | 10,494 | 21,518 |
| 69. | IMIPRAMINE HCL 10 MG TABLET | 00781176201 | 27,707 | 11,339 | 39,046 |
| 70. | IMIPRAMINE HCL 25 MG TABLET | 00781176401 | 48,430 | 25,099 | 73,529 |
| 71. | IMIPRAMINE HCL 25 MG TABLET | 00781176410 | 40,056 | 8,834 | 48,890 |
| 72. | IMIPRAMINE HCL 50 MG TABLET | 00781176601 | 49,929 | 27,551 | 77,480 |
| 73. | IMIPRAMINE HCL 50 MG TABLET | 00781176610 | 38,811 | 8,431 | 47,242 |
| 74. | ISOSORBIDE DN 10 MG TABLET | 00781155601 | 78,377 | 64,086 | 142,463 |
| 75. | ISOSORBIDE DN 10 MG TABLET | 00781155610 | 126,919 | 48,316 | 175,235 |
| 76. | ISOSORBIDE DN 20 MG TABLET | 00781169501 | 38,836 | 53,286 | 92,122 |
| 77. | ISOSORBIDE DN 20 MG TABLET | 00781169510 | 80,952 | 43,093 | 124,045 |
| 78. | ISOSORBIDE DN 5 MG TABLET | 00781163510 | 47,072 | 19,707 | 66,779 |
| 79. | LONOX TABLET | 00781126201 | 101,890 | 20,422 | 122,312 |
| 80. | LONOX TABLET | 00781126205 | 26,829 | 8,011 | 34,840 |
| 81. | LONOX TABLET | 00781126210 | 272,108 | 23,354 | 295,462 |
| 82. | LORAZEPAM 0.5 MG TABLET | 00781140301 | 124,823 | 613 | 125,436 |
| 83. | LORAZEPAM 0.5 MG TABLET | 00781140305 | 164,608 | 356 | 164,964 |
| 84. | LORAZEPAM 1 MG TABLET | 00781140401 | 184,429 | 1,147 | 185,576 |
| 85. | LORAZEPAM 1 MG TABLET | 00781140405 | 121,102 | 522 | 121,624 |
| 86. | LORAZEPAM 1 MG TABLET | 00781140410 | 114,127 | 423 | 114,550 |
| 87. | LORAZEPAM 2 MG TABLET | 00781140501 | 77,295 | 5,034 | 82,329 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | | | | | (3)+(4) |
| | (1) | (2) | (3) | (4) | (5) |
| 88. | LORAZEPAM 2 MG TABLET | 00781140505 | 44,788 | 2,882 | 47,670 |
| 89. | METHAZOLAMIDE 50 MG TABLET | 00781107101 | 13,997 | 2,713 | 16,710 |
| 90. | METHYLPHENIDATE 10 MG TABLET | 00781174901 | 8,150 | 134 | 8,284 |
| 91. | METHYLPHENIDATE 20 MG TAB SA | 00781175401 | 4,866 | 98 | 4,964 |
| 92. | METHYLPHENIDATE 5 MG TABLET | 00781174801 | 6,225 | 114 | 6,339 |
| 93. | METOPROLOL 100 MG TABLET | 00781122801 | 23,138 | 1,613 | 24,751 |
| 94. | METOPROLOL 50 MG TABLET | 00781122301 | 73,278 | 4,199 | 77,477 |
| 95. | METOPROLOL 50 MG TABLET | 00781122310 | 101,565 | 13,033 | 114,598 |
| 96. | NAPROXEN 250 MG TABLET | 00781116301 | 18,667 | 5,436 | 24,103 |
| 97. | NAPROXEN 375 MG TABLET | 00781116401 | 35,632 | 15,633 | 51,265 |
| 98. | NAPROXEN 375 MG TABLET | 00781116405 | 33,801 | 6,490 | 40,291 |
| 99. | NAPROXEN 375 MG TABLET | 00781116410 | 32,171 | 10,318 | 42,489 |
| 100. | NAPROXEN 500 MG TABLET | 00781116501 | 60,896 | 24,513 | 85,409 |
| 101. | NAPROXEN 500 MG TABLET | 00781116505 | 79,687 | 8,441 | 88,128 |
| 102. | NAPROXEN 500 MG TABLET | 00781116510 | 69,817 | 18,502 | 88,319 |
| 103. | NITROFURANTOIN MCR 100 MG CP | 00781250301 | 26,071 | 7,876 | 33,947 |
| 104. | NITROFURANTOIN MCR 50 MG CAP | 00781250201 | 15,081 | 4,362 | 19,443 |
| 105. | NORTRIPTYLINE HCL 50 MG CAP | 00781263201 | 20,387 | 7,891 | 28,278 |
| 106. | PERPHENAZINE 16 MG TABLET | 00781104901 | 14,545 | 5,507 | 20,052 |
| 107. | PERPHENAZINE 2 MG TABLET | 00781104601 | 23,147 | 9,604 | 32,751 |
| 108. | PERPHENAZINE 4 MG TABLET | 00781104701 | 39,858 | 18,049 | 57,907 |
| 109. | PERPHENAZINE 8 MG TABLET | 00781104801 | 41,051 | 17,692 | 58,743 |
| 110. | PROMETHAZINE 25 MG TABLET | 00781183001 | 110,185 | 10,146 | 120,331 |
| 111. | PROMETHAZINE 25 MG TABLET | 00781183010 | 15,411 | 380 | 15,791 |
| 112. | PROMETHAZINE 50 MG TABLET | 00781183201 | 19,550 | 4,903 | 24,453 |
| 113. | RANITIDINE 150 MG TABLET | 00781188305 | 10,054 | 4,973 | 15,027 |
| 114. | RANITIDINE 150 MG TABLET | 00781188310 | 23,936 | 5,496 | 29,432 |
| 115. | RANITIDINE 150 MG TABLET | 00781188360 | 8,267 | 7,989 | 16,256 |
| 116. | SPIRONOLACTONE 25 MG TABLET | 00781159901 | 47,811 | 10,273 | 58,084 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

|  | Product Name | NDC | With Positive Estimated AWP | With Missing or Negative Estimated AWP | Total |
|---|---|---|---|---|---|
|  |  |  | Individual Overpaid Claims (Number of Claims) | | (3)+(4) |
|  | (1) | (2) | (3) | (4) | (5) |
| 117. | SPIRONOLACTONE 25 MG TABLET | 00781159910 | 27,530 | 5,561 | 33,091 |
| 118. | TEMAZEPAM 15 MG CAPSULE | 00781220101 | 57,188 | 500 | 57,688 |
| 119. | TEMAZEPAM 30 MG CAPSULE | 00781220201 | 49,811 | 299 | 50,110 |
| 120. | TERAZOSIN 1 MG CAPSULE | 00781205101 | 41,650 | 24,699 | 66,349 |
| 121. | TERAZOSIN 10 MG CAPSULE | 00781205401 | 20,800 | 11,686 | 32,486 |
| 122. | TERAZOSIN 2 MG CAPSULE | 00781205201 | 105,469 | 38,189 | 143,658 |
| 123. | TERAZOSIN 5 MG CAPSULE | 00781205301 | 99,987 | 35,672 | 135,659 |
| 124. | THIORIDAZINE 10 MG TABLET | 00781160401 | 24,048 | 13,207 | 37,255 |
| 125. | THIORIDAZINE 10 MG TABLET | 00781160410 | 9,419 | 2,346 | 11,765 |
| 126. | THIORIDAZINE 100 MG TABLET | 00781164401 | 49,051 | 18,659 | 67,710 |
| 127. | THIORIDAZINE 100 MG TABLET | 00781164410 | 15,349 | 5,156 | 20,505 |
| 128. | THIORIDAZINE 15 MG TABLET | 00781161401 | 9,327 | 5,758 | 15,085 |
| 129. | THIORIDAZINE 150 MG TABLET | 00781166401 | 6,761 | 1,513 | 8,274 |
| 130. | THIORIDAZINE 200 MG TABLET | 00781167401 | 24,714 | 7,753 | 32,467 |
| 131. | THIORIDAZINE 25 MG TABLET | 00781162401 | 46,243 | 22,386 | 68,629 |
| 132. | THIORIDAZINE 25 MG TABLET | 00781162410 | 24,180 | 5,508 | 29,688 |
| 133. | THIORIDAZINE 50 MG TABLET | 00781163401 | 57,342 | 21,517 | 78,859 |
| 134. | THIORIDAZINE 50 MG TABLET | 00781163410 | 26,065 | 4,797 | 30,862 |
| 135. | THIOTHIXENE 10 MG CAPSULE | 00781222901 | 32,073 | 10,957 | 43,030 |
| 136. | THIOTHIXENE 2 MG CAPSULE | 00781222701 | 16,091 | 6,750 | 22,841 |
| 137. | THIOTHIXENE 5 MG CAPSULE | 00781222801 | 30,339 | 10,770 | 41,109 |
| 138. | TRAZODONE 100 MG TABLET | 00781180801 | 29,987 | 8,569 | 38,556 |
| 139. | TRAZODONE 50 MG TABLET | 00781180701 | 50,215 | 19,093 | 69,308 |
| 140. | TRIAMTERENE/HCTZ 50/25 CAP | 00781254001 | 58,082 | 16,901 | 74,983 |
| 141. | TRIAMTERENE/HCTZ 50/25 CAP | 00781254010 | 138,166 | 36,191 | 174,357 |
| 142. | TRIAMTERENE/HCTZ 50/25 CAP | 00781271501 | 296,429 | 42,123 | 338,552 |
| 143. | TRIAMTERENE/HCTZ 50/25 CAP | 00781271510 | 292,431 | 46,579 | 339,010 |
| 144. | TRIAMTERENE/HCTZ 75/50 TAB | 00781100805 | 41,220 | 12,120 | 53,340 |
| 145. | TRIFLUOPERAZINE 1 MG TABLET | 00781103001 | 7,128 | 1,660 | 8,788 |

**Exhibit 7**
**Number of Individual Overpaid Claims**
**January 1994 - December 2004**

| | Product Name | NDC | Individual Overpaid Claims | | Total |
|---|---|---|---|---|---|
| | | | With Positive Estimated AWP | With Missing or Negative Estimated AWP | |
| | | | (Number of Claims) | | |
| | | | | | (3)+(4) |
| | (1) | (2) | (3) | (4) | (5) |
| 146. | TRIFLUOPERAZINE 10 MG TABLET | 00781103610 | 24,029 | 11,302 | 35,331 |
| 147. | TRIFLUOPERAZINE 2 MG TABLET | 00781103201 | 39,277 | 18,857 | 58,134 |
| 148. | TRIFLUOPERAZINE 5 MG TABLET | 00781103401 | 79,976 | 40,161 | 120,137 |
| 149. | TRIFLUOPERAZINE 5 MG TABLET | 00781103410 | 17,154 | 6,774 | 23,928 |
| | **Total** | | **10,023,916** | **1,912,234** | **11,936,150** |

Source: Cols. (1)-(2): Current NDC Counts 12-2007.xls;
Cols. (3)-(4): Sandoz claims data and transaction data.