# EXHIBIT F

Page 342

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

--oOo--

IN RE PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE

LITIGATION

_____/

THIS DOCUMENT RELATES TO        MDL No. 1456

State of California, ex rel.    Civil Action:

Ven-A-Care v. Abbott            01-12257-PBS

Laboratories, Inc., et al.

_____/


--oOo--

TUESDAY, APRIL 28, 2009

--oOo--

VIDEOTAPED DEPOSITION OF

CRAIG MILLER - VOLUME III

--oOo--


Reported By:  PATRICIA MCCARTHY, CSR No. 12888

              Registered Professional Reporter

Page 363

1  compilation made of the average manufacturer's
2  price because it wasn't used.
3      Q.  Okay.  Was the rebate calculated as a
4  percentage of the AMP for the state supplemental
5  rebates?
6      A.  It was calculated in a variety of
7  manners back then.  It could have been, there were
8  contracts that I had seen or heard of that were
9  volume based contracts or if-then contracts as
10 well as more common at that time, a percentage of
11 AMP.
12     Q.  Okay.  And would those be negotiated
13 with the manufacturer on kind of an individual
14 drug by drug basis?
15     A.  Yes.
16     Q.  Is that correct?
17     A.  Yes.
18     Q.  And then in August of 1992, the
19 California instituted a mandatory supplemental
20 rebate program; is that correct?
21     A.  That's correct.
22     Q.  Okay.  And how -- so prior to August of

Page 364

1  1992, the state supplemental rebate agreements,
2  those were voluntary?
3      A.  That's correct, they were.
4      Q.  How -- starting in August of '92 under
5  the mandatory supplemental rebate program, how
6  were rebates calculated?
7      A.  Rebates weren't calculated any
8  differently except that it was across the board,
9  10 percent.
10     Q.  Okay.
11     A.  The word "mandatory" is a bit -- maybe
12 perhaps not the best choice of words.  It -- all -
13 - all drugs in California are subject to prior
14 authorization with some limited exceptions, except
15 for those drugs -- for those drugs for which
16 manufacturers have signed a supplemental rebate
17 agreement.
18     Q.  Okay.  So starting in 1992 -- I just
19 want to understand the mandatory nature.
20         Were all manufacturers were required to
21 enter into a supplemental rebate agreement?
22     A.  That's correct.

Page 365

1      Q.  Were all drugs treated as prior
2  authorized?  Or were -- strike that.
3          Maybe it makes sense to back up.  Prior
4  to -- prior to August of 1992, was the -- were
5  drugs that did not have a supplemental rebate
6  agreement -- for drugs for which there was no
7  supplemental rebate agreement with California,
8  were they subject to prior authorization?
9      A.  My understanding is they were.
10     Q.  Okay.  And then in August of 1992 --
11 well, I guess what changed in August of 1992 under
12 the mandatory supplemental rebate program?
13     A.  My understanding is that the -- that the
14 -- that is why I believe "mandatory" is a bit of a
15 misnomer.  10 percent is now the baseline for all
16 drugs with the alternative being prior
17 authorization for those drugs.
18     Q.  Okay.
19     A.  Whereas prior to that, it was a
20 negotiation between the manufacturer and the
21 state.
22     Q.  Okay.  So really, all that changed in

Page 366

1  August of 1992 was that there was just kind of a
2  mandatory 10 percent supplemental rebate
3  instituted?
4      A.  That's correct.
5      Q.  And if a drug manufacturer didn't enter
6  into one of those agreements, the drug was just
7  subject to prior authorization?
8      A.  That's the requirement of the
9  legislation.
10     Q.  Okay.  And that program remained into --
11 in effect until it looks like December 31, 1996?
12     A.  I believe the -- as I recall, the first
13 mandatory supplemental contract was only a one
14 year.  That was for the fiscal year.  I don't
15 recall the dates.
16     Q.  Okay.
17     A.  But I believe it was for the one year
18 period.  Then in 1994, essentially equivalent
19 legislation was passed to make a two-year program
20 with the additional reduction in pharmacy,
21 reimbursement for dispensing fee of 50 cents.
22     Q.  Okay.  Was it -- was it the same, it was