# EXHIBIT G

## SANDOZ AMP LETTERS SENT TO CALIFORNIA DHS

| Letter Date | AMP by Quarter | Bates Range |
|---|---|---|
| 7/16/1991 | 1Q 1991 | SANDOZ CALI 3000033-77 |
| 10/1/1991 | 2Q 1991 | SANDOZ CALI 3000082-190 |
| 2/3/1992 | 3Q 1991 | SANDOZ CALI 1000195-248 |
| 4/24/1992 | 4Q 1991 | SANDOZ CALI 3000255-308 |
| 8/4/1992 | 1Q 1992 | SANDOZ CALI 3000314-368 |
| 10/21/1992 | 2Q 1992 | SANDOZ CALI 3000374-428 |
| 6/2/1993 | 3Q 1992 | SANDOZ CALI 3000429-506 |
| 6/2/1993 | 4Q 1992 | SANDOZ CALI 3000507-585 |
| 10/1/1993 | 1Q 1991 (revised) | SANDOZ CALI 3000029-32 |
| 10/4/1993 | 2Q 1991 (revised) | SANDOZ CALI 3000078-81 |
| 10/15/1993 | 1Q 1993 | SANDOZ CALI 3000588-632 |
| 11/2/1993 | 2Q 1993 | SANDOZ CALI 3000633-678 |
| 11/18/1993 | 3Q 1991 (revised) | SANDOZ CALI 3000191-194 |
| 11/24/1993 | 4Q 1991 (revised) | SANDOZ CALI 3000249-254 |
| 1/7/1994 | 3Q 1993 | SANDOZ CALI 3000679-723 |
| 1/18/1994 | 2Q 1992 (revised) | SANDOZ CALI 3000369-373 |
| 1/25/1994 | 1Q 1992 (revised) | SANDOZ CALI 3000310-313 |
| 4/28/1994 | 4Q 1993 | SANDOZ CALI 3000724-740 |
| 8/26/1994 | 1Q 1994 | SANDOZ CALI 3000743-791 |
| 11/29/1994 | 2Q 1994 | SANDOZ CALI 3000792-842 |
| 5/10/1995 | 4Q 1994 | SANDOZ CALI 3000875-901 |
| 5/21/1995 | 3Q 1994 | CAAG/DHS-SAN000081-100 |
| 8/10/1995 | 1Q 1995 | SANDOZ CALI 3000904-939 |
| 11/8/1995 | 2Q 1995 | SANDOZ CALI 3000940-989 |
| 3/20/1996 | 3Q 1995 | SANDOZ CALI 3000990-1053 |
| 5/21/1996 | 4Q 1995 | CAAG/DHS-SAN000296-329 |
| 11/15/1996 | 2Q 1996 | CAAG/DHS-SAN000757-782 |
| 2/6/1997 | 3Q 1996 | SANDOZ CALI 3001218-1273 |
| 3/21/1997 | 1Q 1996 | SANDOZ CALI 3001111-1164 |