# EXHIBIT H

Gorospe, James Kevin                                    March 19, 2008
                        Sacramento, CA

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------X

IN RE:  PHARMACEUTICAL        ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION:

PRICE LITIGATION              ) 01-CV-12257-PBS

------------------------------X

THIS DOCUMENT RELATES TO:     ) Judge Patti B. Saris

U.S. ex rel. Ven-A-Care of    )

the Florida Keys, Inc. v.     ) Magistrate Judge

Abbott Laboratories, Inc.,    ) Marianne B. Bowler

et al.                        )

Case No. 06-CV-11337-PBS      )

------------------------------X

--oOo--

WEDNESDAY, MARCH 19, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

JAMES KEVIN GOROSPE

Reported By:  JOANIE MURAKAMI, CSR No. 5199

Registered Merit Reporter

Certified Realtime Reporter

Gorospe, James Kevin                                    March 19, 2008
                         Sacramento, CA

Page 70

1  piece of legislation was introduced in either --
2  at the federal level or state level, the
3  department or our legislative folks would send
4  that to us to ask if we would -- if we perceived
5  any potential impact on the program, whether it
6  be a policy impact or budgetary impact.
7      Q.  Okay.  Did that analysis that you did,
8  did that include reimbursement issues?
9      A.  I don't recall.
10     Q.  Okay.  If there was pronouncements or
11 reports issued by the federal government relating
12 to reimbursement issues that might apply to the
13 Medi-Cal program, is that something that you
14 would have followed?
15     A.  Yes.
16     Q.  It says here that you negotiated
17 supplemental drug rebate contracts with
18 manufacturers as well.  Tell me about that duty.
19     A.  The Medi-Cal program has a process to
20 review drug products for addition to its Medi-Cal
21 list of contract drugs.  Part of that process is
22 to assess the cost, the net cost to the Medi-Cal

Page 71

1  program of particular drugs.
2          One way to -- we use to lower the net
3  cost to the program is to sign contracts with
4  manufacturers for rebates.
5      Q.  And are those supplemental rebate
6  contracts limited to a particular type of drug?
7  In other words -- let me start over.
8          Does the state have supplemental drug
9  rebate contracts for branded drugs?
10     A.  Yes.
11     Q.  Does it have supplemental drug rebate
12 contracts for generic drugs?
13     A.  No.
14     Q.  Why not?
15     A.  The state attempted to do supplemental
16 rebate contracting with generic companies and was
17 unsuccessful.
18     Q.  What was the formula or what has been
19 the formula used to calculate the supplemental
20 drug rebates -- let me back up a little bit.
21          These are rebates that manufacturers
22 pay to the State of California, correct?

Page 72

1      A.  Correct.
2      Q.  And these rebate contracts are between
3  State of California and the manufacturers,
4  correct?
5      A.  Correct.
6      Q.  Are they drug specific or are there
7  multiple drugs built into a single contract?
8      A.  It can be both.
9      Q.  So there's instances where you've got a
10 supplemental rebate contract with a manufacturer
11 that has multiple -- provides further rebate on
12 multiple drugs and then you've got some -- you've
13 had some rebated contracts, supplemental rebate
14 contracts that are limited to a single drug?
15     A.  That is correct.
16     Q.  And is the formula used to calculate
17 the supplemental drug rebate the same in all of
18 these rebate contracts?
19     A.  No.
20     Q.  Okay.  How does it differ?
21     A.  The formula differs depending on the
22 type of contract.

Page 73

1          In general, we have two types of
2  contract.  We have contracts based on average
3  manufacturer's price and we have contracts that
4  are based on the net cost.
5      Q.  For those based on average
6  manufacturer's price, I take it that the rebate,
7  the supplemental rebate amount is some percentage
8  of AMP?
9      A.  That is correct.
10     Q.  And is it, for those type of contracts,
11 is the percentage of AMP the same in all
12 contracts?
13     A.  No.
14     Q.  Okay.  So the percentage varies?
15     A.  Correct.
16     Q.  And do you know the range of the
17 percentage of AMP that has been in these
18 supplemental rebate contracts?
19     A.  The range has been from one percent to
20 in excess of a hundred percent.
21     Q.  And when did the state begin entering
22 into these AMP based supplemental rebate

19 (Pages 70 to 73)

7518707c-46aa-4bff-8eef-0c456891e081