# EXHIBIT I

CA Dept of Health Care Services (J. Kevin Gorospe, PharmD)-Vol II                                May 6, 2009

Sacramento, CA

Page 304

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-------------------------------X

IN RE PHARMACEUTICAL INDUSTRY   )

AVERAGE WHOLESALE PRICE         )   MDL No. 1456

LITIGATION                      )

-------------------------------X

THIS DOCUMENT RELATES TO        )   Civil Action:

State of California, ex rel.    )   01-12258-PBS

Ven-A-Care v. Abbott            )

Laboratories, Inc., et al.      )

-------------------------------X

--oOo--

WEDNESDAY, MAY 6, 2009

--oOo--

VIDEOTAPED DEPOSITION OF

THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

by J. KEVIN GOROSPE, Pharm.D.

VOLUME II

--oOo--

Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

Page 341

1  in to supplemental rebate contracts with generic
2  companies to expand away from just single source
3  companies but also in to contracting with generic
4  companies.
5      Q.  Was that part of a -- an official push
6  to get more generic contracts or was it just a --
7  an experiment?
8          MR. GLASER:  Object as to form.
9  BY MR. ROBBEN:
10     Q.  You know, what I'm trying -- what I'm
11 trying to get at is, was this just experimental or
12 was this sort of a broad-ranging effort?
13     A.  This was the first step in -- an attempt
14 to make it a broad-ranging effort.
15     Q.  Do you remember who the manufacturers
16 were -- or who the manufacturer was that entered
17 in to the -- contracts concerning Lorazepam?
18     A.  Not right offhand, no.
19     Q.  Okay.  I -- I take it since there's only
20 three or four drugs that -- that you've testified
21 had a supplemental rebate that were generic that
22 this -- that the effort to expand the program in

Page 342

1  to generics didn't succeed?
2      A.  That is correct.
3      Q.  Do you -- why didn't it succeed?
4      A.  Generic manufacturers did not want to
5  participate.
6      Q.  Did they say why?
7      A.  One did, yes.
8      Q.  Okay.  What did they say?
9      A.  That one manufacturer indicated that
10 there was push-back from the pharmacy community
11 because our contracts led to exclusive -- not
12 exclusive, but making those particular
13 manufacturer's products available without prior
14 authorization and the other generic manufacturers
15 product of the same generically equivalent product
16 would have required prior authorization, and the
17 providers pushed back, I guess, against the
18 generic manufacturers.
19         So they -- they did not want to enter
20 any -- enter in to any more contracts with us.
21     Q.  Okay.  So the drug stores, the
22 providers, didn't like the generic companies

Page 343

1  entering in to supplemental rebate agreements
2  because it limited the choices they had in terms
3  of the generic products they could buy and
4  dispense; is that fair?
5          MR. GLASER:  Object as to form.
6          THE WITNESS:  I don't know what the
7  specific reasons that the -- the pharmacies pushed
8  the manufacturers on.
9          That's just the general discussion that
10 we had with the manufacturer, was there was push-
11 back from the provider community.
12 BY MR. ROBBEN:
13     Q.  Uh-huh.
14         Do you know which generic manufacturer
15 it was that articulated that?
16     A.  I don't recall.
17     Q.  Now, why was it that the supplemental
18 rebate contract had that effect of --
19         Well, strike that.
20         Were there any other reasons other than
21 that impact that that one generic manufacturer
22 articulated that led to the inability to -- engage

Page 344

1  in supplemental rebate contracts with generic
2  manufacturers?
3      A.  The inability was the manufacturers not
4  willing to participate.
5          Only -- the explanation I gave you for
6  the one manufacturer was the reason one
7  manufacturer gave.
8          Why the other manufacturers decided not
9  to participate, I -- I can't tell you.
10         MR. ROBBEN:  Let me mark as an exhibit
11 this document.
12         (Exhibit Gorospe 029 was marked for
13 Identification.)
14         THE REPORTER:  20 -- excuse me.  29.
15         MR. ROBBEN:  Is that where we left off?
16         Yeah, that would be great.
17 BY MR. ROBBEN:
18     Q.  Please take a look at that, Dr. Gorospe,
19 and I'll identify it for the record.
20         It's a two-page document.  The Bates
21 number is CAAG/DHS-E0054531 to 54532.
22     A.  This was duplicated incorrectly.

11 (Pages 341 to 344)