# EXHIBIT M

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

--oOo--

IN RE PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE

LITIGATION

_____/

THIS DOCUMENT RELATES TO        MDL No. 1456

State of California, ex rel.    Civil Action:01-12258-

Ven-A-Care v. Abbott                                PBS

Laboratories, Inc., et al.

_____/


--oOo--

WEDNESDAY, SEPTEMBER 24, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

CRAIG MILLER

--oOo--


Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

              Registered Merit Reporter

```
                          Page 126                                    Page 128
 1    A.  Okay.                              1  either in this form or in -- in a similar form that
 2    Q.  Okay.  Do you recognize this document?  2  listed out these various pricing figures like AWP,
 3    A.  This is -- I don't know where this      3  AWP minus 5, and direct price all listed together
 4  resides, but it's a -- it is a training -- I think  4  on one page?
 5  it was presented as part of training years ago --  5    A.  Yeah.  I've -- I've seen a -- yeah,
 6  but Kevin Gorospe gives as part of a presentation.  6  again, in a training document a bar chart that
 7    Q.  So you say it was -- it was part of a    7  shows the difference between AWP, and AMP, and --
 8  training presentation; is that --              8  and federal supply schedule, pricing.
 9    A.  Yes.                                     9    Q.  All compared to one another?
10    Q.  And is this training for Medi-Cal       10    A.  Yes.
11  employees?                                    11    Q.  Have you ever seen a document that lists
12    A.  No.  This training is only for employees  12  out drugs AMP and AWP in the same place compared
13  of the -- of the pharmacy area.               13  together?
14    Q.  Okay.  So just -- just people who work  14    A.  Yes.
15  in that unit?                                 15    Q.  For a specific drug product?
16    A.  Yes.                                    16    A.  No.
17    Q.  Okay.  Is -- so is this a form that --  17    Q.  Okay.  Just in general terms?
18  that gets filled out with any particular      18    A.  In general.
19  manufacturer's information, or is this the only way  19    Q.  Do you know where somebody would go to
20  that this form appears to your knowledge?     20  -- to obtain the AMP to fill in a comparison such
21    A.  I don't know what the -- what the       21  as this?
22  Contract Negotiation staff use to do their    22    A.  A specific comparison is available for

                          Page 127                                    Page 129
 1  calculations.                                  1  the drugs that are AMP based contracts for the
 2    Q.  So you think this might -- this document  2  supplemental rebate.
 3  might be used as part of the contract negotiations  3    Q.  Okay.  So for those something like this
 4  too?                                           4  could be created from the data that's on hand?
 5    A.  I'd be -- I'd be assuming.               5    A.  Yes.
 6        I believe they -- they do other          6    Q.  Okay.  Did you say his name was Nick
 7  negotiation -- other calculations to determine  7  Walker or Vic Walker?
 8  pricing.                                       8    A.  No, Vic, Victor.
 9    Q.  Do you know where the information on     9    Q.  Victor.
10  this chart would have come from?              10        Where in the -- in the Medi-Cal structure
11    A.  This would have -- this -- this is an   11  does the Data Analysis Unit reside?
12  example -- this was prepared probably by -- I'm  12    A.  Everything to do with pharmacy resides
13  assuming by Vic Walker in the Data area of the  13  in the Pharmacy Benefit Division.
14  Division.                                     14        To the best of my knowledge other than
15    Q.  Why do you assume that Mr. Walker       15  the access that the systems people have to data
16  created it?                                   16  because they have access to the system there's --
17    A.  I'm assuming that because he -- he uses  17  there's no access.
18  the term "Gorillacillin," but -- and he -- he  18    Q.  No access to?
19  provides the -- all of the data analysis for the  19    A.  To AMP.
20  policy function -- policy and contracting function  20    Q.  Okay.  If somebody wanted to -- in the
21  to the best of my knowledge.                  21  Pharmacy Unit wanted to create a comparison of AWP
22    Q.  Okay.  Have you ever seen a document    22  and AMP, at least for some drugs, we could agree
```

Page 130

1  that they could use the URA information, the RAIS
2  system, to create that comparison; correct?
3          MR. PAUL: Objection to form.
4          THE WITNESS: Yeah. Assuming you have
5  AWP and -- and you have a URA, you could calculate
6  that.
7  BY MR. ROBBEN:
8      Q.  Okay. So if you had, say, a drug in
9  mind, and you had the NDC number, you could get the
10 AWP from the pricing source used by the Medi-Cal
11 program; correct?
12     A.  Correct.
13     Q.  And then you could obtain whatever
14 discount offer that you wanted through simple math,
15 so you could do AWP minus 5, or 10, or whatever,
16 and you could figure that out with a calculator;
17 correct?
18     A.  Correct.
19     Q.  And then if the drug had a Federal Upper
20 Limit, presumably that's available to the
21 Department through either the pricing source or
22 some other source that's available; right?

Page 131

1      A.  Correct.
2      Q.  And then if that drug particularly -- or
3  if that drug was a noninnovator multiple source
4  drug, you could get the URA from the RAIS system;
5  right?
6      A.  Correct.
7      Q.  And then you could use simple math to
8  figure out the AMP based on the URA; right?
9      A.  Yes.
10     Q.  And then you could put all that
11 information in a chart just like this; right?
12     A.  Yes.
13     Q.  Okay. And before the RAIS system was in
14 place -- we didn't talk too much about that.
15         The State or -- the Medi-Cal program was
16 receiving URA information under the old "90 rebate
17 agreements; right?
18     A.  Correct.
19     Q.  And that information wasn't in the RAIS
20 system because it didn't exist, but it was kept
21 somewhere; right?
22     A.  I'm presuming it's stored, yeah,

Page 132

1  somewhere.
2      Q.  They would have access to it?
3      A.  Well, yeah. Okay.
4      Q.  Okay. So even in that period before you
5  had the convenience of the RAIS system you could
6  have looked up with some effort the URAs and done
7  that same reverse calculation; correct?
8          MR. PAUL: Objection to form. No
9  foundation.
10         THE WITNESS: Yeah, in theory.
11 BY MR. ROBBEN:
12     Q.  Well, let's say --
13     A.  Yeah.
14     Q.  -- if you had a noninnovator multiple
15 source drug where the AMP was, you know, 11 percent
16 or 10 percent or the URA was 11 percent or 10
17 percent of AMP, you could reverse calculate one of
18 those --
19     A.  Correct.
20     Q.  -- to get to AMP; right?
21     A.  Right.
22     Q.  Okay. And then that could have found

Page 133

1  its way to a chart just like this?
2      A.  Correct.
3      Q.  Okay. Do you know somebody named Roy
4  Takauchi?
5      A.  Yes.
6      Q.  Who is that?
7      A.  He was a pharmacist. I don't know if he
8  still works for the -- for the Department.
9          He was a pharmacist who was in the
10 pharmacy area, one of the pharmacists until --
11 probably 2000.
12     Q.  'Til 2000?
13     A.  I'm -- I'm -- I'm guessing at that.
14     Q.  Do you know what his role was in the
15 pharmacy area?
16     A.  He was one of the six staff pharmacists.
17 I don't -- I don't know.
18     Q.  Okay. Do you know who he reported to?
19     A.  Yes. He reported to Len -- Leonard
20 Terra, T-e-r-r-a.
21     Q.  Okay. The Contract Negotiation Unit
22 that you said Diane --