# EXHIBIT Q

Page 286

```
        **C O N F I D E N T I A L**

  IN THE CIRCUIT COURT OF

  MONTGOMERY COUNTY, ALABAMA

  --------------------------------------------x

  STATE OF ALABAMA,

                    Plaintiff,

           -against-             Case No. CV-05-219

  ABBOTT LABORATORIES, INC, et al.,

                    Defendants.

  --------------------------------------------x

  (Captions Continued.)




                 VOLUME II

  CONTINUED DEPOSITION OF CHRISTOPHER WORRELL

              MARCH 26, 2008
```

Page 399

1      not bring the entire document with me,
2      although I have a copy electronically if
3      somebody wants to look at it.
4           Q.  Now, the only portions of this 1995
5   report are contained here, although I did want to
6   call your attention to a glossary of terms that,
7   just towards the middle of the document, and if
8   you look towards the bottom there's a page number
9   46.  It's a little sort of faded.  I wanted to
10  call your attention to that page number.  If
11  you'd let me know when you're there.
12          A.  Yes, I'm there.
13          Q.  And do you see there's a definition
14  of the term "Average Wholesale Price ('AWP')"
15  that reads, "The composite wholesale prices
16  charged on a specific commodity that is assigned
17  by the drug manufacturer and is listed in either
18  the Red or Blue Books."
19          Did I read that correctly?
20          A.  Yes, you did.
21          Q.  And is that definition that I just
22  read to you also different than the definition of
23  AWP that you gave previously as you understood

Page 400

1   Sandoz to use that term during your time there?
2           A.  It is different.
3           Q.  Thank you.  So I'd asked you a number
4   of questions about the term "AWP" as Sandoz used
5   it during your time there.
6           Let me ask you whether at any time
7   during your many years in the pharmaceutical
8   industry, including your time at CVS or Bindley
9   Western or Cardinal, whether you ever had any
10  understanding of AWP that's different than the
11  understanding you had of it while you were at
12  Sandoz.
13          A.  No, I would say it was the same.
14          Q.  Would you agree with me that the
15  average wholesale prices or AWPs that Sandoz
16  reports to First DataBank and that First DataBank
17  publishes for Sandoz products are not in fact the
18  actual average prices charged by wholesalers to
19  their customers for Sandoz products?
20          A.  I think we covered that before
21  somewhat.  But I don't know what wholesalers
22  charge their customers so I don't know if the AWP
23  that I publish is the same as what a wholesaler

Page 401

1   charges their customer for a product.  I don't
2   know that.
3           Q.  Okay.  Well, do you believe that to
4   be the case?
5           A.  Sometimes yes, sometimes no, because
6   I don't have access to what they charge.
7           Q.  Well, sitting here today, do you have
8   any information that indicates that any retail
9   customer of Sandoz has ever paid AWP for a
10  product, either purchased directly from Sandoz or
11  purchased indirectly through a wholesaler?
12          A.  For direct customers, I can tell you
13  affirmatively that no customer was charged AWP
14  from Sandoz.  For sales that went through
15  wholesalers, I don't know what they eventually
16  charged the customer.  I was not privy to that
17  information.
18          Q.  But you don't believe that they
19  charged their customers AWP for any Sandoz
20  product, do you?
21          A.  I just don't know.  It could be, it
22  could not be.  I don't know.
23          Q.  All right.  Well, let's break this

Page 402

1   down, then.  With regard to the direct purchases
2   made by retail customers to Sandoz, as you said,
3   you know for a fact that those purchases, the
4   price was never as high as AWP, is that correct?
5           A.  Correct.  The contract prices to our
6   direct purchasing customers were not as high as
7   AWP.
8           Q.  And that's because the contract
9   prices were always less than the WAC, which was
10  always at least 25 percent below the AWP, is that
11  correct?
12          A.  Somewhat correct.  I think I said the
13  prices would be WAC or less.
14          Q.  Okay.  But the rest of my question
15  was correct, that is, the highest price that a
16  direct purchaser ever paid Sandoz for a Sandoz
17  product was the WAC, which was always at least 25
18  percent below the AWP, is that correct?
19          A.  Correct.
20          Q.  Then let's talk about the indirect
21  purchases of Sandoz products through wholesalers.
22          We talked about the fact that some of
23  those are sometimes made pursuant to contracts

30 (Pages 399 to 402)