# EXHIBIT R

**Exhibit 2a: California Medi-Cal Claims - Basis of Payment (1994-2004)**

| Year | Number of Claims | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | FAC | EAC | AWP-Disc | Usual & Customary | Other | TOTAL |
| 1994 | 447,291 | 0 | 52,924 | 68,945 | 15 | 569,175 |
| 1995 | 631,346 | 0 | 52,133 | 93,088 | 25 | 776,592 |
| 1996 | 729,286 | 0 | 63,574 | 125,762 | 114 | 918,736 |
| 1997 | 690,233 | 0 | 114,817 | 135,539 | 190 | 940,779 |
| 1998 | 677,774 | 30,659 | 155,264 | 166,175 | 32 | 1,029,904 |
| 1999 | 859,339 | 55,103 | 139,665 | 164,208 | 12 | 1,218,327 |
| 2000 | 953,923 | 46,768 | 178,488 | 160,756 | 6 | 1,339,941 |
| 2001 | 1,058,529 | 38,989 | 224,448 | 233,479 | 10 | 1,555,455 |
| 2002 | 1,168,482 | 61,138 | 237,204 | 126,622 | 6 | 1,593,452 |
| 2003 | 1,253,069 | 257,143 | 426 | 132,202 | 0 | 1,642,840 |
| 2004 | 1,142,333 | 209,892 | 711 | 137,649 | 0 | 1,490,585 |
| **TOTAL** | **9,611,605** | **699,692** | **1,219,654** | **1,544,425** | **410** | **13,075,786** |

| Year | Claims % | | | | |
| --- | --- | --- | --- | --- | --- |
| | FAC | EAC | AWP-Disc | Usual & Customary | Other |
| 1994 | 79% | 0% | 9% | 12% | 0% |
| 1995 | 81% | 0% | 7% | 12% | 0% |
| 1996 | 79% | 0% | 7% | 14% | 0% |
| 1997 | 73% | 0% | 12% | 14% | 0% |
| 1998 | 66% | 3% | 15% | 16% | 0% |
| 1999 | 71% | 5% | 11% | 13% | 0% |
| 2000 | 71% | 3% | 13% | 12% | 0% |
| 2001 | 68% | 3% | 14% | 15% | 0% |
| 2002 | 73% | 4% | 15% | 8% | 0% |
| 2003 | 76% | 16% | 0% | 8% | 0% |
| 2004 | 77% | 14% | 0% | 9% | 0% |
| **TOTAL** | **74%** | **5%** | **9%** | **12%** | **0%** |

**Notes:**
[1] Includes claims from January 1, 1994 until December 31, 2004 based on service date field, CLNDR_DT.
[2] Claims with CLM_REIMBRMNT_AMT_349 <= 0 are dropped.
[3] The basis of payment for a claim is from the data field CLM_PMT_CLCLTN_CD_830.
[4] Usual & Customary is defined as CLM_BILL_AMT < (CLM_ALOWD_AMT_380 + CLM_PROFNL_FEE_AMT_381).
[5] The discount on AWP was 5 % until June 30, 2004, 10 % from July 1, 2004 until August 31, 2004, and 17 % from September 1, 2004 onwards.

**Sources:**
Medi-Cal claims data (Disc ID: 21A and 21B); Claims reversals are dropped from the data using Dr. Leitzinger's methodology.
Letter from Nicholas Paul of the California Bureau of Medi-Cal Fraud and Elder Abuse to Toni-Ann Citera of Jones Day, November 15, 2007.

Highly Confidential