# EXHIBIT S

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 06-11337 |
| *State of California, ex. Rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*<br><br>Case No. 03-cv-11226-PBS | Judge Patti B. Saris |

## EXPERT REPORT OF DANIEL L. RUBINFELD, JULY 30, 2009
## ERRATA SHEET

1. Footnote 46, first sentence:

   Change From: This conservatively assumes that claims indicated as based on "EAC" were actually based on AWP-Disc.

   Change To: If one conservatively assumes that claims indicated as based on "EAC" were actually based on AWP-Disc, then about 14% of claims were reimbursed based on AWP.

   Reason: Clarification of report.

2. Note on Figure 1 and Exhibits 2a and 2b:

   Change From: The discount on AWP was 5 % until June 30, 2004, 10 % from July 1, 2004 until August 31, 2004, and 17 % from September 1, 2004 onwards.

   Change To: The discount on AWP was 5 % until November 30, 2002, 10 % from December 1, 2002 until August 31, 2004, and 17 % from September 1, 2004 onwards.

   Reason: Correction of report.

Dated: September 22, 2009
New York, NY



NEWYORK 7310508 (2K)

_____
Daniel L. Rubinfeld, Ph.D.

Subscribed and sworn to before me

This 22 day of September 20 09.

_Lauren M Boswell_
(Notary Public)

LAUREN M. BOSWELL
Notary Public, State of New York
No. 01BO6208075
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 22, 2013