





















# Standard Deviation of Dr. Duggan's Difference Fractions

- Under Dr. Duggan's analysis, there are **difference fractions** for **each State-NDC-quarter** (Medicaid) and **each Carrier-J-Code-quarter** (Medicare) for which Dr. Duggan performed a "claim-by-claim" difference analysis.

- The difference fractions show the **percentage difference in reimbursements** that allegedly would have occurred using his but-for Average Selling Prices across those States and Carriers where he performed a claim-by-claim analysis.

  - Example: $10,000 difference divided by $20,000 in reimbursements = 50% difference fraction.

- Because Dr. Duggan uses the same but-for Average Selling Prices across States and Carriers, **variability in the difference fractions informs us about the variability in how reported prices impacted payments across States and Carriers**.

  - If the impact of reported prices across States and Carriers is roughly the **same**, then we would expect the calculated difference fractions to also be roughly the same. Such a situation would yield low Standard Deviations and low Relative Standard Deviations in the difference fractions across States and Carriers.

  - If the impact of reported prices across States and Carriers is **variable**, then we would expect the calculated difference fractions to vary. Such a situation would yield higher Standard Deviations and higher Relative Standard Deviations in the difference fractions across States and Carriers.

- The **difference fractions** Dr. Duggan computes from his "samples" of States and Carriers serve as the **foundation** of his **extrapolations** to other States and Carriers. **Substantial variation in Dr. Duggan's difference fractions reduces the precision and reliability of his findings.**

- Substantial variation in Dr. Duggan's difference fractions **emphasizes the importance of using valid samples which are random and representative of all claims being analyzed**.

# Standard Deviation

- Widely used measure of the **variability** or **dispersion** of data points.

- Tells us **how far from the mean** the data points tend to be. Assuming a normal distribution, **68%** of the data points will be **+/- 1 Standard Deviation** from the mean and **95%** of the data points will be **+/- 2 Standard Deviations** from the mean.

- A **large** Standard Deviation indicates that the data points are **far from the mean**. A **small** Standard Deviation indicates that they are **clustered closely around the mean**.

- Example:

  - Population one = 0, 0, 14, 14; Population two = 0, 6, 8, 14; Population three = 6, 6, 8, 8.

  - Each has a mean of 7, but the standard deviations are much different – 7, 5 and 1, respectively.

- Standard Deviation may be used in evaluating the **reliability of an estimate**.

- Relative Standard Deviation

  - Standard Deviation divided by the mean.

  - States, as a percentage, the distance of one Standard Variation from the mean.

  - Example: Standard Deviation of 15 on a mean value of 40 = 37.5% Relative Standard Deviation.