# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) Subcategory Docket: 06-CV-11337-PBS ) |
| THIS DOCUMENT RELATES TO | ) Judge Patti B. Saris ) |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.,* No. 06-CV-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) |

## ABBOTT LABORATORIES INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO ITS PENDING SPOLIATION MOTION

Defendant Abbott Laboratories Inc. submits this supplemental authority notice to bring to the Court's attention to a recent decision of the Southern District of New York in *Pension Committee of the University of Montreal Pension Plan v. Banc of America Securities, LLC*, No. 05 Civ. 9016 (S.D.N.Y. Jan. 11, 2010), which is relevant to its spoliation motion (Dkt. No. 6096) in *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS. A copy of the decision is attached as Exhibit A.

Dated:  January 24, 2010	Respectfully submitted,

  /s/ James R. Daly
Daniel E. Reidy
James R. Daly
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories Inc.*

## CERTIFICATE OF SERVICE

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 24th day of January, 2010.

                                              /s/ David S. Torborg  
                                              David S. Torborg