# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | 
 
IN RE: PHARMACEUTICAL INDUSTRY ) MDL NO. 1456  
AVERAGE WHOLESALE PRICE )  
LITIGATION ) CIVIL ACTION: 01-CV-12257-PBS  
) Subcategory Docket: 06-CV-11337-PBS  
)  
THIS DOCUMENT RELATES TO ) Judge Patti B. Saris  
)  
*U.S. ex rel. Ven-A-Care of the Florida Keys,* ) Magistrate Judge Marianne B. Bowler  
*Inc. v. Abbott Laboratories, Inc., et al.,* No. )  
06-CV-11337-PBS )  
)

## ABBOTT LABORATORIES INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO ITS PENDING SPOLIATION MOTION

Defendant Abbott Laboratories Inc. submits this supplemental authority notice to bring to the Court's attention to a recent decision of the Southern District of New York in *Pension Committee of the University of Montreal Pension Plan v. Banc of America Securities, LLC*, No. 05 Civ. 9016 (S.D.N.Y. Jan. 11, 2010), which is relevant to its spoliation motion (Dkt. No. 6096) in *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS.   A copy of the decision is attached as Exhibit A.

| | |
|---|---|
| Dated:  January 24, 2010 | Respectfully submitted,<br><br> /s/ James R. Daly<br>Daniel E. Reidy<br>James R. Daly<br>Jason G. Winchester<br>Brian J. Murray<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois  60601<br>Telephone:  (312) 782-3939<br>Facsimile:   (312) 782-8585<br><br>R. Christopher Cook<br>David S. Torborg<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939<br>Facsimile:  (202) 626-1700<br><br>*Counsel for Defendant Abbott Laboratories Inc.* |

## **CERTIFICATE OF SERVICE**

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 24th day of January, 2010.

/s/ David S. Torborg
David S. Torborg