# UNITED STATES DISTRICT COURT

DISTRICT OF     Massachusetts

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION
V.

**EXHIBIT AND WITNESS LIST**

Case Number: 01cv12257 and 06cv11337

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | various | various |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/10/09, 12/11/09, 1/22/10 | Lee Marzilli | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/10/09 | | X | United States Exhibits Presented at the Daubert Hearing |
| 2 | | 12/11/09 | | X | Pee Reviewed Literature Cited by Mark G. Duggan, Ph.D. |
| | 3 | 12/11/09 | | X | Defendant's Binder of Hearing Exhibits 1-35 |
| | 4 | 12/11/09 | | X | Chart - Array |
| | 5 | 12/11/09 | | X | Chart - Array |
| | 6 | 12/11/09 | | X | Chart - Quarterly Summary |
| | 7 | 1/22/10 | | X | Chart |
| | 8 | 1/22/10 | | X | O.I.G. report |
| | 9 | 1/22/10 | | X | Hearing binder used by Hughes and Young |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages