# UNITED STATES DISTRICT COURT

### DISTRICT OF      Massachusetts

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION
V.

## EXHIBIT AND WITNESS LIST

Case Number:  01cv12257 and 06cv11337

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | various | various |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/10/09, 12/11/09, 1/22/10 | Lee Marzilli | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/10/09 | 12/11/09 | 1/22/10 | Mark Gregory Duggan |
| | 1 | 1/22/10 | | | James Wesley Hughes |
| | 2 | 1/22/10 | | | Steven J. Young |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.