## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 1:08-CV-11200 |
| | ) |
| | ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators* *v.* *Baxter Hemoglobin Therapeutics and Baxter International Inc.* | ) ) ) ) ) ) ) ) |

### DECLARATION OF RUCHI JAIN IN SUPPORT OF
### BAXTER INTERNATIONAL INC.'S SUPPLEMENTAL REPLY BRIEF
### IN FURTHER SUPPORT OF ITS MOTION TO DISMISS RELATORS' COMPLAINT

I, RUCHI JAIN, duly declare under penalty of perjury as follows:

1.      I am an attorney at law admitted to practice in the State of New York and the District of Columbia and am an attorney in the law firm of Dickstein Shapiro LLP, counsel for Defendant Baxter International Inc.  I am familiar with all of the facts and circumstances herein. I make this declaration in support of Baxter International Inc.'s Supplemental Reply Brief In Further Support Of Its Motion To Dismiss Relators' Complaint in the above-captioned action.

2.      Attached hereto as Exhibit A is a true and correct copy of the Transcript of the January 19, 2010 Deposition of Linnette Sun and Sun Exhibits 1-14.

3.      Attached hereto as Exhibit B is a true and correct copy of the Transcript of the January 21, 2010 Deposition of Greg Hamilton and Hamilton Exhibits 1-21.

4.      Attached hereto as Exhibit C is a true and correct copy of the December 20, 2009 Letter from Mark Kleiman to Merle DeLancey.

5.      Attached hereto as Exhibit D is a true and correct copy of the October 20, 2003 Baxter Press Release Concerning the Acquisition of Aralast.

6.      Attached hereto as Exhibit E is a true and correct copy of the February 10, 2005 email from Mark Kleiman to Michael Theis with draft complaint attached (GH001745-1827).

7.      Attached hereto as Exhibit F is a true and correct copy of the February 12, 2005 email from Mark Kleiman to Michael Theis (GH001828).

Dated:  January 27, 2010

___/s/ Ruchi Jain_____
Ruchi Jain
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

Counsel for Defendant Baxter International Inc.

2

DSMDB-2746946

## CERTIFICATE OF SERVICE

I hereby certify that I, Ruchi Jain, an attorney, electronically filed the foregoing DECLARATION OF RUCHI JAIN IN SUPPORT OF BAXTER INTERNATIONAL INC.'S SUPPLEMENTAL REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS RELATORS' COMPLAINT with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system on January 27, 2010.  I also caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, for posting and notification to all parties.  In addition, the individuals listed below were served via U.S. Mail.

    **/s/ Ruchi Jain**
Ruchi Jain
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
Facsimile:  (202) 420-2201

Edwin Winstead
Assistant United States Attorney
1225 Seventeenth Street
Suite 700
Denver, CO 80202

Greg Abbott, Attorney General
Office of the Texas Attorney General
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Lisa Madigan, Attorney General
Office of the Illinois Attorney General
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601

Joseph R. Biden, III, Attorney General
Office of the Delaware Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Catherine Cortez Masto, Attorney General
Office of the Nevada Attorney General
Old Supreme Court Building
100 North Carson Street
Carson City, NV 89701

Mark J. Bennett, Attorney General
Office of the Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813

Bill McCollum, Attorney General
Office of the Florida Attorney General
The Capitol
PL-01
Tallahassee, FL 32399-1050

DSMDB-2746946

Edmund G. Brown, Attorney General
Brian Frankel
Office of the California Attorney General
1300 I Street
Suite 1740
Sacramento, CA 95814

Martha Coakley , Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108

Robert E. Cooper, Jr., Attorney General
Office of the Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN 37243

James D. Caldwell, Attorney General
Office of the Louisiana Attorney General
P.O. Box 94095
Baton Rouge, LA 70804-4095

Gary King, Attorney General
Office of the New Mexico Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Dustin McDaniel, Attorney General
Office of the Arkansas Attorney General
200 Tower Building
323 Center Street
Little Rock, AR 72201-2610

Kenneth T. Cuccinelli, Attorney General
Randall L. Clouse, Director
Medicaid Fraud Control Unit
Office of the Virginia Attorney General
900 E. Main Street
5th Floor
Richmond, VA 23219

Peter Nickles, Attorney General
Office of the DC Attorney General
441 4th Street, NW
Suite 1145S
Washington, DC 20001

Mark Shurtleff, Attorney General
Office of the Utah Attorney General
State Capitol
Room 236
Salt Lake City, UT 84114-0810

4