CERTIFIED COPY

IN RE:   TEXAS CIVIL INVESTIGATIVE DEMAND

TO FIRST DATABANK, INC.

ATTORNEYS' EYES ONLY

CONFIDENTIAL EXAMINATION UNDER OATH

OF

PATRICIA KAY MORGAN

MONDAY, JANUARY 28, 2002

PAGES 1 -161; VOLUME 1

BEHMKE REPORTING & VIDEO SERVICES

BY:   SUZANNE I. ANDRADE, CSR # 10682

1320 ADOBE DRIVE

PACIFICA, CALIFORNIA   94044

(650) 359-3201



Morgan 1/13/02
DEPOSITION
EXHIBIT
386

1

"Attorneys Eyes Only
Outside Counsel Only"

EXHIBIT
13
Hamilton

1

2

3

4

5

6

7

8

9

10    Examination under oath of

11    PATRICIA KAY MORGAN, taken on behalf

12    of the State of Texas, Office of the

13    Attorney General, at The Courtyard

14    Marriott, 1050 Bayhill Drive, Room A,

15    San Bruno, California, commencing at

16    1:38 p.m., MONDAY, JANUARY 28, 2002,

17    before Suzanne I. Andrade, Certified

18    Shorthand Reporter No. 10682, pursuant to

19    Civil Investigative Demand issued by the

20    State of Texas.

21

22

23

24

25

TX-D & W - 010942

2

"Attorneys Eyes Only -
Outside Counsel Only"

GH000127

```
 1   APPEARANCES OF COUNSEL:

 2   FOR FIRST DATABANK, INC.:

 3       PERKINS COIE LLP

 4       BY:  NICOLE A. WONG, ESQ.

 5            JOHN PALMER KERN, ESQ.

 6       180 Townsend Street, 3rd Floor

 7       San Francisco, California  94107-1909

 8       Telephone No. (415) 344-7014

 9

10   STATE OF TEXAS

11   OFFICE OF THE ATTORNEY GENERAL

12       BY:  C. JARRETT ANDERSON, ASSISTANT

13            ATTORNEY GENERAL

14       Post Office Box 12548

15       Austin, Texas  78711-2548

16       Telephone No. (512) 475-4097

17

18

19

20

21

22

23

24

25
```

"Attorneys Eyes Only - Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000128

TX-D & W - 010943



1                                INDEX

2

3    MONDAY, JANUARY 28, 2002

4    PATRICIA KAY MORGAN, VOLUME 1

5       Examination by Mr. Anderson                    6

6

7

8    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

9                      Page     Line

10                     None.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                        TX-D & W - 010944

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE  REPORTING  &  VIDEO  SERVICES
(650)  359-3201

GH000129

```
 1                        EXHIBITS
 2            PATRICIA KAY MORGAN, VOLUME 1
 3    Number           Description           Page
 4    None marked.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE  REPORTING  &  VIDEO  SERVICES
(650)  359-3201

GH000130

TX-D & W - 010945

```
 1              MONDAY, JANUARY 28, 2002, 1:38 P.M.

 2

 3                  PATRICIA KAY MORGAN,

 4      having been duly sworn, testified as follows:

 5          THE WITNESS:  Yes.

 6

 7                     EXAMINATION

 8      BY MR. ANDERSON:

 9          Q.  State your name.

10          A.  Kay Morgan.

11          Q.  Do you have a middle name?

12          A.  Kay.  First name is Patricia.

13          Q.  So your full name is Patricia Kay

14      Morgan?

15          A.  That's correct.

16          Q.  Ms. Morgan, my name is Jarrett

17      Anderson.  I'm an assistant attorney general

18      for the State of Texas, and we're here today

19      pursuant to a Civil Investigative Demand

20      that's been sent to First DataBank.

21              Are you an employee of First

22      DataBank?

23          A.  Yes, I am.

24          Q.  Have you been designated by First

25      DataBank to meet with me and discuss issues
```

"Attorneys Eyes Only –
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000131

TX-D & W-010946

 1   that were listed in the CID?

 2        A.   Yes, I was.

 3        Q.   Your testimony is under oath and, of

 4   course, I think you understand that that means

 5   you need to tell the truth.  Also, I'm going

 6   to be asking you questions, and so that the

 7   testimony is clear and accurate and truthful,

 8   if for whatever reason my question is

 9   confusing, please stop me and let me know, and

10   I'll restate it so then your responsive

11   testimony will be accurate.

12        A.   Okay.

13        Q.   Okay.  And logistically it works

14   better if we each wait until the other is

15   finished speaking before we start speaking so

16   that the court reporter can make a clean

17   record.

18        A.   Okay.

19        Q.   Do you have an understanding of any

20   litigation that's going on about drug pricing?

21        A.   Only from the outside.

22        Q.   Are you aware that there are

23   lawsuits pending against drug manufacturers

24   concerning drug pricing?

25        A.   Only what I've read in the press.

"Attorneys Eyes Only -
Outside Counsel Only"   BEHMKE REPORTING & VIDEO SERVICES
                    (650) 359-3201          GH000132

                              TX-D & W - 010947

```
 1        Q.   What have you read in the press?
 2   Let me specify that more.
 3             Do you have an allegation -- an
 4   understanding of what the allegations are?
 5        A.   No, sir, I do not.
 6        Q.   Do you remember what publication you
 7   read?
 8        A.   Read the "Pink Sheet."
 9        Q.   What does the "Pink Sheet" have to
10   say about the litigation that's going on?
11        A.   Primarily the two things I remember
12   relate to Bayer and TAP Pharmaceuticals
13   signing agreements with the Department of
14   Justice, but I can't remember the exact
15   parameters of that.
16        Q.   It's your understanding there's been
17   settlements in those two matters?
18        A.   Yes, sir.
19        Q.   Do you have an understanding of any
20   litigation that's going on that has not
21   reached a settlement?
22        A.   No, sir.
23        Q.   Do you understand whether Texas has
24   litigation pending against manufacturers?
25        A.   I know I'm here for a reason, but
```

"Attorneys Eyes Only -
Outside Counsel Only"

1   I'm not sure exactly what the reasons are.

2        Q.   Have you discussed your appearance

3   today with anyone other than your attorneys?

4        A.   No, sir.

5        Q.   How long have you been with First

6   DataBank?

7        A.   Almost three years.

8        Q.   Where did you work prior to First

9   DataBank?

10        A.   Abbott Laboratories.

11        Q.   What was your job at Abbott?

12        A.   I had numerous functions at Abbott.

13   I was in research and development, product

14   information, trade relations.

15        Q.   Well, let's take those one by one.

16   What was your job description within the R&D?

17        A.   I worked for the vice president of

18   the product formulation area, so I assisted

19   with the filings of drug applications from the

20   research side.

21        Q.   Did that job have any drug pricing

22   aspects?

23        A.   No, sir.

24        Q.   What other job did you hold at

25   Abbott?

9

1      A.  I held several jobs.  I was there

2  several years.

3      Q.  Was R&D the latest -- the R&D

4  position, was that the latest position that

5  you held at Abbott before going to First

6  DataBank?

7      A.  No, sir.

8      Q.  Let's take it chronologically if we

9  can.

10     A.  From?

11     Q.  From the most recent back.

12     A.  Okay.  Doesn't seem that long ago,

13  does it?  The last title, I was the manager of

14  the department that responded to

15  pharmaceutical inquiries regarding our

16  products.  I don't remember the exact title I

17  held at that time, but I oversaw people that

18  responded to inquiries about the products that

19  Abbott made as well as oversaw the indigent

20  patient program.

21     Q.  These inquiries were made by

22  pharmacists?

23     A.  Pharmacists, physicians, lay people.

24     Q.  Was this regarding generic drugs or

25  branded drugs or both?

"Attorneys Eyes Only -
Outside Counsel Only"

1      A.  I was in the pharmaceutical

2  division, which primarily did branded drugs,

3  although it did have generic drugs.

4      Q.  When you receive calls from

5  physicians, pharmacists or patients concerning

6  drugs, would they request pricing information?

7      A.  Sometimes they would, but it wasn't

8  under our purview to respond to those.

9      Q.  Who would respond to the pricing

10 questions?

11     A.  Generally the pricing department.

12     Q.  At Abbott there was a department

13 known as the pricing department?

14     A.  Yes, sir.

15     Q.  What division was that under?

16     A.  The pharmaceutical products division

17 had one.  I believe the other divisions did as

18 well.

19     Q.  And that pricing department would

20 handle both generic and branded drug

21 questions?

22     A.  Correct, correct.

23     Q.  Did you have in your work at Abbott

24 access to pricing information?

25     A.  To the published price, yes.

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000136

TX-D & W - 010951

1       Q.   What do you mean by "published

2   price"?

3       A.   We had a catalogue that had the

4   prices listed, the list price and the

5   wholesale prices.

6       Q.   Do you recall what the terms were

7   that described those prices?

8       A.   Wholesale price was the price they

9   sold to wholesalers.  The list price was the

10  price they sold to nonwholesalers.

11      Q.   What would be an example of a

12  customer who would purchase at a list price?

13      A.   A retail pharmacy.

14      Q.   Is that also known as a direct

15  price?

16      A.   Could be, yes.

17      Q.   Is that different than a contract

18  price?

19      A.   It would depend on the contract.

20      Q.   Do you have an understanding of how

21  a direct price is different than a contract

22  price?

23      A.   No, sir.

24      Q.   Do the terms "direct price" and

25  "contract price," to you, act as synonyms?

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000137

TX-D & W - 010952

1       A.   No, sir.

2       Q.   The terms mean different things?

3       A.   Yes, sir.

4       Q.   How are the two terms different?

5       A.   All I could tell you is I know there

6  was a list price in the Abbott catalogue, and

7  there were contract prices.  I have no

8  knowledge what the contract prices were.

9       Q.   Well, I understand that, but are

10  contract prices different than direct prices?

11      A.   I don't know.

12      Q.   So to you, the terms could be the

13  same?

14      A.   I don't know.

15      Q.   You don't know whether they're the

16  same or different?

17      A.   Correct.

18      Q.   When you were at Abbott, what was

19  the name of the division that you worked for

20  when you were answering questions about

21  products?

22      A.   The pharmaceutical products

23  division.

24      Q.   How many years total did you work at

25  Abbott?

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000138

TX-D & W - 010953

1      A.   23.

2      Q.   Where physically?

3      A.   In the North Chicago, Illinois

4  location.

5      Q.   What prompted you to move to First

6  DataBank?

7      A.   The weather.

8      Q.   Did you approach First DataBank

9  about employment?

10     A.   We discussed it a year earlier.

11 They had chosen to hire somebody else.  They

12 called a year later, right after I had an

13 appendicitis during a major blizzard.  The

14 time was right.

15     Q.   How long did you hold the R&D

16 position at Abbott Labs?

17     A.   Probably about eight to nine years,

18 different parts of it.

19     Q.   How long did you hold the

20 pharmaceutical products division position?

21     A.   All my positions were within the

22 pharmaceutical products division at Abbott.

23     Q.   What subset within the

24 pharmaceutical products division did you work

25 in when you were handling questions about

14

"Attorneys Eyes Only -
Outside Counsel Only"

GH000139

TX-D & W - 010954

1    pharmaceutical products?

2        A.   The function moved around.  It was

3    actually in the research area at one time.  It

4    was in sales.  It was in marketing, and then

5    it was ultimately in the materials management

6    side.

7        Q.   And were you holding that position

8    during all of those moves of the position?

9        A.   I kept the function with me.

10       Q.   So your job title changed a great

11   deal, but your job duties had remained the

12   same or very near?

13       A.   That function of it remained the

14   same, yes.

15       Q.   How many years did you hold that --

16   how would you term that job?  What would be

17   your description of it?

18       A.   Well, I had numerous functions, but

19   that was one of the functions of it, was to

20   respond to those inquiries.  A lot of it

21   involved answering questions about ingredients

22   in the product or the formulations themselves,

23   so it was known as product information.

24       Q.   Product information.  And some of

25   that product information encompassed prices?

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201                    GH000140

TX-D & W - 010955

1       A.  We didn't respond to those
2   inquiries.
3       Q.  But you would receive those from
4   time to time?
5       A.  Yes, we could.
6       Q.  And that's when you would forward
7   them on to the pricing division?
8       A.  That's correct.
9       Q.  How many years did you hold this
10  product information position?
11      A.  The function of product information
12  always stayed with me all 23 years at Abbott.
13      Q.  What other job titles did you hold
14  at Abbott?
15      A.  I was the manager of trade relations
16  for six years.
17      Q.  What did that encompass?
18      A.  Trade relations is the interface
19  between the company and their customers, so it
20  would be interacting with customers and the
21  company.
22      Q.  Would customers include wholesalers?
23      A.  Yes, they would.
24      Q.  Would it include GPOs?
25      A.  Yes, they would, but they were not

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010956

1    that important to my division.

2         Q.   What are GPOs?

3         A.   Group purchasing organizations.

4         Q.   Why were GPOs not that important to

5    your division?

6         A.   Because we're primarily oral solid

7    dosage forms in an outpatient marketing

8    division.

9         Q.   Were these prescription drugs?

10        A.   Yes.

11        Q.   But GPOs do not typically purchase

12   oral -- whatever you described?  I can't quote

13   it verbatim.  Explain it to me, why the GPOs

14   don't purchase those drugs.

15        A.   GPOs generally focus on hospitals.

16   Okay.  Ours was more outpatient drugs, so

17   hospitals are inpatient.  Ours were more

18   outpatient.

19        Q.   How many years ago was that?

20        A.   I left the trade position in 1993.

21        Q.   So at least up till '93 you had a --

22   your understanding was that GPOs represented

23   primarily hospitals?

24        A.   Correct.

25        Q.   Do you understand today that GPOs

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000142

TX-D & W - 010957

1   represent retail pharmacies?

2       A.   I have no knowledge of that.

3       Q.   Do you believe that GPOs continue to

4   focus primarily on representing hospitals?

5       A.   Yes, sir, I do.

6       Q.   We've listed GPOs and wholesalers as

7   customers of Abbott that you dealt with as

8   manager of trade relations.

9            What other types of customers did

10  you deal with?

11      A.   Pharmacies.

12      Q.   Independent pharmacies?

13      A.   And chains.

14      Q.   Did you often have small independent

15  pharmacies calling Abbott?

16      A.   Yes, we did.

17      Q.   Did Abbott have specific contracts

18  with independent pharmacies?

19      A.   I have no knowledge of the

20  contracts.

21      Q.   In your dealings as manager of trade

22  relations, how would you do business with

23  independent pharmacies?

24      A.   I was more of an interface with them

25  and our company regarding returned goods

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

" Attorneys Eyes Only -
Outside Counsel Only"

GH000143

TX-D & W - 010958

1   policies, shipments. More of a Betty Crocker

2   is the best way to describe it.

3       Q.  Betty Crocker in what sense?

4       A.  We put a face on the company.

5       Q.  So it sounds like it was a customer

6   service position to answer customers'

7   questions and be a friendly face for a

8   customer?

9       A.  Mm-hmm.

10      Q.  Did you negotiate prices with any of

11  these customers?

12      A.  No, sir, I did not.

13      Q.  Would that have fallen within the

14  spectrum of the sales department?

15      A.  The pricing department.

16      Q.  The pricing department. Did you

17  field questions from GPOs, wholesalers,

18  independent pharmacies, chain pharmacies about

19  prices?

20      A.  Those would have been referred to

21  the pricing department.

22      Q.  Were there any pricing questions

23  that you did not refer to the pricing

24  department?

25      A.  No, sir.

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

GH000144

TX-D & W - 010959

1    Q.  Did those entities routinely ask you

2   about reimbursement issues?

3        A.  They could have asked about

4   reimbursement as far as something being listed

5   on a Medicaid formulary, but that would be the

6   sum total extent of it.

7        Q.  They wouldn't ask you how it was

8   reimbursed; they would just ask you if it was

9   reimbursed?

10       A.  Correct.

11       Q.  And did Abbott have a list of all of

12   the different Medicaid -- well, strike that.

13           Did Abbott have a list of all the

14   states and whether their Medicaid program

15   reimbursed for a given Abbott drug?

16       A.  We didn't maintain a list, but

17   generally with a new product launch we would

18   check to make sure that the products were

19   listed.

20       Q.  Did Abbott try to make sure that all

21   of its products were reimbursed by state

22   Medicaid authorities?

23       A.  Yes, sir.

24       Q.  Do you recall a product that Abbott

25   did not have listed for reimbursement with a

"Attorneys Eyes Only -
Outside Counsel Only"

1    state Medicaid authority?

2        A.  No, sir.

3        Q.  Was there any position that you held

4    prior to that manager of trade relations

5    position?

6        A.  I think I was group leader of

7    product information.

8        Q.  Was there any position at Abbott

9    where you were directly involved in sales or

10   price negotiations?

11       A.  No, sir, I was not.

12       Q.  When you moved to First DataBank,

13   what was your first job?

14       A.  Manager of editorial services.

15       Q.  And what did that basically require

16   you to do?

17       A.  We oversee the entry of the products

18   and the prices into the database.

19       Q.  Is that the position you currently

20   hold?

21       A.  Yes, sir.

22       Q.  Take me through the process of how

23   First DataBank receives information from

24   manufacturers and inputs that into the First

25   DataBank database.

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000146

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010961

1          A.   We receive a fax or an e-mail from

2     the manufacturer listing their NDC numbers and

3     their pricing, product name.  If it's a new

4     entity, we enter the package insert as well,

5     so that data gets keyed into the database.

6          Q.   Does First DataBank request this new

7     drug information, or is that sent by the

8     manufacturer?

9          A.   Both.

10         Q.   What would prompt First DataBank to

11     require new drug information?

12         A.   Customer asking for us to add it to

13     the database.

14         Q.   A customer is who?

15         A.   Any party that purchases First

16     DataBank data.

17         Q.   Is that basically an entity that

18     subscribes to First DataBank services?

19         A.   I don't usually call it a

20     subscription.  It's more they receive the

21     information, but yes.

22         Q.   How does First DataBank refer to its

23     customers?  Are they called customers?

24         A.   Yes, sir.

25         Q.   Typically for generic drugs, does

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000147

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010962

1   First DataBank have to request new drug

2   information from the manufacturers, or do the

3   manufacturers send that unsolicited?

4        A.   They send it unsolicited.

5        Q.   Have you found situations where

6   First DataBank has had to write and

7   specifically request that a manufacturer send

8   new drug information on a generic?

9        A.   We don't write.  We generally call

10  or e-mail, but yes, we would.

11       Q.   You've had that happen?

12       A.   Yes.

13       Q.   Do you recall what drugs, the type?

14       A.   It just depends.  Generally the

15  information comes in, but...

16       Q.   Do you have an understanding of why

17  a manufacturer needs to have their information

18  on the First DataBank database?

19       A.   It's my understanding that many

20  customers won't stock it, or you can't get

21  reimbursed unless it's in the database.

22       Q.   How would the fact that a drug

23  manufacturer's information is not on the

24  database prevent a drug manufacturer's drug

25  from being reimbursed?

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

GH000148

TX-D & W - 010963

1    A.  You would need to talk to those

2  payers to find out.  There's ways you can do

3  it anyway, but it just makes everyone's life

4  easier if it's already there.

5    Q.  Is that because some of your

6  customers are third-party payers?

7    A.  Yes, sir.

8    Q.  And they receive pricing information

9  through First DataBank?

10    A.  Correct.

11    Q.  Does First DataBank ever set prices?

12    A.  No, sir.

13    Q.  Does First DataBank have any input

14  in prices?

15    A.  No, sir.

16    Q.  Does First DataBank review prices?

17    A.  Review prices with what?

18    Q.  When a price is received on a given

19  drug from a given manufacturer, does First

20  DataBank do anything to analyze or compare

21  that price?

22    A.  When we receive information, it is

23  keyed in.  There is a program that compares

24  categories of drugs for a generic price

25  indicator that's run by a computer.  We put in

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only - Outside Counsel Only"

GH000149

TX-D & W - 010964

1  the data, and it goes.

2      Q.  And what happens when the price

3  information is run through that generic drug

4  pricing indicator?

5      A.  It compares the price of that

6  product to all those in the same category and

7  see where the price compares.

8      Q.  If it compares extremely low, is

9  there some type of report or result?

10     A.  It just gets a generic price

11 indicator of being generically priced.

12     Q.  What if the given price is extremely

13 low even in comparison to other generics?

14     A.  Not an issue.

15     Q.  Is there a report issued, or is

16 there some type of red flag that comes up so

17 that you're notified that this generics price

18 is extremely low compared to other generics?

19     A.  No, sir.  The report looks at all

20 products of generics, all products out.  It

21 says this is a brand price product, this is

22 generic price product.  There is nothing that

23 says this is too high or this is too low.

24 There is a report that generates -- when we

25 key the price in, it shows tremendous changes,

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000150

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010965

1   plus to check for a keying error, which we

2   check.  If the data matches that which was

3   provided, we're done.

4       Q.  Does First DataBank ever contact a

5   **manufacturer to alert them that their pricing**

6   may be too high or too low?

7       A.  (Witness shakes head.)

8       Q.  You need to answer.

9       A.  I'm sorry, I'm sorry.  No.

10       Q.  Is there any situation in which

11   First DataBank would contact a drug

12   manufacturer and say, "Listen, your pricing

13   disclosures are incorrect, and they need to be

14   fixed"?

15       A.  The only thing I can think of is

16   when generics launch, depending on where your

17   price is, you may be over the cutoff and be a

18   brand, and they will call us and ask us where

19   the price is.  And we'll tell them if they're

20   high or low.

21       Q.  Who sets the cutoff?

22       A.  It's done by an algorithm that's fed

23   into the computer.

24       Q.  Who creates that algorithm?

25       A.  The algorithm was created many years

"Attorneys Eyes Only -
Outside Counsel Only"

1   ago.

2       Q.  By who?  Not the person's name.

3   What entity?

4       A.  By First DataBank.

5       Q.  Do you have an idea of the name of

6   the employee at First DataBank who created the

7   algorithm?

8       A.  No, I do not.

9       Q.  Do you know how many years that

10  algorithm has been in place?

11      A.  Probably about eight or nine, maybe

12  longer.

13      Q.  Is that approximately when generics

14  started to be very common in the marketplace?

15      A.  No, sir.

16      Q.  When, to your understanding, did

17  generic drugs first become or -- strike that

18  whole question.

19          When did generic drugs see

20  significant growth in the drug industry?

21      A.  In the '80s.

22      Q.  The late '80s or the early '80s?

23      A.  My interpretation will be the early

24  '80s.

25      Q.  And have you seen the growth of

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000152

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010967

1  generic drug use increase or decrease over

2  time?

3      A.  From my perspective I couldn't

4  really comment outside of what I see outside

5  in the press.

6      Q.  What do you see in the press?

7      A.  Press says it's increasing.

8      Q.  Now, concerning this algorithm, how

9  often do you find that for a given generic

10  drug a price is too high and First DataBank

11  has to contact a manufacturer to notify them

12  they have priced their generic in the brand

13  range?

14      A.  We generally don't contact them.

15  Our customers generally contact them and tell

16  them the product they're buying from them has

17  now been classified as a brand, and a

18  manufacturer calls us.

19      Q.  How does whether their product has

20  been classified as a brand or generic impact

21  to the manufacturer?

22      A.  Depends on where they want to be

23  marketing the product at.  Some companies

24  specifically want to be a brand.

25      Q.  Well, for the companies that want

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201
GH000153

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010968

1  their product to be a generic, but it's priced

2  high enough that it is considered a brand, how

3  does that impact their business?

4      A.  You would need to ask them.  I'm not

5  sure.

6      Q.  Well, do they, once they're notified

7  by you or their customers --

8      A.  I don't notify them.  The customers

9  notify them.

10      Q.  You never notify them?

11      A.  Mm-mm.

12      Q.  Why does First DataBank have that

13  algorithm?

14      A.  Because it's requested by our

15  customers.  They want to make sure that

16  they're saving money when a generic is

17  dispensed.

18      Q.  Well, when First DataBank runs that

19  algorithm, if First DataBank finds that a drug

20  price is high enough to fall within the brand

21  category rather than the generic, does First

22  DataBank just sit on that information?

23      A.  They change the indicator on the

24  file.

25      Q.  Now I think we're getting somewhere.

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000154

TX-D & W - 010969

1    What do you mean, you "change the indicator"?

2         A.   There's an indicator that says

3    price, is it a brand price, or is it a generic

4    price.  At any time there's a price change

5    within the category, everybody in the category

6    is evaluated and receives the cutoff -- the

7    flag, brand price or generic price, based on

8    what the formula says.

9         Q.   And if it's flagged "brand," who

10   does First DataBank notify of that label?

11        A.   We don't.  When the customers

12   receive their next update, they'll see the

13   change.

14        Q.   When your subscribers receive an

15   update of a drug that has been processed

16   through the algorithm and found to have a

17   brand price, will it be labeled "brand"?

18        A.   It depends on how they're using it.

19        Q.   Well, explain to me the different

20   scenarios where they would be used.

21        A.   We'd quite simply report it.

22   There's a lot of different ways they could use

23   it.

24        Q.   Tell me, physically how does it look

25   on the information that's sent out?

"Attorneys Eyes Only -
Outside Counsel Only"

1          A.   We have an indicator on that GPI

2     field that is 1 for generically priced, 2 for

3     brand price.   It would depend upon the

4     customer's file, how they saw it, when it got

5     to them.

6          Q.   What is a GPI field?

7          A.   Generic price indicator.

8          Q.   And in that field, you will have

9     either -- it will be labeled "generic" or

10    "brand"?

11         A.   Generic priced or brand priced.

12         Q.   Those exact words show up in the

13    field?

14         A.   No.   The field is GPI.

15         Q.   Yes.

16         A.   It gets a 1 for generically priced,

17    a 2 for brand priced.

18         Q.   And for each NDC number you'll have

19    a GPI field specific to that NDC number?

20         A.   Yes, sir, we will.

21         Q.   And an NDC number, for the record,

22    signifies what?

23         A.   It's the way that drugs are tracked

24    in our database.   It comes from the national

25    drug code number.   It indicates the supplier,

                                              31

"Attorneys Eyes Only -
Outside Counsel Only"

GH000156

TX-D & W - 010971

1    the product and the package size.

2         Q.  Once a generic drug is run through

3    the First DataBank algorithm and labeled in

4    the GPI field as a brand priced generic and

5    labeled such, the customers who receive that

6    information notify the manufacturer?

7         A.   They can.

8         Q.   Does that happen?

9         A.   Yes.

10        Q.   And does the manufacturer then

11   contact you?

12        A.   Yes.

13        Q.   And what do they ask when they

14   contact you?

15        A.   They say, "We've been told we're now

16   a brand-priced product."  And I go, "Yes."

17   That's it.

18        Q.   What is done to resolve that?

19        A.   That's up to them.

20        Q.   Do they change their price?

21        A.   Sometimes.

22        Q.   Do they ask you for advice on how to

23   change it?

24        A.   Yes.

25        Q.   And what do you tell them?

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010972

1     A.   "Sorry, not a service provided by

2   First DataBank".

3     Q.   And how do they go about pricing

4   their product?

5     A.   I have no idea.

6     Q.   But a few days later you receive a

7   new price representation from them?

8     A.   Sometimes.

9     Q.   Do you recall a specific type of

10   generic where this has occurred?

11     A.   Can you give me what specific

12   scenario you're looking for?

13     Q.   Well, there's different types of

14   generics.  There's -- well, I don't even

15   pretend to understand all the different types

16   of generics, but, for instance, do you recall

17   this occurring with albuterol?

18     A.   No, sir.

19     Q.   What type of generic class do you

20   recall it occurring with?

21     A.   The most recent one I recall is

22   Cimetidine.  I can't remember if it was a

23   tablet or a capsule from Mylan Laboratories.

24     Q.   Is Mylan notorious for setting their

25   generic prices very high?

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010973

1     A.   I couldn't tell you, sir.

2     Q.   Have you ever heard of a large

3  lawsuit involving Mylan?

4     A.   Yes, sir.

5     Q.   Do you know what the allegations

6  were in this lawsuit?

7     A.   Peripherally, yes.

8     Q.   Did this involve Mylan charging

9  excessive prices?

10     A.   My understanding was they had bought

11  up all the bulk chemicals, my understanding.

12  I don't know what the charges were from there.

13     Q.   You don't recall whether the fact

14  that they owned all the raw materials caused

15  them to increase the prices?

16     A.   As I reflect back, yes.

17     Q.   And when Mylan's generic was labeled

18  by First DataBank as a brand-priced drug --

19  I'm sorry, I didn't catch the name of the

20  drug.   What is it?

21     A.   Cimetidine.

22     Q.   Cimetidine.   -- they contacted you?

23     A.   Right.

24     Q.   Did they say, "What's the deal?

25  I've got a generic that's priced as a brand?"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000159

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010974

```
 1   How do they call you?  What are the words that
 2   they use to describe the situation?
 3       A.  They call up and say, "We understand
 4   this product has been classified as brand."
 5   And I go, "Yes."  They go, "Do they price?"  I
 6   go, "Yes."  And they go, "Okay."
 7       Q.  And then mysteriously a new price
 8   appears a few days later?
 9       A.  Actually, this didn't happen for
10   more than two weeks.
11       Q.  And did they send a new price?
12       A.  They did.
13       Q.  And was it lower?
14       A.  I think so, but I can't recall
15   specifically.
16       Q.  Do you recall another type of
17   generic drug where this has occurred?
18       A.  The situation that come to mind
19   right now, but they're really -- it's quite
20   interesting.  One is Cephalexin suspension.
21   What has happened is everyone has left the
22   market but one company.  Okay.  So when you
23   have one company left, you become single
24   source.  So based on the definitions, you have
25   a generic price indicator of brand.
```

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

GH000160

TX-D & W - 010975

1        The other one is Haloperidol.  There
2  are two companies left, the same price.
3  Therefore, they're both brand priced products.
4        Q.  For instance, in that latter
5  situation where you have two drugs priced the
6  same, how do you know whether you should price
7  both of those drugs as brand versus labeling
8  both of them generic?
9        A.  By definition of the generic price
10  indicator, you have to have a lower price.  So
11  if you're both the same price, you can't be
12  generically priced.
13        Q.  And whose definition of generic
14  price indicator controls?
15        A.  It's the First DataBank algorithm.
16        Q.  Is that a purely First DataBank
17  term?
18        A.  Yes, it is.
19        Q.  Now, let's step back to the entry of
20  the information.  Does First DataBank ever
21  send out requests for information from
22  manufacturers?
23        A.  Do we write them and ask for
24  information?
25        Q.  Call them, write them.

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010976

1    A.  We call them, yes.  We will call

2  them up on customer request.

3    Q.  Does First DataBank have a policy or

4  procedure on how often that should be done?

5    A.  When a customer asks us to add

6  something to the database, that's when we

7  contact the manufacturer.

8    Q.  If a customer doesn't contact First

9  DataBank, does First DataBank have a policy or

10  procedure to routinely contact manufacturers

11  and request information?

12    A.  No, sir.

13    Q.  If a manufacturer reports new drug

14  information, and ten years later there has

15  been no customer request for updated

16  information, First DataBank theoretically

17  would never have contacted that manufacturer

18  again?

19    A.  May I differentiate your question

20  there?

21    Q.  Sure.

22    A.  You ask about adding to the

23  database.  You're talking now about updating

24  information on the database.

25    Q.  That's right.  I'm sorry.  I want to

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000162

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010977

1  know all about --

2     A.  Okay.  You were asking about calling

3  to add.  Generally we don't unless a customer

4  requests it.

5     Q.  That's true, and I understood that,

6  but I didn't communicate very well.  I'm

7  talking about, now, does First DataBank have a

8  policy or procedure to routinely request

9  updated information for manufacturers?

10     A.  Yes.

11     Q.  Is that policy in writing?

12     A.  No.

13     Q.  It's an unwritten policy, I take it?

14     A.  Yes.

15     Q.  How did you learn of that unwritten

16  policy?

17     A.  Why I'm hesitating is I'm not sure I

18  recall the policy.  But if something is out

19  there for a while without price updates, you

20  start getting customers saying, "Why hasn't

21  this been updated?"

22       Right now we've just ran a program

23  of all manufacturers we have not heard from in

24  three years, and we're attempting to contact

25  them.

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000163

" Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010978

1      Q.  Who -- okay.  No, that's helpful.

2           Who decided that three years was a

3  good --

4      A.  That was my decision.

5      Q.  Do you have some manufacturers that

6  you've heard from less frequently than every

7  three years?

8      A.  That's very possible.  I just

9  arbitrarily chose the three years.

10     Q.  And that assumes -- strike that.

11          For the companies that you haven't

12 heard from in a significant amount of time,

13 three years or more, that assumes that there

14 hasn't been a request from one of your

15 customers for updated information in the

16 meantime?

17     A.  That's correct.

18     Q.  Outside of this new decision to go

19 back and request updated information from

20 companies you haven't heard from in three

21 years, is there any other policy to routinely

22 request updated information, assuming there

23 has been no customer request?

24     A.  No, sir.

25     Q.  Do you have an understanding of

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000164

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010979

1   whether a generic drug's price changes over

2   time?

3        A.   Can you help me a little bit with

4   the question, please.

5        Q.   Well, when a generic drug enters the

6   marketplace, from the time they enter the

7   marketplace to the time -- to the present,

8   would the drug price increase or decrease?

9        A.   I think that's a generality I

10  wouldn't want to go near, because I haven't

11  analyzed it.

12       Q.   You don't have an understanding one

13  way or the other if prices go up or down on

14  generics?

15       A.   From the time they enter the market?

16       Q.   (Nods head.)

17       A.   See, where I'm coming from, I just

18  gave you the Cephalexin example --

19       Q.   Mm-hmm.

20       A.   -- so probably I would have to

21  guess.  Go back, I could see prices go down,

22  and I can see them coming back up as

23  competitors left the market.  But you're

24  asking for a generalization that I don't have

25  good, hard data to say yes or no to.

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

40

GH000165

TX-D & W - 010980

1          Q.  Right.  That's fair.  Let's take it

2    step by step.

3              When a brand drug goes off patent,

4    generics enter the marketplace; is that true?

5          A.  That's generally true, yes.

6          Q.  When the generics enter the

7    marketplace, is there a price relatively close

8    to the brand price?

9          A.  Today they are less than the brand

10   price, but not relatively close.  Define

11   "relatively close."  These are vague terms, so

12   I'm sitting here going, "Oh."

13         Q.  Purely my fault.  I apologize.  We

14   won't even get into that whole ball of wax

15   about relatively close.

16             Let's just say a brand drug has gone

17   off patent.  There have been generic drugs

18   that have not gone off the marketplace.  They

19   start at price X.

20             Will that price decrease or increase

21   over the next few months?

22         A.  I don't think I've noticed a trend.

23         Q.  Noticed a trend from what data?

24         A.  Well, you're asking me about the

25   pricing on it, and I'm trying to think of

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010981

1    generics that have entered the market.  We've

2    certainly had quite a few, but I'm not sure

3    I've ever looked back to see what happens over

4    time with those prices.

5         Q.  And what prices are we talking

6    about?

7         A.  I have WACs and AWPs.

8         Q.  Do you have any other pricing?

9         A.  No, sir, I do not.

10         Q.  Do you have --

11         A.  We call our field that's a WAC, net

12    wholesale.

13         Q.  "Net wholesale" and "WAC" are

14    synonyms?

15         A.  Right.

16         Q.  What does WAC stand for?

17         A.  Wholesale acquisition cost.

18         Q.  Is that the cost that the wholesaler

19    pays?

20         A.  My understanding, it's the published

21    price from the manufacturer to the wholesaler.

22         Q.  And do you have an understanding as

23    to whether the wholesaler pays that?

24         A.  I have no understanding.

25         Q.  Have you ever -- let's go back and

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000167

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010982

1    talk about all prices you have.

2              You have direct prices.  What are

3    those?

4         A.   Direct prices are populated if the

5    manufacturer lists a direct price or says they

6    do sell at that price to the retail market.

7         Q.  Is that direct price from a

8    manufacturer to a pharmacy?

9         A.   Correct.

10        Q.   You have what we've just described

11   as net wholesale, also known as wholesale

12   acquisition cost?

13        A.   Mm-hmm.

14        Q.   Is that a term that is defined by

15   First DataBank?

16        A.   We list in our manual what we define

17   the WAC price as or the net wholesale price,

18   yes.

19        Q.   How do you define it?

20        A.   It's the price that's published by

21   the manufacturer at which they sell to the

22   wholesaler.

23        Q.   Do you have any understanding of

24   whether that price is fully discounted or not?

25        A.   It's the published price.

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000168

TX-D & W - 010983

1      Q.   Whether it's published or not, do
2   you understand whether it's discounted?
3      A.   Discounted from what, sir?
4      Q.   Well, I don't know.
5      A.   I'm trying to understand the
6   question.
7      Q.   The term "net wholesale," you're
8   familiar with that term?
9      A.   We call our field wholesale net, is
10  what we call it.
11     Q.   Wholesale net?
12     A.   Mm-hmm.
13     Q.   Do you have any understanding of
14  what wholesale net implies it is net of?
15     A.   We state that it is the published
16  price from the manufacturer to the wholesaler.
17     Q.   And I'm asking do you have an
18  understanding of what the word "net" implies
19  that price is net of?
20     A.   No, sir.
21     Q.   Do you know why it's named wholesale
22  net?
23     A.   No, sir, I do not.
24     Q.   Do you know how long it's been named
25  wholesale net?

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010984

1     A.  No, sir.  Before I got to the

2  company.

3     Q.  Would it be fair for someone to read

4  the term "wholesale net" and interpret that to

5  mean that it's a net price?

6     A.  Net of what?

7     Q.  Discounts, I suppose.

8     A.  I don't know.

9     Q.  Well, when you hear the term "net

10  profit," what do you interpret that to mean?

11     A.  I'm a pharmacist, not an accountant.

12     Q.  Do you ever use the word "net"?

13     A.  As it relates to pricing?

14     Q.  As it relates to anything in your

15  life.

16     A.  Trying to be a nice person here, but

17  tennis nets, baseball nets, yes, those I do.

18  But as it relates to pricing, no.

19     Q.  You've never used, like when you go

20  shopping you don't talk about, "Oh, yeah, this

21  price is a net price"?

22     A.  No, sir.

23     Q.  You've never thought about the

24  concept of a price or a financial number of

25  any sort that's net?

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

" Attorneys Eyes Only -
Outside Counsel Only"

GH000170

TX-D & W - 010985

1      A.  No, sir.

2      Q.  Honestly?  You're under oath.

3      A.  I'm trying to understand what

4  you're --

5      Q.  Let me ask the most basic question.

6  Have you ever not thought about the term "net"

7  and what that implies?  You've never heard the

8  term of "net income"?

9      A.  Yes, I have.

10      Q.  Oh, you have?

11      A.  Right.

12      Q.  Well, what does that mean to you?

13      A.  The income that you actually brought

14  home.

15      Q.  Net of what?

16      A.  Of the amount that you earned less

17  what Uncle Sam took out.

18      Q.  So net income to you is the gross

19  income minus taxes?

20      A.  Correct.

21      Q.  What does net wholesale mean to you?

22      A.  Again, the published price from the

23  manufacturer to the wholesaler.

24      Q.  And does it infer to you that it's

25  the wholesale price minus something?

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000171

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010986

1          A.   Minus -- I'm confused.

2          Q.   I'm asking you.  It's your term.

3     Does the fact that it's called net wholesale

4     or wholesale net imply to you that it's a

5     price that has been reduced by some amount?

6          A.   No.  It's the published price from

7     the manufacturer to the wholesaler, is the way

8     I looked at it.  That's the definition we've

9     used.

10          Q.   When you first came to First

11     DataBank, had you been made aware of the term

12     "net wholesale"?

13          A.   I'm sorry?

14          Q.   Have you ever used the term

15     "wholesale net" or "net wholesale" before you

16     got to First DataBank?

17          A.   I routinely use the term "WAC,"

18     wholesale acquisition cost.  Okay?  And on the

19     field it's named wholesale -- or "WHN,"

20     wholesale net.  We populate it with the

21     published price.

22          Q.   Right.  I'm asking you before you

23     got to First DataBank, have you ever been

24     exposed to or used the term "wholesale net"?

25          A.   No, sir.

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000172

TX-D & W - 010987

1      Q.   When you got there and you saw that

2   there was a field entitled "wholesale net,"

3   did you ask someone, "What does that mean,

4   wholesale net?"

5      A.   Right.  And they go, "We put it in

6   the published price from manufacturer to

7   wholesaler."

8      Q.   And did you say, "Net of what?  What

9   does that mean?"

10      A.   No, sir, I did not.

11      Q.   What did you think wholesale net was

12   net of?

13      A.   I didn't.

14      Q.   It didn't strike you at all that

15   that would be net of something?

16      A.   No, sir.

17      Q.   Did you ask anyone how long that

18   term had been used, "wholesale net"?

19      A.   No, sir.

20      Q.   That's never come up?

21      A.   No, sir.

22      Q.   Is that a predominant item of data

23   in your database?

24      A.   We have it on about 42 percent of

25   the products.

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000173

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010988

1      Q.  Do you find that your customers are

2   very interested in what information is listed

3   under the category wholesale net?

4      A.  Can you help me out, please.

5      Q.  When your customers request

6   information, do they request the wholesale net

7   information?

8      A.  Generally it's to add the product

9   and the price to the file.  They don't usually

10  focus on wholesale net pricing.

11     Q.  If First DataBank were tomorrow to

12  have removed all their wholesale net pricing,

13  would you receive calls from your customers?

14     A.  Probably.

15     Q.  And would they complain?

16     A.  They would probably want to know why

17  it was no longer there.

18     Q.  Do they use that term, to your

19  knowledge?

20     A.  Use what term?

21     Q.  Wholesale net.

22     A.  I'm not sure.

23     Q.  Do they use that information that's

24  published that is under the wholesale net

25  category by First DataBank?

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000174

TX-D & W - 010989

1      A.   Yes, they do.

2      Q.   Do you have any idea why they use

3   it?

4      A.   As a data element.

5      Q.   Do you understand why or how they

6   use it in their business?

7      A.   I know there are algorithms that are

8   built around the pricing file, but I'm not

9   familiar with the specific algorithms.

10     Q.   What types of customers have

11  algorithms that use the term "wholesale net"?

12     A.   I wouldn't know that, sir.

13     Q.   You don't have any idea of what your

14  customers use wholesale net for?

15     A.   No, sir.  I'm sure they use it in

16  their pricing algorithms.

17     Q.   What customers have pricing

18  algorithms?

19     A.   We enter the data into the database.

20  The algorithms are all done through customer

21  systems and customer support.  They don't come

22  ask me for input on those.

23     Q.   You don't receive calls from

24  customers?

25     A.   Generally not.

BEHMKE REPORTING & VIDEO SERVICES      GH000175
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010990

1      Q.  Do people in your department that

2   answer to you receive calls from customers?

3      A.  No, sir.

4      MS. WONG:  To cut through this, you'll

5   probably be speaking to two people tomorrow

6   who deal with customers and programming.

7   BY MR. ANDERSON:

8      Q.  Who are the people that you think

9   are in charge of customer service?

10      A.  Who are the people?

11      Q.  At First DataBank, what are the

12   names of the people that you understand are in

13   charge of it?

14      A.  There's Brett Brodowry, Kathy

15   Franklin.  Are you asking for manager titles?

16      Q.  Well, I think two of the people I'm

17   going to meet with tomorrow are Mariah

18   Hickey --

19      A.  She's in systems customer systems.

20      Q.  -- and Kathy Chadwick.

21      A.  Right.

22      Q.  Are either of those people in charge

23   of customer service, to your knowledge?

24      A.  Kathy Chadwick is a lead.

25      Q.  A what?

"Attorneys Eyes Only -
Outside Counsel Only"

1      A.  A lead.  And Mariah Hickey is in

2  customers systems.

3      Q.  We'll get into that tomorrow.  But

4  what is a lead briefly?

5      A.  It's somewhere less than a manager,

6  but more than a customer support

7  representative.

8      Q.  So both of those people have direct

9  contact with First DataBank customers?

10      A.  Yes, sir.

11      Q.  Much more so than you?

12      A.  Yes, sir.

13      Q.  Now, concerning the wholesale net

14  field, you don't have an understanding of how

15  that information is used by your customers?

16      A.  It's used in the pricing algorithms.

17  I don't know what they do with it.

18      Q.  Do you have an understanding of how

19  a reimbursement entity would use a pricing

20  algorithm?

21      A.  They would use it to determine what

22  they were going to pay for the product, but I

23  don't know how their algorithms work.

24      Q.  Would it seem reasonable for a

25  reimbursement entity to pay its reimbursements

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201
GH000177

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010992

1    off of a wholesale net pricing data field?

2    Just the concept of it, does that seem

3    reasonable?

4         A.   My understanding is that they would

5    use that field, or they could use any of the

6    other fields that we have out there.

7         Q.   Typically, is the wholesale net

8    field more reflective of actual prices than

9    the AWP field?

10        A.   I have no knowledge to even answer

11   that question.

12        Q.   Which price is typically higher or

13   lower than one or the other?

14        A.   AWPs are usually higher than the

15   wholesale net.

16        Q.   Do you have any understanding of why

17   the AWPs are higher than wholesale net price?

18        A.   Yes.

19        Q.   Why is that?

20        A.   Wholesale is the price from the

21   manufacturer to the wholesaler.  AWP is the

22   price from wholesaler to the retailer, and it

23   would include a markup added by them.

24        Q.   Do you have an understanding of

25   where a direct price would fall in comparison

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000178

TX-D & W - 010993

1    to AWP and wholesale net?

2        A.   Generally less than AWP, but more

3    than the wholesale net or equal to wholesale

4    net.

5        Q.   Do you have an understanding of

6    where contract prices would fall in relation

7    to those three prices?

8        A.   No, sir, I do not.

9        Q.   Do you have any exposure to contract

10   prices?

11       A.   No, sir, I do not.

12       Q.   Have you ever dealt with contract

13   prices?

14       A.   No, sir.

15       Q.   Are you a trained pharmacist?

16       A.   Yes, I am.

17       Q.   Briefly, when did you get your

18   pharmaceutical degree?

19       A.   1975.

20       Q.   Did you ever practice pharmacy?

21       A.   No, sir.

22       Q.   Have you ever used -- well, strike

23   that.

24            You've never practiced pharmacy.  Do

25   you have an active pharmacy license?

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000179

TX-D & W - 010994

```
 1        A.  No, sir.

 2        Q.  When did you let that lapse?

 3        A.  I never got it.

 4        Q.  Oh, you have a pharmacy degree, but

 5   you don't have a pharmacy license?

 6        A.  That's correct.

 7        Q.  Do you attend continuing education

 8   seminars?

 9        A.  Yes, I do.

10        Q.  And how long have you been doing

11   that?

12        A.  Probably since continuing education

13   became required.

14        Q.  Was that sometime in the '70s?

15        A.  I don't remember, sir.

16        Q.  Where did you receive your degree?

17        A.  University of Missouri in Kansas

18   City.

19        Q.  Did you go straight to work for

20   Abbott?

21        A.  Yes, I did.

22        Q.  In your work at Abbott, did you ever

23   use the term "wholesale net"?

24        A.  Not that I'm aware of, no.

25        Q.  Did you ever use the term "AWP"?
```

"Attorneys Eyes Only -
Outside Counsel Only"

1     A.   Yes, sir.

2     Q.   What context would you use AWP at

3  Abbott?

4     A.   It was the price set by the

5  wholesalers for the product. We didn't

6  publish AWP.

7     Q.   Is it your understanding that

8  wholesalers are the ones who determine AWP

9  prices?

10     A.   Yes, sir.

11     Q.   What does the acronym AWP stand for?

12     A.   Average wholesale price.

13     Q.   And while you were at Abbott, it was

14  your understanding that wholesalers

15  established that price?

16     A:   Correct.

17     Q.   How would that actually work?  When

18  a manufacturer would present a new product on

19  the marketplace, how would the wholesalers set

20  the price?

21     A.   I don't know how they set the price.

22     Q.   But when you were at Abbott, you

23  understood that that was a price that they

24  controlled?

25     A:   Correct.

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000181

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010996

1       Q.   And "they" were the wholesalers?

2       A.   Yes.

3       Q.   Do you recall the predominant

4  wholesalers that you've worked with at Abbott?

5       A.   Abbott worked with all wholesalers.

6       Q.   Who are the big ones?

7       A.   McKesson, Bergen, Cardinal.

8       Q.   And those three wholesalers continue

9  to do business today, right?

10      A.   That's correct.  Although Bergen is

11 not part of Amerisource.

12      Q.   That's my understanding.

13           Was it your understanding when you

14 were at Abbott that the wholesalers were

15 actually paying the manufacturers' AWP prices?

16      A.   No, sir.  That was never my

17 understanding.

18      Q.   What was your understanding?

19      A.   AWP is the price charged by the

20 wholesaler to the retail market, so why would

21 a wholesaler pay the manufacturer AWP pricing?

22      Q.   What was your understanding that the

23 wholesalers paid the manufacturers?  What was

24 that price?

25      A.   Wholesale acquisition cost.

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000182

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010997

1      Q.   That was your understanding?

2      A.   Yes.

3      Q.   And was it your understanding that

4    wholesalers were charging pharmacies AWP?

5      A.   My understanding is they have

6    contracts with pharmacies.  And they may

7    charge them AWP, or they may charge them

8    another price, depending upon the contract.

9      Q.   Were those contracts typically AWP,

10   plus or minus a percentage?

11     A.   I'm not sure of those contracts.  I

12   just knew they were contracts with their

13   customers.

14     Q.   But you don't have any understanding

15   of whether those contract prices were based

16   upon AWP?

17     A.   That's correct.

18     Q.   Did you understand that the

19   pharmacies were actually paying the

20   manufacturer -- I mean, the wholesalers AWP?

21     A.   The potential existed for them to do

22   that.  Whether they did, I don't really know.

23     Q.   You didn't understand one way or the

24   other if that's what was paid?

25     A.   I had no knowledge of what they were

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010998

1    actually paying their wholesalers, so I don't

2    know how to answer your question.

3         Q.  Well, I mean, for lack of a better

4    word, when you were at Abbott, was AWP a real

5    number?

6         A.  It's a benchmark price, so I don't

7    know what you're saying.

8         Q.  What do you mean by "benchmark

9    price"?

10        A.  It's a price that's set out there

11   for which people reimburse products off of or

12   get paid off of or charge off of.

13        Q.  Did you know of anybody that was

14   actually -- any pharmacist that was actually

15   paying AWP?

16        A.  I have actually heard of pharmacists

17   paying AWP.  I think they did not have a

18   contract with the wholesaler.

19        Q.  Is that a rare occurrence?

20        A.  I think it is, yes.

21        Q.  Was it rare when you were at Abbott?

22        A.  See, I'm not a wholesaler, so I

23   don't know how to define those terms, sir.

24        Q.  I understand you're not a

25   wholesaler.  I'm asking:  When you were at

BEHMKE REPORTING & VIDEO SERVICES     GH000184
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 010999

1   Abbott, did you understand that it was rare

2   for a pharmacist to pay AWP?

3       A.  I don't know how to answer the

4   question.

5       Q.  If you don't have an understanding,

6   then just say, "I don't have an

7   understanding."

8       A.  I don't have an understanding.

9       Q.  When you became employed by First

10  DataBank, did you understand that pharmacists

11  were paying AWP to wholesalers?

12      A.  As to what people actually pay, I

13  don't deal with that.  I deal with putting the

14  information on the database based on that

15  which is provided to us.  What they actually

16  pay, I don't know.

17      Q.  Is First DataBank in the business of

18  providing accurate information?

19      A.  Yes, sir.

20      Q.  And wouldn't that mean that First

21  DataBank is interested in knowing what the

22  prices that are being paid are?

23      A.  We're interested in making sure we

24  populate the fields according to the

25  definitions.  The actual payment that's made

"Attorneys Eyes Only -
Outside Counsel Only"

1  is not really our issue.

2      Q.  You mentioned "the definitions."

3  Where are the definitions?

4      A.  They're in the manual.

5      Q.  And the definition of net wholesale

6  is what?

7      A.  It's the published price from the

8  manufacturer to the wholesaler.

9      Q.  Is that the entire definition?

10      A.  There may be some other words.  But

11  that's the meaning of it.

12      Q.  Does the definition address whether

13  net wholesale is undiscounted?

14      A.  The published price, whatever the

15  manufacturer publishes as the wholesale price,

16  that's what we list.

17      Q.  Well, what does that mean to you,

18  "published price"?  Would the published price

19  be a higher price or a lower price than an

20  unpublished price?

21      A.  I wouldn't know.

22      Q.  What significance --

23      A.  It's what they publish to the world

24  as to what their price is.

25      Q.  What significance is that?

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000186

TX-D & W - 011001

1       A.   It's in the catalogues, it's in the

2   announcement letters that we receive from

3   them.  So it's the price that you were

4   publishing as your wholesale acquisition.

5       Q.  And what significance is it that

6   it's published?

7       A.  Because that's the price you've told

8   the world it is.

9       Q.  And would that mean to you that that

10  price would be higher or lower -- well, first

11  of all, let me ask you this:  Is there such a

12  thing as unpublished price?

13      A.  I'm not sure.

14      Q.  Have you ever heard of unpublished

15  prices?

16      A.  No.

17      Q.  You've never heard of any prices

18  that aren't published?

19      A.  There are contract prices.

20      Q.  Are those published?

21      A.  Generally not.

22      Q.  When did you first become aware of

23  contract prices?

24      A.  Probably sometime in the '80s.

25      Q.  Probably in the late '80s?

"Attorneys Eyes Only -
Outside Counsel Only"

1      A.  I couldn't tell you, sir.

2      Q.  Do you have an understanding of

3   whether contract prices as unpublished prices

4   are higher or lower than published net

5   wholesale prices?

6      A.  If it related to a competitive

7   market, generally contract prices would be

8   lower.  If it was a noncompetitive market, you

9   could have a contract price that was equal to

10  wholesale acquisition cost.

11     Q.  When you say "competitive market,"

12  do you mean to describe the difference between

13  brand products and generic products?

14     A.  No, sir.

15     Q.  What do you mean by "competitive

16  product"?

17     A.  If it was a market where you were

18  trying very hard to sell your product against

19  what your customer perceived as a competitor.

20     Q.  Well, would there be competitors in

21  a brand product?

22     A.  Could be, yes.  An antihypertensive

23  market is well-known for being a highly

24  competitive market.

25     Q.  A what market?

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

GH000188

TX-D & W - 011003

1     A.   Antihypertensive.

2     Q.   Where there are differing branded

3  drugs --

4     A.   Correct.

5     Q.   -- that treat the same --

6     A.   -- disease state.

7     Q.   In generic drugs, is that considered

8  a noncompetitive or a competitive market?

9     A.   You're redefining the market.

10  Because the market --

11     Q.   Here, scratch all that.

12          Do generic drugs compete on price?

13     A.   Yes, sir.

14     Q.   Given that, is it your understanding

15  that unpublished prices would be higher or

16  lower than published prices?

17     A.   As it relates to a generic product?

18     Q.   Yes.

19     A.   Yes, it would be lower.

20     Q.   And does First DataBank notify its

21  subscribers that unpublished prices are going

22  to be lower than the published net wholesale

23  price?

24     A.   No, sir.

25     Q.   Why not?

"Attorneys Eyes Only -
Outside Counsel Only"

1    A.   It's not a data element we report.

2    Q.   Why not?

3    A.   Customers haven't asked for it.

4    Q.   Have you ever had customers request

5    a definition of net wholesale?

6    A.   We would provide the manual.

7    Q.   Have customers ever requested any

8    kind of additional explanation of net

9    wholesale, other than the manual definition?

10    A.   Not to my knowledge.

11    Q.   Have you ever heard about customers

12    doing that?  Or is there a file at First

13    DataBank that holds customer inquiries into

14    the definitions of First DataBank's terms?

15    A.   You need to talk with customer

16    support.

17    Q.   And tomorrow I'm going to be talking

18    with Mariah Hickey and Kathy Chadwick, and

19    they are in customer support; is that correct?

20    A.   Kathy Chadwick is.  Mariah Hickey is

21    in customer systems.

22    Q.   Real briefly, how are they

23    different, customer systems and customer

24    support systems?

25    A.   Systems is the one that actually

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000190

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011005

1   does the programming for the customer files.

2   And customer support handles all the inquiries

3   and makes sure they talk to the customers.

4       Q.   Once a generic drug manufacturer's

5   information on a given drug is input into the

6   database, is there any contact that First

7   DataBank would have with that manufacturer

8   that we haven't already discussed?

9       A.   Many of them have been contacting us

10  to make sure the product has been listed, if

11  everything looks fine, but that's pretty much

12  the end of it.

13      Q.   Now, will First DataBank from time

14  to time survey wholesalers?

15      A.   Yes, we do.

16      Q.   Give me the circumstances in which

17  First DataBank typically surveys a wholesaler.

18      A.   Whenever we have a new manufacturer

19  to add to the file, whenever there's been some

20  changes in the marketplace, whenever someone

21  says they think we have the wrong AWP.

22      Q.   What about net wholesale?

23      A.   The price does not come from the

24  wholesaler, sir.

25      Q.   Would you not be able to survey a

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201
"Attorneys Eyes Only -
Outside Counsel Only"

GH000191

TX-D & W - 011006

 1    wholesaler to determine whether you've

 2    received accurate net wholesale pricing from a

 3    manufacturer?

 4         A.   The definition is:  Published

 5    wholesale price from the manufacturer.  So no,

 6    we would not survey the wholesalers on that.

 7         Q.   Is AWP a published price?

 8         A.   Yes, sir, it is.

 9         Q.   So why would you survey a

10    wholesaler, then, if it's a published price?

11         A.   To make sure we're staying in

12    agreement.  There's been lots of movement in

13    the marketplace.  We want to make sure that we

14    are up-to-date with their information.

15         Q.   Wouldn't the same hold true for net

16    wholesale?  If there's been movement in the

17    marketplace with a published AWP, would it not

18    be necessary from time to time to survey and

19    determine the accurate price?

20         A.   Wholesale net price comes from the

21    manufacturer, so we don't survey a wholesaler.

22    The average wholesale price, AWP, comes from

23    the wholesalers.  It's an average of the

24    price, published price from the wholesalers.

25         Q.   And I understand that.  And my

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000192

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011007

1    question is:  Couldn't you survey wholesalers

2    to verify whether a wholesale net price is

3    accurate?

4         A.  But if it's the published price,

5    we're both using the same information.

6         Q.  And wouldn't the same hold true with

7    a published AWP?  Regardless of where it comes

8    from, why would you need to survey a published

9    AWP?

10        A.  Because it's coming from more than

11   one place.  The wholesale acquisition cost

12   applies to an NDC number.  It comes from the

13   manufacturer.  The manufacturer can only have

14   one NDC number.  So the average wholesale

15   price, that same NDC number, can be sold by

16   more than one wholesaler.

17        Q.  Is it your understanding that it

18   actually works that way, that different NDC

19   numbers will have multiple AWPs?

20        A.  They could have different prices

21   from the wholesalers, yes, sir.

22        Q.  Did that happen?

23        A.  Yes, sir.

24        Q.  Would it surprise you that

25   manufacturers admit that they set the AWP?

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

68
GH000193

TX-D & W - 011008

1       A.  It would not surprise me, because

2  many think they do set the AWP, but they don't

3  for First DataBank.

4       Q.  Why don't they for First DataBank?

5       A.  Because we survey wholesalers.

6       Q.  If you call a wholesaler -- if you

7  call three or four different wholesalers, and

8  they're all receiving the same AWP from the

9  same manufacturer, how could they possibly be

10  different?

11      A.  Because the manufacturer doesn't set

12  the AWP.

13      Q.  Well, let's assume hypothetically

14  that a manufacturer sets an AWP, discloses

15  that to three or four wholesalers; you, in

16  turn, surveyed those three or four

17  wholesalers.  Aren't they going to then report

18  the same AWP that they have just transferred?

19      A.  No, sir.

20      Q.  Why would they change the AWP that

21  they received from the manufacturer?

22      A.  You would need to ask them that.

23  But there are numerous examples where the AWP

24  given by the manufacturer -- the markup -- I

25  survey for the markup from the wholesaler.

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011009

1   And there are numerous examples where the

2   wholesaler does not agree with what the

3   manufacturer has suggested the AWP be.

4       Q.  Are you familiar with a term known

5   as SWP?

6       A.  Yes, sir.

7       Q.  What does that stand for?

8       A.  Suggested wholesale price.

9       Q.  How does suggested wholesale price

10  differ with average wholesale price?

11      A.  Suggested wholesale price is the

12  wholesale price suggested by the manufacturer.

13  Average wholesale price on our database is the

14  surveyed AWP price.

15      Q.  Outside of the context of First

16  DataBank, is it your understanding that other

17  price publishing companies treat SWP and AWP

18  as the exact same?

19      A.  I don't really have a knowledge of

20  it.  I've been told that other competitors

21  have different prices than we do, but I don't

22  go exploring why.

23      Q.  Do manufacturers send First DataBank

24  documentation of what their AWP is for a given

25  drug?

BEHMKE REPORTING & VIDEO SERVICES   .GH000195
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011010

1      A.  They send suggested AWPs, but that's

2  not my definition, so whatever they put down

3  is irrelevant to me.

4      Q.  What if they send you a document and

5  they entitle information they're sending you

6  "AWP" --

7      A.  We would key that.  It would go into

8  the SWP field.

9      Q.  And why is that?

10      A.  Because it's their suggested

11  wholesale price.  They're not a wholesaler.

12      Q.  In First DataBank rules only --

13  strike that.

14          Under First DataBank rules,

15  wholesalers exclusively disclose AWP?

16      A.  That's correct.

17      Q.  And manufacturers never disclose

18  AWP?

19      A.  They can suggest one.  If it happens

20  to disagree with the wholesaler, we go with

21  the wholesaler's price.

22      MS. WONG:  Can I ask a clarifying

23  question?  For the initial setting of an AWP,

24  where would that come from, then?

25      THE WITNESS:  Wholesalers.

"Attorneys Eyes Only -
Outside Counsel Only"

1       MS. WONG:  At the initial entry?

2       THE WITNESS:  Mm-hmm.

3   BY MR. ANDERSON:

4       Q.  Now, let's go back to these

5   wholesaler surveys.  What would prompt First

6   DataBank to perform a survey?

7       A.  A new manufacturer, changes in the

8   marketplace, someone suggesting that we had

9   the markup incorrectly.

10      Q.  What kind of changes in the

11  marketplace would prompt a wholesaler survey?

12      A.  Mergers, divestitures.

13      Q.  Would a customer request prompt a

14  wholesaler survey?

15      A.  Yes, it would.

16      Q.  When a wholesaler survey is

17  performed, what items of information are

18  surveyed?

19      A.  I call up and ask what markup they

20  have applied either to the Labor Code or to

21  the exact NDC number.

22      Q.  Markup applied to what price?

23      A.  Wholesale acquisition.

24      Q.  Is it your understanding that

25  manufacturers set wholesale acquisition?

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011012

1       A.   Yes, sir.

2       Q.   And wholesale acquisition cost is

3  known as wholesale net?

4       A.   I use the terms synonymously.

5       Q.   When you contact the wholesalers, do

6  you request wholesale net price?

7       A.   No, sir.

8       Q.   You just request the markup?

9       A.   That's correct.

10      Q.   Is it your understanding that a

11  wholesale net price from wholesaler to

12  wholesaler could change for a given drug?

13      A.   My wholesale net is the published

14  price from the manufacturer.  So if a

15  manufacturer is publishing more than one

16  price, I am unaware of that.

17      Q.   So the answer to my question would

18  be, it's your understanding that that can't

19  change from wholesaler to wholesaler?

20      A.   Not the published price, no.

21      Q.   Does First DataBank make any effort

22  to survey the actual wholesale net price?

23      A.   I'm sorry?

24      Q.   Does First DataBank make any effort

25  to survey the price to verify -- strike the

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011013

1    word "survey" -- to verify the accuracy of the

2    price?

3          A.   I have more than one pricing field.

4    What are you asking me, sir?

5          Q.   Well, when First DataBank surveys

6    the wholesalers --

7          A.   Mm-hmm, for the markup.

8          Q.   -- outside of the markup, is there

9    any other information that's surveyed?

10         A.   No, sir.

11         Q.   What is the difference between one

12   wholesaler's markup versus another?

13         A.   I'm sorry?

14         Q.   Do you have any understanding of

15   when you perform these surveys how varied the

16   given markups can be?

17         A.   Usually you get one of three

18   answers, so it depends on the one in three

19   answers.  So it can be very variable or not.

20         Q.   What are the three answers?

21         A.   It can be a 20 percent markup, 25

22   percent markup, or we use the manufacturer's

23   provided AWP.

24         Q.   How does First DataBank verify that

25   the information concerning the percentage of

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011014

1   the markup is correct?

2        A.  As far as what, sir?

3        Q.  Well, when you receive that

4   statement from the wholesaler, let's say, for

5   instance, they state that their markup is 20

6   percent --

7        A.  Mm-hmm.

8        Q.  -- do you accept that at face value?

9        A.  Absolutely.

10       Q.  Have you ever done anything to

11   verify the accuracy of that statement?

12       A.  As far as what, sir?

13       Q.  As far as whether they are, in fact,

14   actually marking up the wholesale net price 20

15   percent.

16       A.  That would be their published price.

17   But no, I have not.

18       Q.  That would be whose published price?

19       A.  The wholesaler.  They have a

20   published wholesale price list.

21       Q.  And you understand that their

22   published wholesale price list is wholesale

23   net plus 25 or 20 percent?

24       A.  Mm-hmm.

25       Q.  You understand that?

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

GH000200

TX-D & W - 011015

1      A.   That's my understanding, yes.

2      Q.   Have you ever seen a wholesaler's

3   catalogue?

4      A.   Not for a long time.

5      Q.   When is the last time you saw a

6   wholesaler's catalogue?

7      A.   Probably the late '80s.

8      Q.   And, at that time, did the

9   wholesaler's catalogue list wholesale net

10  multiplied by --

11     A.   No, sir.

12     Q.   -- 20 or 25 percent?

13     A.   No, sir.  They listed their

14  wholesale price.  They generally didn't list

15  the manufacturer's WAC price.

16     Q.   It was your understanding back in

17  the late '80s that wholesale price on a

18  wholesaler's catalogue equaled --

19     A.   AWP.

20     Q.   -- or --

21          Exclusively AWP?

22     A.   My understanding, yes.

23     Q.   When, if ever, did a wholesaler list

24  wholesale price as wholesale acquisition cost

25  plus 20 percent?

"Attorneys Eyes Only -
Outside Counsel Only"

1        A.   I don't know that they ever did.

2        Q.   But it's your understanding that

3    now, when you call them to survey their

4    markup, that that's what they're representing

5    to you is their markup?

6        A.   Mm-hmm.

7        Q.   And you understand that that's their

8    wholesale price?

9        A.   I understand it's the published

10   markup they're applying to that manufacturer's

11   product line or that NDC.

12       Q.   What do you mean by the term

13   "published"?

14       A.   What they published as their average

15   wholesale price -- or their wholesale price,

16   what they're applying to that customer or that

17   product line.

18       Q.   So again, now we're back to where

19   the published AWP simply equals the

20   manufacturer's wholesale acquisition cost plus

21   a given markup?

22       A.   Correct.

23       Q.   And those are going to always equal?

24       A.   What's the average price?  Well,

25   wholesalers can use a different markup.

"Attorneys Eyes Only -
Outside Counsel Only"

1      Q.   From wholesaler to wholesaler that

2   may change --

3      A.   Right.

4      Q.   -- but for a given wholesaler, then

5   you're saying that an AWP should equal the

6   manufacturer's WAC plus a markup?

7      A.   That's correct.

8      Q.   And the typical percentages are 20

9   or 25 percent?

10      A.   Correct, unless they say they're

11   using the manufacturer's supplied AWP.

12      Q.   Now, is it your understanding that

13   that's what pharmacies are actually paying

14   wholesalers for those drugs?

15      A.   Depends on their contact with their

16   wholesaler, sir.

17      Q.   Well, a pharmacist -- pursuant to a

18   typical contract between a pharmacist and a

19   wholesaler, what's your understanding of what

20   that pharmacist pays?

21      A.   I have no understanding of what they

22   actually pay him.  But I know if you don't

23   have a contract, you will pay AWP.

24      Q.   Do you have any idea of how many

25   pharmacies operate without a wholesaler

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011018

1   contract?

2        A.  No, sir.

3        Q.  You've been in the business

4   approaching what, 30 years, and you don't have

5   an understanding of what pharmacies are paying

6   for drugs?

7        A.  It depends on the contract with

8   their wholesaler.

9        Q.  Okay.  And under a typical contract

10  with a wholesaler, what is your understanding

11  pharmacies are paying?

12       A.  I have not even been there for a

13  long time, sir.

14       Q.  Well, when was the last time you

15  were with that type of information?

16       A.  Maybe the early '90s.  It would be

17  described as cost plus, list less, AWP minus.

18  All different kinds of different terms were

19  used.

20       Q.  What was the cost plus system in the

21  early '90s?

22       A.  Cost plus percentages.

23       Q.  And how -- first of all, what was

24  the cost?

25       A.  I didn't do those contracts.  They

"Attorneys Eyes Only -
Outside Counsel Only"

1  came from wholesalers, so all I had heard was

2  the terms.  What they exactly involved, I

3  don't know.

4      Q.  Was it your understanding that cost

5  was wholesale cost?

6      A.  I don't know.

7      Q.  Well, it was a cost that was being

8  presented by a wholesaler to a pharmacist,

9  right? -

10     A.  Yes, I guess.

11     Q.  So obviously it would have been

12  wholesaler cost?

13     A.  Okay.

14     Q.  Does that seem fair?

15     A.  What?  I'm sorry.  I feel like we're

16  going around in circles.

17     Q.  Well, no.  I'm trying to understand

18  how it is that wholesalers sold their product

19  to pharmacies in the early '90s.

20     A.  You would be far better off asking

21  the wholesalers.  I've never worked for a

22  wholesaler, I never worked in retail pharmacy.

23  I've only worked in the industry or First

24  DataBank so the specific terms of wholesaler

25  contracts, I'm not aware of.  I just know

"Attorneys Eyes Only -
Outside Counsel Only"

1    terms or heard the terms.  I don't know what

2    they are.

3          Q.   That's all that I ask of you, is

4    your knowledge.

5          A.   Okay.

6          Q.   Okay.  In the early '90s, you had an

7    understanding that wholesalers were selling to

8    the pharmacies at wholesale cost?

9          A.   At something known as cost plus.

10   What cost was, I don't know.

11         Q.   But it was just known to you as cost

12   plus?

13         A.   Right.

14         Q.   And it was a cost being represented

15   by a wholesaler to a pharmacy?

16         A.   That's what they were selling.

17         Q.   Do you recall what the percentages

18   were, what were the range of percentages in

19   the cost plus system?

20         A.   0 to 20 percent.

21         Q.   And did you have an understanding of

22   what the typical percentage up-charge was by a

23   pharmacy -- I mean by a wholesaler to a

24   pharmacy?

25         A.   No, sir.

"Attorneys Eyes Only -
Outside Counsel Only"

1        Q.  You didn't have any understanding?

2        A.  No, because some of them could have

3  been an AWP minus.  There were all kinds of

4  things being bantered about.

5        Q.  Do you have any understanding of how

6  that system has changed --

7        A.  No, sir.

8        Q.  -- from now to then?

9        A.  No.

10       Q.  We've touched on this briefly, but I

11  want to ask some more specific questions.

12  When was it that you first heard of the term

13  "contract pricing"?

14       A.  As it relates to pharmaceutical?

15       Q.  Yes.

16       A.  Probably in the early '80s.

17       Q.  Do you hear the term "contract

18  pricing" in your job now?

19       A.  Very, very, very rarely.

20       Q.  What are the circumstances that you

21  do hear contract pricing?

22       A.  Occasionally we'll get an inquiry

23  coming from customer support, "Do you have

24  contract pricing?"  "No."

25       Q.  I take it that a subscriber -- or

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000207

TX-D & W - 011022

1   pardon me, a customer of First DataBank's is

2   requesting contract pricing information?

3      A.  I wouldn't know.  I just know that

4   we get the request.  I don't know where they

5   actually exactly got it from or why they're

6   asking.

7      Q.  Would it stand to reason that if

8   it's coming through the customer support area

9   that it's coming from a customer?

10      A.  Could be a potential customer.

11   Could be someone just calling off the street.

12   I don't know where the question is coming

13   from.

14      Q.  And your response is, "We do not

15   have contract pricing"?

16      A.  That's correct.

17      Q.  Has First DataBank ever considered

18   getting contract pricing?

19      A.  I wouldn't know that.  I have not.

20      Q.  Have you ever heard anyone talk to

21   you about obtaining contract pricing?

22      A.  No, sir.

23      Q.  Have you ever had reason at a

24   seminar or other outside First DataBank area

25   discuss contract pricing?  That may have been

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

GH000208

TX-D & W - 011023

1     a bad question.  It certainly was.

2             Forget discussions you've had with

3     First DataBank employees.  Have you ever

4     talked about contract pricing in the

5     pharmaceutical industry?

6             A.   The only thing that even comes to

7     mind is perhaps in our information area we

8     might get people asking if we have contract

9     pricing.  And we'd say you need to talk to our

10    pricing area.

11            MS. WONG:  Is this at First DataBank?

12            THE WITNESS:  No, at Abbott.  I'm sorry,

13    at Abbott.

14    BY MR. ANDERSON:

15            Q.   At First DataBank, you don't use the

16    term "contract pricing"?

17            A.   No, sir.

18            Q.   Do you have any idea of how contract

19    pricing is actually implemented in the

20    marketplace?

21            A.   As far as?

22            Q.   Do you understand how wholesalers

23    sell their products to pharmacies?

24            A.   You mean as far as contracts that

25    the pharmacy may have with the wholesaler?

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011024

1    I'm sorry.

2         Q.  No, I mean how -- I'll specify the

3    question.

4             How can a pharmacy purchase a

5    product from a wholesaler pursuant to a

6    contract with a manufacturer?

7         A.  How can a wholesaler -- what was

8    that?

9         Q.  How can a pharmacy purchase a drug

10   from a wholesaler which is made pursuant to a

11   contract with a manufacturer?

12        A.  The contract with the wholesaler or

13   with the pharmacy?

14        Q.  The contracts -- well, what's your

15   understanding of contract pricing?  Who are

16   the parties to a contract pricing?

17        A.  It depends.  It could be the

18   wholesaler, it could be with the retail

19   pharmacy, it could be with the buying group.

20        Q.  You understand that some wholesalers

21   have their own contracts?

22        A.  Yes, sir.

23        Q.  Is that what's known as a select

24   program?

25        A.  I could not put the two terms

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011025

1    together.   I do know that some wholesalers

2    have programs whereby they have chosen one

3    supplier, usually it's a generic line of

4    products, to be their preferred supplier of

5    generic products.   I would assume they have

6    contracts, but I have no specific knowledge of

7    that.

8         Q.   When did you first get this general

9    knowledge?

10        A.   As far as the preferred programs?

11        Q.   Yes.

12        A.   Probably back in the '80s.

13        Q.   Do you have any understanding of

14   whether the program -- the preferred programs

15   are used more or less now than they were in

16   the '80s?

17        A.   I couldn't tell you.

18        Q.   Do you deal with wholesalers?

19        A.   As far as?

20        Q.   Just generally.

21        A.   That's who I would call for the

22   surveys.

23        Q.   Who do you typically call, for

24   instance, at McKesson?

25        A.   I call the people that are in the

"Attorneys Eyes Only -
Outside Counsel Only"

1    area that does the entry of the data there.

2        Q.   Do you have a specific contact

3    person?

4        A.   Two or three of them there.

5        Q.   What are their names?

6        A.   Ramone Crusit, Galena Mayorchek,

7    Jim -- I just forget his last name.  Sorry.

8    It will come to me.

9        Q.   It's okay.  In your dealings with

10   the wholesalers, do they discuss how they can

11   sell products to their customers under

12   contract prices between --

13       A.   No, sir, not at all.  I would never

14   even go near that conversation.

15       Q.   Why?

16       A.   Because that's the terms of their

17   sales and things of that sort.  I'm not

18   calling them about that.

19       Q.   Would they be hesitant to disclose

20   that type of information to you?

21       A.   I don't know.  I wouldn't even

22   approach that kind of conversation.

23       Q.   Is it not important?

24       A.   You're asking me if I would ask them

25   about how they sell their products to their

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

87

GH000212

TX-D & W - 011027

1    customers?

2        Q.   Yes.

3        A.   One, I'm not sure why I would, and

4    two, I would be very concerned about if there

5    would be any impropriety to that question.

6        Q.   Would it be important to you to know

7    how they're selling their products to their

8    customers in setting price such as average

9    wholesale price?

10       A.   I have a defined field.   I know what

11   the definition is, so why am I asking them

12   this other question?

13       Q.   Well, again, this defined field for

14   average wholesale price, is that in the

15   same --

16       A.   Manual.

17       Q.   -- manual --

18       A.   Mm-hmm.

19       Q.   -- with net wholesale?

20       A.   Mm-hmm.

21       Q.   Do you know who designed that

22   definition?

23       A.   No.   It was written many years ago.

24       Q.   Do you know if it has changed over

25   time?

"Attorneys Eyes Only -
Outside Counsel Only"



1      A.   To my knowledge, it has not.

2      Q.   Do you know if the definition of net

3  wholesale has changed over time?

4      A.   To my understanding, it has not.

5      Q.   Do you know if the use of net

6  wholesale as a price which wholesalers

7  actually pay has changed over time?

8      A.   I do not.

9      Q.   Do you understand whether over time

10  pharmacists have paid more or less than net

11  wholesale?

12      A.   I have no understanding, sir.

13      Q.   Well, given that you don't

14  understand the change or evolution of pricing

15  in the marketplace, how is it that First

16  DataBank is able to provide accurate

17  information?

18      A.   We have specific fields with

19  definitions.  Those fields are populated based

20  on those definitions.

21      Q.   And if the marketplace is changing,

22  shouldn't the definitions also change?

23      A.   We report data based on criteria.

24      Q.   And if the criteria that are

25  underlying the definitions is changing --

"Attorneys Eyes Only -
Outside Counsel Only"

1     A.  Nobody has told me that that is the

2  case, sir.

3     Q.  And why is that, that no one has

4  told you that?  Have you asked?

5     A.  I'm not sure that the criteria has

6  changed.

7     Q.  Have you looked into whether the

8  criteria has changed?

9     A.  We rely greatly on customer

10  feedback, and no one said our criteria is

11  inappropriate.

12     Q.  Have you heard within the past

13  several years that your criteria has -- or the

14  criteria underlying your definitions has

15  changed?

16     A.  No, I have not.

17     Q.  You haven't learned that the

18  marketplace has changed?

19     A.  The marketplace is constantly

20  changing.

21     Q.  You don't have any understanding of

22  how the marketplace has changed and how that

23  impacts reimbursement?

24     A.  We're so vague here, so you're going

25  to need to be a little more specific.

90 .
GH000215

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011030

1    Q.  Well, specifically, do you have any
2  understanding of how wholesale acquisition
3  cost, also known as net wholesale, is no
4  longer reflective of what wholesalers are
5  actually paying manufacturers for a drug?
6    A.  For all drugs that are in the market
7  or specific categories of drugs?
8    Q.  Let's limit our discussion to
9  generic drugs.
10    A.  I have heard that they have
11  contracts with wholesalers, but my definition
12  is the published price.
13    Q.  And given that you've learned that
14  contract pricing exists, doesn't it seem
15  reasonable that the definition of wholesale
16  acquisition cost, also known as net wholesale,
17  needs to be altered to reflect the existence
18  of contract pricing?
19    A.  Not if the definition is published
20  price, sir.
21    Q.  Whether it's published or not, if
22  the definition no longer accurately describes
23  the definition, shouldn't the definition be
24  changed?
25    A.  I don't remember it being

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201
GH000216

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011031

1    characterized as being inaccurate.

2         Q.  Is it your understanding that

3    wholesalers are actually paying manufacturers'

4    wholesale acquisition cost, also known as net

5    wholesale?

6         A.  We are back to the original question

7    here.  You're painting very broad brush

8    strokes here.  Okay?

9         Q.  Well, I'm --

10        A.  I'm very uncomfortable with the line

11   you're going down.

12        Q.  Why is that?

13        A.  Because you're trying to paint the

14   whole industry with one or two fell swoops,

15   and I don't think it is that simple.

16        Q.  Well, explain to me where I'm wrong.

17        A.  I don't know what wholesalers

18   actually pay for products.

19        Q.  Why don't you?

20        A.  Because it's not something that I'm

21   privy to, it's not something I ask for.  I use

22   published prices.

23        Q.  Well, is First DataBank providing

24   information that's titled wholesale

25   acquisition costs?

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011032

1          A.   It's called WHN pricing.

2          Q.   Also known as wholesale net pricing?

3          A.   Right.

4          Q.   To the extent that First DataBank is

5     representing and providing wholesale net

6     information, is it important for that

7     information to be accurate?

8          A.   It is accurate based on the

9     definition of the field, which is the

10    published price from the manufacturer.

11         Q.   And what about the actual term

12    itself?

13         A.   It meets the definitions it's

14    applied to.

15         Q.   If I were to tell you that no

16    pharmacist pays anything close to wholesale

17    acquisition cost, would that impact your

18    opinion of whether wholesale acquisition cost

19    is an accurate number?

20         A.   Sir, you're trying to take something

21    in the marketplace and apply it to my

22    definitions.  I'm sticking by my definitions

23    of what they are, not what you're trying to

24    make them to be.

25         Q.   Let's focus on the definition.

"Attorneys Eyes Only -
Outside Counsel Only"

1      A.  It's published price from the

2   manufacturer.

3      Q.  And whether it's published, to you,

4   once the term "wholesale net" is defined as a

5   published price, it no longer needs to be

6   accurate as compared to the prices that

7   wholesalers actually pay?

8      MS. WONG:  I don't think that's what she

9   said.

10     THE WITNESS:  I'm objecting to the use

11   of "accurate" in your statement.

12   BY MR. ANDERSON:

13     Q.  You can object, whatever you want to

14   do, but you do have to answer my question.

15         Is the concept of publishing a price

16   a way to make the price accuracy irrelevant?

17     MS. WONG:  Here's what I'm understanding

18   your question --

19     MR. ANDERSON:  No, let's stop this.

20   I'm -- it's a question that I've posed.  If

21   it's not understandable, you can ask me to

22   restate it, but we don't need to have side bar

23   discussion about the question.

24     THE WITNESS:  I'm not trying to have

25   side bar discussions.  Okay?  If I can use an

1   example. Automobiles have an MSRP. Depending

2   upon the car, you may pay MSRP, you may pay

3   less than MSRP, you may pay more than MSRP.

4   Does that make MSRP inaccurate? No.

5   Therefore, my field has a definition. What

6   someone pays does not impact my definition.

7   BY MR. ANDERSON:

8      Q. Okay.

9      A. So when you keep saying "accuracy,"

10  I'm going -- you're trying to draw accuracy

11  into something that's not part of the

12  discussion. It's a defined field. What

13  actually gets paid is not relevant to the

14  field.

15     Q. So what's paid is irrelevant to

16  First DataBank?

17     A. Correct.

18     Q. When you're at a car dealer and

19  you're negotiating price, do you start at

20  MSRP?

21     A. No, sir. I usually check with

22  several other dealers before I even go there.

23     Q. And where do you usually start the

24  negotiations?

25     A. I usually walk in and tell them what

GH000220

"Attorneys Eyes Only - Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

TX-D & W - 011035

1    I'm going to pay based on what I understand

2    the invoice price to be.

3        Q.  And typically do you find that

4    you're able to purchase a new automobile for

5    70 percent off of MSRP?

6        A.  Depends on the car.

7        Q.  Have you ever found that to be the

8    occasion?

9        A.  Yes, sir.

10       Q.  You've purchased a new automobile

11   for 70 percent less than the MSRP?

12       A.  I don't know what the percentages

13   are, sir.

14       Q.  I'm asking --

15       A.  I don't know, I don't know.  I don't

16   know what the percentages are, but I know I've

17   purchased cars less than MSRP.  I know if I

18   want the new Thunderbird that's out now, I'm

19   going to pay way over MSRP.  So that's where

20   I'm coming at you from.

21            I have a field.  It's defined.

22   You're trying to tie it into payment.  I'm

23   going, "That's not what my field is for."

24       Q.  Ma'am, listen, this is getting too

25   conversational.  You have to answer my

"Attorneys Eyes Only -
Outside Counsel Only"

1   questions as I pose them.  I've asked you a

2   question specific to a percentage.

3       A.  On a car.

4       Q.  Have you ever purchased a vehicle

5   that was 70 percent or greater off of MSRP?

6       A.  I don't know.

7       Q.  You don't know if you've done that

8   or not?

9       A.  I know I've purchased cars at less

10  than MSRP, but I have not calculated the

11  percent.

12      Q.  Wouldn't it be memorable if you

13  purchased a car for 70 percent or more off of

14  MSRP?  Wouldn't you pat yourself on the back

15  and say, "Man, I really got a great deal"?

16      A.  I don't do it by the percent, sir,

17  I'm sorry.

18      Q.  Is that similar to how you don't

19  understand the word "net" and how that impacts

20  prices?  All I'm asking for is honest

21  responses to honest questions.

22      A.  I'm trying to answer them the best I

23  can, sir.

24      Q.  Let's take a break.

25          (Recess taken.)

"Attorneys Eyes Only -
Outside Counsel Only"

1   BY MR. ANDERSON:

2       Q.  Let's go back on the record.

3           Ms. Morgan, are you in charge of

4   surveying what's known as Medicaid AWP

5   information?

6       A.  No, sir, I am not.

7       Q.  Who's in charge of that?

8       A.  That's done by Diane McClaran.

9       Q.  And do you have any involvement

10  whatsoever with Medicaid AWP surveys?

11      A.  No, sir.

12      Q.  Are you aware of the fact that First

13  DataBank is conducting Medicaid AWP surveys?

14      A.  Yes, sir.

15      Q.  Do you understand why First DataBank

16  is conducting those surveys?

17      A.  The Department of Justice directed

18  that they be conducted.

19      Q.  Do you know why it is the Department

20  of Justice requested they be conducted?

21      A.  No, sir.

22      Q.  Do you understand that it has to do

23  with getting accurate drug pricing

24  information?

25      A.  Yes, sir.

BEHMKE REPORTING & VIDEO SERVICES   GH000223
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011038

1      Q.  What is it that is inaccurate about

2   drug pricing information that would require

3   there to be Medicaid AWP surveys?

4      A.  I'm not sure, sir.  I think it

5   depends on what you're talking about or how

6   you choose to define it.

7      Q.  Do you know what the definition of

8   Medicaid AWP is?

9      A.  There were prices given to us by the

10  Department of Justice.

11     Q.  Does First DataBank have a

12  definition for the term Medicaid AWP?

13     A.  Prices given to us by the Department

14  of Justice.

15     Q.  Is that the complete definition?

16     A.  I don't know what the actual

17  definition is, but it's not our data element,

18  it's one we merely populate, because we were

19  requested to.

20     Q.  Do you understand whether

21  wholesalers have provided you with information

22  concerning AWP -- Medicaid AWP?  Pardon me.

23     A.  I'm sorry?

24     Q.  Do you understand if First DataBank

25  is now receiving information from wholesalers

" Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011039

1  concerning, quote, Medicaid AWP, close quotes?

2      A.   I understand we've done the surveys,

3  and I understand that we have not received any

4  responses to date.

5      Q.   If you had received responses from

6  the wholesalers, would your group have been

7  responsible for inputting that data?

8      A.   No, sir.

9      Q.   Would that, again, have fallen

10  within Diane McClaran's group?

11      A.   Yes, sir.

12      Q.   Do you have any understanding why

13  wholesalers refused to provide the Medicaid

14  AWP information?

15      A.   No, sir.

16      Q.   Do you have any idea concerning the

17  differences between the information that is

18  being requested from the wholesalers through

19  the Medicaid AWP surveys and the surveys that

20  your group conducts?

21      A.   My group surveys for the markup

22  applied to a manufacturer for a specific NDC.

23  My understanding is they're sending out

24  specific prices given to them by the

25  Department of Justice to the wholesalers.

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011040

1    Q.  You understand that First DataBank

2  is sending prices to the wholesalers?

3    A.  Based on what the Department of

4  Justice said, "Send these to the wholesalers

5  every six months.  Ask them to update the

6  list."

7    Q.  To your knowledge, the wholesalers

8  have yet to update the list?

9    A.  To my knowledge.

10    Q.  Have you ever had a discussion with

11  anybody at First DataBank about the need to

12  redefine any of First DataBank's terms?

13    A.  As far as it relates to pricing or

14  any of the terms we have on the field?

15    Q.  Well, first and foremost about

16  pricing.

17    A.  I don't remember any serious

18  conversations about do we need to change the

19  definitions.  We're always looking at all the

20  data elements to see if there's some other

21  things we need to do, but I don't remember any

22  specifics to change any pricing definitions.

23    Q.  Do you remember any general

24  discussions about changing pricing

25  definitions?

TX-D & W - 011041

"Attorneys Eyes Only -
Outside Counsel Only"

1      A.  I don't recall any.

2      Q.  You hesitated.  Is there a vague

3   memory of discussions about changing

4   definitions?

5      A.  There's been some conversations

6   about if we should just report -- no, I was

7   trying to get -- just report WAC and no longer

8   report an AWP, but it was a very general

9   conversation.

10      Q.  Do you recall why it was that y'all

11   were considering not reporting AWP?

12      A.  One, we have a lot of data elements.

13   Two, seemed like we had a lot of -- there was

14   a movement awhile back to only base things off

15   of WAC and not off of AWP.  Something we just

16   report, the wholesale acquisition cost.  But

17   we heard back pretty fast that too many people

18   had things based on the AWP that we needed to

19   continue.

20      Q.  When you say "things based," do you

21   mean reimbursement based upon AWP?

22      A.  Mm-hmm.

23      Q.  Did First DataBank do some type of

24   industry survey to get a feel for whether

25   First DataBank needed to continue to provide

"Attorneys Eyes Only -
Outside Counsel Only"

1    AWP information?

2        A.  Not that serious.  It was just more

3    some conversations at First DataBank.  And

4    internally, a lot of people have built off of

5    AWP.  People can choose the price fields they

6    need.  "Do we really need to go to this

7    point?"  So no, there was no industry survey.

8        Q.  When you attend the seminars, the

9    pharmaceutical seminars, what types of

10   programs do you actually attend?

11       A.  The pharmaceutical seminars?

12       Q.  Yes.

13       A.  First DataBank seminars or --

14       Q.  Well, either industry seminars or --

15   let's first start with industry seminars.

16       Do you attend pharmaceutical

17   industry seminars, conferences?

18       A.  I go to the NACDS meeting generally

19   and to NCPDP meetings.

20       Q.  Can you tell me what those two

21   acronyms stand for?

22       A.  NACDS is National Association of

23   Chain Drug Stores.  NCPDP is the National

24   Council for Prescription Drug Programs.

25       Q.  Thank you.  When you're at these

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

TX-D & W - 011043

1    conferences, what types of programs do you

2    attend?

3         A.  The NCPDP is more work groups where

4    we're discussing file layouts, so there's not

5    really conferences, per se, or presentations.

6         Q.  When you say "file layouts," what do

7    you mean?

8         A.  The pharmaceutical industry relies

9    on being able to communicate electronically,

10   and so you have to be able to lay out the

11   files with the appropriate number, bytes in

12   the right places so that all the information

13   is transmitted correctly, accurately and not

14   confuse people.

15        Q.  Is the concept of file layout purely

16   computer-oriented?

17        A.  Primarily, yes.

18        Q.  Does file layout comprise data

19   elements like net wholesale or AWP?

20        A.  Those terms specifically are not

21   used, but there are places where you would

22   insert your prices.  But every NCPDP meeting

23   starts out with discussions of pricing, that

24   you can't talk about prices there.

25        Q.  The specific prices aren't

TX-D & W - 011044

1   discussed?

2        A.   Right.

3        Q.   Why is that?

4        A.   Because it's a gathering of many

5   people, and they say you can't talk about

6   pricing there.

7        Q.   Who are some of the people that are

8   gathered?  Not their names, but where do

9   they -- what companies are they representing?

10       A.   It could be like a PCS, an Express

11  Scripps, Walgreens, Rite Aid.  So it's anybody

12  involved with the pharmacy world, as far as

13  doing electronic interchange.

14       Q.   Is PCS a GPO?

15       A.   No, sir, they're a third-party

16  payer.

17       Q.   Are there other third-party payers

18  represented?

19       A.   Express Scripps.

20       Q.   Any others?

21       A.   Med Impact, Well Point, Prescription

22  Solutions, lots of them.

23       Q.   Are there any Medicaid entities

24  represented?

25       A.   Yes, Texas Medicaid is there.

TX-D & W - 011045

"Attorneys Eyes Only -
Outside Counsel Only"

1      Q.  Who's there on behalf of Texas

2  Medicaid?

3      A.  Patsy Napier.

4      Q.  How many times have you been in a

5  meeting with Patsy Napier?

6      A.  Patsy and I are both on the board of

7  trustees for NCPDP.  The NCPDP board meets

8  three times a year.  So last year I was in the

9  same meetings with her three times.  Plus work

10  group meetings, there's four of those a year.

11  I made three out of four.  I don't know how

12  many she made.

13      Q.  The three that you made out of the

14  four, was she there?

15      A.  I didn't go to the last one.  I

16- don't recall.

17      Q.  When you're discussing file layout

18  at these meetings, are you discussing whether

19  or not AWP or wholesale acquisition cost

20  information should be included in the file

21  layout?

22      A.  Those terms are not used, sir.  I

23  mean, there has to be a billing place in the

24  file.  You know, amount billed, amount paid.

25  It doesn't define the terms that are used in

GH000231

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

TX-D & W - 011046

1    the file layout.  It includes co-pays and

2    things of that sort.

3        Q.  Where it says "amount billed," do

4    you have an understanding of what information

5    is inserted there?

6        A.  Just what the pharmacy would be

7    saying that they should be paid back for what

8    the product is.

9        Q.  Is there an understanding at these

10   meetings what type of pricing information will

11   be inserted there?

12       A.  That's not discussed, sir.

13       Q.  Not the actual amount of the price.

14       A.  Even what that term is, whether it

15   should be AWP or WAC or direct or any of those

16   things, no, sir, they would not discuss that.

17       Q.  Who leads these meetings?

18       A.  They're led by various volunteer

19   leaders from different parts of the industry.

20       Q.  Are manufacturers represented at

21   these meetings?

22       A.  They are.

23       Q.  What manufacturers?

24       A.  It depends on what the current issue

25   is.  Usually I know -- Proctor & Gamble is

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011047

1   there sometimes, not always.  But I'm trying

2   to think of pharmaceutical manufacturers that

3   I know that are there.  Occasionally Roche

4   will have someone there, TAP pharmaceuticals.

5   Manufacturers are not the big focus of the

6   meeting.

7        Q.  Other than computer-related issues,

8   specifically like the byte size that will be

9   transmitted, what are the other primary topics

10   at these meetings?

11       A.  They have like nine to ten work

12   groups.  Okay.  There's a work group for

13   government programs that discusses interaction

14   with government programs.  There's one for

15   manufacturer rebates.  Again, they're

16   primarily file layout-type things, but they

17   focus on the various segments that need to be

18   able to communicate.

19       Q.  What work group do you participate

20   in?

21       A.  Primarily product identification,

22   which bills with:  Is this a hundred tablets?

23   Is it a one each?  Is it a kit?  How do you

24   define a dosage form?

25       Q.  Within your work group of product

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

108
GH000233

TX-D & W - 011048

1    identification, is there any discussion of

2    price?

3         A.   No, sir.

4         Q.   Now, other than these specific types

5    of meetings that we're discussing, what other

6    types of meetings do you attend when you're at

7    this conference?  And I forget the name of the

8    acronym.

9         A.   The NACDS or the NCPDP?

10        Q.   The one we're talking about.

11        A.   The NCPDP?

12        Q.   Yeah.  What other types of meetings

13   do you attend?

14        A.   There's primarily the work groups.

15   Then the board meets to review those things

16   which have been voted upon by the work groups.

17        Q.   Is there any other type of

18   presentation or meeting that goes on?

19        A.   During their annual meeting they

20   will have some speakers.  Last year was a

21   football player that was very good, but I

22   don't remember his name.  There was a panel of

23   leaders that was led by a newscaster.

24        Q.   The football player presentation,

25   for instance, was primarily a motivational

TX-D & W - 011049

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1   speech?

2       A.   Right.

3       Q.   Is there any kind of presentation

4   about issues facing the drug industry or hot

5   topics in the drug industry?

6       A.   It's more related on the interaction

7   between pharmacy and payers.  I remember there

8   was one that was on triple co-pay by Express

9   Scripps, talking about their experience moving

10  away from a dual co-pay to a triple.

11      Q.   Does a triple co-pay have anything

12  to do with the actual amount of the

13  reimbursement?

14      A.   No, it has to do with the design of

15  their formulary.

16      Q.   Do you know of any presentation at

17  these meetings about rising drug costs or

18  issues concerning drug costs?

19      A.   No, sir.  There's none there.

20      Q.   Now, let's move on to the -- and how

21  often do you attend those meetings?

22      A.   The annual conference is once a

23  year.  That's the only place you hear anything

24  besides the work group conversations.

25      Q.   Okay.

TX-D & W - 011050

"Attorneys Eyes Only -
Outside Counsel Only"

1         A.   The board meets twice -- or three

2    times a year, and the work groups meet four

3    times a year.

4         Q.   I'm sorry, because I made you repeat

5    that.  You had already said that.

6         A.   That's okay.

7         Q.   Lastly -- and before we move on to

8    the next type of organization -- how many

9    people, roughly, attend one of these working

10   group meetings?

11        A.   It's about 400 to 600 people,

12   depending upon the hot topic of the day.

13        Q.   Wow.  And so then in each -- you

14   said there were nine to ten working groups?

15        A.   Mm-hmm.

16        Q.   In each working group, then, I take

17   it there's going to be like 40 to 60 people?

18        A.   Yes.

19        Q.   All right.

20        A.   They don't all meet simultaneously,

21   so you can go to one, and they'll stop and

22   then go to another.

23        Q.   Does anyone assign a specific person

24   to a specific working group, or is it purely

25   voluntarily?

TX-D & W - 011051

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

111
GH000236

1       A.   Purely voluntary.

2       Q.   Now, how often do you attend the

3   other organization meetings?

4       A.   The other, NACDS?

5       Q.   Yeah.

6       A.   I go to their pharmacy conference,

7   which is held once a year.

8       Q.   And at these pharmacy conferences,

9   are there any presentations concerning drug

10  prices that you attend?

11      A.   No, sir.

12      Q.   What are the primary topics at this

13  conference?

14      A.   Could be issues facing pharmacies.

15  I primarily am on the conference floor, the

16  exhibit hall, so I don't always attend a lot

17  of presentations.

18      Q.   When you're on the conference floor,

19  does that mean manning a booth?

20      A.   Mm-hmm -- yes.  Sorry.

21      Q.   And providing information about

22  First DataBank --

23      A.   Correct.

24      Q.   -- and First DataBank services?

25      A.   Correct.

TX-D & W - 011052

"Attorneys Eyes Only -
Outside Counsel Only"

1        Q.   Do you know if drug pricing or drug

2   reimbursement are issues that are discussed at

3   these pharmaceutical conferences?

4        A.   You mean between me and my customer,

5   or in general, in a larger group than that?

6        Q.   I'm really now am focused upon the

7   topic of a presentation at the conference

8   concerning drug pricing or drug reimbursement.

9        A.   The last conference we did have a

10  meeting on the HCFA upper limits, but the

11  specific prices were not an issue.  It's more

12  in making sure the database files are clean

13  and up-to-date.

14       Q.   Who are the typical attendees of

15  these pharmacy conferences?

16       A.   Chain pharmacy management, they're

17  like people in headquarters, and suppliers to

18  chain pharmacies.

19       Q.   Suppliers to chain pharmacies, does

20  that include drug manufacturers?

21       A.   Yes, sir.

22       Q.   Does that include wholesalers?

23       A.   Yes, sir.

24       Q.   Do you receive like a book of

25  written materials for each of those

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000238

TX-D & W - 011053

```
 1   conferences?

 2        A.   For the NACDS one?

 3        Q.   Yes.

 4        A.   Yes.

 5        Q.   Do you have those?

 6        A.   No, sir.

 7        Q.   What do you do with the books?

 8        A.   Depends on the relevance to me.   At

 9   this meeting the only thing I kept after the

10   meeting was the names and addresses of the

11   manufacturers that had e-mail addresses in it.

12        Q.   Do you recall when, roughly, that

13   NACDS meeting occurred?

14        A.   It was in August.

15        Q.   Where?

16        A.   Chicago.

17        Q.   Would you have any books of

18   materials from prior NACDS meetings?

19        A.   I have -- the attendance list is all

20   I have, to my knowledge.

21        Q.   And the attendance list is the

22   documents you described earlier that's got the

23   e-mail?

24        A.   Correct.

25        Q.   And you use the e-mail addresses for
```

"Attorneys Eyes Only - Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

114
GH000239

TX-D & W - 011054

1    the manufacturers to contact them?

2         A.  Should we need it, yes.

3         Q.  And when you contact the

4    manufacturers, you're seeking what type of

5    information?

6         A.  Confirmation of the data that we

7    have on file or new product adds, something of

8    that sort.

9         Q.  What is the typical job title of a

10   person at a manufacturer that you're going to

11   contact?

12        A.  It actually varies quite a bit,

13   depending on the company and the size of the

14   company.  Many times we're working with the

15   pricing department, many times we could be

16   working with the trade relations department,

17   sometimes we're actually dealing with the VP

18   of marketing and sales.  So it depends on the

19   company.

20        Q.  Do you find that you're ever dealing

21   with a division of a manufacturer known as

22   like the Medicaid reimbursement division?

23        A.  Occasionally someone that says

24   they're involved with Medicaid will contact us

25   from my group.  We refer them back to our

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011055

1  contact within the company, their own company

2  for the information.

3      Q.  I take it from your response that

4  sometimes you'll receive an inquiry from a

5  person in a manufacturer who works in the,

6  quote, Medicaid area?

7      A.  Right.

8      Q.  Typically what type of information

9  is that person seeking from you?

10     A.  What would we describe the drug form

11 as, because it could be an each, ML or a gram.

12 They want to know how we characterize it, when

13 we get the NDC on file.  We've actually had

14 some inquiries regarding products not

15 appearing on Medicaid files.  Usually, like,

16 say, we refer them back because sometimes it's

17 obvious they have the wrong NDC number.

18     Q.  Do you ever receive requests for

19 pricing information from these Medicaid

20 personnel?

21     A.  Regarding their own products or

22 other companies' products?

23     Q.  Right.

24     A.  We can receive both, but we don't

25 respond to them.  If it was for their own

"Attorneys Eyes Only -
Outside Counsel Only"

1    company's product, we would refer them back to

2    our company contact for them to get the

3    information from them.  If it's another

4    company's product, we tell them that that's

5    not a function that our area provides.

6         Q.  Do you have any understanding of

7    whether First DataBank provides information to

8    manufacturers about how state Medicaids

9    reimburse for drugs?

10        A.  I'm sorry, can you just repeat it

11   one more time?

12        Q.  Do you have any understanding of

13   whether First DataBank provides information to

14   drug manufacturers concerning how state

15   Medicaid reimburse for drugs?

16        A.  Through a file known as TPP file

17   they can get information on the products, but

18   I'm not exactly sure what's in that file.

19   Third-party file is what it's called.

20        Q.  You lost me just a little bit, but I

21   appreciate the information.

22        A.  I'm trying.

23        Q.  Thank you.  You're saying First

24   DataBank keeps a file in its database known as

25   the third-party file?

TX-D & W - 011057

GH000242

"Attorneys Eyes Only -
Outside Counsel Only"

1      A.   Mm-hmm.

2      Q.   For each given third-party payer,

3  what does a respective TPP file contain?

4      A.   I don't know.  We just have the

5  file.  That's all I know.  I know it has some

6  information on Medicaid in the file.

7      Q.   Who's in charge of the TPP file?

8      A.   Diane McClaran.

9      Q.   Have you ever seen a TPP file?

10      A.   No, sir, because it's electronic

11  data on the database.

12      Q.   But no one's ever transmitted a TPP

13  file to you, that you've pulled up on your

14  computer screen and looked at and printed out,

15  anything like that?

16      A.   No, sir, not to my knowledge.

17      Q.   After the Department of Justice

18  requested that -- well, first of all, do you

19  understand that the Department of Justice

20  requested that First DataBank publish what's

21  known as a Medicaid AWP?

22      A.   We have a field on our database that

23  has Medicaid AWP on that, yes.

24      Q.   We discussed that earlier?

25      A.   Mm-hmm.

TX-D & W - 011058

"Attorneys Eyes Only -
Outside Counsel Only"

1    Q.  Do you understand why it's necessary

2    for First DataBank to publish a Medicaid AWP?

3    A.  I know they gave us the information,

4    asked me to pull the file for the Medicaid

5    customers that we have.  That's the sum total

6    of my knowledge.

7    Q.  Do you understand how the Medicaid

8    AWP information affects the reimbursement by

9    the Medicaid entities?

10   A.  From my brief exposure, the Medicaid

11   AWPs are lower than the AWPs that we have on

12   the field.  And so how does it affect Medicaid

13   agencies?

14   Q.  The reimbursement levels by those

15   Medicaid agencies.

16   A.  See, it would depend on the

17   algorithm they had built in their file.  I'm

18   not sure.  So all I know it's the data element

19   that is available from First DataBank.

20   Q.  It's your understanding that

21   Medicaid AWPs are lower than AWPs?

22   A.  Generally, yes.

23   Q.  Are Medicaid AWPs lower than net

24   wholesale or WAC pricing?

25   A.  From the ones I've seen, yes.

TX-D & W - 011059

GH000244

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1        Q.   Are they lower than direct prices?

2        A.   I would have to say yes.  I haven't

3   done a direct comparison, but I would say yes.

4        Q.   After the knowledge of Medicaid AWP

5   became known at First DataBank, was there any

6   discussion within your department about ways

7   in which to improve the data that you received

8   from manufacturers?

9        A.   With what respect, sir?

10       Q.   This may be redundant, and if it is,

11  let me know.  But after the Medicaid AWPs were

12  published by First DataBank, was there any

13  discussion within your department about how

14  that knowledge --

15       A.   Well, we clearly thought the

16  Department of Justice didn't know what the

17  term AWP meant, because it didn't come from

18  the manufacturer.  And they seem to vary way

19  out of line as to what could really happen in

20  the marketplace.  And there was a lot of

21  gnashing of teeth from many of our customers,

22  so it was like, "Okay.  We have it.  We're

23  reporting it."

24       Q.   What customers were gnashing their

25  teeth?

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000245

TX-D & W - 011060

1        A.   Some actual Medicaid agencies were

2   most upset about them.

3        Q.   Why is that?

4        A.   Because they had pharmacies

5   screaming and yelling at them that they could

6   not buy those products at that price.

7        Q.   Did you understand, then, that the

8   Medicaid AWP was impacting the reimbursement

9   by the Medicaid agencies?

10       A.   My understanding of that would be

11  that the Medicaid agencies were paying the

12  pharmacies less money than they had been in

13  the past.  Is that answering what you're

14  looking for?

15       Q.   Yes.  Do you understand how direct

16  prices relate to Medicaid AWP?

17       A.   I haven't done a direct comparison,

18  but my assumption is that the direct prices

19  are higher than the Medicaid AWPs.

20       Q.   Do you know where the Medicaid AWPs

21  were derived?

22       A.   Only that which we were told.

23       Q.   What were you told is the source of

24  the Medicaid AWP?

25       A.   The Department of Justice got them

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000246

TX-D & W - 011061

1    from wholesalers.

2        Q.   And do you know from what

3    information, specifically at the wholesalers,

4    the Department of Justice derived the Medicaid

5    AWPs?

6        A.   No, sir, I do not.

7        Q.   Have you any understanding of the

8    prices that wholesalers sell drugs to

9    pharmacies for?

10       A.   I'm sorry?

11       Q.   Do you understand at what prices --

12   not at what.  Do you understand what the term

13   is for the prices that wholesalers sell to

14   pharmacies for?

15       A.   Is this what we went through earlier

16   about the cost plus and the list less and the

17   AWP minus things?

18       Q.   That's what I wanted to get into.

19   We've talked about the cost plus.  So what is

20   list less?

21       A.   List less would be like a list price

22   from the manufacturer, and they're selling it

23   at list price less.

24       Q.   Do you understand today how

25   wholesalers sell their products to pharmacies?

1      A.  As far as?

2      Q.  Do they use a list less method, or

3  do they use a cost plus?

4      A.  I think it depends on your contract.

5      Q.  Well, what are some of the contract

6  methods for pricing?

7      A.  I don't know the specifics.  I'm

8  aware of those three terms I've mentioned, but

9  I don't know what they're actually using.

10      Q.  Are you aware that there's contract

11  pricing in the marketplace?

12      A.  Yes.

13      Q.  Between what entities do these

14  contracts exist?

15      A.  I know that manufacturers have

16  contracts with wholesalers sometimes,

17  sometimes the retail outlets, sometimes with

18  the hospitals, sometimes with hospital buying

19  groups.  From my perspective, contracts can

20  almost exist anywhere.

21      Q.  Where have you learned that these

22  contracts with these different entities exist?

23      A.  Primarily it comes from my past

24  experience.  The First DataBank contracts

25  seldom ever come up.

TX-D & W - 011063

1      Q.  When you were with Abbott, you would

2  learn of the existence of contract pricing?

3      A.  I knew that some manufacturers had

4  contracts with their customers.

5      Q.  Did Abbott have contracts with its

6  customers?

7      A.  Yes.

8      Q.  Did Abbott have contracts with its

9  customers regarding generic drugs?

10     A.  In the pharmaceutical division, yes.

11     Q.  Did you understand how Abbott was

12  able to get a contract with a customer and

13  then actually distribute that product to the

14  customer?

15     A.  Abbott sold direct, sir.

16     Q.  Abbott actually distributed the

17  product?

18     A.  Right.

19     Q.  And that was as of?

20     A.  They still do.

21     Q.  Do you have any understanding of how

22  a drug manufacturer can get a contract with a

23  pharmacy and then distribute that product to

24  the pharmacy under the contract if he does not

25  distribute the product himself?

TX-D & W - 011064

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1       A.   I'm aware that there's something

2   called a charge back.  It's never something we

3   were really into.

4       Q.   At Abbott, Abbott chose not to

5   participate in the charge back system?

6       A.   No, sir, that's not what I said.  I

7   don't know.  The area that I was in, in the

8   pharmaceutical products division, to my

9   knowledge, was not involved in a lot of charge

10  backs.

11      Q.   Was there a department at Abbott

12  that was involved in charge backs?

13      A.   I think the other division of

14  which -- you have to realize it's a large

15  company, because you would hear we have some

16  charge back issues with the other division,

17  but it's not even like an area that I would

18  deal with at all.

19      Q.   What division was involved with

20  charge backs at Abbott?

21      A.   Hospital products division.

22      Q.   Do you have any understanding of how

23  a charge back is used when a manufacturer is

24  distributing a product to a pharmacy pursuant

25  to a contract, and the manufacturer does not

TX-D & W - 011065

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

```
 1   deliver itself?

 2       A.  You said when the manufacturer is

 3   distributing to the pharmacy?

 4       Q.  Well, here's the more simple way to

 5   say it:  How does a pharmacy receive a drug

 6   through a contract with a manufacturer, if the

 7   manufacturer does not deliver?

 8       A.  Like going through a wholesaler?

 9       Q.  Right, a wholesaler or any other

10   entity, however it gets there.  Do you

11   understand how that happens?

12       A.  If I'm understanding the question,

13   you're just asking how the product gets from

14   the manufacturer to the pharmacy?

15       Q.  Right.

16       A.  Could go through a wholesaler, could

17   be sold direct.

18       Q.  Well --

19       A.  That's always the licensed

20   distributors, so -- I'm trying to understand

21   your question.

22       Q.  Right.  If it's sold through a

23   wholesaler, do you have an understanding of

24   how the wholesaler sells the product to the

25   pharmacy?
```

TX-D & W - 011066

"Attorneys Eyes Only -
Outside Counsel Only"

1      A.   As far as?   What do you mean?   You

2   say they're going to have a contract with the

3   wholesaler with the pharmacy, and they deliver

4   based on putting in orders?   I'm trying --

5        MS. WONG:   It's okay.

6   BY MR. ANDERSON:

7        Q.   All of these questions presume that

8   there's a contract price between a pharmacy

9   and a manufacturer.   Do you understand that?

10       A.   Okay, I'll give you that.   Okay.

11  There's not always a contract between a

12  pharmacy and a manufacturer.

13       Q.   Of course.

14       A.   Okay.

15       Q.   In this situation, assuming there's

16  a contract between a pharmacy and a

17  manufacturer, then the manufacturer does not

18  deliver directly, so it must use some entity

19  to distribute the product.   You mentioned

20  wholesalers.

21       A.   Okay.

22       Q.   Is that possible?

23       A.   Correct.

24       Q.   Does that happen actually, to your

25  knowledge?

TX-D & W - 011067

GH000252

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1    A.   Yes.

2    Q.   Now, my question is:  How does the

3  wholesaler sell the product to the pharmacy

4  pursuant to the contract that exists between

5  the pharmacy and the manufacturer?

6    A.   Depends upon the terms that

7  everyone's worked out in the situation.  It

8  could be one of those charge backs, or it

9  could be something where it's between the

10  pharmacy and the manufacturer totally

11  completely, and the wholesaler is not involved

12  at all.

13    Q.   Let's first start with the charge

14  back.  How would the term "charge back" be

15  involved there?

16    A.   Again, I only have a peripheral

17  understanding of them, but my understanding is

18  if the wholesaler bought the product at one

19  price, sold it to the pharmacy, the pharmacy

20  has a lower price to which the wholesaler

21  agrees to charge the pharmacy, the

22  manufacturer pays the wholesaler the

23  difference between what he paid up front and

24  what the pharmacy paid.

25    Q.   Do you have -- now, thank you for

"Attorneys Eyes Only -
Outside Counsel Only"

1   that information.

2         Now, let's discuss the second

3   situation where there was no charge back.  How

4   would the product be distributed by the

5   wholesaler to the pharmacy without a charge

6   back?

7        A.  My supposition is the pharmacy pays

8   the wholesaler whatever he asks for, then asks

9   the manufacturer back money directly instead

10  of going back to the wholesaler.

11       Q.  Are you aware that that exists, that

12  some pharmacies receive charge backs directly

13  from the manufacturer?

14       A.  Not for sure, no.

15       Q.  Now, how does the First DataBank

16- system of price reporting account for charge

17  backs?

18       A.  Not involved.

19       Q.  Is there a pricing category that

20  considers charge backs?

21       A.  No, sir.

22       Q.  Is there a category that lists

23  prices net of charge backs?

TX-D & W - 011069

24       A.  No, sir.

25       Q.  Do you understand why there is not a

" Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1    category that accounts for charge backs?

2        A.  What's contract pricing?  We don't

3    list contract pricing.

4        Q.  And again, who is it that made the

5    decision not to list contract pricing?

6        A.  It's not been a data element since

7    I've got here, it's not been one that's been

8    asked for, so we don't have a contract pricing

9    field.

10       Q.  If your customers requested a

11   contract pricing field, would First DataBank

12   begin to provide that?

13       A.  If they come up with the appropriate

14   definition, or if we could.

15       Q.  How would you define a contract

16   price?

17       A.  It would be the price listed in the

18   contract, and so then we would have to

19   define -- find out how many contracts there

20   were, how many different prices there were.

21       Q.  Has that ever been considered?

22       A.  Not to my knowledge.

23       Q.  After the revelation of the Medicaid

24   AWPs by the Department of Justice, was there

25   any discussion at First DataBank about

TX-D & W - 011070

"Attorneys Eyes Only -
Outside Counsel Only"

1    requiring the publication of contract prices?

2         MS. WONG:  By First DataBank or by

3    wholesalers and manufacturers?

4    BY MR. ANDERSON:

5         Q.  Anybody that you're aware of.

6         A.  None whatsoever.

7         Q.  In a situation where there's a

8    contract price in place and a charge back

9    process occurs, if a third-party reimbursement

10   entity pays off of wholesale net, has that

11   third-party reimbursement entity paid an

12   accurate reimbursement?

13        A.  Our definition of wholesale net is

14   the published price from the manufacturer,

15   which generally, to my knowledge, published

16   prices do not include charge backs.

17        Q.  Wholesale net is to describe the

18   published price by the manufacturer to the

19   wholesaler?

20        A.  Right.

21        Q.  Is wholesale net to describe the

22   cost of the wholesaler?

23        A.  No, sir.

24        Q.  It's not?

25        A.  Wholesale net is the published price

TX-D & W - 011071

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1    the manufacturer sells to the wholesaler.

2         Q.  And my question is:  Is that term

3    supposed to describe the cost of the

4    wholesaler?

5          A.  You mean -- the cost of the -- it's

6    the published price of the manufacturer to the

7    wholesaler.

8         Q.  And what is that intended to

9    describe?

10        A.  It is the price that the

11   manufacturer published as being their

12   wholesale acquisition cost.

13        Q.  How can a manufacturer have a

14   wholesale acquisition cost?

15        A.  That's the price they say they're

16   selling it to the wholesaler.  It's the price

17   for the wholesaler to acquire the product

18   that's published.

19        Q.  So to you, it does describe the cost

20   to the wholesaler to acquire the product?

21        A.  That is published.

22        Q.  That is published?

23        A.  If they're able to drive a contract

24   and get a better price, that is not a field

25   that we have.

TX-D & W - 011072

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1    Q.   And do you have any understanding of

2  when they drive a contract how that impacts

3  reimbursement?

4    A.   No, sir.

5    Q.   You don't have any understanding of

6  that?

7    A.   When a wholesaler gets a contract

8  with a manufacturer to purchase something,

9  let's say it's better than the published

10 price, you want to know how that affects

11 reimbursement?

12   Q.   Yes.

13   A.   As far as reimbursement to the

14 wholesaler?  Reimbursement to the pharmacy?

15   Q.   Do wholesalers ever receive

16 reimbursement?

17   A.   From?

18   Q.   From any entity that reimburses for

19 drugs.

20   A.   Well, the pharmacy pays them for the

21 products, so they are being reimbursed by the

22 pharmacy that purchased it from them.

23   Q.   Well, that's not a reimbursement.

24 That's just a payment.

25   A.   Okay.  Define "reimbursement" for

TX-D & W - 011073

"Attorneys Eyes Only -
Outside Counsel Only"

1   me.

2       Q.  You're in the drug industry.  Don't

3   you know what a drug reimbursement is?

4       A.  Yes, I do.  I could reimburse you

5   for money you loaned me for lunch.

6       Q.  You're in the drug industry, and all

7   day I thought we've been discussing drug

8   reimbursement.

9       A.  As far as a third party or a payer

10  paying a pharmacy is how you're defining

11  reimbursement?

12      Q.  Absolutely.

13      A.  Okay.  I'm just making sure we're

14  clear.

15      Q.  Right now, please tell me if there's

16  any questions that you've answered all day

17  where you're talking about third-party

18  reimbursement as some type of reimbursement

19  that doesn't involve the payment for

20  pharmaceuticals.  Please let me know.

21      A.  I think we just got confused between

22  each other.  I didn't intend to do that.  I'm

23  sorry.

24      Q.  Okay.                TX-D & W - 011074

25      A.  You're asking me a wholesaler buying

1    a product for less money from the manufacturer

2    than the published price, does that affect

3    reimbursement?

4         Q.   Yes.

5         A.   You're saying reimbursement to the

6    pharmacy from a third party?

7         Q.   Yes.

8         A.   The wholesaler bought something at a

9    better price, would it affect the person -- I

10   don't know, because I don't know what he then

11   charged the pharmacy, and I don't know what

12   the pharmacy billed the third-party

13   reimbursement.

14        Q.   Well, let's take the situation where

15   the pharmacy is the entity with the direct

16   contract with the manufacturer.

17        A.   Okay.

18        Q.   You'd know what the pharmacy has

19   paid?

20        A.   I generally don't know what the

21   pharmacy has paid.

22        Q.   Well, you understand that contract

23   pricing exists?

24        A.   Right.

25        Q.   You understand that pharmacies

TX-D & W - 011075

"Attorneys Eyes Only -
Outside Counsel Only"

1   purchase pursuant to contracts?

2        A.  Sometimes, yes.

3        Q.  And you understand that First

4   DataBank does not have a data element that

5   describes contract prices?

6        A.  That's correct.

7        Q.  And my question to you is:  Do you

8   understand how that would impact third-party

9   reimbursement?

10       A.  If I -- if what?  I'm sorry.  I'm

11  really trying to follow your question.

12       Q.  There is a contract in place --

13       A.  Okay.

14       Q.  -- for a drug --

15       A.  Okay.

16       Q.  -- paid for, pursuant to that

17  contract by a pharmacy.

18       A.  Okay.

19       Q.  There is also a WAC price --

20       A.  Okay.

21       Q.  -- in place.

22       A.  Okay.

23       Q.  First DataBank bank receives this

24  WAC information --

25       A.  Okay.

TX-D & W - 011076

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

136
GH000261

1    Q.  -- publishes it to third-party

2  reimbursement.

3    A.  And the pharmacy.

4    Q.  And the pharmacy.

5    A.  Okay.

6    Q.  And the pharmacy purchases pursuant

7  to the contract.

8    A.  Okay.

9    Q.  You agree that First DataBank does

10  not have a data element that reflects the

11  contract price?

12    A.  Correct.

13    Q.  I'm asking:  Do you understand how

14  that would impact reimbursement?

15    A.  The contract price?

16    Q.  The use of the contract price.

17    A.  It would depend upon the contract

18  between the third-party payer and the

19  pharmacy.  If the contract says you'll bill me

20  by using the wholesale net price from First

21  DataBank, then there's no impact.  If it says

22  you'll bill me using your contract price from

23  a manufacturer, the less of, then it could be

24  less if the contract specified a lower price.

25    Q.  Let's say the pharmacy receives from

" Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

GH000262

TX-D & W - 011077

1    the third-party reimbursement entity wholesale

2    acquisition cost plus some percent as the

3    basis for reimbursement?

4         A.   Okay.

5         Q.   If the contract price is in place,

6    would that reimbursement accurately reflect

7    the cost to the wholesaler?

8         A.   Let me just make sure I walk through

9    this and answer you correctly.  Okay.  The

10   contract between the pharmacy and the third

11   party says, "I will pay you at wholesale net

12   as specified in the First DataBank price

13   file."  Right?  There is nothing in that

14   contract about "You will bill me less than the

15   wholesale net price if you've got it at a

16   better price.".

17        Q.   Have you ever heard of the wholesale

18   cost plus system?

19        A.   As it relates to wholesalers

20   charging their customers?  We just went

21   through --

22        Q.   I understand that you've described

23   that.  Have you ever heard of the wholesale

24   cost plus system in the context of

25   reimbursement?

TX-D & W - 011078

"Attorneys Eyes Only -
Outside Counsel Only"

1   A.  NO.

2   Q.  Do you have an understanding that

3   third-party payers do, in fact, have contracts

4   with pharmacies in which they specifically

5   state that they will pay based upon wholesale

6   net?

7   A.  I understand they have contracts.  I

8   don't know what the actual terms of those

9   contracts are, but the third parties always

10  have contracts with the pharmacies, is my

11  understanding.

12  Q.  Assume with me that a third-party

13  payer had a system based upon reimbursement of

14  wholesaler cost plus a percentage.  If you

15  were that third-party reimburser, what would

16  you pay off of?

17  A.  What the pharmacies submitted to me

18  to be paid off of.

19  Q.  What the pharmacy submitted to you?

20  A.  Yes.  The pharmacist actually

21  submits the amount that they are to bill or

22  that they're billing the third party.

23  Q.  Do you understand that First

24  DataBank's services and data are used for

25  reimbursement?

TX-D & W - 011079

"Attorneys Eyes Only -
Outside Counsel Only"

1          A.  Yes, I do.

2          Q.  If pharmacies were submitting their

3    actual cost to third-party payers, would that

4    drastically reduce First DataBank's business?

5          A.  I don't think so.

6          Q.  What percentage of First DataBank's

7    customers or third-party reimbursers?

8          A.  I do not know.

9          Q.  A large proportion?

10         A.  I do not know.

11         Q.  A significant proportion?

12         A.  I have no idea who our customers are

13   outside of our general experience with them.

14   I don't know what contributes to our revenue

15   and what doesn't.

16         Q.  Well, do you have significant

17   experience with third-party payers in your job

18   at First DataBank?

19         A.  Only to answer the questions that

20   come through customer support.

21         Q.  It's your understanding that First

22   DataBank does business with third-party

23   reimbursement entities?

24         A.  Yes, sir.

25         Q.  And presumably that's because          TX-D & W - 011080

"Attorneys Eyes Only -
Outside Counsel Only"

1    third-party reimbursement entities need First

2    DataBank's information, right?

3        A.   Why do they need our information,

4    sir?

5        Q.   I'm asking you.  You work for First

6    DataBank.  Do you understand why First

7    DataBank is selling information?

8        A.   We provide a service of listing all

9    these products per specified fields that we

10   have.

11       Q.   Do you understand why a third-party

12   reimbursement entity would need that

13   information?

14       A.   One, they want to make sure the NDCs

15   are accurate, and they want to have some sort

16_  of reflection of the price.

17       Q.   Do they need that reflection of the

18   price for a purpose?

19       A.   You would to have ask them, sir.

20       Q.   Do you have an idea of why they need

21   that reflection of price?

22       A.   I think they're using it as a

23   benchmark.

24       Q.   A benchmark to do what?

25       A.   For their reimbursement service.

TX-D & W - 011081

"Attorneys Eyes Only -
Outside Counsel Only"

1    Q.  If a benchmark price such as

2    wholesale net, also known as wholesale

3    acquisition cost, does not reflect contract

4    pricing, do you believe that those third-party

5    reimbursers are receiving accurate

6    information?

7        A.  It depends on what they've agreed to

8    reimburse the pharmacy at.

9        Q.  Assume with me that they've agreed

10   to reimburse the pharmacy at wholesaler cost.

11       A.  Based on -- usually those contracts,

12   from my understanding, are much more specific

13   than that.

14       Q.  Well, assume --

15       A.  They would specify what they are

16   going to pay them at, and the pharmacy would

17   agree to that reimbursement.  It's up to the

18   pharmacy to bill appropriately.

19       Q.  Have you ever heard of gamesmanship

20   in the pharmaceutical industry?

21       A.  Gamesmanship.

22       Q.  Do you know of any games that are

23   played with billing?

24       A.  I hear allegations, but I do not

25   know the specific games, sir.

TX-D & W - 011082

GH000267

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1    Q.  You never heard of manufacturers

2  playing games?

3    A.  As far as what, sir?

4    Q.  As far as pricing, as far as

5  reimbursement.

6    A.  Only what I've read in the "Pink

7  Sheet" about what they've said about TAP and

8  Bayer.

9    Q.  What is it that TAP and Bayer

10  allegedly did?

11    A.  Allegedly it was in the Medicare

12  market, and they were billing more than what

13  the doctors were actually paying for the

14  product.

15    Q.  Do you understand that that's going

16  on now with generic drug makers?

17    A.  That they're what, sir?  That the

18  doctors are billing -- was it in the Medicare

19  market?

20    Q.  Do you understand in the Medicaid

21  realm that drug reimbursements are excessive

22  in relation to wholesaler's costs?

23    A.  You're asking me if things that

24  usually have a HCFA upper limit, if there's

25  gamesmanship going on, or am I aware that

TX-D & W - 011083

GH000268

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1    there's --

2        Q.  Do you understand what an upper

3    limit is?

4        A.  Yes, sir, I do.

5        Q.  What's an upper limit?

6        A.  It's 150 percent of the highest

7    price WAC published in the red book of First

8    DataBank.

9        Q.  So an upper limit is directly

10   related to wholesale acquisition cost?

11       A.  The published price, yes, sir.

12       Q.  So to the extent that published

13   price is not accurate, then the federal upper

14   limits would not be accurate?

15       A.  I'm not going with you, sir, on the

16   accuracy of that number.  That's where I keep

17   taking exception with you, because the

18   published price is what we're going by.

19   You're trying to tie published pricing into

20   what someone's cost is.  And that's why I'm

21   saying I'm not going to go -- it's called

22   inaccurate --

23       Q.  Great.

24       A.  -- because they're two different

25   terms.

TX-D & W - 011084

GH000269

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1        Q.   I think now we've narrowed the issue

2   to this:  Wholesaler cost is not reflected by

3   wholesale net price?

4        A.   It could be.

5        Q.   But it's not?

6        A.   It may or may not be, sir.

7        Q.   Is it typically?

8        A.   I don't know, sir, because I don't

9   have access to what everyone is paying for

10  those products.

11       Q.   Well, given that your price

12  definition of wholesale net is published

13  price, there is no relationship between

14  wholesale net as it's a defined term of First

15  DataBank and wholesale cost?

16       A.   That's --

17       MS. WONG:  Is that a question?

18       MR. ANDERSON:  Yes, that's a question.

19       THE WITNESS:  I don't know the answer to

20  that.

21  BY MR. ANDERSON:

22       Q.   You don't know the answer to that?

23       A.   No, sir, I do not.

24       Q.   One way or the other?

25       A.   No, sir, I do not.          TX-D & W - 011085

"Attorneys Eyes Only -
Outside Counsel Only"

1        Q.  Why don't you?

2        A.  Because it's not what I do.  I

3   publish the price that was given as the

4   published wholesale acquisition cost by the

5   manufacturer.  What people actually pay is a

6   different thing.

7        Q.  If I were to define a cup of coffee

8   as a horse, and then I were to represent that

9   that is a horse, and then someone were to walk

10  in and say, "Can I have that cup of coffee,"

11  and I say, "No, that's a horse," does that

12  make any sense?

13       A.  If we both decided to agree that we

14  were both going to define coffee as horse,

15  yes, it would.

16       Q.  Is that what First DataBank has done

17  with the manufacturers?

18       A.  Done what, sir?

19       Q.  Well, you said if we agreed to

20  define this coffee cup as a horse --

21       A.  No, sir, to our customers.

22       Q.  Have you agreed with your customers

23  that you would define wholesale net as a

24  simple published unmeaningful number?

25       A.  I've defined wholesale net as it

TX-D & W - 011086

1CH000271

"Attorneys Eyes Only -
Outside Counsel Only"

1   relates to the database numerous times.   I

2   never called it "meaningless."   You did.   The

3   number has a meaning.

4       Q.   What is the meaning?

5       A.   The wholesale net that's published

6   by First DataBank is the published wholesale

7   cost to the wholesaler from the manufacturer.

8       Q.   And what does that number reflect?

9       A.   The published price given by the

10  manufacturer, the one they put out there as

11  being the cost.

12      Q.   So it should reflect the cost to the

13  wholesaler?

14      A.   As to what they actually sought the

15  wholesaler at.   That is not a definition in

16  the data element.   That is not something we

17  report it to be.   That's another issue.

18      Q.   Has that issue been addressed, to

19  your knowledge?

20      A.   As far as?

21      Q.   Whether the published price should

22  reflect wholesale cost?

23      MS. WONG:   Addressed by First DataBank

24  or some other entity?

25      MR. ANDERSON:   Yeah.

TX-D & W - 011087

"Attorneys Eyes Only -
Outside Counsel Only"

1      Q.   Anyone, to your knowledge.

2      A.   You're going down a path that I'm

3  not sure I'm buying into, because I think

4  wholesale acquisition cost in many times on

5  many products is actually the cost that people

6  pay.

7      Q.   What drugs does it not reflect the

8  prices that people actually pay?

9      A.   I don't know.  That's where we're

10  separating on this is, because you're trying

11  to call it a meaningless number and an

12  accurate number, and I'm going, "I don't think

13  that's a true statement."

14      Q.   Give me an example of where it is

15  accurate.

16      A.   Based on the definition of wholesale

17  net, it is accurate, every one of them, on our

18  database.  But you're trying to tie my

19  published definition to a price of what I say

20  it is to something else.  And I'm going,

21  "That's not what it is."

22      Q.   You stated that with some drugs

23  wholesale acquisition cost, also known as

24  wholesale net, actually reflects wholesale

25  cost?

TX-D & W - 011088

"Attorneys Eyes Only -
Outside Counsel Only"

1       A.  No. Equals the cost paid by the
2   wholesaler to the manufacturer.
3       Q.  That's true?
4       A.  (Witness nods head.)
5       Q.  Do you understand what drugs that's
6   true for?
7       A.  Usually single source brand name
8   drugs.  That's usually a true statement.
9       Q.  Okay.
10       A.  But I have no hard, fast knowledge
11   of that.
12       Q.  Where -- okay.  Sorry to cut you
13   off.
14       A.  Just general information.
15       Q.  When did you acquire that general
16   information?
17       A.  I think that's been known for a long
18   time.
19       Q.  All right.  What about concerning
20   generic drugs?
21       A.  I think there's possibilities that
22   all kinds of people in that marketplace are
23   able to negotiate better prices.  I have no
24   firsthand knowledge, but I know some people
25   take great pride in negotiating prices better

148

GH000274

" Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011089

1  than other people.  So what one cost is versus

2  another cost on some of those markets, I don't

3  know.

4      Q.  When is it that you first became

5  aware that people took great pride and were

6  able to negotiate these other prices?

7      A.  It's not something that I talk about

8  or discuss with, but they have organizations

9  of chains and wholesalers that their whole job

10  is to drive contracts.

11      Q.  Would it be true, then, for

12  generics, generally, wholesale net, also known

13  as wholesale acquisition cost, does not

14  reflect wholesaler cost?

15      A.  When you define wholesaler cost, are

16  you talking about what a wholesaler paid, and

17  then there's a charge back involved?  It's a

18  very complicated picture.  I'm not going to -

19  answer that, because I don't really know the

20  answer.  I know what my field is.  Does that

21  make sense?

22      Q.  Well, yes.  When did you become

23  aware of these charge backs?

24      A.  I knew there were charge backs out  TX-D & W - 011090

25  there probably since the early '80s, but I did

19H000275

"Attorneys Eyes Only -
Outside Counsel Only"

1  not deal with them.  I was not involved with

2  them.

3      Q.  When did you become aware that

4  charge backs, as they're connected to contract

5  pricing, was becoming more prevalent in the

6  generic industry?

7      A.  I don't think I ever had that

8  understanding, sir.

9      Q.  Well, do you understand now that

10  contracts and, as a result, charge backs are

11  more involved in the generic industry than

12  they are in the brand industry?

13      A.  I could make that assumption.

14      Q.  And you can make that assumption

15  based upon your significant 25-plus year

16  experience in the drug industry?

17      A.  Yes.

18      Q.  Do you have any understanding as to

19  why that has occurred in the generic industry?

20      A.  Competition.

21      Q.  Competition based upon price?

22      A.  Yes.  Ability to supply, price

23  ability to supply, reputation.  Several

24  factors I would take into account.        TX-D & W-011091

25      Q.  Do you have any understanding of why

" Attorneys Eyes Only -
Outside Counsel Only"
BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1    the WAC prices have not fallen to reflect that

2    competition on price?

3        A.   I'm not sure they have.

4        Q.   Do you find that your WAC prices for

5    generic drugs are routinely changed?

6        A.   WAC prices do change.  Whether

7    they're by brand or generic, I haven't drawn

8    those summaries or those analogies.

9        Q.   How often, roughly, does a WAC price

10   on a generic drug change?

11       A.   I couldn't even begin to guess, sir.

12   And I'm not being an obstructionist, it's just

13   if you saw how many prices that we have come

14   in every day, I couldn't even begin to guess.

15       Q.   Do you understand who has decided

16   that -- what sector of the industry has

17   decided to utilize contract pricing in the

18   generic drug industry more than in the branded

19   drug industry?

20       A.   Do I understand what sector for what

21   purpose?

22       Q.   Well, do you understand -- you said

23   earlier that they're driving a contract.

24   Who's driving the contract?

25       A.   Could --

TX-D & W - 011092

GH000277

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1      Q.  Well, it would be difficult to find

2  the specific passage and get it read back.

3  And if I'm mischaracterizing your testimony,

4  you let me know right away.

5      A.  Okay.

6      Q.  Earlier you made the statement that

7  if they can drive a contract --

8      A.  Usually the purchaser.

9      Q.  Okay.

10     A.  Okay.  The purchaser, they want to

11  get the best price they can.

12     Q.  And who do you understand to be

13  those purchasers in the generic drug industry?

14     A.  The purchaser could be a wholesaler,

15  could be the chain pharmacy, could be a retail

16  pharmacy, could be a hospital buying group.

17     Q.  Could it be a GPO of retail

18  pharmacies?

19     A.  I said earlier I didn't know about

20  GPOs in the retail pharmacy.

21     Q.  I apologize.  I missed that.

22     A.  It could be a buying group for a

23  retail pharmacy.

24     Q.  Okay.

25     A.  Generally characterized as buying

TX-D & W - 011093

"Attorneys Eyes Only -
Outside Counsel Only"

153
GH000278

1    groups, not GPOs.

2         Q.   GPOs, am I using the word

3    inappropriately?

4         A.   I think so.

5         Q.   How do you define GPOs?

6         A.   Generally they're referred to as

7    hospital buying groups versus retail ones.

8         Q.   And a retail buying group is just

9    known flatly as a buying group?

10        A.   Correct.

11        Q.   Now, do you have any understanding

12   of why it is that buying groups are able to

13   drive contracts and receive contract pricing

14   in the generic industry?

15        A.   Based on competition, ability to

16   supply, quality, things of that sort.  Okay.

17   Does that answer --

18        Q.   Yes.  Why would a buying group not

19   be able to do that with generic drugs?

20        A.   You just asked me about generic

21   drugs.

22        Q.   I mean -- my mistake -- branded

23   drugs.

24        A.   Lack of competition.

25        Q.   If a drug manufacturer understood

TX-D & W - 011094

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

G4000279

1    how a given state Medicaid reimbursed for its

2    drugs --

3         A.   That's public record.

4         Q.   Okay.  So you understand that drug

5    manufacturers understand how states reimburse

6    for their drugs?

7         A.   Mm-hmm.

8         Q.   Is that common knowledge?

9         A.   Yes, sir.

10        Q.   How do drug manufacturers get that

11   information?

12        A.   I was just familiar with it from an

13   organization called the National

14   Pharmaceutical Council who gathered it from

15   every state every year.  I have not seen that

16   in years, though.

17        Q.   Does the National Pharmaceutical

18   Council publish some type of book that has all

19   of the state Medicaid reimbursement methods?

20        A.   Yes, sir.

21        Q.   And does it specifically break down

22   the formula for that state's Medicaid

23   reimbursement?

24        A.   Last I recall, yes.

25        Q.   Have you physically seen one of    TX-D & W - 011095

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1   those?

2       A.   Not for at least three or four

3   years, but yes.

4       Q.   When you were at Abbott, did y'all

5   have a National Pharmaceutical Council book?

6       A.   Mm-hmm.

7       Q.   Is there a term that's used to

8   describe that book?

9       A.   It was the Medicaid book.

10      Q.   It's just called the Medicaid book?

11      A.   Right.

12      Q.   Can you imagine that any generic

13  pharmaceutical company could manufacture drugs

14  and sell drugs without having the Medicaid

15  book?

16      A.   They didn't belong to NPC, sir.

17  That was a brand organization.  It has to be a

18  regulation what the state Medicaid

19  reimbursement rate is, so it's not anything

20  that's confidential.

21      Q.   Sure.  Do you understand that

22  manufacturers routinely review state Medicaid

23  regulations to understand state reimbursement?

24      A.   I would think they would, yes.

25      Q.   Would it surprise you if they

TX-D & W - 011096

GH000281

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

"Attorneys Eyes Only -
Outside Counsel Only"

1   didn't?

2        A.  No, it wouldn't.  Based on some of

3   the manufacturers I talked to periodically

4   throughout the years, it wouldn't surprise me

5   that some aren't looking at things they should

6   be.

7        Q.  Do you have any understanding as to

8   whether First DataBank provides information to

9   drug manufacturers about how state Medicaids

10  reimburse for drugs?

11       A.  It wouldn't be in my area of

12  expertise, sir.

13       Q.  We might have plowed this ground

14  before.  Who is it that would be charge in

15  this area?

16       A.  Mariah Hickey is in programming, and

17  Kathy Chadwick would answer the questions.

18       Q.  All right.  Do you know where the

19  National Pharmaceutical Council is based?

20       A.  Reston, Virginia.

21       Q.  R-u-s-t-o-n?

22       A.  R-e-s-t-o-n.  Reston, Virginia.

23       Q.  Now, given the assumption that drug

24  manufacturers understand how a given state

25  reimburses for its drugs --

TX-D & W - 011097

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

1          A.   Okay.

2          Q.   -- if a drug manufacturer

3     understands that, and they are not disclosing

4     their contract pricing in the generic area,

5     would that be a fair representation so that

6     that -- a fair drug price representation so

7     that the reimbursing party could reimburse

8     accurately?

9          A.   Usually generic drugs are paid off

10    of upper limits, sir, not off of their WAC or

11    their AWP.

12         Q.   Okay.  I understand that some

13    generics are paid off of upper limits.  Are

14    upper limits directly related to the wholesale

15    acquisition costs that are disclosed by

16    wholesalers -- I mean, pardon me,

17    manufacturers?

18         A.   150 percent of the lowest-priced

19    WAC.

20         Q.   So if the wholesale acquisition

21    costs, also known as the net wholesale costs,

22    are not reflecting contract prices, then the

23    FUL prices, or the MAC prices are also not

24    going to reflect that contract pricing?

25         A.   But you're presuming there's one

TX-D & W - 011098

"Attorneys Eyes Only -
Outside Counsel Only"

1    contract price, and there's numerous contract

2    prices, is my understanding.

3         Q.  Well, it's not reflecting any of

4    those contract prices, is it?

5         A.  That's correct.

6         Q.  Okay.

7         A.  Well, I don't know that.  It could.

8    I don't know what the prices are in the

9    contract.

10        Q.  Assuming the contract prices are

11   less than the wholesale acquisition cost, it's

12   not reflecting --

13        A.  Assuming that --

14        Q.  -- those contract prices?

15        A.  That would be fair.

16        Q.  Now, with those assumptions, and the

17   understanding that the manufacturer has an

18   understanding of the reimbursement method by a

19   state Medicaid authority, is that a fair

20   representation upon which the state Medicaid

21   authority can base its reimbursement?

22        A.  I don't know how to define "fair."

23   But would it reflect the price?  Probably not.

24        Q.  All right.  I apologize if the

25   questioning was confusing, and I appreciate

TX-D & W - 011099

"Attorneys Eyes Only -
Outside Counsel Only"       BEHMKE REPORTING & VIDEO SERVICES
                                   (650) 359-3201

1    your time.

2         Is there anything that you would

3    like to correct, as you sit here now?

4         A.   No, because I think you've confused

5    me.

6         Q.   Well, I've been known to do that

7    before.  So there's nothing that you would

8    like to mention at this point?  You'll have

9    the opportunity to read your deposition.

10        A.   Yeah.  I always like to reflect on

11   these things and think, and I think we've done

12   a good job.

13        Q.   Okay.  I thank you for your time,

14   and I'll reserve the remainder of my

15   questions.

16        (At 4:40 p.m. the deposition

17        proceedings concluded.)

18

19        _____

20             PATRICIA KAY MORGAN

21

22

23

24

25                              TX-D & W - 011100

"Attorneys Eyes Only -
Outside Counsel Only"

TXH000285

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  STATE OF CALIFORNIA -                          ) ss.

2                                                 )

3  CITY OF COUNTY OF SAN MATEO                    )

4            I hereby certify that the witness in

5  the foregoing deposition, PATRICIA KAY MORGAN,

6  was by me duly sworn to testify to the truth,

7  the whole truth and nothing but the truth, in

8  the within-entitled cause; that said

9  deposition was taken at the time and place

10 herein named; that the deposition is a true

11 record of the witness' testimony as reported

12 by me, a duly Certified Shorthand Reporter and

13 disinterested person, and was thereafter

14 transcribed into typewriting by computer.

15           I further certify that I am not

16 interested in the outcome of said action nor

17 connected with, nor related to, any of the

18 parties in said action, nor to their

19 respective counsel.

20           IN WITNESS WHEREOF, I have hereunto

21 set my hand this 6th day of February, 2002.

22

23   _____

24      SUZANNE I. ANDRADE, CSR 10682

25      STATE OF CALIFORNIA

"Attorneys Eyes Only -
Outside Counsel Only"

BEHMKE REPORTING & VIDEO SERVICES
(650) 359-3201

TX-D & W - 01110
GH000286

161

## LAWYER'S NOTES

| Page | Line | |
|------|------|---|
| | | |

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011102

GH000287

# PERKINS COIE LLP

180 TOWNSEND STREET, 3RD FLOOR · SAN FRANCISCO, CALIFORNIA 94107-1909
TELEPHONE: 415 344-7000 · FACSIMILE: 415 344-7050

February 26, 2002

RECEIVED

MAR 0 5 2002

Office of the Attorney General
Elder Law and Public Health Division

**VIA U.S. MAIL**

Ms. Suzanne I. Andrade, CSF # 10682
Behmke Reporting & Video Services
1320 Adobe Drive
Pacifica, CA 94044

Re:   In Re: *Texas Civil Investigative Demand to First DataBank, Inc.*
*Deposition of Patricia K. Morgan*

Dear Ms. Andrade:

Thank you for providing the transcript of the January 28, 2002 deposition of Patricia K. Morgan in the above-referenced matter. As counsel for First DataBank, Inc., and based on Ms. Morgan's review of the transcript, we request the following changes to the transcript:

1.   p. 14, line 12: Change "after I had an appendicitis" to *"after I had appendicitis"*

2.   p. 35, line 5: Change "Do" to *"Due"*

3.   p. 51, line 17: Change "Mariah" to *"Mareah"*

4.   p. 51, line19: After "systems and before customer" *insert a comma.*

5.   p. 52, line 1: Change "Mariah" to *"Mareah"*

6.   p. 57, line 11: Change "not" to *"now"*

7.   p. 65, line 18: Change "Mariah " to *"Mareah"*

8.   p. 65, line 20: Change "Mariah" to *"Mareah"*

9.   p. 105, line 11: Change "Scripps" to *"Scripts"*

10   p 105, line 19: Change "Scripps" to *"Scripts"*

11.  p. 105, line 21: Change "Med Impact" to *"Med-Impact"* and change "Well Point" to *"WellPoint"*

12.  p. 107, line 25: Change "Proctor" to *"Procter"*

"Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 011103

ANCHORAGE BELLEVUE BOISE DENVER HONG KONG LOS ANGELES MENLO PARK PORTLAND SAN FRANCISCO SEATTLE SPOKANE TAIPEI WASHINGTON

GH000288

[28944-0004/BY020530.009]

Suzanne I. Andrade
February 26, 2002
Page 2

13.    p. 108, line 22:  Change "bills" to *"deals"*

14.    p. 110, line 9:  Change "Scripps" to *"Scripts"*

*15.*    p. 144, line 7:  Change "red book of " to *"Redbook or "*

16.    p. 147, line 14:  Change "sought" to *"sold"*

17.    p. 148, line 12:  Change "accurate" to *"inaccurate"*

18.    p. 157, line 16:  Change "Mariah" to *"Mareah"*

Thank you for your attention to this matter.  Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

John P. Kern
Counsel for First Databank, Inc

cc:    C. Jarrett Anderson, Esq., Assistant Attorney General, State of Texas
Patricia K. Morgan, First DataBank, Inc.

" Attorneys Eyes Only -
Outside Counsel Only"

TX-D & W - 01-0400289

[28944-0004/BY020530.009]

2/26/02



**Warrick**
PHARMACEUTICALS

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

October 19, 1995

Ms. Beth Rader
Price Alert
**First Databank**
1111 Bayhill Drive Suite 350
San Bruno  CA   94066

Dear Ms. Rader:

Please list the following newly introduced Warrick Pharmaceuticals product in
your pricing guide or file, effective October 25, 1995.

| Product | Pkg. Size | NDC 59930- | AWP | Net |
|---|---|---|---|---|
| Augmented Betamethasone Dipropionate Ointment 0.05% | 15 g | 1575-1 | $21.47 | 15.50 |
| Augmented Betamethasone Dipropionate Ointment 0.05% | 45 g | 1575-2 | $43.20 | 31.65 |

Thank you for your prompt attention to this matter.

If you have any questions regarding Warrick Pharmaceuticals
products, please do not hesitate to contact me   ̈ 908-6 ̈

_31070_

Sin

Har

Change to
ointment
31010

DEPOSITION
EXHIBIT
382

Morgan 11/13/02

FDB 001630    GH000290

TX-D & W - 012317