Interview #45

A total of 367 patients are registered with this center, but only half actually require regular treatment. The others either do not treat except in emergency. The age distribution of the patients is as follows:

| | |
|---|---|
| Less than 13 years | 59 |
| 13 to 19 years | 53 |
| Over 20 | 249 |
| Total | 361 |

## Their distribution by coagulation disorder is as follows

| | |
|---|---|
| Hemophilia A | 201 |
| Hemophilia B | 72 |
| von Willebrand & Other blood disorders | 73 |
| Acquired hemophilia with inhibitors | 15 |
| Total | 361 |

The product/patients mix among the active patients is as follows

| Product | | Product | |
|---|---|---|---|
| DDAVP only | 21 | BeneFIX | 40 |
| Kogenate | 26 | Mononine | 2 |
| Recombinate | 26 | Total | 42 |
| Monarc-M | 50 | | |
| Koate HP | 10 | | |
| Total | 133 | | |

The PUPs are systematically prescribed a recombinant Factor VIII or Factor IX concentrate. 36 patients have developed inhibitors. Due to its unavailability in 1995, Konyne 80 is no longer used to treat patients with inhibitors. Autoplex T, Feiba VH and NovoSeven are prescribed to them.

No patients is on immune tolerance. Seven inhibitor patients who were on IT lost their inhibitor (they were "tolerized"). Approximately twenty patients are currently on secondary prophylaxis and four are on primary prophylaxis. The prices charged to the patients by the treatment center are as follows:

| Product | Price to the Patient (per IU) | Product | Price to the Patient (per IU) |
|---|---|---|---|
| Bioclate | $ 0 92 | BeneFIX | $ 0 92 |
| Helixate | $ 0 92 | Mononine | $ 1 00 |
| Monarc-M | $ 0 49 | Proplex T | $ 0 60 |
| Monoclate P | $ 1 00 | | |
| Hemofil M | $ 0 84 | Autoplex T | $ 1 09 |
| Koate HP | $ 0.26 | Feiba VH | $ 1 05 |
| | | NovoSeven * | $ 0.97 |
| * Per mcg | | Hyate C | $ 1 81 |

DDAVP (4mcg/ml, 40ml vial) is charged $222 to the patient (intravenous formulation). The spray costs $418 (1 5mg/mL)

Interview #46

This center treats 90 (+15 new patients) hemophilia A, 14 (+1) hemophilia B, and 10 von Willebrand's disease patients (+4). 60% of the patients are adult, and 40% pediatric. The breakdown by severity follows

| | severe | moderate | mild | total |
|---|---|---|---|---|
| Hemophilia A | 43 | 15 | 32 | 90 |
| Hemophilia B | 6 | 6 | 2 | 14 |

78

GH000546

Among the von Willebrand's disease patients, seven are type I, one type IIa, one type IIb and one type III. The mild vWD patients use DDAVP, and the three severe use Humate P.

All hemophilia A and B patients use recombinant product (none on plasma derived). The center writes a prescription for recombinant without brand name unless the patient asks specifically for one. The home care companies fill the prescription based on product availability, assay cost and patient choice if requested. Accordingly, the patient/product mix is currently estimated as follows:

| | | | |
|---|---|---|---|
| Recombinate | 72 | BeneFIX | 14 |
| Kogenate | 9 | Total | 14 |
| Bioclate | 5 | | |
| Helixate | 4 | | |
| Total | 90 | | |

Product shortage has not been a major concern for this center in 1999, except for getting particular vial sizes. The acceptance of the second generation albumin-free rFVIII concentrates by the patients is unclear because they are not discussing it. As regards gene therapy, patients know a fair amount as it is discussed at the NHF chapter meetings. Two guest speakers made presentations on this subject recently. Patients, however, are "not jumping for it yet".

Eight patients have developed inhibitors. All are high responders using Feiba VH or NovoSeven to control bleeds. Six patients have tried immune tolerance - three successfully, one partially successful, and two failed. Ten patients are on primary prophylaxis, and ten on secondary prophylaxis.

All patients use a home care company. Most use Gentiva (Olsten), followed by Caremark, Apex, Bio Care, and New Factor.

According to this respondent, the main issues facing patients today are

1) Continued access to a specialized center;
2) HIV, hepatitis C, and disease progression,
3) Drug resistance (inhibitors (?), and
4) Maintaining joint health

This respondent feels that all the manufacturers contribute equally to the community.

Interview #47
This hemophilia treatment center serves 182 patients with Hemophilia A, 90 with Hemophilia B, 61 with von Willebrand's Disease, and 8 with other blood disorders.

155 patients, or about 45%, are pediatric patients (under 19 years) including 12 who are less than 2 years old. This center has a higher than usual proportion of hemophilia B patients because a large family with Factor IX-deficient individuals lives in the area. Two patients with von Willebrand's disease control their bleeds with Alphanate, one of them had a reaction to Humate P. Among the patients with "other bleeding disorders", two have Factor VII deficiency, and two have Factor XI deficiency. Among the "active" hemophilia patients, the product mix is estimated as follows:

| | | | |
|---|---|---|---|
| Kogenate | 40 | BeneFIX | 50 |
| Recombinate | 40 | AlphaNine SD | -- |
| Helixate | 1 | Mononine | 10 |
| Bioclate | 1 | Total | |
| Hemofil-M | 55 | | |
| Monarc-M | 20 | | |
| Total | 157 | | |

GH000547

17 patients (13 pediatric, 4 adults) have developed inhibitors  12 patients, all pediatrics, are on immune tolerance  Among the four adults, two use Feiba VH when they bleed, and two use NovoSeven  Hyate C is mainly used for inhibitor patients undergoing surgery  Three patients are on primary prophylaxis, and some 15 on secondary prophylaxis  The latter number varies according to the needs

Close to 100 patients use Olsten (now "Gentiva"), almost 50 use H-IS, some 20 use Caremark  Other home care companies serve another ten to fifteen patients

The treatment center buys factor concentrates from Gentiva under a consignment arrangement at the prices shown below

| Product | Acquisition Price |
|---|---|
| Kogenate | $ 0 69 |
| Recombinate | $ 0 73 |
| Helixate | $ 0 70 |
| Bioclate | $ 0 74 |
| Monarc-M | $ 0 36 |
| Hemofil-M | $ 0 48 |
| Monoclate P | $ 0 53 |
| Alphanate | $ 0 42 |
| Koate DVI | $ 0 33 |
| Profilate OSD * | $ 0 20 |
| BeneFIX | $ 0 79 |
| AlphaNine SD | $ 0 62 |
| Mononine | $ 0 77 |
| Bebulin VH | $ 0 27 |
| Konyne 80 | $ 0 26 |
| Proplex T | $ 0 19 |
| Profilnine SD | $ 0 26 |
| Feiba VH | $ 0 89 |
| Autoplex T | $ 0 77 |
| Hyate C | $ 1 36 |
| NovoSeven | $ 0 91 |

The clotting factors are purchased through a close bid tender, with a one year renewable contract.

* No longer manufactured

Interview #48
The hemophilia patient population of this center is as shown below

| | Severe | Moderate | Mild | Total |
|---|---|---|---|---|
| Hemophilia A | 11 | 5 | 25 | 41 |
| Hemophilia B | 5 | 3 | 10 | 18 |
| Total | | | | 59 |

All the patients are adults or teenagers, the youngest one is 16 years old  In addition to the hemophilia patients, 39 von Willebrand's disease patients are registered at this center, all type I except two type IIb  These severe vWD patients all use Humate P

33 hemophilia patients do not need any regular treatment, and one Factor VIII-deficient carrier uses Recombinate  There is no patient with inhibitors to Factor VIII or IX  The product/patients mix among those on home treatment is as follows

80

GH000548

| Product | | Product | |
|---|---|---|---|
| Hemofil M | 3 | BeneFIX | 5 |
| Monoclate P | 1 | Mononine | 1 |
| Kogenate | 1 | Sub-total | 6 |
| Helixate | 2 | | |
| Recombinate | 7 | | |
| Total | 14 | | |

The shortage of Alpha's and Centeon's products has compelled the patients to switch to Hemofil M and BeneFIX . A small number of them has remained on the Centeon's products which were **sporadically available**
Two patients are currently on secondary prophylaxis, none is on primary prophylaxis

20 patients are on home infusion  2 are affiliated with Caremark, 6 with Olsten ("Gentiva") one with HHS, 10 with the university home care program which has increased its membership impressively, from one patient last year to ten  Finally, one patient is still affiliated with NMC which is less focused on hemophilia than the others although its services are reported to be adequate  and one patient gets its clotting factors from Chronimed.

The treatment center staff has attended a training session about gene therapy, and conveyed some of the information to the patients  Five of them asked about this new treatment modality  and the  are believed to consider it if it is safe and effective

### Interview #49
The following acquisition prices apply to this hospital in January 2000  It is affiliated to the Novation GPO

| Product | Acquisition Price per IU | Product | Acquisition Price per IU |
|---|---|---|---|
| Bioclate | $ 0 73 | BeneFIX | $ 0 75 |
| Helixate | $ 0 68 | AlphaNine SD | $ 0 60 |
| Kogenate | $ 0 78 | Profilnine SD | $ 0 40 |
| Recombinate | $ 0 77 | Proplex T | $ 0 21 |
| Alphanate | $ 0 40 | Bebulin VH | $ 0 28 |
| Koate HP | $ 0 39 | | |
| Hyate C | $ 1 83 | Autoplex T | $ 2 52 |
| Humate P | $ 0 96 | Feiba VH | $ 0 59 |

### Interview #50
During the 1999 fiscal year, this State Pharmacy dispensed approximately

- 572,000 units of recombinant Factor VIII,
- 3.1 million units of monoclonal antibodies-purified Factor VIII,
- 57,000 units of intermediate purity Factor VIII,
- 629,600 units of recombinant Factor IX,
- One million units of "pure" Factor IX,
- 495,000 units of PCC, and
- 315,000 units of Activated Factor IX Complex

The following prices (per international unit) applied

| Product | Acquisition Price per International Unit |
|---|---|
| Kogenate | $ 0 61 |
| Recombinate | $ 0 64 |
| Bioclate | $ 0 60 |

81

GH000549

| Product | Acquisition Price per International Unit |
|---|---|
| Monarc-M | $ 0 32 |
| Monoclate P | $ 0 45 |
| Hemofil M | $ 0 36 |
| Alphanate | $ 0 34 |
| BeneFIX | $ 0 66 |
| AlphaNine SD | $ 0 54 |
| Mononine | $ 0 63 |
| Profilnine | $ 0 18 |
| Proplex T | $ 0 15 |
| Bebulin VH | $ 0 22 |
| Feiba VH | $ 0 70 |
| Autoplex T | $0 63 |

**Interview #51**

49 hemophilia A patients are treated at this center, 13 hemophilia B 43 with von Willebrand's disease and 8 persons with other blood disorders (platelet dysfunction, etc)  77 patients are less than 19 years old, 20 over 19

All the hemophilia patients (A or B) use a recombinant concentrate  However, one hemophilia A patient with an inhibitor uses Feiba VH  The patient/product mix is estimated as follows

| Kogenate/Helixate | 32 | BeneFIX | 13 |
|---|---|---|---|
| Recombinate/Bioclate | 17 | Total | 13 |
| Total | 49 | | |

The reason Kogenate/Helixate is primarily used at this center is historical, as it was involved in the Kogenate pre-licensure clinical trial, and the patients had no reason to change product once it was approved by the FDA

Two patients with inhibitors are on immune tolerance, one of them occasionally needs NovoSeven  Another inhibitor patient uses Feiba VH  Two patients who had an inhibitor have lost it  One is on maintenance, the other one, on demand

ReFacto will not bring any significant safety enhancement, as the presence of albumin in recombinant Factor VIII has not been an issue at this center  The choice will be offered to the patients, but no one has indicated that he would switch when the product becomes available  The question of the chromogenic assay to measure the Factor VIII level may be a slight problem initially but with practice, the treating staff will soon be able to use it as easily as the current Factor VIII level testing  It is believed that accuracy of the test will not be a problem

Almost every one of the hemophilia B patients get a higher dosage of BeneFIX than is indicated on the package insert, +50% instead of +20%

Some 6 vWD patients need Factor replacement on a regular basis, all Type IIb or III, and one peculiar Type I who bleeds frequently

Some two or three patients are on primary prophylaxis, defined at this center as the appearance of a frequent bleeding pattern  The regimen is an infusion every other day to maintain the Factor VIII at 2% of the normal level  For hemophilia B, the frequency is three times a week, to maintain the patient at 1% of the normal Factor VIII  In a prophylaxis regimen, he frequency of the infusion of Factor VIII is higher than the frequency of Factor IX infusions because Factor VIII has a 8 to 12 hours half life whereas the half life of Factor IX, including BeneFIX, is 18 to 24 hours  This is

GH000550

different from the recovery which gives a 2% increase in the Factor VIII level for each international unit infused while the increase for Factor IX is 1% per IU infused, and 0 8% for BeneFIX. hence the need to infuse more of it

Gene therapy is considered promising a patients are generally keen to know more about it. They realize that it is still at least five years away

Interview #52
On average, Dr D cares for five hemophilia patients with inhibitors, three hemophilia A and two hemophilia B

1) When a "significant" bleed occurs in a hemophilia patient with an inhibitor Dr D typically follows the treatment algorithm designed by an organization to which he belongs The algorithm starts with the infusion of a PCC If the bleeds does not stop, an aPCC (Feiba VH or Autoplex T) is used In case of life-threatening bleed, porcine Factor VIII or rFVIIa is prescribed [provided the conditions for the compassionate use are met] "No aPCC is used in life-threatening situations"

2) The inhibitor level determines the dosage It varies according to the product as well The range is quite wide, from 50 to 200 IUs per Kg bodyweight, typically 100 IUs per Kg for an aPCC A number of tests (BU level, etc ) are performed before deciding on a dosage [provided there is no life-threatening urgency]

Note according to a different source, the dosage used with Autoplex T ranges from 25 to 100 IUs per Kg bodyweight On average, 75 IUs are usually prescribed for a joint bleed Two infusions are generally enough to control the bleed The dosage used with Feiba VH is about the same (65 corrections units per Kg bodyweight) With NovoSeven as many as eleven infusions are reportedly needed to accomplish the same result The typical dosage with NovoSeven is 80mcg/Kg bodyweight

Massive infusions of factor VIII or IX can accomplish a good result when the product is infused in continuous infusion because the timing factor plays an important role in the treatment

Dr D does not know the price of each product but realizes that the cost of treating an inhibitor can run to $2,000 per day (including immune tolerance), and that it is much cheaper when a PCC is used

3) In case of hemarthrosis, PCC and aPCC are successful in 50% of the cases, and human albumin in 25% of the cases (control group) A paper published in the 1980 s compared PCC and Feiba, and concluded that there was no major difference in treatment outcome According to Dr D , NovoSeven is efficacious in 90% of the cases, and it could easily become the product of choice in the treatment of inhibitors

4) From the cost viewpoint, as mentioned earlier, the basic distinction is between "PCC" and "aPCC" Once the option "PCC" has been exhausted, the treating physician knows that he/she enters the land of the expensive products In case of life threatening bleed, the cost of product does not play any role

5) To the extent possible, elective surgery is avoided in hemophilia patients with an inhibitor If surgery must be performed – usually in some kind of emergency – all precautions are taken to avoid a bleeding accident First a massive dose of Factor VIII or IX is infused in the patient's system, then all the tests are made (recovery and half-life, etc), and appropriate safeguards are established, such the immediate availability of Autoplex T, Feiba VH or NovoSeven (or porcine Factor VIII)

6) Insurance companies do not have the faintest idea about hemophilia care [Since many doctors including many hematologists (said Dr D ) are often incompetent when faced with a serious

GH000551

hemophilia case, it is not surprising – and quite understandable   that insurers are ignorant about it, too]  The attitude of insurance companies is clear  either they pay or they don't  Fortunately, Dr D  and his patients have never been denied payment for inhibitor treatment in hemophilia  No question has ever been asked by the insurance companies    until now  Dr D  points out that the insurance companies would only cover (or strongly recommend) the exclusive use of PCC if they knew that it cost so much less than all the other products!

7)  The rationale for the plasmapheresis/Protein A column approach  is that a lowered IGG level (obtained through plasmapheresis) would increase the chances of a successful tolerization through immune tolerance  Dr  D  does not believe that "one follows the other", or that the immune tolerance will necessarily be successful because the IGG level is low  The fact  that this procedure has apparently been used with success in Scandinavia for many years is not convincing, as "there may be other factors"

GH000552

## ANNEXES

a)   Medical and Scientific Advisory Council (MASAC) of the National Hemophilia
     Foundation (NHF)  Recommendation #95, November 1999

b)   NHF, Community Alert'99. Vol. 6, November 1999  (extract) "Frequently
     asked questions about Gene Therapy", page 1-3

c)   Centers of Disease Control (CDC)  Report on the Universal Data Collection
     System (UDC), Janaury 2000, Vol 2, No 1

GH000553



**NATIONAL HEMOPHILIA FOUNDATION**
*for all bleeding disorders*

MASAC Recommendation # 95

# MEDICAL AND SCIENTIFIC ADVISORY COUNCIL RECOMMENDATIONS CONCERNING THE TREATMENT OF HEMOPHILIA AND RELATED BLEEDING DISORDERS
## (Revised November 1999)

*The following recommendations were approved by the Medical and Scientific Advisory Council (MASAC) on November 6, 1999, and adopted by the NHF Board of Directors on December 21, 1999*

## 1999 Medical and Scientific Advisory Council Members

Jeanne M. Lusher, MD, *Chair*

W. Keith Hoots, MD, *Vice Chair*

Gilbert C. White II, MD, *Vice Chair*

Alice Anderson, PT

Bruce Ewenstein, MD, PhD

Katherine High, MD

Elizabeth Holloman, RN, BSN, CCM

Robert L. Janco, MD

Randal J Kaufman, PhD

Susan Kocik, MSW

Marion A Koerper, MD

Roshni Kulkarni, MD

Marilyn Manco-Johnson, MD

Robert Montgomery, MD

Diane Nugent MD

Bea Pierce, RN, MSN

Glenn F Pierce, PhD, MD

Leonard Seef, MD

Stephanie Seremetis, MD

Amy Shapiro MD

Jerome Wiedel, MD

Stanley Yates, MS

*This material is provided for your general information only NHF does not give medical advice or engage in the practice of medicine NHF under no circumstances recommends particular treatment for specific individuals and in all cases recommends that you consult your physician or local treatment center before pursuing any course of treatment*

**PHYSICIANS**   Please distribute this information to all providers in your area who treat patients with hemophilia

**CHAPTERS**   Please distribute to your membership

116 West 32nd Street   11th Floor
New York, NY 10001
(800) 42-HANDI   (212) 328-3700   fax (212) 328 3477
www.hemophilia.org  info@hemophilia.org

GH000554



**Board of Directors**

**Officers**

Edward Jones President
am One Realtors
ida Oklahoma

Julien Price Vice President
Regence Blue Cross Blue Shield
Michele Utah

Andrew Voegtle Treasurer
Appraisal Research Corporation
Leighton Michigan

Lisa Fulham Secretary
Fulham & Associates
Scottsdale Arizona

Members
Roger Ailes
FOX News
New York, New York

Ronalynne Arnold, ScD
University of Massachusetts
Brookline Massachusetts

Bob Baras
Bell Atlantic
Great Falls Virginia

Edward Baskie
Kasten Health Services
Palm Harbor Florida

Michael Coyne MD
Berkshire Medical Center
Canfield Massachusetts

Mark Deneen
SFO Communications
San Francisco California

, MD
Medical Center
New York

Fred Ferguson
PR Newswire
New York New York

Elizabeth Fang, MSW PhD
Childrens Memorial Hospital
Chicago Illinois

Gregory Kerfoot
Sears Roebuck and Co
Naperville Illinois

Jordan Lurie MD
Loyola University Medical Center
Wheaton Illinois

Jeanne Lusher MD
Childrens Hospital of Michigan
Rochester Hills Michigan

Beatrice Pierce RN, MSN
Rancho Santa Fe California

Carlos Ruiz
Miami VA Medical Center
Hialeah Florida

Mark Stunner
American Insurance Association
Houston Texas

Christopher Vaccaro
Seattle Washington

Jan van Eys PhD MD
Vanderbilt University School
of Medicine
Nashville Tennessee

Jill Williams Moberly
Watsons & Company
Bloomington Indiana

Shirley Wilson
Hemophilia Foundation
of Minnesota and the Dakotas
Minnesota

E. Bayard
Executive Director and CEO

Founded 1948

I. **Recommendations for Physicians Treating Patients with Hemophilia A and B, von Willebrand Disease, and other Congenital Bleeding Disorders**

   A. **Treatment of Hemophilia A**

      1  **Patients Who Are HIV Seronegative - Factor VIII Products**

         a. **Recombinant Factor VIII**

Recombinant (r) FVIII, produced by well-established hamster cell lines that have been transfected with a gene for human FVIII, is stabilized in human albumin. The risk of human viral contamination is definitely much lower than for plasma-derived FVIII products No seroconversions have been reported with any of the currently available products, thus recombinant factor VIII products are the recommended treatment of choice especially for young and newly diagnosed patients who have not previously received any blood or plasma-derived products (Table IA)

         b  **Viral Safety and Plasma-Derived Factor VIII Products**

Improved viral-depleting processes and donor screening practices have resulted in FVIII products with greatly reduced risk for transmission of human immunodeficiency virus and hepatitis B and C No seroconversions to HIV, HBV, or HCV have been reported with any of the FVIII products currently marketed in the United States, including products that are heated in aqueous solution (pasteurized), solvent-detergent treated, and or immunoaffinity purified Thus, each of these methods appears to have greatly reduced the risk of viral transmission compared with older methods of viral inactivation (1-3) There remains the *possibility* of HIV-1, HIV-2, or hepatitis B or C virus transmission with the use of currently marketed, viral-inactivated, plasma-derived products It is known that the non-lipid enveloped viruses human parvovirus B19 and hepatitis A virus can still be transmitted (16,18), although additional steps such as viral filtration are being added to reduce these risks as well (Table IB)

      2  **Patients Who Are HIV Seropositive - Cellular Immunity and Factor VIII Products**

Emerging data suggest the possible superiority of immunoaffinity purified FVIII concentrates over products of intermediate purity for the maintenance of cellular immunity in HIV-infected persons (19). Therefore, it is recommended that physicians should carefully consider such information when selecting products for use in HIV-infected persons with hemophilia.

Recombinant FVIII products and products of high purity produced by methods other than immunoaffinity have yet to be directly compared with intermediate purity products to determine if they are similarly beneficial

GH000555

## 3   Cryoprecipitate Not Recommended

Methods of viral inactivation (pasteurization, solvent-detergent treatment, immunoaffinity purification) have resulted in a reduced risk of HIV and hepatitis B and C transmission with plasma-derived factor VIII concentrates (2, 3, 5-7). Moreover, FVIII products manufactured by recombinant technology which theoretically do not transmit human viruses are now licensed.

For these reasons, cryoprecipitate should not be used as a treatment alternative. Despite donor screening for antibody to HIV-1, HIV-2, and hepatitis C virus (HCV) and for hepatitis B surface antigen (HBsAg), cryoprecipitate might still be infectious for several reasons including the potential for several months' delay in seroconversion after HIV or HCV infection. While the current estimate for the risk of HIV infection from a single unit of blood is one in every 450,000 to 660,000 transfusions (20), the risk of HCV transmission is somewhat higher, being approximately 3 in 10,000 (21).

## B   Treatment of Hemophilia B

### 1   Patients Who are HIV Seronegative - Human Immunodeficiency Virus (HIV) and Factor IX Products

#### a.   Recombinant Factor IX

Recombinant factor IX is produced in Chinese hamster ovary cells, no human plasma products are used in its manufacturing process. Thus the risk of human blood-borne viral contamination is essentially zero (23). Recombinant factor IX is considered to be the treatment of choice for young and newly diagnosed patients (Table IIA).

#### b.   Viral Safety and Plasma-Derived Factor IX Products

Improved viral depleting processes and donor screening practices have resulted in FIX products with greatly reduced risk for HIV and hepatitis B and C transmission (4). Viral attenuation methods used in the production of licensed FIX products that appear to be effective for reducing the risk of hepatitis are dry heating at 80°C for 72 hours, solvent-detergent treatment, vapor treatment, and sodium thiocyanate plus ultrafiltration. Purification steps involved in the preparation of coagulation FIX products are associated with loss of several additional logs of virus. There remains the slight possibility of viral transmission with the currently marketed viral-inactivated, plasma-derived products. Transmission of human parvovirus B19 and hepatitis A virus through the use of these products has been documented, but the risk has been reduced with additional viral attenuation methods (Table IIB).

GH000556

2   Patients Who Are HIV Seropositive - Cellular Immunity and Factor IX Products

Studies of immune function in HIV-seropositive patients with hemophilia B similar to those described for patients with hemophilia A (Section A 2 , above) have not been reported. However, since studies have shown improved immune function in patients receiving high purity factor VIII products, extrapolation suggests that HIV-seropositive hemophilia B patients should also be treated with high purity products (immunoaffinity purified, recombinant)

3   Reduction of Thromboembolic Risk During Surgery

The use of coagulation FIX concentrates or recombinant factor IX rather than prothrombin complex concentrates is recommended in certain situations  associated with a higher risk  of thromboembolic complications such as surgery or severe hemorrhage requiring treatment 1-2 times per day (see MASAC Statement Regarding the Use of Coagulation Factor IX Products in Persons with Hemophilia B, May 29, 1992)

C   Treatment of Mild Hemophilia A

Desmopressin (DDAVP injection or Stimate nasal spray) should be used whenever possible for patients with mild hemophilia A  DDAVP is now licensed and available in both parenteral and highly concentrated intranasal spray formulations (Table IV)  When desmopressin does not provide adequate treatment, these patients should be treated as per section I A above

D   Treatment of von Willebrand Disease (vWD)

Most persons with von Willebrand disease type 1 are most appropriately treated with desmopressin (DDAVP injection or Stimate nasal spray), given either parenterally or by highly concentrated nasal spray (Table IV)  Some Type 2A patients may respond to  DDAVP, clinical trials should be done to determine whether DDAVP or factor VIII concentrate should be used for these patients  If judged necessary (e g , Type 2B vWD, Type 3 vWD, and Type 1 or 2A vWD who are become transiently unresponsive to DDAVP or with surgical situations, especially in young patients  viral-inactivated FVIII preparations rich in von Willebrand factor (e g , Alphanate, Humate-P  Koate DVI) are recommended (9-13) (Table IC)

Cryoprecipitate should not be used except in life and limb-threatening emergencies when factor concentrate is not immediately available  Plas+SD does not contain good von Willebrand factor multimers so it should not be made into cryoprecipitate

E   Treatment of Patients with Inhibitors to Factors VIII and IX

1   Recombinant Factor VIIa

Recombinant factor VIIa (NovoSeven) has recently been licensed for use in patients with inhibitors to factor VIII or IX  It is produced by baby hamster kidney cells no human albumin or other proteins are used in the production of NovoSeven  It is not stabilized with albumin. Thus the risk of transmission of human viruses is essentially zero (Table II)

GH000557

2   Porcine Factor VIII

Porcine factor VIII can be used in patients with inhibitors to human factor VIII  Porcine factor VIII (Hyate C) is obtained from a colony of carefully maintained pigs which are screened frequently for any viruses  There has been no documented transmission of porcine viruses especially porcine parvovirus, to individuals who have been treated with this product (Table IID)

3   Activated Prothrombin Complex Concentrates

These products contain activated factors IIa, VIIa, and Xa. These factors are able to bypass an inhibitor to factor VIII or factor IX and promote hemostasis  These products are derived from human plasma but are treated with dry heat and/or vapor (steam) heat to eliminate viruses (Table IID)

F   Treatment of Patients with Rare Congenital Bleeding Disorders

1   Recombinant Factor VIIa

Recombinant factor VIIa (NovoSeven) has recently been licensed in the United States  It is produced by baby hamster kidney cells, no human albumin is used in its production or formulation  It can be used to treat patients with congenital factor VII deficiency (Table III)

2   Prothrombin Complex Concentrates

Plasma-derived prothrombin complex concentrates (PCCs) can be used to treat patients with deficiencies of factors II, VII, and X  It should be noted, however, that these products vary considerably in the amounts of these factors that they contain. Not only is there a marked difference in factor content between the different commercial preparations, but factor content varies between lots produced by the same manufacturer (Table IIC)

3   Fresh Frozen Plasma

Fresh frozen plasma (FFP) can be used to treat patients with mild deficiencies of any of the clotting factors for which specific clotting factor concentrates are not available  Two types of FFP are available which have been processed so as to reduce the risk of viral transmission (Table V)

a.   Donor retested FFP is produced from single units of plasma, the donor must come back and test negative on a second donation in order for the first donation to be released. This product is available from some community blood centers but not the American Red Cross (ARC)

Page  4

GH000558

    b   Plas+SD is produced from single units of FFP that are pooled in lots of 2500 units and treated with solvent detergent to kill HIV, hepatitis B, and hepatitis C This method does not kill hepatitis A or parvovirus However, nucleic acid testing has reduced the risk of transmission of these two viruses to essentially zero The FFP is collected by ARC processed by Vitex, and then distributed by ARC

4.   Fibrogammin P is a plasma-derived factor XIII concentrate for treatment of factor XIII deficiency It is not yet licensed in the United States but is available under an Investigational New Drug (IND) protocol

## G  Vaccination for Hepatitis A and B

1.   Hepatitis B vaccine is recommended for <u>all</u> children by the American Academy of Pediatrics In persons with hemophilia and other congenital bleeding disorders, this immunization is particularly important and should be started at birth or at the time of diagnosis Primary immune response should be documented

2   Hepatitis A vaccine is recommended for all individuals 2 years of age and older with hemophilia and other congenital bleeding disorders who are HAV seronegative (4 5

## H  Other Issues of Importance

1.   Need for Continued Collection and Reassessment of Data

When choosing the appropriate products for their patients with hemophilia, physicians will need to continue to exercise their best judgment based on their assessment of emerging data. The data concerning the effectiveness of different viral-depleting processes are based on a relatively small number of published studies, most involving small numbers of previously untreated subjects (8) Additional data are essential to provide for a better understanding about the safety of blood products If a previously seronegative patient seroconverts to any blood-borne virus, this should be <u>immediately</u> reported to the FDA, to the manufacturer of the product received, and to the CDC

2   MASAC recommends continued viral safety studies of all licensed products and maintenance of a serum bank to enable quick evaluation of possible transmission of viral infection by such products

3   Decisions about the selection of products for treatment of hemophilia are complicated for patients, families, and treating physicians Thus, patient education, psychosocial support and financial counseling are critical components of comprehensive care regardless of a patient's HIV status

4.   Patients should enroll in a voluntary notification system in order to be notified promptly of any recalls of factor products they may be using

GH000559

**II. Recommendations to Manufacturers of Coagulation Products**

A  We recommend continued vigilance in donor screening and donor testing at blood and plasma collection facilities

   1  Plasma must not be collected from donor centers that draw from population groups in which there is a relatively high incidence of hepatitis and AIDS

   2  Manufacturers should disclose the incidence of hepatitis and HIV infection at individual plasma centers  Maximum allowable viral marker rates for the donor population for anti-HCV, anti-HIV, and HBsAg should be established

   3  Manufacturers should use only plasma that is collected by facilities qualified to receive the Quality Plasma Program (QPP) certification by the American Blood Resources Association in accordance with recommendations to hemophilia treatment centers (see "MASAC Resolution on the Quality Plasma Program," December 3, 1992, Medical Bulletin #168, Chapter Advisory #170)

   4  Plasma should not be accepted for further processing until the donor has successfully passed at least two health history interviews and screening tests within a specified time period

   5  All donations should be held for at least 60 days  If during this period the donor seroconverts and tests positive for a virus, or is otherwise disqualified, the held donation should be destroyed

   6  Donors diagnosed with CJD or at risk for CJD should continue to be deferred from donating blood and plasma  If such individuals are identified after donation, all products containing their plasma, including albumin used as an excipient (stabilizer) in plasma-derived and recombinant products, should continue to be quarantined, and if marketed, withdrawn

B  Increased efforts should be made to exclude from further processing the plasma from donors who are infected with HIV, HBV, HAV, HCV, human parvovirus, and CJD

   1  Tests to identify viral nucleic acids (e g , polymerase chain reaction [PCR] and other genome amplification tests) should be implemented expediently for all plasma that will be further processed

   2  Priority of test implementation should focus on viral agents that are not inactivated by current viral elimination techniques, namely,  parvovirus B19 and HAV

   3  To further identify donors who are infected and donate during the window period, viral nucleic acid testing should be implemented for HCV, HIV, and HBV

   4  These tests, once implemented, should offer significant incremental sensitivity over the HIV antigen test and serologic tests for HIV, HCV, and HBV. This can best be accomplished by testing individual donors or very small donor mini-pools

   5  Infected donors should be notified of their status in an appropriate manner

   6  Efforts to develop a test to identify donors potentially infectious for CJD and related agents should be given high priority.

C  Plasma pools should be decreased in size to levels approaching 15,000 donors per lot of finished product

   1  Reduction in the number of donors in final lots of product will decrease the spread of a new infectious threat that is transmitted via plasma products

   2  Manufacturers should disclose the number of donors in each lot of their products

GH000560

3   Albumin used as an excipient in purified coagulation products should be obtained from the same plasma pool to eliminate further exposure to donors

4   Reduction in the number of donors in final lots of product will decrease the amount of product withdrawn or quarantined as a result of identification of a donor with a potential transmissible disease (e g , CJD)

## D.  Improved viral inactivation and elimination are required in coagulation products

1   All efforts should be made to remove human albumin from recombinant factor VIII products

2.  Increased efforts should be made to eliminate human and bovine proteins from the manufacturing process of recombinant factor VIII products

3   Inactivation of non-lipid enveloped viruses (e g , human parvovirus B19 HAV) is inadequate with existing techniques  New methods must be identified to minimize the chance of transmitting these and similar agents which may emerge in the blood supply

4   Research to identify methods to eliminate the infectivity of the CJD agent and similar prion agents that may appear in the blood supply (e g , Mad Cow Disease) is urgently needed

## E.  Reporting of adverse events associated with coagulation products should occur more expeditiously

1   Manufacturers should report suspected viral transmission events to the FDA monthly

2   Manufacturers should cooperate fully with the FDA and CDC in their investigations to determine if their product is responsible for a viral infection

3   New products are often approved with small numbers of patients evaluated in clinical trials Manufacturers are strongly encouraged to conduct Phase IV post-licensure studies for efficacy surveillance for viral infections

4   The FDA is bringing standards for the manufacture of coagulation products up to the level of other drugs regulated by the FDA  Manufacturers should anticipate that the FDA is seeking enhanced training programs, manufacturing controls, quality assurance, and quality control and proactive take necessary steps to bring their facilities into compliance, if they have not already done so

## F   Notification to consumers and their health care providers of safety and regulatory problems must occur in a more expeditious fashion

1   Manufacturers are responsible for notifying their customers  The FDA has defined the customer as the "end-user" of the product namely, the person with a coagulation disorder and their healthcare provider  Manufacturers should accept the responsibility for notifying their customers if they have purchased a product that is out of compliance

2   Notification to customers must occur early in the investigation  While we recognize that occasionally a product may be exonerated from disease transmission, it is vital to err on the side of safety and remove a product under investigation from its point of use including patients homes

3   While the voluntary notification system implemented by some companies will go a long way toward putting a system into place, it should not be considered a substitute for the responsibility the manufacturers have to notify their customers directly

4   Intermediaries, including home care companies, must keep accurate records of the lots their customers use and have systems in place to notify patients and their healthcare providers immediately upon learning of a compromised product lot

GH000561

G   Research and development of improved coagulation products that would expedite the transition to total prophylaxis for all persons with coagulation disorders are strongly encouraged

1   Licensed and improved products to treat patients with von Willebrand disease and patients with inhibitors are urgently needed
2   Recombinant products that could be taken less frequently or administered other than intravenously would be of tremendous benefit to individuals on prophylaxis regimens
3   Methods to manufacture coagulation products more inexpensively, such as use of transgenic animals, would increase supply and availability worldwide
4   Costs of coagulation products should be reduced
5   NHF has endorsed the development of clinical trials in gene therapy to cure bleeding disorders
    Manufacturers should facilitate the clinical development of this technology

## III. Recommendations to the Food and Drug Administration

The Food and Drug Administration is responsible for regulating the manufacturers of coagulation products to ensure that licensed products are safe and effective. Many of our recommendations for manufacturers should be regulated proactively by the FDA

A   The FDA should establish stricter guidelines for the collection of plasma, to include the use of plasma from repeat donors only, inventory hold, establishment and publication of viral marker rate standards at plasma collection centers, and establishment of sensitive genome amplification tests

B   The FDA should implement pool size restrictions along the lines of their proposal in 1996 of 15,000 donors for source plasma

C   Research to identify improved inactivation and elimination techniques for non-lipid enveloped viruses should be actively encouraged by the FDA. A timetable for implementation of these techniques for all coagulation products should be established with a goal for implementation by 2000

D   Validation studies to identify the amount of removal of the CJD agent should be recommended by the FDA to each manufacturer for each of their products

E   The FDA should work with the National Heart, Lung, and Blood Institute and industry to ensure that sufficient resources are available to develop inactivation techniques for all CJD-related agents

F   The FDA should maintain sufficient compliance checks to ensure that manufacturers are expeditiously reporting any and all suspected infectious diseases associated with coagulation products

G   The FDA should work with the CDC to investigate any suspected viral transmission via coagulation factors. Patients and providers should be included as advisors in the early stages of each investigation to provide relevant perspectives

H   Products under investigation should be assumed to be implicated in viral transmission until proven otherwise and NOT assumed to be safe until proven to transmit a virus. Accordingly, these products should be removed from the distribution path, including removing them from patients' homes

Page  8

I   The FDA has the authority to regulate a mandatory notification system that follows the product through its entire distribution pathway  The FDA should enforce the implementation and manner of such a system

J   The FDA should continue to bring the coagulation products industry in line with good manufacturing practices of pharmaceutical companies that manufacture other classes of drugs

K   All products offering incremental safety and efficacy advantages to the bleeding disorders community should have expedited regulatory review

GH000563

# REFERENCES

1   Horowitz MS, Horowitz B, Rooks C, Hilgartner MW   Virus safety of solvent/detergent-treated antihaemophilic factor concentrate   Lancet 1988, 2 186-188

2   Schimpf K, Mannucci PM, Kreutz W, et al   Absence of hepatitis after treatment with a pasteurized factor VIII concentrate in patients with hemophilia and no previous transfusions   N Engl J Med 1987, 316 918-922

3   Addiego JE, Jr, Gomperts E, Liu S-L, et al   Treatment of hemophilia A with a highly purified factor VIII concentrate prepared by anti-FVIII immunoaffinity chromatography   Thrombos Haemostas 1992, 67 19-27

4   Shapiro AD, Ragni M, Lusher JM, Culbert S, Koerper MA, Bergman GE, Hannan MM   Safety and efficacy of monoclonal antibody-purified factor IX in patients previously unexposed to PCC or other blood products   Thrombosis Hemostasis 1996, 75 30-5

5   Study Group of the UK Haemophilia Center Directors on Surveillance of Virus Transmission by Concentrates   Effect of dry heating of coagulation factor concentrates at 80°C for 72 hrs on transmission of non-A, non-B hepatitis   Lancet 1988, 2 184-186

6   Shapiro A, Abe T, Aledort LM, Anderle K, et al   Low risk of viral infection after administration of vapor-heated factor VIII concentrate or factor IX complex in first-time recipients of blood components   Transfusion 1995, 35 204-208

7   Mannucci PM, Zanetti AR, Colombo M and the Study Group of the Foundazione dell' Emophilia Prospective study of hepatitis after factor VIII concentrate exposed to hot vapour   Br J Haematol 1988, 68 427-430

8   Kasper CK, Lusher JM, and Transfusion Practices Committee, AABB   Recent Evolution of Clotting Factor Concentrates for Hemophilia A and B   Transfusion 1993, 33 422-434

9.  Scharrer I   The Treatment of von Willebrand's Disease   In   Lusher JM and Kessler CM, eds Hemophilia and von Villebrand's Disease in the 1990s   Elsevier Science Publ B V, Amsterdam, 1991; pp 463-469

10  Scharrer I, Vight, Aygoren-Pursun E   Experience with Haemate P in von Willebrand's disease in adults   Haemostasis 1994, 24 298-303

11  Berntorp E   Plasma product treatment in various types of von Willebrand's disease   Haemostasis 1994, 24.289-297

12  Mannucci PM   Biochemical characteristics of therapeutic plasma concentrates used in the treatment of von Willebrand's disease   Haemostasis 1994, 24 285-288

13  Kreuz W, et al   Haemate P in children with von Willebrand's disease   Haemostasis 1994, 4 304-310

GH000564

14  Vandamme P  Persistence of antibody response to hepatitis A vaccine  34th ICAAC  Orlando FL  124  H117, October, 1994

15  Andre FE, Et al  Clinical assessment of the safety and efficacy of an inactivated hepatitis A vaccine  Rationale and summary of findings  Vaccine 1992, 10 (Suppl)  S160-8

16  Mannucci PM, G Dovin S, Gringeri A, et al  Transmission of hepatitis A to patients with hemophilia  by factor VIII concentrates treated with solvent and detergent to inactivate viruses  Ann Int Med  1994  120 1-7

17  Azzi A, Ciappi S, Zakuyzewska K, et al  Human parvovirus B19 infection in hemophiliacs first  infused with two high-purity, virally treated factor VIII concentrates  Am J Hematol 1992  39 228-32

18  Centers for Disease Control and Prevention. Hepatitis A among persons with hemophilia who received  clotting factor concentrate - United States, September - December 1995  MMWR  1996 45 29-32

19  de Biasi R, Rocine A, Quirino A, Miraglia E, Ziello L   The impact of a very high purity factor VIII  concentrate on the immune system of HIV-infected haemophiliacs  a randomized two year  comparison with a high purity concentrate  Haemophilia 1996, 2 82-87

20  Lacknitz EM, Statten GA, et al  Estimated risk of transmission of the human immunodeficiency virus  by screened blood in the United States  N Engl J Med 1996, 333  1721-1725

21  Donahue JG, Munoz A, Ness PM, Brown DE, Yawn DH, McAllister HA, Reitz BA, Nelson KE  The  declining risk of post-transfusion hepatitis C virus infection  N Eng J Med 1992  327 369-73

22  Herring SW et al  Properties of a solvent detergent inactivated and virus filtered coagulation factor IX  product  Bari Conference  1996

23  White G, Shapiro A, Ragni M, Garzone P, Goodfellow J, Tubridy K, Courter S  Clinical Evaluation of  Recombinant Factor IX  Semin Hematol  1998,35 (Suppl  2) 33-38

GH000565

## GLOSSARY TO MASAC RECOMMENDATIONS

### Activated Prothrombin Complex Concentrates

Two prothrombin complex concentrates are purposely "activated" so that they contain some FIX, FX, etc in active form (FIXa, FXa, etc ) Autoplex T and FEIBA are to be used in inhibitor patients only!

### Coagulation Factor IX Concentrate

Factor IX products which contain very little or no coagulation factors other than FIX include AlphaNine SD and Mononine

## Desmopressin (DDAVP, Stimate)

Desmopressin acetate is a synthetic analogue of the natural pituitary antidiuretic hormone, 8-arginine vasopressin  When given to persons who have the capability of producing some FVIII or vWF, the drug effects a rapid, transient increase in FVIII and vWF  It can be given intravenously, subcutaneously, or by intranasal spray  The intranasal spray form is called Stimate Nasal Spray

### Dry Heat Treated

No currently available FVIII products are exclusively dry heat-treated  Currently available FIX products that are dry heat-treated include Proplex T and Konyne 80  Proplex T is dry-heated at 60°C for 144 hours Konyne 80 is heated at 80°C for 72 hours

### Factor VIII Products Rich in von Willebrand Factor

In certain of the plasma-derived intermediate purity FVIII concentrates the hemostatically important high molecular weight multimers of von Willebrand factor are preserved  These include Alphanate, Humate-P, and Koate DVI  They have often proved effective in preventing or controlling bleeding in persons with vWD  Humate-P has been approved by the FDA for use in patients with von Willebrand disease

There is also a vWF product manufactured in France that is currently in U S  clinical trials sponsored by the American Red Cross

### Heated in Aqueous Solution (Pasteurized)

Factor VIII concentrates that are heated for 10 hours at 60°C in aqueous solution in the presence of stabilizers such as sucrose or neutral amino acids  Products include Humate-P and Monoclate P

### Immunoaffinity Purified

Factor VIII or FIX concentrates that are purified using murine monoclonal antibodies attached to an affinity matrix  Viral attenuation is augmented before immunoaffinity purification by pasteurization (Monoclate P) or by detergent-solvent treatment (Hemofil M and Monarc-M)  In the case of Mononine (a coagulation FIX product), viral attenuation is augmented by sodium thiocyanate and ultrafiltration

Page  12

## Prothrombin Complex Concentrate

Prothrombin complex concentrate (PCC) contains factors II, VII, IX, and X and proteins C and S (plus small amounts of activated coagulation factors) Examples of these products include Beoum VH Koryne 80, Profilnine SD, and Proplex T

## Recombinant Factor

Recombinant (r) FVIII refers to genetically engineered or cloned FVIII that is not derived from human or animal plasma. The gene encoding normal human FVIII is inserted into hamster cell nuclei (cells obtained from well-established baby hamster kidney cell lines or Chinese hamster ovary cells) The hamster cells then produce FVIII that is indistinguishable from plasma-derived human FVIII Currently licensed rFVIII products are Recombinate and Kogenate Recombinate is also distributed under the trade name B coate and Kogenate is distributed as well under the name Helixate These products are stabilized with human albumin that has been heat-treated.

A recombinant FIX (rFIX) product, BeneFIX, has also been licensed. The rFIX is produced by Chinese hamster ovary cells It contains no albumin stabilizer

A recombinant factor VIIa product (NovoSeven) has recently been licensed in the United States The rFVIIa is produced by baby hamster kidney cells No human serum proteins are used in its product or or formulation

Another rFVIII product, a deletion rFVIII product that lacks the B domain and contains no albumin stabilizer, has been in pre-licensure clinical trials in Europe since March 1993 Pre-licensure clinical trials began in the United States in 1995

## Solvent Detergent Treated

Factor VIII concentrates that are manufactured using combinations of the solvent, Tri(n-Buty) Phosphate (TNBP), with a detergent, such as cholate, Tween 80 (polysorbate), or Triton-X-100, to inactivate up developed potential viral contaminants (lipid-enveloped viruses include HIV HBV HCV) Alphanate and Koate DVI are solvent-detergent treated using TNBP and Polysorbate 80 Hemofil M and Monarc-M are solvent-detergent treated with TNBP and Triton X-100 A coagulation FIX product (AlphaNine SD is solvent-detergent treated using TNBP and Polysorbate 80, as is the prothrombin complex concentrate Profilnine SD

## Vapor Treated

Two coagulation products currently licensed in the U S use vapor (steam) treatment for viral attenuation Bebulin, a FIX complex concentrate, and FEIBA VH, an activated prothrombin complex concentrate are both vapor treated for 10 hours at 60°C and 1190 mbar pressure, followed by 1 hour at 80°C under 1375 mbar pressure

GH000567

GH000568

## TABLE I. FACTOR VIII PRODUCTS LICENSED IN THE U.S.

A.

### RECOMBINANT FACTOR VIII PRODUCTS

| Product Name | Manufacturer | Method of Viral Depletion or Inactivation | Specific Activity of Final Product (IU/mg protein) | Specific Activity Discounting Albumin (IU/mg protein) | Hepatitis Safety Studies in Humans with this Product |
|---|---|---|---|---|---|
| Bioclate | Baxter Hyland Immuno (distributed by Aventis Behring) | 1  immunoaffinity chromatography | 1 65-19 | > 3,000 | Yes |
| Helixate | Bayer (distributed by Aventis Behring) | 1  immunoaffinity chromatography | 8-30 | > 3,000 | Yes |
| Kogenate | Bayer | 1  immunoaffinity chromatography | 8-30 | > 3,000 | Yes |
| Recombinate | Baxter Hyland Immuno | 1  immunoaffinity chromatography | 1 65-19 | > 3,000 | Yes |

TABLE I. FACTOR VIII PRODUCTS LICENSED IN THE U.S. (Continued)

B   IMMUNOAFFINITY PURIFIED FACTOR VIII PRODUCTS DERIVED FROM HUMAN PLASMA

| Product Name | Manufacturer | Method of Viral Inactivation | Specific Activity of Final Product (IU/mg protein) | Specific Activity Discounting Albumin (IU/mg protein) | Hepatitis Safety Studies in Humans with this Product | Hepatitis Safety Studies in Humans with Another Product, but Similar Viral Inactivation Method |
|---|---|---|---|---|---|---|
| Hemofil M | Baxter Hyland Immuno (BHI) | 1  immunoaffinity chromatography<br>2  solvent detergent (TNBP/Triton X-100) | 2-11 | > 3,000 | Yes (3) | No |
| Monarc M | Manufactured by BHI for American Red Cross (ARC) from ARC-collected plasma (distributed by ARC) | 1.  immunoaffinity chromatography<br>2  solvent detergent (TNBP/Triton X-100) | 2-11 | > 3,000 | No | Yes (3) |
| Monoclate P | Aventis Behring | 1  immunoaffinity chromatography<br>2  pasteurization (60°C, 10h) | 5-10 | > 3,000 | Yes | Yes |

BH000569

GH000570

**TABLE I. FACTOR VIII PRODUCTS LICENSED IN THE U.S. (Continued)**

C.   **FACTOR VIII PRODUCTS DERIVED FROM HUMAN PLASMA THAT CONTAIN VON WILLEBRAND FACTOR**

| Product Name | Manufacturer | Method of Viral Inactivation | Specific Activity of Final Product (IU Factor VIII/mg protein) | Hepatitis Safety Studies in Humans with this Product | Hepatitis Safety Studies in Humans with Another Product, but Similar Method | FDA Approved for von Willebrand Disease |
|---|---|---|---|---|---|---|
| Alphanate | Alpha | 1 affinity chromatography 2 solvent detergent (TNBP and polysorbate 80) 3 heat (80°C, 72h) | 8-30 | No | Yes | No |
| Humate-P | Aventis Behring GmbH (Marberg, Germany) | 1 pasteurization (60°C, 10 hrs) | 1-2 | Yes (2) | No | Yes |
| Koate-DVI | Bayer | 1 solvent detergent (TNBP and polysorbate 80) 2 heat (80°C, 72h) | 9-22 | No | Yes | No |

BGH000571

# TABLE I. FACTOR VIII PRODUCTS LICENSED IN THE U.S. (Continued)

D. **PORCINE FACTOR VIII PRODUCTS**
(FOR USE IN PATIENTS WITH INHIBITORS TO HUMAN FACTOR VIII)

| Product Name | Manufacturer | Method of Viral Inactivation | Specific Activity of Final Product (IU/mg protein) | Hepatitis Safety Studies in Humans with this Product | Hepatitis Safety Studies in Humans with Another Product, but Similar Method |
|---|---|---|---|---|---|
| Hyate C | Speywood (Wales) | None (but no report of transmission of any viruses to humans) | > 50 | No | No |

GH000572

# TABLE II. FACTOR IX PRODUCTS LICENSED IN THE U.S.

## A.  RECOMBINANT FACTOR IX PRODUCTS

| Product Name | Manufacturer | Method of Viral Depletion or Inactivation | Contains human plasma proteins? | Hepatitis Safety Studies In Humans with this Product | Hepatitis Safety Studies In Humans with Another Product, but Similar Viral Inactivation Method |
|---|---|---|---|---|---|
| BeneFIX | Genetics Institute | 1.  affinity chromatography<br>2.  ultrafiltration | No | Yes | No |

BH000573

## TABLE II. FACTOR IX PRODUCTS LICENSED IN THE U.S (Continued)

**B.  COAGULATION FACTOR IX PRODUCTS DERIVED FROM HUMAN PLASMA**

| Product Name | Manufacturer | Method of Viral Depletion or Inactivation | Specific Activity of Final Product (IU/mg Protein) | Hepatitis Safety Studies in Humans with this Product | Hepatitis Safety Studies in Humans with Another Product, but Similar Viral Inactivation Method |
|---|---|---|---|---|---|
| AlphaNine SD | Alpha | 1 dual affinity chromatography<br>2 solvent detergent (TNBP and polysorbate 80)<br>3. nanofiltration (viral filter) | 229 ± 23 (22) | Yes | Yes |
| Mononine | Aventis Behring | 1. immunoaffinity chromatography<br>2 sodium thiocyanate<br>3 ultrafiltration | > 160 | Yes (4) | No |

GH000574

### TABLE II. FACTOR IX PRODUCTS LICENSED IN THE U.S (Continued)

C. **PROTHROMBIN COMPLEX CONCENTRATES DERIVED FROM HUMAN PLASMA THAT CONTAIN FACTORS II, VII, IX, X**
(FOR USE IN PATIENTS WITH DEFICIENCIES OF FACTORS II, VII, X – NOTE THAT CONTENT VARIES FROM LOT TO LOT AND PRODUCT TO PRODUCT)

| Product Name | Manufacturer | Method of Viral Inactivation | Specific Activity of Final Product (IU/mg Protein) | Hepatitis Safety Studies in Humans with this Product | Hepatitis Safety Studies in Humans with Another Product, but Similar Viral Inactivation Method |
|---|---|---|---|---|---|
| Bebulin VH | Baxter Hyland Immuno (Vienna) | 1. vapor heat (10h, 60ºC, 1190 mbar pressure plus 1 h, 80ºC, 1375 mbar) | 2 | Yes (6) | No |
| Konyne 80 | Bayer | 1 dry heat (80ºC, 72 h) | 1 25 | No | Yes (5) |
| Profilnine SD | Alpha | 1 solvent detergent (TNBP and polysorbate 80) | 4 5 | No | Yes |
| Proplex T | Baxter Hyland Immuno | 1 dry heat (60ºC, 144 h) | 3 9 | No | No |

## TABLE II. FACTOR IX PRODUCTS LICENSED IN THE U.S. (Continued)

D.   **ACTIVATED PROTHROMBIN COMPLEX CONCENTRATES DERIVED FROM HUMAN PLASMA**
     **(FOR USE IN PATIENTS WITH INHIBITORS TO FACTOR VIII OR IX)**

| Product Name | Manufacturer | Method of Viral Depletion or Inactivation | Specific Activity of Final Product (IU/mg Protein) | Hepatitis Safety Studies in Humans with this Product | Hepatitis Safety Studies in Humans with Another Product, but Similar Viral Inactivation Method |
|---|---|---|---|---|---|
| Autoplex T | Baxter Hyland Immuno (distributed by Nabi) | 1, dry heat (60°C, 144h) | 5 | No | No |
| FEIBA VH | Baxter Hyland Immuno (Vienna) | 1 vapor heat (10h, 60°C, 1190 mbar plus 1h, 80°C, 1375 mbar) | 0 8 | Yes (7) | Yes (7) |

BH000575

GH000576

# TABLE III. FACTOR VII PRODUCTS LICENSED IN THE UNITED STATES

## A. RECOMBINANT FACTOR VIIa

| Product Name | Manufacturer | Method of Viral Depletion or Inactivation | Contains Human Plasma Proteins? | Hepatitis Safety Studies in Humans with this Product | Hepatitis Safety Studies in Humans with Another Product, but Similar Viral Inactivation Method |
|---|---|---|---|---|---|
| NovoSeven | NovoNordisk (Bagsvaerd, Denmark) | 1  affinity chromatography | No | Yes | No |

GH000577

## TABLE IV. DESMOPRESSIN FORMULATIONS USEFUL IN DISORDERS OF HEMOSTASIS

| Product Name | Manufacturer | U.S. Distributor | Formulation | Recommended Dosage and Administration |
|---|---|---|---|---|
| DDAVP (Injection) | Ferring AB (Malmo, Sweden) | Aventis Pharma | For parenteral (IV) or SQ use, 4 µg/ml in a 10 ml vial or 15 µg/ml in a 1 ml or 2 ml vial | 1) 0 3 µg/kg, mixed in 30 ml normal saline solution, unfused slowly over 30 minutes I V. 2) 0 4 µg/kg subcutaneously Maximum dose 24 µg once every 24 hours May repeat after 24 hours. |
| Stimate (Nasal spray for bleeding) | Ferring AB (Malmo, Sweden) | Aventis Behring | Nasal spray, 1 5 mg/ml The metered dose pump delivers 0 1 ml (150 µg) per actuation The bottle contains 2 5 ml with spray pump capable of delivering 25 150–µg doses or 12 300–µg doses | In patients weighing <50 kg, one spray in one nostril delivers 150 µg For those weighing >50 kg, give one spray in each nostril (total dose 300 µg) May repeat after 24 hours |

hemophilia.org

⬢ NATIONAL   HEMOPHILIA FOUNDATION

# NHF's Community Alert '99

VOL 6 NO 7 DECEMBER 1999

# Frequently Asked Questions About Gene Therapy

BLAKE A ZEFF



See pages 6—9 for the 51st Annual Meeting photo spread

### ? What is gene therapy?

**A** Gene therapy is an exciting experimental technique that seeks to provide the body with the genetic information (DNA) it lacks so that it can perform normal functions. Most gene therapy strategies use a vector, such as modified virus, to attempt to deliver a good copy of a gene to a cell that contains a defective gene. Scientists hope that the transferred gene will then restore the normal functions. For people with hemophilia, this means that clotting factor genes inserted into the body would enable normal clotting factor proteins to be produced for the first time.

### ? Has gene therapy cured any diseases so far?

**A** No. Gene therapy is a very young science that has been used in patients for only about ten years. Thousands of patients with cancer and infectious diseases such as AIDS have been treated, but no one has been cured yet. While these are very difficult diseases to cure, scientists and physicians have shown that they can transfer genes into patients—an important first step. Some non-human animals have been cured of diseases using gene therapy, including dogs with hemophilia.

### ? Why is hemophilia well-suited for gene therapy?

**A** Hemophilia is thought to be a model disease for treatment with gene therapy because it is caused by a single malfunctioning gene and only a small increase in clotting factor in the bloodstream could provide a great medical benefit. Making a patient with severe hemophilia (less than 1% factor level) have milder forms (greater than 5% factor level) should eliminate spontaneous bleeding episodes.

### ? What is currently being done in the field of gene therapy for hemophilia?

**A** There are now three human trials underway—two for hemophilia A (factor VIII deficiency) and one for

Continued on Page 2 ▷



## Gene Therapy

*from page 1*

hemophilia B (factor IX deficiency) The first gene therapy trial for hemophilia involves hemophilia A and a therapy developed by the Chiron Corporation, a California company In this small-scale phase 1 safety study, 20 patients will receive the gene for factor VIII through an injection into the veins of the arm. The gene is carried in a mouse retroviral vector, a virus that normally infects mice It has been modified to carry a short version of the factor VIII gene (B-domain deleted) and for use in humans Scientists expect that once inside the body the infused genetic material will be delivered to the liver and spleen eventually integrating into the cell's genetic material on a permanent level It does not cause disease in humans because its disease-causing genes have been removed from the retrovirus in order to insert the factor VIII gene

The other gene therapy trial for hemophilia A involves a form of therapy that takes place outside of the body A Massachusetts-based company, Transkaryotic Therapies, Inc, has developed a process beginning with patients undergoing skin biopsies to obtain connective tissue cells called fibroblasts A shortened version of the factor VIII gene (B-domain deleted) is then introduced into the fibroblasts by means of electroporation—a brief electrical pulse—and the cells are then grown to very large numbers in the laboratory Hundreds of millions of these new genetically corrected cells are then injected into the abdomen where they are expected to make factor VIII protein The cells are injected into the fat that surrounds the intestines, if enough of the protein gets into the systemic circulation, circulating clotting factor levels should increase

The final gene therapy trial underway for hemophilia involves a product named Coagulin-B—a treatment for hemophilia B Developed by California-based Avigen Inc and Katherine High, MD, from the University of Pennsylvania, the treatment uses a virus called an adeno-associated virus (AAV) injected into multiple sites in the thigh of the patient. Once taken up by muscle cells, it is believed they will make clotting proteins that will enter the bloodstream. Some dogs with factor IX deficiency treated with this viral vector have been cured for over two years This virus is used to deliver the gene because it is very good at infecting human cells It will not cause disease however, because much of its genetic material has been deleted to make room for the factor IX gene

Check Box 0543
CFC
Combined Federal Campaign

### Where are these trials being performed?

**A** The Chiron study is being conducted at the home bases of the following four researchers Dr Margaret Ragni, University of Pittsburgh, Dr Jerry Powell, University of California Davis, Dr Bruce Ewenstein, Harvard, Dr Gil White, University of North Carolina, Chapel Hill The Transkaryotic Therapies trial is being run with Dr David Roth, Harvard The Avigen study is being run by Dr Katherine High, University of Pennsylvania and Drs Mark Kay and Bert Glader, Stanford More sites may be added to these trials in the future if the Phase 1 results are encouraging

### How successful have these trials been?

**A** Each of these trials [illegible] long time to get [illegible] many [illegible] required to [illegible]. As of press time [illegible] patients have been treated throughout the three trials

Phase 1 trials [illegible] small doses of an experimental drug and gradually [illegible] the [illegible] doses are [illegible] trial would not necessarily be expected to produce measurable [illegible] of clotting factors Reports from NHF's November 1999 Preconference Symposium on Gene Therapy [illegible] Meeting have suggested that some measurable effects are being seen in some patients although more patients need to be treated before any conclusions can be made [illegible]

Community Alert 9[illegible]

NHF Community Alert [illegible]

GH000579

importantly, no medical problems have been found in any of the patients in any of the trials to date

 **When will we know the outcome from these clinical trials?**

**A** By next summer, these trials should be finished and much of the data will be analyzed It should be easy to determine if there have been positive results, clotting factor levels in the blood are being tested, the time it takes blood to clot is being measured, and numbers of bleeding episodes in patients are being monitored.

 **I heard recently that someone died as a result of gene therapy trials  Are the people involved in the hemophilia trials at risk?**

**A** The trial where someone died is very different from the hemophilia trials  The patient who died did not have hemophilia

Katherine High, MD, a physician and researcher involved in the hemophilia B gene therapy trials, notes that the hemophilia trials are not using the type of vector (adenovirus) used in the clinical trial that led to the fatality in the other case  Further, Dr  High points out that there has been no toxicity noted so far in any of the patients in the hemophilia B gene therapy trial with which she is involved  Finally, Dr  High emphasizes that the patient who died had a disease characterized by a deficiency of a liver enzyme required to remove toxic waste arising from protein breakdown  It is a completely different disease from hemophilia

**If gene therapy works for my son, does that mean the chance of someday passing his affected gene to a daughter is eliminated?**

**A** No, it doesn't  The genetic information that a person has inherited from his parents would be passed down to his daughter  Gene therapy to treat future generations or even unborn

children with hemophilia is a hotly debated ethical issue that will be considered once trials such as these are successful

**How long would gene therapy last?**

**A** No one can predict right now  The goal is for it to last as long as possible, hopefully for years to come

**What if these first three trials don't work?**

**A** Other scientific approaches, using improved viral vectors to carry the genes, are being developed in laboratories around the world  Some of the most promising new techniques will be tested in persons with hemophilia in the next 1 to 2 years

**What is the hope for gene therapy for hemophilia?**

**A** Scientists hope that one day gene therapy will provide the body with the genetic information needed to produce clotting factor on its own  This would present significant improvement in the lives of persons with hemophilia  In simple terms  one can think of it as a treatment. But this treatment would last considerably longer than the 24 to 48 hours current clotting factor replacement therapy lasts  That would make the gene therapy ' treatment" essentially a cure

**What about gene therapy for other bleeding disorders?**

**A** Most attention has been focused on factor VIII and factor IX deficiency  However, once positive results are seen in persons with these bleeding disorders, the stage will be set to develop therapies for other clotting factor deficiencies, including von Willebrand disease

**What can I do?**

**A** It will be important for the bleeding disorders community to

advocate and raise funds to more rapidly move gene therapy for hemophilia towards reality  Getting more scientists to do research on hemophilia, both at medical schools and in the biotechnology industry will accelerate the cure  Since no one can predict which method for delivering the genes is best, it helps for different scientific groups to use many different techniques  The best ones will eventually get sorted out and pursued

# Medical News

## NHF Resolution on Hepatitis C

The NHF Board of Directors approved a resolution concerning hepatitis C on October 30, 1999  The resolution reads in part  "A total population of people has been devastated by the outbreak of the deadly virus of hepatitis C  It is imperative NHF look to both the present and future with a clearly defined goal of improving the treatment of those with HCV  includ[ing] an aggressive campaign of research, education  oversight, and advocacy" To view the entire text of the resolution, please visit the NHF web site at www.hemophilia.org

## Red Cross Launches Care 2000

The American Red Cross has increased support to the worldwide bleeding disorders community by recently launching CARE 2000, a multi-million dollar undertaking to fund clinical trials and research programs, as well as provide products to communities in need  In addition to sponsoring medical conferences and college scholarships, CARE 2000 has supported NHF's *It's  Time for a Cure* campaign with a pledge of $200,000, made last June

Continued on Page 10



January 2000 / Vol 2 / No 1

CDC's Universal Data Collection System

# Report on the Universal Data Collection System (UDC)

### Includes data collected from May 1998 through October 1999



**U. S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention
Atlanta, Georgia  30333



GH000581

The *Report on the Universal Data Collection System* is published by the Hematologic Diseases Branch, Division of AIDS, STD and TB Laboratory Research, National Center for Infectious Diseases, Centers for Disease Control and Prevention (CDC), Atlanta, Georgia 30333  All data are provisional

**Suggested Citation**  Centers for Disease Control and Prevention  Report on the Universal Data Collection System  2000,2(No  1) [inclusive page numbers]

Centers for Disease Control and Prevention                     Jeffrey P Koplan, M D  M P H
                                                                                *Director*

National Center for Infectious Diseases                        James M Hughes M D
                                                                                *Director*

Division of AIDS, STD and TB Laboratory Research               Harold W Jaffe M D
                                                                                *Director*

Hematologic Diseases Branch                                    Bruce L Evatt M D
                                                                                *Director*

                                                               J  Michael Soucie  Ph D
                                                   Epidemiologist, Hemophilia Surveillance

                                                               Sally O  Crudder R N
                                          *Director, Hemophilia Treatment Center Program*

                                                               Meredith Oakley, D V M  M P H
                                                                     *Project Coordinator*

                                                               Kimp Warren  M S
                                                                     *Data Analyst*

Single copies of the *Report on the Universal Data Collection System* are available free from HANDI, the information service of the National Hemophilia Foundation by calling (800) 42-HANDI  Confidential information, referrals, and educational materials on hemophilia and other bleeding disorders is also available through HANDI  The *Report on the Universal Data Collection System* is accessible via internet at http //www cdc gov /ncidod/dastlr/Hematology/HDBarchive htm

GH000582

# Contents

**Commentary**                                                                          4

**Tables**
Table 1      Enrollment in UDC, May 1998 - October 1999                                 6
Table 2      Regional enrollment activity, May 1998 - October 1999                      6
Table 3      Demographic characteristics of persons enrolled in UDC                     7
Table 4      Disease severity of persons enrolled in UDC                                7
Table 5      Bleeding episodes among persons enrolled in UDC by disease
             severity and prophylaxis status                                            8
Table 6      Blood and factor products used by persons enrolled in UDC                  9
Table 7      Infectious disease complications among persons enrolled in UDC             10
Table 8      Treatment type for persons with hemophilia enrolled in UDC                 15
Table 9      Prevalence of current inhibitors by titer among persons with
             hemophilia enrolled in UDC                                                 15
Table 10     Intra-cranial hemorrhage (ICH) among persons with hemophilia
             enrolled in UDC                                                            16
Table 11     Joint complications among persons enrolled in UDC                          16
Table 12     Joint limitations among persons enrolled in UDC                            17


**Figures**
Figure 1     Prevalence of hepatitis A virus exposure and reported vaccination
             status among persons with hemophilia                                       11
Figure 2     Regional distribution of natural and acquired immunity to hepatitis A
             virus among persons with hemophilia                                        11
Figure 3     Prevalence of hepatitis A virus exposure and reported vaccination status
             among persons with vWD                                                     12
Figure 4     Prevalence of hepatitis B virus exposure and reported vaccination
             status among persons with hemophilia                                       12
Figure 5     Regional distribution of natural and acquired immunity to hepatitis B
             virus among persons with hemophilia                                        13
Figure 6     Prevalence of hepatitis B virus exposure and reported vaccination status
             among persons with vWD                                                     13
Figure 7     Prevalence of hepatitis C virus infection among persons with
             bleeding disorders                                                         14
Figure 8     Prevalence of human immunodeficiency virus (HIV) infection among
             persons with bleeding disorders                                            14


**Technical Notes**                                                                     18
**Acknowledgements**                                                                    20
**Hemophilia Treatment Center Regional Map**                                            24

GH000583

# Commentary

The two most common congenital bleeding disorders are von Willebrand disease (vWD) and hemophilia   vWD is caused by defective synthesis or function of a protein, called von Willebrand factor, which is necessary for normal blood clotting   vWD occurs with equal frequency in men and women   Although the prevalence of this disease is not precisely known, it is estimated that between one and two percent of the population are affected   There are different types and severity of vWD   Symptoms include heavy or prolonged menstrual bleeding, easy bruising, frequent or prolonged nosebleeds, and prolonged bleeding following surgery, dental work, childbirth, or injury

Hemophilia is caused by a defect in the gene located on the X chromosome that contains the genetic code for one of the clotting factor proteins necessary for normal blood clotting   A deficiency of factor VIII is referred to as hemophilia A or "classic" hemophilia   In contrast, a deficiency of factor IX characterizes hemophilia B, also known as Christmas disease   The defect usually occurs on one of the two female X chromosomes and results in a carrier state   When males have the defect on their only X chromosome, they are affected with the disease   Thus, almost all of the approximately 17,000 persons with hemophilia in the United States are male

People with severe hemophilia can experience serious bleeding into tissues, muscles, joints, and internal organs, often without any obvious trauma   Repeated bleeding into joints without adequate treatment results in crippling chronic joint disease, one of the severe complications of bleeding disorders   In the mid-1970s, treatment for hemophilia was improved through the use of clotting factor concentrates, products made from the plasma of donated blood   However, because blood donations from thousands of donors are pooled together to make these products, many persons with bleeding disorders were

infected with hepatitis B and C viruses and with human immunodeficiency virus (HIV), the virus that causes AIDS, before the risk of disease transmission in blood products was recognized and prevention measures taken

In 1975, Congress initiated federal funding to specialized hemophilia treatment centers (HTCs) to provide comprehensive care to persons with bleeding disorders   Since 1986 CDC has been involved with the hemophilia community through the HTC system, primarily through risk-reduction efforts aimed at preventing secondary infection of family members with HIV

In 1991, CDC received a request from the National Hemophilia Foundation to expand their collaborative activities with the bleeding disorders community   Meetings with patients and hemophilia care providers were held during 1992 to determine the areas of highest priority   Based on recommendations from these constituents, a Congressional mandate was issued to CDC with the goal of reducing the human suffering and financial burden of bleeding disorders by focusing national emphasis on prevention and early intervention   The issues of greatest concern identified by the bleeding disorders community were 1) the safety of the blood supply from infectious diseases, and 2) the prevention of joint disease

In response, CDC developed the Universal Data Collection System (UDC)   The purpose of UDC is two-fold  1) to establish a sensitive blood safety monitoring system among persons with bleeding disorders  and 2  to collect a uniform set of clinical outcomes information that could be used to monitor the occurrence of and potential risk factors for infectious diseases and joint complications

Persons with bleeding disorders are enrolled in UDC by care providers in each of the nation's 134 federally funded HTCs   As part of the project, a uniform set of clinical data and a plasma specimens are collected by HTC

GH000584

staff each year during the participant's annual comprehensive clinic visit   A portion of the plasma specimen is used to perform free screening tests for hepatitis A, B, and C viruses and for HIV   The remainder of the specimen is stored for use as needed in future blood safety investigations

Enrollment in UDC began in May 1998   Information about eligibility requirements, enrollment procedures, and data collection can be found in the *Technical Notes* of this report   Participating HTCs are listed by region in the *Acknowledgements*   A regional map is included at the end of this report

The purpose of this surveillance report is to disseminate the information being collected by this project to public health workers, health educators and planners, other care providers, and patients in the bleeding disorders community   The report contains information about the demographic characteristics of the participants, their blood and factor product use, and the occurrence and treatment of joint and infectious diseases   We hope that this information will prove useful to those involved in efforts to reduce or prevent the complications of these conditions

The proper interpretation and appropriate use of surveillance data require an understanding of how the data are collected, reported, and analyzed   Therefore, readers of this report are encouraged to review the *Technical Notes*, beginning on page 18

**Suggested Reading·**

CDC   Prevention of hepatitis A through active or passive immunization   Recommendations of the Advisory Committee on Immunization Practices (ACIP)   *MMWR* 1996,45(No  RR-15) 1-30

CDC  Transmission of hepatitis C virus infection associated with home infusion therapy for hemophilia  *MMWR* 1997,46 597-599

CDC  Occurrence of hemophilia in the United States  American Journal of Hematology 1998, 59 288-294

Hill H, Stein S  Viral infections among patients with hemophilia in the state of Georgia  American Journal of Hematology 1998,59 36-41

The following publications are available from HANDI (800-42-HANDI)

- *What You Should Know about Bleeding Disorders* (1997)

- *Comprehensive Care for People with Hemophilia* by Shelby Dietrich, MD (1991)

- *Understanding Hepatitis* by Leonard Seeff, MD (1997)

- *HIV Disease in People with Hemophilia  Your Questions Answered* by Glenn Pierce, MD, PhD (1991)

- *Bleeding Disorders and AIDS   The Facts* (1997)

- Information packet on von Willebrand disease

GH000585

**Table 1.   Enrollment in UDC, May 1998 – October 1999**

| Month | Number Enrolled | Number Refused | Refusal Rate (%) |
|---|---|---|---|
| May – Oct, 1998 | 988 | 85 | 7 9 |
| November | 224 | 25 | 10 0 |
| December | 219 | 26 | 10 6 |
| January, 1999 | 318 | 25 | 7 3 |
| February | 359 | 38 | 9 6 |
| March | 368 | 49 | 11 8 |
| April | 363 | 40 | 9 9 |
| May | 359 | 43 | 1C 7 |
| June | 415 | 40 | 8 8 |
| July | 307 | 42 | 12 0 |
| August | 355 | 64 | 15 3 |
| September | 297 | 54 | 15 4 |
| October | 236 | 43 | 15 4 |
| **Total** | **4808** | **574** | **10 7** |

**Table 2.   Regional\* enrollment activity, May 1998 – October 1999**

| Region | Number Approached | Refusal rate (%) |
|---|---|---|
| I | 216 | 11 6 |
| II | 776 | 12 6 |
| III | 805 | 16 4 |
| IV-N | 480 | 6 3 |
| IV-S | 308 | 10 7 |
| V-E | 289 | 11 8 |
| V-W | 633 | 7 6 |
| VI | 628 | 13 1 |
| VII | 206 | 11 7 |
| VIII | 327 | 3 7 |
| IX | 634 | 7 9 |
| X | 14 | 0 |

\*See map (page 24) for regional designations

GH000586

**Table 3.   Demographic characteristics of persons* enrolled in UDC**

| Characteristic | Hemophilia A (n = 3248) Number | Percent | Hemophilia B (n = 761) Number | Percent | vWD (n = 723) Number | Percent |
|---|---|---|---|---|---|---|
| **Age Group (years)** | | | | | | |
| 2 – 10 | 918 | 28 4 | 192 | 25 3 | 199 | 27 6 |
| 11 – 20 | 1007 | 31 1 | 199 | 26 3 | 262 | 36 3 |
| 21 – 40 | 798 | 24 6 | 229 | 30 2 | 131 | 18 1 |
| 41 – 60 | 443 | 13 7 | 108 | 14 2 | 93 | 12 9 |
| 61+ | 72 | 2 2 | 30 | 4 0 | 37 | 5 1 |
| **Race / Ethnicity** | | | | | | |
| White | 2236 | 68 9 | 556 | 73 1 | 529 | 73 2 |
| African American | 391 | 12 0 | 92 | 12 1 | 28 | 3 9 |
| Hispanic | 416 | 12 8 | 81 | 10 6 | 69 | 9 5 |
| Asian / Pacific Islander | 78 | 2 4 | 8 | 1 1 | 21 | 2 9 |
| Native American | 27 | 0 8 | 6 | 0 8 | 7 | 1 0 |
| Other | 99 | 3 0 | 18 | 2 4 | 69 | 9 5 |
| **Sex** | | | | | | |
| Male | 3189 | 98 2 | 743 | 97 6 | 342 | 47 3 |
| Female | 59 | 1 8 | 18 | 2 4 | 381 | 52 7 |

*Twenty-four persons were reported to have both hemophilia and vWD, and 98 persons had a bleeding disorder other than hemophilia or vWD

**Table 4.   Disease severity of persons enrolled in UDC**

| | Hemophilia Mild N | % | Moderate N | % | Severe N | % | vWD Type 1 & 2 N | % | Type 3 N | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Participants* | 821 | 20 5 | 919 | 23 0 | 2261 | 56 5 | 580 | 88 5 | 75 | 11 5 |

*Numbers do not equal total number of persons because of missing data

GH000587

**Table 5.   Bleeding episodes\* among persons enrolled in UDC by disease severity and prophylaxis status**

*No prophylaxis*

| Bleeding site | Hemophilia | | | vWD | |
| | Mild n = 817 | Moderate n = 825 | Severe n = 1687 | Type 1 & 2 n = 560 | Type 3 n = 74 |
|---|---|---|---|---|---|
| Joint | 0 6 (2 3) | 3 8 (7 8) | 9 3 (12 1) | 0 2 (1 6) | 3 7 (8 3 |
| Muscle | 0 3 (1 0) | 1 1 (2 4) | 2 6 (5 8) | 0 1 (0 8) | 0 5 (1 3) |
| Other | 0 7 (2.9) | 1 4 (4 4) | 2 0 (4 7) | 3 1 (8 4) | 3 9 (6 5 |
| All sites | | | | | |
| Mean | 1 7 (4 1) | 6 2 (10 3) | 13 9 (16 1) | 3 4 (8 6) | 8 C (12 5 |
| Median | 0 | 3 | 10 | 0 | 4 |

*With prophylaxis*

| Bleeding site | Hemophilia | | |
| | Mild N = 3 | Moderate n = 49 | Severe n = 315 |
|---|---|---|---|
| Joint | 0 5 (1 0) | 2 7 (4 0) | 3 2 (5 8) |
| Muscle | 0 (—) | 1 1 (5 4) | 0 8 (2 2) |
| Other | 1 2 (1 5) | 1 2 (3 3) | 1 4 (6 4) |
| All sites | | | |
| Mean | 1 8 (1 3) | 5 1 (9 3) | 5 4 (9 5) |
| Median | 2 | 3 | 2 |

\*Values are mean (±SD) number of bleeding episodes experienced during the 6-month period preceding the UDC visit

GH000588

Table 6.   Blood and factor products used* by persons enrolled in UDC

| Treatment product | Hemophilia A | | Hemophilia B | | vWD | |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent |
| Recombinant factor | 1991 | 61 3 | 406 | 53 4 | 4 | 0 6 |
| Monoclonal factor VIII | 664 | 20 4 | 1 | 0 1 | 2 | 0 3 |
| Other human factor' | 156 | 4 8 | 1 | 0 1 | 148 | 21 2 |
| Porcine factor VIII | 6 | 0 2 | 0 | — | 0 | — |
| Purified factor IX | 2 | 0 1 | 277 | 36 4 | 0 | — |
| Prothrombin complex | 59 | 1 8 | 32 | 4 2 | 0 | — |
| Activated prothrombin complex | 156 | 4 8 | 11 | 1 4 | 0 | — |
| Cryoprecipitate or FFP | 12 | 0 4 | 5 | 0 7 | 14 | 2 0 |
| Desmopressin | 191 | 5 9 | 2 | 0 3 | 263 | 37 6 |
| None used | 294 | 9 1 | 122 | 16 0 | 259 | 37 1 |

*Any use of the product(s) during the 12-month period preceding UDC enrollment

NOTE  Individuals may have used more than one type of treatment product

GH000589

**Table 7.  Infectious disease complications among persons enrolled in UDC**

| Infectious Disease Complications | Hemophilia | | vWD | |
|---|---|---|---|---|
| | Number | % of Total | Number | % of Total |
| **Risk factors for liver disease** | | | | |
| Past/present hepatitis B virus infection | 808 | 20 2 | 25 | 3 5 |
| Past/present hepatitis C virus infection | 1883 | 47 0 | 59 | 8 2 |
| History of alcohol abuse | 147 | 3 7 | 3 | C 4 |
| Other | 41 | 1 0 | 8 | 1 1 |
| None | 2033 | 50 7 | 650 | 99 9 |
| **Signs or symptoms of liver disease** | | | | |
| **(During the last year)** | | | | |
| Jaundice | 27 | 0 7 | 1 | 0 1 |
| Ascites | 25 | 0 6 | 1 | 0 1 |
| Varices | 17 | 0 4 | 0 | — |
| Other | 45 | 1 1 | 1 | C 1 |
| None | 3920 | 97 8 | 720 | 99 6 |
| **Laboratory markers of liver disease** | | | | |
| Chronically elevated ALT/AST levels | 721 | 18 0 | 15 | 2 1 |
| Elevated prothrombin time in the last year | 101 | 2 5 | 10 | 1 4 |
| **Therapy for chronic viral hepatitis** | | | | |
| Any therapy | 167 | 4 2 | 5 | C 7 |
| Successful therapy | 30 | 18 0* | 1 | 20 0* |
| **Intravenous access devices (IVAD)** | | | | |
| Used an IVAD in the last year | 496 | 12 4 | 24 | 3 3 |
| IVAD infection in the last year | 66 | 13 3** | 3 | 12 5** |

*Percent of persons who received any therapy for chronic viral hepatitis

**Percent of persons who used an IVAD in the last year.

GH000590

**Figure 1.   Prevalence of hepatitis A virus exposure and reported vaccination status among persons with hemophilia**



**Figure 2.   Regional\* distribution of natural and acquired immunity to hepatitis A virus among persons with hemophilia**



\*See map (page 24) for regional designations

GH000591

**Figure 3.    Prevalence of hepatitis A virus exposure and reported vaccination status among persons with vWD**



**Figure 4.    Prevalence of hepatitis B virus exposure and reported vaccination status among persons with hemophilia**



GH000592

**Figure 5**      **Regional* distribution of natural and acquired immunity to hepatitis B virus among persons with hemophilia**



*See map (page 24) for regional designations

**Figure 6**      **Prevalence of hepatitis B virus exposure and reported vaccination status among persons with vWD**



GH000593

**Figure 7.    Prevalence of hepatitis C virus infection among persons with bleeding disorders**



**Figure 8.    Prevalence of human immunodeficiency virus (HIV) infection among persons with bleeding disorders**



GH000594

**Table 8.   Treatment type for persons with hemophilia enrolled in UDC**

| Severity | Total number | Episodic care No   (%) | Number on intermittent prophylaxis | Number on continuous* prophylaxis |
|----------|------|------|------|------|
| Mild | 821 | 808 (98 4) | 9 | 4 |
| Moderate | 919 | 784 (85 3) | 41 | 94 |
| Severe | 2261 | 1503 (66 5) | 186 | 572 |

*Prophylaxis is considered continuous when administered for at least 46 weeks per year

**Table 9.   Prevalence of current inhibitors by titer* among persons with hemophilia enrolled in UDC**

| Severity | Hemophilia A | | | Hemophilia B | | |
|----------|--------|-----------|------------|--------|-----------|------------|
| | Number | Low titer | High titer | Number | Low titer | High titer |
| Mild | 650 | 2 (0 1) | 1 (0 03) | 171 | 0 | 0 |
| Moderate | 659 | 11 (1 7) | 9 (1 4) | 260 | 0 | 1 (0 4) |
| Severe | 1932 | 74 (3 8) | 116 (6 0) | 329 | 4 (1 2) | 15 (4 6) |

*Low titer is defined as an inhibitor level of 0 5 – 5 Bethesda units (BU)
 High titer is defined as an inhibitor level of >5 BU
 Numbers in parentheses are percents

GH000595

**Table 10.   Intra-cranial hemorrhage (ICH)\* among persons with hemophilia enrolled in UDC**

| Severity | Hemophilia A | | Hemophilia B | |
|---|---|---|---|---|
| | Total | No with ICH (%) | Total | No with ICH % |
| Mild | 650 | 1 (0 2) | 171 | 0 |
| Moderate | 659 | 6 (0 9) | 260 | 1 (0 4) |
| Severe | 1932 | 21 (1 1) | 329 | 4 (1 2) |

| Causes of ICH | Number (%) |
|---|---|
| Trauma | 15 (53 6) |
| Thrombocytopenia | 1 (3 6) |
| Other | 12 (42 9) |

\*Diagnosed by a physician during the year prior to the UDC visit

**Table 11   Joint complications among persons enrolled in UDC**

| | Hemophilia | | | | | | VWD | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mild | | Moderate | | Severe | | Type 1 & 2 | | Type 3 | |
| | N | % | N | % | N | % | N | % | N | % |
| Target joint\* | 73 | 8 9 | 281 | 30 6 | 1129 | 49 9 | 10 | 1 8 | 17 | 22 7 |
| Invasive procedure | 33 | 4 0 | 63 | 6 9 | 277 | 12 2 | 9 | 1 6 | 7 | 9 3 |
| Joint infection | 6 | 0 7 | 14 | 1 5 | 39 | 1 7 | 3 | 0 5 | 0 | — |
| Used cane | 114 | 13 9 | 230 | 25 0 | 711 | 31 4 | 35 | 6 2 | 16 | 21 3 |
| Used wheelchair | 14 | 1 7 | 60 | 6 5 | 236 | 10 4 | 15 | 2 7 | 4 | 5 3 |
| Any activity restriction | 119 | 14 5 | 282 | 30 7 | 957 | 42 3 | 40 | 7 1 | 21 | 28 0 |

\*Please see Technical Notes (page 18) for the definition of a target joint

GH000596

**Table 12.    Joint limitations among persons enrolled in UDC**

|  | Hemophilia | | | vWD | |
|  | Mild | Moderate | Severe | Type 1 & 2 | Type 3 |
|---|---|---|---|---|---|
| Number of patients | 777 | 841 | 1992 | 531 | 70 |
| Mean indicator* value | 53 7 | 96 9 | 159 4 | 28 2 | 67 0 |
| Standard deviation | 99 4 | 175 7 | 220 8 | 67 0 | 110 3 |

*Indicator is the total number of degrees of range of motion less than normal for five joints   The joint motions measured and normal values used (in parentheses) are  hip extension (30), hip flexion (120), knee flexion (135), knee extension (0), shoulder flexion (180), elbow flexion (150), elbow extension (0), elbow pronation and supination (80), ankle dorsiflexion (20), ankle plantar flexion (50)  Any hyperextension of the knee or elbow is not included in the calculation  In UDC, limitations in knee and elbow extension are recorded as negative numbers  Patients with missing measures for any of the joints are excluded from the analyses  As an example, patients with mild hemophilia have on average 53 7 degrees less than normal range of motion across ten joints

GH000597

# Technical Notes

## Eligibility Requirements

To participate in UDC, patients must receive care in a federally funded HTC and meet at least one of the following criteria 1) age 2 years or older with a bleeding disorder due to congenital deficiency or acquired inhibitors in which any of the coagulation proteins is missing, reduced, or defective and has a functional level of less than 50 percent, or 2) age 2 years or older with a diagnosis by a physician of von Willebrand disease Individuals specifically excluded from participation in UDC include persons with any of the following 1) an exclusive diagnosis of a platelet disorder, 2) thrombophilia; or 3) coagulation protein deficiencies due to liver failure

## Data collection

UDC data are collected during the participant's "annual visit," which ideally should occur once each calendar year (January-December), with the interval between visits as close as possible to 12 months Data are collected according to guidelines and definitions detailed in surveillance manuals provided to HTC staff by CDC Informed consent for participation is obtained each year Demographic information and reasons for refusal are obtained using a Patient Refusal Form for all eligible persons who decline participation To protect patient confidentiality, all data sent to CDC do not contain personally identifying information, but rather use a unique 12-digit code that is generated by a computer software program supplied to HTCs by CDC

Eligible participants are registered into UDC through a Registration Form completed by HTC staff, this form includes patient demographic, diagnostic, and historical information Month and year of birth are used to calculate age on the last day of the current year Information on race and ethnicity is obtained from clinic records and may have been based either on self-report or on observations made by care providers

During the annual visit clinical information is recorded on a standardized data collection form (Annual Visit Form) In addition to information about education, employment status and health insurance, data are also collected about treatment type (episodic vs prophylactic), presence and treatment of inhibitors the number of bleeding episodes experienced (based on infusion logs or patient recall) and brand name of all factor concentrates or other treatment products used and whether or not clotting factor is infused at home

Information regarding infectious diseases is also collected including risk factors and clinical signs, symptoms and laboratory markers of liver disease Data are also recorded about any therapy for chronic hepatitis, the status of vaccination for hepatitis A and B viruses, and, among patients with an intravenous access device, the occurrence of a device-associated infection Persons ≥ 8 years of age who are HIV-infected are asked several questions concerning risk-reduction activities including partner testing and condom use

Data are also collected on joint disease, including the use of walking aids the occurrence of joint infections, and measures of impact of joint disease on daily activities During the visit, range of motion measurements on five joints (hip, knee, shoulder elbow, and ankle) are taken by a physical therapist or other trained health care provider according to detailed guidelines provided in a reference manual supplied by CDC All health care providers performing these measurements are trained and certified by regional physical therapists who have themselves received centralized training In addition information about whether a particular joint is a "target joint" or whether the participant has

GH000598

required the use of an orthopedic appliance or has undergone an invasive orthopedic procedure is collected  In UDC, a target joint is defined as a joint in which recurrent bleeding has occurred on four or more occasions during the previous 6 months or one in which 20 life-time bleeding episodes have occurred

All data collection forms are sent overnight to CDC where they are then key entered into a computer database using double-entry software to minimize data entry errors  Data are then screened for omissions, inconsistencies, and unusual values that possibly represent abstraction or data-entry errors  Error reports are generated and faxed to the HTC, where a designated UDC contact uses available information to resolve discrepancies and complete missing data items

## Laboratory testing

During the annual visit, a blood specimen is obtained from each participant in UDC  The specimen is processed by HTC personnel according to guidelines provided by CDC that are designed to minimize the effects of storage and shipment on subsequent analyses  Samples are shipped overnight to the CDC Serum Bank where they are aliquoted and stored  A portion of the specimen is sent to the Eugene B  Casey Hepatitis Laboratory at Baylor College of Medicine in Houston, Texas  A second portion is sent to the HIV Testing Laboratory at CDC  The remainder of the specimen is stored in the CDC Serum Bank for future blood safety investigations, as needed

Testing for hepatitis A, B, and C viruses follow algorithms designed to determine with the highest probability the patient's status with regard to exposure to or infection with these viruses  Information provided by HTC staff on a Laboratory Form, including the results of previous local testing and vaccination history, is used by personnel at the testing laboratory to provide a detailed interpretation of the test results

Testing for H V follows algorithms designed to determine patient status with regard to infection with HIV-1 and HIV-2  The results of all laboratory testing are reported to the HTC using the CDC unique code which can be matched to the patient only by HTC staff

## Mortality reporting

Deaths occurring among all HTC patients (regardless of whether or not they have been enrolled in UDC) are reported to CDC using a Mortality Form  Data collected include age at death, sex, race/ethnicity, disease type and severity, and whether or not blood products had been used during the year prior to death  Additionally, information about the death, including the date, cause (primary and contributing), and whether or not an autopsy was performed, is also collected

## Tabulation and presentation of data

Data in this report are provisional  The data presented in this report represent the first 18 months of what is planned to be at least a 5-year surveillance project  Future reports will include expanded data tables to cover subsequent surveillance periods and will provide the results of more detailed analyses of available data and findings from special studies

GH000599

# Acknowledgements

We thank the Regional Coordinators (listed below in italics) of the federal HTC regions for their assistance in the implementation and technical support of UDC. Data for this report were collected by care providers in HTCs at the following institutions

**Region I**
*Ann Forsberg, M A , M P H*
New England Hemophilia Center
  Worcester, MA
Dartmouth-Hitchcock Hemophilia Center
  Lebanon, NH
Rhode Island Hospital
  Providence, RI
UCONN Hemophilia Treatment Center
  Farmington, CT
Vermont Regional Hemophilia Center
  Burlington, VT
Boston Children's Hospital
  Boston, MA

**Region II**
*Mariam Voutsis, R N , M P A*
The New York Hospital
  New York, NY
Puerto Rico Hemophilia Treatment Center
  San Juan, PR
UMDNJ-Robert Wood Johnson University
  Hospital, New Brunswick, NJ
Nadeene Brunini Comprehensive
  Hemophilia Care Center, Newark, NJ
The Mary M  Gooley Hemophilia Center, Inc
  Rochester, NY
SUNY Health Science Center - Adult
  Syracuse, NY
SUNY Health Science Center - Pediatric
  Syracuse, NY
Hemophilia Center of Western New York –
  Adult, Buffalo, NY
Hemophilia Center of Western New York –
  Pediatric, Buffalo, NY
Albany Medical College
  Albany, NY
UHSH Blood Disorders Center
  Johnson City, NY

Mount Sinai Medical Center
  New York, NY
Long Island Jewish Medical Center
  New Hyde Park, NY

**Region III**
*Sue Cutter, M S W , M P A*
Children's National Medical Center
  Washington, DC
Georgetown University Medical Center
  Washington, DC
University of Virginia Hospital
  Charlottesville, VA
Medical College of Virginia Hospital
  Richmond, VA
Children's Hospital of the King s Daughters
  Norfolk, VA
Cardeza Foundation Hemophilia Center
  Philadelphia, PA
Christiana Care Health Services
  Newark, DE
Hemophilia Center of Centra Penns t an a
  Hershey, PA
Hemophilia Center of Western Penns, an a
  Pittsburgh, PA
West Virginia University Medical Center
  Morgantown, WV
Charleston Area Medical Center
  Charleston, WV
Johns Hopkins University Med ca Center
  Baltimore, MD
Children's Hospital of Philadelch a Spec a ,
  Center, Voorhees, NJ
Children's Hospital of Philadelphia
  Philadelphia, PA
Lehigh Valley Hospital
  Allentown, PA

GH000600

**Region IV-N**

*Richard J Atwood, M.A., M P H*

Wake Forest University School of Medicine
 Winston-Salem, NC
Brown Cancer Center
 Louisville, KY
Children's Hospital of Palmetto –
 Richland Memorial, Columbia, SC
University of Tennessee – Memphis
 Memphis, TN
East Tennessee Comprehensive Hemophilia
 Center, Knoxville, TN
Vanderbilt University Medical Center
 Nashville, TN
University of North Carolina at Chapel Hill
 Chapel Hill, NC
Norton Kosair Children's Medical Center
 Louisville, KY

**Region IV-S**

*Crystal D Watson, B S W*

Miami Comprehensive Hemophilia Center –
 Pediatrics, Miami, FL
University of Florida
 Gainesville, FL
Scottish Rite Children's Medical Center
 Atlanta, GA
Medical College of Georgia - Adult
 Augusta, GA
University of Mississippi Medical Center
 Jackson, MS
Miami Comprehensive Hemophilia Center –
 Adult, Miami, FL
Children's Rehabilitation Services
 Mobile, AL
Children's Rehabilitation Services
 Birmingham, AL
Children's Rehabilitation Services
 Opelika, AL
Children's Rehabilitation Services
 Huntsville, AL
Emory University Hemophilia Program
 Office
 Atlanta, GA
University of South Florida – Pediatric
 Tampa, FL

**Region V-E**

*Tamara Wood-Lively, M H A , J D*

Munson Medical Center
 Traverse City, MI
Hemophilia Clinic of West Michigan Cancer
 Center, Kalamazoo, MI
University of Cincinnati Medical Center
 Cincinnati, OH
The Children's Medical Center
 Dayton, OH
Michigan State University Comprehensive
 Center for Bleeding Disorders
 East Lansing MI
Children's Hospital of Michigan
 Detroit, MI
DeVos Children's Hospital at Butterworth
 Grand Rapids, MI
Eastern Michigan Hemophilia Treatment
 Center, Flint, MI
Ohio State University Medical Center
 Columbus, OH

**Region V-W**

*Mary Anne Schall, R N , M S*

Northwestern University
 Chicago, IL
Cook County Hospital - Adult
 Chicago, IL
Children's Memorial Hospital
 Chicago, IL
Comprehensive Bleeding Disorders Center
 Peoria, IL
Fairview - University Medical Center
 Minneapolis MN
Mayo Clinic
 Rochester, MN
MeritCare Hospital DBA Roger Maris
 Cancer Center, Fargo, ND
Hemophilia Outreach Centre
 Green Bay, WI
Gunderson Clinic
 LaCrosse, WI
American Red Cross - Badger Chapter
 Madison, W
Rush Children's Hospital
 Chicago, IL
Michael Reese Hospital – Adult

GH000601

Chicago, IL
South Dakota Children's Specialty Clinics
  Sioux Falls, SD
Comprehensive Center for Bleeding
  Disorders, Milwaukee, WI
Cook County Children's Hospital
  Chicago, IL

**Region VI**
*John Drake, R N , M S N*
Gulf States Hemophilia and Thrombosis
  Center, Houston, TX
Louisiana Comprehensive Hemophilia
  Center, New Orleans, LA
Arkansas Children's Hospital
  Little Rock, AR
Oklahoma Comprehensive Hemophilia
  Treatment Center, Oklahoma City, OK
Cook Children's Medical Center
  Ft Worth, TX
South Texas Comprehensive Hemophilia
  Center, San Antonio, TX
Children's Medical Center
  Dallas, TX
University of Texas Southwestern Medical
  School, Dallas, TX

**Region VII**
*Mike Lammer, MSW*
University of Iowa Hospitals and Clinics
  Iowa City, IA
Cardinal Glennon Children's Hospital
  St Louis, MO
Kansas City Regional Hemophilia Center
  Kansas City, MO
Nebraska Regional Hemophilia Treatment
  Center, Omaha, NE
St Louis University Medical Center
  St Louis, MO
University of Missouri Hospital and Clinics
  Columbia, MO

**Region VIII**

*Mary Lou Damiano, R N , M Ed*
Mountain States Regional Hemoph a and
  Thrombosis Center, Denver, CO
Ted R Montoya Hemophilia Center
  Albuquerque, NM
Mountain States Regional Hemoph ia Cente-
  Tucson, AZ
Phoenix Children's Hospital
  Phoenix, AZ
Mountain States Regional Hemcon a Cente-
  – Utah, Salt Lake City, UT

**Region IX**
*Judith Baker, M H S A*
Children's Hospital of Los Angeles
  Los Angeles, CA
Alta Bates Medical Center
  Berkeley, CA
University of California at Davis
  Sacramento, CA
University of California, San Francisco
  San Francisco, CA
Orthopaedic Hospital of Los Angeles
  Los Angeles, CA
Children's Hospital, San Diego
  San Diego, CA
Children's Hospital of Orange County
  Orange, CA
Children's Hospital Oakland
  Oakland, CA
Hemophilia and Thrombosis Center of
  Nevada, Las Vegas, NV
Guam Comprehensive Hemophilia Care
  Program, Agana, GU
City of Hope National Medical Center
  Duarte, CA
Lucile Salter Packard Children's Hospital
  at Stanford, Palo Alto, CA
University of California
  San Diego, CA

**Region X**

GH000602

*Robina Ingram-Pich, R N , M S , M P H*
Puget Sound Blood Center and Program
 Seattle, WA
Oregon Hemophilia Treatment Center
 Portland, OR


We would also like to acknowledge the assistance of the UDC Working Group, which is
composed of the following individuals

Randall Curtis, M B A
 Berkeley, CA
Bruce M Ewenstein, M D
 Boston, MA
Ann Forsberg, M A , M P H
 Worcester, MA
Sue Geraghty, R N , M B A
 Aurora, CO
W Keith Hoots, M D
 Houston, TX
Heather Huszti, Ph D
 Oklahoma City, OK
Marion Koerper, M D
 San Francisco, CA
Jeanne Lusher, M D
 Detroit, MI
Peter Smith, M D
 Providence, RI
Scott Ward, RPT, Ph D
 Salt Lake City, UT
Gilbert C, White, II, M D
 Chapel Hill, NC

GH000603

# Hemophilia Treatment Center Regions



*Denotes location of regional core centers

GH000604

GH000605

## TABLE V. FRESH FROZEN PLASMA

| Product Name | Manufacturer | Method of Viral Depletion or Inactivation | Pool Size, Units |
|---|---|---|---|
| Donor Retested Fresh Frozen Plasma | Community blood banks (not ARC) | 1. Donors must test negative on second donation in order for first donation to be released | 1 |
| Plas + SD | Vitex from plasma collected by ARC (distributed by ARC) | 1 Solvent detergent (TNBP and polysorbate 80) | 2500 |

# ReFVIII Conjoint

# Study Report



Interoffice Memorandum—For internal Use Only

To   Distribution

Date   June 28, 2000

From  Jelena Popadic

Distribution   M Baldridge, A Baumann, T Comiskey, B Connolly*, H Ehrlich, E Gomperts,
L Gunheen, C Immel, H Halbritter, J Hauert, D Hernandez, M Inoue   J Reuter  S Reindl*,
N Riedel, D Swan, G Thomas, I Thomas, J Weinstein*   (include Appendix I with report*

Re  Recombinant FVIII Conjoint Study Report

Please find your copy of the Recombinant FVIII report that was prepared to summarize the
results of the conjoint study  The study was a global/US initiative commissioned by Teresa
Comiskey and Jim Hauert  This custom study took place in eight countries and involved
333 respondents  The participants in the research were asked to trade off several product
features as described in the report  A summary of the results can be found in the
*Management Summary* section

To note  Appendix I (fieldwork documents) and the multi-country computer tabulations,
that are referred to in the report, are quite lengthy and, as such, were not included with
the report but are available upon request  In the near future, this information will also be
available on the NA Marketing Research intranet site (password protected)

In addition to the report itself, a computer simulation of the product features studied was
developed to allow for further analysis

Please feel free to call me at 847 940-5956 should you have questions regarding the study or
the associated deliverables

Hyland Immuno North America Marketing Research

GH000607

# Recombinant Factor VIII positioning study

Multi-country report
June 2000



GH000608

**NOP** (Healthcare

# Recombinant Factor VIII positioning study

## Multi-country report

Prepared for  Baxter Hyland Immuno

J 500398                                                                                  June 2000

GH000609

NOP (Healthcare

# CONTENTS

Introduction
Objectives ...................................................... li
  1  Primary objective
  2  Secondary objectives
Research method. ........................................... v
  1  Design
  2  Sample
  3  Fieldwork ...................................... x
  4  Data analysis
Demographics .............................................. x
  1  Type of patient respondent
    1 1  Adult/paediatric
    1 2  Age of paediatric patients
    1 3  Length of time since diagnosis
Management summary . ................................. XIV
  1  Relative importance of product features
  2  Breakdown of haemophilia patients
  3  Patterns of Factor VIII usage
  4  Patterns of recombinant Factor VIII usage
MAIN FINDINGS .. ... ..
1  Haemophilia patient workload ........... 1
2  Haemophilia patient types ... .......... 3
  2 1 Haemophilia type A/B
  2 2 Adult/paediatric patients
  2 3 Severity of condition
3  Factor VIII usage
  3 1 Plasma/recombinant Factor VIII usage
  3 2 Duration of recombinant Factor VIII usage
  3 3 Recombinant Factor VIII usage for prophylaxis/treatment
  3 4 Use of portacaths for delivering recombinant FVIII
  3 5 In-centre administration of recombinant Factor VIII
  3 6 Most widely used Factor VIII products
  3 7 Most widely used rFVIII products (USA and Japan)
  3 8 Influences on choice of product
  3 9 Level of satisfaction with current rFVIII products
  3 10 Desired improvements

GH000610

**NOP** ⎛Healthcare

**4  Relative importance of recombinant FVIII product features**    **27**
  4 1  Recombinant FVIII full profile conjoint task    27
  4 2  Relative importance of attributes and levels within attributes    29
      4 2 1   Human protein    32
      4 2 2   Continuous infusion    33
      4 2 3   Room temperature storage    34
      4 2 4   Reconstitution    35
      4 2 5   Assay issue    36
      4 2 6   High potency    37
      4 2 7   Diluent volume    38
      4 2 8   rFVIII molecule    39
  4 3  Reasons for ranking preferred product first    40
  4 4  Level of interest in using preferred product    41

**APPENDICES**

**I** Fieldwork documents
  (a)  Physicians
  (b)  Nurses
  (c)  Patients

**II** Trade-off/conjoint exercise
  (a)  Attribute list
  (b)  Statistical results
  (c)  Background

J500398
EM/MP/SB
12th June 2000

**NOP** (Healthcare

## Introduction

Baxter's Hyland Immuno division currently markets several products for the treatment of haemophilia A, including Recombinate

The Factor VIII market comprises human plasma-derived products and the more recently introduced genetically engineered recombinant products based on recombinant DNA technology) Recombinate is a dominant player in this market

Recombinate and the other recombinant Factor VIII (rFVIII) products currently available contain (human) albumin, which is added to the Factor VIII protein in the final stage of production in order to stabilise the product. Furthermore the cell culture medium used in the preparation of rFVIII products also contains albumin This poses the theoretical risk of viral contamination and manufacturers are currently developing protein free rFVIII products

Baxter's research and development is directed towards a completely protein free rFVIII and the company has a potential product in the early phases of clinical trials However, Genetics Institute and Bayer are also known to be developing completely protein free rFVIII products

Baxter now faces the challenge of maintaining its dominant place in this evolving market until such time as its new protein free product is launched. Both Genetics Institute and Bayer will have the benefit of reformulated products (no stabilising albumin) and Baxter is considering several positioning strategies to counter the threat posed by these new products  These strategies are

### 1   Reduced volume infusions

The volume of a Recombinate infusion is currently 10 ml, while that of its competitors is 2 5 ml and 5 ml  Baxter may wish to reduce the Recombinate infusion volume   It is advisable to determine the optimal volume and what reduction in volume is considered sufficiently significant to affect product choice

**NOP** (Healthcare

**2   Higher potency**

A possibility being considered is to extend the licence for Recombinate in the future to include a potent dosage of 1,500 or 2,000 i u (the highest potency dose for current rFVIII products is 1,240 i u)   This dose would better accommodate therapy for adults (a large adult can have up to 2,500 i u )

**3   Continuous infusion indication**

Another possible product licence extension would be to include an indication for continuous infusion   Currently none of the rFVIII products are licensed for this indication and because of this, there is believed to be some resistance amongst pharmacists to mix rFVIII into an i v bag for continuous infusion   It is estimated that some 10% to 15% of rFVIII usage is used in continuous infusions (for pre- and post-surgical use) and it is not known whether or not the new reformulated products will have this indication

**4   Novel reconstitution device**

A novel device is being considered for safer, faster, easier and more convenient reconstitution and administration of Recombinate  (a needleless device, possibly allowing for multi-vial doses)

In addition, there are a number of other factors that may influence the use of specific rFVIII products, including

 ➤  Human protein - whether used in both manufacturing and stabilising, in manufacturing only (reformulated products) or not used at all
 ➤  Assay requirements - whether the commonly used one-stage assay can be used or if a chromogenic assay is required (reformulated products)
 ➤  Room temperature storage – whether the rFVIII product requires refrigeration or if it can be stored at room temperature   If room temperature is applicable, the shelf life of the product may vary from 3 months to 2 years
 ➤  Molecule type – full length rFVIII or B-domain deleted rFVIII

Baxter commissioned NOP Healthcare to conduct a trade-off study in the USA, Japan and Europe, to assist in the development of a positioning strategy for Recombinate and the next generation rFVIII products

**Baxter Hyland Immuno**

NOP (Healthcare

## Objectives

### 1.     Primary objective

The primary objective of this study was to provide an indicator of the relative importance of the various rFVIII product features and the selected eyes for each feature

The relative importance of these features and levels was measured independently for the three groups of respondents - physicians, nurses and patients

### 2.     Secondary objectives

The secondary objectives of this study were to establish the following

**The breakdown of haemophilia patients by**
- types A and B

**The breakdown of haemophilia A patients by**
- adult and paediatric,
- severity of condition,
- length of time since diagnosis

**Patterns of Factor VIII usage**
- purpose of treatment – prophylaxis or on demand,
- use of portacaths,
- use of recombinant versus human plasma-derived products
- use of specific brands,
- factors influencing the choice of Factor VIII treatment.

**Baxter Hyland Immuno**

**NOP** (Healthcare

## Management summary

### 1.    Relative importance of product features

The trade-off exercise in this study was designed to assess both the relative importance of various product features as well as the varying levels within each feature   Of the eight product features selected by Baxter to be included in the exercise

i       Reducing/eliminating human protein is the most important feature (eliminating is significantly better)

ii      Capability for continuous infusion is the second most important feature for physicians and nurses (label indication not particularly important)

iii     Room temperature storage is the third most important feature (significant improvement if it does not require refrigeration, stepped improvement with shelf life)

iv      Reconstitution is of some importance for nurses and patients (needleless system and single step procedure)

v       Assay issue is not particularly important for physicians and nurses (but one-stage preferable)

vi      Higher potency product is not particularly sought after (but 1,500 i u  or 2,000 i u  preferable)

vii     Diluent volume is unimportant (but smaller volumes preferable)

viii    rFVIII molecule is unimportant for physicians

### 2.    Breakdown of haemophilia patients

i       Approximately four out of five patients are haemophilia type A

ii      Just over half are adults

iii     Approximately half of the haemophilia A patients (USA and Japan) are classified as having a severe condition, and one quarter as having moderate and mild conditions respectively

**3      Patterns of Factor VIII usage**

I      Factor VIII is used predominantly as prophylaxis among paed atr cs but more on an 'as needed' basis among adults

II      Portacaths are used by less than one in ten adult sufferers, but b, a most one-third of children

III      On average, rFVIII is being prescribed for around two-thirds of patients and around one-third are being prescribed human plasma-derived products

IV      The most common influences on choice of treatment are safety efficacy supply and cost

**4      Patterns of recombinant Factor VIII usage**

I      The average length of time that patients have been using rFVIII is eight years for adults and four years for children

II      The majority of patients are fairly to very satisfied with the rFVIII products currently available, the main reason for patient satisfaction be ng the efficacy of the products

III      Recombinate is the most widely used rFVIII product followed b, Kogenate

IV      In addition to reducing/eliminating human protein the capac ry for continuous infusion and room temperature storage, rFVIII users also want to see reduced cost, longer half-life and improved safety

**NOP** | Healthcare

## Patterns of recombinant Factor VIII usage

- length of time rFVIII products have been used,
- level of satisfaction with currently available products,
- reasons for satisfaction/dissatisfaction,
- desired improvements to currently available products

## The preferred rFVIII product (conjoint task)

- reasons for ranking chosen product first,
- level of interest in using chosen product,
- willingness to pay a price premium for selected product.

**NOP** (Hea.thcare

## Research method

## Design

To establish the relative importance of the various product features and the e.e s within each feature, a full profile conjoint technique was incorporated n c re design of the research

The following attribute battery (and levels within each attribute' was used

1    *Human protein*
i)      used in manufacturing and stabilising (final formulation)
ii)     used in manufacturing (culturing), but not in the final formulation (for stabilising)
iii)    not used at all

This attribute was included in the tasks for doctors, nurses and patents

2    *Continuous infusion*
i)      an approved indication
ii)     product has capability, but not approved (label indication)
iii)    not possible

This attribute was included in the tasks for doctors and nurses on .

3    *Diluent volume*
i)      2 5ml
ii)     5ml
iii)    10ml

This attribute was included in the tasks for doctors  nurses and patents

**Baxter Hyland Immuno**

GH000618

**NOP** (Healthcare

**4**     *High potency*
   i)        1,000 i u
   ii)       1,250 i u
   iii)      1,500 i u
   iv)      2,000 i u

This attribute was included in the tasks for doctors, nurses and patients

**5**     **Assay issue**
   i)        requires one-stage assay
   ii)       requires chromogenic assay (not available in every hospital)

This attribute was included in the tasks for doctors and nurses

**6**     *Room temperature storage*
   i)        Cannot be stored at room temperature (requires refrigeration)
   ii)       3 months
   iii)      6 months
   iv)      1 year
   v)       2+ years

This attribute was included in the tasks for doctors, nurses and patents

**7**     *Reconstitution*
   i)        current standard (two vials)
   ii)       current standard, with needleless reconstitution/mixing
   iii)      single step procedure (i e pre-filled, ready-to-use syringe)

This attribute was included in the tasks for nurses and patients only

**8**     *rFVIII molecule*
   i)        full length
   ii)       B-domain deleted

This attribute was included in the tasks for coctors only

**NOP** (Hea th care

These attributes and levels were incorporated into a 32 card (for doctors and nurses) or 25 card (for patients) orthogonal design for a full profile conjoint task. The resulting utility values provided an indication of the relative importance of each attribute and each level within each attribute

**Baxter Hyland Immuno**

GH000620



## Sample

Haematologists and nurses were recruited and screened to ensure that

- they worked at or were affiliated with a specialist/comprehensive haemophilia treatment centre,
- they specialised in the treatment of haemophil a bleeding disorders,
- they were involved specifically in the treatment of haemophilia A

Additionally, they were screened to ensure that

- the haematologists were prescribing rFVII products in the treatment of haemophilia A,
- the nurses were regularly involved in the reconstitution and administrator of rFVIII products for treating haemophilia A.

Haematologists in Europe were only recruited if they were treating five or more haemophilia A patients

Patient respondents were screened to ensure that

- either they personally suffered from haemophilia A or had a child suffering from the condition,
- that the haemophilia A sufferer was using a rFVIII product to treat their condition

Quotas were imposed in each country to ensure that the patient group included a significant proportion of paediatric patients, who are more commonly prescribed rFVIII  The target quotas were 66% paediatric and 33% adult patients

Baxter withdrew one country (Germany) from the study and it was not possible to meet the quotas in either Japan or Denmark  This was because of the small number of haemophilia centres in Denmark, and due to the social stigma associated with haemophilia in Japan

As a result, more doctors and patients were recruited in the USA to assist in reaching the target quotas for each respondent group

Baxter Hyland Immuno

**NOP** (Healthcare

The resulting sample totalled 333 respondents, and included 99 haematologists 62 nurses and 172 haemophilia A patients who were receiving rFVIII infusions  The sample breakdown is shown in the following table

| Country | Doctors | Nurses | Patients | Total |
|---|---|---|---|---|
| Italy | 10 | - | 20 | 30 |
| France | 10 | - | 20 | 30 |
| UK | 10 | 10 | 22 | 42 |
| Spain | 5 | - | 10 | 15 |
| Sweden | 5 | 5 | 10 | 20 |
| Denmark | 4 | 2 | 6 | 12 |
| Sub total for Europe | | | | 149 |
| Japan | 5 | 5 | 4 | 14 |
| USA | 50 | 40 | 80 | 170 |
| Total | 99 | 62 | 172 | 333 |

Further demographics of the sample groups can be found in the section entitled Demographics

**Baxter Hyland Immuno**

GH000622

**NOP** (Healthcare

### Fieldwork

Fieldwork was undertaken during December 1999 and January 2000   A series of face-to-face interviews were carried out with haematologists, nurses and patients in the USA, Japan and Europe   Copies of all fieldwork documents can be found in Appendix I

### Data analysis

A copy of the multi-country computer tabulations produced from the results of the screening and main questionnaires (including demographics), can be found in the bound computer tabulations for each respondent group   A summary of this information is detailed within the main findings of this report

Separate multi-variate analyses were run for each of the three groups of respondents based on the results of the conjoint task   A summary of the findings can be found in the main findings section of the report.   The statistical analyses of the conjoint results can be found in Appendix II

---

**Baxter Hyland Immuno**

**NOP** (Healthcare

## Demographics

## 1.    Type of patient respondent

### 1 1    Adult/paediatric

As per the target quota, nearly two-thirds of the patient respondent group were parents of children with haemophilia A, except in Japan where only four patients could be recruited for this study and all four were adults  and  in Denmark where a six recruited patients were children

Type of haemophilia A patient  Adult/paediatric



**Base  All patients**

**NOP** ( Healthcare

*1 2*    *Age of paediatric patients*

The mean age of the child sufferers of haemophilia A was nine years   This was
similar across all countries except Spain and Denmark where the mean age was
younger at six years, and in France where the mean age was slightly older at 11
years



Mean age of paediatric patients

Base  All paediatric patients

**NOP** (Healthcare

### 1 3     *Length of time since diagnosis*

The mean length of time since diagnosis was 30 years for adult sufferers and eight years for child sufferers

### Length of time since adult was diagnosed with haemophilia A



Base All adult patients

### Length of time since child was diagnosed with haemophilia A



Base All paediatric patients

**Baxter Hyland Immuno**

**NOP** (Healthcare

## 3    Patterns of Factor VIII usage

I      Factor VIII is used predominantly as prophylaxis among paediatrics but more on an 'as needed' basis among adul s

II     Portacaths are used by less than one in ter adult sufferers, but by almost one-third of children

III    On average, rFVIII is being prescribed for ι round two-thirds of patients and around one-third are being prescribed human plasma-derived products

IV    The most common influences on choice of treatment are safety, efficacy, supply and cost

## 4    Patterns of recombinant Factor VIII usage

I      The average length of time that patients have been using rFVIII is eight years for adults and four years for children

II     The majority of patients are fairly to very satisfied with the rFVIII products currently available, the main reason for patient satisfaction being the efficacy of the products

III    Recombinate is the most widely used rFVIII product, followed by Kogenate

IV    In addition to reducing/eliminating human protein, the capability for continuous infusion and room temperature storage, rFVIII users also want to see reduced cost, longer half-life and improved safety

**NOP** | Healthcare

## Management summary

### 1.    Relative importance of product features

The trade-off exercise in this study was designed to assess both the relative importance of various product features as well as the varying levels within each feature   Of the eight product features selected by Baxter to be included in the exercise

| i | Reducing/eliminating human protein is the most important feature (eliminating is significantly better) |

i       Reducing/eliminating human protein is the most important feature (eliminating is significantly better)

ii      Capability for continuous infusion is the second most important feature for physicians and nurses (label indication not particularly important

iii     Room temperature storage is the third most important feature significant improvement if it does not require refrigeration, stepped improvement with shelf-life)

iv     Reconstitution is of some importance for nurses and patients needless system and single step procedure)

v      Assay issue is not particularly important for physicians and nurses but one-stage preferable)

vi     Higher potency product is not particularly sought after (but 1 500 i u or 2,000 i u preferable)

vii    Diluent volume is unimportant (but smaller volumes preferable

viii   rFVIII molecule is unimportant for physicians

### 2.    Breakdown of haemophilia patients

i       Approximately four out of five patients are haemophilia type A

ii      Just over half are adults

iii     Approximately half of the haemophilia A patients (USA and later are classified as having a severe condition, and one quarter as having moderate and mild conditions respectively

---

**Baxter Hyland Immuno**                                                                          x.

# Main Findings

GH000629

**NOP** (Healthcare

## MAIN FINDINGS

### 1    Haemophilia patient workload

The number of haemophilia patients treated in each centre varied widely across the eight countries, with estimates ranging from eight to 700   The mean number of patients treated was around 150 per centre



Mean number of haemophilia patients treated in each centre

Base  All physicians and all nurses

In Japan and the USA, the physicians were also asked how many haemophilia patients they were personally responsible for treating   In Japan, the mean number of patients was 148, and in the USA the mean number was 127   In Japan this figure equated to the mean number of haemophilia patients treated in each centre, and in the USA this figure was just under the mean number of haemophilia patients treated in each centre   This would appear to indicate that all the physicians in Japan and the majority in the USA were personally responsible for every haemophilia patient treated in the centre in which they worked   One physician in the USA stated that s/he was not personally responsible for any haemophilia patients and that the responsibility was shared among physicians

---

Baxter Hyland Immuno

**NOP** (Healthcare

Nurses in Japan and the USA were asked what number of naemophilia A patients would be seen by them in a typical week. The mean number was around nine with Japanese nurses seeing on average two more patients in a typical week than nurses in the USA

**NOP** (Healthcare

## 2.    Haemophilia patient types

### 2 1    Haemophilia type A/B

The estimated percentage of haemophilia patients that were types A and B were very similar across countries   Out of the total number of haemophilia patients treated by physicians, around four-fifths (79%) were said to have haemophilia type A and the remaining fifth (21%) haemophilia type B

**Mean percentage of haemophilia patients with haemophilia type A/B**



Base  All physicians

**NOP** (Healthcare

## 2.2    Adult/paediatric patients

There was a wide variation in the centres' proportions of adult and paediatric haemophilia A patients   However the means for both the physician and the nurse respondent groups indicated that just over half of the patients treated were adult and just under half were paediatric

### Mean percentage of haemophilia A patients who were adult/paediatric





Base  All physicians

GH000633

**NOP** (Healthcare

## 2 3    Seventy of condition

Nurses and physicians in Japan and the USA were asked to classify their haemophilia A patients by the seventy of their condition   The results were very similar, with physicians and nurses in both countries estimating that around half of their patients had a severe condition   The remaining half were fairly evenly split between mild and moderate forms of the condition

### Haemophilia A patients classified by seventy of condition



Base  All physicians and nurses in USA and Japan

**NOP** | Healthcare

## 3.    Factor VIII usage

### 3.1    Plasma/recombinant Factor VIII usage

The physicians interviewed estimated that they were prescribing recombinant Factor VIII products, as opposed to human plasma-derived products for around two-thirds (69%) of their haemophilia A patients  The nurses' estimates were very similar  The highest usage of recombinant products was in Denmark where almost all patients were said to be prescribed recombinant Factor VIII

**Mean percentage of patients for whom physicians prescribe recombinant/human plasma Factor VIII**



Base  All physicians

**NOP** (Healthcare

### 3 2    Duration of recombinant Factor VIII usage

Among the patient respondents, the average length of time that rFVIII products had
been used was eight years for adults and four years for children   In both adults and
children, patients in France, Sweden and the USA had been using the recombinant
products for the longest periods of time   Conversely in Italy, Spain and Japan, the
patients had been using recombinant products for the shortest length of time

**Length of time adults had been using recombinant Factor VIII**



Base  All adult patients

**NOP** (Hea.thca·e

## Length of time children had been using recombinant Factor VIII



Base  All paediatric patients

**Baxter Hyland Immuno**

GH000637

**NOP** (Healthcare

### 3 3   Recombinant Factor VIII usage for prophylaxis/treatment

Recombinant Factor VIII was predominantly used as prophylaxis among child sufferers (70%)  However, adults tended to use t more on an "as needed" basis (61%) rather than as a preventative measure

**Use of recombinant Factor VIII as prophylaxis/treatment**



Base  All patients

**NOP** ⎰Hea thcare

The following table illustrates the usage patterns by country

| Country | | Prophylaxis | On demand |
|---|---|---|---|
| Italy | Adult (6) | 3 (50%) | 3 (50%) |
| | Child (14) | 4 (29%) | 10 (71%) |
| France | Adult (7) | 3 (43%) | 4 57% |
| | Child (13)** | 8 (62%) | 5 54% |
| UK | Adult (6) | 5 (83%) | 1 17% |
| | Child (16) | 15 (94%) | 1 6% |
| Spain | Adult (4) | 1 (25%) | 3 75% |
| | Child (6)* | 4 (67%) | 1 17% |
| Sweden | Adult (4)** | 4 (100%) | 1 25% |
| | Child (6) | 6 (100%) | - |
| Denmark | Adult | - | - |
| | Child (6) | 5 (83%) | 1 17% |
| Japan | Adult (4) | 1 (25%) | 3 75% |
| | Child | - | - |
| USA | Adult (33)** | 10 (30%) | 24 73% |
| | Child (47)** | 34 (72%) | 14 30% |
| Total | Adult (64) | 27 (42%) | 39 (61%) |
| | Child (108) | 76 (70%) | 34 (31%) |

*One respondent stated "don't know"
**These groups included a small number of patients who used FVIII both as
prophylaxis and on-demand

➤ Interestingly in Italy where almost three-quarters of the patient respondents
were children with haemophilia A, just under one third of Factor VIII usage was
for the purpose of prophylaxis, while in just over two-thirds of the respondents
it was used on an "as needed" basis,

**Baxter Hyland Immuno**

**NOP** | Healthcare

> All patients in Sweden and most in the UK and Denmark used rFVIII products **as prophylaxis,**

> rFVIII was most commonly used on an "as needed" basis among adult patients in Spain, Japan and the USA

## 3 4   Use of portacaths for delivering recombinant FVIII

Not surprisingly, portacath use was more common among paediatric patients than adults, with almost one third of children (30%), but less than one in ten adults, using portacaths for the delivery of rFVIII

**Use of a portacath (catheter) for the administration of rFVIII**



Base  All patients

GH000640

NOP ⎰ Healthcare

The following table shows a breakdown of portacath use by country

| Country | | Portacath used | Portacath not used |
|---|---|---|---|
| Italy | Adult (6) | 1 (17%) | 5 (83%) |
| | Child (14) | - | 14 (100%) |
| France | Adult (7) | - | 7 (100%) |
| | Child (13) | 2 (15%) | 11 (85%) |
| UK | Adult (6) | 1 (17%) | 5 (83%) |
| | Child (16) | 5 (31%) | 11 (69%) |
| Spain | Adult (4) | - | 4 (100%) |
| | Child (6) | 1 (17%) | 5 (83%) |
| Denmark | Adult | - | - |
| | Child (6) | 3 (50%) | 3 (50%) |
| Sweden | Adult (4) | - | 4 (100%) |
| | Child (6) | 3 (50%) | 3 (50%) |
| Japan | Adult (4) | 1 (25%) | 3 (75%) |
| | Child | - | - |
| USA | Adult (33) | 3 (9%) | 30 (91%) |
| | Child (47) | 18 (38%) | 29 (62%) |
| Total | Adult (64) | 6 (9%) | 58 (91%) |
| | Child (108) | 32 (30%) | 76 (70%) |

➤ Half the children in Denmark and Sweden were using portacaths for the delivery of rFVIII,

➤ None of the children in Italy were using portacaths

**Baxter Hyland Immuno**

GH000641

**NOP** | Healthcare

## 3 5    In-centre administration of recombinant Factor VIII

The mean number of occasions that nurses reconstituted and/or administered rFVIII products in a typical week was five, however this figure was double for nurses in Denmark and the UK   There was no apparent correlation between the number of patients managed by the centre and the number of times nurses administered rFVIII

**Mean number of times rFVIII was reconstituted/administered per week**



Mean no haemophilia A patients per centre:

| | Total (62) | UK (10) | Sweden (5) | Denmark (2) | Japan (5) | USA (40) |
|---|---|---|---|---|---|---|
| patients | 115 | 111 | 193 | 154 | 84 | 109 |
| mean times | 5 | 10 | 7 | 11 | 3 | 4 |

Base  All nurses

There was no difference in administration/reconstitution patterns between centres that had mainly paediatric patients (>50%) and those that managed more adults (>50%) than children, with the mean being five in both types of centres

GH000642

**NOP** | Healthcare

## 3.6    Most widely used Factor VIII products

The Factor VIII products most commonly used by the physicians and nurses
interviewed are listed in the following summary table

### % of physicians using specified product

| Product | Physicians (99) | Nurses (62 |
|---|---|---|
| Recombinant | | |
| Recombinate | 91% | 94 |
| Kogenate | 76% | 82 |
| Helixate | 55% | 48 |
| Refacto | 28% | 8 |
| Bioclate | 26% | 08 |
| Human plasma | | |
| Haemate P/Humate-P | 35% | 02 |
| Hemofil M | 32% | 02 |
| Monoclate-P | 27% | 02 |
| Alphanate | 24% | 16 |
| Monarc M | 10% | 10 |
| Emoclot | 10% | - |
| Koate DVI | 6% | 13 |
| Octnativ M | 3% | 10 |

> Recombinate was the most commonly used rFVIII product in all countries
> Haemate P/Humate-P was the only human plasma-derived product used by
>   physicians and nurses in all countries (except Japan),
> among physicians, human plasma-derived products were used by more
>   physicians in Italy than in any other country   This correlates with the data

**Baxter Hyland Immuno**                                                   14

**NOP** ⎛Healthcare

section 3 1, which shows that physicians in Italy were prescribing human plasma-derived products for 59% of their patients whereas the mean for all countries was 31%   A full breakdown by country can be found in the computer tabulations that accompany this report.

## 3 7    Most widely used rFVIII products (USA and Japan)

In the USA, Recombinate was the most commonly used rFVIII product, used by 90% of the physicians for an average of 45% of their patients

**Usage of specified brands of recombinant Factor VIII in the USA**

|  | % physicians<br>using brand | Mean % of<br>patients on brand |
|---|---|---|
| Recombinate | 90% | 45% |
| Kogenate | 70% | 29% |
|  |  |  |
| Bioclate | 42% | 12% |

Base  All physicians in the USA (50)

**NOP** (Healthcare

In Japan, both Recombinate and Kogenate were used by a' the physicians interviewed in this study

**Usage of specified brands of recombinant Factor VIII in Japan**



| | % physicians using brand | Mean % of patients on brand |
|---|---|---|

Base  All physicians in Japan (5)

The patient interviews confirmed the dominant position of Recombinate in the FVIII market   The following chart indicates the brands of rFVIII currently and previously used by the patients interviewed in this study

**Mean percentage of patients using specified brands of rFVIII**



Base  All patients (172)