**NOP** | Healthcare

The most commonly used product was Recombinate, currently used by over half (55%) of the patients interviewed   Kogenate was currently used by just under one quarter of patients (23%), Helixate by 14%, Refacto by 8% and Bioclate by 2%

Patients in all countries were using Recombinate, from one fifth of patients in Spain to all six patients in Denmark   It was the most widely used rFVIII product in all countries except Spain where Kogenate was the leading brand   A full breakdown by country can be found in the computer tabulations that accompany this report.

Not only was Recombinate currently the most commonly used rFVIII product, there had also been minimal switches away from Recombinate - only 6% of patients claimed to have used the product in the past   It is interesting to compare this with the lower penetration products – Kogenate, where 15% had switched to a different product and Helixate (10% switches)

## 3.8    Influences on choice of product

A number of factors were said to influence the choice of Factor VIII product in the treatment of haemophilia A   The most commonly mentioned factors for physicians nurses and patients related to minimising patient risk and included
- safety,
- minimal risk of viral contamination,
- the associated source of the product (genetically engineered or plasma-derived)

Efficacy/response rates was also a significant consideration for physicians and nurses, as were supply and cost (each mentioned by between 41% to 65% of these respondent groups)

GH000646

**NOP** ⎨Hea'thcare

**Factors most influencing the choice of Factor VIII products**



Base  All physicians  nurses and patients

**NOP** (Healthcare

Additional factors mentioned by at least one fifth of any single respondent group are included in the following table

| Factor | Physicians (99) | Nurses (62) | Patients (172) |
|---|---|---|---|
| Lack of adverse reactions | 40% | 37% | 16% |
| Lack of immunity / resistance / inhibitor development | 34% | 34% | 0% |
| Ease of administration | 29% | 35% | 18% |
| Albumin/protein content | 28% | 13% | 10% |
| Ease of reconstitution | 28% | 34% | 15% |
| Well-established product | 28% | 40% | * |
| Storage (refrigeration vs room temperature) | 28% | 15% | 16% |
| Shelf-life | 26% | 16% | 9% |
| Duration of effect | 25% | 35% | 17% |
| Speed of response | 23% | 23% | 22% |
| Range of potencies/vial sizes | 20% | 32% | 9% |
| Diluent/infusion volume | 19% | 26% | 8% |
| Speed of reconstitution | 18% | 26% | 15% |
| Manufacturer (e g reputation or involvement in haemophilia) | 11% | 27% | 0% |
| Delivery to patient's home | 9% | 23% | 13% |
| Recommended by hospital/GP | n/a | n/a | 22% |

There were some variations in the responses between physicians, nurses and patients and it is interesting to note where the variances occur

NOP ( Healthcare

- the associated source of the product (genetically engineered or plasma-derived) was mentioned by over half of the nurses (52%, and physicians (53%), and more than one third of patients (35%).  Interestingly the actual albumin/protein content of the product was a more influential issue to physicians – mentioned by over one quarter (28%) than for nurses (10% or patients (10%),

- factors that could be associated with the task of administering the product as opposed to the manufacture/content of the product, appeared to be most influential for nurses, but less so for physicians and patients  These included

  ➢ supply/availability(65%, 51%, 5%* respectively),
    *patients were probed on availability only

  ➢ ease of administration (35%, 29%, 18% respectively)

  ➢ ease of reconstitution (34%, 28%, 15% respectively)

  ➢ speed of reconstitution (26%, 18%, 15% respectively)

  ➢ range of potencies/vial sizes (32%, 20%, 9% respectively)

  ➢ diluent/infusion volume (26%, 19%, 8% respectively)

- the manufacturer was a factor that was more influential for nurses than for physicians (27% vs  11% respectively), as was whether the product was well established or not (40% vs  28% respectively),

- more than one fifth of patients (22%) were influenced by a recommendation or choice of product by their GP or hospital  This was the fifth most influential factor among patients,

- interestingly, storage and shelf-life were more influential factors for physicians (mentioned by more than 25%) than for nurses and patients

Nurses were not included in the sample in several European countries thus reducing the validity of the multivariate analysis for this respondent group  To validate the nurses' conjoint analysis, they were asked to rate the level of importance of each of the factors included in the following table on a scale of one to ten, where one equalled 'not at all important' and ten equalled extremely important

GH000649

**NOP** ⎛Healthcare

| | Factor | Mean rating |
|---|---|---|
| 1 | Lack of (viral) contamination | 9 9 |
| 2 | Safety | 9 8 |
| 3 | Lack of immunity/resistance/inhibitor development | 9 5 |
| 4 | Lack of adverse reactions | 9 4 |
| 5 | Efficacy/response rates | 9 3 |
| 6 | Recombinant vs  human plasma-derived | 9 2 |
| 6 | Supply/availability | 9 2 |
| 7 | Speed of response | 8 9 |
| 8 | Duration of effect | 8 7 |
| 8 | Cost | 8 7 |
| 9 | Well established product | 8 5 |
| 10 | Ease of administration | 8 4 |
| 11 | Ease of reconstitution | 8 3 |
| 11 | Lack of albumin reaction | 8 3 |
| 12 | Speed of reconstitution | 8 0 |
| 13 | Range of potencies/vial sizes | 7 8 |
| 14 | Shelf-life | 7 6 |
| 15 | Diluent/infusion volume | 7 4 |
| 16 | Manufacturer (e g  reputation) | 7 3 |
| 17 | Albumin/protein content | 7 2 |
| 18 | Storage (refrigeration vs  room temp ) | 6 8 |
| 18 | Good relationship with manufacturer | 6 8 |
| 19 | Delivery to patients home | 6 5 |

Baxter Hyland Immuno

21

GH000650

NOP (Hea tncare

There were some country variations in the importance ratings of the factors influencing the choice of Factor VIII treatment. With regard to the most influential factors, the variances were as follows

- efficacy/response rates achieved a mean rating of 7 5 in Japan 5 respondents whereas the nurses in the other four countries awarded a mean rating of 8 8 or above,
- the recombinant vs human plasma-derived factor was rated 8 8 or above in all countries except for Sweden (5 respondents) where the mean rating was 7 8
- all the nurses except for those in Japan awarded supply availability a mean rating of 9 3 or above  In Japan the mean rating was 7 2

There were also some interesting variances in the ratings for the other factors

- nurses in all countries except Denmark (2 respondents rated the well-established/standard product factor at 8 4 or above  In Denmark the mean rating was 5 0,
- the albumin/protein content factor was rated as being more important in Denmark with a mean score of 9 0 as opposed to 7 0 - 7 7 in the other countries,
- Denmark (two respondents) showed a mean rating of 10 0 for eight factors - s of the seven most important factors among all nurses (no efficacy response rates) plus speed of response and shelf-life, whereas the only other country to register a mean score of 10 0 was Sweden (five respondents when rating ac of (viral) contamination,
- there was a wide range of ratings for diluent/infusion volume from 6 0 in Japan to 9 0 in Denmark,
- shelf-life was extremely important in Denmark (mean rating of 10 0 but of minimal importance in Japan (mean score 5 8)  The other countries gave this factor a mean rating of 7 2 - 8 7,
- although the factor labelled 'delivery to patient's home' scored a mean rating of 6 5, it was considered of little importance in Denmark where it scored a mean rating of 1 0,

GH000651

**NOP** (Healthcare

- having a good relationship with the manufacturer (mean rating of 6 8) was considered most important in the UK, with a mean score of 8 6, and the least important in Japan where it scored 5 8,
- cost (mean rating of 8 7) was highly ranked in all countries except Denmark, where it had a mean rating of 6 0

## 3.9    Level of satisfaction with current rFVIII products

All physicians, nurses and patients were asked to rate how satisfied they were with the rFVIII products currently available   A five-point rating scale was used where one equalled very dissatisfied and five equalled very satisfied

Level of satisfaction with recombinant Factor VII  products currently available
(1 = very dissatisfied and 5 = very satisfied)



Base All respondents

The mean rating for both physicians and nurses was 4 1, with nurses in Sweden awarding the highest mean rating of 5 0 and nurses in Denmark awarding the lowest mean rating of 3 0   Among patients, the mean rating was 4 5 with the lowest mean rating of 3 8 being given by the patients in Spain   There were five patients who claimed to be fairly dissatisfied with the currently available products (three in the UK, one in Spain and one in the USA), and five patients who claimed to be neither satisfied nor dissatisfied (three in Italy one in Spain and one in the USA)

GH000652

**NOP** (Healthcare

Of those patients who were satisfied with the currently available rFVl products almost one third (30%) commented that this was due to the efficacy of the product. The chart below illustrates the most common reasons for patients satisfaction with the products currently available

**Reasons for satisfaction with recombinant Factor VIII products**



Base  All patients who were satisfied with their
rFVIII treatment (160)

GH000653

**NOP**⟮Healthcare

## 3 10    Desired improvements

All respondents were asked to indicate which improvements they sought to the
currently available rFVIII products, and those mentioned most often are listed in the
following table

| Desired improvement | Physicians (99) | Nurses (62) | Patients (172) |
|---|---|---|---|
| Reduced cost | 67% | 69% | 34% |
| Reduced use of albumin/protein | 56% | 53% | 36% |
| Longer lasting effect/half-life | 46% | 37% | 43% |
| Improved supply/availability | 45% | 55% | 3% |
| Reduced immunity/resistance/inhibitor development | 44% | 42% | 0% |
| Reduced/no (viral) contamination | 39% | 39% | 28% |
| Improved safety | 28% | 39% | 24% |
| Improved storage (refrigeration not required) | 27% | 24% | 32% |
| Easier administration | 24% | 23% | 27% |
| Improved packaging/less wastage of ancillary products | 14% | 44% | 18% |

Interestingly, improved packaging/less wastage of ancillary products was mentioned
by almost half of the nurses, making it the fourth most frequently mentioned
improvement among this group, whereas this was a desired improvement for just
18% of patients and 14% of physicians

Improved storage ability was the fourth most important improvement for patients
and was mentioned by almost one third of this group   This improvement was also
mentioned by almost one quarter of the physician and nurse groups

NOP (Healthcare

**There were some interesting regional variations**

- among patients in the USA, reduced cost was the improvement mentioned most often (45%),

- while reduced use of albumin/protein was mentioned by 56% of all physicians and 53% of all nurses, this improvement was mentioned by four out of five of the Japanese doctors but only one-fifth of nurses in Japan and the UK. For patients in Italy, this was the most important desired improvement

- longer lasting effect/longer half-life was the most commonly mentioned desired improvement among patients in France, Spain and Germany. It was also commonly mentioned by physicians in the same countries

- improved supply/availability was less important for physicians in Spain and Japan (one in five) than for physicians in Sweden (four out of five)

- improved storage (refrigeration not required) was perceived to be more important in Japan than in the other countries in this study

- reduced/no (viral) contamination was more important to physicians in Italy and France than in other countries

GH000655

**NOP** | Healthcare

## 4   Relative importance of recombinant FVI I product features

### 4 1   Recombinant FVIII full profile conjoint task

In this study, a full profile conjoint task was undertaken during the interviews (see
Appendix II for an explanation of the conjoint technique)   The physicians and
nurses were shown 32 cards and the patients 25 ca cs, each card describing a
potential rFVIII product (see cards in Appendix I)   Each card contained a different
combination of attribute levels (different attributes were used for the different
respondent groups according to their relevance to that group)   The respondents
were asked to rank the cards in order of preference

The attributes and their levels were as follows

1) *Human protein*
   i)      used in manufacturing and stabilising (final formulation)
   ii)     used in manufacturing (culturing), but not in the final formulation
           (for stabilising)
   iii)    not used at all
   This attribute was included in the tasks for doctors, nurses and patients

2) *Continuous infusion*
   i)      an approved indication
   ii)     product has capability, but not approved (label indication)
   ii)     not possible
   This attribute was included in the tasks for doctors and nurses only

3)       *Diluent volume*
   i)      2 5ml
   i)      5ml
   i i)    10ml
   This attribute was included in the tasks for doctors, nurses and patients

GH000656

**NOP**(Healthcare

4)    *High potency*
   i)     1,000 i u
   ii)    1,250 i u
   iii)   1,500 i u
   iv)    2,000 i u

   This attribute was included in the tasks for doctors nurses and patents

5)    *Assay issue*
   i)     requires one-stage assay
   ii)    requires chromogenic assay (not available in every hospita

   This attribute was included in the tasks for doctors and nurses on

6)    *Room temperature storage*
   i)     Cannot be stored at room temperature (requires refrigeration
   ii)    3 months
   iii)   6 months
   iv)    1 year
   v)     2+ years

   This attribute was included in the tasks for doctors nurses and patents

7)    *Reconstitution*
   i)     current standard (two vials)
   ii)    current standard, with needleless reconstitution/mixing
   iii)   single step procedure (i e pre-filled, ready-to-use syringe

   This attribute was included in the tasks for nurses and patents on

8)    *rFVIII molecule*
   i)     full length
   ii)    B-domain deleted

   This attribute was included in the tasks for doctors only

GH000657

**NOP** | Healthcare

## 4 2    Relative importance of attributes and levels within attributes

The results of the conjoint analysis indicated that the human protein attribute was
the most influential in the respondents' choice of product. This was the case for
physicians, nurses and patents

Relative importance of most important product features



Base  All respondents

Baxter Hyland Immuno                                                    29

GH000658

**NOP** (Healthcare

The following table shows the relative importance of each attribute in relation to the respondent's selection and ranking of the preferred products

| | Physicians (98) | Nurses (92) | Patients (71) |
|---|---|---|---|
| 1 | Human protein 39% | Human protein 34% | Human protein 45% |
| 2 | Continuous infusion 26% | Continuous infusion 22% | Room temperature storage 34% |
| 3 | Room temperature storage 19% | Room temperature storage 20% | Reconstitution 4% |
| 4 | Assay issue 11% | Reconstitution 7% Diluent volume 7% | High potency 8% |
| 5 | High potency 3% | | Diluent volume 3% |
| 6 | Diluent volume 1% | Assay issue 5% | |
| | rFVIII molecule 1% | High potency 5% | |

The preferred levels within each attribute were also almost identical across the three groups of respondents

**NOP** Healthcare

The following table illustrates the favoured product features (with the utility values for the preferred level) for each group of respondents

| Physicians (98) | Nurses (62) | Patients (171) |
|---|---|---|
| Human protein not used at all (11 2) | Human protein not used at all (10 2) | Human protein not used at all (9 1) |
| Continuous infusion an approved indication (7 3) | Continuous infusion an approved indication (3 6) | * |
| Diluent volume 2 5ml (2 1) | Diluent volume 2 5ml (3 8) | Diluent volume 2 5ml (2 4) |
| High potency 1,500 ı u (2 1) | High potency 2,000 ı u (2 8) | High potency 1,500 ı u (3 1) |
| Requires one-stage assay (3 4) | Requires one-stage assay (2 4) | * |
| Room temperature storage 2+ years (6 2) | Room temperature storage 2+ years (7 7) | Room temperature storage 2+ years (7 6) |
| * | Reconstitution – single step procedure (i e pre-filled ready-to-use synnge) (2 9) | Reconstitution – single step procedure (i e pre-filled ready-to-use synnge) (3 4) |
| rFVIII molecule – Full length (1 1) | * | * |

*These attributes were not included in the product features for this group of respondents

**NOP**|Healthcare

It is important to note the distance between the utility values of the eyes within each attribute, as this is what dictates the attribute's importance - the greater the distance, the more important the attribute

### 4 2 1    Human protein

The greatest difference between the utility values for all three responder groups occurred with the human protein attribute, making this attribute the most important to all groups in choosing a product   The following chart illustrates the large degree of difference between the utility values, and thus the high level of importance placed on the human protein attribute

**Utility values for human protein**



11.2

10 2

9

4 1

4 2

2 7

0 8

0 6

Physicians (98)          Nurses (62)          Patients (17)

■ Not used at all
■ Used in manufacturing (culturing) but not in final formulation stabilising
Used in manufacturing and stabilising

Base  All respondents

The distance from the most popular attribute level to the second most popular is greater than the distance from the second most popular level to the least popular level  This indicates that containing no human protein is of far more importance to the respondents than human protein being used at only one stage of production

---

**Baxter Hyland Immuno**

GH000661

**NOP** (Healthcare

### 4 2 2   Continuous infusion

The continuous infusion attribute was included in the tasks for physicians and nurses only   The total difference between the utility values for being approved for continuous infusion (the preferred level) to not being capable of use for continuous infusion (the least popular level), equated to 6 9 points for physicians and 6 1 points for nurses   This was the second most important attribute for these groups of respondents in selecting a product.

**Utility values for continuous infusion being an approved indication**



Physicians (98)                    Nurses (62)

■ An approved indication
■ Product has capability but not approved (labe indication)
  Not possible

Base   All physicians and nurses

There was a much larger difference between the second and third most popular levels than between the preferred and the second most popular levels   This indicates that a potential rFVIII product being approved for continuous infusion is ideal, however one that has the capability (but is not approved for this indication) would also be considered important.   The respondents were disinterested in a product that was not capable of being administered by continuous infusion

### 4 2 3   Room temperature storage

Room temperature storage was the second most important attribute for patients and the third for physicians and nurses   The point differences from the most popular level (2+ years) to the least popular level (not possible to store at room temperature) were 5 0 points for physicians, 5 6 points for nurses and 8 points to patients

**Utility values for room temperature storage**



Physicians (98)        Nurses (62)        Patients

■2+ years
■1 year
■6 months
■3 months
■Cannot be stored at room temperature

Base  All respondents

It is interesting to note that the greatest difference between levels occurred to physicians and patients from the inability to be stored at room temperature to three month room temperature storage, indicating that any storage time at room temperature was far preferable to requiring refrigeration

**NOP** (Healthcare

*4 2 4*    *Reconstitution*

The reconstitution attribute was included in the tasks for nurses and patients only
It was the third most important attribute for patients and fourth equal for nurses  The
point differences between the least and most popular levels were 2 0 points for
nurses and 1 9 points for patients    The most popular level was single step
procedure (pre-filled, ready-to-use syringe) and the least popular level was the
current standard with two vials and transfer needles

**Utility values for reconstitution**



Nurses (62)                      Patients (171)

■ Single step procedure (pre-filled ready-to use syringe)
■ Current standard with needless reconstitution/mixing
   Current standard (two vials) with transfer needles

Base  All nurses and patients

There was a greater difference for nurses between reconstituting using the current
standard and reconstituting using the current standard without needles (1 2), than
reconstituting with the current standard without needles and using a single step
procedure (0 8)   This would indicate that nurses would prefer to use a single-step
procedure but there could also be an advantage in developing a product using the
current reconstitution standard but without needles

**NOP** ⎧ Healthcare

In contrast, a needleless version of the current standard was not seen to be a significant improvement for patients, whereas a single step procedure would be

**4 2 5    *Assay issue***

The assay issue was included in the tasks for physicians and nurses only, and there was a difference of 2 9 points for physicians and 1 5 points for nurses from the more popular one-stage assay to the less popular chromogen c assa

### Utility values for the assay issue



Base  All physicians and nurses

GH000665

**NOP** (Healthcare

### 4 2 6   High potency

The high potency attribute emerged with a low degree of influence on respondents, being the second least important attribute for patients, physicians and nurses There was a small 0 5 point difference between levels for physicians, a 1 4 point difference for nurses and a 1 1 point difference for patients   The most popular choice was 2,000 I u  for nurses and 1,500 I u  for physicians and patients, the least popular potency was 1,250 I u  for physicians and 1,000 I u  for nurses and patients

**Utility values for high potency**



Base  All respondents

**NOP** ⎛Healthcare

### 4 2 7    *Diluent volume*

The diluent volume attribute was relatively unimportant in product selection scoring a 0 4 point difference for physicians, a 1 9 point difference for nurses and a 0 5 point difference for patients   The most popular diluent volume was 2 5 ml for all groups of respondents and the least popular was 5ml for physicians and 10ml for nurses and patients

**Utility values for diluent volume**



Base  All respondents

**NOP│Healthcare**

### 4 2 8    *rFVIII molecule*

Physicians' tasks also included a preference for a full-length rFVIII molecule or a B-domain deleted molecule  This was considered the least important attribute for the physicians, scoring a 0 2 point difference, with the full length molecule being minimally preferred (1 1 points) to the B-domain deleted rFVIII molecule (0 9 points)

**Utility values for rFVIII molecule**



1 1                     0 9

■ Full length              B-domain deleted

Base  All physicians (98)

GH000668

**NOP** (Healthcare

## 4 3   Reasons for ranking preferred product first

Respondents were asked to give their reasons for ranking the preferred product first   The two most common reasons among all three respondent groups were

- no/less human or animal derived protein,
- long room temperature storage/shelf-life/no need for refrigeration

**Reasons for ranking preferred product first**



No/less human or animal (derived) protein    76%    81%    ...

Long room temperature storage/shelf-life/no need for refrigeration    76%    74%    ...

■ Physicians (98)   ▨ Nurses (62)   ■ Patients

Base  All physicians, nurses and patients

The third most common reason among physicians and nurses for selecting the chosen product, was that it was approved for continuous infusion

The pre-filled, ready-to-use syringe was the third most common reason for patients mentioned by more than half of this group, and it was the fourth most common reason for nurses   This feature was only mentioned by two physicians

**Baxter Hyland Immuno**

4

# Customers: The level of the price premium will be a key factor in positioning our PFM brand



CONFIDENTIAL

GH000670

# Customer: All things being equal, the customers will accept an XX% premium over Gen I products



**Baxter**

CONFIDENTIAL

GH000671



GH000672

NOP ( Healthcare

It is important to note the distance between the utility values of the levels within each attribute, as this is what dictates the attribute's importance - the greater the distance, the more important the attribute

### 4 2 1    Human protein

The greatest difference between the utility values for all three respondent groups occurred with the human protein attribute, making this attribute the most important to all groups in choosing a product   The following chart illustrates the large degree of difference between the utility values, and thus the high level of importance placed on the human protein attribute

**Utility values for human protein**



| | 112 | 10 2 | 9 1 |
| 4 1 | | 4 2 | 27 |
| 0 8 | | 0 6 | |
| Physicians (98) | Nurses (62) | Patients (171) |

■ Not used at all
■ Used in manufacturing (culturing) but not in final formulation (stabilising)
☐ Used in manufacturing and stabilising

Base  All respondents

The distance from the most popular attribute level to the second most popular is greater than the distance from the second most popular level to the least popular level   This indicates that containing no human protein is of far more importance to the respondents than human protein being used at only one stage of production

---

Baxter Hyland Immuno                                                              32

## Gen I > Gen II Pricing    76%

| | 2000 | | | 2001 | |
|---|---|---|---|---|---|
| | KG-FS | % Premium | HLX | HLX-FS | % Premium |
| KG | 0.500 | | 0.557 | | |
| NA | 1.130 | 51% | 0.670 | 0.800 | 19% |
| EU | 0.630 | 13% | 0.563 | 0.63 | 12% |

| | KG-FS 2000 % Prem RECOMB | HLX-FS % Prem vs Recom | vs Recom | REFACTO 2000 % Prem REFACTO vs Recomb | vs Recomb |
|---|---|---|---|---|---|
| NA | 0.719 | 57% | 11% | 0 | 0% |
| EU | 0.566 | 11% | 11% | 0.585 | 0% |

## 2000 > 2001 Pricing

| | 2000 | | 2001 | |
|---|---|---|---|---|
| | KG-FS | % Premium | HLX-FS | % Premium |
| NA | 1.130 | 0% | 0.800 | 0% |
| EU | 0.63 | -5% | 0.59 | -6% |

| | KG-FS 2000 | HLX-FS | | |
|---|---|---|---|---|
| KG-FS | 1.130 | 0.800 | | |
| | 0.63 | 0.63 | | |

| | KG-FS 2001 % Prem RECOMB | HLX-FS % Prem vs Recom | vs Recom | REFACTO % Prem REFACTO vs Recomb | vs Recomb |
|---|---|---|---|---|---|
| NA | 0.735 | 54% | 9% | 0.84 | 14% |
| EU | 0.566 | 6% | 4% | 0.585 | 0% |

Bob McDonald

BAPPm meS  Pm-
— GeNe meNTS
—
GeNGTPm 11-12.9 Pm
— WITA —
B-DimAr + mcLETon

GH000674

**NOP** | Healthcare

## 4 4     Level of interest in using preferred product

Almost all of the physicians, nurses and patients in h s study stated that they would be interested in using the product that they had ranked first. Only five patients (all from the USA) stated that they would not be particularly interested in using the product. Of those interested in using their selected product,  approximately half said they would be willing to advocate paying a premium for the product (this was asked of physicians in all countries and of nurses ar d patients in the USA)

Of the 51 physicians, 18 nurses and 37 patients whc indicated that they were willing to pay a price premium for their favoured product, more than half were willing to pay up to 10%   Approximately another one fifth were prepared to pay up to 20% and a much smaller proportion were willing to pay up to 50%, the latter being mainly patients from the USA   Six respondents stated that it would depend on their ability to pay for/afford the product and insurance coverage

J500398
EM/KW/MP/AB
12th June 2000

GH000675

# Appendix II

## Trade-off/conjoint

**(a) Attribute list**
**(b) Statistical results**
**(c) Background**

GH000676

## 500398 – Haemophilia

### Attributes for conjoint

1   *Human protein*

    )       used in manufacturing and stabilising (final formulation)

    ıı)     used in manufacturing (culturing, but not in the final formulation (for stabilising)

    ııı)    not used at all


2   *Continuous infusion*

    ı)     an approved indication

    ıı)    product has capability, but not approved (label indication)

    ııı)   not possible (to be used for continuous infusion)


3   *Diluent volume*

    ı)     2 5ml

    ıı)    5ml

    ııı)   10ml


4   *High potency*

    ı)     1,000 ı u

    ıı)    1,250 ı u

    ııı)   1,500 ı u

    ıv)   2,000 ı u


5   *Assay issue*

    ı)     requires one-stage assay

    ıı)    requires chromogenic assay (not available in every hospital)


6   *Room temperature storage*

    ı)     Cannot be stored at room temperature (requires refrigeration)

    ıı)    3 months

    ııı)   6 months

    ıv)   1 year

    v)    2+ years

GH000677

7    Reconstitution

    i)        current standard (two vials) with transfer need es

    ii)       current standard, with needleless reconstitu ion ʳ x ⁿɡ

    iii)      single step procedure (i e pre-filled, ready- o-use s ⁻⁻ɡe

## 8    rFVIII molecule

    i)        full length

    ii)       B-domain deleted

### Doctors

1  Human protein

2  Continuous infusion

3  Diluent volume

4  High potency

5  Assay issue

6  Room temperature storage

8  rFVIII molecule

### Nurses

1  Human protein

2  Continuous infusion

3  Diluent volume

4  High potency

5  Assay issue

6  Room temperature storage

7  Reconstitution

### Patients

1  Human protein

3  Diluent volume

4  High potency

6  Room temperature storage

7  Reconstitution

GH000678

J500398

Utility &
Average
Importances

| Attributes | Doctors Mean | se | Nurses Mean | se | Patients Mean | se |
|---|---|---|---|---|---|---|
| **1  Human protein** | **39%** | | **34%** | | **45%** | |
| Used in manufacturing and stabilising (final formulation) | 0 8 | 0 3 | 0 6 | 0 2 | 1 1 | 0 2 |
| Used in manufacturing (culturing), but not in the final formulation (for stabilising) | 4 1 | 0 4 | 4 2 | 0 5 | 2 7 | 0 3 |
| Not used at all | 11 2 | 0 6 | 10 2 | 0 8 | 9 1 | 0 4 |
| **2  Continuous infusion** | **26%** | | **22%** | | **0%** | |
| An approved indication | 7 3 | 0 5 | 6 6 | 0 7 | | |
| Product has capability, but not approved (label indication) | 5 2 | 0 5 | 4 6 | 0 5 | | |
| Not possible (to be used for continuous infusion) | 0 4 | 0 2 | 0 5 | 0 2 | | |
| **3  Diluent volume** | **1%** | | **7%** | | **3%** | |
| 2 5ml | 2 1 | 0 3 | 3 8 | 0 5 | 2 4 | 0 2 |
| 5ml | 1 7 | 0 2 | 3 6 | 0 5 | 2 0 | 0 2 |
| 10ml | 1 8 | 0 3 | 1 9 | 0 3 | 1 9 | 0 2 |
| **4  High potency** | **3%** | | **5%** | | **6%** | |
| 1,000 i u | 1 8 | 0 2 | 1 4 | 0 3 | 2 0 | 0 2 |
| 1,250 i u | 1 4 | 0 2 | 1 7 | 0 2 | 2 3 | 0 2 |
| 1,500 i u | 2 1 | 0 2 | 2 1 | 0 3 | 3 1 | 0 2 |
| 2,000 i u | 1 6 | 0 2 | 2 8 | 0 4 | 2 8 | 0 2 |
| **5  Assay issue** | **11%** | | **5%** | | **0%** | |
| Requires one-stage assay | 3 4 | 0 4 | 2 4 | 0 4 | | |
| Requires chromogenic assay (not available in every hospital) | 0 5 | 0 1 | 0 9 | 0 2 | | |
| **6  Room temperature storage** | **19%** | | **20%** | | **34%** | |
| Cannot be stored a  room temperature (requires refrigeration) | 1 2 | 0 3 | 2 1 | 0 4 | 1 5 | 0 3 |
| 3 months | 3 5 | 0 4 | 2 8 | 0 4 | 4 2 | 0 3 |
| 6 months | 5 4 | 0 4 | 4 5 | 0 5 | 5 4 | 0 3 |
| 1 year | 6 1 | 0 5 | 6 8 | 0 6 | 6 9 | 0 3 |
| 2+ years | 6 2 | 0 5 | 7 7 | 0 7 | 7 6 | 0 4 |
| **7  Reconstitution** | **0%** | | **7%** | | **11%** | |
| Current standard (two vials) with transfer needles | | | 0 9 | 0 2 | 1 5 | 0 1 |
| Current standard, with needleless reconstitution/mixing | | | 2 1 | 0 3 | 2 1 | 0 2 |
| Single step procedure (i e pre-filled, ready-to-use syringe) | | | 2 9 | 0 5 | 3 4 | 0 2 |
| **8  rFVIII molecule** | **1%** | | **0%** | | **0%** | |
| Full length | 1 1 | 0 2 | | | | |
| B-domain deleted | 0 9 | 0 2 | | | | |
| Base | 98 | | 52 | | 171 | |

## Trade-off / Conjoint analysis

### 1.    Background

A common problem often encountered within the research arena is that of measuring the relative importance of attributes within a product   Trade-off analysis decomposes the product into a number of features or attributes   The respondents then trade-off these attributes against one another, forcing them to indicate their preferences   From this information, it is possible to establish the relative importance of each of the attributes – thus providing a wealth of useful, clear information and powerful modelling capabilities

### 2.    Full profile conjoint

#### 2 1    *Methodology*

A full profile conjoint technique is one whereby

➢   each attribute is further broken down into different levels,
➢   product concepts are formed by combining different attribute levels,
➢   respondents are presented with cards each containing different product concepts,
➢   respondents are asked to rank the cards in order of preference

This forces respondents to trade-off all the attributes against one another at the same time

#### 2 2    *Analysis and utilities*

The full profile conjoint technique produces rankings for attribute combinations Modelling techniques are then used to produce utilities for each level of each of the attributes   The utilities are measures of the value or attractiveness of each attribute level to respondents   They are calculated for each individual respondent   A measure of importance is also derived for each attribute   This shows how important the attribute is in the choice process   These are produced for the whole respondent set

GH000680

The utilities are used to

➢ identify the most popular options within an attribute – the r g¬e¬ ¬e _ ¬ the more popular the option or level,

➢ measure the importance of the attributes - the distance between r¬e ¬cs¬ a¬c least popular levels within an attribute dictate the attribute s ¬¬cc¬a¬ce

➢ assess the value of different product combinations - the utilities a¬e acc ¬ e

Having collected rankings on a small subset of all possible product co¬ce¬¬s ¬ combinations, we can calculate the relative preference for every poss¬c e ¬¬cc_¬ **combination** This is done by simply adding together the utilities c¬ eac¬ c¬ ¬¬e attribute levels within a product concept

These product utilities can be calculated on an individual respor¬ce¬ ¬as s ¬¬e, can then be compared – the product with the highest utility will be t¬e c¬e ¬¬a¬ ¬¬e respondent will prefer Hence we can estimate market share ¬or d¬¬e¬e¬ ¬¬c¬_¬¬s simulating the marketplace We can fine-tune products to max¬m¬se ¬¬a¬¬e¬ s¬a¬e or minimise cost whilst maintaining market share

GH000681

Re FVIII

Intelligence Report

6/00

GH000682

# RECOMBINANT FACTOR VIII INTELLIGENCE REPORT
## JUNE 2000

BAXTER HYLAND IMMUNO
BAXTER HEALTHCARE CORPORATIO N
550 NORTH BRAND BOULEVARD
GLENDALE, CA 91203
CONTACT  JACKIE WEINSTEIN
TELEPHONE  818-550-4779
FACSIMILE  818-550-4772

PREPARED
BY
RICHARD P  LOOMIS
24401 VIA SANTA CLARA
MISSION VIEJO, CA  92692
TELEPHONE  949-768-5655
FAX  949-768-5737
RICHARDLOOMIS@HOME COM

**PROPRIETARY NOTICE**  The material contained in this
document is unique and proprietary to BAXTER HYLAND IMMUNO
Unauthorized use, or disclosure of this material, or the ideas
presented in this document is in direct violation of the proprietary
rights of BAXTER HYLAND IMMUNO   This entire document, including
any copies, must be returned to BAXTER HYLAND IMMUNO upon
request

GH000683

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

EXECUTIVE SUMMARY . .. . .. .. 2
   KEY FINDINGS 2
PROJECT BACKGROUND . . . .. .. . . _ 4
   OBJECTIVES 5
   METHODOLOGY 5
BAYER CORPORATION KOGENATE SF® . . .. . 7
   CURRENT AND FUTURE MANUFACTURING CAPACITY 7
   PRODUCT LAUNCH DATES 9
   PRICING STRATEGY 10
GENETICS INSTITUTE REFACTO® . .. . . ... . 11
   CURRENT AND FUTURE MANUFACTURING CAPACITY 11
   PRODUCT LAUNCH DATES 13
   PRICING STRATEGY 14
   OTHER MARKETING STRATEGIES 15
CONCLUSIONS . .. . . .. .. .. 16
   THE IMMEDIATE THREAT 16
   THE LONG-TERM DILEMMA 16
NEXT STEPS . . . . . . . .. 17
ADDENDA .. .. . . .. . .. . . .. . 19
   ADDENDUM A ENGINEERING PLANS OF KOGENATE SF® PRODUCTION FACILITY, BERKELEY
   CALIFORNIA. 19
   ADDENDUM B PHOTOS OF BAYER BERKELEY BLDG 60 19
   ADDENDUM C rFVIII CAPACITY AND MARKET PROJECTIONS TO 2005 19
   ADDENDUM D ORIGINAL COMPETITIVE SCOPE OF WORK DOCUMENT 19
   ADDENDUM E INTERVIEW SUMMARIES 19

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## EXECUTIVE SUMMARY

This competitive intelligence research was begun in February 2000 to assess the competitive threat posed by Bayer's Kogenate SF® and Genetics Institute Refacto® The objective was to estimate as accurately as possible the launch dates for these products in key global markets and estimate the current and potential manufacturing capacity for these products

## KEY FINDINGS

The key findings of this research are summarized in the table below

| Product | Manufacturing Sites and Capacity | Date of Full Production | Launch Dates | |
|---|---|---|---|---|
| Kogenate SF® | Berkeley, CA        <1000 MAU<br>Wuppertal, Germany Unknown | 3Q00<br>2005 | EU<br>NA<br>Japan<br>Australia<br>NZ | July 2000<br>2H00<br>2001<br>4Q00<br>Launched |
| Refacto® | Stockholm,Sweden <250MAU<br>St Louis, MO         Unknown<br>Dublin, Ireland      Unknown | In production<br>2002<br>2004 | EU<br>NA<br><br>Japan<br>filing<br>Australia<br>NZ | Launched<br>March 2000<br>(effective 4Q01)<br>Yamanuochi<br><br>No schedule<br>No schedule |
| Recombinate® | Thousand Oaks, CA  750-825MAU<br>Neuchatel,Swit      750-1000MAU | 4Q00<br>3Q02 | EU<br>NA | 1Q03<br>3Q02 |

Notes on table

o  Bayer has not yet made a final decision on Wuppertal as the European manufacturing site
o  GI was only able to sell approximately 100 MAUs of Refacto® in 1999, therefore the actual capacity for Stockholm is given as less than 250 MAU
o  Due to supply issues, Refacto® is not expected to be a significant player in the North American market until 2002
o  Baxter Neuchatel capacity will be 750 MAU for old formulation and 1000MAU for protein-free formulation
o  Launch dates for Recombinate® are the projected approval dates for the protein-free formulation

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential<br>550 North Brand Boulevard • Glendale, California 91 '03

GH000685

June 2000

Page 3

# RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## Major Events Timeline

| Item | 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bayer Berkeley Site full production | ● | | | | | | | | | |
| Bayer Wuppertal full production | | | | | | | | | | ● |
| GI St. Louis in full production | | | | | | ● | | | | |
| GI Dublin in full production | | | | | | | | | ● | |
| Baxter TO in full production | | ● | | | | | | | | |
| Baxter Neuchatel in full production | | | | | | | | 3Q03 | | |
| Kogenate SF® NA approval | 2HOO | 2HOO | | | | | | | | |
| Kogenate SF® EU approval | July 2000 | | | | | | | | | |
| Kogenate SF® Japan approval | | | ● | ● | ● | ● | | | | |
| Kogenate SF® Australia approval | | ● | | | | | | | | |

©2000 BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Bo     ard • Glendale, California 91203

RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## PROJECT BACKGROUND

Since the mid-1990s, the manufacturers of rFVIII products have taken initiatives to both improve the safety and increase the available global inventory of these products   The result has been the introduction of new products with reduced amounts of human proteins and thus reducing the chance of viral infection such as took place in the late 1980s and early 1990s

Beyond the introduction of new and safer products, the industry has seen a significant increase in the planned manufacturing capacity for rFVIII products

Baxter Hyland Immuno's key new competitors in the rFVIII market are Bayer Corporation's Kogenate SF® and Genetic Institute's Refacto®   It is therefore critical that Baxter Hyland Immuno's senior management be aware of the details surrounding these two products' timing of launch in various regional markets and the near-term supply of these products

The ultimate concern by Baxter is that as the global manufacturing capacity of rFVIII suppliers increases significantly over the next five years, the supply of rFVIII will ultimately outstrip demand   This would create a new market dynamic in which rFVIII suppliers would find themselves in a competitive environment much more challenging than currently

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000687

### RECOMBINANT FACTOR VIII INTELLIGI

### OBJECTIVES

It was decided that the following broad questions answered in regards to both Bayer Corporation and Genetics Inst

- Current and near-term (out to 2005) capa
- Launch dates for new products in the U Se, and Japan
- Marketing strategies (especially pricing astrategies) for launch of these products
- Overall rFVIII strategies (i e  replace cions with new products or add new products to rFVIII pi )

### METHODOLOGY

**Data Collection**  Richard Loomis conducted extensrction to gather all available public information on 'the rFVIII marsources include commercial and public databases, Internet and publish·

**Analysis**  Raw data was then analyzed by Mr  Loomis of interest v followed up with primary (human source) research  Fam human sc collection were then integrated with raw secondarnd analyzer significance in terms of Baxter Hyland's intelligence ne

**Report**  This report was then compiled utilizing second primary material as well as analysis conducted by Mr  Loomis iration wit Hyland staff in marketing and operations  Human sourceiew sumr attached as an addendum to this report  Copies of the sary sourc used in preparing this report are available on request  Ides of hur are concealed to protect these persons from potentialparrassr preserve them for future use

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confinual
550 North Brand Boulevard • Glendale, California 912

GH000688

**Ethics** Mr Loomis operates within strict intelligence collection guidelines to ensure that Baxter Hyland Immuno does not incur legal or public relations liabilities that might stem from the use unethical methods   Mr Loomis' **intelligence collection methods are in keeping with** the guidelines of the Society of Competitive Intelligence Professionals (SCIP) and are in compliance with all federal and local statutes covering privacy and commercial proprietary information

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000689

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## BAYER CORPORATION-KOGENATE SF®

### CURRENT AND FUTURE MANUFACTURING CAPACITY

**United States**

*Berkeley, California*

Currently Kogenate and Kogenate SF® are manufactured at one location Berke e_ California.  In 1996, Bayer began construction of a new Kogenate manufacturing facility on the Berkeley campus  This new facility, building 60, is a 100 000 square foot plant with two bioreactor suites of six 200-liter bioreactors each for a total of twelve bioreactors  plus  two  spare  200-liter  bioreactors    (See  Addendum  4 engineering drawings )

According to Baxter manufacturing personnel, the new technology being used c_ Bayer could yield up to ten times the capacity of an equivalent sized bioreactor at Baxter [1]  This means that a single, 200-liter bioreactor at Berkeley could theoretically produce the same amount as a 2000-liter bioreactor  This translates into a theoretical maximum capacity for building 60 of 1000 MAUs per year (250 MAU per 3 bioreactors x 4 = 1000 MAU total)

However, due to the lower yields of BHK cells (the source material for Kogenate SF®) versus CHO cells (the source material for Recombinate)  the actual production capacity of Bayer's Berkeley facility is likely to be somewhat less than 1000 MAUs[2]

In 1996 a Baxter internal memo reported that a Baxter scientist named R. De ⁿ rⁱⁿⁿⁱⁿ calculated Bayer's annual Kogenate capacity at their old facility (building 5A  c ce approximately 200 MAUs[3]  In the same memo that Bayer R&D personnel indicated in a prepared statement to the U S  Congress in 1995 that 'Bayer is investing several hundred  million  dollars  at  each  of  the  multipurpose  facilities  (Clayton  NC  and Berkeley, CA) to nearly double manufacturing capacity and support leading-edge

---

[1]  Interview - BDS Program Manager, Baxter Hyland Immuno
[2]  Interview - Director of Operations, Baxter Hyland Immuno
[3]  Internal memo, Baxter Hyland Immuno, June 12, 1996

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000690

research and development activities" From this statement Baxter personnel at the time estimated that the Berkeley facility could have an annual capacity of 500 MAUs of Kogenate

From this information, a reasonable estimated potential capacity range for Bayer's Berkeley facility is between 500 and 750 MAUs per year This assumes that the difficulties involved in using BHK cells as a source material cause a 25% loss of efficiency in the bioreaction

According an investor relations manager at Bayer AG in Germany, the expansion suite in Berkeley was fully installed in February 2000 and is currently under validation[4] According to Baxter operations personnel, if Bayer has already run conformance lots of Kogenate SF® through the expansion suite the facility could be approved as early as July 2000[5]

**Europe**

*Wuppertal, Germany*

In April, 1999 Bayer Chairman Manfred Schneider said Bayer plans to build a second genetic engineering production site for its hemophilia medication Kogenate Schneider went on to state "Our plant in Wuppertal also has a good chance with regards to the choice of location"[6] An investor relations manager at Bayer AG in Germany confirmed that Wuppertal was high on Bayer's list for a European Kogenate Plant The investor relations manager went on to state that the reason that Wuppertal was high or the site list is that currently Bayer does some Kogenate process development and also has a pilot plant at that location[7]

It must be stressed that as of May 2000, Bayer has not yet decided on a site for a European Kogenate plant and is focused on getting the expansion suite in Berkeley up and operating

---

[4] Interview - Investor Relations Manager, Bayer AG
[5] Interview - VP Global Manufacturing, Baxter Hyland Immuno
[6] AFX News April 28, 1999  Also reported in Chemical Business Newsbase May 5, 1999
[7] Interview - Investor Relations Manager, Bayer AG

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

GH000691

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

**PRODUCT LAUNCH DATES**

#### United States and Canada

Originally, Bayer had expected to launch Kogenate SF® in both the U S and Canada in late March 2000 [8] However, due to delays in gaining approval Bayer sources no indicate that the company expects to launch Kogenate SF® in North America sometime during 2H00 [9]

#### Europe

In March 2000 the Committee for Proprietary Medicinal Products (CPMP) of the European Agency for the Evaluation of Medical Products recommended that the EU approve Kogenate SF®  At the same time, Bayer stated that it expects the therapy, to become available on European markets during the summer of 2000 According to Baxter sources in Europe, the usual lead-time between pub car on of a positive opinion and actual marketing authorization is 3 months  This means that Kogenate SF®/Helixate SF® can be expected on the European market by the end of June 2000 at the latest [11]

#### Japan and Asia

According to Bayer Corp sources in the U S  Kogenate SF® is expected to be approved in Japan sometime in 2001 [12]  In the same conversation. the company indicated the expected launch approval date in Australia is 4Q00 Kogenate SFS as approved in New Zealand in 4Q99

---

[8] Interview - Director of Government Relations, NHF
[9] Interview - Corporation Communications Manager, Bayer Corp
[10] AFX European Focus, March 27, 2000
[11] Internal memo, Baxter Hyland Europe, March 28, 2000
[12] Interview – Director, Public Policy & Communications, Bayer Corp

---

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000692

**RECOMBINANT FACTOR VIII INTELLIGENCE REPORT**

## PRICING STRATEGY

Bayer has positioned Kogenate SF® as a replacement fo  Kogenate and pricing in Europe to date has been identical to the old product [13] [14] G ven this, plus the fact that Bayer sources have indicated that they intend to stop production of Kogenate as soon as Kogenate SF® is approved in the U S , it is expected that pricing in the U S and Canada will be in line with the old pricing [15]

---

[13] Internal memo, Baxter Hyland Immuno, October 6, 1999
[14] Interview – Senior Product Manager, Baxter Hyland Immuno
[15] Interview – Corporate Communications Manager, Bayer Corp

©2000, BAXTER HYLAND IMMUNO - Proprietary and Conf dential
550 North Brand Boulevard • Glendale, California 91.03

GH000693

## GENETICS INSTITUTE REFACTO®

### CURRENT AND FUTURE MANUFACTURING CAPACITY

**United States**

*St. Louis, MO*

In August 1998, Genetics Institute purchased a biotech manufacturing fac      in the town of Berkeley, Missouri near St Louis  This is one of the oldes
manufacturing facilities in the U S , having been originally buil  n the ea
1980s

Rumors that GI was having problems bringing this facility on-line ha e bee
widespread  Delays could be due to equipment problems or simply c ffic es
bringing the plant into compliance with current FDA guidelines  Since ie S
Louis facility was originally built, the guidelines for biotech manufacturing such
as the U S  Pharmacopoeia (currently USP 24 – NF 19 effective January 2000)
have been revised considerably  The expense and effort required to upgrade an
existing facility to these new standards can be extreme

Certainly given that Refacto® is already approved in the U S  it can be assumed
that GI had hoped to have an adequate supply of the product available for the
North American market and be supplying that market through their U S p ar

Also, the U S  Refacto® approval included an indication for limited prop  acti
administration of Refacto®   Although physicians often administer rF   III
products prophylactically for severe hemophilia on an off-label basis  to go through
the trouble to gain regulatory approval for such an indication hints that the
manufacturer expected to have a considerable supply   This is because

---

[16] Interview – Director of Operations, Baxter Hyland Immuno

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confiden a
550 North Brand Boulevard • Glendale, California 9'1203

GH000694

prophylactic use of rFVIII requires a much greater supply than conventional use of the product [17]

In January 1999, an individual interviewing for a quality assurance position at the St Louis facility was told that the plant was scheduled to be in consistency manufacturing in either 4Q99 or 1Q00 [18] This information correlates with company statements that the St Louis plant is scheduled to be in full production and approved by the FDA sometime in late 2001 [19] Further confirmation of a late 2001 or 2002 production date comes from the National Hemophilia Foundation Their sources in the field indicate that delays in St Louis are expected to push full production out to 2002 [20] For this reason, NHF believes that Refacto® will not have an impact on the U S market for two years despite the FDA approval of the product in March 2000

### Europe

#### Stockholm, Sweden

Currently, Refacto® is manufactured for Genetics Institute a the Pharmacia & Upjohn facility in Stockholm Sweden This plant is considered to have a maximum capacity of 250 MAUs However, in 1999 GI only sold approximately 100 MAUs of Refacto® in the EU Further hints of production problems in Stockholm were indicated during a February 2000 meeting between Baxter marketing managers and American Home Products' European marketing personnel During this meeting the AHP executives indicated frustration regarding supply issues surrounding both Benefix and Refacto® [21]

#### Dublin, Ireland

In early April 2000 American Home Products announced plans to invest approximately $685 million to expand its Wyeth Medica Ireland manufacturing operations by building a new biotechnology facility at The Grange Castle in South

---

[17] Interview – Technical Marketing Manager, Baxter Hyland Immuno
[18] Interview – Director of Operations, Baxter Hyland Immuno
[19] Interview – VP North American Corporate Communications, American Home Products
[20] Interview – Director of Government Relations, NHF

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard ▪ Glendale, California 91 '03

GH000695

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

Dublin County, Ireland  The products planned to be manufactured at the expanded Ireland facility include "Antihaemophilic Factor VIII for patients with Haemophilia A, formulated in the absence of Human Serum Albumin "[22]  In the same announcement AHP indicated that the company planned to begin construction on this site in the Fall of 2000 and be operational sometime in 2004  Contacts at Genetics Institute in the United States indicated that construction of the plant in Ireland would not impact the company's plans for St Louis[23]  This source went on to state that the company intended that Stockholm would continue to supply Refacto® to the EU and U S  in small quantities) until St Louis was operational  St Louis would supply the North American market, and Ireland would supply Refacto® globally

## PRODUCT LAUNCH DATES

### United States and Canada

The U S  FDA approved Refacto® in early March 2000[24]  However due to supply problems and delays in getting their St Louis plant on-line, Refacto® is not expected to be a major player in the North American market until 2002  The company has indicated that small amounts of the product may be diverted from Europe in the 3Q00[25]

### Europe

Refacto® was approved in the EU in 2Q99  Since this approval, Refacto® has been able to sell to between 6 and 7% of the EU market  According to Baxter sources in Europe, much of this initial success can be traced to shortages of old formulation Kogenate® in Europe in 1999[26]

---

[21] Interview – Director of Coagulation Products, Europe, Baxter Hyland Immuno

[22] AHP press release, April 4, 2000

[23] Interview – VP North American Corporate Communications, American Home Products

[24] AHP Press release, March 7, 2000

[25] Interview – Director of Government Relations, NHF

[26] Interview – Senior Marketing Analyst, Global Marketing, BaxterHyland Immuno

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000696

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

**Japan and Asia**

According to an AHP source in the U S , the regulatory filing for Refacto® in Japan is being handled by Yamanouchi Pharmaceuticals[27]   The source did not know the projected approval date for Japan   The source did indicate that the company had no current schedule for gaining approval of Refacto® in Australia or New Zealand

## PRICING STRATEGY

According to Baxter Hyland sources in Europe, Refacto® has been unable to gain any price premium over other rFVIII products in the regulated market across Europe[28]

---

[27] Interview – VP International Corporate Communications, American Home Products
[28] Baxter internal memo, March 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000697

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

### OTHER MARKETING STRATEGIES

### Promotional Spending

In the past year, American Home Products has given considerable money to the NHF most of this going to a general research such as a $2 5 million research grant.[29]

### Overcoming Objections to Chromogenic Assays

Originally, physicians were instructed that to properly administer Refacto a chromogenic assay would have to be used with the product This requirement of chromogenic assays with Refacto® could have proven to be a considerable hurdle to effectively marketing the product  However, AHP has developed a new standard (reagent) to use with one-stage assays to get accurate equivalent results as in chromogenic assays [30] This standard is being made available to laboratories in Europe at no charge

---

[29] Interview – Senior Product Manager, Baxter Hyland Immuno
[30] Interview – Director of Coagulation Products, Europe, Baxter Hyland Immuno

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard ▪ Glendale, California 91203

GH000698

RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## CONCLUSIONS

### THE IMMEDIATE THREAT

Despite Refacto® being approved in both the EU and the United States, supply issues in GI's existing manufacturing facility and delays in approval of the St Louis plant will stall its effective entry into the North American market until at least late 2001

The immediate threat will come from Kogenate SF® The Berkeley facility has the capability to switch over to Kogenate SF® production and may have as much as a 750 MAU or greater annual capacity in 2HOO

### THE LONG-TERM DILEMMA

Currently, there are only three major manufacturing facilities for rFVIII products, Pharmacia & Upjohn's Stockholm plant, Bayer's Berkley facility, and Baxter Hyland s Thousand Oaks plant By as soon as 2005 there will be six rFVIII manufacturing facilities worldwide (with the addition of St Louis, Dublin and Wuppertal) Although the exact capacities of these new plants are difficult to accurately estimate at this time, it is extremely probable that global production capacity of rFVIII will outstrip demand for the product during the next four-year period

This shift from a seller's market to a highly competitive market where suppliers must fight for market share will dramatically alter the market dynamic for all rFVIII manufacturers More emphasis will have to be placed on, and resources dedicated to, marketing communications, advertising, and product promotions for existing rFVIII products Additionally, more emphasis will need to be placed on R&D efforts to shorten the time to market of improved hemophilia therapies to stay ahead of the competition in this therapeutic area.

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000699

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## NEXT STEPS

The following actions are recommended to track competitive developments ⸮ ⸮⸮⸮ rFVIII market as the market dynamic shifts in the upcoming months and ⸮⸮⸮⸮ (Outsource recommendations for each item are noted in Italics ‍Note   In the context of this report, a primary researcher is an individual experienced in conducting one-on-one intelligence interviews in person or over the telephone )

- **Conduct a detailed intelligence analysis of GI's proposed production facilities in Missouri and Ireland.** This may entail visits to county level planning departments to review architectural and engineering drawings of these facilities In the case of Ireland, since construction is not scheduled to begin until fall 2000 the earliest that any engineering drawings are likely to be available and useful would be 4Q00  *(Recommendation   Outsource to primary researcher familiar with this type of competitive intelligence work )*

- **Continue to track FDA approval of Bayer's Kogenate SF® expansion facility in Berkeley.** *(Recommendation   Outsource to primary researcher )*

- **Monitor Bayer's final decision on a production facility in Europe** *(Recommendation   Baxter monitor secondary sources outsource primary research on this item )*

- **Track historical, current, and planned advertising budgets for both Refacto® and Kogenate SF®** Look for dramatic increases in advertising budgets for both products   In the case of Refacto®, this is not likely until mid-2000 *(Recommendation   Outsource to advertising tracking service if possible and to primary researcher )*

- **Track print advertising for both Refacto® and Kogenate SF®** Utilize clipping services to view advertisements to analyze positioning and message Track frequency to estimate actual advertising spending  *(Recommendation Outsource to clipping or advertising tracking service)*

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000700

Case 1:01-cv-12257-PBS   Document 6866-14   Filed 01/27/10   Page 56 of 125

- **Systematically contact Baxter marketing and sales personnel worldwide for intelligence collection including promotional materials from the field on competitive products.** *(Recommendation  Baxter if resources are available, otherwise outsource to primary researcher to conduct scheduled debriefs with key marketing and sales personnel in the field)*

- **Continue contacts with key industry analysts and NHF contacts for shifts in supply issues in various markets** *(Recommendation   Outsource to primary researcher)*

- **Track U.S., European and World patents relevant to current and future formulations of rFVIII products.** *(Recommendation   Baxter if resources are available)*

- **Track pre-clinical and clinical trials of existing rFVIII formulations as well as future formulations** *(Recommendation   Outsource to primary researcher)*

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000701

**RECOMBINANT FACTOR VIII INTELLIGENCE REPORT**

## ADDENDA

### ADDENDUM A ENGINEERING PLANS OF KOGENATE SF® PRODUCTION FACILITY, BERKELEY, CALIFORNIA

### ADDENDUM B PHOTOS OF BAYER BERKELEY BLDG. 60

### ADDENDUM C rFVIII CAPACITY AND MARKET PROJECTIONS TO 2005

### ADDENDUM D ORIGINAL COMPETITIVE SCOPE OF WORK DOCUMENT

### ADDENDUM E INTERVIEW SUMMARIES

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

**Addendum C**        **rFVIII Capacity and Market Projections to 2005**

| Year | Location | Capacity in MAU | Difference | Demand | |
|---|---|---|---|---|---|
| 2000 | Bayer Berkeley | 850 | | | *Source  P  Marshall, Baxter* |
| | GI Stockholm | 250 | | | *Source  H-P Halbritter, Baxter* |
| | Baxter TO | 825 | | | *Source  R  Murawski, Baxter* |
| | **Total** | **1,925** | **(75)** | **2,000** | |
| | | | | | |
| Year | Location | Capacity in MAU | | | |
| 2002 | Bayer Berkeley | 850 | | | *Source  P  Marshall, Baxter* |
| | GI Stockholm | 250 | | | *Source  H-P Halbritter, Baxter* |
| | GI St Louis | 750 | | | *Estimate based on 100K sq ft* |
| | Baxter TO | 825 | | | *Source  R Murawski, Baxter* |
| | **Total** | **2,675** | **(25)** | **2,700** | |
| | | | | | |
| Year | Location | Capacity in MAU | | | |
| 2003 | Bayer Berkeley | 850 | | | *Source  P  Marshall, Baxter* |
| | GI Stockholm | 250 | | | *Source  H-P Halbritter, Baxter* |
| | GI St Louis | 750 | | | *Estimate based on 100K sq ft* |
| | Baxter TO | 825 | | | *Source  R  Murawski, Baxter* |
| | Baxter Neuchatel | 900 | | | *Source  R  Murawski, Baxter* |
| | **Total** | **3,575** | **375** | **3,200** | |
| | | | | | |
| Year | Location | Capacity in MAU | | | |
| 2004 | Bayer Berkeley | 850 | | | *Source  P  Marshall, Baxter* |
| | GI Stockholm | 250 | | | *Source  H-P Halbritter, Baxter* |
| | GI St Louis | 750 | | | *Estimate based on 100K sq ft* |
| | GI Dublin | 1,000 | | | *Estimate based on new plants* |
| | Baxter TO | 825 | | | *Source  R  Murawski, Baxter* |
| | Baxter Neuchatel | 900 | | | *Source  R  Murawski, Baxter* |
| | **Total** | **4,575** | **1,075** | **3,500** | |
| | | | | | |
| Year | Location | Capacity in MAU | | | |
| 2005 | Bayer Berkeley | 850 | | | *Source  P  Marshall, Baxter* |
| | Bayer Europe | 1,000 | | | *Estimate based on new plants* |
| | GI Stockholm | 250 | | | *Source  H-P Halbritter, Baxter* |
| | GI St Louis | 750 | | | *Estimate based on 100K sq ft* |
| | GI Dublin | 1,000 | | | *Estimate based on new plants* |
| | Baxter TO | 825 | | | *Source  R  Murawski, Baxter* |
| | Baxter Neuchatel | 900 | | | *Source  R  Murawski, Baxter* |
| | **Total** | **5,575** | **2,075** | **3,500** | |

---

**Notes**

- Bayer Berkeley highest theoretical capacity is 1000MAU   Capacity estimates were based on a review of equipment layout drawings of the plant and interviews with individuals involved with process development for Kogenate SF

- Bayer Europe manufacturing site has not yet been selected as of May 2000

- GI Stockholm has historically been producing less than 250MAU (100MAUs Refacto in 1999 )

- Baxter Thousand Oaks capacity was actually given as a range from 750-825 MAUs

- Baxter Neuchatel capacity was actually given as a range from 750-1000 MALs

GH000703

**dum D**                                                                    6/2/00

## COMPETITIVE SCOPE OF WORK:  RESEARCH & KEY INTELLIGENCE TOPICS

### NORTH AMERICA, CANADA, EUROPE, AND JAPAN

<u>Genetics Institute</u>  Refacto® and protein free manufactured (PFM) Refacto

*CAPACITY*

- Confirm 250 MAU capacity at Stockholm plant

➢ Confirmed based on new plants coming on line in St Louis and Ireland

➢ Sold less than 100MAU in Europe in 1999

- Determine the usage and status of the St Louis plant  will it be used for Refacto and/or for their PFM product

➢ St Louis plant will supply U S market and according to GI sources, is currently in validation and scheduled to be approved by the FDA and fully operational by late 2001

- Any other locations they want to start manufacturing

➢ AHP has announced plans to build biotech plant in County Dublin, Ireland According to GI sources in the U S , this plant will supply Refacto globally and is scheduled to be operational by sometime in 2004

- Ability to expand the Sweden and St Louis plant

➢ Ability to expand Sweden appears to be limited given expansion plans in St Louis and Ireland, as well as supply problems experienced in 1999 and early 2000 in Europe

- Time to ramp-up to full production   Additional suites planned

➢ According to GI sources interviewed, St Louis is to be fully operational by late 2001 As a result, NHF does not expect Refacto to be a significant player in the U S FVIII market until 2002

- What is their worldwide supply/capacity potential?

➢ The capacity potential will remain 250 MAUs until at least late 2001 or early 2002

GH000704

Addendum D

- Any changes in the purification train from Refacto to protein-free manufacture Refacto

➢ Still investigating this question

*PRODUCT*

- What is the precise launch date in the U S , Canada, Europe  and Japan

➢ Expect small quantities of Refacto to enter U S  distribution in September 2001  However, Refacto is not expected to be a significant player in U S  until 2002

➢ AHP VP of International Communications indicates that Refacto® regulatory fi  ng being handled by Yamanouchi Pharmaceuticals  He was unaware of their t m  ng of the filing   The same source indicated that there are no immediate plans for see ing approval of Refacto® in Australia or New Zealand

- Any particular strategies for the launch

➢ GI will supply new assay standards at no cost to overcome objections regarding chronogenic assay issue

➢ Advertising promotional strategies are still being investigated

- Will they stop producing Refacto when they start PFM

➢ Still investigating

- What will be their pricing strategy?

➢ Pricing expected to be comparable to other existing rFVIII products

- Estimation of concurrent strategies for product launch (e g  delivery systems  pro e n modification, storage modifications, etc )

➢ None noted

- Clinical trial strategy (e g  new license vs  modification to current license)

- Any other products they are working on  the pipeline

GH000705

**...te SF®® and protein free manufactured (PFM) Kogenate**

| ...at Berkley plant is only location for production |
|---|

.ur ...tly, yes manufacturing takes place at buildings 60 in Berkeley

| ...ny other ocations they want to start manufacturing |
|---|

➢ According to sources interviewed at Bayer AG in Germany, Bayer is planning on building a Kogenate SF® plant in Europe  A site has not been selected yet, however, Wuppertal Germany is high on the list

| • Time to ramp-up to full production? Additional suites planned |
|---|

➢ Full production could begin as soon as July 2000 at the expansion suite in Berkeley

| • What is the worldwide supply/capacity potential? |
|---|

➢ Still pursuing this with Thousand Oaks  We have detailed plant information for building 60 as well as fairly detailed information regarding building 5A

➢ Assuming technology advances made in the new process gleaned from conversations with individuals involved in process development for Kogenate SF®®, the Berkeley facility will have a theoretical maximum capacity of 1000MAU  However, due to difficulties inherent in the raw material used (BHK cells), the plant is expected to have a capacity somewhat less than this, approximately 850M AU

| • Any changes in the purification train from Kogenate SF® to PFM Kogenate |
|---|

➢ Still investigating this question

**PRODUCT**

| • What is the precise launch date in the U S , Canada, Europe, and Japan |
|---|

➢ Original launch date in the U S  and Canada was late March 2000, company sources now expect U S  approval in 2H00, Japan approval sometime in 2001, and Australian approval in 4Q00  Kogenate SF® was approved in New Zealand in 4Q99

➢ Expected European launch date will be late June 2000

**Addendum D**

- Any particular strategies for the launch

---

- Will they stop producing Kogenate SF® when they start PFM?

  ➢ Unknown yet, however, given the strategy for Kogenate SF®, expect that Bayer would replace Kogenate SF® with PFM

---

- What will be their pricing strategy?

  ➢ If Europe is any indication, Kogenate SF® in North America will be priced similar to old formulation Kogenate®

---

- Estimation of concurrent strategies for product launch (e g delivery systems product modification, storage modifications, etc )

  ➢ None found yet

---

- Clinical trial strategy (e g new license vs modification to current license)

---

- Any other products they are working on the pipeline

GH000707

ndex of Interviews

| | |
|---|---|
| ·turing, Biotech, Baxter Hyland Division | 2 |
| te Hyland Division | 8 |
| er axter AG, Germany | 9 |
| .tions, National Hemophilia Foundation | 11 |
| .in Webber | 13 |
| , Global Marketing, Baxter Hyland Immuno | 15 |
| A .yst, Baxter Hyland Immuno | 18 |
| .t Manager, Baxter Hyland Immuno | 19 |
| ions, Baxter Hyland Immuno | 21 |
| .g Analyst, Baxter Hyland Immuno | 24 |
| .rmit Service Center, Berkeley, California | 26 |
| In' ration Specialist, Public Works Department, St Louis, Missouri | 28 |
| .t International Expansion, Intercontinental Region Baxter Hyland Immuno | 29 |
| ir .or of Government Relations, National Hemophilia Foundation | 31 |
| .nities Analyst, Paine Webber | 32 |
| .ce President, Global Manufacturing, Biotech, Baxter Hyland Division | 34 |
| Chief Building Inspector, City of Berkeley, Missouri | 36 |
| Director of Coagulation Products, Europe and the European Product Manager for Hemophilia, Baxter Hyland Immuno | 37 |
| Supervisor, Permit Service Center, Berkeley, California | 40 |
| Investor Relations Manager, Genetics Institute | 42 |
| Assistant VP for Hemophilia Products, Global Strategic Marke ing, Genetics Institute | 43 |
| Assistant VP of North American Communications, American Fome Products | 44 |
| VP Corporate Communications, Genetics Institute | 46 |
| Plant Manager, Genetics Institute, Berkeley (St Louis), Missouri | 47 |
| Director of Operations, Baxter Hyland Immuno | 48 |
| Director of Global Public Policy and Communications, Bayer Corporation | 50 |
| Assistant Director, Los Angeles Office, Irish Development Authority | 52 |
| Irish Consulate General, San Francisco, California | 53 |
| BDS Program Manager, Baxter Hyland, Switzerland | 54 |
| Assistant Vice President International Communications, American Home Products | 56 |
| Vice President, Global Manufacturing, Biotech, Baxter Hyland Immuno | 57 |
| Director, Global Public Policy and Communications, Bayer Corporation | 58 |
| Controller, Recombinant Products, Baxter Hyland Immuno | 59 |

*Vice President, Global Manufacturing, Biotech, Baxter Hyland Div.*

**Interview:**        BHI-01

**Title:**           Vice President, Global Manufacturing, Biotech

**Organization:**    Baxter Hyland Division

**Background.**

This source has worked in biotechnology manufacturing for 13 years and has been instrumental in the establishment of Baxter Hyland's production facility in Thousand Oaks California.  The source has also worked as a manufacturing consultant to various biotech manufacturers, including Genetics Institute

**Source Comments·**

The source began the conversation by giving some background on the functions performed at the Baxter Hyland plant in Thousand Oaks  This was to provide the analyst with a baseline of information regarding typical functions to be found in a biotech plant in the area of Factor VIII production  The Thousand Oaks facility performs cell culture, purification and fill finish for Recombinate  Functional departments at Thousand Oaks included Validation, Quality Assurance, Human Resources, Maintenance, and Engineering

Currently, Baxter Hyland is operating a single suite of three stirred-tank bioreactors and is in the process of expanding to a total of three suites of nine bioreactors  The bioreactors are CHO cells to express Factor VIII

The source indicated that for this type of biotechnology production work manufacturers generally seek individuals with cell culture and biochemistry and or molecular biology backgrounds   Typically, floor supervisors have B S  or M S  degrees, a purification supervisor may have a Ph D, and technicians generally have B S  degrees

---

...logy manufacturing is much more a mixture of craft and ... al pharmaceutical production  This is due to the nature ... ...ures constant adjustment and "tweaking" to maximize ... ...ity

. th... conversation to explain some background on how biotech firms ..., ...ost all biotech firms begin as research and development organizations ... biotechnology discovery and its clinical viability  After this phase is ...d close to completed, the emphasis is then placed on process development ... part of the preparation to go to market with a product, he firm begins to shift its ...hr ...gy emphasis to full-scale commercial manufacturing

...e source noted that many biotech firms fail to make the transition to full-scale production for a variety of reasons  This can include problems in scaling up a complex laboratory process to economical full-scale production   There is also the possibility that as the functions expand from discovery to manufacturing, less talented individuals are given responsibility for developing the manufacturing capability  (In other words, the best minds are focused on discovery, the second best minds are responsible for process development, and the third best minds are given responsibility for scaling up production)  Another possible source of delay or even failure of a biotech firm to reach the manufacturing stage can be the involvement of third parties such as contract manufacturers or consultants  These are just some of the reasons, according to the source, that it can take years for a biotech firm to go from positive clinical results to full-scale production and marketing of biotech product

The analyst asked the source about validation and its role in the scaling up of biotech facility  The source explained that validation of a biotech production facility has two basic purposes, one is to insure the consistency, efficiency, and quality of the manufacturing process, and the second purpose is to satisfy FDA regulatory requirements for the documentation of procedures of a biotechnology manufacturing facility  The source went on to explain that validation is typically done annually or semi-annually  At Baxter Hyland an internal department performs validation  Some manufacturers retain the services of third party validation companies for this function

The analyst then asked the source if he had any specific knowledge of issues at manufacturing sites for Kogenate SF or Refacto  The source indicated that he had knowledge of the Genetics Institute facility in St  Louis prior to GI s takeover of that The source categorized the St  Louis plant as "over-designed "  The source had also rumors that GI was having trouble with their [Water for Injection-WFI] water supp Louis  Regarding Bayer, the source had heard rumors that they were having trouble gro [BHK] cells  Finally, the source had heard of high turnover in manufacturing personn Bayer

The source volunteered that when researching equipment manufacturers for Bayer it wou **be best to focus on German equipment manufacturers as "The Germans prefer to use** German equipment, which also happens to be very good quality equipment

The analyst then asked the source to summarize some good base line measurements to use as we investigate capacity at the various competitors  The source stated that most plants star with a production capacity goal, say for example, 250 MAUs per year  The next step is to establish what the average yield is of the process involved  In the case of Factor VIII a good ballpark figure would be 1 5g/L  Next comes the number and size of the b oreactors  Next comes the rate or time it takes for a typical cycle of a bioreactor  In the case of Factor VIII a typical cycle takes 48 hours  In a typical year, it can be expected that a production su e can run from 42-48 weeks  with the remaining time absorbed by preventive maintenance Finally, a good average square footage required for a single three reactor suite would be 10,000 square feet

Armed with this information we can extrapolate annual production figures for a typical Factor VIII  plant

Assumptions

90,000 square foot facility = 9 production suites

If each suite has a 10,000L working volume, each suite has a production per cycle (assuming a 1 5g/L yield) = 15,000g

If each cycle takes 48 hours, then all nine suites can produce 135,000g of Factor VIII in 48 hours. If the plant runs on a continuous basis this would equate to 472 500g per week or 19,845,000g per year with 42 weeks of production

An important consideration in such calculations is whether a production facility is multi-product and then, if the bioreactors are run concurrently or in campaigns. Information on this may be gathered from engineering firms involved in setting up the facility. The engineering firm that is working on the expanded suites at Baxter also set up suites for Bayer in Berkeley

The analyst then asked the source to indicate some sources of information that could prove valuable when calculating a plant's capacity or relative time in scaling up production. The source indicated that finding out how much and when a manufacturer ordered purification resin would be valuable. There are very few suppliers of such resin and a major one is Pharmacia. Another material worth noting is Mab [monoclonal antibody] resin. The key supplier in this case is Lonza (formerly Celltech). These resins are very expensive (costing millions of dollars) and are used in large quantities during the launch phase. Another raw material used in Factor VIII production is BSA [Bovine Serum]

On the equipment side, the source indicated that there are few manufacturers of lyophilizers [freeze dryers used in preparation of final product]. In the U.S., Full is a key manufacturer of lyophilizers

Related to equipment are any details regarding either industrial or human waste treatment facilities required of the manufacturing facility. Many municipalities require very detailed descriptions of waste treatment plants associated with biotech plants due to public health concerns. If the capacity of a production facility's waste treatment plant is known, an estimate can be made of the planned production capacity for the facility

The number of people employed at the facility can also provide a clue as to the capacity of the facility

Water for Injection (WFI) stills and storage tanks are very important pieces of equipment in a production facility   A single WFI storage tank typically holds one day s supply of water for the plant with many plants having a backup storage tank in reserve

Square footage of a plant is valuable information as mentioned earlier   A 30 000-sq ft plant would be considered a pilot plant, with most full-scale production plants being more in the neighborhood of 150,000 sq ft

The capacity of any utilities of the plant (boilers, generators, etc ) can also help in calculating an estimated production capacity for a facility   Even the number and size of cooling towers at the plant can prove useful

Knowing whether a plant is automated or semi-automated can also be useful information.

How many shifts and days per week of operation are also important

The type of bioreactors used at the plant can provide a clue to production capacity   Many plants utilize stirred-tank bioreactors, but more recently, companies have begun using perfusion type reactors   The source speculated that the newer facilities at Bayer and the GI plant in St Louis would use this type of reactor   Smaller biotech firms may still have some hollow fiber type bioreactors because they still have this equipment from before they went to full-scale production

The conversation then shifted to specific information or rumor the source had heard regarding GI's plant in St Louis   The source indicated that he had spoken with an individual who had interviewed for a quality assurance position at the St Louis plant   During the course of the interview process, the candidate was told that GI had two 600 perfusion reactors at St Louis in the fourth quarter of 1999

The interview then concluded and the source introduced the analyst to Baxter Hyland s Director of Operations

GH000713

**Analyst Comments·**

This source is an invaluable source of technical information and will be used throughout the project to clarify issues and assist in analysis of information collected

The rumor of Bayer having difficulties in growing cells may be related to their dependence upon BHK cells as a raw material  These cells are notoriously unstable and difficult to work with (see comments in following interview )

The indications of high turnover in manufacturing personnel at Bayer mirrors anecdotal information on Bayer's sales force turnover collected recently from Baxter sales personnel

*Director of Operations, Baxter Hyland Division*

**Interview·**         BHI-02

**Title:**              Director of Operations

**Organization·**      Baxter Hyland Division

**Background:**

This source is the plant manager for Baxter's Thousand Oaks facility and has cons derab e
contacts within the biotech industry

The source could only speak briefly with the analyst but agreed to be a source for fc   v-up
interviews as the project progressed

The source indicated that he had recently heard through contacts that cons derab e
information is available on the Internet involving the details of the pending launch of
Refacto   The source agreed to go back to his source to discover where or the v er this
information was available

When asked about rumors of Bayer having problems growing cells  the source stated that
BHK cells are very unstable and difficult to work with   The source further noted that other
more stable cell mediums are currently used, however, Bayer may be stuck with BHK
because the original regulatory approvals for Kogenate used this technology

It was the source's opinion that GI's St Louis plant is intended for Refacto production in
North America and that Stockholm would supply the European markets   The source
characterized the St Louis plant as "antiquated" and having been up for sale for a
considerable time

At this point the source had to leave to rejoin Canadian regulatory authorities visiting the
plant that day

**Analyst Comments·**

Both this source and source BHI-01 had considerable knowledge of the St. Louis plant before GI purchased it

This source has considerable manufacturing contacts within the biotech industry and will prove useful as a source of contact names as well as technical assistance in analysis of information and data collected for the project

---

*Investor Relations Manager, Baxter AG, Germany*

| | |
|---|---|
| **Interview:** | BHI-03 |
| **Title:** | Investor Relations Manager |
| **Organization** | Bayer AG |

**Background:**

This source has direct access to information regarding strategic initiatives by all divisions of Bayer AG, including Bayer Corp in the U S

**Source Comments:**

The analyst approached the source as following up to comments made by Bayer Chairman, Manfred Schneider in April 1999 that Bayer was planning on building a second Kogenate SF® plant, possibly in Wuppertal, Germany

---

The source stated that the most recent capacity increase for Kogenate SF® production was at the Berkeley facility  This was completed last month (February 2000) increasing fermenter size and output  The change to the new process which unlike many competitors, is continuous and is currently in validation

The new suite at Berkeley will double the plant capacity  (The source would not say how much this capacity would be or how long it would be before the plant was at this capacity )

Regarding the building of new Kogenate SF® plant  The source indicated that Bayer is planning to further increase Kogenate SF® capacity by building a second plant in Europe  A number of sites for this plant are under consideration  including W uppertal Germany

The reason Wuppertal is being considered is that Bayer currently produces active ingredients for its pharmaceuticals at Wuppertal  Also, Bayer conducts some Kogenate SF® process development at Wuppertal and has a Kogenate SF® pilot plant at that location

The source volunteered that Bayer decided to manufacture biotech products in the U S back in the mid-eighties when the political climate in Germany was problematic for biotech firms  The source gave the example of Hoechst taking four or five years to gain approval for a biotech facility during this period  The source indicated that the political climate in Germany has improved considerably so that the company feels comfortable planning biotech manufacturing in Germany

**Analyst Comments:**

This is the first confirmation that Bayer is planning to build a second Kogenate SFS plant  This source was cooperative, but somewhat cautious asking the analyst's name and e-mail address

***Director of Government Relations, National Hemophilia Foundation***

| | |
|---|---|
| **Interview·** | BHI-04 |
| **Title.** | Director of Government Relations |
| **Organization·** | National Hemophilia Foundation |

**Background:**

This source oversees the preparation of NHF's Medical Advisories related to the supply of Factor VIII products   The source has regular contact with Factor VIII manufacturers and is kept informed regarding supply issues of these products

The source confirmed that the last information NHF had on Kogenate SF® was that the late March 2000 launch of the product in the U S  and Canada had been delayed into the 2Q00   However, the source is scheduled to meet with Bayer at the end of March 2000 to get a revised update on the Kogenate SF® launch

The analyst then mentioned rumors of problems that Genetics Institute was having at their St  Louis plant with their water supply   The source stated that he was unaware of these rumors, however, information he had from the field indicated that GI's St  Louis plant would not be operational for another two years   According to the source, beginning in 3Q00, AHP intends to divert small amounts of Refacto® from the European market to the U S   These amounts will be so small though that "Refacto® being approved in the U S  will not have an impact on the U S  market for two years "  The analyst asked the source if he had asked GI to confirm the two-year delay   The source stated that he had brought this up with GI and that the company did not deny it

The conversation then shifted to gene therapies for hemophilia  The source stated that Avigen had a Phase II clinical trial underway at Children's Hospital in Philadelphia  This trial is for intramuscular administration of Factor IX using Adeno associated virus (AAV) as a vector  The principal investigator for this trial is Kathy High .

---

Avigen also submitted a Phase I protocol on March 9, 2000 at the meeting of the
Recombinant DNA Advisory Committee of the FDA  This clinical trial w    r  c  e
Factor IX being administered directly to the liver without a vector  The tra  ,   ake
place at Stanford University Medical Center in Palo Alto, California  The principal
investigator is Mark Kaye

The source also mentioned that Chiron has a Factor IX gene therapy Phase II trial
underway at the University of Pittsburgh Medical Center

Finally, the source indicated that Transkaryotic Therapies has a Factor IX gene therapy
Phase I trial underway at Beth Israel Hospital in Boston

**Analyst Comments:**

This source was very cooperative and is in frequent contact with the target
organizations  It is highly recommended that follow-up interviews be conducted with
him after his next meetings with competitors and on a regular basis

*Securities Analyst, Paine Webber*

| | |
|---|---|
| **Interview.** | BHI-05 |
| **Title** | Securities Analyst |
| **Organization** | Paine Webber Securities, New York |

**Background**

This source is a senior biotech analyst at Paine Webber and a covering analyst for AHP
The source has indirect information regarding strategic initiatives of AHP and GI  This
individual is a frequently contacted source by the analyst and exchanges information on
a monthly basis with the analyst on a number of biotech and pharmaceutical companies

**Source Comments**

The source confirmed that the original launch date of Kogenate SF in the U S  and
Canada was late March 2000 and that the current delay of launch is due to the delay in
gaining FDA approval  The source had not heard of any update launch date yet for
Kogenate SF

The source also confirmed that AHP has stated that Refacto® will be available in
3Q00  The source stated without prompting "I'm not sure why American Home sees
such a delay in the launch of Refacto® considering it was just approved "

GH000720

**Analyst Comments:**

This source was interviewed prior to the analyst discovering that the GI plant in St Louis may not be operational for another two years  In a follow-up the analyst requested this source to ask AHP the following during his next company contact

- What is the cause for the delay in bringing St  Louis on-line?
- Confirm that the Stockholm Refacto® plant currently has a 250 MAU annual capacity
- Does AHP plan to increase Stockholm's capacity to satisfy demand for Refacto? If so, what will be the new capacity and when?

*Senior Product Manager, Global Marketing, Baxter Hyland Immuno*

| | |
|---|---|
| **Interview** | BHI-06 |
| **Title.** | Senior Product Manager, Global Marketing |
| **Organization** | Baxter Hyland Immuno |

**Background**

This contact has background knowledge on both Kogenate SF and Refacto® and has direct access to information regarding marketing initiatives of the target organizations

**Source Comments.**

The analyst asked the source about the names of suppliers of equipment and resins for FVIII manufacturing   The source referred the analyst for such details to Baxter's manufacturing personnel in Thousand Oaks

The analyst shared with the source the information from NHF that GI's St Louis plant may be delayed another two years   The analyst then asked if problems with WFI supply could cause such a delay   The source stated that WFI problems could indeed cause delays up to two years

The analyst asked the source where Baxter had originally discovered that the GI plant in Stockholm had an estimated capacity of 250 MAU   The source indicated that this information became available during Baxter negotiations with GI in 1997 when rights to Refacto® were up for sale   The analyst asked if the source knew of any Baxter personnel involved in these negotiations that were still with Baxter   The source indicated two individuals, but noted that they were most likely under some sort of confidentiality agreement with GI

The analyst then asked about the source's knowledge regarding GI s prote·n free product research  The source indicated that Baxter was aware of that GI was developing a protein free product because this was also presented to Baxter ¬ .99⁻

Regarding possible launch strategies and tactics, the source indicated that she was aware that GI was throwing "lots of promo dollars at NHF '  The source noted however, that these dollars were being spent on general research such as a S2 5 m ¹ on research grant to NHF  The source was unaware of any specific promotional programs that either GI or Bayer was initiating through NHF

Regarding pricing, the source noted that Kogenate SF was being priced in Europe the same as the old formulation Kogenate  In the case of Refacto®, the source noted that pricing was very close to Recombinate® and other FVIII products

When asked about positioning of either Kogenate SF or Refacto®, the source stated that GI has done a very good job of communicating their peace of mind message of Refacto® as an albumin free formulated product

The discussion then shifted to product enhancements that the source was aware of  The source stated that Bayer was looking into improved reconstitution of their product. This could include pre-filled, chambered syringes  The source noted that Refacto® originally had a triple chamber syringe, however, Pharmacia & Upjohn kept the rights to the chambered syringe when they sold the rights to Refacto® to GI

The analyst asked the source to provide names of Baxter contacts in Europe and Japan that may be good sources of information for this project  The source identified the directors of marketing in Europe and Japan as first points of contact

The source then shifted the conversation to a discussion of the importance of assa s ¬ the marketing of Refacto®  The source stated that Refacto® requires the use of chromogenic assays to measure FVIII activity in the bloodstream  However most clinics use one-stage assays  Some physicians object to the use of chromogen c assa s as too expensive to establish for one particular product  The source noted tha ¬ s requirement of chromogenic assays with Refacto® could prove to be a cons dera e

GH000723

hurdle to effectively marketing the product unless GI is willing, to partially or fully subsidize the establishment of these assays at clinics

**Analyst comments.**

Due to legal requirements imposed by binding confidentiality agreements, the Baxter personnel involved in negotiations with GI in 1997 could not be interviewed for this project

*Senior Marketing Analyst, Baxter Hyland Immuno*

**Interview.**     BHI-08

**Title.**     Senior Marketing Analyst

**Organization·**     Baxter Hyland Immuno

**Background:**

This contact is the project lead for this research   The analyst contacted her regarding background information on chromogenic assays

**Source comments:**

The source indicated that Baxter had done marketing research regarding chromogenic assays   Essentially, physicians were asked if they were aware that Refacto® required the use of chromogenic assays   Many of the surveyed physicians indicated that they were unaware of this assay requirement   Many of these physicians further indicated that they objected to adding another assay and its associated costs and training time

The source agreed to contact sources suggested by source BHI-07 for poss b e interviews

**Analyst comments:**

The impact of chromogenic assays on the marketability of Refacto® and GI s strateg es to deal with practitioner resistance to this will be investigated further under the scope of work area of "Possible launch strategies "

GH000725

*Technical Marketing Manager, Baxter Hyland Immuno*

| | |
|---|---|
| **Interview:** | BHI-09 |
| **Title:** | Technical Marketing Manager |
| **Organization:** | Baxter Hyland Immuno |

**Background**

This source was contacted for technical background on chromogenic assays

**Source comments**

The source stated that assays for FVIII are performed at clinic to measure FVIII recovery values. The reason given that Refacto® requires chromogenic assays is that one stage assays used with Refacto® can present values that can be off by as much as 50%

This can create a perception barrier as physicians worry about accurate dosage of FVIII since the assay results determine the FVIII dosage level

The main resistance to using chromogenic assays appears to be the start-up costs Although they are less expensive per assay once set-up, chromogenic assays are more expensive to set up and require considerable staff training

To overcome the cost concerns, there is evidence that Wyeth in Europe is giving away all or a portion of chromogenic assay materials to clinics

The analyst then asked the source to assess the current state of the general debate regarding one stage versus chromogenic assays. The source indicated that the medical/scientific community is undecided on what is to be the standard assay According to the source "Neither assay is perfect" and this ambivalence fuels the uncertainty in arriving at a single standard

The source stated that scientists at Pharmacia & Upjohn have been very active promoting chromogenic assays as the standard  This is not terribly surprising since Pharmacia & Upjohn still retains distribution rights to certain countries for Refacto® and Pharmacia & Upjohn also provides the scientific support for Refacto®  For instance, patents for Refacto® upgrades filed since the purchase by American Home Products all list Pharmacia & Upjohn as the filing organization

The topic then shifted to a discussion of a possible two-year delay at GI s St Louis plant  The analyst voiced the opinion that this delay was not part of the original launch plan for Refacto® in the U S  since the product was already approved for marketing in the U S  The source agreed adding that the U S  Refacto® approval included an indication for prophylactic administration of Refacto®  Although physicians often administer FVIII  products prophylacticly for severe hemophilia on an off-label basis s to go through the trouble to gain regulatory approval for such an indication hints that the manufacture expected to have a considerable supply  This is because prophylactic use of FVIII requires a much greater supply than conventional use of the product

The interview concluded with the source providing some details requested by the analyst (including the former owner of the GI St  Louis plant was Chiron  and that Baxter had a copy of the deed transfer on this plant from Chiron to AHP )

**Analyst comments:**

Follow-up research uncovered the address and contact phone number for the GI plant in St Louis  Further research will be conducted in an attempt to pin down more precise the delays in a full launch of Refacto® in the U S  and likely supply numbers available from Stockholm for the U S  market

GH000727

## Director of Operations, Baxter Hyland Immuno

| | |
|---|---|
| **Interview** | BHI-10 |
| **Title** | Director of Operations |
| **Organization** | Baxter Hyland Immuno |

**Background**

This source has considerable knowledge of the GI St Louis plant and was interviewed regarding details of the plant's history and possible current status

**Source comments**

The analyst began by clarifying the source's comments regarding "consistency manufacturing" at the St Louis plant  The source had earlier stated informally to the analyst that he had heard that St Louis was in consistency manufacturing in the 4Q99 or 1Q00  The source explained that this information came from a colleague of his who had interviewed for a senior quality assurance position at the St Louis plant in January 1999  The colleague was told by GI interviewers at that time that the St Louis plant would be in consistency manufacturing in either 4Q99 or 1Q00  The source stressed that this information was over one year old and given in an interview, so he was unsure how reliable it is

The source explained that consistency manufacturing is conducted during the very late phase of validation  If it is true that the St Louis plant only recently completed consistency manufacturing, it is reasonable to consider the plant to still be two years away from actual commercial production  This is due to regulatory hurdles and timelines that any biotech plant of this nature must pass through  This delay does not take into account any problems, such as WFI supply difficulties

The source pointed out that there could be nothing mechanically wrong with any of the equipment at St Louis  The problem could simply be that, due to the age of the plant,

the equipment was no longer in compliance with current regulations  The source explained that biotech plants must be in compliance with current USP guidelines the last one being USP 23 in 1999  Since the St Louis plant has been operating under previous ownership since the early 1980s and since it had been inact ve for a considerable period before AHP purchased it, it is quite likely that some of the plant s equipment had not been upgraded to be in compliance with current USP guidelines

If the major problem at St Louis is, in fact, a WFI issue, the source indicated that delivery of a new WFI still can require lead times of 9 months or more and would require validation before it could be used for production

When discussing the issue of supplying the U S Refacto® market from Stockholm the source indicated that this would require the Stockholm plant to file a BLA with the U S FDA

The analyst then asked the source to provide a brief history of ownership of the St Louis plant  The source indicated that the first owner was Invitron  followed by Monsanto, Centocor, Chiron, and finally, AHP

Finally, the analyst asked the source his views on Wuppertal as a possible location for a second Kogenate SF plant  When told that Bayer currently does process de e content for Kogenate SF at Wuppertal and that Bayer also has a pilot plant there the source stated "Well then, it would be a perfect location, since they have the expertise there but it would be a green [meaning a brand new] site and that would take a long time to bring on line "

**Analyst comments·**

Other sources are being contacted to confirm that St Louis has completed consistency manufacturing  Although the issue of other delays will be explored the anal s s current hypothesis is that the major problems at St Louis were of a regulatory compliance nature that did delay the validation of the plant beyond AHP s original U S launch plan timeline  (The current USP guideline document is USP 24, effective January 2000)  However, if the plant is confirmed to be past consistency

---

manufacturing, it will be assumed that any such problems have been overcome
Nonetheless, this would still put the St Louis plant operationa start date out to
sometime in early 2002

*Senior Marketing Analyst, Baxter Hyland Immuno*

Interview:          BHI-11

Title.              Senior Marketing Analyst

Organization        Baxter Hyland Immuno

Background·

This contact is the project lead for this research   She contacted the source with information coming in from the field regarding both Bayer and GI

**Source comments:**

The source indicated that sources in the Chicago area have heard rumors that GI is considering giving up on the St  Louis facility altogether

Regarding a new Kogenate SF plant that Bayer is planning in Europe  the source indicated that internal discussion at Baxter speculated that any such plant would take 3-5 years to be operational   The source requested that this estimate be confirmed with Baxter manufacturing contacts

Baxter marketing sources have received information that GI is now providing training and equipment for chromogenic assays to clinics requesting this service in North America

Despite these efforts to reduce the cost objection to chromogenic assays  Baxter sources in Chicago have heard that certain U S  labs are telling treatment centers not to use Refacto® because the labs do not plan to establish a chromogenic assay capability

Baxter sources in Europe are seeing evidence that GI is having difficulty satisfying demand for Refacto® in Europe

**Analyst comments.**

Baxter manufacturing contacts at Thousand Oaks concurred w th the 3-5 year lead-time estimate for a new biotech plant in Europe

American Home Products indicated to securities analysts durir g the week of March 20, 2000 that their Stockholm Refacto® plant was "maxed out" tr ing to meet the European demand for Refacto®

Follow-up interviews are being scheduled with Baxter contact< in Chicago and Europe to follow-up on rumors heard at these offices from the field

## *Supervisor, Permit Service Center, Berkeley, California*

| | |
|---|---|
| **Interview** | BHI-12 |
| **Title:** | Supervisor |
| **Organization:** | Permit Service Center, Berkeley, California |

**Background:**

Each local municipality has unique procedures for permitting public viewing of permits
and drawings for buildings that have filed for permits  The analyst contacted this
source to discover what the availability and policies were for public viewing of
architectural and engineering drawings  This contact is a senior supervisor of the
building permits and inspection department in Berkeley California  Bayer's Ko
SF® manufacturing facilities are located in two buildings in Berkeley

**Source comments·**

The source indicated that hard copy architectural and engineering plans are available at
the Permit Service Center for buildings still under construction  For complete
buildings, the Permit Service Center maintains microfilm records of their permits and
drawings

The public may view architectural and equipment drawings at the Permit Service
Center, however, obtaining copies of the drawings requires permission from Bayer
which, according to the source, is unlikely

The permits and drawings for Bayer are contained in one very large file for the main
address, 800 Dwight Way  The source indicated that if she could be provided some
more detailed information, such as the specific building within the Bayer campus that
this could expedite research considerably

**Analyst comments**

The buildings of interest are the original 42,000 square foot Kogenate SF® facility, building 5A, and the new 100,000 square foot Kogenate SF® facility, building 60

The source will be on vacation until Thursday, March 30, 2000   The source will be contacted at that time to work out the logistics involved in reviewing the drawings for these two buildings

GH000734

### *Public Information Specialist, Public Works Department, St Louis, Missouri*

| | |
|---|---|
| **Interview:** | BHI-13 |
| **Title:** | Public Information Specialist |
| **Organization:** | Public Works Department, St Louis Missouri |

**Background:**

The St Louis County Public Works Department provides building inspection services for St Louis and certain surrounding communities in the St Louis area  Genetics Institute's manufacturing facility is located in Berkeley, Missouri within St Louis County

**Source comments:**

The source indicated that the city of Berkeley does not contract inspection services through the St Louis County Public Works Department  Therefore any drawings related to a site within Berkeley are likely to be on file with Berkeley's building inspector office

**Analyst comments:**

A message was left with the Chief Building Inspector of Berkeley Missouri regarding availability and procedures for viewing architectural and engineering drawings on file with the Inspector's office

GH000735

**Director of International Expansion, Intercontinental Region, Baxter Hyland Immuno**

| | |
|---|---|
| **Interview·** | BHI-15 |
| **Title·** | Director of International Expansion, Intercontinental Region |
| **Organization** | Baxter Hyland Immuno |

**Background.**

This contact had authored a number of internal memos back in 1996 regarding the production capacity of Bayer's Kogenate® manufacturing facility in Berkeley California This interview was conducted to follow-up on some of the information provided in these documents

**Source comments**

The analyst asked the source about Bayer Kogenate ® capacity calculated at 200MALs per year in June of 1996 by a now retired Baxter scientist  The source indicated that the scientist calculated this from published report on Bayer's bioreactors and yields  The source could not recall the title or details of this published report·

The source stated that his understanding was that building 60 the new facility at Bayer, was originally designed to produce multiple products, however now it is dedicated to Kogenate SF® production exclusively  To the source's knowledge, Bayer uses a continuous perfusion system with hollow-fiber bioreactors at all their production facilities  His understanding is that this is the case at GI's plant in Stockholm as well  The source noted that hollow-fiber bioreactor suites do not require as large a facility as stirred-tank type suites

When the analyst mentioned GI possibly operating and maximum capacity in Stockholm, the source asked if there might be some stock of bulk Refacto® since the shelf life of bulk FVIII is 3-5 years ·  The analyst indicated that this is unlikely since GI

has already admitted that they are having difficulty meeting demand in Europe let alone North America

**Analyst comments:**

A follow-up interview will be necessary with this contact to clarify some historical information on Bayer's Berkeley site

GH000737

*Director of Government Relations, National Hemophilia Foundation*

| | |
|---|---|
| **Interview:** | BHI-16 |
| **Title** | Director of Government Relations |
| **Organization** | National Hemophilia Foundation |

**Background**

This source oversees the preparation of NHF's Medical Advisories related to the supply of Factor VIII products  The source has regular contact with Factor VIII manufacturers and is kept informed regarding supply issues of these products

In a previous interview, this source indicated that he would be meeting with Bayer sometime this week for an update on the Kogenate SF® launch timeline

**Source comments**

The source stated that the scheduled meeting with Bayer Corporation marketing personnel was canceled and had not yet been rescheduled

Regarding Refacto®, the source reiterated that marketing personnel at Genetics Institute had indicated that the company was having difficulty satisfying demand in Europe for Refacto®  Because of this, Genetics Institute has indicated that they will only divert "a very small amount" to the U S  market until a U S  manufacturing facility is on line

**Analyst comments:**

The Refacto® supply problems in Europe have been mentioned by Baxter personnel in Europe, the NHF, and securities analysts (see next interview)  This combined with delays in St Louis further indicate a considerable delay before Refacto® can have any real impact on the U S  FVIII market

*Securities Analyst, Paine Webber*

| | |
|---|---|
| **Interview** | **BHI-17** |
| **Title:** | Securities Analyst |
| **Organization·** | Paine Webber Securities, New York |

**Background:**

This source is a senior biotech analyst at Paine Webber and a covering analyst for AHP The source has indirect information regarding strategic initiatives of AHP and GI The source contacted the analyst following a conference call with AHP during the week of March 20, 2000

**Source comments:**

During the recent conference call with analysts, AHP U S Investor Relations discussed the status of Refacto® in the U S  AHP indicated that it would have adequate supplies of Refacto® going to the U S market by September or October 2000

When asked directly by the source, AHP acknowledged delays at the St Louis facility but gave no details  The company went on to state that the delays could push bringing the plant on line for 6-7 months, but that they expected that by 3Q00 everything should be straightened out "  The source interpreted this to mean that adequate supplies would be available in the U S  by 3Q00, not that the St Louis plant would be operational at that time

Despite AHP's assurances that "everything would be straightened out " by 3Q00 the company also stated that the Stockholm facility was "maxed out" trying to meet demand in Europe  The backlog in supplying European demand for Refacto® was given as the reason for the delay in supplying the U S  market until 3Q00

**Analyst comments.**

AHP has been very reluctant to supply details of delays in St Louis to either securities analysts or the NHF  The combination of company statements and information in the field still point to only a token supply of Refacto® in the U S  market beginning in 3Q00

*Vice President, Global Manufacturing, Biotech, Baxter Hyland Division*

## Interview:      BHI-18

**Title:**            Vice President, Global Manufacturing Biotech

**Organization**      Baxter Hyland Division

**Background.**

This source has worked in biotechnology manufacturing for 13 years and has been instrumental in the establishment of Baxter Hyland's production facility in Thousand Oaks California. The source has also worked as a manufacturing consultant to various biotech manufacturers, including Genetics Institute

The source was contacted to gain insight into some of the information and rumors regarding GI operations in St Louis

**Source comments.**

The analyst asked the source's reaction to rumors that GI may have decided to start from scratch for a U S Refacto® plant instead of trying to upgrade the St Louis site The source indicated that although he had not visited the St Louis site he was familiar with its design and, in his opinion, it was an over-designed facility that would be difficult to upgrade to current manufacturing standards

The source stated that he would not be surprised if GI ended up building a new plant at an entirely different site

Regarding Bayer's Kogenate SF® facility, the source stressed that the timing of approval for this facility could be as soon as July if Bayer had already run conformance lots The timing of the approval would also depend on when Bayer submitted data to the FDA on the expansion suite The source suggested contacting regulatory staff a

GH000741

Baxter in Glendale to determine who at the FDA was responsible for processing such data

The source volunteered information from a Baxter employee in Hayward who had recently left Bayer in Berkeley   According to this employee, Bayer is in the midst of a major restructuring of the Berkeley facility   The employee sta ed that Bayer is sending "a lot of Germans" to Berkeley to facilitate the restructuring of the manufacturing management   As a result, the employee claims that Bayer is "losing a lot of folks' from the Berkeley location

**Analyst comments**

Interviews are being scheduled with regulatory staff at Baxter to investigate details of the likely timing of FDA approval for Bayer's new Kogenate SF® facility

The information regarding restructuring at Berkeley matches earlier indications this source had that Bayer was losing people for some reason from  he Berkeley facility

*Chief Building Inspector, City of Berkeley, Missouri*

| | |
|---|---|
| **Interview:** | BHI-19 |
| **Title:** | Chief Building Inspector |
| **Organization** | City of Berkeley, Missouri |

**Background:**

Genetics Institute's St Louis manufacturing facility is actually located within the city of Berkeley, Missouri   All building permits are submitted and filed at the City of Berkeley's Building Inspection office   The analyst contacted this source to discover if and in what format, plans related to the Genetics Institute site were available

**Source comments·**

The source indicated that any plans related to the Genetics Institute site are in hard copy at the Building Inspection office and can be viewed by the public   However the Building Inspection office did not offer any research services   The only way to view any plans or drawings related to a building permit is to visit the Building Inspection office in person

**Analyst comments:**

Unlike larger municipality building inspection offices, Berkeley Missouri does not have an off-site vault storage for older building permit files   If Baxter decides it is valuable to see the plans for GI's St Louis facility, there should be little difficulty locating the file and no delays since all files are centrally located

GH000743

### Director of Coagulation Products, Europe and the European Product Manager for Hemophilia, Baxter Hyland Immuno

| | |
|---|---|
| **Interview·** | BHI-20 and BHI-21 |
| **Title·** | Director of Coagulation Products, Europe |
| | European Product Manager for Hemophilia |
| **Organization** | Baxter Hyland Immuno |

**Background.**

Both Kogenate SF® and Refacto® are currently approved in Europe  These sources have been tracking developments related to the marketing and supply of these products within the European Union

**Source Comments**

The European Product Manager began the conversation by providing some background information on the market size for FVIII products in Europe  The source stated that the EU market contains a total of approximately 36,000 hemophiliacs, including mild cases  Of this total, approximately 23,000 are moderate to severe cases

The analyst asked if the EU has any equivalent of the NHF or the Canadian Blood Services tracking the supply of FVIII products in Europe  The Director of Coagulation Products indicated that there is no equivalent organization in the EU tracking supply

Regarding regulatory approval of Refacto®, the Director of Coagulation Products stated that the product is approved for marketing throughout the EU except for Belgium, which is expected to approve it within the next two months

Regarding the supply of Refacto® in Europe, the Director of Coagulation Products estimated that AHP was able to supply approximately 90-100 MAUs of Refacto® in 1999 He concurred that the estimated capacity of the Stockholm plant is approximately 250

GH000744

MAUs He speculated that the difference in supply and capacity was due to either building commercial inventory for the U S market or problems with production at Stockholm

The Director of Coagulation Products had been surprised by the relatively modest success of Refacto® in Europe because AHP claimed to have plenty in stock prior to the European launch However, he noted that during a recent meeting with AHP European marketing personnel, the AHP executives indicated frustration regarding supply issues surrounding both Benefix® and Refacto® This meeting was with an AHP marketing vice president in charge of coagulation products sometime in early February 2000

The analyst then asked the sources if they had heard anything in Europe regarding efforts of AHP to overcome resistance to using chromogenic assays required when administering Refacto® The Director of Coagulation Products stated that only 2 hours previous, he had received information from Baxter's German Sales and Marketing staff that AHP has developed a new standard (reagent) to use with one-stage assays to get accurate equivalent results as in chromogenic assays Baxter Europe has obtained copies of the German brochures related to this and they are translating the copy into English

The Director of Coagulation Products indicated his concern that Kogenate SF® is the more immediate market threat His worst case scenario was that Bayer already has a full-scale dedicated suite producing Kogenate SF® in Berkeley and has stocked significant amounts prior to launch The analyst pointed out that sources in both the U S and Canada had indicated that Bayer originally expected approval of Kogenate SF® by the FDA in the March 2000 The Director of Coagulation Products stated that physician sources in the U K had indicated in 1999 that Kogenate SF® had been originally scheduled for launch in Europe in late 1999 to early 2000, but that there was a delay because production planning had not been in line

Finally, the Director of Coagulation Products asked the analyst to include in the final report any information on Helixate SF®, the private label version of Kogenate SF®

**Analyst comments:**

None

GH000746

*Supervisor, Permit Service Center, Berkeley, California*

| | |
|---|---|
| **Interview:** | BHI-22 |
| **Title:** | Supervisor, Permit Service Center |
| **Organization** | City of Berkeley, California |

**Background**

Bayer's new Kogenate SF® manufacturing facility is located in Berkeley California. Architectural and engineering drawings of this facility and other buildings on Bayers Berkeley campus are available in hard copy and microfilm at the Permit Service Center. The analyst traveled to Berkeley to review the drawings related to recent work at the Kogenate SF plant. This interview took place during that visit.

**Source comments.**

The source found the file on the most recent permit, number 3459 regarding the new Kogenate SF® plant. The permit was issued on July 30, 1999. The purpose of the permit was to make piping and HVAC changes to the second and third floors of the plant related to the second bioreactor suite.

The architectural and engineering drawings for this permit were available in hard copy and were provided to the analyst for review. The source then stressed that photocopies of the plans could not be made without the permission of the architects.

The drawings included equipment layouts of the fermentation rooms on the second floor as well as general plans of the second and third floors of the facility. The first page of the drawings included a general plan of the Bayer campus as of July 1999.

GH000747

**Analyst comments:**

The analyst reviewed earlier drawings of Bayer's Berkeley facility that were on microfilm
Through this review, the analyst was able to identify the function of many of the buildings
on the campus

The analyst then made tracings of the critical portions of the drawings of the third and
second floor of the facility   The analyst also made a sketch of the entire campus identifying
key production, R&D, and warehousing facilities

Formal drawings will be developed from the traces and sketches made during this visit
Also, the information gathered from the Permit Service Center will be combined with earlier
information gathered from a product video presentation made by Bayer at the International
Society on Thrombosis and Hemostasis back in August 1999   The combined information
will be presented to Baxter manufacturing personnel to make a reasonable estimate of
Bayer's current and projected Kogenate SF® capacity

*Investor Relations Manager, Genetics Institute*

**Interview:**        BHI-23

**Title:**        Investor Relations Manager

**Organization:**        Genetics Institute

**Background:**

On April 4, 2000 AHP announced that the company was building a new biotech facility in the Republic of Ireland  The analyst took this opportunity to contact GI directly to gather information on how this may impact manufacturing plans in St  Louis

**Source comments:**

When asked if the building of the Ireland plant would have any impact on GI s plans for St Louis, the source gave a flat "no comment"

**Analyst comments:**

This brief conversation is included so as to inform Baxter of the likely reaction from different departments within GI   Obviously, Investor Relations at GI is much less forthcoming than other departments contacted

***Assistant VP for Hemophilia Products, Global Strateg c Marketing,
Genetics Institute***

| | |
|---|---|
| **Interview:** | BHI-24 |
| **Title.** | Assistant VP for Hemophilia Products, Glob. l Strategic Marketing |
| **Organization** | Genetics Institute |

**Background.**

This source has direct access to information regarding marketing plans for Refacto®   He
was contacted by the analyst as follow-up to the April 4, 2000 a nouncement of the AHP
biotech plant in Ireland

## Source comments:

The source referred the analyst to GI's commications departmen regarding manufacturing
plans in St Louis

However, in the course of clarifying his current job title, the scurce volunteered that GI
restructured its management organization beginning approximatel y two months ago   Now
the company is organized into eight therapeutic areas   As a result of the restructuring, the
source is both the VP for Hemophilia Products and the head of the Hemophilia Therapeutic
Area.

**Analyst comments·**

Interview BHI-25 was conducted with the source in the Corr munications Department
referred to by this contact

*Assistant VP of North American Communications, American Home Products*

Interview:        BHI-25

Title:            Assistant VP of North American Communications

Organization      American Home Products

**Background·**

This source has indirect access to information regarding marketing and manufacturing plans for Refacto®  He was contacted as a follow-up to the AHP announcement on April 4 2000 regarding the building of a new biotech manufacturing facility in the Republic of Ireland

**Source comments.**

The analyst asked the source if the Republic of Ireland facility is intended to supply Refacto® globally or the European market only  The source stated that the intention is that the Ireland plant would supply Refacto® globally

The analyst then asked if the building of the Ireland plant would have any impact on GI's plans for their St Louis facility  The source responded that "No, that [St Louis] is moving ahead as planned"  The analyst pointed out that the Ireland facility is planned to be operational in 2004  The source was then asked, in light of the 2004 date for Ireland  when St Louis was scheduled to be operational   The source indicated that St Louis is scheduled to be operational by the end of 2000 or early 2001  The analyst asked if this meant that the FDA would approve the St Louis facility at this time or if the plant would simply be ready for validation at that point  The source was uncertain, but committed to finding out further details

**Analyst comments**

If it turns out that the St Louis plant is only going to be operational and not approved by the FDA by the end of 2000, this would be consistent with earlier information that it will not be producing Refacto® for the U S market for two years after 1999

## *VP Corporate Communications, Genetics Institute*

| | |
|---|---|
| **Source.** | BHI-26 |
| **Title.** | VP Corporate Communications |
| **Organization** | Genetics Institute |

**Background·**

This source heads up the communications function for Genetics Institute  The source has indirect access to information regarding marketing and manufacturing decisions on Refacto®

**Source comments**

The source claimed to be unaware that GI had a manufacturing facility in St Louis  The source referred such detailed questions to the Assistant VP of North American Communications or the Assistant VP of International Communications at AHP

**Analyst comments:**

The analyst had by this time, already interviewed the Assistant VP of North American Communications in interview BHI-25

If true, this source's claim that he had no knowledge of the St Louis plant indicates that he is a poor source for any future detailed inquiries regarding manufacturing operations  The Assistant VP of North American Communications appeared to be quite knowledgeable regarding these types of details   It is recommended that the VP of Corporate Communications not be contacted in the future  Such contact would most likely reveal little new information while possibly alerting senior management to the inquiries

GH000753

***Plant Manager, Genetics Institute, Berkeley (St Louis), Missouri***

| | |
|---|---|
| **Interview** | BHI-27 |
| **Title.** | Plant Manager |
| **Organization** | Genetics Institute |

**Background:**

This source is the plant manager for Genetics Institute's planned Refacto® manufacturing facility in St Louis County, Missouri   This source has direct access to information regarding the plans and regulatory status of this facility

**Source comments.**

The analyst began the conversation by stating that this interview was a follow-up to AHP's April 4, 2000 announcement regarding the building of a biotech manufacturing facility in the Republic of Ireland   The analyst pointed out that AHP indicated in the press release that the Ireland facility was due to be operational by 2004   The analyst then asked in light of the Ireland plant being operational in 2004, when was the St Louis plant due to be operational? The source indicated that he could not comment on such detail, and referred the analyst back to Genetics Institute headquarters in New Jersey

**Analyst comments:**

This interview is included only to inform Baxter that this plant manager is not a viable source for useful information

### *Director of Operations, Baxter Hyland Immuno*

**Interview:** BHI-28

**Title:** Director of Operations

**Organization:** Baxter Hyland Immuno, Thousand Oaks  California

**Background**

This source had a recent conversation with a Baxter operations manager in Switzer and  he
is in contact with individuals that were involved with process development for Kogenate
SF®  During this face-to-face interview, engineering drawings of building 6  at Ba er s
Berkeley facility were reviewed and left with this source

**Source comments:**

The source indicated that from what he understood from Baxter in Switzerland the he
Bayer plant's bioreactors were 25 times denser than those used in Baxter s part in
Thousand Oaks   What this means in practical terms is that each 200 liter b reac or at
Berkeley is roughly equivalent in production to one 2000 liter bioreactor at Baxter s
Thousand Oaks facility

However, due to the limitations of the raw material used in the production of Kogenate SF®
(BHK cells), the actual capacity would be somewhat less than that of a 2000 iter reactor

The source noted that Bayer had spent two years in developing the manufacturing process
for Kogenate SF®, utilizing high-density cell culture technology

The source closed the interview by providing the analyst with contact information for
Baxter's operations manager in Switzerland

---

GH000755

**Analyst comments:**

If this source s information is correct, Bayer's facility in Berkeley would have a maximum theoretical capacity of 1000 MAU per year   At minimum, it should be able to reach a capacity of 750 MAU per year.

*Director of Global Public Policy and Communications, Bayer Corporation*

| | |
|---|---|
| **Interview:** | BHI-29 |
| **Title.** | Director of Global Public Policy and Communications |
| **Organization·** | Bayer Corporation, Raleigh, North Carolina |

**Background.**

This source has direct access to information regarding the capacity of Bayer s Kogenate SF® manufacturing facility in Berkeley, California

**Source comments**

The source indicated that the "new technology" deployed at Bayer s Berkele facility significantly increases yields from the same amount of source material in each fermenter This translates into a capacity that will eventually double the capacity of Berkeley

The analyst then asked when Bayer expected U S approval of Kogenate SF® The source indicated that Bayer expected U S FDA approval of Kogenate SF® sometime in 2000

Finally, the analyst asked if Bayer was continuing to produce the old formulation of Kogenate® The analyst pointed out that there had been conflicting reports in this regard some indicating that Bayer had stopped production of Kogenate® in December 1999 while other reports indicated that Bayer was still producing the product The source stated that Bayer intended to continue to produce Kogenate® until the company gained FDA approval of Kogenate SF®

**Analyst comments**

This interview contains the most accurate estimated U S Kogerate SF® approval date so far   It also is the first direct company confirmation that Bayer is continuing to manufacture Kogenate®

*Assistant Director, Los Angeles Office, Irish Development Authority*

| | |
|---|---|
| **Interview:** | BHI-30 |
| **Title·** | Assistant Director, Los Angeles Office |
| **Organization** | Irish Development Authority |

**Background:**

The Irish Development Authority (IDA) provides information and o.he' ass·s·a·ce ·o foreign business operating in the Republic of Ireland   The source was contac·ed ·o co··ec· information regarding the issue of commercial building permits in the Republic o·· ··e ar·

**Source comments·**

The source indicated that for commercial properties, the owner must su·m·· ce·, ec architectural and engineering drawings to the planning departmen· of the loca· a··ho··· a the city or county council level   Also, any planned commercial building owner ir·us· p··· s· their intentions in a prominent newspaper within the affected area to allow  for a·   p··b··c objections   If there are objections, an appeal goes before a review  board callec ·r G·e··c "An Bord Pleanala "

Once the permits are granted, the permits, along with any associated dra·· ·gs and correspondence, are kept on file with the local planning department as public reco··ds

**Analyst comments:**

It appears that the requirements for building permits in Ireland are essentia··  ··e s··e ·s those in the U S   Once a permit is issued to AHP in County Dublin fo· ··e·· ··e manufacturing facility at Grange Castle, the drawings and other documents wi· ·e a a··a· e to the public at the local planning department with responsibility for Grange Cas· e

GH000759

*Irish Consulate General, San Francisco, California*

| | |
|---|---|
| **Interview:** | BHI-31 |
| **Title.** | Information desk |
| **Organization** | Irish Consulate General, San Francisco, California |

**Background**

An investigation of secondary sources by the analyst discovered that in 1994, County Dublin was broken up into three different county councils   The analyst contacted the Irish Consulate General to discover which new county council was responsible for Grange Castle

**Source comments**

The source at the desk was uncertain, however another consulate staff person was familiar with Grange Castle and indicated that the county council responsible for this area was the Dundrum County Council

**Source comments**

When permits are issued for the AHP manufacturing plant in Ireland, it is advisable that someone contact or visit the planning department at Dundrum, Republic of Ireland   A telephone call will be enough to verify that engineering plans are available for the AHP plant at Grange Castle   The file may also be under the name Wyeth-Lederle or Wyeth-Medica

***BDS Program Manager, Baxter Hyland, Switzerland***

**Interview:**            BHI-32

**Title:**                 BDS Program Manager

**Organization.**          Baxter Hyland, Switzerland

**Background:**

This source is a former colleague of an individual who was directly involved in the process development for Kogenate SF®   Previous to this interview  the analyst sent scale engineering drawings of Bayer's Kogenate SF®

**Source comments:**

The source indicated that the manufacturing process for Kogenate SF® incorporates a cell retention device that concentrates cells in the bioreactor   This technology is not  and different from that used in the manufacture of the original Kogenate®   Bayer developed this process over at least a two-year period   The result is a process that is 10 times more productive than that used in conventional bioreactors   This means that one 200-liter bioreactor is roughly the equivalent of one 2000 liter conventional bioreactor

The source reiterated the point made by Baxter's U S  Director of Operations that the BHK cell line is not as good as CHO cells in expressing desirable proteins  However the source had the opinion that Bayer has used some if its process development time to improve the performance of the BHK cells they use in manufacturing

The interview closed with the source providing the names of two individuals involved in the process development of Kogenate SF®

**Analyst comments.**

This source effectively confirmed that the Bayer Berkeley facil ty will have an ultimate theoretical capacity of 1000 MAUs, but a real world capacity tna is somewhat less due to limitations of the BHK cell line

***Assistant Vice President International Communications, American Home Products***

| | |
|---|---|
| **Interview.** | BHI-33 |
| **Title:** | Assistant Vice President International Communications |
| **Organization:** | American Home Products |

**Background:**

This source has indirect access to information regarding regulatory approval of Refacto® in markets outside North America.

**Source comments:**

The source indicated that the regulatory filing for Refacto® in Japan is being handled by Yamanouchi Pharmaceuticals, who has the marketing rights to the product in Japan. The source was uncertain regarding the target approval date for Japan

The source indicated that AHP currently had no target dates for approval of Refacto® in either Australia or New Zealand

**Analyst comments:**

For more details on the status of Refacto® in Japan will require liaison with Baxter personnel in Japan and/or interviews with analysts covering Yamanouchi Pharmaceuticals in considerable detail   A review of analyst reports on Yamanouchi revealed no mention of Refacto®

GH000763

*Vice President, Global Manufacturing, Biotech, Baxter Hyland Immuno*

**Interview:**       BHI-34

**Title:**       Vice President, Global Manufacturing, Biotech

**Organization**       Baxter Hyland Immuno

**Background**

This source was contacted regarding projected capacities and approval dates for Baxter manufacturing facilities in Thousand Oaks California and Neuchatel Switzerland

**Source comments·**

The source indicated that when all three suites are operational at Thousand Oaks, this facility would have a capacity ranging from 750-825 MAU per year   The source expected to have full approval for all three suites from the FDA sometime in 4Q00

Regarding Neuchatel, the source indicated that there would be 4 suites of 2 bioreactors each at this location (for a total of 8 bioreactors)   The total capacity at Neuchatel is projected to be 1000 MAU per year for production of the protein-free product, or 750 MAU per year producing the current formulation of Recombinate®

Regarding Neuchatel, the source stated that his last information was that Neuchatel was targeted for full production by 3Q03 if clinical studies are required for the protein-free product   However, the source recommended that the analyst check with Baxter personnel in Glendale, California to verify this information

**Analyst comments**

The analyst conducted a follow-up interview with a Baxter manager in Glendale as recommended by this source

**Director, Global Public Policy and Communications, Bayer Corporation**

Interview:          BHI-35

Title:              Director, Global Public Policy and Communications

Organization·       Bayer Corporation, Raleigh, North Carolina

Background·

This source has direct access to information regarding regulatory approval dates for Kogenate SF®

**Source comments:**

Regarding regulatory approval of Kogenate SF® in Japan, the source indicated that Bayer is targeting a date sometime in 2001, but he had nothing more specific than that. Regarding Australia, the source stated that Bayer hopes to gain approval there sometime in 4Q00. The source stated that regulatory approval in Australia is tied to approval in the US which is scheduled for the 2H00. Finally, the source stated that Kogenate SF® was approved in New Zealand in the 4Q99

**Analyst comments**

None

*Controller, Recombinant Products, Baxter Hyland Immuno*

| | |
|---|---|
| **Interview:** | BHI-36 |
| **Title:** | Controller, Recombinant Products |
| **Organization** | Baxter Hyland Immuno |

**Background:**

This interview was conducted on the advice of Baxter's Vice President of Global Manufacturing to verify target dates for Baxter's manufacturing facility in Neuchatel Switzerland

**Source comments**

The source stated that Neuchatel is scheduled to conduct conformance production runs of protein-free product for clinical studies in 4Q00   Full licensing of the Neuchatel plant by the FDA is targeted for 3Q02   EU approval of the Neuchatel facility is targeted for 4-6 months following FDA approval

**Analyst comments.**

None

————End of Interviews————

GH000766

Re FVIII - Global

Mfg Capacity

Update

GH000767

# RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY UPDATE NOVEMBER 2000

BAXTER HYLAND IMMUNO
BAXTER HEALTHCARE CORPORATION
550 NORTH BRAND BOULEVARD
GLENDALE, CA 91203
CONTACT  JACKIE WEINSTEIN
TELEPHONE  818-550-4779
FACSIMILE  818-550-4772

PREPARED
BY
RICHARD P  LOOMIS
24401 VIA SANTA CLARA
MISSION VIEJO, CA  92692
TELEPHONE  949-768-5655
FAX  949-768-5737
RICHARDLOOMIS@HOME COM

**PROPRIETARY NOTICE**  The material contained in this
document is unique and proprietary to BAXTER HYLAND IMMUNO
Unauthorized use  or disclosure of this material  or the ideas
presented in this document is in direct violation of the proprietary
rights of BAXTER HYLAND IMMUNO  This entire document  including
any copies  must be returned to BAXTER HYLAND IMMUNO upon
request

GH000768

November 2000                                                        Page
### RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY

**EXECUTIVE SUMMARY** . . . . . . . . 2

  KEY FINDINGS . 3

**PROJECT BACKGROUND** . . . . . . . . 5

  OBJECTIVES

  METHODOLOGY

**BAYER CORPORATION KOGENATE FS®** . . . . . . 9

  CURRENT AND FUTURE MANUFACTURING CAPACITY . 9

  PRODUCT LAUNCH DATES

  PRICING STRATEGY

**GENETICS INSTITUTE REFACTO®** . . . . . . 15

  CURRENT AND FUTURE MANUFACTURING CAPACITY

  PRODUCT LAUNCH DATES

**OTHER SUPPLY RELATED ISSUES** . . . . . . 20

  BAYER DIRECT[SM]

  PROJECTED KOGENATE FS® SUPPLY 2002 & 2003

## ADDENDUM  BAYER RFVIII SUPPLY MODEL FOR YEAR 1999 . . 22

\

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000769

Case 1:01-cv-12257-PBS   Document 6866-14   Filed 01/27/10   Page 125 of 125

## EXECUTIVE SUMMARY

This research was conducted in late October 2000 verify and update rFVIII manufacturing capacity estimates contained in a previous competitive intelligence report prepared in June 2000 for Baxter Hyland Immuno The objective of this follow-up research was to estimate the current and potential manufacturing capacity for Bayer's Kogenate FS® and Genetics Institute's Refacto®

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203