### RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY

## KEY FINDINGS

The key findings of this research are summarized in the table below

| Product | Manufacturing Sites and Capacity | Date of Full Production | Launch Dates | |
|---|---|---|---|---|
| Kogenate FS® | Berkeley, CA          <500 MAU<br>Expanded capacity     <500 MAU<br>Wuppertal, Germany     750 MAU | In production<br>2002<br>2005 | EU<br>NA<br>Japan<br>Australia<br>NZ | 4Q00<br>4Q00<br>2Q00<br>4Q00<br>Launched |
| Refacto® | Stockholm,Sweden <250MAU<br>St Louis, MO        Unknown<br>Dublin, Ireland     Unknown | In production<br>2002<br>2004 | EU<br>NA<br><br>Japan<br>filing<br>Australia<br>NZ | Launched<br>March 2000<br>'effective 4Q00'<br>Yamanouchi<br><br>No schedule<br>No schedule |
| Recombinate® | Thousand Oaks, CA  750-825MAU<br>Neuchatel,Swit      750-1000MAU<br>On contract from GI<br>2000   380MAU<br>2001   392MAU<br>2002   271MAU<br>2003   271MAU<br>2004   273MAU<br>2005   273MAU | In Production<br>3Q02 | EU<br>NA | 1Q03<br>3Q00 |

Notes on table

- Bayer made a final decision on Wuppertal as the European manufacturing site in Jul 2000
- GI was only able to sell approximately 100 MAUs of Refacto® in 1999  therefore the actual capacity for Stockholm is given as less than 250 MAU
- Due to supply issues, Refacto® is not expected to be a significant player in the North American market until 2002
- Baxter Neuchatel capacity will be 750 MAU for old formulation and 1000MAU for protein-free formulation
- Launch dates for Recombinate® are the projected approval dates for the protein-free formulation

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000771

...te 2000

# RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## Major Events Timeline

| Item | 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | 2002 | 2003 | 2004 | 2005 |
|------|------|------|------|------|------|------|------|------|------|------|
| Bayer Berkeley Site full production | | | | | | | • | | | |
| Bayer Wuppertal full production | | | | | | | | | | • |
| GI St Louis in full production | | | | | | | • | | | |
| GI Dublin in full production | | | | | | | | | • | |
| Baxter TO in full production | | October 2000 | | | | | | | | |
| Baxter Neuchatel in full production | | | | | | | | 3Q03 | | |
| Kogenate FS® NA approval | June 2000 | | | | | | | | | |
| Kogenate FS® EU approval | August 2000 | | | | | | | | | |
| Kogenate FS® Jap in approval | | | • | • | • | • | | | | |
| Kogenate FS® Australia approval | | • | | | | | | | | |

© 2000 BAXTER Healthcare Corporation Proprietary and Confidential
550 North Brand Boulevard Glendale, California 91203

GH000772

## PROJECT BACKGROUND

Since the mid-1990s, the manufacturers of rFVIII products have taken initiatives to both improve the safety and increase the available global inventory of these products   The result has been the introduction of new products with reduced amounts of human proteins and thus reducing the chance of viral infection such as took place in the late 1980s and early 1990s

Beyond the introduction of new and safer products, the industry has seen a significant increase in the planned manufacturing capacity for rFVIII products

Baxter Hyland Immuno's key new competitors in the rFVIII market are Bayer Corporation's Kogenate FS® and Genetic Institute's Refacto®   I s therefore critical that Baxter Hyland Immuno's senior management be kept up to-date on the details surrounding these two products' timing of launch in various regional markets and the near-term supply of these products

The ultimate concern by Baxter is that as the global manufacturing capacity of rFVIII suppliers increases significantly over the next five years, the supply of rFVIII will ultimately outstrip demand   This would create a new market dynamic in which rFVIII suppliers would find themselves in a competitive environment much more challenging than currently

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

Case 1:01-cv-12257-PBS   Document 6866-15   Filed 01/27/10   Page 4 of 100

## OBJECTIVES

As a follow-up to the initial competitive intelligence report prepared for Baxter Hyland Immuno in June 2000, it was decided that the current and near-term (to 2005) manufacturing capacity figures should be verified and/or updated

## METHODOLOGY

**Data Collection**  Richard Loomis conducted extensive data collection to gather all available public information on rFVIII manufacturing and distribution  Data sources include commercial and public catabases, Internet and published sources

**Analysis**  Raw data was then analyzed by Mr Loomis and items of interest were followed up with primary (human source) research  Findings from human source collection were then integrated with raw secondary data and analyzed for significance in terms of Baxter Hyland's intelligence needs

**Report**  This report was then compiled utilizing secondary and primary source material as well as analysis conducted by Mr Loomis in cooperation with Baxter Hyland staff in marketing and operations  Human source interview summaries are attached as an addendum to this report  Copies of the secondary source material used in preparing this report are available on request  Identities of human sources are concealed to protect these persons from potential embarrassment and to preserve them for future use

**Ethics**  Mr Loomis operates within strict intelligence collection guidelines to ensure that Baxter Hyland Immuno does not incur legal or public relations liabilities that might stem from the use of unethical methods  Mr Loomis intelligence collection methods are in keeping with the guidelines of the Society of Competitive Intelligence Professionals (SCIP) and are in compliance with a

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000774

**RECOMBINANT FACTOR VIII INTELLIGENCE REPORT**

federal and local statutes covering privacy and commercial proprietary information

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000775

## BAYER CORPORATION KOGENATE FS®

### CURRENT AND FUTURE MANUFACTURING CAPACITY

**United States**

*Current Berkeley capacity*

Estimating the current supply capacity of Berkeley has been complicated by conflicting information given by Bayer to the press and NHF  As recently  September 2000 Bayer was telling the press that they could supply enough Kogenate FS for 700 patients [1]  In November 2000 Bayer revised this estimate to NHF to be 1 700 patients [2]  However, NHF estimates that Bayer supplies approximately 3000 patients with Kogenate and Kogenate FS   Through an analysis of 1999 sales figures and applying certain reasonable assumptions, a current capacity figure is arrived at as follows

Assuming the following

- Bayer's total patient base is 3,000 [2]
- Bayer's on-demand patients represent 70 percent of this base [3]
- Kogenate sales for 1999 were approximately $401 3 million [4]

Approximate estimated supply of Kogenate in 1999  400 MAU

(See addendum for detailed figures)

In 1996 a Baxter internal memo reported that a Baxter scientist named R  De    calculated Bayer's annual Kogenate capacity at their old facility (building 5    approximately 200 MAUs [5]  In the same memo was a quote from a Bayer R&D official  from a prepared statement to the U S  Congress in 1995 that  Bayer   investing several hundred million dollars at each of the multipurpose facilities

---

[1] New York Times, September 27, 2000

[2] Interview – Senior Staff, National Hemophilia Foundation

[3] Interview – Senior Marketing Staff, Baxter Hyland Immuno Europe

[4] MedAdNews , May 2000

[5] Internal memo, Baxter Hyland Immuno, June 12, 1996

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000776

Case 1:01-cv-12257-PBS   Document 6866-15   Filed 01/27/10   Page 7 of 100

(Clayton, NC and Berkeley, CA) to nearly double manufacturing capacity and support leading edge research and development activities." From this statement, Baxter personnel at the time estimated that the Berkeley facility could have an annual capacity of 500 MAUs of Kogenate.

So, the estimates given by Baxter personnel in 1996 and an analysis of the sales figures done for 1999, both show a maximum capacity of approximately 500MAUs

### Estimated future capacity of Berkeley, California facility

In 1996, Bayer began construction of a new Kogenate manufacturing facility on the Berkeley campus. According to a review of engineering drawings of this plant conducted by Mr Loomis in June 2000, this new facility, building 60, is a 100 000 square foot plant with two bioreactor suites of six 200-liter bioreactors each for a total of twelve bioreactors plus two spare 200-liter bioreactors. Building 60 was approved for production by the FDA in June-2000[6] (See June 2000 Intelligence Report for engineering drawings.)

According to Baxter manufacturing personnel, the new technology being used by Bayer could yield up to ten times the capacity of an equivalent sized bioreactor at Baxter[7] This means that a single, 200-liter bioreactor at Berkeley could theoretically produce the same amount as a 2000-liter conventional bioreactor. This translates into a theoretical maximum capacity for building 60 of 1000 MAUs per year (250 MAU per 3 bioreactors x 4 = 1000 MAU total)

In statements to the press and to the NHF, Bayer has indicated that they hope to double the capacity of the Berkeley facility by sometime in 2002[8][9] These statements,

---

[6] FDA approval letter to Bayer dated June 26, 2000 (FDA reference number 98-0656

[7] Interview - BDS Program Manager, Baxter Hyland Immuno

[8] Manufacturing Chemist, August 1999

[9] Interview – Senior Staff NHF, November 2000

GH000777

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

combined with earlier capacity estimates and known details of Building 60 a: po..r: :: an estimated total theoretical capacity of approximately 1000 MAUs per year b: ::::

However, due to the lower yields of BHK cells (the source materia. for Kcge::re FS: versus CHO cells (the source material for Recombinate®) the actual prcc....::: capacity of Bayer's Berkeley facility is likely to be somewhat less than 1000 MALs

From this information, a reasonable estimated potential capacity range for Ba e: s Berkeley facility is approximately 750 MAUs per year   This assumes :ra. :re difficulties involved in using BHK cells as a source material cause a 25°:. :ss :: efficiency in the bioreaction

### Other Planned Berkeley expansion

In August 2000, Bayer announced that it was granted approval by the City of Ber\e e, to develop 14. additional acres just south of its present 34-acre site [1]   Over :re :e:· five years, Bayer will spend approximately $120 million in constructing new :ac.._:es on the property

Plans for the site include
- A three-story, 100, 000 square foot warehouse/packaging facility
- A two-story, approximately 80,000 square foot Bulking and Sterile Fi facility

### Europe
#### Wuppertal, Germany

In April, 1999 Bayer Chairman Manfred Schneider said Bayer plans to bu.'c a seco:c genetic engineering production site for its hemophilia medication Koge:ate a:d :ra

---

[10] Interview - Director of Operations, Baxter Hyland Immuno
[11] Bayer press release, August 9, 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000778

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

the Wuppertal Germany site was high on the list[12] This was confirmed by a press report in July 2000 that indicated that Bayer had decided on building a Kogenate plant in Wuppertal and completing it by 2005[13] Bayer does some Kogenate process development and also has a pilot plant at that location[14]

According to Baxter manufacturing managers, if Bayer keeps to a typical timeline for such a manufacturing facility, they should have the plant built and approved by sometime in 2005 if work begins in late 2000 or 1Q01[15]

These estimates were recently confirmed when Bayer announced that they had decided to go forward with the Wuppertal project with a planned cost of $193 9 million[16] and an expected completion date of 2005[17]

Regarding capacity of the Wuppertal facility, it is interesting to note that the early press report announcing the planned Wuppertal project stated that Bayer was planning to spend the equivalent of $146 million on building this manufacturing facility[17] This is almost precisely the same amount Baxter has budgeted for the Neuchatel facility Given this information, a rough estimate of the future capacity of Wuppertal would be approximately 750 MAU depending upon actual yield of the bioreactor suites

*Wuppertal likely to be a Protein-free Kogenate facility*

At a recent Bayer Kogenate Symposium in Europe, the Wuppertal plant plan was announced along with an announcement of Bayer plans for a 3rd generation (protein-free) product[18] This announcement, along with a 2005 completion date for

---

[12] AFX News April 28, 1999  Also reported in Chemical Business Newsbase May 5, 1999
[13] Chemical Week , July 19, 2000
[14] Interview - Investor Relations Manager, Bayer AG
[15] Interview – Operations staff, Baxter Hyland Immuno
[16] Chemical Week, November 8, 2000
[17] Chemical Week, July 19, 2000
[18] Interview – Senior Marketing staff, Baxter Hyland Immuno, Europe, November 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

Wuppertal, points to this facility being likely dedicated to production of a so-called 3rd generation product

## PRODUCT LAUNCH DATES

### United States and Canada

Kogenate FS® was approved in the U S in June 2000 [19]

### Europe

Kogenate FS® was approved in the EU in August 2000 [20] Bayer launched the product in the UK in September 2000 [21] Bayer is expected to launch in the rest of the EU by the end of 2000

### Japan and Asia

According to Bayer Corp sources in the U S, Kogenate FS is expected to be approved in Japan sometime in 2001 [22] In the same conversation, the company indicated the expected launch approval date in Australia is 4Q00 Kogenate FS was approved in New Zealand in 4Q99

---

[19] Med Ad News, August 2000
[20] Bayer press release, August 7, 2000
[21] Marketletter, September 11, 2000
[22] Interview – Director, Public Policy & Communications, Bayer Corp

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000780

Case 1:01-cv-12257-PBS   Document 6866-15   Filed 01/27/10   Page 11 of 100

## PRICING STRATEGY

Bayer has positioned Kogenate FS® as a replacement for Kogenate and pricing in Europe to date has been identical to the old product [23, 24] However, retail pricing in the U S of Kogerate FS® has been nearly 25% higher than that of other rFVIII products [25]

The confusion surrounding the pricing of Kogenate FS was clarified by NHF staff during an interview conducted in November 2000 [26]   During this interview NHF indicated that although the average wholesale price (AWP) of Kogenate and Kogenate FS is identical at a $1 28 per unit, the PHS and non-PHS pricing is quite different   It is summarized in the table below

| Price scale | Kogenate | Kogenate FS |
|-------------|----------|-------------|
| AWP | $1 28 | $1 28 |
| Non-PHS | $0 82 | $1 13 |
| PHS | $0 70 | $0 96 |

---

[23] Internal memo, Baxter Hyland Immuno, October 6, 1999
[24] Interview – Senior Product Manager, Baxter Hyland Immuno
[25] National Hemophilia Foundation press release, September 26, 2000
[26] Interview – Senior NHF staff, November 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91. 03

GH000781

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## GENETICS INSTITUTE REFACTO®

### CURRENT AND FUTURE MANUFACTURING CAPACITY

**United States**

*St. Louis, MO*

In August 1998, Genetics Institute purchased a biotech manufacturing fac~ ~ in the town of Berkeley, Missouri near St Louis  This is one of the o dest b ~ec~ manufacturing facilities in the U S, having been originally bu ~ ~ ~ tre ear 1980s

Rumors that GI was having problems bringing this facility o~-l ~e na e ~ee~ widespread  Delays could be due to equipment problems or s ~p y d ~c~ ~es ~ bringing the plant into compliance with current FDA guidelires ~~ Since tre S~ Louis facility was originally built, the guidelines for biotech man~fac~~~ng s~c~ as the U S  Pharmacopoeia (currently USP 24 – NF 19 effect~e Jar~a~ ~~~~ have been revised considerably  The expense and effort requ~~e~ t~ ~pg~a~e ~ existing facility to these new standards can be extreme

Certainly given that Refacto® is already approved in the U S  it can be ass~~e~ that GI had hoped to have an adequate supply of the produc~ a~a lab~e f~~ t~e North American market and be supplying that market through tne ~ ~ S  p ~~

Also, the U S  Refacto® approval included an indication for l m ted p~op~~ ~c~~ administration of Refacto®    Although physicians often adm~n~s~e~ ~F~ ~~~ products prophylacticly for severe hemophilia on an off-label basis ~c g~ ~~~~~g~ the trouble to gain regulatory approval for such an indicat~o~ ~ r~s ~r~ ~ne manufacturer expected to have a considerable supply   T~ s  s ~eca~se

---

[27] Interview – Director of Operations, Baxter Hyland Immuno

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confiden a
550 North Brand Boulevard • Glendale, California 9120~

GH000782

RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

prophylactic use of rFVIII requires a much greater supply than conventional use of the product [28]

In January 1999, an individual interviewing for a quality assurance position at the St. Louis facility was told that the plant was scheduled to be in consistency manufacturing in either 4Q99 or 1Q00 [29] This information correlates with company statements that the St Louis plant is scheduled to be in full production and approved by the FDA sometime in late 2001 [30] Further confirmation of a late 2001 or 2002 production date comes from the National Hemophilia Foundation  Their sources in the field indicate that delays in St Louis are expected to push full production out to 2002 [31]  For this reason, NHF believes that Refacto® will not have an impact on the U S  market for two years despite the FDA approval of the product in March 2000

In October 2000, a senior NHF source stated that recently Genetics Institute had told NHF that they hoped to have the St Louis plant in full production sometime in calendar year 2002 [32] Despite continued rumors that GI is planning to abandon the St Louis plant, GI continues to indicate that the schedule for this facility is basically on schedule and due for production sometime in 2002

It is noteworthy that although the St Louis plant is scheduled to come on-line sometime in 2002, almost no published announcements have been made about this facility nor is it mentioned in any of American Home Products' recent SEC filings However, AHP has made extensive public statements regarding the construction of a biotech plant in Dublin, Ireland, which is not due to be completed until sometime in 2004

---

[28] Interview – Technical Marketing Manager, Baxter Hyland Immuno
[29] Interview – Director of Operations, Baxter Hyland Immuno
[30] Interview – VP North American Corporate Communications, American Home Products
[31] Interview – Director of Government Relations, NHF
[32] Interview – Director of Government Relations, NHF October 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

GH000783

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

**Europe**

*Stockholm, Sweden*

Currently, Refacto® is manufactured for Genetics Institute at the Pharmacia & Up ohn facility in Stockholm Sweden  This plant is considered to have a maximum capacity of 250 MAUs  However, in 1999 GI only sold approximately 100 MAUs of Refac of in the EU  Further hints of production problems in Stockholm were indicated during a February 2000 meeting between Baxter marketing managers and American Home Products' European marketing personnel  During this meeting the AHP exec es indicated frustration regarding supply issues surrounding both Benefix and Refac

*Dublin, Ireland*

In early April 2000 American Home Products announced plans to est approximately $685 million to expand its Wyeth Medica Ireland manufacturing operations by building a new biotechnology facility at The Grange Castle in South Dublin County, Ireland  The products planned to be manufactured at the expanded Ireland facility include "Antihaemophilic Factor VIII for patients with Haemonn a formulated in the absence of Human Serum Albumin "[34]  In the same announcement AHP indicated that the company planned to begin construction on this site in the Fall of 2000 and be operational sometime in 2004  Contacts at Genetics Institute in the United States indicated that construction of the plant in Ireland would not impact the company's plans for St Louis[35]  This source went on to state that the company intended that Stockholm would continue to supply Refacto® to the EU and US in small quantities) until St Louis was operational  St Louis would supp the North American market, and Ireland would supply Refacto® globally

*Capacity in Dublin*

Calculations for Refacto capacity is currently impossible for two reasons  first little is known about the planned facility, and second, the facility will not be ded cated

---

[33] Interview – Director of Coagulation Products, Europe, Baxter Hyland Immuno
[34] AHP press release, April 4, 2000
[35] Interview – VP North American Corporate Communications, American Home Products

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000784

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

to exclusive production of Refacto  Besides Refacto, the Dublin facility is planned to produce three other products, Prevnar, Enbrel, and BMP2 [36]

## PRODUCT LAUNCH DATES

### United States and Canada

The U S  FDA approved Refacto® in early March 2000 [37]  However, due to supply problems and delays in getting their St  Louis plant on-line, Refacto® is not expected to be a major player in the North American market until 2002  The company had indicated that small amounts of the product were planned to be diverted from Europe by September 2000 [38]  As of November 2000, GI informed NHF that they will not even begin to market Refacto® until early 2001 [39]

### Europe

Refacto® was approved in the EU in 2Q99  Since this approval, Refacto® has been able to sell to between 6 and 7% of the EU market  According to Baxter sources in Europe, much of this initial success can be traced to shortages of  old formulation Kogenate® in Europe in 1999 [40]

---

[36] Chemical Market Reporter, April 10, 2000
[37] AHP Press release, March 7, 2000
[38] Interview – Director of Government Relations, NHF
[39] NHF Medical Advisory #371, September 11, 2000
[40] Interview – Senior Marketing Analyst, Global Marketing, Baxter Hyland Immuno

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

GH000785

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

### Japan and Asia

According to an AHP source in the U S , the regulatory filing for Refacto® in Japan is being handled by Yamanouchi Pharmaceuticals [41] The source did no know the projected approval date for Japan   The source did indicate that the company had no current schedule for gaining approval of Refacto® in Australia or New Zealand

---

[41] Interview – VP International Corporate Communications, American Home Products

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • G endale, California 91203

GH000786

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## OTHER SUPPLY RELATED ISSUES

### BAYER DIRECT[SM]

In September 2000, Bayer announced that Kogenate FS® would be distributed in the U S through a direct distribution program called Bayer Direct[SM]  Bayer claims that this program is designed to maintain a reliable supply to patients at consistent pricing similar to first-generation rFVIII products[42]  However, this program has proven to be very controversial and extremely unpopular with NHF   According to a senior NHF executive, Bayer informed NHF of Bayer Direct[SM] on Thursday August 31, 2000 and launched the program the following Tuesday, September 5, 2000[43]  This source indicated that there remains "a wide chasm" between Bayer and NHF regarding the ethics of implementing such a distribution program   In fact, on September 25, 2000, the same day as the official launch of Bayer Direct[SM], NHF announced that it was renouncing all corporate support from Bayer in protest over Bayer Direct[SM][44]  NHF accused Bayer of attempting to profiteer through this distribution scheme noting that patients would be restricted to only one source for Kogenate FS with a price set at the non-PHS rate

As a result of the BayerDirect controversy, Bayer has now indicated that they will continue to supply Kogenate to hospitals, clinics and home health care companies[45]  As of this report going to print, NHF had not had direct talks with Bayer regarding this new policy

---

[42] Bayer press release, September 26, 2000
[43] Interview – NHF staff, October 2000
[44] NHF press release, September 26, 2000
[45] New York Times, November 11, 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9  203

GH000787

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

Interestingly, Bayer had originally planned to enroll approximately 700 patients in BayerDirect for Kogenate FS  However, as of this report going to print NHF indicates that only 70 patients have signed up for the program [46]

### PROJECTED KOGENATE FS® SUPPLY 2002 & 2003

An estimate of Kogenate FS® sales for 2002 is $518 million.[47]  This translates into a projected supply of Kogenate FS® for 2002 of approximately 508 MAU

An estimate of Kogenate FS® sales for 2003 is $700 million [48]  This translates into a projected supply of Kogenate FS ® for 2003 of approximately 686 MAU

(Note  These calculations based on a per unit net price of $1 02  See addendum

---

[46] Interview – Senior NHF staff, November 2000
[47] MedAdNews, May 2000
[48] Chemical Week, July 19, 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard ● Glendale  California 91203

GH000788

## ADDENDUM: BAYER rFVIII SUPPLY MODEL FOR YEAR 1999

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000789

**Addendum**
**Bayer rFVIII Supply Model for Year 1999**





| | | |
|---|---|---|
| **On Demand rFVIII patient model** | | |
| Total estimated Bayer patients | 3,000 | |
| Total est. Bayer on demand patients | 2,100 | |
| Average patient weight (kg) | 77 | |
| Average dose per kg weight | 50 | |
| Average units per year per patient | 45,900 | |
| **Total annual est. Bayer on demand units** | 96,390,000 | |
| **Prophylactic rFVIII patient model** | | |
| Total estimated Bayer patients | 3,000 | |
| Total est. Bayer prophylactic patients | 900 | |
| Average patient weight (kg) | 77 | |
| Average dose per kg weight | 30 | |
| Average units per year per patient | 330,480 | |
| **Total annual est. Bayer prophylactic units** | 297,432,000 | |
| **Total annual est. Bayer rFVIII supply** | 393,822,000 | |
| **Average realized price per unit** | $1 02 | |

Note   Average realized price per unit based on 1999 Kogenate
sales of $403 4 million

Prepard by Richard Loomis 11/22/00
Confidential

GH000790

**NOTE** ←

## Index of Interviews

Senior Staff  National Hemophilia Foundation, Washington, Ḷ C     2
Senior Operations Staff, Baxter Hyland Immuno     4
Senior Marketing Staff, Baxter Hyland Immuno     6
Senior Staff, National Hemophilia Foundation, Washington, Ḷ C     8

*Senior Staff, National Hemophilia Foundation, Washington, DC*

Interview·          BHI2-1

Title:              Senior Staff

Organization:       National Hemophilia Foundation, Washington. DC

Background.

This contact has direct access to information regarding projected supplies of rFVIII products in the U S This contact frequently meets with senior management of rFVIII suppliers to discuss issues surrounding the supply of rFVIII products

Source Comments:

The source was questioned about NHF's current information on rFVIII manufacturing capacity

Regarding GI's Refacto plant in St Louis, the source indicated that the last word GI had given NHF was that this facility is scheduled to be in full production sometime in calendar year 2002 NHF was not aware that the American Home Products plant being built in Ireland is also planned to produce Refacto beginning in 2004 GI's supply of Refacto from Stockholm continues to be limited and NHF indicates that the company is not taking on any new customers for the time being as a result

Regarding Kogenate FS, the contact was not sure about the timing of Berkeley's building FS going into full production The source stated that NHF's understanding was that Bayer is still waiting on approval of a 200 liter fermenter NHF was not aware of Bayer's plans to build a European Kogenate manufacturing facility in Wuppertal Germany

The contact went on to discuss some background on NHF s position on Bayer Direct According to the source, Bayer notified NHF on Thursday August 31 2000 that Bayer Direct would be launched the following Tuesday, September 5, 2000 NHF had no prior

warning from Bayer regarding this program   When asked if NHF had made any progress in persuading Bayer to modify the Bayer Direct program, the source stated that there remained "a wide chasm of disagreement" between the two parties

### Analyst Comments

Bayer was granted approval of the Kogenate FS production in building 60 in an approval letter from the FDA dated June 26, 2000   The reference the source makes to Bayer awaiting approval of a 200 liter fermenter may be in error   The analyst suspects that Bayer was actually telling NHF that they were awaiting approval of the entire production facility in building 60   Building 60 is made up of twelve 200 liter bioreactors (plus two spare 200 liter reactors) utilizing a new process technology that is significantly different from what Bayer had used in the past in producing Kogenate   This will be verified in a future interview with this contact

### Senior Operations Staff, Baxter Hyland Immuno

**Interview:**         BHI2-2

**Title:**              Senior Staff

**Organization:**    Baxter Hyland Immuno

**Background:**

This source has a large network of contacts within the biotech industry and was contacted for an update on competitive capacity as well as information regarding the latest timelines for Baxter's rFVIII production facilities

## Source comments

The source said that he had heard that Bayer's Berkeley plant had lost a lot of Kogenate FS due to mold problems

When asked about Bayer's plans for Wuppertal, the source indicated that if Bayer stays with a fairly standard timeline they should be approved and capable of full production in 2005 This assumes 6 months to plan, 2 years to build, and 2 years to validate and approve the facility

Given that Bayer's stated capital outlay for Wuppertal is similar to Baxter's for Neuchatel, the source estimated that Wuppertal will have a capacity of between 750-1000 MAUs per year

Regarding Genetics Institute, the source stated that he is still hearing rumors that GI is planning to abandon the St Louis plant He noted that GI is building a new 220 000 square foot facility at its Andover Maryland campus However, the source was uncertain of this facility's purpose

---

**BAXTER HYLAND IMMUNO**
Interviews as of 11-22-00

GH000794

Regarding the status of Baxter's Neuchatel plant, the source sta ed that live cell cultures were to be run in November 2000 and conformance lots were planned for December 2000 or January 2001  In Thousand Oaks, suite B had received FDA approval and has already run 7 campaigns  Thousand Oaks' suite C has run 5 campaigns anc is hoping to gain FDA approval within two weeks

The interview concluded with the source providing updated con act information for other Baxter operations staff personnel

**Analyst comments:**

The Kogenate FS lot referred to be the source may be either lo  670H076 or 670H071C which were voluntarily withdrawn by Bayer in late August 2000 due to low potency

## *Senior Marketing Staff, Baxter Hyland Immuno*

**Interview:**        BHI2-3

**Title:**            Senior Marketing Staff

**Organization·**     Baxter Hyland Immuno

**Background:**

This source has access to competitive pricing information from the field sales force  ~sc
this source is knowledgeable regarding the typical dosing regimens for hemopr₁ a p̲a̲t̲i̲e̲n̲t̲s

**·Source comments**

The source provided the following pricing information for Kogenate FS

| *Pricing category*     | *Cost per unit* |
|------------------------|-----------------|
| Average Wholesale Price | $1 28          |
| Direct-to-Patient      | $1 13           |
| PHS                    | $0 99           |

The conversation then turned to the typical dosing regimens for hemophilıacs being treated
with rFVIII   The source indicated that on-demand patients typically use rFVIII once per
month at a dosage of 50 unıts/kg   In the case of prophylactic patients the dosage regimen s
typically 25-40 unıts/kg

---

GH000796

**Analyst comments·**

The PHS pricing for Kogenate FS has been recently reduced (according to NHF sources) to 96 cents per unit

The dosage regimen information and pricing was used by the analyst to construct a supply model for Kogenate FS using dollar sales projections supplied by Bayer   This is to be included in the final report of this project as an addendum

*Senior Staff, National Hemophilia Foundation, Washington, DC*

| | |
|---|---|
| **Interview:** | BHI2-4 |
| **Title:** | Senior Staff |
| **Organization·** | National Hemophilia Foundation, Washington. DC |

**Background:**

This source was contacted a second time for this project to clarify issues surrounding the pricing structure of Kogenate FS  Press releases by NHF had indicated that Kogenate FS was being sold at a 25% premium over the old formulation  Countering this has been repeated statements by Bayer that Kogenate FS is priced at the same level as the old formulation


**Source comments:**

When asked to clarify the discrepancy between statements by NHF and Bayer regarding Kogenate FS pricing, the source indicated that the average wholesale price (AWP) for Kogenate and Kogenate FS was indeed, identical  This is why Bayer can claim that Kogenate FS is at the same price level as the old formulation  However, AWP is a somewhat arbitrary number, in that it does not reflect actual retail pricing of the product  Additionally, although the AWP is supposedly a wholesale price, the actual retail pricing of the product is less than AWP  The NHF source summarized the Kogenate and Kogenate FS pricing structure as follows

---

GH000798

| Pricing category | Kogenate (old formula) | Kogenate FS |
|------------------|------------------------|-------------|
| AWP | $1 28 | $1 28 |
| Non-PHS | $0 82 | $1 13 |
| PHS | $0 70 | $0 96 |

The source pointed out that in the Bayer Direct distribution scheme patients would be charged at the non-PHS price level of $1 13 per unit versus the o d non-PHS price level of $0 82 per unit   In addition, Bayer is attempting to distribute Kogenate FS exclusively through Bayer Direct, which would translate into many more patients at the non-PHS price level

Finally, the source was asked the number of patients that NHF es imates Bayer serves with Kogenate each year   The source indicated that although Bayer I as given patient numbers ranging from 700-1700 patients, NHF estimates that Bayer actual y has 3000 patients using Kogenate or Kogenate FS

The analyst brought up Bayer statements that they hope to enroll approximately 700 patients in Bayer Direct   The source indicated that due to the negative publicity surrounding the Bayer Direct program, Bayer has only been able to enroll 70 patients in Bayer Direct as of late October 2000

Finally, the source was asked about NHF's information regarding the approval of Bayer's expansion suite in Berkeley   The source indicated that the last word Bayer had given NHF, was that they were awaiting FDA approval of a new 200 liter bioreactor in Berkeley   The analyst asked the source if it was possible that Bayer was awaiting approval on a *type of 200 liter reactor, not just a single, 200 liter unit*   In other words, could it be possible that Bayer was actually awaiting approval for a group of 200 liter bioreactors?   The source stated that this it was definitely possible that he had been mistaken in assuming that Bayer was only waiting approval of one, 200 liter bioreactor   The source stated that he was not familiar with the details of the manufacturing facility in Berkeley and this could have caused him to make an incorrect assumption

**Analyst comments:**

The new PHS pricing level of $0 96 is slightly lower than Baxter's last information. ... ...
placed this at $0 99 per unit.

The information on estimated number of patients that Bayer has using Kogenate and
Kogenate FS will be used in the rFVIII supply model addendum to the final report of this
project

Re FVIII — Global

Mfg Capacity

Update

GH000801

# RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY UPDATE NOVEMBER 2000

BAXTER HYLAND IMMUNO
BAXTER HEALTHCARE CORPORATION
550 NORTH BRAND BOULEVARD
GLENDALE, CA 91203
CONTACT  JACKIE WEINSTEIN
TELEPHONE  818-550-4779
FACSIMILE  818-550-4772

PREPARED
BY
RICHARD P  LOOMIS
24401 VIA SANTA CLARA
MISSION VIEJO, CA 92692
TELEPHONE  949-768-5655
FAX  949-768-5737
RICHARDLOOMIS@HOME COM

**PROPRIETARY NOTICE** The material contained in this document is unique and proprietary to BAXTER HYLAND IMMUNO Unauthorized use or disclosure of this material or the ideas presented in this document is in direct violation of the proprietary rights of BAXTER HYLAND IMMUNO This entire document including any copies must be returned to BAXTER HYLAND IMMUNO upon request

GH000802

November 2000                                                          Page

### RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY

**EXECUTIVE SUMMARY**                                                   2

  KEY FINDINGS                                                  3

**PROJECT BACKGROUND**                                                  5

  OBJECTIVES
  METHODOLOGY

**BAYER CORPORATION KOGENATE FS®**                                      9

  CURRENT AND FUTURE MANUFACTURING CAPACITY                       9
  PRODUCT LAUNCH DATES
  PRICING STRATEGY

**GENETICS INSTITUTE REFACTO®**                                         15

  CURRENT AND FUTURE MANUFACTURING CAPACITY                       15
  PRODUCT LAUNCH DATES

**OTHER SUPPLY RELATED ISSUES**                                         20

  BAYER DIRECT℠
  PROJECTED KOGENATE FS® SUPPLY 2002 & 2003

**ADDENDUM   BAYER RFVIII SUPPLY MODEL FOR YEAR 1999**                   22

\

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000803

RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY

## EXECUTIVE SUMMARY

This research was conducted in late October 2000 verify and update rFVIII manufacturing capacity estimates contained in a previous competitive intelligence report prepared in June 2000 for Baxter Hyland Immuno The objective of this follow-up research was to estimate the current and potential manufacturing capacity for Bayer's Kogenate FS® and Genetics Institute's Refacto®

### RECOMBINANT FACTOR VIII GLOBAL MANUFACTURING CAPACITY

### KEY FINDINGS

The key findings of this research are summarized in the table below

| Product | Manufacturing Sites and Capacity | Date of Full Production | Launch Dates | |
|---|---|---|---|---|
| Kogenate FS® | Berkeley, CA     <500 MAU<br>Expanded capacity   <500 MAU<br>Wuppertal, Germany   750 MAU | In production<br>2002<br>2005 | EU<br>NA<br>Japan<br>Australia<br>NZ | 4Q00<br>4Q00<br>2001<br>4Q00<br>Launched |
| Refacto® | Stockholm,Sweden <250MAU<br>St Louis, MO     Unknown<br>Dublin, Ireland     Unknown | In production<br>2002<br>2004 | EU<br>NA<br><br>Japan<br>filing<br>Australia<br>NZ | Launched<br>'March 2000<br>'effective 4Q00<br>Yamanouchi<br><br>No schedule<br>No schedule |
| Recombinate® | Thousand Oaks, CA 750-825MAU<br>Neuchatel,Swit   750-1000MAU<br>On contract from GI<br>2000  380MAU<br>2001  392MAU<br>2002  271MAU<br>2003  271MAU<br>2004  273MAU<br>2005  273MAU | In Production<br>3Q02 | EU<br>NA | 1Q03<br>3Q02 |

Notes on table

- Bayer made a final decision on Wuppertal as the European manufacturing site in Jul 2000
- GI was only able to sell approximately 100 MAUs of Refacto® in 1999 therefore the actual capacity for Stockholm is given as less than 250 MAU
- Due to supply issues, Refacto® is not expected to be a significant player in the North American market until 2002
- Baxter Neuchatel capacity will be 750 MAU for old formulation and 1000MAU for protein-free formulation
- Launch dates for Recombinate® are the projected approval dates for the protein-free formulation

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

June 2000

Page 5

# RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## Major Events Timeline

| Item | 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 | 2002 | 2003 | 2004 | 2005 |
|------|------|------|------|------|------|------|------|------|------|------|
| Bayer Berkeley Site full production | | | | | | | • | | | |
| Bayer Wuppertal full production | | | | | | | | | | • |
| GI St Louis in full production | | | | | | | • | | | |
| GI Dublin in full production | | | | | | | | | • | |
| Baxter TO in full production | | | | | | | | | | |
| Baxter Neuchatel in full production | | | | | | | | 3QO3 | | |
| Kogenate FS® NA approval | June 2000 | | | | | | | | | |
| Kogenate FS® EU approval | August 2000 | | | | | | | | | |
| Kogenate FS® Jap in approval | | | • | • | • | • | | | | |
| Kogenate FS® Austr illa approval | | October 2000 | | | | | | | | |

GH000806

## PROJECT BACKGROUND

Since the mid-1990s, the manufacturers of rFVIII products have taken initiatives to both improve the safety and increase the available global inventory of these products  The result has been the introduction of new products with reduced amounts of human proteins and thus reducing the chance of viral infection such as took place in the late 1980s and early 1990s

Beyond the introduction of new and safer products, the industry has seen a significant increase in the planned manufacturing capacity for rFVIII products

Baxter Hyland Immuno's key new competitors in the rFVIII market are Bayer Corporation's Kogenate FS® and Genetic Institute's Refacto®  I s therefore critical that Baxter Hyland Immuno's senior management be kept up to-date on the details surrounding these two products' timing of launch in various regional markets and the near-term supply of these products

The ultimate concern by Baxter is that as the global manufacturing capacity of rFVIII suppliers increases significantly over the next five years, the supply of rFVIII will ultimately outstrip demand  This would create a new market dynamic in which rFVIII suppliers would find themselves in a competitive environment much more challenging than currently

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

GH000807

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

## OBJECTIVES

As a follow-up to the initial competitive intelligence report prepared for Baxter Hyland Immuno in June 2000, it was decided that the current and near-term (⁻⁻ to 2005) manufacturing capacity figures should be verified and or updated

## METHODOLOGY

**Data Collection**  Richard Loomis conducted extensive data collection to gather all available public information on rFVIII manufacturing and distribution  Data sources include commercial and public databases, Internet and published sources

**Analysis**  Raw data was then analyzed by Mr Loomis and items of interest ere followed up with primary (human source) research  Findings from human source collection were then integrated with raw secondary data and analyzed for significance in terms of Baxter Hyland's intelligence needs

**Report**  This report was then compiled utilizing secondary and primary source material as well as analysis conducted by Mr Loomis in cooperation with Baxter Hyland staff in marketing and operations  Human source interview summaries are attached as an addendum to this report  Copies of the secondary source material used in preparing this report are available on request  Identities of human sources are concealed to protect these persons from potential embarrassment and to preserve them for future use

**Ethics**  Mr Loomis operates within strict intelligence collection guidelines to ensure that Baxter Hyland Immuno does not incur legal or public relations liabilities that might stem from the use of unethical methods  Mr Loomis intelligence collection methods are in keeping with the guidelines of the Society of Competitive Intelligence Professionals (SCIP) and are in compliance with a

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000808

**RECOMBINANT FACTOR VIII INTELLIGENCE REPORT**

federal and local statutes covering privacy and commercial proprietary information

©2000, BAXTER HYLAND IMMUNO – Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000809

## BAYER CORPORATION KOGENATE FS®

### CURRENT AND FUTURE MANUFACTURING CAPACITY

**United States**

*Current Berkeley capacity*

Estimating the current supply capacity of Berkeley has been complicated by conflicting information given by Bayer to the press and NHF  As recently September 2000 Bayer was telling the press that they could supply enough Kogenate FS for 700 patients [1] In November 2000 Bayer revised this estimate to NHF to be 1 700 patients [2] However, NHF estimates that Bayer supplies approximately 3000 patients with Kogenate and Kogenate FS  Through an analysis of 1999 sales figures and applying certain reasonable assumptions, a current capacity figure is arrived at as follows

Assuming the following

- Bayer's total patient base is 3,000 [2]
- Bayer's on-demand patients represent 70 percent of this base [2]
- Kogenate sales for 1999 were approximately $401 3 million [4]

Approximate estimated supply of Kogenate in 1999  400 MAU

(See addendum for detailed figures)


In 1996 a Baxter internal memo reported that a Baxter scientist named R  De Heser calculated Bayer's annual Kogenate capacity at their old facility (building 54) to be approximately 200 MAUs [5]  In the same memo was a quote from a Bayer R&D official  from a prepared statement to the U S  Congress in 1995 that  Bayer is investing several hundred million dollars at each of the multipurpose facilities

---

[1] New York Times, September 27, 2000

[2] Interview – Senior Staff, National Hemophilia Foundation

[3] Interview – Senior Marketing Staff, Baxter Hyland Immuno Europe

[4] MedAdNews , May 2000

[5] Internal memo, Baxter Hyland Immuno, June 12, 1996

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91202

GH000810

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

(Clayton, NC and Berkeley, CA) to nearly double manufacturing capacity and support leading edge research and development activities" From this statement, Baxter personnel at the time estimated that the Berkeley facility could have an annual capacity of 500 MAUs of Kogenate

So, the estimates given by Baxter personnel in 1996 and an analysis of the sales figures done for 1999, both show a maximum capacity of approximately 500MAUs

*Estimated future capacity of Berkeley, California facility*

In 1996, Bayer began construction of a new Kogenate manufacturing facility on the Berkeley campus  According to a review of engineering drawings of this plant conducted by Mr Loomis in June 2000, this new facility, building 60, is a 100 000 square foot plant with two bioreactor suites of six 200-liter bioreactors each for a total of twelve bioreactors plus two spare 200-liter bioreactors  Building 60 was approved for production by the FDA in June-2000[6] (See June 2000 Intelligence Report for engineering drawings )

According to Baxter manufacturing personnel, the new technology being used by Bayer could yield up to ten times the capacity of an equivalent sized bioreactor at Baxter[7] This means that a single, 200-liter bioreactor at Berkeley could theoretically produce the same amount as a 2000-liter conventional bioreactor  This translates into a theoretical maximum capacity for building 60 of 1000 MAUs per year (250 MAU per 3 bioreactors x 4 = 1000 MAU total)

In statements to the press and to the NHF, Bayer has indicated that they hope to double the capacity of the Berkeley facility by sometime in '002[8][9] These statements,

---

[6] FDA approval letter to Bayer dated June 26, 2000 (FDA reference number 98-0656)
[7] Interview - BDS Program Manager, Baxter Hyland Immuno
[8] Manufacturing Chemist, August 1999
[9] Interview – Senior Staff NHF, November 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9  203

GH000811

combined with earlier capacity estimates and known details of Building 60 a. pc.r t an estimated total theoretical capacity of approximately 1000 MAUs per year by 2002

However, due to the lower yields of BHK cells (the source materia. for Kogenate FS versus CHO cells (the source material for Recombinate®) the actual produchon capacity of Bayer's Berkeley facility is likely to be somewhat less than 1000 MAUs

From this information, a reasonable estimated potential capacity range for Bayers Berkeley facility is approximately 750 MAUs per year   This assumes that the difficulties involved in using BHK cells as a source material cause a 25% loss of efficiency in the bioreaction

### Other Planned Berkeley expansion

In August 2000, Bayer announced that it was granted approval by the City of Berke e to develop 14 additional acres just south of its present 34-acre site [1]   Over the next five years, Bayer will spend approximately $120 million in constructing new facilities on the property

Plans for the site include

- A three-story, 100, 000 square foot warehouse/packaging facility
- A two-story, approximately 80,000 square foot Bulking and Sterile F1 facility

### Europe

### Wuppertal, Germany

In April, 1999 Bayer Chairman Manfred Schneider said Bayer plans to build a second genetic engineering production site for its hemophilia medication Kogerate and tra

---

[10] Interview – Director of Operations, Baxter Hyland Immuno
[11] Bayer press release, August 9, 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000812

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

the Wuppertal Germany site was high on the list [12]  This was confirmed by a press report in July 2000 that indicated that Bayer had decided on building a Kogenate plant in Wuppertal and completing it by 2005 [13]  Bayer does some Kogenate process development and also has a pilot plant at that location [14]

According to Baxter manufacturing managers, if Bayer keeps to a typical timeline for such a manufacturing facility, they should have the plant built and approved by sometime in 2005 if work begins in late 2000 or 1Q01 [15]

These estimates were recently confirmed when Bayer announced that they had decided to go forward with the Wuppertal project with a planned cost of $193 9 million[16] and an expected completion date of 2005 [17]

Regarding capacity of the Wuppertal facility, it is interesting to note that the early press report announcing the planned Wuppertal project stated that Bayer was planning to spend the equivalent of $146 million on building this manufacturing facility [17] This is almost precisely the same amount Baxter has budgeted for the Neuchatel facility Given this information, a rough estimate of the future capacity of Wuppertal would be approximately 750 MAU depending upon actual yield of the bioreactor suites

#### *Wuppertal likely to be a Protein-free Kogenate facility*

At a recent Bayer Kogenate Symposium in Europe, the Wuppertal plant plan was announced along with an announcement of Bayer plans for a 3rd generation (protein-free) product [18]  This announcement, along with a 2005 completion date for

---

[12] AFX News April 28, 1999  Also reported in Chemical Business Newsbase May 5, 1999
[13] Chemical Week , July 19, 2000
[14] Interview – Investor Relations Manager, Bayer AG
[15] Interview – Operations staff, Baxter Hyland Immuno
[16] Chemical Week, November 8, 2000
[17] Chemical Week, July 19, 2000
[18] Interview – Senior Marketing staff, Baxter Hyland Immuno, Europe, November 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000813

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

Wuppertal, points to this facility being likely dedicated to production of a so-called 3rd generation product

## PRODUCT LAUNCH DATES

### United States and Canada

Kogenate FS® was approved in the U S in June 2000 [19]

### Europe

Kogenate FS® was approved in the EU in August 2000 [20] Bayer launched the product in the UK in September 2000 [21] Bayer is expected to launch in the rest of the EU by the end of 2000

### Japan and Asia

According to Bayer Corp sources in the U S, Kogenate FS is expected to be approved in Japan sometime in 2001 [22] In the same conversation, the company indicated the expected launch approval date in Australia is 4Q00 Kogenate FS as approved in New Zealand in 4Q99

---

[19] Med Ad News, August 2000
[20] Bayer press release, August 7, 2000
[21] Marketletter, September 11, 2000
[22] Interview – Director, Public Policy & Communications, Bayer Corp

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000814

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

### PRICING STRATEGY

Bayer has positioned Kogenate FS® as a replacement for Kogenate and pricing in Europe to date has been identical to the old product [23,24] However, retail pricing in the U S of Kogenate FS® has been nearly 25% higher than that of other rFVIII products [25]

The confusion surrounding the pricing of Kogenate FS was clarified by NHF staff during an interview conducted in November 2000 [26]  During this interview NHF indicated that although the average wholesale price (AWP) of Kogenate and Kogenate FS is identical at a $1 28 per unit, the PHS and non-PHS pricing is quite different  It is summarized in the table below

| Price scale | Kogenate | Kogenate FS |
|-------------|----------|-------------|
| AWP | $1 28 | $1 28 |
| Non-PHS | $0 82 | $1 13 |
| PHS | $0 70 | $0 96 |

---

[23] Internal memo, Baxter Hyland Immuno, October 6, 1999
[24] Interview – Senior Product Manager, Baxter Hyland Immuno
[25] National Hemophilia Foundation press release, September 26, 2000
[26] Interview – Senior NHF staff, November 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91 03

GH000815

Case 1:01-cv-12257-PBS   Document 6866-15   Filed 01/27/10   Page 46 of 100

## GENETICS INSTITUTE REFACTO®

### CURRENT AND FUTURE MANUFACTURING CAPACITY

**United States**

*St. Louis, MO*

In August 1998, Genetics Institute purchased a biotech manufacturing fac    in
the town of Berkeley, Missouri near St Louis   This is one of the o dest b    ec
manufacturing facilities in the U S , having been originally bu    n   e ear
1980s

Rumors that GI was having problems bringing this facility o- ! ne na e  ee
widespread   Delays could be due to equipment problems or s  p y d f o  es
bringing the plant into compliance with current FDA guidelires  Since  re S-
Louis facility was originally built, the guidelines for biotech manufacturing such
as the U S  Pharmacopoeia (currently USP 24 – NF 19 effectie Ja  a
have been revised considerably   The expense and effort requ ea to upgrade a
existing facility to these new standards can be extreme

Certainly given that Refacto® is already approved in the U S  it can be ass  e
that GI had hoped to have an adequate supply of the produc  a a lat e  r  r e
North American market and be supplying that market through the - S p  r

Also, the U S  Refacto® approval included an indication for l m tec  r pr    c
administration of Refacto®     Although physicians often adm nis e  F    I
products prophylacticly for severe hemophilia on an off-label basis   o g  r   gr
the trouble to gain regulatory approval for such an indicat o  h  s     e
manufacturer expected to have a considerable supply    Th s  s  ec  se

---

[27] Interview – Director of Operations, Baxter Hyland Immuno

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confiden  a
550 North Brand Boulevard • Glendale, California 9120

GH000816

prophylactic use of rFVIII requires a much greater supply than conventional use of the product [28]

In January 1999, an individual interviewing for a quality assurance position at the St. Louis facility was told that the plant was scheduled to be in consistency manufacturing in either 4Q99 or 1Q00 [29] This information correlates with company statements that the St Louis plant is scheduled to be in full production and approved by the FDA sometime in late 2001 [30] Further confirmation of a late 2001 or 2002 production date comes from the National Hemophilia Foundation  Their sources in the field indicate that delays in St Louis are expected to push full production out to 2002 [31] For this reason, NHF believes that Refacto® will not have an impact on the U S market for two years despite the FDA approval of the product in March 2000

In October 2000, a senior NHF source stated that recently Genetics Institute had told NHF that they hoped to have the St Louis plant in full production sometime in calendar year 2002 [32] Despite continued rumors that GI is planning to abandon the St Louis plant, GI continues to indicate that the schedule for this facility is basically on schedule and due for production sometime in 2002

It is noteworthy that although the St Louis plant is scheduled to come on-line sometime in 2002, almost no published announcements have been made about this facility nor is it mentioned in any of American Home Products' recent SEC filings However, AHP has made extensive public statements regarding the construction of a biotech plant in Dublin, Ireland, which is not due to be completed until sometime in 2004

---

[28] Interview – Technical Marketing Manager, Baxter Hyland Immuno
[29] Interview – Director of Operations, Baxter Hyland Immuno
[30] Interview – VP North American Corporate Communications, American Home Products
[31] Interview – Director of Government Relations, NHF
[32] Interview – Director of Government Relations, NHF October 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard ● Glendale, California 9 203

GH000817

### Europe

#### Stockholm, Sweden

Currently, Refacto® is manufactured for Genetics Institute at the Pharmacia & Upjohn facility in Stockholm Sweden  This plant is considered to have a maximum capacity of 250 MAUs  However, in 1999 GI only sold approximately 100 MAUs of Refacto in the EU  Further hints of production problems in Stockholm were indicated during a February 2000 meeting between Baxter marketing managers and American Home Products' European marketing personnel  During this meeting the AHP executives indicated frustration regarding supply issues surrounding both Benefix and Refacto [33]

#### Dublin, Ireland

In early April 2000 American Home Products announced plans to invest approximately $685 million to expand its Wyeth Medica Ireland manufacturing operations by building a new biotechnology facility at The Grange Castle in South Dublin County, Ireland  The products planned to be manufactured at the expanded Ireland facility include "Antihaemophilic Factor VIII for patients with Haemophilia formulated in the absence of Human Serum Albumin"[34]  In the same announcement AHP indicated that the company planned to begin construction on this site in the Fall of 2000 and be operational sometime in 2004  Contacts at Genetics Institute in the United States indicated that construction of the plant in Ireland would not impact the company's plans for St Louis[35]  This source went on to state that the company intended that Stockholm would continue to supply Refacto® to the EU and US in small quantities) until St Louis was operational  St Louis would supply the North American market, and Ireland would supply Refacto® globally

#### Capacity in Dublin

Calculations for Refacto capacity is currently impossible for two reasons  First, very little is known about the planned facility, and second, the facility will not be dedicated

---

[33] Interview – Director of Coagulation Products, Europe, Baxter Hyland Immuno

[34] AHP press release, April 4, 2000

[35] Interview – VP North American Corporate Communications, American Home Products

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 91203

GH000818

RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

to exclusive production of Refacto  Besides Refacto, the Dublin facility is planned to produce three other products, Prevnar, Enbrel, and BMP2 [36]

## PRODUCT LAUNCH DATES

### United States and Canada

The U S  FDA approved Refacto® in early March 2000 [37]  However, due to supply problems and delays in getting their St  Louis plant on-line, Refacto® is not expected to be a major player in the North American market until 2002   The company had indicated that small amounts of the product were planned to be diverted from Europe by September 2000 [38]  As of November 2000, GI informed NHF that they will not even begin to market Refacto® until early 2001 [39]

### Europe

Refacto® was approved in the EU in 2Q99   Since this approval, Refacto® has been able to sell to between 6 and 7% of the EU market   According to Baxter sources in Europe, much of this initial success can be traced to shortages of  old formulation Kogenate® in Europe in 1999 [40]

---

[36] Chemical Market Reporter, April 10, 2000
[37] AHP Press release, March 7, 2000
[38] Interview – Director of Government Relations, NHF
[39] NHF Medical Advisory #371, September 11, 2000
[40] Interview – Senior Marketing Analyst, Global Marketing, Baxter Hyland Immuno

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

### RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

#### Japan and Asia

According to an AHP source in the U S , the regulatory filing for Refacto® in Japan is being handled by Yamanouchi Pharmaceuticals[41]   The source did no know the projected approval date for Japan   The source did indicate that the company had no current schedule for gaining approval of Refacto® in Australia or New Zealand

\

---

[41] Interview -- VP International Corporate Communications, American Home Products

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • G endale, California 91203

GH000820

## OTHER SUPPLY RELATED ISSUES

### BAYER DIRECT[SM]

In September 2000, Bayer announced that Kogenate FS® would be distributed in the U S through a direct distribution program called Bayer Direct[SM]  Bayer claims that this program is designed to maintain a reliable supply to patients at consistent pricing similar to first-generation rFVIII products[42]  However, this program has proven to be very controversial and extremely unpopular with NHF  According to a senior NHF executive, Bayer informed NHF of Bayer Direct[SM] on Thursday August 31, 2000 and launched the program the following Tuesday, September 5, 2000[43]  This source indicated that there remains "a wide chasm" between Bayer and NHF regarding the ethics of implementing such a distribution program  In fact, on September 25, 2000, the same day as the official launch of Bayer Direct[SM], NHF announced that it was renouncing all corporate support from Bayer in protest over Bayer Direct[SM][44]  NHF accused Bayer of attempting to profiteer through this distribution scheme noting that patients would be restricted to only one source for Kogenate FS with a price set at the non-PHS rate

As a result of the BayerDirect controversy, Bayer has now indicated that they will continue to supply Kogenate to hospitals, clinics and home health care companies[45]  As of this report going to print, NHF had not had direct talks with Bayer regarding this new policy

---

[42] Bayer press release, September 26, 2000
[43] Interview – NHF staff, October 2000
[44] NHF press release, September 26, 2000
[45] New York Times, November 11, 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale, California 9 203

## RECOMBINANT FACTOR VIII INTELLIGENCE REPORT

Interestingly, Bayer had originally planned to enroll approximately 300 patients in BayerDirect for Kogenate FS  However, as of this report going to print NHF indicates that only 70 patients have signed up for the program [46]

## PROJECTED KOGENATE FS® SUPPLY 2002 & 2003

An estimate of Kogenate FS® sales for 2002 is $518 million [47]  This translates into a projected supply of Kogenate FS® for 2002 of approximately 508 MAU

An estimate of Kogenate FS® sales for 2003 is $700 million [45]  This translates into a projected supply of Kogenate FS® for 2003 of approximately 686 MAU

(Note  These calculations based on a per unit net price of $1 02  See addendum

---

[46] Interview – Senior NHF staff, November 2000
[47] MedAdNews, May 2000
[48] Chemical Week, July 19, 2000

©2000, BAXTER HYLAND IMMUNO - Proprietary and Confidential
550 North Brand Boulevard • Glendale  California 91203

## ADDENDUM:  BAYER rFVIII SUPPLY MODEL FOR YEAR 1999

GH000823

**Addendum**
**Bayer rFVIII Supply Model for Year 1999**



NOTE

| | | |
|---|---|---|
| **On Demand rFVIII patient model** | | |
| Total estimated Bayer patients | 3,000 | |
| Total est  Bayer on demand patients | 2,100 | |
| Average patient weight (kg) | 77 | |
| Average dose per kg weight | 50 | |
| Average units per year per patient | 45,900 | |
| **Total annual est  Bayer on demand units** | 96,390,000 | |
| **Prophylactic rFVIII patient model** | | |
| Total estimated Bayer patients | 3,000 | |
| Total est  Bayer prophylactic patients | 900 | |
| Average patient weight (kg) | 77 | |
| Average dose per kg weight | 30 | |
| Average units per year per patient | 330,480 | |
| **Total annual est  Bayer prophylactic units** | 297,432,000 | |
| **Total annual est  Bayer rFVIII supply** | 393,822,000 | |
| **Average realized price per unit** | $1 02 | |

Note   Average realized price per unit based on 1999 Kogenate
sales of $403 4 million

Prepard by Richard Loomis 11/22/00
Confidential

GH000824

**NOTE**

**Index of Interviews**

| | |
|---|---|
| Senior Staff National Hemophilia Foundation, Washington, D C | 2 |
| Senior Operations Staff, Baxter Hyland Immuno | 4 |
| Senior Marketing Staff, Baxter Hyland Immuno | 6 |
| Senior Staff, National Hemophilia Foundation, Washington, D C | 8 |

*Senior Staff, National Hemophilia Foundation, Washington, DC*

Interview·          BHI2-1

Title:              Senior Staff

Organization:       National Hemophilia Foundation, Washington. DC

Background.

This contact has direct access to information regarding projected supplies of rFVIII products
in the U S   This contact frequently meets with senior management of rFVIII suppliers to
discuss issues surrounding the supply of rFVIII products

Source Comments:

The source was questioned about NHF's current information on rFVIII manufacturing
capacity

Regarding GI's Refacto plant in St Louis, the source indicated that the last word GI had
given NHF was that this facility is scheduled to be in full production sometime in calendar
year 2002   NHF was not aware that the American Home Products plant being built in
Ireland is also planned to produce Refacto beginning in 2004   GI's supply of Refacto from
Stockholm continues to be limited and NHF indicates that the company is not taking on any
new customers for the time being as a result

Regarding Kogenate FS, the contact was not sure about the timing of Berkeley's scaling up
going into full production   The source stated that NHF's understanding was that Bayer is
still waiting on approval of a 200 liter fermenter   NHF was not aware of Bayer's plans to
build a European Kogenate manufacturing facility in Wuppertal Germany

The contact went on to discuss some background on NHF s position on Bayer Direct.
According to the source, Bayer notified NHF on Thursday August 31 2000 that Bayer
Direct would be launched the following Tuesday, September 5, 2000   NHF had no prior

---

**BAXTER HYLAND IMMUNO**
Interviews as of 11-22-00

GH000826

warning from Bayer regarding this program   When asked if NHF had made any progress in persuading Bayer to modify the Bayer Direct program, the source stated that there remained "a wide chasm of disagreement" between the two parties

**Analyst Comments**

Bayer was granted approval of the Kogenate FS production in building 60 in an approval letter from the FDA dated June 26, 2000   The reference the source makes to Bayer awaiting approval of a 200 liter fermenter may be in error   The analyst suspects that Bayer was actually telling NHF that they were awaiting approval of the entire production facility in building 60   Building 60 is made up of twelve 200 liter bioreactors (plus two spare 200 liter reactors) utilizing a new process technology that is significantly different from what Bayer had used in the past in producing Kogenate   This will be verified in a future interview with this contact

### *Senior Operations Staff, Baxter Hyland Immuno*

**Interview:** BHI2-2

**Title:** Senior Staff

**Organization:** Baxter Hyland Immuno

**Background:**

This source has a large network of contacts within the biotech industry and was contacted for an update on competitive capacity as well as information regarding the latest timelines for Baxter's rFVIII production facilities

**Source comments**

The source said that he had heard that Bayer's Berkeley plant had lost a lot of Kogenate FS due to mold problems

When asked about Bayer's plans for Wuppertal, the source indicated that if Bayer shows within a fairly standard timeline they should be approved and capable of full production in 2005 This assumes 6 months to plan, 2 years to build, and 2 years to validate and approve the facility

Given that Bayer's stated capital outlay for Wuppertal is similar to Baxter's for Neuchatel, the source estimated that Wuppertal will have a capacity of between 750-1000 MAUs per year

Regarding Genetics Institute, the source stated that he is still hearing rumors that GI is planning to abandon the St Louis plant He noted that GI is building a new 220 000 square foot facility at its Andover Maryland campus However, the source was uncertain of this facility's purpose

---

GH000828

Regarding the status of Baxter's Neuchatel plant, the source stated that live cell cultures were to be run in November 2000 and conformance lots were planned for December 2000 or January 2001   In Thousand Oaks, suite B had received FDA approval and has already run 7 campaigns   Thousand Oaks' suite C has run 5 campaigns and is hoping to gain FDA approval within two weeks

The interview concluded with the source providing updated contact information for other Baxter operations staff personnel

**Analyst comments:**

The Kogenate FS lot referred to be the source may be either lot 670H076 or 670H071C which were voluntarily withdrawn by Bayer in late August 2000 due to low potency

## *Senior Marketing Staff, Baxter Hyland Immuno*

**Interview:**  BHI2-3

**Title:**  Senior Marketing Staff

**Organization·**  Baxter Hyland Immuno

**Background:**

This source has access to competitive pricing information from the field sales force ~.s:
this source is knowledgeable regarding the typical dosing regimens for hemophi∟acs p:=:=:s

**Source comments**

The source provided the following pricing information for Kogenate FS

| Pricing category | Cost per unit |
|---|---|
| Average Wholesale Price | $1 28 |
| Direct-to-Patient | $1 13 |
| PHS | $0 99 |

The conversation then turned to the typical dosing regimens for hemophiliacs being treated
with rFVIII  The source indicated that on-demand patients typically use rFVII c=ce ce=
month at a dosage of 50 units/kg  In the case of prophylactic patients  the dosage regimen s
typically 25-40 units/kg

GH000830

**Analyst comments·**

The PHS pricing for Kogenate FS has been recently reduced (according to NHF sources) to 96 cents per unit

The dosage regimen information and pricing was used by the analyst to construct a supply model for Kogenate FS using dollar sales projections supplied by Bayer   This is to be included in the final report of this project as an addendum

*Senior Staff, National Hemophilia Foundation, Washington, DC*

**Interview:**    BHI2-4

**Title:**    Senior Staff

**Organization·**    National Hemophilia Foundation, Washington. DC

**Background:**

This source was contacted a second time for this project to clarify issues surrounding the pricing structure of Kogenate FS   Press releases by NHF had indicated that Kogenate FS was being sold at a 25% premium over the old formulation   Countering this was been repeated statements by Bayer that Kogenate FS is priced at the same level as the old formulation

**Source comments:**

When asked to clarify the discrepancy between statements by NHF and Bayer regarding Kogenate FS pricing, the source indicated that the average wholesale price (AWP) for Kogenate and Kogenate FS was indeed, identical   This is why Bayer can claim that Kogenate FS is at the same price level as the old formulation   However, AWP is a somewhat arbitrary number, in that it does not reflect actual retail pricing of the product Additionally, although the AWP is supposedly a wholesale price, the actual retail pricing of the product is less than AWP   The NHF source summarized the Kogenate and Kogenate FS pricing structure as follows

GH000832

| Pricing category | Kogenate (old formula) | Kogenate FS |
|---|---|---|
| AWP | $1 28 | $1 28 |
| Non-PHS | $0 82 | $1 13 |
| PHS | $0 70 | $0 96 |

The source pointed out that in the Bayer Direct distribution scheme patients would be charged at the non-PHS price level of $1 13 per unit versus the o d non-PHS price level of $0 82 per unit  In addition, Bayer is attempting to distribute Kogenate FS exclusively through Bayer Direct, which would translate into many more patients at the non-PHS price level

Finally, the source was asked the number of patients that NHF estimates Bayer serves with Kogenate each year  The source indicated that although Bayer I as given patient numbers ranging from 700-1700 patients, NHF estimates that Bayer actual y has 3000 patients using Kogenate or Kogenate FS

The analyst brought up Bayer statements that they hope to enroll approximately 700 patients in Bayer Direct  The source indicated that due to the negative publicity surrounding the Bayer Direct program, Bayer has only been able to enroll 70 patients in Bayer Direct as of late October 2000

Finally, the source was asked about NHF's information regarding the approval of Bayer's expansion suite in Berkeley  The source indicated that the last word Bayer had given NHF, was that they were awaiting FDA approval of a new 200 liter bioreactor in Berkeley  The analyst asked the source if it was possible that Bayer was awaiting approval on a *type of 200 liter reactor, not just a single, 200 liter unit*  In other words, could it be possible that Bayer was actually awaiting approval for a group of 200 liter bioreactors?  The source stated that this it was definitely possible that he had been mistaken in assuming that Bayer was only waiting approval of one, 200 liter bioreactor  The source stated that he was not familiar with the details of the manufacturing facility in Berkeley and this could have caused him to make an incorrect assumption

**Analyst comments:**

The new PHS pricing level of $0 96 is slightly lower than Baxter's last information. Baxter placed this at $0 99 per unit.

The information on estimated number of patients that Bayer has using Kogenate and Kogenate FS will be used in the rFVIII supply model addendum to the final report of this project

GH000834

2nd  Gen. Recomb.

Product  Intro

Assessment  7/98

GH000835

GH000836

# _Final Report_

## Second Generation Recombinant Product Introduction Assessment

### Baxter Corporation

### July 21, 1998



# Agenda

Objectives and Methodology

U.S. Findings

European Findings

Summary of Findings

Conclusions and Recommendations

GH000837

MARII(

1

GH-000838

# Introduction

**The purpose of this report is to summarize the project findings, including:**

1  A review of project objectives and methodologies

   - Including a respondent listing

2  A summary of U S and European findings

   - Patient, physicians and nurses (*U S only*)
   - By European country, where appropriate

3  Strategic conclusions and recommendations



MARTEC

The primary goal of this project is to provide market intelligence allowing Baxter to successfully position its Factor VIII replacement products versus competitive next generation recombinant products.

**The two primary objectives of this project are:**

- Understand the perceptions of decision makers on the next generation recombinant products (Kogenate SF and Refacto) coming to market

- Determine the motivators and drivers of switching behavior. What will cause and prevent switching from Recombinate to a competitive product?

**Specific project objectives include:**

1. Identify and determine the relative importance of key purchase criteria for Factor VIII replacement products

2. Understand strengths, weaknesses and differentiating features for all current products

3. Identify current unmet needs

4. Detail the switching environment for these products

5. Estimate likelihood of switching from Recombinate to new recombinant products

6. Analyze findings overall and segmented by world region and patient demo-graphics



MARTE

3

BH000839

# This project was conducted globally and consisted of two distinct phases.

**Methodology**

## Global Scope

The project was conducted concurrently in both the United States and Europe   The countries included in this study were:

- United States
- Germany
- France
- Italy

- Sweden
- Denmark
- UK*
- Spain*

*Added for Phase II

## Phase I

Phase I was a focused qualitative phase.  Information was gathered primarily via in-depth one-on-one interviews   The goal of this phase was to gain a qualitative understanding of the objectives   This provided the foundation for the quantitative research phase

## Phase II

This phase was a quantitative effort, with information gathered via telephone interviews   This phase provided a detailed understanding of the project objectives and will provide Baxter the necessary foundation for developing effective market positioning strategies




MARTEC

# Approximately 300 interviews worldwide were completed for this study.

*Methodology*

## Phase I and II interviews*

| Country | Respondent Group | Phase I Interviews Completed | Phase II Interviews Completed |
|---|---|---|---|
| U.S. | Physicians/nurses | 10 | 60 |
|  | Patients | 10 | 80 |
|  | Third Party Payers | 5 | -- |
| Germany | Physicians | 1 | 4 |
|  | Patients | 2 | 11 |
| France | Physicians | 4 | 7 |
|  | Patients | 2 | 10 |
| Italy | Physicians | 3 | 15 |
|  | Patients | 2 | 6 |
| Sweden | Physicians | 3 | 2 |
|  | Patients | 2 | 7 |
| Denmark | Physicians | 3 | -- |
|  | Patients | 2 | 3 |
| UK | Physicians | -- | 10 |
|  | Patients | -- | 10 |
| Spain | Physicians | -- | 8 |
|  | Patients | -- | 12 |
| Total | | 49 | 245 |

*A full listing of professional respondents is provided in the Appendix

GH000841
5

MAR11(



GH0D0842

# Of the 300 interviews completed worldwide, a total of 140 Phase II interviews were completed in the U.S.



**U.S. Respondents - Phase II -**

**Professionals**

Physicians 37%

Nurses 63%

n = 60

**Patients**

Age 0 to 14 53%

Age 15 to 21 17%

Age >21 30%

n = 80

*U.S. Final*

BH000843

MARI1(

# In the U.S., Recombinate is the Factor VIII replacement concentrate prescribed by the most physicians.



**Product Type Prescribed - Physician -**

% Prescribing

| | |
|---|---|
| Recombinate | 95% |
| Kogenate | 68% |
| Bioclate | 41% |
| Helexate | 23% |

U.S. Final

8

GH000844

MARTEC

In the study sample, more patients use Recombinate than any other product. Seventy-five percent of all respondents have switched products at least one time.

U.S. Final

## Product Usage - Patients -

### Current Products



Recombinate — 60%

30% Kogenate

Bioclate 4%

Helexate 4%

Refacto 2%

n = 80

### Previous Products

| | |
|---|---|
| Monoclate – P | 34% |
| Others | 14% |
| Don't know name | 13% |
| Recombinate | 9% |
| Hemophil M | 5% |
| Bioclate | 5% |
| Helexate | 4% |
| Kogenate | 4% |

*Reported no switching*

- Ages 0- 14 — 25%
- Ages 15-21 — 39%
- Ages 22 + — 15%
- — 8%

MARII C

9

BH000845

The promise of improved *product safety* was the number one reason for switching products. Doctors provided the greatest influence in a patient's decision to switch.

U.S. Final

| Reasons for Past Switching - Patients - | |
|---|---|
| **Safer product - less exposure to human protein** | **49%** |
| Availability | 14% |
| Doctor recommendation | 12% |
| Efficacy | 11% |
| Unit dosage size | 8% |
| Developed inhibitor | 6% |
| Developed viral infections | 6% |
| Adverse side effects | 5% |
| Clotting time | 5% |
| Price | 3% |
| Changed healthcare provider | 3% |

| Past Switching Influencers - Patients - | |
|---|---|
| **Doctor** | **43%** |
| Own research | 24% |
| Pharmacist | 10% |
| Hemophilia Treatment Center | 10% |
| Nurse | 7% |
| Parents/family | 7% |
| Other patients | 5% |
| Insurance | 2% |

10
GH000846



MARTEC

Viral safety, level of human protein and treatment process were most often mentioned as key elements of safety by both healthcare professionals and patients.



*U.S. Final*

**Unprompted Elements of Safety**

Legend:
- Professionals
- Patients

Chart data:

| Element | Professionals | Patients |
|---|---|---|
| Viral safety | 70% | 61% |
| Loss/no human protein | 34% | 52% |
| Treatment process | 24% | 17% |
| Efficacy | 10% | 4% |
| Origin of blood pool size/unpaid donor | 7% | 8% |
| Inhibitor Incidence | 9% | 1% |
| Packaging | 2% | 7% |
| Price | 5% | 4% |

Y-axis: 0%, 20%, 40%, 60%, 80%

MARITC

11

BH000847

12
GH000848



Viral safety rated the highest in terms of safety importance for both groups. Remaining on a single product rated the lowest in importance.



_U.S. Final_

**Safety Element Importance**

# Recombinant products are perceived by U.S. physicians and nurses as being much more able to satisfy patients' safety needs.



**U.S. Final**

**Safety Needs of Current Products - Professionals -**

Plasma Derived — 6.8

Recombinant — 9.0

*Does not meet safety needs*

*Highly meets safety needs*

13

GH000849

# Patients rated Kogenate and Recombinate nearly equal in terms of meeting their safety needs.



U.S. Final

**Safety Needs of Current Product - Patients -**

| Product | Value | n |
|---|---|---|
| Refacto | 95 | n = 2 |
| Kogenate | 80 | n = 24 |
| Bioclate | 80 | n = 3 |
| Recombinate | 79 | n = 48 |
| Helixate | 60 | n = 3 |

Does not meet safety needs

Highly meets safety needs

MARTEC

14
GH000850

# Professionals are equally satisfied with all products. Patients are more satisfied with Kogenate and Recombinate than with other products.



Overall Satisfaction

U.S. Final

Professionals
Patients

Kogenate — n = 24 — n = 45 — 8 5 — 8 8

Recombinant — n = 48 — n = 57 — 8 4 — 8 8

Bioclate — n = 3 — n = 24 — 8 0 — 8 8

Helixate — n = 3 — n = 22 — 7 7 — 8 7

Not at all satisfied — 6 — 8 — 10 — Completely satisfied

MARII(

GH0O0851

15

Baxter was most often thought of as an "established" manufacturer of hemophilia products. Few Recombinate patients mentioned other manufactures.



**U.S. Final**

"Established" Manufacturers
- Unprompted -

Legend:
- Professionals
- Recombinate Users
- Kogenate Users

Baxter: 90%, 100%, 72%
Bayer: 74%, 27%, 89%
Canteen: 64%, 18%, 37%
Alpha: 17%, 3%, 11%

% of Respondents Mentioning

MARTEC

Only 4% of current Recombinate patients feel comfortable with Bayer as a supplier of their hemophilia products.



U.S. Final

**Comfort Level with Manufacturers**
**- Patients Unprompted -**

Legend:
- Recombinate Users
- Kogenate Users

% of Respondents Mentioning

| Manufacturer | Recombinate Users | Kogenate Users |
|---|---|---|
| Baxter | 67% | 35% |
| Bayer | 4% | 60% |
| Olсen Health | 11% | 18% |
| Centcon | 7% | 12% |
| Caremark | 7% | 12% |

17

BH000853

MARI IC

# Genetics Institute and Baxter are viewed as the companies with the best reputations.



Company Reputation
- Prompted -

GH000854

*Viral safety* is clearly the most important key switching criteria. As for product performance, professionals view all products as equal.



**Professional Key Switching Criteria**
**- Importance and Performance -**

U.S. Final

Legend:
- ▓ Importance Ratings
- Other Performance
- Recombinate Performance
- Kogenate Performance

| Criterion | Value |
|---|---|
| Viral safety | 9 8 |
| Availability | 9 0 |
| Inhibitor incidence | 8 7 |
| Patient Input | 8 4 |
| Long-term Clinical Experience | 8.1 |
| Insurance Guidelines, | 7 0 |

*Performance was not asked for on Insurance Guidelines.*

19

GH000855

MAR11C





As with physicians, patients clearly rate *viral safety* as being the most important. Regarding product performance, patients claim Baxter outperforms Bayer in *inhibitor incidence*.

— U.S. Final

**Patient Key Switching Criteria**
**- Importance and Performance -**

Importance Ratings — Recombinate Performance
Kogenate Performance

| | Viral safety | Availability | Own Research | Inhibitor Incidence | Ease of Use | Dr./Nurse Rec |
|---|---|---|---|---|---|---|
| Value | 98 | 94 | 88 | 85 | 85 | 71 |

*Performance was not asked for on Own Research and Dr./Nurse Recommendation*

MARTEC

20
GH000856

When asked about other selection criteria not on the previous list, one quarter of respondents mentioned *cost.*



U.S. Final

**Other Selection Criteria**
**- Not from list provided -**

- Professionals
- Patients

Cost/Price — 23%, 24%
Manufacturer Reputation — 6%, 0%
Dosage Size — 3%, 3%
Treatment Process — 2%, 5%
Efficacy — 2%, 1%

% Respondents Mentioning

MARITA

21

GH000857



Recombinate users and physicians claim to be the most satisfied with current vile size and potency strength options.

U.S. Final

Vile Sizes and Potency Strengths

% Satisfied

Physician — 70% — n = 20
Nurse — 43% — n = 30
Recombinate User — 71% — n = 34
Kogenate User — 53% — n = 19

MARTEC

22
GH000858

The two greatest concerns regarding vile sizes are *limited increment range* and *lack of availability for existing sizes.*

U.S. Final

## Vile Size Improvements

### Professionals

| Desired Vile Sizes | Greater Availability |
|---|---|
| 750 units - 8% | 250 units - 16% |
| 2000 units - 8% | 500 units - 12% |
| 1500 units - 6% | 1000 units - 8% |
| 100 units - 4% | |
| 200 units - 4% | |
| 125 units - 2% | |
| 300 units - 2% | |
| 4000 units - 2% | |

### Patients

| Desired Vile Sizes | Greater Availability |
|---|---|
| 300 units - 4% | 500 units - 16% |
| 1600 units - 4% | 1000 units - 12% |
| 1800 units - 4% | |
| 3000 units - 4% | |
| 1300 units - 2% | |
| 1400 units - 2% | |
| 1500 units - 2% | |
| 2100 units - 2% | |
| 2500 units - 2% | |
| 4000 units - 2% | |

MARIIC

23

BH000859

# Professionals are more knowledgeable of new products coming to market than patients. Refacto has the highest share of awareness in the U.S.



# U.S. physicians and nurses know the most about Refacto and reformulated Kogenate and the least about Recombinate II.



**U.S. Final**

## Current Knowledge of New Products
### - Professionals -

**Refacto**

- Albumin free — 15%
- Heard of name — 18%
- B domain deleted — 13%
- Less albumin — 5%
- In trials — 2%
- No answer / know nothing — 47%

**Kogenate**

- Albumin free — 15%
- Less Albumin — 13%
- In trials — 8%
- No answer / know nothing — 56%
- Sugar as Stabilizer — 3%
- Other — 5%

**Recombinate**

- No answer / know nothing — 88%
- Albumin free — 5%
- In trials soon — 5%
- Doesn't work — 2%

GH000861

25

MARIIC

Even among U.S. professionals there is some misconception that the reformulated products will be albumin free.

*U.S. Final*

## Current Knowledge of New Products
### - Professional Comments -

**Kogenate SE**

"It eliminates exposure to human and animal proteins "

"It will contain a miniscule amount of human albumin "

"It is going to have a sugar base as a stabilizer, but still will use albumin in the manufacturing process "

**Recombinate II**

"I heard from Baxter representatives that it is just around the corner  I need to read more about it "

"I have heard that it does not work "

"I think it will be in clinical trials soon "

**Refacto**

"It is b-domain deleted and originally contained no human albumin to reduce inhibitor incidence  However, I heard it was unsuccessful at the last meeting I went to "

"I have a few patients on it right now  It works really well and the patients like it "

"It is a b-domainless product and contains less albumin than the current recombinants "


MARTEC

# U.S. patients know very little about any of the reformulated recombinant products.



Current Knowledge of New Products
- Patients -

U.S. Final

27

BH000863

# Patient understanding of the reformulated products is limited.

U.S. Final

## Current Knowledge of New Products
### - Patient Comments -

**Kogenate SF**
"It will have no albumin or human proteins "

"I don't know very much, just what I saw in the Hemophilia newsletter "

"I hear it will have lower amounts of human albumin "

**Recombinate II**
"I have heard of it, but don't know anything about it "

"I believe this is something that Baxter is working on "

"Some e-mail users have asked questions about this product  I know nothing about it "

**Refacto**
"It is 100% synthetic using no blood products or albumin to stabilize it  It causes more inhibitors, but has no adverse reactions, works fast in response to bleeds and is in smaller concentrations "

"They have restructured the molecules and removed the albumin "

"They have applied with the FDA and it will be out in 3 months  It is totally synthetic "


MARTEC

Professionals are fairly aware of the composition of the newly reformulated products. Patients knew the least about the use of a modified gene.



**New Product Awareness**

Are you aware that certain reformulated recombinant Factor VIII concentrates . . .

*U.S. Final*

GH000865

The "high percentage of "don't knows" indicates a need for more information before switching.





30
GH00O866

The U.S. hemophilia community needs to see *clinical trial results* with evidence of *improved viral safety* prior to switching to a reformulated product.

—— *U.S. Final*



Information Required to Switch

% Respondents Mentioning

Clinical trials — Professionals 25%, Patients 18%
Evidence of less exposure to virus/disease — Professionals 17%, Patients 18%
Less/No Human Protein — Professionals 10%, Patients 10%
Lower Inhibitor Incidence — Professionals 10%, Patients 6%
Efficacy — Professionals 12%, Patients 4%
Availability — Professionals 7%, Patients 6%
Price — Professionals 10%, Patients 3%

Legend: Professionals, Patients

BH 000867

31

MAR I I C

Nurses show a slight preference for a current Factor VIII concentrate over a reformulated one on the market for only six months, given the same manufacturer. Physicians are evenly divided.



**U.S. Final**

**Product Trade-off**
**- Current vs. Reformulated -**
*Manufacturer and price are equal*

**CURRENT**

**REFORMULATED**

Legend:
- Physicians
- Nurses

% Preferring

| Strongly Prefer A | Slightly Prefer A | Neutral | Slightly Prefer B | Strongly Prefer B |

14% / 35% (Strongly Prefer A)
29% / 22% (Slightly Prefer A)
14% / 5% (Neutral)
24% / 11% (Slightly Prefer B)
19% / 27% (Strongly Prefer B)

**Product A**   A current recombinant Factor VIII concentrate that has been on the market for six years

**Product B**   A reformulated recombinant Factor VIII concentrate that has been on the market for six months

**Comments**   Both are manufactured by the same company and cost the same

MARTEC

32

GHO 00868

Patients also show a slight preference for a current Factor VIII concentrate over a reformulated one that has been on the market for only six months, given the same manufacturer.




**U.S. Final**

**Product Trade-off**
**- Current vs. Reformulated -**
*Manufacturer and price are equal*

CURRENT     REFORMULATED

% Preferring

- Recombinate Users
- Kogenate Users

| | Strongly Prefer A | Slightly Prefer A | Neutral | Slightly Prefer B | Strongly Prefer B |
|---|---|---|---|---|---|
| Recombinate Users | 37% | 17% | 17% | 7% | 22% |
| Kogenate Users | 35% | 13% | 17% | 13% | 22% |

**Product A**   A current recombinant Factor VIII concentrate that has been on the market for six years

**Product B**   A reformulated recombinant Factor VIII concentrate that has been on the market for six months

**Comments**   Both are manufactured by the same company and cost the same

MARIIC

33

GH000869

Nurses and physicians demonstrate a strong preference for a current product from an existing manufacturer over a reformulated product from a new manufacturer.



**Product Trade-off**
- Current vs. Reformulated
- Existing vs. New Manufacturer
*Price is equal*

CURRENT ESTABLISHED MFG.

REFORMULATED NEW MANUFACTURER

Legend: Physicians / Nurses

% Preferring

Strongly Prefer A: 74% / 45%
Slightly Prefer A: 35% / 13%
Neutral: 15% / 15%
Slightly Prefer B: 0% / 3%
Strongly Prefer B: 5% / 5%

**Product A.** A current recombinant Factor VIII concentrate that has been on the market for six years
**Product B:** A reformulated recombinant Factor VIII concentrate that has been on the market for six months
**Comments.** Product A is manufactured by the company that is established as a manufacturer of recombinant Factor VIII concentrates  Product B is manufactured by company with no experience with Factor VIII concentrates  Both cost the same

U.S. Final

MARTEC

34
GH000870