Patients also demonstrate a strong preference for a current product from an existing manufacturer over a reformulated product from a new manufacturer.



GH000871



Typically, physicians and nurses are neutral in their preference for a reformulated product from Bayer or Baxter.

U.S. Final

**Patient Product Trade-off**
**- Reformulated Bayer vs. Reformulated Baxter -**
*Price is equal*

BAYER

BAXTER

Physicians
Nurses

% Preferring

| Strongly Prefer A | Slightly Prefer A | Neutral | Slightly Prefer B | Strongly Prefer B |
| 9% 8% | 0% 5% | 76% 74% | 0% 0% | 10% 18% |

Product A:   A reformulated recombinant concentrate sold by Bayer
Product B    A reformulated recombinant concentrate sold by Baxter
Comments    Price is equal

MARTEC

36

GH000872

# Recombinate users demonstrate much stronger brand loyalty than do Kogenate users.



**U.S. Final**

## Patient Product Trade-off
### - Reformulated Bayer vs. Reformulated Baxter -
*Price is equal*

BAYER

BAXTER

Legend:
- Recombinate Users
- Kogenate Users

**% Preferring**

| Category | Recombinate | Kogenate |
|---|---|---|
| Strongly Prefer A | 0% | 42% |
| Slightly Prefer A | 2% | 0% |
| Neutral | 19% | 33% |
| Slightly Prefer B | 11% | 8% |
| Strongly Prefer B | 68% | 17% |

Product A   A reformulated recombinant concentrate sold by Bayer
Product B   A reformulated recombinant concentrate sold by Baxter
Comments    Price is equal

MARIIC

37

BH000873

Over 60% of physicians and 50% of nurses express a preference for a reformulated product from Baxter over one from a new player to this market like Genetics Institute.

U.S. Final

## Product Trade-off
## – Reformulated Baxter vs. Reformulated from New –
### Price is equal



BAXTER — GENETICS INSTITUTE

% Preferring

| Legend |
|---|
| Physicians |
| Nurses |

Strongly Prefer A: 32% / 28%
Slightly Prefer A: 38% / 18%
Neutral: 37% / 29%
Slightly Prefer B: 5% / 8%
Strongly Prefer B: 0% / 5%

Product A·   A reformulated recombinant concentrate sold by Baxter

Product B    A reformulated recombinant concentrate sold by a new player to this market, such as Genetics Institute

Comments·   Price is equal

MARTEC

38

GH000874



Over 60% of Recombinate users and 74% of Kogenate users express a preference for a reformulated product from Baxter over one from a new player to this market like Genetics Institute.

U.S. Final



**Product Trade-off**
**- Reformulated Baxter vs. Reformulated from New -**
*Price is equal*

BAXTER                    GENETICS INSTITUTE

% Preferring

Recombinate Users
Kogenate Users

| | Strongly Prefer A | Slightly Prefer A | Neutral | Slightly Prefer B | Strongly Prefer B |
|---|---|---|---|---|---|
| Recombinate | 52% | 22% | 4% | 4% | 18% |
| Kogenate | 43% | 19% | 17% | 8% | 13% |

Product A    A reformulated recombinant concentrate sold by Baxter

Product B    A reformulated recombinant concentrate sold by a new player to this market, such as Genetics Institute

Comments    Price is equal

MARTIN

BH000875

39

As is the case with Baxter, most professional respondents express a preference for a reformulated product from Bayer over one from a new player to this market like Genetics Institute.



U.S. Final

Product Trade-off
- Reformulated from Bayer vs. Reformulated from New -
Price is equal

BAYER                                    GENETICS INSTITUTE

% Preferring

Strongly Prefer A: 35% / 30%
Slightly Prefer A: 40% / 19%
Neutral: 26% / 43%
Slightly Prefer B: 0% / 3%
Strongly Prefer B: 0% / 5%

■ Physicians
■ Nurses

Product A   A reformulated recombinant concentrate sold by Bayer
Product B   A reformulated recombinant concentrate sold by a new player to this market,
            such as Genetics Institute
Comments:   Price is equal

MARTEC

# As is the case with Baxter, most patients express a preference for a reformulated product from Bayer over one from a new player to this market like Genetics Institute.

U.S. Final



**Product Trade-off**
**- Reformulated from Bayer vs. Reformulated from New -**
*Price is equal*

BAYER                                    GENETICS INSTITUTE

Legend:
- Recombinate Users
- Kogenate Users

% Preferring

| Category | Recombinate | Kogenate |
|---|---|---|
| Strongly Prefer A | 41% | 52% |
| Slightly Prefer A | 15% | 22% |
| Neutral | 20% | 9% |
| Slightly Prefer B | 9% | 0% |
| Strongly Prefer B | 15% | 17% |

**Product A:** A reformulated recombinant concentrate sold by Bayer

**Product B** A reformulated recombinant concentrate sold by a new player to this market, such as Genetics Institute

**Comments** Price is equal

MARII C

BH000877

41



Physicians and nurses believe that over half of their patients will switch to a reformulated product within the first year of its market introduction.

U.S. Final

Switching Timing

1 Year = 55/54%

Physicians
Nurses

% Patients Switching to Reformulated Product

40%  30%  20%  10%  0%

Immediately — 19% / 1%
Within the 1st 6 months — 27% / 14%
6 months to 1 year — 19% / 21%
Within the second year — 13% / 11%
Within the third year — 3% / 6%
After 3 years — 10% / 4%
Never will switch — 19% / 25%

MARTEC

42

GH000878

Kogenate users are more likely to switch to a new product within one year.



GH000879





# Older patients are more likely to switch immediately. Patients under 15 will most likely wait between 6 months and one year to switch.

— U.S. Final

## Switching Timing

1 Year = 68/50/54%

**% Switching to Reformulated Product**

Legend:
- Age <15
- Age 15 to 21
- Age >21

| Timing | Age <15 | Age 15 to 21 | Age >21 |
|--------|---------|--------------|---------|
| Immediately | 8% / 7% | | 21% |
| Within the 1st 6 months | 7% / 4% | 17% | |
| 6 months to 1 year | 54% | 25% | 28% |
| Within the second year | 17% | 42% | 25% |
| Within the third year | 3% | 0% | 17% |
| After 3 years | 12% | 0% | 0% |
| Never will switch | 8% | 4% | 0% |

MARTEC



GH000881



The great majority of patients receive their Factor VIII at home.

U.S. Final

Product Delivery/Pick-up

**Professionals**
**- Estimation -**

Delivered to Home
via Home Health Service

93%

7%

**Other**
○ HTC
○ Health Department

**Patients**

Delivered to Home
via Home Health Service

78%

10%

12%

**Hemophilia**
**Treatment Center**

**Other**
○ Hospital
○ Doctor office/clinic
○ Pharmacy
○ Health Department

MARTEC

46

GH000882

GH000883

# Approximately 75% of patients use private insurance to pay for their hemophilia treatment.



*U.S. Final*

**Product Payment**

**Patients**

**Professionals - Estimation -**

Private Insurance

78%

Public Insurance
• Medicaid/Medicare
• State Services

Private Insurance

71%

29%

Public Insurance
• Medicaid/Medicare
• State Services

22%

MARTE...

41

# Seventy percent of patients are "highly concerned" about exceeding their lifetime insurance caps...

*U.S. Final*



**Concern about Lifetime Insurance Caps**

Mean = 8.1

GH000884

48

MARTEC

# However, the older the patient the less the concern.



Concern about Lifetime Insurance Caps

GH000885

# Pricing is not clearly understood by the market. However, all respondents feel current pricing of recombinant products is very high.

*U.S. Final*

## Pricing

### Estimated Pricing/Unit

| | Patients | Doctors | Nurses |
|---|---|---|---|
| Recombinate | $1 05 | $.86 | $ 98 |
| *Don't know* | *44%* | *24%* | *35%* |
| Kogenate | $ 99 | $ 90 | $ 97 |
| *Don't know* | *33%* | *27%* | *43%* |
| Bioclate | $ 83 | $ 73 | $ 96 |
| *Don't know* | *67%* | *55%* | *54%* |
| Helexate | $1 09 | $ 90 | $ 95 |
| *Don't Know* | *33%* | *60%* | *77%* |

### Physicians

Yes, patients see a bill: 54%

32%

14%   Don't Know

No, patients see no bill

### Nurses

Yes, patients see a bill: 29%

11%   Don't Know

60%

No, patients see no bill

MARTEC

50
GH000886

Nearly 80% of physicians will choose a current product if the price premium for the reformulated one exceeds 15%. Nurses demonstrate less price sensitivity.



U.S. Final

## Pricing Sensitivity

Price where respondent switches from new product B to product A

Physicians = 77%

% Preferring

| | |
|---|---|
| **Product A** | A current recombinant product |
| **Product B** | A reformulated recombinant product |
| **Comments** | Brand is the same  Product A = today's price/unit  Price of Product B increase at 5% intervals from below A's price to more than 140% of A's price |

Legend: Physicians / Nurses

GH000887

51

MARIIS

# Patients demonstrate little price sensitivity as most choose either the current or reformulated product regardless of price.



U.S. Final

## Pricing Sensitivity

Price where respondent switches from new product B to product A

**Product A**    A current recombinant product

**Product B·**    A reformulated recombinant product

**Comments:**    Brand is the same   Product A = today's price/unit   Price of Product B increase at 5% intervals from below A's price to more than 150% of A's price

Legend: Recombinate Users / Kogenate Users

MARTEC

52

GH000888

# When the safety benefits of the new products are not well understood, respondents generally choose to stay with experience.

*U.S. Final*

## Pricing Sensitivity Comments

**Professional Comments**

"With no information about the reformulated products, I would stay with the current ones "

"There are no problems with our current products that would justify a premium of 10% or more "

"Some of our patients spend $50,000 a year on their Factor VIII, another 10% would mean an additional $5,000 "

"For patients using private insurance, a 15% premium will cap out their insurance too quickly "

**Patient Comments**

"If the new product is safer, then cost does not matter "

"I want the safest product, regardless of the cost "

"If a new product came out with no experience and it cost less, I would be very skeptical of it "

"If I have experience with my current product and the new one is not cheaper, why would I switch?"

"A 15% increase in cost would max our insurance too quickly "

MARTEC

53




GH000889

# Agenda

Objectives and Methodology

U.S. Findings

European Findings

Summary of Findings

Conclusions and Recommendations

MARTEC

54

GH000890

# Of the 300 interviews completed worldwide, a total of 105 Phase II interviews were completed in seven European countries.

*European Final*



**Respondents By Country**

**Physicians**

n = 46

**Patients**

n = 59

GH000891

Nearly every physician is prescribing recombinant products to some of their patients.



**Product Usage**
**- Physician -**

European Final

**Product Type Prescribed**

**Primary Brand Prescribed***

Conventional:
Emoclot - 50%
Hemate - 14%
Fandi - 9%
Won't reveal - 9%

Monoclonal:
Hemophil M - 44%
Monoclate - 11%
Won't reveal - 33%

Recombinant:
Kogenate - 48%
Recombinate - 19%
Won't reveal - 29%

*Not statistically valid respondent group size

% Prescribing
100%
80%
60%
40%
20%
0%

87%    76%    80%

Conventional Plasma    Monoclonal Plasma    Recombinant
Derived                Derived

MARTEC

56
GH000892

# Spain is the only country with physicians reporting less use of recombinant Factor VIII products than plasma derived products.



European Final

Product's Prescribed - By Country

Conventional Plasma

Monoclonal Plasma

Recombinant

BH000893

57

MARTL

# Just under 50% of European physicians would talk openly about brand use.

## Product Brand Prescribed
### - By Country -

| Country | Conventional Plasma Derived | Monoclonal Plasma Derived | Recombinant |
|---|---|---|---|
| UK | 1 Alphanate – 50% <br> 2 Replenate – 50% | 1 Monoclate – 100% | 1 Kogenate – 100% |
| Spain | 1 Fandi – 67% <br> 2 Helexate – 33% | 1 Hemophil M – 100% | 1 Kogenate – 67% <br> 2 Recombinate – 33% |
| Sweden | | 1 Octonativ – 100% | |
| Germany | | *Would Not Reveal* | |
| Italy | 1 Emoclot – 73% <br> 2 Hemate – 20% <br> 3 Kriobulin – 7% | 1 Hemophil M – 100% | 1 Kogenate – 60% <br> 2 Recombinate – 30% <br> 3 Elixate – 10% |
| | *n = 20* | *n = 11* | *n = 15* |

*Not statistically valid respondent group size



MARTEC

GH000894

In this sample, more patients use Recombinate than any other product. Ninety-one percent of respondents have switched products at least one time.

_European Final_

## Product Usage
## - Patients -

### Current Products



Recombinant 61%

Monoclonal Plasma 9%

Conventional Plasma 30%

Recombinate 26%

Kogenate 16%

Octonativ 8%

8%

6%

6%

6%

24%

Beriate  Emoclot  Alphanate  Don't Know

Other

### Previous Products



Conventional Plasma 81%

Monoclonal Plasma 14%

Recombinant 5%

| | |
|---|---|
| Monoclate - P | 11% |
| Octonativ | 9% |
| Beriate | 9% |
| Don't know name | 9% |
| Hemophil M | 7% |
| Replenate | 7% |
| Koate - HP | 5% |
| Cryprecypitate | 5% |
| Recombinate | 5% |
| Kogenate | 5% |
| _Never switched_ | 9% |

MARIIC

59

BH000895

While patient populations in most countries have moved to using all or mostly recombinant products, there are still a large percentage of conventional plasma users in the UK and Italy.

*European Final*



FVIII Replacement Usage By Country
- Patients -

% of Respondents Mentioning

□ Recombinant ■ Monoclonal Plasma ⊠ Conventional Plasma

UK: 70%, 0%, 30%
Italy: 50%, 17%, 33%
Sweden: 43%, 0%, 57%
Spain: 25%, 17%, 58%
Germany: 18%, 18%, 64%
France: 0%, 100%
Denmark: 0%, 100%

MARTEC

60
GH 000896

The promise of improved *product safety* was the number one reason for switching products. Doctors were the largest influencers in a patient's decision to switch.

*European Final*

### Reasons for Past Switching
### - Patients -

| | |
|---|---|
| ***Safer product - less exposure*** | |
| ***to human protein*** | **72%** |
| Doctor recommendation | 28% |
| Availability | 20% |
| Adverse side effects | 6% |
| Developed viral infections | 6% |
| Developed inhibitor | 2% |
| Unit dosage size | 2% |
| Price | 2% |
| Product half life | 2% |
| Manufacturer reputation | 2% |

### Past Switching Influencers
### - Patients -

| | |
|---|---|
| ***Doctor*** | **65%** |
| Other patients | 22% |
| Own research | 17% |
| Hemophilia Society | 13% |
| Hemophilia Treatment Center | 9% |
| Hospital | 9% |
| Nurse | 4% |

MARI BC



BH000897

61

Viral safety, inhibitor incidence and level of human protein were most often mentioned as key elements of safety by both physicians and patients.

*European Final*



## Unprompted Elements of Safety

Legend: ■ Physicians ■ Patients

| Element | Physicians | Patients |
|---|---|---|
| Viral safety | 91% | 91% |
| Inhibitor Incidence | 46% | 19% |
| Less/no human protein | 61% | 43% |
| Origin of blood - pool size/ unpaid donor | 11% | 13% |
| Treatment process | 7% | 11% |
| Efficacy | 7% | 4% |
| Prions | 7% | 0% |
| Adverse Effects | 11% | 0% |

MARTEC

GH000898

62

*Viral safety* and *high responder inhibitor* rated the highest in terms of safety importance for both groups. *Remaining on a single product* rated the lowest in importance among patients.



Safety Element Importance

GH000899

# Recombinant products are perceived by European physicians as being much more able to satisfy patients' safety needs.



European Final

## Safety Needs of Current Products - Physicians -

Plasma Derived: 7.5
Recombinant: 8.9

Does not meet safety needs — Highly meets safety needs

MARTEC

GH000900

64

# Not surprisingly, physicians are more satisfied with recombinant products than with plasma derived products.



**European Final**

**Overall Satisfaction - Physicians -**

Conventional Plasma — 74
Monoclonal Plasma — 81
Recombinant — 90

Not at all satisfied — 0 ... Completely Satisfied — 10

MARTEC

GH-I000901

# Patients rated Recombinate the highest in terms of meeting their safety needs.



— European Final —

Safety Needs of Current Product
- Patients -

Recombinate  n=15  87
Octonativ  n=3  83
Kogenate  n=7  79
Berlate  n=3  67
Alphanate  n=3  47

Does not meet safety needs

Highly meets safety needs

MARTEC

GH000902

66

# Recombinate also received the highest current overall satisfaction rating from patients.



*European Final*

**Overall Satisfaction - Patients -**

Recombinate — 9 1 — n = 15
Octonativ — 8 3 — n = 3
Berlate — 8 3 — n = 3
Kogenate — 7 4 — n = 7
Alphanate — 5 3 — n = 3

*Not at all satisfied* ... *Completely satisfied*

G H000903

67

Baxter, Bayer and Centeon were most often thought of as "established" manufacturers of hemophilia products by physicians and to a lesser extent by patients.



*European Final*

"Established" Manufacturers
– Unprompted –

Legend:
- ■ Physicians
- ■ Patients

| Manufacturer | Physicians | Patients |
|---|---|---|
| Bayer | 92% | 65% |
| Baxter | 92% | 61% |
| Centeon | 77% | 30% |
| Grifols | 22% | 15% |
| Armour | 26% | 8% |
| Alpha | 9% | 8% |
| BPL | 22% | 8% |
| Pharmacia | 13% | 0% |

% o Respondents Mentioning

MARTEC

GH000904

68

# Patients feel most comfortable with Bayer and Baxter as suppliers of their hemophilia products.



**European Final**

## Comfort Level with Manufacturers
### - Patients Unprompted -

% of Respondents Mentioning

| Manufacturer | % |
|---|---|
| Bayer | 47% |
| Baxter | 41% |
| Centeon | 24% |
| BPL | 24% |
| Grifols | 16% |
| Armour | 12% |
| Pharmacia | 12% |
| Alpha | 6% |

MARTEC

BH000905

69

Physicians view all suppliers more highly in terms of their reputation than do patients. Pharmacia is not very well known, but considered to have the best reputation by those who rate them.

*European Final*



Company Reputation
- Prompted -

Legend:
- ■ Physicians
- □ Patients

| | Pharmacia | Bayer | Biagini | Baxter | Grifols | Centeon |
|---|---|---|---|---|---|---|
| Physicians | 85 | 83 | 82 | 81 | 80 | 79 |
| Patients | 83 | 71 | 70 | 70 | 43 | 65 |
| n Physicians | n = 2 | n = 45 | n = 10 | n = 45 | n = 5 | n = 43 |
| n Patients | n = 4 | n = 53 | n = 1 | n = 49 | n = 4 | n = 42 |

Good Reputation — 10
8
6
4
2
Poor Reputation — 0

MARTEC

GH000906

70

# *Viral safety* is clearly considered the most important criteria among both groups when selecting a recombinant Factor VIII concentrate.



European Final

### Key Switching Criteria
### - Importance Ratings -

■ Physicians
■ Patients

| | Viral safety | Availability | Inhibitor Incidence | Long-term Clinical Experience | Patient Input | Insurance/Payor Guidelines |
|---|---|---|---|---|---|---|
| Physicians | 9.9 | 8.5 | 8.3 | 7.2 | 7.5 | 5.4 |
| Patients | 9.7 | 8.5 | 8.2 | 7.1 | 6.4 | 5.4 |

Rankings: #1 (Viral safety), #3 (Availability), #2 (Inhibitor Incidence)

MARTEC

GH000907

71

# When asked about product performance, patients report that Baxter outperforms Bayer in 3 of 4 key switching criteria.



European Final

## Patient Key Switching Criteria
### - Importance and Performance -

Performance Ratings — Recombinate — Kogenate

| | Viral safety | Availability | Inhibitor incidence | Patient Input | Long-term Clinical Experience | Insurance/Payor Guidelines |
|---|---|---|---|---|---|---|
| | 9.9 | 8.5 | 8.3 | 7.5 | 7.2 | 5.4 |
| Rankings | #1 | #2 | #3 | | | |

*Performance was not asked for on Patient Input and Insurance Guidelines*

MARITC

72

GH000908

When asked about other selection criteria not on the previous list, syringe system/application was mentioned most often; by nearly one quarter of patients.



GH000909

Every physician is satisfied with current vile size and potency strength options, but only 43% of patients feel this way.

European Final

## Vile Sizes and Potency Strengths

**Physicians**

100%

Yes, satisfied

**Patients**

57%   43%

No, not satisfied   Yes, satisfied

"The current offering is sufficient to cover most situations  However, there could be 250 unit vials for pediatric treatments                              Spanish Physician

"The number of units are OK, but smaller vile sizes are needed "
                                                              - Danish Patient

"I would prefer higher concentrations so they would take up less space in the refrigerator and would be easier to travel with "
                                                              - Spanish Patient


MARTEC

74

GH000910

No. surprisingly, physicians are much more knowledgeable of new products coming to market than patients. Reformulated Kogenate had the highest share of awareness.



**European Final**

### New Product Awareness

**Unaided**

| Product | Physicians | Patients |
|---|---|---|
| Reformulated Kogenate | 54% | 10% |
| Refacto | 37% | 2% |
| Reformulated Recombinate | 7% | 5% |

**Aided**

| Product | Physicians | Patients |
|---|---|---|
| Reformulated Kogenate | 70% | 32% |
| Refacto | 71% | 27% |
| Reformulated Recombinate | 34% | 17% |

Legend: ▦ Physicians  ■ Patients

MAR TLC

In general, physicians are very well aware of who will manufacture the new products.

*European Final*



New Product Manufacturer Awareness
- Physicians -

% Respondents Naming the Manufacturer

Legend: ☐ Bayer ▩ Baxter ☐ Pharmacia/Upjohn ☐ GI ☐ Kabi ☐ Don't Know

GH000912

76

MARTEC

# European patients are most aware of Bayer as a manufacturer of reformulated products. The most confusion exists with Refacto.



New Product Manufacturer Awareness
- Patients -

% Respondents Naming the Manufacturer

□ Bayer  ☒ Baxter  ■ Pharmacia/Upjohn  ☒ BPL  □ Centeon  ■ Alpha  □ Don't Know

*European Final*

GH000913

# Not surprisingly, European physicians know the most about Kogenate II and the least about Recombinate.

*European Final*

## Current Knowledge of New Products
### - Physician Comments -

**Kogenate II**

*"It will no longer use albumin as a stabilizer, it has been replaced by polysaccharide. It just started trials "*
*- German Physician*

*"It is not stabilized with human albumin, but albumin is still present in the culture medium "*
*- French Physician*

**Recombinate II**

*"I was just told by a Baxter representative that is will no longer use albumin as a stabilizer and will have complete Factor VIII molecules "*
*- Italian Physician*

*"I think Baxter is behind Bayer. Bayer talks of a new generation, Baxter does not "*
*- Italian Physician*

**Refacto**

*"Contains no human albumin, b-domain deleted and in theory lower in inhibitors "*
*- UK Physician*

*"They will not use albumin and will have a modified Factor VIII molecule with a higher activity and perhaps a lower risk of inhibitors "*
*- Italian Physician*


MARTEC

GH000914

78

While not clear on all aspects of the reformulated products, most patients believe that albumin is being reduced or eliminated.

*European Final*

### Current Knowledge of New Products
### - Patient Comments -

**Kogenate II**

*"It will not use human albumin as a stabilizer, but sugar as a substitute "*
— German Patient

*"It contains no human albumin."*
— French Patient

**Recombinate II**

*"I think it will be the same as the next generation Kogenate."*
— UK Patient

*"I think they will still use human albumin "*
— Italian Patient

**Refacto**

*"They use a modified Factor VIII molecule and no animal proteins or human albumin "*
— German Patient

*"It is a better product than generation one recombinants  Overall, I hear it is well tolerated by patients "*
— German Patient



MARTEC

79

GH000915



Nearly all European physicians claim to be aware of the composition of the newly reformulated products. Patients, for the most part, only knew that human albumin would not be used as a stabilizer.

*European Final*

New Product Awareness
- Patients -

Are you aware that certain reformulated recombinant Factor VIII concentrates . . .

will not use human albumin as a stabilizer?
Patients: 61%
Physicians: 100%

will still be exposed to human/animal proteins in manufacturing?
Patients: 31%
Physicians: 80%

[...] expressing a truncated FVIII protein?
Patients: 25%
Physicians: 85%

% Respondent Aware

Physicians
Patients

MARTEC

80
GH000916

The high percentage of "don't knows" indicates a need for more information before switching. But, the greater the knowledge the more likely they will switch, as revealed by reformulated Kogenate's ratings.



GH000917



European patients need to see clinical trial results and have doctor/ nurse recommendations prior to switching to a refomulated product.



*European Final*

**Information Required to Switch**
**- Patients -**

Clinical trials — 55%
Doctor/Nurse Recommendation — 35%
Evidence of less exposure to virus/disease — 25%
Lower Inhibitor Incidence — 20%
Efficacy — 15%
Other patient recommendation — 15%
Availability — 15%

*% Respondents Mentioning*

MARTEC

# Physicians show a strong preference and patients show a slight preference for a reformulated Factor VIII concentrate from a current maker; even one that has been on the market for only six months.





European Final

Product Trade-off
- Current vs. Reformulated -
*Manufacturer and price are equal*

**Physicians**
**Patients**

% Preferring

CURRENT

Strongly Prefer A — 21% / 12%
Slightly Prefer A — 14% / 9%
Neutral — 12% / 14%
Slightly Prefer B — 31% / 12%
Strongly Prefer B — 53% / 22%

REFORMULATED

Product A    A current recombinant Factor VIII concentrate that has been on the market for six years

Product B    A reformulated recombinant Factor VIII concentrate that has been on the market for six months

Comments    Both are manufactured by the same company and cost the same

MARTEC

GH000919

83

Over 60% of patients demonstrate a preference for a current product from an existing manufacturer over a reformulated product from a new manufacturer. The preference is only slight from physicians.

*European Final*

Product Trade-off
= Current vs. Reformulated =
- Existing vs. New Manufacturer =
*Price is equal*

CURRENT
ESTABLISHED MFG.

REFORMULATED
NEW MANUFACTURER



% Preferring

| | Physicians | Patients |
|---|---|---|
| Strongly Prefer A | 37% | 26% |
| Slightly Prefer A | 24% | 22% |
| Neutral | 14% | 8% |
| Slightly Prefer B | 19% | 17% |
| Strongly Prefer B | 19% | 14% |

Product A:   A current recombinant Factor VIII concentrate that has been on the market for six years
Product B    A reformulated recombinant Factor VIII concentrate that has been on the market for six months
Comments     Product A is manufactured by the company that is established as a manufacturer of recombinant
             Factor VIII concentrates   Product B is manufactured by company with no experience with Factor
             VIII concentrates   Both cost the same

MARTEC

84

GH000920

# Typically, European physicians and patients are neutral in their preference for a reformulated product from Bayer or Baxter.



GH00092 1



Over 50% of physicians and 72% of patients express a preference for a reformulated product from Baxter over one from a new player to this market like Genetics Institute.

European Final

Product Trade-off
- Reformulated Baxter vs. Reformulated from New -
Price is equal

GENETICS INSTITUTE

BAXTER

% Preferring

- Physicians
- Patients

| | Strongly Prefer A | Slightly Prefer A | Neutral | Slightly Prefer B | Strongly Prefer B |
|---|---|---|---|---|---|
| Physicians | 29% | 43% | 28% | 2% | 1% |
| Patients | 18% | 37% | 41% | 1% | 2% |

Product A.   A reformulated recombinant concentrate sold by Baxter

Product B.   A reformulated recombinant concentrate sold by a new player to this market, such as Genetics Institute

Comments.   Price is equal

MARTEC

86
GH000922

As is the case with Baxter, most respondents express a preference for a reformulated product from Bayer over one from a new player to this market like Genetics Institute.

*European Final*



**Product Trade-off**
**- Reformulated from Bayer vs. Reformulated from New -**
*Price is equal*

BAYER

GENETICS INSTITUTE

Legend: Physicians, Patients

% Preferring

| Category | Physicians | Patients |
|---|---|---|
| Strongly Prefer A | 30% | 18% |
| Slightly Prefer A | 40% | 34% |
| Neutral | 30% | 41% |
| Slightly Prefer B | 0% | 5% |
| Strongly Prefer B | 2% | 0% |

Product A.    A reformulated recombinant concentrate sold by Bayer

Product B·    A reformulated recombinant concentrate sold by a new player to this market, such as Genetics Institute

Comments    Price is equal

MARTEC

BH000923

87

# Both European physicians and patients indicate that over 50% of patients will switch to a reformulated product within the first year of its market introduction.



European Final

## Switching Timing

**1 Year = 53/54%**

- Physicians
- Patients

% Switching to Reformulated Product

| | Physicians | Patients |
|---|---|---|
| Immediately | 27% | 24% |
| Within the 1st 6 months | 10% | 2% |
| 6 months to 1 year | 28% | 16% |
| Within the second year | 24% | 15% |
| Within the third year | 14% | 12% |
| After 3 years | 8% | 6% |
| Never will switch | 14% | 0% |

MARTEC

88

GH000924

Spanish and Swedish physicians believe less of their patients will switch after one year than physicians in other countries. French and UK physicians believe more of their patients will switch immediately.

European Final



Switching Timing By Country
- Physicians -

% within 1 Year = 65%

% of Respondents Mentioning

□ Immediately    ■ Within 6 mos    ⊞ 6 mo.s to 1 year    ⊠ within 2 years
⊞ within 3 years    ■ After 3 years    ■ Never

**UK** — 65%: 9%, 9%, 12%, 6%, 2%, 3%, 60%

**France** — 62%: 20%, 10%, 0%, 8%, 11%, 5%, 46%

**Italy** — 53%: 14%, 1%, 6%, 24%, 30%, 13%, 10%

**Germany** — 51%: 11%, 8%, 14%, 18%, 14%, 11%, 26%

**Sweden** — 45%: 0%, 10%, 45%, 0%, 25%, 15%, 5%

**Spain** — 33%: 18%, 10%, 21%, 18%, 13%, 12%, 8%

MARTEC

89

GH000925

Contrary to Spanish doctors' opinions, more Spanish patients than in any other country expect to switch to the reformulated recombinant concentrates by the end of year.

*European Final*



Switching Timing By Country
- Patients -

% within 1 Year = 84%

% within 1 Year = 66%

% within 1 Year = 55%

% within 1 Year = 50%

% within 1 Year = 50%

% within 1 Year = 30%

% within 1 Year = 25%

% of Respondents Mentioning

□ Immediately  □ Within 6 mos  ⊠ 6 mo s to 1 year  ⊞ within 2 years  ⊠ within 3 years  □ After 3 years

MARTEC

GH000926

90

# Findings indicate that physicians in Germany and Italy are less likely to start their newly diagnosed patients on a reformulated Factor VIII product once it becomes available.

European Final



% Newly Diagnosed on Reformulated

| Country | % new patients will start on reformulated |
|---------|-------------------------------------------|
| Europe | 80% |
| UK | 97% |
| Spain | 100% |
| France | 92% |
| Sweden | 100% |
| Germany | 74% |
| Italy | 53% |

GH000927

MARTEC

91

Nearly 70% of physicians will choose product A if the price premium for B exceeds 15%. Fifty percent of patients show no price sensitivity as they choose either product A or B regardless of price.

European Final

## Pricing Sensitivity

**% Preferring**

Physicians = 69%

Price where respondent switches from new product B to product A

| | Physicians | Patients |
|---|---|---|
| A at any price | 18% | 2% |
| B = prod A's price | 9% | 4% |
| B-5% > prod A's price | 18% | 16% |
| B-10% > prod A's price | 18% | 5% |
| B-15% > prod A's price | 27% | 5% |
| B-20% > prod A's price | 4% | 2% |
| B-25% > prod A's price | 8% | 4% |
| B-30% > prod A's price | 10% | 0% |
| B=35% > prod A's price | 4% | 2% |
| B=40% > prod A's price | 2% | 0% |
| B=45% > prod A's price | 0% | 2% |
| B=50% > prod A's price | 4% | 0% |
| Product B at all prices | 32% | 0% |

**Physicians**
**Patients**

| Product A | A current recombinant product |
|---|---|
| Product B | A reformulated recombinant product |
| Comments | Brand is the same   Product A = today's price/unit   Price of Product B increase at 5% intervals from below A's price to more than 150% of A's price |

MARTEC

92
GH000928

# With few exceptions, patients are more emotional in their arguments for increased safety regardless of price.

*European Final*

## Pricing Sensitivity Comments

**Physician Comments**

*"The absence of albumin is not a reason to justify the increase of an already too high price "*
- Italian Physician

*"If price is too high, problems with financing will surely occur "*
- UK Physician

**Patient Comments**

*"Price is absolutely unimportant! Only product safety and efficiency matter "*
- German Patient

*"I want the safest product for my child, no matter what the cost "*
- Italian Patient

**Regional Exceptions**

Italian and Spanish patients are more price sensitive *"There is already a problem for NIH to allow switch from monoclonal to recombinant Price must be equal to or less than current recombinant products"*
- Spanish Patient

French physicians are the least price sensitive *"The decision is based purely on medical criteria, it is not a question of price "*
- French Physician

MARTEC

93

GH000929



Agenda

Objectives and Methodology

U.S Findings

European Findings

Summary of Findings

Conclusions and Recommendations

MARTEC

94

GH000930

# This summary of findings is based upon the 140 Phase I and II U.S. interviews.

## U.S. Summary

### Current Product Environment Findings

1. Baxter's Recombinate is the most used recombinant FVIII replacement in the U S

2. 75% of patients in this study have switched products at least one time

3. The promise of a safer product via less exposure to human protein was the number one reason for previous switching, physicians provided the greatest influence in a patient's switching decision

4. Viral safety is clearly the most important element of safety, as expressed by less exposure to human protein

5. Recombinant products are viewed as much safer than plasma derived products

6. Baxter is viewed as the most established manufacturer and the one patients feel most comfortable with as a supplier

7. Genetics Institute rated as high as Baxter in terms of reputation, even among Recombinate users

8. Recombinate users demonstrate a high level of brand/manufacturer loyalty, much higher than Kogenate users

9. Patients rated Recombinate over Kogenate in 1 of 4 Key Switching Criteria Inhibitor Incidence

10. Professionals view all recombinant products equally in terms of performance

11. A greater range and availability of vile sizes and potency strengths is desired by patients



MARTEC

95

GH000931

# Key U.S. Findings (continued)

## U.S. Summary

### New Product Knowledge & Perception Findings

1  Refacto is the new product with the highest share of awareness in the U S and the product that more respondents knew about

2  Fifty-four percent of patients and 82% of physicians claim to know that human albumin will be removed as a stabilizer for the second generation recombinant products

- Nearly two-thirds of respondents claimed to know that human/animal protein will be used in manufacturing process of the new products

- Patients (31%) and physicians (52%) had the least knowledge of the use of a modified gene

3  Due to the removal of human albumin as a stabilizer, second generation recombinant products are expected to be safer than the current recombinant products

### Pricing Findings

1. Price was mentioned unaided by 25% of respondents as a key switching criteria

2  Pricing is not clearly understood by the market, however, the general feeling is that the current pricing of recombinant products is very high

3  Seventy percent of patients are highly concerned about lifetime insurance caps, the younger the patient the greater the concern

4  Patients are not price sensitive, they will choose the product they want, regardless of price

5  Physicians are price sensitive  Nearly 80% will not choose the reformulated product if it is priced more than 15% over the current recombinant FVIII concentrates

MARTEC

# Key U.S. Findings (continued)

## Reformulated Switching & Pricing Findings

1 Many physicians and patients could not determine their likelihood to switch without clinical trials proving lower exposure to viral contamination

2 Patients show a slight preference for an existing product on the market for 6 years over a reformulated one on the market for 6 months, given the same price and manufacturer

3 Physicians and patients both strongly prefer a current product from an established manufacturer over a reformulated one from a new player

4 Professionals show no real preference for a reformulated product sold by Bayer over a reformulated one sold by Baxter

5 Recombinate users strongly prefer a reformulated product from Baxter over one from Bayer, Kogenate users are much less loyal to Bayer

6 Physicians and patients show a preference for a reformulated product sold by Baxter or Bayer over a reformulated one sold by a new player to the market like Genetics Institute

7 Approximately 50% of Recombinate users and 80% of Kogenate users will switch within one year of a reformulated product's introduction, older patients are more likely to switch immediately

8 Nearly 90% of physicians claim they will start their newly diagnosed patients on reformulated products once they are introduced



MARTEC

97

BH000933

# The summary of these findings is based upon the 150 Phase I and II European interviews.

## European Summary

### Current Product Environment Findings

1  European patients rely heavily on physicians in making their product decisions

2  Recombinant FVIII concentrates are the most used type of FVIII replacement  However, in the UK and Italy, patients in our sample used more plasma derived products

3  Over 90% of patients in our sample have switched products at least one time

4  Viral safety is clearly the most important element of safety  This is followed by 2) less/no human protein and 3) inhibitor incidence

5  Recombinant products are viewed as much safer than plasma derived products and receive higher satisfaction ratings

6  Baxter and Bayer are viewed similarly as the most established manufacturers and the ones  patients feel most comfortable with as suppliers

   • Pharmacia was not as well known, but was rated high by those who knew them

7  Recombinate outperformed Kogenate in 3 of 4 Key Switching Criteria  Availability, Inhibitor Incidence and Long-term Clinical Experience, as rated by patients

   • Both were considered equal in the most important criteria, Viral Safety

8  Patients expressed a strong need for an improved reconstitution and syringe system

9  Patients expressed a high level of dissatisfaction  over current vile sizes and potency strengths



MARTEC

98

GH000934

# Key European Findings (continued)

**————— European Summary**

## New Product Knowledge & Perception Findings

1. Physicians had a much higher knowledge of the new concentrates being developed than did patients. Knowledge of reformulated Kogenate was the highest in both groups

2. Physicians clearly were aware of the manufacturers of the reformulated products. Patient knowledge of manufacturers was much lower, particularly as to who makes Refacto

3. Most patients and all physicians knew that human albumin will be removed as a stabilizer for the second generation recombinant products

   • Patients had little knowledge that human protein will be used in the new products' manufacturing process

   • Patients also had little knowledge of the use of a modified gene

5. Due to the removal of human albumin as a stabilizer, second generation recombinant products are viewed as safer than the current recombinant products

MARTEC

99




BH000935

# Key European Findings (continued)

## Reformulated Switching & Pricing Findings

1. Many physicians and patients could not determine their likelihood to switch without clinical trials proving lower exposure to viral contamination, and doctor recommendations in the patients' case

2. The higher the knowledge of the new product, the higher the likelihood to switch to it

3. Physicians (65%) and patients (52%) show a preference for a reformulated product on the market for 6 months over an existing one on the market for 6 years, given the same price and manufacturer

4. Physicians and patients both prefer a current product from an established manufacturer over a reformulated one from a new player

5. Physicians and patients show no real preference for a reformulated product sold by Bayer over a reformulated one sold by Baxter

6. Physicians and patients show a preference for a reformulated product sold by Baxter or Bayer over a reformulated one sold by a new player to the market like Genetics Institute

7. Approximately 25% of patients will switch immediately and over 50% will switch within one year of a reformulated product's introduction

8. Over 80% of physicians claim they will start their newly diagnosed patients on reformulated products once they are introduced   Germany and Italy are exceptions at 74% and 53%, respectively

9. Patients are not price sensitive  They will choose the product they want, regardless of price

10. Physicians are price sensitive  Nearly 70% will not choose the reformulated product if it is priced more than 15% over the current recombinant FVIII concentrates



MARTEC

100
GH000936



GH000937

102
GH000938

# Key Global Conclusions

*Conclusions*

1  Viral safety is an emotional issue. It is also the number one safety concern and the primary reason patients switch products

2  Patients have switched in the past and will switch again if they perceive a safety benefit.

3  The current recombinant products are performing well  Physicians and patients need to be convinced of the safety benefits before switching to the new products

4  Knowledge of Kogenate SF and Refacto is currently limited in the marketplace

5  Genetics Institute in the U S and Pharmacia in Europe are not widely known, but are well respected by those who are familiar with them



MARTEC

# Key Global Conclusions (continued)

*Conclusions*

6  Physicians' will not tolerate a price premium of greater than 15% for the next generation of recombinant products. Patients, however, are not price sensitive.

7. In the U.S., Genetics Institute's Refacto will provide the greatest threat.  This is due to Bayer's poor reputation among the patient population.

8. U.S. Recombinate users express high levels of loyalty towards Baxter and low opinions of Bayer  This will help slow the rate of switching between Recombinate and Kogenate SF.

9. In Europe, Bayer's Kogenate SF will provide the greatest threat  This is due to the lack of Genetic Institute's distribution network and name recognition

10. With proper action by Baxter, switching risk may be limited to those patients stating they will switch immediately, or within the first 6 months



MARTEC

103

BH000939

# The findings of this study indicate a large number of drivers that may lead to switching to reformulated recombinant concentrates.

## Conclusions

### Global Drivers for Switching to Reformulated Recombinants

- Viral safety is a very emotional issue
- Most patients have switched before
- *Improved viral safety* is clearly the top reason to switch
- *Less/No human protein* rated second highest in importance as an element of safety
- *Remaining on a single product* rated lowest as an element of safety
- *Long-term clinical experience* rated low as a key switching attribute
- Physicians and nurses show little differentiation between Baxter and Bayer
- Genetics Institute and Pharmacia are not widely known, but rate high in terms of reputation among those who are familiar with them
- In Europe, patients show low manufacturer and brand awareness

- A high level of knowledge exists about the reformulated products containing no human albumin as a stabilizer
- Low patient knowledge exists of the reformulated products using human albumin in manufacturing and the use of a modified gene
- Patients and physicians indicate that over 50% of patients will switch within one year
- Professionals indicated that 80% to 90% of their newly diagnosed patients will start on the reformulated products
- Patients are not price sensitive
- Patients desire a greater vile size/potency strength choice and smaller packaging
- Patients desire an improved reconstitution/syringe device


MARTEC

104

GH000940

# However, barriers also exist that may slow or prevent switching.

*Conclusions*

---

**Global Barriers Against Switching to Reformulated Recombinants**

- U.S. Recombinate users express a high level of loyalty to Baxter, Bayer does not see this from US Kogenate users

- In the U S  Baxter is clearly viewed as the most established manufacturer and the one with which patients are most comfortable

- *Stabilized with human albumin* rated in the lower half of safety element importance

- Physicians do not feel the safety increase with the reformulated products will be as great as the difference in plasma-derived and Recombinants

- Patients currently have limited unaided knowledge of reformulated product names

- U S patients are concerned with lifetime insurance caps

- In Europe, patients will generally wait for a physician's recommendation before switching

---

- Nearly 40% of Europe patients never switched from plasma derived to recombinants.

- Most respondents can not rate their likelihood to switch without seeing many months of clinical data

- Most respondents prefer a current product from an established manufacturer over a new product from a new manufacturer

- Most respondents prefer a new product from an established manufacturer over a new product from a new manufacturer

- Physicians are sensitive to a 15% price premium or greater

- Less Recombinate users plan to switch within one year than do Kogenate users n the U S

MARTEC

105

BH000941




# However, Baxter has the ability to influence many of these drivers and barriers to help slow switching.

*Conclusions*

## What Can Baxter Influence/Act Upon?

### Drivers

- Little differentiation is seen between Baxter and Bayer among physicians

- Low knowledge exists of the reformulated products using human albumin in the manufacturing process

- Low knowledge exists of the use of a modified gene

- Patients desire a greater vile size/potency strength choice and smaller packaging

- Patients desire an improved reconstitution/syringe device

### Barriers

- U S Recombinate users express a high level of loyalty to Baxter

- Baxter is clearly viewed as the most established & comfortable manufacturer in the U S

- Physicians do not feel the safety increase with reformulated products will be as great as the one between plasma-derived and recombinants

- Physicians and patients need months of clinical data before deciding to switch

- Physicians and patients prefer a current product from an established maker over a new product from a new manufacturer

- Physicians are price sensitive

- U S patients are concerned about lifetime insurance caps

MARTEC

GH000942

# Global Project Recommendations

*Recommendations*

**Baxter can make several marketing moves to slow the acceptance of Kogenate SF and Refacto, perhaps buying more time than the one year window. Specific strategies include :**

- Immediately publicize to physicians, nurses and patients that Baxter is coming out with a second generation product . *get the word out.*

- Use proactive and defensive marketing tactics to control the speed at which Recombinate users switch to competing reformulated products.. *act on the drivers and barriers that Baxter can influence.*

- Introduce Recombinate II as soon as possible, ideally within one year of the Kogenate SF and Refacto introductions    *shorten the window of exposure.*

- Work vigorously on a third generation product with the goal of being the first to market...*be the R&D leader.*



MARTEC

BH000943

# Global Recommendations (continued)

*Recommendations*

## Get the Word Out

○ Publicize to physicians and patients that Baxter is coming out with a second generation product and educate everyone on Baxter's new product as early as possible

## Proactive Marketing Efforts

• continue to promote Baxter as an established manufacturer of FVIII products and the track record of Recombinate

• continue efforts to improve brand identity and develop brand loyalty for Recombinate

• offer a greater selection of vile sizes, potency strengths and smaller packaging

• develop an innovative reconstitution device and syringe for Recombinate

## Defensive Marketing Efforts

• educate about the use of human albumin and the use of a modified gene in new products

• raise questions with physicians about the risks of taking patients off of a single product versus the unsubstantiated reward of an incrementally safer product

• raise questions with physicians about the availability of the newly reformulated concentrates

• raise questions of Genetic Institute's competency with Factor VIII concentrates

• make all efforts to delay the introduction of the reformulated products (i e question how Refacto can pass trials in the US using different assays)

• if share is slipping rapidly, price Recombinate 10-15% lower than the reformulated products


MARTEC

108
GH000944

# Global Recommendations (continued)

## Shorten the Window of Exposure

- Physicians and patients need time to review clinical trials prior to switching to a new product If Baxter can get its product to market within the one year window it can potentially avoid losing a large share of its customers

- Since the second generation products will most likely be viewed as equal, Recombinate II should be accepted as soon as it enters the market since the competing products will have already calmed the fears of this generation of product

## First to Market with 3rd Generation

- A totally protein free FVIII concentrate would be seen as a major step-change improvement in safety

- The first company to market with a totally human/animal protein free product should be able to capture a very large percentage of switching patients in a one year time frame

- This would also greatly strengthen the company's reputation and position it as the leader in the Factor VIII replacement market

\*\*\*
This concludes the presentation.
Thank you very much.
\*\*\*




MARTEC

GH000945

109

GH000946

## Baxter Hemophilia Study Contact List

| Name | Place | City | State | Country |
|------|-------|------|-------|---------|
| Rachel Stuart, RN | | Phoenix | AZ | US |
| Anita Cook, RN | | Sacramento | CA | US |
| Catherine Glass, RN | | San Diego | CA | US |
| Dr Cindy Leissinger | | Metairie | CA | US |
| Dr Marion Koerper | University Of California | San Francisco | CA | US |
| Dr Nadia Ewing | | Pasadena | CA | US |
| Dr Wing-Yen Wong | | Los Angeles | CA | US |
| George Davignon, MD | | San Diego | CA | US |
| Lisa Pullens, RN | | Altadena | CA | US |
| Mary McDaniel, RN | | Newport BEach | CA | US |
| Victoria Leonard, RN | | Berkeley | CA | US |
| Carolyn Francis, RN | Georgetown University Hospital | Washington | DC | US |
| Margaret Wagner, BSN | | Wilmington | DE | US |
| Cathy Harber, RN | | Gainesville | FL | US |
| Dr Emad Salman | | Fort Meyers | FL | US |
| Dr Eva Hvzdala | University Of South Florida | Tampa | FL | US |
| Peggy Olson, RN | | Jacksonville | FL | US |
| Dr Thomas Aboshre | Emory University School of Medicine | Atlanta | GA | US |
| Valerie Crenshaw, RN | Medical College of Georgia | Augusta | GA | US |
| Anita Bontuyan,RN | | Chicago | IL | US |
| Dr Deborah Brown | Childrens Memorial Hospital | Chicago | IL | US |
| Dr Kernita Cooper | | Chicago | IL | US |
| Leonard Valentine, MD | Rush Presbyterian Hospital | Chicago | IL | US |
| Ruth Seeler, MD | Michael Reese M C  Pediatrics | Chicago | IL | US |
| Sandy Harris, RN | | Chicago | IL | US |
| Susan Ganerman, RN | | Chicago | IL | US |
| Amy Shapiro, MD | | Indianapolis | IN | US |
| Dr C  Thomas Kisker | | Iowa City | Iowa | US |
| Karen Wulff, RN | Louisiana Hemophilia Center | New Orleans | LA | US |
| Edna Bolivar, RN | | Worcester | MA | US |
| Charles Main, MD | | Beverly Hills | MI | US |
| Diana Mathis, RN | | Gregory | MI | US |
| Dr Muhammad Shurafa | | Grasse Ponte | MI | US |

GH000947

# Baxter Hemophilia Study Contact List

| Name | Affiliation | City | State | Country |
|---|---|---|---|---|
| Dr. Roshni Kulkarni | Michigan State University | East Lansing | MI | US |
| Dr. Susumu Inoue | Hurley Medical Center | Flint | MI | US |
| James E. Munn, RN | Univesity Of Michigan | Ann Arbor | MI | US |
| Jane Dimen,RN | Munson Medical Center | Traverse City | MI | US |
| Dr. Nigel Key | | North Oaks | MN | US |
| John Wilke, RN | | Eyota | MN | US |
| Diana Gordon, RN | | Greenville | NC | US |
| Rebecca Berkowitz, RN | | Las Vegas | NE | US |
| Dr. Neil Cornell | | Etna | NH | US |
| Regina Butler, RN | Children's Hospital of Philadelphia | Cherry Hill | NJ | US |
| Jane Ellen Jones, RN | University of New Mexico | Albuquerque | NM | US |
| Linda Peacock, RN | | Saratoga Springs | NY | US |
| Barbara Carrall, RN | | Columbus | OH | US |
| James Ster (Sylvia Jordan, RN) | Central Ohio Chapter of NHF | Hilliard | OH | US |
| Nancy Duffy, RN | Children's Medical Center | Dayton | OH | US |
| Dr. Katherine Manno | | Rydal | PA | US |
| Sara Nealey, RN | | Hammels Town | PA | US |
| Cherys Zimmerman, RN | East Tennesse Comprehensive Hemophilia Center | Knoxville | TN | US |
| Howard Britton, MD | | San Antonio | TX | US |
| John Drake, RN | | San Antonio | TX | US |
| Keith Hoots, MD | University of Texas at Houston | Houston | TX | US |
| Kim Miller, RN | | Plano | TX | US |
| Patricia Dunnagan, RN | University Of Texas S W | Dallas | TX | US |
| Shirley Bleak, RN | | Salt Lake City | UT | US |
| Carolyn Francis, RN | | Arlington | VA | US |
| Kimberly Stewart, RN | | Norfolk | VA | US |
| Jasper Grand | | | | Denmark |
| Mrs Tove Lehrmann | Odeuse | | | Denmark |
| Stefano Baccetta | Kopenhagen | | | Denmark |
| Dr. Catherine Behar | Reims | | | France |
| Dr. Chambost | Hopital de la Timone, Marsoille | | | France |
| Dr. Dirat | Osseja | | | France |
| Dr. Gaillard | Limogos | | | France |

GH000948

# Baxter Hemophilia Study Contact List

| Name | Address | City | State | Country |
|------|---------|------|-------|---------|
| Dr Gay | Chambery | | | France |
| Dr Lambert | Le Kremlin Bicetre | | | France |
| Dr Lorenzini | Hopital du Bocage, Dijon | | | France |
| Dr J Wendisch | Med Fakultät Carl Gustav Carus d Techn Universität, Dresden | | | Germany |
| Dr Siemens | Uniklinik Lübeck, Hämatologielabor | | | Germany |
| Dr W Eberl | Städtisches Klinikum, Braunschweig | | | Germany |
| Fr Dr Auberger | Haunersches Kinderhospital, München | | | Germany |
| Gundula Schröder | | | | Germany |
| Herr Holmann | | | | Germany |
| Herr Maier | | | | Germany |
| Herr Schäfer | | | | Germany |
| Jürgen Reuther | | | | Germany |
| Peter Klingensteiner | Königsbrunn | | | Germany |
| Stephan Müller | | | | Germany |
| Stephan Riegel | Mainz | | | Germany |
| Uwe Schlenkrich | Grolehnaa | | | Germany |
| Volker Leuer | Billerbeck | | | Germany |
| Werner Kalnins | | | | Germany |
| Brunello Mazzuoli | Ravenna | | | Italy |
| Corrado Sacchi | Firenze | | | Italy |
| Dr Angelo Pisanu | Cagliari | | | Italy |
| Dr Baudo | Ospedale Niguarda-Ca Granda, Milano | | | Italy |
| Dr Bifforil | Ospedale Generale S Maria della Misericordia | | | Italy |
| Dr Boeri | Instituto Gianna Gaslini, Genova-Quarto | | | Italy |
| Dr Castaman | Ospedale Generale Regionale S Bonolo, Vicenza | | | Italy |
| Dr Castaman | Ospedali Riuniti di Verona, Verona | | | Italy |
| Dr Castegnaro | Trento | | | Italy |
| Dr Catalano | Osp Generale Prov San Luca, Vallo della Lucania | | | Italy |
| Dr Flavio Azzarini | Monza | | | Italy |
| Dr Longo | Ospedale Policlinico di Careggi, Firenze | | | Italy |
| Dr Musso | Osp Ferrarotto, Catania | | | Italy |
| Dr Pisaddu | Ospedali Riuniti di Sassari | | | Italy |
| Dr ssa Carloni | Ospedale Civile, Macerata | | | Italy |
| Dr ssa Maria Teresa Sartori | Ospedale Civile Policlinico, Padova | | | Italy |
| Dr ssa Perigni | Ospedale Infantile Regina Margherita, Torino | | | Italy |

# Baxter Hemophilia Study Contact List

| Name | Address | City | Country |
|------|---------|------|---------|
| Dr ssa Santarelli | Osp  Prov  M  Bufalini, Cesena | | Italy |
| Dr ssa Schinco | Haematology University dep, Torino | | Italy |
| Dr Vincenzo Speciale | Taranto | | Italy |
| Prof  Biddau | Policlinico Universario S  Giov  di Dio, Cagliari | | Italy |
| Alvaro Lavendera Hermosa | Madrid | | Spain |
| Antonio Martin Garcia | Madrid | | Spain |
| Dona Clement Formariz Lastra | Bilbao | | Spain |
| Dr Carmen Altisant | Barcelona | | Spain |
| Dr  Javier Battle | La Coruna | | Spain |
| Dr José Antonio Aznar | Godella (Valencia) | | Spain |
| Dr José Felix Lucia | Zaragoza | | Spain |
| Dr Manuel Fernández Urgellés | Oviedo | | Spain |
| Dr Manuel Koverno | Murcia | | Spain |
| Dr Manuel Quintana Molina | Madrid | | Spain |
| Dr Rosarion Gonzalea Boullosa | Vigo | | Spain |
| Fernando Poderoso Barba | Leganés (Madrid) | | Spain |
| Francesco Garcia Martinez | Madrid | | Spain |
| Francesco Javier Maezcurrena | Victoria (Avala) | | Spain |
| Javier Manzano Delgado | | | Spain |
| José Manuel Otero Abad | Madrid | | Spain |
| Juan Pérez Sorie | | | Spain |
| Juan Terrados Madrazo | Vitoria | | Spain |
| Julio Chenca del Pino | Leganes | | Spain |
| Rafael Jandez Conseglieri | | | Spain |
| Bjorn Andersén | Johanneshov | | Sweden |
| Dr CRM Hay | Manchester Royal Infirmary, Dept  of Haematology | | Sweden |
| Dr  Eric Berntorp | Malmö University Hospital, Dept of Coagulation Disorder | | Sweden |
| Dr  Rolf Ljung | Dept  O Pediatrics, Malmö Allmanna Hospital | | Sweden |
| Hakan Lagerquist | Fellingsbro | | Sweden |
| Helen Malmenberg | Stockholm | | Sweden |
| Jorgen Madsen | | | Sweden |
| Mikael Andersson | Kinnahult | | Sweden |
| Rickard Falkendahl | Huddinge | | Sweden |
| Roland Johannssen | Lingheem | | Sweden |
| Benjamin Lewils | Loicector | | UK |

GH000949

GH000950

# Baxter Hemophilia Study Contact List

| Name | Address | City | Country |
|---|---|---|---|
| Dr C H Toh | Royal Liverpool Hospital | | UK |
| Dr F G Hill | Birmingham Children's Hospital | | UK |
| Dr I Hann | Great Ormond Hospital, London | | UK |
| Dr M Laffan | Hammersmith Hospital, London | | UK |
| Dr M Makris | Royal Hallamshire Hospital, Sheffield | | UK |
| Dr M Winter | Kent&Canterbury Hospital | | UK |
| Dr P Giangrande | Churchill Hospital, Oxford Haemophilia Centre | | UK |
| Dr R Stevens | Royal Manchester Children's Hospital | | UK |
| Leonard Owens | Bodmin Cornwall | | UK |
| Liz Rizzuto | Northampton | | UK |
| Paul Bullen | Cheshire | | UK |
| Peter Longstaff | New Castle | | UK |
| Philip Dolan | Glasgow | | UK |
| Prof G Savidge | St Thomas Hospital, London | | UK |
| Robert James | London | | UK |
| Stephen Finney | Poole Dorset | | UK |
| Sue Nickson | Lancashire | | UK |
| Terry McMahon | Lancashire | | UK |

2nd Gen. Re. VIII

IC Findings

GH000951

GH000952

# *Final Report*

## 2nd Generation Recombinant Factor VIII Product Introduction Assessment

## Inter-Continental Findings

### *Baxter Healthcare Corporation*

### January 17, 2000



MARTEC

H000953

# Agenda

Objectives and
Methodology

Inter-Continental Findings

Inter-Continental Conclusions and
Recommendations

MARII(

The primary goal of this project is to provide Baxter with global market intelligence allowing it to successfully position its recombinant Factor VIII product against competitive next-generation products.

**Objectives**

The primary objectives of this project are:

- Determine the motivators and drivers of switching behavior  What will cause and prevent switching from Recombinate to a competitive product?
- Understand the perceptions of decision makers on the next generation recombinant products (Kogenate SF, Refacto and Helixate NexGen) coming to market and how this differs from the previous findings

Specific project objectives include:

- Estimate likelihood of switching from Recombinate to new recombinant products
- Compare findings to those of the initial 1998 study, where applicable

This report represents the views of this sample and is just one piece of a strategic marketing plan. Baxter must balance this data with its corporate directives and other internal, competitive and legislative intelligence.



MARTEC

# This project was conducted globally and consisted of two distinct phases.

*Methodology*

## *Global Scope*

The project was conducted concurrently in the following four global regions.

| North America | Europe | Asia | Inter-Continental |
|---|---|---|---|
| • United States | • Germany | • Japan | • Australia |
| • Canada | • France | | • New Zealand |
| | • Italy | | |
| | • Spain | | |
| | • United Kingdom | | |
| | • Denmark | | |
| | • Sweden | | |

This was a blind study, at no time was Baxter mentioned as the sponsor.

## *Phase I*
Phase I was a focused qualitative phase   Information was gathered via in-depth one-on-one and telephone interviews  This information provided the foundation for the quantitative phase of the research effort

## *Phase II*
This phase was a quantitative effort, with information gathered via telephone interviews   The output of this phase is a detailed understanding of the project objectives   This information will allow Baxter to develop strategies that maximize its market positioning

MARI I (

H000955




# A total of 479 interviews were completed for this study.

## Methodology

| Country | Respondent Group | Phase I Interviews Completed | Phase II Interviews Completed | Notes |
|---|---|---|---|---|
| U S | Patients | 4 | 100 | *1 short of target and includes 1 nurse  No more physicians agreed to participate |
| | Physicians/Nurses | 7 | 65 | |
| Canada | Physicians | -- | 9* | **5 short of target  Only 10 physicians were targeted by Baxter and 5 refused |
| Germany | Patients | 2 | 20 | |
| | Physicians | 1 | 5** | |
| France | Patients | 2 | 20 | New guideline was just introduced by German Hemophilia Society discouraging participation in any unsponsored studies |
| | Physicians | 1 | 10 | |
| Italy | Patients | 2 | 20 | |
| | Physicians | 1 | 10 | |
| Spain | Patients | -- | 10 | |
| | Physicians | -- | 5 | |
| United Kingdom | Patients | 2 | 20 | †4 short of target  However, only 3 hemophilia physicians exist in Denmark  1 declined, 1 not available |
| | Physicians | 1 | 10 | |
| Denmark | Patients | -- | 10 | |
| | Physicians | -- | 1† | |
| Sweden | Patients | -- | 10 | ††1 short of target  No more physicians agreed to participate |
| | Physicians | -- | 4†† | |
| Japan | Patients | 3 | 54× | |
| | Physicians | 2 | 20 | ×6 short of target  However, still higher response than expected |
| Australia | Patients | 2 | 20 | |
| | Physicians | 1 | 10 | |
| New Zealand | Patients | -- | 10 | |
| | Physicians | -- | 5 | In most countries, Baxter provided Martec a list of physicians to target for this study |
| Total | | 31 | 448 | |


MARTEC

4
GH000956



The project was completed as scheduled.

*Methodology*

Project Timeline

| September 3 | September 7 | October 1 | October 14 & 29 | November 9 & 23 | December 7 | December 16 | January 11 |
|---|---|---|---|---|---|---|---|
| U.S & Euro Kick-off | Japan Kick-of | Phase I Final Report | Phase II Teleconference Updates | Phase II Teleconference Updates | Phase II Progress Report | Phase II Final Presentation | Phase II Millennium Presentation |

Phase I

Phase II

MARIIC

GH00O957



Agenda

Objectives and Methodology

Inter-Continental Findings

Inter-Continental Conclusions and Recommendatons

MARTEC

GH000958

# All physician and patient quotas were met in the Inter-Continental (I.C.) countries of Australia and New Zealand.

## Inter-Continental Findings

I.C. Respondents
- Phase II -

**Patients - by Country -**

Australia -20

67%

New Zealand -10

33%

n = 30

**Patients - by Age -**

Age≥18 - 9

30%

Age<18 - 21

70%

n = 30

**Physicians - by Country -**

Australia - 10

67%

New Zealand - 5

33%

n = 15

GH000959

MARIIC

7

# Corby AHF is the most common product used by physicians' patients in Australia and New Zealand.

Inter-Continental Findings



Product Type Used
- Physician -

% of Patients on Each Product Type
- I.C. Overall -

n = 15

Recombinate 16%

Kogenate 12%

Helixate 4%

Corby AHF 56%

Other 12%

32% Recombinant

% Prescribing

MARTEC

GHOO0960

8

# In both Inter-Continental countries, recombinant products are used by 32% of physicians' patients.

*Inter-Continental Findings*



**% of Patients on Each Type of Product**
- Physicians =

■ Recombinate   ■ Kogenate   □ Helixate   □ Plasma derived/Corby AHF

Australia (n=10): 18%  8%  6%  68%

New Zealand (n=5): 11%  21%  68%

% of Patients

0%   25%   50%   75%   100%

BH000961

9

MARIIC

On average, only one quarter of I.C. plasma-derived patients have switched to recombinant products. Cost and government policy are the main reason for not switching.

*Inter-Continental Findings*

**% of Physicians' Plasma Derived Patients that Switched to Recombinant**

**%-Switching**

% Switching to Recombinant

- 30%
- 20%
- 10%
- 0%

Australia (n=10) — 25%

New Zealand (n=5) — 24%

**Primary Reason for Switching**

| | |
|---|---|
| Safer, less exposure to virus | 33% |
| Government edict, all <16 | 13% |
| Price | 7% |
| Family/patient request | 7% |
| Availability | 7% |
| Concern of CJD | 7% |
| Hemophilia Society recommendation | 7% |

**Primary Switching Influences**

| | |
|---|---|
| Physician | 27% |
| Government | 27% |
| Hemophilia Society | 20% |
| Patient/family | 13% |

**Reasons for Not Switching**

| | |
|---|---|
| Cost is too high | 53% |
| Government policy/eligibility (adults often ineligible) | 47% |
| Previously exposed to/have Hep C/HIV | 33% |
| Satisfied with current product | 13% |


MARTEC

10
GH000962



Kogenate is the most common product among each segment of I.C. patients in this sample. Corby AHF is the most common previously used product.

Inter-Continental Findings

Product Usage
- Patients -

Current Products

| | Kogenate | Recombinate | Helixate |

Previous Products

Corby AHF        47%
Recombinate      13%
CSL              10%
Kogenate          7%
Replenate         3%
Human plasma      3%

Reported no switching
- Ages < 18 (n=21)    24%
- Ages ≥ 18 (n=9)      0%

Australia (n=20)     80%   15%  5%
New Zealand (n=10)   80%        20%
<18 (n=21)           81%   14%  5%
≥18 (n=9)            78%        22%

11

HO00963

Prophylaxis treatment appears to be more common among New Zealand physicians' recombinant patients.

Inter-Continental Findings

## Current Treatment Regimen
## Among Recombinant Patients
## - I.C. Physicians -



Legend:
- On Demand
- Prophylaxis
- Immune Tolerance

Australia (n=10)
- 69%
- 30%
- 1%

New Zealand (n=5)
- 55%
- 44%
- 1%

% of Patients: 0%, 20%, 40%, 60%, 80%, 100%

MARTEC

GH0C0964

12



Prophylaxis is the common method of treatment among this recombinant user sample in Australia and New Zealand. This is likely skewed due a sample consisting of recombinant users mostly under 18 years old.

*Inter-Continental Findings*

Current Treatment Regimen
- I.C. Patients -

- On Demand
- Prophylaxis

**Australia (n=20):** 95% / 5%
**New Zealand (n=10):** 80% / 20%
**<18 (n=21):** 95% / 5%
**≥18 (n=9):** 78% / 22%

% of Physicians

13

H000965

# Less Viral Risk, Ease of Use and Ease of Mixing are current likes of physicians.

*Inter-Continental Findings*

### Current Recombinant Product "Likes" - I.C. Physicians -

**Australia**

| | |
|---|---|
| *Less viral risk* | **80%** |
| Less exposure to human protein | 50% |
| Improved efficacy | 20% |
| Very pure product | 10% |

*n=10*

**New Zealand**

| | |
|---|---|
| *Easy to use* | **60%** |
| *Ease of mixing/Readily soluble* | **60%** |
| Improved efficacy | 40% |
| *Less viral risk* | **20%** |
| Less adverse events | 20% |
| Less exposure to human protein | 20% |
| More concentrated/higher potency | 20% |
| Good history/track record | 20% |

*n=5*

MARTEC

14
GH000966

# I.C. patients mentioned several likes with their current products.

*Inter-Continental Findings*

## Current Recombinant Product "Likes"
### - I.C. Patients -

### Australia

| | |
|---|---|
| *Less viral risk* | **40%** |
| Easy to use | 40% |
| More concentrated/higher potency | 25% |
| Less exposure to human protein | 20% |
| Ease of mixing | 20% |
| Treatment process | 20% |
| Improved efficacy | 10% |
| Smaller packaging good for storage | 5% |
| No refrigeration storage | 5% |

**n=20**

### New Zealand

| | |
|---|---|
| *Less viral risk* | **50%** |
| More concentrated/higher potency | 50% |
| Less exposure to human protein | 50% |
| Easy to use | 40% |
| Size of product good for storage | 30% |
| Ease of mixing | 20% |
| Treatment process | 10% |
| Improved efficacy | 10% |

**n=10**

MARI1C

SHO00967

15

# I.C. physicians mentioned a variety of dislikes, with *still risk of viral infection* and *high price* mentioned most.

*Inter-Continental Findings*

## Current Recombinant Product "Dislikes"
### - I.C. Physicians -

| Australia | | New Zealand | |
|---|---|---|---|
| *Still risk of viral infection* | **70%** | *Still risk of viral infection* | **60%** |
| *Still contains human albumin* | **40%** | *High price* | **40%** |
| *High price* | **30%** | Inhibitor incidence | 40% |
| Requires IV administration/ treatment process | 20% | *Still contains human albumin* | **20%** |
| Poor range of potencies | 20% | Requires IV administration | 20% |
| Inhibitor incidence | 10% | Concern of prions | 20% |
| Infusion volume too large | 10% | Concern of CJD | 20% |
| | | Short product half-life | 20% |

**n=10**

**n=5**


MARTEC

GH000968

# Exposed to human protein is the top dislike I.C. patients have with their current recombinant products.

*Inter-Continental Findings*

**Current Recombinant Product "Dislikes"**
**- I.C. Patients -**

| Australia | | New Zealand | |
|---|---|---|---|
| ***Still exposed to human protein*** | **35%** | ***Still exposed to human protein*** | **40%** |
| Limited availability | 15% | Difficult treatment process | 30% |
| Still risk of viral infection | 15% | Requires IV administration | 20% |
| Difficult treatment process | 15% | Adverse events | 20% |
| Adverse events | 5% | Concern of CJD | 20% |
| Limited choice of potency sizes | 5% | Limited choice of potency sizes | 10% |
| Short product half life | 5% | Limited availability | 10% |
| Animal proteins in mfg process | 5% | | |
| None mentioned | 15% | | |

n=17

n=10

MAR11(

17

GH000969

# Kogenate receives the highest satisfaction ratings among I.C. physicians and patients.





*Inter-Continental Findings*

## Overall Satisfaction
### - Current Product and Service -

**Physicians**

| | | rating | n |
|---|---|---|---|
| Kogenate | | 8.3 | n = 8 |
| Recombinate | | 7.9 | n = 10 |
| Helixate | | 7.0 | n = 3 |
| Corby AHF/CSL | | 7.4 | n = 13 |

**Patients**

- Kogenate: 8.9 (NZ), 9.1 (Australian), n = 8 / n = 10
- Recombinate: 7.5, 8.7, n = 2 / n = 3
- Helixate: 7.0, n = 1

Legend: ☐ NZ Patients   ⊞ Australian Patients

*Not at all satisfied* ... *Completely satisfied*

Scale: 0  2  4  6  8  10

MARTEC

GH000970

18