# Improved *Viral Safety* was the main reason why I.C. patients have previously switched products.

*Inter-Continental Findings*

**Reasons for Past Switching - I.C. Patients -**

| #1 Reason for Switching | | Secondary Reasons for Switching* | |
|---|---|---|---|
| **Safer product - less exposure to human protein** | 58% | **Safer product - less exposure to human protein** | 38% |
| Doctor/nurse recommendation | 17% | More potent | 13% |
| Less inhibitor incidence | 4% | Government edict, <16 age | 13% |
| Peer recommendation | 4% | Easier to use | 8% |
| Hemophilia Society recommendation | 4% | Less inhibitor incidence | 4% |
| Free give away for 1 year | 4% | Changed healthcare provider | 4% |
| Improved bacterial safety | 4% | Concern of CJD | 4% |
| Developed viral infection | 4% | Went to prophylaxis | 4% |

n = 24

*Respondents could list multiple secondary reasons for switching

MARTIC

19

BH000971

# Older I.C. patients rely heavily on their physicians to guide their switching decisions.

*Inter-Continental Findings*

| | Past Switching Influencers - I.C. Patients - | | Secondary Influencers | |
|---|---|---|---|---|
| | Most Influential | | | |
| | ≤18 | ≥18 | ≤18 | ≥18 |
| **Doctor** | 25% | 62% | 19% | 0% |
| Own research | 31% | 0% | 13% | 0% |
| Hemophilia Treatment Center/ hospital | 18% | 13% | 0% | 0% |
| Government Agency | 13% | 25% | 19% | 13% |
| Hemophilia Society | 13% | 0% | 13% | 38% |
| Other patients | 0% | 0% | 25% | 13% |
| Parents/family | 0% | 0% | 6% | 25% |
| Nurse | 0% | 0% | 6% | 0% |
| | n = 16 | n = 8 | n = 16 | n = 8 |

MARTEC

20
GH000972



*Viral Safety* in general is the element considered most important by both physicians and patients.

*Inter-Continental Findings*

**Unprompted Elements of Safety**

Legend:
- Physicians (n=15)
- Patients (n=30)

| Element | Physicians | Patients |
|---|---|---|
| Viral Safety | 100% | 86% |
| Inhibitor Incidence | 47% | 21% |
| Adverse events | 33% | 18% |
| Less/No human protein | 20% | 28% |
| Range of potencies available | 20% | 0% |
| Concern of CJD | 20% | 0% |
| Treatment process | 13% | 4% |
| Concern of prions | 13% | 0% |

MARIIC

21

HOO0973

# Patients place a higher importance on all safety elements than do physicians.

## Inter-Continental Findings

### Safety Element Importance



Legend:
- Physicians (n=15)
- Patients (n=30)

Categories (left to right):
- Viral Safety — Physicians 9.6, Patients 10.0
- High responder inhibitor incidence — Physicians 8.9, Patients 9.6
- Contains human albumin in the final product — Physicians 8.1, Patients 9.6
- Adverse events — Physicians 8.0, Patients 9.6
- Exposure to human proteins — Physicians 7.8, Patients 9.6
- Exposure to animal proteins — Physicians 7.3, Patients 9.4
- Long-term clinical experience — Physicians 8.3, Patients 9.1
- Remaining on a single product — Physicians 5.6, Patients 8.7
- Transient inhibitors — Patients 5.6, Physicians N/A

Y-axis: Importance Rating (High Importance 10 — Low Importance 2)

*More important among New Zealand patients

MARTEC

# While an improvement, even the current recombinant products still do not completely satisfy Australian and New Zealand physicians' safety needs.

**Inter-Continental Findings**




## Safety Needs of Current Products
### - Physicians -

☐ Plasma Derived
■ Recombinant

Australia (n=10): Recombinant 8.1, Plasma Derived 6.0

New Zealand (n=5): Recombinant 9.0, Plasma Derived 8.0

0 — **Does not meet safety needs**

10 — **Highly meets safety needs**

**Comments:**

*"Can't rate recombinant higher because of possible prion or CJD issue. We just don't know yet."*
- Australian Physician

*"Recombinant still uses human albumin as a stabilizer so there is still the risk of infection."*
- Australian Physician

*"Some new recombinant products don't contain albumin and have less risk of prions. There is a question about their stability though."*
- New Zealand Physician

*"Plasma derived products are good, but human products have risks for viral infection and human error in screening."*
- New Zealand Physician

MARIIC

23



BH000975

Recombinate users give their product lower ratings in terms of meeting their safety needs.

*Inter-Continental Findings*



Safety Needs of Current Product
- Patients -

Kogenate    n = 24    9.0

Helixate    n = 1    9.0

Recombinate    n = 5    8.4

6    8    10

*Does not meet safety needs*    *Highly meets safety needs*

**Comments**

"According to our doctor, it is the safest product on the market"    - Australian Kogenate User

"I'm concerned about the long-term impact recombinant products will have on my body "    - Australian Recombinate User

"I'm not sure what types of diseases Chinese hamsters have "    - New Zealand Recombinate User

"Helixate is a lot better than AHF "    - Australian Helixate User

MARTEC

# I.C. physicians rate Baxter and Bayer equally. Both receive much higher ratings than the local plasma derived supplier, Corby AHF.

*Inter-Continental Findings*



GHO00977

**Corby AHF is used because of its *Low Cost*, but a trade-off with *Viral Safety* is clearly the consequence. Kogenate rates above Recombinate.**

*Inter-Continental Findings*



Physician Key Switching Criteria
- Importance and Performance -

■ Importance Ratings (n=15)   ◆ Recombinate Performance (n=8)
▲ Corby AHF Performance (n=14)   ■ Kogenate Performance (n=7)

*Performance was not asked for on Insurance Guidelines*



# I.C. patients perceive Recombinate as being more available but of higher cost.



Inter-Continental Findings

## Patient Key Switching Criteria
### - Importance and Performance -

Legend:
- ■ Importance Ratings
- ◆ Recombinate Performance (n=5)
- ■ Kogenate Performance (n=24)

Categories:
- Viral safety — 9.9
- Availability — 9.5
- Ease of use for patients — 9.0
- Low Inhibitor incidence — 8.8
- Dr /Nurse recommendation — 8.8**
- Latest technology — 8.5
- Supplier reputation — 8.2*
- Long term clinical experience — 7.9*
- Own research — 7.5
- Cost — 4.3

Performance was not asked for Own Research and Dr /Nurse Recommendation

*More important in NZ    **More important in Australia

27

SH000979

# Community support/education was mentioned most often as another criteria considered when selecting a Factor VIII replacement product.



Inter-Continental Findings

**Other Selection Criteria**
**- Not from list provided -**

% Respondents Mentioning

Physicians (n=15)
Patients (n=30)

| | Physicians | Patients |
|---|---|---|
| Community Support/Education | 20% | 13% |
| Treatment Process/Equipment for Infusion | 33% | 3% |
| Efficacy | 13% | 3% |
| Recalls | 7% | 3% |
| Contains Human Albumin | 7% | 0% |
| Temperature Stability | 0% | 7% |

MARTEC

GH000980



Most I.C. respondents were satisfied with their infusion volumes.

Inter-Continental Findings

Infusion Volume

* Volume too high was the top complaint

% Satisfied

Australian Physician (n=10): 70%
New Zealand Physician (n=5): 80%
Recombinate User (n=5): 80%
Kogenate User (n=24): 83%
<18 (n=21): 81%
≥18 (n=9): 89%

BH000981

29

MAR11C

**Australian physicians and older patients are particularly dissatisfied with the range of potencies available, citing the need for a greater variety of sizes.**

*Inter-Continental Findings*



Range of Potencies

- Need greater variety – 53%
- Need lower units (50,100,150 IU) – 40%
- Need higher units (>1000 IU) – 13%

- Need greater variety – 27%
- Need higher units (>1000 IU) – 7%

% Satisfied

| Australian Physician (n=10) | New Zealand Physician (n=5) | Recombinate User (n=5) | Kogenate User (n=24) | <18 (n=21) | ≥18 (n=9) |

20% · 60% · 80% · 74% · 81% · 44%

MARTEC

30
GH000982

# Patient awareness of new products is very low in Australia and New Zealand.



*Inter-Continental Findings*

**New Product Awareness**

**Aided**

**Unaided**

☐ Physicians *(n=15)*
■ Patients *(n=30)*

31

H000983

# Knowledge of new products among physicians is less in Australia and New Zealand than in the U.S. and Europe.

*Inter-Continental Findings*

## Current Knowledge of New Products
### - I.C. Physicians -

| Kogenate SF | |
|---|---|
| • *No answer* | 60% |
| • Albumin free | 20% |
| • Sugar as stabilizer | 13% |
| • In trials/coming out soon | 13% |
| • Less albumin | 7% |
| • Heard of, but nothing specific | 7% |
| • New, better treatment process | 7% |
| • Smaller molecule | 7% |
| • Preferred in Europe | 7% |

| Refacto | |
|---|---|
| • *No answer* | 60% |
| • B-domain deleted | 27% |
| • Albumin free | 13% |
| • Stabilized differently | 7% |
| • Heard of, but nothing specific | 7% |

| Helixate NexGen | |
|---|---|
| • *No answer* | 100% |

*% of respondents mentioning*

**n = 15**

MARTEC

32
GH000984

# I.C. patients expressed little or no knowledge of new products.



*Inter-Continental Findings*

**Current Knowledge of New Products**
**- I.C. Patients -**

**Kogenate SF**

- *No answer* — **70%**
- Albumin free — 20%
- Smaller volume needed — 10%
- On market soon — 10%
- Heard of, but nothing specific — 5%
- Second generation product — 5%
- Preferred in Europe — 5%

**Refacto**

- *No answer* — **100%**

**Helixate NexGen**

- *No answer* — **100%**

*% of respondents mentioning*

*n = 30*

MARIIC

33

BH000985

I.C. patient awareness of new product features is much lower than that of physicians. However, even physicians were not aware of the differing stability profiles.

*Inter-Continental Findings*

## New Product Awareness

*Are you aware that certain reformulated recombinant Factor VIII concentrates...*

→ *Local Hemophilia Association Newsletters have reported this recently*

will not use human albumin as a stabilizer? — 70% / 100%

are still exposed to human/animal proteins in manufacturing? — 7% / 93%

are based on a modified Factor VIII gene? — 0% / 87%

may not allow continuous infusion and room temperature storage? — 7% / 0%

% Respondents Aware

0%   25%   50%   75%   100%

Legend:
☐ Physicians (n=15)
■ Patients (n=30)

MARITLC

34
GH000986



Exposure to human/animal proteins was expressed for the use of a modified gene.

Inter-Continental Findings

Is it a concern to you that certain reformulated recombinant *Factor VIII concentrates...*

New Product Concerns

IC physicians (n=15)
<18 IC patients (n=21)
≥18 IC patients (n=9)

are still exposed to human/animal proteins in manufacturing?
87%
81%
89%

are based on a modified Factor VIII gene?
15%
12%
22%

may not allow continuous infusion and room temperature storage?
80%
48%
33%

% Respondents Concerned

0%   25%   50%   75%   100%

35

BH000987

# Comments support the data on the previous two pages.

Inter-Continental Findings

## Comments/Quotes

| New Product Concerns |
|---|

*"Not using albumin as a stabilizer will result in less risk of viral infection   This will add to patient's confidence"*
- New Zealand Physician

*"Having no albumin in the final product will certainly be an improvement."*
- New Zealand, <18  Recombinate User

*"I still have a small concern with using human and animal proteins in manufacturing because there still would be a chance of viral contamination or CJD."*
- Australian Physician

*"Exposure during manufacturing is a concern because there is still a risk of infection  However, this is no different than the current product"*
- Australian, >18 Recombinate User

*"Having the B-domain deleted is not really a concern, it's been shown to be effective   Hopefully it will reduce inhibitors, but we'll have to wait and see   The difference in assay is a concern however"*
- Australian Physician

*"I have not heard of the B-domain gene   This is only a concern if it negatively changes how the product works"*
- Australian, >18 Kogenate User

*"This is a major concern   We need continuous infusion for surgery   Patients need room temperature storage so they can travel"*
- New Zealand Physician



MARTEC

36
GH000988

# I.C. physicians expect no new product to be used more than another one. They expect only 10% of their patients never to switch from their current products.



Inter-Continental Findings

What % of Patients Will Switch to Each Product?
- I.C. Physicians -

Helixate NexGen — 30%

Never Switch — 10%

30%

Refacto — 30%

Kogenate SF

n = 15

37

BH000989

# I.C. physicians expect the majority of their patients to wait at least one year before they would switch to a reformulated product.

*Inter-Continental Findings*



I.C. Physicians Switching Timing to a Reformulated Product

n = 15

36% within 1 year

| | % Switching Timeframe |
|---|---|
| Immediately (within 1st six months) | 12% |
| Six months to one year | 24% |
| Within the second year | 38% |
| After two years | 16% |
| Never try that product | 10% |

% of Patient Population

MARTEC

38
GH000990

# New Zealand physicians are more conservative in their estimates of when their patients will switch to a reformulated product.

*Inter-Continental Findings*

## Switching Timing by Country
## - Physicians -

**Legend:**
- ▨ Within 6mo.
- ▧ 6mo.-1yr.
- ▨ Within 2nd yr.
- ☐ After 2yrs.
- ▨ Never

**Australia (n=10):**
- 18%
- 10%
- 30%
- 32%
- 10%

**New Zealand (n=5):**
- 24%
- 20%
- 42%
- 14%

Y-axis: % of Patients (0% to 100%)

SH000991

39

MAR11C

*Waiting for experience with inhibitors and pricing will determine the speed of acceptance for new products.*

Inter-Continental Findings

## Comments/Quotes

| Physicians Switching Timing Explanations |
| --- |

"*Having the human albumin removed is interesting if at the same price   I would wait 12 months or so to see how patients react before recommending it to my patients*"
— New Zealand Physician

"*Not considering cost, all patients would switch soon.  But cost is a big factor, government policy will favor the cheapest one*"
— Australian Physician

"*Because this is only a slight improvement over what is available, my patients would only switch if cost is the same   The assay issue  may be a problem if you need multiple assays.*"
— Australian Physician

"*I'd need more information on supply, safety and cost effectiveness to make a more informed decision*"
— New Zealand Physician

"*Once they become available and the government approves the product, I would have to change immediately to give my patients the best possible product.*"
— Australian Physician


MARTEC

# I.C. patients were not familiar enough with the new products to choose which they would prefer.

*Inter-Continental Findings*

**Reformulated Product Most Likely to Try**
**- I.C. Patients -**

Kogenate SF

Refacto

Helixate NexGen

Other

*Could not choose without more information*



MARI I(

41

SH000993



New Zealand patients appear more likely to try a reformulated product and would feel comfortable trying it within one year. There is no difference between willingness to try one product over another.

*Inter-Continental Findings*

Time on Market to Feel Comfortable Using a Reformulated Product - I.C. Patients -

Australian patients (n=9)
New Zealand patients (n=10)

% Switching to Recommended Product

Immediately (within 1st six months): 34% / 50%
Six months to one year: 11% / 20%
Within the second year: 11% / 0%
After two years: 22% / 20%
Will never try one of these products: 22% / 10%

1 year = 45/70%

42
GH000994

MARTEC

# Nearly half of the <18 patients would feel comfortable trying a reformulated product as soon as it is released.



*Inter-Continental Findings*

**Time on Market to Feel Comfortable Using a Reformulated Product**
**- I.C. Patients -**

Age < 18 (n=13)
Age ≥ 18 (n=6)

1 year = 54/66%

% Switching to Reformulated Product

| | Immediately (within 1st six months) | Six months to one year | Within the second year | After two years | Will never try one of those products |
|---|---|---|---|---|---|
| Age < 18 | 46% | 33% | 8% | 23% | 15% |
| Age ≥ 18 | 33% | 8% | 0% | 17% | 17% |

43

BSH000995

# Patients explain when and why they would feel comfortable trying a new product...

*Inter–Continental Findings*

## Comments/Quotes

**Patients Switching Timing Explanations**

"If it is Bayer's product, we would feel comfortable using it immediately."

- Australian, <18 Kogenate User

"I don't want to wait too long to switch to a newer, better product.  However, I don't want to be the first one to try it either"

- Australian, ≥18 Kogenate User

"We can't afford to wait too long  Need to see about inhibitor incidence, but this should show in the first six months"

- New Zealand, <18 Kogenate User

"Six months should be enough  These products have probably already been used in Europe or the US"

- New Zealand, ≥18 Kogenate user

"I would not switch to these products, but would wait for a protein free product to be available  My current product works fine and too much switching can be a problem"

- Australian, ≥18 Recombinate User



MARTEC

44
GH000996

If costs were similar, Australian physicians believe their patients would likely switch both times. New Zealand physicians believe most of their patients will wait for the protein free product.

*Inter-Continental Findings*



Switching Scenarios
- I.C. Physicians -

☐ Australian physicians (n=9)
■ New Zealand physicians (n=5)

**Comments/Quotes**

*"If price were equal, I'd select the best product available"*
- Australian Physician

*"I'd wait for the protein free product to come available and minimize switching"*
- New Zealand Physician

*"The consumer group has influence and it's difficult to guess what they will push for"*
- New Zealand Physician

*"Some people have developed a fondness for a certain product and may never switch"*
- Australian Physician

*"It will depend on cost and availability"*
- Australian Physician

*"The government would have to change their guidelines and allow patents ~18 to use recombinants"*
- Australian Physician

45

GH000997

# Younger I.C. patients are more likely to switch two times. Most older ones prefer to wait for the protein free product.



*Inter-Continental Findings*

## Switching Scenarios
### - I.C. Patients -

### Comments/Quotes

*"We will keep changing to the safest product available at the time"*
    - New Zealand, <18 Recombinate User

*"If it is a better product I would change each time. Two years is too long to wait"*
    - Australian, ≥18 Recombinate User

*"Current product is ok, so I would wait for the best and safest product before switching"*
    - Australian, ≥18 Recombinate User

*"Protein free sounds very good and I don't want to make many changes so I'll wait for that"*
    - New Zealand, ≥18 Kogenate User

*"We are happy with Kogenate  The benefits are not worth the risks of switching products"*
    - Australian, <18 Kogenate User

MARTEC

GH000998

46

# The Recombinate users in this sample are most likely to wait for a protein free product before switching.




**Inter-Continental Findings**

## Switching Scenarios
- I.C. Patients by Country & Product Type -

Legend:
- ■ Switch to reform, but not to protein free
- □ Switch to reform and to protein free
- ▨ Not switch to reform, but to protein free
- ▨ Never switch

**Australia (n=20)**
- 5%
- 35%
- 30%
- 30%

**New Zealand (n=10)**
- 50%
- 50%

**Recombinate Users (n=5)**
- 40%
- 60%

**Kogenate Users (n=24)**
- 4%
- 42%
- 33%
- 21%

% of Physicians

GH000999

47

MAR 11 (

# Younger patients are more likely to be eligible for government funding for the reformulated products.

*Inter-Continental Findings*

## Is Patient's Age a Factor in Deciding to Switch Products?

### I.C. Physicians

**Comments/Quotes**

*"Younger patients will be given preference for the newer products "*
— Australian Physician

*"Per government policy, most adults are ineligible for recombinant products   Same should hold for the new products "*
— Australian Physician

*"Younger patients and those without viruses will get the preference "*   — Australian Physician

*"Government funding will favor the younger patients first for improved products "*
— New Zealand Physician

*"I need more information about the product, because safety, cost and effectiveness are the most important factors "*   — New Zealand Physician

% Yes, Age is a factor

Australia (n=10): 60%
New Zealand (n=5): 80%

MARTEC

48

GH001000

# Australian physicians are more likely to immediately start their PUPs on the reformulated products once they are available.

*Inter-Continental Findings*



## % Newly Diagnosed on Reformulated

% new patients will start on reformulated

- 100%
- 90%
- 80%
- 70%
- 60%
- 50%
- 40%
- 30%
- 20%
- 10%
- 0%

Australia (n=10) — 100%

New Zealand (n=5) — 56%

49

GH001001

MARII

While New Zealand physicians said one product would likely be preferred for PUPs they could not say which one with out further information.

*Inter-Continental Findings*

**Will One Reformulated Products be Preferred for PUPS?**

I.C. Physicians



% Yes, prefer one product for PUPs

**Australia (n=10)**
- Refacto — 10%
- Kogenate SF — 10%
- No answer — 10%

30%

**New Zealand (n=5)**
- Albumin Free — 20%
- (not specified)
- No answer — 40%

60%

MARTEC

**Comments/Quotes**

*"First I'd need to know more about inhibitors Also, I'd prefer the brand with human rather than animal protein"* - New Zealand Physician

*"I'd use the one with the least human albumin However, I need more information on prions first"* - New Zealand Physician

*"The B-domain deleted is supposed to be better"* - Australian Physician

*"There may be a preference for Kogenate SF because of the assay issue"* - Australian Physician

*"It's not my decision, I have to use what the government decides to use for patients"* - Australian Physician

50

GH001002

# Most I.C. physicians do not see the need to keep previous generation products on the market.

*Inter-Continental Findings*

**Need to Keep Previous Generation Products on Market?**
**- I.C. Physicians by Country -**



**% Yes, need to keep on market**

| | |
|---|---|
| Australia (n=10) | 20% |
| New Zealand (n=5) | 20% |

_Comments/Quotes_

"If new one is cheaper and available, then there is no need to keep the first product"
— Australian Physician

"Once data on inhibitors and efficacy is good then we can get rid of the old one as long as it's available"
— Australian Physician

"There should be some overlap period, but not indefinitely"
— New Zealand Physician

"Only need to keep the old ones if supply or stability are issues"
— Australian Physician

"If the new product costs more, then we need to keep the old one available"
— New Zealand Physician

SH001003

51

MARIIC

# Younger I.C. patients see less of a need to keep previous generation products around.

*Inter-Continental Findings*

## Need to Keep Previous Generation Products on Market?
### - I.C. Patients by Country and by Age -



**By Country**

% Yes, need to keep on market

- Australia (n=20): 70%
- New Zealand (n=10): 70%

**By Age**

% Yes, need to keep on market

- <18 Patients (n=21): 62%
- ≥ 18 Patients (n=9): 89%

MARTEC

52

GH001004

**Snortage of supply, risk of inhibitors and _lower costs_ were the reasons given for keeping a previous generation product on the market.**

*Inter-Continental Findings*

| Need to Keep Previous Generation Products on Market? |
| :---: |
| **Comments** |

**Comments/Quotes**

*"If the product is new and improved, why keep a less safe one around?"*

- Australian, <18 Kogenate User

*"If the new generation product is really better, I don't see a need to keep the old one available "*

- New Zealand, <18 Recombinate User

*"We are always short on supply, so the old one would be needed as a back-up"*

- Australian, ≥18 Kogenate User

*"It's better to keep the old product available  It will be cheaper and cost is a concern  But children should always get the safest product "*

- New Zealand, <18 Kogenate User

*"You would want to keep an option available in case patents develop inhibitors "*

New Zealand,    18 Kogenate User

MARILC

BH001005

**Continuous infusion is very important for physicians, while room temperature storage is nice to have for patients. The lack of both will limit a new products' penetration.**

*Inter-Continental Findings*

## Convenience Features with New Products

### IC Physicians (n=14)

**Comments/Quotes**

*"We need a product that allows for continuous infusion The room temperature storage is not as important"*
— New Zealand Physician

*"There is a limit to what is acceptable No problem to keep product in the fridge, but we need to be able to infuse for 8 to 12 hours for surgery"* — Australian Physician

*"Without these features you would have to keep the old products around In fact, it may be better not switch at all"* — Australian Physician

*"These are secondary concerns compared to safety would use the new product if safety were superior"* — Australian Physician

| **Yes, lower opinion of new product** | **86%** |
|---|---|
| • Need continuous infusion | 36% |
| • Need room temperature storage | 0% |
| • Need both features | 50% |
| Still prefer new product, without the features | 14% |

### IC Patients (n=23)

**Comments/Quotes**

*"I need room temperature storage for long trips or power outages"*
— Australian, <18 Recombinate user

*"You would have to keep the old product around for continuous infusion for major bleeds and surgeries"*
— Australian, ≥18 Recombinate User

*"Room temperature storage is neither here nor there However, continuous infusion is important to have"*
— New Zealand, <18 Kogenate User

*"We already store our Kogenate in the refrigerator So, I'd still want the safer product"*
— Australian, <18 Kogenate user

| **Yes, lower opinion of new product** | **65%** |
|---|---|
| • Need continuous infusion | 17% |
| • Need room temperature storage | 26% |
| • Need both features | 22% |
| Still prefer new product, without the features | 35% |

MARTEC

54
GH001006




# I.C. physicians are very price sensitive, exhibiting some tolerance for a 5% price premium, but virtually no tolerance for a 10% increase.

## Inter-Continental Findings

### Pricing Sensitivity - I.C. Physicians -

- Australian Physicians (n=10)
- New Zealand Physicians (n=5)

*Newly Reformulated Product's Price Compared to Price of Current Product*

% Preferring the Newly Reformulated Product

GH001007

55

MARITC

# Tight budgets and minimal product improvements limit the potential for a price premium.

*Inter-Continental Findings*

---

**Pricing Sensitivity Comments**
= I.C. Physicians =

*"The advantage of the new products are minimal, not worth a price increase."*
- Australian Physician

*"We have a set budget to work with, a 10% premium would be too much"*
- Australian Physician

*"If the new product does not demonstrate a significant advantage, then the status quo is better."*
- New Zealand Physician

*"I don't believe a higher priced product would be supported  Besides, it is not just an issue of a better product or price, but also support from the manufacturer"*
- New Zealand Physician

*"The manufacturer would have to prove a 5% price increase equates into a 5% better product."*
- Australian Physician

MARTEC

56
GH001008

# Agenda

Objectives and Methodology

Inter-Continental Findings

Inter-Continental Conclusions and Recommendations

GH001009

57

MARI I(

# Recombinant use is low in Australia and New Zealand. Patient awareness of new products is also low compared to the U.S. and Europe.

## Conclusions

| Key Inter-Continental Finding - Australia & New Zealand - |  |
|---|---|
| • Only 32% of patients currently use recombinant products | • Physicians and patients express a high concern for *exposure to proteins in manufacturing* |
| • Government policy dictates only patients <16 receive reimbursement for recombinant products | • *Inability for continuous infusion* was physicians' greater concern while patients were more concerned over *no room temperature storage* |
| • However, patient groups can influence the governing agencies' decisions | • Physicians expect switching timing to be slow, with only 29% switching within 1 year |
| • *The physician* is the top switching influencer for ≥18 patients, versus *own research* for <18 patients | • Australian physicians expect 87% of their patients to switch twice, while NZ physicians expect 60% to |
| • Unprompted *concern of CJD* was high at 20% | wait for a "protein free" product |
| • *Desire for educational information* was the top unmet need | • Older patients and Recombinate users are more likely to wait for a "protein free" product than switch twice |
| • Low satisfaction was mentioned for *range of potencies* | • Australian physicians expect 100% of their PUPs on reformulated products, versus NZ physicians |
| • Awareness of Refacto was high among physicians, but non-existent among patients | expecting only 56% of PUPs |
| • Physicians awareness of each product issue, except *differing stability profile*, was high | • I C physicians are very price sensitive, with only 20% of NZ and 55% of Australian willing to pay a 5% premium |
| • Patient awareness of each product issue was low | • Kogenate SF will provide the greatest threat to Baxter due to Kogenate's strong position in this market and likelihood to be the first new product to market |


MARTEC

58

GH001010

# I.C. Recommendations

**A number of measures can be adopted to slow switching In Australia and New Zealand.**

1   ***Don't educate patients about reformulated products...*** patients' current awareness of new product is very low, <u>do not</u> take measures that may improve that

2   ***Promote Recombinate's safety record...*** physicians and patients are satisfied with their current products and are very reluctant to try something new, work to reinforce these beliefs by promoting the long history of Recombinate's safety record.  Indicate that there has been no exposure to CJD or other unknown viruses, this may help weaken Kogenate's position in the market once its recent CJD problems are publicized

3   ***Differentiate...*** via patient education and convenience features *(5 ml infusion volumes, a greater selection of potencies, smaller packaging and improved reconstitution/syringe system)*

4   ***Feed the market information...*** both patients and physicians desire more information about current products   Work with physicians (and Hemophilia societies) to develop literature to meet their specific needs and literature that they approve of and can share with their patients

5   ***Work with patient groups.***  to slow government approval for reimbursement for new products   The governments are very price sensitive, opportunities may exist to use price to block the new products or open the door for reimbursement for Recombinate in patients older than 16 (the current cut off point)

MARH<

59

GH001011

# I.C. Recommendations (continued)

**Recommendations**

6 ***Get the word out...*** publicize to physicians and patients that Baxter is developing a "protein free" product and educate everyone on Baxter's new product as early as possible

7 *Defensive marketing efforts...*

- educate about the use of *human/animal proteins during manufacturing*, refuting (or weakening) the claims that new products will be "albumin free"

- educate about the *use of a modified gene* in new products

- educate about Kogenate SF's potential inability for *continuous infusion* (physician focus) and *room temperature storage* (patient and nurse focus)

- raise questions with physicians about the risks of taking patients off of a single product versus the unsubstantiated reward of an incrementally safer product

- if share is slipping rapidly, price Recombinate 10% lower than the reformulated products

8 ***First to market with protein free...*** the first company to market with a totally human/animal protein free product should be able to capture a very large percentage of switching patients in a one year time frame, capitalizing on a "first comer" advantage



MARTEC

SH001013



Appendix

- I.C. Physician Respondent List -

MARKI C

# 1999 Baxter Global Hemophilia Study
## I.C. Physician Respondent List

Appendix

| Australia | Ben Saxon, MD | Physician | Adelaide-Women's & Children | Adelaide |
|---|---|---|---|---|
| Australia | Bill McWhirter, MD | Physician | Royal children's Hospital | Brisbane |
| Australia | Boyd Webster, MD | Physician | New Children's Hospital | NSW |
| Australia | David Jupe, MD | Physician | Royal Hobart Hospital | Hobart |
| Australia | Henry Ekert, MD | Physician | Royal Children's Hospital | Melbourne |
| Australia | Jamie Price, MD | Physician | Princess Margaret Hospital | Subiaco Perth |
| Australia | John Lloyd, MD | Physician | Royal Adelaid | Adelaide |
| Australia | John Rowell, MD | Physician | Royal Brisbane | Brisbane |
| Australia | Michael Seldon, MD | Physician | New Castle Mater Misericordia | Waratar N S W |
| Australia | Ross Baker, MD | Physician | Royal Perth | Perth |
| New Zealand | David Heaton, MD | Physician | Christ Church Hospital | Christ Church |
| New Zealand | Elizabeth Berry, MD | Physician | Auckland Hospital | Auckland |
| New Zealand | Louchie Teague | Physician | Starship Children's Hospital | Auckland |
| New Zealand | Paul Harper, MD | Physician | Palmerston North | Palmerston North |
| New Zealand | Paul Ockleford, MD | Physician | Auckland Hospital | Auckland |



MARTEC

62
GH001014

2nd Gen. Re VIII

European Findings

GH001015

GH001016

## _Final Report_

# 2nd Generation Recombinant Factor VIII Product Introduction Assessment

## European Findings

## *Baxter Healthcare Corporation*

## January 17, 2000



MARTEC

# Agenda

Objectives and
Methodology

European Findings

European Conclusions and
Recommendations

GH001017

The primary goal of this project is to provide Baxter with global market intelligence allowing it to successfully position its recombinant Factor VIII product against competitive next-generation products.

**Objectives**

The primary objectives of this project are:

○ Determine the motivators and drivers of switching behavior  What will cause and prevent switching from Recombinate to a competitive product?

○ Understand the perceptions of decision makers on the next generation recombinant products (Kogenate SF, Refacto and Helixate NexGen) coming to market and how this differs from the previous findings

Specific project objectives include:

○ Estimate likelihood of switching from Recombinate to new recombinant products

○ Compare findings to those of the initial 1998 study, where applicable

This report represents the views of this sample and is just one piece of a strategic marketing plan. Baxter must balance this data with its corporate directives and other internal, competitive and legislative intelligence.



MARTEC

GH001018

2

# This project was conducted globally and consisted of two distinct phases.

*Methodology*

## Global Scope

The project was conducted concurrently in the following four global regions:

| North America | Europe | Asia | Inter-Continental |
|---|---|---|---|
| • United States | • Germany | • Japan | • Australia |
| • Canada | • France | | • New Zealand |
| | • Italy | | |
| | • Spain | | |
| | • United Kingdom | | |
| | • Denmark | | |
| | • Sweden | | |

This was a blind study, at no time was Baxter mentioned as the sponsor.

## Phase I
Phase I was a focused qualitative phase  Information was gathered via in-depth one-on-one and telephone interviews. This information provided the foundation for the quantitative phase of the research effort

## Phase II
This phase was a quantitative effort, with information gathered via telephone interviews  The output of this phase is a detailed understanding of the project objectives  This information will allow Baxter to develop strategies that maximize its market positioning

MARIIC




GH001019

3

# A total of 479 interviews were completed for this study.

*Methodology*

| Country | Respondent Group | Phase I Interviews Completed | Phase II Interviews Completed | Notes |
|---|---|---|---|---|
| U S | Patients | 4 | 100 | *1 short of target and includes 1 nurse No more physicians agreed to participate |
| | Physicians/Nurses | 7 | 65 | |
| Canada | Physicians | -- | 9° | |
| Germany | Patients | 2 | 20 | ** 5 short of target Only 10 physicians were targeted by Baxter and 5 refused |
| | Physicians | 1 | 5** | |
| France | Patients | 2 | 20 | New guideline was just introduced by German Hemophilia Society discouraging participation in any unsponsored studies |
| | Physicians | 1 | 10 | |
| Italy | Patients | 2 | 20 | |
| | Physicians | 1 | 10 | |
| Spain | Patients | -- | 10 | |
| | Physicians | -- | 5 | |
| United Kingdom | Patients | 2 | 20 | †4 short of target However, only 3 hemophilia physicians exist in Denmark 1 declined, 1 not available |
| | Physicians | -- | 10 | |
| Denmark | Patients | -- | 10 | |
| | Physicians | -- | 1† | |
| Sweden | Patients | -- | 10 | †† 1 short of target No more physicians agreed to participate |
| | Physicians | -- | 4†† | |
| Japan | Patients | 3 | 54^x | |
| | Physicians | 2 | 20 | × 6 short of target However, still higher response than expected |
| Australia | Patients | 2 | 20 | |
| | Physicians | 1 | 10 | |
| New Zealand | Patients | -- | 10 | |
| | Physicians | -- | 5 | |
| Total | | 31 | 448 | In most countries Baxter provided Martec a list of physicians to target for this study |

MARTEC



GH001021



GHO01022

# While the European patient quotas were met, the physician sample fell 10 short of the target.

**European Findings**



European Respondents
– Phase II –

**Physicians – by Country –**

Nordic (Sweden & Denmark) (5)* — 11%
France (10) — 22%
Germany (5)* — 11%
Italy (10) — 22%
Spain (5) — 11%
UK (10) — 22%

n = 45

**Patients – by Country –**

Sweden (10) — 9%
Denmark (10) — 9%
France (20) — 18%
Germany (20) — 18%
Italy (20) — 18%
Spain (10) — 9%
UK (20) — 18%

**Patients – by Age –**

Age<18 (44) — 40%
Age≥18 (66) — 60%

n = 110

*Germany 5 short, Denmark 4 short and Sweden 1 short, see Objectives section for explanation

MARTEC

7

BHO01023



*Recombinate is the product prescribed most often by this sample of European physicians. However, one-third of patients still use plasma derived.*

*European Findings*

Product Usage – Physician –

% of All Patients on Each Product Type – Europe Overall –

n = 45

% of All Patients

- Recombinate: 30%
- Kogenate: 24%
- Helixate: 6%
- Refacto: 6%
- Bioclate: 1%
- Plasma Derived: 33%

MARTEC

GH001024

# Spain and Italy report the least use of recombinant products.



**European Findings**

## Physician Reported Product Usage
### - by Country -

■ Recombinate ■ Kogenate ▨ Bioclate □ Helixate ■ Refacto ▨ Plasma derived

| | Recombinate | Kogenate | Bioclate | Helixate | Refacto | Plasma derived |
|---|---|---|---|---|---|---|
| Denmark (n=1) | 65% | | | | 20% | 15% |
| France (n=10) | 40% | 28% | 3% 3% | 3% | 23% | |
| Germany (n=5) | 39% | 31% | 7% | 3% | 20% | |
| Sweden (n=4) | 39% | 21% | 11% | | 29% | |
| Italy (n=10) | 24% | 23% | 9% | 4% | 40% | |
| Spain (n=5) | 24% | 5% 13% | 1% | 57% | | |
| UK (n=10) | 17% | 28% | 7% | 14% | 34% | |

% of Patients

0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%

MAR-TEC

BH001025

9

# Overall, over 50% of European physicians are prescribing Refacto to 6% of the European patient population.

*European Findings*



**% of Physician Prescribing Refacto\***

| | Sweden (n=4) | U.K. (n=10) | Italy (n=10) | France (n=10) | Germany (n=5) | Spain (n=5) | Denmark (n=1) | Overall Europe (n=45) |
|---|---|---|---|---|---|---|---|---|
| % of Physician Prescribing Refacto | 100% | 70% | 50% | 50% | 40% | 20% | 0% | 53% |
| % of all patients on Refacto | 11% | 14% | 4% | 3% | 3% | 1% | 0% | 6% |

\*Not one physician had enough experience with the all-in one syringe system to answer questions regarding it



MARTEC

10
GH001026

# Forty percent of the European patient sample are *Recombinate* users. Younger patients are much less likely to have switched products.



*European Findings*

**Product Usage**
**- Patients -**

**Current Products**

Plasma Derived - 34  | 31%
Hellxate* - 6 | 6%
Refacto* - 8 | 7%
Kogenate - 18 | 16%
Recombinate - 44 | 40%

*n = 110*

**% on *Plasma Derived*:**
- Ages < 18 ......... 18%
- Ages ≥ 18 ......... 39%

*No Refacto patients had experience using the all-in-one syringe system

**Previous Products**

| | |
|---|---|
| Monoclate-P | 5% |
| Hemofil M | 5% |
| Beriate | 5% |
| Replenate | 5% |
| Helixate | 5% |
| Kogenate | 5% |
| Recombinate | 4% |
| Don't know name | 7% |
| Others | 59% |

**Reported *no* switching:**
- Ages < 18 ......... 32%
- Ages ≥ 18 ......... 3%

MARTEC

11

GHO01027

# Danish patients report the greatest incidence of Recombinate and recombinant use.



European Findings

Current Product Used
- by Country -

■ Recombinate  ▨ Kogenate  □ Helixate  ■ Refacto  □ Plasma derived

% of Patients

GH0010028

# Swedish physicians report the greatest incidence of *prophylaxis* treatment and Italy the least.



**European Findings**

**Current Treatment Regimen - European Physicians -**

Legend:
- ■ Immune Tolerance
- □ Prophylaxis
- ▨ On Demand

% of Patients

| Country | On Demand | Prophylaxis | Immune Tolerance |
|---|---|---|---|
| Italy (n=10) | 83% | 16% | 1% |
| Spain (n=5) | 79% | 18% | 3% |
| France (n=10) | 77% | 20% | 3% |
| Denmark (n=1) | 64% | 35% | 1% |
| UK (n=10) | 61% | 38% | 1% |
| Germany (n=5) | 42% | 58% | |
| Sweden (n=4) | 23% | 77% | |

MARTEC

GH001029

13



Swedish patients also report the greatest incidence of *prophylaxis* treatment, as do patients under the age of 18.

European Findings

### Current Treatment Regimen
European Patients

■ Immune Tolerance
□ Prophylaxis
■ On Demand

% of Physicians

| | Spain (n=10) | France (n=20) | Italy (n=20) | Denmark (n=10) | Germany (n=20) | UK (n=20) | Sweden (n=10) | <18 (n=44) | ≥18 (n=66) |
|---|---|---|---|---|---|---|---|---|---|
| Immune Tolerance | | 5% | 5% | 10% | | | | | 5% |
| Prophylaxis | 20% | 20% | 20% | 40% | 70% | 70% | 90% | 75% | 27% |
| On Demand | 80% | 75% | 75% | 50% | 30% | 30% | 10% | 25% | 68% |

GH001030

MARTEC

# On average, European physicians report that nearly fifty percent of their patients that started on plasma derived products have switched to recombinant.



*European Findings*

**% of Physicians' Plasma Derived Patients that Switched to Recombinant**

% Switching to Recombinant

Denmark (n=1): 100%
France (n=10): 67%
Sweden (n=4): 58%
UK (n=10): 50%
Spain (n=5): 30%
Italy (n=10): 30%
Germany (n=5): 25%

*Mean = 46%*

MARTEC

BH001031

15

# Physicians claim they have the most influence over a patient's decision to switch products.

*European Findings*

## Switching Reasons - European Physicians -

### Reasons for Switching

- *Safer, less human protein exposure* — **50%**
- Patient requested — 12%
- Patient developed virus — 7%
- Government edict for all <16 — 7%

### Primary Switching Influencers

- *Doctor* — **57%**
- Patients — 24%
- Hemophilia Congress/ Government — 12%
- Hemophilia Society — 5%

n = 45

MARTEC

GH001032

16

**Contentment with current product is the main reason European plasma derived users have not switched to recombinant products.**

*European Findings*

**Reasons for not Switching – Physicians –**

- **Content with/used to current product** — **41%**
- Plasma is cheaper — 26%
- Plasma is as safe — 24%
- Fear of inhibitors — 18%
- Plasma more available — 9%
- Fear of gene technology (Germany only) — 9%

n = 45

**Reasons for not Switching – Patients –**

- **Content with/used to current product** — **38%**
- Doctor has not recommended — 38%
- Plasma is cheaper — 29%
- Fear of inhibitors — 12%
- Plasma more available — 6%

n = 40

MARTEC

17

BH001033

*Improved safety* is clearly the key driver of past switching for European patients. *Availability* is the only other reason mentioned frequently.

European Findings

**Reasons for Past Switching - European Recombinant Patients** · n = 63

| | #1 Reason for Switching | Secondary Reasons for Switching* |
|---|---|---|
| **Safer product - less exposure to human protein** | 54% | 38% |
| Availability | 22% | 6% |
| Very pure product | 3% | 3% |
| Less inhibitor incidence | 3% | --- |
| Developed viral infection | 2% | 6% |
| Lower price | 2% | 3% |
| Doctor/nurse recommendation* | 2% | 2% |
| Easier to use/Convenience | 2% | 2% |
| Government edict (all ≤16 get recombinant in UK) | 2% | 2% |
| Less adverse events | 2% | 0% |

*Decreased significantly, from 28% in 1998

*Respondents could list multiple secondary reasons for switching

MARTEC

GH001034

18

**European patients rely mostly on their physician in making the decisions to switch products. Unlike in the U.S., European nurses provide virtually no influence.**

*European Findings*

|  | Past Switching Influencers - European Patients - | | | Secondary Influencers | |
|---|---|---|---|---|---|
|  | Most Influential | | | | |
|  | ≤18 | ≥18 | | ≤18 | ≥18 |
| **Doctor** | 76% | 61% | | 3% | 7% |
| Hemophilia Treatment Center | 17% | 16% | | 3% | 0% |
| Own research | 3% | 13% | | 10% | 8% |
| Other patients* | 3% | 0% | | 0% | 5% |
| Parents/family | 0% | 5% | | 10% | 0% |
| Hemophilia Society Coordinator | 0% | 2% | | 7% | 5% |
| Nurse | 0% | 2% | | 0% | 0% |
| Government Agency | 0% | 2% | | 0% | 0% |
| Pharmacist | 0% | 0% | | 3% | 0% |
|  | n = 29 | n = 61 | | n = 29 | n = 61 |

*Decreased significantly, down from 22% in 1998

MARTEC

19

GH001035

# Less *Viral Risk* is clearly perceived by European physicians as the number one benefit of recombinant products.

*European Findings*

### Current Recombinant Product "Likes" - European Physicians -

**France** — n=10
| | |
|---|---|
| *Less viral risk* | **100%** |
| Easy to use | 20% |
| Less adverse events | 20% |
| Improved efficacy | 10% |
| Less exposure to human protein | 10% |

**Germany** — n=5
| | |
|---|---|
| *Less viral risk* | **80%** |
| Less exposure to human proteins | 80% |
| Improved efficacy | 40% |
| Easy to use | 40% |
| Less adverse events | 20% |

**Italy** — n=8
| | |
|---|---|
| *Less viral risk* | **88%** |
| Easy to use | 25% |
| Very pure product | 13% |
| Good history | 13% |
| No refrigeration storage | 13% |

**Spain** — n=5
| | |
|---|---|
| *Less viral risk* | **100%** |
| Improved efficacy | 80% |
| Very pure product | 20% |
| Good availability | 10% |

**UK** — n=10
| | |
|---|---|
| *Less viral risk* | **90%** |
| Improved efficacy | 30% |
| Less exposure to human protein | 30% |
| Less adverse events | 20% |
| Easy to use | 20% |

**Nordic** — n=5
| | |
|---|---|
| *Less viral risk* | **80%** |
| Manufacturer reputation | 40% |
| Easy to use | 40% |
| Less adverse events | 20% |
| Ease of mixing | 20% |
| Smaller dosage size | 20% |

MARTEC

GH001036

20

# Recombinant users like the *improved viral safety* aspects of their products. Plasma derived users like the *efficacy* of their products.

## Current Product "Likes" - European Patients -

*European Findings*

### Recombinant Users

| | |
|---|---|
| Less exposure to human protein | 39% |
| Easy to use | 39% |
| Limited viral risk | 38% |
| Good efficacy | 23% |
| More potent/concentrated | 18% |
| Ease of mixing | 9% |
| No refrigeration storage | 8% |

n=76

### Plasma Derived Users

| | |
|---|---|
| Good efficacy | 47% |
| Easy to use | 41% |
| Ease of mixing | 22% |
| Limited viral risk | 16% |
| Very pure product | 10% |
| Good history | 10% |
| Good availability | 6% |

n=32

MARTEC

21

GH001037

# European physicians' top "dislike" of recombinant products is that they still contain human proteins.

*European Findings*

**Current Recombinant Product "Dislikes"**
**- European Physicians -**

### France

| | |
|---|---|
| **Has human proteins** | 33% |
| Concern of CJD | 22% |
| Inhibitor incidence | 22% |
| Limited availability | 22% |
| Difficult treatment process | 22% |
| Concern of prions | 11% |

*n=9*

### Germany

| | |
|---|---|
| **Has human proteins** | 50% |
| High price | 50% |
| Limited availability | 25% |
| Difficult treatment process | 25% |

*n=4*

### Italy

| | |
|---|---|
| **Has human proteins** | 100% |
| Limited availability | 13% |
| Inhibitor incidence | 13% |

*n=8*

### Spain

| | |
|---|---|
| **Has human proteins** | 60% |
| Limited choice of potencies | 40% |
| Concern of CJD | 20% |
| Limited availability | 20% |
| Uses animal proteins in manufacturing process | 20% |

*n=5*

### UK

| | |
|---|---|
| High price | 38% |
| Limited availability | 25% |
| **Has human proteins** | 25% |
| Difficult treatment process | 13% |
| Refacto difficult to assay | 13% |

*n=8*

### Nordic

| | |
|---|---|
| **Has human proteins** | 60% |
| Limited availability | 40% |
| High price | 20% |
| All-in-one syringe (not Refacto) | 20% |

*n=5*

MARTEC

While many respondents did not report a dislike, the greatest dislike mentioned by recombinant users is the product is *still exposed to/stabilized by human albumin.*

*European Findings*

## Current Recombinant Product "Dislikes"
### - European Patients -

| Recombinant Users | | Plasma Derived Users | |
|---|---|---|---|
| No dislikes reported | 28% | No dislikes reported | 44% |
| *Stabilized with albumin* | *21%* | Infusion volume too large | 34% |
| Requires IV administration | 14% | Risk of viral infection | 16% |
| Poor quality needles (too blunt)/ infusion method | 14% | Poor quality needles/ infusion method | 16% |
| Poor range/selection of potencies | 8% | Poor packaging | 6% |
| Poor packaging | 8% | Requires IV administration | 3% |
| Requires transfer needles | 6% | Requires refrigeration | 3% |
| Limited availability | 4% | Difficult to mix | 3% |
| Concern of CJD | 1% | | |
| Concern of prions | 1% | | |
| Exposure to animal proteins in manufacturing process | 1% | | |

n=76

n=32

MARTEC

23

GH001039

Physicians are equally satisfied with all recombinant products. Overall, Refacto patients are the most satisfied with their current products.

*European Findings*

## Overall Satisfaction
### - Current Product and Service -

**Physicians**

| | |
|---|---|
| Helixate | 8.4 |
| Refacto | 8.3 |
| Recombinate | 8.3 |
| Kogenate | 8.2 |
| Plasma Derived | 7.0 |

n = 19
n = 22
n = 40
n = 35
n = 48

Scale: 0 — 2 — 4 — 6 — 8 — 10

**Patients**

| | |
|---|---|
| Refacto | 9.4 |
| Recombinate | 8.7 |
| Kogenate | 8.5 |
| Plasma Derived | 8.1 |
| Helixate | 8.0 |

n = 8
n = 49
n = 18
n = 34
n = 6

1998 Ratings

9.2
7.4

Not at all satisfied — 0 — 2 — 4 — 6 — 8 — 10 — Completely satisfied

*Statistical significance difference ≥.4

MARTEC

24
GH001040



*Viral Safety,* in general, is what most respondents think of when thinking of recombinant product safety.

*European Findings*

**Unprompted Elements of Safety**

Physicians (n=45)
Patients (n=110)

% Mentioning Unprompted

| | |
|---|---|
| Viral Safety | 82% / 74% |
| Less/No human protein | 36% / 25% |
| Inhibitor Incidence | 43% / 17% |
| Treatment process | 23% / 16% |
| Adverse events | 11% / 6% |
| Concern of CJD | 9% / 12% |
| Efficacy | 9% / 6% |
| Track record/ safe history | 9% / 6% |

MARTEC

25

BH001041



*Concern of CJD replaces origin of donor pool on this year's unprompted safety list. Viral safety issues still rate the highest, but were mentioned by fewer respondents in 1999.*

GH007042

# Viral safety clearly rated the highest in terms of safety importance for both groups in both 1998 and 1999.



BH001043

Physicians in Sweden, France and the U.K. rate their satisfaction with the safety of recombinant products lower than physicians in other countries.





**European Findings**

Safety Needs of Current Products
- Physicians -

Legend:
- ■ Recombinant Mean
- □ Plasma Derived Mean

| | 1998 | 1999 |
|---|---|---|
| Recombinant Mean = | 8.9 | 8.7 |
| Plasma Derived Mean = | 7.5 | 7.3 |

**Germany (n=5)**
- 9.2
- 8.6

**Spain (n=5)**
- 9.2
- 7.8

**Italy (n=10)**
- 9.1
- 7.6

**Denmark (n=1)**
- 9.0
- 7.0

**Sweden (n=4)**
- 8.5
- 6.3

**France (n=10)**
- 8.4
- 7.4

**U.K. (n=10)**
- 8.2
- 6.0

*Does not meet safety needs* (5.0) ... *Highly meets safety needs* (10.0)

**Comments**

"They are safe products so I give them a 9  They don't get a 10 because they still contain albumin " - Italian Physician

"The recombinant products certainly provide better viral safety than plasma derived products "  - Spanish Physician

"The products are good, but still use animal or human proteins  They also show inhibitor formation " - U K Physician

"These products can transmit B parvo virus as well as CJD "  - Swedish Physician

"Recombinant products are not absolutely safe either "  - French Physician

MARTEC

28
GH001044

# As with overall satisfaction, Refacto receives the highest ratings in terms of meeting patients' safety needs. Kogenate's rating increased from 1998 and Recombinate's rating decreased.



European Findings

*Safety Needs of Current Product - Patients -*

*Statistical significance = ≥.4

GH001045

# Recombinate and Kogenate users rate the reputations of both GI/Wyeth and Centeon very low.





30
GH001046

# Not providing information was often mentioned as a reason a supplier received low reputation ratings.

## European Findings

### Company Reputation Comments

**Physicians**

"*Centeon is good because of good support of agents, supply of good product information, product development and its availability is good. Baxter received lower ratings because they provide no new information on product development*"
— Italian Physician

"*I wish Baxter would supply us with more information. Wyeth is too aggressive in selling, I don't like that*"
— German Physician

"*Bayer is never clear with us. They often have supply problems and don't cooperate well with the treatment centers Wyeth is too commercialized and does no R&D*"
— French Physician

"*Baxter uses a bovine serum, therefore, I prefer the other companies*"
— Spanish Physician

**Patients**

"*I gave a low rating to all companies because of the poor way they handled the HIV problems in the 1980's*"
— Spanish, ≥18 Patients

"*The product's price is too high All suppliers abuse the situation and dependency of patients*"
— French, ≥18 Patient

"*I am confident that Baxter delivers a good product. I don't know much about the other suppliers, but have heard nothing bad about them*"
— Swedish, <18 Patient

"*Baxter should give patients more information Bayer and Centeon have had supply problems Wyeth has not been on the market long enough*"
— German, <18 Patient

"*I've used Baxter for the last 10 years with good experience My friends that use Bayer are happy with them But I don't trust any company completely*"
— Danish, ≥18 patient



MARTEC

31

GH001047



Not surprisingly, Refacto receives the highest ratings in *Latest Technology*, but the lowest in *Long-Term Clinical Experience*.

European Findings

Physician Key Switching Criteria
– Importance and Performance =

*Performance was not asked for on Insurance Guidelines*

32
GH0O1048

# Patients give Refacto superior ratings in *Viral Safety, Availability, Latest Technology and Supplier Reputation.*



Patient Key Switching Criteria
- Importance and Performance -

European Findings

GH001049

# Clinical Data and Educational Support were the most often mentioned as additional key selection criteria.



European Findings

Other Selection Criteria
- Not from list provided -

Physicians (n=45)
Patients (n=110)

Research/clinical trial data — 9% / 5%
Educational support to community — 7% / 8%
Manufacturing quality control — 2% / 1%
Dosage size — 2% / 2%
Efficacy — 0% / 3%

% Respondents Mentioning

0%  5%  10%  15%  20%  25%  30%  35%  40%  45%  50%

MARTEC

GH004050

# European recombinant patients are typically satisfied with the infusion volume of their products.



*European Findings*

**Infusion Volume**

*Consists of a high proportion of plasma derived users

GH001 051

# Most dissatisfaction results from high infusion volumes.

*European Findings*

## Infusion Volume Improvements

### Physicians

| | |
|---|---|
| *Want less fluid* | 20% |
| Product wasted, too much left in tubing | 2% |
| Too much fluid for children | 2% |
| 10 ml is too small, prefer 30 ml | 2% |

n = 45

### Recombinant Patients

| | |
|---|---|
| *Want less fluid* | 12% |
| Too concentrated | 1% |

n = 76

MARTEC

36
GH001052

# Most respondents are satisfied with the range of potencies offered by their products.



**European Findings**

**Range of Potencies**

% Satisfied

| | |
|---|---|
| Physician (n=45) | 82% |
| Recombinate User (n=44) | 88% |
| Refacto User (n=8) | 88% |
| Kogenate User (n=18) | 94% |
| <18 (n=44) | 96% |
| ≥18 (n=65) | 85% |
| Recombinant user (n=75) | 91% |
| Plasma user (n=32) | 84% |

MARTEC

37

BH001053

# Dissatisfaction here results from not high enough potencies (>1000 IU) and too limited variety of potency choices.

*European Findings*

**Range of Potencies Improvements**

| Physicians | | Recombinant Patients | |
|---|---|---|---|
| Higher potencies (>1000 IU) | 11% | Higher potencies (>1000 IU) | 5% |
| Greater variety of potencies | 6% | Greater variety of potencies | 5% |
| Lower potencies (50 & 100 IU) | 4% | | |

*n = 45*

*n = 76*

MARTEC

38
GHO01054

# European respondents are most aware of Refacto. Physicians are more aware of new products than patients.



BH001055



Awareness of Refacto in Europe has increased significantly from 1998 to 1999, surpassing Kogenate SF as the product with the greatest level of awareness.

*European Findings*

**New Product Awareness**
– 1998 vs. 1999 –

**European Patients**

**European Physicians**

40
GH001056

As with the U.S. physician data, the majority of the European physicians believe the next generation products will be *Albumin Free.*

*European Findings*

## Current Unaided Knowledge of New Products
### - European Physicians -

### Refacto

- *Albumin free* — 56%
- B-domain deleted — 49%
- Less albumin — 9%
- Greater risk of inhibitors — 9%
- In trials/coming out soon — 7%
- No answer — 7%
- No animal proteins — 4%

### Kogenate SF

- *Albumin free* — 60%
- Less albumin — 22%
- Sucrose as stabilizer — 13%
- Heard of, but nothing specific — 11%
- No answer — 11%
- In trials/coming out soon — 9%

### Helixate NexGen

- No answer — 42%
- *Albumin free* — *20%*
- Heard of, but nothing specific — 20%
- Same as Kogenate SF — 13%
- Less albumin — 7%

*% of respondents mentioning*

*n = 45*

MARTEC

41

BH O01057

# While most patients had no knowledge, those that did answer this believed that the new products will be *albumin free.*

## Current Knowledge of New Products - European Patients -

### Refacto

- No answer — 49%
- *Albumin free* — 23%
- Heard of, but nothing specific — 18%
- Added viral inactivation — 5%
- B-domain deleted/ smaller molecule — 4%
- Improved treatment process — 4%
- In trials/coming out soon — 3%
- Higher inhibitor incidence — 3%

### Kogenate SF

- No answer — 65%
- *Albumin free* — 15%
- Heard of, but nothing specific — 14%
- Less albumin — 3%
- It's a second generation product — 5%
- In trials/coming out soon — 2%

### Helixate NexGen

- No answer — 82%
- Heard of, but nothing specific — 9%
- *Albumin free* — 5%
- It's a second generation product — 4%
- Less albumin — 3%

% of respondents mentioning

n = 110

European Findings

MARTEC

42
GH001058

The lowest level of awareness was expressed over new products having different stability profiles affecting continuous infusion and room temperature storage.



European Findings

**New Product Awareness\***

*Are you aware that certain reformulated recombinant Factor VIII concentrates...*

will not use human albumin as a stabilizer?
— 71%
— 82%
— 100%

are still exposed to human/animal proteins in manufacturing?
— 65%
— 73%
— 98%

are based on a modified Factor VIII gene?
— 18%
— 41%
— 93%

may not allow continuous infusion and room temperature storage?
— 30%
— 32%
— 40%

Lowest Awareness

% Respondents Aware

Legend:
☐ Physicians (n=45)
▨ <18 Patients (n=44)
■ ≥18 Patients (n=66)

*Refacto users demonstrate a much higher level of awareness of all these issues than do Recombinate and Kogenate users

MARTEC

43

GH001059

While European patients' awareness has improved since last year in two areas, it still is low regarding the use of a *modified gene*.

*Are you aware that certain reformulated recombinant Factor VIII concentrates...*

### European Findings



**New Product Awareness**
**- 1998 vs. 1999 -**

**European Physicians**

■ 1998 Awareness □ 1999 Awareness

will not use human albumin as a stabilizer? — 100% / 100%

are still exposed to human/animal proteins in manufacturing? — 80% / 98%

are based on a modified Factor VIII gene? — 85% / 93%

**European Patients**

■ 1998 Awareness ■ 1999 Awareness

will not use human albumin as a stabilizer? — 61% / 75%

are still exposed to human/animal proteins in manufacturing? — 31% / 68%

are based on a modified Factor VIII gene? — 25% / 32%

% Respondents Aware

MARTEC

44
GHO01060

# A high level of concern was expressed over *not* allowing continuous infusion and room temperature storage.

**European Findings**

*Is it a concern to you that certain reformulated recombinant Factor VIII concentrates...*



*Refacto users typically express less concern over these issues than do Recombinate and Kogenate users*

GH001 061

# Comments support the previous data...

European Findings

## Comments/Quotes

New Product Concerns

"It's not a problem  Factor VIII can be well stabilized anyway with sucrose or glucose
- UK Physician

"Eliminating human albumin will reduce the risk of viral transmission."
- Italian, ≥18 Patient

"This still provides the theoratical risk of infection from known and unknown viruses "
- Spanish Physician

"Any exposure to human or animal proteins poses a risk of viral infection "   - Swedish, <18 Patient

"No adverse events have been observed as of yet  due to the modified Factor VIII gene   I don't think is
a concern "
- Danish Physician

"I don't know enough about genetics to answer this, but I'm not too concerned about a modified gene "
- French, ≥18 Patient

"This is a concern   You need both continuous infusion and room temperature storage  to use during
surgery"
- German Physician

"Without room temperature storage, my son can't take his product to school " - French, <18 Patient

MARTEC

46

GH001062



On average, European physicians expect 24% of their patients **not to switch** to a reformulated product. Refacto is slightly more likely to be the product of choice for those that do switch.

*European Findings*

**What % of Patients Will Switch to Each Product? - European Physicians -**

Helixate NexGen — 18%

Other — 7%

Never Switch — 24%

Kogenate SF — 24%

Refacto — 27%

n = 45

MARTEC

47

GH001063



European physicians expect fewer patients to switch to a reformulated product now (76%) than they did last year (86%). The speed of the expected switching, however, appears to have increased slightly.

*European Findings*

European Physicians Switching Timing to a Reformulated Product

n = 45

% of Patient Population

100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%

1998 Estimates

1999 = 59% within 1 year
1998 = 53% within 1 year

Immediately (within 1st six months)  36%  37%
Six months to one year  23%  16%
Within the second year  10%  15%
After two years  7%  18%
Never try that product  24%  14%

% Switching Timeframe

MARTEC

48
GH001064

# U.K. and Danish physicians expect their patients to switch to reformulated products the most quickly.

*European Findings*



**Switching Timing by Country**
**- European Physicians -**

Legend: ⬛ Within 6mo.  ■ 6mo.-1yr.  ⬛ Within 2nd yr.  ☐ After 2yrs.  ■ Never

% of Patients

| | Denmark (n=1) | UK (n=10) | France (n=10) | Germany (n=5) | Spain (n=5) | Italy (n=10) | Sweden (n=4) |
|---|---|---|---|---|---|---|---|
| Within 6mo. | | 10% | 19% | | 11% | | 30% |
| 6mo.-1yr. | | 11% | 36% | 33% | 16% | 45% | 16% |
| Within 2nd yr. | | | | 16% | 30% | 1% | 18% |
| After 2yrs. | 100% | 79% | 45% | 12% | 13% | 33% | 16% |
| Never | | | | 39% | 30% | 21% | 20% |
| 1998 % w/in 1 year | N/A | 65% | 62% | 51% | 33% | 53% | 45% |
| Change '98 to '99 | N/A | +25% | +19% | 0% | +10% | +1% | -9% |

MARTEC

BH001065

49

# Concern over availability was often mentioned as a reason for delaying switching to the reformulated products.

*European Findings*

### Comments/Quotes

| Physicians Switching Timing Explanations |
| --- |

"20% of patients are already on Kogenate and 20% are already Recombinate. 100% of those patients would switch immediately to the next generation of those two products"

- UK Physician

"Due to availability and price, switching would take between 6 months and 1 year."

- Italian Physician

"I need to see more experience with those products   The current products my PTPs are on are so good I see no need to rush switching"   - Swedish Physician

"I would switch to the safer product, but supply must be answered first"

- French Physician

"When the new version is available and studies show good tolerance and safety, then I would switch all my patients"

- Danish Physician

MARTEC

# Kogenate users appear to be very brand loyal as they are most likely to try Kogenate SF. Without a next generation Baxter product, Recombinate users would likely try Refacto.

*European Findings*

**Reformulated Product Most Likely to Try**
**- European Patients -**

Indicates strong brand loyalty

| | ≤18 | ≥18 | Recombinate Users | Kogenate Users |
|---|---|---|---|---|
| **Kogenate SF** | 48% | 28% | 20% | 86% |
| Refacto | 36% | 52% | 65% | 7% |
| Helixate NexGen | 16% | 7% | 5% | 7% |
| Other | 0% | 14% | 10% | 0% |
| – Recombinate next generation | | -10% | -10% | |
| | n = 25 | n = 29 | n = 20 | n = 14 |

~half of the patients either had no preference or could not answer this question without more information or would never switch to any of these products

MARTEC

51

GH001067



Danish and Italian patients would be the most likely to try Refacto.

European Findings

Reformulated Product Most Likely to Try
= European Patients

Legend:
- Kogenate SF
- Helixate NexGen
- Refacto
- Other

% of Patients

France (n=8): 12%, 25%, 63%
Sweden (n=7): 43%, 57%
Spain (n=4): 25%, 25%, 50%
Germany (n=6): 50%, 50%
Italy (n=5): 67%, 33%
UK (n=6): 20%, 40%, 20%, 20%
Denmark (n=7): 14%, 14%, 72%

MARTI C

Regardless of the product, approximately 45% of patients would need it to be on the market for a year or less to feel comfortable using it. This is down from 54% reported in 1998.

*European Findings*

## Time on Market to Feel Comfortable Using a Reformulated Product
### - European Patients -



Legend:
- Refacto (n=98)
- Kogenate SF (n=91)
- Helixate NexGen (n=88)

~45% within 1 year vs. 54% in 1998

| Time | Values |
|---|---|
| Immediately (within 1st 6 months) | 22% 22% 23% |
| Six months to one year | 24% 21% 19% |
| Within the second year | 25% 23% 24% |
| After two years | 22% 22% 19% |
| Will never try that product | 12% 12% 10% |

1998 Estimates: 26%, 28%, 24%, 22%, 0%

Y-axis: % Switching to Recommended Product (0% – 40%)

MARTEC

53

GHO01069

# Older European patients are more likely to switch early or not at all.



54
GH001070

# Excluding German patients, most patients are less likely this year to try one of the newly reformulated products within its first year.



*European Findings*

Time on Market Needed to Feel Comfortable with Reformulated Products
- European Patients by Country -

Legend: ▨ Within 6mo   ▬ 6mo.-1yr.   ▩ Within 2nd yr.   □ After 2yrs.   ■ Never

**Germany (n=19)**: 18%, 16%, 12%, 10%, 43%
1998 % w/in 1 year: 30%
Change '98 to '99: +23%

**France (n=17)**: 12%, 21%, 18%, 18%, 31%
1998 % w/in 1 year: 55%
Change '98 to '99: -6%

**UK (n=19)**: 5%, 21%, 35%, 18%, 21%
1998 % w/in 1 year: 56%
Change '98 to '99: -11%

**Denmark (n=10)**: 37%, 13%, 30%, 20%
1998 % w/in 1 year: 66%
Change '98 to '99: -16%

**Italy (n=9)**: 38%, 27%, 26%, 9%
1998 % w/in 1 year: 50%
Change '98 to '99: -15%

**Spain (n=8)**: 13%, 48%, 39%
1998 % w/in 1 year: 84%
Change '98 to '99: -45%

**Sweden (n=10)**: 10%, 40%, 23%, 27%
1998 % w/in 1 year: 25%
Change '98 to '99: 2%

% of Patients (y-axis: 0% to 100%)

MARTEC

55

BH001071

# Comments reveal that the physician's recommendation plays a critical role on deciding if and when to switch.

*European Findings*

| Patients Switching Timing |
| Explanations |

**Comments/Quotes**

*"I would switch to any safer product immediately as long as it were approved by my doctor"*
— Danish, ≥18 Patient

*"I would consider using Refacto, but would like more information on how it works and if it will always be available  About 6 to 12 months would be necessary for this "*
— Italian, ≥18 Patient

*"I would wait about one year to see how other patients respond to the new products  But, the decision also depends on the physician's advice "*
— French, <18 Patient

*"I would first want to see the effects of the products on other patients, as well as hear what my doctor has to say "*
— UK, <18 Patient

*"I would wait a couple of years to see the trial results of any product my son would take   The new product must be of better quality for us to switch "*
— Spanish, <18 Patient


MARTEC

56
GH001072

# European physicians expect the majority of their patients to switch first to the reformulated product and then to a "protein free" product.

GH001073

57

European Findings





**Switching Scenarios**
**- European Physicians -**

**Comments/Quotes**

"Most of my patients would switch to the safest product available, when available. However, some patients would not switch for fear of inhibitors."
— Italian Physician

"Because of the improved safety of each product, most would switch twice. Plasma patients would stay on plasma."
— German Physician

"Certain patients would not switch every 2 years. It is difficult to make patients switch when they are satisfied with their product."
— French Physician

"Plasma users now will stay on plasma. Some recombinant users will wait for the best product, but most switch to the safest product available."
— French Physician

n = 45

- Switch to reformulated within next 2 years, never switch to "protein free": 4%
- Switch to reformulated within next 2 years, and then switch to "protein free": 56%
- Never switch to the reformulated but switch to "protein free": 31%
- Never switch from current product: 9%

100% 90% 80% 70% 60% 50% 40% 30% 20% 10% 0%

MARTEC



# U.K. physicians believe the majority of their patients will not switch to a reformulated product, but will wait for a protein free product.

*European Findings*



**Switching Scenarios**
- **European Physicians by Country** -

Legend:
- ☐ Never switch
- ▨ Not switch to reform, but switch to protein free
- ▨ Switch to reform and switch to protein free
- ■ Switch to reform, but not to protein free

**% of Physicians** (vertical axis: 100%, 80%, 60%, 40%, 20%, 0%)

| Country | Values |
|---|---|
| Sweden (n=4) | 18%, 62%, 20% |
| Germany (n=5) | 20%, 2%, 78% |
| Italy (n=10) | 8%, 19%, 73% |
| France (n=10) | 18%, 24%, 47%, 11% |
| Spain (n=5) | 4%, 44%, 52% |
| UK (n=10) | 3%, 60%, 37% |

Danish physician could not answer this question without more clinical data

MARTEC

58
GH001074

Patients say they are more likely to wait for the protein free product than physicians predict. However, it is the physician that has the most influence over the decision to switch.



Switching Scenarios
- European Physicians by Country -

*European Findings*

Physicians (n=45)
Patients (n=110)

| | | | |
|---|---|---|---|
| Switch to reformulated within next 2 years, never switch to "protein free" | Switch to reformulated within next 2 years and then switch to "protein free" | Never switch to the reformulated but switch to "protein free" | Never switch from current product |
| 4% / 0% | 56% / 48% | 31% / 43% | 9% / 9% |

MARTEC

59

GH001075

# Younger patients and Recombinate users are more likely to wait for the protein free product before they switch.



European Findings

Switching Scenarios
- European Patients -

Comments/Quotes

"I am satisfied with Recombinate and would wait for a product that is really better."
- France, <18 Patient

"Switching my son is always a risk. If we are going to switch, I would wait until we found a product he could stay with."
- Sweden, <18 Patient

"It does not make sense to risks inhibitor problems with another product that is really not better."
- Italy, <18 Patient

"I would always try to use the product with the least viral risks."
- Spain, ≥18 Patient

"If recommended by my doctor, I would switch immediately to the safest product on the market."
- UK, ≥18 Patient

MARTEC

# Spanish and Danish patients are most likely to wait for the protein free product before they switch.





European Findings

Switching Scenarios
- European Patients by Country -

Legend:
☐ Never switch
☒ Not switch to reform, but switch to protein free
■ Switch to reform and switch to protein free
■ Switch to reform, but not to protein free

% of Patients

| | UK (n=20) | France (n=18) | Germany (n=19) | Sweden (n=10) | Italy (n=20) | Denmark (n=10) | Spain (n=10) |
|---|---|---|---|---|---|---|---|
| top | 5% | 17% | 16% | 10% | 10% | | |
| mid | 35% | 28% | 32% | 50% | 50% | 60% | 70% |
| bottom | 60% | 55% | 52% | 40% | 40% | 40% | 30% |

MARTEC

BH001077

61



Physicians are less likely to switch older patients as they are comfortable with their current products and fear the risk of inhibitors from new products.

*European Findings*

Is Patient's Age a Factor In Deciding to Switch Products?

European Physicians

% Yes, Age is a factor

- Spain (n=5): 100%
- France (n=10): 80%
- Italy (n=10): 70%
- Germany (n=5): 60%
- UK (n=10): 60%
- Nordic (n=5): 60%

MARTEC

62
GHO01078

# Typically, the youngest patients receive the best products.

*European Findings*

**Is Patient's Age a Factor In Deciding to Switch Products?**

**Comments**

## Comments/Quotes

*"Children and younger patients will immediately use the new products."*

— Spanish Physician

*"The younger patients should be exposed to as few concentrates as possible. Therefore, they should always start with the best product available."*   — Swedish Physician

*"If the patients are children, they get the recombinant product. The older patients have already been on other products and are afraid of inhibitor occurrence. Cost and availability are factors as well."*

— Italian Physician

*"It's a matter of price. If the new products are cost effective, then all patients would get them regardless of age."*

— German Physician

*"The older patients have the same rights as the younger ones to receive the best possible and safest product."*

— Danish Physician

MARTEC

63

GH001079



With the exception of the Danish physician, European physicians expect nearly all PUPs to start on the reformulated products once they become available. Italy and Germany are up from 1998.

European Findings

% Newly Diagnosed on Reformulated

% new patients will start on reformulated

| | Italy (n=10) | Spain (n=5) | UK (n=10) | Sweden (n=4) | Germany (n=5) | France (n=10) | Denmark (n=1) |
|---|---|---|---|---|---|---|---|
| 1998 Estimates | 53% | 100% | 97% | 100% | 74% | 92% | N/A |

Bar values: Italy 100%, Spain 100%, UK 100%, Sweden 100%, Germany 99%, France 94%, Denmark 30%

MARTEC

64
GH 001080

# When a preference does exist for PUPs in Europe, that preference is more often for Refacto.



*European Findings*

**Will One Reformulated Products be Preferred for PUPS?**

**European Physicians**

Mean = 27%

| | Spain (n=5) | Germany (n=5) | France (n=10) | Sweden (n=4) | UK (n=10) | Italy (n=10) | Denmark (n=1) |
|---|---|---|---|---|---|---|---|
| Refacto | 60% | – | – | 25% | 10% | – | – |
| Kogenate SF | – | 40% | – | – | 10% | – | – |
| No answer | – | – | 40% | – | – | – | – |

Bar values: Spain 60%, Germany 40%, France 40%, Sweden 25%, UK 20%, Italy 0%, Denmark 0%

% Yes, prefer one product for PUPs (axis: 0%–80%)

MARTEC

SH001081

65

# While most physicians commented that the reformulated products will be viewed equally, a few expressed specific preferences.

**European Findings**

**Comments/Quotes**

> **Will One Reformulated Products be Preferred for PUPS?**
>
> Comments

*"At this stage it does not look like one reformulated product is safer or better than another"*
— Italian Physician

*"Safety will be similar so it will depend upon availability"*
— French Physician

*"I have heard many good things about Refacto so it will most likely be that product"*
— Spanish Physician

*"Refacto contains no plasma so that would be preferred for the PUPs"*
— UK Physician

*"Kogenate SF will be the first new product on the market in the UK, so that will be the product given to PUPs"*
— UK Physician

*"I would say Kogenate SF, because we have more familiarity with that product's predecessor"*
— French Physician


MARTEC

Most European physicians do not see the need to keep previous generation products on the market once later generation products are introduced.



*European Findings*

Need to Keep Previous Generation Products on Market?
- European Physicians by Country -

Overall Mean = 24%

% Yes, need to keep on market

| | |
|---|---|
| Spain (n=5) | 60% |
| Sweden (n=4) | 50% |
| UK (n=10) | 30% |
| Germany (n=5) | 20% |
| France (n=10) | 10% |
| Italy (n=10) | 10% |
| Denmark (n=1) | 0% |

MARTEC

67

BH001083

# Kogenate users and Spanish patients see the least need to keep previous generation products on the market.



Need to Keep Previous Generation Products on Market?
- European Patients by Country and by Age -

European Findings

By Country

By Age & Product Type

68
GH001084

# Inhibitor incidence, question of supply and cost are reasons to keep previous products on the market.

*European Findings*

---

### Need to Keep Previous Generation Products on Market?

**Comments**

---

### Comments/Quotes

*"I will always use the new product if it is proven safer."*
- Danish Physician

*"It is better to only offer and use the best products available, therefore there is no need to keep the older products around "*
- Spanish, ≥18 Patient

*"The new product will have enough long-term clinical testing before it's introduced   Therefore, there will be no need to keep the old product on the market "*
- Spanish Physician

*"Why would anyone want an inferior product when their safety is in question?"* - Italian Physician

*"It's nice to keep the old product if the new ones are more expensive or have availability problems "*
- U K Physician

*"You should keep older products around for those who can't tolerate the new ones   But it may be expensive to keep two products on the shelf."*
- French, <18 Patient

**MARTEC**



69

GH001085

Nearly three fourths of European physicians value these features enough to limit their use of such products. *Continuous infusion was mentioned slightly more often than room temperature storage.*

*European Findings*

## Convenience Features with New Products

### European Physicians

**Will lack of these features influence your opinion of the new products?**



No
28%

Yes
72%

**% concerned over lack of ...**
- Continuous infusion        19%
- Room temperature storage   14%
- Both issues/
  one not specified          39%

### Comments/Quotes

*"It causes me concern. If the product is less stable, it may lead to a higher incidence of inhibitors"*
— Italian Physician

*"It's a big disadvantage if the product can not be used for continuous infusion"*
— French Physician

*"This would not be good. It is very inconvenient for a patient to have to refrigerate the product"*
— Swedish Physician

*"It would be a step backwards, but I would still recommend the product. Safety is more important than ease of use"*
— French Physician

MARTEC

GH001086

70

# Over 40% of patients are willing to give up these conveniences for a safer product. However, *room temperature storage* is a tougher convenience for European patients to forego.

*European Findings*

## Convenience Features with New Products

*Will lack of these features influence your opinion of the new products?*

**European Patients**



Yes ▸

| | |
|---|---|
| Yes | 59% |
| No | 41% |

**% concerned over lack of...**
- Continuous infusion — 6%
- Room temperature storage — 18%
- Both issues/ one not specified — 35%

## Comments/Quotes

"*If it needs refrigeration, it would be much harder to have real freedom.*" - U.K, ≥ 18 Patient

"*Room temperature storage is important for traveling and continuous infusion is important during surgery*" - Denmark, ≥18 Patient

"*If no room temperature storage or continuous infusion, then the old products must definitely stay on the market*" - France, ≥18 Patient

"*If the new product were safer, I'd definitely have to use it regardless of these drawbacks*" - U.K, <18 Patient

"*I'd sacrifice convenience features to get the best medicine for my son*" - Sweden, <18 Patient

MARTEC

71

BH001087

# Less than half of European physicians place a premium of greater than 5% for the benefits of the newly reformulated products.



European Findings

Pricing Sensitivity
- Overall European Physicians -

Most physicians are sensitive to price premiums of 5% and 10%

**More sensitive to price Increase**
- Denmark (n=1) - will pay no premium
- Italy (n=10) - will pay no more than 5%

**Less sensitive to price Increase**
- Germany (n=5)
- Spain (n=5)      } 20% of physicians will
- France (n=10)    } pay up to a 20% premium

n = 45

% Preferring the Newly Reformulated Product

100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%

<current =to current   5%>   10%>   15%>   20%>   25%>   30%>   35%>   40%>   45%>   50%>   more than 50%>

Newly Reformulated Product's Price
Compared to Price of Current Product

MARTEC

72
GH001088

# European physicians are slightly more price sensitive in 1999. Unlike last year, not one physician will tolerate a 25% premium.



**European Findings**

### Pricing Sensitivity
### - European Physicians 1998 vs. 1999 -

- ■ 1998 European physicians (n=46)
- ◆ 1999 European physicians (n=45)

*Newly Reformulated Product's Price Compared to Price of Current Product*

% Preferring the Newly Reformulated Product

73

GH001089

MARTEC

**Questions exist about how great of a benefit actually exists with the new products. This, plus tightening fiscal policies, limit how much of a premium can be charged.**

*European Findings*

### Comments

> **Pricing Sensitivity Comments**

*"Because the advantage of the reformulated product is not that great, not much of a price premium will be tolerated"*
— German Physician

*"A price increase of 20% would be very noticeable in prophylaxis treatment"*
— Swedish Physician

*"It does not matter for the patients, but for the social security a price increase of more than 20% could not be tolerated."*
— Spanish Physician

*"More than a 10% premium can not be tolerated.   Recombinant products are still not 100% safe."*
— Italian Physician

*"I didn't see how we can justify a price increase of more than 10% to our purchasing bodies  It would never get approved"*
— U K  Physician


MARTEC

74
GH001090

# Agenda

Objectives and Methodology

European Findings

European Conclusions and Recommendations

MARTEC

75

GH001091

# The summary of these findings is based upon the 167 Phase I and II European interviews.

## European Conclusions

### Current Product Environment Findings

1. Recombinate is the most used FVIII concentrate as reported by European physicians   However, physicians in Italy and Spain report the greatest use of plasma derived products.

2. Over 50% of the physicians interviewed are prescribing Refacto to six percent of the European patient population

3. 85% of patients in our sample have switched products at least one time

4. Prophylaxis treatment was most common in Sweden (77%) and least common in Italy (16%)

5. European patients rely heavily on physicians in making their product decisions

6. The promise of a safer product was the key driver of switching   Physicians clearly provide the most influence in the switching decision

7. Contentment with current products, followed by cost, are the main reasons plasma derived patients have not switched to recombinant products



MARTEC

# Key European Findings (continued)

*European Conclusions*

## Current Product Environment Findings (continued)

8.  Less viral risk is the top like of recombinant products for European respondents   Still contains human albumin is the top dislike

9.  Viral safety is clearly the most important element of safety. This is followed by less/no human protein and inhibitor incidence

10. Recombinant products are viewed as much safer than plasma derived products and receive higher satisfaction ratings   Refacto receives the highest satisfaction ratings from patients.

11. Recombinate and Kogenate users rate the reputations of both Wyeth and Centeon very low.

12. Recombinate outperformed Kogenate in Availability   Refacto leads in Latest Technology, but trails in Long-Term Clinical Experience.

    - Physicians rated all products equal in the most important criteria, Viral Safety

13. Patients expressed a slight need for patient educational material, smaller infusion volumes (5 ml) and a greater range (150, 750, 1500 IU) and availability of potency strengths


MARTEC

GH001093

77

# Key European Findings (continued)

**European Conclusions**

## New Product Awareness & Knowledge

1. Physicians had a much higher knowledge of the new concentrates being developed than did patients  Knowledge of Refacto has surpassed knowledge of Kogenate SF in both groups

2. Most patients (75%) and all physicians knew that human albumin will be removed as a stabilizer for the second generation recombinant products

3. Patient knowledge that human protein will be used in the new products' manufacturing processes has increased significantly from 31% in 1998 to 68% in 1999  Physician knowledge grew from 80% to 96%  Concern over this issues was expressed by approximately 70% of all respondents.

4. Patients still have little knowledge (32%) of the use of a modified gene  Physician knowledge increased from 85% to 93%  Only 30% of respondents expressed concern over this issue.

5. Patients (31%) and physicians (40%) had the least knowledge about new products not allowing continuous infusion and room temperature storage  Concern over this was expressed by 67% of patients and 77% of physicians

6. Due to the removal of human albumin as a stabilizer, second generation recombinant products are viewed as safer than the current recombinant products  In fact, many respondents believe these products will be "albumin free"



MARTEC

# Key European Findings (continued)

*European Conclusions*

### Reformulated Switching & Pricing Findings

1. Many physicians and patients could not determine their likelihood to switch without clinical trials proving lower exposure to viral contamination, no greater incidence of inhibitor development and doctor recommendations in the patients' case.

2. Physicians indicate more of their patients will switch to Refacto than to Kogenate SF or Helixate NexGen.

3. Kogenate users appear brand loyal, saying they are most likely to try Kogenate SF. Without a next generation Baxter product, most Recombinate users would try Refacto

4. Approximately 45% of patients would feel comfortable switching within one year of a reformulated product's introduction, down from 54% in 1998

5. Physicians expect 56% of their patients to switch first to a reformulated product, then to a "protein free" one. They expect 31% of patients to wait for the "protein free" product and only 9% never to switch from their current product

6. On average, 48% of patients think they will switch twice  Overall, 43% say they will wait for a "protein free" product, although these numbers are higher for <18 patients (55%) and Recombinate users (51%)

7. Age is a factor in a physician's decision to recommend switching, they are less likely to recommend switching for older patients



MARTEC

79

GH001095