# Key European Findings (continued)

**European Conclusions**

## Reformulated Switching & Pricing Findings (continued)

8   Nearly all physicians claim they will start their newly diagnosed patients on reformulated products once they are introduced   Denmark is the only exception

9   Spanish and Swedish physicians say they will prefer Refacto for their PUPs, while German physicians say they will go with Kogenate SF

10. Patients (56%), more so than physicians (24%), express the need to keep previous generation products on the market.

11   Physicians, at 72%, are more likely than patients (59%) to be influenced by the inability for continuous infusion and room temperature storage   Specifically, physicians are more concerned about lack of continuous infusion and patients are more concerned over lack of room temperature storage.

12   Refacto will pose the biggest threat to Recombinate in Europe due to its "first to the market" advantage

13   Physicians are price sensitive   Less than half will choose the reformulated product if it is priced more than 5% over the current recombinant FVIII concentrates   Danish and Italian physicians are most price sensitive



MARTEC

# Several changes occurred in the European market from 1998 to 1999. Some may have been driven by Refacto's entry into this market.

## European Findings
### -1998 to 1999 Comparison -

- Refacto has entered the market and holds a 6% share among our sample

- Plasma derived usage has dropped from 39% to 31% among our sample

- *Viral safety* remains the top reason to switch

- *Physician recommendation* has decreased as a reason to switch, but *physicians* remain as the top switching Influencer

- The advantage held by Recombinate over Kogenate in patients' overall satisfaction and meets safety needs ratings in 1998 no longer exists in 1999   Now they are rated equally.

- Unaided *concern of CJD* rose from 0% to 10%

- *Viral safety in general* is still the top unprompted safety concern, but was mentioned less often than in 1998

- *Long-term clinical experience and adverse events* have increased in safety importance

## Conclusions

- *Exposure to human/animal proteins in mfg.* has decreased in safety element importance

- Patients' reputation ratings for Baxter and Bayer have increased, but decreased for Centeon

- Awareness of Refacto has grown significantly, while Kogenate SF awareness grew only slightly

- Patient and physician awareness has risen significantly regarding reformulated products  ...*using albumin to stabilize; still being exposed to proteins in manufacturing, and being based on modified Factor VIII gene*

- The percent expecting to switch within 1 year to a reformulated has risen from 53% in 1998 to 59% in 1999 for physicians and dropped from 54% to 45% for patients

- Physicians are more likely now to start PUPs on reformulated products once they are available

- Physicians have become slightly more prce sensitive, now less  are willing to pay a 20% premium

MARTEC

GH001097

81

# European Project Recommendations

## *Recommendations*

**Baxter can make several marketing moves to slow the acceptance of Kogenate SF, Refacto and Helixate NexGen, perhaps buying more time than the current window. Specific strategies include:**

- Immediately publicize to physicians and patients that Baxter is developing a "protein free" product . *get the word out.*

- Use proactive and defensive marketing tactics to control the speed at which Recombinate users switch to competing reformulated products . *act on the drivers and barriers that Baxter can influence.*

- Work vigorously on a "protein free" product with the critical goal of being the first to market . *be the R&D leader.*



MARTEC

82
GH001098

# European Recommendations (continued)

## Get the Word Out

- publicize to physicians, nurses (in the U.S.) and patients that Baxter is developing a "protein free" product and educate everyone on Baxter's new product as early as possible

## Proactive Marketing Efforts

- continue promoting Recombinate's track record and Baxter as an established FVIII manufacturer
- continue developing brand identity and loyalty for Recombinate, particularly among professionals
- differentiate via patient education and convenience features *(5 ml infusion volumes, a greater selection of potencies, smaller packaging and improved reconstitution/syringe system)*

## Defensive Marketing Efforts

- educate about the *use of human/animal proteins during manufacturing*, refuting (or weakening) the claims that new products will be "albumin free"
- educate about the *use of a modified gene* in new products
- educate about Kogenate SF's potential inability for *continuous infusion* (physician focus) *and room temperature storage* (patient and nurse focus)
- raise questions with physicians about the risks of taking patients off of a single product versus the unsubstantiated reward of an incrementally safer product
- raise questions with physicians about the availability of the newly reformulated concentrates
- raise questions about Wyeth's ability to supply and its commitment to the hemophilia market
- make all efforts to delay the introduction of the reformulated products *(i.e. persuade prominent physicians to refute the trial results of all new products)*
- if share is slipping rapidly, price Recombinate 10% lower than the reformulated products

MARTEC

83

GH001099




# European Recommendations (continued)

*Recommendations*

## Shorten the Window of Exposure

- Physicians and patients need time to review clinical trials prior to switching to a new product. If Baxter can get its product to market within the two year window it can potentially avoid losing a large share of its customers

- It typically takes a full year for a physician to see each patient and discuss new products and switching. Take advantage of this time to educate, build loyalty and raise doubts about the true benefits of the reformulated products.

## First to Market with "Protein Free"

- A "protein free" FVIII concentrate will be seen as a major step-change improvement in safety

- The first company to market with a totally human/animal protein free product should be able to capture a very large percentage of switching patients in a one year time frame, capitalizing on a "first comer" advantage

- Being first to market with a totally safe product would also greatly strengthen the company's reputation and position it as the leader in the Factor VIII replacement market

***
**This concludes the presentation.
Thank you very much.**
***


MARTEC



Appendix

- European Physician Respondent List -



MARTEC

GH001101

85

# 1999 Baxter Global Hemophilia Study
## European Physician Respondent List

*Appendix*

| | | | | |
|---|---|---|---|---|
| Denmark | Jorgen Ingerslev, MD | Physician | Skelby Hospital | Aarhus | 3323 1064565 |
| France | Dr Borel-Derlon | Physician | CHRT Laboratoire D'Hematologie | Caen | 3346 8307235 |
| France | Dr Dirat | Physician | Centre d'Hemophiles La Perle | Osseja | 3347 9965667 |
| France | Dr Gay | Physician | CHG de Chambery/Centre de tra | Chambery | 3347 3750000 |
| France | Dr Gembara | Physician | Hotel-Dieu, Service de pediatr | Clermont-Ferrand | 3347 2117338 |
| France | Dr Negrier | Physician | Hopital Edouard Herriots | Lyon | 3380 2802222 |
| France | Dr Parquet | Physician | Centre de Traitement des Hemop | Lille | 3347 6765487 |
| France | Dr Pernod | Physician | CHRU Grenoble | Grenoble | 3338 1218138 |
| France | Dr Plouver | Physician | Hopital Saint-Jacques | Besancon | 3349 1544224 |
| France | Dr Sicardi | Physician | Centre Medical Montgrand | Marseille | 3314 2341589 |
| France | Dr Stelljes | Physician | Centre de Traitment d'Hemophil | Paris | 5315951424 |
| Germany | Dr Eberl | Physician | KinkerKlinic Braunschweig | Braunschweig | 82195039 |
| Germany | Dr Rommel | Physician | Uniklinik Munchen | Munchen | 4515006461 |
| Germany | Dr Siemens | Physician | Uniklinik Lubeck | Lubeck | 3514 582240 |
| Germany | Dr Wendisch | Physician | Uniklinik Dresden | Dresden | 8951 602811 |
| Germany | Mrs  Dr Kurnik-Auerberger | Physician | Haunersche Kinderklinik | Munchen | 390264 4442970 |
| Italy | Dott  Baudo Francesco | Physician | Ospedale Niguarda | Milano | 390471 908495 |
| Italy | Dott  Billio Atto | Physician | Ospedale Civile | Bolzano | 390105 636551 |
| Italy | Dott  Boeri Elio | Physician | Istituto Scientifico Gaslini | Genova | 390444 993679 |
| Italy | Dott  Castaman Giancarlo | Physician | Ospedale San Bortolo | Vicenza | 390498 212666 |
| Italy | Dott  Ezio Zano | Physician | Azenda Ospedaliera | Padova | 390554 277567 |
| Italy | Dott  Longo | Physician | Ospedale Careggi | Firenze | |


MARTEC

# European Physician Respondent List (continued)

| | | | | | |
|---|---|---|---|---|---|
| Italy | Dott Piseddu | Physician | Ospedali Runiti di Sassari | Sassari | 390792061518 |
| Italy | Dott ssa Laura Perugini | Physician | Azienda Ospedaliera | Torino | 390113135591 |
| Italy | Dott ssa Santarelli Rita | Physician | Ospedale Provinciale Bufalini | Ravenna | |
| Italy | Dottoressa Schinco Piercarla | Physician | Ospedale Molinette | Torino | 393889727503 |
| Spain | Dr Carmen Altisent | Physician | Hospital Vall d'Hebron | Barcelona | 34985108000 |
| Spain | Dr Manuel Fernandez Urgeles | Physician | Hospital Neustra Sra De Covad | Oviedo | 34985108000 |
| Spain | Dr Manuel Quintana | Physician | Hospital La Paz | Madrid | 34915481554 |
| Spain | Dr Rosario Gonzalez Boullousa | Physician | Hospital Xeral de Vigo | Vigo (Galicia) | 34986816000 |
| Spain | Dr Victor Jimenez Yuste | Physician | Hospital La Paz | Madrid | 34913584191 |
| Sweden | Eric Berntorp, MD | Physician | Malmo University Hospital | Malmo | |
| Sweden | Pia Petrini, MD | Physician | Karolinska Hospital | Stockholm | |
| Sweden | Rolf Lung, MD | Physician | University Hospital Malmo | Malmo | |
| Sweden | Sam Schulman, MD | Physician | Karolinska Hospital | Stockholm | |
| UK | Dr Collins | Physician | University Hospital of Wales | Cardis | 441222742155 |
| UK | Dr Elizabeth Chalmers | Physician | Hospital for Sick Children | Glasgow | 441412010000 |
| UK | Dr FGH Hill | Physician | Birmingham Children's Hospital | Birmingham | 441213339999 |
| UK | Dr Makins | Physician | Royal Hallamshire Hospital | Sheffield | 441142711900 |
| UK | Dr Mark Smith | Physician | St Thomas Hospital | London | 441772611379 |
| UK | Dr Mc Verry | Physician | St James University Hospital | Leeds | 441132433144 |
| UK | Dr Paul Giangrande | Physician | Oxford Hemophilia Center | Oxford | 441865741841 |
| UK | Dr RF Stevens | Physician | Royal Manchester Children's | Manchester | 441617944696 |
| UK | Dr Winter | Physician | Kent & Canterbury Hospital | Kent | 441227766877 |
| UK | Professor Pasi | Physician | Licester Royal Infirmary | Leicester | 441162523225 |

MARTEC

87



SH001103

2nd   Gen. Re VIII

N. A. Findings

GH001104

GH001105

## *Final Report*

# 2nd Generation Recombinant Factor VIII Product Introduction Assessment

## North American Findings

### *Baxter Healthcare Corporation*

**January 17, 2000**





SH0O1106

## Objectives

**The primary goal of this project is to provide Baxter with global market intelligence allowing it to successfully position its recombinant Factor VIII product against competitive next-generation products.**

The primary objectives of this project are:

- Determine the motivators and drivers of switching behavior. What will cause and prevent switching from Recombinate to a competitive product?

- Understand the perceptions of decision makers on the next generation recombinant products (Kogenate SF, Refacto and Helixate NexGen) coming to market and how this differs from the previous findings

Specific project objectives include:

- Estimate likelihood of switching from Recombinate to new recombinant products
- Compare findings to those of the initial 1998 study, where applicable

This report represents the views of this sample and is just one piece of a strategic marketing plan. Baxter must balance this data with its corporate directives and other internal, competitive and legislative intelligence.


MARITEC

2

GH001107

# This project was conducted globally and consisted of two distinct phases.

## *Methodology*

### Global Scope

The project was conducted concurrently in the following four global regions:

| North America | Europe | Asia | Inter-Continental |
|---|---|---|---|
| • United States | • Germany | • Japan | • Australia |
| • Canada | • France | | • New Zealand |
| | • Italy | | |
| | • Spain | | |
| | • United Kingdom | | |
| | • Denmark | | |
| | • Sweden | | |

This was a blind study, at no time was Baxter mentioned as the sponsor.

### *Phase I*
Phase I was a focused qualitative phase. Information was gathered via in-depth one-on-one and telephone interviews. This information provided the foundation for the quantitative phase of the research effort.

### *Phase II*
This phase was a quantitative effort, with information gathered via telephone interviews   The output of this phase is a detailed understanding of the project objectives   This information will allow Baxter to develop strategies that maximize its market positioning


MARTLC

GH001108

# A total of 479 interviews were completed for this study.

*Methodology*

| Country | Respondent Group | Phase I Interviews Completed | Phase II Interviews Completed | Notes |
|---|---|---|---|---|
| U S | Patients | 4 | 100 | * 1 short of target and includes 1 nurse. No more physicians agreed to participate |
| | Physicians/Nurses | 7 | 65 | |
| Canada | Physicians | -- | 9* | |
| Germany | Patients | 2 | 20 | ** 5 short of target. Only 10 physicians were targeted by Baxter and 5 refused. |
| | Physicians | 1 | 5** | New guideline was just introduced by German Hemophilia Society discouraging participation in any unsponsored studies |
| France | Patients | 2 | 20 | |
| | Physicians | 1 | 10 | |
| Italy | Patients | 2 | 20 | |
| | Physicians | 1 | 10 | |
| Spain | Patients | -- | 10 | |
| | Physicians | -- | 5 | |
| United Kingdom | Patients | 2 | 20 | † 4 short of target. However, only 3 hemophilia physicians exist in Denmark. 1 declined, 1 not available |
| | Physicians | 1 | 10 | |
| Denmark | Patients | -- | 10 | |
| | Physicians | -- | 1† | |
| Sweden | Patients | -- | 10 | †† 1 short of target. No more physicians agreed to participate |
| | Physicians | -- | 4†† | |
| Japan | Patients | 3 | 54× | |
| | Physicians | 2 | 20 | |
| Australia | Patients | 2 | 20 | × 6 short of target. However, still higher response than expected |
| | Physicians | 1 | 10 | |
| New Zealand | Patients | -- | 10 | |
| | Physicians | -- | 5 | |
| Total | | 31 | 448 | |

In most countries, Baxter provided Martec a list of physicians to target for this study.

MARTEC

4

GH001109

# The project was completed as scheduled.

*Methodology*



GH001110



6
GH001111

# The respondent segmentation matched the quotas set forth by Baxter at the beginning of the project.

*U.S. Findings*



**U.S. Respondents - Phase II -**

**U.S. Professionals**

**U.S. Patients**

Physicians
n=33
51%

Nurses
n=32

49%

Age ≥ 18
n=33
33%

Age < 18
n=67
67%

*n = 65*

*n = 100*

MARFTC

7

BH001112

# Phase II U.S. respondents were distributed geographically.



8
GH001113

# Recombinant products, particularly Recombinate, were most often used by the U.S. professionals' patients in this sample.



SH001114

# Recombinate is clearly the most common product used by both patient groups in the sample of this study.



**Product Usage – U.S. Patients –**

**U.S. Findings**

**Most Recently Used Past Product**

| | |
|---|---|
| Monoclate-P | 16% |
| Kogenate | 15% |
| Recombinate | 11% |
| Bioclate | 6% |
| Hemofil M | 5% |
| Helixate | 5% |
| Don't know name | 14% |
| Others* | 28% |

*None greater than 5%

**Reported _no_ switching**

| | |
|---|---|
| • Ages <18 | 9% |
| • Ages ≥18 | 13% |
|  | 0% |

**Current Products Used**

■ Age <18 (n=67)
■ Age ≥18 (n=33)

n = 100

% of Patients — 80%, 60%, 40%, 20%, 0%

Recombinate 67% 62%
Kogenate 16% 17%
Helixate 11% 15%
Bioclate 6% 6%

MARTEC

10

GH001115

# U.S. patients under the age of 18 are three times as likely to follow a prophylaxis treatment program.



SH001116

（空）

# Good Viral Safety was frequently mentioned as a "Like" by all respondents. Easy to use was frequently mentioned by nurses and older patients.





MARTEC

GH-001117

# High price is the top "Dislike" among U.S. professionals. Contains human albumin is a leading "Dislike" among patients.



U.S. Findings

GH001118

U.S. professionals satisfaction has changed little since last year, with all products still being viewed as equal overall.



U.S. Findings

Overall Satisfaction
- Current Product -

Professionals

■ 1998 Ratings   □ 1999 Ratings

| Product | 1998 | 1999 | n (1998) | n (1999) |
|---|---|---|---|---|
| Helixate | 8.9 | 8.8 | n = 65 | n = 57 |
| Recombinate | 8.9 | 8.8 | n = 39 | n = 24 |
| Kogenate | 8.8 | 8.7 | n = 44 | n = 22 |
| Bioclate | 8.7 | 8.8 | n = 58 | n = 45 |

Not at all satisfied — Completely satisfied

*Statistically significant difference = ≥.4

MARTEC

GH001119

# Patients' satisfaction with Kogenate has dropped since 1998. ...ow Recombinate rates significantly ahead of Kogenate.



GH001120

**Improved Viral Safety (both in general and as it relates to human proteins) is clearly the number one driver of switching.  *Ease of use* and *efficacy* are leading secondary reasons to switch.**

U.S. Findings

Unaided Reasons for Past Switching
- U.S. Patients -

\*\*Respondents could list multiple secondary reasons for switching

| | #1 Reason for Switching* | Secondary Reasons for Switching** |
|---|---|---|
| *Less exposure to virus/disease* | 30% | 36% |
| *Less exposure to human proteins* | 20% | 19% |
| Availability | 14% | 9% |
| Improved efficacy | 9% | *15%* |
| Doctor/nurse recommendation | 6% | 13% |
| Easier to use/Convenience | 4% | *17%* |
| Changed healthcare provider | 3% | 2% |
| Developed inhibitor | 3% | 2% |
| Developed viral infections | 3% | -- |
| Price | 1% | 6% |
| Others | 7% | 21% |

n = 100

% of respondents mentioning

*No significant changes from 1998 data

MARTEC

16

BH001121

U.S. patients rely on both their physician and their own research in their decision to switch products.  Physician and nurse influence is greater among younger patients.

**U.S. Findings**

| | Past Switching Influencers - U.S. Patients - | | | | |
|---|---|---|---|---|---|
| | **Most Influential** | | **Secondary Influencers** | |
| | **≤18** | **≥18** | **≤18** | **≥18** |
| **Doctor** | *41%* | 29% | 23% | **36%** |
| Own research | 16% | **32%** | **40%** | 32% |
| Hemophilia Treatment Center* | 17% | 3% | 0% | 0% |
| Parents/family | 12% | 3% | 10% | 9% |
| Other patients | 3% | 12% | 3% | 18% |
| Nurse | 3% | 9% | **20%** | 9% |
| Hemophilia Society Coordinator | 3% | 9% | 3% | 9% |
| Home Health Agency | 2% | 3% | 0% | 5% |
| Pharmacist** | 2% | 0% | 3% | 0% |
| | n = 67 | n = 33 | n = 67 | n = 33 |

*Up from 10% in 1998
**Down from 10% in 1998

MARHC

17

GH001122



*Viral Safety in general* is clearly what most respondents think of when they think of product safety.



U.S. Findings

Unprompted Elements of Safety

| | Dr. | <18 | ≥18 |
|---|---|---|---|
| Unknown Illness | 10% | 3% | 3% |
| CJD | 9% | 6% | 6% |
| Animal proteins | --- | 3% | --- |
| Prions | 4% | 23% | 12% | 9% |

□ U.S. professionals (n=65)
■ <18 U.S. patients (n=67)
■ ≥18 U S patients (n=33)

GH001123

18

MARTEC

*Viral Safety and Concern of C\*D/animal/unknown viral disea/ \s were mentioned unprompted by more respondents in the 1999 study.*



GH001124

*Exposure to human proteins has dropped from 3rd in importance in 1998 to 5th in 1999. The importance of adverse events has increased the most over this period.*



U.S. Findings

Prompted Safety Element Importance
U.S. Professionals
- 1998 vs. 1999 -

1998 ratings (n= 60)
1999 ratings (n= 65)

Comparatively, this criteria has decreased in importance from 1998

*Significantly more important for nurses (≥ 5 difference)

GH001125

Importance ratings among U.S. patients have increased since 19..3, but the comparative ranking of the elements is similar.



**U.S. Findings**

**Prompted Safety Element Importance**
**U.S. Patients**
**- 1998 vs. 1999 -**

1998 ratings (*n* = 80)
1999 ratings (*n* = 100)

*Significantly more important for patients <18 (≥ 5 difference)

| | Viral Safety | Exposure to human proteins in manufacturing process | Low Inhibitor Incidence | Adverse events | Contains human albumin in the final product | Long-term clinical experience | Exposure to animal proteins in manufacturing | Remaining on a single product |
|---|---|---|---|---|---|---|---|---|
| **1998 Rank** | 1 | 2 | 4 | 3 | 6 | 5 | 7 | 8 |
| **1999 Rank** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

High Importance 10

Importance Rating

Low Importance 4

MARIEC

21

H001126

U.S. physicians rate the safety of recombinant products lower than nurses. However, physicians typically give lower ratings on all issues, so this difference is likely not significant.



U.S. Findings

**Safety Needs of Current Products**
- U.S. Professionals -

Physicians    n = 33    8.4

Nurses    n = 32    9.0

1  2  3  4  5  6  7  8  9  10

*Does not meet safety needs*                *Highly meets safety needs*

**Comments**

"There has been no infection from recombinants, but the theoretical risk exists due to human albumin being used as a stabilizer" - U.S Physician

"I did not rate it a 10 because of the use of human albumin and inhibitor issues" - U.S Physician

"With human albumin in the product, you can't tell a parent that the product is 100% safe" - U S Nurse

"The safety record is excellent, but the risk of infection still exists" - U S Nurse

MARTEC

22

GH001127

# ...with professionals, patients' safety ratings are high, but ...t perfect. However, safety ratings are up for each product over last year.

**U.S. Findings**



Safety Needs of Current Product
- U.S. Patients -

■ 1998 Ratings  ■ 1999 Ratings

| Product | 1998 | 1999 |
|---|---|---|
| Bioclate | 9.0* (n=6) | 8.0 (n=3) |
| Kogenate | 8.8 (n=17) | 8.0 (n=24) |
| Recombinate | 8.6 (n=67) | 7.9 (n=48) |
| Helixate | 8.5 (n=13) | 6.0 (n=3) |

No statistically significant differences between the 1999 ratings

4 — Does not meet safety needs    6    8    10 — Highly meets safety needs

*Although Bioclate receives a high rating, its sample size is small making the difference not significant

MARIIC



23

GH001128



Recombinate users rate Baxter the highest in terms of reputation. Professionals rate Baxter and Genetic Institute higher than Centeon and Bayer.

U.S. Findings

Company Reputation - Prompted -

Professional Ratings (n=65)

1998 Ratings 8.6

8.9 8.7 8.6 8.3 8.3 8.4

Good Reputation
Poor Reputation

Baxter Genetics Centeon Bayer Institute

Recombinate Patient Ratings

8.5 (n=66)   7.8 (n=41)   7.3 (n=44)   6.9 (n=55)
7.6   7.6   6.1   51

Baxter Genetics Centeon Bayer Institute

Kogenate Patient Ratings

7.3 (n=17)   7.0 (n=17)   6.5 (n=11)   7.1 (n=40)
6.4   7.5   54   6 9

Baxter Genetics Centeon Bayer Institute

*Statistically significant difference □ ≥.4

GH001129

24

MARTEC

# Older patients' opinions are still strongly influenced by the contamination problems of the 1980s.

## U.S. Findings

### Company Reputation Comments

*"I saw a report stating the HIV problems were due greatly to Bayer  Bayer gets higher ratings because they checked who they got their supply from."*
- U.S , ≥18 Recombinate User

*"I wasn't happy with Bayer, Bayer and Centeon's role in contaminating so many people, nor how they did not take responsibility.  I wish I did not have to get product from them "*
- U.S , ≥18 Helixate User

*"Baxter, Bayer and Centeon were all responsible for transmitting HIV and Hep C in the past  GI is new and seems to be handling the community better."*
- U S , ≥18 Kogenate User

*"Bayer and Centeon have had a lot of problems with their plants and manufacturing  GI is on the cutting edge of new technology and having good results  I'm happy with Baxter."*
- U S , <18 Recombinate User

*"Baxter has good R&D  Bayer has problems with availability  Centeon took a hit in prestige when it closed its plant for quality control reasons  GI has problems with incorrect dosing recommendations "*
- U.S Physician

*"In the last year Baxter had no shut-downs or recalls  Centeon and Bayer have had recent shortages  We had patients get sick on GI's Benefix "*
U S Nurse


MARI1.C

GH001130

# Outside of Baxter's lead in *Product Availability*, professionals view all U.S. suppliers as equal performers on all other key switching criteria.



**U.S. Findings**

**U.S. Professional Key Switching Criteria**
 ~ Importance and Performance ~

Legend:
- Importance Ratings (n=85)
- Recombinate Performance (n=85)
- Centeon Performance (n=85)
- Kogenate Performance (n=56)

*Baxter Advantage; did not exist in 1998*

| Importance by Title | Viral safety | Availability | Low Inhibitor Incidence | Ease of use for patient | Patient input | Cost | Latest technology | Long-term clinical experience | Supplier reputation | Insurance/ payer guidelines |
|---|---|---|---|---|---|---|---|---|---|---|
| Doctor | 9.7 | 9.3 | 8.3 | 8.2 | 7.9 | 7.9 | 7.7 | 7.4 | 7.5 | 7.9 |
| Nurse | 9.8 | 9.7 | 8.8 | 8.8 | 9.0 | 8.5 | 8.5 | 8.6 | 8.4 | 8.2 |

| | Viral safety | Availability | Low Inhibitor Incidence | Ease of use for patient | Patient input | Cost | Latest technology | Long-term clinical experience | Supplier reputation | Insurance/ payer guidelines |
|---|---|---|---|---|---|---|---|---|---|---|
| Importance | 9.8 | 9.0 | 8.7 | N/A | 8.4 | N/A | N/A | 8.1 | N/A | 7.0 |

Bar values: 9.7, 9.5, 8.5, 8.5, 8.4, 8.2, 8.1, 8.0, 8.0, 8.0

*Performance ratings were not asked for Insurance Guidelines*

*Statistically significant difference ≥ .4*

**1998 Importance Ratings**

MARTEC

GH001131

26

Re_ombinate users rate Baxter significantly higher (≥ .4) t'-an Kogenate users rate Bayer in *Availability, Latest Technology and Supplier Reputation.* Centeon leads in Cost perception.



U.S. Findings

### U.S. Patient Key Switching Criteria - Importance and Performance -

Legend:
- Overall Importance Ratings (n=100)
- Recombinate Performance (n=85)
- Centeon Performance (n=18)
- Kogenate Performance (n=17)

No advantage existed here in 1998

Baxter Advantages over Bayer

*Performance ratings were not asked for these criteria*

*Statistically significant difference ≥ .4*

Importance by Age
| | <18 | ≥18 |
|---|---|---|
| | 10.0 | 9.7 | 9.2 | 9.3 | 8.9 | 8.8 | 9.0 | 8.8 | 8.6 | 8.6 | 7.7 | 8.0 | 7.3 | 7.0 |

| | Viral safety | Availability | Low Inhibitor incidence | Latest technology | Long term clinical experience | Ease of use for patients | Supplier reputation | Own research* | Dr / Nurse recommendation* | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 1998 Importance Ratings | 9.8 | 9.4 | 8.5 | N/A | N/A | 8.5 | 8.8 | 7.1 | N/A |

MARI1C

27

GH001132

*Viral Safety, availability and low inhibitor incidence rank as the top three criteria for U.S. physicians and patients. Beyond these criteria, opinions differ about what is important.*



U.S. Findings

Key Switching Criteria Importance
- U.S. Physician vs. U.S. Patient -

□ U.S Physician (n=55)  ■ U.S Patient (n=100)

*Statistically significant difference = ≥.4 within respondent group*

28

⅏ H001133

MARTEC

**No other criteria were mentioned by more than 10% of responder's. However, the availability of educational information was most often mentioned by three of the four segments.**

*U.S. Findings*

**Other Selection Criteria**
**- Not from List Provided -**

**U.S. Professionals**

| | Physicians | Nurses |
|---|---|---|
| Education to patients | 9% | 9% |
| Range of potencies | 6% | 6% |
| Efficacy | 3% | 3% |
| Adverse events | 3% | 3% |
| Syringe system/application method | 0% | 6% |
| | n = 33 | n = 32 |

**U.S. Patients**

| | ≤18 | ≥18 |
|---|---|---|
| Education to patients | 9% | 0% |
| Syringe system/application method | 6% | 3% |
| Ease of mixing | 4% | 6% |
| Efficacy | 4% | 0% |
| Covered by insurance | 4% | 0% |
| Infusion volume | 3% | 3% |
| | n = 67 | n = 33 |

29

MARI1C

SH001134

# Fewer younger, and hence smaller, patients are satisfied with the *Infusion Volumes* of current products.



**U.S. Findings**

**Infusion Volume**

% Satisfied with Infusion Volume

- Physician (n=33): 89%
- Nurse (n=32): 75%
- <18 (n=67): 78%
- ≥18 (n=33): 91%
- Recombinate user (n=67): 85%
- Kogenate user (n=17): 82%

*Fewest satisfied*

30
GH001135

MARTEC

# While most respondents are satisfied with the current infusion volumes, there is a need for a minimum volume size of 5 milliliters.

## Infusion Volume Improvement Comments

**Most complaints related to too high of volumes...**

### U.S. Professionals

*"Ten ml is fine for most patients, but 5 ml is needed for pediatric patients"*

*"Don't go less than 5 ml or you will leave too much product in the tubing and under dose"*

*"I believe 0 8 ml is typically left in the tubing  Therefore, with a 2 5 ml vial, one-third of the product does not get into the patient"*

### U.S. Patients

*"Ten mils is too much to put into my child.  Going with 5 ml is much more tolerable."*

*"Less volume would be desired"*

*"The infusion volume of recombinant products is a vast improvement over plasma-derived products."*



MARTEC

GH001136

Within all segments, fewer respondents are satisfied with the *Range of Potencies* than with the *Infusion Volumes* of current products.



U.S. Findings

Range of Potencies

32

GH001137

Respondents express a need for a *greater variety of potencies* to better match their dosing needs.

*U.S. Findings*

### Range of Potencies Improvement Comments

| — U.S. Professionals — | | — U.S. Patients — | |
|---|---|---|---|
| | | **≤18** | **≥18** |
| Need more variety of potencies (150 IU, 750 IU) | 19% | 30% | 24% |
| Need lower potencies (50 IU) | 18% | | |
| Need higher potencies (1500 IU + up) | 4% | | |
| Need better availability of current ranges | 1% | | |

U.S. Patients:

| | ≤18 | ≥18 |
|---|---|---|
| Need more variety of potencies (150 IU, 750 IU) | 30% | 24% |
| Need higher potencies (1500 IU + up) | 14% | 26% |
| Need lower potencies (50 IU) | 7% | 3% |
| Need better availability of current ranges | 1% | 3% |
| | n = 67 | n = 33 |

U.S. Professionals: n = 65

"The range is fine, but there never seems to be enough of the smaller unit size (50 & 100) vials available."

"I need a greater range of choices so I don't have to waste so much Especially, since it is so expensive."

MARTEC

33

GH001138

# Refacto had the highest level of awareness, both unaided and aided.



**New Product Awareness**
**- U.S. Professionals and U.S. Patients -**

*U.S. Findings*

34

GH001139

Awareness among U.S. professionals of both Refacto and Kogenate SF has increased from 1998. Awareness has remained constant among U.S. patients.



GHOO1140

# A large number of U.S. professionals believe that the next generation products will be Albumin Free.

**U.S. Findings**

## Current Knowledge of New Products
### - U.S. Professionals -

| Kogenate SF | | Refacto | | Helixate NexGen | |
|---|---|---|---|---|---|
| *Albumin free* | 34%* | *Albumin free* | 37%* | No answer | 57% |
| Less albumin | 29%* | B-domain deleted | 30%* | *Albumin free* | *13%* |
| No answer | 27% | Less albumin | 17% | Heard of, but nothing specific | 11% |
| Heard of, but nothing specific | 14% | In trials/coming out soon | 17% | Same as Kogenate SF | 10% |
| Sugar as stabilizer | 16% | No answer | 17% | Less albumin | 7% |
| In trials/coming out soon | 14% | Heard of, but nothing specific | 11% | In trials/coming out soon | 7% |
| Added viral inactivation | 9% | Different assay required | 10% | Sugar as a stabilizer | 7% |

*Significantly higher %'s than in 1998

*% of respondents mentioning*

M^RTEC

36

GH001141

# Typically, U.S. patients knew little about the new products coming to market.

U.S. Findings

## Current Knowledge of New Products
### - U.S. Patients* -

| Kogenate SF | | Refacto | | Helixate NexGen | |
|---|---|---|---|---|---|
| • *No answer* | 88% | • *No answer* | 68% | • *No answer* | 89% |
| • Heard of, but nothing specific | 10% | • Heard of, but nothing specific | 15% | • Heard of, but nothing specific | 12% |
| • Albumin free | 6% | • Albumin free | 9% | • Albumin free | 3% |
| • Less albumin | 5% | • In trials/coming out soon | 4% | • Same as Kogenate SF | 2% |
| • In trials/coming out soon | 5% | • Not FDA approved yet | 3% | • Less albumin | 1% |
| • Synthetic product | 4% | • Less albumin | 2% | | |
| | | • B-domain deleted | 2% | | |
| | | • Different assay required | 1% | | |

*No significant changes from 1998

% of respondents mentioning

MARIIC

37

GH001142

# Few respondents were aware of ... may not allow continuous infusion and room temperature storage.



## New Product Awareness
### - U.S. Professional* and Patient*** -

**Are you aware that certain reformulated recombinant Factor VIII concentrates...**

*U.S. Findings*

will not use human albumin as a stabilizer?
- 41%
- 49%
- 96%

are still exposed to human/animal proteins in manufacturing?
- 64%
- 77%
- 93%

are based on a modified Factor VIII gene?
- 27%
- 59%
- 78%

may not allow continuous infusion and room temperature storage?
- 20%
- 24%
- 28%

could require a different assay?
- 56%

*Lowest Level of Awareness*

Legend:
- ☐ U.S. professionals (n=65)
- ■ Recombinate users (n=67)
- ■ Kogenate users (n=17)

% Respondents Aware

0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  100%

*No differences in awareness between physicians and nurses
**Younger patients have a slightly higher level of awareness than older ones

MARTEC

38

GH001143

# Professionals' awareness of these issues has increased significantly from last year, while patients' awareness is basically unchanged.



**U.S. Findings**

*Are you aware that certain reformulated recombinant Factor VIII concentrates...*

**New Product Awareness**
**- 1998 vs. 1999 -**

**U.S. Professionals**

■ 1998 Awareness (n=90)   □ 1999 Awareness (n=85)

will not use human albumin as a stabilizer?
- 96%
- 82%

are still exposed to human/animal proteins in manufacturing?
- 93%
- 62%

are based on a modified Factor VIII gene?
- 78%
- 52%

**U.S. Patients**

■ 1998 Awareness (n=90)   ■ 1999 Awareness (n=100)

will not use human albumin as a stabilizer?
- 48%
- 54%

are still exposed to human/animal proteins in manufacturing?
- 67%
- 61%

are based on a modified Factor VIII gene?
- 33%
- 31%

% Respondents Aware

MARIC

CH001144

39

U.S. patients are most concerned about exposure to human/animal proteins. U.S. professionals are most concerned about stability profile and requiring different assays.

U.S. Findings



New Product Concerns

is it a concern to you that certain reformulated recombinant Factor VIII concentrates...

are still exposed to human/animal proteins in manufacturing?
63%
88%

are based on a modified Factor VIII gene?
42%
40%

Stability profile, may not allow continuous infusion and room temperature storage?
83%
68%

could require a different assay?
83%

☐ U.S professionals (n=65)*
■ U.S patients (n=100)

% Respondents Concerned

*Physicians and nurses display a similar level of concern for each issue

40

GH001145

MARTEC





"Baxter Friendly" professionals awareness of these issues is slightly higher than other professionals'.

U.S. Findings

New Product Awareness and Concern
- Baxter Friendly Physicians vs. Others -

# Comments support U.S. respondents' concerns...

## New Product Concerns

**Comments/Quotes**

"Not stabilizing with albumin will lessen the exposure to human proteins and make it a safer product."
- U.S Physician

"We don't know for sure if we are transmitting human or animal viral diseases   Slow viruses may not show up for years.   So, to be safe it is better without this exposure " - U S Physician

"Anytime there is something human or animal in the product there is a concern we can catch a virus "
- U S., <18 Recombinate User

"Removing the B-domain has not effected efficacy.   We are waiting for the test results on inhibitor formation "
- U.S Physician

"I would hate to have to refrigerate   I travel a lot and enjoy my freedom   This would be a step backwards "
- U S , ≥18 Kogenate User

"Continuous infusion is a very important therapy, especially for inhibitor patients   Having it for an option is important "
- U S Physician

"The different assays would cause problems   The labs will be confused because they won't know what brand is used   Plus it would be very costly to switch reagents and equipment "
- U S Physician

MARTEC

42



On average, U.S. professionals expect 41% of their patients **not** to switch to a reformulated product. No product is significantly more likely to be the product of choice for those that do switch.

*U.S. Findings*

What % of Patients Will Switch to Each Product?
- U.S. Professionals -

Never Switch — 41%

Helixate NexGen — 17%

Refacto — 22%

Kogenate SF — 20%

n = 65

MARTIX

43

GH001148



U.S. professionals expect fewer patients to switch to a reformulated product now (59%) than they did last year (78%). Fewer are also expected to switch immediately.

U.S. Findings

U.S. Professionals Switching Timing to a Reformulated Product

n = 65

1999 = 42% within 1 year
1998 = 54% within 1 year

% of Patient Population

100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%

Immediately (within 1st six months): 34% / 18%
Six months to one year: 20% / 24%
Within the second year: 12% / 11%
After two years: 12% / 6%
Never try that product: 22% / 41%

% Switching Timeframe

1998 Estimates

MARTEC

44
GH0O1149

# A variety of factors will influence switching timing.

**U.S. Findings**

### U.S. Professionals Switching Timing
### - Explanations -

**Comments/Quotes**

"The reformulated products are not a huge advancement   They'll be more expensive, plus people are loyal to their current products   Only those looking for and willing to pay for the latest and greatest technology will switch immediately"
- U S. Physician

"We wouldn't switch patients until we see them in the clinic. I can't see 150 patients immediately so it won't be a wholesale change over"
- U.S Physician

"People are very satisfied with their current products   This will allow them to wait and see how well other patients react to the new products before deciding to switch" - U S Physician

"Whichever product is available first will become popular   Our patients are well informed, some will switch right away and others will wait and watch"
- U S Nurse

"I think we'd wait at least a year or more to see what happens   Even the switch to recombinants, where there was a very clear advantage, was lengthy"
- U S Nurse

MARI I C




SH0011.50

**Kogenate SF is the reformulated product U.S. patients would most likely try. This preference is particularly strong among current Kogenate users.**

*U.S. Findings*

Indicates strong brand loyalty

| | Reformulated Product Most Likely to Try - U.S. Patients - | | Recombinate Users | Kogenate Users |
|---|---|---|---|---|
| | ≤18 | ≥18 | | |
| **Kogenate SF** | *54%* | *41%* | 41% | **100%** |
| Refacto | 10% | 23% | 17% | 0% |
| Helixate NexGen | 20% | 12% | 17% | 0% |
| None | 13% | 12% | 13% | 0% |
| Other | 3% | 12% | 12% | 0% |
| • Recombinate 3rd Generation | 3% | 6% | 8% | -- |
| • Albumin Free | -- | 6% | 4% | -- |
| | n = 30 | n = 17 | n = 24 | n = 9 |

MARTEC

46

BH001151

K genate users are more likely to switch to a reformulated product within the 1st year. However, both patient groups this year report a lower likelihood of switching within one year than last year.

*U.S. Findings*

Time on Market to Feel Comfortable
Using Reformulated Product
- U.S. Patients -

■ Recombinate users (n=67)    ■ Kogenate users (n=17)

**Switching within 1 year**
Recombinate users 43% vs 55% in 1998
Kogenate users 62% vs. 80% in 1998

% Switching to Recommended Product

| | Immediately (within 1st six months) | Six months to one year | Within the second year | After two years | Never try that product |
|---|---|---|---|---|---|
| Recombinate | 13% / 34% | 42% / 46% | 25% / 12% | 18% / 8% | 2% / 0% |
| Kogenate | 16% / 31% | 27% / 31% | 20% / 6% | 34% / 31% | 3% / 1% |

50% 40% 30% 20% 10% 0%

1998 Estimates

*No differences exist between when patients may try each new product
This may indicate that the first product introduced will have the advantage*

MARITC

47

GH001152

# Differing comments support the range of answers regarding patients' switching timing decisions.

## U.S. Patients Switching Timing
### - Explanations -

*Comments/Quotes*

"I would be willing to try the product immediately if trials found them safer than my current product"
- **U.S.**, <18 Bioclate User

"I'd wait between 6 months and 1 year   Closer to one year would be enough exposure to the community to have good results"
- **U.S.**, <18 Recombinate User

"I would have to weigh the benefits of safety with manufacturer availability and cost"
- U.S ,≥18 Recombinate User

"My physician would have to decide this   He's the expert and I'd follow his lead"
- U S , <18 Kogenate User

"I would want to be very cautious   I'm very comfortable with what I am on now"
- U S , ≥18 Recombinate User

"I really wouldn't switch my son   I see no difference in Kogenate SF and what we use now   As long as they have human protein in the manufacturing process we're not interested"
- U S , <18 Kogenate User


MARTEC

48
GH001153

# E_xter's potential share loss is lower among "Baxter Friend" professionals. However, half of its U.S. market is still at risk even within that group.

**U.S. Findings**

## Switching Scenarios
### - by % of Professionals' Patients on Recombinate -



Baxter's Exposure = 51%

MARTLC

☐ Professionals >50% Recombinate patients (n=25)
■ Professionals ≤50% Recombinate patients (n=40)

### Comments/Quotes

"Some patients will switch twice, as they always want the safest one available"
- U S Physician

"Some people may wait for the protein free. That is the ultimate goal, to remove the proteins."
- U S Physician

"It is hard for families to switch a product when the current one is working well. Especially if they know a protein free one is coming out."
- U S Nurse

"Since the products are already very safe, inhibitor incidence will be the key factor in determining whether patients will switch to the new products."
- U S Physician

BH001154

# From a Recombinate patients' prospective, Baxter is at risk to lose 30% of its current U.S. market share to a reformulated product.



*Asked, assuming brand and price are equal, which scenario would you follow?

GH001155

Many Recombinate users expressed satisfaction with their current product and willingness to wait for the "protein-free" product before switching.

**U.S. Findings**

---

**Switching Scenarios**
**- U.S. Patients -**

**Comments/Quotes**

"I'm afraid to change a lot due to risk of inhibitors.  I'd rather just skip to the protein-free product because that eliminates exposure to human proteins."
- U.S., <18 Recombinate User

"Because the reformulated is still exposed to animal and human proteins I would wait for the protein-free."
- U.S., ≥18 Recombinate User

"If it is only 2 years behind, I'd wait for the protein-free   I would not switch before because I am comfortable with what I am on now."
- U.S., <18 Recombinate User

"I'm not afraid of technology and will go with each improvement, as recommended by my physician."
- U.S., <18 Kogenate User

"I am willing to try any new product that will increase the effectiveness of my treatment and will use the best available until the protein-free is out."
- U.S., ≥18 Kogenate User

MARTL<




51

GH001156

# U.S. professionals are more likely to recommend a second or third generation product to younger patients.

*— U.S. Findings*

## Is Patient's Age a Factor in Deciding to Switch Products?

### U.S. Professionals



Chart — % Yes, Age is a factor:
- Physician (n=33): 64%
- Nurse (n=32): 75%

### Comments

**Comments/Quotes**

"If I have an adolescent that is doing well on a product I am reluctant to switch. PUPs, however, will switch sooner if not immediately." - U S Physician

"Age and previous viral exposure both play a role. They younger patients have had less viral exposure so we want them on the purest product possible" - U S Nurse

"Most patients are free of infectious diseases at this point, but I would want to make sure all my patients receive the safest product possible regardless of age." - U S Physician

MARTEC

52
GH001157



U . professionals are less likely to s rt PUPs on reformulated products 1999 than they were in 1998. "Baxter Friendly" professionals are also less likely than others to start PUPs on reformulated products.

U.S. Findings

% Newly Diagnosed on Reformulated

■ >50% Recombinate patients (n=25)
▨ ≤50% Recombinate patients (n=40)

# of PUPs Seen Per Year

≤5 — 65%
6 – 10 — 29%
11 – 15 — 2%
>15 — 4%

Mean = 5.3

Most professionals see less than 5 PUPs per year

□ 1999*
■ 1998

U.S. Physician   n = 33
86%   69%

U.S. Nurse   n = 32
88%   80%

85%   60%

by % of Professionals' Patients on Recombinate

% new patients will start on reformulated
100%   80%   60%   40%   20%

*Differences may be the result of the "Protein Free" product scenario being presented in 1999 and not in 1998

53

GH001158

# When there is a preference for one reformulated product over another for PUPs, physicians and "Baxter Friendly" professionals prefer Refacto.

U.S. Findings

## Will One Reformulated Products be Preferred for PUPS?

### U.S. Professionals

| | Physician (n=28) | Nurse (n=32) | >50% Recombinate (n=25) | ≤50% Recombinate (n=40) |
|---|---|---|---|---|
| Refacto | 14% | 16% | 15% | 12% |
| Kogenate SF | 4% | 25% | 8% | 24% |
| Helixate NG | 0% | 6% | 0% | 5% |
| Albumin Free | 4% | 0% | 4% | 2% |
| No answer | 3% | 3% | 0% | 8% |
| | 25% | 50% | 27% | 51% |

% Yes, prefer one product for PUPs

MARTEC

### Comments

### Comments/Quotes

"Refacto is special in that it is actually a different product, not just a reformulation"
  - U.S. Physician

"Kogenate SF will be the most likely because that is the product people are more familiar with"   - U.S Nurse

"Refacto would not be as attractive if we have to do a totally different lab test"
   - U.S Physician

"I do not have enough information about these products to make an informed decision"
   - U.S Physician

54
GH001159



More adult patients express the need to keep previous generation products on the market after next generation products are introduced.

**U.S. Findings**

### Need to Keep Previous Generation Products on Market?

**Comments/Quotes**

"I'd like to keep the old product around for 5 years to make sure there is no likelihood of inhibitor formation" - U.S Physician

"Some patients prefer to stay with the product they are comfortable with and I would respect that" - U S Physician

"Unless price and availability were major issues, then there is no need to keep the older product around" - U S Physician

"If the new products cost more, I'd certainly want to keep the old products around. They are also needed in case of shortages"

- U.S., ≥18 Recombinate User

**% Yes, need to keep on market**

| | |
|---|---|
| U.S. Physicians (n=33) | 58% |
| U.S. Nurses (n=32) | 71% |
| <18 Patients (n=67) | 69% |
| ≥18 Patients (n=33) | 84% |

MARTI C

GHO011160

55

# When specified, the lack of *continuous infusion* was mentioned more than *lack of room temperature storage* as a concern by U.S. professionals.

**U.S. Findings**

56
GH001161

## Convenience Features with New Products

### Comments/Quotes

*"I would not like that at all Continuous infusion is used quite often at the hospital Patients also travel a lot now and need room temperature storage"*
— U S Physician

*"No room temperature storage would be a big problem Over 80% of my patients are home healthcare and I can't guarantee they will store the product properly"*   — U S Physician

*"The lack of these features would deter patients from switching big time"*   — U S Nurse

*"If the new product were excellent, you may put up with these inconveniences"*
— U S Nurse

### U.S. Professionals

**Will lack of these features influence your opinion of the new products?**



No
21%

Yes
79%

**% concerned over lack of ...**

| | |
|---|---|
| – Continuous infusion | 20% |
| – Room temperature storage | 10% |
| – Both issues/ | |
| one not specified | 49% |

n = 65


MARTEC

# Patients are more willing than physicians to put up with these inconveniences, if they get a safer product.

*U.S. Findings*

## Convenience Features with New Products

### U.S. Patients

*Will lack of these features influence your opinion of the new products?*



No
46%

54%

Yes

**% concerned over lack of...**
| | |
|---|---|
| – Continuous infusion | 12% |
| – Room temperature storage | 19% |
| – Both issues/ one not specified | 23% |

n = 100

### Comments/Quotes

*"Safety outweighs convenience, so this is not that big of an issue."*

    - U S , <18 Recombinate *User*

*"I'd still use the safer product, but we'd need to keep the previous products around for traveling and emergencies."*

    - U S , <18 Kogenate User

*"I'd be less likely to use them  I like to throw it in the backpack and go hiking"*

    - U S , ≥18 Recombinate User

*"We can deal with the refrigeration, but continuous infusion is necessary if my child needs surgery"*

    - U S , <18 Recombinate user

MARTIC



57

CH001162



The added safety promised by the newly reformulated products is worth a 5% premium to most U.S. professionals, but not 10%.

U.S. Findings

Pricing Sensitivity
- U.S. Professionals -

Physicians (n=33)
Nurses (n=32)

~10% prefer the current products, regardless of cost

This group is very sensitive to a price premium of 10% or more

% Preferring the Newly Reformulated Product

Newly Reformulated Product's Price
Compared to Price of Current Product

M^RTEC

GH001163

58



"Baxter Friendly" professionals appear to place less value on the newly reformulated products.

U.S. Findings

Pricing Sensitivity
- by % of Professionals' Patients on Recombinate -

> 50% Recombinate (n=25)
≤ 50% Recombinate (n=40)

Newly Reformulated Product's Price
Compared to Price of Current Product

% Preferring the Newly Reformulated Product

GH0O1164

MARTH-C

59

# U.S. professionals have become more price sensitive this year to a 10% premium for the reformulated products.

*U.S. Findings*



**Pricing Sensitivity**
- U.S. Professionals 1998 vs. 1999 -

1998 U.S. professionals  (n=60)
1999 U.S. professionals  (n=65)

At 10% premium...
35% ↓ in preference in 1999
10% ↓ in preference in 1998

**% Preferring the Newly Reformulated Product**

*Newly Reformulated Product's Price
Compared to Price of Current Product*

M^ARTEC

60

GH001165



Kogenate users are more price sensitive than Recombinate users (i.e. fewer prefer the reformulated product at higher prices).

U.S. Findings

Pricing Sensitivity
- U.S. Patients -

Recombinate user (n=67)
Kogenate user (n=17)

Newly Reformulated Product's Price
Compared to Price of Current Product

% Patients Preferring the Newly Reformulated Product

# Older patients' preference is more affected by price than younger patients.



**U.S. Findings**

**Pricing Sensitivity**
**- U.S. Patients -**

Legend:
- <18 (n=67)
- ≥18 (n=33)

30% less ≥18 patients prefer the reformulated product at a 5% price premium

Non-Price Sensitive Segment: ~20% prefer the new product at any cost

25% of <18 patients prefer their current product, regardless of price

% Patients Preferring the Newly Reformulated Product

X-axis labels: <current, =to current, 5%>, 10%>, 15%>, 20%>, 25%>, 30%>, 35%>, 40%>, 45%>, 50%>, more than 50%>

Y-axis: 0% 10% 20% 30% 40% 50% 60% 70% 80% 90% 100%

**Newly Reformulated Product's Price**
**Compared to Price of Current Product**

MARTEC

62

GH001167

I~ 1999, more patients indicate t' ey prefer the newly reformula†~d product at a lower or equal cost. In both years, 20% of the patients prefer the reformulated product regardless of its cost.



U.S. Findings

Pricing Sensitivity
- U.S. Patients 1998 vs. 1999 -

1998 U.S. patients (n=80)
1999 U.S. patients (n=100)

~20% of patients are price insensitive in both years

Newly Reformulated Product's Price
Compared to Price of Current Product

% Patients Preferring the Newly Reformulated Product

63

GH001168

**Many respondents felt the benefit of the reformulated products did not justify much of a price premium.**

*U.S. Findings*

## Pricing Sensitivity Comments

**Professional Comments**

*"For younger patients I would pay more for a product. The older patients have to worry more about their lifetime insurance caps."*

— U.S. Physician

*"The need for switching to this product is based on a theoretical concern, rather than a real one. I have a hard time saying that patients should pay 10% more for this improvement."*

— U.S. Physician

*"Since there is no real difference in the products, families will make this decision based purely on price. If price is equal, they'll likely stay with their current product."*

— U.S. Physician

**Patient Comments**

*"I want to use what is best for my son regardless of cost."*

— U.S., <18 Recombinate User

*"It is so expensive now and the current products are pretty safe. So if cost were much of a difference we would stay with the current product. I'm also not sure how much more our insurance will pay."*

— U.S., <18 Kogenate User

*"Based on the safety record of albumin, I don't think the new products offer much of a benefit, so it's not worth it to pay more."*

— U.S., ≥18 Helixate User



MARTEC

64
GH001169



GH001170

# This summary of findings is based upon the 176 Phase I and II U.S. interviews.

## U.S. Conclusions

### Current Product Environment Findings

1  Baxter's Recombinate is the most used recombinant  FVIII replacement as reported by physicians in this sample, holding a 48% share of recombinant use

2  U.S. professionals report that prophylaxis treatment is practiced by 30% of their patients   Patients under the age of 18 report they are three times as likely as patients over 18 (62% versus 18%) to follow a prophylaxis treatment program

3  100% of adult and 87% of <18 patients in this study have switched products at least one time

4  The promise of a safer product via less exposure to viruses and human protein were the key reasons for previous switching  Physicians provided the greatest influence in a patient's switching decision  Own research was also an important influence

5  Good viral safety record and less exposure to human proteins were listed as the most liked features of recombinant products

6  Professionals mentioned high price most often as a dislike of recombinant products   Patients listed still contains human albumin

7  Viral safety in general is clearly the most important element of safety



MARTEC

# Key U.S. Findings (continued)

## U.S. Conclusions

**Current Product Environment Findings (cont.)**

8. Baxter rated the highest in terms of reputation, even among Kogenate users.

9. Professionals view all recombinant products equally in terms of performance, except for Availability, where Recombinate is rated significantly higher.

10. Patients rated Recombinate over Kogenate in 3 of 10 Key Switching Criteria: availability, latest technology and supplier reputation

11. Patients' overall satisfaction with Kogenate has decreased, now Recombinate rates significantly ahead of Kogenate

12. Respondents mentioned the availability of patient educational material as a key selection criteria not originally listed

13. Smaller vile sizes (5 ml) and a greater range (150, 750, >1500 IU) and availability of potency strengths is desired by patients



MARIIC

67

BH001172

# Key U.S. Findings (continued)

## *U.S. Conclusions*

### New Product Awareness & Knowledge

1. Refacto is the new product with the highest share of awareness in the U S

2. Physicians' awareness of both Refacto and Kogenate SF has increased Awareness among patients did not change and remains low

3. Forty-nine percent of patients and 96% of professionals claim to know that human albumin will be removed as a stabilizer for the second generation recombinant products

4. Two-thirds of patients and 93% of professionals claimed to know that human/animal protein will be used in manufacturing process of the new products, 88% and 63%, respectively, were concerned over this.

5. Patients (33%) and physicians (78%) had knowledge of the use of a modified gene, ~40% were concerned

6. Patients (24%) and physicians (28%) had the least knowledge about new products not allowing continuous infusion and room temperature storage, 66% and 63%, respectively were concerned

7. 56% of professionals knew of the use of a different assay and 83% were concerned

8. Due to the removal of human albumin as a stabilizer, second generation recombinant products are expected to be safer than the current recombinant products In fact, many respondents believe these products will be "albumin free"


MARTEC

68
GH001173

# Key U.S. Findings (continued)

## U.S. Conclusions

### Reformulated Switching Findings

1. Many physicians and patients could not determine their likelihood to switch without clinical trials proving lower exposure to viral contamination and no greater incidence of inhibitors

2. Professionals show no real preference for Refacto or Kogenate SF.

3. Kogenate users strongly prefer Kogenate SF over Refacto and Helixate NexGen.

4. Approximately 40% of Recombinate users and 60% of Kogenate users would feel comfortable switching within one year of a reformulated product's introduction, both down from 1998

5. Professionals estimate over 50% of their patients will switch to a reformulated product before a "protein free" one is available  They expect 29% of their patients to wait for a "protein free" before switching and 19% never to switch from what they are using now

6. Only 30% of Recombinate patients, versus 60% of Kogenate patients, estimate they will switch to a reformulated product before a "protein free" one is available  52% of Recombinate patients estimate they will wait for a "protein free" before switching compared to 41% of Kogenate patients  The remaining 18% of Recombinate users claim they will never switch from their current product

7. Age is a factor in a professionals' decision to switch products, they are more likely to use newer products on younger patients first.

GH001174




MARIIC

# Key U.S. Findings (continued)

## U.S. Conclusions

### Reformulated Switching Findings *(cont.)*

8   Only 70% of physicians claim they will start their newly diagnosed patients (PUP's) on reformulated products once they are introduced, down from 86% in 1998   Physicians express a slight preference for Refacto for their PUPs, while nurses express a slight preference for Kogenate SF

9   Many adult patients (84%) express the need to keep previous generation products on the market   Fewer physicians (58%) express this need

10   Professionals, at 79%, are more likely than patients (54%) to be influenced by the inability for continuous Infusion and room temperature storage.   Specifically, continuous infusion is more of a concern among professionals and room temperature storage is the main concern among patients

11.   Martec believes in the U.S., Kogenate SF will provide the greatest threat to Recombinate   This is due to Kogenate SF's "first to market" advantage and the potential assay problems with Refacto

### Pricing Findings

1   The current pricing of recombinant products is viewed as being very high

2   20% of patients are not price sensitive, they prefer the reformulated product, regardless of price

3   Physicians are price sensitive to a 10% premium   Preference for the reformulated products drops significantly from 62% at a 5% premium to 27% at a 10% premium


MARTEC

While the concern of *viral safety* appeared to increase among U. S. respondents from 1998 to 1999, the expected speed and likelihood of switching to a reformulated product has decreased.

### Conclusions

**U.S. Findings**
**-1998 to 1999 Comparison -**

- Patient use of Recombinate has increased in 1999, while Kogenate use has decreased among our sample

- The concern for viral safety is more apparent, unprompted elements are mentioned more often and importance ratings have increased

- Patients rate their current products higher in 1999 in terms of meeting their safety needs

- Baxter reputation ratings are higher, while other manufacturers results are mixed

- Recombinate gained a significant advantage over competition in *product availability* in 1999

- Professionals' unaided awareness of Refacto has grown significantly, while Kogenate SF unaided awareness grew only slightly, aided awareness of both products also grew

- Patient awareness of both products did not change and remains low

- A significantly higher percent of professionals identify "albumin free" with Refacto and Kogenate in 1999

- Professional awareness has risen significantly regarding reformulated products
  - *not using albumin to stabilize*
  - *still exposed to proteins in manufacturing*
  - *being based on modified Factor VIII gene*

- U S professionals expect fewer patients to switch to a reformulated product now (59%) than they did last year (78%)

- Professionals have become more price sensitive, with their threshold dropping from 10% to 5%

- 20-25% of patients remain price insensitive

MARI1C



71

BH001176

# Agenda

- Objectives and Methodology
- U.S. Findings
- U S Conclusions
- Canadian Findings
- Canadian Conclusions
- North American Recommendations

MARITC

72
GH001177

# The Canadian sample fell slightly short of the ten physicians originally targeted. No patients were interviewed in Canada.

*Canada Findings*

**Canadian Professionals**
**- Phase II -**

**Physicians**
*n=8*

89%

11%

**Nurses**
*n=1*

n = 9


MARIIC

73

GH001178



Kogenate is the product used by most Canadian physicians' patients. No Centeon usage was reported by this sample.

74
GH001179

# Episodic treatment is twice as common as prophylaxis in Canada.



*Canada Findings*

Current Treatment Regimen
- Canadian Professionals -

*% of patients currently on...*

Prophylaxis
33%

Immune Tolerance
1%

On Demand/ Episodic
66%

*n = 9*

GH001180

75

MARIIC

# Good viral safety record, less exposure to human proteins and easy to use are what Canadian professionals like the most about their recombinant products.



Canada Findings

Current Product "Likes"
- Unaided -

Canadian Professionals

n = 9

| Category | Value |
|---|---|
| Good viral safety record | 89% |
| Less exposure to human proteins | 78% |
| Easy to use | 67% |
| Low Inhibitor Incidence | 44% |
| Improved efficacy | 22% |
| Ability for continuous infusion | 22% |
| Good availability | 11% |
| Easy to mix | 11% |
| Less adverse side effects | 11% |

MARTEC

76

GH001181

# The top Canadian dislike is that the product contains *human albumin*.



Canada Findings

## Current Product "Dislikes"
### - Unaided -

*Canadian Professionals*

n = 9

- Contains human albumin — 44%
- Requires IV administration — 33%
- High price — 22%
- Concern of CJD — 22%
- Limited choice of potencies — 11%
- Limited availability — 11%
- Risk of viral infection — 11%

70%
60%
50%
40%
30%
20%
10%
0%

MARTI...

GH001182

77

# Canadian physicians are equally satisfied with Recombinate and Kogenate.



*Canada Findings*

**Overall Satisfaction**
= Canadian Physicians =

Kogenate   n = 8   8.4

Recombinate   n = 8   8.3

*Not at all satisfied*   2      4      6      8      10   *Completely satisfied*

"The two products are different, but they work equally as well"

"Both have albumin so we need to immunize our patients against *Hepatitis*  I don't think there is a significant difference between the products"

MARTEC

78
GH001183



When thinking of safety, Canadian professionals think of both viral safety in general, and contains less/no human proteins specifically.



Canada Findings

Unprompted Elements of Safety

☐ Canadian professionals n=9

| | |
|---|---|
| Viral Safety in general | 100% |
| Less/No human protein | 100% |
| Inhibitor incidence | 33% |
| Treatment process | 33% |
| Concern of CJD | 22% |
| Origin of donor pool | 11% |
| Adverse events | 11% |
| Efficacy | 11% |
| Manufacturer reputation | 11% |

MARIIC

79

BH001184

# Beyond *viral safety*, all other safety elements pale in importance.



*Canada Findings*

**Safety Element Importance - Canadian Physicians -**

☐ Physicians *n*=8

*Human proteins are more of a concern than animal proteins*

**Importance Rating**

High 10 Importance

8

6

Low 4 Importance

| Element | Rating |
|---|---|
| Viral Safety | 9.9 |
| High responder Inhibitor incidence | 8.8 |
| Exposure to human proteins in manufacturing | 8.6 |
| Human albumin in final product | 8.6 |
| Long-term clinical experience | 8.1 |
| Exposure to animal proteins in manufacturing | 7.8 |
| Remaining on a single product | 7.6 |
| Adverse events | 7.5 |
| Transient Inhibitors | 7.3 |

MARTEC

80

GH001185

# Recombinant products are not viewed as totally safe.



**Canada Findings**

## Safety Needs of Recombinant Products
### - Canadian Professionals -

Physicians — 8.3 (n=8)

Nurses — 8.0 (n=?)

1  2  3  4  5  6  7  8  9  10

*Does not meet safety needs*  ............  *Highly meets safety needs*

### Comments

"The products still contain albumin and use human plasma in production, so there is still a risk"

"In Canada, there's a bit of a lack of confidence in Kogenate because of the CJD contamination"

"The products still use albumin as a stabilizer and human protein is still in the culture media"
      - Canadian Nurse

MARTI(

GH001186

81



**Baxter receives the highest reputation ratings from Canadian professionals. This is because Baxter is not remembered as having any recent problems.**

*Canada Findings*

### Company Reputation - Prompted -

*Good Reputation*

*Poor Reputation*

| Baxter | Bayer | Genetics Institute | Centeon |
| --- | --- | --- | --- |
| 8.7 | 8.4 | 8.4 | 8.0 |

**Comments**

*"Centeon has had more problems with availability than the others."*

*"GI is not primarily a blood products supplier and lacks the knowledge and experience of Baxter and Bayer in the hemophilia market."*

*"Bayer has had problems with CJD. Centeon used to be Armour and they had a big viral problem in 1987."*

— Canadian Nurse

MARTEC

82

GH001187

# Canadian physicians give Recombinate slightly higher performance ratings in every category except Cost.



Canada Findings

## Canadian Professional Key Switching Criteria
### - Importance and Performance -

Legend:
- Importance Ratings (n=9)
- Recombinate Performance (n=8)
- Kogenate Performance (n=8)

Baxter Advantage

Categories (left to right): Viral safety (98), Availability (92), Low Inhibitor Incidence (91), Latest technology (86), Ease of use for patient (83), Long-term clinical experience (82), Patient Input (79), Supplier reputation (79), Cost (69), Insurance/payer guidelines (50)

*Performance was not asked for on Insurance Guidelines*

MARITC

GH001188

83



One Canadian respondent expressed concern of CJD and prions as a selection criteria.

*Canada Findings*

**Other Selection Criteria**
**- Not from List Provided -**

**Canadian Professionals**

- **Concern of CJD**          11%

- **Concern of prions**       11%

- **Product half-life**       11%

*n = 9*

MARTEC

84

GH001189

# One third of Canadian respondents expressed the need for smaller infusion volumes.

Canada Findings



**Infusion Volume**

**Comments**

*"Need 5 ml instead of a 10 ml size."*
    *- Canadian Nurse*

*"Would like less fluid than what we currently use (10 ml)."*

*"For very young patients, a 2 5 ml size would be nice"*

85

GH001190

MARI IC



# A couple of Canadian physicians expressed dissatisfaction with the current range of potencies available.

*Canada Findings*

**Range of Potencies**

**Improvements**

• *Lower potency sizes (50, 100, 150 IU)* - 11%

• *Greater variety of potency sizes (150, 750 IU)* - 11%

**% Satisfied with Range of Potencies**

- Physician **n = 8** — 75%
- Nurse **n = 1** — 100%

MARITEC



Awareness of Kogenate SF and Refacto were similar among this sample of Canadian professionals.

Canada Findings

New Product Awareness
- Canadian Professionals -

GH001192

87

# The greatest belief among Canadian professionals about Kogenate SF and Refacto is that they will be albumin free. Few respondents had knowledge of Helixate NexGen.

*Canada Findings*

## Current Knowledge of New Products
### - Canadian Professionals -

### Kogenate SF

- **Albumin free** — 56%
- Less albumin — 44%
- Sucrose as stabilizer — 44%
- No answer — 11%
- Heard of, but nothing specific — 11%
- New, improved treatment process — 11%
- No animal proteins — 11%
- May impact renal function — 11%
- Can't continuously infuse — 11%

### Refacto

- **Albumin free** — 22%
- Uses smaller molecule — 22%
- No answer — 22%
- Heard of, but nothing specific — 22%
- Not FDA approved — 11%
- More concentrated/ Less volume needed — 11%

### Helixate NexGen

- No answer — 67%
- **Albumin free** — 22%
- Sucrose as stabilizer — 11%
- Heard of, but nothing specific — 11%
- May impact renal function — 11%
- Can't continuously infuse — 11%
- May have higher risk of inhibitors — 11%

*% of respondents mentioning*

n = 9

MARTEC

88

GH001193

# New product awareness among Canadian professionals is similar to that of U.S. professionals.



Canada Findings

Are you aware that certain reformulated recombinant Factor VIII concentrates...

**New Product Awareness**

will not use human albumin as a stabilizer? — 100%

are still exposed to human/animal proteins in manufacturing? — 78%

are based on a modified Factor VIII gene? — 78%

may not allow continuous infusion and room temperature storage? — 22%

*Lowest Level of Awareness*

could require a different assay? — 50%

% Respondents Aware

☐ Canadian professionals (n=9)

GH001194

89

**Canadian professionals are more concerned than Americans with exposure to human/animal proteins in manufacturing, but less concerned with requiring a different assay.**

*Canada Findings*



New Product Concerns

*Is it a concern to you that certain reformulated recombinant Factor VIII concentrates...*

*Concerned over lack of...*
- Continuous infusion — 67%
- Room temperature storage — 0%
- Both issues — 22%
- Neither issue — 11%

- are still exposed to human/animal proteins in manufacturing? — 89%
- are based on a modified Factor VIII gene? — 44%
- may not allow continuous infusion and room temperature storage? — 89%
- could require a different assay? — 67%

*% Respondents Concerned*

☐ Canadian professionals (n=9)

MARTEC

90

GH001195

# Canadian physicians explain their concerns . . .

Canada Findings

> **New Product Concerns**
> **- Canadian Professionals -**

## Comments/Quotes

"It's good not to use albumin as a stabilizer as long as *there is* something else to stabilize the product. If it's not stable, do you need to use more product and increase the cost per treatment?"

"The public will still be concerned of any product using human or animal proteins. The recent CJD incident with Kogenate will strengthen that concern."

"The initial concern in deleting the B-domain was there were going to be many more inhibitors. But I think they have done enough studies to show that is not the case "

"Not being able to continuously infuse would be a concern. If the product is not stable it would make infusion difficult having to use a bolis "

"It will be difficult to assess a patient if the assays are showing two completely different results  It would also be confusing and costly for the lab to get the new equipment "

MARTIC

91

GH001196




On average, Canadian professionals expect 30% of their patients not to switch to a reformulated product. Kogenate SF is clearly most likely to be the product of choice for those that do switch.

*Canada Findings*

What % of Patients Will Switch to Each Product?
- Canadian Professionals -

Helixate NexGen: 4%

Other: 10%

Kogenate SF: 40%

Never Switch: 30%

Refacto: 16%

*n = 9*

MARTEC

92

GH001197

# Canadian professionals expect 6u% of their patients to switch to a reformulated product within one year.

*Canada Findings*



**Canadian Professionals Switching Timing to a Reformulated Product**

n = 9

60% within 1 year.

42%

18%

1%

9%

30%

% of Patient Population

100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%

Immediately (within 1st six months)

Six months to one year

Within the second year

After two years

Never try that product

% Switching Timeframe

MARI1C

GH00 1198

93

# Many factors will influence the speed at which patients switch.

*Canada Findings*

---

### Canadian Professionals Switching Timing
#### - Explanations -

**Comments/Quotes**

*"Those that do switch will want to switch right away."*

*"We always have a group that is scientific and eager to try new things."*

*"We have a certain population that is always looking for a product that has the smallest amount of human plasma in it and they will switch right away. A small number will want to see how it works first, before trying it."*

*"There is no hurry, these patients have already been exposed to human albumin so it does not matter. There is no huge difference, so I would recommend using up the previous products before switching to the new."*

*"It really depends upon supply. The more new product available, the sooner people will switch."*



MARTEC

# Canadian professionals expect nearly two-thirds of their patients to switch first to the reformulated product and then to the protein free.

*Canada Findings*

## Switching Scenarios
## - Canadian Professionals -



**n = 9**

| | | | |
|---|---|---|---|
| 7% | 62% | 20% | 11% |

Switch to reformulated in next 2 years, never switch to "protein free" / Switch to reformulated in next 2 years and switch to "protein free" / Never switch to reformulated but switch to "protein free" / Never switch from current product

70% — 60% — 50% — 40% — 30% — 20% — 10% — 0%

## *Comments/Quotes*

*"Given the chance, patients will always want to use the safest product. They will put pressure on us as hematologists to switch them"*

*"Most patients will switch and take gradual steps to the purest product Protein free is the goal, but any improvement along the way helps"*   - Canadian Nurse

*"There would be only some that would switch initially if they knew a protein free product would be available soon"*

MARIIC


GH001200

95

**Age can play a factor in the switching decision, but often is only part of the equation. *Availability, cost* and *previous infections* are also factors.**

Canada Findings

Comments

**Comments/Quotes**

*"I'll be less likely to encourage switching for my older patients already exposed to diseases"*

*"If there were only a limited amount of the product, the children would be switched first"*
— Canadian Nurse

*"We would be more willing to start PUPs on the reformulated products first"*

*"No Canada offers the best product to everyone, regardless of age"*

Is Patient's Age a Factor in Deciding to Switch Products?

Canadian Professionals



Bar chart: "% Yes, Age is a factor" (y-axis 0%–100%)

Physician: 57%   n = 8
Nurse: 100%   n = 1

M^RITEC

96
GH001201

# Canadian professionals indicate Kogenate SF may be the preferred product from PUPs.

## Canada Findings

### Will One Reformulated Products be Preferred for PUPs?



**% Newly Diagnosed on Reformulated?**

Physicians    - 81%
Nurses        - 100%

**Comments**

**Comments/Quotes**

*"The decision is made at the CDS level Based on our past contract with Bayer, it will likely be Kogenate SF"*

- Canadian Nurse

*"It will depend on availability and we will probably only have Kogenate SF available"*

*"I don't have enough knowledge about the new product to say"*

*"We have used Kogenate in the past and feel comfortable with it, so it will make sense to go with Kogenate SF"*

Nurse
• Kogenate SF - 100%

**n = 1**

Physician
• Kogenate SF - 25%
• Albumin free  - 13%
• No answer    - 12%

**n = 8**

% Yes, prefer one product for PUPs

100%
• Kogenate SF - 100%

50%

MAR11C

GH001202

97

# Overall, Canadian professionals don't see need to keep previous products available.

*Canada Findings*



## Need to Keep Previous Generation Products on Market?

### Comments/Quotes

"*No need to keep the older one around unless people react unexpectedly to the new product. Patients will want the cleanest and purest product available.*"

"*I see no benefit of keeping a less pure product on the market.*"

— Canadian Nurse

"*We need to keep the older products on the market for 1 to 2 years to see how patients react to the new product.*"



% Yes, need to keep on market

100%
90%
80%
70%
60%
50%
40%
30%

Canadian Physicians — 38% — n = 8

Canadian Nurses — 0% — n = 1

MARITEC

GH001203

98

# Canadian professionals general_y saw the inability of the n_w products for *continuous infusion* as more of a limitation than *room temperature storage*.

**Canada Findings**

## Convenience Features with New Products
### - Canadian Professionals -

*Will lack of these features influence your opinion of the new products?*

No

11%

89%

Yes

**% concerned over lack of...**
- Continuous infusion           33%
- Room temperature storage   11%
- Both issues/
  one not specified             45%

n = 9

### Comments/Quotes

*"This would be a serious issue. You would have to then keep Kogenate around for serious cases and surgeries."*

*"These are problems. We would have to go back to the old products or find a new product that enabled these features."*

*"Lack of room temperature storage would be a real issue for our patients on the go. They probably would not switch"*

*"I'd still go with the safer product. Everyone has a refrigerator and continuous infusion is not that big of an issue because we perform very few pediatric surgeries."*

MARII(

99

GH001204





All Canadian respondents were willing to pay a 5% premium for the reformulated product. However, a 20% premium was the maximum.

*Canada Findings*

**Pricing Sensitivity**
**- Canadian Professionals -**

Canadian Professionals (n = 9)

*Each 5% price increase decreases share of preference by 25%*

**% Preferring the Newly Reformulated Product**

100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%

=to current | 5%> | 10%> | 15%> | 20%> | 25%> | 30%> | 35%> | 40%> | 45%> | 50%> | more than 50%>

100%
75%
50%
38%
0%

**Newly Reformulated Product's Price Compared to Price of Current Product**

MARTEC

GH001205

# In Canada's social medical program, a price premium is possible, but it must be justified.

**Canada Findings**

| Pricing Sensitivity Comments |
| --- |

### Comments/Quotes

"At least in Canada, there's always the balance of the theoretical safety you want to achieve with the amount of money you will pay. There have been no documented transmissions of diseases from albumin, so maybe a 10% premium for the new product is as high as you could go."

"Depends upon consumer demand  We went to a product that was 200% more expensive when we went from monoclonal to recombinant. Maybe a 10% premium is reasonable."

"Patents do not pay for their products here  As a Canadian doctor I'd choose the best product for my patient   As a member of society, I would pay 20% more for the reformulated products."

"The new product must be fiscally responsible  A 20% premium is a lot to spend for the new products."




MARIIC

101

GH001206



102
GH001207

# In -- many ways, Canadian professionals are similar to U.S. professionals. However, some key differences exist...

## Conclusions

### Key Canadian Findings

- Recombinant use is very high in Canada (96%)

- Over 60% of Canadian professionals' patients are Kogenate users in this sample

- *Human proteins* are more of a concern than *animal proteins*, but unprompted *concern of CJD* was mentioned also (22%)

- Baxter receives high reputation ratings because of no recent problems (*problems included CJD with Bayer and manufacturing with Centeon*)

- *Cost* received lower importance ratings in Canada than in the U.S.

- Product name and product issue awareness is very similar to U.S

- Concern over *exposure to human/animal proteins in manufacturing* is higher than in the U S

- Concern over the *use of a different assay is lower* than in the U S

- Switching to Kogenate SF is much more likely than switching to Refacto; even among PUPs

- Switching timing is expected to occur faster in Canada, with 63% of patients switching within 1 year

- Physicians expect more patients to switch both to the reformulated product and again to the "protein free" (62%), versus wait for the "protein free" (20%)

- Lack of convenience features is a big concern, with inability for *continuous infusion* much more so than *no room temperature storage*

- Canadian physicians are the least price sensitive of all regions studied, with 75% willing to pay a 10% premium

- Kogenate SF will provide the greatest threat to Baxter due to Kogenate's strong position in this market and likelihood to be the first new product to market

MARIT-C

103

GH-I001208



104

GH001209

# North American Project Recommendations

Baxter can make several marketing moves to slow the acceptance of Kogenate SF, Refacto and Helixate NexGen, perhaps buying more time than the current window. Specific strategies include:

- Immediately publicize to physicians, nurses and patients that Baxter is developing a "protein free" product... *get the word out.*

- Use proactive and defensive marketing tactics to control the speed at which Recombinate users switch to competing reformulated products *act on the drivers and barriers that Baxter can influence.*

- Work vigorously on a "protein free" product with the critical goal of being the first to market ..*be the R&D leader.*


MARTIC

105

GH001210

# North American Recommendations (continued)

*Recommendations*

### Get the Word Out

○ publicize to physicians, nurses and patients that Baxter is developing a "protein free" product and educate everyone on Baxter's new product as early as possible

### Proactive Marketing Efforts

○ continue promoting Recombinate's track record and Baxter as an established FVIII manufacturer

○ continue developing brand identity and loyalty for Recombinate, particularly among professionals

○ differentiate via patient education and convenience features *(5 ml infusion volumes, a greater selection of potencies, smaller packaging and improved reconstitution/syringe system)*

### Defensive Marketing Efforts

○ educate about the *use of human/animal proteins during manufacturing,* refuting (or weakening) the claims that new products will be "albumin free"

○ educate about the *use of a modified gene* in new products

○ educate about Kogenate SF's potential inability for *continuous infusion* (physician focus) and *room temperature storage* (patient and nurse focus)

● raise questions about the problems of a different assay for Refacto

● raise questions with physicians about the risks of taking patients off of a single product versus the unsubstantiated reward of an incrementally safer product

○ raise questions with physicians about the availability of the newly reformulated concentrates

○ raise questions about GI's ability to supply and its commitment to the hemophilia market

○ make all efforts to delay the introduction of the reformulated products *(i.e. question how Refacto can pass trials in the US using different assays, refute the trial results of all new products)*

if share is slipping rapidly, price Recombinate 10% lower than the reformulated products



MARTEC

GH001211

# North American Recommendations (continued)

## Shorten the Window of Exposure

- Physicians and patients need time to review clinical trials prior to switching to a new product If Baxter can get its product to market within the two year window it can potentially avoid losing a large share of its customers.

- It typically takes a full year for a physician to see each patient and discuss new products and switching. Take advantage of this time to educate, build loyalty and raise doubts about the true benefits of the reformulated products

## First to Market with "Protein Free"

- A "protein free" FVIII concentrate will be seen as a major step-change improvement in safety

- The first company to market with a totally human/animal protein free product should be able to capture a very large percentage of switching patients in a one year time frame, capitalizing on a "first comer" advantage

- Being first to market with a totally safe product would also greatly strengthen the company's reputation and position it as the leader in the Factor VIII replacement market

***
**This concludes the presentation.**
**Thank you very much**
***

MARIIC

GH001212






Appendix

- North American Professional Respondent List -

108

GH001213

MARTEC

# 1999 Baxter Global Hemophilia Study
## North American Professional Respondent List

| | Name | Role | Institution | City | State | Phone | Pilot |
|---|---|---|---|---|---|---|---|
| US | Dr Lusher | Physician | Children's Hospital | Detroit | MI | | Pilot |
| US | Hassan Yaish, MD | Physician | Henry Ford Hospital | Detroit | MI | | Pilot |
| US | Sandy Harris, RN | Nurse | Northwestern University | Chicago | IL | | Pilot |
| US | Beth Chase, RN | Nurse | Oakland Children's Hospital | Oakland | CA | | Pilot |
| US | Leonard Valentino, MD | Physician | Rush Presbyterian | Chicago | IL | 313-942-3569 | Pilot |
| US | Marion Koerper | Physician | University of California | San Francisco | CA | | Pilot |
| US | Name Withheld | Physician | University of Michigan | Ann Arbor | MI | | Pilot |
| US | Belinda McAdory, RN | Nurse | Arkansas Children's Hospital | Jacksonville | AR | 501-320-5961 | |
| US | Kimo Stine, MD | Physician | Arkansas Children's Hospital | Sherwood | AR | 501-320-1495 | |
| US | Michael Recht, MD | Physician | Phoenix Children's Hospital | Phoenix | AZ | 602-239-2400 | |
| US | Rachel Stuart, RN | Nurse | Phoenix Children's Hospital | Phoenix | AZ | 602-239-2546 | |
| US | Terry Scott Wood, MD | Physician | Phoenix Children's Hospital | Phoenix | AZ | 602-239-5791 | |
| US | John Hutter, MD | Physician | University of Arizona | Tucson | AZ | 520-626-7637 | |
| US | Mary Ellen O'Leary, RN | Nurse | Alta Bates Medical Center | Berkley | CA | 510-237-2826 | |
| US | Vicky Leonard, RN | Nurse | Children's Hospital Oakland | Berkley | CA | 510-428-3378 | |
| US | Ellen Bololin, MD | Nurse | Children's Hospital of LA | Grenada Hills | CA | 323-669-5639 | |
| US | Robert Miller, PA | Physician | Children's Hospital | Los Angeles | CA | 323-669-2121 | |
| US | Robert Mignacca, MD | Nurse | Valley Children's Hospital | Madera | CA | 559-225-3000 | |
| US | Cathenne Glas, RN | Nurse | UCSD Medical Center | San Diego | CA | 619-294-6479 | |
| US | Susan Karp, RN | Nurse | University of CA at SF | San Francisco | CA | 415-476-5861 | |
| US | Julie Hambolten, MD | Physician | University of California | San Francisco | CA | 415-476-9608 | |
| US | Arnold J. Altman, MD | Physician | Connecticut Children's Med Ctr | Hartford | CT | 860-545-9616 | |
| US | Philip Blatt, MD | Physician | Christian Care Health Center | Newark | DE | 302-999-8095 | |
| US | Joann Davis, MD | Physician | University of Miami | Plantation | FL | 954-473-9795 | |
| US | Cameron Tebbi, MD | Physician | Tampa Children's Hospital | Tampa | FL | 813-870-4824 | |
| US | Valerie Cronshaw, RN | Nurse | Medical College of Georgia | Augusta | GA | 706-721-7367 | |
| US | Charlton Davis, MD | Physician | Scottish Wright Children's Med | Dunwood | GA | 404-257-3230 | |
| US | Alton Lightsey, MD | Physician | Medical College of GA | Evans | GA | 706-855-6860 | |

GH001214



MARTIC

# North American Professional Respondent List (continued)

*Appendix*

| US | Dr. Thomas Kisker | Physician | University of Iowa | Iowa City | IA | 319-356-3422 |
|----|----|----|----|----|----|----|
| US | Susan Garneman, RN | Nurse | Children's Memorial Chicago | Chicago | IL | 773-880-4620 |
| US | Dr. Debra Brown | Physician | Children's Memorial Hospital | Chicago | IL | 773-880-3977 |
| US | Anita Bontuyan, RN | Nurse | Michael Reese Hospital | Chicago | IL | 312-791-2384 |
| US | Ruth Seeler, MD | Physician | U of Chicago/Michael Reese | Chicago | IL | 773-521-1710 |
| US | Mary Sipriani, MD | Physician | Jackson Park Hospital | Park Ridge | IL | 847-318-O477 |
| US | Dr. Michael Tarantino | Physician | Comprehensive Hemophilia Ctr | Peoria | IL | 309-692-4533 |
| US | Cindy Leissinger, MD | Physician | Tulane University | Metaine | LA | 504-588-5498 |
| US | Karen Wulff, RN | Nurse | Louisiana Hemophilia Center | New Orleans | LA | 504-588-5433 |
| US | Carol Sweeney-McGreal, RN | Nurse | Boston Hemophilia Center | Boston | MA | 617-355-6101 |
| US | Helen Mahoney-West, RN | Nurse | Brigham Women's Hospital | Boston | MA | 617-732-5190 |
| US | Elizabeth Hollomon | Nurse | John Hopkins School of Med | Baltimore | MD | 410-502-5114 |
| US | Fred Heidrich, MD | Physician | John Hopkins Unversity/St Agn | Baltimore | MD | 410-368-2500 |
| US | Anne Rossi, MD | Physician | Maine Medical Center | Portland | ME | 207-885-7565 |
| US | Jim Munn, RN | Nurse | University of Michigan | Ann Arbor | MI | 734-936-6393 |
| US | Steven Pipe, MD | Physician | Women's Hospital–U of MI | Ann Arbor | MI | 734-647-3809 |
| US | Charles Main, MD | Physician | William Beaumont Hospital | Beverly Hills | MI | 248-551-O360 |
| US | Muhammed Shurafa, MD | Physician | Henry Ford Hospital | Detroit | MI | 313-761-1 901 |
| US | Rashmi Kulkarni, MD | Physician | Michican State University | East Lansing | MI | 517 349 5390 |
| US | Elizabeth Sandon-Kleiboer, RN | Nurse | DeVos Children's Hospital | Grand Rapids | MI | 616-391-2033 |
| US | Jane Dimen, RN | Nurse | Munson Medical Center | Traverse | MI | 231-935-7227 |
| US | Nigel Key, MD | Physician | Fairview–University of MN | Minneapolis | MN | 612-624-8903 |
| US | Neil Cornell, MD | Physician | Dartmouth-Hitchcock Hemophilia | Lebanon | NH | 603-560-5522 |
| US | Lauren McKernan, RN | Nurse | Dartmouth-Hitchcock Hemophilia | Lebanon | NH | 603-650-5486 |
| US | Dr. Jack Golberg | Physician | Cooper Health System | Campten | NJ | 609-325-6750 |
| US | Jane Ellen Jones, RN | Nurse | Unversity of New Mexico | Albuquerque | NM | 505-272-6420 |


MARTEC

110

GH001215

# North American Professional Respondent List (continued)

111

GH001216

| | | | | |
|---|---|---|---|---|
| US | Dr. Prasada Mathew | Physician | | Albuquerque | NM | 505-272-6822 |
| US | Lynn Menza, RN | Nurse | Children's Hospital of Buffalo | Buffalo | NY | 716-878-7446 |
| US | Joan McCarthy, RN | Nurse | Mt. Sinai | Manhattan | NY | 718-268-1879 |
| US | Stephanie Seremetis, MD | Physician | Mt. Sinai Women Health Center | New York | NY | 212-241-8272 |
| US | Alice Foster, RN | Nurse | Mount Sinai | New York City | NY | 212-241-9241 |
| US | Sylvia Jordan, RN | Nurse | Ohio State Univ Hemophilia | Columbus | OH | 614-293-8183 |
| US | Nancy Duffy, RN | Nurse | Children's Medical Center | Dayton | OH | 937-293-4719 |
| US | Charles Sexauer, MD | Physician | Children's Hospital | Oklahoma City | OK | 405-271-5311 |
| US | Regina Butler, RN | Nurse | Children's Hospital of Philadelphia | Philadelphia | PA | 215-590-3438 |
| US | Allan Cohen, MD | Physician | Children's Hospital of Philadelphia | Philadelphia | PA | 215-590-3438 |
| US | Jackie Iola, RN | Nurse | St. Christophers | Philadelphia | PA | 215-743-8773 |
| US | Barbara Carroll, RN | Nurse | Children's Hospital | Columbia | SC | 803-772-6095 |
| US | Cherys Zimmerman, RN | Nurse | East Tennessee Comprehensive | Knoxville | TN | 423-544-9170 |
| US | Jan Tuller, RN | Nurse | University of Tennessee | Memphis | TN | 901-448-6454 |
| US | Kim Miller, RN | Nurse | Children's Med Center | Dallas | TX | 214-456-5401 |
| US | Marie Ramirez, RN | Nurse | South Texas Comprehensive | San Antonio | TX | 210-704-2862 |
| US | Shirley Bleak, RN | Nurse | Primary Children's Med Ctr | Salt Lake City | UT | 801-588-2903 |
| US | Kim Stuart, RN | Nurse | Children's Hospital–Kings | Norfolk | VA | 757-668-7613 |
| Canada | Morel Rubinger, MD | Physician | Manitoba Cancer Foundation | Winnipeg | | 204-787-2113 |
| Canada | Dr. Jeff Davis | Physician | British of Columbia Children's | Richmond | | 604-875-3577 |
| Canada | Wilma McClure, RN | Nurse | University of Alberta Hospital | Edmonton | | 780-407-6588 |
| Canada | Gerry Growe, MD | Physician | Vancouver General Hospital | Vancouver | | 604-875-4702 |
| Canada | Jack Hand, MD | Physician | Jane Wayne Child Help Center | Saint Johns | | 709-778-4799 |
| Canada | Dr. Koon Hung Luke | Physician | Children's Hospital of E. Ontario | Ottawa | | 613-737-2422 |
| Canada | Dr. John Wu | Physician | British Columbia Children's | Vancouver | | 604-875-3467 |
| Canada | Linda Vickars, MD | Physician | Vancouver Hemophilia Clinic | Vancouver | | 604-684-2331 |
| Canada | Manuel Carcao, MD | Physician | The Hospital for Sick Children | Toronto | | 416-813 6910 |



MARTIN

2nd Gen. ReFVIII

Japan Findings

GH001217

GH001218

# *Final Report*

# 2nd Generation Recombinant Factor VIII Product Introduction Assessment

## Japan Findings

## *Baxter Healthcare Corporation*

## January 17, 2000



MARTEC



BH001219

## Objectives

The primary goal of this project is to provide Baxter with global market intelligence allowing it to successfully position its recombinant Factor VIII product against competitive next-generation products.

The primary objectives of this project are:

- Determine the motivators and drivers of switching behavior. What will cause and prevent switching from Recombinate to a competitive product?

- Understand the perceptions of decision makers on the next generation recombinant products (Kogenate SF, Refacto and Helixate NexGen) coming to market and how this differs from the previous findings

**Specific project objectives include:**

- Estimate likelihood of switching from Recombinate to new recombinant products

- Compare findings to those of the initial 1998 study, where applicable

This report represents the views of this sample and is just one piece of a strategic marketing plan. Baxter must balance this data with its corporate directives and other internal, competitive and legislative intelligence.



MARTEC