# This project was conducted globally and consisted of two distinct phases.

*Methodology*

### Global Scope

The project was conducted concurrently in the following four global regions

| North America | Europe | Asia | Inter-Continental |
|---|---|---|---|
| • United States | • Germany | • Japan | • Australia |
| • Canada | • France | | • New Zealand |
| | • Italy | | |
| | • Spain | | |
| | • United Kingdom | | |
| | • Denmark | | |
| | • Sweden | | |

This was a blind study, at no time was Baxter mentioned as the sponsor.

### Phase I
Phase I was a focused qualitative phase  Information was gathered via in-depth one-on-one and telephone interviews  This information provided the foundation for the quantitative phase of the research effort

### Phase II
This phase was a quantitative effort, with information gathered via telephone interviews   The output of this phase is a detailed understanding of the project objectives   This information will allow Baxter to develop strategies that maximize its market positioning

MARTIC



BH001221

3

# A total of 479 interviews were completed for this study.

*Methodology*

| Country | Respondent Group | Phase I Interviews Completed | Phase II Interviews Completed |
|---|---|---|---|
| U S | Patients | 4 | 100 |
| | Physicians/Nurses | 7 | 65 |
| Canada | Physicians | -- | 9* |
| Germany | Patients | 2 | 20 |
| | Physicians | 1 | 5** |
| France | Patients | 2 | 20 |
| | Physicians | 1 | 10 |
| Italy | Patients | 2 | 20 |
| | Physicians | 1 | 10 |
| Spain | Patients | -- | 10 |
| | Physicians | -- | 5 |
| United Kingdom | Patients | 2 | 20 |
| | Physicians | 1 | 10 |
| Denmark | Patients | -- | 10 |
| | Physicians | -- | 1† |
| Sweden | Patients | -- | 10 |
| | Physicians | | 4†† |
| Japan | Patients | 3 | 54ˣ |
| | Physicians | 2 | 20 |
| Australia | Patients | 2 | 20 |
| | Physicians | 1 | 10 |
| New Zealand | Patients | -- | 10 |
| | Physicians | -- | 5 |
| **Total** | | **31** | **448** |

**Notes**

*1 short of target and includes 1 nurse  No more physicians agreed to participate

** 5 short of target  Only 10 physicians were targeted by Baxter and 5 refused  New guideline was just introduced by German Hemophilia Society discouraging participation in any unsponsored studies

†4 short of target  However, only 3 hemophilia physicians exist in Denmark  1 declined, 1 not available

†† 1 short of target  No more physicians agreed to participate

ˣ 6 short of target  However, still higher response than expected

In most countries, Baxter provided Martec a list of physicians to target for this study

MARTEC

GH001222



The project was completed as scheduled.

*Methodology*

**Project Timeline**

| September 3 | September 7 | October 1 | October 14 & 29 | November 9 & 23 | December 7 | December 16 | January 11 |
|---|---|---|---|---|---|---|---|
| U S & Euro Kick-off | Japan Kick-of | Phase I Final Report | Phase II Teleconference Updates | Phase II Teleconference Updates | Phase II Progress Report | Phase II Final Presentation | Phase II Millennium Presentation |

Phase I

Phase II

BH001223

MARII C

5



GH001224

# In Japan we met the Physician target, but fell six short of the Patient sample of 60 originally targeted.



*Japan Findings*

**Japanese Respondents - Phase II -**

Japanese Patients

Age < 18
*n=36*
66%

Age ≥ 18
*n=18*
34%

**n = 54**

Japanese Physicians

Physicians
*n=20**
100%

**n = 20**

* 75% of physicians' institutions also perform surgical procedures for hemophilia patients

MARI LLC

7

H001225

# Recombinant products, particularly Kogenate, were most often used by Japanese physicians' patients in this sample.

*Japan Findings*



**Product Type Prescribed**
- Japan Physician -

**% of Patients on Each Product Type**

Recombinant 66%

Plasma Derived 34%

*n = 20*

**Recombinant Products Used**

% of Total Patient Population

Kogenate 55%

Reconate* 11%

* The brand name for Baxter's recombinant product is called "Reconate" in Japan

MARTEC

8
GH001226

# Kogenate is the most common product used by the Japanese patient sample.



**Japan Findings**

**Product Usage**
**- Japanese Patients -**

**Current Products Used**

% of Patients

70%
60%  60%
50%      56%
44%
40%  40%
30%
20%
10%
0%
Reconate        Kogenate

■ <18 (n=36)
■ ≥18 (n=18)

n = 54

**Most Recently Used Product**

| | |
|---|---|
| Others* | 22% |
| Crosseight M | 45% |
| Confact F | 15% |
| Concoeight HT | 4% |
| Reconate | 8% |
| Kogenate | 6% |

*Reported no switching*

- Ages <18    12%
- Ages ≥18    0%

\* Others indicate plasma derived products, for which patients were not able to recall the brand names

MARIIC

9

BH001227

# Younger Japanese patients are much more likely to follow a prophylaxis treatment program.



10
GH001228



*Less Risk of Viral Infections* **is mentioned most often as a "Like" of Japanese physicians' current hemophilia products.**

*Japan Findings*

**Current Product "Likes"**
**- Unaided -**

Japanese Physicians
(n=20)

| Less risk of viral infections | Not a human blood product | Easy to administrate to patients | Less infusion volume | Good efficacy | Efficacy/ clotting | Easy to mix |
|---|---|---|---|---|---|---|
| 75% | 55% | 50% | 50% | 25% | 10% | 10% |

GH001229

11

MARTEC

# *Viral Safety* and *Not a Human Blood Product* are mentioned most often as "Likes" of Japanese patients.

*Japan Findings*



**Current Product "Likes"**
**- Unaided -**

Japanese Patients
(n=54)

| Category | Value |
|---|---|
| Viral safety | 82% |
| Not a human blood product | 65% |
| Less volume* to inject | 40% |
| Easy to mix | 32% |
| Easy to self administer | 25% |
| Compact Infusion kit/package | 11% |
| No refrigeration storage needed | 7% |

*Likes mentioned more often by patients <18

MARTEC

12
GH00123O

# *Still Contains Human Albumin* is the number one "Dislike" of Japanese physicians.

*Japan Findings*



Current Product "Dislikes"
- Unaided -

Japanese Physicians
(n=20)

- Still contains human albumin — 90%
- Short half life — 25%
- Requires skill to self inject — 25%
- Limited disclosure of product information from manufacturer — 15%
- Syringe and gage of needle — 15%

13

GH001231

# Requirement of IV Administration is mentioned most often as "dislike" of Japanese patients.



*Japan Findings*

**Current Product "Dislikes"**
**- Unaided -**

Japanese Patients
*(n=54)*

- Requires IV administration: 65%
- Still contains human albumin: 43%
- Unfamiliarity with recombinant: 12%
- Not domestic products: 5%
- Viral Infection from animals: 4%

MARTEC

14
GH001232

# Satisfaction with Reconate is slightly lower than with Kogenate among both groups in this study.



*Japan Findings*

**Overall Satisfaction**

Japanese physicians
Japanese patients

Reconate
Kogenate

n = 10    n = 22
n = 20    n = 32

8.5    8.2
8.9    8.5

Not at all satisfied
Completely satisfied

6    8    10    15

*All physicians use Kogenate, half also use Reconate*

GH001233

# Improved *Safety* and *Doctor Recommendation* are clearly the key drivers of switching.

*Japan Findings*

## Reasons for Past Switching
## - Japanese Patients -

| | Primary Reason | Other Reasons* |
|---|---|---|
| **Safer product - not a human blood product** | 33% | 46% |
| Doctor recommendation | 30% | 32% |
| Other patients changed | 10% | 12% |
| Changed hospital/physician | 9% | 15% |
| Developed viral infections | 8% | 2% |
| Easier to administer self-injection | 8% | 15% |
| Smaller unit dosage size | 2% | 8% |
| Easier to dissolve | | 3% |

*Allowed multiple answers

n = 50



MARTEC

GH001234
16



# Japanese patients rely on both their physician and patient support group in making the decisions to switch products.

*Japan Findings*

## Past Switching Influencers – Japanese Patients –

| | Most Influential | Other Influencers |
|---|---|---|
| *Doctor* | 93% | 6% |
| Hemophilia Patient Group | 5% | *65%* |
| Parents/family | 2% | 4% |
| Other patients | – | 8% |
| Published information/news | – | 6% |
| Educational seminar by manufactures | – | 6% |
| Others | – | 5% |

*n = 50*

*Allowed multiple answers

17

H001235

MARII(

# When thinking of safety, both Japanese physicians and patients think of *Viral Safety*.



Japan Findings

Unprompted Elements of Safety

Legend:
- Japanese physicians (n=20)
- <18 Japanese patients (n=36)
- ≥18 Japanese patients (n=18)

| | Dr.* | ≤18 | ≥18* |
|---|---|---|---|
| Unknown illness | 10% | 44% | 33% |
| CJD | 15% | – | 6% |
| MCD | 10% | – | – |
| Prion | 15% | – | 11% |
| | 25% | 44% | 33% |

*can answer more than one

Bar chart categories (left to right): Viral Safety, Inhibitor Incidence, Unknown virus*, Allergic reaction, Manufacturing location, Full Information disclosure to public by manufacturer

Values shown:
- Viral Safety: 80%, 85%, 75%
- Inhibitor Incidence: 55%, 45%, 20%
- Unknown virus*: 25%, 44%, 33%
- Allergic reaction: 25%, 28%, 12%
- Manufacturing location: 15%, 12%, 5%
- Full Information disclosure to public by manufacturer: 56%, 43%, 10%

Y-axis: 0%, 20%, 40%, 60%, 80%, 100%

MARTEC

18
GH001236

*Viral Safety* rated the highest in terms of safety importance for both groups. Japanese patients consider all safety elements to be fairly important.



*Japan Findings*

## Safety Element Importance

Japanese physicians (n=20)
Japanese patients (n=54)

H001237

# Japanese physicians are less satisfied with the safety of plasma derived products; although, one third of them currently prescribe plasma derived products.

Japan Findings

## Safety Needs of Current Products - Japanese Physicians -



Plasma derived — n = 20 — 7.1

Recombinant — n = 20 — 8.4

1  2  3  4  5  6  7  8  9  10

**Does not meet safety needs**

**Highly meets safety needs**

### Comments/Quotes

"My rating would be higher if the products did not contain human albumin"

"The products still use human plasma and we are a little concerned about long-term effects of infusing the recombinant products into patients"

"All doctors in this hospital prefer recombinant products in terms of viral safety in general. However, we still use Crosseight M a lot due to our hospital's long term relationship with the supplier"


MARTEC




# Patients rate both Reconate and Kogenate high in terms of *meeting their safety needs* .

*Japan Findings*

**Safety Needs of Current Product**
**- Japanese Patients -**

Reconate — 9.5 — n = 22

Kogenate — 9.6 — n = 32

*Does not meet safety needs*   8

*Highly meets safety needs*   10

21

BH001239

MARIIC



Baxter and Bayer receive the same reputation ratings from Japanese physicians. Patients give higher reputation ratings for the company supplying their current products.

Japan Findings

Professional Ratings

Company Reputation - Prompted -

Reconate Patient Ratings

Kogenate Patient Ratings

*Statistically significant difference = ≥6

GH001240

22

Next to *Viral Safety* and *Ease of Use for Patients*, Japanese physicians consider *Patient Input* important. However, the performance rating for Baxter in this area is low.



*Japan Findings*

**Physician Key Switching Criteria**
**- Importance and Performance -**

Legend:
- Importance Ratings (n=20)
- Recognate Performance (n=10)
- Kogenate Performance (n=20)

Categories:
Viral safety · Ease of use for patient · Patient Input · Availability · Low Inhibitor · Long-term experience · Latest technology · Cost · Supplier reputation · Insurance

Values shown: 91, 91, 89, 82, 77, 68, 62, 56, 54, 50

*Performance was not asked for on Insurace/Guideline*

GH001241

23

MAR11C

# Japanese patients consider *Viral Safety, Doctor Recommendation* and *availability* very important. *Own Research* and *Cost* are considered less important.

*Japan Findings*

**Patient Key Switching Criteria**
**- Importance and Performance -**



Legend: ■ Importance Ratings (n=54)   ◆ Recenate Performance (n=22)   ■ Kogenate Performance (n=32)

| Criteria | Importance |
|---|---|
| Viral safety recommendation | 100 |
| Doctor recommendation | 98 |
| Availability | 98 |
| Ease of use | 97 |
| Long-term clinical experience | 95 |
| Latest technology | 90 |
| Supplier reputation | 89 |
| Low Inhibitor Incidence | 87 |
| Own research | 73 |
| Cost | 71 |

*Reconate leads*

*Performance was not asked for on Doctor recommendation and Own research*

MARTEC

24
GH001242

*Efficacy* was the most often mentioned other selection criteria by Japanese patients and *Information Disclosure* by Japanese physicians.

*Japan Findings*



Other Selection Criteria
- Not from list provided -

| | Japanese physicians (n=20) |
| | Japanese patients (n=54) |

% Respondents Mentioning

Information disclosure — 30% / 25%
Half life — 15% / 15%
Infusion volume — 15% / 20%
Efficacy — 10% / 30%
Room temperature storage — 5%
Manufacture's Support — 5%

MARII(

25

BH001243



**The majority of respondents are satisfied with the *Infusion Volumes* of current products.**

*Japan Findings*

Infusion Volume

% Satisfied with Infusion Volume

Physician — n = 20 — 75%

<18 Patients — n = 36 — 90%

≥18 Patients — n = 18 — 89%

MARTEC

GH001244

26

# Many Japanese physicians are concerned about too small infusion volumes due to highly concentrated fluid. Many younger patients prefer smaller volumes.

*Japan Findings*

## Infusion Volume Improvement Comments

### Japanese Physicians

**Comments:**

*"A 2.5 ml is too concentrated and irritates the vein and a 10 ml is too much to inject. So far we have found a 5 ml to be the best"*

*"A 2.5 ml is so concentrated that a small amount of fluid left in the syringe contains a lot of Factor VIII"*

*"We would like less then the current 10 ml infusion volume"*

### Japanese Patients

**Comments:**

*"I like less then the current 5 ml infusion volume for my two-year old son."*

*"A 10 ml is too much to inject for my son since it is very hard to make him stay still."*

*"I would like the infusion volume to be as small as possible. Highly concentrated fluid does not cause any problems"*



27

GH001245

# The majority of respondents are satisfied with the *Range of Potencies* of current products.

*Japan Findings*

## Range of Potencies

**% Satisfied with Rage of Potencies**

| | Physician | <18 Patients | ≥18 Patients |
|---|---|---|---|
| | 80% | 92% | 89% |
| | n = 20 | n = 36 | n = 18 |

MARTEC

28
GH001246

# Many respondents desire a greater variety of potency sizes.

## Japan Findings

### Range of Potencies Improvement Comments

**Japanese Physicians**

Comments:

"It will be nice to have over 2500 IU for surgical procedures."

"I would like to have over 2000 IU for severe bleedings such as head injures or internal bleeding."

"Lower potency sizes such as 50 and 100 IU for younger patients are needed, so we do not have to use a portion of 250IU and throw the rest away."

**Japanese Patients**

Comments:

"Greater variety of potency sizes would be very nice so that I do not have to use two vials with different potency sizes."

"I feel wasteful to throw away leftovers since my son needs less than 250 IU for his prophylaxis treatment."

"Considered my heavy weight, potency sizes over 2000 IU would be great."



MARTIC

29

H001247



## "*Albumin Free*", with no company or brand name related, had the highest level of awareness for both groups.



*Japan Findings*

### New Product Awareness*
### - Unaided -

- Japanese physicians (n=20)
- Japanese patients (n=54)

% Aware

70% 60% 50% 40% 30% 20% 10% 0%

| Kogenate 2 | Refacto | Bayer's new product | Human albumin free (not specified) |

25% 6% — 20% 5% — 15% 4% — 65% 38%

*Added awareness was not asked in Japan

MARTEC

30
GH001248

# The greatest belief among Japanese physicians about the reformulated products is that they will not contain human albumin.

*Japan Findings*

> ### Current Knowledge of New Products
> ### - Japanese Professional Comments -

**Human Albumin Free**

*"I have heard of a new product that does not contain human albumin in the final product"*

*"One new product I know is human albumin free recombinant, however it has a shorter half life."*

*"I do not know the brand name, however, there is a new product without human albumin"*

*"A new human albumin free product is now under clinical trial "*

**Kogenate 2**

*"It does not contain human albumin in the final product "*

*"It will be available next year in Japan "*

*"No human albumin is used as a stabilizer, although, it's exposed to it during the manufacturing process "*

**Refacto**

*"It does not contain human albumin in the final product "*

*"It is already licensed in Europe "*

*"A manufacturer other than Baxter and Bayer is producing this product "*

MARIIC

31

H001249

# Most Japanese patients, especially younger ones, have very little knowledge about the new products.

*Japan Findings*

## Current Knowledge of New Products
### - Japanese Patient Comments -

**Human Albumin Free**

"A new reformulated product I know of is a human albumin free product "

"I have heard of a new product without human albumin, however, I do not know the brand name "

**New Kogenate**

"I know of a new Kogenate which does not contain human albumin "

"A new recombinant I have heard about is Kogenate which does not have to be stored in a refrigerator unlike Reconate "

**Other comments:**

I have heard there is now one more recombinant product besides Kogenate   I think that is the   new product in Japan "

"I thought Reconate and Kogenate are the two newest products "

"I have not heard about new products and my doctor never mentioned anything to me "


MARTEC

32
GH001250

# Japanese patients tend not to be very educated about the new products. Japanese physicians are also less aware than physicians in other regions.

*Japan Findings*

**New Product Awareness**

*Are you aware that certain reformulated recombinant Factor VIII concentrates...*



*% Respondents Aware*

Legend:
- Japanese physicians (*n=20*)
- <18 Japanese patients (*n=36*)
- ≥18 Japanese patients (*n=18*)

will not use human albumin as a stabilizer? — 60%, 25%, 33%

are still exposed to human/animal proteins in manufacturing? — 50%, 5%, 5%

are based on a modified Factor VIII gene? — 45%, 0%, 0%

may not allow continuous infusion and room temperature storage? — 30%, 0%, 0%

MARIIC

BH001251

33

# Japanese respondents explain their awareness...

*Japan Findings*

## New Product Awareness

### Japanese Physicians

**Comments/Quotes:**

*"It is good that the products are not to exposed to human proteins in manufacturing process This will improve viral safely a lot"*

*"The products without human albumin would be much better than the current recombinant products."*

*"I have heard that sugar will be used as a stabilizer."*

*"I have heard that deleting the B-domain gene could increase inhibitor incidence "*

### Japanese Patients

**Comments/Quotes:**

*"A product with no human protein would be safer in terms of viral infections "*

*"I have no idea what 'B-domain' is "*

*"I do not think that products without room temperature storage capability are new and reformulated "*

*"I do not know what the term 'continuous infusion' means "*



MARTEC

34
GH001252



# Japanese physicians are most concerned about the *stability profile;* patients about exposure to proteins in manufacturing.

*Japan Findings*

## New Product Concerns

*Is it a concern to you that certain reformulated recombinant Factor VIII concentrates...*

Legend:
- Japanese physicians (n=20)
- <18 Japanese patients (n=36)
- ≥18 Japanese patients (n=18)

**are still exposed to human/animal proteins in manufacturing?**
- 65%
- 50%
- 55%

**are based on a modified Factor VIII gene?**
- 50%
- 2%
- 1%

**may not allow continuous infusion and room temperature storage?**
- 75%
- 20%
- 11%

% Respondents Concerned

MARTEC

35

BH001253

# Japanese physicians and patients explain their concerns...

*Japan Findings*

## New Product Concerns

### Japanese Physicians

**Comments/Quotes:**

"I am concerned with what would be used as a stabilizer for the new recombinant products"

"I am very concerned whether sugar could stabilize the product long enough"

"If the new recombinant is still exposed to human protein in manufacturing process, less doctors will change their prescriptions."

"Our primary concern is that B-domain deleted gene will reduce half life and increase inhibitor incidence"

"We must have continuous infusion for surgeries and heavy bleeding"

### Japanese Patients

**Comments/Quotes:**

"If the products will still be exposed to human/animal proteins in the manufacturing process, they would be same as the current products"

"I do not really know what B-domain is   However, if manufactures are now trying to delete it, I am really concerned that my current product has B-domain"

"I do not want to lose such a convenient feature as room temperature storage"

"I am concerned that I do not know any new products and am not aware of any of the sentences just read for me"

MARTEC

36
GH001254

Japanese physicians expect 38% of their current patients *never to switch* to a reformulated product. A good portion of those that do switch, will most likely do so after two years.



*Japan Findings*

**Japanese Physicians Switching Timing to a Reformulated Product**

n = 20

Switching Timing

- Immediately: 15%
- Six months to one year: 12%
- Within the second year: 2%
- After two years: 22%
- Will switch but can't predict when: 11%
- Will never switch: 38%

27% in 1 year

MARITC

37

GH001255

# Many Japanese physicians believe that it would take more than two years for patients to switch.

*Japan Findings*

---

**Japanese Physicians Switching Timing**
**- Explanations -**

---

**Comments/Quotes**

*"It will take more than two years for the new product information to be spread for patients across the nation."*

*"It will be either immediately or after a couple of years "*

*"I will go ahead and recommend my patients to switch to the new products immediately since the products have already been used in the foreign markets."*

*"Many of my patients would never switch to a new product since many of them are now getting used to the recombinant products."*


MARTEC

# Most Japanese patients would wait for two years before they would feel comfortable trying a reformulated product.





Japan Findings

n = 54

## Time on Market to Feel Comfortable Using Reformulated Product - Japanese Patients -

% Switching to Recommended Product

50%
40%
30%
20%
10%
0%

- Immediately (within 1st six months): 2%
- Six months to one year: 6%
- Within the second year: 7%
- After two years

SH00 1257

39

MARITC

# Japanese patients explains their reasons for waiting for more than two years...

*Japan Findings*

---

**Japanese Patients Switching Timing**
**- Explanations -**

### Comments/Quotes

"I do not want to be the first one to be experimented on."

"I would want to see what happens for a while."

"I know that many other parents will not switch right a way, so I would also like to wait."

"Unless my doctor tells me to switch, I would wait for a while to see how it works for other Japanese patients."


MARTEC




# A very high percentage of Kogenate users and older Japanese patients claim they will never switch from their current products.



*Japan Findings*

**Switching Scenarios**
- Japanese Patients -

**Comments/Quotes**

"I am already using recombinant products and *do not see any major advantages of switching to a new one*"

"I *do not really understand issues regarding albumin and protein, so I will stick with the current products*"

"I *do not desire to change unless there is the major problem with the current product*"

MARTEC

42
GH001260

# The majority of Japanese physicians do not feel the patient's age plays a factor in the decision to recommend a new product.

*Japan Findings*

### Is Patient's Age a Factor In Deciding to Switch Products?

**Comments**

**Japanese Physicians**

**Comments/Quotes**

*"Age does not matter  Product safety and performance are the most important factors "*

*"I would not want to try the new product for younger patients  I always select the products with longer history for younger patients "*

Yes
10%

90%

No





MARIIC

43

GH001261



Few Japanese physicians expect PUPs to start on reformulated products immediately. This is different from other regions, where most PUPs will start on the reformulated products once they are available.

*Japan Findings*

% Newly Diagnosed on Reformulated
- Physicians -

17%

n=20

% new patients will start on reformulated

100%
80%
60%
40%
20%
0%

MARTEC

44

GH001262

# Most Japanese physicians believe no particular reformulated products will be preferred over the others for the PUPs.



*Japan Findings*

**Will One Reformulated Products be Preferred for PUPs?**

**Japanese Physicians**

No 83%

17%

Yes

- Albumin Free   11%
- Kogenate SF    6%

*n = 18*

**Comments**

**Comments/Quotes**

*"What is the best for older patients and PUPs is the same"*

*"Patient's age is not my consideration in selecting products"*

MARIIC

45

GH001263

# Older patients express the greatest need to keep previous generation products on the market after next generation products are introduced.



*Japan Findings*

**Need to Keep Previous Generation Products on Market?**

**% Yes, need to keep on market**

- Japanese Physicians (n=20): 55%
- <18 Patients (n=36): 72%
- ≥18 Patients (n=18): 85%

**Comments/Quotes**

*"I want the previous products to be on the market for a while until I find out that I do not develop an inhibitor."* - ≥18 Patient

*"I would think the reformulated means improved and better products, therefore, no need to keep the previous "* - <18 Patient

*"There should be overlaps until we become familiar with the new one "* - Physician

MARTEC

GHO01264

46

# A product's ability for continuous Infusion is more of a consideration for Japanese physicians, while *room temperature storage* is for Japanese patients.

*Japan Findings*

47

G H001265

**Convenience Features with New Products**



**Japanese Patients (n=54)**

*Will lack of these features influence your opinion of the new products?*

No 48%

52%

Yes

**% concerned over lack of...**
- Continuous infusion — 0%
- Room temperature storage — 20%
- Both issues/ one not specified — 32%

**Comments/Quotes**

"I cannot go back to using products without room temperature storage ability."

"This means there will be a need to have two different products for different occasions."



**Japanese Physicians (n=20)**

*Will lack of these features influence your opinion of the new products?*

No 35%

65%

Yes

**% concerned over lack of...**
- Continuous infusion — 25%
- Room temperature storage — 10%
- Both issues/ one not specified — 30%

**Comments/Quotes**

"I would not use such a product, we must have the ability for continuous infusion."

"The product has to have the ability for continuous infusion, otherwise, we will not be able to perform surgeries on these patients."



MARII(

# Most physicians prefer the price of the reformulated products to be the same as or less than the current products.



**Japan Findings**

**Pricing Sensitivity**
**- Japanese Physicians -**

*Japanese physicians are very sensitive to a 5% price premium*

**% Preferring the Newly Reformulated Product**

**Newly Reformulated Product's Price Compared to Price of Current Product**

n = 20

MARTEC

GH001266

48

# Many Japanese physicians believe that *Insurance Coverage* is the key to the price.

*Japan Findings*

## Pricing Sensitivity Comments

### Professional Comments

*"As long as it will be covered by the insurance, price is not my consideration."*

*"Any new product has to be eligible for insurance coverage, otherwise, few hospitals will actively use the products."*

*"I would not recommend any new product unless the price would be the same as the current products"*

*"Our hospital will not be interested if the new product will be more expensive"*



MARIIC

49

GH001267

# Agenda

Objectives and Methodology

Japanese Findings

Japanese Conclusions and Recommendations

MARTEC

GH001268

50

# Japan differs more than any other country in this study. Respondents here are the least educated about new products and the most hesitant to try them.

## Key Japanese Findings

- Recombinant use is high in Japan (66%)

- Kogenate holds a strong position in Japan, with a >80% share of the recombinant market

- *Product information disclosure was* identified as the top unmet need for both physicians and patients

- *Physician recommendation* is very important, in fact critical, to Japanese patients in deciding to switch

- Unaided *concern of unknown virus* was high

- Patients express a high concern with exposure *to all proteins*

- Awareness of new products and product issues was the lowest of any region for both physicians and patients

## Conclusions

- Japanese physicians and patients are the most conservative in terms of switching to new products

  -*physicians expect only 16% to switch in 1 year*

  -*85% of patients need at least 2 years before considering switching*

  -*physicians expect 29% of patients <u>never to</u> switch to a protein free product*

  -*between 55% (Reconate users) and 80% (Kogenate users) of patients say they may never switch to protein free*

- Japanese physicians are the least likely to start PUPs on reformulated products once they are available *(only 17% of PUPs)*

- Japanese physicians are very price sensitive, with only 35% willing to pay a 5% premium

- Kogenate SF will provide the greatest threat to Baxter due to Kogenate's strong position in this market and likelihood to be the first new product to market

MARIII

GH001269

# Japanese Recommendations

## ─── *Recommendations*

Since Japanese patients rely heavily on their physicians in making product choices It Is very important for Baxter to not offend or alienate Japanese physicians. Baxter must work with and through Japanese physicians and leading Hemophilia societies when providing information to patients.

1 ***Don't educate about the reformulated products...*** awareness of the new products is very low in Japan, <u>do not</u> help increase this by educating physicians and patients about new products' drawbacks

2 ***Promote Recombinate's safety record...*** physicians and patients are satisfied with their current products and are very reluctant to try something new, work to reinforce these beliefs by promoting the long history of Recombinate's excellent safety record  Indicate  that there has been no exposure to CJD or other unknown viruses, this may help weaken Kogenate's position In the market once its recent CJD problems are publicized

3 ***Feed the market Information...*** both patients and physicians desire more information about current products    Work with physicians (and Hemophilia societies) to develop literature to meet their specific needs and literature that they approve of and can share with their patients


MARTEC

# Japanese Recommendations (continued)

4   *Team with opinion leading physicians...* the respect of opinion leaders is very high in Japan Capitalize on this by getting leaders on Baxter's advisory panel, hopefully persuading them to promote Baxter's safety record and caution against switching to the new products too quickly

5.  *Differentiate...* via patient education and convenience features (*5 ml infusion volumes, a greater selection of potencies, smaller packaging and improved reconstitution/syringe system*)

6   *Make all efforts to delay the introduction of the reformulated products...* refute the trial results of all new products

7   *First to market with protein free...* the first company to market with a totally human/animal protein free product should be able to capture a very large percentage of switching patients in a one year time frame, capitalizing on a "first comer" advantage


MARTIC

53

GH001271

GH001272



# Appendix

## - Japanese Physician Respondent List -

MARTEC

# 1999 Baxter Global Hemophilia Study
## Japanese Physician Respondent List

*Appendix*

| | | | | | |
|---|---|---|---|---|---|
| Japan | Dr/Prof Junki Takametsu | Physician | Nagoya Medical Univ Hospital | Blood Transfusion Dept | Nagoya City (Aichi) |
| Japan | Dr Akira Shirohata | Physician | Sangyo Medical Univ Hospital | Pediatric Dept | Kita Kyushu City (Fukuoka) |
| Japan | Dr Toshiaki Oka | Physician | Tokushukai Sapporo Hospital | Pediatric Dept. | Sapporo City (Hokkaido) |
| Japan | Dr Fumio Bessho | Physician | Tokyo Univ Medical Hospital | Pediatric Dept. | Tokyo (Tokyo) |
| Japan | Dr Hidesaku Asakura | Physician | Kanazawa Medical Univ Hospital | Internal Medicine Dept | Kanazawa City (Ishikawa) |
| Japan | Dr Shuzou Matsushita | Physician | Kumamoto Medical Univ Hospital | Internal Medicine Dept | Kumamoto City (Kumamoto) |
| Japan | Dr Hajime Tsuji | Physician | Kyoto Medical Univ Hospital | Blood Transfusion | Kyoto City (Kyoto) |
| Japan | Dr Junichi Mimaya | Physician | Shizuoka Public Childrens Hospital | Internal Medicine Dept | Shizuoka City (Shizuoka) |
| Japan | Dr Asayuki Iwai | Physician | Kagawa Public Childrens Hospital | Internal Medicine Dept | Zentsuji City (Kagawa) |
| Japan | Dr Masayuki Murashima | Physician | Mie Public Medical Univ Hospital | Internal Medicine Dept | Tsushi City (Mie) |
| Japan | Dr Takako Fujimoto | Physician | Ootake Public Hospital | Internal Medicine Dept | Ootake City (Hiroshima) |
| Japan | Dr Toru Takahashi | Physician | Asahikawa Medicak Univ Hospital | Pediatric Dept | Asahikawa City (Hokkaido) |
| Japan | Dr Seirou Maruyama | Physician | Kagoshima Medical Univ Hospital | Dept of Clinical Pathology | Kagoshima City (Kagoshima) |
| Japan | Dr Midon Shima | Physician | Nara Public Medical Univ Hospital | Pediatric Dept | Kashihara City (Nara) |
| Japan | Dr Takuma Miura | Physician | Haga Red Cross Hospital | Pediatric Dept | Maoka City (Tochigi) |
| Japan | Dr Toshio Otsuka | Physician | Shibata Public Hospital | Internal Medicine Dept | Shibata City (Niigata) |
| Japan | Dr Kazuo Sakashita | Physician | Shinshu Medical Univ Hospital | Pediatric Dept | Matumoto City (Nagano) |
| Japan | Dr Hiroshi Moun | Physician | Yokohama Medical Univ Hospital | Internal Medicine Dept | Yokohama City (Kanagawa) |
| Japan | Dr Nohoru Tagada | Physician | Hiroshima Medical Univ Hospital | Internal Medicine Dept | Hiroshima City (Hiroshima) |
| Japan | Dr Yoichi Sakata | Physician | Jichi Medical Univ Hospital | Internal Medicine Dept | Utsunomya City (Tochigi) |

GH001273

MARII C 

Prescription   Practice

Survey

Hemophilia   A

GH001274

G H001275

**NOP** (Healthcar

# Prescription Practice Survey
## Haemophilia A

Karen Wulff, RN

Marianne Purdie, NOP



**NOP** (Healthcar

# ackground



◆ Committee of members involved in the development of the survey:

↳ Regina Butler, RN

↳ Maureen Ann Fearns, SRN

↳ Wilma McClure, RN

↳ Susan Trainer, RGN

↳ Vicky Vidler, RGN

↳ Karen Wulff, RN

◆ Market research firm NOP, National Opinion Polls

GH001276

GH001277

**NOP** (Healthcare

# bjectives

- ◆ Identify prescription practices for On Demand, Primary, Secondary, and Tertiary Prophylaxis, and Immune Tolerance

- ◆ Discuss the similarities as well as the differences between regional prescription practices



GH001278

**NOP** (Healthcare)

# ethodology

◆ Written confidential questionnaire
  ⇨ Blinded to both Baxter and NOP
  ⇨ Everyone received follow up phone calls

◆ 56% response rate
  ⇨ 108 centres sent questionnaires, 60 returned

◆ Survey only attendees of Global Nurse Symposium
  ⇨ Must be careful with generalizing results to the rest of haemophilia community



esponses by country

NOP (Healthcare)

44%

7%

5%

5%

7%

32%

Base  All nurses (60)

■ USA & Canada    ■ UK/Ireland    ■ Scandinavia    ▓ Benelux    ■ Australia    ▨ Asia

GH001279

**NOP** (Healthcar

# ample demographics

◆ Data source:
  ⇨ 68% used patient database
  ⇨ 30% estimated
  ⇨ 2% not stated

◆ Affiliations:
  ⇨ 90% from teaching hospitals
  ⇨ 43% involved in clinical research studies

◆ Average of 110 haemophilia A patients per centre

◆ Average of 2 nurses per centre

◆ Average of 2.4 physicians per centre

Base  All nurses (60)



GH001280



GH001281

**NOP** (Healthcar

## urse/patient ratio

◆ UK/Ireland        = 1 : 38

◆ USA & Canada      = 1 : 65

◆ Rest of Europe    = 1 : 57

◆ Australia/Asia    = 1 : 57

Base  All nurses (60)



GH001282



# ean percentage of nurses' time nvolved in specific activities

**NOP** (Healthcar

| Location | Treating haemophilia A | Research into haemophilia A |
|---|---|---|
| Total (120) | 43% | 11% |
| UK/Ireland (44) | 52% | 4% |
| USA & Canada (45) | 34% | 19% |
| Rest of Europe (13) | 39% | 10% |
| Australia/Asia (18) | 47% | 7% |

All other activities

■ Treating haemophilia A   ■ Research into haemophilia A

Base  All nurses managing haemophilia A patients (120)



Not Enough Printer Memory -- See User's Guide

NOP (Healthcare

GH001283

# ean percentage of physicians' time nvolved in specific activities



|  | Total (136) | UK/Ireland (42) | USA & Canada (59) | Rest of Europe (15) | Australia/Asia (20) |
|---|---|---|---|---|---|
| | 13% | 11% | 10% | 12% | 23% |

■ Treating haemophilia A    ▨ Conducting research into haemophilia A    ▧ All other activities

Base  All physicians managing haemophilia A patients (136)

GH001284

# ean number of haemophilia A patients er centre (by age)

NOP (Healthcar



Base  All nurses (60)

GH001285

NOP (Healthca

# ean percentage of haemophilia A patients er centre (by severity)



| | | | | | |
|---|---|---|---|---|---|
| Total (60) | UK/Ireland (19) | USA & Canada (27) | Rest of Europe (7) | Australia/Asia (7) | |
| 16% | 18% | 16% | 12% | 13% | |

Base  All nurses (60)

■ Severe (less than 1%)   ■ Moderate (1 - 5%)   ■ Mild (5+%)

**NOP** (Healthcar

# efinitions of therapy terms

◆ Primary FVIII Prophylaxis
  ↳ Started before target joint development

◆ Secondary FVIII Prophylaxis
  ↳ Started after target joint development

◆ Tertiary/Episodic Prophylaxis
  ↳ Around a particular event such as surgery or a skiing trip

GH001286



Percentage of severe hemophilia A patients by therapy

NOP (Health car)

Primary prophylaxis 14%
Secondary prophylaxis 17%
Tertiary prophylaxis 9%
Immune tolerance induction 1%
Immune tolerance maintenance 4%
On demand 52%
In clinical studies 3%

Base All severe haemophilia A patients (1918)

GH001287

GH001288

# Percentage of severe haemophilia A patients on specified therapy, by age (I)

**NOP** (Healthcare)



| | Primary FVIII prophylaxis | Secondary FVIII prophylaxis | Tertiary FVIII prophylaxis | On-demand FVIII |
|---|---|---|---|---|
| Up to 5 years (271) | 27% | 28% | 4% | 42% |
| 6 – 18 years (737) | 23% | 6% | 9% | 33% |
| Over 18 years (910) | 3% | 12% | 10% | 71% |

Base  All severe haemophilia A patients





Percentage of severe haemophilia A patients
in specified therapy, by age (II)

NOP Healthcar

In FVIII clinical research studies — 13%, 1%, 2%

Immune tolerance induction (FVIII) — 5%, 2%, 0%

Immune tolerance maintenance (FVIII) — 9%, 6%, 2%

Legend: Up to 5 years (271), 6 - 18 years (737), Over 18 years (910)

Base All severe haemophilia A patients

GH001289



# Percentage of severe haemophilia A patients on specified therapy, by region (I)

NOP (Healthcare

**Primary FVIII prophylaxis:** 48%, 42%, 11%, 1%

**Secondary FVIII prophylaxis:** 28%, 23%, 21%, 5%

**Tertiary/episodic FVIII prophylaxis:** 11%, 10%, 5%, 2%

**On-demand FVIII:** 78%, 46%, 24%, 18%

Legend:
■ UK/Ireland (166)    ■ USA & Canada (933)    ▨ Rest of Europe (190)    ▨ Australia/Asia (629)

Base  All severe haemophilia A patients

GH001290

# ercentage of severe haemophilia A patients n specified therapy, by region (II)

**NOP** (Healthcar



In FVIII clinical research studies

Immune tolerance induction (FVIII)

Immune tolerance maintenance (FVIII)

■ UK/Ireland (166)   ■ USA & Canada (933)   Rest of Europe (190)   Australia/Asia (629)

Base All severe haemophilia A patients

GH001291

NOP（Healthcar

# ercentage of severe under 6 year old aemophilia A patients on specified therapy (I)



Primary FVIII prophylaxis: 55%, 64%, 23%, 3%

Secondary FVIII prophylaxis: 4%, 7%, 0%, 5%

Tertiary/episodic FVIII prophylaxis: 2%, 5%, 0%, 0%

On-demand FVIII: 23%, 40%, 27%, 84%

■ UK/Ireland (47)   ■ USA & Canada (176)   Rest of Europe (11)   Australia/Asia (37)

Base  All severe haemophilia A patients up to 5 years



GH001292

GH001293

# ercentage of severe under 6 year old severe aemophilia A patients on specified therapy (I)

NOP (Healthcar





|  | In FVIII clinical research studies | Immune tolerance induction (FVIII) | Immune tolerance maintenance (FVIII) |
|---|---|---|---|
| UK/Ireland (47) | 6% | 2% | 13% |
| USA & Canada (176) | 17% | 8% | 10% |
| Rest of Europe (11) | 9% | 0% | 9% |
| Australia/Asia (37) | 3% | 5% | 0% |

Base  All severe haemophilia A patients up to 5 years

# ercentage of severe 6-18 year old severe aemophilia A patients on specified therapy (I)

NOP (Healthcar



| | Primary FVIII prophylaxis | Secondary FVIII prophylaxis | Tertiary/episodic FVIII prophylaxis | On-demand FVIII |
|---|---|---|---|---|
| UK/Ireland (102) | 76% | 36% | 8% | 33% |
| USA & Canada (450) | 53% | 26% | 7% | 7% |
| Rest of Europe (55) | 15% | 11% | 24% | 1% |
| Australia/Asia (130) | 3% | 2% | 0% | 61% |

Base  All severe haemophilia A patients aged 6-18 years

GH001294

GH001295

NOP ( Healthcar

# Percentage of severe 6-18 year old severe haemophilia A patients on specified therapy (II)



In FVIII clinical research studies

Immune tolerance induction (FVIII)

Immune tolerance maintenance (FVIII)

■ UK/Ireland (102)    ■ USA & Canada (450)    Rest of Europe (55)    Australia/Asia (130)

Base: All severe haemophilia A patients aged 6-18 years

SH001296

# Percentage of severe over 18 year old severe haemophilia A patients on specified therapy (I)

**NOP** (Healthcare



Primary FVIII prophylaxis — 0%, 0%, 25%, 0%

Secondary FVIII prophylaxis — 35%, 43%, 12%, 4%

Tertiary/episodic FVIII prophylaxis — 16%, 0%, 3%, 8%

On-demand FVIII — 71%, 69%, 30%, 82%

UK/Ireland (17)   USA & Canada (307)   Rest of Europe (124)   Australia/Asia (462)

Base  All severe haemophilia A patients over 18 years old

NOP (Healthcar

GH001297

# ercentage of severe over 18 year old severe aemophilia A patients on specified therapy (II)



In FVIII clinical research studies          Immune tolerance induction (FVIII)          Immune tolerance maintenance (FVIII)

■ UK/Ireland (17)          ■ USA & Canada (307)          Rest of Europe (124)          Australia/Asia (462)

Base  All severe haemophilia A patients over 18 years old

GH001298

**NOP** (Healthcare

## Percentage of severe haemophilia A patients with indwelling IV catheter



Have catheter 10%

Base  All severe haemophilia A patients (1918)

GH001299

# ercentage of severe haemophilia A patients ith indwelling IV catheter, by age



**NOP** (Healthcar



39%

11%

1%

Up to 5 years
(271)

6-18 years
(737)

Over 18 years
(910)

Base  All severe haemophilia A patients



# Factors influencing therapy

NOP (Healthcare)



| | Mean rating importance |
|---|---|
| Bleeding history | 97% — 18 |
| Severity | 93% — 21 |
| Age | 78% — 33 |
| Compliance | 77% — 34 |
| Patient preference | 75% — 33 |
| Venous access | 73% — 31 |
| Current activities | 72% — 37 |
| Psychosocial response to treatment | 63% — 41 |
| Previous response to treatment | 62% — 33 |
| Ability to maintain sterility | 52% — 40 |
| Cost/insurance | 50% — 39 |
| Centre's guidelines/protocols | 43% — 37 |
| How far they live from centre | 28% — 40 |
| Availability of nurse home visits | 13% — 10 |

Importance  1 = most Important

Base  All nurses (60)

GH001300

GH001301



ean percentage of influence on aemophilia A treatment decisions

NOP (Healthcar

Base  All nurses (60)

■ Patient/family   ■ Nurse   ▨ Physician

| Total (60) | UK/Ireland (19) | USA & Canada (27) | Rest of Europe (7) | Australia/Asia (7) |

28%   32%   30%   7%   27%

GH001302

# Issues affecting compliance

**NOP**(Healthcar



| Category | Percentage |
|---|---|
| Ability to understand | 40% |
| Lack of parental/family commitment | 33% |
| Poor venous access | 27% |
| Lack of time | 17% |
| Child's reluctance/refusal | 17% |
| Denial/lack of acceptance of problem | 17% |
| Teenage rebellion | 12% |
| Interference with normal living | 10% |

Base  All nurses (60)

GH001303

**NOP** ⎛Healthcar

## ost frequently prescribed doses (I)

◆ **Primary prophylaxis**
  ↳ 20–40 i.u./kg  3 x/week    75%
  ↳ 20–40 i.u./kg  daily       16%

◆ **Secondary prophylaxis**
  ↳ 20–40 i.u./kg  3 x/week    62%
  ↳ 20–40 i.u./kg  daily       11%

◆ **Tertiary prophylaxis**
  ↳ 20–40 i.u./kg              68%
    depending on event / daily / 3x/week / individualised / PRN / stat



GH001304

**NOP** (Healthcare

# ost frequently prescribed doses (II)

◆ Immune tolerance induction (FVIII)

  ↳ 100-200 i.u./kg    daily       57%

  ↳ 100-200 i.u./kg    twice daily  8%

◆ Immune tolerance maintenance (FVIII)

  ↳ 20-50 i.u./kg     3 x/week    42%

  ↳ 20-50 i.u./kg     daily        18%

  ↳ 100-200 i u /kg   1-2x/day   21%

  ↳ 100-200 i u /kg   3 x/week   11%



GH001305

**NOP** (Healthcar

# ost frequently prescribed doses (III)

◆ On-demand FVIII (major bleed)
  ↳ 20-50 i.u./kg  individually determined PRN
     (daily, BD or TDS)                              85%

◆ On-demand FVIII (minor bleed)
  ↳ 10-30 i.u./kg  individually determined PRN
     (daily, BD or TDS)                              77%



# here are barriers to prescribing prophylactic actor VIII therapy for haemophilia A patients

**NOP** (Healthcar



| | Total (60) | UK/Ireland (19) | USA & Canada (27) | Rest of Europe (7) | Australia/Asia (7) |
|---|---|---|---|---|---|
| | 38% | 68% | 15% | 72% | 14% |

■ Not stated    ▨ No    ▨ Yes

Base  All nurses (60)

GH001306

GH001307



arriers to prescribing prophylactic Factor VIII
herapy for haemophilia A patients

NOP (Healthcar

| | |
|---|---|
| Cost | 42% |
| Venous access | 39% |
| Compliance | 31% |
| Lack of insurance | 31% |
| Against parents' wishes | 14% |
| Family situation | 14% |
| Supplies/availability | 11% |
| Reluctance about inserting central lines | 11% |
| Ability to understand | 11% |
| Inability to maintain indwelling IV catheter | 11% |

Base  All respondents who said there are barriers to prescribing
prophylactic Factor VIII therapy (36)

NOP (Healthcar

# ummary I

- ◆ Haemophilia A nurse : patient ratio is 1 : 55
  - ↳ higher in UK (1 : 38)
  - ↳ lower in North America (1 : 65)

- ◆ Nurses spend nearly half their time (46%) treating haemophilia A patients
  - ↳ physicians spend less of their time (28%) treating these patients

- ◆ Majority of haemophilia A patients (56%) are over 18 years
  - ↳ 33% are aged 6-18 years
  - ↳ 11% are aged up to 5 years

GH001308

GH001309

**NOP** (Healthcar

## ummary II

◆ Half the haemophilia A patients (52%) are severe

&#8618; 33% are mild

&#8618; 16% are moderate

◆ 40% of the severe haemophilia A patients are on prophylactic therapy

&#8618; 14% on primary

&#8618; 17% on secondary

&#8618; 9% on tertiary



NOP (Healthcar.

## ummary III

◆ A higher proportion of younger patients are on primary prophylaxis

  ⇨ 27% of up to 5 year olds

  ⇨ 23% of 6-18 year olds

  ⇨ 3% of over 18 year olds

◆ A higher proportion of European patients are on primary prophylaxis

  ⇨ 48% in UK

  ⇨ 42% in rest of Europe

  ⇨ 11% in North America

  ⇨ 1% in Australia/Asia

GH001310

GH001311

**NOP** (Healthcar

## ummary IV

◆ 10% of severe patients have indwelling IV catheter

ᗰ 39% of under 6 year year olds

ᗰ 11% of 6-18 year olds

ᗰ 1% of over 18 year olds

Just over half of these catheterised patients (57%) are on prophylactic therapy

◆ Main factors influencing therapy are

ᗰ bleeding history

ᗰ severity of condition

• also age, compliance, patient preference, venous access, current activities



**NOP** (Healthcar

## ummary V

◆ Treatment decisions almost equally influenced by physician, nurse and patient

◆ The majority of nurses (60%) believe there <u>are</u> barriers to prescribing prophylactic therapy
  ↳ especially in North America (85%)
  The main barriers are cost, venous access, compliance, lack of insurance

◆ Compliance negatively affected by
  ↳ ability to understand
  ↳ lack of commitment
  ↳ poor venous access

GH001312

GH001313

**NOP** (Healthcar

## ummary VI

◆ Most common dosing

↳ Primary prophylaxis       20-40 i u /kg   3x/week
↳ Secondary prophylaxis 20-40 i.u./kg   3x/week
↳ Tertiary prophylaxis      20-40 i u /kg   variable
↳ Immune tolerance induction   100-200 i.u./kg   daily
↳ Immune tolerance maintenance  20-50 i u /kg 3x/week
↳ On-demand (major bleed)  20-50 i u /kg variable
↳ On-demand (minor bleed)  10-30 i.u /kg variable

GH001 314

**NOP** (Healthcar

## onclusions

◆ Prophylactic therapy is more commonly prescribed in Europe than elsewhere

◆ Only 14% of severe patients are on primary prophylaxis, 17% are on secondary and 9% on tertiary prophylactic therapy

◆ Primary prophylaxis is more commonly prescribed for younger patients (27% of severe under 6 year olds are on primary prophylaxis, 23% of 6-18 year olds and 3% of over 18 year olds)



GH0013 15

**NOP** (Healthcar

# onclusions (continued)

Despite having more younger patients, the North American centres have less severe patients on primary prophylaxis (11% compared to 48% in the UK)

↳ main factors said to influence therapy are bleeding history, severity, age, compliance, patient preference, venous access, current activities

↳ perhaps also nurse . patient ratio?

↳ most North American nurses indicate that cost, venous access, compliance and/or insurance negatively impact on use of prophylactic therapy



**NOP** (Healthcar

# Implications for Patient Care

◆ More market research is needed to better understand the reasons for wide variation in regional treatment practices

◆ Take this opportunity to discuss with your global peers the survey results and implications for your everyday clinical practices

◆ Nurses play an integral role in defining optimal treatment choices for their patients

BH001316

Appendix I

GH001317

# Appendix I

## Fieldwork documents

**(a) Physicians**
**(b) Nurses**
**(c) Patients**

GH001318

# Appendix I

## (a)  Physicians

GH001319

J500398
Version 2 (Final)

| | Y1 | 0398 | | | 1 |
|---|---|---|---|---|---|
| | C C | V No | Country | Serial | Phys |

**INTERNATIONAL HEALTH SURVEYS, LUDGATE HOUSE, 245 BLACKFRIARS ROAD, LONDON SE1 9UL**

### RECOMBINANT FVIII POSITIONING STUDY
### PHYSICIAN SCREENING QUESTIONNAIRE

Physician name    .................................................................................

Centre name       .................................................................................

Address           .................................................................................

(please print)    .................................................................................

                  .................................................................................

                  .................................................................................

Telephone No      .................................................................................

## INTRODUCTION

GOOD MORNING/AFTERNOON    MY NAME IS                        FROM  INTERNATIONAL  HEALTH
SURVEYS, AN INDEPENDENT MARKET RESEARCH AGENCY BASED IN LONDON, WHICH SPECIALISES IN
CONDUCTING SURVEYS AMONG MEMBERS OF THE MEDICAL PROFESSION AND PATIENTS

WE ARE CURRENTLY CONDUCTING AN INTERNATIONAL STUDY WITH DOCTORS, NURSES AND PATIENTS
ON THE SUBJECT OF HAEMOPHILIA A.

THE INTERVIEW WILL LAST UP TO 45 MINUTES   THE INFORMATION YOU PROVIDE WILL BE COMBINED
WITH THAT OF YOUR COLLEAGUES   NEITHER YOUR IDENTIFY NOR THAT OF YOUR HOSPITAL WILL BE
REVEALED TO ANY THIRD PARTY   STRICT CONFIDENTIALITY IS ASSURED

WOULD YOU BE WILLING TO TAKE PART IN OUR SURVEY?

COULD I FIRST ASK YOU A FEW QUESTIONS TO ASSESS YOUR ELIGIBILITY FOR THIS SURVEY

| No | Question / Answer | | Code | Skip to |
|---|---|---|---|---|
| Q1 | Do you work at/are you affiliated with a specialist/comprehensive haemophilia treatment centre? | | (12) | |
| | | Yes | 1 | CONTINUE |
| | | No | 2 | THANK AND |
| | | Don't know | V | CLOSE |
| Q2 | Do you specialise in the treatment of haemophilia/bleeding disorders' | | (13) | |
| | | Yes | 1 | CONTINUE |
| | | No | 2 | THANK AND |
| | | Don't know | V | CLOSE |

GH001320

| No | Question / Answer | Code | Skip to |
|----|-------------------|------|---------|
| Q3 | Are you involved specifically in the treatment of haemophilia A? | (14) | |
| | Yes | 1 | **CONTINUE** |
| | ------------------------------------------- | ---- | |
| | No | 2 | **THANK AND CLOSE** |
| | Don't know | V | |
| Q4 | Do you currently prescribe **recombinant** Factor VIII products in the treatment of haemophilia A? | (15) | |
| | Yes | 1 | **RECRUIT (USA/JAPAN - EUROPE GO TO Q5).** |
| | ------------------------------------------- | ---- | |
| | No | 2 | **THANK AND CLOSE** |
| | Don't know | V | |
| Q5 | **ASK IN EUROPE ONLY** | | |
| | Approximately how many haemophilia A patients do you currently treat? | | |
| | (16)   (17)   (18) | | |
| | [   |   |   ] | | |
| | Don't know | (19) V | |
| | **RECRUIT IF 5 OR MORE, OTHERWISE THANK AND CLOSE** | | |

GH001321

version 3 (Final)
23rd November 1999

| | 02 | 0398 | | | 1 |
|---|---|---|---|---|---|
| | C C | V No | Country | Serial | Phys |

## INTERNATIONAL HEALTH SURVEYS, LUDGATE HOUSE, 245 BLACKFRIARS ROAD, LONDON SE1 9UL

### RECOMBINANT FACTOR VIII POSITIONING STUDY
### PHYSICIAN QUESTIONNAIRE - EUROPE

PHYSICIAN NAME    ------------------------------------------    (PRINT)

CENTRE NAME       ------------------------------------------    (PRINT)

ADDRESS           ------------------------------------------    (PRINT)

                  ------------------------------------------

                  ------------------------------------------

POST CODE         ------------------------------------------    (PRINT)

TEL NO            ------------------------------------------

---

**YEAR OF QUALIFICATION**          (12) (13)

| 1 | 9 | | |
|---|---|---|---|

**REGION (UK VERSION)**          (14)

| Northern & Yorkshire | 1 |
|---|---|
| Trent | 2 |
| North West | 3 |
| West Midlands | 4 |
| Anglia & Oxford | 5 |
| South & West | 6 |
| North Thames | 7 |
| South Thames | 8 |
| Wales | 9 |
| Scotland | 0 |
| Northern Ireland | X |

**TYPE OF HOSPITAL**          (15)

| Public | 1 |
|---|---|
| Private | 2 |

(16)

| Teaching | 1 |
|---|---|
| Non teaching | 2 |

**HOSPITAL BED SIZE**

| (17) | (18) | (19) | (20) |
|---|---|---|---|
| | | | |

(21)

Don't know          V

**GRADE OF RESPONDENT**

(22)

| Consultant | 1 |
|---|---|
| Specialist Registrar | 2 |

**COLUMNS (23)-(64) BLANK**

| | (65) (66) | (67) (68) | (69) (70) | (71) (72) | (73) (74) |
|---|---|---|---|---|---|
| TIME STARTED  DATE OF INTERVIEW | | | 9  9 | | OUO |

| | (75) (76) (77) (78) (79) |
|---|---|
| TIME FINISHED  INTERVIEWED BY | |

OUO (80)    1    2    3    4    5    6    7    8    9    O    X    V

RESPONDENT SIGNATURE FOR FEE.                    INTERVIEWER SIGNATURE

_____          _____
(signature)                                      (signature)

**THIS INTERVIEW HAS BEEN CONDUCTED WITHIN THE TERMS OUTLINED BY THE MRS CODE OF CONDUCT**

Page 1 of 10

GH001322

| No | Question / Answer | Code | S.\.c |
|---|---|---|---|
| Q1 | Approximately how many haemophilia patients in total (i e  A and B) are treated at this centre?<br><br>(12)  (13)  (14)  (15)<br>[ ][ ][ ][ ]<br><br>Don't know | (16)<br>V | |
| Q2 | NOT TO BE ASKED IN EUROPE<br><br><br>COLUMNS (17)-(20) BLANK | | |
| Q3 | Of the total number of haemophilia patients, what percentage have haemophilia A and what percentage have haemophilia B?<br><br>i)  Haemophilia A<br>(21)  (22)  (23)<br>[ ][ ][ ] %<br>Don't know<br><br>ii)  Haemophilia B<br>(25)  (26)  (27)<br>[ ][ ][ ] %<br>None<br>Don't know<br><br>RESPONDENT MUST HAVE HAEMOPHILIA A PATIENTS (SEE SCREENER)<br>ENSURE TOTAL EQUALS 100% | (24)<br>V<br><br><br>(28)<br>ɔ<br>V | |
| | EXPLAIN TO THE RESPONDENT THAT THE REST OF THE QUESTIONNAIRE CONCENTRATES EXCLUSIVELY ON HAEMOPHILIA A | | |

GH001323

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q4 | Thinking of all your haemophilia <u>A</u> patients, what percentage are adults and what percentage are paediatrics? | | |
| | **i) Adults** | | |
| | (29) (30) (31)    % | (32) | |
| | None | O | |
| | Don't know | V | |
| | **ii) Paediatrics** | | |
| | (33) (34) (35)    % | (36) | |
| | None | O | |
| | Don't know | V | |
| | **ENSURE TOTAL EQUALS 100%** | | |
| Q5 | **NOT TO BE ASKED IN EUROPE** | | |
| | | | |
| | COLUMNS (37)-(48) BLANK | | |
| Q6 | Thinking of all your haemophilia <u>A</u> patients, what percentage currently use recombinant Factor VIII products and what percentage use human plasma derived Factor VIII products? | | |
| | **i) Recombinant** | | |
| | (49) (50) (51)    % | (52) | |
| | Don't know | V | |
| | **ii) Human plasma** | | |
| | (53) (54) (55)    % | (56) | |
| | None | O | |
| | Don't know | V | |
| | **RESPONDENT MUST HAVE PATIENTS ON RECOMBINANT PRODUCTS (SEE SCREENER)**<br>**ENSURE TOTAL EQUALS NUMBER 100%** | | |

GH001324

| | | (1)–(2) | (3) ... |
| | | 04 | REPEAT |

| No | Question / Answer | Code | S... c |
|---|---|---|---|
| Q7a | Which specific brands of Factor VIII products do you currently prescribe in your patients (both recombinant and human plasma derived products)? | | |
| Q7b | **NOT TO BE ASKED IN EUROPE** | | |

|  | Q7a Usage |
|---|---|
| **Recombinant** | (12) |
| Bioclate | 1 |
| Helixate | 2 |
| Kogenate | 3 |
| Recombinate | 4 |
| Refacto | 5 |
| **Human plasma** | (13) |
| Alphanate | 1 |
| Benate | 2 |
| Contact F | 3 |
| Crosseight M | 4 |
| Emoclot | 5 |
| Fhandi | 6 |
| Haemate-P/Humate P | 7 |
| Haemoctin | 8 |
| Hemofil M | 9 |
| Immunate | 0 |
| Innobrand | X |
| Koate DVI | V |
|  | (14) |
| Kryobulin | 1 |
| Monarc M | 2 |
| Monoclate-P | 3 |
| Nordiate | 4 |
| Octenate | 5 |
| Octinativ M | 6 |
| Profilate | 7 |
| Replenate | 8 |
| Uman | 9 |
| Other (specify) | (15) |
|  | X |

COLUMNS (16)-(76) BLANK

GH001325

| No | Question / Answer | (1)–(2) 05 Code | (3)–(11) REPEAT Skip to |
|---|---|---|---|
| Q8 | **What factors influence the choice of Factor VIII treatment for haemophilia A patients?** | | |
| | **PROBE FULLY** | (12) | |
| | Recombinant vs human plasma-derived | 1 | |
| | Well-established/standard product | 2 | |
| | Albumin/protein content | 3 | |
| | Efficacy/response rates | 4 | |
| | Duration of effect/half life | 5 | |
| | **Speed of response/effect** | **6** | |
| | Safety (unspecified) | 7 | |
| | Lack of adverse reactions | 8 | |
| | Lack of albumin reaction | 9 | |
| | Lack of (viral) contamination | 0 | |
| | Lack of immunity/resistance/lack of inhibitor development | X | |
| | Range of potencies/vial sizes | V | |
| | | (13) | |
| | Diluent/infusion volume | 1 | |
| | Storage (refrigeration vs room temperature) | 2 | |
| | Shelf-life | 3 | |
| | Supply/availability | 4 | |
| | Delivery to patient's home | 5 | |
| | Manufacturer (e g  reputation/involvement in haemophilia) | 6 | |
| | **(Good) relationship with the manufacturer** | **7** | |
| | Ease of reconstitution | 8 | |
| | Speed of reconstitution | 9 | |
| | Ease of administration | 0 | |
| | Cost | X | |
| | | (14) | |
| | | (15) | |
| | | (16) | |
| | | (17) | |
| | Other (please specify) | X | |
| | ----------------------------------------------------- ---------- | | |
| | ----------------------------------------------------- -- --------- | | |
| | Don't know | V | |

Page 5 of 10

GH001326

| No | Question / Answer | Code | Skip |
|---|---|---|---|
| Q9 | How satisfied are you with the currently available recombinant Factor VIII products? Would you say you were | | |
| | **SHOW CARD 1** | (18) | |
| | Very dissatisfied | 1 | |
| | Fairly dissatisfied | 2 | |
| | Neither satisfied nor dissatisfied | 3 | |
| | Fairly satisfied | 4 | |
| | Very satisfied | 5 | |
| | Don't know | V | |
| Q10 | What improvements would you like to see made to recombinant Factor VIII products? | (19) | |
| | **PROBE FULLY**       Reduced use of albumin/protein | 1 | |
| | Improved efficacy/response | 2 | |
| | Longer lasting effect/longer half-life | 3 | |
| | Improved speed of response/effect | 4 | |
| | Improved safety (unspecified) | 5 | |
| | Fewer adverse reactions | 6 | |
| | Reduced/no albumin reaction | 7 | |
| | Reduced/no (viral) contamination | 8 | |
| | Reduced immunity/resistance/inhibitor development | 9 | |
| | Higher potencies/larger vial sizes | 0 | |
| | | (20) | |
| | Reduced volume of diluent/infusion | 1 | |
| | Indication for continuous infusion | 2 | |
| | Improved storage (refrigeration not required) | 3 | |
| | Longer shelf-life | 4 | |
| | Improved supply/availability | 5 | |
| | Clearer storage instructions | 6 | |
| | Improved packaging/less wastage of ancillary products | 7 | |
| | Improved/easier reconstitution | 8 | |
| | Faster reconstitution | 9 | |
| | Improved/easier administration | 0 | |
| | Reduced cost | X | |
| | | (21) | |
| | | (22)    (23) | |
| | | (24) | |
| | Other (please specify) | X | |
| | -------------------- -------------------------------- --- - -- - | | |
| | -------------------- -------------------- -- ------- - -- | | |
| | Don't know | V | |

GH001327

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| | **HAND DOCTOR SHOW CARD A** | | |
| | THIS CARD LISTS SEVERAL FEATURES ON WHICH POTENTIAL NEW RECOMBINANT PRODUCTS FOR HAEMOPHILIA A MIGHT DIFFER  PLEASE TAKE A FEW MINUTES TO READ OVER THE FEATURES AND THEIR VARIOUS LEVELS, AS THIS INFORMATION WILL MAKE THE FOLLOWING EXERCISE RUN MORE SMOOTHLY | | |
| | **ALLOW RESPONDENT TIME TO READ ALL INFORMATION ON THE CARD** | | |
| | I HAVE HERE 32 CARDS, EACH DESCRIBING A POTENTIAL RECOMBINANT FACTOR VIII PRODUCT WITH A UNIQUE COMBINATION OF FEATURES  NO TWO CARDS ARE EXACTLY THE SAME   FOR THE PURPOSE OF THIS EXERCISE, PLEASE IMAGINE THAT THESE 32 POTENTIAL PRODUCTS ARE THE ONLY ONES AVAILABLE FOR THE TREATMENT OF HAEMOPHILIA A | | |
| | **HAND DOCTOR SHUFFLED CARDS** | | |
| | CONSIDERING YOUR PATIENTS WITH HAEMOPHILIA A, PLEASE SORT THESE 32 POTENTIAL PRODUCTS INTO 3 PILES ACCORDING TO YOUR LIKELIHOOD TO PRESCRIBE THEM  ONE PILE SHOULD CONTAIN THOSE PRODUCTS THAT YOU WOULD BE <u>MOST</u> LIKELY TO USE, ONE THOSE PRODUCTS THAT YOU <u>MIGHT</u> CONSIDER USING AND ONE THOSE PRODUCTS THAT YOU WOULD BE <u>LEAST</u> LIKELY TO USE  YOU CAN HAVE ANY NUMBER OF CARDS IN EACH OF THE 3 PILES | | |
| | ASSUME THESE PRODUCTS ARE EQUAL ON ANY FEATURES THAT ARE NOT INCLUDED ON THE CARDS | | |
| | THIS IS A VERY IMPORTANT PART OF THE STUDY  PLEASE TAKE YOUR TIME AS WE REALISE THIS TASK REQUIRES CAREFUL CONSIDERATION | | |
| | **WAIT UNTIL THE DOCTOR HAS SORTED ALL THE CARDS INTO THREE PILES, THEN CONTINUE** | | |
| | I WOULD NOW LIKE YOU TO RANK THESE 32 CARDS FROM TOP TO BOTTOM, STARTING WITH THE PRODUCT YOU ARE MOST LIKELY TO PRESCRIBE FOR HAEMOPHILIA A ON THE TOP, THROUGH TO THE PRODUCT YOU ARE LEAST LIKELY TO PRESCRIBE ON THE BOTTOM | | |
| | PLEASE BEGIN BY RANKING THESE PRODUCTS IN THE "MOST LIKELY" PILE | | |
| | **AFTER "MOST LIKELY" PILE IS RANKED, ASK THE DOCTOR TO CONTINUE WITH THE PILE OF PRODUCTS HE/SHE "MIGHT PRESCRIBE" AND THEN FINALLY RANK THE "LEAST LIKELY" PILE** | | |
| | **ONCE THE DOCTOR HAS FINISHED SAY:** | | |
| | PLEASE READ OUT THE NUMBERS OF THE CARDS IN THE ORDER YOU HAVE ARRANGED THEM  THE FIRST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE <u>MOST</u> LIKELY TO PRESCRIBE AND THE LAST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE <u>LEAST</u> LIKELY TO PRESCRIBE | | |
| | **RECORD RESPONSES ON NEXT PAGE** | | |

GH001328

| (1)—(2) | (3)—— |
|---|---|
| 06 | REPEAT |

**WRITE IN EACH NUMBER IN THE APPROPRIATE COLUMN BELOW**

| RANK | PRODUCT CARD NUMBER | | RANK | PRODUCT CARD NUMBER | |
|---|---|---|---|---|---|
| | (12) | (13) | 17 | (44) | (45) |
| 1 (MOST LIKELY) | | | | | |
| | (14) | (15) | 18 | (46) | (47) |
| 2 | | | | | |
| | (16) | (17) | 19 | (48) | (49) |
| 3 | | | | | |
| | (18) | (19) | 20 | (50) | (51) |
| 4 | | | | | |
| | (20) | (21) | 21 | (52) | (53) |
| 5 | | | | | |
| | (22) | (23) | 22 | (54) | (55) |
| 6 | | | | | |
| | (24) | (25) | 23 | (56) | (57) |
| 7 | | | | | |
| | (26) | (27) | 24 | (58) | 59 |
| 8 | | | | | |
| | (28) | (29) | 25 | (60) | (61) |
| 9 | | | | | |
| | (30) | (31) | 26 | (62) | (63) |
| 10 | | | | | |
| | (32) | (33) | 27 | (64) | (65) |
| 11 | | | | | |
| | (34) | (35) | 28 | (66) | (67) |
| 12 | | | | | |
| | (36) | (37) | 29 | (68) | (69) |
| 13 | | | | | |
| | (38) | (39) | 30 | (70) | (71) |
| 14 | | | | | |
| | (40) | (41) | 31 | (72) | (73) |
| 15 | | | | | |
| | (42) | (43) | 32 (LEAST LIKELY) | (74) | (75) |
| 16 | | | | | |

GH001329

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| | | (1)-(2)<br>07 | (3)-(11)<br>REPEAT |
| Q11 | Considering the potential product that you ranked as the one you would be most interested in using, what are your reasons for ranking it first?<br>**PROBE FULLY** | (12) | |
| | | (13) | |
| | | (14) | |
| Q12 | Considering the potential product that you ranked as the one you would be most likely to use, how interested would you be in using it in the haemophilia A patients treated at this centre?  Would you say you were<br>**SHOW CARD 2** | (15) | |
| | Not at all interested | 1 | |
| | Not very interested | 2 | |
| | Neither interested nor disinterested | 3 | |
| | Fairly interested | 4 | |
| | Very interested | 5 | |
| | Don't know | V | |
| Q13 | Considering the potential product that you ranked as the one you would be most likely to use, would you be willing to advocate paying a price premium for that product? | (16) | |
| | Yes | 1 | Q14 |
| | No | 2 | THANK AND CLOSE |
| | Don't know | V | |
| Q14 | What percentage price increase over currently available recombinant products would you consider to be acceptable? | (20) | |
| | [(17)] [(18)] [(19)]  %<br>enter percentage | Depends | X | Q15 |
| | | Don't know | V | THANK AND CLOSE |
| | **GO TO Q16 IF 'DEPENDS', OTHERWISE THANK AND CLOSE** | | |

Page 9 of 10

GH001330

| No | Question / Answer | Code | Skip To |
|----|-------------------|------|---------|
| Q15 | On what would the acceptable level of price increase depend?<br>**PROBE FULLY** | (21) | |
| | | (22) | |
| | | (23) | |

**THANK AND CLOSE**

GH001331

Version 3 (Final)
23rd November 1999

| 02 | 0398 | 8 | | 1 |
|----|------|---|---|---|
| C C | V No | USA | Serial | Phys |

## J. RECKNER ASSOCITES – 99-1531

### RECOMBINANT FACTOR VIII POSITIONING STUDY
### PHYSICIAN QUESTIONNAIRE - L SA

PHYSICIAN NAME    -------------------------------------------------------- (PRINT)

**CENTRE NAME**    -------------------------------------------------------- (PRINT)

ADDRESS    -------------------------------------------------------- (PRINT)

-------------------------------------------------------

-------------------------------------------------------

POST CODE    -------------------------------------------------------- (PRINT)

TEL NO    --------------------------------------------------------

| YEAR OF QUALIFICATION | | | TYPE OF HOSPITAL | (15) |
|---|---|---|---|---|
| | (12) (13) | | Private for profit | 1 |
| 1 9 | | | Prvate not for profit | 2 |
| | | | | (16) |
| **REGIONS** | (14) | | Teaching | 1 |
| CT,ME,MA,NH,VT,RI | 1 | | Non-teaching | 2 |
| NJ,NY,PA | 2 | | | |
| IL,IN,MI,OH,WI | 3 | | **HOSPITAL BED SIZE** | |
| IA,KS,MN,MO,NE,ND,SD | 4 | | (17) (18) (19) (20) | |
| DE,DC,FL,GA,MD,NC,SC,VA,WV | 5 | | | (21) |
| AL,KY,MS,TN, | 6 | | Don't know | V |
| AR,LA,OK,TX | 7 | | | |
| AZ,CO,ID,MT,NV,NM,UT,WY | 8 | | GRADE OF RESPONDENT/TITLE | |
| CA,OR,WA | 9 | | | (22) |
| | | | Specify _____ | X |

### COLUMNS (23)-(64) BLANK

| | | | | (65) (66) | (67) (68) | (69) (70) | (71) (72) | (73) (74) |
|---|---|---|---|---|---|---|---|---|
| TIME STARTED | _____ | DATE OF INTERVIEW | | | | 9 9 | | |
| | | | | | | | OUO | |
| | | | | | | | (75) (76) (77) (78) (79) | |
| TIME FINISHED | _____ | INTERVIEWED BY | | | | | | |

OUO (80)   1   2   3   4   5   6   7   8   9   O   X   V

RESPONDENT SIGNATURE FOR FEE.                    INTERVIEWER SIGNATURE.

_____          _____
(signature)                                         (signature)

**THIS INTERVIEW HAS BEEN CONDUCTED WITHIN THE TERMS OUTLINED BY THE MRS CODE OF CONDUCT**

Page 1 of 10

GH001332

| | (1)—(2) | '3'—'' |
|---|---|---|
| | 03 | REPE.― |

| No | Question / Answer | Code | Skp c |
|---|---|---|---|
| Q1 | Approximately how many haemophilia patients in total (i e A and B) are treated at this centre?<br><br>(12) (13) (14) (15)<br>☐ ☐ ☐ ☐<br><br>Don't know | (15)<br>V | |
| Q2 | For approximately how many haemophilia patients are you <u>personally</u> currently responsible?<br><br>(17) (18) (19)<br>☐ ☐ ☐<br><br>Don't know<br>None personally/shared responsibility | (20)<br>V<br>X | |
| Q3 | Of the total number of haemophilia patients, what percentage have haemophilia A and what percentage have haemophilia B?<br><br>i)  Haemophilia A<br><br>(21) (22) (23)<br>☐ ☐ ☐ %<br><br>Don't know<br><br>ii) Haemophilia B<br><br>(25) (26) (27)<br>☐ ☐ ☐ %<br>None<br>Don't know<br><br>**RESPONDENT MUST HAVE HAEMOPHILIA A PATIENTS (SEE SCREENER)**<br>**ENSURE TOTAL EQUALS 100%** | (24)<br>V<br><br>(28<br>O<br>√ | |
| | **EXPLAIN TO THE RESPONDENT THAT THE REST OF THE QUESTIONNAIRE CONCENTRATES EXCLUSIVELY ON HAEMOPHILIA <u>A</u>** | | |

GH001333

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q4 | Thinking of all your haemophilia A patients, what percentage are adults and what percentage are paediatrics? <br><br> **i) Adults** <br><br> (29) (30) (31) `[    ][    ][    ]` %     None <br>     Don't know <br><br> **ii) Paediatrics** <br><br> (33) (34) (35) `[    ][    ][    ]` %     None <br>     Don't know <br><br> **ENSURE TOTAL EQUALS 100%** | (32) <br> O <br> V <br><br><br> (36) <br> O <br> V | |
| Q5 | Thinking of all your haemophilia A patients, what percentage are mild, what percentage are moderate and what percentage are severe? <br><br> **i) Mild** <br><br> (37) (38) (39) `[    ][    ][    ]` %     None <br>     Don't know <br><br> **ii) Moderate** <br><br> (41) (42) (43) `[    ][    ][    ]` %     None <br>     Don't know <br><br> **iii) Severe** <br><br> (45) (46) (47) `[    ][    ][    ]` %     None <br>     Don't know <br><br> **ENSURE TOTAL EQUALS 100%** | (40) <br> O <br> V <br><br><br> (44) <br> O <br> V <br><br><br> (48) <br> O <br> V | |
| Q6 | Thinking of all your haemophilia A patients, what percentage currently use recombinant Factor VIII products and what percentage use human plasma derived Factor VIII products? <br><br> **i) Recombinant** <br><br> (49) (50) (51) `[    ][    ][    ]` % <br>     Don't know <br><br> **ii) Human plasma** <br><br> (53) (54) (55) `[    ][    ][    ]` %     None <br>     Don't know <br><br> **RESPONDENT MUST HAVE PATIENTS ON RECOMBINANT PRODUCTS (SEE SCREENER)** <br> **ENSURE TOTAL EQUALS NUMBER 100%** | (52) <br> V <br><br><br> (56) <br> O <br> V | |

Page 3 of 10

GH001334

(1) (2)   |3 - 7 *
04        REPEAT

| No | Question / Answer | Code | Skip c |
|---|---|---|---|
| Q7a | Which specific brands of Factor VIII products do you currently prescribe in your patients (both recombinant and human plasma derived products)? | | |
| Q7b | What percentage of all your patients currently use (    product from Q7a    ) | | |

**ASK FOR EACH BRAND NAMED AT Q7a**

**ENSURE TOTAL EQUALS 100%**

| | Q7a Usage | Q7b Percentage of patients | | |
|---|---|---|---|---|
| **Recombinant** | | | | |
| Bioclate | (12) 1 | (17) (18) (19) ☐ % Don't know | (20) V | |
| Helixate | 2 | (21) (22) (23) ☐ % Don't know | (24) V | |
| Kogenate | 3 | (25) (26) (27) ☐ % Don't know | (28) V | |
| Recombinate | 4 | (29) (30) (31) ☐ % Don't know | (32) V | |
| Refacto | 5 | (33) (34) (35) ☐ % Don't know | (36) V | |
| **Human plasma** | | | | |
| Alphanate | (13) 1 | (37) (38) (39) ☐ % Don't know | 40 | |
| | | COLUMNS 41 - 48 BLANK | | |
| Humate-P | 7 | (49) (50) (51) ☐ % Don't know | (52) V | |
| Hemofil M | 9 | (53) (54) (55) ☐ % Don't know | (56) V | |
| Koate DVI | V | (57) (58) (59) ☐ % Don't know | (60) V | |
| Monarc M | (14) 2 | (61) (62) (63) ☐ % Don't know | (64) V | |
| Monoclate-P | 3 | (65) (66) (67) ☐ % Don't know | (68) V | |
| Other (specify) | (15) X | (69) (70) (71) ☐ % Don't know | (72) V | |
| | (16) X | (73) (74) (75) ☐ % Don't know | (76) V | |

GH001335

|     |                  | (1)-(2) 05 | (3)-(11) REPEAT |
| --- | ---------------- | ---------- | --------------- |
| No  | Question / Answer | Code      | Skip to         |
| Q8 | **What factors influence the choice of Factor VIII treatment for haemophilia A patients?** | | |
| | **PROBE FULLY** | (12) | |
| | Recombinant vs human plasma-derived | 1 | |
| | Well-established/standard product | 2 | |
| | Albumin/protein content | 3 | |
| | Efficacy/response rates | 4 | |
| | Duration of effect/half life | 5 | |
| | Speed of response/effect | 6 | |
| | Safety (unspecified) | 7 | |
| | Lack of adverse reactions | 8 | |
| | Lack of albumin reaction | 9 | |
| | Lack of (viral) contamination | 0 | |
| | Lack of immunity/resistance/lack of inhibitor development | X | |
| | Range of potencies/vial sizes | V | |
| | | (13) | |
| | Diluent/infusion volume | 1 | |
| | Storage (refrigeration vs room temperature) | 2 | |
| | Shelf-life | 3 | |
| | Supply/availability | 4 | |
| | Delivery to patient's home | 5 | |
| | Manufacturer (e g reputation/involvement in haemophilia) | 6 | |
| | (Good) relationship with the manufacturer | 7 | |
| | Ease of reconstitution | 8 | |
| | Speed of reconstitution | 9 | |
| | Ease of administration | 0 | |
| | Cost | X | |
| | | (14) | |
| | | (15) | |
| | | (16) | |
| | | (17) | |
| | Other (please specify) | X | |
| | -------------------------------------------------------------------- | | |
| | -------------------------------------------------------------------- | | |
| | Don't know | V | |

GH001336

| No | Question / Answer | Code | Skp c |
|---|---|---|---|
| Q9 | How satisfied are you with the currently available recombinant Factor VIII products? Would you say you were | | |
| | **SHOW CARD 1** | (18) | |
| | Very dissatisfied | 1 | |
| | Fairly dissatisfied | 2 | |
| | Neither satisfied nor dissatisfied | 3 | |
| | Fairly satisfied | 4 | |
| | Very satisfied | 5 | |
| | Don't know | V | |
| Q10 | What improvements would you like to see made to recombinant Factor VIII products? | (19) | |
| | **PROBE FULLY**  Reduced use of albumin/protein | 1 | |
| | Improved efficacy/response | 2 | |
| | Longer lasting effect/longer half-life | 3 | |
| | Improved speed of response/effect | 4 | |
| | Improved safety (unspecified) | 5 | |
| | Fewer adverse reactions | 6 | |
| | Reduced/no albumin reaction | 7 | |
| | Reduced/no (viral) contamination | 8 | |
| | Reduced immunity/resistance/inhibitor development | 9 | |
| | Higher potencies/larger vial sizes | 0 | |
| | | (20) | |
| | Reduced volume of diluent/infusion | 1 | |
| | Indication for continuous infusion | 2 | |
| | Improved storage (refrigeration not required) | 3 | |
| | Longer shelf-life | 4 | |
| | Improved supply/availability | 5 | |
| | Clearer storage instructions | 6 | |
| | Improved packaging/less wastage of ancillary products | 7 | |
| | Improved/easier reconstitution | 8 | |
| | Faster reconstitution | 9 | |
| | Improved/easier administration | C | |
| | Reduced cost | X | |
| | | (21) | |
| | | (22)  (23) | |
| | | (24) | |
| | Other (please specify) | X | |
| | ------------------------------------------------------------------ | | |
| | ------------------------------------------------------------------ | | |
| | Don't know | V | |

GH001337

| No | Question / Answer | Code | Skip to |
|----|-------------------|------|---------|
| | **HAND DOCTOR SHOW CARD A** | | |
| | THIS CARD LISTS SEVERAL FEATURES ON WHICH POTENTIAL NEW RECOMBINANT PRODUCTS FOR HAEMOPHILIA A MIGHT DIFFER   PLEASE TAKE A FEW MINUTES TO READ OVER THE FEATURES AND THEIR VARIOUS LEVELS, AS THIS INFORMATION WILL MAKE THE FOLLOWING EXERCISE RUN MORE SMOOTHLY | | |
| | **ALLOW RESPONDENT TIME TO READ ALL INFORMATION ON THE CARD** | | |
| | I HAVE HERE 32 CARDS, EACH DESCRIBING A POTENTIAL RECOMBINANT FACTOR VIII PRODUCT WITH A UNIQUE COMBINATION OF FEATURES   NO TWO CARDS ARE EXACTLY THE SAME   FOR THE PURPOSE OF THIS EXERCISE, PLEASE IMAGINE THAT THESE 32 POTENTIAL PRODUCTS ARE THE ONLY ONES AVAILABLE FOR THE TREATMENT OF HAEMOPHILIA A | | |
| | **HAND DOCTOR SHUFFLED CARDS** | | |
| | CONSIDERING YOUR PATIENTS WITH HAEMOPHILIA A, PLEASE SORT THESE 32 POTENTIAL PRODUCTS INTO 3 PILES ACCORDING TO YOUR LIKELIHOOD TO PRESCRIBE THEM   ONE PILE SHOULD CONTAIN THOSE PRODUCTS THAT YOU WOULD BE <u>MOST</u> LIKELY TO USE  ONE THOSE PRODUCTS THAT YOU <u>MIGHT</u> CONSIDER USING AND ONE THOSE PRODUCTS THAT YOU WOULD BE <u>LEAST</u> LIKELY TO USE   YOU CAN HAVE ANY NUMBER OF CARDS IN EACH OF THE 3 PILES | | |
| | ASSUME THESE PRODUCTS ARE EQUAL ON ANY FEATURES THAT ARE NOT INCLUDED ON THE CARDS | | |
| | THIS IS A VERY IMPORTANT PART OF THE STUDY   PLEASE TAKE YOUR TIME AS WE REALISE THIS TASK REQUIRES CAREFUL CONSIDERATION | | |
| | **WAIT UNTIL THE DOCTOR HAS SORTED ALL THE CARDS INTO THREE PILES, THEN CONTINUE** | | |
| | I WOULD NOW LIKE YOU TO RANK THESE 32 CARDS FROM TOP TO BOTTOM, STARTING WITH THE PRODUCT YOU ARE MOST LIKELY TO PRESCRIBE FOR HAEMOPHILIA A ON THE TOP, THROUGH TO THE PRODUCT YOU ARE LEAST LIKELY TO PRESCRIBE ON THE BOTTOM | | |
| | PLEASE BEGIN BY RANKING THESE PRODUCTS IN THE "MOST LIKELY" PILE | | |
| | **AFTER "MOST LIKELY" PILE IS RANKED, ASK THE DOCTOR TO CONTINUE WITH THE PILE OF PRODUCTS HE/SHE "MIGHT PRESCRIBE" AND THEN FINALLY RANK THE "LEAST LIKELY" PILE** | | |
| | **ONCE THE DOCTOR HAS FINISHED SAY** | | |
| | PLEASE READ OUT THE NUMBERS OF THE CARDS IN THE ORDER YOU HAVE ARRANGED THEM   THE FIRST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE <u>MOST</u> LIKELY TO PRESCRIBE AND THE LAST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE <u>LEAST</u> LIKELY TO PRESCRIBE | | |
| | **RECORD RESPONSES ON NEXT PAGE** | | |

**Page 7 of 10**

GH001338

**WRITE IN EACH NUMBER IN THE APPROPRIATE COLUMN BELOW**

| RANK | PRODUCT CARD NUMBER | | RANK | PRODUCT CARD NUMBER | |
|---|---|---|---|---|---|
| | (12) | (13) | | (44) | (45) |
| 1 (MOST LIKELY) | | | 17 | | |
| | (14) | (15) | | (46) | (47) |
| 2 | | | 18 | | |
| | (16) | (17) | | (48) | (49) |
| 3 | | | 19 | | |
| | (18) | (19) | | (50) | (51) |
| 4 | | | 20 | | |
| | (20) | (21) | | (52) | (53) |
| 5 | | | 21 | | |
| | (22) | (23) | | (54) | (55) |
| 6 | | | 22 | | |
| | (24) | (25) | | (56) | (57) |
| 7 | | | 23 | | |
| | (26) | (27) | | (58) | (59) |
| 8 | | | 24 | | |
| | (28) | (29) | | (60) | (61) |
| 9 | | | 25 | | |
| | (30) | (31) | | (62) | (63) |
| 10 | | | 26 | | |
| | (32) | (33) | | (64) | (65) |
| 11 | | | 27 | | |
| | (34) | (35) | | (66) | (67) |
| 12 | | | 28 | | |
| | (36) | (37) | | (68) | (69) |
| 13 | | | 29 | | |
| | (38) | (39) | | (70) | 71 |
| 14 | | | 30 | | |
| | (40) | (41) | | (72) | (73) |
| 15 | | | 31 | | |
| | (42) | (43) | | (74) | 75 |
| 16 | | | 32 (LEAST LIKELY) | | |

GH001339

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| | | (1)–(2) 07 | (3)–(11) REPEAT |
| Q11 | Considering the potential product that you ranked as the one you would be most interested in using, what are your reasons for ranking it first? **PROBE FULLY** | (12) | |
| | | (13) | |
| | | (14) | |
| Q12 | **Considering the potential product that you ranked as the one you would be** most likely to use, how interested would you be in using it in the haemophilia A patients treated at this centre?  Would you say you were **SHOW CARD 2** | (15) | |
| | Not at all interested | 1 | |
| | Not very interested | 2 | |
| | Neither interested nor disinterested | 3 | |
| | Fairly interested | 4 | |
| | Very interested | 5 | |
| | Don't know | V | |
| Q13 | Considering the potential product that you ranked as the one you would be most likely to use, would you be willing to advocate paying a price premium for that product? | (16) | |
| | Yes | 1 | Q14 |
| | No | 2 | **THANK AND CLOSE** |
| | Don't know | V | |
| Q14 | What percentage price increase over currently available recombinant products would you consider to be acceptable?  (17)  (18)  (19)  %  enter percentage  **GO TO Q16 IF 'DEPENDS', OTHERWISE THANK AND CLOSE** | (20) | |
| | Depends | X | Q15 |
| | Don't know | V | **THANK AND CLOSE** |

GH001340

| No | Question / Answer | Code | Skip |
|----|-------------------|------|------|
| Q15 | On what would the acceptable level of price increase depend?<br>**PROBE FULLY** | (21, | |
| | | (22) | |
| | | (23) | |

**THANK AND CLOSE**

GH001341

Version 3 (Final)
23rd November 1999

| | | | | |
|---|---|---|---|---|
| 02 | 0398 | | | 1 |
| C C | V No | Country | Senal | Phys |

**INTERNATIONAL HEALTH SURVEYS, LUDGATE HOUSE, 245 BLACKFRIARS ROAD, LONDON SE1 9UL**

## RECOMBINANT FACTOR VIII POSITIONING STUDY
## PHYSICIAN QUESTIONNAIRE – JAPAN

PHYSICIAN NAME  -----------------   --------------------- ----- ----------- - --- -- - --- - (PRINT)

CENTRE NAME  ---------------- ------------------------ ---- ----- ---- ------- ------- - --- - (PRINT)

ADDRESS  •••••••••••••••••••••••••••••••• ----------- ---- - ---------- -- - --- -- (PRINT)

-------------------------------- --- ------------- -- -- ------ ----- - ------

--------------------------------- ------------------- -- -- - ---------- ------

POST CODE  ----------------- -------------------------- ---- --- -- --- ---- - - (PRINT)

TEL NO  ------------------ --------- ------------------ --- --- -- --- - - - ---

| YEAR OF QUALIFICATION | | | | TYPE OF HOSPITAL | (15) |
|---|---|---|---|---|---|
| | (12) | (13) | | Public | 1 |
| 1 9 | | | | Private | 2 |
| | | | | | (16) |
| **REGION** | | (14) | | Teaching | 1 |
| Tokyo | | 1 | | Non-teaching | 2 |
| Tokai | | 2 | | | |

HOSPITAL BED SIZE

| (17) | (18) | (19) | (20) |
|---|---|---|---|
| | | | |

(21)

Don't know   V

GRADE OF RESPONDENT

(22)

Consultant   1

Specialist Registrar   2

COLUMNS (23)-(64) BLANK

| TIME STARTED | _____ | DATE OF INTERVIEW | (65)(66) | (67)(68) | (69)(70) 9 9 | (71)(72) | (73)(74) |
|---|---|---|---|---|---|---|---|
| | | | | | | | OUO |
| TIME FINISHED | _____ | INTERVIEWED BY | | | | (75)(76)(77)(78)(79) | |

OUO (80)  1  2  3  4  5  6  7  8  9  O  X  V

RESPONDENT SIGNATURE FOR FEE.                    INTERVIEWER SIGNATURE.

_____          _____
(signature)                         (signature)
**THIS INTERVIEW HAS BEEN CONDUCTED WITHIN THE TERMS OUTLINED BY THE MRS CODE OF CONDUCT**

Page 1 of 10

GH001342

| | | (1)—(2) | 3—'' |
|---|---|---|---|
| | | 03 | REPEAT |

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q1 | Approximately how many haemophilia patients in total (i e  A and B) are treated at this centre? <br><br> **(12)  (13)  (14)  (15)** <br> ☐☐☐☐ <br><br> Don't know | (16) <br><br> V | |
| Q2 | For approximately how many haemophilia patients are you <u>personally</u> currently responsible? <br><br> **(17)  (18)  (19)** <br> ☐☐☐ <br><br> Don't know <br> None personally/shared responsibility | (20) <br><br> V <br> X | |
| Q3 | Of the total number of haemophilia patients, what percentage have haemophilia A and what percentage have haemophilia B? <br><br> I)  Haemophilia A <br> **(21)  (22)  (23)** <br> ☐☐☐ % <br> Don't know <br><br> II)  Haemophilia B <br> **(25)  (26)  (27)** <br> ☐☐☐ % <br> None <br> Don't know <br><br> **RESPONDENT MUST HAVE HAEMOPHILIA A PATIENTS (SEE SCREENER)** <br> **ENSURE TOTAL EQUALS 100%** | (24) <br><br> V <br><br> 28 <br> C <br> V | |
| | **EXPLAIN TO THE RESPONDENT THAT THE REST OF THE QUESTIONNAIRE CONCENTRATES EXCLUSIVELY ON HAEMOPHILIA <u>A</u>** | | |

GH001343

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q4 | Thinking of all your haemophilia <u>A</u> patients, what percentage are adults and what percentage are paediatrics?<br><br>**i) Adults**<br><br>(29) (30) (31) %<br>None<br>Don't know<br><br>**ii) Paediatrics**<br><br>(33) (34) (35) %<br>None<br>Don't know<br><br>**ENSURE TOTAL EQUALS 100%** | (32)<br>O<br>V<br><br>(36)<br>O<br>V | |
| Q5 | Thinking of all your haemophilia <u>A</u> patients, what percentage are mild, what percentage are moderate and what percentage are severe?<br><br>**i) Mild**<br><br>(37) (38) (39) %<br>None<br>Don't know<br><br>**ii) Moderate**<br><br>(41) (42) (43) %<br>None<br>Don't know<br><br>**iii) Severe**<br><br>(45) (46) (47) %<br>None<br>Don't know<br><br>**ENSURE TOTAL EQUALS 100%** | (40)<br>O<br>V<br><br>(44)<br>O<br>V<br><br>(48)<br>O<br>V | |
| Q6 | Thinking of all your haemophilia <u>A</u> patients, what percentage currently use recombinant Factor VIII products and what percentage use human plasma derived Factor VIII products?<br><br>**i) Recombinant**<br><br>(49) (50) (51) %<br>Don't know<br><br>**ii) Human plasma**<br><br>(53) (54) (55) %<br>None<br>Don't know<br><br>**RESPONDENT MUST HAVE PATIENTS ON RECOMBINANT PRODUCTS (SEE SCREENER)**<br>**ENSURE TOTAL EQUALS NUMBER 100%** | (52)<br>V<br><br>(56)<br>O<br>V | |

GH001344

| No | Question / Answer | | Code | Skip |
|---|---|---|---|---|
| Q7a | Which specific brands of Factor VIII products do you currently prescribe in your patients (both recombinant and human plasma derived products)? | | | |
| Q7b | What percentage of all your patients currently use (　　product from Q7a　　) | | | |
| | **ASK FOR EACH BRAND NAMED AT Q7a** | | | |
| | **ENSURE TOTAL EQUALS 100%** | | | |

|  | Q7a Usage | Q7b Percentage of patients | | | |
|---|---|---|---|---|---|
| **Recombinant** | | COLUMNS (17)- 24 BLANK | | | |
| Kogenate | (12) 3 | (25) (26) (27) % Don't know | | | (28) V |
| Recombinate | 4 | (29) (30) (31) % Don't know | | | (32) V |
| **Human plasma** | | COLUMNS 33 - 40 BLANK | | | |
| Contact F | (13) 3 | (41) (42) (43) % Don't know | | | ... |
| Crosseight M | 4 | (45) (46) (47) % Don't know | | | (48) V |
| Haemate P | 7 | (49) (50) (51) % Don't know | | | (52) |
| Haemofil M | 9 | (53) (54) (55) % Don't know | | | (56) V |
| **COLUMN (14) BLANK** | | COLUMNS (57)-(68) BLANK | | | |
| Other (specify) | (15) X | (69) (70) (71) % Don't know | | | (72) V |
| | (16) X | (73) (74) (75) % Don't know | | | (76) V |

GH001345