| No | Question / Answer | (1)–(2) 05 Code | (3)–(11) REPEAT Skip to |
|----|-------------------|------|---------|
| Q8 | What factors influence the choice of Factor VIII treatment for haemophilia A patients? | | |
| | **PROBE FULLY** | (12) | |
| | Recombinant vs human plasma-derived | 1 | |
| | Well-established/standard product | 2 | |
| | Albumin/protein content | 3 | |
| | Efficacy/response rates | 4 | |
| | Duration of effect/half life | 5 | |
| | Speed of response/effect | 6 | |
| | Safety (unspecified) | 7 | |
| | Lack of adverse reactions | 8 | |
| | Lack of albumin reaction | 9 | |
| | Lack of (viral) contamination | 0 | |
| | Lack of immunity/resistance/lack of inhibitor development | X | |
| | Range of potences/vial sizes | V | |
| | | (13) | |
| | Diluent/infusion volume | 1 | |
| | Storage (refrigeration vs room temperature) | 2 | |
| | Shelf-life | 3 | |
| | Supply/availability | 4 | |
| | Delivery to patient's home | 5 | |
| | Manufacturer (e.g. reputation/involvement in haemophilia) | 6 | |
| | (Good) relationship with the manufacturer | 7 | |
| | Ease of reconstitution | 8 | |
| | Speed of reconstitution | 9 | |
| | Ease of administration | 0 | |
| | Cost | X | |
| | | (14) | |
| | | (15) | |
| | | (16) | |
| | | (17) | |
| | Other (please specify) | X | |
| | ------------------------------------------------------- | | |
| | ------------------------------------------------------- | | |
| | Don't know | V | |

GH001346

| No | Question / Answer | Code | Skip |
|----|-------------------|------|------|
| Q9 | How satisfied are you with the currently available recombinant Factor VIII products? Would you say you were | | |
| | **SHOW CARD 1** | (18) | |
| | Very dissatisfied | 1 | |
| | Fairly dissatisfied | 2 | |
| | Neither satisfied nor dissatisfied | 3 | |
| | Fairly satisfied | 4 | |
| | Very satisfied | 5 | |
| | Don't know | V | |
| Q10 | What improvements would you like to see made to recombinant Factor VIII products? | (19) | |
| | **PROBE FULLY**   Reduced use of albumin/protein | 1 | |
| | Improved efficacy/response | 2 | |
| | Longer lasting effect/longer half-life | 3 | |
| | Improved speed of response/effect | 4 | |
| | Improved safety (unspecified) | 5 | |
| | Fewer adverse reactions | 6 | |
| | Reduced/no albumin reaction | 7 | |
| | Reduced/no (viral) contamination | 8 | |
| | Reduced immunity/resistance/inhibitor development | 9 | |
| | Higher potencies/larger vial sizes | 0 | |
| | | (20) | |
| | Reduced volume of diluent/infusion | 1 | |
| | Indication for continuous infusion | 2 | |
| | Improved storage (refrigeration not required) | 3 | |
| | Longer shelf-life | 4 | |
| | Improved supply/availability | 5 | |
| | Clearer storage instructions | 6 | |
| | Improved packaging/less wastage of ancillary products | 7 | |
| | Improved/easier reconstitution | 8 | |
| | Faster reconstitution | 9 | |
| | Improved/easier administration | C | |
| | Reduced cost | X | |
| | | (21) | |
| | | (22)   (23) | |
| | | (24) | |
| | Other (please specify) | X | |
| | ------------------------------------------- ---------- - - ------ | | |
| | --------------------- ----------------------------------- - ------ | | |
| | Don't know | V | |

GH001347

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| | **HAND DOCTOR SHOW CARD A** | | |
| | THIS CARD LISTS SEVERAL FEATURES ON WHICH POTENTIAL NEW RECOMBINANT PRODUCTS FOR HAEMOPHILIA A MIGHT DIFFER   PLEASE TAKE A FEW MINUTES TO READ OVER THE FEATURES AND THEIR VARIOUS LEVELS, AS THIS INFORMATION WILL MAKE THE FOLLOWING EXERCISE RUN MORE SMOOTHLY | | |
| | **ALLOW RESPONDENT TIME TO READ ALL INFORMATION ON THE CARD** | | |
| | I HAVE HERE 32 CARDS, EACH DESCRIBING A POTENTIAL RECOMBINANT FACTOR VIII PRODUCT WITH A UNIQUE COMBINATION OF FEATURES   NO TWO CARDS ARE EXACTLY THE SAME   FOR THE PURPOSE OF THIS EXERCISE, PLEASE IMAGINE THAT THESE 32 POTENTIAL PRODUCTS ARE THE ONLY ONES AVAILABLE FOR THE TREATMENT OF HAEMOPHILIA A | | |
| | **HAND DOCTOR SHUFFLED CARDS** | | |
| | CONSIDERING YOUR PATIENTS WITH HAEMOPHILIA A, PLEASE SORT THESE 32 POTENTIAL PRODUCTS INTO <u>3 PILES</u> ACCORDING TO YOUR LIKELIHOOD TO PRESCRIBE THEM   ONE PILE SHOULD CONTAIN THOSE PRODUCTS THAT YOU WOULD BE <u>MOST</u> LIKELY TO USE, ONE THOSE PRODUCTS THAT YOU <u>MIGHT</u> CONSIDER USING AND ONE THOSE PRODUCTS THAT YOU WOULD BE <u>LEAST</u> LIKELY TO USE   YOU CAN HAVE ANY NUMBER OF CARDS IN EACH OF THE 3 PILES | | |
| | ASSUME THESE PRODUCTS ARE EQUAL ON ANY FEATURES THAT ARE NOT INCLUDED ON THE CARDS | | |
| | THIS IS A VERY IMPORTANT PART OF THE STUDY   PLEASE TAKE YOUR TIME AS WE REALISE THIS TASK REQUIRES CAREFUL CONSIDERATION | | |
| | **WAIT UNTIL THE DOCTOR HAS SORTED ALL THE CARDS INTO THREE PILES, THEN CONTINUE** | | |
| | I WOULD NOW LIKE YOU TO RANK THESE 32 CARDS FROM TOP TO BOTTOM, STARTING WITH THE PRODUCT YOU ARE MOST LIKELY TO PRESCRIBE FOR HAEMOPHILIA A ON THE TOP, THROUGH TO THE PRODUCT YOU ARE LEAST LIKELY TO PRESCRIBE ON THE BOTTOM | | |
| | PLEASE BEGIN BY RANKING THESE PRODUCTS IN THE "MOST LIKELY" PILE | | |
| | **AFTER "MOST LIKELY" PILE IS RANKED, ASK THE DOCTOR TO CONTINUE WITH THE PILE OF PRODUCTS HE/SHE "MIGHT PRESCRIBE" AND THEN FINALLY RANK THE "LEAST LIKELY" PILE.** | | |
| | **ONCE THE DOCTOR HAS FINISHED SAY** | | |
| | PLEASE READ OUT THE NUMBERS OF THE CARDS IN THE ORDER YOU HAVE ARRANGED THEM   THE FIRST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE <u>MOST</u> LIKELY TO PRESCRIBE AND THE LAST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE <u>LEAST</u> LIKELY TO PRESCRIBE | | |
| | **RECORD RESPONSES ON NEXT PAGE** | | |

GH001348

(1—2    3—
C6      REPEAT

## WRITE IN EACH NUMBER IN THE APPROPRIATE COLUMN BELOW

| RANK | PRODUCT CARD NUMBER | | RANK | PRODUCT CARD NUMBER | |
|---|---|---|---|---|---|
| | (12) | (13) | | (44) | (45) |
| 1 (MOST LIKELY) | | | 17 | | |
| | (14) | (15) | | (46) | 47 |
| 2 | | | 18 | | |
| | (16) | (17) | | (48) | (49) |
| 3 | | | 19 | | |
| | (18) | (19) | | (50) | (51) |
| 4 | | | 20 | | |
| | (20) | (21) | | (52) | 53 |
| 5 | | | 21 | | |
| | (22) | (23) | | (54) | (55) |
| 6 | | | 22 | | |
| | (24) | (25) | | (56) | (57) |
| 7 | | | 23 | | |
| | (26) | (27) | | (58) | (59) |
| 8 | | | 24 | | |
| | (28) | (29) | | (60) | 61 |
| 9 | | | 25 | | |
| | (30) | (31) | | (62) | 63 |
| 10 | | | 26 | | |
| | (32) | (33) | | (64) | 65 |
| 11 | | | 27 | | |
| | (34) | (35) | | (66) | (67) |
| 12 | | | 28 | | |
| | (36) | (37) | | (68) | 69 |
| 13 | | | 29 | | |
| | (38) | (39) | | (70) | 71 |
| 14 | | | 30 | | |
| | (40) | (41) | | (72) | (73) |
| 15 | | | 31 | | |
| | (42) | (43) | | (74) | 75 |
| 16 | | | 32 (LEAST LIKELY) | | |

GH001349

| No | Question / Answer | (1)–(2) 07 Code | (3)–(11) REPEAT Skip to |
|---|---|---|---|
| Q11 | Considering the potential product that you ranked as the one you would be most interested in using, what are your reasons for ranking it first? **PROBE FULLY** | (12) (13) (14) | |
| Q12 | Considering the potential product that you ranked as the one you would be most likely to use, how interested would you be in using it in the haemophilia A patients treated at this centre?  Would you say you were **SHOW CARD 2**<br>Not at all interested<br>Not very interested<br>Neither interested nor disinterested<br>Fairly interested<br>Very interested<br>Don't know | (15)<br>1<br>2<br>3<br>4<br>5<br>V | |
| Q13 | Considering the potential product that you ranked as the one you would be most likely to use, would you be willing to advocate paying a price premium for that product?<br>Yes<br>No<br>Don't know | (16)<br>1<br>2<br>V | Q14<br>THANK AND CLOSE |
| Q14 | What percentage price increase over currently available recombinant products would you consider to be acceptable?<br>(17)  (18)  (19)<br>☐☐☐ %<br>enter percentage<br>Depends<br>Don't know<br>**GO TO Q16 IF 'DEPENDS', OTHERWISE THANK AND CLOSE** | (20)<br>X<br>V | Q15<br>THANK AND CLOSE |

GH001350

| No | Question / Answer | Code | Skip |
|----|-------------------|------|------|
| Q15 | On what would the acceptable level of price increase depend?<br>**PROBE FULLY** | (21) | |
| | | (22) | |
| | | (23) | |

**THANK AND CLOSE**

GH001351

J500398
Version 3 (Final)
23/11/1999

# CARD A

## Doctors

*Human or animal derived protein*
- ➢ used in manufacturing (culturing) and in the final formulation (for stabilising)
- ➢ used in manufacturing (culturing), but not in the final formulation (for stabilising)
- ➢ not used at all

*Continuous infusion*
- ➢ an approved indication
- ➢ product has capability, but not approved (label indication)
- ➢ not possible (to be used for continuous infusion)

*Diluent volume per vial*
- ➢ 2 5ml
- ➢ 5ml
- ➢ 10ml

*Higher number of activity units per vial*
- ➢ 1,000 i u per vial
- ➢ 1,250 i u per vial
- ➢ 1,500 i u per vial
- ➢ 2,000 i u per vial

*Assay issue*
- ➢ requires one-stage assay
- ➢ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
- ➢ Cannot be stored at room temperature (requires refrigeration)
- ➢ 3 months
- ➢ 6 months
- ➢ 1 year
- ➢ 2+ years

*rFVIII molecule*
- ➢ full length
- ➢ B-domain deleted

GH001352

GH001353

J500398
Version 3 (Final)
23/11/1999

## DOCTOR – CARD 1

*Human or animal derived protein*
> ➤ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
> ➤ an approved indication

*Diluent volume per vial*
> ➤ 5ml

*Higher number of activity units per vial*
> ➤ 1,250 i u  per vial

*Assay issue*
> ➤ requires one-stage assay

*Room temperature storage*
> ➤ 6 months

*rFVIII molecule*
> ➤ full length

GH001354

J J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 2

*Human or animal derived protein*
  ➤ used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
  ➤ an approved indication

*Diluent volume per vial*
  ➤ 5ml

*Higher number of activity units per vial*
  ➤ 1,000 i u  per vial

*Assay issue*
  ➤ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
  ➤ 3 months

*rFVIII molecule*
  ➤ B-domain deleted

GH001355

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 3

*Human or animal derived protein*
    ➢ not used at all

*Continuous infusion*
    ➢ not possible (to be used for continuous infusion)

*Diluent volume per vial*
    ➢ 5ml

*Higher number of activity units per vial*
    ➢ 1,500 i u per vial

*Assay issue*
    ➢ requires one-stage assay

*Room temperature storage*
    ➢ 2+ years

*rFVIII molecule*
    ➢ full length

GH001356

J500398
Version 3 (Final)
23/11/1999

# <u>DOCTOR · CARD 4</u>

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 2,000 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*rFVIII molecule*
> B-domain deleted

GH001357

J500398
Version 3 (Final)
23/11/1999

# DOCTOR - CARD 5

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> product has capability, but not approved (label indication)

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,250 i u per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 3 months

*rFVIII molecule*
> full length

GH001358

J500398
Version 3 (Final)
23/11/1999

## DOCTOR – CARD 6

*Human or animal derived protein*
  ➢ **not used at all**

*Continuous infusion*
  ➢ **product has capability, but not approved (label indication)**

*Diluent volume per vial*
  ➢ **10ml**

*Higher number of activity units per vial*
  ➢ **1,000 i u  per vial**

*Assay issue*
  ➢ **requires one-stage assay**

*Room temperature storage*
  ➢ **6 months**

*rFVIII molecule*
  ➢ **B-domain deleted**

GH001359

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 7

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,500 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*rFVIII molecule*
> full length

GH001360

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 8

*Human or animal derived protein*
➢ used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
➢ not possible (to be used for continuous infusion)

*Diluent volume per vial*
➢ 10ml

*Higher number of activity units per vial*
➢ 2,000 i u  per vial

*Assay issue*
➢ requires one-stage assay

*Room temperature storage*
➢ 2+ years

*rFVIII molecule*
➢ B-domain deleted

GH001361

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 9

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
> an approved indication

## Diluent volume per vial
> 2 5ml

*Higher number of activity units per vial*
> 1,250 i u per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*rFVIII molecule*
> full length

GH001362

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 10

*Human or animal derived protein*
- ➤ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
- ➤ an approved indication

*Diluent volume per vial*
- ➤ 2 5ml

*Higher number of activity units per vial*
- ➤ 1,000 i u per vial

*Assay issue*
- ➤ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
- ➤ 2+ years

*rFVIII molecule*
- ➤ B-domain deleted

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 11

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 1,500 i u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> 3 months

*rFVIII molecule*
> full length

GH001364

J500398
Version 3 (Final)
23/11/1999

## <u>DOCTOR - CARD 12</u>

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 2,000 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 6 months

*rFVIII molecule*
> B-domain deleted

GH001365

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 13

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> product has capability, but not approved (label indication)

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,250 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 2-i years

*rFVIII molecule*
> full length

GH001366

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 14

*Human or animal derived protein*
    ➢ not used at all

*Continuous infusion*
    ➢ product has capability, but not approved (label indication)

*Diluent volume per vial*
    ➢ 10ml

*Higher number of activity units per vial*
    ➢ 1,000 i u per vial

*Assay issue*
    ➢ requires one-stage assay

*Room temperature storage*
    ➢ Cannot be stored at room temperature (requires refrigeration)

*rFVIII molecule*
    ➢ B-domain deleted

GH001367

J500398
Version 3 (Final)
23/11/1999

## <u>DOCTOR - CARD 15</u>

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,500 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 6 months

*rFVIII molecule*
> full length

GH001368

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 16

*Human or animal derived protein*
- ➢ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
- ➢ not possible (to be used for continuous infusion)

*Diluent volume per vial*
- ➢ 10ml

## *Higher number of activity units per vial*
- ➢ 2,000 i u per vial

*Assay issue*
- ➢ requires one-stage assay

*Room temperature storage*
- ➢ 3 months

*rFVII molecule*
- ➢ B-domain deleted

GH001369

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 17

*Human or animal derived protein*
➤ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
➤ not possible (to be used for continuous infusion)

*Diluent volume per vial*
➤ 10ml

*Higher number of activity units per vial*
➤ 1,000 i u  per vial

*Assay issue*
➤ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
➤ 1 year

*rFVII molecule*
➤ full length

GH001370

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 18

*Human or animal derived protein*
➢ used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
➢ not possible (to be used for continuous infusion)

*Diluent volume per vial*
➢ 10ml

*Higher number of activity units per vial*
➢ 1,250 i u per vial

*Assay issue*
➢ requires one-stage assay

Room temperature storage
➢ 3 months

rFVIII molecule
➢ B-domain deleted

GH001371

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 19

*Human or animal derived protein*
 ➢ not used at all

*Continuous infusion*
 ➢ an approved indication

*Diluent volume per vial*
 ➢ 10ml

*Higher number of activity units per vial*
 ➢ 2,000 i u  per vial

*Assay issue*
 ➢ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
 ➢ 2+ years

*rFVIII molecule*
 ➢ full length

GH001372

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 20

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> an approved indication

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,500 i u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*rFVIII molecule*
> B-domain deleted

GH001373

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 21

*Human or animal derived protein*
 ➢ not used at all

*Continuous infusion*
 ➢ not possible (to be used for continuous infusion)

*Diluent volume per vial*
 ➢ 5ml

*Higher number of activity units per vial*
 ➢ 1,000 i u  per vial

*Assay issue*
 ➢ requires one-stage assay

*Room temperature storage*
 ➢ 3 months

*rFVIII molecule*
 ➢ full length

GH001374

J500398
Version 3 (Final)
23/11/1999

## <u>DOCTOR - CARD 22</u>

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 1,250 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 1 year

*rFVIII molecule*
> B-domain deleted

GH001375

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 23

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
> product has capability, but not approved (label indication)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 2,000 i u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*rFVIII molecule*
> full length

GH001376

J500398
Version 3 (Final)
23/11/1999

### DOCTOR – CARD 24

*Human or animal derived protein*
 ➤ used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
 ➤ product has capability but not approved (label indication)

*Diluent volume per vial*
 ➤ 5ml

*Higher number of activity units per vial*
 ➤ 1,500 i u per vial

*Assay issue*
 ➤ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
 ➤ 2+ years

*rFVIII molecule*
 ➤ B-domain deleted

GH001377

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 25

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,000 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*rFVIII molecule*
> full length

GH001378

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 26

*Human or animal derived protein*
  ➤ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
  ➤ not possible (to be used for continuous infusion)

*Diluent volume per vial*
  ➤ 10ml

*Higher number of activity units per vial*
  ➤ 1,250 i u per vial

*Assay issue*
  ➤ requires one-stage assay

*Room temperature storage*
  ➤ 2+ years

*rFVIII molecule*
  ➤ B-domain deleted

GH001379

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 27

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> an approved indication

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 2,000 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 3 months

*rFVIII molecule*
> full length

GH001380

J500398
Version 3 (Final)
23/11/1999

# DOCTOR - CARD 28

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> an approved indication

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,500 i u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> 1 year

*rFVIII molecule*
> B-domain deleted

GH001381

J500398
Version 3 (Final)
23/11/1999

## DOCTOR – CARD 29

*Human or animal derived protein*
> ➤ not used at all

*Continuous infusion*
> ➤ not possible (to be used for continuous infusion)

*Diluent volume per vial*
> ➤ 2 5ml

*Higher number of activity units per vial*
> ➤ 1,000 ı u  per vial

*Assay issue*
> ➤ requires one-stage assay

*Room temperature storage*
> ➤ 2+ years

*rFVIII molecule*
> ➤ full length

GH001382

J500398
Version 3 (Final)
23/11/1999

## DOCTOR - CARD 30

*Human or animal derived protein*
  ➢ **not used at all**

*Continuous infusion*
  ➢ **not possible (to be used for continuous infusion)**

*Diluent volume per vial*
  ➢ **2.5ml**

*Higher number of activity units per vial*
  ➢ **1,250 i.u per vial**

*Assay issue*
  ➢ **requires chromogenic assay (not available in every hospital)**

*Room temperature storage*
  ➢ **Cannot be stored at room temperature (requires refrigeration)**

*rFVIII molecule*
  ➢ **B-domain deleted**

GH001383

J500398
Version 3 (Final)
23/11/1999

## <u>DOCTOR - CARD 31</u>

*Human or animal derived protein*
  ➢ used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
  ➢ product has capability, but not approved (label indication)

*Diluent volume per vial*
  ➢ 2.5ml

*Higher number of activity units per vial*
  ➢ 2,000 i u per vial

*Assay issue*
  ➢ requires one-stage assay

*Room temperature storage*
  ➢ 1 year

*rFVIII molecule*
  ➢ full length

GH001384

J500398
Version 3 (Final)
23/11/1999

## DOCTOR – CARD 32

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stabilising

*Continuous infusion*
> product has capability but not approved (label indication)

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 1,500 i u per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 3 months

*rFVIII molecule*
> B-domain deleted

GH001385

# Appendix I

# (b)  Nurses

GH001386

GH001387

J500398
Version 3 (Final)

| 08 | 0398 | | | 2 |
|---|---|---|---|---|
| C C | V No | Country | Serial | Nur |

## INTERNATIONAL HEALTH SURVEYS, LUDGATE HOUSE, 245 BLACKFRIARS ROAD, LONDON SE1 9UL

### RECOMBINANT FVIII POSITIONING STUDY
### NURSE SCREENING QUESTIONNAIRE

Nurse name     ------------------------------------------------------------------

Centre name    ------------------------------------------------------------------

Address          ------------------------------------------------------------------

(please print)     ------------------------------------------------------------------

                    ------------------------------------------------------------------

                    ------------------------------------------------------------------

Telephone No    ------------------------------------------------------------------

### INTRODUCTION

GOOD MORNING/AFTERNOON    MY NAME IS                         FROM INTERNATIONAL HEALTH SURVEYS, AN INDEPENDENT MARKET RESEARCH AGENCY BASED IN LONDON, WHICH SPECIALISE IN CONDUCTING SURVEYS AMONG MEMBERS OF THE MEDICAL PROFESSION AND PATIENTS

WE ARE CURRENTLY CONDUCTING AN INTERNATIONAL STUDY WITH DOCTORS, NURSES AND PATIENTS ON THE SUBJECT OF HAEMOPHILIA A

THE INTERVIEW WILL LAST UP TO 45 MINUTES    THE INFORMATION YOU PROVIDE WILL BE COMBINED WITH THAT OF YOUR COLLEAGUES   NEITHER YOUR IDENTIFY NOR THAT OF YOUR HOSPITAL WILL BE REVEALED TO ANY THIRD PARTY   STRICT CONFIDENTIALITY IS ASSURED

WOULD YOU BE WILLING TO TAKE PART IN OUR SURVEY?

COULD I FIRST ASK YOU A FEW QUESTIONS TO ASSESS YOUR ELIGIBILITY FOR THIS SURVEY

| No | Question / Answer | | Code | Skip to |
|---|---|---|---|---|
| Q1 | Do you work at/are you affiliated with a specialist/comprehensive haemophilia treatment centre? | | (12) | |
| | | Yes | 1 | CONTINUE |
| | | No | 2 | THANK AND CLOSE |
| | | Don't know | V | |
| Q2 | Do you specialise in the treatment of haemophilia/bleeding disorders? | | (13) | |
| | | Yes | 1 | CONTINUE |
| | | No | 2 | THANK AND CLOSE |
| | | Don't know | V | |

GH001388

| No | Question / Answer | | Code | Skip to |
|----|-------------------|---|------|---------|
| Q3 | Are you involved in the treatment of haemophilia <u>A</u>? | | (14) | |
| | | Yes | 1 | CONTINUE |
| | | No | 2 | THANK AND CLOSE |
| | | Don't know | V | |
| Q4 | Are you regularly involved in the reconstitution and administration of <u>recombinant</u> Factor VIII products for treating haemophilia A? | | (15) | |
| | | Yes | 1 | RECRUIT |
| | | No | 2 | THANK AND CLOSE |
| | | Don't know | V | |

GH001389

Version 3 (Final)
23rd November 1999

| 09 | 0398 | | | 2 |
|----|------|---|---|---|
| C C | V No | Country | Senal | Nur |

## INTERNATIONAL HEALTH SURVEYS, LUDGATE HOUSE, 245 BLACKFRIARS ROAD, LONDON SE1 9UL

### RECOMBINANT FACTOR VIII POSITIONING STUDY
### NURSE QUESTIONNAIRE - EUROPE

NAME ........................................................................ (PRINT)

CENTRE NAME ........................................................................ (PRINT)

ADDRESS ........................................................................ (PRINT)

........................................................................

........................................................................

POST CODE ........................................................................ (PRINT)

TEL NO ........................................................................

---

**YEAR OF QUALIFICATION**

|  | (12) | (13) |
|---|---|---|
| 1 | 9 |  |  |

**REGION (UK VERSION)** (14)

| | |
|---|---|
| Northern & Yorkshire | 1 |
| Trent | 2 |
| North West | 3 |
| West Midlands | 4 |
| Anglia & Oxford | 5 |
| South & West | 6 |
| North Thames | 7 |
| South Thames | 8 |
| Wales | 9 |
| Scotland | 0 |
| Northern Ireland | X |

**TYPE OF HOSPITAL** (15)

| | |
|---|---|
| Public | 1 |
| Private | 2 |
| | (16) |
| Teaching | 1 |
| Non-teaching | 2 |

**HOSPITAL BED SIZE**

| (17) | (18) | (19) | (20) |
|---|---|---|---|
| | | | |

(21)

Don't know          V

COLUMNS (22)-(64) BLANK

---

TIME STARTED _____

TIME FINISHED _____

DATE OF INTERVIEW

| (65) (66) | (67) (68) | (69) (70) | (71) (72) | (73) (74) |
|---|---|---|---|---|
| | | 9   9 | | |

OUO

| (75) (76) (77) (78) (79) |
|---|
| |

INTERVIEWED BY

OUO (80)   1   2   3   4   5   6   7   8   9   O   X   V

RESPONDENT SIGNATURE FOR FEE.          INTERVIEWER SIGNATURE.

_____(signature)_____          _____(signature)_____

**THIS INTERVIEW HAS BEEN CONDUCTED WITHIN THE TERMS OUTLINED BY THE MRS CODE OF CONDUCT**

GH001390

| No | Question / Answer | Code | Skip |
|----|-------------------|------|------|
| | | (1)–(2) 10 | 3–11 REPEAT |
| Q1 | Approximately how many haemophilia patients in total are treated at this centre?  (12) (13) (14)  Don't know | (15) V | |
| Q2 | Of all haemophilia patients treated at this centre, what percentage have haemophilia A and what percentage have haemophilia B?  i) Haemophilia A  (16) (17) (18) %  Don't know  ii) Haemophilia B  (20) (21) (22) %  None  Don't know  RESPONDENT MUST HAVE HAEMOPHILIA A PATIENTS (SEE SCREENER)  ENSURE TOTAL EQUALS 100% | (19) V  (23) O V | |
| | EXPLAIN TO THE RESPONDENT THAT THE REST OF THE QUESTIONNAIRE CONCENTRATES EXCLUSIVELY ON HAEMOPHILIA A | | |
| Q3 | Thinking of all the haemophilia A patients treated at this centre, what percentage are adults and what percentage are paediatrics?  i) Adults  (24) (25) (26) %  None  Don't know  ii) Paediatrics  (28) (29) (30) %  None  Don't know  ENSURE TOTAL EQUALS 100% | (27) O V  (31) O V | |

GH001391

| No | Question / Answer | Code | Skip to |
|----|-------------------|------|---------|
| Q4 | **NOT TO BE ASKED IN EUROPE**<br><br><br><br><br><br><br><br>COLUMNS (32)-(43) BLANK | | |
| Q5 | Thinking of all the haemophilia A patients treated at this centre, what percentage currently use recombinant Factor VIII products and what percentage use human plasma derived Factor VIII products?<br><br>**i) Recombinant**<br><br>    (44)   (45)   (46)<br>    ☐ ☐ ☐ %<br><br>               Don't know<br><br>**ii) Human plasma**<br><br>    (48)   (49)   (50)<br>    ☐ ☐ ☐ %<br><br>               None<br>               Don't know<br>**RESPONDENT MUST HAVE PATIENTS ON RECOMBINANT PRODUCTS (SEE SCREENER)**<br>**ENSURE TOTAL EQUALS 100%** | (47)<br>V<br><br><br><br>(51)<br>O<br>V | |
| Q6 | **NOT TO BE ASKED IN EUROPE**<br><br><br><br>COLUMNS (52)-(55) BLANK | | |
| Q7 | Typically on how many occasions per week do you reconstitute/administer recombinant Factor VIII products?<br><br>    (56)   (57)   (58)<br>    ☐ ☐ ☐ occasions per week<br>               Don't know<br>**RESPONDENT MUST BE INVOLVED IN THE RECONSTITUTION/ADMINISTRATION OF RECOMBINANT PRODUCTS (SEE SCREENER)** | (59)<br>V | |

Page 3 of 10

GH001392

| No | Question / Answer | | Code | Skip |
|---|---|---|---|---|
| | | | (1)–2 | 3 — |
| | | | 1 | REPE. |
| Q8a | Which specific brands of Factor VIII products are currently used in patients at this centre (both recombinant and human plasma derived products)? | | | |
| Q8b | **NOT TO BE ASKED IN EUROPE** | | | |

|  | Q8a Usage | | |
|---|---|---|---|
| Recombinant | (12) | | |
| Bioclate | 1 | | |
| Helixate | 2 | | |
| Kogenate | 3 | | |
| Recombinate | 4 | | |
| Refacto | 5 | | |
| **Human plasma** | (13) | | |
| Alphanate | 1 | | |
| Benate | 2 | | |
| Contact F | 3 | | |
| Crosseight M | 4 | | |
| Emoclot | 5 | | |
| Fhandi | 6 | | |
| Haemate-P/Humate P | 7 | | |
| Haemoctin | 8 | | |
| Hemofil M | 9 | | |
| Immunate | 0 | | |
| Innobrand | X | | |
| Koate DVI | V | | |
|  | (14) | | |
| Kryobulin | 1 | | |
| Monarc M | 2 | | |
| Monoclate-P | 3 | | |
| Nordiate | 4 | | |
| Octenate | 5 | | |
| Octnativ M | 6 | | |
| Profilate | 7 | | |
| Replenate | 8 | | |
| Uman | 9 | | |
|  | (15) | | |
| Other (specify) | X | | |

COLUMNS (16)-(76) BLANK

GH001393

| No | Question / Answer | (1)–(2) 12 Code | (3)–(11) REPEAT Skip to |
|----|-------------------|-----------------|-------------------------|
| Q9 | What factors influence the choice of Factor VIII treatment for haemophilia A patients? | | |
| | **PROBE FULLY** | | |
| | Recombinant vs human plasma-derived | (12) 1 | |
| | Well-established/standard product | 2 | |
| | Albumin/protein content | 3 | |
| | Efficacy/response rates | 4 | |
| | Duration of effect/half life | 5 | |
| | Speed of response/effect | 6 | |
| | Safety (unspecified) | 7 | |
| | Lack of adverse reactions | 8 | |
| | **Lack of albumin reaction** | 9 | |
| | Lack of (viral) contamination | 0 | |
| | Lack of immunity/resistance/lack of inhibitor development | X | |
| | Range of potencies/vial sizes | V | |
| | Diluent/infusion volume | (13) 1 | |
| | Storage (refrigeration vs room temperature) | 2 | |
| | Shelf-life | 3 | |
| | Supply/availability | 4 | |
| | Delivery to patient's home | 5 | |
| | Manufacturer (e g reputation/involvement in haemophilia) | 6 | |
| | (Good) relationship with the manufacturer | 7 | |
| | Ease of reconstitution | 8 | |
| | Speed of reconstitution | 9 | |
| | Ease of administration | 0 | |
| | Cost | X | |
| | | (14) | |
| | | (15) | |
| | | (16) | |
| | Other (please specify) | (17) X | |
| | ------------------------------------------------- -------------------- ------- -------- | | |
| | ------------------------------------------------- -------------------- ------- -------- | | |
| | Don't know | V | |

GH001394

| No | Question / Answer | | | | | | | | | | | Code | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q10 | How important are the following factors in the choice of Factor VIII treatment for haemophilia A patients?  Please use a 10 point rating scale where 1 equals "not at all important" and 10 equals "extremely important" | | | | | | | | | | | | |
| | | Not at all important | | | | | | | | Extremely important | | | |
| | Recombinant vs human plasma-derived | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 18 |
| | Well-established/standard product | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 19 |
| | Albumin/protein content | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 20 |
| | Efficacy/response rates | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 2 |
| | Duration of effect/half-life | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 22 |
| | Speed of response/effect | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 23 |
| | Safety (unspecified) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 24 |
| | Lack of adverse reactions | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 25 |
| | Lack of albumin reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | C | V | 26 |
| | Lack of (viral) contamination | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 27 |
| | Lack of immunity/resistance/ inhibitor development | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 23 |
| | Range of potencies/vial sizes | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 29 |
| | Diluent/infusion volume | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 3C |
| | Storage (refrigeration vs room temperature) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | C |
| | Shelf-life | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 32 |
| | Supply/availability | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | C | V | 33 |
| | Delivery to patient's home | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 34 |
| | Manufacturer (i e  reputation/ involvement in haemophilia) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | C | V | 35 |
| | Good relationship with manufacturer | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 36 |
| | Ease of reconstitution | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 37 |
| | Speed of reconstitution | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 38 |
| | Ease of administration | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 39 |
| | Cost | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 40 |

| No | Question / Answer | Code | Score |
|---|---|---|---|
| Q11 | How satisfied are you with the currently available recombinant Factor VIII products?  Would you say you were  . | | |
| | SHOW CARD 1 | (41 | |
| | Very dissatisfied | 1 | |
| | Fairly dissatisfied | 2 | |
| | Neither satisfied nor dissatisfied | 3 | |
| | Fairly satisfied | 4 | |
| | Very satisfied | 5 | |
| | Don't know | V | |

GH001395

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q12 | What improvements would you like to see made to recombinant Factor VIII products? | | |
| | **PROBE FULLY** | (42) | |
| | Reduced use of albumin/protein | 1 | |
| | Improved efficacy/response | 2 | |
| | Longer lasting effect/longer half-life | 3 | |
| | Improved speed of response/effect | 4 | |
| | Improved safety (unspecified) | 5 | |
| | Fewer adverse reactions | 6 | |
| | Reduced/no album n reaction | 7 | |
| | Reduced/no (viral) contamination | 8 | |
| | Reduced immunity/resistance/inhibitor development | 9 | |
| | Higher potencies/large vial sizes | 0 | |
| | | (43) | |
| | Reduced volume of diluent/infusion | 1 | |
| | Indication for continuous infusion | 2 | |
| | Improved storage (refrigeration not required) | 3 | |
| | Longer shelf-life | 4 | |
| | Improved supply/availability | 5 | |
| | Clearer storage instructions | 6 | |
| | Improved packaging/less wastage of ancillary products | 7 | |
| | Improved/easier reconstitution | 8 | |
| | Faster reconstitution | 9 | |
| | Improved/easier administration | 0 | |
| | Reduced cost | X | |
| | | (44) | |
| | | (45) | |
| | | (46) | |
| | | (47) | |
| | Other (please specify) | X | |
| | --------------------------------------------------------- -- ---- ----- | | |
| | -------------------------------- --------------------------- ------- ------ | | |
| | Don't know | V | |

GH001396

| No | Question / Answer | Code | Skip |
|----|-------------------|------|------|

**HAND NURSE SHOW CARD A**

THIS CARD LISTS SEVERAL FEATURES ON WHICH POTENTIAL NEW RECOMBINANT PRODUCTS FOR HAEMOPHILIA A MIGHT DIFFER   PLEASE TAKE A FEW MINUTES TO READ OVER THE FEATURES AND THEIR VARIOUS LEVELS, AS THIS INFORMATION WILL MAKE THE FOLLOWING EXERCISE RUN MORE SMOOTHLY

**ALLOW TIME TO READ ALL INFORMATION ON THE CARD**

I HAVE HERE 32 CARDS, EACH DESCRIBING A POTENTIAL RECOMBINANT FACTOR VIII PRODUCT WITH A UNIQUE COMBINATION OF FEATURES   NO TWO CARDS ARE EXACTLY THE SAME   FOR THE PURPOSE OF THIS EXERCISE, PLEASE IMAGINE THAT THESE 32 POTENTIAL PRODUCTS ARE THE ONLY ONES AVAILABLE FOR THE TREATMENT OF HAEMOPHILIA A

**HAND NURSE SHUFFLED CARDS**

CONSIDERING YOUR PATIENTS WITH HAEMOPHILIA A, PLEASE SORT THESE 32 POTENTIAL PRODUCTS INTO 3 PILES ACCORDING TO YOUR INTEREST IN USING THEM   ONE PILE SHOULD CONTAIN THOSE PRODUCTS THAT YOU WOULD BE MOST INTERESTED IN USING, ONE THOSE PRODUCTS THAT YOU MIGHT CONSIDER USING AND ONE THOSE PRODUCTS THAT YOU WOULD BE LEAST INTERESTED IN USING   YOU CAN HAVE ANY NUMBER OF CARDS IN EACH OF THE 3 PILES

ASSUME THESE PRODUCTS ARE EQUAL ON ANY FEATURES THAT ARE NOT INCLUDED ON THE CARDS

THIS IS A VERY IMPORTANT PART OF THE STUDY   PLEASE TAKE YOUR TIME AS WE REALISE THIS TASK REQUIRES CAREFUL CONSIDERATION

**WAIT UNTIL THE NURSE HAS SORTED ALL THE CARDS INTO THREE PILES THEN CONTINUE**

I WOULD NOW LIKE YOU TO RANK THESE 32 CARDS FROM TOP TO BOTTOM STARTING WITH THE PRODUCT YOU ARE MOST INTERESTED IN USING FOR HAEMOPHILIA ON THE TOP, THROUGH TO THE PRODUCT YOU ARE LEAST INTERESTED IN USING ON THE BOTTOM

PLEASE BEGIN BY RANKING THESE PRODUCTS IN THE "MOST INTERESTED" PILE.

**AFTER "MOST INTERESTED" PILE IS RANKED, ASK THE NURSE TO CONTINUE WITH THE PILE OF PRODUCTS HE/SHE "MIGHT USE" AND THEN FINALLY RANK THE "LEAST INTERESTED" PILE.**

**ONCE THE NURSE HAS FINISHED SAY**

PLEASE READ OUT THE NUMBERS OF THE CARDS IN THE ORDER YOU HAVE ARRANGED THEM   THE FIRST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE MOST INTERESTED IN USING AND THE LAST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE LEAST INTERESTED IN USING

**RECORD RESPONSES ON NEXT PAGE**

GH001397

| (1)–(2) | (3)–(11) |
|---------|----------|
| 13 | REPEAT |

**WRITE IN EACH NUMBER IN THE APPROPRIATE COLUMN BELOW**

| RANK | PRODUCT CARD NUMBER | | RANK | PRODUCT CARD NUMBER | |
|------|------|------|------|------|------|
| | (12) | (13) | | (44) | (45) |
| 1 (MOST LIKELY) | | | 17 | | |
| | (14) | (15) | | (46) | (47) |
| 2 | | | 18 | | |
| | (16) | (17) | | (48) | (49) |
| 3 | | | 19 | | |
| | (18) | (19) | | (50) | (51) |
| 4 | | | 20 | | |
| | (20) | (21) | | (52) | (53) |
| 5 | | | 21 | | |
| | (22) | (23) | | (54) | (55) |
| 6 | | | 22 | | |
| | (24) | (25) | | (56) | (57) |
| 7 | | | 23 | | |
| | (26) | (27) | | (58) | (59) |
| 8 | | | 24 | | |
| | (28) | (29) | | (60) | (61) |
| 9 | | | 25 | | |
| | (30) | (31) | | (62) | (63) |
| 10 | | | 26 | | |
| | (32) | (33) | | (64) | (65) |
| 11 | | | 27 | | |
| | (34) | (35) | | (66) | (67) |
| 12 | | | 28 | | |
| | (36) | (37) | | (68) | (69) |
| 13 | | | 29 | | |
| | (38) | (39) | | (70) | (71) |
| 14 | | | 30 | | |
| | (40) | (41) | | (72) | (73) |
| 15 | | | 31 | | |
| | (42) | (43) | | (74) | (75) |
| 16 | | | 32 (LEAST LIKELY) | | |

GH001398

| No. | Question / Answer | Code | Skip |
|---|---|---|---|
| Q13 | Considering the potential product that you ranked as the one you would be most interested in using, what are your reasons for ranking it first?<br><br>**PROBE FULLY** | (76) | |
| | | (77) | |
| | | (78) | |
| Q14 | Considering the potential product that you ranked as the one you would be most likely to use, how interested would you be in using it in the haemophilia A patients treated at this centre?  Would you say you were<br><br>**SHOW CARD 2** | (79) | |
| | Not at all interested | 1 | |
| | Not very interested | 2 | |
| | Neither interested nor disinterested | 3 | |
| | Fairly interested | 4 | |
| | Very interested | 5 | |
| | Don't know | V | |

**THANK AND CLOSE**

GH001399

Version 3 (Final)
23rd November 1999

| 09 | 0398 | 8 | | 2 |
|----|------|---|---|---|
| CC | V No | USA | Serial | Nur |

**J. RECKNER ASSOCIATES – 99-1531**

# RECOMBINANT FACTOR VIII POSITIONING STUDY
## NURSE QUESTIONNAIRE – USA

| NAME | | (PRINT) |
|------|---|---------|
| CENTRE NAME | ---- -------- -------------------------------- -- - - -- - - - ----------- - --- | (PRINT) |
| ADDRESS | ------------------------------------------------- ---------- --------- - --- | (PRINT) |
| | ---------------------------------------------------- --- -- ---- ---- - ------ --- - | |
| | ------ -- ---------- - ---------------------------- -------------- --- - --- -- | |
| POST CODE | ---- --------------------------- --------- --------- -- - --- - -- -- - -  - - - | (PRINT) |
| TEL NO | ---- -- ------------------------------------------ -- ----- ---- - ---- - ----- | |

**YEAR OF QUALIFICATION**

|   |   | (12) | (13) |
|---|---|------|------|
| 1 | 9 |      |      |

**TYPE OF HOSPITAL**                              (15)

| Private for profit | 1 |
|--------------------|---|
| Private not for profit | 2 |

(16)

| Teaching | 1 |
|----------|---|
| Non teaching | 2 |

**REGIONS** (14)

| CT,ME,MA,NH,VT,RI | 1 |
|-------------------|---|
| NJ,NY,PA | 2 |
| IL,IN,MI,OH,WI | 3 |
| IA,KS,MN,MO,NE,ND,SD | 4 |
| DE,DC,FL,GA,MD,NC,SC,VA,WV | 5 |
| AL,KY,MS,TN | 6 |
| AR,LA,OK,TX | 7 |
| AZ,CO,ID,MT,NV,NM,UT,WY | 8 |
| CA,OR,WA | 9 |

**HOSPITAL BED SIZE**

| (17) | (18) | (19) | (20) |
|------|------|------|------|
|      |      |      |      |

(21)

Don't know                     V

**COLUMNS (22)-(64) BLANK**

| TIME STARTED | _____ | DATE OF INTERVIEW | (65) (66) | (67) (68) | (69) (70) 9  9 | (71) (72) | (73) (74) |
|--------------|-----------|-------------------|-----------|-----------|-----------------|-----------|-----------|

OUO

| TIME FINISHED | _____ | INTERVIEWED BY | (75) (76) | (77) (78) | (79) |
|---------------|-----------|----------------|-----------|-----------|------|

| OUO (80) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | O | X | V |

RESPONDENT SIGNATURE FOR FEE                    INTERVIEWER SIGNATURE

_____        _____
(signature)                                            (signature)
**THIS INTERVIEW HAS BEEN CONDUCTED WITHIN THE TERMS OUTLINED BY THE MRS CODE OF CONDUCT**

Page 1 of 11

GH001400

| | | (1)-(2) | 3—  |
|---|---|---|---|
| | | 10 | PEPS. |

| No | Question / Answer | Code | S c |
|---|---|---|---|
| Q1 | Approximately how many haemophilia patients in total are treated at this centre?<br><br>(12)  (13)  (14)<br>[ ][ ][ ]<br><br>Don't know | .'5<br><br>V | |
| Q2 | Of all haemophilia patients treated at this centre, what percentage have haemophilia A and what percentage have haemophilia B?<br><br>i)  Haemophilia A<br><br>(16)  (17)  (18)<br>[ ][ ][ ] %<br><br>Don't know<br><br>ii)  Haemophilia B<br><br>(20)  (21)  (22)<br>[ ][ ][ ] %<br><br>None<br>Don't know<br><br>**RESPONDENT MUST HAVE HAEMOPHILIA A PATIENTS (SEE SCREENER)**<br>**ENSURE TOTAL EQUALS 100%** | ( 9)<br><br>V<br><br>(23)<br>O<br>' | |
| | **EXPLAIN TO THE RESPONDENT THAT THE REST OF THE QUESTIONNAIRE CONCENTRATES EXCLUSIVELY ON HAEMOPHILIA A** | | |
| Q3 | Thinking of all the haemophilia A patients treated at this centre, what percentage are adults and what percentage are paediatrics?<br><br>i)  Adults<br><br>(24)  (35)  (26)<br>[ ][ ][ ] %<br><br>None<br>Don't know<br><br>ii)  Paediatrics<br><br>(28)  (29)  (30)<br>[ ][ ][ ] %<br><br>None<br>Don't know<br><br>**ENSURE TOTAL EQUALS 100%** | '2'<br>O<br>V<br><br>(3')<br>O<br>' | |

GH001401

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q4 | Thinking of all the haemophilia A patients treated at this centre, what percentage are mild, what percentage are moderate and what percentage are severe?<br><br>i) Mild<br>(32) (33) (34) %<br>None<br>Don't know<br><br>ii) Moderate<br>(36) (37) (38) %<br>None<br>Don't know<br><br>iii) Severe<br>(40) (41) (42) %<br>None<br>Don't know<br><br>**ENSURE TOTAL EQUALS 100%** | (35)<br>O<br>V<br><br>(39)<br>O<br>V<br><br>(43)<br>O<br>V | |
| Q5 | Thinking of all the haemophilia A patients treated at this centre, what percentage currently use recombinant Factor VIII products and what percentage use human plasma derived Factor VIII products?<br><br>i) Recombinant<br>(44) (45) (46) %<br>Don't know<br><br>ii) Human plasma<br>(48) (49) (50) %<br>None<br>Don't know<br><br>**RESPONDENT MUST HAVE PATIENTS ON RECOMBINANT PRODUCTS (SEE SCREENER)**<br>**ENSURE TOTAL EQUALS 100%** | (47)<br>V<br><br>(51)<br>O<br>V | |
| Q6 | Approximately how many haemophilia A patients do you see in a typical week?<br><br>(52) (53) (54)<br>Don't know | (55)<br>V | |
| Q7 | Typically on how many occasions per week do you reconstitute/administer recombinant Factor VIII products?<br><br>(56) (57) (58) occasions per week<br>Don't know<br><br>**RESPONDENT MUST BE INVOLVED IN THE RECONSTITUTION/ ADMINISTRATION OF RECOMBINANT PRODUCTS (SEE SCREENER)** | (59)<br>V | |

GH001402

| No | Question / Answer | Code | Sec c |
|----|-------------------|------|-------|
| Q8a | Which specific brands of Factor VIII products are currently used in patients at this centre (both recombinant and human plasma derived products)? | | |
| Q8b | What percentage of the patients currently use (     product from Q8a     )<br>**ASK FOR EACH BRAND NAMED AT Q8a**<br>**ENSURE TOTAL EQUALS 100%** | | |

|  | Q8a Usage | Q8b Percentage of patients | |
|--|-----------|----------------------------|--|
| **Recombinant** | | | |
| Bioclate | (12) 1 | (17) (18) (19) % <br> Don't know | 2C |
| Helixate | 2 | (21) (22) (23) % <br> Don't know | 24, |
| **Kogenate** | 3 | (25) (26) (27) % <br> Don't know | (2C, |
| Recombinate | 4 | (29) (30) (31) % <br> Don't know | 32 |
| Refacto | 5 | (33) (34) (35) % <br> Don't know | 3C |
| **Human plasma** | | | |
| Alphanate | (13) 1 | (37) (38) (39) % <br> Don't know | 4C |
| Humate-P | 7 | (49) (50) (51) % <br> Don't know | 52 |
| Hemofil M | 9 | (53) (54) (55) % <br> Don't know | 5C |
| Koate DVI | V | (57) (58) (59) % <br> Don't know | (6C |
| Monarc M | (14) 2 | (61) (62) (63) % <br> Don't know | 64 |
| Monoclate-P | 3 | (65) (66) (67) % <br> Don't know | (6C |
| Other (specify) | (15) X | (69) (70) (71) % <br> Don't know | (72) |
| | (16) X | (73) (74) (75) % <br> Don't know | i7C |

COLUMNS 41 - 6 BLANK

GH001403

| No | Question / Answer | (1)–(2) 12 Code | (3)–(11) REPEAT Skip to |
|---|---|---|---|
| Q9 | What factors influence the choice of Factor VIII treatment for haemophilia A patients? | | |
| | **PROBE FULLY** | (12) | |
| | Recombinant vs human plasma-derived | 1 | |
| | Well-established/standard product | 2 | |
| | Albumin/protein content | 3 | |
| | Efficacy/response rates | 4 | |
| | Duration of effect/half life | 5 | |
| | Speed of response/effect | 6 | |
| | Safety (unspecified) | 7 | |
| | Lack of adverse reactions | 8 | |
| | Lack of albumin reaction | 9 | |
| | Lack of (viral) contamination | 0 | |
| | Lack of immunity/resistance/lack of inhibitor development | X | |
| | Range of potencies/vial sizes | V | |
| | | (13) | |
| | Diluent/infusion volume | 1 | |
| | Storage (refrigeration vs room temperature) | 2 | |
| | Shelf-life | 3 | |
| | Supply/availability | 4 | |
| | Delivery to patient's home | 5 | |
| | Manufacturer (e g reputation/involvement in haemophilia) | 6 | |
| | (Good) relationship with the manufacturer | 7 | |
| | Ease of reconstitution | 8 | |
| | Speed of reconstitution | 9 | |
| | Ease of administration | 0 | |
| | Cost | X | |
| | | (14) | |
| | | (15) | |
| | | (16) | |
| | | (17) | |
| | Other (please specify) | X | |
| | --------------------------------------------------- - --------- | | |
| | --------------------------------------------------- - --- ---- | | |
| | Don't know | V | |

GH001404

| No | Question / Answer | | | | | | | | | | | Code | Skip to |
|----|----|---|---|---|---|---|---|---|---|---|---|----|----|
| Q10 | How important are the following factors in the choice of Factor VIII treatment for haemophilia A patients?  Please use a 10 point rating scale where 1 equals "not at all important" and 10 equals "extremely important" | | | | | | | | | | | | |
| | | **Not at all important** | | | | | | | | **Extremely important** | | DK | |
| | Recombinant vs human plasma-derived | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 8 |
| | Well-established/standard product | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 9 |
| | Albumin/protein content | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 20 |
| | Efficacy/response rates | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 21 |
| | Duration of effect/half-life | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 22 |
| | Speed of response/effect | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 23 |
| | Safety (unspecified) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 24 |
| | Lack of adverse reactions | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 25 |
| | Lack of albumin reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 26 |
| | Lack of (viral) contamination | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 27 |
| | Lack of immunity/resistance/ inhibitor development | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 28 |
| | Range of potencies/vial sizes | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 29 |
| | Diluent/infusion volume | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 30 |
| | Storage (refrigeration vs room temperature) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 0 |
| | Shelf-life | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 32 |
| | Supply/availability | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 33 |
| | Delivery to patient's home | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 34 |
| | Manufacturer (i e reputation/ involvement in haemophilia) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 35 |
| | Good relationship with manufacturer | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 36 |
| | Ease of reconstitution | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 37 |
| | Speed of reconstitution | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 38 |
| | Ease of administration | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 39 |
| | Cost | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 40 |

| Q11 | How satisfied are you with the currently available recombinant Factor VIII products?  Would you say you were | |
|----|----|----|
| | **SHOW CARD 1** | (41 |
| | Very dissatisfied | 1 |
| | Fairly dissatisfied | 2 |
| | Neither satisfied nor dissatisfied | 3 |
| | Fairly satisfied | 4 |
| | Very satisfied | 5 |
| | Don't know | V |

GH001405

| No | Question / Answer | Code | Skip to |
|----|-------------------|------|---------|
| Q12 | What improvements would you like to see made to recombinant Factor VIII products? | | |
| | **PROBE FULLY** | (42) | |
| | Reduced use of albumin/protein | 1 | |
| | Improved efficacy/response | 2 | |
| | Longer lasting effect/longer half-life | 3 | |
| | Improved speed of response/effect | 4 | |
| | Improved safety (unspecified) | 5 | |
| | Fewer adverse reactions | 6 | |
| | Reduced/no albumin reaction | 7 | |
| | Reduced/no (viral) contamination | 8 | |
| | Reduced immunity/resistance/inhibitor development | 9 | |
| | Higher potencies/large vial sizes | 0 | |
| | | (43) | |
| | Reduced volume of diluent/infusion | 1 | |
| | Indication for continuous infusion | 2 | |
| | Improved storage (refrigeration not required) | 3 | |
| | Longer shelf-life | 4 | |
| | Improved supply/availability | 5 | |
| | Clearer storage instructions | 6 | |
| | Improved packaging/less wastage of ancillary products | 7 | |
| | Improved/easier reconstitution | 8 | |
| | Faster reconstitution | 9 | |
| | Improved/easier administration | 0 | |
| | Reduced cost | X | |
| | | (44) | |
| | | (45) | |
| | | (46) | |
| | | (47) | |
| | Other (please specify) | X | |
| | ----------------------------------------------------------------- ------ - - | | |
| | -------- ------------ ----- ----- ------------------------------ ------ --- | | |
| | Don't know | V | |

GH001406

| No | Question / Answer | Code | Skip |
|---|---|---|---|

**HAND NURSE SHOW CARD A**

THIS CARD LISTS SEVERAL FEATURES ON WHICH POTENTIAL NEW RECOMBINANT PRODUCTS FOR HAEMOPHILIA A MIGHT DIFFER   PLEASE TAKE A FEW MINUTES TO READ OVER THE FEATURES AND THEIR VARIOUS LEVELS, AS THIS INFORMATION WILL MAKE THE FOLLOWING EXERCISE RUN MORE SMOOTHLY

**ALLOW TIME TO READ ALL INFORMATION ON THE CARD**

I HAVE HERE 32 CARDS, EACH DESCRIBING A POTENTIAL RECOMBINANT FACTOR VIII PRODUCT WITH A UNIQUE COMBINATION OF FEATURES   NO TWO CARDS ARE EXACTLY THE SAME   FOR THE PURPOSE OF THIS EXERCISE, PLEASE IMAGINE THAT THESE 32 POTENTIAL PRODUCTS ARE THE ONLY ONES AVAILABLE FOR THE TREATMENT OF HAEMOPHILIA A

**HAND NURSE SHUFFLED CARDS**

CONSIDERING YOUR PATIENTS WITH HAEMOPHILIA A, PLEASE SORT THESE 32 POTENTIAL PRODUCTS INTO 3 PILES ACCORDING TO YOUR INTEREST IN USING THEM   ONE PILE SHOULD CONTAIN THOSE PRODUCTS THAT YOU WOULD BE MOST INTERESTED IN USING, ONE THOSE PRODUCTS THAT YOU MIGHT CONSIDER USING AND ONE THOSE PRODUCTS THAT YOU WOULD BE LEAST INTERESTED IN USING   YOU CAN HAVE ANY NUMBER OF CARDS IN EACH OF THE 3 PILES

ASSUME THESE PRODUCTS ARE EQUAL ON ANY FEATURES THAT ARE NOT INCLUDED ON THE CARDS

THIS IS A VERY IMPORTANT PART OF THE STUDY   PLEASE TAKE YOUR TIME AS WE REALISE THIS TASK REQUIRES CAREFUL CONSIDERATION

**WAIT UNTIL THE NURSE HAS SORTED ALL THE CARDS INTO THREE PILES, THEN CONTINUE**

I WOULD NOW LIKE YOU TO RANK THESE 32 CARDS FROM TOP TO BOTTOM, STARTING WITH THE PRODUCT YOU ARE MOST INTERESTED IN USING FOR HAEMOPHILIA ON THE TOP, THROUGH TO THE PRODUCT YOU ARE LEAST INTERESTED IN USING ON THE BOTTOM

PLEASE BEGIN BY RANKING THESE PRODUCTS IN THE "MOST INTERESTED" PILE

**AFTER "MOST INTERESTED" PILE IS RANKED, ASK THE NURSE TO CONTINUE WITH THE PILE OF PRODUCTS HE/SHE "MIGHT USE" AND THEN FINALLY RANK THE "LEAST INTERESTED" PILE.**

**ONCE THE NURSE HAS FINISHED SAY.**

PLEASE READ OUT THE NUMBERS OF THE CARDS IN THE ORDER YOU HAVE ARRANGED THEM   THE FIRST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE MOST INTERESTED IN USING AND THE LAST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE LEAST INTERESTED IN USING

**RECORD RESPONSES ON NEXT PAGE**

GH001407

| | (1)–(2) | (3)–(11) |
|---|---|---|
| | 13 | REPEAT |

**WRITE IN EACH NUMBER IN THE APPROPRIATE COLUMN BELOW**

| RANK | PRODUCT CARD NUMBER | | RANK | PRODUCT CARD NUMBER | |
|---|---|---|---|---|---|
| | (12) | (13) | | (44) | (45) |
| 1 (MOST LIKELY) | | | 17 | | |
| | (14) | (15) | | (46) | (47) |
| 2 | | | 18 | | |
| | (16) | (17) | | (48) | (49) |
| 3 | | | 19 | | |
| | (18) | (19) | | (50) | (51) |
| 4 | | | 20 | | |
| | (20) | (21) | | (52) | (53) |
| 5 | | | 21 | | |
| | (22) | (23) | | (54) | (55) |
| 6 | | | 22 | | |
| | (24) | (25) | | (56) | (57) |
| 7 | | | 23 | | |
| | (26) | (27) | | (58) | (59) |
| 8 | | | 24 | | |
| | (28) | (29) | | (60) | (61) |
| 9 | | | 25 | | |
| | (30) | (31) | | (62) | (63) |
| 10 | | | 26 | | |
| | (32) | (33) | | (64) | (65) |
| 11 | | | 27 | | |
| | (34) | (35) | | (66) | (67) |
| 12 | | | 28 | | |
| | (36) | (37) | | (68) | (69) |
| 13 | | | 29 | | |
| | (38) | (39) | | (70) | (71) |
| 14 | | | 30 | | |
| | (40) | (41) | | (72) | (73) |
| 15 | | | 31 | | |
| | (42) | (43) | | (74) | (75) |
| 16 | | | 32 (LEAST LIKELY) | | |

GH001408

| No | Question / Answer | Code | Step c |
|----|-------------------|------|--------|
| Q13 | Considering the potential product that you ranked as the one you would be most interested in using, what are your reasons for ranking it first? **PROBE FULLY** | (76 | |
| | | (77 | |
| | | (78 | |
| Q14 | Considering the potential product that you ranked as the one you would be most likely to use, how interested would you be in using it in the haemophilia A patients treated at this centre?  Would you say you were **SHOW CARD 2** | (79 | |
| | Not at all interested | 1 | |
| | Not very interested | 2 | |
| | Neither interested nor disinterested | 3 | |
| | Fairly interested | 4 | |
| | Very interested | 5 | |
| | Don't know | \ | |

GH001409

| No | Question / Answer | (1)–(2) 18 Code | (3)–(11) REPEAT Skip to |
|---|---|---|---|
| Q15 | Considering the potential product that you ranked as the one you would be most likely to use, would you be willing to advocate paying a price premium for that product?<br><br>Yes<br>No<br>Don't know | (12)<br><br>1<br>2<br>V | Q16<br>THANK AND CLOSE |
| Q16 | What percentage price increase over currently available recombinant products would you consider to be acceptable?<br><br>(13)  (14)  (15)<br>[  ] [  ] [  ] , %<br>enter percentage<br>Depends<br>Don't know<br>**GO TO Q17 IF 'DEPENDS', OTHERWISE THANK AND CLOSE** | (16)<br><br><br>X<br>V | Q17<br>THANK AND CLOSE |
| Q17 | On what would the acceptable level of price increase depend?<br>**PROBE FULLY** | (17)<br><br>(18)<br><br>(19) | |

**THANK AND CLOSE**

GH001410

Version 3 (Final)
23rd November 1999

| | 09 | 0398 | | | 2 |
|---|---|---|---|---|---|
| | C C | V No | Country | Serial | Nur |

**INTERNATIONAL HEALTH SURVEYS, LUDGATE HOUSE, 245 BLACKFRIARS ROAD, LONDON SE1 9UL**

### RECOMBINANT FACTOR VIII POSITIONING STUDY
### NURSE QUESTIONNAIRE – JAPAN

NAME ............................................................ (PRINT)

CENTRE NAME ...................................................... (PRINT)

ADDRESS ........................................................... (PRINT)

...................................................................

...................................................................

POST CODE ......................................................... (PRINT)

TEL NO ............................................................

---

**YEAR OF QUALIFICATION**

|  |  | (12) | (13) |
|---|---|---|---|
| 1 | 9 |  |  |

**REGION** (14)

Tokyo          1

Tokai          2

**TYPE OF HOSPITAL** (15)

Public          1

Private          2

(16)

Teaching          1

Non-teaching          2

**HOSPITAL BED SIZE**

| (17) | (18) | (19) | (20) |
|---|---|---|---|
|  |  |  |  |

(21)

Don't know          V

---

**COLUMNS (22)-(64) BLANK**

TIME STARTED _____     DATE OF INTERVIEW

| (65) (66) | (67) (68) | (69) (70) | (71) (72) | (73) (74) |
|---|---|---|---|---|
|  |  | 9  9 |  |  |

OUO

TIME FINISHED _____     INTERVIEWED BY

| (75) (76) | (77) (78) (79) |
|---|---|
|  |  |

OUO (80)   1   2   3   4   5   6   7   8   9   O   X   V

RESPONDENT SIGNATURE FOR FEE.          INTERVIEWER SIGNATURE

(signature)          (signature)

**THIS INTERVIEW HAS BEEN CONDUCTED WITHIN THE TERMS OUTLINED BY THE MRS CODE OF CONDUCT**

Page 1 of 10

GH001411

| No | Question / Answer | Code | Ser C |
|----|-------------------|------|-------|

**(1)—(2)   3 —**
**1C            PEPE-?**

| No | Question / Answer | | |
|----|-------------------|---|---|
| Q1 | Approximately how many haemophilia patients in total are treated at this centre? | | |

(12) (13) (14)

15ı

Don't know                                      √

| Q2 | Of all haemophilia patients treated at this centre, what percentage have haemophilia A and what percentage have haemophilia B? | | |

**i)  Haemophilia A**

(16) (17) (18)    %

'19'

Don't know                                      √

**ii)  Haemophilia B**

(20) (21) (22)    %

23

None                                            C

Don't know                                      √

**RESPONDENT MUST HAVE HAEMOPHILIA A PATIENTS (SEE SCREENER)**
**ENSURE TOTAL EQUALS 100%**

**EXPLAIN TO THE RESPONDENT THAT THE REST OF THE QUESTIONNAIRE CONCENTRATES EXCLUSIVELY ON HAEMOPHILIA A**

| Q3 | Thinking of all the haemophilia A patients treated at this centre, what percentage are adults and what percentage are paediatrics? | | |

**i)  Adults**

(24) (25) (26)    %

(27)

None                                            C

Don't know                                      ヽ

**ii)  Paediatrics**

(28) (29) (30)    %

3ʻ

None                                            C

Don't know                                      V

**ENSURE TOTAL EQUALS 100%**

GH001412

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q4 | Thinking of all the haemophilia A patients treated at this centre, what percentage are mild, what percentage are moderate and what percentage are severe?<br><br>i) Mild<br><br>(32) (33) (34)  %         None<br>        Don't know<br><br>ii) Moderate<br><br>(36) (37) (38)  %         None<br>        Don't know<br><br>iii) Severe<br><br>(40) (41) (42)  %         None<br>        Don't know<br><br>**ENSURE TOTAL EQUALS 100%** | (35)<br>O<br>V<br><br>(39)<br>O<br>V<br><br>(43)<br>O<br>V | |
| Q5 | Thinking of all the haemophilia A patients treated at this centre, what percentage currently use recombinant Factor VIII products and what percentage use human plasma derived Factor VIII products?<br><br>i) Recombinant<br><br>(44) (45) (46)  % <br>        Don't know<br><br>ii) Human plasma<br><br>(48) (49) (50)  %         None<br>        Don't know<br><br>**RESPONDENT MUST HAVE PATIENTS ON RECOMBINANT PRODUCTS (SEE SCREENER)**<br>**ENSURE TOTAL EQUALS 100%** | (47)<br>V<br><br>(51)<br>O<br>V | |
| Q6 | Approximately how many haemophilia A patients do you see in a typical week?<br><br>(52) (53) (54)<br>        Don't know | (55)<br>V | |
| Q7 | Typically on how many occasions per week do you reconstitute/administer <u>recombinant</u> Factor VIII products?<br><br>(56) (57) (58)  occasions <u>per week</u><br>        Don't know<br><br>**RESPONDENT MUST BE INVOLVED IN THE RECONSTITUTION/ ADMINISTRATION OF RECOMBINANT PRODUCTS (SEE SCREENER)** | (59)<br>V | |

GH001413

| No | Question / Answer | Code | Sec c |
|----|-------------------|------|-------|
| Q8a | Which specific brands of Factor VIII products are currently used in patients at th s centre (both recombinant and human plasma derived products)? | | |
| Q8b | What percentage of the patients currently use ( product from Q8a ) | | |
| | **ASK FOR EACH BRAND NAMED AT Q8a** | | |
| | **ENSURE TOTAL EQUALS 100%** | | |

|  | Q8a Usage | Q8b Percentage of patients | | |
|--|-----------|----------------------------|--|--|

**Recombinant** (12)    COLUMNS 17 – 24 BLANK

Kogenate   3     (25) (26) (27) %   /28
Don't know   /

Recombinate   4     (29) (30) (31) %   32
Don't know   v

**Human plasma**    COLUMNS 33 – 40 BLANK

Contact F   (13) 3     (41) (42) (43) %   —4
Don't know   \

Crosseight M   4     (45) (46) (47) %   48
Don't know   v

Haemate P   7     (49) (50) (51) %   52
Don't know   \

Haemofil M   9     (53) (54) (55) %   56
Don't know   V

**COLUMN (14) BLANK**    COLUMNS 57 – 68 BLANK

Other (specify)   (15) X     (69) (70) (71) %   72
Don't know   \

   (16) X     (73) (74) (75) %   /76
Don't know   V

GH001414

| No | Question / Answer | (1)–(2) 12 Code | (3)–(11) REPEAT Skip to |
|---|---|---|---|
| Q9 | **What factors influence the choice of Factor VIII treatment for haemophilia A patients?** | | |
| | **PROBE FULLY** | **(12)** | |
| | Recombinant vs human plasma-derived | 1 | |
| | Well-established/standard product | 2 | |
| | Albumin/protein content | 3 | |
| | Efficacy/response rates | 4 | |
| | Duration of effect/half life | 5 | |
| | Speed of response/effect | 6 | |
| | Safety (u  specified) | 7 | |
| | Lack of adverse reactions | 8 | |
| | Lack of albumin reaction | 9 | |
| | Lack of (viral) contamination | 0 | |
| | Lack of immunity/resistance/lack of inhibitor development | X | |
| | Range of potencies/vial sizes | V | |
| | | **(13)** | |
| | Diluent/infusion volume | 1 | |
| | Storage (refrigeration vs room temperature) | 2 | |
| | Shelf-life | 3 | |
| | Supply/availability | 4 | |
| | **Delivery to patient's home** | 5 | |
| | Manufacturer (e g  reputation/involvement in haemophilia) | 6 | |
| | (Good) relationship with the manufacturer | 7 | |
| | Ease of reconstitution | 8 | |
| | Speed of reconstitution | 9 | |
| | Ease of administration | 0 | |
| | Cost | X | |
| | | **(14)** | |
| | | **(15)** | |
| | | **(16)** | |
| | | **(17)** | |
| | Other (please specify) | X | |
| | ---------------------------------------------------- ------ ---- ----- | | |
| | ---------------------------------------------------- - ----------------- ----------- -- | | |
| | Don't know | V | |

GH001415

| No | Question / Answer | | | | | | | | | | | Code | See |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q10 | How important are the following factors in the choice of Factor VIII treatment for haemophilia A patients?  Please use a 10 point rating scale where 1 equals "not at all important" and 10 equals "extremely important" | | | | | | | | | | | | |
| | | **Not at all important** | | | | | | **Extremely important** | | | | | |
| | Recombinant vs human plasma-derived | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 8 |
| | Well-established/standard product | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 19 |
| | Albumin/protein content | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 20 |
| | Efficacy/response rates | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 2 |
| | Duration of effect/half-life | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 22 |
| | Speed of response/effect | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 20 |
| | Safety (unspecified) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | C | V | 24 |
| | Lack of adverse reactions | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 25 |
| | Lack of albumin reaction | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 26 |
| | Lack of (viral) contamination | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 27 |
| | Lack of immunity/resistance/ inhibitor development | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 28 |
| | Range of potencies/vial sizes | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 29 |
| | Diluent/infusion volume | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 30 |
| | Storage (refrigeration vs room temperature) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 3 |
| | Shelf-life | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 32 |
| | Supply/availability | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | C | V | 33 |
| | Delivery to patient's home | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 34 |
| | Manufacturer (i e  reputation/ involvement in haemophilia) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 35 |
| | Good relationship with manufacturer | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | C | V | 36 |
| | Ease of reconstitution | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 37 |
| | Speed of reconstitution | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | C | V | 38 |
| | Ease of administration | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9. | C | V | 39 |
| | Cost | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | V | 40 |
| Q11 | How satisfied are you with the currently available recombinant Factor VIII products?  Would you say you were | | | | | | | | | | | | |
| | SHOW CARD 1 | | | | | | | | | | | (41) | |
| | | | | | | | | Very dissatisfied | | | | 1 | |
| | | | | | | | | Fairly dissatisfied | | | | 2 | |
| | | | | | Neither satisfied nor dissatisfied | | | | | | | 3 | |
| | | | | | | | | Fairly satisfied | | | | 4 | |
| | | | | | | | | Very satisfied | | | | 5 | |
| | | | | | | | | Don't know | | | | V | |

GH001416

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q12 | What improvements would you like to see made to recombinant Factor VIII products? | | |
| | **PROBE FULLY** | (42) | |
| | Reduced use of albumin/protein | 1 | |
| | Improved efficacy/response | 2 | |
| | Longer lasting effect/longer half-life | 3 | |
| | Improved speed of response/effect | 4 | |
| | Improved safety (unspecified) | 5 | |
| | Fewer adverse reactions | 6 | |
| | Reduced/no albumin reaction | 7 | |
| | Reduced/no (viral) contamination | 8 | |
| | Reduced immunity/resistance/inhibitor development | 9 | |
| | Higher potencies/larger vial sizes | 0 | |
| | | (43) | |
| | Reduced volume of diluent/infusion | 1 | |
| | Indication for continuous infusion | 2 | |
| | Improved storage (refrigeration not required) | 3 | |
| | Longer shelf-life | 4 | |
| | Improved supply/availability | 5 | |
| | Clearer storage instructions | 6 | |
| | Improved packaging/less wastage of ancillary products | 7 | |
| | Improved/easier reconstitution | 8 | |
| | Faster reconstitution | 9 | |
| | Improved/easier administration | 0 | |
| | Reduced cost | X | |
| | | (44) | |
| | | (45) | |
| | | (46) | |
| | | (47) | |
| | Other (please specify) | X | |
| | ----------------------------------------------------- ---------- | | |
| | ----------------------------------------------------- --- ------------ | | |
| | Don't know | V | |

GH001417

| No | Question / Answer | Code | S□□ □ |
|----|-------------------|------|-------|

**HAND NURSE SHOW CARD A**

THIS CARD LISTS SEVERAL FEATURES ON WHICH POTENTIAL NEW RECOMBINANT PRODUCTS FOR HAEMOPHILIA A MIGHT DIFFER. PLEASE TAKE A FEW MINUTES TO READ OVER THE FEATURES AND THEIR VARIOUS LEVELS, AS THIS INFORMATION WILL MAKE THE FOLLOWING EXERCISE RUN MORE SMOOTHLY

**ALLOW TIME TO READ ALL INFORMATION ON THE CARD**

I HAVE HERE 32 CARDS, EACH DESCRIBING A POTENTIAL RECOMBINANT FACTOR VIII PRODUCT WITH A UNIQUE COMBINATION OF FEATURES NO TWO CARDS ARE EXACTLY THE SAME. FOR THE PURPOSE OF THIS EXERCISE, PLEASE IMAGINE THAT THESE 32 POTENTIAL PRODUCTS ARE THE ONLY ONES AVAILABLE FOR THE TREATMENT OF HAEMOPHILIA A.

**HAND NURSE SHUFFLED CARDS**

CONSIDERING YOUR PATIENTS WITH HAEMOPHILIA A, PLEASE SORT THESE 32 POTENTIAL PRODUCTS INTO 3 PILES ACCORDING TO YOUR INTEREST IN USING THEM ONE PILE SHOULD CONTAIN THOSE PRODUCTS THAT YOU WOULD BE MOST INTERESTED IN USING, ONE THOSE PRODUCTS THAT YOU MIGHT CONSIDER USING AND ONE THOSE PRODUCTS THAT YOU WOULD BE LEAST INTERESTED IN USING YOU CAN HAVE ANY NUMBER OF CARDS IN EACH OF THE 3 PILES

ASSUME THESE PRODUCTS ARE EQUAL ON ANY FEATURES THAT ARE NOT INCLUDED ON THE CARDS

THIS IS A VERY IMPORTANT PART OF THE STUDY PLEASE TAKE YOUR TIME AS WE REALISE THIS TASK REQUIRES CAREFUL CONSIDERATION

**WAIT UNTIL THE NURSE HAS SORTED ALL THE CARDS INTO THREE PILES THEN CONTINUE**

I WOULD NOW LIKE YOU TO RANK THESE 32 CARDS FROM TOP TO BOTTOM STARTING WITH THE PRODUCT YOU ARE MOST INTERESTED IN USING FOR HAEMOPHILIA ON THE TOP, THROUGH TO THE PRODUCT YOU ARE LEAST INTERESTED IN USING ON THE BOTTOM

PLEASE BEGIN BY RANKING THESE PRODUCTS IN THE "MOST INTERESTED" PILE

**AFTER "MOST INTERESTED" PILE IS RANKED, ASK THE NURSE TO CONTINUE WITH THE PILE OF PRODUCTS HE/SHE "MIGHT USE" AND THEN FINALLY RANK THE "LEAST INTERESTED" PILE.**

**ONCE THE NURSE HAS FINISHED SAY**

PLEASE READ OUT THE NUMBERS OF THE CARDS IN THE ORDER YOU HAVE ARRANGED THEM THE FIRST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE MOST INTERESTED IN USING AND THE LAST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE LEAST INTERESTED IN USING

**RECORD RESPONSES ON NEXT PAGE**

GH001418

| | (1)—(2) | (3)—(11) |
|---|---|---|
| | 13 | REPEAT |

**WRITE IN EACH NUMBER IN THE APPROPRIATE COLUMN BELOW**

| RANK | PRODUCT CARD NUMBER | | RANK | PRODUCT CARD NUMBER | |
|---|---|---|---|---|---|
| | (12) | (13) | | (44) | (45) |
| 1 (MOST LIKELY) | | | 17 | | |
| | (14) | (15) | | (46) | (47) |
| 2 | | | 18 | | |
| | (16) | (17) | | (48) | (49) |
| 3 | | | 19 | | |
| | (18) | (19) | | (50) | (51) |
| 4 | | | 20 | | |
| | (20) | (21) | | (52) | (53) |
| 5 | | | 21 | | |
| | (22) | (23) | | (54) | (55) |
| 6 | | | 22 | | |
| | (24) | (25) | | (56) | (57) |
| 7 | | | 23 | | |
| | (26) | (27) | | (58) | (59) |
| 8 | | | 24 | | |
| | (28) | (29) | | (60) | (61) |
| 9 | | | 25 | | |
| | (30) | (31) | | (62) | (63) |
| 10 | | | 26 | | |
| | (32) | (33) | | (64) | (65) |
| 11 | | | 27 | | |
| | (34) | (35) | | (66) | (67) |
| 12 | | | 28 | | |
| | (36) | (37) | | (68) | (69) |
| 13 | | | 29 | | |
| | (38) | (39) | | (70) | (71) |
| 14 | | | 30 | | |
| | (40) | (41) | | (72) | (73) |
| 15 | | | 31 | | |
| | (42) | (43) | | (74) | (75) |
| 16 | | | 32 (LEAST LIKELY) | | |

Page 9 of 10

GH001419

| No | Question / Answer | Code | Skip 2 |
|----|-------------------|------|--------|
| Q13 | Considering the potential product that you ranked as the one you would be most interested in using, what are your reasons for ranking it first? **PROBE FULLY** | (76) | |
| | | | |
| | | | |
| | | | |
| | | (78) | |
| | | | |
| Q14 | Considering the potential product that you ranked as the one you would be most likely to use, how interested would you be in using it in the haemophilia A patients treated at this centre?  Would you say you were **SHOW CARD 2** | (79) | |
| | Not at all interested | 1 | |
| | Not very interested | 2 | |
| | Neither interested nor disinterested | 3 | |
| | Fairly interested | 4 | |
| | Very interested | 5 | |
| | Don't know | 1 | |

**THANK AND CLOSE**

Page 13 of 13

GH001420

J500398
Version 3 (Final)
23/11/1999

## CARD A

## Nurses

*Human or animal derived protein*
- ➤ used in manufacturing (culturing) and in the final formulation (for stabilising)
- ➤ used in manufacturing (culturing), but not in the final formulation (for stabilising)
- ➤ not used at all

*Continuous infusion*
- ➤ an approved indication
- ➤ product has capability, but not approved (label indication)
- ➤ not possible (to be used for continuous infusion)

*Diluent volume per vial*
- ➤ 2 5ml
- ➤ 5ml
- ➤ 10ml

*Higher number of activity units per vial*
- ➤ 1,000 i u per vial
- ➤ 1,250 i.u per vial
- ➤ 1,500 i u per vial
- ➤ 2,000 i u per vial

*Assay issue*
- ➤ requires one-stage assay
- ➤ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
- ➤ Cannot be stored at room temperature (requires refrigeration)
- ➤ 3 months
- ➤ 6 months
- ➤ 1 year
- ➤ 2+ years

*Reconstitution*
- ➤ current standard (two vials) with transfer needles
- ➤ current standard, with needleless reconstitution/mixing
- ➤ single step procedure (i e pre-filled, ready-to-use syringe)

GH001421

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 1

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
> product has capability, but not approved (label indication)

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,500 i u per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> 1 year

*Reconstitution*
> single step procedure (i e  pre-filled, ready-to-use syringe)

GH001422

J500398
Version 3 (Final)
23/11/1999

## <u>NURSE - CARD 2</u>

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stab  s  g

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 1,250 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 2+ years

*Reconstitution*
> current standard, with needleless reconstitution/mixing

GH001423

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 3

*Human or animal derived protein*
  ➢ not used at all

*Continuous infusion*
  ➢ an approved indication

*Diluent volume per vial*
  ➢ 10ml

*Higher number of activity units per vial*
  ➢ 2,000 i u per vial

*Assay issue*
  ➢ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
  ➢ Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
  ➢ current standard (two vials) with transfer needles

GH001424

J500398
Version 3 (Final)
23/11/1999

## <u>NURSE - CARD 4</u>

*Human or animal derived protein*
  ➤ **not used at all**

*Continuous infusion*
  ➤ **not possible (to be used for continuous infusion)**

*Diluent volume per vial*
  ➤ **5ml**

*Higher number of activity units per vial*
  ➤ **1,000 i u  per vial**

*Assay issue*
  ➤ **requires one-stage assay**

*Room temperature storage*
  ➤ **6 months**

*Reconstitution*
  ➤ **current standard, with needleless reconstitution/mixing**

GH001425

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 5

*Human or animal derived protein*
  ➤ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
  ➤ product has capability, but not approved (label indication)

*Diluent volume per vial*
  ➤ 10ml

*Higher number of activity units per vial*
  ➤ 2,000 i u  per vial

*Assay issue*
  ➤ requires one-stage assay

*Room temperature storage*
  ➤ 2+ years

*Reconstitution*
  ➤ current standard with needleless reconstitution/mixing

GH001426

J500398
Version 3 (Final)
23/11/1999

## <u>NURSE - CARD 6</u>

*Human or animal derived protein*
&gt; used in manufacturing (culturing), but not in the final formulation nor stab s ng

*Continuous infusion*
&gt; not possible (to be used for continuous infusion)

*Diluent volume per vial*
&gt; 5ml

*Higher number of activity units per vial*
&gt; 1,000 i u  per vial

*Assay issue*
&gt; required chromogenic assay (not available in every hospital)

*Room temperature storage*
&gt; 1 year

*Reconstitution*
&gt; current standard (two vials) with transfer needles

GH001427

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 7

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> an approved indication

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,500 i u per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 6 months

*Reconstitution*
> current standard, with needleless reconstitution/mixing

GH001428

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 8

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 1,250 ı u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
> single step procedure (ı e  pre-filled, ready-to-use syringe)

J500398
Version 3 (Final)
23/11/1999

## <u>NURSE - CARD 9</u>

*Human or animal derived protein*
➢ used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
➢ product has capability, but not approved (label indication)

*Diluent volume per vial*
➢ 2 5ml

*Higher number of activity units per vial*
➢ 1,250 ı u  per vial

*Assay issue*
➢ requires one-stage assay

*Room temperature storage*
➢ 6 months

*Reconstitution*
➢ current standard (two vials) with transfer needles

GH001430

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 10

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 1,500 i.u. per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
> current standard, with needleless reconstitution/mixing

GH001431

J500398
Version 3 (Final)
23/11/1999

### NURSE - CARD 11

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> an approved indication

*Diluent volume per vial*
> 2.5ml

*Higher number of activity units per vial*
> 1,000 i u per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 2+ years

*Reconstitution*
> single step procedure (i e pre-filled, ready-to-use syringe)

GH001432

J500398
Version 3 (Final)
23/11/1999

## <u>NURSE - CARD 12</u>

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 2,000 i.u. per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> 1 year

*Reconstitution*
> current standard, with needleless reconstitution/mixing

GH001433

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 13

*Human or animal derived protein*
➢ used in manufacturing (culturing), but not in the f nal formulation (for stabilising)

*Continuous infusion*
➢ product has capability, but not approved (label indication)

*Diluent volume per vial*
➢ 2.5ml

*Higher number of activity units per vial*
➢ 1,000 i u  per vial

*Assay issue*
➢ requires one-stage assay

*Room temperature storage*
➢ Cannot be stored at room temperature (requires re rigeration)

*Reconstitution*
➢ current standard, with needleless reconstitution/mix ng

GH001434

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 14

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stabilising

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 2,000 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 6 months

*Reconstitution*
> single step procedure (i e  pre-filled, ready-to-use syringe)

GH001435

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 15

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> an approved indication

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 1,250 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 1 year

*Reconstitution*
> current standard, with needleless reconstitution/mixing

GH001436

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 16

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 1,500 i u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> 2+ years

*Reconstitution*
> current standard (two vials) with transfer needles

GH001437

J500398
Version 3 (Final)
23/11/1999

## <u>NURSE - CARD 17</u>

*Human or animal derived protein*
> ➢ not used at all

*Continuous infusion*
> ➢ not possible (to be used for continuous infusion)

*Diluent volume per vial*
> ➢ 2 5ml

*Higher number of activity units per vial*
> ➢ 1,500 i u  per vial

*Assay issue*
> ➢ requires one-stage assay

*Room temperature storage*
> ➢ 3 months

*Reconstitution*
> ➢ current standard, with needleless reconstitution/mix ng

GH001438

J500398
Version 3 (Final)
23/11/1999

### NURSE - CARD 18

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> product has capability, but not approved (label indication)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 1,250 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 2+ years

*Reconstitution*
> current standard (two vials) with transfer needles

GH001439

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 20

*Human or animal derived protein*
   ➤ used in manufacturing (culturing) and in the final formulation (for stabilising,

*Continuous infusion*
   ➤ an approved indication

*Diluent volume per vial*
   ➤ 5ml

*Higher number of activity units per vial*
   ➤ 1,000 i u  per vial

*Assay issue*
   ➤ requires one-stage assay

*Room temperature storage*
   ➤ 6 months

*Reconstitution*
   ➤ single step procedure (i e  pre-filled, ready-to-use syringe)

GH001440

J500398
Version 3 (Final)
23/11/1999

# NURSE - CARD 21

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 2,000 i u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> 2+ years

*Reconstitution*
> single step procedure (i e  pre-filled, ready-to-use s ringe)

GH001441

J500398
Version 3 (Final)
23/11/1999

## **NURSE - CARD 22**

*Human or animal derived protein*
  ➢ not used at all

## *Continuous infusion*
  ➢ product has capability, but not approved (label indication)

*Diluent volume per vial*
  ➢ 5ml

*Higher number of activity units per vial*
  ➢ 1,000 i u  per vial

*Assay issue*
  ➢ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
  ➢ 3 months

*Reconstitution*
  ➢ current standard, with needleless reconstitution/mixing

GH001442

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 23

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 1,500 i u  per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 6 months

*Reconstitution*
> current standard (two vials) with transfer needles

GH001443

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 24

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stability)

*Continuous infusion*
> an approved indication

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 1,250 i u per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
> current standard, with needleless reconstitution/mixing

GH001444

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 25

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,250 i u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> 6 months

*Reconstitution*
> current standard, with needleless reconstitution/mix ng

GH001445

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 26

*Human or animal derived protein*
  ➢ not used at all

*Continuous infusion*
  ➢ product has capability, but not approved (label indication)

*Diluent volume per vial*
  ➢ 5ml

*Higher number of activity units per vial*
  ➢ 1,500 i u  per vial

*Assay issue*
  ➢ requires chromogenic assay (not available in every hospital)

*Room temperature storage*
  ➢ Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
  ➢ single step procedure (i e  pre-filled, ready-to-use syringe)

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 27

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,000 i u per vial

*Assay issue*
> requires chromogenic assay (not available in every hospital)

*Room temperature storage*
> 2+ years

*Reconstitution*
> current standard, with needleless reconstitution/mixing

GH001447

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 28

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stabilising)

*Continuous infusion*
> an approved indication

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 2,000 i u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> 3 months

*Reconstitution*
> current standard (two vials) with transfer needles

GH001448

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 29

*Human or animal derived protein*
> not used at all

*Continuous infusion*
> not possible (to be used for continuous infusion)

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,000 ı u  per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
> current standard (two vials) with transfer needles

GH001449

J500398
Version 3 (Final)
23/11/1999

## NURSE - CARD 30

*Human or animal derived protein*
> **not used at all**

*Continuous infusion*
> **product has capability, but not approved (label indication)**

*Diluent volume per vial*
> **5ml**

*Higher number of activity units per vial*
> **2,000 i u  per vial**

*Assay issue*
> **requires chromogenic assay (not available in every hospital)**

*Room temperature storage*
> **6 months**

*Reconstitution*
> **current standard, with needleless reconstitution/mixing**

GH001450

J500398
Version 3 (Final)
23/11/1999

## NURSE – CARD 31

*Human or animal derived protein*
>   used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Continuous infusion*
>   not possible (to be used for continuous infusion)

*Diluent volume per vial*
>   10ml

*Higher number of activity units per vial*
>   1,250 i u per vial

*Assay issue*
>   requires chromogenic assay (not available in every hospital)

*Room temperature storage*
>   3 months

*Reconstitution*
>   single step procedure (i e pre-filled, ready-to-use syringe)

GH001451

J500398
Version 3 (Final)
23/11/1999

## <u>NURSE - CARD 32</u>

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stab s ng

*Continuous infusion*
> an approved indication

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 1,500 i u per vial

*Assay issue*
> requires one-stage assay

*Room temperature storage*
> 2+ years

*Reconstitution*
> current standard, with needleless recons titution/mixing

GH001452

# Appendix I

## (c) Patients

GH001453

J500398
Version 2 (Final)

| | 14 | 0398 | | | 3 |
|---|---|---|---|---|---|
| | CC | V No | Country | Serial | Pt. |

## INTERNATIONAL HEALTH SURVEYS, LUDGATE HOUSE, 245 BLACKFRIARS ROAD, LONDON SE1 9UL

### RECOMBINANT FVIII POSITIONING STUDY
### PATIENT SCREENING QUESTIONNAIRE

Patient name       _____

Address            _____

(please print)     _____

                   _____

                   _____

Telephone No       _____

### INTRODUCTION

GOOD MORNING/AFTERNOON   MY NAME IS                    FROM INTERNATIONAL HEALTH
SURVEYS, AN INDEPENDENT MARKET RESEARCH AGENCY BASED IN LONDON, WHICH SPECIALISE IN
CONDUCTING SURVEYS AMONG MEMBERS OF THE MEDICAL PROFESSION AND PATIENTS

WE ARE CURRENTLY CONDUCTING AN INTERNATIONAL STUDY WITH DOCTORS, NURSES AND PATIENTS
ON THE SUBJECT OF HAEMOPHILIA A

YOUR NAME HAS BEEN GIVEN TO US BY

THE INTERVIEW WILL LAST UP TO 45 MINUTES   THE INFORMATION YOU PROVIDE WILL BE COMBINED
WITH THAT OF OTHER PATIENTS   YOUR IDENTIFY WILL NOT BE REVEALED TO ANY THIRD PARTY
STRICT CONFIDENTIALITY IS ASSURED

WOULD YOU BE WILLING TO TAKE PART IN OUR SURVEY?

COULD I FIRST ASK YOU A FEW QUESTIONS TO ASSESS YOUR ELIGIBILITY FOR THIS SURVEY

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q1 | Could I begin by confirming whether you personally suffer from haemophilia A or whether you have a child who suffers from the condition? | (12) | |
| | Respondent personally | 1 | |
| | Child | 2 | |
| | **PROCEED ACCORDING TO QUOTAS** | | |
| Q2 | Do you/does your child currently use a <u>recombinant</u> Factor VIII product to treat the haemophilia A (e g Helixate, Kogenate, Recombinate or Refacto)? | (13) | |
| | *ADAPT PRODUCTS ACCORDING TO COUNTRY* | | |
| | Yes | 1 | **RECRUIT** |
| | No | 2 | **THANK &** |
| | Don't know | V | **CLOSE** |

Page 1

GH001454

23ʳᵈ November 1999

**INTERNATIONAL HEALTH SURVEYS, LUDGATE HOUSE, 245 BLACKFRIARS ROAD, LONDON SE1 9UL**

### RECOMBINANT FACTOR VIII POSITIONING STUDY
### PATIENT QUESTIONNAIRE

| | | |
|---|---|---|
| NAME | | (PRINT) |
| ADDRESS | | (PRINT) |
| POST CODE | | (PRINT) |
| TEL NO | | (PRINT) |

---

**RESPONDENT TYPE**                                    **REGION (UK VERSION)**

|  | (12) | | (17) |
|---|---|---|---|
| Haemophilia sufferer | 1 | Scotland | 1 |
| Parent of child with haemophilia | 2 | Tyne Tees | 2 |
| | | Granada | 3 |
| **AGE (OF CHILD, if appropriate)** | | Yorkshire | 4 |
| (13)   (14) | | Central | 5 |
| [____] years (15) | | Harlech | 6 |
| Refused X | | Anglia | 7 |
| | | Carlton/LWT | 8 |
| **SOCIAL CLASS (UK VERSION)** (16) | | Meridian | 9 |
| A 1 | | West Country TV | 0 |
| B 2 | | | |
| C1 3 | | | |
| C2 4 | | | |
| D 5 | | | |
| E 6 | | | |
| Refused X | | | |

COLUMNS (18)-(64) BLANK

| | | (65)(66) | (67)(68) | (69)(70) | (71)(72) | (73)(74) |
|---|---|---|---|---|---|---|
| TIME STARTED | DATE OF INTERVIEW | | | 9  9 | | |

OUO

| | | | (75)(76)(77)(78)(79) |
|---|---|---|---|
| TIME FINISHED | INTERVIEWED BY | | |

OUO (80)   1   2   3   4   5   6   7   8   9   O   X   V

RESPONDENT SIGNATURE FOR FEE                    INTERVIEWER SIGNATURE.

_____ (signature)        _____ (signature)

**THIS INTERVIEW HAS BEEN CONDUCTED WITHIN THE TERMS OUTLINED BY THE MRS CODE OF CONDUCT**

Page 1 of 9

GH001455

| No | Question / Answer | Code | Sco e |
|----|-------------------|------|-------|
| Q1 | How long ago is it since you were/your child was diagnosed with haemophilia A? <br><br> **RECORD AS YEARS <u>OR</u> MONTHS** <br><br> (12) (13) years **OR** (14) (15) months <br><br> Less than 1 month <br> Don't know | (16) <br><br> X <br> V | |
| Q2 | For how long have you/has your child been using a <u>recombinant</u> Factor VIII product? <br><br> **RECORD AS YEARS <u>OR</u> MONTHS** <br><br> (17) (18) years **OR** (19) (20) months <br><br> Less than 1 month <br> Don't know <br><br> **ENSURE LESS THAN EQUAL TO ANSWER TO Q1** | (2 <br><br> X <br> V | |
| Q3 | Do you/does your child currently take Factor VIII regularly as prophylaxis/prevention or do you/does your child on take it only on an as needed basis? <br><br> Regular prophylaxis/prevention <br> As needed <br><br> Other (please specify) <br><br> ------------------------------------------------ ------ ------------- <br> Don't know | (22 <br> 1 <br> 2 <br> '23 <br> X <br><br> V | |
| Q4 | Do you/does your child have a catheter (Portacath) for the administration of the Factor VIII? <br><br> Yes <br> No <br> Don't know | 24 <br> 1 <br> 2 <br> V | |

GH001456

| | Question / Answer | Code | Skip to |
|---|---|---|---|

| Q5a | Which specific brand of Factor VIII products are you/is your child currently using? |
|---|---|

**RESPONDENT/CHILD MUST BE USING A RECOMBINANT PRODUCT (SEE SCREENER)**

**RECORD IN APPROPRIATE COLUMN BELOW**

| Q5b | Which, if any, *other* brand(s) of Factor VIII have you/has your child used in the past? |
|---|---|

**RECORD IN APPROPRIATE COLUMN BELOW**

| | Q5a | Q5b |
|---|---|---|
| | Currently | Past |
| **Recombinant** | (25) | (27) |
| Bioclate | 1 | .1 |
| Helixate | 2 | 2 |
| Kogenate | 3 | 3 |
| Recombinate | 4 | 4 |
| Refacto | 5 | 5 |
| (ONLY FOR Q5b)   **Human plasma** | | (28) |
| Alphanate | | 1 |
| Benate | | 2 |
| Contact F | | 3 |
| Crosseight M | | 4 |
| Emoclot | | 5 |
| Fhandi | | 6 |
| Haemate-P/Humate P | | 7 |
| Haemoctin SDH | | 8 |
| Hemofil M | | 9 |
| Immunate | | 0 |
| Innobrand | | X |
| Koate DVI | | V |
| | | (29) |
| Kryobulin | | 1 |
| Monarc M | | 2 |
| Monoclate-P | | 3 |
| Nordiate | | 4 |
| Octenate | | 5 |
| Octinativ M | | 6 |
| Profilate | | 7 |
| Replenate | | 8 |
| Uman | | 9 |
| | (26) | (30) |
| Others (please specify) | X | X |
| Q5a ------------- ------------ | | |
| Q5b -- ------------ ------------ | | |
| (ONLY FOR Q5b) No other brand used in past | | 0 |
| Don't know | V | V |

GH001457

| No | Question / Answer | Code | skip to |
|---|---|---|---|

**Q6a** How satisfied are you with your/your child's current recombinant Factor VIII treatment?  Would you say you were

**SHOW CARD 1**

| | (31) | |
|---|---|---|
| Very dissatisfied | 1 | |
| Fairly dissatisfied | 2 | Q6b |
| Neither satisfied nor dissatisfied | 3 | Q7 |
| Fairly satisfied | 4 | |
| Very satisfied | 5 | Q6c |
| Don't know | V | Q7 |

**Q6b** Why do you say you are dissatisfied with your/your child's current recombinant Factor VIII treatment?

**PROBE FULLY**

_____

_____   32

_____

_____   (33)

_____

_____   34)

_____

_____   Q7

**Q6c** Why do you say you are satisfied with your/your child's current recombinant Factor VIII treatment?

**PROBE FULLY**

_____

_____   35)

_____

_____   36)

_____

_____   '37

_____

_____   Q7

GH001458

| No | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q7 | What factors influence your choice of Factor VIII treatment for haemophilia A? | | |
| | **PROBE FULLY** | (38) | |
| | Recombinant vs human plasma-derived | 1 | |
| | Albumin/protein content | 2 | |
| | Efficacy/response rates | 3 | |
| | Duration of effect/half life | 4 | |
| | Speed of response/effect | 5 | |
| | Safety (unspecified) | 6 | |
| | Lack of adverse reactions | 7 | |
| | Lack of (viral) contamination | 8 | |
| | Range of potencies/vial sizes | 9 | |
| | | (39) | |
| | Diluent/infus on volume | 1 | |
| | Storage (refrigeration vs room temperature) | 2 | |
| | Shelf-life | 3 | |
| | Delivery to patient's home | 4 | |
| | Ease of reconstitution | 5 | |
| | Speed of reconstitution | 6 | |
| | Ease of administration | 7 | |
| | Cost | 8 | |
| | | (40) | |
| | | (41) | |
| | | (42) | |
| | | (43) | |
| | Other (please specify) | X | |
| | ------------------------------------ ------------------------ --- | | |
| | Have no influence on choice of product | 0 | |
| | Don't know | V | |

GH001459

| No | Question / Answer | | Code | Skip to |
|----|-------------------|-|------|---------|
| Q8 | **What improvements would you like to see made to recombinant Factor VIII products?** | | (44) | |
| | **PROBE FULLY** | Reduced use of protein/albumin | 1 | |
| | | Improved efficacy/response | 2 | |
| | | Longer lasting effect/longer half-life | 3 | |
| | | Improved speed of response/effect | 4 | |
| | | Improved safety (unspecified) | 5 | |
| | | Fewer adverse reactions | 6 | |
| | | Reduced/no (viral) contamination | 7 | |
| | | Higher potencies/larger vial sizes | 8 | |
| | | Reduced volume of diluent/infusion | 9 | |
| | | | (45) | |
| | | Improved storage (refrigeration not required) | 1 | |
| | | Longer shelf-life | 2 | |
| | | Clearer storage instructions | 3 | |
| | | Improved packaging/less wastage of ancillary products | 4 | |
| | | Improved/easier reconstitution | 5 | |
| | | Faster reconstitution | 6 | |
| | | Improved/easier administration | 7 | |
| | | Reduced cost | 8 | |
| | | | (46) | |
| | | | (47) | |
| | | | (48) | |
| | | | (49) | |
| | | Other (please specify) | X | |
| | ---------------------------------------------------------- | | | |
| | ---------------------------------------------------------- | | | |
| | | Don't know | V | |

GH001460

| | | Question / Answer | Code | Skip to |
|---|---|---|---|---|

**HAND PATIENT SHOW CARD A**

THIS CARD LISTS SEVERAL FEATURES ON WHICH POTENTIAL NEW RECOMBINANT PRODUCTS FOR HAEMOPHILIA A MIGHT DIFFER    PLEASE TAKE A FEW MINUTES TO READ OVER THE FEATURES AND THEIR VARIOUS LEVELS, AS THIS INFORMATION WILL MAKE THE FOLLOWING EXERCISE RUN MORE SMOOTHLY

**ALLOW RESPONDENT TIME TO READ ALL INFORMATION ON THE CARD**

I HAVE HERE 25 CARDS, EACH DESCRIBING A POTENTIAL RECOMBINANT FACTOR VIII PRODUCT WITH A UNIQUE COMBINATION OF FEATURES    NO TWO CARDS ARE EXACTLY THE SAME    FOR THE PURPOSE OF THIS EXERCISE, PLEASE IMAGINE THAT THESE 25 POTENTIAL PRODUCTS ARE THE ONLY ONES AVAILABLE FOR THE TREATMENT OF HAEMOPHILIA A

**HAND PATIENT SHUFFLED CARDS**

PLEASE SORT THESE 25 POTENTIAL PRODUCTS INTO 3 PILES ACCORDING TO YOUR INTEREST IN USE OF THEM    ONE PILE SHOULD CONTAIN THOSE PRODUCTS THAT YOU WOULD BE MOST INTERESTED IN USING, ONE THOSE PRODUCTS THAT YOU MIGHT CONSIDER USING AND ONE THOSE PRODUCTS THAT YOU WOULD BE LEAST INTERESTED IN USING    YOU CAN HAVE ANY NUMBER OF CARDS IN EACH OF THE 3 PILES

ASSUME THESE PRODUCTS ARE EQUAL ON ANY FEATURES THAT ARE NOT INCLUDED ON THE CARDS

THIS IS A VERY IMPORTANT PART OF THE STUDY    PLEASE TAKE YOUR TIME AS WE REALISE THIS TASK REQUIRES CAREFUL CONSIDERATION

**WAIT UNTIL THE PATIENT HAS SORTED ALL THE CARDS INTO THREE PILES, THEN CONTINUE**

I WOULD NOW LIKE YOU TO RANK THESE 25 CARDS FROM TOP TO BOTTOM, STARTING WITH THE PRODUCT YOU ARE MOST INTERESTED IN USING ON THE TOP, THROUGH TO THE PRODUCT YOU ARE LEAST INTERESTED IN USING ON THE BOTTOM

PLEASE BEGIN BY RANKING THESE PRODUCTS IN THE "MOST INTERESTED" PILE

**AFTER "MOST INTERESTED" PILE IS RANKED, ASK THE PATIENT TO CONTINUE WITH THE PILE OF PRODUCTS HE/SHE "MIGHT USE" AND THEN FINALLY RANK THE "LEAST INTERESTED" PILE.**

**ONCE THE PATIENT HAS FINISHED SAY:**

PLEASE READ OUT THE NUMBERS OF THE CARDS IN THE ORDER YOU HAVE ARRANGED THEM    THE FIRST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE MOST INTERESTED IN USING AND THE LAST NUMBER YOU READ OUT SHOULD BE THE PRODUCT YOU ARE LEAST INTERESTED IN USING

**RECORD RESPONSES ON NEXT PAGE**

GH001461

17   REPEAT

## WRITE IN EACH NUMBER IN THE APPROPRIATE COLUMN BELOW

| RANK | PRODUCT CARD NUMBER | | RANK | PRODUCT CARD NUMBER | |
|---|---|---|---|---|---|
| | (12) | (13) | 17 | (44) | (45) |
| 1 (MOST LIKELY) | | | | | |
| 2 | (14) | (15) | 18 | (46) | (47) |
| 3 | (16) | (17) | 19 | (48) | (49) |
| 4 | (18) | (19) | 20 | (50) | (51) |
| 5 | (20) | (21) | 21 | (52) | (53) |
| 6 | (22) | (23) | 22 | (54) | (55) |
| 7 | (24) | (25) | 23 | (56) | (57) |
| 8 | (26) | (27) | 24 | (58) | (59) |
| 9 | (28) | (29) | 25 | (60) | (61) |
| 10 | (30) | (31) | | | |
| 11 | (32) | (33) | | | |
| 12 | (34) | (35) | | | |
| 13 | (36) | (37) | | | |
| 14 | (38) | (39) | | | |
| 15 | (40) | (41) | | | |
| 16 | (42) | (43) | | | |

GH001462

| NO | Question / Answer | Code | Skip to |
|---|---|---|---|
| Q9 | Considering the potential product that you ranked as the one you would be most interested in using, what are your reasons for ranking it first?<br><br>**PROBE FULLY**<br><br><br><br> | **(62)**<br><br>**(63)**<br><br>**(64)** | |
| Q10 | Considering the potential product that you ranked as the one you would be most likely to use, how interested would you be in using it (in your child)? Would you say you were<br><br>**SHOW CARD 2**<br>Not at all interested<br>Not very interested<br>Neither interested nor disinterested<br>Fairly interested<br>Very interested<br>Don't know | (65)<br>1<br>2<br>3<br>4<br>5<br>V | |
| **Q11-13 USA only** | | | |
| Q11 | Considering the potential product that you ranked as the one you would be most likely to use, do you believe a price premium for that product would be acceptable?<br>Yes<br>No<br>Don't know | (66)<br>1<br>2<br>V | Q12<br>THANK AND CLOSE |
| Q12 | What percentage price increase over currently available recombinant products would you consider to be acceptable?<br><br>(67) (68) (69)<br>[ \| \| ] %<br>enter percentage<br>Depends<br>Don't know<br>**GO TO Q13 IF 'DEPENDS', OTHERWISE THANK AND CLOSE** | (70)<br>X<br>V | Q13<br>THANK AND CLOSE |
| Q13 | On what would the acceptable level of price increase depend?<br>**PROBE FULLY**<br><br><br><br> | (71)<br><br>(72)<br><br>(73) | |

**THANK AND CLOSE**

GH001463

J500398
Version 3 (Final)
23/11/1999

# CARD A

## Patients

*Human or animal derived protein*
- ➤ used in manufacturing (culturing) and in the final formulation (for stabilising)
- ➤ used in manufacturing (culturing), but not in the final formulation (for stabilising)
- ➤ not used at all

*Diluent volume per vial*
- ➤ 2 5ml
- ➤ 5ml
- ➤ 10ml

*Higher number of activity units per vial*
- ➤ 1,000 i u per vial
- ➤ 1,250 i u per vial
- ➤ 1,500 i u per vial
- ➤ 2,000 i u per vial

*Room temperature storage*
- ➤ Cannot be stored at room temperature (requires refrigeration)
- ➤ 3 months
- ➤ 6 months
- ➤ 1 year
- ➤ 2+ years

*Reconstitution*
- ➤ current standard (two vials) with transfer needles
- ➤ current standard, with needleless reconstitution/mixing
- ➤ single step procedure (i e pre-filled, ready-to-use syringe)

GH001464

J500398
Version 3 (Final)
23/11/1999

## <u>PATIENT - CARD 1</u>

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 2,000 i u per vial

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
> current standard (two vials) with transfer needles

GH001465

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 2

*Human or animal derived protein*
  ➢  used in manufacturing (culturing) and in the final formulation (for stab s ng

*Diluent volume per vial*
  ➢  2 5ml

*Higher number of activity units per vial*
  ➢  1,500 ι.u  per vial

*Room temperature storage*
  ➢  1 year

*Reconstitution*
  ➢  current standard (two vials) with transfer needles

GH001466

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 3

*Human or animal derived protein*
  ➢ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Diluent volume per vial*
  ➢ 10ml

*Higher number of activity units per vial*
  ➢ 1,250 i u per vial

*Room temperature storage*
  ➢ 2+ years

*Reconstitution*
  ➢ current standard, with needleless reconstitution/mixing

GH001467

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 4

*Human or animal derived protein*
> **not used at all**

*Diluent volume per vial*
> **5ml**

*Higher number of activity units per vial*
> **1,500 i u  per vial**

*Room temperature storage*
> **Cannot be stored at room temperature (requires refrigeration)**

*Reconstitution*
> **current standard, with needleless reconstitution/mixing**

GH001468

J500398
Version 3 (Final)
23/11/1999

# PATIENT - CARD 5

*Human or animal derived protein*
   ➢ not used at all

*Diluent volume per vial*
   ➢ 5ml

*Higher number of activity units per vial*
   ➢ 1,000 i u  per vial

*Room temperature storage*
   ➢ 6 months

*Reconstitution*
   ➢ current standard (two vials) with transfer needles

GH001469

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 6

*Human or animal derived protein*
> not used at all

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 2,000 i u  per vial

*Room temperature storage*
> 1 year

*Reconstitution*
> single step procedure (i e  pre-filled, ready-to-use syringe)

GH001470

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 7

*Human or animal derived protein*
  ➢ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Diluent volume per vial*
  ➢ 2 5ml

*Higher number of activity units per vial*
  ➢ 1,000 i u per vial

*Room temperature storage*
  ➢ 1 year

*Reconstitution*
  ➢ current standard, with needleless reconstitution/mixing

GH001471

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 8

*Human or animal derived protein*
➢ used in manufacturing (culturing), but not in the final formulation (for stac ' s ㄱ두

*Diluent volume per vial*
➢ 10ml

*Higher number of activity units per vial*
➢ 1,250 ı u  per vial

*Room temperature storage*
➢ Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
➢ single step procedure (ı e  pre-filled, ready-to-use syringe)

GH001472

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 9

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 1,250 i u per vial

*Room temperature storage*
> 6 months

*Reconstitution*
> single step procedure (i e pre-filled, ready-to-use syringe)

GH001473

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 10

*Human or animal derived protein*
   ➢ not used at all

*Diluent volume per vial*
   ➢ 2 5ml

*Higher number of activity units per vial*
   ➢ 2,000 ı u  per vial

*Room temperature storage*
   ➢ 3 months

*Reconstitution*
   ➢ single step procedure (ı e  pre-filled, ready-to-use syringe)

GH001474

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 11

*Human or animal derived protein*
  ➢ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Diluent volume per vial*
  ➢ 5ml

*Higher number of activity units per vial*
  ➢ 1,250 i u per vial

*Room temperature storage*
  ➢ 1 year

*Reconstitution*
  ➢ single step procedure (i e pre-filled, ready-to-use syringe)

GH001475

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 12

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (fc⁻ stab⁻ s r⁼

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 1,500 i u per vial

*Room temperature storage*
> 6 months

*Reconstitution*
> single step procedure (i e pre-filled, ready-to-use syringe)

GH001476

J500398
Version 3 (Final)
23/11/1999

## <u>PATIENT - CARD 13</u>

*Human or animal derived protein*
  ➢ used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Diluent volume per vial*
  ➢ 10ml

## *Higher number of activity units per vial*
  ➢ 1,000 i u per vial

*Room temperature storage*
  ➢ 3 months

*Reconstitution*
  ➢ current standard (two vials) with transfer needles

GH001477

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 14

*Human or animal derived protein*
  ➤ **not used at all**

*Diluent volume per vial*
  ➤ **10ml**

*Higher number of activity units per vial*
  ➤ **1,250 i u  per vial**

*Room temperature storage*
  ➤ **6 months**

*Reconstitution*
  ➤ **current standard (two vials) with transfer needles**

GH001478

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 15

*Human or animal derived protein*
> not used at all

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 1,250 ı u per vial

Room temperature storage
> Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
> current standard (two vials) with transfer needles

GH001479

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 16

*Human or animal derived protein*
  ➤ not used at all

*Diluent volume per vial*
  ➤ 2 5ml

*Higher number of activity units per vial*
  ➤ 1,000 i u  per vial

*Room temperature storage*
  ➤ 2+ years

*Reconstitution*
  ➤ single step procedure (i e  pre-filled, ready-to-use syringe)

GH001480

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 17

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stabilising)

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 1,250 i u  per vial

*Room temperature storage*
> 2+ years

*Reconstitution*
> current standard (two vials) with transfer needles

GH001481

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 18

*Human or animal derived protein*
  ➢ used in manufacturing (culturing) and in the final formulation (for stab l s r g

*Diluent volume per vial*
  ➢ 5ml

*Higher number of activity units per vial*
  ➢ 1,250 i u per vial

*Room temperature storage*
  ➢ 3 months

*Reconstitution*
  ➢ single step procedure (i e pre-filled, ready-to-use syringe)

GH001482

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 19

*Human or animal derived protein*
> used in manufacturing (culturing), but not in the final formulation (for stabilising)

*Diluent volume per vial*
> 5ml

*Higher number of activity units per vial*
> 2,000 i u per vial

*Room temperature storage*
> 2+ years

*Reconstitution*
> current standard (two vials) with transfer needles

GH001483

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 20

*Human or animal derived protein*
> used in manufacturing (culturing) and in the final formulation (for stab' s'r g

*Diluent volume per vial*
> 10ml

*Higher number of activity units per vial*
> 1,000 i u  per vial

*Room temperature storage*
> Cannot be stored at room temperature (requires refrigeration)

*Reconstitution*
> single step procedure

GH001484

J500398
Version 3 (Final)
23/11/1999

## PATIENT – CARD 21

*Human or animal derived protein*
  ➤ used in manufacturing (culturing) and in the final formulation (for stabilising)

*Diluent volume per vial*
  ➤ 10ml

*Higher number of activity units per vial*
  ➤ 2,000 i u  per vial

*Room temperature storage*
  ➤ 6 months

*Reconstitution*
  ➤ current standard, with needleless reconstitution/mixing

GH001485

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 22

*Human or animal derived protein*
    ➢  **not used at all**

*Diluent volume per vial*
    ➢  **10ml**

*Higher number of activity units per vial*
    ➢  **1,250 i u  per vial**

*Room temperature storage*
    ➢  **1 year**

*Reconstitution*
    ➢  **current standard (two vials) with transfer needles**

GH001486

J500398
Version 3 (Final)
23/11/1999

## PATIENT -- CARD 23

*Human or animal derived protein*
  ➢ not used at all

*Diluent volume per vial*
  ➢ 10ml

## Higher number of activity units per vial
  ➢ 1,500 i u  per vial

*Room temperature storage*
  ➢ 2+ years

*Reconstitution*
  ➢ single step procedure (i e  pre-filled, ready-to-use syringe)

GH001487

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 24

*Human or animal derived protein*
➢ used in manufacturing (culturing), but not in the final formulation (for stabilising

*Diluent volume per vial*
➢ 10ml

*Higher number of activity units per vial*
➢ 1,500 i u  per vial

*Room temperature storage*
➢ 3 months

*Reconstitution*
➢ current standard (two vials) with transfer needles

GH001488

J500398
Version 3 (Final)
23/11/1999

## PATIENT - CARD 25

*Human or animal derived protein*
> not used at all

*Diluent volume per vial*
> 2 5ml

*Higher number of activity units per vial*
> 1,250 ı u  per vial

*Room temperature storage*
> 3 months

*Reconstitution*
> current standard, with needleless reconstitution/mıxıng

GH001489

# Appendix II

## Trade-off/conjoint

### (a) Attribute list
### (b) Statistical results
### (c) Background

GH001490

### 500398 – Haemophilia
### Attributes for conjoint

**1**   *Human protein*

   i)      used in manufacturing and stabilising (final formulation)

   ii)     used in manufacturing (culturing), but not in the final formulation (for stabilising)

   iii)    not used at all

**2**   *Continuous infusion*

   i)      an approved indication

   ii)     product has capability, but not approved (label indication)

   iii)    not possible (to be used for continuous infusion)

**3**   *Diluent volume*

   i)      2 5ml

   ii)     5ml

   iii)    10ml

**4**   *High potency*

   i)      1,000 i u

   ii)     1,250 i u

   iii)    1,500 i u

   iv)     2,000 i u

**5**   *Assay issue*

   i)      requires one-stage assay

   ii)     requires chromogenic assay (not available in every hospital)

**6**   *Room temperature storage*

   i)      Cannot be stored at room temperature (requires refrigeration)

   ii)     3 months

   iii)    6 months

   iv)     1 year

   v)      2+ years

GH001491

7    Reconstitution

    i)    current standard (two vials) with transfer needles

    ii)    current standard, with needleless reconstitution mixing

    iii)    single step procedure (i e  pre-filled, ready-to-use syringe

8    rFVIII molecule

    i)    full length

    ii)    B-domain deleted

## Doctors

*1 Human protein*

*2 Continuous infusion*

*3 Diluent volume*

*4 High potency*

*5 Assay issue*

*6 Room temperature storage*

*8 rFVIII molecule*

## Nurses

*1 Human protein*

*2 Continuous infusion*

*3 Diluent volume*

*4 High potency*

*5 Assay issue*

*6 Room temperature storage*

*7 Reconstitution*

## Patients

*1 Human protein*

*3 Diluent volume*

*4 High potency*

*6 Room temperature storage*

*7 Reconstitution*

GH001492

J500398

**Utility & Average Importances**

| Attributes | Doctors Mean | se | Nurses Mean | se | Patients Mean | se |
|---|---|---|---|---|---|---|
| **1  Human protein** | **39%** | | **34%** | | **45%** | |
| Used in manufacturing and stabilising (final formulation) | 0 8 | 0 3 | 0 6 | 0 2 | 1 1 | 0 2 |
| Used in manufacturing (culturing), but not in the final formulation (for stabilising) | 4 1 | 0 4 | 4 2 | 0 5 | 2 7 | 0 3 |
| Not used at all | 11 2 | 0 6 | 10 2 | 0 8 | 9 1 | 0 4 |
| **2  Continuous infusion** | **26%** | | **22%** | | **0%** | |
| An approved indication | 7 3 | 0 5 | 6 6 | 0 7 | | |
| Product has capability, but not approved (label indication) | 5 2 | 0 5 | 4 6 | 0 5 | | |
| Not possible (to be used for continuous infusion) | 0 4 | 0 2 | 0 6 | 0 2 | | |
| **3  Diluent volume** | **1%** | | **7%** | | **3%** | |
| 2 5ml | 2 1 | 0 3 | 3 8 | 0 5 | 2 4 | 0 2 |
| 5ml | 1 7 | 0 2 | 3 6 | 0 5 | 2 0 | 0 2 |
| 10ml | 1 8 | 0 3 | 1 9 | 0 3 | 1 9 | 0 2 |
| **4  High potency** | **3%** | | **5%** | | **6%** | |
| 1,000 i u | 1 8 | 0 2 | 1 4 | 0 3 | 2 0 | 0 2 |
| 1,250 i u | 1 4 | 0 2 | 1 7 | 0 2 | 2 3 | 0 2 |
| 1,500 i u | 2 1 | 0 2 | 2 1 | 0 3 | 3 1 | 0 2 |
| 2,000 i u | 1 6 | 0 2 | 2 8 | 0 4 | 2 8 | 0 2 |
| **5  Assay issue** | **11%** | | **5%** | | **0%** | |
| Requires one-stage assay | 3 4 | 0 4 | 2 4 | 0 4 | | |
| Requires chromogenic assay (not available in every hospital) | 0 5 | 0 1 | 0 9 | 0 2 | | |
| **6  Room temperature storage** | **19%** | | **20%** | | **34%** | |
| Cannot be stored at room temperature (requires refrigeration) | 1 2 | 0 3 | 2 1 | 0 4 | 1 5 | 0 3 |
| 3 months | 3 5 | 0 4 | 2 8 | 0 4 | 4 2 | 0 3 |
| 6 months | 5 4 | 0 4 | 4 5 | 0 5 | 5 4 | 0 3 |
| 1 year | 6 1 | 0 5 | 6 8 | 0 6 | 6 9 | 0 3 |
| 2+ years | 6 2 | 0 5 | 7 7 | 0 7 | 7 6 | 0 4 |
| **7  Reconstitution** | **0%** | | **7%** | | **11%** | |
| Current standard (two vials) with transfer needles | | | 0 9 | 0 2 | 1 5 | 0 1 |
| Current standard, with needleless reconstitution/mixing | | | 2 1 | 0 3 | 2 1 | 0 2 |
| Single step procedure (i e pre-filled, ready-to-use syringe) | | | 2 9 | 0 5 | 3 4 | 0 2 |
| **8  rFVIII molecule** | **1%** | | **0%** | | **0%** | |
| Full length | 1 1 | 0 2 | | | | |
| B-domain deleted | 0 9 | 0 2 | | | | |
| Base | 98 | | 52 | | 171 | |

GH001493

# Trade-off / Conjoint analysis

## 1.     Background

A common problem often encountered within the research arena is that of measuring the relative importance of attributes within a product   Trade-off analysis decomposes the product into a number of features or attributes   The respondents then trade-off these attributes against one another, forcing them to indicate their preferences   From this information, it is possible to establish the relative importance of each of the attributes – thus providing a wealth of useful, clear information and powerful modelling capabilities

## 2.     Full profile conjoint

### 2.1     Methodology

A full profile conjoint technique is one whereby:

➢  each attribute is further broken down into different levels,
➢  product concepts are formed by combining different attribute levels,
➢  respondents are presented with cards each containing different product concepts,
➢  respondents are asked to rank the cards in order of preference

This forces respondents to trade-off all the attributes against one another at the same time

### 2.2     Analysis and utilities

The full profile conjoint technique produces rankings for attribute combinations Modelling techniques are then used to produce utilities  or each level of each of the attributes   The utilities are measures of the value or attractiveness of each attribute level to respondents   They are calculated for each individual respondent    A measure of importance is also derived for each attribute   This shows how important the attribute is in the choice process   These are produced for the whole respondent set

---

**Baxter Hyland Immuno**                                                          1

The utilities are used to

> identify the most popular options within an attribute — the r g⁻e⁻ ⁻e ⁻ ⁻
  the more popular the option or level,
> measure the importance of the attributes - the distance cetwee⁻ ⁻e ⁻⁻s a⁻c
  least popular levels within an attribute dictate the at⁻⁻bu⁻e's ⁻⁻oⁿa⁻ce
> assess the value of different product combinations - the ut 'ⁱes a⁻e acc ⁻ e

Having collected rankings on a small subset of all possible product corcects c⁻
combinations, we can calculate the relative preference for every coss e c⁻oc_c⁻
combination  This is done by simply adding together the ut⁻⁻es c⁻ eac⁻ c⁻ ⁻e
attribute levels within a product concept

These product utilities can be calculated on an individual responde⁻t cas s   ⁻⁻s,
can then be compared — the product with the highest utility will be ⁻e c⁻e ⁻a⁻ ⁻e
respondent will prefer  Hence we can estimate market share ⁻o⁻ d⁻⁻e⁻e⁻ c⁻c_c s
simulating the marketplace  We can ⁻ine-tune products to max ⁻ se ⁻a⁻⁻e⁻ s⁻a⁻e
or minimise cost whilst maintaining market share

GH001495