## SUMMARY OF FIRST DATA BANK INFORMATION ON SELECTED DRUGS

| Drug Name | Unit Strength | NDC | Current AWP and Release Date | Prior AWP | Prior AWP |
|---|---|---|---|---|---|
| Advate | 1000U | 00944294003 | 05/13/04 $1.7500 | 08/25/03 $1.8800 | |
| Advate | 1500U | 00944294004 | 05/13/04 $1.7500 | 08/25/03 $1.8800 | |
| Advate | 250U | 00944294001 | 05/13/04 $1.7500 | 08/25/03 $1.8800 | |
| Advate | 500U | 00944294002 | 05/13/04 $1.7500 | 08/25/03 $1.8800 | |
| Recombinate | 220 – 400U | 009442138013 | 06/21/01 $1.6250 | 07/19/98 $1.2800 | 09/07/97 $1.2400 |
| Recombinate | 401 – 800U | 009442138026 | 06/21/01 $1.6250 | 07/19/98 $1.2800 | 09/07/97 $1.2400 |
| Recombinate | 801 – 1240U | 009442138031 | 06/21/01 $1.6250 | 07/19/98 $1.2800 | 09/07/97 $1.2400 |
| Bebulin | 200 – 1200U | 641930244027 | 01/15/05 $0.9000 | 11/16/01 $0.7250 | |
| Feiba | 400-650U | 64193022034 | 01/17/05 $1.9100 | | |
| Feiba | 650-1200U | 64193022046 | 01/17/05 $1.9100 | | |
| Hemofil-M | 200 – 1500U | 00944293501 | 06/26/01 $1.2250 | 09/07/97 $0.9500 | 01/09/92 $0.9000 |
| Gammagard | 0.5 GM | 00944262001 | 06/26/01 $81.000 | 07/19/98 $64.800 | 01/09/96 $54.9200 |
| Gammagard | 10 GM | 00944262004 | 06/26/01 $1,192.5000 | 07/19/98 $870.0000 | 10/20/96 $737.0000 |
| Gammagard | 2.5 GM | 00944262002 | 06/26/01 $298.1250 | 07/19/98 $217.5000 | 10/20/96 $184.2500 |
| Gammagard | 5 GM | 00944262003 | 06/26/01 $596.2500 | 07/19/98 $435.000 | 10/20/06 $368.5000 |


EXHIBIT 18

GH001526



EXHIBIT
19
Hamilton









GH001501







GH001504



63



GH001505





GH001507



GH001508



from JUNE 17 02

Monday, June 17

Tuesday, June 18

Wednesday, June 19

8 Lv 10  Ken Trosten
         [illegible] Baxter
9        9479406882

GH001509