**EXHIBIT F**

From: "Mark Kleiman" <markkleiman@earthlink.net>
To: <michael.theis@usdoj.gov>
Cc: "Prs Prs" <pamelasavoie@earthlink.net>
Subject: Volume
Date: Sat, 12 Feb 2005 12:07:41 -0800
X-Mailer: Microsoft Office Outlook, Build 11.0.6353
Thread-Index: AcURNcefi0dn0PZsRICSUIwFy1AiJwACFpzA
X-ELNK-AV: 0

Mike,

You had asked about volume of product.  Here are the annual estimates:

Recombinate          $600,000,000
IVIG              250,000,000
Advate             20,000,000
Albumin         15,000,000
Remaining Products       20,000,000

Total Estimated Annual Sales   $905,000,000

Mark