# Exhibit 27

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Nicholas N. Paul in Support of Plaintiffs' Sur-Reply in
Opposition to Defendants' Joint Brief in Support of Their Motions for Summary Judgment

Page 294

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - x

IN RE:  PHARMACEUTICAL         )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE     )   Master File No. 01-12257-PBS

PRICE LITIGATION               )   Subcategory Case No. 06-11337

- - - - - - - - - - - - - - - - )

THIS DOCUMENT RELATES TO:      )   Hon. Patti B. Saris

State of California, ex rel.)

Ven-A-Care v. Abbott           )

Laboratories, Inc., et al.     )   VOLUME II

- - - - - - - - - - - - - - x

Thursday, September 24, 2009

9:04 a.m. to 4:19 p.m.

Videotaped deposition of JEFFREY

LEITZINGER, Volume II, held at the law offices of

White & Case, 633 West Fifth Street, 19th Floor,

Los Angeles, California 90071-2007, the

proceedings being recorded stenographically by

Lisa O'Sullivan, California Certified Shorthand

Reporter No. 7822, RMR, CRR, and transcribed

under her direction.

1   instruction came to you?
2       A.  It's probably late spring or within --
3   late spring of this year, maybe even, you know, a
4   month or two before the report was provided.
5       Q.  Was the report already drafted at some
6   level at that point?
7       A.  I don't know that any drafting had
8   begun at that point, but certainly the process of
9   preparing the numbers, preparing schedules, all
10  of that, was well underway.
11      Q.  And what's your best recollection as to
12  anything the State told you as to why they
13  decided to have you do it that way instead of
14  using the wholesale markup?
15      A.  My -- my best sense of it, and I don't
16  have a specific conversation in mind, but was
17  that the State, in looking at some of the
18  decisions that Judge Saris had issued, came to
19  believe it was appropriate to build in a 25
20  percent markup.
21      Q.  Okay.  Anything else?
22      A.  No.