# Exhibit 25

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of Plaintiffs' Sur-Reply in
Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

Case 1:01-cv-12257-PBS   Document 6878-2   Filed 01/29/10   Page 2 of 9

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                                        October 21, 2008

Sacramento, CA

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--oOo--

STATE OF CALIFORNIA, ex rel

VEN-A-CARE OF THE FLORIDA KEYS, INC.,

A Florida Corporation,

       Plaintiffs,

      vs.           MDL No. 1456

ABBOTT LABORATORIES, INC.,   Master File No.

Et al.,                  01-12257-PBS

       Defendants.    Civil Action No.

_____/   03-11226-PBS


--oOo--

TUESDAY, OCTOBER 21, 2008

--oOo--

30(b)(6) VIDEOTAPE DEPOSITION OF

MAUREEN TOOKER

--oOo--


Reported By:  PATRICIA MCCARTHY, CSR No. 12888

               Registered Professional Reporter

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I     October 21, 2008
Sacramento, CA

Page 98

1  file itself.

2  Q.  If there is an MAIC of -- a maximum
3  allowable ingredient cost figure, is that something
4  that can be looked up through the RAIS system?

5  A.  Yes.

6  Q.  Okay.  There are some -- there are some
7  publications that publish something called WAC.

8  Have you ever heard of that?

9  A.  Yes, I have.

10  MR. ROBBEN:  I think we need to change
11  the tape.

12  VIDEOGRAPHER:  This is the end of Tape 1,
13  Volume I of the deposition of 36(b) -- excuse me,
14  30(b)(6) Witness Maureen Tooker.

15  We are off the record at 11:34 a.m.

16  (Discussion off the record)

17  VIDEOGRAPHER:  This is the beginning of
18  Tape 2, Volume I of the 30(b)(6) deposition of
19  Maureen Tooker.

20  We are on the record at 11:39 a.m.

21  BY MR. ROBBEN:

22  Q.  Is the WAC for any given NDC available

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                October 21, 2008
Sacramento, CA

Page 99

```
1    through the RAIS system?
2         A.   No, it is not.
3         Q.   Okay.  So it's not for any NDC?
4         A.   No.
```

5         Q.   Now, I take it, that the Department of
6    Health Care Services uses e-mail, correct?
7         A.   Yes, it does.
8         Q.   When was e-mail implemented at the
9    department?
10        A.   As I stated before, I don't remember
11   before '96.
12        Q.   Okay.  So -- okay.
13             Do you know the name of the e-mail
14   program that is used, or has been used from '96
15   forward?
16        A.   Well, we use Microsoft Office.
17        Q.   Okay.  Has that been what's been used
18   since '96?
19        A.   Outlook.  Outlook.  Sorry.
20        Q.   Outlook.
21        A.   I believe so.
22        Q.   And you believe that has been used since

Case 1:01-cv-12257-PBS   Document 6878-2   Filed 01/29/10   Page 5 of 9

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                    October 21, 2008
                                    Sacramento, CA

Page 103

1            THE WITNESS:  Okay.  Thank you.
2            MR. ROBBEN:  Okay.  So do you have any
3    questions?
4            MR. PAUL:  No, not for 30(b)(6) purposes.
5            MR. ROBBEN:  Okay.  So do you want to
6    take a lunch break now?
7            MR. PAUL:  That is fine.
8            MR. ROBBEN:  Okay.
9            VIDEOGRAPHER:  We are off the record at
10   11:44 a.m.
11           (Thereupon a lunch recess was taken at
12   11:44 a.m. and the deposition resumed at 12:56
13   p.m.)
14           VIDEOGRAPHER:  We are back on the record
15   at 12:56 p.m.
16                   EXAMINATION
17   BY MS. BERWANGER:
18      Q.   Again, for the record, my name is Lara
19   Berwanger.  I am representing Sandoz Inc, the
20   defendant in this case.
21           Previously, you said that WAC information
22   was not stored in the RAIS system?

Case 1:01-cv-12257-PBS   Document 6878-2   Filed 01/29/10   Page 6 of 9

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                October 21, 2008
Sacramento, CA

Page 104

1   A.   That is correct.

2   Q.   Was WAC information for any NDC stored
3   anywhere in the Medi-Cal system?
4   A.   No.

5   Q.   Assuming that a WAC was reported to the
6   publishing compendium for a specific NDC if
7   Medi-Cal wanted to store that information, could
8   they request it from EDS?
9   A.   I am not sure I understand the question.
10  Q.   If Medi-Cal had wanted to start
11  receiving WAC information, would there have been a
12  way for Medi-Cal to do that?
13  A.   Only if First DataBank had it in their
14  files.
15  Q.   And if First DataBank had it in their
16  files, how would Medi-Cal have requested that
17  information?
18  A.   We would have to write a system
19  development notice to EDS to bring that information
20  in because currently we do not.
21  Q.   And if Medi-Cal wanted to, they could
22  have requested that from EDS, correct?

Page 114

1  Q.   And when was that?  I think you
2  testified earlier.
3  A.   January 1st, 1997.
4  Q.   So beginning in 1997, if a communication
5  such as this one were sent to DHS, it would have
6  been entered into a spread -- or some of the
7  information on there would have been entered into a
8  spreadsheet?
9  A.   Correct.
10 Q.   And maintained by the department?
11 A.   By EDS.
12 Q.   By EDS.
13      MR. BENNETT:  That's all I have.
14      MR. PAUL:  I just have a couple of
15 questions.
16                  EXAMINATION
17 BY MR. PAUL:
18 Q.   MS. Tooker, why does DHS at the time,
19 DHCS now, not get WAC information from First
20 DataBank?
21 A.   I can't answer that question.
22 Q.   Does -- to your knowledge, does DHCS

Case 1:01-cv-12257-PBS   Document 6878-2   Filed 01/29/10   Page 8 of 9

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                October 21, 2008
Sacramento, CA

Page 115

1   have to pay for information, for pricing
2   information it gets from First DataBank?
3       A.   Yes, it does.
4       Q.   And do you know what it pays for that
5   pricing information?
6       A.   At this point, no.
7       Q.   When you say "at this point," did you
8   know at some point?
9       A.   I knew under the last contract.  I don't
10  know what we are paying under this contract.
11      Q.   And what was it under the last contract?
12      A.   It was 15,000 a month.
13      Q.   For one pricing item?
14      A.   For one file from First DataBank.
15      Q.   All right.  One file, could you explain
16  what is on a file like --
17      A.   That was the customized file that we
18  were getting from First DataBank at the time.
19      Q.   All right.  So that file included the
20  pricing information that DHS did want?
21      A.   Correct.
22      Q.   But you don't know how much DHS would

30 (b)(6) CA Dept. of Health Care Svcs. (Maureen Tooker) - Vol. I                      October 21, 2008
Sacramento, CA

Page 116

1   have to pay for an additional piece of information
2   on that file?
3        A.   No, I do not.
4        Q.   And when did that contract as to which
5   you have just claimed some knowledge as to the
6   amount of money paid, when did that expire?
7        A.   July 1st, 2002.
8             MR. PAUL:  Okay.  That's all I have.
9             VIDEOGRAPHER:  This concludes today's
10  deposition of the 30(b)(6) Witness Maureen Tooker.
11  We are off the record at 1:09 p.m.
12            (Thereupon the deposition was adjourned
13  at 1:09 p.m.)
14
15                      --o0o--
16            Signed under penalty of perjury:
17
18
19            _____
20                    MAUREEN TOOKER
21            _____
22                        Date