# Exhibit 26

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.
Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of Plaintiffs' Sur-Reply in
Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

Page 1

```
              UNITED STATES DISTRICT COURT

               DISTRICT OF MASSACHUSETTS

    ------------------------------X

    IN RE PHARMACEUTICAL INDUSTRY )

    AVERAGE WHOLESALE PRICE       )

    LITIGATION                    )

    ------------------------------X MDL No. 1456

    THIS DOCUMENT RELATES TO:     ) Civil Action:

    State of California, ex rel.  ) 01-12257-PBS

    Ven-A-Care v. Abbott          )

    Laboratories, Inc., et al.,   )

    ------------------------------X



                 THURSDAY, MAY 21, 2009



                 VIDEOTAPED DEPOSITION OF

                        VIC WALKER



                  SACRAMENTO, CALIFORNIA


    Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

                  Registered Merit Reporter
```

Walker, Vic                                                May 21, 2009
                           Sacramento, CA

Page 60

1            Do you have any reason to believe that
2    the proposal to go to WAC plus 7 percent was not
3    made some time in the time frame of 1996?
4        A.   I would not disbelieve that.  I'm not
5    sure about the exact time frame.
6            I'm guessing that this is about that
7    time.
8        Q.   Okay.  And back to the second page for
9    one moment.
10           The last paragraph that I read earlier,
11   this paragraph refers to the legislative budget
12   process as it relates to changes in pharmacy
13   reimbursement; correct?
14       A.   Uh-huh.
15       Q.   And this is similar to the testimony you
16   gave earlier about bill analyses, is that correct,
17   this process?
18       A.   Well, they're similar in that they both
19   have to do with the Legislature, but it's really
20   two different processes.
21       Q.   Okay.  If Medi-Cal wanted to use the
22   legislative budget process to change its pharmacy

Page 61

1  reimbursements, would it make a proposal to the
2  Legislature?
3       A.   I'm not the expert on that.
4            You really ought to ask Kevin or
5  somebody else.
6       Q.   Do you recall working on any such
7  proposal?
8       A.   No.
9       Q.   Okay.
10           Okay.  You can set that aside.
11           Mr. Walker, I'm going to show you what
12 has previously been marked as Miller Exhibit 16.
13           Oh.  Sorry.
14           Please take a minute to look at this
15 document, although I can tell you that my
16 questions will relate only to the cover page on
17 the inside of the first page and to page 4.
18      A.   This section, this letter from Kathleen
19 Connell?
20      Q.   Yes.
21      A.   And then page 4, you say?
22      Q.   Yes.

Walker, Vic                                                May 21, 2009
                         Sacramento, CA

Page 66

1    Q.   The -- the instance that you recall
2  where DHS lost in the Legislature, is that what
3  you're referring to?
4    A.   Yeah.  Yeah.
5    Q.   Okay.
6    A.   A proposal was made to go to a different
7  price, and we ended up not changing it.
8    Q.   Okay.
9    A.   I think.
10   Q.   Okay.  If we could please turn back to
11 the prior exhibit.
12   A.   To --
13   Q.   The exhibit was previously marked
14 Gorospe 26.
15   A.   Oh, okay.
16   Q.   This is the exhibit that discusses a
17 proposal to change reimbursement to AWP less 10
18 percent or WAC plus 7 percent, whichever is lower;
19 correct?
20   A.   I believe so, yeah.
21   Q.   Now, is it fair to say that as of the
22 time of this proposal DHS was aware that WAC was a

Page 67

1  price that was available to be used as a basis for
2  reimbursement for prescription drugs?
3           MR. FISHER:  Objection as to form.
4           THE WITNESS:  DHS is a very large
5  organization with thousands of people.
6           I was aware of it.
7  BY MR. MALONEY:
8      Q.   Okay.  If -- is it fair to say that if
9  DHS made a proposal to change reimbursement to use
10 WAC as a basis for reimbursement, that it was
11 prepared to go through with that reimbursement
12 basis if the Legislature accepted such a change?
13          MR. FISHER:  Objection as to form.
14          THE WITNESS:  That's asking me to
15 predict what the upper management of DHS would
16 decide to do, and I really can't do that.
17 BY MR. MALONEY:
18     Q.   Okay.  Do you know if any other staff at
19 DHS around the time frame of 1996 were aware that
20 WAC was a price that was available to be used as a
21 basis for reimbursement for prescription drugs?
22          MR. FISHER:  Objection as to form.

Walker, Vic                                                May 21, 2009
                         Sacramento, CA

Page 68

1            THE WITNESS:  I know that I built some
2    spread sheets that incorporated WAC in as an
3    option, and those spread sheets were given to Len
4    Terra and --
5            So I know that he at least probably was
6    aware of that.
7    BY MR. MALONEY:
8       Q.   Do you recall approximate when you
9    created those spread sheets?
10      A.   No.
11      Q.   Okay.
12      A.   You know, if we were working on this, it
13   would be somewhere in the neighborhood of this
14   time.
15      Q.   Okay.  If we could go back to page 4 of
16   Exhibit Miller 16, the checkup exhibit.
17      A.   Okay.
18      Q.   The continuation of this section on page
19   4 on to page 5, the next paragraph, the one that -
20   - the first paragraph on page 5, it states "DHS
21   intends to consider incorporating changes in drug
22   payments in the 1997-98 budget proposal.  The SCO

Walker, Vic                                                May 21, 2009
                          Sacramento, CA

Page 75

1      A.   No, I -- I do not.
2      Q.   Do you recall whether you reviewed this
3  document any time during your tenure at DHS?
4      A.   I wrote it.
5      Q.   You wrote it.  Okay.
6           As --
7      A.   This was -- this was a note to myself to
8  help me organize what the task would be to make
9  WAC happen.
10     Q.   Okay. And when we say "make WAC
11 happen," we're talking in terms of the AWP-X
12 percent or WAC plus some percent?
13     A.   Probably would be set up that way.
14     Q.   Okay.
15     A.   And it would be possible to go to a
16 strictly WAC only, too, but, you know, we would
17 look at a number of different options probably.
18     Q.   Okay. And that structure of WAC based
19 reimbursement is similar to what we saw in the
20 prior exhibit relating to the -- comments to the
21 SCO statement; correct?
22     A.   Uh-huh.

Walker, Vic                                              May 21, 2009
                            Sacramento, CA

Page 77

1  access to WAC pricing from First DataBank;
2  correct?
3              Do you know if Medi-Cal ever received
4  the list of WAC prices from First DataBank?
5              MR. FISHER:  Objection to form.
6              THE WITNESS:  I don't know if we
7  received this particular one, but we did receive
8  WAC prices at one time or another.
9              We're currently getting them.
10 BY MR. MALONEY:
11     Q.    Do you have a general idea of when Medi-
12 Cal first received WAC prices?
13     A.    It was the -- I don't -- it -- I don't
14 know when we first received them.
15     Q.    Okay.  When is your first recollection
16 of receiving WAC prices?
17     A.    I remember working with George
18 Pennebaker, who was the pharmacist at EDS that
19 kind of interfaced with us, and requesting back
20 prices from First DataBank, but I don't recall if
21 this was the first one or if there was anything
22 before that.

Walker, Vic                                          May 21, 2009
                       Sacramento, CA

Page 87

1    Q.  Okay.  Is it fair to say that WAC was
2 brought in to the picture at least by December
3 12th, 1996?
4    A.  Sure looks like it.
5    Q.  Okay.  Is it also fair to say that
6 pharmacy providers opposed the legislative
7 proposals related to the use of WAC as a basis for
8 reimbursement?
9         MR. FISHER:  Objection as to form.
10        THE WITNESS:  I'm not sure --
11   Well, I wasn't involved in the meetings.
12 I'm not sure that WAC was put forth previously to
13 this.
14 BY MR. MALONEY:
15   Q.  Okay.
16   A.  You know, when -- when you say "WAC," I
17 want to be precise, and I'm not sure that WAC was
18 introduced previous to this.
19   Q.  Okay.
20   A.  It wasn't entirely -- it took some work
21 to get ahold of those numbers.
22   Q.  Okay.  But Medi-Cal did eventually get

Page 88

1  ahold of WAC prices?

2       A.   Yes.

3            I should say that the field that's on
4  the First DataBank file that we used is called
5  WHN, net wholesale, and that's the value that we
6  used.

7            I don't think there's a field on the --
8  First DataBank NDDF national drug data file that's
9  in -- that's titled "WAC."

10      Q.   So First DataBank provided you with what
11 it called "WHN prices"?

12      A.   Yeah.  Yeah.

13      Q.   And that's a title that First DataBank
14 gave those prices?

15      A.   Yes, which means "net wholesale."

16      Q.   Okay.  And your understanding of WAC as
17 it's used in industry is based on your experience
18 as a pharmacist?

19           You -- didn't gain an understanding of
20 the term "WAC" from First DataBank; correct?

21      A.   Well, actually -- I don't know that I
22 heard First Data -- I don't remember hearing "WAC"

Walker, Vic                                              May 21, 2009
                           Sacramento, CA

Page 207

1    contracts that were with manufacturers?
2         A.   I think we had a single contract with
3    McKesson at the time.
4              I'm unaware of any other contracts with
5    wholesalers.
6         Q.   Okay.  Do you know if the contract with
7    McKesson covered the majority of drugs purchased
8    by -- or I guess by DGS or the agencies you worked
9    for?
10        A.   Well, it covered the -- the bulk of the
11   drugs that we needed to buy at the institutions I
12   was at.
13        Q.   Okay.  Okay.
14        A.   And I was more aware of those at -- at
15   CIM.
16        Q.   Okay.
17        A.   Just to clarify, there was another
18   pharmacist that handled that at Patton.
19        Q.   Okay.  Are you aware of any instance
20   where MediCal directly purchased drugs?
21        A.   No.
22        Q.   Okay.  And do you also recall testifying

Walker, Vic                                              May 21, 2009
                         Sacramento, CA

Page 208

1  earlier today about a spread sheet you built
2  incorporating WAC prices that you eventually gave
3  to Len Terra?
4       A.  A number of spread sheets.
5       Q.  Okay.  And do you recall the -- when --
6  approximately when you first created a spread
7  sheet incorporating WAC prices?
8       A.  Probably around the time that that
9  document that -- that I wrote, that gave out the
10 plan of how we were going to proceed and saying
11 that I would get the -- the prices from First
12 DataBank through George Pennebaker.
13      Q.  Okay.
14      A.  Because I had to get the -- we had to
15 order those special, and that was either the
16 second time we had done it or the first time.
17      Q.  Okay.  That -- I don't have the exhibit
18 here, but do you recall that that document was --
19 excuse me -- created in 1996?
20      A.  I think I remember seeing in there that
21 it was '96, but we should look up to be sure of
22 the date.