# Exhibit 27

*State of California ex. rel. Ven-A-Care of the Florida Keys, Inc. v.*
*Abbott Laboratories, Inc., et al.*

Exhibit to the Declaration of Rita Hanscom in Support of Plaintiffs' Sur-Reply in Opposition to Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment

Case 1:01-cv-12257-PBS   Document 6878-4   Filed 01/29/10   Page 2 of 3

Gorospe, Pharm. D., J. Kevin - Vol. II                    September 22, 2008
                            Sacramento, CA

Page 394

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-----------------------------x

IN RE PHARMACEUTICAL INDUSTRY)

AVERAGE WHOLESALE PRICE      )

LITIGATION                   )

_____)

THIS DOCUMENT RELATES TO     ) MDL No. 1456

State of California, ex rel. ) Civil Action:

Ven-A-Care v. Abbott         ) 01-12258-PBS

Laboratories, Inc., et al.   )

-----------------------------x

VOL. II

--oOo--

MONDAY, SEPTEMBER 22, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

J. KEVIN GOROSPE, Pharm.D.

--oOo--


Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

              Registered Merit Reporter

Case 1:01-cv-12257-PBS   Document 6878-4   Filed 01/29/10   Page 3 of 3

Gorospe, Pharm. D., J. Kevin - Vol. II					September 22, 2008
                            Sacramento, CA

Page 687

1    Q.   Okay.  So this -- this type of a
2  statement about AWP you wouldn't have viewed as
3  being particularly important?
4         MR. PAUL:  Objection to form.
5         THE WITNESS:  Not at the time, no.
6  BY MR. ROBBEN:
7    Q.   Okay.  Now, the beginning part of that
8  paragraph, the part I didn't read, deals with WAC.
9         Now, WAC has no bearing on the -- on the
10 California Medicaid reimbursement; does it?
11   A.   No, it does not.
12   Q.   And it plays no part in your work with
13 Medicaid program?
14   A.   No, it does not.
15   Q.   And it didn't at the time of this
16 letter?
17   A.   No, it did not.
18   Q.   Okay.  So whatever Dey said about WAC
19 wouldn't have affected you -- you or your job in
20 Medi-Cal one way or the other; would it?
21   A.   No, it would not.
22        MR. ROBBEN:  I think we have to change