UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Master File No. 01-12257-PBS Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* Case No: 1:03-cv-11226-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**NOTICE OF FILING UNDER SEAL IN SUPPORT OF PLAINTIFFS'
SUR-REPLY IN OPPOSITION TO DEFENDANTS DEY, INC. AND DEY, L.P.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Notice is hereby given that the documents listed below have been filed with the Court under seal pursuant to the Court's December 13, 2002 Protective Order.

1) Exhibits 33 to the Declaration of Rita Hanscom in Support of Plaintiffs' Sur-Reply in Opposition to Defendants Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment.

Dated: January 29, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: __/s/ Rita Hanscom_____
NICHOLAS N. PAUL
Supervising Deputy Attorney General
RITA HANSCOM
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
Office of the Attorney General
1455 Frazee Road, Suite 315
San Diego, CA  92108
Telephone: (619) 688-6099
Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**