**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>　*State of Iowa*<br>*v.*<br>　*Abbott Laboratories Inc., et al.* | ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 07-12141<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**FEBRUARY 2010 STATUS REPORT FOR THE STATE OF IOWA**

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for February 2010, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: February 1, 2010

                                          Respectfully submitted,

                                        **KIRBY McINERNEY, LLP**
                                        825 Third Avenue
                                        New York, New York 10022
                                        (212) 371-6600

                      By:   /s/ Joanne M. Cicala_____
                               Joanne M. Cicala
                               Kathryn B. Allen
                               *Counsel for the State of Iowa*

# February 2010 Status Report for the State of Iowa

**Discovery**

**1. Motion to Compel Discovery from the State of Iowa**

To date, plaintiff has made 9 productions that consist of approximately 90,000 pages of materials (Iowa-AWP-000001-078480, Iowa-AWP-2-000001-011550, and 027051-027065) in response to defendants' document requests.

Despite such productions, on January 7, 2010, Defendants Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc. filed their Motion to Compel Discovery from the State of Iowa. *See* Docket No. 6823; Sub-docket No. 56.

Plaintiff will file its opposition thereto on or before February 22, 2010. *See* Plaintiff's Assented to Motion for Extension of Time to February 22, 2010 to File Opposition to Defendants Teva Pharmaceuticals and Novopharm's Motion to Compel. *See* filed January 22, 2010 [Docket No. 6855; Sub-docket No. 59].

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 1st day of February, 2010, she caused a true and correct copy of the above February 2010 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: February 1, 2010

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600