# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

BMS

MDL No. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

## [PROPOSED] ORDER REVISING SCHEDULE RELATED TO
## FINAL APPROVAL OF THE BMS SETTLEMENT

The Court has considered Class Plaintiff's Motion to Reschedule Dates Related to Final

Approval of the BMS Settlement and grants the motion.  The schedule associated with notice and

the final approval of the BMS settlement is hereby amended as follows:

| Date | Event |
|---|---|
| April 30, 2010 | Mailing of individual notices; publication of notice |
| May 28, 2010 | Deadline for Class 1 members to return Claim Cards |
| June 25, 2010 | Deadline for objections, requests for exclusions, and notices of appearance |
| July 16, 2010 | Briefs in support of final approval and Class Counsel's fee petition due |
| July 22, 2010 | Final approval hearing |
| September 24, 2010 | Claims deadline for all Classes |

Date:_____        _____

                                 Patti B. Saris
                                 United States District Judge