# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |

## THE J&J DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

The J&J Defendants agree with Plaintiffs that the Court should schedule oral argument on their motions for summary judgment against Class 1. In fact, the J&J Defendants requested oral argument in their original motion papers. *See* Docket Nos. 6667, 6671.

In their request for oral argument Plaintiffs have included new arguments that were not included in their opposition papers. If the Court grants oral argument, the J&J Defendants will be prepared to address this new material at that time.

Dated: February 5, 2010

/s/ Andrew D. Schau
Andrew D. Schau
Adeel A. Mangi
Elizabeth Shofner
Michael Jacobsohn
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000

*Attorneys for the J&J Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 5, 2010 a true and correct copy of the foregoing was delivered via electronic service to all counsel of record pursuant to Case Management Order No. 2.

/s/ Andrew D. Schau
Andrew D. Schau