# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | |

## **NOTICE OF FILING OF CONFIDENCE INTERVAL CALCULATIONS**

Per this Court's direction at the *Daubert* hearing on January 22, 2010, the United States files the attached letter from Mark G. Duggan, Ph.D., which contains his confidence interval calculations in these cases.

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| **CARMEN M. ORTIZ** <br> **UNITED STATES ATTORNEY** | **TONY WEST** <br> **ASSISTANT ATTORNEY GENERAL** |

 /s/  George B. Henderson, II             /s/  Renée Brooker
George B. Henderson, II                   Joyce R. Branda
Assistant U.S. Attorney                   Daniel R. Anderson
John Joseph Moakley U.S. Courthouse       Renée Brooker
Suite 9200, 1 Courthouse Way              Justin Draycott
Boston, MA 02210                          Rebecca Ford
Phone: (617) 748-3272                     Civil Division
Fax: (617) 748-3971                       Commercial Litigation Branch
                                          P. O. Box 261
**JEFFREY H. SLOMAN**                     Ben Franklin Station
UNITED STATES ATTORNEY                    Washington, D.C. 20044
SOUTHERN DISTRICT OF FLORIDA              Phone: (202) 307-1088
                                          Fax: (202) 307-3852

 /s/  Mark A. Lavine                      For the relator, Ven-A-Care of the Florida
Mark A. Lavine                            Keys, Inc.,
Ann St.Peter-Griffith
Special Attorneys for the Attorney General James J. Breen
99 N.E. 4th Street, 3rd Floor             Alison W. Simon
Miami, FL  33132                          The Breen Law Firm, P.A.
Phone:  (305) 961-9003                    3350 S.W. 148th Avenue, Suite 110
Fax: (305) 536-4101                       Miramar, FL 33027
                                          Tel: (954) 874-1635
                                          Fax: (954) 874-1705

February 5, 2010

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above **NOTICE OF FILING OF CONFIDENCE INTERVAL CALCULATIONS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      /s/ Renée Brooker
      Renée Brooker

February 5, 2010