# Exhibit A

Printed at 12/15/2004 03:27:16 PM by Carl Cioppa



"Gilmore, Gary"
<GGilmore@nt.dma.state.ma.us>

01/08/2002 04:45 PM

To: Julius A. Pasquariello/OMM/DOH@NYSDOH
cc: Carl T. Cioppa/OMM/DOH@NYSDOH, "Jeffrey, Paul" <PJeffrey@nt.dma.state.ma.us>, "Hanson, Annette" <AHanson@nt.dma.state.ma.us>
Subject: RE: Pharmacy reimbursement

Hello,

In Mass, we are prohibited by state law to use a "percentage off" formula when calculating reimbursement. So, WAC was chosen for its price plus rather than price minus posture. Currently we use WAC + 10% plus a $3 dispensing fee. This is compared to Usual and Customary (MFN applies here), FULP or state MAC and the lowest is chosen as a basis for reimbursement. We are currently studying our reimbursement methodology and believe there may be a better approach (although we have not identified it yet). Some consider WAC +10 to approximate ▓▓ - 10, however, we have seen many examples where WAC +10 approximates ▓▓ -12. We have not been able to nail down this precise relationship in the aggregate, but have folks working on it. WAC plus works well on generics that do not have a FULP and other drugs with a large variance between ▓▓ and actual selling price, however some of the more expensive drugs may price advantageously to the state using an ▓▓ minus schema. At any rate, we wish you well and we'll be very interested in anything you can share.

Thanks,
Gary

-----Original Message-----
From:    Julius A. Pasquariello [mailto:jap14@health.state.ny.us]
Sent: Tuesday, January 08, 2002 4:24 PM
To:    ggilmore@nt.dma.state.ma.us
Cc:    Carl T. Cioppa
Subject:    Pharmacy reimbursement

Dear Gary,
I am a pharmacist from The New York State Medicaid Program inquiring about the reimbursement program of WAC plus a percentage. What are the outcomes of using this type of reimbursement for your state as compared to using ▓▓ minus a percentage? Also, could you tell me what the percentage is? Thank you in advance.

Sincerely,

Julius A. Pasquariello R.Ph CGP
Office of Medicaid Management
New York State Department of Health
Pharmacy Policy and Operations

Printed at 12/15/2004 03:27:31 PM by Carl Cioppa



**Julius A. Pasquariello**
01/09/2002 08:05 AM

To: Carl T. Cioppa/OMM/DOH@NYSDOH
cc: Anita L. Murray/OMM/DOH@NYSDOH
Subject: RE: Pharmacy reimbursement

---- Forwarded by Julius A. Pasquariello/OMM/DOH on 01/09/02 08:02 AM ----



"Gilmore, Gary"
&lt;GGilmore@nt.dma.sta
te.ma.us&gt;
01/08/02 04:45 PM

To: Julius A. Pasquariello/OMM/DOH@NYSDOH
cc: Carl T. Cioppa/OMM/DOH@NYSDOH, "Jeffrey, Paul"
&lt;PJeffrey@nt.dma.state.ma.us&gt;, "Hanson, Annette"
&lt;AHanson@nt.dma.state.ma.us&gt;
Subject: RE: Pharmacy reimbursement

Hello,

In Mass, we are prohibited by state law to use a "percentage off" formula when calculating reimbursement. So, WAC was chosen for its price plus rather than price minus posture. Currently we use WAC + 10% plus a $3 dispensing fee. This is compared to Usual and Customary (MFN applies here), FULP or state MAC and the lowest is chosen as a basis for reimbursement. We are currently studying our reimbursement methodology and believe there may be a better approach (although we have not identified it yet). Some consider WAC +10 to approximate ▉ - 10, however, we have seen many examples where WAC +10 approximates ▉ -12. We have not been able to nail down this precise relationship in the aggregate, but have folks working on it. WAC plus works well on generics that do not have a FULP and other drugs with a large variance between ▉ and actual selling price, however some of the more expensive drugs may price advantageously to the state using an ▉ minus schema. At any rate, we wish you well and we'll be very interested in anything you can share.

Thanks,
Gary

-----Original Message-----
From:     Julius A. Pasquariello [mailto:jap14@health.state.ny.us]
Sent: Tuesday, January 08, 2002 4:24 PM
To:       ggilmore@nt.dma.state.ma.us
Cc:       Carl T. Cioppa
Subject:  Pharmacy reimbursement

Dear Gary,
I am a pharmacist from The New York State Medicaid Program inquiring about the reimbursement program of WAC plus a percentage. What are the outcomes of using this type of reimbursement for your state as compared to using ▉ minus a percentage? Also, could you tell me what the percentage is? Thank you in advance.

Sincerely,

Julius A. Pasquariello R.Ph CGP
Office of Medicaid Management
New York State Department of Health
Pharmacy Policy and Operations

Printed at 12/15/2004 03:27:45 PM by Carl Cioppa

**Carl T. Cioppa**
01/09/2002 09:44 AM

To: Mark-Richard Butt/OMM/DOH@NYSDOH
cc:
Subject: Pharmacy reimbursement

Do you have a contact in RI for Julius? Thanks
----- Forwarded by Carl T. Cioppa/OMM/DOH on 01/09/02 09:41 AM -----



**Julius A. Pasquariello**
01/09/02 09:26 AM

To: Carl T. Cioppa/OMM/DOH@NYSDOH
cc: Anita L. Murray/OMM/DOH@NYSDOH
Subject: Pharmacy reimbursement

Carl,
I was able to contact MA, MD, and TX. Texas and Maryland utilize the lowest of ▮▮▮▮ minus a percentage or WAC plus a percentage. I asked them if they notice a significant advantage of one over the other. RI utilizes WAC plus 5%. I tried to contact them by phone, but the contact's phone has been disconnected. I've tried other phone number, but no luck. If you know of a RI contact, please let me know, and I'll contact them.

Jules

Highly Confidential                    NYCO AWP NYDOH 08949

Printed at 12/15/2004 03:28:13 PM by Carl Cioppa



"Paula Avarista"
<PAvarist@gw.dhs.state.ri.us>

01/09/2002 12:30 PM

To: Julius A. Pasquariello/OMM/DOH@NYSDOH
cc: Carl T. Cioppa/OMM/DOH@NYSDOH
Subject: Re: Pharmacy reimbursement

We have had WAC + 5% pricing since 7/95. The biggest impact on savings is on multisource products. ie;

| Drug | WAC | ▬ |
|---|---|---|
| Naproxen 375 | .22 | .93 |
| Naproxen 500 | .29 | 1.25 |
| Lorazepam 0.5 | .31 | .68 |
| Metoprolol 50 | .04 | .56 |
| Metoprolol 100 | .11 | .83 |

For brand name drugs and new generics the WAC + 5 is approx equal to ▬ -12%.. It takes awhile to see significant savings in new generics until there are more than 3 mfg making a particular drug. Also with new generics the savings with the rebate can be better using the brand. Hope this is helpful.

Highly Confidential          NYCO AWP NYDOH 08950

Printed at 12/15/2004 03:28:27 PM by Carl Cioppa



Julius A. Pasquariello
01/09/2002 03:13 PM

To: Carl T. Cioppa/OMM/DOH@NYSDOH
cc:
Subject: Re: Pharmacy reimbursement

----- Forwarded by Julius A. Pasquariello/OMM/DOH on 01/09/02 03:10 PM -----



"Frank Tetkoski"
<TetkoskiF@dhmh.stat
e.md.us>
01/09/02 12:57 PM

To: Julius A. Pasquariello/OMM/DOH@NYSDOH
cc:
Subject: Re: Pharmacy reimbursement

```
Hi Julius-
For brand products, the ███-10 is very close to wac+10, varying slightly
depending on manufacturer.  The real value of using wac is with generic
medications, the wac+10 is a lot closer to what is actually paid than ███-10
Frank

>>> "Julius A. Pasquariello" <jap14@health.state.ny.us> 01/09/02 10:08AM >>>

Dear Mr. Tetkosli>
I am a pharmacist from the New York State Medicaid Program conducting a
survey on medicaid reimbursement to pharmacies using the WAC plus a
percentage.  The NPC Pharmaceutical Benefits manual shows Maryland using
the lowest of ███ minus 10% or WAC plus 10%.  I wish to determine if
Maryland notices a significant difference between these two rates.  Does
one rate have a significant advantage over the other?  Any information
provided would be greatly appreciated.

Sincerely,

Julius A. Pasquariello R.Ph, CGP
Pharmacy Policy and Operations
Office of Medicaid Management
New York State Department of Health
```

Highly Confidential    NYCO AWP NYDOH 08951

Printed at 12/15/2004 03:28:38 PM by Carl Cioppa



**Julius A. Pasquariello**
01/10/2002 03:25 PM

To: Carl T. Cioppa/OMM/DOH@NYSDOH
cc: Mark-Richard Butt/OMM/DOH@NYSDOH
Subject: RE: Pharmacy reimbursement

Carl
Here's TX results

Mark,
Leslie says hello to you, see last line of this e-mail

Jules

------ Forwarded by Julius A. Pasquariello/OMM/DOH on 01/10/02 03:22 PM ------



"Harper, Lesliek (hcf)"
&lt;lesliek.harper@tdh.state.tx.us&gt;
01/10/02 02:44 PM

To: Julius A. Pasquariello/OMM/DOH@NYSDOH
cc:
Subject: RE: Pharmacy reimbursement

Hi Julius,
Nice to hear from you, Happy New Year to you as well.
We have started off with a bang here, and have just finished moving our office from downstairs to upstairs. Guess we are moving up in the world.
Here in Texas, most of our brand name, single-source and innovator type drugs fall under the ▇▇-15% scenario.
The WAC plus twelve prices usually relate to generic drugs.
This does not benefit us to any great extent compared to states with WAC plus 4.5% prices. So many of our generics are MAC'd, that the category is not that large.
Over the years, the difference between ▇▇ and WAC has narrowed to some extent and the savings that have ensued have declined as well.
It will be interesting to see what our new price audits show, and I foresee the possibility that the category should be more like WAC minus up to 2%. It all depends on what your definition of WAC is. We have always considered it to be an actual cost a wholesaler would pay to a drug manufacturer for an item. Had we know, in retrospect, that this was not a real price "according to some" then we would never have considered marking it up 12% to base reimbursement on.
We are going to revise our reimbursement structure when results are complete( almost there).
I will share with you the results once they are released.
Please say Hi to Mark for me.
Best wishes,
Leslie

-----Original Message-----
From: Julius A. Pasquariello [mailto:jap14@health.state.ny.us]
Sent: Wednesday, January 09, 2002 7:54 AM
To: lesliek.harper@tdh.state.tx.us
Subject: Pharmacy reimbursement

Hi Leslie,
We met at the EMPAA conference back in October at the Sagamore. How have you been? Happy new year to you.
I'm doing a survey of states which have the WAC + 5% as a medicaid reimbursement. The NPC book shows that Texas uses ▇▇ minus 15% or WAC plus 12%, the lower of the two. I would like to determine if Texas has

**Highly Confidential**   NYCO AWP NYDOH 08952

Printed at 12/15/2004 03:28:38 PM by Carl Cioppa

benefited from using the WAC plus 12% verses the ▮▮▮ minus 15%, or if there is a significant difference for Texas between the two reimbursement rates. Any information you can send along would be appreciated. Thanks your your time.

Sincerely,

Julius A. Pasquariello R.Ph, CGP
Pharmacy Policy and Operations
Office of Medicaid Management
New York State Department of Health

Highly Confidential

NYCO AWP NYDOH 08953

Printed at 12/15/2004 03:29:09 PM by Carl Cioppa

From: <u>Mark Eichler - MT</u>
Montana is at AWP minus 10% plus $4.28... although we have just enacted an emergency (for 1st six months of 2002) a 2.6% reduction in reimbursement from net calculated price... example 100.00 AWP ▓▓▓ 10% is 90.00 plus 4.28 is 94.28 minus copay of 1.00 or 2.00 is 93.28 or 92.28 and then 2.6% reduction from that figure... not popular with pharmacists but alternatives ▓▓▓ worse....

Ally@npharm.org 01/17/02 10:48AM >>>

---

New Message on ADURS, Inc.

---

From: Ally Jorgensen -- NE
Message 1 in Discussion

Greetings all.

I'm writing on behalf of Karen Braman in Kansas. She's having a computer problem and needs to get this message to each of you quickly. I'll include her information at the bottom of this message.

Here are her questions:

What is your current reimbursement rate for drug claims

What is your current dispensing fee

Kansas is facing a budgetary shortfall and the Kansas legislature is looking to reduce the pharmacists reimbursement as a part of the solution.

You can reach Karen at:

Karen Braman, RPh, MS
Director
Kansas DUR Program
Clinical Assistant Professor
University of Kansas School of Pharmacy

Printed at 12/15/2004 03:29:09 PM by Carl Cioppa

To stop getting this e-mail, or change how often it arrives, go to your E-mail Settings.

Need help? If you've forgotten your password, please go to Passport Member Services.
For other questions or feedback, go to our Contact Us page.

If you do not want to receive future e-mail from this MSN community, or if you received this message by mistake, please click the "Remove" link below. On the pre-addressed e-mail message that opens, simply click "Send". Your e-mail address will be deleted from this community's mailing list.
Remove my e-mail address from ADURS, Inc..

―― Forwarded by Michael A. Zegarelli/OMM/DOH on 01/18/02 08:01 AM ――



"Duane Parke"
&lt;dparke@doh.state.ut.us&gt;

01/18/02 07:49 AM
Please respond to
"ADURS, Inc."

To: &lt;ADURSInc@communities.msn.com&gt;
cc:
Subject: Re: Rx Claim Reimbursement & Dispensing Fee

[IMAGE]
 [IMAGE]
   [IMAGE]

New Message on ADURS, Inc.

**Rx Claim Reimbursement & Dispensing Fee**

Reply to Sender  [IMAGE]Recommend

[Reply [IMAGE]] [Message 9 in Discussion]

From: Duane Parke -- UT
Utah's reimbursement is AWP-12% + $3.90 ($4.40 rural)
Starting August 1, 2002, that will change to AWP-15 + 3.90 for brand
AWP-20 + 3.90 for generic
This increase in the discount will only be in our Urban areas (six counties).
We have implemented a 7 prescription limit effective January 1,

Highly Confidential

NYCO AWP NYDOH 08955

Printed at 12/15/2004 03:30:14 PM by Carl Cioppa

> From: Peggy King--WV
> Pam:
> Are you changing the dispensing fee too?
>
> Peggy A. King, R.Ph.
> Bureau for Medical Services
> 350 Capitol Street, Room 251
> Charleston, WV 25301-3707
> Phone: (304) 558-5963
> Fax: (304) 558-1542
>
>
> >>> Pamela.Ford@medicaid.state.ar.us 01/18/02 09:07AM >>>
>
> New Message on ADURS, Inc.
>
> From: Pamela Ford--AR
> Message 10 in Discussion
>
> Our State contracted with Myers and
> Stauffer in January 2001 to conduct two surveys concerning the acquisition costs
> of pharmaceuticals and the dispensing costs of pharmaceuticals in the State of
> Arkansas. Of the approximately 870
> Arkansas Medicaid Pharmacy Providers, 334 responded with invoices to the
> acquisition cost survey and 521 responded to the dispensing cost survey. As a result of this survey, which was
> completed in June 2001, Arkansas has applied to CMS (HCFA) to amend our State
> Plan changing the reimbursement rates from AWP-10.5% for both ▓▓▓ name and
> generic drugs to AWP-14% for Brand ▓▓▓ drugs, and to AWP-25% for generic
> drugs.
>
> Our current
> dispensing fee is $5.51.
> Pamela
> Ford
> Arkansas
> -----Original Message-----
> From: Ally Jorgensen
> [mailto:Ally@npharm.org]

Highly Confidential            NYCO AWP NYDOH 08956

Printed at 12/15/2004 03:29:59 PM by Carl Cioppa

From: Pamela Ford--AR
Our State contracted with Myers and Stauffer in January 2001 to conduct two surveys concerning the acquisition costs of pharmaceuticals and the dispensing costs of pharmaceuticals in the State of Arkansas. Of the approximately 870 Arkansas Medicaid Pharmacy Providers, 334 responded with invoices to the acquisition cost survey and 521 responded to the dispensing cost survey. As a result of this survey, which was completed in June 2001, Arkansas has applied to CMS (HCFA) to amend our State Plan changing the reimbursement rates from AWP-10.5% for both brand name ▇▇ generic drugs to AWP-14% for Brand Name drugs, ▇▇ to AWP-25% for generic drugs.

Our current dispensing fee is $5.51.
Pamela Ford
Arkansas
-----Original Message-----
From: Ally Jorgensen [mailto:Ally@npharm.org]
Sent: Thursday, January 17, 2002 11:48 AM
To: ADURSInc@communities.msn.com
Subject: Rx Claim Reimbursement & Dispensing Fee

New Message on ADURS, Inc.

**Rx Claim Reimbursement & Dispensing Fee**

Reply Reply to Sender  Recommend     Message 1 in Discussion

From: Ally Jorgensen -- NE
Greetings all.

I'm writing on behalf of Karen Braman in Kansas. She's having a computer problem and needs to get this message to each of you quickly. I'll include her information at the bottom of this message.

Here are her questions:

What is your current reimbursement rate for drug claims

Highly Confidential       NYCO AWP NYDOH 08957

Printed at 12/15/2004 03:29:59 PM by Carl Cioppa

> What is your current dispensing fee
>
> Kansas is facing a budgetary shortfall and the Kansas legislature is looking to reduce the pharmacists reimbursement as a part of the solution.
>
> You can reach Karen at:
>
> Karen Braman, RPh, MS
> Director
> Kansas DUR Program
> Clinical Assistant Professor
> University of Kansas School of Pharmacy
> 1251 Wescoe Hall Drive
> Malott Hall, Room 6050 F
> Lawrence, KS 66045-7582
>
> (785) 864-3264
>
> kbraman@ku.edu
>
> View other communities in this category.

View other communities in this category.

Find your perfect Hawaiian vacation on Expedia.com

**Also on MSN:**
Start Chatting | Listen to Music | House & Home | Try Online Dating | Daily Horoscopes[IMAGE]

To stop getting this e-mail, or change how often it arrives, go to your E-mail Settings.

Need help? If you've forgotten your password, please go to Passport Member Services.
For other questions or feedback, go to our Contact Us page.

If you do not want to receive future e-mail from this MSN community, or if you received this message by mistake, please click the "Remove" link below. On the pre-addressed e-mail message that opens, simply click "Send". Your e-mail address will be deleted from this community's mailing list.
Remove my e-mail address from ADURS, Inc..

Highly Confidential                    NYCO AWP NYDOH 08958