# Exhibit B

Printed at 12/15/2004 03:16:10 PM by Carl Cioppa



**Carl T. Cioppa**
06/09/2000 03:26 PM

To: Mark-Richard Butt/OMM/DOH@NYSDOH, Dennis P. Pidgeon/OMM/DOH@NYSDOH
cc:
Subject: 'new' AWPs

Jim Shiffer(sp) asked about the new prices for a couple of NDCs. While checking albuterol 0.083% neb, 49502-0697-03, Dennis and I discovered that some of the new AWPs are lower than FUL prices. The logic in the program that changes prices on the 'formulary' assumes that the FUL will always be lower than the ▇▇▇▇ for an NDC. Therefore, reimbursement for NDCs which have 'new' AWPs which are lower than the FUL, was not changed on the 'formulary'. The program will have to be modified to accommodate the 'new AWPs'.

CONFIDENTIAL         NYCO AWP NYDOH 03899