UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| BMS | Judge Patti B. Saris |

## [PROPOSED] ORDER REVISING SCHEDULE RELATED TO FINAL APPROVAL OF THE BMS SETTLEMENT

The Court has considered Class Plaintiff's Motion to Reschedule Dates Related to Final Approval of the BMS Settlement and grants the motion. The schedule associated with notice and the final approval of the BMS settlement is hereby amended as follows:

| Date | Event |
|---|---|
| April 30, 2010 | Mailing of individual notices; publication of notice |
| May 28, 2010 | Deadline for Class 1 members to return Claim Cards |
| June 25, 2010 | Deadline for objections, requests for exclusions, and notices of appearance |
| July 7, 2010 | Briefs in support of final approval and Class Counsel's fee petition due |
| July 9, 2010  2pm | Final approval hearing |
| September 24, 2010 | Claims deadline for all Classes |

Date: 2/12/2010

Patti B. Saris
United States District Judge