# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL | ) |
| INDUSTRY AVERAGE WHOLESALE | ) |
| PRICE LITIGATION | )  MDL No. 1456 |
| ———————————————— | )  Master Case No. 01-12257-PBS |
| | ) |
| THIS DOCUMENT RELATES TO: | )  Subcategory Case No. 06-11337-PBS |
| | ) |
| *United States of America ex rel. Ven-a-* | ) |
| *Care of the Florida Keys, Inc., et al. v.* | ) |
| *Dey, Inc., et al.,* Civil Action No. 05- | ) |
| 11084-PBS | ) |

## UNITED STATES' MOTION TO EXCLUDE
## CERTAIN TESTIMONY OF W. DAVID BRADFORD, PH.D

The United States of America, through its undersigned counsel, hereby moves to

exclude certain expert testimony of W. David Bradford, Ph.D., an expert witness of the

defendants Dey, Inc., Dey, L.P., and Dey, L.P., Inc.  The specific testimony sought to be

excluded and the grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

| | |
|---|---|
| TONY WEST | CARMEN M. ORTIZ |
| ASSISTANT ATTORNEY GENERAL | UNITED STATES ATTORNEY |

 /s/ Laurie A. Oberembt           By:     /s/ George B. Henderson, II
Joyce R. Branda                              George B. Henderson, II
Daniel R. Anderson                           Barbara Healy Smith
Laurie A. Oberembt                           James J. Fauci
Civil Division                               Assistant U.S. Attorneys
Commercial Litigation Branch                 United States Courthouse
P. O. Box 261                                1 Courthouse Way, Suite 9200
Ben Franklin Station                         Boston, MA 02210
Washington, D.C. 20044                       (617) 748-3272
(202) 514-3345

FOR THE RELATOR,

James J. Breen                               Gary Azorsky, Esq.
Allison Warren Simon                         Susan Schneider Thomas, Esq.
The Breen Law Firm, P.A.                     Berger & Montague, P.C.
5755 Northpoint Parkway, Suite 260           1622 Locust St.
Alpharetta, GA 30022                         Philadelphia, PA 19103
Tel. (770) 740-000                           (215) 875-3090

<u>CERTIFICATION</u>

The undersigned certifies that counsel have conferred pursuant to LR 7.1(A)(2).

 George B. Henderson, II
George B. Henderson, II

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

February 14, 2010                            /s/ George B. Henderson, II