# Exhibit 1A
## (Part 2)

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States'
Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 45: State claims data**



Source: FDB pricing data, CA claims data

**Figure 46: State claims data**



Source: FDB pricing data, CA claims data

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 47: State claims data**





**Figure 48: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 49: State claims data**





**Figure 50: State claims data**



Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 51: State claims data**



**Figure 52: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 53: State claims data**





**Figure 54: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 55: State claims data**





**Figure 56: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 57: State claims data**





**Figure 58: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 59: State claims data**





**Figure 60: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 61: State claims data**



**Figure 62: State claims data**



Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 63: State claims data**



**Figure 64: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 65: State claims data**



**Figure 66: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 67: State claims data**





**Figure 68: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 69: State claims data**



**Figure 70: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 71: State claims data**





**Figure 72: State claims data**



Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 73: State claims data**



**Figure 74: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 75: State claims data**



**Figure 76: State claims data**

