# Exhibit 1A
## (Part 3)

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States'
Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 77: State claims data**



**Figure 78: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 79: State claims data**



**Figure 80: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 81: State claims data**



**Figure 82: State claims data**



Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 83: State claims data**



**Figure 84: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 85: State claims data**



**Figure 86: State claims data**



Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 87: State claims data**



**Figure 88: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 89: State claims data**



**Figure 90: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 91: State claims data**



**Figure 92: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 93: State claims data**



**Figure 94: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 95: State claims data**



**Figure 96: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 97: State claims data**



**Figure 98: State claims data**

