# Exhibit 1A
## (Part 4)

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States'
Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 99: State claims data**



**Figure 100: State claims data**



Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 101: State claims data**



**Figure 102: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 103: State claims data**



**Figure 104: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 105: State claims data**



**Figure 106: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 107: State claims data**





**Figure 108: State claims data**



Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 109: State claims data**



**Figure 110: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 111: State claims data**



**Figure 112: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 113: State claims data**



**Figure 114: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 115: State claims data**



**Figure 116: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 117: State claims data**



**Figure 118: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 119: State claims data**





**Figure 120: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 121: State claims data**





**Figure 122: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 123: State claims data**





**Figure 124: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 125: State claims data**



**Figure 126: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 127: State claims data**



Appendices to the Expert Report of Professor David Bradford, Ph.D.

# Appendix G: Medicaid differences

69.     In this section I will describe the steps I take to calculate the Medicaid differences presented in this report. I use the results of the payment basis analysis as the state claims data input files for the difference calculation. For the eight states (FL, MI, MO, NC, NE, NM, PA, and SC) where I calculate additional payment basis matches, using the method previously described, I use the results containing these added matches.

70.     I combine all the state claims data files into one large file and then merge it with my pricing file, which contains published AWP and WAC prices as well as various other prices used to approximate AWP and WAC. I then adjust these prices to estimate the amount paid by the state of Massachusetts. After I have established this baseline, I calculate what Massachusetts would have paid under different pricing scenarios. I also consider scenarios under which claims with certain payment bases are excluded from the difference calculations. Finally, at the claim level, I calculate the difference between these two prices under various scenarios.

71.     In order to maintain a conservative analysis I convert negative differences to zero. I approximate the differences for claims without alternate prices available by scaling up the calculated differences by the ratio of payments made when no alternate price is available to the ratio of payments made when an alternate price is available.

Appendices to the Expert Report of Professor David Bradford, Ph.D.

# G.1. Alternate adjustments to Dr. Duggan's Medicaid differences

## G.1.1. Scenario 1

▪ 95th percentile of acquisition cost as alternate for WAC

▪ Exclude claims where the basis of payment is unknown, FUL, or state MAC

**Figure 128: Adjustments to Dr. Duggan's difference calculations**

| State | First quarter | Last quarter | Number of claims | Total amount paid | Duggan differences | Adjusted differences | Dispensing fee shortfall | Positive differences |
|-------|--------------|--------------|------------------|-------------------|--------------------|--------------------|--------------------|--------------------|
| California | 1994 Q2 | 2007 Q3 | 1,180,288 | $56,432,682 | $29,277,564 | $768,095 | $(4,998,588) | $- |
| Florida | 1993 Q4 | 2005 Q4 | 1,034,957 | $38,134,536 | $14,642,919 | $871,715 | $(3,914,903) | $- |
| Georgia | 2000 Q4 | 2006 Q4 | 453,630 | $13,653,087 | $7,090,473 | $15,900 | $(2,095,325) | $- |
| Illinois | 1992 Q2 | 2006 Q4 | 865,352 | $24,344,447 | $9,753,355 | $96,118 | $(3,493,977) | $- |
| Kentucky | 1995 Q1 | 2005 Q1 | 450,154 | $21,215,378 | $11,772,488 | $210,659 | $(1,705,605) | $- |
| Louisiana | 2001 Q1 | 2007 Q3 | 487,231 | $22,284,360 | $11,626,140 | $104,547 | $(1,904,855) | $- |
| Massachusetts | 1996 Q3 | 2007 Q4 | 538,919 | $12,379,903 | $3,729,250 | $201,444 | $(2,187,153) | $- |
| Michigan | 2000 Q4 | 2007 Q2 | 289,498 | $5,558,225 | $2,699,088 | $141,840 | $(1,341,943) | $- |
| Missouri | 1994 Q1 | 2005 Q1 | 377,305 | $12,821,638 | $5,708,973 | $96,983 | $(1,423,316) | $- |
| New Jersey | 1992 Q2 | 2008 Q4 | 762,843 | $27,020,144 | $13,470,765 | $222,257 | $(3,660,057) | $- |
| New York | 1993 Q4 | 2007 Q2 | 1,536,294 | $66,196,255 | $21,252,191 | $229,067 | $(5,955,999) | $- |
| North Carolina | 2001 Q1 | 2007 Q1 | 309,225 | $7,644,280 | $3,366,224 | $168,731 | $(1,383,384) | $- |
| Pennsylvania | 1998 Q3 | 2006 Q4 | 599,763 | $17,873,914 | $11,076,328 | $36,903 | $(2,521,772) | $- |
| Virginia | 2000 Q3 | 2008 Q4 | 279,934 | $8,814,654 | $5,167,179 | $140,806 | $(1,296,801) | $- |
| Total | | | 9,165,393 | $334,373,502 | $150,632,937 | $3,305,066 | $(37,883,678) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

**Figure 129: Difference calculations and adjustments for additional states**

| State | First quarter | Last quarter | Number of claims | Total amount paid | Adjusted differences | Dispensing fee shortfall | Positive differences |
|-------|--------------|--------------|------------------|-------------------|--------------------|--------------------|--------------------|
| Alabama | 1993 Q1 | 2005 Q1 | 359,030 | $11,278,554 | $356,153 | $(1,370,871) | $- |
| Alaska | 1996 Q1 | 2006 Q4 | 47,096 | $1,893,535 | $18,258 | $(190,078) | $- |
| Arkansas | 2000 Q1 | 2008 Q1 | 97,947 | $3,152,729 | $6,775 | $(435,539) | $- |
| Connecticut | 1994 Q4 | 2004 Q2 | 150,686 | $6,405,952 | $65,393 | $(554,396) | $- |
| Delaware | 2003 Q1 | 2008 Q1 | 37,492 | $583,840 | $13,430 | $(204,598) | $- |
| Hawaii | 1993 Q1 | 2006 Q1 | 50,298 | $2,204,617 | $20,614 | $(182,760) | $- |
| Idaho | 1993 Q1 | 2005 Q4 | 77,605 | $3,042,753 | $13,972 | $(292,631) | $- |
| Kansas | 1993 Q4 | 2004 Q2 | 130,326 | $5,010,179 | $38,857 | $(472,216) | $- |
| Maine | 1996 Q3 | 2008 Q1 | 61,536 | $1,152,125 | $193 | $(323,691) | $- |
| Minnesota | 1999 Q1 | 2007 Q4 | 137,209 | $4,408,477 | $19,088 | $(581,875) | $- |
| Nebraska | 1999 Q1 | 2004 Q2 | 79,091 | $2,552,604 | $30,572 | $(305,719) | $- |
| New Mexico | 1992 Q3 | 2006 Q4 | 70,572 | $2,648,190 | $26,462 | $(246,903) | $- |
| Ohio | 2000 Q3 | 2005 Q4 | 748,035 | $22,575,028 | $49,395 | $(3,313,246) | $- |
| Rhode Island | 1994 Q4 | 2008 Q1 | 53,690 | $1,396,008 | $34,436 | $(215,106) | $- |
| South Carolina | 1993 Q1 | 2006 Q4 | 173,096 | $7,017,919 | $62,143 | $(712,818) | $- |
| Utah | 1998 Q1 | 2007 Q2 | 58,148 | $1,647,844 | $15,344 | $(250,005) | $- |
| Wisconsin | 1992 Q4 | 2005 Q4 | 286,739 | $9,499,609 | $6,026 | $(1,101,279) | $- |
| Wyoming | 1998 Q3 | 2004 Q2 | 15,895 | $734,935 | $8,837 | $(60,940) | $- |
| Total | | | 2,634,491 | $87,204,897 | $785,947 | $(10,814,672) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

Appendices to the Expert Report of Professor David Bradford, Ph.D.

## G.1.2. Scenario 2

▪ 95th percentile of acquisition cost, lagged two quarters, as alternate for WAC

▪ Exclude claims where the basis of payment is unknown

**Figure 130: Adjustments to Dr. Duggan's difference calculations**

| State | First quarter | Last quarter | Number of claims | Total amount paid | Duggan differences | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|---|
| California | 1994 Q2 | 2007 Q3 | 1,180,288 | $56,432,682 | $29,277,564 | $819,583 | $(4,998,588) | $- |
| Florida | 1993 Q4 | 2005 Q4 | 1,034,957 | $38,134,536 | $14,642,919 | $406,159 | $(3,914,903) | $- |
| Georgia | 2000 Q4 | 2006 Q4 | 453,630 | $13,653,087 | $7,090,473 | $252,411 | $(2,095,325) | $- |
| Illinois | 1992 Q2 | 2006 Q4 | 865,352 | $24,344,447 | $9,753,355 | $184,347 | $(3,493,977) | $- |
| Kentucky | 1995 Q1 | 2005 Q1 | 450,154 | $21,215,378 | $11,772,488 | $173,074 | $(1,705,605) | $- |
| Louisiana | 2001 Q1 | 2007 Q3 | 487,231 | $22,284,360 | $11,626,140 | $181,244 | $(1,904,855) | $- |
| Massachusetts | 1996 Q3 | 2007 Q4 | 538,919 | $12,379,903 | $3,729,250 | $96,102 | $(2,187,153) | $- |
| Michigan | 2000 Q4 | 2007 Q2 | 289,498 | $5,558,225 | $2,699,088 | $75,311 | $(1,341,943) | $- |
| Missouri | 1994 Q1 | 2005 Q1 | 377,305 | $12,821,638 | $5,708,973 | $98,646 | $(1,423,316) | $- |
| New Jersey | 1992 Q2 | 2008 Q4 | 762,843 | $27,020,144 | $13,470,765 | $135,341 | $(3,660,057) | $- |
| New York | 1993 Q4 | 2007 Q2 | 1,536,294 | $66,196,255 | $21,252,191 | $293,490 | $(5,955,999) | $- |
| North Carolina | 2001 Q1 | 2007 Q1 | 309,225 | $7,644,280 | $3,366,224 | $111,705 | $(1,383,384) | $- |
| Pennsylvania | 1998 Q3 | 2006 Q4 | 599,763 | $17,873,914 | $11,076,328 | $175,222 | $(2,521,772) | $- |
| Virginia | 2000 Q3 | 2008 Q4 | 279,934 | $8,814,654 | $5,167,179 | $158,629 | $(1,296,801) | $- |
| Total | | | 9,165,393 | $334,373,502 | $150,632,937 | $3,161,265 | $(37,883,678) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

**Figure 131: Difference calculations and adjustments for additional states**

| State | First quarter | Last quarter | Number of claims | Total amount paid | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|
| Alabama | 1993 Q1 | 2005 Q1 | 359,030 | $11,278,554 | $193,089 | $(1,370,871) | $- |
| Alaska | 1996 Q1 | 2006 Q4 | 47,096 | $1,893,535 | $12,053 | $(190,078) | $- |
| Arkansas | 2000 Q1 | 2008 Q4 | 97,947 | $3,152,729 | $56,785 | $(435,539) | $- |
| Connecticut | 1994 Q4 | 2004 Q2 | 150,686 | $6,405,952 | $33,376 | $(554,396) | $- |
| Delaware | 2003 Q1 | 2008 Q1 | 37,492 | $583,840 | $23,159 | $(204,598) | $- |
| Hawaii | 1993 Q1 | 2006 Q1 | 50,298 | $2,204,617 | $19,322 | $(182,760) | $- |
| Idaho | 1993 Q1 | 2005 Q4 | 77,605 | $3,042,753 | $26,815 | $(292,631) | $- |
| Kansas | 1993 Q4 | 2004 Q2 | 130,326 | $5,010,179 | $18,213 | $(472,216) | $- |
| Maine | 1996 Q3 | 2008 Q1 | 61,536 | $1,152,125 | $31,868 | $(323,691) | $- |
| Minnesota | 1999 Q1 | 2007 Q4 | 137,209 | $4,408,477 | $51,117 | $(581,875) | $- |
| Nebraska | 1999 Q1 | 2004 Q2 | 79,091 | $2,552,604 | $11,067 | $(305,719) | $- |
| New Mexico | 1992 Q3 | 2006 Q4 | 70,572 | $2,648,190 | $11,937 | $(246,903) | $- |
| Ohio | 2000 Q3 | 2005 Q4 | 748,035 | $22,575,028 | $388,061 | $(3,313,246) | $- |
| Rhode Island | 1994 Q4 | 2008 Q1 | 53,690 | $1,396,008 | $15,990 | $(215,106) | $- |
| South Carolina | 1993 Q1 | 2006 Q4 | 173,096 | $7,017,919 | $53,911 | $(712,818) | $- |
| Utah | 1998 Q1 | 2007 Q2 | 58,148 | $1,647,844 | $21,641 | $(250,005) | $- |
| Wisconsin | 1992 Q4 | 2005 Q4 | 286,739 | $9,499,609 | $76,211 | $(1,101,279) | $- |
| Wyoming | 1998 Q3 | 2004 Q2 | 15,895 | $734,935 | $5,347 | $(60,940) | $- |
| Total | | | 2,634,491 | $87,204,897 | $1,049,963 | $(10,814,672) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

## G.1.3. Scenario 3

- 95th percentile of acquisition cost, lagged two quarters, as alternate for WAC
- Exclude claims where the basis of payment is unknown, FUL, or state MAC

### Figure 132: Adjustments to Dr. Duggan's difference calculations

| State | First quarter | Last quarter | Number of claims | Total amount paid | Duggan differences | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|---|
| California | 1994 Q2 | 2007 Q3 | 1,180,288 | $56,432,682 | $29,277,564 | $399,505 | $(4,998,588) | $- |
| Florida | 1993 Q4 | 2005 Q4 | 1,034,957 | $38,134,536 | $14,642,919 | $405,170 | $(3,914,903) | $- |
| Georgia | 2000 Q4 | 2006 Q4 | 453,630 | $13,653,087 | $7,090,473 | $17,835 | $(2,095,325) | $- |
| Illinois | 1992 Q2 | 2006 Q4 | 865,352 | $24,344,447 | $9,753,355 | $58,384 | $(3,493,977) | $- |
| Kentucky | 1995 Q1 | 2005 Q1 | 450,154 | $21,215,378 | $11,772,488 | $101,472 | $(1,705,605) | $- |
| Louisiana | 2001 Q1 | 2007 Q3 | 487,231 | $22,284,360 | $11,626,140 | $54,953 | $(1,904,855) | $- |
| Massachusetts | 1996 Q3 | 2007 Q4 | 538,919 | $12,379,903 | $3,729,250 | $79,632 | $(2,187,153) | $- |
| Michigan | 2000 Q4 | 2007 Q2 | 289,498 | $5,558,225 | $2,699,088 | $68,125 | $(1,341,943) | $- |
| Missouri | 1994 Q1 | 2005 Q1 | 377,305 | $12,821,638 | $5,708,973 | $49,605 | $(1,423,316) | $- |
| New Jersey | 1992 Q2 | 2008 Q4 | 762,843 | $27,020,144 | $13,470,765 | $133,182 | $(3,660,057) | $- |
| New York | 1993 Q4 | 2007 Q2 | 1,536,294 | $66,196,255 | $21,252,191 | $162,935 | $(5,955,999) | $- |
| North Carolina | 2001 Q1 | 2007 Q1 | 309,225 | $7,644,280 | $3,366,224 | $109,086 | $(1,383,384) | $- |
| Pennsylvania | 1998 Q3 | 2006 Q4 | 599,763 | $17,873,914 | $11,076,328 | $18,041 | $(2,521,772) | $- |
| Virginia | 2000 Q3 | 2008 Q4 | 279,934 | $8,814,654 | $5,167,179 | $64,722 | $(1,296,801) | $- |
| Total | | | 9,165,393 | $334,373,502 | $150,632,937 | $1,722,646 | $(37,883,678) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

### Figure 133: Difference calculations and adjustments for additional states

| State | First quarter | Last quarter | Number of claims | Total amount paid | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|
| Alabama | 1993 Q1 | 2005 Q1 | 359,030 | $11,278,554 | $189,157 | $(1,370,871) | $- |
| Alaska | 1996 Q1 | 2006 Q4 | 47,096 | $1,893,535 | $9,855 | $(190,078) | $- |
| Arkansas | 2000 Q1 | 2008 Q1 | 97,947 | $3,152,729 | $19,738 | $(435,539) | $- |
| Connecticut | 1994 Q4 | 2004 Q2 | 150,686 | $6,405,952 | $26,778 | $(554,396) | $- |
| Delaware | 2003 Q1 | 2008 Q1 | 37,492 | $583,840 | $9,427 | $(204,598) | $- |
| Hawaii | 1993 Q1 | 2006 Q1 | 50,298 | $2,204,617 | $13,063 | $(182,760) | $- |
| Idaho | 1993 Q1 | 2005 Q4 | 77,605 | $3,042,753 | $5,145 | $(292,631) | $- |
| Kansas | 1993 Q4 | 2004 Q2 | 130,326 | $5,010,179 | $13,165 | $(472,216) | $- |
| Maine | 1996 Q3 | 2008 Q1 | 61,536 | $1,152,125 | $102 | $(323,691) | $- |
| Minnesota | 1999 Q1 | 2007 Q4 | 137,209 | $4,408,477 | $16,207 | $(581,875) | $- |
| Nebraska | 1999 Q1 | 2004 Q2 | 79,091 | $2,552,604 | $8,684 | $(305,719) | $- |
| New Mexico | 1992 Q3 | 2006 Q4 | 70,572 | $2,648,190 | $10,650 | $(246,903) | $- |
| Ohio | 2000 Q3 | 2005 Q4 | 748,035 | $22,575,028 | $27,075 | $(3,313,246) | $- |
| Rhode Island | 1994 Q4 | 2008 Q1 | 53,690 | $1,396,008 | $15,990 | $(215,106) | $- |
| South Carolina | 1993 Q1 | 2006 Q4 | 173,096 | $7,017,919 | $29,357 | $(712,818) | $- |
| Utah | 1998 Q1 | 2007 Q2 | 58,148 | $1,647,844 | $8,963 | $(250,005) | $- |
| Wisconsin | 1992 Q4 | 2005 Q4 | 286,739 | $9,499,609 | $21,254 | $(1,101,279) | $- |
| Wyoming | 1998 Q3 | 2004 Q2 | 15,895 | $734,935 | $3,684 | $(60,940) | $- |
| Total | | | 2,634,491 | $87,204,897 | $428,293 | $(10,814,672) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

Appendices to the Expert Report of Professor David Bradford, Ph.D.

## G.1.4. Scenario 4

- 99th percentile of acquisition cost as alternate for WAC
- Exclude claims where the basis of payment is unknown

### Figure 134: Adjustments to Dr. Duggan's difference calculations

| State | First quarter | Last quarter | Number of claims | Total amount paid | Duggan differences | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|---|
| California | 1994 Q2 | 2007 Q3 | 1,180,288 | $56,432,682 | $29,277,564 | $218,633 | $(4,998,588) | $- |
| Florida | 1993 Q4 | 2005 Q4 | 1,034,957 | $38,134,536 | $14,642,919 | $131,900 | $(3,914,903) | $- |
| Georgia | 2000 Q4 | 2006 Q4 | 453,630 | $13,653,087 | $7,090,473 | $74,141 | $(2,095,325) | $- |
| Illinois | 1992 Q2 | 2006 Q4 | 865,352 | $24,344,447 | $9,753,355 | $61,643 | $(3,493,977) | $- |
| Kentucky | 1995 Q1 | 2005 Q1 | 450,154 | $21,215,378 | $11,772,488 | $52,761 | $(1,705,605) | $- |
| Louisiana | 2001 Q1 | 2007 Q3 | 487,231 | $22,284,360 | $11,626,140 | $46,832 | $(1,904,855) | $- |
| Massachusetts | 1996 Q3 | 2007 Q4 | 538,919 | $12,379,903 | $3,729,250 | $20,757 | $(2,187,153) | $- |
| Michigan | 2000 Q4 | 2007 Q2 | 289,498 | $5,558,225 | $2,699,088 | $18,506 | $(1,341,943) | $- |
| Missouri | 1994 Q1 | 2005 Q1 | 377,305 | $12,821,638 | $5,708,973 | $29,580 | $(1,423,316) | $- |
| New Jersey | 1992 Q2 | 2008 Q4 | 762,843 | $27,020,144 | $13,470,765 | $32,722 | $(3,660,057) | $- |
| New York | 1993 Q4 | 2007 Q2 | 1,536,294 | $66,196,255 | $21,252,191 | $55,401 | $(5,955,999) | $- |
| North Carolina | 2001 Q1 | 2007 Q1 | 309,225 | $7,644,280 | $3,366,224 | $30,161 | $(1,383,384) | $- |
| Pennsylvania | 1998 Q3 | 2006 Q4 | 599,763 | $17,873,914 | $11,076,328 | $47,831 | $(2,521,772) | $- |
| Virginia | 2000 Q3 | 2008 Q4 | 279,934 | $8,814,654 | $5,167,179 | $44,193 | $(1,296,801) | $- |
| Total | | | 9,165,393 | $334,373,502 | $150,632,937 | $865,061 | $(37,883,678) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

### Figure 135: Difference calculations and adjustments for additional states

| State | First quarter | Last quarter | Number of claims | Total amount paid | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|
| Alabama | 1993 Q1 | 2005 Q1 | 359,030 | $11,278,554 | $77,748 | $(1,370,871) | $- |
| Alaska | 1996 Q1 | 2006 Q4 | 47,096 | $1,893,535 | $1,928 | $(190,078) | $- |
| Arkansas | 2000 Q1 | 2008 Q1 | 97,947 | $3,152,729 | $13,500 | $(435,539) | $- |
| Connecticut | 1994 Q4 | 2004 Q2 | 150,686 | $6,405,952 | $9,340 | $(554,396) | $- |
| Delaware | 2003 Q1 | 2008 Q1 | 37,492 | $583,840 | $5,945 | $(204,598) | $- |
| Hawaii | 1993 Q1 | 2006 Q1 | 50,298 | $2,204,617 | $3,978 | $(182,760) | $- |
| Idaho | 1993 Q1 | 2005 Q4 | 77,605 | $3,042,753 | $6,012 | $(292,631) | $- |
| Kansas | 1993 Q4 | 2004 Q2 | 130,326 | $5,010,179 | $3,857 | $(472,216) | $- |
| Maine | 1996 Q3 | 2008 Q1 | 61,536 | $1,152,125 | $5,056 | $(323,691) | $- |
| Minnesota | 1999 Q1 | 2007 Q4 | 137,209 | $4,408,477 | $12,344 | $(581,875) | $- |
| Nebraska | 1999 Q1 | 2004 Q2 | 79,091 | $2,552,604 | $3,707 | $(305,719) | $- |
| New Mexico | 1992 Q3 | 2006 Q4 | 70,572 | $2,648,190 | $4,139 | $(246,903) | $- |
| Ohio | 2000 Q3 | 2005 Q4 | 748,035 | $22,575,028 | $117,985 | $(3,313,246) | $- |
| Rhode Island | 1994 Q4 | 2008 Q1 | 53,690 | $1,396,008 | $3,367 | $(215,106) | $- |
| South Carolina | 1993 Q1 | 2006 Q4 | 173,096 | $7,017,919 | $12,528 | $(712,818) | $- |
| Utah | 1998 Q1 | 2007 Q2 | 58,148 | $1,647,844 | $5,167 | $(250,005) | $- |
| Wisconsin | 1992 Q4 | 2005 Q4 | 286,739 | $9,499,609 | $15,508 | $(1,101,279) | $- |
| Wyoming | 1998 Q3 | 2004 Q2 | 15,895 | $734,935 | $1,573 | $(60,940) | $- |
| Total | | | 2,634,491 | $87,204,897 | $303,681 | $(10,814,672) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

Appendices to the Expert Report of Professor David Bradford, Ph.D.

# G.1.5. Scenario 5

- 99th percentile of acquisition cost as alternate for WAC
- Exclude claims where the basis of payment is unknown, FUL, or state MAC

### Figure 136: Adjustments to Dr. Duggan's difference calculations

| State | First quarter | Last quarter | Number of claims | Total amount paid | Duggan differences | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|---|
| California | 1994 Q2 | 2007 Q3 | 1,180,288 | $56,432,682 | $29,277,564 | $52,711 | $(4,998,588) | $- |
| Florida | 1993 Q4 | 2005 Q4 | 1,034,957 | $38,134,536 | $14,642,919 | $131,900 | $(3,914,903) | $- |
| Georgia | 2000 Q4 | 2006 Q4 | 453,630 | $13,653,087 | $7,090,473 | $1,222 | $(2,095,325) | $- |
| Illinois | 1992 Q2 | 2006 Q4 | 865,352 | $24,344,447 | $9,753,355 | $7,847 | $(3,493,977) | $- |
| Kentucky | 1995 Q1 | 2005 Q1 | 450,154 | $21,215,378 | $11,772,488 | $12,689 | $(1,705,605) | $- |
| Louisiana | 1992 Q1 | 2007 Q3 | 487,231 | $22,284,360 | $11,626,140 | $9,494 | $(1,904,855) | $- |
| Massachusetts | 1996 Q3 | 2007 Q4 | 538,919 | $12,379,903 | $3,729,250 | $20,715 | $(2,187,153) | $- |
| Michigan | 2000 Q4 | 2007 Q2 | 289,498 | $5,558,225 | $2,699,088 | $14,019 | $(1,341,943) | $- |
| Missouri | 1994 Q1 | 2005 Q1 | 377,305 | $12,821,638 | $5,708,973 | $16,983 | $(1,423,316) | $- |
| New Jersey | 1992 Q2 | 2008 Q4 | 762,843 | $27,020,144 | $13,470,765 | $32,182 | $(3,660,057) | $- |
| New York | 1993 Q4 | 2007 Q2 | 1,536,294 | $66,196,255 | $21,252,191 | $15,607 | $(5,955,999) | $- |
| North Carolina | 2001 Q1 | 2007 Q1 | 309,225 | $7,644,280 | $3,366,224 | $29,001 | $(1,383,384) | $- |
| Pennsylvania | 1998 Q3 | 2006 Q4 | 599,763 | $17,873,914 | $11,076,328 | $2,297 | $(2,521,772) | $- |
| Virginia | 2000 Q3 | 2008 Q4 | 279,934 | $8,814,654 | $5,167,179 | $8,288 | $(1,296,801) | $- |
| Total | | | 9,165,393 | $334,373,502 | $150,632,937 | $354,955 | $(37,883,678) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

### Figure 137: Difference calculations and adjustments for additional states

| State | First quarter | Last quarter | Number of claims | Total amount paid | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|
| Alabama | 1993 Q1 | 2005 Q1 | 359,030 | $11,278,554 | $75,447 | $(1,370,871) | $- |
| Alaska | 1996 Q1 | 2006 Q4 | 47,096 | $1,893,535 | $1,223 | $(190,078) | $- |
| Arkansas | 2000 Q1 | 2008 Q1 | 97,947 | $3,152,729 | $899 | $(435,539) | $- |
| Connecticut | 1994 Q4 | 2004 Q2 | 150,686 | $6,405,952 | $3,894 | $(554,396) | $- |
| Delaware | 2003 Q1 | 2008 Q1 | 37,492 | $583,840 | $1,353 | $(204,598) | $- |
| Hawaii | 1993 Q1 | 2006 Q1 | 50,298 | $2,204,617 | $2,047 | $(182,760) | $- |
| Idaho | 1993 Q1 | 2005 Q4 | 77,605 | $3,042,753 | $1,599 | $(292,631) | $- |
| Kansas | 1993 Q4 | 2004 Q2 | 130,326 | $5,010,179 | $1,780 | $(472,216) | $- |
| Maine | 1996 Q3 | 2008 Q1 | 61,536 | $1,152,125 | $70 | $(323,691) | $- |
| Minnesota | 1999 Q1 | 2007 Q4 | 137,209 | $4,408,477 | $2,080 | $(581,875) | $- |
| Nebraska | 1999 Q1 | 2004 Q2 | 79,091 | $2,552,604 | $3,694 | $(305,719) | $- |
| New Mexico | 1992 Q3 | 2006 Q4 | 70,572 | $2,648,190 | $3,528 | $(246,903) | $- |
| Ohio | 2000 Q3 | 2005 Q4 | 748,035 | $22,575,028 | $8,838 | $(3,313,246) | $- |
| Rhode Island | 1994 Q4 | 2008 Q1 | 53,690 | $1,396,008 | $3,367 | $(215,106) | $- |
| South Carolina | 1993 Q1 | 2006 Q4 | 173,096 | $7,017,919 | $8,139 | $(712,818) | $- |
| Utah | 1998 Q1 | 2007 Q2 | 58,148 | $1,647,844 | $1,098 | $(250,005) | $- |
| Wisconsin | 1992 Q4 | 2005 Q4 | 286,739 | $9,499,609 | $529 | $(1,101,279) | $- |
| Wyoming | 1998 Q3 | 2004 Q2 | 15,895 | $734,935 | $542 | $(60,940) | $- |
| Total | | | 2,634,491 | $87,204,897 | $120,127 | $(10,814,672) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

Appendices to the Expert Report of Professor David Bradford, Ph.D.

# G.1.6. Scenario 6

- 95th percentile of acquisition cost from Dey chargeback data as alternate for WAC
- Exclude claims where the basis of payment is unknown

### Figure 138: Adjustments to Dr. Duggan's difference calculations

| State | First quarter | Last quarter | Number of claims | Total amount paid | Duggan differences | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|---|
| California | 1994 Q2 | 2007 Q3 | 1,180,288 | $56,432,682 | $29,277,564 | $4,227,256 | $(4,998,588) | $- |
| Florida | 1993 Q4 | 2005 Q4 | 1,034,957 | $38,134,536 | $14,642,919 | $3,664,871 | $(3,914,903) | $- |
| Georgia | 2000 Q4 | 2006 Q4 | 453,630 | $13,653,087 | $7,090,473 | $1,038,404 | $(2,095,325) | $- |
| Illinois | 1992 Q2 | 2006 Q4 | 865,352 | $24,344,447 | $9,753,355 | $1,775,879 | $(3,493,977) | $- |
| Kentucky | 1995 Q1 | 2005 Q1 | 450,154 | $21,215,378 | $11,772,488 | $1,337,634 | $(1,705,605) | $- |
| Louisiana | 2001 Q1 | 2007 Q3 | 487,231 | $22,284,360 | $11,626,140 | $1,293,213 | $(1,904,855) | $- |
| Massachusetts | 1996 Q3 | 2007 Q4 | 538,919 | $12,379,903 | $3,729,250 | $1,335,181 | $(2,187,153) | $- |
| Michigan | 2000 Q4 | 2007 Q2 | 289,498 | $5,558,225 | $2,699,088 | $455,408 | $(1,341,943) | $- |
| Missouri | 1994 Q1 | 2005 Q1 | 377,305 | $12,821,638 | $5,708,973 | $1,057,907 | $(1,423,316) | $- |
| New Jersey | 1992 Q2 | 2008 Q4 | 762,843 | $27,020,144 | $13,470,765 | $1,201,479 | $(3,660,057) | $- |
| New York | 1993 Q4 | 2007 Q2 | 1,536,294 | $66,196,255 | $21,252,191 | $2,944,572 | $(5,955,999) | $- |
| North Carolina | 2001 Q1 | 2007 Q1 | 309,225 | $7,644,280 | $3,366,224 | $536,987 | $(1,383,384) | $- |
| Pennsylvania | 1998 Q3 | 2006 Q4 | 599,763 | $17,873,914 | $11,076,328 | $1,133,609 | $(2,521,772) | $- |
| Virginia | 2000 Q3 | 2008 Q4 | 279,934 | $8,814,654 | $5,167,179 | $694,442 | $(1,296,801) | $- |
| Total | | | 9,165,393 | $334,373,502 | $150,632,937 | $22,696,842 | $(37,883,678) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and Dey chargeback data

### Figure 139: Difference calculations and adjustments for additional states

| State | First quarter | Last quarter | Number of claims | Total amount paid | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|
| Alabama | 1993 Q1 | 2005 Q1 | 359,030 | $11,278,554 | $1,207,756 | $(1,370,871) | $- |
| Alaska | 1996 Q1 | 2006 Q4 | 47,096 | $1,893,535 | $118,905 | $(190,078) | $- |
| Arkansas | 2000 Q1 | 2008 Q4 | 97,947 | $3,152,729 | $243,341 | $(435,539) | $- |
| Connecticut | 1994 Q4 | 2004 Q2 | 150,686 | $6,405,952 | $451,714 | $(554,396) | $- |
| Delaware | 2003 Q1 | 2008 Q1 | 37,492 | $583,840 | $50,877 | $(204,598) | $- |
| Hawaii | 1993 Q1 | 2006 Q3 | 50,298 | $2,204,617 | $95,705 | $(182,760) | $- |
| Idaho | 1993 Q1 | 2005 Q4 | 77,605 | $3,042,753 | $232,915 | $(292,631) | $- |
| Kansas | 1993 Q4 | 2004 Q2 | 130,326 | $5,010,179 | $346,300 | $(472,216) | $- |
| Maine | 1996 Q3 | 2008 Q1 | 61,536 | $1,152,125 | $108,254 | $(323,691) | $- |
| Minnesota | 1999 Q1 | 2007 Q4 | 137,209 | $4,408,477 | $315,379 | $(581,875) | $- |
| Nebraska | 1999 Q1 | 2004 Q2 | 79,091 | $2,552,604 | $142,103 | $(305,719) | $- |
| New Mexico | 1992 Q3 | 2006 Q4 | 70,572 | $2,648,190 | $209,004 | $(246,903) | $- |
| Ohio | 2000 Q3 | 2005 Q4 | 748,035 | $22,575,028 | $1,642,460 | $(3,313,246) | $- |
| Rhode Island | 1994 Q4 | 2008 Q1 | 53,690 | $1,396,008 | $180,426 | $(215,106) | $- |
| South Carolina | 1993 Q1 | 2006 Q4 | 173,096 | $7,017,919 | $508,180 | $(712,818) | $- |
| Utah | 1998 Q1 | 2007 Q2 | 58,148 | $1,647,844 | $119,557 | $(250,005) | $- |
| Wisconsin | 1992 Q4 | 2005 Q4 | 286,739 | $9,499,609 | $679,499 | $(1,101,279) | $- |
| Wyoming | 1998 Q3 | 2004 Q2 | 15,895 | $734,935 | $45,770 | $(60,940) | $- |
| Total | | | 2,634,491 | $87,204,897 | $6,698,143 | $(10,814,672) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and Dey chargeback data

Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

# G.1.7. Scenario 7

- 95th percentile of acquisition cost from Dey chargeback data as alternate for WAC
- Exclude claims where the basis of payment is unknown, FUL, or state MAC

### Figure 140: Adjustments to Dr. Duggan's difference calculations

| State | First quarter | Last quarter | Number of claims | Total amount paid | Duggan differences | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|---|
| California | 1994 Q2 | 2007 Q3 | 1,180,288 | $56,432,682 | $29,277,564 | $3,103,586 | $(4,998,588) | $- |
| Florida | 1993 Q4 | 2005 Q4 | 1,034,957 | $38,134,536 | $14,642,919 | $3,590,232 | $(3,914,903) | $- |
| Georgia | 2000 Q4 | 2006 Q4 | 453,630 | $13,653,087 | $7,090,473 | $78,165 | $(2,095,325) | $- |
| Illinois | 1992 Q2 | 2006 Q4 | 865,352 | $24,344,447 | $9,753,355 | $1,206,424 | $(3,493,977) | $- |
| Kentucky | 1995 Q1 | 2005 Q1 | 450,154 | $21,215,378 | $11,772,488 | $949,005 | $(1,705,605) | $- |
| Louisiana | 1994 Q1 | 2007 Q3 | 487,231 | $22,284,360 | $11,626,140 | $793,173 | $(1,904,855) | $- |
| Massachusetts | 1996 Q3 | 2007 Q4 | 538,919 | $12,379,903 | $3,729,250 | $1,306,815 | $(2,187,153) | $- |
| Michigan | 2000 Q4 | 2007 Q2 | 289,498 | $5,558,225 | $2,699,088 | $399,721 | $(1,341,943) | $- |
| Missouri | 1994 Q1 | 2005 Q1 | 377,305 | $12,821,638 | $5,708,973 | $784,845 | $(1,423,316) | $- |
| New Jersey | 1992 Q2 | 2008 Q4 | 762,843 | $27,020,144 | $13,470,765 | $1,184,812 | $(3,660,057) | $- |
| New York | 1993 Q4 | 2007 Q2 | 1,536,294 | $66,196,255 | $21,252,191 | $2,211,443 | $(5,955,999) | $- |
| North Carolina | 2001 Q1 | 2007 Q1 | 309,225 | $7,644,280 | $3,366,224 | $435,073 | $(1,383,384) | $- |
| Pennsylvania | 1998 Q3 | 2006 Q4 | 599,763 | $17,873,914 | $11,076,328 | $218,937 | $(2,521,772) | $- |
| Virginia | 2000 Q3 | 2008 Q4 | 279,934 | $8,814,654 | $5,167,179 | $409,512 | $(1,296,801) | $- |
| Total | | | 9,165,393 | $334,373,502 | $150,632,937 | $16,671,745 | $(37,883,678) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and Dey chargeback data

### Figure 141: Difference calculations and adjustments for additional states

| State | First quarter | Last quarter | Number of claims | Total amount paid | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|
| Alabama | 1993 Q1 | 2005 Q1 | 359,030 | $11,278,554 | $1,166,581 | $(1,370,871) | $- |
| Alaska | 1996 Q1 | 2006 Q4 | 47,096 | $1,893,535 | $102,284 | $(190,078) | $- |
| Arkansas | 2000 Q1 | 2008 Q1 | 97,947 | $3,152,729 | $31,528 | $(435,539) | $- |
| Connecticut | 1994 Q4 | 2004 Q2 | 150,686 | $6,405,952 | $383,186 | $(554,396) | $- |
| Delaware | 2003 Q1 | 2008 Q1 | 37,492 | $583,840 | $32,062 | $(204,598) | $- |
| Hawaii | 1993 Q1 | 2006 Q1 | 50,298 | $2,204,617 | $69,381 | $(182,760) | $- |
| Idaho | 1993 Q1 | 2005 Q4 | 77,605 | $3,042,753 | $148,058 | $(292,631) | $- |
| Kansas | 1993 Q4 | 2004 Q2 | 130,326 | $5,010,179 | $284,431 | $(472,216) | $- |
| Maine | 1996 Q3 | 2008 Q1 | 61,536 | $1,152,125 | $33,536 | $(323,691) | $- |
| Minnesota | 1999 Q1 | 2007 Q4 | 137,209 | $4,408,477 | $95,254 | $(581,875) | $- |
| Nebraska | 1999 Q1 | 2004 Q2 | 79,091 | $2,552,604 | $120,158 | $(305,719) | $- |
| New Mexico | 1992 Q3 | 2006 Q4 | 70,572 | $2,648,190 | $189,085 | $(246,903) | $- |
| Ohio | 2000 Q3 | 2005 Q4 | 748,035 | $22,575,028 | $133,883 | $(3,313,246) | $- |
| Rhode Island | 1994 Q4 | 2008 Q1 | 53,690 | $1,396,008 | $179,269 | $(215,106) | $- |
| South Carolina | 1993 Q1 | 2006 Q4 | 173,096 | $7,017,919 | $370,589 | $(712,818) | $- |
| Utah | 1998 Q1 | 2007 Q2 | 58,148 | $1,647,844 | $64,932 | $(250,005) | $- |
| Wisconsin | 1992 Q4 | 2005 Q4 | 286,739 | $9,499,609 | $349,837 | $(1,101,279) | $- |
| Wyoming | 1998 Q3 | 2004 Q2 | 15,895 | $734,935 | $34,132 | $(60,940) | $- |
| Total | | | 2,634,491 | $87,204,897 | $3,788,186 | $(10,814,672) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and Dey chargeback data

Appendices to the Expert Report of Professor David Bradford, Ph.D.

## G.1.8. Scenario 8

- 95th percentile of acquisition as alternate for WAC
- Exclude claims where the basis of payment is unknown, FUL, state MAC, or billed charges

### Figure 142: Adjustments to Dr. Duggan's difference calculations

| State | First quarter | Last quarter | Number of claims | Total amount paid | Duggan differences | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|---|
| California | 1994 Q2 | 2007 Q3 | 1,180,288 | $56,432,682 | $29,277,564 | $749,418 | $(4,998,588) | $- |
| Florida | 1993 Q4 | 2005 Q4 | 1,034,957 | $38,134,536 | $14,642,919 | $861,900 | $(3,914,903) | $- |
| Georgia | 2000 Q4 | 2006 Q4 | 453,630 | $13,653,087 | $7,090,473 | $2,090 | $(2,095,325) | $- |
| Illinois | 1992 Q2 | 2006 Q4 | 865,352 | $24,344,447 | $9,753,355 | $83,059 | $(3,493,977) | $- |
| Kentucky | 1995 Q1 | 2005 Q1 | 450,154 | $21,215,378 | $11,772,488 | $123,889 | $(1,705,605) | $- |
| Louisiana | 2001 Q1 | 2007 Q3 | 487,231 | $22,284,360 | $11,626,140 | $90,026 | $(1,904,855) | $- |
| Massachusetts | 1996 Q3 | 2007 Q4 | 538,919 | $12,379,903 | $3,729,250 | $200,481 | $(2,187,153) | $- |
| Michigan | 2000 Q4 | 2007 Q2 | 289,498 | $5,558,225 | $2,699,088 | $130,601 | $(1,341,943) | $- |
| Missouri | 1994 Q1 | 2005 Q1 | 377,305 | $12,821,638 | $5,708,973 | $90,932 | $(1,423,316) | $- |
| New Jersey | 1992 Q2 | 2008 Q4 | 762,843 | $27,020,144 | $13,470,765 | $199,059 | $(3,660,057) | $- |
| New York | 1993 Q4 | 2007 Q2 | 1,536,294 | $66,196,255 | $21,252,191 | $174,689 | $(5,955,999) | $- |
| North Carolina | 2001 Q1 | 2007 Q1 | 309,225 | $7,644,280 | $3,366,224 | $157,685 | $(1,383,384) | $- |
| Pennsylvania | 1998 Q3 | 2006 Q4 | 599,763 | $17,873,914 | $11,076,328 | $7,364 | $(2,521,772) | $- |
| Virginia | 2000 Q3 | 2008 Q4 | 279,934 | $8,814,654 | $5,167,179 | $91,177 | $(1,296,801) | $- |
| Total | | | 9,165,393 | $334,373,502 | $150,632,937 | $2,962,371 | $(37,883,678) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

### Figure 143: Difference calculations and adjustments for additional states

| State | First quarter | Last quarter | Number of claims | Total amount paid | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|
| Alabama | 1993 Q1 | 2005 Q1 | 359,030 | $11,278,554 | $351,739 | $(1,370,871) | $- |
| Alaska | 1996 Q1 | 2006 Q4 | 47,096 | $1,893,535 | $11,962 | $(190,078) | $- |
| Arkansas | 2000 Q1 | 2008 Q1 | 97,947 | $3,152,729 | $66 | $(435,539) | $- |
| Connecticut | 1994 Q4 | 2004 Q2 | 150,686 | $6,405,952 | $57,222 | $(554,396) | $- |
| Delaware | 2003 Q1 | 2008 Q1 | 37,492 | $583,840 | $13,097 | $(204,598) | $- |
| Hawaii | 1993 Q1 | 2006 Q1 | 50,298 | $2,204,617 | $14,635 | $(182,760) | $- |
| Idaho | 1993 Q1 | 2005 Q4 | 77,605 | $3,042,753 | $10,262 | $(292,631) | $- |
| Kansas | 1993 Q4 | 2004 Q2 | 130,326 | $5,010,179 | $22,857 | $(472,216) | $- |
| Maine | 1996 Q3 | 2008 Q1 | 61,536 | $1,152,125 | $48 | $(323,691) | $- |
| Minnesota | 1999 Q1 | 2007 Q4 | 137,209 | $4,408,477 | $10,906 | $(581,875) | $- |
| Nebraska | 1999 Q1 | 2004 Q2 | 79,091 | $2,552,604 | $27,427 | $(305,719) | $- |
| New Mexico | 1992 Q3 | 2006 Q4 | 70,572 | $2,648,190 | $23,569 | $(246,903) | $- |
| Ohio | 2000 Q3 | 2005 Q4 | 748,035 | $22,575,028 | $339 | $(3,313,246) | $- |
| Rhode Island | 1994 Q4 | 2008 Q1 | 53,690 | $1,396,008 | $34,350 | $(215,106) | $- |
| South Carolina | 1993 Q1 | 2006 Q4 | 173,096 | $7,017,919 | $59,246 | $(712,818) | $- |
| Utah | 1998 Q1 | 2007 Q2 | 58,148 | $1,647,844 | $11,130 | $(250,005) | $- |
| Wisconsin | 1992 Q4 | 2005 Q4 | 286,739 | $9,499,609 | $- | $(1,101,279) | $- |
| Wyoming | 1998 Q3 | 2004 Q2 | 15,895 | $734,935 | $6,499 | $(60,940) | $- |
| Total | | | 2,634,491 | $87,204,897 | $655,353 | $(10,814,672) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

## G.1.9. Scenario 9

- 95th percentile of acquisition cost, lagged two quarters, as alternate for WAC
- Exclude claims where the basis of payment is unknown, FUL, state MAC, or billed charges

**Figure 144: Adjustments to Dr. Duggan's difference calculations**

| State | First quarter | Last quarter | Number of claims | Total amount paid | Duggan differences | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|---|
| California | 1994 Q2 | 2007 Q3 | 1,180,288 | $56,432,682 | $29,277,564 | $388,015 | $(4,998,588) | $- |
| Florida | 1993 Q4 | 2005 Q4 | 1,034,957 | $38,134,536 | $14,642,919 | $392,305 | $(3,914,903) | $- |
| Georgia | 2000 Q4 | 2006 Q4 | 453,630 | $13,653,087 | $7,090,473 | $8,014 | $(2,095,325) | $- |
| Illinois | 1992 Q2 | 2006 Q4 | 865,352 | $24,344,447 | $9,753,355 | $48,745 | $(3,493,977) | $- |
| Kentucky | 1995 Q1 | 2005 Q1 | 450,154 | $21,215,378 | $11,772,488 | $61,259 | $(1,705,605) | $- |
| Louisiana | 1992 Q1 | 2007 Q3 | 487,231 | $22,284,360 | $11,626,140 | $44,557 | $(1,904,855) | $- |
| Massachusetts | 1996 Q3 | 2007 Q4 | 538,919 | $12,379,903 | $3,729,250 | $77,861 | $(2,187,153) | $- |
| Michigan | 2000 Q4 | 2007 Q2 | 289,498 | $5,558,225 | $2,699,088 | $61,530 | $(1,341,943) | $- |
| Missouri | 1994 Q1 | 2005 Q1 | 377,305 | $12,821,638 | $5,708,973 | $46,197 | $(1,423,316) | $- |
| New Jersey | 1992 Q2 | 2008 Q4 | 762,843 | $27,020,144 | $13,470,765 | $114,152 | $(3,660,057) | $- |
| New York | 1993 Q4 | 2007 Q2 | 1,536,294 | $66,196,255 | $21,252,191 | $118,826 | $(5,955,999) | $- |
| North Carolina | 2001 Q1 | 2007 Q1 | 309,225 | $7,644,280 | $3,366,224 | $98,909 | $(1,383,384) | $- |
| Pennsylvania | 1998 Q3 | 2006 Q4 | 599,763 | $17,873,914 | $11,076,328 | $4,210 | $(2,521,772) | $- |
| Virginia | 2000 Q3 | 2008 Q4 | 279,934 | $8,814,654 | $5,167,179 | $39,590 | $(1,296,801) | $- |
| Total | | | 9,165,393 | $334,373,502 | $150,632,937 | $1,504,170 | $(37,883,678) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

**Figure 145: Difference calculations and adjustments for additional states**

| State | First quarter | Last quarter | Number of claims | Total amount paid | Adjusted differences | Dispensing fee shortfall | Positive differences |
|---|---|---|---|---|---|---|---|
| Alabama | 1993 Q1 | 2005 Q1 | 359,030 | $11,278,554 | $186,815 | $(1,370,871) | $- |
| Alaska | 1996 Q1 | 2006 Q4 | 47,096 | $1,893,535 | $4,622 | $(190,078) | $- |
| Arkansas | 2000 Q1 | 2008 Q1 | 97,947 | $3,152,729 | $11,267 | $(435,539) | $- |
| Connecticut | 1994 Q4 | 2004 Q2 | 150,686 | $6,405,952 | $21,225 | $(554,396) | $- |
| Delaware | 2003 Q1 | 2008 Q1 | 37,492 | $583,840 | $9,239 | $(204,598) | $- |
| Hawaii | 1993 Q1 | 2006 Q1 | 50,298 | $2,204,617 | $7,365 | $(182,760) | $- |
| Idaho | 1993 Q1 | 2005 Q4 | 77,605 | $3,042,753 | $3,505 | $(292,631) | $- |
| Kansas | 1993 Q4 | 2004 Q2 | 130,326 | $5,010,179 | $6,996 | $(472,216) | $- |
| Maine | 1996 Q3 | 2008 Q1 | 61,536 | $1,152,125 | $20 | $(323,691) | $- |
| Minnesota | 1999 Q1 | 2007 Q4 | 137,209 | $4,408,477 | $7,860 | $(581,875) | $- |
| Nebraska | 1999 Q1 | 2004 Q2 | 79,091 | $2,552,604 | $7,409 | $(305,719) | $- |
| New Mexico | 1992 Q3 | 2006 Q4 | 70,572 | $2,648,190 | $9,994 | $(246,903) | $- |
| Ohio | 2000 Q3 | 2005 Q4 | 748,035 | $22,575,028 | $69 | $(3,313,246) | $- |
| Rhode Island | 1994 Q4 | 2008 Q1 | 53,690 | $1,396,008 | $15,373 | $(215,106) | $- |
| South Carolina | 1993 Q1 | 2006 Q4 | 173,096 | $7,017,919 | $27,443 | $(712,818) | $- |
| Utah | 1998 Q1 | 2007 Q2 | 58,148 | $1,647,844 | $6,093 | $(250,005) | $- |
| Wisconsin | 1992 Q4 | 2005 Q4 | 286,739 | $9,499,609 | $- | $(1,101,279) | $- |
| Wyoming | 1998 Q3 | 2004 Q2 | 15,895 | $734,935 | $2,531 | $(60,940) | $- |
| Total | | | 2,634,491 | $87,204,897 | $327,825 | $(10,814,672) | $- |

Source: State claims data, FDB data, Medi-span data, Red Book and wholesaler data

Appendices to the Expert Report of Professor David Bradford, Ph.D.

## G.1.10. AMP data

**Figure 146: AMP comparison to Dr. Duggan's average pharmacy price for 49502068902**



Source: FDB data, AMP data, and average pharmacy price as provided by the Plaintiff

**Figure 147: AMP comparison to Dr. Duggan's average pharmacy price for 49502069703**



Source: FDB data, AMP data and average pharmacy price as provided by the Plaintiff

---

Contains highly confidential materials—subject to protective order

Appendices to the Expert Report of Professor David Bradford, Ph.D.

# Appendix H: Medicare differences

## H.1. Medicare difference sensitivities

**Figure 148: Sensitivities to albuterol difference adjustments ($MM)**

|  | AdminaStar | Cigna | DMERC-A | Palmetto | Total |
|---|---|---|---|---|---|
| Using public WAC and but-for WAC=lagged 95th AC: |  |  |  |  |  |
|     Paid amount for quarters with difference > 0 | $47.49 | $124.61 | $36.11 | $264.53 | $472.74 |
|     Paid amount with WAC | $47.56 | $124.62 | $36.11 | $264.06 | $472.35 |
|     With lagged 95th AC as alternate price | $47.87 | $126.07 | $36.11 | $267.51 | $477.56 |
|     Positive difference | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
| Using public WAC and but-for WAC=99th AC: |  |  |  |  |  |
|     Paid amount for quarters with difference > 0 | $47.49 | $124.61 | $36.11 | $264.53 | $472.74 |
|     Paid amount with WAC | $47.56 | $124.62 | $36.11 | $264.06 | $472.35 |
|     With 99th AC as alternate price | $47.92 | $125.63 | $36.11 | $266.43 | $476.08 |
|     Positive difference | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
| Using public WAC and but-for WAC=95th indirect pharmacy AC: |  |  |  |  |  |
|     Paid amount for quarters with difference > 0 | $47.49 | $124.61 | $36.11 | $264.53 | $472.74 |
|     Paid amount with WAC | $47.56 | $124.62 | $36.11 | $264.06 | $472.35 |
|     With 95th pharmacy indirect AC as alternate price | $47.23 | $124.01 | $36.11 | $263.38 | $470.73 |
|     Positive difference | $0.33 | $0.61 | $0.00 | $0.68 | $1.61 |

Source: DMERC claims, wholesaler, Dey chargeback, FDB, Medi-Span, and Red Book data.

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 149: Sensitivities to ipratropium bromide difference adjustments ($MM)**

|  | AdminaStar | Cigna | DMERC-A | Palmetto | Total |
|---|---|---|---|---|---|
| Using public WAC and but-for WAC=lagged 95th AC: |  |  |  |  |  |
| Paid amount for quarters with difference > 0 | $1.67 | $0.98 | $0.08 | $1.49 | $4.22 |
| Paid amount with WAC | $1.67 | $0.98 | $0.08 | $1.49 | $4.22 |
| With lagged 95th AC as alternate price | $1.67 | $0.98 | $0.08 | $1.49 | $4.22 |
| Positive difference | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Using public WAC and but-for WAC=99th AC: |  |  |  |  |  |
| Paid amount for quarters with difference > 0 | $1.67 | $0.98 | $0.08 | $1.49 | $4.22 |
| Paid amount with WAC | $1.67 | $0.98 | $0.08 | $1.49 | $4.22 |
| With 99th AC as alternate price | $1.67 | $0.98 | $0.08 | $1.49 | $4.22 |
| Positive difference | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Using public WAC and but-for WAC=95th indirect pharmacy AC: |  |  |  |  |  |
| Paid amount for quarters with difference > 0 | $1.67 | $0.98 | $0.08 | $1.49 | $4.22 |
| Paid amount with WAC | $1.67 | $0.98 | $0.08 | $1.49 | $4.22 |
| With 95th pharmacy indirect AC as alternate price | $1.67 | $0.98 | $0.08 | $1.49 | $4.22 |
| Positive difference | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Source: DMERC claims, wholesaler, Dey chargeback, FDB, Medi-Span, and Red Book data.

## H.2. Medicare claims share

72. In this section I will describe my analysis to calculate the share of Medicare claims that can potentially be attributed to Dey.

73. I identified provider number in DMERC claims data from two publicly available sources. The first source is a Health Care jobs website (www.healthcarehiring.com) and the second source is a specialty business publishing website (http://www.unitedpublications.com/downloads/top_100branches.pdf). These two providers account for 24,642 unique provider numbers and 70% of total allowed reimbursements for subject drugs. I matched the DMERC providers found on these two sites by name and state to the customers in the Dey direct sales data and Dey chargeback data. For albuterol sulfate 0.83% I exclude DMERC claims from the first and second quarters of 2003 because chargeback data are unavailable.

74. I calculated the total number of shelf cartons by drug and quarter for each customer in the direct sales data and chargeback data; I converted these shelf cartons to milliliters or milligrams depending on the

time period. In the direct sales data I kept all quantity associated with regular shipments and shipping/pricing errors. In the Dey chargeback data I kept all quantities associated with any chargeback. I calculated the maximum potential Medicare reimbursement by multiplying the maximum quarterly allowable across the four DMERCs by the number of milliliters or milligrams in the direct sales and chargeback data. As a conservative measure, I only considered allowables with the KO modifier in quarters after the first quarter of 1997 even though a meaningful percentage of Medicare claims are reimbursed with the KQ modifier.

75.    I match the quarterly allowed reimbursement in the DMERC data to the maximum potential Medicare reimbursement from the direct sales and chargeback data by drug, customer and quarter. For each drug and customer I limit the maximum potential Medicare reimbursement to the total DMERC reimbursements in the calendar year if the maximum potential Medicare reimbursement exceeds the DMERC allowed amount.

76.    Finally, I calculate the share of Medicare claims that can potentially be attributed to Dey. First, I calculate the share as the maximum potential Medicare reimbursement divided by the DMERC's allowed amount across all providers that were matched from the direct sales and chargeback data to providers the DMERC claims data.

**Figure 150: Share of Medicare claims potentially attributable to Dey**

| Drug | Dey share |
|------|-----------|
| Albuterol 0.83% | 57% |
| Ipratropium bromide | 22% |

Source: DMERC claims and Dey transactional data.

77.    I also calculate the share using an extremely conservative approach accounting for the possibility that all Dey sales to the "Retail Generic Distributor" class of trade in the direct sales data may have been dispensed to Medicare beneficiaries. I calculate Dey's share of Medicare claims in this second scenario as maximum potential Medicare reimbursement for matched providers and all providers with the "Retail Generic Distributor" class of trade divided by DMERC allowed amount.

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 151: Share of Medicare claims potentially attributable to Dey when accounting for "Retail Generic Distributors"**

| Drug | "Dey share (including Retail Generic Distributors)" |
|---|---|
| Albuterol 0.83% | 94% |
| Ipratropium bromide | 39% |

Source: DMERC claims and Dey transactional data.

# H.3. Medicare dispensing fee shortfall

78.   In this section I will describe the Medicare dispensing fee shortfall analysis.

79.   The dispensing fee shortfall is calculated for each DMERC. I append all albuterol claims and ipratropium claims for each DMERC for which Dr. Duggan finds a positive difference. For claims of either drug with no modifier or a KO modifier I assume there should be one dispensing fee for each claim. For claims in which the albuterol claim and the ipratropium bromide claim were dispensed as a multi-drug unit dose, those claims identified by the KP and KQ modifiers, I assume there should only be one dispensing fee for both drugs.

80.   During the period in which Dr. Duggan performs his difference calculations the dispensing fee is always $5 and each claim covers a 30 day supply of each drug. I calculate a dispensing fee shortfall according to three scenarios. First, I assume a shortfall of $33 minus $5 using the 2006 Medicare dispensing fee of $33 for claims covering a 30-day supply. Second, I assume a shortfall of $57 minus $5 using the 2005 Medicare dispensing fee of $57 for claims covering a 30-day supply. Third, I assume a shortfall of $68.10 minus $5 using the dispensing fee calculated in Muse & Associates' 2004 study.

**Figure 152: Dispensing fee shortfall for all quarters**

| Carrier | Number of claims (MM) | Dispensing fee shortfall ($MM) (using $33 dispensing cost) | Dispensing fee shortfall ($MM) (using $57 dispensing cost) | Dispensing fee shortfall ($MM) (using $68.10 dispensing cost) |
|---|---|---|---|---|
| DMERC-A | 3.29 | 92.10 | 171.04 | 207.55 |
| Palmetto | 17.03 | 476.83 | 885.54 | 1,074.57 |
| AdminaStar | 6.30 | 176.26 | 327.34 | 397.22 |
| Cigna | 5.47 | 153.06 | 284.25 | 344.92 |
| Total | 32.08 | 898.25 | 1,668.17 | 2,024.26 |

Source: DMERC claims and DMERC price arrays.

Appendices to the Expert Report of Professor David Bradford, Ph.D.

**Figure 153: Dispensing fee shortfall for quarters when allowable changed in Dr. Duggan's difference calculations**

| Carrier | Number of claims (MM) | Dispensing fee shortfall ($MM) (using $33 dispensing cost) | Dispensing fee shortfall ($MM) (using $57 dispensing cost) | Dispensing fee shortfall ($MM) (using $68.10 dispensing cost) |
|---------|----------|----------|----------|----------|
| DMERC-A | 0.59 | 16.55 | 30.74 | 37.30 |
| Palmetto | 3.88 | 108.71 | 201.89 | 244.98 |
| AdminaStar | 0.47 | 13.13 | 24.38 | 29.59 |
| Cigna | 1.14 | 31.91 | 59.27 | 71.92 |
| Total | 6.08 | 170.30 | 316.28 | 383.79 |

Source: DMERC claims and DMERC price arrays.

# H.4. Region C excessive claims

81.  In this section I will describe the difference adjustements related to the excessive number of claims for inhalation drugs paid in Region C.

82.  Region C covers the southeast portion of the United States including both Florida and Texas; the Region C DME fiscal intermediary is Palmetto.

83.  An October 2001 OIG report studied excessive payments for inhalation drugs in 1998.[73] The OIG found that Region C accounted for 34.6% of Medicare fee for service beneficiaries but 56% of payments for inhalation drugs. To better understand the excessive payments, the OIG surveyed 100 Medicare beneficiaries with paid claims for inhalation drugs and found that up to 60% of payments were either unallowable or not sufficiently documented to determine allowability. Of these of payments, 39% did not have sufficient documentation to prove the claims should be covered. This included claims without adequate proof of delivery and claims without documentation that the physician considered the use of an MDI prior to prescribing a nebulizer administered drug. The remaining 21% of claims were unallowable because they did not meet Medicare reimbursement or coverage requirements. This included drugs that were billed without a prescription and items not necessary for a beneficiary's condition.

84.  The findings of this report indicate that up to 60% of Dr. Duggan's Medicare differences in Region C could be excluded.

---

[73]  Department of Health and Human Services, Office of Inspector General, "Review of Payments for Inhalation Drugs made by Region C Durable Medical Equipment Regional Carrier," October 2001.