# Exhibit 7

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States' Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

```
1:1                UNITED STATES DISTRICT COURT
  2              FOR THE DISTRICT OF MASSACHUSETTS
  3      MDL No. 1456   Master File No. 01-CV-12257-PBS
  4     ------------------------------------X
  5     In re:  PHARMACEUTICAL INDUSTRY      )
  6     AVERAGE WHOLESALE PRICE LITIGATION   )
  7     ------------------------------------X
  8     United States of America ex rel      )
  9     Ven-A-Care of the Florida Keys,      )
 10     Inc., et al. v. Dey, Inc., et al.,   )
 11     Civil Action No. 05-11084-PBS        )
 12     ------------------------------------X
 13     United States of America ex rel      )
 14     Ven-A-Care of the Florida Keys, Inc.,)
 15     et al. v. Boehringer Ingelheim Corp.,)
 16     et al., Civil Action No. 07-10248-PBS)
 17     ------------------------------------X
 18        30(b)(6) DEPOSITION OF THE STATE OF ALASKA
 19          DEPARTMENT OF HEALTH AND SOCIAL SERVICES
 20               DESIGNEE:  DAVID CAMPANA
 21                Thursday, August 21, 2008
 22                    Anchorage, Alaska
```

Campana, David - August 21, 2008 09:00:00 a.m.

```
 2:1                  A-P-P-E-A-R-A-N-C-E-S

   2

   3    For Plaintiff United States of America:

   4

   5         George B. Henderson, II, Esq.

   6         (via speaker phone)

   7         Assistant Attorney General

   8         Office of the United States Attorney

   9         United States Courthouse

  10         1 Courthouse Way, Suite 9200

  11         Boston, Massachusetts 02210

  12         (617) 748-3282

  13

  14

  15    For the State of Alaska:

  16

  17         Richard M. Burnham, Esq.

  18         NEIDER & BOUCHER, SC

  19         440 Science Drive

  20         Madison, Wisconsin 53705-0510

  21         (608) 661-4500

  22
```

```
266:1            MR. HENDERSON:  Now, I would like to

   2    have item C marked as the next exhibit.

   3                (Exhibit DC US 003 marked.)

   4        Q.   This is a copy of two pages from a

   5    federal register publication dated July 31, 1987,

   6    am I correct?

   7        A.   Yes.

   8        Q.   Now, that is the same publication

   9    that's referenced in Exhibit B in section 43.591,

  10    subparagraph D; is that right?

  11             MS. WITT:  Objection.  There is no

  12    Exhibit B.

  13        Q.   I'm sorry.  Exhibit No. 2.

  14        A.   And let's see.  In which paragraph

  15    again?

  16        Q.   Paragraph D.

  17        A.   "D" as in dog?

  18        Q.   "D" as in dog.

  19        A.   Yes.  I see CFR 447.331.

  20        Q.   Referring to Exhibit No. 3, the federal

  21    register publication, I direct your attention to

  22    Section 447.301 entitled "Definitions".
```

```
267:1        A.   Okay.
    2        Q.   And if you could read aloud the
    3   definition of "estimated acquisition cost".
    4        A.   "Estimated acquisition cost means the
    5   agency's best estimate of the price generally and
    6   currently paid by providers for a drug marketed
    7   or sold by a particular manufacturer or labeler
    8   in the package size of the drug most frequently
    9   purchased by providers."
   10        Q.   Now, can you tell me, Mr. Campana,
   11   whether you have an understanding about whether
   12   the words "estimated acquisition cost" in the
   13   Alaska regulation are meant to be consistent with
   14   that federal definition that you just read?
   15             MS. WITT:  Object to form.
   16        A.   Yes.
   17        Q.   You believe the terms in the state's
   18   regulation are intended to be consistent with the
   19   federal regulation?
   20        A.   Yes.
   21        Q.   To your knowledge, has the federal
   22   government, the Department of Health and Human
```

Campana, David - August 21, 2008 09:00:00 a.m.

```
268:1    Services ever issued an interpretation of
   2     estimated acquisition cost that is different from
   3     the one that you just read aloud to us?
   4             MS. WITT:  Objection; form.
   5        A.   I'm not aware of any.
   6        Q.   When your agency has implemented the
   7     estimated acquisition cost provisions, Section
   8     43.591-D, of its regulations, has your agency
   9     attempted to determine estimated acquisition
  10     costs in accordance with the federal definition?
  11             MR. TORBORG:  Object to form.
  12        A.   Yes, they did.  As far as I understand,
  13     they did.
  14        Q.   Now, coming back to Exhibit No. 2, the
  15     Alaska regulation, subsection G on the second
  16     page deals with -- sets forth a somewhat involved
  17     formula for determining the dispensing fee; is
  18     that fair to say?
  19        A.   Yes.
  20        Q.   And does that formula take into account
  21     the size of the pharmacy and the amount of the
  22     Medicaid business, among other things?
```