# Exhibit 8

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States' Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

Bridges, Suzette - December 10, 2008 09:00:00 a.m.

```
 1:1                  UNITED STATES DISTRICT COURT
   2                    DISTRICT OF MASSACHUSETTS
   3    -------------------------------x
   4    In re: PHARMACEUTICAL INDUSTRY  )
   5    AVERAGE WHOLESALE PRICE         )
   6    LITIGATION                      )
   7    -------------------------------)
   8    United States of America ex rel.) MDL No. 1456
   9    Ven-A-Care of the Florida Keys, )
  10    Inc. v. Abbott Laboratories,    ) Civil Action
  11    Inc., Civil Action No. 06-      ) No. 01-12257-PBS
  12    11337-PBS; and United States of )
  13    America ex rel. Ven-A-Care of   ) Honorable
  14    the Florida Keys, Inc., v. Dey, ) Patti B. Saris
  15    Inc., et al., Civil Action No.  )
  16    05-11084-PBS; and United States )
  17    of America ex rel. Ven-A-Care   )
  18    of the Florida Keys, Inc., v.   )
  19    Boehringer Ingelheim Corp., et  )
  20    al., Civil Action No. 07-10248- )
  21    PBS                             )
  22    -------------------------------x
```

Bridges, Suzette - December 10, 2008 09:00:00 a.m.

```
2:1                              December 10, 2008
  2                                   Volume I
  3         VIDEOTAPED DEPOSITION OF SUZETTE BRIDGES
  4    Taken on behalf of the Plaintiff, produced, sworn,
  5    and examined on the 10th day of December, 2008,
  6    between the hours of nine o'clock in the forenoon
  7    and six o'clock in the evening of that day, at the
  8    offices of United States Attorneys' Office, 425 West
  9    Capitol, Suite 500, Metropolitan Building, Little
 10    Rock, Arkansas, before BRENDA ORSBORN, a Certified
 11    Court Reporter within and for the State of Missouri,
 12    in a certain cause now pending before the United
 13    States District Court, District of Massachusetts,
 14    In re: Pharmaceutical Industry Average Wholesale
 15    Price litigation.
 16
 17
 18
 19
 20
 21
 22
```

Bridges, Suzette - December 10, 2008 09:00:00 a.m.

```
30:1    that to yourself?  Do you -- do you see where it
   2    says that it refers to payment levels that the
   3    agency has determined by applying the lower of,
   4    one, estimated acquisition cost, plus reasonable
   5    expense and fees established by the agency, or,
   6    two, the provider's usual and customary charges
   7    to the general public?
   8         A.   Yes.
   9         Q.   Has your agency established a
  10    reimbursement methodology that applies these
  11    elements?
  12         A.   Yes, ma'am.
  13         Q.   How does the State define the usual and
  14    customary charges to the general public?
  15         A.   Based on -- we base it based on cash
  16    reimbursements by  -- by that -- the usual and
  17    customary is determined on an audit.  When the --
  18    when the auditors go in, they look at what cash
  19    payers have paid on prescription drugs, is how we
  20    look at a usual and customary charge.
  21         Q.   If you could look at Section 447.301
  22    which is the definition section.  It's in the
```

Bridges, Suzette - December 10, 2008 09:00:00 a.m.

```
31:1    second column --
   2        A.   Okay.
   3        Q.   -- about three-quarters of the way
   4    down. Actually, it's in the third column.  I'm
   5    sorry.  Do you see where that second definition
   6    says "estimated acquisition costs"?
   7        A.   Yes, ma'am.
   8        Q.   Are you familiar with that definition?
   9        A.   Yes, ma'am.
  10        Q.   Has the State tried to determine
  11    estimated acquisition costs in accordance with
  12    that definition?
  13        A.   To our best estimate, yes, we do.
  14             MS. OBEREMBT:  I'd like to mark as
  15    Exhibit 3 a chart that tries to summarize
  16    Arkansas' reimbursement formulas and dispensing
  17    fees since 1990.
  18             [Marked Exhibit Bridges 003]
  19        A.   Thank you.
  20        Q.   (By Ms. Oberembt) Would you take a
  21    second to look over that chart, please?  Is this
  22    chart familiar to you?
```