# Exhibit 9

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States' Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

Gorospe, Kevin J. - December 3, 2008 09:14:00 a.m.

```
1:1                UNITED STATES DISTRICT COURT

  2                DISTRICT OF MASSACHUSETTS

  3    ------------------------------X

  4    IN RE PHARMACEUTICAL INDUSTRY  )

  5    AVERAGE WHOLESALE PRICE         )  MDL No. 1456

  6    LITIGATION                      )

  7    ------------------------------X

  8    THIS DOCUMENT RELATES TO        )  Civil Action:

  9    State of California, ex rel.   )  01-12258-PBS

 10    Ven-A-Care v. Abbott            )

 11    Laboratories, Inc., et al.      )

 12    ------------------------------X

 13                       --oOo--

 14              WEDNESDAY, DECEMBER 3, 2008

 15                       --oOo--

 16              VIDEOTAPED DEPOSITION OF

 17    THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

 18            by J. KEVIN GOROSPE, Pharm.D.

 19                       --oOo--

 20

 21    Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

 22                  Registered Merit Reporter
```

Gorospe, Kevin J. - December 3, 2008 09:14:00 a.m.

```
2:1                 UNITED STATES DISTRICT COURT

  2                  DISTRICT OF MASSACHUSETTS

  3     ----------------------------------X

  4     IN RE PHARMACEUTICAL INDUSTRY        )

  5     AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456

  6     ----------------------------------X

  7     THIS DOCUMENT RELATES TO             ) Civil Action:

  8     United States of America ex rel.  ) 01-12257-PBS

  9     Ven-a-Care of the Florida Keys,      )

 10     Inc., et al., v. Abbott              )

 11     Laboratories, Inc., Civil Action    )

 12     No. 06-11337-PBS; United States of )

 13     America ex rel.  Ven-a-Care of the )

 14     Florida Keys, Inc., et al., vs.     )

 15     Dey, Inc., et al., Civil Action No.)

 16     05-11084-PBS; United States of      )

 17     America ex rel. Ven-a-Care of the   )

 18     Florida Keys, Inc., et al., v.      )

 19     Boehringer Ingelheim Corp., et al.,)

 20     Civil Action No. 07-10248-PBS       )

 21     ----------------------------------X

 22
```

Gorospe, Kevin J. - December 3, 2008 09:14:00 a.m.

201:1    Kevin Gorospe.

2              We are on the record at 2:35 p.m.

3       BY MR. HENDERSON:

4          Q.   Mr. -- Dr. Gorospe, referring back to

5       Exhibit 12, if you -- I'd like to direct your

6       attention to Section 447.301 in the upper

7       righthand corner of the first page,

8       "Definitions."

9          A.   Okay.

10         Q.   Do you see that?

11              And you see there's a definition of

12      "estimated acquisition cost," and it says

13      "'Estimated acquisition cost' means the agency's

14      best estimate of the price generally and

15      currently paid by providers for a drug marketed

16      or sold by a particular manufacturer or labeler

17      in a package size of drug most frequently

18      purchased by providers."

19              Do you see that?

20         A.   Yes, I do.

21         Q.   From time-to-time has Medi-Cal used the

22      term "estimated acquisition cost"?

Gorospe, Kevin J. - December 3, 2008 09:14:00 a.m.

202:1          A.   Yes.

      2                MR. COLE:  Object to the form.

      3                THE WITNESS:  Yes, we have.

      4   BY MR. HENDERSON:

      5          Q.   And in your experience has Medi-Cal's

      6   use of the term "estimated acquisition cost" been

      7   consistent or inconsistent with the definition

      8   that's shown here in this Exhibit 12?

      9          A.   Consistent.

     10          Q.   Now, we've handed you some additional

     11   exhibits that have been marked, and what I'd like

     12   to do is to -- for probably the next hour, maybe

     13   two, ask you questions about the methodology

     14   employed by Medi-Cal for determining the amount

     15   of reimbursements to pharmacy providers for drugs

     16   covered under the Medi-Cal fee-for-service

     17   program and how that methodology has evolved and

     18   changed over time.

     19                These first few exhibits, I recognize

     20   that they're dated before you were at the

     21   Department, but I'd like to ask you to look at

     22   what's been marked as Exhibit 13, which is a