# Exhibit 10

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States' Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

```
1:1               UNITED STATES DISTRICT COURT

  2            FOR THE DISTRICT OF MASSACHUSETTS

  3    ---------------------------------X

  4    In Re: PHARMACEUTICAL INDUSTRY     )

  5    AVERAGE WHOLESALE PRICE LITIGATION)

  6    ---------------------------------X MDL No. 1456

  7    THIS DOCUMENT RELATES TO:         ) Master File No.

  8    United States of America ex rel.  ) 01-CV-12257-PBS

  9    Ven-A-Care of the Florida Keys,   ) Subcategory Case

 10    Inc., et al. v. Dey, Inc., et al.,) No. 06-11337

 11    Civil Action No. 05-11084-PBS     ) Hon. Patti B.

 12    ---------------------------------X Saris

 13

 14        VIDEOTAPED DEPOSITION OF:   ALLEN D. CHAPMAN

 15                    December 15, 2008

 16        PURSUANT TO AMENDED NOTICE AND SUBPOENA,

 17    the deposition of ALLEN D. CHAPMAN was taken on

 18    behalf of Defendant Dey, Inc., at 1701 California

 19    Street, Silverton Room, Denver, Colorado 80202, on

 20    December 15, 2008, at 10:06 a.m., before Tammie E.

 21    Singer, Professional Court Reporter and Notary

 22    Public within Colorado.
```

```
307:1        Q.   I understand.  Let me see if this will

   2    more specifically refresh your memory.

   3        A.   Okay.

   4             (Deposition Exhibit Chapman 003

   5    was marked.)

   6        Q.   What I've marked as Chapman Exhibit 3,

   7    sir, is a copy of a federal regulation.

   8    Specifically it's a Section 447.301 of Title 42.

   9        A.   Right.

  10        Q.   I'm going to direct your attention to

  11    that definition there listed for estimated

  12    acquisition cost, and I'll read it for the

  13    record.

  14             "Estimated acquisition cost means the

  15    agency's best estimate of the price generally and

  16    currently paid by providers for a drug marketed

  17    or sold by a particular manufacturer or labeler

  18    in the package size of drug most frequently

  19    purchased by providers."  Did I read that

  20    correctly --

  21        A.   Yes.

  22        Q.   -- other than getting a little tongue-
```

Chapman, Allen D. - December 15, 2008 10:06:00 a.m.

```
308:1   tied there?
    2         Do you agree that that definition
    3   comports with your understanding of how the
    4   federal government has defined estimated
    5   acquisition cost over the years?
    6        A.   I remember reading the 42 CFR when I
    7   first got there.  And I --
    8        Q.   And --
    9        A.   And I remember it, you know, being --
   10   and this was basically what we would use when we
   11   would do our state plan, is that it would have to
   12   be in compliance with that.  But yes, I would
   13   agree with that.
   14        Q.   Well, thank you.  That was going to be
   15   my next --
   16        A.   Yeah.
   17        Q.   -- question.  Did Colorado Medicaid try
   18   to follow the def -- the federal definition of
   19   estimated acquisition cost?
   20        A.   Yes.
   21        Q.   And to your knowledge, over the years
   22   in implementing different reimbursement
```

Chapman, Allen D. - December 15, 2008 10:06:00 a.m.

```
309:1    methodologies, did Colorado Medicaid try to
    2    achieve estimated acquisition cost as defined in
    3    federal regulation?
    4              MR. KATZ:  Objection to the form.
    5         A.   I don't know much about that last piece
    6    that we've been talking about, those 2002 ones
    7    where I was not --
    8         Q.   (BY MR. ANDERSON)  I --
    9         A.   Okay.
   10         Q.   I understand.  Limiting to --
   11         A.   Limiting to the ones --
   12         Q.   -- your experience --
   13         A.   Limiting to the ones that I had -- I
   14    had contact with and I think that we all worked
   15    with this, and this was essentially part of that
   16    federal review that, you know, when -- that
   17    period of time between when the state submitted
   18    something and the Fed people looked at that is
   19    that they looked at this state plan amendment and
   20    made sure it met with that or it would not get
   21    approved.
   22         Q.   And that was -- at least as you
```

Chapman, Allen D. - December 15, 2008 10:06:00 a.m.

```
310:1    understood it during your tenure at Colorado
    2    Medicaid from 1990 through a portion of '95 and
    3    then 1996 through a portion of 2002 --
    4         A.   Correct.
    5         Q.   -- that was the -- your experience?
    6         A.   Right.
    7              MR. KATZ:  Objection to form.
    8         Q.   (BY MR. ANDERSON)  Is that right, sir?
    9         A.   That's right.
   10              MR. KATZ:  Objection to form.
   11         Q.   (BY MR. ANDERSON)  And so as far as you
   12    knew, the conduct and actions of Colorado
   13    Medicaid were consistent with the federal mandate
   14    concerning the definition of estimated
   15    acquisition cost?
   16         A.   That's right.
   17              MR. KATZ:  Objection to the form.
   18         Q.   (BY MR. ANDERSON)  Okay.  Now I'm going
   19    to have some additional big-picture questions for
   20    you.  Is there any way that Colorado Medicaid
   21    could have manually processed pharmacy
   22    reimbursement claims?
```