# Exhibit 11

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States' Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

```
1:1                IN THE UNITED STATES DISTRICT COURT
  2                 FOR THE DISTRICT OF MASSACHUSETTS
  3     ---------------------------------X
  4     IN RE:  PHARMACEUTICAL INDUSTRY    )
  5     AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456
  6     ---------------------------------) Civil Action
  7     THIS DOCUMENT RELATES TO:          ) No. 01-12257-PBS
  8     United States of America, ex. rel. ) Hon. Patti Saris
  9     Ven-a-Care of the Florida Keys,    )
 10     Inc., v. Abbott Laboratories, Inc.,)
 11     Civil Action No. 06-11337-PBS; and )
 12     United States of America, ex. rel. ) VIDEOTAPED
 13     Ven-a-Care of the Florida Keys,    ) DEPOSITION OF
 14     Inc., v. Dey, Inc., et. al., Civil ) THE GEORGIA
 15     Action No. 05-11084-PBS; and United) DEPARTMENT OF
 16     States of America, ex. rel.        ) COMMUNITY HEALTH
 17     Ven-a-Care of the Florida Keys,    ) by JERRY
 18     Inc., v. Boehringer Ingleheim      ) DUBBERLY
 19     Corp. et. al., Civil Action        )
 20     No. 07-10248-PBS.                  ) DECEMBER 15, 2008
 21     ---------------------------------X
 22
```

Dubberly, Jerry - December 15, 2008 08:51:00 a.m.

```
2:1              VIDEOTAPED DEPOSITION OF
  2                    JERRY DUBBERLY
  3
  4                   December 15, 2008
  5                      8:51 a.m.
  6
  7                  75 Spring Street, SW
  8                  600 U.S. Courthouse
  9                    Atlanta, Georgia
 10
 11       Jennifer D. Hamon, CCR-B-2287, RPR
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
```

Dubberly, Jerry - December 15, 2008 08:51:00 a.m.

```
39:1   effort across those pharmacists.
   2       Q.   Would it have been possible for the
   3   pharmacy employees of the Georgia Medicaid
   4   program to perform the services that were
   5   delegated out to EDS, Express Scripts, or SXC?
   6       A.   No.
   7       Q.   Why not?
   8       A.   The enormity of administering the
   9   pharmacy benefit is something that requires a
  10   much larger group to -- to handle and systems and
  11   infrastructure and call centers and et cetera.
  12   So that's not something that we could do with
  13   that -- that number of staff.
  14       Q.   Are you generally familiar with the
  15   federal regulations regarding payments for
  16   prescription drugs?
  17       A.   I am.
  18            (Whereupon a document was
  19   identified as Exhibit Georgia 002.)
  20       Q.   (By Mr. Lavine)  Let me show you what
  21   we've premarked as Georgia Exhibit 2, which is a
  22   two-page document.  On the top, it states:
```

Dubberly, Jerry - December 15, 2008 08:51:00 a.m.

```
40:1    Federal Register/Volume 52, No. 147, dated July
   2    31, 1987.
   3             I'll just ask you to take a quick look
   4    at that.
   5             In particular, on the first page,
   6    there's section 447.331, subparagraph b.
   7             Do you see where there's two -- two
   8    parts to subsection b there?
   9             Item one states -- I should go back a
  10    little bit.
  11             The, "Payment levels that the agency
  12    has determined by applying the lower of the --
  13    (1) Estimated acquisition costs plus reasonable
  14    dispensing fees established by the agency; or (2)
  15    Providers' usual and customary charges to the
  16    general public."
  17             Are you generally familiar with that
  18    language?
  19        A.   I am.
  20        Q.   And has the Georgia Medicaid program
  21    established a reimbursement methodology that
  22    applies to those requirements?
```

Dubberly, Jerry - December 15, 2008 08:51:00 a.m.

```
41:1         A.   Yes, we have.
   2         Q.   Can you just explain that a little bit.
   3         A.   The requirement is that the agency
   4    develop their best estimate of the price
   5    generally and currently paid by providers, as you
   6    see.
   7              We have a mechanism in place where the
   8    reimbursement is the lower of or lesser of our
   9    estimated acquisition cost, which is AWP minus 11
  10    percent currently, or the providers' usual and
  11    customary cost or the providers' submitted
  12    ingredient cost plus their dispensing fee, or the
  13    federal MAC or the state MAC or the -- or the
  14    providers' most favored nation, or MFN, rate.
  15              Then a dispensing fee applies for those
  16    -- for, you know, each of those as well.
  17         Q.   Can you take a look also on -- on
  18    Exhibit 2 -- I'm sorry -- yes.
  19              Is that 2?
  20         A.   Yes.
  21         Q.   Exhibit 2, 447.301, the definition of
  22    "estimated acquisition cost."
```

Dubberly, Jerry - December 15, 2008 08:51:00 a.m.

```
42:1          A.   Okay.
   2          Q.   "'Estimated acquisition cost' means the
   3    agency's best estimate of the price generally and
   4    currently paid by providers for a drug marketed
   5    or sold by a particular manufacturer," do you see
   6    that language?
   7          A.   I do.
   8          Q.   Has the Georgia Medicaid program also
   9    attempted to determine estimated acquisition
  10    costs in accordance with that definition?
  11          A.   We have.
  12          Q.   And that's consistent with the -- the
  13    general approach you described just a moment ago?
  14          A.   It is.
  15          Q.   In order to qualify for federal
  16    Medicaid funding, does your state need to have a
  17    state plan that's approved by the federal
  18    government?
  19          A.   Yes, we do.
  20          Q.   Does that get amended from time to
  21    time?
  22          A.   It does.
```

Dubberly, Jerry - December 15, 2008 08:51:00 a.m.

```
43:1      Q.   Does the state plan and its amendments
   2   have provisions that describe the methodology for
   3   the reimbursement of drugs by Georgia Medicaid?
   4      A.   It does.
   5      Q.   And does the Georgia Medicaid program
   6   run the pharmaceutical program in accordance with
   7   the state plan?
   8      A.   We do.
   9              (Whereupon a document was
  10   identified as Exhibit Georgia 003.)
  11      Q.   (By Mr. Lavine)  Let me show you
  12   Exhibit 3.  It's a composite.  The first page has
  13   a date stamp at the top of November of 1987.
  14              Do you see at the very top of the first
  15   page it states:  Attachment 4.19-B, page 2,
  16   State, Georgia?
  17              Do you recognize this document?
  18      A.   I do.
  19      Q.   What is it?
  20      A.   It's the page from the state plan that
  21   describes reimbursement of prescribed drugs.
  22      Q.   And what is the time frame for this
```