# Exhibit 12

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States' Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

Cheloha, Gary - December 3, 2008 09:32:00 a.m.

```
311:1              IN THE UNITED STATES DISTRICT COURT
    2                FOR THE DISTRICT OF MASSACHUSETTS
    3    ----------------------------------X
    4    IN RE:  PHARMACEUTICAL INDUSTRY      )
    5    AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456
    6    ---------------------------------) Civil Action
    7    THIS DOCUMENT RELATES TO:            ) No. 01-12257-PBS
    8    United States of America, ex. rel. ) Hon. Patti Saris
    9    Ven-a-Care of the Florida Keys,    )
   10    Inc., v. Dey, Inc., et. al., Civil )
   11    Action No. 05-11084-PBS; and United)
   12    States of America, ex. rel.        ) December 3, 2008
   13    Ven-a-Care of the Florida Keys,    ) 9:32 a.m.
   14    Inc., v. Boehringer Ingleheim      )
   15    Corp. et. al., Civil Action        )
   16    No. 07-10248-PBS.                  ) VOLUME II
   17    ----------------------------------X
   18    Continued deposition of THE NEBRASKA DEPT. OF HEALTH AND
   19    HUMAN SERVICES by GARY CHELOHA, taken by Defendants,
   20    pursuant to Notice, held at the Cornhusker Hotel, Lincoln,
   21    Nebraska, before Shana W. Spencer, a Certified Shorthand
   22    Reporter and Notary Public of the State of Nebraska.
```

Cheloha, Gary - December 3, 2008 09:32:00 a.m.

```
350:1   EAC calculation for each of those NDCs?
   2            MS. LORENZO:  Objection.  Form.
   3            THE WITNESS:  No.
   4       Q.   (BY MR. MAO)  Would it be responsible
   5   to develop a drug reimbursement system where you
   6   relied upon data that bore no relationship to
   7   actual market prices?
   8            MS. LORENZO:  Objection.  Form.
   9            THE WITNESS:  No.  That would not be a
  10   responsible -- that would not be responsible.
  11            (Exhibit DOJ NE 001 was marked for
  12   identification.)
  13       Q.   (BY MR. MAO)  I'd like to turn your
  14   attention to what I am marking as DOJ Nebraska
  15   Exhibit 1.
  16            MS. CITERA:  Could you describe it for
  17   me?
  18            MR. MAO:  Yeah.  It's Federal Register
  19   52, Fed. Register, page 28657.
  20            MS. CITERA:  Andy, what year?
  21            MR. MAO:  It's 1987.
  22       Q.   (BY MR. MAO)  Mr. Cheloha, can I turn
```

Cheloha, Gary - December 3, 2008 09:32:00 a.m.

```
351:1    your attention to Section 447.331(b)?  It's the
    2    third column over at about -- a little more than
    3    halfway down.  Do you see that section?
    4         A.   I do.
    5         Q.   Can you please read through silently
    6    Section B?
    7              Has Nebraska Medicaid established a
    8    reimbursement methodology that is consistent with
    9    these federal requirements?
   10         A.   Yes, it has.
   11         Q.   I'd like to turn your attention to
   12    Section 447.301.  It's the top of the third
   13    column.
   14         A.   I have that.
   15         Q.   Do you see where it -- there's a
   16    definition for estimated acquisition cost?
   17         A.   Yes.  I see that.
   18         Q.   Can you please read silently that
   19    definition?
   20         A.   Yes.
   21         Q.   Has the Nebraska Medicaid program
   22    endeavored to determine an EAC consistent with
```

Cheloha, Gary - December 3, 2008 09:32:00 a.m.

```
352:1    that definition?
    2         A.   Yes, it has.
    3         Q.   And how has it done that?
    4         A.   Originally did the survey in 1986 and
    5    determined what the discount or the difference
    6    from AWP should be to establish this EAC number
    7    and currently relies on the information in the
    8    First DataBank file.  And the Department directs
    9    the calculation of EAC at the point -- in the
   10    point-of-sale system.
   11         Q.   Okay.  I'd like to turn your attention
   12    to Section 447.333.  It's on the second page.
   13    It's the second column.  And I'd like to turn
   14    your attention to what's titled Subsection B,
   15    findings and assurances.  Do you see that?
   16         A.   Yes, I do.
   17         Q.   Can you please take a look at that
   18    subsection?
   19         A.   All right.
   20         Q.   Has there been any time that the
   21    Nebraska Medicaid program has not complied with
   22    these federal requirements?
```