# Exhibit 14

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States' Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
 1:1            IN THE STATE OF WISCONSIN

   2            CIRCUIT COURT, DANE COUNTY

   3                    BRANCH 7

   4    -------------------------X

   5    STATE OF WISCONSIN,       )

   6        Plaintiff,            )  Case No.

   7         vs.                  )  04-CV-1709

   8    AMGEN INC., ET AL.,       )

   9        Defendants.           )

  10    -------------------------X

  11

  12             (CAPTION CONTINUED)

  13

  14               DEPOSITION OF

  15                 RON REICH

  16

  17         Taken at the offices of

  18           BAKER & HOSTETLER LLP

  19      65 East State Street, Suite 2100

  20          Columbus, Ohio 43215-4260

  21        on June 7, 2007, at 10:00 a.m.

  22    Reported by: Angela R. Starbuck, RPR/CRR
```

```
2:1   CAPTION(S) (Continued):

  2   _____

  3            IN THE CIRCUIT COURT OF

  4            MONTGOMERY COUNTY, ALABAMA

  5

  6   STATE OF ALABAMA,            )

  7                                )

  8         Plaintiff,             )

  9                                )

 10         vs.                    )   Civil Action No.

 11                                )   2005-219

 12   ABBOTT LABORATORIES,         )

 13   INC., ET AL.,                )

 14                                )

 15         Defendants.            )

 16   _____

 17

 18

 19              (CAPTION CONTINUED)

 20

 21

 22
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
42:1    the State of Alabama and the State of
   2    Mississippi.
   3           MR. LAVINE:  This is Mark Levine.  I
   4    signed on on the telephone, representing the
   5    United States.
   6    BY MR. ARCHIBALD:
   7       Q.   Again, Mr. Reich, my name is Jeff
   8    Archibald.  Would you state your full name for
   9    the record, please.
  10       A.   Ronald Reich.
  11       Q.   I'd like to ask you some background
  12    information before we get into the substance of
  13    the deposition.  First I'd like to start with
  14    just a -- some brief personal information.  How
  15    old a man are you?
  16       A.   58.
  17       Q.   When is -- what is your date of birth?
  18       A.   January 5th, 1949.
  19       Q.   What is your business address?
  20       A.   7000 Cardinal Place, Dublin, Ohio.
  21       Q.   Who is your current employer?
  22       A.   Cardinal Health.
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
43:1      Q.   How long has Cardinal Health been your
   2   employer?
   3      A.   I am grandfathered in, so that would be
   4   32 years, going on 33.
   5      Q.   What is your business telephone number?
   6      A.   614-757-7000.
   7      Q.   What is your current title at Cardinal?
   8      A.   I am a business analyst technical
   9   consultant.
  10      Q.   What do you do in that capacity?
  11      A.   Besides assisting in the development of
  12   customer reporting, I also handle the requests
  13   from the legal department for all types of data,
  14   sales data.
  15      Q.   Requests similar to the subpoena that's
  16   been issued to you in this instance?
  17      A.   Along those lines, yes.
  18      Q.   Just so I'm clear, that would be part
  19   of your normal duties and responsibilities at
  20   Cardinal?
  21      A.   Correct.
  22      Q.   How long has that been the case, sir?
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
60:1    Cardinal to access the data for reporting, and
   2    that's 36 months.
   3            There's additional data that is kept on
   4    a system called MYID, which is multiyear invoice
   5    detail, that is specifically used for instances
   6    such as today.
   7        Q.   I'm going to ask you some obvious
   8    questions, I think, but I'll ask them anyway for
   9    the record.
  10            Since January 1st of 1995, has Cardinal
  11    always used computers to record and store
  12    transactional sales data?
  13        A.   Yes.
  14        Q.   Were all -- or is -- are all of the
  15    data entries of transactional sales data that you
  16    are producing here today been kept in the normal
  17    course of Cardinal's business?
  18            MR. BUEKER:  Objection as to form.
  19        A.   Yes.
  20        Q.   And were all of the data entries made
  21    at or near the transaction dates?
  22        A.   At the time of the transaction dates.
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
61:1        Q.   The answer is --
   2        A.   Yes.
   3        Q.   Let's talk for a moment about what
   4   computer equipment and software that Cardinal
   5   uses in storing the data.  Can you give us a
   6   brief description of that.
   7        A.   The invoicing system is run on an AS400
   8   and the software is a home-grown package called
   9   Disktrack, D-I-S-K track, one word.  The daily,
  10   monthly sales information is kept in an
  11   operational data storer which is used to produce
  12   daily and weekly and a monthly report.  At the
  13   same time, the sales data on a daily basis is
  14   loaded to the data warehouse, which is located on
  15   a Teradata, which is an NCR box.  And at the end
  16   of the month, the -- that closed month is also
  17   loaded to MYID.
  18             Now, there may be other systems
  19   involved that downloads are passed on to them for
  20   analysis and other processing.
  21        Q.   Is any of the hardware that Cardinal
  22   uses unavailable to the general public?  In other
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
62:1   words, could I go out and buy it?
   2        A.   If you have the money, probably.
   3        Q.   You said software is custom --
   4   customized by you?
   5        A.   No, by Cardinal.  There's another
   6   department that is in the invoicing, accounting
   7   area.
   8        Q.   Is that software proprietary?
   9        A.   Yes.
  10        Q.   Is that pretty typical for each of the
  11   wholesalers, if you know?
  12        A.   Probably.
  13        Q.   In other words, there's no standard set
  14   of software that a wholesaler could use?
  15             MR. BUEKER:  Objection; lack of
  16   foundation.
  17        Q.   If you know.
  18        A.   They -- they probably -- probably
  19   could.
  20        Q.   But Cardinal has chosen not to?
  21             MS. HACK:  To the extent you know.
  22        A.   To the extent -- yeah.
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
63:1        Q.   I'm sorry, I don't --
   2        A.   Yes.
   3        Q.   Do Cardinal's computing systems have
   4   the capacity to allow you to produce accurate
   5   replication of the transactional sales data?
   6             MR. WALLACH:  Objection to form.
   7        A.   Yes.
   8        Q.   That is what you've done in this form?
   9             MR. WALLACH:  Same objection.
  10        A.   Yes.
  11        Q.   And the product of that process are the
  12   six disks that have been marked as Exhibit Reich
  13   017 through Exhibit Reich 022 sitting before you,
  14   correct?
  15        A.   Correct.
  16        Q.   Is there any doubt in your mind that
  17   the transactional sales data on Exhibit Reich 017
  18   through Exhibit Reich 022 are true and accurate?
  19        A.   They are true and accurate.
  20             MR. WALLACH:  Objection to form.
  21        Q.   How do you know that, sir?
  22        A.   There is an audit process that takes
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
197:1        A.   I can't remember because -- I don't
   2    have the stuff in front of me to say yes or no.
   3             MR. GRAFFAM:  Okay.  That's all I have.
   4    Thank you.
   5             MR. BUEKER:  Anyone else on the phone?
   6             (No response.)
   7             MS. HACK:  I would just like to get on
   8    the record that the data that we're producing
   9    today is produced solely for the eyes of outside
  10    counsel, attorneys' eyes only, and is considered
  11    highly confidential. And if a request, verbal or
  12    written or some sort of subpoena is received by
  13    anybody, we expect to get appropriate notice
  14    before any of the data is turned over.
  15             MR. ARCHIBALD:  I assume we can use it
  16    with our experts, and if it's subject to our
  17    State's protective order, that's sufficient for -
  18    -
  19             MS. HACK:  Correct.
  20             MR. ARCHIBALD:  -- Cardinal?
  21
  22                  EXAMINATION
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
1:1              IN THE STATE OF WISCONSIN
  2            CIRCUIT COURT, DANE COUNTY
  3                     BRANCH 7
  4     -------------------------X
  5     STATE OF WISCONSIN,        )
  6         Plaintiff,             )  Case No.
  7          vs.                   )  04-CV-1709
  8     AMGEN INC., ET AL.,        )
  9         Defendants.            )
 10     -------------------------X
 11
 12                (CAPTION CONTINUED)
 13
 14                   DEPOSITION OF
 15                    RON REICH
 16
 17          Taken at the offices of
 18             BAKER & HOSTETLER LLP
 19       65 East State Street, Suite 2100
 20           Columbus, Ohio 43215-4260
 21       on June 7, 2007, at 10:00 a.m.
 22     Reported by: Angela R. Starbuck, RPR/CRR
```

```
2:1   CAPTION(S) (Continued):
  2   _____
  3           IN THE CIRCUIT COURT OF
  4          MONTGOMERY COUNTY, ALABAMA
  5
  6   STATE OF ALABAMA,            )
  7                                )
  8       Plaintiff,               )
  9                                )
 10       vs.                      )  Civil Action No.
 11                                )  2005-219
 12   ABBOTT LABORATORIES,         )
 13   INC., ET AL.,                )
 14                                )
 15       Defendants.              )
 16   _____
 17
 18
 19              (CAPTION CONTINUED)
 20
 21
 22
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
42:1    the State of Alabama and the State of
   2    Mississippi.
   3            MR. LAVINE:  This is Mark Levine.  I
   4    signed on on the telephone, representing the
   5    United States.
   6    BY MR. ARCHIBALD:
   7        Q.  Again, Mr. Reich, my name is Jeff
   8    Archibald.  Would you state your full name for
   9    the record, please.
  10        A.  Ronald Reich.
  11        Q.  I'd like to ask you some background
  12    information before we get into the substance of
  13    the deposition.  First I'd like to start with
  14    just a -- some brief personal information.  How
  15    old a man are you?
  16        A.  58.
  17        Q.  When is -- what is your date of birth?
  18        A.  January 5th, 1949.
  19        Q.  What is your business address?
  20        A.  7000 Cardinal Place, Dublin, Ohio.
  21        Q.  Who is your current employer?
  22        A.  Cardinal Health.
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
43:1        Q.   How long has Cardinal Health been your
   2    employer?
   3        A.   I am grandfathered in, so that would be
   4    32 years, going on 33.
   5        Q.   What is your business telephone number?
   6        A.   614-757-7000.
   7        Q.   What is your current title at Cardinal?
   8        A.   I am a business analyst technical
   9    consultant.
  10        Q.   What do you do in that capacity?
  11        A.   Besides assisting in the development of
  12    customer reporting, I also handle the requests
  13    from the legal department for all types of data,
  14    sales data.
  15        Q.   Requests similar to the subpoena that's
  16    been issued to you in this instance?
  17        A.   Along those lines, yes.
  18        Q.   Just so I'm clear, that would be part
  19    of your normal duties and responsibilities at
  20    Cardinal?
  21        A.   Correct.
  22        Q.   How long has that been the case, sir?
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
60:1    Cardinal to access the data for reporting, and
   2    that's 36 months.
   3            There's additional data that is kept on
   4    a system called MYID, which is multiyear invoice
   5    detail, that is specifically used for instances
   6    such as today.
   7       Q.   I'm going to ask you some obvious
   8    questions, I think, but I'll ask them anyway for
   9    the record.
  10            Since January 1st of 1995, has Cardinal
  11    always used computers to record and store
  12    transactional sales data?
  13       A.   Yes.
  14       Q.   Were all -- or is -- are all of the
  15    data entries of transactional sales data that you
  16    are producing here today been kept in the normal
  17    course of Cardinal's business?
  18            MR. BUEKER:  Objection as to form.
  19       A.   Yes.
  20       Q.   And were all of the data entries made
  21    at or near the transaction dates?
  22       A.   At the time of the transaction dates.
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
61:1        Q.   The answer is --
   2        A.   Yes.
   3        Q.   Let's talk for a moment about what
   4   computer equipment and software that Cardinal
   5   uses in storing the data.  Can you give us a
   6   brief description of that.
   7        A.   The invoicing system is run on an AS400
   8   and the software is a home-grown package called
   9   Disktrack, D-I-S-K track, one word.  The daily,
  10   monthly sales information is kept in an
  11   operational data storer which is used to produce
  12   daily and weekly and a monthly report.  At the
  13   same time, the sales data on a daily basis is
  14   loaded to the data warehouse, which is located on
  15   a Teradata, which is an NCR box.  And at the end
  16   of the month, the -- that closed month is also
  17   loaded to MYID.
  18             Now, there may be other systems
  19   involved that downloads are passed on to them for
  20   analysis and other processing.
  21        Q.   Is any of the hardware that Cardinal
  22   uses unavailable to the general public?  In other
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
62:1   words, could I go out and buy it?
   2        A.   If you have the money, probably.
   3        Q.   You said software is custom --
   4   customized by you?
   5        A.   No, by Cardinal.  There's another
   6   department that is in the invoicing, accounting
   7   area.
   8        Q.   Is that software proprietary?
   9        A.   Yes.
  10        Q.   Is that pretty typical for each of the
  11   wholesalers, if you know?
  12        A.   Probably.
  13        Q.   In other words, there's no standard set
  14   of software that a wholesaler could use?
  15             MR. BUEKER:  Objection; lack of
  16   foundation.
  17        Q.   If you know.
  18        A.   They -- they probably -- probably
  19   could.
  20        Q.   But Cardinal has chosen not to?
  21             MS. HACK:  To the extent you know.
  22        A.   To the extent -- yeah.
```

```
63:1        Q.   I'm sorry, I don't --
   2        A.   Yes.
   3        Q.   Do Cardinal's computing systems have
   4   the capacity to allow you to produce accurate
   5   replication of the transactional sales data?
   6             MR. WALLACH:  Objection to form.
   7        A.   Yes.
   8        Q.   That is what you've done in this form?
   9             MR. WALLACH:  Same objection.
  10        A.   Yes.
  11        Q.   And the product of that process are the
  12   six disks that have been marked as Exhibit Reich
  13   017 through Exhibit Reich 022 sitting before you,
  14   correct?
  15        A.   Correct.
  16        Q.   Is there any doubt in your mind that
  17   the transactional sales data on Exhibit Reich 017
  18   through Exhibit Reich 022 are true and accurate?
  19        A.   They are true and accurate.
  20             MR. WALLACH:  Objection to form.
  21        Q.   How do you know that, sir?
  22        A.   There is an audit process that takes
```

Reich, Ron - June 7, 2007 10:00:00 a.m.

```
197:1         A.   I can't remember because -- I don't
   2     have the stuff in front of me to say yes or no.
   3              MR. GRAFFAM:  Okay.  That's all I have.
   4     Thank you.
   5              MR. BUEKER:  Anyone else on the phone?
   6                  (No response.)
   7              MS. HACK:  I would just like to get on
   8     the record that the data that we're producing
   9     today is produced solely for the eyes of outside
  10     counsel, attorneys' eyes only, and is considered
  11     highly confidential. And if a request, verbal or
  12     written or some sort of subpoena is received by
  13     anybody, we expect to get appropriate notice
  14     before any of the data is turned over.
  15              MR. ARCHIBALD:  I assume we can use it
  16     with our experts, and if it's subject to our
  17     State's protective order, that's sufficient for -
  18     -
  19              MS. HACK:  Correct.
  20              MR. ARCHIBALD:  -- Cardinal?
  21
  22                  EXAMINATION
```