# Exhibit 15

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the Memorandum In Support of United States' Motion To Exclude Certain Opinions
of W. David Bradford, PH.D

Warren, Neil - September 9, 2008 00:00:00 a.m.

```
 1:1                UNITED STATES DISTRICT COURT
   2                  DISTRICT OF MASSACHUSETTS
   3     - - - - - - - - - - - - - - - -
   4    IN RE:  PHARMACEUTICAL          ) MDL NO. 1456
   5    INDUSTRY AVERAGE WHOLESALE      ) CIVIL ACTION
   6    PRICE LITIGATION                ) 01-CV-12257-PBS
   7                                    )
   8    THIS DOCUMENT RELATES TO THE    )
   9    Consolidated New York County    )
  10    Actions, The California Action,)
  11    and The Iowa Action             )
  12     - - - - - - - - - - - - - - - -
  13
  14         (cross captions appear on following pages)
  15
  16         "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY"
  17        VIDEOTAPED DEPOSITION OF CARDINAL HEALTH, INC.
  18                 by NEIL WARREN - VOLUME I
  19                Tuesday, September 9, 2008
  20                   Columbus, Ohio 43215
  21                      SUSAN L. COOTS
  22             REGISTERED PROFESSIONAL REPORTER
```

Warren, Neil - September 9, 2008 00:00:00 a.m.

```
 2:1                COMMONWEALTH OF KENTUCKY
   2            FRANKLIN CIRCUIT COURT - DIV. I
   3    - - - - - - - - - - - - - - - - - -
   4   COMMONWEALTH OF KENTUCKY, ex rel.   )
   5   GREGORY D. STUMBO, ATTORNEY GENERAL)
   6            Plaintiff,           ) Civil Action
   7      vs.                        ) No. 04-CI-1487
   8   ALPHARMA USPD, INC., et al.,       )
   9            Defendants.          )
  10    - - - - - - - - - - - - - - - - - -
  11
  12
  13              COMMONWEALTH OF KENTUCKY
  14           FRANKLIN CIRCUIT COURT - DIV. II
  15    - - - - - - - - - - - - - - - - - -
  16   COMMONWEALTH OF KENTUCKY,          )
  17            Plaintiff,           ) Civil Action
  18      vs.                        ) No. 03-CI-1134
  19   ABBOTT LABORATORIES, INC.,         )
  20            Defendants.          )
  21    - - - - - - - - - - - - - - - - - -
  22
```

Warren, Neil - September 9, 2008 00:00:00 a.m.

```
277:1            MR. STEPHENS:  Objection.
   2             MR. CUTLER:  Objection to the form.
   3    Foundation.  Compound question.  Rich Cutler.
   4             MR. STEPHENS:  Are you asking him what
   5    the state employee would think about that
   6    information, or asking him what he thinks about
   7    the information?
   8        Q.   Do you understand my question?  Want me
   9    to try again?
  10        A.   Try again.
  11        Q.   Okay.  And that will be a bunch of
  12    objections again, too.
  13             MR. CUTLER:  Maybe if you rephrase it
  14    properly.
  15             MR. LIBMAN:  Excuse me?
  16             MR. CUTLER:  Finish up.
  17             MR. LIBMAN:  I'm sorry?
  18             UNKNOWN SPEAKER:  That was terrible.
  19             THE NOTARY:  Who was speaking?
  20             MR. CUTLER:  Rich Cutler.
  21        Q.   Okay.  So let's start over, Mr. Warren.
  22    If I was looking at data from the Distrack
```

Warren, Neil - September 9, 2008 00:00:00 a.m.

```
278:1    system, and was using it to try to determine the
    2    true net prices paid by retail pharmacy customers
    3    to Cardinal for brand name drugs, am I correct
    4    that those -- that those data would, No. 1, not
    5    include rebates or bill backs or anything not
    6    included on the invoice that was captured in the
    7    separate database called the RMS, or Rebate
    8    Management System database?
    9            MS. HANSEN:  Objection.  Form.
   10        A.  That would be correct.
   11        Q.  And so therefore, if I didn't have the
   12    information from the Rebate Management System
   13    database, looking at the Distrack system alone, I
   14    could be essentially overstating the true net
   15    price paid by retail pharmacies, if, in fact,
   16    rebates, billbacks, or other items in the RMS
   17    system were, in fact, provided?
   18            MS. HANSEN:  Objection.
   19            MR. CUTTLER:  Objection.  Form.
   20    Richard Cutler.
   21        A.  Correct.  At -- at any given time.
   22        Q.  Let me ask you generally about another
```