UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v.*<br>*Abbott Laboratories Inc., et al.* | Judge Patti B. Saris |

### NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEY, L.P. AND DEY, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff the State of Iowa (the "State") and defendants Dey, L.P. and Dey, Inc. (collectively, "Dey"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State and Dey, that all claims in this action against Dey, L.P. and Dey, Inc. are dismissed with prejudice and without costs to any party.

Dated: February 16, 2010

**KIRBY McINERNEY LLP**

By:   /s/
    Joanne M. Cicala
    Daniel Hume
    825 Third Avenue
    New York, NY 10022
*On Behalf of the State of Iowa*

**KELLEY DRYE & WARREN LLP**

By:   /s/
    Paul F. Doyle
    William A. Escobar (admitted *pro hac vice*)
    Sarah L. Reid (admitted *pro hac vice*)
    Neil Merkl (admitted *pro hac vice*)
    Christopher C. Palermo (admitted *pro hac vice*)
    Philip D. Robben (admitted *pro hac vice*)
    101 Park Avenue
    New York, NY 10178
*On Behalf of Defendants Dey, Inc. and Dey, L.P.*

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEY, L.P. AND DEY, INC. was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by causing to be sent, on February 16, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                               /s/   Daniel Hume
                                                      Daniel Hume