UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v.*<br>*Abbott Laboratories Inc., et al.* | Judge Patti B. Saris |

**[PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEY, L.P. AND DEY, INC.**

The Motion for Dismissal submitted by plaintiff the State of Iowa (the "State") and defendants Dey, L.P. and Dey, Inc. (collectively, "Dey"), pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State and Dey, is hereby GRANTED. Accordingly, all claims in this action against Dey, L.P. and Dey, Inc. are dismissed with prejudice and without costs to any party.

SO ORDERED

DATED: _____, 2010

_____
Judge Patti B. Saris