**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST FUJISAWA USA, INC. AND FUJISAWA HEALTHCARE, INC. was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by causing to be sent, on February 16, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                     /s/   Daniel Hume
                                                                        Daniel Hume