# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## MOTION TO ENFORCE SETTLEMENT WITH BMS

For the reasons set forth in the accompanying Memorandum in Support, the court-appointed named class representative for the Class 1 consumer Sub-Class of Medicare beneficiaries who purchased drugs manufactured and sold by Bristol Meyers Squibb ("BMS"), by and through his undersigned individual counsel, hereby moves to enforce the settlement reached between the parties on June 25, 2007 and codified in a Memorandum of Understanding ("MOU") attached hereto as Exhibit "A".

Dated: February 16, 2010    By:    /s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
**HAVILAND HUGHES, LLC**
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

Counsel for Reverend David Aaronson