**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, September 29, 2008 2:45 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al Order on Motion for Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 9/29/2008 at 2:44 PM EDT and filed on 9/29/2008
**Case Name:**      Citizens for Consume, et al v. Abbott Laboratories,, et al
**Case Number:**    1:01-cv-12257
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Judge Patti B. Saris: Electronic ORDER entered re [5517] Motion to Preliminarily Approve Proposed Plan of Distribution for the BMS Class 1 Settlement. "A plain reading of the MOV demonstrates that BMS does not have the right to "veto" class counsel's proposed distribution plan. However, BMS raises several interesting questions about the fairness of the plan. Plaintiffs shall move for a preliminary approval of the plan, and the Court will hold a hearing where the issues will be vetted. The Court will decide on the appropriate distribution plan." (Patch, Christine)**


**1:01-cv-12257 Notice has been electronically mailed to:**

Louis J. Scerra, Jr scerral@gtlaw.com, koglins@gtlaw.com, maximn@gtlaw.com

Fred A. Kelly, Jr fkelly@nixonpeabody.com, mrichman@nixonpeabody.com

Robert J. Muldoon, Jr rjmuldoon@sherin.com

Scott A. Birnbaum birnbaum@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com

Thomas E. Dwyer, Jr tdwyer@dwyercollora.com

Michael DeMarco michael.demarco@klgates.com, suzan.leblanc@klgates.com

Ralph T. Lepore, III rlepore@hklaw.com

Frank A. Libby, Jr falibby@libbyhoopes.com