# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | Judge Patti B. Saris |

## JOINT REQUEST FOR ENTRY OF CASE MANAGEMENT ORDER NO. 32

The Parties stipulate to and respectfully file this Joint Request for Entry of Case Management Order No. 32.  *See* [Proposed] Case Management Order No. 32 attached hereto as Exhibit A.  This proposed CMO memorializes the agreement among the parties as to timing and conduct of discovery in this matter.  This proposed CMO also sets forth the timing of expert disclosures and Motions for Summary Judgment.

WHEREFORE the parties respectfully request that the Court grant this motion and enter the proposed order.

Dated: February 17, 2010

Respectfully submitted.
For the Relator,
Ven-A-Care of the Florida Keys. Inc.

/s/ Adam D. Miller
Walter J. Lack
Adam D. Miller
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., Ste 1200
Los Angeles, CA  90067
Phone: (310) 552-3800
Fax: (310) 552-9434

1

/s/  Susan Schneider Thomas
Susan Schneider Thomas
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000
Fax: (215) 875-4604

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA  30022
Telephone: (770) 740-0008

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of February, 2010 caused an electronic copy of the above JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 32 to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/  Susan Schneider Thomas