UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No.: 01-CV-12257-PBS<br>Sub-Category Case No.: 03-10643<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) | |
| *County of Suffolk v. Abbott Labs., et al.* (E.D.N.Y. No. CV-03-229) | |
| *County of Westchester v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178) | |
| *County of Rockland v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-7055) | **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST CHIRON CORPORATION** |
| *County of Dutchess v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-06458) | |
| *County of Putnam v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-04740) | |
| *County of Washington v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00408) | |
| *County of Rensselaer v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00422) | |
| *County of Albany v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00425) | |
| *County of Warren v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00468) | |
| *County of Greene v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00474) | |
| *County of Saratoga v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00478) | |
| *County of Columbia v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00867) | |
| *Essex County v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00878) | |

| | |
|---|---|
| *County of Chenango v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00354) | ) |
| *County of Broome v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06242) | ) |
| *County of Genesee v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06138) | ) |

*County of Monroe v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06148)  )
  )
*County of Yates v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06172)  )
  )
*County of Niagara v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06296)  )
  )
*County of Seneca v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06370)  )
  )
*County of Orleans v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06371)  )
  )
*County of Ontario v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06373)  )
  )
*County of Schuyler v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06387)  )
  )
*County of Steuben v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06223)  )
  )
*County of Chemung v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06744  )
  )
*County of Nassau v. Abbott Labs., Inc., et al.*  )
(E.D.N.Y. No. 04-CV-5126)  )
  )
*County of Orange v. Abbott Labs., Inc., et al.*  )
(S.D.N.Y. No. 07-CV-2777)  )
  )
*County of Ulster v. Abbott Labs., Inc., et al.*  )
(N.D.N.Y. No. 06-CV-0123)  )
  )
*County of Wyoming v. Abbott Labs., Inc., et al.*  )
(W.D.N.Y. No. 03-CV-6379)  )
  )

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST CHIRON CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41, that all claims in this action against Defendant Chiron Corporation are dismissed *with prejudice* and without any costs to any party.

Case 1:01-cv-12257-PBS   Document 6920   Filed 02/18/10   Page 4 of 7

A Proposed Order is attached hereto for the Court's convenience.

Respectfull submitted,

**ARENT FOX LLP**

By: _____
Larri A. Short
D. Jacques Smith
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Chiron Corporation*

**MILBERG LLP**

By: _____
Ross B. Brooks
One Pennsylvania Plaza
New York, NY 10119-0165

*Counsel for the County of Nassau*

**KIRBY McINERNEY LLP**

By: _____
Joanne M. Cicala
Daniel Hume
825 Third Avenue
New York, NY 10022

*Counsel for the Consolidated Counties, except for the County of Nassau and the County of Orange*

**LEVY PHILLIPS & KONIGSBERG, LLP**

By: _____
Stanley J. Levy
Theresa A. Vitello
800 Third Avenue, 13th Floor
New York, NY 10007

*Counsel for the County of Orange*

4

A Proposed Order is attached hereto for the Court's convenience.

Respectfull submitted,

ARENT FOX LLP

By: _____
    Larri A. Short
    D. Jacques Smith
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036

*Counsel for Chiron Corporation*

MILBERG LLP

By: _____
    Ross B. Brooks
    One Pennsylvania Plaza
    New York, NY 10119-0165

*Counsel for the County of Nassau*

KIRBY McINERNEY LLP

By : _____
    Joanne M. Cicala
    Daniel Hume
    825 Third Avenue
    New York, NY 10022

*Counsel for the Consolidated Counties, except for the County of Nassau and the County of Orange*

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
    Stanley J. Levy
    Theresa A. Vitello
    800 Third Avenue, 13th Floor
    New York, NY 10007

*Counsel for the County of Orange*

A Proposed Order is attached hereto for the Court's convenience.

Respectfull submitted,

ARENT FOX LLP

By: _____
Larri A. Short
D. Jacques Smith
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Chiron Corporation*

MILBERG LLP

By: _____
Ross B. Brooks
One Pennsylvania Plaza
New York, NY 10119-0165

*Counsel for the County of Nassau*

KIRBY McINERNEY LLP

By : _____
Joanne M. Cicala
Daniel Hume
825 Third Avenue
New York, NY 10022

*Counsel for the Consolidated Counties, except for the County of Nassau and the County of Orange*

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
Stanley J. Levy
Theresa A. Vitello
800 Third Avenue, 13th Floor
New York, NY 10007

*Counsel for the County of Orange*

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2010, I caused a true and correct copy of the foregoing, NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST CHIRON CORPORATION, to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties in this action pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.


      /s/    Joanne M. Cicala
             Joanne M. Cicala