UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 <br> Civil Action No.: 01-CV-12257-PBS <br> Sub-Category Case No.: 03-10643 <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) | |
| *The City of New York v. Abbott Labs., et al.* <br> (S.D.N.Y. No. 04-CV-06054) | |
| *County of Suffolk v. Abbott Labs., et al.* <br> (E.D.N.Y. No. CV-03-229) | |
| *County of Westchester v. Abbott Labs., et al.* <br> (S.D.N.Y. No. 03-CV-6178) | |
| *County of Rockland v. Abbott Labs., et al.* <br> (S.D.N.Y. No. 03-CV-7055) | **[PROPOSED] ORDER OF DISMISSAL OF CHIRON CORPORATION** |
| *County of Dutchess v. Abbott Labs., et al.* <br> (S.D.N.Y. No. 05-CV-06458) | |
| *County of Putnam v. Abbott Labs., et al.* <br> (S.D.N.Y. No. 05-CV-04740) | |
| *County of Washington v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00408) | |
| *County of Rensselaer v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00422) | |
| *County of Albany v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00425) | |
| *County of Warren v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00468) | |
| *County of Greene v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00474) | |
| *County of Saratoga v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00478) | |
| *County of Columbia v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00867) | |
| *Essex County v. Abbott Labs., et al.* <br> (N.D.N.Y. No. 05-CV-00878) | |

*County of Chenango v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00354)  )
)
*County of Broome v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00456)  )
)
*County of Onondaga v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00088)  )
)
*County of Tompkins v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00397)  )
)
*County of Cayuga v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00423)  )
)
*County of Madison v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00714)  )
)
*County of Cortland v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00881)  )
)
*County of Herkimer v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00415)  )
)
*County of Oneida v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00489)  )
)
*County of Fulton v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00519)  )
)
*County of St. Lawrence v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00479)  )
)
*County of Jefferson v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00715)  )
)
*County of Lewis v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00839)  )
)
*County of Chautauqua v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06204)  )
)
*County of Allegany v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06231)  )
)
*County of Cattaraugus v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06242)  )
)
*County of Genesee v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06206)  )
)
*County of Wayne v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06138)  )

*County of Monroe v. Abbott Labs., et al.*
(W.D.N.Y. No. 05-CV-06148)

*County of Yates v. Abbott Labs., et al.*
(W.D.N.Y. No. 05-CV-06172)

*County of Niagara v. Abbott Labs., et al.*
(W.D.N.Y. No. 05-CV-06296)

*County of Seneca v. Abbott Labs., et al.*
(W.D.N.Y. No. 05-CV-06370)

*County of Orleans v. Abbott Labs., et al.*
(W.D.N.Y. No. 05-CV-06371)

*County of Ontario v. Abbott Labs., et al.*
(W.D.N.Y. No. 05-CV-06373)

*County of Schuyler v. Abbott Labs., et al.*
(W.D.N.Y. No. 05-CV-06387)

*County of Steuben v. Abbott Labs., et al.*
(W.D.N.Y. No. 05-CV-06223)

*County of Chemung v. Abbott Labs., et al.*
(W.D.N.Y. No. 05-CV-06744)

*County of Nassau v. Abbott Labs., Inc., et al.*
(E.D.N.Y. No. 04-CV-5126)

*County of Orange v. Abbott Labs., Inc., et al.*
(S.D.N.Y. No. 07-CV-2777)

*County of Ulster v. Abbott Labs., Inc., et al.*
(N.D.N.Y. No. 06-CV-0123)

*County of Wyoming v. Abbott Labs., Inc., et al.*
(W.D.N.Y. No. 03-CV-6379)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## [PROPOSED] ORDER OF DISMISSAL OF CHIRON CORPORATION

The Motion for Dismissal is hereby GRANTED. All claims in this action against Defendant Chiron Corporation are dismissed *with prejudice* and without costs to any party.

IT IS SO ORDERED.

DATED: _____, 2010

_____
The Honorable Patti B. Saris
Judge