# EXHIBIT C

# EXHIBIT
# C.1

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

**HAND DELIVERY**

November 24, 2008

Michael Slattery, Esq.
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10036

Re:   *The State of Iowa v. Abbott Laboratories et al.*, MDL No. 1456
      Iowa Medicaid Pharmacy Claims Data

Dear Michael,

Enclosed please find a hard drive containing a true and complete copy of Medicaid pharmacy claims data produced to us by the Iowa Medicaid Enterprise bearing the bates number Iowa-AWP-000001. The drive includes two files, "AWP_Claim_Header_Claims" and "AWP_Pharmacy_Claims". As discussed, this data is Highly Confidential and is being produced to you in light of your firm's agreement that it, and all who review the data contained herein, will abide by Judge' Saris' "Stipulated Protective Order Governing Confidential Health Information," (Docket No. 865), dated June 4, 2004.

Best regards,

Jocelyn R. Normand

Encl.

cc:   Joanne M. Cicala, Esq. (w/o encl.)
      All Counsel of Record on Lexis Nexis File and Serve (w/o encl.)

# EXHIBIT
# C.2

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

VIA EMAIL, HAND DELIVERY AND LNFS

December 29, 2008

Mr. Shamir Patel, Esq.
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403

**Re:** ***The State of Iowa v. Abbott Laboratories et al.*, MDL No. 1456**
**Second Production Iowa Medicaid Pharmacy Claims Data**

Dear Shamir,

As stated in our letter of Dec. 19, 2008, neither we nor our experts experienced any difficulty working with or uploading the Iowa claims data copied from the IME source file. Nevertheless, as defendants apparently encountered some sort of difficulty uploading the data produced on Nov. 24, 2008, we are now providing you another copy of it (bearing the bates number Iowa-AWP-000001 HIGHLY CONFIDENTIAL). Please advise immediately if you encounter any problems whatsoever with this copy.

We remind you that the Iowa claims data includes highly confidential information, including information protected by HIPAA. We appreciate your repeated acknowledgement that you, your firm and all who work with or review the enclosed data are bound by the operative HIPAA and other protective orders in MDL 1456 including but not limited to Judge Saris's Protective Order of June 8, 2004.

Best,

Jocelyn R. Normand

Encl.

cc:     Joanne M. Cicala, Esq. (w/o encl.)
        All counsel of record via LNFS (w/o encl.)

NEW YORK          TEXAS

# EXHIBIT
# C.3

KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

January 13, 2009

**VIA EMAIL AND OVERNIGHT MAIL**

Ms. Tina D. Reynolds, Esq.
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006

> RE:   *The State of Iowa v. Abbott Laboratories et al.*, MDL No. 1456
>        Iowa Medicaid Pharmacy Claims Data

Dear Tina,

Enclosed please find the first installment of documents responsive to your November 3, 2008 Open Records request (Iowa-AWP-000000004 through Iowa-AWP-000001858). Plaintiff is making this production on a rolling basis and will provide additional responsive materials shortly consistent with our prior correspondence.

Best,

Jocelyn R. Normand

encl.

cc:    Joanne M. Cicala, Esq. (w/o encl.)
       Brad Horn, Esq. (w/o encl.)

# EXHIBIT
# C.4

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

January 20, 2009

## VIA EMAIL AND OVERNIGHT MAIL

Ms. Tina D. Reynolds, Esq.
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006

      RE:    *The State of Iowa v. Abbott Laboratories et al.*, MDL No. 1456

Dear Tina,

Enclosed please find the second installment of documents responsive to your November 3, 2008
Open Records request (Iowa-AWP-000001859 through Iowa-AWP-000003754).  Plaintiff is
making this production on a rolling basis and will provide additional responsive materials shortly
consistent with our prior correspondence.

Best,

Jocelyn R. Normand

encl.

cc:    Joanne M. Cicala, Esq. (w/o encl.)
        Brad Horn, Esq. (w/o encl.)

NEW YORK          TEXAS

# EXHIBIT
# C.5

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

January 23, 2009

## VIA EMAIL AND OVERNIGHT MAIL

Ms. Tina D. Reynolds, Esq.
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006

RE:    *The State of Iowa v. Abbott Laboratories et al.*, MDL No. 1456

Dear Tina,

Enclosed please find the third installment of documents responsive to your November 3, 2008 Open Records request (Iowa-AWP-000003755 through Iowa-AWP-000006627).  We also enclose 13 pages (bates numbers below) that were inadvertently left out of the second production of Jan. 20, 2009.  As before, plaintiff is making this production on a rolling basis and will provide additional responsive materials shortly consistent with our prior correspondence.

Best,

Jocelyn R. Normand

encl.

cc:    Joanne M. Cicala, Esq. (w/o encl.)
       Brad Horn, Esq. (w/o encl.)

NEW YORK          TEXAS

**Enclosed pages inadvertently omitted from the second document production:**

Iowa-AWP-000002783
Iowa-AWP-000002872
Iowa-AWP-000002873
Iowa-AWP-000002874
Iowa-AWP-000003010
Iowa-AWP-000003011
Iowa-AWP-000003012
Iowa-AWP-000003013
Iowa-AWP-000003048
Iowa-AWP-000003054
Iowa-AWP-000003127
Iowa-AWP-000003165
Iowa-AWP-000003203

EXHIBIT
C.6

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

February 19, 2009

**VIA EMAIL AND OVERNIGHT MAIL**

Tina D. Reynolds, Esq.
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006

RE:   *The State of Iowa v. Abbott Laboratories et al.*, MDL No. 1456

Dear Tina,

Enclosed please find the fourth installment of documents responsive to your November 3, 2008 Open Records request (Iowa-AWP-000006628 through Iowa-AWP-000006994). The production also includes four CDs, one containing historic revisions to the prescribed drug provider manuals (Iowa-AWP-000006995) and three containing the minutes and associated materials of the Iowa Council on Human Services from 1992-2005 (Iowa-AWP-000006996 – Iowa-AWP-000006998). These documents are responsive to the following Open Records requests: 1-4, 8-11, 17, 21, 23. These documents may also be responsive to additional Open Records requests.

As we have discussed, this is the final production of documents Iowa is making pursuant to the Open Records request. Any further production will be made pursuant to the Federal Rules. We will provide a privilege log for this production (Iowa-AWP-000000001 - Iowa-AWP-000006998) by Feb. 27, 2009.

Best,

Jocelyn R. Normand

encl.

cc:   Joanne M. Cicala, Esq. (w/o encl.)
      Brad Horn, Esq. (w/o encl.)

NEW YORK          TEXAS

# EXHIBIT C.7

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

April 15, 2009

**VIA FEDEX AND EMAIL**

Ms. Elizabeth Houghton
Davis Polk & Wardwell
450 Lexington Avenue
Room 3045-D
New York, NY 10017

Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*
      *The State of Iowa v. Abbott Laboratories, et al.*, MDL No. 1456 (D. Mass.)

Dear Ms. Houghton:

Enclosed please find five CDs containing documents in response to Defendants First Set of Document Requests, dated February 3, 2009, bearing the bates range Iowa-AWP-024774 through Iowa-AWP-038123 Confidential.

Best Regards,

Jocelyn R. Normand

cc:   Kimberley D. Harris, Esq. (w/o encl.)
      Joanne M. Cicala, Esq. (w/o encl.)

NEW YORK        TEXAS

EXHIBIT
C.8

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

April 29, 2009

**VIA HAND DELIVERY AND LNFS**

Kristi T. Prinzo, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*
      *The State of Iowa v. Abbott Laboratories, et al.*, MDL No. 1456 (D. Mass.)

Dear Ms. Prinzo:

Enclosed please find 14 CDs containing documents bearing the bates range Iowa-AWP-038124 through Iowa-AWP-078480 Confidential in response to:

- Defendants First Set of Document Requests to the State of Iowa, dated February 3, 2009
- Defendant Barr Laboratories, Inc.'s First Set of Requests For Production to Plaintiff, the State of Iowa, dated February 27, 2009
- Defendants Ivax Corporation and Ivax Pharmaceuticals, Inc.'s First Set of Requests For Production to Plaintiff, the State of Iowa, dated February 27, 2009
- Defendant Sicor, Inc.'s First Set of Requests For Production to Plaintiff, the State of Iowa, dated February 27, 2009
- Defendant Teva Pharmaceuticals USA, Inc.'s First Set of Requests For Production to Plaintiff, the State of Iowa, dated February 27, 2009
- Defendants' First Set of Interrogatories to the State of Iowa, dated February 3, 2009
- Defendant Barr Laboratories, Inc.'s First Set of Interrogatories to Plaintiff, the State of Iowa, dated February 27, 2009
- Defendants Ivax Corporation and Ivax Pharmaceuticals, Inc.'s First Set of Interrogatories to Plaintiff, the State of Iowa, dated February 27, 2009
- Defendant Sicor, Inc.'s First Set of Interrogatories to Plaintiff, the State of Iowa, dated February 27, 2009
- Defendants Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc.'s First Set of Interrogatories to Plaintiff, the State of Iowa, dated February 27, 2009

**KIRBY McINERNEY LLP**

As we told defendants in our December 10, 2008 letter to Willard L. Boyd III, Esq. and Tina D. Reynolds, Esq., plaintiff also has made available for review in Des Moines a cache of more than 1,000 boxes of documents gathered from the former Iowa Medicaid fiscal agent Affiliated Computer Systems (ACS). In addition, Iowa has available for review in Des Moines documents pertaining to Administrative Rules and State Plan Amendments. Please give us at least one week's notice regarding when you like to review these materials so that appropriate arrangements can be made.

Best Regards,

Jocelyn R. Normand

cc:    Joanne M. Cicala, Esq. (w/o encl.)
       All Counsel of Record via LNFS (w/o encl)

# EXHIBIT
# C.9

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

**VIA FEDEX, EMAIL & LNFS**

October 16, 2009

Jason R. Parish, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC  20005-5793

> Re:   Iowa Supplemental Production

Dear Jason:

Consistent with our meet and confers, enclosed please find (1) a disk (Bates range IOWA-AWP-2-000001 to 011550 and 027051 to 027065) containing a supplemental production from the State of Iowa and; (2) Iowa's privilege log.

Very truly yours,

Jocelyn R. Normand

Encl.
cc:   Joanne M. Cicala, Esq.
     All counsel of record on LNFS (w/o encl.)

# EXHIBIT
# C.10

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

**VIA EMAIL AND FEDEX**

January 15, 2010

Nathan Cohen, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

RE:   *State of Iowa v. Abbott Laboratories, et al.*, MDL No. 1456 (D. Mass.)
Document Production

Dear Nathan,

Enclosed please find one CD of documents entitled "Iowa-AWP-2-011551 – Iowa-AWP-2-027050" and dated January 14, 2010.

Sincerely,

Jocelyn R. Normand

encl.

cc:   Joanne M. Cicala, Esq. (via email to jcicala@kmllp.com) (w/o encl.)
James P. Ellison, Esq. (via email to jellison@hpm.com) (w/o encl.)
Jason R. Parish, Esq. (via email to jparish@kirkland.com) (w/o encl.)

NEW YORK          TEXAS

EXHIBIT
C.11

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

**VIA Fedex, E-Mail and LNFS**

February 5, 2010

James P. Ellison, Esq.
Hyman, Phelps & McNamara, P.S.
700 Thirteenth St., N.W.
Suite 1200
Washington, DC  20005-5929

RE:   *State of Iowa v. Abbott Labs. et al.*

Dear J.P.,

This letter follows your letter of February 4, 2010 and our two prior meet and confers.

(1)   Enclosed are the documents we had previously withheld.  As discussed, the last page of the document bearing the bates range Iowa-AWP-2-008971 – 008983 has been redacted to protect defendant confidentiality as it contains rebate data from Wyeth Ayerst.  We are producing the document bearing the bates number Iowa-AWP-2-009341 – 009343 because it has already been produced in other litigation.  In doing so, however, we waive no rights to object to its use in trial based on any applicable privilege.

(2)   Supplementing our response to defendants' first set of requests for production and interrogatories, the following additional people have knowledge of Iowa Medicaid:

a.  Cathy Anderson
Chief Director Public Policy
5/3/1999 through 1/2/2003

b.  Kevin Concannon
Director of DHS
3/28/2003 through 7/31/2008

c.  Dennis Headlee
Medical Services Division Administrator
2/14/2000 through 8/2/2001

NEW YORK        TEXAS

**KIRBY McINERNEY LLP**

James P. Ellison, Esq.
February 5, 2010
Page 2

      d.  Don Herman
          Medical Services Division Administrator
          9/16/1971 through 12/31/1999

      e.  Charles M. Palmer
          Director of DHS
          1/15/1979 through 9/28/1999

      f.  Jesse K. Rasmussen
          Director of DHS
          4/5/1999 through 1/2/2003

(3)    The "per unit drug cost" can be calculated as follows:
Reimbursement amount = (total drug cost) + (dispensing fee) - (total-copay paid by recipient, if any) - (applied-tpl-amount, if any).  Based on this, one can obtain the "total drug cost" for any claim, and then dividing that cost from the "total drug units" should give the "per unit drug cost".

                                   Very truly yours,

                                   Jocelyn R. Normand

encl.

cc:    Joanne M. Cicala, Esq. (w/o encl.)
       Jason R. Parish, Esq. (w/o encl.)
       Nathan Cohen, Esq. (w/o encl.)
       All counsel of record

# EXHIBIT
# C.12

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

**Via FEDEX and LNFS**

February 12, 2010

James P. Ellison, Esq.
Hyman, Phelps & McNamara, P.C.
700 Thirteenth St., N.W.
Suite 1200
Washington, DC  20005-5929

      RE:   *State of Iowa v. Abbott Labs. et al*, MDL 1456
               Supplemental Document Production

Dear J.P.,

As per our meet and confers, enclosed please find a CD of Iowa's supplemental document production bearing the bates range Iowa-AWP-081036 – Iowa-AWP-089572.  Any gap in sequential bates numbers is intentional.

                              Best regards,

                              /s/ Jocelyn R. Normand

                              Jocelyn R. Normand

cc:     Joanne M. Cicala, Esq.
        All counsel of record