UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br>*v.*<br>*Abbott Laboratories, et al.* | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>) Subcategory Case No. 07-12141-PBS<br>)<br>) Judge Patti B. Saris<br>)<br>) Magistrate Judge Marianne Bowler<br>)<br>) |

**DECLARATION OF JAMES P. CARROLL JR. IN SUPPORT OF THE STATE OF IOWA's OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'s AND NOVOPHARM USA, INC.'s MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS**

I, the undersigned James P. Carroll, submit this Declaration. I have personal knowledge of the following:

1. I am an attorney at Kirby McInerney LLP and counsel for State of Iowa in MDL 1456.

2. Attached as Exhibit A to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of State of Iowa's Objections and Responses to Defendants' First Set of Document Requests, dated March 5, 2009.

3. Attached as Exhibit B to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy State of Iowa's Objections and Responses to Defendants' First Set of Interrogatory Requests, dated April 28, 2009.

4. Attached as Exhibit C.1 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Michael Slattery, dated November 24, 2008.

5. Attached as Exhibit C.2 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Shamir Patel, dated December 29, 2008.

6. Attached as Exhibit C.3 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Tina D. Reynolds, dated January 13, 2009.

7. Attached as Exhibit C.4 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Tina D. Reynolds, dated January 20, 2009.

8. Attached as Exhibit C.5 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Tina D. Reynolds, dated January 23, 2009.

9. Attached as Exhibit C.6 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Tina D. Reynolds, dated February 19, 2009.

10. Attached as Exhibit C.7 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Elizabeth Houghton, dated April 15, 2009.

11. Attached as Exhibit C.8 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Kristi T. Prinzo, dated April 29, 2009.

12. Attached as Exhibit C.9 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Jason R. Parish, dated October 16, 2009.

13. Attached as Exhibit C.10 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to Nathan Cohen, dated January 15, 2010.

14. Attached as Exhibit C.11 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to James P. Ellison, dated February 5, 2010.

15. Attached as Exhibit C.12 to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of a letter from Jocelyn R. Normand to James P. Ellison, dated February 12, 2010.

16. Attached as Exhibit D to THE STATE OF IOWA'S OPPOSITION TO TEVA PHARMACEUTICALS USA, INC.'S AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS is a true and complete copy of State of Iowa's Supplemental Responses to Defendants' First Set of Requests for Production and Interrogatories, dated October 16, 2009.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

    /s/   James P. Carroll Jr.     
    James P. Carroll Jr.

## CERTIFICATE OF SERVICE

I, James Carroll, hereby certify that I caused a true and correct copy of the foregoing DECLARATION OF JAMES P. CARROLL JR. IN SUPPORT OF THE STATE OF IOWA's OPPOSITION TO TEVA PHARMACEUTICALS USA INC.'s AND NOVOPHARM USA, INC.'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND THE PRODUCTION OF DOCUMENTS to be served upon all counsel of record via electronic service, pursuant to Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting to all parties.

Dated: February 22, 2010               /s/ James P. Carroll Jr      
                                                James P. Carroll Jr.
                                                Kirby McInerney LLP
                                                825 Third Avenue, 16th Floor
                                                New York, NY 10022
                                                (212) 371-6600