# Exhibit A



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

John Joseph Moakley U.S. Courthouse, Suite 9200

1 Courthouse Way
Boston, Massachusetts 02210

November 3, 2006

All Directors
State Medicaid Fraud Control Units

Dear MFCU representative:

    The Department of Justice requests your assistance in connection with litigation now pending in the United States District Court for the District of Massachusetts, entitled United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al., Civil Action No. 06-CV-11337-PBS, and United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al., Civil Action No. 05-11084-MEL. In these cases the United States has brought claims under the False Claims Act, 31 U.S.C. §§ 3729-33, and common law theories of liability alleging that the defendants defrauded the Medicare and Medicaid programs by reporting falsely inflated average wholesale price (AWP) and wholesale acquisition cost (WAC) data to First Databank, Medispan, and the Redbook. The United States' complaint alleges that the defendants engaged in this conduct in order to create a "spread" between the reimbursement amount and the actual acquisition cost, so that providers would be induced to purchase the defendants' products. The Abbott case has been consolidated for pretrial proceedings in Multi District Litigation before the Honorable United States District Judge Patti B. Saris, In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456, Civil Action No. 01-12257-PBS. The United States may sue one or more other pharmaceutical manufacturers alleging similar conduct.

    The United States is in the process of requesting Medicaid claims data from certain state Medicaid agencies, and may request additional data from other states. In addition, it appears likely that the defendants will seek discovery from the state Medicaid agencies. Preliminary indications are that the defendants' discovery requests will be broad and subject to dispute.

    In view of the pending litigation and likely discovery requests, we ask you to take measures to ensure the preservation of all documents, electronic data, and other

HHD347-0001

Director, State MFCU
November 3, 2006
Page 2

information potentially relevant to subjects concerning state Medicaid payment for drugs. This would include, without limitation, electronic claims data; Medicaid rebate information; information regarding reimbursement policies or formulas; information concerning any knowledge of actual drug prices; communications with drug manufacturers, wholesalers and/or drug pricing publications regarding drug pricing and/or drug reimbursement amounts; and any internal deliberations on how the state developed its definition of Estimated Acquisition Cost in its state Medicaid plan. We particularly request that you ask your records and data management representatives to freeze the routine destruction or deletion of such information.

Thank you very much for your attention to this matter. Please contact either one of us if you have questions concerning the above.

                                  Sincerely,

_____
George B. Henderson, II
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3272
george.henderson2@usdoj.gov

/s/ Andy Mao
_____
Andy Mao
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
(202) 616-0539
andy.mao@usdoj.gov

HHD347-0002