# Exhibit C

EXHIBIT
PENGAD 800-631-6989
Abbott 1115
7/25/08

**From:** Ian Dew <idew@steckconsulting.com>
**Sent:** Monday, March 10, 2008 11:03 AM
**To:** Kris Knerr <Kknerr@MSLC.COM>
**Subject:** RE: State Medicaid claims
**Attach:** 20080229 Steck AWP Claims.xls

---

Kris,
We have data for those rows in the attached spreadsheet in which the entry in column B are black. The states are listed in order of utilization of relevant Abbott NDCs over the period 1991-2001. I don't expect we'll receive data from additional states in time to produce it to Abbott.

We will be producing the CMS SMRF/MAX data, which covers all states (except perhaps Arizona) in recent years. To the extent Professor Duggan uses that data, it probably makes sense to prioritize methodologies in the order the states are listed.

--
Ian M. Dew Steck Consulting, LLC v:202.887.0192 f:202.887.0193
1730 Rhode Island Ave, NW Suite 507 Washington, DC 20036
PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT.
The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify me at 202.887.0192.

-----Original Message-----
From: Kris Knerr [mailto:Kknerr@MSLC.COM]
Sent: Wednesday, March 05, 2008 12:31 PM
To: idew@steckconsulting.com
Subject: Re: State Medicaid claims

thanks

>>> <idew@steckconsulting.com> 3/5/2008 12:20 PM >>>
Kris,
I'm out of the office until Monday. If I have a copy of the list on my laptop, I'll email it to you this pm.

Ian M Dew
Steck Consulting, LLC
202-887-0192

-----Original Message-----

From: "Kris Knerr" <Kknerr@MSLC.COM>
Subj: State Medicaid claims
Date: Wed Mar 5, 2008 10:16 am
Size: 233 bytes
To: "Ian Dew" <idew@steckconsulting.com>

Ian,

In yesterday's call, it was mentioned that we have Medicaid claims data for about 15 states. Can you send me a listing of states that we have data for or expect to receive in time to utilize in the Abbott case?

Thanks,
Kris

*Attorney Work Product*
*Privileged and Confidential*

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | **Steck Claims Data Inventory and Production Status** |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | Data Type | | | | | | | | | | | | | |
| 4 | | | Claims | | | | Aggregate Claims | | | | | | | | | |
| 5 | | | Medicaid | | | | Medicaid | | | Transactions | | | Date Range | | | |
| 6 | Abbott SDUD Rank | Data Source | NDC | Jcode | Formulary | Medicare | NDC | J Code | Medicare | Direct | Indirect | Other | First | Last | Documentation | Gaps |
| 7 | 1 | Florida | X | | | | | | | | | | 1993 | 2005 | yes | no |
| 8 | 1 | Florida | | X | | | | | | | | | | | yes | unknown |
| 9 | 2 | Illinois | X | | | | | | | | | | 1991 | 2007 | yes | no |
| 10 | 2 | Illinois | | X | | | | | | | | | 1997 | 2007 | yes | no |
| 11 | 3 | California | X | (Abbott, Dey, Roxane only) | | | | | | | | | 1994 | 2001 | yes | no |
| 12 | 4 | Indiana | X | (Abbott-only dataset) | | | | | | | | | 2000Q4 | 2001 | | |
| 13 | 4 | Indiana | | X | (Abbott-only dataset) | | | | | | | | 2000Q4 | 2001 | | |
| 14 | 5 | Kentucky | X | | | | | | | | | | 1995 | 2005 | no | no |
| 15 | 5 | Kentucky | | X | | | | | | | | | 1995 | 2005 | no | no |
| 16 | 5 | Kentucky | | | | X | | | | | | | 1993 | 2004 | no | no |
| 17 | 6 | Missouri | X | (Abbott and Roxane only) | | | | | | | | | 1998 | 2008 | yes | unknown |
| 18 | 7 | New York* | X | (Abbott, Dey, Roxane only) | | | | | | | | | 1993 | 2007 | yes | no |
| 19 | 8 | Ohio | X | (Abbott-only dataset) | | | | | | | | | 1990 | 2007 | yes | no |
| 20 | 8 | Ohio | X | | | | | | | | | | 2000 | 2005 | yes | unknown |
| 21 | 9 | New Jersey | X | | | | | | | | | | 1991 | 2008 | yes | no |
| 22 | 9 | New Jersey | | X | | | | | | | | | 1991 | 2008 | yes | no |
| 23 | 10 | Michigan | | | X | | | | | | | | | | | |
| 24 | 10 | Michigan | X | (see Note 1) | | | | | | | | | 2000 | 2006 | yes | no |
| 25 | 11 | Louisiana | X | | | | | | | | | | 1995 | 2007 | yes | no |
| 26 | 11 | Louisiana | | X | | | | | | | | | 1995 | 2007 | yes | no |
| 27 | 12 | North Carolina | X | | | | | | | | | | 2001 | 2007 | yes | unknown |
| 28 | 13 | Wisconsin | X | | | | | | | | | | 1992 | 2005 | yes | unknown |
| 29 | 13 | Wisconsin | X | (Senior care claims) | | | | | | | | | 2002 | 2005 | yes | unknown |
| 30 | 13 | Wisconsin | | X | | | | | | | | | 1992 | 2005 | yes | unknown |
| 31 | 14 | Washington | | | | | | | | | | | | | | |
| 32 | 15 | Pennsylvania | X | (MAMIS system claims) | | | | | | | | | 1998 | 2000? | | |
| 33 | 15 | Pennsylvania | X | (PROMISE system claims) | | | | | | | | | 2000 | 2007 | yes | unknown |
| 34 | 16 | Tennessee | | | | | | | | | | | | | | |
| 35 | 17 | Virginia | X | | | | | | | | | | | | | |
| 36 | 17 | Virginia | | X | | | | | | | | | | | | |
| 37 | 18 | Texas | X | | | | | | | | | | 1996 | 2006 | yes | no |
| 38 | 18 | Texas | | | X | | | | | | | | 1974 | 2007 | yes | no |
| 39 | 19 | Georgia | | | | | | | | | | | | | | |
| 40 | 20 | Arkansas | | | | | | | | | | | | | | |

as of 6/19/2008

EXP USABT-DUG 147479

*Attorney Work Product*
*Privileged and Confidential*

| | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | More years possible | M&S methodology | Provided for defendants or ETA | Last action | Next Action | Priority |
| 7 | unknown | yes | 20071127 | produced | analyze | |
| 8 | unknown | no | ? | loaded | convert/canonicalize | low? |
| 9 | no | yes | 20071127 | produced | analyze | |
| 10 | no | no | 20071127 | produced | analyze | |
| 11 | no | yes | 20071002 (Abbott) | produced Abbott | subset Dey/Roxane | |
| 12 | | yes | 20080303 | canonicalized | produce Abbott | |
| 13 | | no | 20080303 | canonicalized | produce Abbott | |
| 14 | no | yes | 20071210 | produced | analyze | |
| 15 | no | no | 20071210 | produced | analyze | |
| 16 | no | - | 20071210 | produced | analyze | |
| 17 | unknown | yes | 20080218 (Abbott) | produced Abbott | produce Roxane | |
| 18 | no | yes | 20071002 (Abbott) | produced Abbott | subset Dey/Roxane | |
| 19 | no | yes | 20071219 | produced Abbott | analyze | |
| 20 | no | yes | 20080303 | subsetted | produce Dey/Roxane | |
| 21 | no | yes | 20080303 | subsetted | produce | |
| 22 | no | yes | 20080303 | subsetted | produce | |
| 23 | | - | 20071016 (Abbott) & 20071127 (Dey/Roxane) | produced | analyze | |
| 24 | no | yes | 20071127 | produced | analyze | |
| 25 | no | yes | 20071210 | produced | analyze | |
| 26 | no | no | 20071210 | produced | analyze | |
| 27 | no | yes | 20071016 (Abbott) | produced Abbott | subset Dey/Roxane | |
| 28 | no | yes | 20080218 (Abbott) | produced Abbott | produce Dey/Roxane | |
| 29 | no | yes | 20080218 (Abbott) | produced Abbott | produce Dey/Roxane | |
| 30 | no | no | 20080218 (Abbott) | produced Abbott | produce Dey/Roxane | |
| 31 | | yes | ? | | | |
| 32 | | yes | 20080310 | canonicalized | produce | |
| 33 | yes | yes | 20080310 | canonicalized | produce | |
| 34 | | yes | ? | | | |
| 35 | | yes | ? | loaded | clarify issues | |
| 36 | | no | ? | loaded | clarify issues | |
| 37 | yes? | no | 20080218 (Abbott) | produced (Abbott) | produce Dey/Roxane | |
| 38 | no | - | ? | loaded | canonicalize | |
| 39 | | yes | ? | | | |
| 40 | | yes | ? | | | |

*Attorney Work Product*
*Privileged and Confidential*

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | Data Type | | | | | | | | | | | | | |
| 4 | | | Claims | | | | Aggregate Claims | | | | | | | | | |
| 5 | | | Medicaid | | | | Medicaid | | | Transactions | | | Date Range | | | |
| 6 | Abbott SDUD Rank | Data Source | NDC | Jcode | Formulary | Medicare | NDC | J Code | Medicare | Direct | Indirect | Other | First | Last | Documentation | Gaps |
| 41 | 21 | Maryland | | | | | | | | | | | | | | |
| 42 | 22 | Alabama | | | | | | | | | | | | | | |
| 43 | 23 | South Carolina | | | | | | | | | | | | | | |
| 44 | 24 | Colorado | | | | | | | | | | | | | | |
| 45 | 25 | Minnesota | | | | | | | | | | | | | | |
| 46 | 26 | Connecticut | X | | | | | | | | | | 1991 | 2006 | yes | no |
| 47 | 27 | Mississippi | | | | | | | | | | | | | | |
| 48 | 28 | Oregon | | | | | | | | | | | | | | |
| 49 | 29 | Utah | X | | | | | | | | | | 1998 | 2007 | partial | unknown |
| 50 | 29 | Utah | | | X | | | | | | | | 1964 | 2007 | partial | unknown |
| 51 | 30 | Oklahoma | | | | | | | | | | | | | | |
| 52 | 31 | Massachusetts | | | | | | | | | | | 1996 | 2008 | | |
| 53 | 32 | Iowa | | | | | | | | | | | | | | |
| 54 | 33 | Kansas | | | | | | | | | | | | | | |
| 55 | 34 | Nebraska | | | | | | | | | | | | | | |
| 56 | 35 | West Virginia | | | | | | | | | | | | | | |
| 57 | 36 | Nevada | | | | | | | | | | | | | | |
| 58 | 37 | South Dakota | | | | | | | | | | | | | | |
| 59 | 38 | Montana | | | | | | | | | | | | | | |
| 60 | 39 | Idaho | | | | | | | | | | | | | | |
| 61 | 40 | Hawaii | X | | | | | | | | | | 2001 | 2006 | no | unknown |
| 62 | 40 | Hawaii | | | X | | | | | | | | | | no | unknown |
| 63 | 41 | Rhode Island | | | | | | | | | | | | | | |
| 64 | 42 | Delaware | X | | | | | | | | | | sample | | | |
| 65 | 43 | Maine | | | | | | | | | | | | | | |
| 66 | 44 | North Dakota | | | | | | | | | | | | | | |
| 67 | 45 | Wyoming | | | | | | | | | | | | | | |
| 68 | 46 | New Hampshire | | | | | | | | | | | | | | |
| 69 | 47 | Vermont | | | | | | | | | | | | | | |
| 70 | 48 | New Mexico | | | | | | | | | | | | | | |
| 71 | 49 | District of Columbia | | | | | | | | | | | | | | |
| 72 | 50 | Alaska | X | (two datasets) | | | | | | | | | 1996 | 2003/2006 | no | unknown |
| 73 | 51 | CMS MSIS | X | | | | | | | | | | 1999 | 2004 | yes | yes |
| 74 | 51 | CMS SMRF/MAX | X | | | | | | | | | | 1991 | 2003 | yes | no |
| 75 | 51 | CMS SDUD | | | | | X | | | | | | | | | |
| 76 | 51 | CMS NCH | | | | Carrier | | | | | | | 1991 | 2005 | yes | unknown |

as of 6/19/2008

EXP USABT-DUG 147481

*Attorney Work Product*
*Privileged and Confidential*

| | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | More years possible | M&S methodology | Provided for defendants or ETA | Last action | Next Action | Priority |
| 41 | | yes | ? | | | |
| 42 | | yes | ? | | | |
| 43 | | yes | ? | | | |
| 44 | | no | ? | | | |
| 45 | | yes | ? | | | |
| 46 | no | yes | 20080218 (Abbott) | produced Abbott | produce Dey/Roxane | |
| 47 | | no | ? | | | |
| 48 | | yes | ? | | | |
| 49 | no | no | 20080310 | canonicalized | subset | |
| 50 | no | - | 20080310 | canonicalized | subset | |
| 51 | | no | ? | | | |
| 52 | | yes | 20080317 | canonicalized | subset | |
| 53 | | no | ? | | | |
| 54 | | yes | ? | | | |
| 55 | | no | ? | | | |
| 56 | | yes | ? | | | |
| 57 | | yes | ? | | | |
| 58 | | no | ? | | | |
| 59 | | yes | ? | | | |
| 60 | | no | ? | | | |
| 61 | yes | no | 20080317 | loaded | canonicalize | |
| 62 | unknown | - | 20080317 | loaded | canonicalize | |
| 63 | | no | ? | | | |
| 64 | | no | ? | | | |
| 65 | | yes | ? | | | |
| 66 | | no | ? | | | |
| 67 | | no | ? | | | |
| 68 | | yes | ? | | | |
| 69 | | no | ? | | | |
| 70 | | yes | ? | | | |
| 71 | | no | ? | | | |
| 72 | unknown | no | 20080317 | loaded | canonicalize | |
| 73 | yes | - | 20080317 | loaded | convert/canonicalize | priority 2 |
| 74 | no | - | 20080317 | loaded | convert/canonicalize | priority 1 |
| 75 | | - | N/A | | | |
| 76 | no | - | 20071210 & 20080218 (Abbott) | produced | analyze & reproduce Dey/Roxane | |

*Attorney Work Product*
*Privileged and Confidential*

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | Data Type | | | | | | | | | | | | | |
| 4 | | | Claims | | | | Aggregate Claims | | | | | | | | | |
| 5 | | | Medicaid | | | | Medicaid | | | Transactions | | | Date Range | | | |
| 6 | Abbott SDUD Rank | Data Source | NDC | Jcode | Formulary | Medicare | NDC | J Code | Medicare | Direct | Indirect | Other | First | Last | Documentation | Gaps |
| 77 | 51 | CMS NCH | | | | DME | | | | | | | 1991 | 2005 | yes | unknown |
| 78 | 51 | CMS NCH | | | | Outpatient | | | | | | | 1991 | 2005 | yes | unknown |
| 79 | 51 | CMS PSPS | | | | | | | X | | | | 1991 | 2004 | yes | no |
| 80 | 51 | Cardinal | | | | | | | | | X | | 1995 | 2005 | in transcript | unknown |
| 81 | 51 | McKesson | | | | | | | | | X | | ? | ? | in transcript | unknown |
| 82 | 51 | Redbook | | | X | | | | | | | | 1996 | 2002 | no | yes |
| 83 | 51 | First DataBank | | | X | | | | | | | | 1994 | 2004 | yes | no |

*Attorney Work Product*
*Privileged and Confidential*

| | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | More years possible | M&S methodology | Provided for defendants or ETA | Last action | Next Action | Priority |
| 77 | no | - | 20071210 & 20080218 (Abbott) | produced | analyze & reproduce Dey/Roxane | |
| 78 | no | - | 20071210 & 20080218 (Abbott) | produced | analyze & reproduce Dey/Roxane | |
| 79 | unknown | - | 20071104 | produced | N/A | |
| 80 | no | - | 20080317 | subsetted | produce | |
| 81 | no | - | 20080317 | loaded | canonicalize | |
| 82 | yes | - | no need to produce | | download | |
| 83 | unknown | - | 20071104 | produced | N/A | |