# Exhibit H

AdminaStar Federal (Marsha McQueeney)                          March 26, 2008
                         Indianapolis, IN

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

----------------------------X

IN RE:  PHARMACEUTICAL         )

INDUSTRY AVERAGE WHOLESALE     ) MDL NO. 1456

PRICE LITIGATION               ) CIVIL ACTION:

----------------------------X 01-CV-12257-PBS

U.S. ex re. Ven-A-Care of      )

the Florida Keys, Inc., v.     ) Judge Patti B. Saris

Abbott Laboratories, Inc.,     )

et al. No. 06-CV-11337-PBS    )

----------------------------X

VIDEOTAPED DEPOSITION OF

ADMINASTAR FEDERAL (MARSHA McQUEENEY)

The videotaped deposition of ADMINASTAR FEDERAL

(MARSHA McQUEENEY), a witness produced and sworn

before me, Aprille Lucas, RPR, Notary Public in and

for the County of Hamilton, State of Indiana, taken

on behalf of the Defendant Abbott Laboratories at

the offices of Barnes & Thornburg, 11 South Meridian

St., Indianapolis, Indiana, on March 26, 2008,

pursuant to the Federal Rules of Civil Procedure.

AdminaStar Federal (Marsha McQueeney)                        March 26, 2008
                              Indianapolis, IN

Page 42

```
 1  working on during the break.  There are, as we've
 2  mentioned, there are 11 J-code drugs that are at
 3  issue in the government's complaint against
 4  Abbott, and I want to leave out J-3370, which is
 5  vancomycin for right now, but it is my
 6  understanding, from Mr. Henderson, that
 7  AdminaStar has no array records or other
 8  applicable records regarding reimbursement rates
 9  for the other 10 J-code drugs for the applicable
10  time period from January '91 through January
11  2001.  Is that your understanding, also?
12      A.  That's correct.
13          MR. SQUIER:  Is that for Part B or --
14          MR. HALE:  Yes, I'm speaking only here
15  of part B.
16          MR. SQUIER:  Okay.
17          MR. HENDERSON:  And Abbott J-codes?
18          MR. HALE:  And the other ten Abbott J-
19  codes, yes.
20  BY MR. HALE:
21      Q.  Is that your understanding?
22      A.  Yes.
```

Page 43

```
 1          MR. HALE:  So, Bunker, then can we
 2  agree and stipulate for the record that to the
 3  extent there are documents regarding the
 4  reimbursement rates for Region V for those 10 J-
 5  codes from January '91 through January '01, they
 6  would have come from WPS?
 7          MR. HENDERSON:  For the Abbott J-codes,
 8  yes.
 9  BY MR. HALE:
10      Q.  Since we have carved out those 10 J-
11  codes, Ms. McQueeney, I just want to talk to you
12  a little bit about the documents that we do have.
13          MR. HENDERSON:  Can I clarify?
14          MR. HALE:  Yes.
15          MR. HENDERSON:  They would have come
16  from a carrier other than AdminaStar.
17          MR. HALE:  Okay.
18          MR. HENDERSON:  I can't say for certain
19  whether all of them came from WPS.  I have reason
20  to believe that there were some Abbott J-codes
21  that may have been priced by some other Region V
22  carrier for some period of time.
```

Page 44

```
 1          MR. HALE:  Fair enough.
 2  BY MR. HALE:
 3      Q.  Before I get to this exhibit, let me
 4  ask you a little bit about the arrangement that
 5  would have allowed those other ten drugs to be
 6  priced by a different carrier within Region V.
 7  It's my understanding that AdminaStar would have
 8  relied on another Region V carrier for the prices
 9  that it set for those other ten drugs, is that
10  correct?
11      A.  That's correct.
12      Q.  And my understanding, up until Mr.
13  Henderson's recent clarification, is that those
14  reimbursement rates were set by Wisconsin
15  Physician Services, a Region V carrier in
16  Milwaukee.  Are you familiar with WPS?  I think
17  we talked about it earlier.
18      A.  Yes.
19      Q.  And do you know, of the ten drugs,
20  leaving 3370 aside for now, do you know whether
21  WPS was the entity that set or calculated the
22  reimbursement rates for those drugs?
```

Page 45

```
 1      A.  That would be yes, if they were on that
 2  list as the carrier responsible for them.
 3      Q.  Do you know what other carriers in
 4  Region V might have set reimbursement rates for
 5  one or more of those drugs?
 6      A.  If they weren't listed as a responsible
 7  carrier, they shouldn't have calculated a fee.
 8      Q.  Well, let me ask it this way, how many
 9  carriers, if you know, were involved in the
10  sharing arrangement in Region V?  And again I'm
11  speaking of the time period from January '91
12  through January '01.
13      A.  I don't know right offhand, the number.
14      Q.  Do you know any other than WPS?
15      A.  I'm sorry?
16      Q.  Do you know any carrier besides WPS
17  that was involved in the price sharing
18  arrangement?
19      A.  I can only -- I can remember, I want to
20  say Noridian, but as far as for all of them, I
21  don't know right now.
22      Q.  I've called it a price sharing
```

                                                    12 (Pages 42 to 45)