# Exhibit I

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

Magistrate Judge Marianne B. Bowler

IN RE:  PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

_____

THIS DOCUMENT RELATES TO:

U.S. Ex rel. Ven-A-Care of the

Florida Keys, Inc., v. Abbott

Laboratories, Inc., et al.,

No. 06-CV-11337-PBS

VOLUME I OF II

VIDEOTAPE 30(B)(6) DEPOSITION OF PALMETTO

(ROBIN KREUSH STONE)

Thursday, February 28, 2008

9:00 AM to 5:00 PM

Columbia, South Carolina

Reported by:  Jane G. LaPorte

Merit and Professional Certifications

Page 98

1  prepared in connection with preparing for this
2  case -- for this deposition -- sorry.
3       First, if you could walk me through,
4  Ms. Stone, how this document is organized.
5    A.   By procedure code. And then I try to
6  address it from a DMERC -- analyze DMERC -- and then
7  the Part B records.
8    Q.   So, within -- so what you have done is
9  that you have put -- you have a separate section for
10 different procedure codes?
11   A.   Yes.
12   Q.   And then within each procedure code, you
13 have a section for DMERC and a section for Part B?
14   A.   That's correct.
15   Q.   Why do you have separate sections for
16 each?
17   A.   Because our pricing arrays, at one point
18 in time, were separated by contract.
19   Q.   And do you recall at what point in time
20 that was no longer separated?
21   A.   I don't recall exactly.
22   Q.   If I could go to the second page, page

Page 99

1  two of 67 under J 2912; do you see that?
2    A.   Yes.
3    Q.   Here under DMERC you have N/A for DMERC.
4       I assume that means not applicable for
5  DMERCs?
6    A.   That was my understanding of the code,
7  that it was not applicable to DMERC.
8    Q.   Did you write N/A for DMERC in there?
9    A.   Yes.
10   Q.   And was that something that you knew
11 personally?
12      Or did someone tell you it was not
13 applicable to DMERCs?
14   A.   Based on the records that I reviewed, it
15 looked as if it was not applicable to DMERC.
16   Q.   And then under Part B; do you see that?
17   A.   Uh-huh.
18   Q.   You have -- you have years 1999, 2000,
19 2001.
20      And then a quarter for each of those
21 three years; is that right?
22   A.   Yes.

Page 100

1    Q.   And again, South Carolina -- I'm sorry --
2  BlueCross/BlueShield of South Carolina or Palmetto
3  was the Part B carrier for the State of South
4  Carolina for the entirety of 1991 to 2001; is that
5  correct?
6    A.   Yes.
7    Q.   And your chart does not have any row --
8  any rows for the years 1991 through 1998; is that
9  right?
10   A.   That's correct.
11   Q.   And why is that?
12   A.   I could not locate them.
13   Q.   You could not find any array information?
14   A.   Correct.
15   Q.   And then but for 1999, you couldn't find
16 any array information either.
17      But there you put it on the chart, and
18 you put: No array files located; is that right?
19   A.   Right.
20   Q.   And where did you look to see if you
21 could find the Part B arrays for this J code?
22   A.   On our electronic network files and tried

Page 101

1  to go through the hard copy documentation.
2    Q.   And the Part B side was not one that you
3  supervised during the time period '91 through 2001,
4  correct?
5    A.   Correct.
6       I was, you know, assisted with it, but I
7  never supervised it during that time.
8    Q.   So, would documents either electronic or
9  hard copy of arrays for Part B, have been in your
10 possession already?
11      Or would you have to go somewhere else to
12 try to dig those up?
13   A.   No. I would have had access to those
14 same files.
15      But for whatever reason, at that time
16 period, I couldn't find anything.
17      I can't recall the details behind that,
18 as to why I would or would not be able to find them.
19   Q.   Do you know why you were not able to find
20 any pricing arrays for this J code for 1991 through
21 1999?
22   A.   No. Other than that a certain point in

26 (Pages 98 to 101)

Page 102

1  time, you know, we may not have used our network
2  files for storing information.
3       And it could have been on a personal
4  drive, which would have been probably surplused over
5  time.
6    Q.  And what do you mean by "surplused"?
7    A.  That if the information was on a hard
8  drive, the PC was outdated, they cleansed the PCs or
9  whatever they do to them, and take them to our
10 surplus unit.
11   Q.  Would it be fair to say, then, that for
12 this J code for the period of 1991 through 1999, you
13 are not able to tell -- testify here today regarding
14 how Palmetto calculated any median AWP for that
15 product?
16   A.  I can't testify what the results were.
17   Q.  And you wouldn't be able to testify how
18 the median AWP was calculated; is that right?
19   A.  (No response.)
20   Q.  What prices were used in the array?
21   A.  No.
22   Q.  And then just continuing on --

Page 103

1       MR. TORBORG:  I won't do this for every
2  one of the J codes --
3    Q.  I'll ask you if your testimony will be
4  the same.
5    A.  Okay.
6    Q.  But for 2000, you have put some
7  information under the path name there; do you see
8  that?
9    A.  Yes.
10   Q.  And that's referring us to a file name on
11 a CD that you produced to counsel for the United
12 States; is that right?
13   A.  Yes.  That is included in the information
14 provided.
15   Q.  So, I have information for 2000?
16   A.  You should.
17   Q.  I have the array?  Or have whatever is at
18 that file?
19   A.  Yes.
20   Q.  And 2000, quarter one, you were not able
21 to find any array information; is that right?
22   A.  That is correct.

Page 104

1    Q.  If we go to the next -- I'm sorry -- page
2  four, J 3370, do you know what the drug is for J
3  3370?
4    A.  If I recall correctly, I think it's
5  Cromolyn.
6    Q.  I think it's Vancomycin, but we will --
7    A.  Oh.  Is it?  That's correct.  That's
8  correct.  I'm sorry.  I'm getting my codes crossed.
9       MR. TORBORG:  I have less codes to worry
10 about than you do.
11   Q.  For 1991 and 1992, there's no
12 information -- there's no rows for those two years;
13 is that correct, under DMERC?
14   A.  That is correct.
15   Q.  And then that's likely because the DMERCs
16 didn't exist until 1993; is that right?
17   A.  I would say that is correct.
18   Q.  And then there is not anything -- you
19 don't have a section for Part B for J 3370; is that
20 right?
21   A.  No.  There is a Part B section for J
22 3307.

Page 105

1    Q.  Did I miss it?
2       MR. WALKER:  Look at the bottom of page
3  five.
4       MR. TORBORG:  Page five?  Sure.
5    Q.  And, again, there is no information for
6  1991 and 1992; isn't that right?
7    A.  That's correct.
8    Q.  Do you know if you used the same array
9  for 1993 for Vancomycin in both the DMERC and Part B
10 programs?
11   A.  I would say the same array was used.
12   Q.  Because of the comment that you list on
13 page four; is that right?
14   A.  Yes.
15   Q.  And you were able to find some arrays for
16 Vancomycin, for 1993, '94, '95, '96, for both DMERC
17 and Part B; is that right?
18   A.  Before '95.  I didn't see a '96 for Part
19 B.
20   Q.  And you also were not able to find an
21 array for J 3370 Part B for '97 or '98, as well; is
22 that right?

27 (Pages 102 to 105)

Page 106

```
 1   A.   That's correct.
 2   Q.   Would it be fair to say that for the
 3  years or quarters for which you don't have an array,
 4  you can't tell how the median AWP was calculated?
 5        MR. HENDERSON:  Objection.
 6   A.   Not necessarily.  A lot of times drug
 7  fees remain the same from quarter to quarter.
 8        So, if the previous quarter or the
 9  subsequent quarter had the same fee, it is most
10  likely that the arrays would have been the same.
11   Q.   Unless we are dealing with a drug where
12  manufacturers often changed in the Red Book?
13        MR. HENDERSON:  Objection.
14   Q.   If we were --
15        MR. TORBORG:  Let me rephrase that again:
16   Q.   In a situation where manufacturers quit
17  producing a particular drug; then, theoretically, at
18  least it should be taken off the Red Book; is that
19  right?
20        MR. HENDERSON:  Objection.
21   A.   If they quit making the drug, and it's
22  taken off the Red Book, chances are that it would
```

Page 107

```
 1  change -- change the array and the fee.
 2   Q.   If we look at J 7030, 7040, 7042, 7050,
 3  7060, starting on page 22;
 4        7070, starting on page 24;
 5        J 7110 on 26;
 6        7130 on page 28, for those J codes under
 7  the Part B program, you were not able to find any
 8  arrays for the period 1991 through 1998; is that
 9  correct?
10   A.   That is correct.
11   Q.   So, for those J codes for those years,
12  you cannot tell how a median AWP was calculated; is
13  that fair to say?
14   A.   That's fair to say.
15   Q.   And would the reason why you are not able
16  to find arrays for those J codes for those years, be
17  similar to the reason you provided earlier --
18   A.   Yes.
19   Q.   -- with respect to J 2912?
20   A.   Yes.
21        MR. TORBORG:  Mark this as the next
22  exhibit.
```

Page 108

```
 1        (EXHIBIT ABBOTT 532 MARKED.)
 2        MR. TORBORG:  For the record, what I have
 3  marked as Abbott Exhibit 532, Bates -- the Bates No.
 4  AWQ037-0154 through 200.
 5   Q.   Ms. Stone, if you would take a look at
 6  that document -- just the time necessary to tell me
 7  if you are familiar with it -- then I will have some
 8  questions for you on it.
 9   A.   Yes.  I'm familiar with it.
10   Q.   Can you tell us what this collection of
11  documents is?
12   A.   It is a collection of documents that were
13  pulled out of a hard copy file that we located in
14  our search.
15   Q.   Were these documents -- let me ask you --
16  obviously, the first page is just correspondence
17  between you and someone else at Palmetto concerning
18  getting information for this deposition or this
19  litigation; --
20   A.   Right.
21   Q.   -- fair to say?
22   A.   Yes.
```

Page 109

```
 1   Q.   And then the second page of the document
 2  titled:  Drug Arrays for 3370 from 1993 to 2001 --
 3   A.   Yes.
 4   Q.   -- was this a page that you created for
 5  this case?
 6   A.   Yes.
 7   Q.   And then the documents -- the pages after
 8  that -- were they all in this order in the files?
 9        Or were they sort of plucked out of
10  various hard copy files?
11   A.   To the best of my knowledge, that I can
12  recall, I want to think they were all in one file.
13   Q.   Were they in this order?  Or were they
14  scattered?
15   A.   I don't know.  I didn't reproduce them
16  myself.
17   Q.   There's some notes on the top of page --
18  the third page of the document 157.
19        Do you know if these -- do you recognize
20  that handwriting?
21        MR. WALKER:  156, you mean?
22        MR. TORBORG:  I'm sorry, 156.  Yes.
```

28 (Pages 106 to 109)