# EXHIBIT 1

State
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
Q1 Q2 Q3 Q4
AK
AL
AR
AZ
CA
CO
CT
DC
DE
FL
GA
HI
IA
ID
IL
IN
KS
KY
LA
MA
MD
ME
MI
MN
MO
MS
MT
NC
ND
NE
NH
NJ
NM
NV
NY
OH
OK
OR
PA
RI
SC
SD
TN
TX
UT
VA
VT
WA
WI
WV
WY
Count of States with Claims Data
0 1 1 1 2 2 2 2 3 4 4 5 5 6 6 6 8 8 8 8 8 8 8 8 8 8 8 8 9 9 9 9 9 9 9 9 9 9 9 10 10 10 10 10

Key: "DIFFERENCE" on Actual Claims Data · Extrapolation · No "DIFFERENCES"