| | |
|---|---|
| *County of Monroe v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06148) | ) ) ) |
| *County of Yates v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06172) | ) ) ) |
| *County of Niagara v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06296) | ) ) ) |
| *County of Seneca v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06370) | ) ) ) |
| *County of Orleans v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06371) | ) ) ) |
| *County of Ontario v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06373) | ) ) ) |
| *County of Schuyler v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06387) | ) ) ) |
| *County of Steuben v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06223) | ) ) ) |
| *County of Chemung v. Abbott Labs., et al.* (W.D.N.Y. No. 05-CV-06744) | ) ) ) |
| *County of Nassau v. Abbott Labs., Inc., et al.* (E.D.N.Y. No. 04-CV-5126) | ) ) ) |
| *County of Orange v. Abbott Labs., Inc., et al.* (S.D.N.Y. No. 07-CV-2777) | ) ) ) |
| *County of Ulster v. Abbott Labs., Inc., et al.* (N.D.N.Y. No. 06-CV-0123) | ) ) ) |
| *County of Wyoming v. Abbott Labs., Inc., et al.* (W.D.N.Y. No. 03-CV-6379) | ) ) ) |

## [PROPOSED] ORDER OF DISMISSAL OF CHIRON CORPORATION

The Motion for Dismissal is hereby GRANTED. All claims in this action against Defendant Chiron Corporation are dismissed *with prejudice* and without costs to any party.

IT IS SO ORDERED.

DATED: __2/25__, 2010

_____
The Honorable Patti B. Saris
Judge

3