# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
|  | MDL No.1456 |
|  | Master File No. 01-CV-12257-PBS Subcategory No. 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation*, *et al.*, Civil Action No. 07-10248-PBS | ) ) ) ) ) ) ) |
|  | Judge Patti B. Saris |
|  | Magistrate Judge Marianne B. Bowler |

## BOEHRINGER INGELHEIM CORPORATION AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S MOTION TO BIFURCATE THE CORPORATE VEIL-PIERCING ISSUES FOR TRIAL

Defendants Boehringer Ingelheim Corporation (BIC) and Boehringer Ingelheim Pharmaceuticals, Inc. (BIPI) respectfully move this Court to invoke Federal Rule of Civil Procedure 42(b) and bifurcate the corporate veil-piercing claims against them from the underlying False Claims Act claims against them and Roxane Laboratories, Inc. Bifurcation of the issues will not only eliminate a serious risk of juror confusion and prejudice to BIC and BIPI, but will also promote judicial economy and efficiency. The grounds for this Motion are set forth in Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.'s Memorandum in Support of Their Motion to Bifurcate the Corporate Veil-Piercing Issues for Trial.

WHEREFORE, Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc. respectfully request that the Motion to Bifurcate the Corporate Veil-Piercing Issues for Trial be GRANTED.

Dated: March 1, 2010

_____/s/___John Reale_____

Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendants Boehringer Ingelheim
Corp., and Boehringer Ingelheim
Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 1, 2010, a copy to LexisNexis File and Serve for posting and notification to all parties.

_____/s/ John W. Reale_____
John W. Reale