| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO:<br><br>    *State of Iowa*<br>*v.*<br>    *Abbott Laboratories Inc., et al.* | ) )<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**MARCH 2010 STATUS REPORT FOR THE STATE OF IOWA**

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for March 2010, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: March 1, 2010

Respectfully submitted,

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

By:    /s/ Joanne M. Cicala_____
Joanne M. Cicala
Kathryn B. Allen
*Counsel for the State of Iowa*

**March 2010 Status Report for the State of Iowa**

<u>**Discovery**</u>

**1.  Motion to Compel Discovery from the State of Iowa**

To date, plaintiff has made 9 productions that consist of approximately 90,000 pages of materials (Iowa-AWP-000001-078480, Iowa-AWP-2-000001-011550, and 027051-027065) in response to defendants' document requests.

Despite such productions, on January 7, 2010, Defendants Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc. filed their Motion to Compel Discovery from the State of Iowa. *See* Docket No. 6823; Sub-docket No. 56.

On February 22, 2010, plaintiff filed its opposition to defendants' motion to compel.  *See* Plaintiff's Opposition to Defendants' Motion to Compel Discovery from the State of Iowa [Docket No. 6921, Sub-Docket 62]; and Declaration of James P. Carroll in Support of the State of Iowa's Opposition to Defendants' Motion to Compel [Docket No. 6922, Sub-Docket 63]. This motion remains *sub-judice*.

**2.  Motion for Extension to Discovery Deadline**

Plaintiff and defendants presently will file a joint motion to extend the Iowa discovery deadline of April 1, 2010.

<u>**Voluntary Dismissal of Claims**</u>

On February 26, 2009, the Court entered an order granting plaintiff's voluntary dismissal of defendant Dey.  *See* Docket No. 6929, Sub- Docket 64.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 1st day of March, 2010, she caused a true and correct copy of the above March 2010 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  March 1, 2010

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600