UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | |
| *State of Iowa v. Abbott Laboratories, et al.* | |

MDL No. 1456

Civil Action No.: 01-CV-12257 PBS

Sub-Category Case No.: 07-12141

Judge Patti B. Saris

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST CHIRON CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41, that all claims in this action against Defendant Chiron Corporation are dismissed *with prejudice* and without any costs to any party.

A Proposed Order is attached hereto for the Court's convenience.

RPP/365914.1

Respectfully submitted,

ARENT FOX LLP

By: _____
Larri A. Short
D. Jacques Smith
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Chiron Corporation*

KIRBY McINERNEY LLP

By : _____
Joanne M. Cicala
Daniel Hume
825 Third Avenue
New York, NY 10022

*Counsel for the State of Iowa*

RPP/365914.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2010, I caused a true and correct copy of the foregoing, NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST CHIRON CORPORATION, to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties in this action pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ D. Jacques Smith
D. Jacques Smith