UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *State of Iowa v. Abbott Laboratories, et al.* ) ) ) | MDL No. 1456<br><br>Civil Action No.: 01-CV-12257 PBS<br><br>Sub-Category Case No.: 07-12141<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER OF DISMISSAL OF CHIRON CORPORATION**

The Motion for Dismissal is hereby GRANTED. All claims in this action against Defendant Chiron Corporation are dismissed *with prejudice* and without costs to any party.

IT IS SO ORDERED.


DATED: _____, 2010         _____
                                        The Honorable Patti B. Saris
                                        Judge