UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL No. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | Master Docket 01-cv-12257 |
| PRICE LITIGATION | ) | |
| _____ | ) | |
| | ) | Subcategory 06-11337 |
| THIS DOCUMENT RELATES TO: | ) | Civil Action No. 08-cv-10852 |
| | ) | |
| *United States of America Ex Rel.* | ) | |
| *Ven-A-Care of the Florida Keys, Inc.,* | ) | Judge Patti B. Saris |
| *a Florida Corporation, by and through* | ) | |
| *its principal officers and directors,* | ) | |
| *ZACHARY T. BENTLEY and T. MARK JONES,* | ) | |
| *vs. Actavis Mid Atlantic LLC,* | ) | |
| *et al.* | ) | |

_____

Status Report March 1, 2010

Pursuant to the Court's July 17, 2004 Procedural Order, the undersigned counsel for the Plaintiffs hereby submits the following status report to the court listing the status of all motions to date.

Respectfully submitted,

Dated: 3/1/10                   By: /s/ Susan Schneider Thomas_____
                                   Susan Schneider Thomas (PA Bar No. 32799)
                                   **BERGER & MONTAGUE, P.C.**
                                   1622 Locust Street
                                   Philadelphia, PA 19103
                                   Telephone (215) 875-3000
                                   Facsimile (215) 875-4604

                                   Jonathan Shapiro
                                   **STERN, SHAPIRO, WEISSBERG & GARIN**
                                   90 Canal Street, Suite 500
                                   Boston, MA 02114-2022
                                   Telephone (617)742-5800
                                   Facsimile (617) 742-5858

                                   **Attorneys for Ven-A-Care of the Florida Keys,**

Inc.
**MDL 1456 Status Report**
**USA *ex rel.* Ven-A-Care v. Actavis, *et al.***
**Case No. 08-cv-10852**

**Pending Motions**

None.

The parties have filed a proposed joint Case Management Order No. 32 on February 17, 2010.

**CERTIFICATE OF SERVICE**

I hereby certify that I, Carol Brotstein, paralegal with Berger & Montague caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on March 3, 2010, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

Respectfully submitted,

Dated: 3/3/10 By: /s/ Carol Brotstein_____

**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone (215) 875-3000
Facsimile (215) 875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN**
90 Canal Street, Suite 500
Boston, MA 02114-2022
Telephone (617)742-5800
Facsimile (617) 742-5858

**Attorneys for Ven-A-Care of the Florida Keys, Inc.**