UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE PHARMACEUTICAL INDUSTRY         :
AVERAGE WHOLESALE PRICE               :
LITIGATION                            :   MDL NO. 1456
                                      :
                                      :   CIVIL ACTION: 01-CV-12257-PBS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THIS DOCUMENT RELATES TO:             :   Hon. Patti B. Saris
ALL ACTIONS                           :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## MOTION FOR ADMISSION OF ANDREW E. KRAUSE *PRO HAC VICE*

Undersigned counsel requests that Andrew E. Krause be permitted to appear and participate in this action *pro hac vice* as counsel for defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP pursuant to Case Management Order ("CMO") No. 1, Section V., Paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached hereto as Exhibit A is the Declaration of Andrew E. Krause in Support of Application for Admission *Pro Hac Vice* certifying that he has met the requirements to practice before the United States District Court for the District of Massachusetts. A check in the amount of $50.00 is being forwarded simultaneously with this motion for Mr. Krause's admission *pro hac vice*.

```
```

Dated: March 4, 2010

Respectfully submitted,

By:   /s/ Jeff Bone
Jeff Bone (BBO #666688)
Katherine B. Schmeckpeper (BBO #663200)
Nicholas C. Theodorou (BBO #496730)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000 (Phone)
(617) 832-7000 (Fax)

*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca LP*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 4, 2010 a copy to LexisNexis File & Serve for posting and notification to all parties.

  /s/ Jeff Bone
Jeff Bone