# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------- x
IN RE PHARMACEUTICAL INDUSTRY    :
AVERAGE WHOLESALE PRICE          :
LITIGATION                       : MDL NO. 1456
                                 :
                                 : CIVIL ACTION: 01-CV-12257-PBS
-------------------------------- x
THIS DOCUMENT RELATES TO:        : Hon. Patti B. Saris
ALL ACTIONS                      :
                                 :
-------------------------------- x
```

### DECLARATION OF ANDREW E. KRAUSE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Andrew E. Krause, an associate with the firm of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, hereby declares:

1. I am a member in good standing of the Bar of the State of New York.

2. I have been admitted to practice in the U.S. District Courts for the Southern and Eastern Districts of New York.

3. I am a member in good standing in the courts listed above.

4. I have not been suspended or disbarred in any jurisdiction and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit B is a true and correct copy of my certificate of good standing from the State of New York.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   March 3, 2010

By: *[signature: Andrew Krause]*
    _____
    Andrew E. Krause