UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey LP, et al.,* C.A. No. 05-11084 <br><br> *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Subcategory No. 06-11337-PBS <br><br> Hon. Patti B. Saris |

**MOTION FOR EXPEDITED ORDER PERMITTING USE OF DEPOSITIONS OF WITNESSES MORE THAN 100 MILES FROM THE COURTHOUSE AND FOR LEAVE TO SUBPOENA WITNESSES**

Plaintiffs hereby move for an expedited Order from the Court to assist in preparation, planning, and travel arrangements for the April 26, 2010, trial. As set forth more fully in the accompanying Memorandum, since the vast majority of witnesses for these cases reside more than 100 miles from the place of trial, plaintiffs request that the Court rule that:

1) plaintiffs may use the deposition testimony of witnesses in circumstances meeting the requirements for admissibility of Fed. R. Civ. P. 32, where witnesses are more than 100 miles from Boston; and

2) plaintiffs may serve trial subpoenas on witnesses located more than 100 miles from Boston, pursuant to the False Claims Act's nationwide service of process provision, 31 U.S.C. § 3731(a).

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY | For the relator, Ven-A-Care of the Florida Keys, Inc., |

/s/ Barbara Healy Smith
GEORGE B. HENDERSON, II
BARBARA HEALY SMITH
JAMES J. FAUCI
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3272
Fax: (617) 748-3971

TONY WEST
ASSISTANT ATTORNEY GENERAL

JOYCE R. BRANDA
DANIEL R. ANDERSON
RENEE BROOKER
JUSTIN DRAYCOTT
LAURIE A. OBEREMBT
Trial Attorneys
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 514-3345

JAMES J. BREEN
ALISON W. SIMON
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Phone: (954) 874-1635
Fax: (954) 874-1705


SUSAN S. THOMAS
GARY L. AZORSKY
ROSLYN G. POLLACK
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "MOTION FOR EXPEDITED ORDER PERMITTING USE OF DEPOSITIONS OF WITNESSES MORE THAN 100 MILES FROM THE COURTHOUSE AND FOR LEAVE TO SUBPOENA WITNESSES" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                             /s/ James J. Fauci  
                                             JAMES J. FAUCI  
Dated: March 4, 2010                     Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that counsel for the United States conferred in good faith with counsel for Relator and the Defendants on the issues raised in this motion, and the parties were unable to agree.

                                             /s/ Barbara Healy Smith  
                                             Barbara Healy Smith  
                                             Assistant U.S. Attorney  
Dated: March 4, 2010                     Department of Justice