# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

## MOTION BY DEFENDANTS PHARMACIA CORPORATION AND PFIZER INC. FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Mark D. Smith, a member of the bar of this Court, moves that the Court issue an Order for the following attorney to appear on behalf of the defendants Pharmacia Corporation and Pfizer Inc. and to practice before this Court in the above-titled actions:

Kathryn E. Potalivo

As grounds for this Motion, the undersigned counsel respectfully represents that Ms. Potalivo is a member in good standing of the bars of Pennsylvania, New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey.

As is further stated in the accompanying certificate, there are no disciplinary proceedings pending against Ms. Potalivo as a member of the bar in any jurisdiction, and Ms. Potalivo is familiar with the Local Rules of the United States District Court for the District of Massachusetts. In further support of this Motion, Ms. Potalivo has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves for the admission of Ms. Potalivo to practice before this Court *pro hac vice.*

Respectfully submitted,
PHARMACIA CORPORATION;
PFIZER INC.
by its attorney,


/s/ Mark D. Smith
Mark D. Smith (BBO# 542676)
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA 02109
Tel: (617) 367-7984
Fax: (617) 367-6475

## CERTIFICATE OF SERVICE

I, Mark D. Smith, hereby certify that on this 5th day of March, 2010, a true and correct copy of the foregoing Motion by Defendants Pharmacia Corporation And Pfizer Inc. for Admission of Counsel Pro Hac Vice was filed with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system and filed electronically using LexisNexis File & Serve for posting and notification to all parties.


/s/ Mark D. Smith

Dated: March 5, 2010

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Judge Patti B. Saris |

## CERTIFICATE OF GOOD STANDING

Kathryn E. Potalivo, an associate with the firm Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, Pennsylvania, 19103-2921, hereby certifies:

1. I am a member of the State Bars of Pennsylvania and New Jersey.

2. I have been admitted to practice before the United States District Court for District of New Jersey, and the United States District Court for the Eastern District of Pennsylvania.

3. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 4th day of March, 2010.

Respectfully submitted,

_Kathryn E. Potalivo_
Kathryn E. Potalivo
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5233
Facsimile: (215) 963-5001

Sworn to and subscribed
before me this 4th day
of March, 2010.
_Carolyn Denzel_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Carolyn Denzel, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires March 12, 2012
Member, Pennsylvania Association of Notaries