UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO** | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories*, Civil Action No. 06-11337 | Subcategory Case No. 06-11337 |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey L.P., et al.,* Civil Action No. 05-11084 | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248 | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories,* Civil Action No. 07-11618 | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Actavis, et al,* Civil Action No. 08-10852 | |

## NOTICE OF CHANGE OF FIRM AND CHANGE OF ADDRESS

Attorney Alison W. Simon, one of the attorneys representing Ven-A-Care of the Florida Keys, Inc., files this Notice of Change of Firm and Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders and other materials relevant to the above captioned action shall be sent to Alison W. Simon at the following new address:

Alison W. Simon
Alison W. Simon, P.A.
P.O. Box 430457
Miami, Florida 33243
Phone: (305) 663-2433
Fax: (305) 665-1508
Email: asimon@awsimon.com

The Breen Law Firm, P.A. also remains Ven-A-Care of the Florida Keys, Inc.'s lead counsel and shall still receive pleadings, memoranda, correspondence, orders and other materials relevant to the above captioned action.

Dated: MARCH 5, 2010                Respectfully submitted,

/s/ Alison W. Simon
ALISON W. SIMON, P.A.
Alison W. Simon
Florida Bar No. 0109568
P. O. Box 430457
MIAMI, FL 33243
Phone: 305-663-2433
Fax: 305-665-1508


**CERTIFICATE OF SERVICE**

I hereby certify that I have this 5th day of March, 2010 caused an electronic copy of the above NOTICE OF CHANGE OF FIRM AND CHANGE OF ADDRESS to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


/s/  Alison W. Simon
Alison W. Simon