UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

## [PROPOSED] CASE MANAGEMENT ORDER NO. ___

The following dates are modified from the case management order entered by this Court on January 22, 2009:

| ACTION | DEADLINE |
|---|---|
| All fact discovery completed. | July 1, 2010 |
| Plaintiff shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | September 15, 2010 |
| Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | November 15, 2010 |
| All expert depositions shall be completed. | December 15, 2010 |

The parties shall use their best efforts to serve any remaining written discovery by April 30, 2010. No written discovery may be served after April 30, 2010 unless it is justified by particular circumstances demonstrating that despite the serving party's best

efforts, such discovery could not reasonably have been served prior to that date.  All other provisions of the January 22, 2009 CMO remain unchanged.

SO ORDERED

_____                             _____
                                                       PATTI B. SARIS
                                                      U.S. DISTRICT COURT JUDGE