## Schering/Warrick EPIC Stipulation
### Exhibit A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00085001204 | TRILAFON 5MG/ML AMPUL | 4/1/1991 | |
| 00085004106 | VANCENASE 42MCG INHALER | 4/1/1991 | |
| 00085007003 | ESTINYL 0.05MG TABLET | 4/1/1991 | |
| 00085018204 | LOTRIMIN 1% SOLUTION | 4/1/1991 | |
| 00085020802 | PROVENTIL 5MG/ML SOLUTION | 4/1/1991 | |
| 00085020901 | PROVENTIL .83MG/ML SOLUTION | 4/1/1991 | |
| 00085026301 | K-DUR 10MEQ TABLET SA | 4/1/1991 | |
| 00085026381 | K-DUR 10MEQ TABLET SA | 4/1/1991 | |
| 00085028502 | INTRON A 25MMU VIAL | 4/1/1991 | |
| 00085029605 | PERMITIL 5MG/ML ORAL CONC. | 4/1/1991 | |
| 00085036302 | TRILAFON 16MG/5ML ORAL CONC | 4/1/1991 | |
| 00085037001 | ELOCON 0.1% OINTMENT | 4/1/1991 | |
| 00085037002 | ELOCON 0.1% OINTMENT | 4/1/1991 | |
| 00085043103 | PROVENTIL 4MG REPETABS | 4/1/1991 | |
| 00085043104 | PROVENTIL 4MG REPETABS | 4/1/1991 | |
| 00085045803 | CLARITIN 10MG TABLET | 4/1/1991 | |
| 00085045805 | CLARITIN 10MG TABLET | 4/1/1991 | |
| 00085045806 | CLARITIN 10MG TABLET | 4/1/1991 | |
| 00085051701 | DIPROLENE AF 0.05% CREAM | 4/1/1991 | |
| 00085051704 | DIPROLENE AF 0.05% CREAM | 4/1/1991 | |
| 00085052503 | EULEXIN 125MG CAPSULE | 4/1/1991 | |
| 00085052505 | EULEXIN 125MG CAPSULE | 4/1/1991 | |
| 00085052506 | EULEXIN 125MG CAPSULE | 4/1/1991 | |
| 00085053901 | INTRON A 50MMU VIAL | 4/1/1991 | |
| 00085056605 | CELESTONE SOLUSPAN 6MG/ML | 4/1/1991 | |
| 00085056701 | ELOCON 0.1% CREAM | 4/1/1991 | |
| 00085056702 | ELOCON 0.1% CREAM | 4/1/1991 | |
| 00085057102 | INTRON A 10MMU VIAL | 4/1/1991 | |
| 00085057502 | DIPROLENE 0.05% OINTMENT | 4/1/1991 | |
| 00085057505 | DIPROLENE 0.05% OINTMENT | 4/1/1991 | |
| 00085058401 | THEO-DUR 300MG TABLET SA | 4/1/1991 | |
| 00085061202 | CLARITIN 10MG/10ML SYRUP | 4/1/1991 | |
| 00085061302 | LOTRIMIN 1% CREAM | 4/1/1991 | |
| 00085061402 | PROVENTIL 90MCG INHALER | 4/1/1991 | |
| 00085063401 | DIPROLENE 0.05% GEL | 4/1/1991 | |
| 00085063403 | DIPROLENE 0.05% GEL | 4/1/1991 | |
| 00085063501 | CLARITIN-D 12 HOUR TAB SA | 4/1/1991 | |
| 00085063504 | CLARITIN-D 12 HOUR TAB SA | 4/1/1991 | |
| 00085063505 | CLARITIN-D 12 HOUR TAB SA | 4/1/1991 | |
| 00085064705 | INTRON A 3MMU VIAL | 4/1/1991 | |
| 00085067004 | GYNE-LOTRIMIN INSERT | 4/1/1991 | |
| 00085073604 | VANCERIL INHALER | 4/1/1991 | |
| 00085075204 | NORMODYNE 200MG TABLET | 4/1/1991 | |
| 00085078701 | K-DUR 20MEQ TABLET SA | 4/1/1991 | |
| 00085078706 | K-DUR 20MEQ TABLET SA | 4/1/1991 | |
| 00085078710 | K-DUR 20 MEQ TABLET SA | 4/1/1991 | |
| 00085078781 | K-DUR 20MEQ TABLET SA | 4/1/1991 | |
| 00085080901 | LOTRISONE LOTION | 4/1/1991 | |
| 00085081930 | NITRO-DUR 0.8MG/HR PATCH | 4/1/1991 | |
| 00085081935 | NITRO-DUR 0.8MG/HR PATCH | 4/1/1991 | |
| 00085085401 | ELOCON 0.1% LOTION | 4/1/1991 | |

## Schering/Warrick EPIC Stipulation
## Exhibit A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00085085402 | ELOCON 0.1% LOTION | 4/1/1991 | |
| 00085088711 | GYNE-LOTRIMIN 1% CREAM | 4/1/1991 | |
| 00085092401 | LOTRISONE CREAM | 4/1/1991 | |
| 00085092402 | LOTRISONE CREAM | 4/1/1991 | |
| 00085096201 | DIPROLENE 0.05% LOTION | 4/1/1991 | |
| 00085096202 | DIPROLENE 0.05% LOTION | 4/1/1991 | |
| 00085104901 | VANCENASE AQ 84MCG SPRAY | 4/1/1991 | |
| 00085111001 | INTRON A 18MMU VIAL | 4/1/1991 | |
| 00085112802 | CLARITIN 10MG REDI-TABS | 4/1/1991 | |
| 00085113201 | PROVENTIL HFA 90MCG INHALER | 4/1/1991 | |
| 00085113301 | INTRON A 10MMU/ML VIAL | 4/1/1991 | |
| 00085115303 | IMDUR 120MG TABLET SA | 4/1/1991 | |
| 00085116801 | INTRON A 6MMU/ML VIAL | 4/1/1991 | |
| 00085117902 | INTRON A 10MMU/ML KIT | 4/1/1991 | |
| 00085119102 | INTRON A 5MMU/0.5ML KIT | 4/1/1991 | |
| 00085119701 | NASONEX 50MCG NASAL SPRAY | 4/1/1991 | |
| 00085122301 | CLARITIN 10MG/10ML SYRUP | 4/1/1991 | |
| 00085123301 | CLARITIN-D 24 HOUR TAB SA | 4/1/1991 | |
| 00085123501 | INTRON A 5MMU INJECTION PEN | 4/1/1991 | |
| 00085123601 | REBETRON 1200 THERAPY PAK | 4/1/1991 | |
| 00085123602 | REBETRON 1000 THERAPY PAK | 4/1/1991 | |
| 00085124101 | REBETRON 1200 THERAPY PAK | 4/1/1991 | |
| 00085124103 | REBETRON 600 THERAPY PAK | 4/1/1991 | |
| 00085124201 | INTRON A 3MMU INJECTION PEN | 4/1/1991 | |
| 00085124401 | TEMODAR 20MG CAPSULE | 4/1/1991 | |
| 00085124402 | TEMODAR 20MG CAPSULE | 4/1/1991 | |
| 00085124801 | TEMODAR 5MG CAPSULE | 4/1/1991 | |
| 00085124802 | TEMODAR 5MG CAPSULE | 4/1/1991 | |
| 00085125201 | TEMODAR 250MG CAPSULE | 4/1/1991 | |
| 00085125202 | TEMODAR 250MG CAPSULE | 4/1/1991 | |
| 00085125401 | INTRON A 10MMU INJ PEN | 4/1/1991 | |
| 00085125801 | REBETRON 1200 THERAPY PAK | 4/1/1991 | |
| 00085125901 | TEMODAR 100 MG CAPSULE | 4/1/1991 | |
| 00085125902 | TEMODAR 100MG CAPSULE | 4/1/1991 | |
| 00085127901 | PEG-INTRON 150MCG KIT | 4/1/1991 | |
| 00085129101 | PEG-INTRON 80MCG KIT | 4/1/1991 | |
| 00085129701 | PEG-INTRON REDIPEN 120 MCG | 4/1/1991 | |
| 00085130401 | PEG-INTRON 120MCG KIT | 4/1/1991 | |
| 00085131601 | PEG-INTRON REDIPEN 80 MCG | 4/1/1991 | |
| 00085132301 | PEG-INTRON REDIPEN 50 MCG | 4/1/1991 | |
| 00085136801 | PEG-INTRON 50MCG KIT | 4/1/1991 | |
| 00085137001 | PEG-INTRON REDIPEN 150 MCG | 4/1/1991 | |
| 00085330530 | NITRO-DUR 0.1MG/HR PATCH | 4/1/1991 | |
| 00085330535 | NITRO-DUR 0.1MG/HR PATCH | 4/1/1991 | |
| 00085330603 | IMDUR 30MG TABLET SA | 4/1/1991 | |
| 00085331030 | NITRO-DUR 0.2MG/HR PATCH | 4/1/1991 | |
| 00085331035 | NITRO-DUR 0.2MG/HR PATCH | 4/1/1991 | |
| 00085331530 | NITRO-DUR 0.3MG/HR PATCH | 4/1/1991 | |
| 00085331535 | NITRO-DUR 0.3MG/HR PATCH | 4/1/1991 | |
| 00085332030 | NITRO-DUR 0.4MG/HR PATCH | 4/1/1991 | |
| 00085332035 | NITRO-DUR 0.4MG/HR PATCH | 4/1/1991 | |

**Schering/Warrick EPIC Stipulation**

**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00085333030 | NITRO-DUR 0.6MG/HR PATCH | 4/1/1991 | |
| 00085333035 | NITRO-DUR 0.6MG/HR PATCH | 4/1/1991 | |
| 59930150006 | ALBUTEROL .83MG/ML SOLUTION | 9/13/1993 | 3/31/2007 |
| 59930150008 | ALBUTEROL .83MG/ML SOLUTION | 9/13/1993 | 3/31/2007 |
| 59930150201 | ISOSORBIDE MN 30MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930150301 | CLOTRIMAZOLE/BETAMETH CREAM | 9/13/1993 | 3/31/2007 |
| 59930150302 | CLOTRIMAZOLE/BETAMETH CREAM | 9/13/1993 | 3/31/2007 |
| 59930150801 | OXAPROZIN 600MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930150802 | OXAPROZIN 600MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930151005 | ALBUTEROL SULF 2MG/5ML SYRP | 9/13/1993 | 3/31/2007 |
| 59930151504 | ALBUTEROL 5MG/ML SOLUTION | 9/13/1993 | 3/31/2007 |
| 59930151701 | ALBUTEROL 0.83 MG/ML SOLUTION | 9/13/1993 | 3/31/2007 |
| 59930151702 | ALBUTEROL 0.83 MG/ML SOLUTION | 9/13/1993 | 3/31/2007 |
| 59930152001 | ALBUTEROL SULFATE 2MG TAB | 9/13/1993 | 3/31/2007 |
| 59930152002 | ALBUTEROL SULFATE 2MG TAB | 9/13/1993 | 3/31/2007 |
| 59930153001 | ALBUTEROL SULFATE 4MG TAB | 9/13/1993 | 3/31/2007 |
| 59930153002 | ALBUTEROL SULFATE 4MG TAB | 9/13/1993 | 3/31/2007 |
| 59930153201 | SUCRALFATE 1GM TABLET | 9/13/1993 | 3/31/2007 |
| 59930153202 | SUCRALFATE 1GM TABLET | 9/13/1993 | 3/31/2007 |
| 59930154901 | ISOSORBIDE MN 60MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930156001 | ALBUTEROL 90MCG INHALER | 9/13/1993 | 3/31/2007 |
| 59930156002 | ALBUTEROL 90MCG INH REFILL | 9/13/1993 | 3/31/2007 |
| 59930157001 | CLOTRIMAZOLE 1% CREAM | 9/13/1993 | 3/31/2007 |
| 59930157002 | CLOTRIMAZOLE 1% CREAM | 9/13/1993 | 3/31/2007 |
| 59930157003 | CLOTRIMAZOLE 1% CREAM | 9/13/1993 | 3/31/2007 |
| 59930157009 | CLOTRIMAZOLE 1% CREAM | 9/13/1993 | 3/31/2007 |
| 59930157501 | BETAMETHASONE DP 0.05% OINT | 9/13/1993 | 3/31/2007 |
| 59930157502 | BETAMETHASONE DP 0.05% OINT | 9/13/1993 | 3/31/2007 |
| 59930157503 | BETAMETHASONE DP 0.05% OINT | 9/13/1993 | 3/31/2007 |
| 59930158701 | ISOSORBIDE MN 120MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930160001 | PERPHENAZINE 2MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930160201 | LABETALOL HCL 100MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930160202 | LABETALOL HCL 100MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930160203 | LABETALOL HCL 100MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930160301 | PERPHENAZINE 4MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930160501 | PERPHENAZINE 8MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930160901 | SODIUM CHLORIDE 0.9% AMPULE | 9/13/1993 | 3/31/2007 |
| 59930161001 | PERPHENAZINE 16MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930162101 | GRISEOFULVIN ULTRA 250MG TB | 9/13/1993 | 3/31/2007 |
| 59930162201 | GLYBURIDE 2.5MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930162401 | GRISEOFULVIN ULTRA 330MG TB | 9/13/1993 | 3/31/2007 |
| 59930163601 | LABETALOL HCL 200MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930163602 | LABETALOL HCL 200MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930163603 | LABETALOL HCL 200MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930163901 | GLYBURIDE 5MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930163902 | GLYBURIDE 5MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930163903 | GLYBURIDE 5MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930164702 | ALBUTEROL 5 MG/ML SOLUTION | 9/13/1993 | 3/31/2007 |
| 59930165001 | THEOPHYLLINE 100MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930165301 | LABETALOL HCL 300MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930165302 | LABETALOL HCL 300MG TABLET | 9/13/1993 | 3/31/2007 |

# Schering/Warrick EPIC Stipulation
# Exhibit A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 59930166001 | THEOPHYLLINE 200MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930166002 | THEOPHYLLINE 200MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930166003 | THEOPHYLLINE 200MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930167001 | THEOPHYLLINE 300MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930167002 | THEOPHYLLINE 300MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930167003 | THEOPHYLLINE 300MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930168001 | THEOPHYLLINE 450MG TAB SA | 9/13/1993 | 3/31/2007 |
| 59930171401 | POTASSIUM CL 20MEQ TAB SA | 9/13/1993 | 3/31/2007 |
| 59930171402 | POTASSIUM CL 20MEQ TAB SA | 9/13/1993 | 3/31/2007 |
| 59930171403 | POTASSIUM CL 20MEQ TAB SA | 9/13/1993 | 3/31/2007 |
| 59930171501 | POTASSIUM CL 10MEQ TAB SA | 9/13/1993 | 3/31/2007 |
| 59930180201 | CIMETIDINE 400MG TABLET | 9/13/1993 | 3/31/2007 |
| 59930180203 | CIMETIDINE 400MG TABLET | 9/13/1993 | 3/31/2007 |