UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS, and<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corporation, Inc., et al.,* Civil Action No. 07-10248-PBS | MDL No. 1456<br>Master Case No. 01-12257-PBS<br><br>Subcategory Case No. 06-11337-PBS |

**JOINT MOTION TO MODIFY PRETRIAL ORDER**

The parties to the above-captioned actions hereby move to modify the Pretrial Order dated October 20, 2009 (Master Dkt #6613, Sub. #508), in accordance with the attached proposed schedule. The parties have reached agreement on changes that would advance a number of due dates so that the various pretrial tasks are more staggered. In addition, the defendants propose (without objection by plaintiffs) to add a new April 12, 2010, deadline for limited "fairness/completeness counter-counter designations" of deposition testimony, and to move the April 9 deadline for objections to counter-designations to the same April 12 date. The parties further propose to add a new April 15, 2010, deadline for objections to counter-counter designations. On each of these dates, the parties propose serving charts containing each party's designations. The parties further propose that on April 19, 2010, the parties file the charts containing each party's designations with the Court via ECF, and submit to the Court CDs

1

containing deposition transcript excerpts.  The parties believe that submitting transcript designations to the Court after all rounds of designation have been completed will lessen the burden on the parties and the Court, and will reduce confusion.  Due to the potential volume of transcript designations, the parties propose submitting to the Court excerpts containing the designated testimony for each witness, rather than filing via ECF either full transcripts or transcript excerpts.  The proposed changes would not affect the deadlines set by the Court for filing the joint pre-trial memorandum, motions in limine and oppositions thereto, and trial briefs.

Respectfully submitted,

| | |
|---|---|
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL<br><br>CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY<br><br>By:  /s/ George B. Henderson, II<br><br>George B. Henderson, II<br>Assistant U.S. Attorney<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Telephone: (617) 748-3282 | FOLEY HOAG LLP<br><br><br>By: /s/ Martin F. Murphy<br>Martin F. Murphy<br>BBO 363250<br>Robert E. Toone<br>BBO 663249<br>Seaport World Trade Center West,<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1000<br>Facsimile: (617) 832-7000 |
| LAURIE A. OBEREMBT<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044 | KELLEY DRYE & WARREN LLP<br>Paul F. Doyle<br>William A. Escobar<br>Neil Merkl<br>Sarah Reid<br>Christopher Palermo<br>101 Park Avenue<br>New York, NY  10178<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br><br>Counsel for Dey, Inc. |

| FOR THE RELATOR | KIRKLAND & ELLIS LLP |
|---|---|
| James J. Breen<br>Allison Warren Simon<br>The Breen Law Firm, P.A.<br>5755 Northpoint Parkway, Suite 260<br>Alpharetta, GA 30022<br>Telephone: (770) 740-000<br><br>Gary Azorsky<br>Susan Schneider Thomas<br>Berger & Montague, P.C.<br>1622 Locust St.<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3090<br><br><br>Dated: March 8, 2010 | By: /s/ Helen E. Witt<br>Helen E. Witt<br>Eric Gortner<br>John Reale<br>300 N. LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br><br>Counsel for Boehringer Ingelheim<br>Corporation, Inc., *et al.* |

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(A)(2) that counsel have conferred concerning this motion.

/s/ George B. Henderson, II
George B. Henderson, II

CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: March 8, 2010                             /s/ George B. Henderson, II
                                                                       George B. Henderson, II

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS, and<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corporation, Inc., et al.,* Civil Action No. 07-10248-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory Case No. 06-11337-PBS |

**PROPOSED ORDER**

Upon consideration of the Joint Motion to Modify Pretrial Order, it is hereby ORDERED that the dates are modified as set forth in the attached schedule.

This _____ day of _____, 2010.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE