**REVISED PROPOSED PRETRIAL SCHEDULE**

|  | **CURRENT DATE** | **PROPOSED DATE** |
|---|---|---|
| Witness lists – filed and served | 3/16/10 (4/2/10) | 3/16/10 |
| Exhibit lists – filed and served | 3/16/10 (4/2/10) | 3/16/10 |
| Designations of deposition testimony - served | 3/16/10 (4/2/10) | 3/16/10 |
| Motions in limine | 4/2/10 | 3/31/10 |
| Proposed jury instructions | 4/2/10 | 3/31/10 |
| Proposed voir dire questions | 4/2/10 | 3/31/10 |
| Objections to witnesses | 4/9/10 | 3/31/10 |
| Objections to exhibits | 4/9/10 | 3/31/10 |
| Objections to designations of deposition testimony - served | 4/9/10 | 4/5/10 |
| Counter-designations of deposition testimony – served | 4/9/10 | 4/5/10 |
| Joint pretrial memorandum | 4/2/10 | Same (4/2/10) |
| Oppositions to motions in limine | 4/9/10 | Same (4/9/10) |
| Objections to counter-designations of deposition testimony - served | 4/9/10 | 4/12/10 |
| Fairness/completeness counter-counter designations of deposition testimony - served | NA | 4/12/10 |
| Objections to Fairness/completeness counter-counter designations of deposition testimony - served | NA | 4/15/10 |

| Filing of deposition designations, counter designations, counter-counter designations, and all related objections | NA | 4/19/10 |
|---|---|---|
| Submission of deposition transcript excerpts to the Court | NA | 4/19/10 |
| Trial briefs | 4/20/10 | Same (4/20/10) |