**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### MOTION TO ADMIT ROHINI A. GANDHI, DANIEL P. HOPE, MARISA A. PIZZOLATO, AND DILPREET K. RAI PRO HAC VICE

Pursuant to Local Rule 83.5.3 and Case Management Order ("CMO") No. 1, Melissa B. Coffey, a member in good standing of the bar of this Court, moves for the admission in this case of Rohini C. Gandhi, Daniel P. Hope, Marisa A. Pizzolato, and Dilpreet K. Rai as counsel for defendant Novartis Pharmaceuticals Corporation ("Novartis").

As set forth in the accompanying certificates, attached as Exhibits A through D, Rohini A. Gandhi, Daniel P. Hope, Marisa A. Pizzolato, and Dilpreet K. Rai each certifies that (1) he or she is a member of the bar in good standing in every jurisdiction where he or she has been admitted to practice, (2) there are no disciplinary proceedings pending against him or her as a member of the bar in any jurisdiction, and (2) he or she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in this action on behalf of Novartis as required by Local Rule 83.5.3(b).

        Respectfully Submitted,

        /s/    Melissa B. Coffey
        Melissa B. Coffey (BBO # 660750)
        WILMER CUTLER PICKERING HALE AND
        DORR LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617-526-5000

        *Attorney for Novartis Pharmaceuticals Corporation*

Dated: March 9, 2010

## **CERTIFICATE OF SERVICE**

  I, Melissa Coffey, certify that, on March 9, 2010, I caused a copy of the foregoing document to be delivered to all counsel of record by electronic service pursuant to Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

              /s/ Melissa B. Coffey
              Melissa B. Coffey