UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS<br>Judge Patti B. Saris |

### CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Daniel P. Hope, hereby certify pursuant to Local Rule 83.5.3(b) that:

1. I am an attorney admitted to practice before the State Courts of New York;

2. I am currently licensed in good standing to practice law in each jurisdiction in which I have been admitted;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I represent the defendant Novartis Pharmaceuticals Corporation ("Novartis") in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts.

Dated: March 8, 2010

_____
Daniel P. Hope, Esq.

31952169.DOCX