# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS Judge Patti B. Saris |

## <u>CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE</u>

I, Dilpreet K. Rai, hereby certify pursuant to Local Rule 83.5.3(b) that:

1.    I am an attorney admitted to practice before the State Courts of New York.  I am also admitted to practice before the following courts:  the State of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York and the United States District Court for the District of New Jersey;

2.    I am currently licensed in good standing to practice law in each jurisdiction in which I have been admitted;

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.    I represent the defendant Novartis Pharmaceuticals Corporation ("Novartis") in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts.

_____
Dilpreet K. Rai, Esq.

31950913_V1.DOCX