UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

**DEFENDANTS TEVA PHARMACEUTICALS USA, INC. AND NOVOPHARM USA, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL**

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, Defendants Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc. (collectively, "Teva") seek leave of the Court to file the attached reply memorandum in support of their motion to compel. Counsel for the State of Iowa has indicated that the State of Iowa does not oppose Teva's request to file a reply memorandum. Teva's proposed reply memorandum is attached hereto as Exhibit A.

Dated: March 10, 2010

Respectfully submitted,

/s/ Jennifer G. Levy
Jennifer G. Levy (admitted *pro hac vice*)
Patrick M. Bryan (admitted *pro hac vice*)
Jason R. Parish (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200

*Attorneys for Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., Sicor, Inc., and Barr Laboratories, Inc.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that I conferred by e-mail with Jocelyn Normand, counsel for the State of Iowa, on March 3, 2010. Ms. Normand stated that the State of Iowa does not oppose Teva's motion for leave to file a reply memorandum.

*/s/ Jason R. Parish*
Jason R. Parish

## CERTIFICATE OF SERVICE

I certify that on this 10th day of March, a true and correct copy of the foregoing DEFENDANTS TEVA PHARMACEUTICALS USA, INC. AND NOVOPHARM USA, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL was served on all counsel of record by transmission to Lexis Nexis File & Serve.

*/s/ Jason R. Parish*
Jason R. Parish