# Exhibit 2

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

**Exhibit to the March 10, 2010 Declaration of Sarah L. Reid in Support of Dey Defendants' Response to Plaintiffs' Motion Concerning The Use of Depositions**

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - ) MDL No. 1456

IN RE: PHARMACEUTICAL INDUSTRY    ) Master File No.

AVERAGE WHOLESALE PRICE LITIGATION) 01-12257-PBS

----------------------------------)

THIS DOCUMENT RELATES TO:         ) Hon. Patti B.

United States of America ex rel.  ) Saris

Ven-A-Care of the Florida Keys,   )

Inc, et al. v. Dey, Inc., et al., )

Civil Action No. 05-11084-PBS     )

----------------------------------


VIDEOTAPED DEPOSITION OF ROBERT PAUL REID

        Monday, December 15, 2008

        9:59 o'clock a.m.

        Jones Day

        325 John H. McConnell Boulevard

        Suite 600

        Columbus, Ohio 43215

SHAYNA M. GRIFFIN

REGISTERED PROFESSIONAL REPORTER

1    Q.   Prior to today, have you spoken with
2  anyone from the United States, either
3  representing the Department of Justice, CMS or
4  OIG in connection with drug pricing litigation?
5    **A.   Just Bunker.**
6    Q.   Okay.  And when did you have
7  communication with Mr. Henderson?
8    **A.   It's my recollection it was maybe in**
9  **August of this year.**
10   Q.   And was that a phone call or was that
11 a face-to-face meeting?
12   **A.   Face-to-face.**
13   Q.   Was that here in Columbus?
14   **A.   Here in Columbus.**
15   Q.   How long was that meeting?
16   **A.   How long was the meeting?**
17   Q.   Yes, sir.
18   **A.   Maybe an hour.**
19   Q.   What did you discuss with Mr.
20 Henderson?
21        MS. GEOPPINGER:  I'm going to object --
22 I'm going to object on the basis of

1  attorney/client privilege, and again instruct you
2  not to answer to the extent that there is -- it
3  would reveal any of the contents of the
4  discussion.
5          MR. HENDERSON:  And I'll join in the
6  objections on the grounds of a joint privilege at
7  that time.  That was before the United States had
8  decided to drop any claims respecting Ohio, and
9  we were operating under a common interest
10 privilege.
11         MR. TORBORG:  Is that -- is there a
12 common interest agreement in writing with Ohio?
13         MR. HENDERSON:  I don't know.
14         MR. TORBORG:  And I'm not going to
15 fight you about it on the record.  I just want to
16 establish the record.  What is the common
17 interest with Ohio?
18         MR. HENDERSON:  At the time we were
19 both engaged in litigation against one or more of
20 the defendants, and we were coordinating our
21 strategies and working out our common interest by
22 either written or oral agreement of counsel.