UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No.: 01-CV-12257 PBS |
| | Sub-Category Case No.: 07-12141 |
| THIS DOCUMENT RELATES TO: | |
| *State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

## [PROPOSED] ORDER OF DISMISSAL OF CHIRON CORPORATION

The Motion for Dismissal is hereby GRANTED. All claims in this action against Defendant Chiron Corporation are dismissed *with prejudice* and without costs to any party.

IT IS SO ORDERED.

DATED: 3\11, 2010

The Honorable Patti B. Saris
Judge