# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

## NOTICE OF APPEARANCE

Undersigned counsel hereby files his Notice of Appearance for Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc.

                                       /s/ Thomas J. Bone
                                       Thomas J. Bone (BBO# 666688)
                                       FOLEY HOAG LLP
                                       155 Seaport Boulevard
                                       Boston, MA 02210
                                       tel: 617-832-1000
                                       jbone@foleyhoag.com

Dated: March 12, 2010

B3730273.1

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing was delivered on March 12, 2010 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                                /s/ Thomas J. Bone
                                              Thomas J. Bone