**Exhibit A**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL NO. 1456 |
| LITIGATION ) | |
| ) | |
| ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | |
| *The City of New York v. Abbott* ) | |
| *Laboratories, Inc., et al.* ) | |
| S.D.N.Y. Case No. 04-CV-06054 ) | |
| *County of Albany v. Abbott Laboratories,* ) | |
| *Inc., et al.* ) | |
| N.D.N.Y. Case No. 05-CV-0425 ) | |
| *County of Allegany v. Abbott Laboratories,* ) | |
| *Inc., et al.* ) | |
| W.D.N.Y. Case No. 05-CV-0236 ) | |
| *County of Broome v. Abbott Laboratories,* ) | |
| *Inc., et al.* ) | |
| N.D.N.Y. Case No. 05-CV-0456 ) | |
| *County of Cattaraugus v. Abbott* ) | |
| *Laboratories, Inc., et al.* ) | |
| W.D.N.Y. Case No. 05-CV-0256 ) | |
| *County of Cayuga v. Abbott Laboratories,* ) | |
| *Inc., et al.* ) | |
| N.D.N.Y. Case No. 05-CV-0423 ) | |
| *County of Chautauqua v. Abbott* ) | |
| *Laboratories, Inc., et al.* ) | |
| W.D.N.Y. Case No. 05-CV-0214 ) | |
| *County of Chemung v. Abbott* ) | |
| *Laboratories, Inc., et al.* ) | |
| W.D.N.Y. Case No. 05-CV-6744 ) | |
| *County of Chenango v. Abbott* ) | |
| *Laboratories, Inc., et al.* ) | |
| N.D.N.Y. Case No. 05-CV-0354 ) | |
| *County of Columbia v. Abbott* ) | |
| *Laboratories, Inc., et al.* ) | |
| N.D.N.Y. Case No. 05-CV-0867 ) | |
| *County of Cortland v. Abbott Laboratories,* ) | |
| *Inc., et al.* ) | |
| N.D.N.Y. Case No. 05-CV-0881 ) | |
| *County of Dutchess v. Abbott Laboratories,* ) | |
| *Inc., et al.* ) | |

S.D.N.Y. Case No. 05-CV-6458                 )
*County of Essex v. Abbott Laboratories,*    )
*Inc., et al.*                               )
N.D.N.Y. Case No. 05-CV-0878                 )
*County of Fulton v. Abbott Laboratories,*   )
*Inc., et al.*                               )
N.D.N.Y. Case No. 05-CV-0519                 )
*County of Genesee v. Abbott Laboratories,*  )
*Inc., et al.*                               )
W.D.N.Y. Case No. 05-CV-00267                )
*County of Greene v. Abbott Laboratories,*   )
*Inc., et al.*                               )
N.D.N.Y. Case No. 05-CV-0474                 )
*County of Herkimer v. Abbott*               )
*Laboratories, Inc., et al.*                 )
N.D.N.Y. Case No. 05-CV-00415                )
*County of Jefferson v. Abbott Laboratories,*)
*Inc., et al.*                               )
N.D.N.Y. Case No. 05-CV-0715                 )
*County of Lewis v. Abbott Laboratories,*    )
*Inc., et al.*                               )
N.D.N.Y. Case No. 05-CV-0839                 )
*County of Madison v. Abbott Laboratories,*  )
*Inc., et al.*                               )
N.D.N.Y. Case No. 05-CV-00714                )
*County of Monroe v. Abbott Laboratories,*   )
*Inc., et al.*                               )
W.D.N.Y. Case No. 05-CV-6148                 )
*County of Nassau v. Abbott Laboratories,*   )
*Inc., et al.*                               )
E.D.N.Y. Case No. 04-CV-05126                )
*County of Niagara v. Abbott Laboratories,*  )
*Inc., et al.*                               )
W.D.N.Y. Case No. 05-CV-06296                )
*County of Oneida v. Abbott Laboratories,*   )
*Inc., et al.*                               )
N.D.N.Y. Case No. 05-CV-0489                 )
*County of Onondaga v. Abbott*               )
*Laboratories, Inc., et al.*                 )
N.D.N.Y. Case No. 05-CV-0088                 )
*County of Ontario v. Abbott Laboratories,*  )
*Inc., et al.*                               )
W.D.N.Y. Case No. 05-CV-6373                 )
*County of Orange v. Abbott Laboratories,*   )
*Inc., et al.*                               )
S.D.N.Y. Case No. 07-CV-2777                 )

*County of Orleans v. Abbott Laboratories,* )
*Inc.; et al.* )
W.D.N.Y. Case No. 05-CV-6371 )
*County of Putnam v. Abbott Laboratories,* )
*Inc., et al.* )
S.D.N.Y. Case No. 05-CV-04740 )
*County of Rensselaer v. Abbott* )
*Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-00422 )
*County of Rockland v. Abbott* )
*Laboratories, Inc., et al.* )
S.D.N.Y. Case No. 03-CV-7055 )
*County of Schuyler v. Abbott Laboratories,* )
*Inc., et al.* )
W.D.N.Y. Case No. 05-CV-6387 )
*County of Seneca v. Abbott Laboratories,* )
*Inc., et al.* )
W.D.N.Y. Case No. 05-CV-6370 )
*County of St. Lawrence v. Abbott* )
*Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0479 )
*County of Saratoga v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0478 )
*County of Steuben v. Abbott Laboratories,* )
*Inc., et al.* )
W.D.N.Y. Case No. 05-CV-6223 )
*County of Suffolk v. Abbott Laboratories,* )
*Inc., et al.* )
E.D.N.Y. Case No. 03-CV-12257 )
*County of Tompkins v. Abbott* )
*Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0397 )
*County of Ulster v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 06-CV-0123 )
*County of Warren v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0468 )
*County of Washington v. Abbott* )
*Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0408 )
*County of Wayne v. Abbott Laboratories,* )
*Inc., et al.* )
W.D.N.Y. Case No. 05-CV-06138 )
*County of Westchester v. Abbott* )

Laboratories, Inc., et al.                    )
S.D.N.Y. Case No. 03-CV-6178                  )
County of Wyoming v. Abbott                    )
Laboratories, Inc., et al.                    )
W.D.N.Y. Case No. 05-CV-6379                  )
County of Yates v. Abbott Laboratories,       )
Inc., et al.                                   )
W.D.N.Y. Case No. 05-CV-06172                 )
                                              )
                                              )

# Affidavit of Sumanth Addanki

**February 21, 2008**

Case 1:01-cv-12257-PBS Document 5299-2 Filed 03/13/2008 Page 6 of 19

## I.    Introduction

### A.    Qualifications and Assignment

1. I am an economist and a Senior Vice President at NERA Economic Consulting
(NERA). I hold A.M and Ph.D. degrees in economics from Harvard University and
have specialized in the study of industrial organization. I have published articles on
industrial organization economics and have written articles on antitrust issues for the
American Bar Association (ABA) and other like institutions. These institutions have
also invited me to lecture and comment on the market impact of various marketing,
pricing and intellectual property strategies employed by firms in general as well as
specifically in the pharmaceutical industry. I have testified by invitation before the
Federal Trade Commission (FTC) on the analysis of competition in high technology
industries.

2. I have consulted on many antitrust, intellectual property and commercial damages
cases involving different industries, including agriculture, airlines, computer hardware
and software, electronic components, health care, newspaper, office products, oil and
gas, tobacco, and tools and hardware among many others. In addition, I have consulted
extensively in the pharmaceutical industry, analyzing the market impact of various
pricing, marketing and intellectual property strategies; assessing the impact of mergers
and acquisitions; studying the effect of suppressed or delayed generic competition; and
assessing economic damages, among other assignments. I have previously worked on
matters involving allegations of AWP manipulation.

1

3. Some of my consulting assignments have led to my being qualified as an expert economist in Federal courts and testifying in those courts as an expert in the economics of industrial organization. I have also testified on the appropriate analysis of pharmaceutical markets in proceedings before the FTC.

4. My curriculum vitae, which is appended to this report as Exhibit 1, includes a list of all my publications within the preceding ten years and my testimony as an expert at trial or in deposition within the preceding four years.

5. NERA is being compensated at my customary hourly rate of $650 for my services in this matter.

## B.     Scope of the Engagement

6. Ropes & Gray, counsel for Schering Corporation ("Schering"), asked me to perform the following calculations and analyses. For the branded Schering prescription drugs at issue, for the years at issue in this matter in which the drug was not effectively obsolete:

- Calculate the difference, or "spread", between the AMP (Average Manufacturer Price) and the AWP (Average Wholesale Price) as a percentage of the AMP for each of the accused Schering products;

- Estimate the extent to which the products were sold by Schering at prices that were, on average, at or near their Wholesale Acquisition Cost (WAC).[1]

---

[1] For my purposes, I assume that products are effectively obsolete when they are declared to be obsolete or discontinued, or are being converted to over-the-counter products, or such events are imminent.

I was asked to assume that the relevant period was from January 1, 1997 to December 31, 2005. I discuss each of these assignments in the sections below and present my results in the accompanying exhibits.

### C.    Information Relied Upon

7.  This affidavit is based on my professional training and experience, including my experience working in other cases involving allegations of AWP manipulation. I also rely on my own prior research and my review and analysis of materials related to this and related lawsuits. My staff at NERA and I have reviewed various materials, including sales data for the products at issue, data from pricing compendia, public documents and court filings. A list of the materials relied upon in preparing this report is attached as Exhibit 2.

8.  I reserve the right to supplement or revise my conclusions if additional information is provided to me or if additional research, reflection or the correction of inadvertent errors leads me to change my current opinions.

## II.    AMP-Based "Spreads"

9.  I have been asked to calculate the average difference, or "spread", between AWP and AMP for the accused products as a percentage of AMP by NDC.[2] The results of these calculations are shown in Exhibit 3. As is evident from Exhibit 3, most of these "spreads" are below 30 percent of AMP, and those that are not show no particular pattern and are, moreover, generally only modestly higher.

---

[2] Although the NDCs at issue have been identified at the 11-digit level, AMPs are reported to the Centers for Medicare & Medicaid Services at the 9-digit level. I was asked to calculate "spreads" at the 9-digit level.

Case 1:04-cv-12257-PBS Document 5299-2 Filed 09/13/2008 Page 8 of 19

## III. Wholesale Acquisition Cost (WAC)

10. The WAC is effectively a "list price" in the branded pharmaceutical industry, and a substantial portion of Schering's sales of the branded pharmaceutical products at issue—over 85 percent—are actually made at or very near WAC, as shown in Exhibit 4. I have also performed this analysis by brand, and the results are reported in Exhibit 5. As the exhibit shows, many of the brands have over 90 percent of their sales made at or very near WAC. When these products are analyzed at the same level as the "AMP-based spreads" similar results obtain, as shown in Exhibit 6.

_____

Sumanth Addanki

_____2-21-08_____

Date

4

**EXHIBIT 1**

# NERA
Economic Consulting

**Sumanth Addanki**
Senior Vice President

National Economic Research Associates, Inc.
50 Main Street
White Plains, New York 10606
+1 914 448 4000 Fax +1 914 448 4040
Direct dial: +1 914 448 4060
sumanth.addanki@nera.com
www.nera.com

# SUMANTH ADDANKI
## SENIOR VICE PRESIDENT

## Education

**Harvard University**
Ph.D., Economics, 1986
A.M., Economics, 1982

**Birla Institute of Technology and Science, India**
M.A. (Hons.), Economics, 1980

## Professional Experience

**NERA Economic Consulting**
1986-    Senior Vice President (current position)

**New York University, Robert F. Wagner Graduate School of Public Service**
1997    Adjunct Assistant Professor of Public and Health Administration

**National Bureau of Economic Research Inc.**
1981-1986    Research Associate and Computer Manager

**Harvard University**
1981-1985    Instructor in Economics, Teaching Fellow, and Assistant Head Tutor

**National Council of Applied Economic Research, India**
1980    Research Associate

## Testimony (2004 – 2008)

*Discover Financial Services,* et al. v. *Visa U.S.A. Inc.,* et al., U.S. District Court for the Southern District of New York, Civil Action No 04-CF-7844 (BSJ) (Deposition Testimony). December 6-7, 2007.

**MMC** Marsh & McLennan Companies

Sumanth Addanki

*State of Alabama v. Abbott Laboratories, Inc., et al.*, In the Circuit Court of Montgomery County, Alabama, CV-05-219 (Deposition Testimony). November 29-30, 2007.

*Dynax Corporation v. Chemguard, Inc.*, U.S. District Court for the Southern District of New York, Index: 06-CIV-5143 (CM)(ECF CASE) (Deposition Testimony).

*State of Colorado, et al. v. Warner Chilcott Holdings Company III, Ltd,* et al., U.S. District Court for the District of Columbia, Civil Action No 1:05CV02182 (CKK) (Deposition Testimony).

*Novartis Corporation, Novartis Pharmaceuticals Corporation, and Novartis International AG v. Teva Pharmaceuticals USA, Inc.*, U.S. District Court for the District of New Jersey, Civil Action Nos. 04-4473 and 06-1130 (HAA)(MF) (Deposition Testimony).

*In re Pharmaceutical Industry Average Wholesale Price Litigation (MDL 1456)*, U.S. District Court for the District of Massachusetts, Civil Action No. 01-12257-PBS.

*Briant Chun-Hoon and Carlo Guglielmino v. McKee Foods Corporation, a Tennessee Corporation; and Does 1 through 100, inclusive,* U.S. District Court for the Northern District of California, Case No. C05-00620 VRW (Deposition Testimony).

*XIOtech Corporation v. Compellent Technologies, Inc., Michael Markovich, Russell B. Taddiken, Scott A. Winslow, Kristofer M. Zuber,* District Court for the State of Minnesota, Fourth Judicial District, Court File No.: 04-5065 (Deposition Testimony).

*Medtronic Minimed, Inc., v. Smiths Medical MD, Inc.,* U. S. District Court for the District of Delaware, Civil Action No. 03-776-KAJ (Deposition Testimony).

## Papers and Publications (1998 – 2008)

"*Schering-Plough* and the Antitrust Analysis of Patent Settlement Agreements in Pharmaceutical Markets," *Antitrust Insights*, National Economic Research Associates, Inc., 2005.

"Market Definitions Using Econometrics: An Apparent Paradox Explained," *Antitrust Insights*, National Economic Research Associates, Inc., 2001.

"Presenting Complex Technical and Economic Evidence: Lessons From The Trenches," *Antitrust and Intellectual Property: The Crossroads,* American Bar Association, 2000.

"The Relevant Market in Intellectual Property Antitrust: An Economist's Overview," Practising Law Institute, Intellectual Property Antitrust, June 1998.

February 2008

## Exhibit 2

**Case Materials**

New York Counties v. Abbott Laboratories, Inc., et al., Revised First Amended Consolidated Complaint, filed October 5, 2007, with Exhibit B.

**Data**

Schering Sales Data.

Schering AMP Data ("AMPs_Sebizon_Normodyne.xls", "AWP_litigation_AMP_Data.xls", "extract MCR amp units_addl.xls", "MCR_AMP_Units.xls", "NY_Additional_NDCs_AMP_Data.xls", "NY_Additional_NDCs_AMP_Units_and_Pkgs.xls").

First DataBank Data.

Medispan Data.

Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.

**Miscellaneous**

PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.

Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.

Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002 Third Quarter," October 24, 2002.

Exhibit 3

Percentage "Spreads"[1,2] between AWP and AMP
Branded Products Accused in New York Counties[3]
1997 - 2005

Note: Values in columns (f)–(n) are expressed in Percent.

| Brand Name (a) | 9-Digit NDC (b) | Date Added to First DataBank (c) | Date of First Gross Sales (d) | Date of Last Gross Sales (e) | 1997 (f) | 1998 (g) | 1999 (h) | 2000 (i) | 2001 (j) | 2002 (k) | 2003 (l) | 2004 (m) | 2005 (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Celestone Soluspan | 000850566 | 01/01/82 | 01/01/91 | 09/30/07 | 25.0 | 25.6 | 25.4 | 30.3 | 24.3 | 24.6 | 30.6 | 31.1 | 28.4 |
| Claritin | 000850458 | 04/14/93 | 04/03/97 | 04/03/07 | 23.2 | 22.9 | 22.8 | 23.7 | 24.7 | | | | |
| Claritin | 000850612 | 10/15/96 | 10/14/96 | 04/23/01 | 23.4 | 22.8 | 22.7 | 23.2 | 24.8 | | | | |
| Claritin | 000851128 | 02/06/97 | 02/24/97 | 01/29/07 | 23.0 | 22.7 | 22.7 | 23.4 | 25.0 | | | | |
| Claritin | 000851223 | 05/25/99 | 04/20/99 | 04/03/07 | | | 22.8 | 23.2 | 25.4 | | | | |
| Claritin-D | 000850635 | 11/15/94 | 11/14/94 | 08/07/07 | 23.4 | 23.0 | 22.6 | 23.2 | 25.2 | | | | |
| Claritin-D | 000851233 | 12/07/98 | 12/01/98 | 01/31/04 | | | | | | | | | |
| Diprolene | 000850517 | 03/19/87 | 01/01/91 | 09/27/07 | 26.8 | 26.3 | 26.5 | 27.4 | 28.1 | 29.3 | 31.9 | 40.8 | 37.3 |
| Diprolene | 000850575 | 08/07/83 | 01/01/91 | 09/27/07 | 25.7 | 25.5 | 24.4 | 26.4 | 27.1 | 27.6 | 34.8 | 63.1 | 32.5 |
| Diprolene | 000850962 | 12/05/91 | 12/01/91 | 12/20/06 | 27.4 | 27.7 | 27.7 | 28.5 | 29.9 | 32.2 | 33.2 | | |
| Diprolene | 000850963 | 05/19/88 | 01/01/91 | 09/27/07 | 22.9 | 22.7 | 22.8 | 23.5 | 24.2 | 24.1 | 29.4 | 29.3 | 29.5 |
| Elocon | 000850370 | 07/02/87 | 01/01/91 | 09/26/07 | 29.5 | 29.2 | 29.4 | 29.9 | 31.8 | 29.8 | 41.8 | 38.0 | 35.1 |
| Elocon | 000850567 | 07/02/87 | 01/01/91 | 09/30/07 | 29.9 | 29.4 | 29.8 | 29.5 | 30.7 | 32.4 | 36.2 | 36.9 | 35.8 |
| Elocon | 000850854 | 05/04/89 | 01/01/91 | 09/26/07 | 22.9 | 22.7 | 22.8 | 23.4 | 24.4 | 24.4 | 32.1 | 30.5 | 28.9 |
| Estinyl | 000850070 | 01/01/82 | 01/01/97 | 03/07/02 | 24.5 | 25.6 | 23.8 | 23.8 | 25.0 | | | | |
| Eulexin | 000850525 | 02/09/89 | 01/01/91 | 04/03/07 | 23.2 | 22.8 | 23.0 | 24.5 | 25.4 | 29.0 | 27.2 | 27.7 | |
| Imdur | 000851153 | 05/05/95 | 05/10/95 | 11/07/06 | 22.7 | 23.1 | 23.7 | 29.4 | 36.7 | 27.9 | 33.7 | 28.4 | 34.2 |
| Imdur | 000853306 | 12/26/95 | 01/09/96 | 12/20/06 | 22.7 | 22.9 | 24.8 | 35.3 | 48.2 | 27.9 | 28.5 | 29.7 | 29.7 |
| Intron A | 000850285 | 06/12/86 | 01/01/91 | 01/07/04 | 22.8 | 22.9 | 22.7 | 24.9 | 23.3 | 22.6 | 28.0 | 30.1 | |
| Intron A | 000850539 | 12/01/88 | 01/01/91 | 09/27/07 | 23.0 | 22.8 | 22.6 | 25.0 | 23.8 | 25.7 | 28.2 | 29.9 | 29.5 |
| Intron A | 000850571 | 06/12/86 | 01/01/91 | 09/28/07 | 19.9 | 22.5 | 23.3 | 25.5 | 23.9 | 26.2 | 28.8 | 30.1 | 29.6 |
| Intron A | 000850647 | 01/03/91 | 03/04/91 | 11/08/02 | 26.9 | 24.4 | 23.0 | 25.1 | 22.9 | 26.0 | | | |
| Intron A | 000851110 | 12/19/95 | 12/06/95 | 09/26/07 | 22.6 | 22.7 | 22.7 | 25.2 | 24.4 | 25.6 | 28.3 | 32.0 | 29.5 |
| Intron A | 000851133 | 01/30/97 | 02/04/97 | 09/27/07 | 23.3 | 83.3 | 82.2 | 25.2 | 24.2 | 25.5 | 29.3 | 30.3 | 29.5 |
| Intron A | 000851168 | 01/30/97 | 02/04/97 | 09/27/07 | 22.6 | 22.8 | 22.8 | 25.2 | 24.6 | 25.2 | 28.6 | 32.7 | 29.5 |
| Intron A | 000851179 | 01/30/97 | 02/03/97 | 09/05/07 | 22.4 | 22.6 | 22.5 | 25.3 | 23.7 | 22.6 | 28.9 | 30.2 | 29.6 |
| Intron A | 000851191 | 01/30/97 | 02/03/97 | 12/12/02 | 22.6 | 22.7 | 22.6 | 25.4 | 22.8 | 25.1 | | | |
| Intron A | 000851235 | 07/14/98 | 07/07/98 | 09/27/07 | | | 22.8 | 25.3 | 24.3 | 24.4 | 28.5 | 29.8 | 29.5 |
| Intron A | 000851242 | 07/14/98 | 07/07/98 | 09/27/07 | | | 22.9 | 25.7 | 24.4 | 24.9 | 28.5 | 30.2 | 29.6 |
| Intron A | 000851254 | 07/14/98 | 07/07/98 | 09/26/07 | | | 22.7 | 25.0 | 24.7 | 24.5 | | 30.2 | 29.7 |
| K-Dur | 000850263 | 01/22/87 | 01/01/91 | 09/05/07 | 23.0 | 22.9 | 22.6 | 24.5 | 25.5 | 27.6 | 23.9 | 31.3 | 29.3 |
| K-Dur | 000850787 | 01/22/87 | 01/01/91 | 09/05/07 | 23.5 | 23.0 | 22.9 | 24.5 | 25.5 | | 37.6 | | 30.0 |
| Lotrimin | 000850182 | 01/01/82 | 01/01/91 | 12/11/02 | 12.8 | 14.0 | 4.8 | 3.9 | 4.1 | | | | |
| Lotrimin | 000850613 | 01/01/82 | 01/01/91 | 10/09/02 | 51.7 | 52.4 | 54.1 | 56.8 | 42.7 | 44.5 | | | |
| Lotrisone | 000850809 | 07/01/84 | 12/12/00 | 09/25/07 | | | | 26.4 | 33.9 | | 28.3 | | 30.6 |
| Lotrisone | 000850924 | 07/01/84 | 01/01/01 | 09/27/07 | | | | | | | | | |
| Nasonex | 000851197 | 10/16/97 | 10/14/97 | 03/21/07 | 25.2 | 24.9 | 24.9 | 23.9 | 25.0 | 29.7 | 27.8 | 30.0 | |
| Nitro-Dur | 000850819 | 03/31/94 | 03/22/94 | 09/28/07 | 25.3 | 31.3 | 23.1 | 26.3 | 29.8 | 31.5 | 30.5 | 36.6 | 42.8 |
| Nitro-Dur | 000853305 | 01/29/87 | 01/01/91 | 09/27/07 | 267.4 | 37.3 | 26.0 | 28.4 | 33.9 | 34.4 | 32.5 | 75.5 | 50.0 |
| Nitro-Dur | 000853310 | 01/29/87 | 01/01/91 | 09/26/07 | 26.5 | 30.7 | 31.2 | 27.7 | 31.5 | 34.0 | 31.2 | 50.2 | 60.3 |
| Nitro-Dur | 000853315 | 01/29/87 | 01/01/91 | 09/27/07 | 26.4 | 30.5 | 26.7 | 27.9 | 34.4 | 34.8 | 32.6 | 61.6 | 43.1 |
| Nitro-Dur | 000853320 | 01/29/87 | 01/01/91 | 09/27/07 | 26.3 | 29.5 | 26.8 | 27.0 | 31.5 | 32.5 | 31.2 | 49.2 | 96.1 |
| Nitro-Dur | 000853330 | 01/29/87 | 01/01/91 | 09/26/07 | 31.7 | 30.4 | 30.3 | 29.3 | 31.8 | 32.7 | 30.6 | 45.1 | 73.5 |
| Normodyne | 000850752 | 08/24/84 | 01/01/91 | 02/08/02 | 38.1 | 37.3 | 35.2 | 35.1 | 27.7 | | | | |
| Peg-Intron | 000851279 | 01/31/01 | 02/06/01 | 09/28/07 | | | | | 22.7 | 27.3 | 29.7 | 32.0 | 32.3 |
| Peg-Intron | 000851291 | 01/31/01 | 02/06/01 | 09/26/07 | | | | | 22.6 | 27.1 | 29.8 | 31.3 | 31.3 |
| Peg-Intron | 000851297 | 02/02/04 | 02/10/04 | 09/27/07 | | | | | | | | 31.9 | 31.2 |
| Peg-Intron | 000851304 | 01/31/01 | 02/06/01 | 09/27/07 | | | | | 23.0 | 27.1 | 29.6 | 31.8 | 32.1 |
| Peg-Intron | 000851316 | 02/02/04 | 02/10/04 | 09/27/07 | | | | | | | | 31.7 | 31.1 |
| Peg-Intron | 000851323 | 02/02/04 | 02/11/04 | 12/30/05 | | | | | | | | 31.6 | 31.9 |
| Peg-Intron | 000851368 | 01/31/01 | 02/06/01 | 09/27/07 | | | | | 22.8 | 27.2 | 28.7 | 30.5 | 30.9 |
| Peg-Intron | 000851370 | 02/02/04 | 02/16/04 | 09/27/07 | | | | | | | | 31.8 | 31.3 |

Exhibit 3

Percentage "Spreads"[1,2] between AWP and AMP
Branded Products Accused in New York Counties[3]
1997 - 2005

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) (Percent) | (k) | (l) | (m) | (n) |
| Permitil | 000850296 | 01/01/82 | 01/02/97 | 03/30/00 | 23.1 | 23.2 | 23.4 | 29.3 | | | | | |
| Proventil | 000850208 | 02/19/87 | 01/01/91 | 03/30/03 | 40.6 | 27.7 | 24.4 | 25.7 | 30.5 | 42.1 | 28.5 | | |
| Proventil | 000850209 | 02/19/87 | 01/01/91 | 10/18/02 | 53.1 | 27.2 | 24.2 | 23.6 | 40.5 | 29.6 | | | |
| Proventil | 000850431 | 06/25/87 | 01/01/91 | 04/22/02 | 23.2 | 22.7 | 22.3 | 24.1 | 24.7 | 29.7 | | | |
| Proventil | 000850614 | 01/01/82 | 01/01/91 | 09/27/07 | 27.5 | 23.9 | 23.6 | 23.9 | 23.4 | 30.9 | 27.6 | 29.3 | 31.6 |
| Proventil | 000851132 | 10/16/96 | 12/16/96 | 09/30/07 | 37.7 | 28.0 | 23.1 | 26.3 | 40.9 | 17.0 | 22.1 | 29.3 | 30.4 |
| Rebetron | 000851236 | 06/11/98 | 06/08/98 | 11/30/04 | | | 24.0 | 28.2 | 26.3 | 27.4 | 26.1 | 26.9 | |
| Rebetron | 000851241 | 06/11/98 | 06/08/98 | 05/08/03 | | | 26.7 | 29.9 | 28.7 | 28.0 | 28.2 | | |
| Rebetron | 000851258 | 07/14/98 | 07/07/98 | 03/15/05 | | | 28.0 | | 30.6 | 30.2 | 28.4 | 33.5 | |
| Temodar | 000851244 | 08/19/99 | 08/23/99 | 09/19/07 | | | | 22.8 | 24.5 | 30.3 | 28.2 | 31.0 | 29.1 |
| Temodar | 000851248 | 08/19/99 | 08/23/99 | 09/28/07 | | | | 22.8 | 24.5 | 29.6 | 28.4 | 29.9 | 29.1 |
| Temodar | 000851252 | 08/19/99 | 08/23/99 | 09/10/07 | | | | 22.8 | 24.5 | 29.6 | 28.4 | 30.2 | 29.5 |
| Temodar | 000851259 | 08/19/99 | 08/23/99 | 08/27/07 | | | | 22.9 | 24.4 | | 28.5 | 30.2 | 29.0 |
| Theo-Dur | 000850584 | 01/22/87 | 01/01/91 | 02/17/02 | 43.4 | 32.8 | 34.8 | 34.0 | | | | | |
| Trilafon | 000850012 | 01/01/82 | 01/02/97 | 09/16/02 | 27.1 | 29.0 | 28.2 | 31.8 | 35.0 | | | | |
| Trilafon | 000850363 | 01/01/82 | 01/01/97 | 05/17/00 | 22.6 | 23.7 | 22.5 | | | | | | |
| Vancenase | 000850041 | 01/01/82 | 01/01/91 | 01/26/01 | 21.8 | 19.9 | 23.6 | | | | | | |
| Vancenase | 000851049 | 06/27/96 | 06/27/96 | 11/22/02 | 28.4 | 24.6 | 23.0 | 23.4 | 26.0 | 31.5 | | | |
| Vanceril | 000850736 | 01/01/82 | 01/01/91 | 04/03/07 | 24.3 | 23.8 | 23.1 | 26.2 | 24.7 | | | | |

Notes: - FDB package sizes for certain NDCs of Proventil and Trilafon were replaced with package sizes derived using implied package sizes from Medispan.

[1] "Spreads", (AWP - AMP) / AMP, were calculated as the weighted average of "spreads", calculated at the 11-digit NDC level, across all accused NDCs within a 9-digit NDC. At the 11-digit NDC level, "spreads" were calculated separately for each period during the calendar year during which neither the AWP nor the AMP had changed. These "spreads" were then aggregated over the calendar year and across 11-digit NDCs using "Gross Sales Activity in the AMP-Related Classes of Trade" (see Note 4).

[2] A 9-digit NDC was considered to be effectively obsolete for a given quarter if its constituent 11-digit NDCs were all declared to be obsolete, discontinued, or converted to over-the-counter products, or if "Gross Sales Activity in the AMP-Related Classes of Trade" had fallen substantially (by 90 percent or more) in anticipation of such events. A 9-digit NDC was considered to be effectively obsolete for a given year if the first 11-digit NDC to be added to First DataBank (FDB) within the 9-digit NDC was added after June 30th of that year, or the 9-digit NDC was effectively obsolete for at least three quarters of the year. Spreads were not calculated for years during which the 9-digit NDC was effectively obsolete or where the percent of sales at or near WAC was not calculated for the reasons indicated in Exhibit 6.

[3] "Branded Products Accused in New York Counties" include all Schering products listed in Exhibit B to Revised First Amended Consolidated Complaint, with the exception of Gyne-Lotrimin NDCs 0008507004 and 0008508711, for which sales data were not available.

[4] "Gross Sales Activity in the AMP-Related Classes of Trade" is defined as Total Gross Sales Activity, limited to the following classes of trade: 111, 121, 122, 123, 171, 172, 341, and 346. Total Gross Sales Activity is defined as direct sales with non-missing credit codes and contract sales from the indirect sales data. Gross sales exclude non-US transactions and transactions with either non-positive revenue or quantity.

Sources: - Schering Sales Data.
 - Medispan Data.
 - First DataBank Data.
 - Exhibit B to Revised First Amended Consolidated Complaint ("City_of_NY_and_New_York_Counties_Exhibit_B.xls").
 - Schering AMP Data.
 - PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
 - Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.
 - Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002 Third Quarter," October 24, 2002.

**Exhibit 4**
**Distribution of Schering Sales by Discount Percentage**
**Branded Products Accused in New York Counties [1]**
**1997 - 2005**

Average Price as a Percent
of Prevailing WAC

| Greater Than | Less Than or Equal To | Percent of Sales | Cumulative Percent of Sales |
|---|---|---|---|
| | (Percent) | | (Percent) |
| (a) | (b) | (c) | (d) |
| 100 | | 0.34 % | 0.34 % |
| 99 | 100 | 0.07 | 0.41 |
| 98 | 99 | 0.21 | 0.62 |
| 97 | 98 | 53.51 | 54.14 |
| 96 | 97 | 20.40 | 74.54 |
| 95 | 96 | 10.97 | 85.51 |
| 94 | 95 | 4.83 | 90.33 |
| 93 | 94 | 1.60 | 91.94 |
| 92 | 93 | 1.05 | 92.98 |
| 91 | 92 | 1.41 | 94.40 |
| 90 | 91 | 0.57 | 94.96 |
| 85 | 90 | 1.33 | 96.29 |
| 80 | 85 | 0.78 | 97.08 |
| | 80 | 2.92 | 100.00 |

Notes: - Sales exclude non-US and non-sales transactions, and do not include rebates found in the rebates files.
  - Further reductions for prompt payment of 2 percent were applied to direct sales.
  - Total Sales were $28,822,447,176.41. If net revenue for a particular NDC and customer number
    for the prevailing WAC period was negative (-$266,533,297.54 total) or if the revenue or quantity
    before chargebacks or price paid were missing or otherwise non-positive ($5,756,677.95 total),
    or if the WAC was not available ($804,596,173.94 total), it was dropped.
  - Wholesale entries from the chargebacks data without corresponding wholesale entries in the
    sales data were excluded (-$161,637,794.73 total).
  - Wholesale entries from the chargebacks data were matched with wholesale entries in the
    sales data by prevailing WAC period.
  - Price is calculated by customer, as identified by customer number and, for a small number of
    customer numbers that appear in multiple classes of trade, by customer number and class of trade.
  - WAC values were retrieved from FDB by NDC as the prevailing WAC on the date of
    the sales transaction.
  - FDB package sizes for certain NDCs of Proventil and Trilafon were replaced with package sizes
    derived using implied package sizes from Medispan.
  - Ratios of average price to WAC were annualized to the customer and 11-digit NDC level, weighting by Gross
    Sales Activity in quantity. Gross Sales Activity was calculated as total sales by customer for blank-credit-code
    transactions in the Direct Sales data and end customer Contract Sales in the Indirect Sales, excluding non-US
    and non-positive revenue or quantity transactions, by calendar year and prevailing WAC period. The
    distribution of sales by discount percentage was then calculated by the weighted adjusted prevailing period revenue.
  - The time period used for calculating both average prices and Gross Sales Activity was restricted to the
    relevant period, 1997 through 2005.
  - A 9-digit NDC was considered to be effectively obsolete in a quarter if its constituent 11-digit NDCs were
    declared to be obsolete, discontinued, or converted to over-the-counter products.

[1] The table includes all branded Schering products listed in Exhibit B of the Revised First Amended
Consolidated Complaint, except for Gyne-Lotrimin, for which Sales Data were not availiable.

Sources: - Schering Sales Data.
  - First DataBank Data.
  - Medispan Data.
  - Schering AMP Data.
  - Exhibit B to Revised First Amended Consolidated Complaint ("City_of_NY_and_New_York_Counties_
    Revised_Exhibit_B.xls")
  - PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish
    CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
  - Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.
  - Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002
    Third Quarter," October 24, 2002.

**Exhibit 5**
**Percent of Schering Sales Made at Discounts**
**No Greater Than 5% Off the Prevailing FDB WAC**
**Branded Products Accused in New York Counties** [1]
**1997 - 2005**

| Brand | Percent of Sales within 5% of WAC | Share of New York Medicaid Reimbursement for Accused Schering Drugs |
|---|---|---|
| (a) | (b) | (c) |
| Celestone Soluspan | 14.8  % | 0.0  % |
| Claritin | 94.8 | 25.5 |
| Claritin-D | 95.6 | 9.2 |
| Diprolene | 92.4 | 1.7 |
| Elocon | 92.0 | 5.0 |
| Estinyl | 92.4 | 0.0 |
| Eulexin | 63.1 | 0.8 |
| Imdur | 93.3 | 2.5 |
| Intron A | 72.9 | 1.8 |
| K-Dur | 87.3 | 2.8 |
| Lotrimin | 62.9 | 0.1 |
| Lotrisone | 87.2 | 9.5 |
| Nasonex | 91.9 | 11.2 |
| Nitro-Dur | 54.0 | 2.1 |
| Normodyne | 76.2 | 0.3 |
| Peg-Intron | 82.9 | 9.1 |
| Permitil | 41.4 | 0.0 |
| Proventil | 78.8 | 6.8 |
| Rebetron | 58.1 | 5.1 |
| Temodar | 91.5 | 2.2 |
| Theo-Dur | 67.9 | 0.1 |
| Trilafon | 41.2 | 0.0 |
| Vancenase | 82.2 | 1.3 |
| Vanceril | 74.1 | 2.9 |

Notes: - Sales exclude non-US and non-sales transactions, and do not include rebates found in the rebates files.
- Further reductions for prompt payment of 2 percent were applied to direct sales.
- Total Sales were $28,822,447,176.41. If net revenue for a particular NDC and customer number
  for the prevailing WAC period was negative (-$266,533,297.54 total) or if the revenue or quantity
  before chargebacks or price paid were missing or otherwise non-positive ($5,756,677.95 total),
  or if the WAC was not available ($804,596,173.94 total), it was dropped.
- Wholesale entries from the chargebacks data without corresponding wholesale entries in the
  sales data were excluded (-$161,637,794.73 total).
- Wholesale entries from the chargebacks data were matched with wholesale entries in the
  sales data by prevailing WAC period.
- Price is calculated by customer, as identified by customer number and, for a small number of
  customer numbers that appear in multiple classes of trade, by customer number and class of trade.
- WAC values were retrieved from FDB by NDC as the prevailing WAC on the date of
  the sales transaction.
- FDB package sizes for certain NDCs of Proventil and Trilafon were replaced with package sizes
  derived using implied package sizes from Medispan.
- Ratios of average price to WAC were annualized to the customer and 11-digit NDC level, weighting by Gross

## Percent of Schering Sales Made at Discounts
## No Greater Than 5% Off the Prevailing FDB WAC
## Branded Products Accused in New York Counties [1]
## 1997 - 2005

Sales Activity in quantity. Gross Sales Activity was calculated as total sales by customer for blank-credit-code transactions in the Direct Sales data and end customer Contract Sales in the Indirect Sales, excluding non-US and non-positive revenue or quantity transactions, by calendar year and prevailing WAC period. Sales within 5 percent of WAC were then calculated by the weighted adjusted prevailing period revenue.

- The time period used for calculating both average prices and Gross Sales Activity was restricted to the relevant period, 1997 through 2005.
- A 9-digit NDC was considered to be effectively obsolete in a quarter if its constituent 11-digit NDCs were declared to be obsolete, discontinued, or converted to over-the-counter products.
- New York Medicaid reimbursement reflects the total amount the State reimbursed to pharmacists for the drug. This total is not reduced or affected by Medicaid rebates paid to the state. This amount represents both the Federal and State reimbursement and is inclusive of dispensing fees.

[1] The table includes all branded Schering products listed in Exhibit B of the Revised First Amended Consolidated Complaint, except for Gyne-Lotrimin, for which Sales Data were not availiable.

Sources: - Schering Sales Data.
- First DataBank Data.
- Medispan Data.
- Schering AMP Data.
- Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.
- Exhibit B to Revised First Amended Consolidated Complaint ("City_of_NY_and_New_York_Counties_ Revised_Exhibit_B.xls")
- PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
- Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.
- Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002 Third Quarter," October 24, 2002.

Exhibit 6

Percent of Schering Sales Made at Discounts
No Greater Than 5% Off the Prevailing FDB WAC
Branded Products Accused in New York Counties [1]

1997 - 2005

| Brand | 9-Digit NDC | Date Added to FDB | Date of First Sale | Date of Last Sale | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) |
| Celestone Soluspan | 000850566 | 1/1/1982 | 1/1/1991 | 9/30/2007 | 15.0 % | 13.6 % | 21.0 % | 9.7 % | 30.6 % | 28.6 % | 20.3 % | 43.7 % | 91.4 % |
| Claritin | 000850458 | 4/14/1993 | 4/15/1993 | 4/3/2007 | 95.0 | 95.1 | 95.5 | 93.7 | 91.2 | | | | |
| Claritin | 000850612 | 10/15/1996 | 10/14/1996 | 4/23/2001 | 96.6 | 96.2 | 93.9 | 91.7 | 92.6 | | | | |
| Claritin | 000851128 | 2/6/1997 | 2/24/1997 | 1/29/2007 | 99.1 | 97.2 | 96.9 | 95.3 | 95.6 | | | | |
| Claritin | 000851223 | 5/25/1999 | 4/20/1999 | 4/3/2007 | | | 97.9 | 95.8 | 65.9 | | | | |
| Claritin-D | 000850635 | 11/15/1994 | 11/14/1994 | 8/7/2007 | 97.6 | 95.9 | 97.5 | 97.6 | 66.2 | | | | |
| Claritin-D | 000851233 | 12/7/1998 | 12/1/1998 | 1/31/2004 | | | | | | | | | |
| Diprolene | 000850517 | 3/19/1987 | 1/1/1991 | 9/27/2007 | 92.3 | 93.9 | 93.4 | 93.3 | 91.8 | 75.7 | 82.1 | 57.9 | 87.3 |
| Diprolene | 000850575 | 8/7/1983 | 1/1/1991 | 9/27/2007 | 89.5 | 91.4 | 90.4 | 92.8 | 93.2 | 76.9 | 53.8 | 56.6 | 96.7 |
| Diprolene | 000850634 | 12/5/1991 | 12/1/1991 | 12/20/2006 | 93.9 | 95.3 | 95.0 | 94.2 | 94.0 | 42.9 | 67.5 | 86.9 | 96.8 |
| Diprolene | 000850962 | 5/19/1988 | 1/1/1991 | 9/27/2007 | 94.2 | 94.3 | 94.3 | 93.1 | 93.6 | 86.9 | 88.0 | 93.5 | 96.1 |
| Elocon | 000850370 | 7/2/1987 | 1/1/1991 | 9/26/2007 | 94.2 | 95.3 | 94.9 | 95.0 | 95.2 | 81.3 | 38.6 | 97.1 | 93.5 |
| Elocon | 000850567 | 7/2/1987 | 1/1/1991 | 9/30/2007 | 93.9 | 96.0 | 95.5 | 95.6 | 95.4 | 69.8 | 78.5 | 89.3 | 97.9 |
| Elocon | 000850854 | 5/4/1989 | 1/1/1991 | 9/26/2007 | 96.3 | 97.1 | 96.8 | 96.5 | 96.5 | 97.7 | 46.1 | 71.7 | 97.1 |
| Estinyl | 000850070 | 1/1/1982 | 1/1/1997 | 3/7/2002 | 94.6 | 93.6 | 93.7 | 91.4 | 82.2 | | | | |
| Eulexin | 000850525 | 2/9/1989 | 1/1/1991 | 4/3/2007 | 68.8 | 70.2 | 67.1 | 63.6 | 48.6 | 36.5 | 33.4 | 93.9 | 83.0 |
| Imdur | 000851153 | 5/5/1995 | 5/10/1995 | 11/7/2006 | 97.4 | 97.2 | 94.8 | 66.7 | 82.0 | 85.6 | 84.4 | 81.6 | 80.5 |
| Imdur | 000853306 | 12/26/1995 | 1/9/1996 | 12/20/2006 | 95.3 | 95.7 | 94.4 | 79.7 | 90.3 | 91.6 | 89.9 | 76.3 | 75.5 |
| Intron A | 000850285 | 6/12/1986 | 1/1/1991 | 1/7/2004 | 48.6 | 63.7 | 56.5 | 48.7 | 50.3 | 71.9 | 69.7 | 66.4 | |
| Intron A | 000850539 | 12/1/1988 | 1/1/1991 | 9/27/2007 | 69.0 | 68.6 | 62.1 | 63.8 | 63.9 | 75.7 | 54.5 | 79.8 | 86.7 |
| Intron A | 000850571 | 6/12/1986 | 1/1/1991 | 9/28/2007 | 59.7 | 57.5 | 50.4 | 35.4 | 38.4 | 58.9 | 64.1 | 75.4 | 86.3 |
| Intron A | 000850647 | 1/3/1991 | 3/4/1991 | 11/8/2002 | 88.6 | 96.7 | 94.9 | 53.5 | 63.4 | 75.1 | | | |
| Intron A | 000851110 | 12/19/1995 | 12/6/1995 | 9/26/2007 | 74.5 | 77.3 | 69.4 | 59.9 | 45.6 | 71.6 | 64.4 | 79.2 | 84.9 |
| Intron A | 000851133 | 1/30/1997 | 2/4/1997 | 9/27/2007 | 71.5 | 77.2 | 76.4 | 60.3 | 54.1 | 78.5 | 60.4 | 76.0 | 81.2 |
| Intron A | 000851168 | 1/30/1997 | 2/4/1997 | 9/27/2007 | 81.1 | 74.0 | 80.8 | 68.7 | 59.8 | 79.6 | 63.4 | 81.8 | |
| Intron A | 000851179 | 1/30/1997 | 2/3/1997 | 9/5/2007 | 82.5 | 86.0 | 78.3 | 54.7 | 55.8 | 76.0 | 67.6 | 85.5 | |
| Intron A | 000851191 | 1/30/1997 | 2/3/1997 | 12/12/2002 | 90.6 | 81.4 | 83.9 | 65.1 | 69.7 | 85.0 | | | |
| Intron A | 000851235 | 7/14/1998 | 7/7/1998 | 9/27/2007 | | | 89.3 | 77.9 | 78.4 | 83.5 | 79.6 | 88.7 | 88.0 |
| Intron A | 000851242 | 7/14/1998 | 7/7/1998 | 9/27/2007 | | | 89.2 | 76.7 | 79.9 | 88.3 | 81.2 | 86.7 | 89.1 |
| Intron A | 000851254 | 7/14/1998 | 7/7/1998 | 9/26/2007 | | | 87.1 | 81.7 | 74.5 | | 85.8 | 81.9 | 90.8 |
| K-Dur | 000850263 | 1/22/1987 | 1/1/1991 | 9/5/2007 | 83.8 | 87.7 | 90.2 | 86.2 | 70.1 | 38.3 | 72.5 | 80.0 | 97.4 |
| K-Dur | 000850787 | 1/22/1987 | 1/1/1991 | 9/5/2007 | 89.0 | 91.3 | 90.0 | 85.5 | 72.7 | 33.9 | 84.9 | 94.8 | 95.1 |
| Lotrimin | 000850182 | 1/1/1982 | 1/1/1991 | 12/11/2002 | 73.1 | 67.4 | 71.7 | 66.3 | 68.1 | | | | |
| Lotrimin | 000850613 | 1/1/1982 | 1/1/1991 | 10/9/2002 | 42.3 | 47.2 | 79.4 | 77.4 | 78.2 | | | | |
| Lotrisone | 000850809 | 1/3/2001 | 12/12/2000 | 9/25/2007 | | | | | 46.6 | | | | 83.5 |
| Lotrisone | 000850924 | 7/1/1984 | 1/1/1991 | 9/27/2007 | 89.5 | 89.9 | 88.0 | 86.4 | 91.7 | 94.3 | 94.6 | | |
| Nasonex | 000851197 | 10/16/1997 | 10/14/1997 | 3/21/2007 | | 83.8 | 92.4 | 87.6 | 75.3 | 91.2 | 79.9 | | |
| Nitro-Dur | 000850819 | 3/31/1994 | 3/22/1994 | 9/28/2007 | 88.0 | 64.0 | 77.0 | 79.6 | 51.1 | 87.0 | 70.6 | 74.5 | 95.6 |
| Nitro-Dur | 000853305 | 1/29/1987 | 1/1/1991 | 9/27/2007 | 64.4 | 56.9 | 52.7 | 61.1 | 53.5 | 61.0 | 69.9 | 30.8 | 76.1 |
| Nitro-Dur | 000853310 | 1/29/1987 | 1/1/1991 | 9/26/2007 | 62.6 | 58.1 | 55.0 | 57.3 | 50.2 | 56.1 | 82.8 | 35.5 | 77.9 |
| Nitro-Dur | 000853315 | 1/29/1987 | 1/1/1991 | 9/27/2007 | 63.6 | | 59.1 | 60.5 | | 63.5 | | 50.9 | 87.7 |

Exhibit 6
Percent of Schering Sales Made at Discounts
No Greater Than 5% Off the Prevailing FDB WAC
Branded Products Accused in New York Counties [1]
1997 - 2005

| Brand | 9-Digit NDC | Date Added to FDB | Date of First Sale | Date of Last Sale | Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) |
| Nitro-Dur | 000853320 | 1/29/1987 | 1/1/1991 | 9/27/2007 | 57.7 | 54.2 | 58.0 | 54.5 | 49.9 | 62.6 | 73.7 | 27.9 | 73.7 |
| Nitro-Dur | 000853330 | 1/29/1987 | 1/1/1991 | 9/26/2007 | 62.4 | 56.4 | 56.3 | 59.0 | 51.0 | 68.6 | 85.4 | 44.9 | 76.5 |
| Normodyne | 000850752 | 8/24/1984 | 1/1/1991 | 2/8/2002 | 77.1 | 85.4 | 63.2 | 74.8 | 72.3 | | | | |
| Peg-Intron | 000851279 | 1/31/2001 | 2/6/2001 | 9/28/2007 | | | | | 96.7 | 93.9 | 65.6 | 59.5 | 58.2 |
| Peg-Intron | 000851291 | 1/31/2001 | 2/6/2001 | 9/26/2007 | | | | | 96.4 | 95.5 | 77.5 | 67.5 | 72.3 |
| Peg-Intron | 000851297 | 2/2/2004 | 2/10/2004 | 9/27/2007 | | | | | | | | 78.7 | 78.6 |
| Peg-Intron | 000851304 | 1/31/2001 | 2/6/2001 | 9/27/2007 | | | | | 97.4 | 94.2 | 67.4 | 63.1 | 65.2 |
| Peg-Intron | 000851316 | 2/2/2004 | 2/10/2004 | 9/27/2007 | | | | | | | | 83.1 | 81.2 |
| Peg-Intron | 000851323 | 2/2/2004 | 2/11/2004 | 12/30/2005 | | | | | | | | 84.2 | 79.7 |
| Peg-Intron | 000851368 | 1/31/2001 | 2/6/2001 | 9/27/2007 | | | | | 97.0 | 95.6 | 76.3 | 75.3 | 81.5 |
| Peg-Intron | 000851370 | 2/2/2004 | 2/16/2004 | 9/27/2007 | | | | | | | | 76.4 | 75.0 |
| Permitil | 000850296 | 1/1/1982 | 1/2/1997 | 3/30/2000 | 38.0 | 50.0 | 50.5 | 43.4 | | | | | |
| Proventil | 000850208 | 2/19/1987 | 1/1/1991 | 3/30/2003 | 24.1 | 48.9 | 30.5 | 86.7 | 78.1 | 17.0 | | | |
| Proventil | 000850209 | 2/19/1987 | 1/1/1991 | 10/18/2002 | 38.8 | 79.3 | 76.6 | 93.4 | 75.7 | 98.4 | | | |
| Proventil | 000850431 | 6/25/1987 | 1/1/1991 | 4/22/2002 | 93.4 | 93.7 | 94.0 | 88.0 | 91.0 | 67.8 | | | |
| Proventil | 000850614 | 1/1/1982 | 1/1/1991 | 9/27/2007 | 67.5 | 77.8 | 91.2 | 88.0 | 89.4 | 95.1 | 82.5 | 85.1 | 89.1 |
| Proventil | 000851132 | 10/16/1996 | 12/16/1996 | 9/30/2007 | 83.1 | 80.7 | 87.2 | 87.9 | 51.0 | 59.2 | 92.8 | 99.2 | 99.0 |
| Rebetron | 000851236 | 6/11/1998 | 6/8/1998 | 11/30/2004 | | | 83.6 | 76.1 | 41.5 | 52.5 | 57.3 | 64.6 | |
| Rebetron | 000851241 | 6/11/1998 | 6/8/1998 | 5/8/2003 | | | 89.3 | 70.6 | 50.1 | | | | |
| Rebetron | 000851258 | 7/14/1998 | 7/7/1998 | 3/15/2005 | | | 86.3 | 73.7 | 42.0 | 43.6 | 36.4 | 51.6 | |
| Temodar | 000851244 | 8/19/1999 | 8/23/1999 | 9/19/2007 | | | | 97.0 | 93.8 | 87.9 | 86.5 | 83.6 | 92.3 |
| Temodar | 000851248 | 8/19/1999 | 8/23/1999 | 9/28/2007 | | | | 97.5 | 94.8 | 93.0 | 87.7 | 90.6 | 92.4 |
| Temodar | 000851252 | 8/19/1999 | 8/23/1999 | 9/10/2007 | | | | 95.5 | 92.0 | 90.2 | 82.9 | 87.7 | 95.6 |
| Temodar | 000851259 | 8/19/1999 | 8/23/1999 | 8/27/2007 | | | | 96.5 | 92.7 | 91.7 | 92.1 | 87.9 | 93.0 |
| Theo-Dur | 000850584 | 1/22/1987 | 1/1/1987 | 2/17/2002 | 52.0 | 78.2 | 75.6 | 70.7 | | | | | |
| Trilafon | 000850012 | 1/1/1982 | 1/2/1997 | 9/16/2002 | 26.7 | 37.4 | 63.1 | 74.9 | 67.9 | | | | |
| Trilafon | 000850363 | 1/1/1982 | 1/1/1997 | 5/17/2000 | 33.7 | 52.3 | 58.5 | | | | | | |
| Vancenase | 000850041 | 1/1/1982 | 1/1/1991 | 1/26/2001 | 38.7 | 44.0 | 41.6 | | | | | | |
| Vancenase | 000851049 | 6/27/1996 | 6/27/1996 | 11/22/2002 | 60.2 | 83.4 | 91.8 | 90.9 | 58.3 | 47.5 | | | |
| Vanceril | 000850736 | 1/1/1982 | 1/1/1991 | 4/3/2007 | 77.4 | 79.8 | 77.2 | 72.0 | 61.6 | | | | |

Notes: - Sales exclude non-US and non-sales transactions, and do not include rebates found in the rebates files.
- Further reductions for prompt payment of 2 percent were applied to direct sales.
- Total Sales were $28,822,447,176.41. If net revenue for a particular NDC and customer number
for the prevailing WAC period was negative (-$266,533,297.54 total) or if the revenue or quantity
before chargebacks or price paid were missing or otherwise non-positive ($5,756,677.95 total),
or if the WAC was not available ($804,596,173.94 total), it was dropped.
- Wholesale entries from the chargebacks data without corresponding wholesale entries in the
sales data were excluded (-$161,637,794.73 total).
- Wholesale entries from the chargebacks data were matched with wholesale entries in the

**Exhibit 6**

**Percent of Schering Sales Made at Discounts**
**No Greater Than 5% Off the Prevailing FDB WAC**
**Branded Products Accused in New York Counties[1]**
**1997 - 2005**

| Brand | 9-Digit NDC | Date Added to FDB | Date of First Sale | Date of Last Sale | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) |

sales data by prevailing WAC period.
- Price is calculated by customer, as identified by customer number and, for a small number of
  customer numbers that appear in multiple classes of trade, by customer number and class of trade.
- WAC values were retrieved from FDB by NDC as the prevailing WAC on the date of
  the sales transaction.
- FDB package sizes for certain NDCs of Proventil and Trilafon were replaced with package sizes
  derived using implied package sizes from Medispan.
- Ratios of average price to WAC were annualized to the customer and 11-digit NDC level, weighting by Gross
  Sales Activity in quantity. Gross Sales Activity was calculated as total sales by customer for blank-credit-code
  transactions in the Direct Sales data and end customer Contract Sales in the Indirect Sales, excluding non-US
  and non-positive revenue or quantity transactions, by calendar year and prevailing WAC period. Sales within
  5 percent of WAC were then calculated by the weighted adjusted prevailing period revenue.
- The time period used for calculating both average prices and Gross Sales Activity was restricted to the
  relevant period, 1997 through 2005.
- A 9-digit NDC was considered to be effectively obsolete for a given quarter if its constituent 11-digit NDCs were
  all declared to be obsolete, discontinued, or converted to over-the-counter products. A 9-digit NDC was
  considered to be effectively obsolete for a given year if the first 11-digit NDC to be added to FDB within the
  9-digit NDC was added after June 30th of that year, there were gross sales for less than six months during
  that year, or the 9-digit NDC was effectively obsolete for at least three quarters of the year. The percent of sales
  made at discounts no greater than 5 percent off the prevailing WAC was not calculated for years during which the
  9-digit NDC was effectively obsolete or if there was no corresponding percentage "spread" between AWP and AMP.

[1] The table includes all branded Schering products listed in Exhibit B of the Revised First Amended
  Consolidated Complaint, except for Gyne-Lotrimin, for which Sales Data were not available.

Sources: - Schering Sales Data.
- First DataBank Data.
- Medispan Data.
- Schering AMP Data.
- Exhibit B to Revised First Amended Consolidated Complaint ("City_of_NY_and_New_York_Counties_
  Revised_Exhibit_B.xls")
- PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish
  CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
- Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.
- Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002
  Third Quarter," October 24, 2002.