# Exhibit C

## Bueker, John P.

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Monday, September 22, 2008 11:15 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 9/22/2008 at 11:14 AM EDT and filed on 9/22/2008
**Case Name:** Citizens for Consume, et al v. Abbott Laboratories,, et al
**Case Number:** 1:01-cv-12257
**Filer:**
**Document Number:** 5605

**Docket Text:**
**Judge Patti B. Saris: ORDER entered denying [5546] Objection to August 20, 2008 Ruling Granting Schering Plough's Motion for a Protective Order, filed by The City of New York and Captioned New York Counties. "However, I modify it as follows: Plaintiffs may conduct discovery with respect to any branded drugs that have an AWP to AMP spread of over 30% for the year. Plaintiffs may also depose Professor Addanki regarding his calculations. While it may be better to have quarterly calculations, the proposal to use an AWP to AMP spread makes sense. Plaintiffs may submit an expert affidavit proposing alternative expert calculations, but it should be transparent and consistent in its methodology." (Patch, Christine)**

**1:01-cv-12257 Notice has been electronically mailed to:**

Louis J. Scerra, Jr scerral@gtlaw.com, koglins@gtlaw.com, maximn@gtlaw.com

Fred A. Kelly, Jr fkelly@nixonpeabody.com, mrichman@nixonpeabody.com

Robert J. Muldoon, Jr rjmuldoon@sherin.com

9/25/2008