# Exhibit D

## Bueker, John P.

| | |
|---|---|
| **From:** | m.winget.hernandez@gmail.com on behalf of Michael Winget-Hernandez [michael@winget-hernandez.com] |
| **Sent:** | Tuesday, March 02, 2010 10:09 AM |
| **To:** | Bueker, John P. |
| **Subject:** | Schering discovery in NY |
| **Attachments:** | 20100301 NY Schering 30b6 notice general.pdf; 20100301 NY Schering 30b6 notice for data.pdf |

John

Last night we served the attached deposition notices.

I would like to start with the data deposition, focusing on the Schering brands. But we have some discovery issues that need to be ironed-out first.

One major problem is the time frame for which you have produced documents. It seems clear that you have not searched for documents which were created through 2005. We need all of your responsive documents through December 31, 2005 in the NY action before we can take these depositions for NY.

This problem also exists in the other states I represent, and while I intend to issue either cross-notices or original notices in each state where discovery is still open, that is, notices that parallel these as well as notices of individual deponents, we have longer relevant periods in those states, but the condition of the production is basically the same. As a result, we suffer from the same impediments to the taking of the depositions.

I understand that you are trying to avoid expanding the scope (in time) of your production in PA, in spite of the recent recommendation of the discovery master there. It seems to me that in light of my inevitable demands we might discuss a mutually-agreeable end date for your supplementation so that you can engage in that effort once for all.

Please let me know in the next couple of days (by Thursday) if you are interested in having this discussion.

Thanks for your time.

Michael

--
Michael Winget-Hernandez
Winget-Hernandez, LLC
101 S. College St.
Dripping Springs, TX 78620
Tel: 512 858-4181
Fax: 512 697-0080