# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | |

## NOTICE OF APPEARANCE

Undersigned counsel hereby files his Notice of Appearance for Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc.

          /s/ Martin F. Murphy
          Martin F. Murphy (BBO# 363250)
          FOLEY HOAG LLP
          155 Seaport Boulevard
          Boston, MA  02210
          tel: 617-832-1000
          mmurphy@foleyhoag.com

Dated: March 12, 2010

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing was delivered on March 12, 2010 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                                 /s/ Martin F. Murphy
                                                 Martin F. Murphy