# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456**<br>**Master File No.  No. 01-12257-PBS** |
| **THIS DOCUMENT RELATES TO:**<br><br>ALL ACTIONS | **Judge Patti B. Saris** |

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel moves that David D. Bassett, Sean R. Flanagan, Anjna R. Kapoor, Wook Kim, Sojin Yoon, Andrea G. Kahn, Anne M. Mangiardi, and Jessica K. Shook be permitted to appear and participate in this action *pro hac vice* as counsel for Defendants Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc., and UDL Laboratories, Inc. (collectively "Mylan").  The undersigned counsel also states as follows:

1. Mr. Bassett, Mr. Flanagan, Ms. Kapoor, Mr. Kim, Ms. Yoon, Ms. Kahn, Ms. Mangiardi and Ms. Shook are attorneys with the law firm of Kelley Drye & Warren, 101 Park Ave, New York, New York, 10178.

2. The accompanying declarations of counsel, attached hereto as Exhibits A through H, certify that these attorneys have met the requirements to practice before the United States District Court for the District of Massachusetts.

3. A check in the amount of $400.00 is being forwarded simultaneously with this motion for these attorneys' respective admissions *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit Mr. Bassett, Mr. Flanagan, Ms. Kapoor, Mr. Kim, Ms. Yoon, Ms. Kahn, Ms. Mangiardi and Ms. Shook *pro hac vice*.

Dated:  March 12, 2010

Respectfully submitted,

/s/  Thomas J. Bone
Thomas J. Bone (BBO# 666688)
Martin F. Murphy (BBO# 363250)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000 (ph)
617-832-7000 (f)

*Attorneys for Defendant Mylan Inc., f/k/a Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

        I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 12, 2010, a copy to LexisNexis File and Serve for posting and notification to all parties.

                                            /s/ Thomas J. Bone
                                            Thomas J. Bone