## DECLARATION OF DAVID D. BASSETT

I, David D. Bassett, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following courts on the dates indicated:

|  | DATE ADMITTED |
|---|---|
| The State of New York | 7/30/2008 |
| United States District Court for the Southern District of New York | 4/14/2009 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificates of good standing for the United States District Court for the Southern District of New York is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on March 12, 2010.

By: _____
David D. Bassett

NY01/BASSD/1404154.1

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

_____DAVID  D.  BASSETT_____, Bar #____DB7321____

was duly admitted to practice in this Court on

____APRIL 14th, 2009____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York        on   MARCH 9th, 2010

    J. Michael McMahon     by   _____
         Clerk                        Deputy Clerk