# DECLARATION OF SEAN R. FLANAGAN

I, Sean R. Flanagan, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following United States District Court on the date indicated:

| ADMITTED | DATE |
|---|---|
| State of New York | 05/28/03 |
| State of New Jersey | 02/03/03 |
| United States District Court New Jersey | 02/03/03 |
| United States Bankruptcy Court New Jersey | 02/03/03 |
| United States District Court for the Southern District of New York | 12/06/05 |
| United States Bankruptcy Court for the Southern District of New York | 02/02/06 |
| United States District Court for the Eastern District of New York | 08/03/07 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Southern District of New York is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 12, 2010.

By: _____
Sean R. Flanagan

NY01/FLANS/1403993.1

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

SEAN R. FLANAGAN, Bar # SF3119

was duly admitted to practice in this Court on

DECEMBER 06th, 2005, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York   on   MARCH 9th, 2010

J. Michael McMahon    by    _____
Clerk                              Deputy Clerk