## DECLARATION OF WOOK KIM

I, Wook Kim, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following courts on the date indicated:

|  | DATE ADMITTED |
|---|---|
| The State of New York | 10/25/2006 |
| United States District Court for the Southern District of New York | 1/15/2008 |
| United States District Court for the Eastern District of New York | 1/15/2008 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdiction.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Southern District of New York is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on March 12, 2010.

By: _____
Wook Kim

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

_____WOOK KIM_____, Bar #____WK3005____

was duly admitted to practice in this Court on

____JANUARY 15th, 2008____, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
         New York, New York     on    MARCH 9th, 2010

____J. Michael McMahon____   by  ____[signature]____
          Clerk                       Deputy Clerk