## DECLARATION OF SOJIN YOON

I, Sojin Yoon, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following courts on the dates indicated:

|  | DATE ADMITTED |
|---|---|
| Supreme Court of the State of New York, Appellate Division, First Department | 6/23/09 |
| United States District Court for the Southern District of New York | 12/15/09 |
| United States District Court for the Eastern District of New York | 12/15/09 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Southern District of New York is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on March 8, 2010.

By: _____
Sojin Yoon

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>J. Michael McMahon</u>, Clerk of this Court, certify that

<u>         SOJIN YOON         </u>, Bar # <u>  SY1326  </u>

was duly admitted to practice in this Court on

<u>  DECEMBER 15th, 2009  </u>, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York      on    MARCH 9th, 2010

           J. Michael McMahon       by   _____
                Clerk                           Deputy Clerk