## DECLARATION OF ANDREA G. KAHN

I, Andrea G. Kahn, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following courts on the dates indicated:

|  | DATE ADMITTED |
|---|---|
| State of New York | 06/11/07 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdiction.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the New York Appellate Division, First Department and a certificate of admission to practice in the Court of Appeals, State of New York are attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on March 12, 2010.

By: _____
Andrea G. Kahn

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

---

I, David Spokony, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ANDREA GAIL KAHN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 11, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 9, 2010

*David Spokony*

Clerk of the Court

5237

# Court of Appeals

STATE OF NEW YORK
CLERK'S OFFICE

I, STUART M. COHEN, Clerk of the Court of Appeals of the State of New York, CERTIFY, that

## ANDREA GAIL KAHN

was admitted to practice law in all of the courts of the State of New York at the Appellate Division of the Supreme Court, held at New York, New York, on **June 11, 2007**, and that that name has been entered and appears in the Official Register of Attorneys and Counselors at Law in the State of New York.



*In Witness,*
I have signed this certificate and affixed the seal of the Court of Appeals at the City of Albany in the State of New York this 11th day of March, 2010.

Stuart M. Cohen
Clerk of the Court

I, JONATHAN LIPPMAN, Chief Judge of the Court of Appeals of the State of New York, CERTIFY, that the certification of STUART M. COHEN, Clerk of the Court of Appeals, is in proper form and that it is entitled to full faith and credit.

Dated at Albany, NY,
March 11, 2010

Jonathan Lippman
Chief Judge