# Exhibit C
# Myers & Stauffer Array
# Created at Direction of Mark G. Duggan
# Cigna DMERC 1998Q4

Exhibit to the March 12, 2010 Motion *In Limine* to Exclude Certain Evidence and Argument
Related to Plaintiffs' Damages Claim

**ORIGINAL ARRAY (Per Carrier Array Documents)**

| | | | | DMERC Medication Pricing | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | UNIT DOSAGE | PRICE LIST DRUG NAME | LISTED DOSAGE | NDC NUMBER | AWP FROM RED BOOK | RED BOOK DATE | COST/UNIT DOSAGE | DATE LAST UPDATED | UPDATED BY |
| K0518 | Ipratropium Bromide | 1 mg | Compumed | .02%, 2.5ml 25s | 00403-0229-18 | $ 40.30 | 1998 annual | $ 3.22 | 6/30/1998 | CH |
| | Unit dose | | Dey | .02%, 2.5ml 25s | 49502-0685-03 | $ 44.10 | 1998 annual | $ 3.53 | 6/30/1998 | CH |
| | | | Dey | .02%, 2.5ml 60s | 49502-0685-60 | $ 105.60 | 1998 annual | $ 3.52 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 25s | 00054-8402-11 | $ 44.06 | 1998 annual | $ 3.52 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 30s | 00054-8402-13 | $ 52.87 | 1998 annual | $ 3.52 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 60s | 00054-8402-21 | $ 105.74 | 1998 annual | $ 3.52 | 6/30/1998 | CH |

MEDIAN = $    $ 3.52
MEDIAN LESS 5% = $    3.34

| KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.19 |
| = | | 1.57 |
| UD(mg) / | | 0.5 |
| KQ | $ | 3.14 |
| K0518KQ LESS 5% = | $ | 2.98 |

no changes through 09/30/98    MR
no changes through 12/98    MR

**REVISED ARRAY - DEY ONLY**

| | | | | DMERC Medication Pricing | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | UNIT DOSAGE | PRICE LIST DRUG NAME | LISTED DOSAGE | NDC NUMBER | AWP FROM RED BOOK | RED BOOK DATE | COST/UNIT DOSAGE | DATE LAST UPDATED | UPDATED BY |
| K0518 | Ipratropium Bromide | 1 mg | Compumed | .02%, 2.5ml 25s | 00403-0229-18 | $ 40.30 | 1998 annual | $ 3.22 | 6/30/1998 | CH |
| | Unit dose | | Dey | .02%, 2.5ml 25s | 49502-0685-03 | $ 19.94 | 1998 annual | $ 1.60 | 6/30/1998 | CH |
| | | | Dey | .02%, 2.5ml 60s | 49502-0685-60 | $ 47.90 | 1998 annual | $ 1.60 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 25s | 00054-8402-11 | $ 44.06 | 1998 annual | $ 3.52 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 30s | 00054-8402-13 | $ 52.87 | 1998 annual | $ 3.52 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 60s | 00054-8402-21 | $ 105.74 | 1998 annual | $ 3.52 | 6/30/1998 | CH |

MEDIAN = $    $ 3.37
MEDIAN LESS 5% = $    3.20

| KO & KP | $ | 3.37 |
|---|---|---|
| UD(mg) x | | 0.5 |
| = | | 1.685 |
| J7051 - | | 0.19 |
| = | | 1.495 |
| UD(mg) / | | 0.5 |
| KQ | $ | 2.99 |
| K0518KQ LESS 5% = | $ | 2.84 |

no changes through 09/30/98    MR
no changes through 12/98    MR

**REVISED ARRAY - ROXANE ONLY**

### DMERC Medication Pricing

| CODE | DESCRIPTION | UNIT DOSAGE | PRICE LIST DRUG NAME | LISTED DOSAGE | NDC NUMBER | AWP FROM RED BOOK | RED BOOK DATE | COST/UNIT DOSAGE | DATE LAST UPDATED | UPDATED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| K0518 | Ipratropium Bromide | 1 mg | Compumed | .02%, 2.5ml 25s | 00403-0229-18 | $ 40.30 | 1998 annual | $ 3.22 | 6/30/1998 | CH |
| | Unit dose | | Dey | .02%, 2.5ml 25s | 49502-0685-03 | $ 44.10 | 1998 annual | $ 3.53 | 6/30/1998 | CH |
| | | | Dey | .02%, 2.5ml 60s | 49502-0685-60 | $ 105.60 | 1998 annual | $ 3.52 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 25s | 00054-8402-11 | $ 20.08 | 1998 annual | $ 1.61 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 30s | 00054-8402-13 | $ 24.68 | 1998 annual | $ 1.65 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 60s | 00054-8402-21 | $ 49.74 | 1998 annual | $ 1.66 | 6/30/1998 | CH |

| | | | |
|---|---|---|---|
| MEDIAN = $ | $ | 2.44 | |
| MEDIAN LESS 5% = | $ | 2.32 | |

| KO & KP | $ | 2.44 |
|---|---|---|
| UD(mg) x | | 0.5 |
| = | | 1.22 |
| J7051 - | | 0.19 |
| = | | 1.03 |
| UD(mg) / | | 0.5 |
| KQ | $ | 2.06 |
| K0518KQ LESS 5% = | $ | 1.96 |

no changes through 09/30/98   MR
no changes through 12/98   MR

**REVISED ARRAY - DEY & ROXANE**

### DMERC Medication Pricing

| CODE | DESCRIPTION | UNIT DOSAGE | PRICE LIST DRUG NAME | LISTED DOSAGE | NDC NUMBER | AWP FROM RED BOOK | RED BOOK DATE | COST/UNIT DOSAGE | DATE LAST UPDATED | UPDATED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| K0518 | Ipratropium Bromide | 1 mg | Compumed | .02%, 2.5ml 25s | 00403-0229-18 | $ 40.30 | 1998 annual | $ 3.22 | 6/30/1998 | CH |
| | Unit dose | | Dey | .02%, 2.5ml 25s | 49502-0685-03 | $ 19.94 | 1998 annual | $ 1.60 | 6/30/1998 | CH |
| | | | Dey | .02%, 2.5ml 60s | 49502-0685-60 | $ 47.90 | 1998 annual | $ 1.60 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 25s | 00054-8402-11 | $ 20.08 | 1998 annual | $ 1.61 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 30s | 00054-8402-13 | $ 24.68 | 1998 annual | $ 1.65 | 6/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 60s | 00054-8402-21 | $ 49.74 | 1998 annual | $ 1.66 | 6/30/1998 | CH |

| | | | |
|---|---|---|---|
| MEDIAN = $ | $ | 1.63 | |
| MEDIAN LESS 5% = | $ | 1.55 | |

| KO & KP | $ | 1.63 |
|---|---|---|
| UD(mg) x | | 0.5 |
| = | | 0.815 |
| J7051 - | | 0.19 |
| = | | 0.625 |
| UD(mg) / | | 0.5 |
| KQ | $ | 1.25 |
| K0518KQ LESS 5% = | $ | 1.19 |

no changes through 09/30/98   MR
no changes through 12/98   MR

**NOTES:**

1. Source: Hard copy arrays, scanned image files, AWQ039-0045 and AWQ039-0046.
2. The original array did not contain NDC numbers.  The NDC numbers for the Dey and Roxane products were annotated on AWQ039-0045 and AWQ039-0046 by CIGNA on 1/17/2008.  The NDC number for the remaining product was annotated by Myers and Stauffer from th

3. According to the carrier array document, the Medicare allowance amounts are calcluated in cells C13 and C23 of the original array and cells C38, C48, C62, C72, C86, and C96 of the revised arrays.  The allowance amounts for the KO and KP modifiers are