# Exhibit 1

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the March 12, 2010 Declaration of Neil Merkl in Support of**
**Dey Defendants' Motion *In Limine* to Exclude from Evidence the Reports and**
**Testimony of Theodore R. Marmor, Ph.D.**

1

```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
 2

 3   _____

 4   IN RE:  PHARMACEUTICAL
     INDUSTRY AVERAGE WHOLESALE
 5   PRICE LITIGATION,            Civil Action
                                  No. 01-12257-PBS
 6                                MDL No. 1456

 7                                July 24, 2008, 3:55p.m.

 8   _____

 9

10                       TRANSCRIPT OF

11         MOTION FOR CERTIFICATION OF APPEALABILITY

12            BEFORE THE HONORABLE PATTI B. SARIS

13                UNITED STATES DISTRICT COURT

14             JOHN J. MOAKLEY U.S. COURTHOUSE

15                     1 COURTHOUSE WAY

16                     BOSTON, MA   02210

17

18

19

20
                     DEBRA M. JOYCE, RMR, CRR
21                    Official Court Reporter
                  John J. Moakley U.S. Courthouse
22                1 Courthouse Way, Room 5204
                       Boston, MA   02210
23                        617-737-4410

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1              MR. DALY:  Marmor.
 2              THE COURT:  I mean, it was interesting to read
 3    actually, and it put me in Kennedy School mode, but it's
 4    just -- I wasn't sure that that would even be
 5    admissible, and I hate to make that the basis for any of
 6    my decisions.
 7              MR. DALY:  For us, Judge, it goes a little
 8    beyond that, in the sense that this guy -- and he is a
 9    fairly degreed individual --
10              THE COURT:  I mean, he's just obviously the guy
11    in health policy.
12              MR. DALY:  What he says in his report, and --
13              THE COURT:  But it's not admissible.
14              MR. DALY:  But it's their expert.
15              THE COURT:  Excuse me, excuse me.  Not if I
16    don't let him be his expert.
17              MR. DALY:  We haven't got that far.
18              THE COURT:  I don't want to hold -- when I get
19    to that, if I let it in, then maybe I'll open this all
20    up.  Right now, it seemed it was just him talking
21    about -- like Max Weber, what bureaucracy is doing.  It
22    was real interesting, I'm just not sure I would let it
23    go to a jury.
24              MR. DALY:  What he's saying, he looked into the
25    record, the existing record, and we don't have enough to
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   make our case on these points because, paragraph 41, to
 2   understand what stakeholders were doing over time, one
 3   has to investigate what they said, what they claimed,
 4   what they thought they knew, what confused them, and
 5   what options for action they, in fact, had.  That's what
 6   the government won't give us.
 7            MR. GOBENA:  That's actually not true, your
 8   Honor.
 9            MR. DALY:  It is, it's very true.
10            THE COURT:  Excuse me.  I'm not sure I'm going
11   to go based on Professor Marmor's report.  It was really
12   interesting to read, maybe there's some piece of it that
13   could be admitted, but at least right now it's tenuous
14   enough that I'm not going to make a decision based on
15   that.
16            However, what needs to happen is you need to
17   make decisions based on the 30 percent, and there's
18   someone sitting in this room -- there's 600 documents?
19            MR. GOBENA:  There's more than that.
20            THE COURT:  How many are there?
21            MR. DRAYCOTT:  There's a great deal more than
22   600.
23            THE COURT:  How many?
24            MR. DRAYCOTT:  The total number on the privilege
25   log is going to exceed a thousand.
```

PDF created with pdfFactory trial version www.pdffactory.com