June 20, 2008

identifying first how the program dealt with inflationary forces in the major components of expenditure: physician payment and hospital financing.

75. Note that between 1975 and 1987, Medicare's spending per enrollee for physician services had grown at an average annual rate of 15%, almost twice as fast as the per-capita gross national product.[67] That, in turn, prompted legislative reaction, just as earlier in the decade, the Congress had agreed to large changes in how Medicare paid for hospital services under Part A.[68] In 1986, the Congress had created the Physician Payment Review Commission (PPRC) to provide advice on ways to reform Medicare's method of paying physicians.

76. By December 1989, the Congress, acting on the advice of PPRC, mandated that Medicare's physician payment methodology be revised by HCFA. In place of the previous charge-based reimbursement methodology, payment levels were to be determined on the basis of the relative resources--including physician work effort, practice and malpractice expenses--required to perform services. The development and implementation of this "resource-based relative value scale system" (RBRVS), would, it was widely hoped, slow the growth in Part B spending for physician services.

77. Though Part B drugs were excluded from the RBRVS process, they did not escape consideration in the overhaul. The Bush Administration, for instance, proposed to pay 85% of AWP,[69] citing OIG reports that suggested AWP payments were approximately 15% greater than actual acquisition costs for some drugs.[70] The final rule

---

[67] "Medicare Physician Payment: Geographic Adjusters Appropriate but could be Improved with New Data," GAO July 1993: 3.
[68] See Oberlander: 123-24.
[69] "Medicare Program: Fee Schedule for Physicians's Services (Proposed Rules)," Federal Register, 5 June 1991: 25800-01.
[70] In a discovery document in this case, an Abbott official noted the proposed change to 85% of AWP reimbursement and warned in an internal memorandum that the "framework for a downward spiral of drug

June 20, 2008

adopted, however, was for the "lower of national AWP or the Medicare carrier's estimate of actual acquisition costs."[71] EAC was to be determined by HCFA surveys. In deciding the standard, Bush officials again cited the complaints of physicians who suggested "many drugs could be purchased at less than 85% of AWP – particularly multi-source drugs – while others were not discounted." [72]

78. The RBRVS regulations became effective January 1, 1992.[73] From 1992 until the Balanced Budget Act of 1997, the reimbursement policy for Part B drugs remained the same. The scant historical information available suggests that OMB blocked HCFA from using the survey instrument developed due to paperwork concerns.[74] AWP became the de facto payment mechanism.

79. With the election of a Republican Congress in 1994, the debate over spending-control and budget-balancing became more vociferous. In health care policy, some commentators, including the GAO, claimed that 10% of Medicare spending was the result of "waste, fraud, and abuse." In August, 1996, Congress passed The Health Insurance Portability and Accountability Act (HIPAA), one provision of which allowed funds recovered from government healthcare fraud litigation to be invested back into

prices is laid through these rules." He notes that the ASCO, PMA, American Society of Nephrology (ASN), and Alliance for Infusion Therapy "have vested interests in resisting these changes" and will be "contacted by appropriate Alternate Site and Abbott Washington personnel to determine a response to the proposed rules changes." (ABT212056 – 14 June 1991). Another memo from Abbott's Manager of Reimbursement is an examination of strategies for response to the NPRM; the first offered was that "discounts vary among purchasers. Some providers may pay full A.W.P. and others may get a discount but not a full 15% due to manufacturer discounting practices." (ABT212051, 11 June 1991). This level of discussion concentrated on what, by comparison to the spreads uncovered by the Ven-A-Care campaign, were relatively restricted, if still consequential in impact on total expenditures.

[71] "Medicare Program: Fee Schedule for Physicians's Services (Final Rules)" Federal Register 25 November 1991: 59507.

[72] Ibid at 59524.

[73] The practice and malpractice expense components of physician reimbursement continued to be paid on the basis of historical charges, and were not scheduled to be rolled into the RBRVS methodology until 1999, when they would be implemented over three years. This plan was ultimately delayed by BIPA 1999.

[74] See Deposition of Bruce Vladeck, 21 June 2007: 384-88.

June 20, 2008

government litigation efforts. Qui Tam cases multiplied in the decade that followed, as did settlement totals.[75] All of these developments were part of a separate channel of governmental behavior.



80. For Medicare in 1998, President Clinton proposed actual acquisition costs as the basis for reimbursement of Part B drugs. And, after months of consideration, Congress instead substituted a 95% of AWP basis in the final legislation that contained over 300 Medicare provisions. The pharmaceutical industry, either through its industry association, The Pharmaceutical Research and Manufacturers Association (PhRMA), or its members directly,[76] spent some $50 million in lobbying in 1996 and 1997 during the lead-up to passage of this legislation, the BBA.[77]

---

[75] "Information on False Claims Act Litigation" GAO-06-320R 15 December 2005: 26. Recoveries grew as well; The New York Times reported that "from 1997 to 2000, recovery in civil fraud cases grew by more than 50%, and last year, of the $1.5B recovered by the federal government from fraud cases generally, $840M was from those involving healthcare." (Steinhauer, Jennifer,"Justice Dept. Finds Success Chasing Health Care Fraud," New York Times, 23 January 2001).

[76] Abbott itself expended on the order of $15 million on lobbying between 1996 and 2000. ("Prescription for Power," Common Cause, June 2001). Discovery documents in this case demonstrate the aggressive nature and sophistication of their efforts in trying to influence the course of Medicare Part B drug reimbursement policy, particularly during the BBA consideration. Abbott's Washington Office tracked President Clinton's AAC legislative proposal and noted "an industry meeting to discuss strategy with regard to this issue has been tentatively scheduled for...February 20." (ABT-DOJ 296012, 10 February 1997). Coordination with other interest groups--the American Society of Clinical Oncologists (ASCO) and

June 20, 2008

81. The Clinton Administration would propose similar reductions in
reimbursement levels for Part B drugs with their budget submissions in 1998, 1999, and
2000. (In December, 1997, President Clinton expressed his FY98 budget proposal for
payment at actual acquisition costs to the country during a radio address[78]). These efforts
were met by strenuous lobbying from provider and patient groups in the form of
allegations of underpayment for practice expenses associated with Part B ("incident-to")

---

"the renal community"--allied against the AAC proposal is apparent. (ABT-DOJ 296152-4, 4 April 1997)
Senate and House Committee deliberations were followed by the office and a "well known health
lobbyist." (ABT-DOJ 296142, 16 May 1997). A major law firm, Hogan and Hartson--employing former
members of Congress and previous Administration officials--drafted "amendments to the President's
budget bill." (ABT-DOJ 296144, 16 May 1997). Abbott officials "met with members of Congress and staff
on the issue of Medicare drug reimbursement being changed from average wholesale price to acquisition
cost." (ABT-DOJ 295983, 5 June 1997). Abbott officials noted favorable policy language -- 95% of AWP-
- in the House bill, but identified troubles with the Senate bill (which granted the Secretary discretion to set
payment levels below 95% of AWP) and suggested revisions to legislative language. (ABT-DOJ 296018,
13 June 1997). Attention was given to the composition of the House-Senate conference committee. There
were references to likely conferees Congressmen Bill Archer and Dennis Hastert, whose districts had
Abbott plants or offices and might be targeted for letter-writing campaigns. (ABT-DOJ 295994, 20 June
1997). The Washington office enlisted Abbott CEO Duane Burnham in the effort to win passage of the
House bill. A divisional VP wrote that "Abbott has a lot at stake in this reimbursement fight. I do not want
to feel, or having (sic) others feel, that we did not do everything possible to win in conference." (ABT-DOJ
295994, 20 June 1997). A phone call between Abbott Chairman Burnham and House Ways and Means
Committee Chairman Archer took place prior to final passage of 95% of AWP policy; Abbott CEO wrote a
letter of thanks to Chairman Archer afterwards noting "when we spoke on the phone you said you intended
to hold the House language in conference committee and you did...Abbott thanks you for convincing the
rest of the conferees." (ABT-DOJ 296003, 5 August 1997).
       This episode--and the Model III data on which it is based--does not illustrate government
acquiescence and approval in Abbott's price reporting conduct, which was not fully disclosed and had not
been the basis of the lobbying. Rather, it exemplifies the difficulty of reforming a model of reimbursement
with which interested parties have become familiar. It also illustrated the capacity of Abbott and other
firms to protect a system of reimbursement in which the government had to rely upon the reported prices of
drug firms. (From another discovery document in this case, we know that the broader industry association
lobbied against the 1997 AAC proposal: "PhRMA expressed support for a proposal to reimburse at AWP."
See PHRMA_AWP 007929).
[77] "Prescription for Power," Common Cause, June 2001. No one can claim that lobbying is illegal; it is of
course part of the American political world, accepted as defending one's interests before governmental
authority. Such lobbying helped to defeat President Clinton's AAC plan. But, to see in the adoption of the
95% AWP policy government acquiescence is incorrect. Abbott officials did not lobby for a system of
vastly inflated price reports. They lobbied against a reduction in reimbursement that would not cover
provider cost, and against a system that would have required them to report actual acquisition costs.
[78] "Remarks by the President in Radio Address to the Nation" White House Office of the Secretary, 13
December 1997.

June 20, 2008

drugs.[79] Each time the Clinton proposals were rebuffed by the Republican Congress and

the 95% of AWP payment stayed in place.

82. During this period, Congress ordered three studies of payment policy

implementation and related matters.[80]  The impact of these studies is somewhat

paradoxical.  On the one hand, the studies were part of the campaign to transform AWP

reimbursement.  On the other hand, studying a topic necessarily produces delay in the

reform of a policy.  To illustrate, consider the 2000 legislation, The Medicare, Medicaid,

and SCHIP Benefits Improvement and Protection Act (BIPA).[81]  That statute required the

GAO to assess whether physicians were adequately compensated for Part B drugs and

related expenses.[82] This fact-finding is typical of a reform process.  Yet, during the

course of the study, the Congress called for a moratorium on changes in reimbursement

---

[79] In the discovery documents for this case, I saw numerous examples of this sort of lobbying.  One letter (17 December 1997) from the American Society of Clinical Oncologists to members in response to the Clinton radio address claimed having checked with Congressman Archer, who as Chairman of the House Ways and Means Committee was pivotal in killing the Administration proposal, and he strongly supports not changing the drug reimbursement mechanism that was enacted this year."  A sample letter about how to lobby elected officials was included.

[80] For instance, in 1997, the BBA contained a requirement for the HHS Secretary to study the effects of the 95% of AWP policy and report to Congress by 7/1/99. ("Balanced Budget Act of 1997" PL 105-33 5 August 1997).  The HHS report found mixed evidence on the question of AWP rate growth acceleration generally.  A Chicago Tribune report obtained from discovery in this case notes that Abbott raised the AWP for one drug, Lupron, by 10% from 1998 to 1999, "offacting (sic) the lower government allowance."  This was precisely the concern some in the Congress had in mind when ordering the study. (Zujac, Andrew and Cohen, Laurie, "Feds Probe Abbott Venture's Drug Sales," Chicago Tribune 23 May 1999).

A second instance was in 1999, when Congress passed the Medicare, Medicaid and SCHIP Balanced Budget Refinement Act (BBRA). ("Medicare, Medicaid and SCHIP Balanced Budget Refinement Act of 1999" PL 106-113 29 November 1999). There, one provision required the GAO to study the "adequacy of Medicare payments to oncologists" under the recently implemented RBRVS overhaul for administrative expenses.

[81] "Medicare, Medicaid and SCHIP Benefits Improvement and Protection Act of 2000" PL 106-554, 21 December 2000.

[82] The GAO concluded that physicians were able to obtain "incident-to" drugs at prices well below AWP. "For most physician administered drugs, the average discount from AWP ranged from 13 to 34%.  Two physician administered drugs had discounts of 65% and 86%." ("Payments for Covered Outpatient Drugs Exceed Providers' Cost" GAO, September, 2001: 4).  Oncologist administrative costs--reimbursed by the practice expense RBRVS component rolled out in 1999--were 8% higher than with the old charge-based system.  Another component--practice expenses associated with non-physician care--was found to be somewhat underpaid.

June 20, 2008

methodology.[83]  One might imagine a moratorium as a victory for the status quo.  In this

instance, that interpretation does not apply.  Indeed, the delay had the support of one of

the most serious critics of the behavior of the pharmaceutical industry in drug pricing,

Congressman Stark of California.  Context, in short, shapes meaning. [84]

83. The 2000 legislation--and its aftermath--reflected the confluence of the three

channels I have described.  Drug pricing revelations became more public and more

contested.  For example, the National Association of Medicaid Fraud Control Units

(NAMFCU) escalated the attack on the reliability of drug prices reported by First Data

Bank.  According to NAMFCU, the transaction prices were much lower than published

AWPs.[85]  In September, 2000, HCFA sent its Medicare carriers the list along with

qualifications for their usage.[86]  The provider community appealed to Congress against

usage of the prices. By November, HCFA sent a memorandum to carriers instructing

them not to use the prices[87] and Congress ordered the BIPA study.[88]  This combination of

revelation, reaction, hesitancy, and further study is typical of controversial reform politics

---

[83] "Medicare, Medicaid and SCHIP Benefits Improvement Act of 2000" PL 106-554, 21 December 2000, Sec. 429.

[84] DeParle tried to use DOJ AWPs for certain part B drugs.  Congress in an interim bill, labeled as a Medicare Anti-Fraud Bill relieved HCFA of the statutory obligation to use AWP, however. (This occurred after Bliley's letters to HCFA following his initial investigation).  It required, with Stark's approval, that HCFA take no such action until the completion of a GAO study also required by the bill.  The presentation of the GAO study occurred at the 9/21/01 hearings at which substantial additional information was provided to the Congress as detailed above.

[85] These prices had been collected from a federal/state investigation originating from the VAC qui tam allegations.  (NAMFCU Letters from 16 February 2000 and 18 May 2000).

[86] "An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program" CMS Program Memorandum, 8 September 2000.

[87] An internal Abbott memorandum described the HCFA retraction of investigation AWPs as "good news," but "not good news that Congress continues to have an interest in this issue."  The House passage of the provision requiring GAO study and likelihood of future hearings are noted.  Congressman Bliley--"the lead antagonist on this issue"--is retiring; likely successors are seen as "friends of Abbott and not likely to take the same combative approach on the issue as Mr. Bliley." Haas, Rosemary, "AWP: HCFA Reverses on Implementation of Drug Payment Reduction" e-mail to Abbott Co-Workers, 22 November 2000. (ABT-DOJ 0236630).

[88] "An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program" CMS Program Memorandum, 17 November 2000.

June 20, 2008

in America.  Interpretation is not simple.  Knowing the balance of influences that generated this sequence is itself a substantial research task.  But, what can be claimed with confidence is that the bargaining over a substantial change in drug reimbursement policy was in this period begun in earnest.

84.  The 2000-01 investigations were an important element in a decade long story. They helped shift the position of influential congressional Republicans.  That in turn made more probable the reforms introduced later by the Medicare Modernization Act of 2003.[89]  The implementation in 2005 of a new Average Sales Price standard for reimbursement, for instance, would replace the AWP basis for most Part B drug reimbursement.[90]  During the period of this case, Medicare Part B drug spending grew dramatically in real terms and as a percentage of Part B spending over the decade.  Only the MMA implementation would diminish that steep growth curve.

---

[89] "Medicare Prescription Drug, Improvement and Modernization Act of 2003" PL 108-173 8 December 2003.
[90] "Medicare Prescription Drug, Improvement and Modernization Act of 2003," PL 108-173, 8 December 2003, sec 301-2239.

46

June 20, 2008

**Medicare Part B Drug Spending**



Source: CMS Office of the Actuary

## VII. Summary of Opinions

85. In summary, with this overview of the policy history in mind, my conclusion is that neither the federal nor state governments approved of--or even acquiesced in--Abbott's price reporting conduct as alleged in this case. I now will address the additional questions posed in section I.

**How do the following facts and information bear on my opinions about questions 1 and 2?  (1) Medicare and Medicaid's continued use of published prices (AWPs, WACs and Direct Prices);**

86. The continued use of reported AWP (or WAC) prices has a relatively simple explanation, one that does not reflect governmental acquiescence or approval of the price reporting of Abbott.  The United States Government--in its many different parts--did not arrive at an agreed upon alternative reimbursement policy that was practical operationally

47

June 20, 2008

and acceptable to the Congress. This continued through the 1990s. After the revelations of the 2001 congressional hearings, the stage was in fact set for a change in formal drug reimbursement policy. Organizational analysis, as set out in the text of the report, is the main basis for this conclusion. In addition, the role of particular reformers--and actors in the Congress, the DOJ, and other institutions--provides support for this conclusion.

87. It should be added that the honest presentation of prices--under AWP or WAC--was in fact an operational alternative that the drug industry could use properly-- and some firms did. Finally, there is ample evidence that the continued use of AWP prices was the source of considerable public debate and extensive investigations by organizations of the federal and state governments. The experiments with discounting, with seeking competitive bids, and other examples testify to this. Nothing in this record supports the proposition that the government approved or acquiesced in Abbott's reporting of inflated prices.

**(2) The record of VAC's communications with various persons within the Federal Government (Congress, HHS, HCFA) and States;**

88. As the report documents, VAC did indeed communicate with a considerable variety of governmental organizations and officials, and did so over a number of years. That is the basis for the report's characterization of VAC's "campaign" to press upon governmental bodies the scale of misrepresentation in the pricing of drugs to Medicare and Medicaid. That the campaign was extensive in scope and time testifies to the difficulty in American politics of a) getting the dispersed institutions to agree on both a problem and an acceptable remedy and b) convincing busy officials that this area of inflation (with others more obvious) should be the focus of reform effort. (One needs to

June 20, 2008

recall that there were hundreds of Medicare and Medicaid-related qui tam suits in the 1990s. In that respect, these lawsuits were another channel of governmental reform action.)

89. There is nothing unusual about such a reform campaign--or the difficulty it faced-- in convincing others that the problem of material misrepresentation was far beyond what was commonly assumed among those officials convinced that discounting was a workable option. This interpretation depends on understanding the conventions that mark a legal process that DOJ actions reflect, the division of labor between institutions like the HHS and the DOJ, and institutional differences between the preoccupations and purposes of HCFA and both congressional and executive investigative agencies. There were many steps between the campaign to draw attention to allegedly fraudulent conduct and the acquisition of the legally acceptable depth of evidence that the Department of Justice (and State Attorneys General) require for taking action.

90. The changes in government drug reimbursement policy following VAC's revelations of fraud are particularly relevant. It provides additional and powerful evidence that the federal government agencies did not approve or acquiesce in the price reporting conduct at issue in this case.

**(3) Federal and State reports including those issued by the Office of the Inspector General (OIG) at HHS;**

91. These reports, cited in the text above and listed in appendix 3, are part of the record of organizational units charged with exploring both fraudulent and operational mistakes in the reimbursement and administration of public healthcare programs. The

June 20, 2008

identification of problems in Medicare and Medicaid drug reimbursement was established by 1990 and confirmed repeatedly in the decade that followed. It is remarkable, however, that none of these early reports revealed government knowledge of price reporting misconduct by drug firms. Rather, they reported gaps for some drugs between published prices and the prices available to some providers.

92. There was no consensus about the scope and scale of the gaps. And, until VAC's revelations, there was little or no understanding of the scale or role of manufacturers in causing inflated reimbursement. In short, clear understanding arrived much later. The more important point, however, is that state Medicaid officials and Medicare fiscal intermediaries could not act boldly on reports of minor or major instances of inflated prices. They, as operational units, required a method of paying regularly for drugs that could be handled by computer programs. That is largely why reliance on discounting was more general in the 1990s, and understandable in the absence of documentation of extraordinary inflation of AWP prices by some firms and for some drugs.

**(4) Federal, State, and Congressional investigations.**

93. The same observation applies to this class of investigations by different institutions of American government. As the report emphasizes, American government is, in comparative terms, extraordinarily dispersed both functionally and geographically. No scholar of government would expect descriptions of "the American government's" knowledge to be the basis for claims about what was known, what were thought to be options for change, and why action was or was not taken. Investigations by the United States Congress are well known to serve a variety of purposes; there is no necessary

50

June 20, 2008

connection between taking credit for identifying fraud and being able to get agreement on how to remedy the situation. This was particularly evident in the gap between the extraordinary hearings of 2001 and the changes of drug reimbursement in the Medicare Modernization Act of 2003 and beyond. The larger point is simply that investigative activities serve to place issues on the agenda of parts of the government; they do not bring with them the sufficient conditions of rapid remedial action. Nor do they reflect acquiescence or approval of the existing state of affairs. Investigations do play a crucial role in American politics. Without them, reform in the context of institutions sharing power and authority would be more unlikely.

**Conclusion**

94. Taken together, do these four features of the historical record challenge my opinion in paragraph 85? The short answer is that the cumulative features do not. This body of evidence—acknowledged and analyzed in my report—does not provide grounds for changing my view that neither the federal nor state governments approved of--or acquiesced in--Abbott's price reporting conduct as alleged in this case.


_____   Date: <u>June 20, 2008</u>

Theodore R. Marmor, PhD

51

June 20, 2008

**Appendix 1: Government Anti-Fraud Program Chronology**

1972   Passage of federal Anti-Kickback statute via SSA of 1972. Intended to protect federal health care programs and patients from fraud and abuse by limiting the influence of money on health care decisions. It prohibits payments in any form made purposefully to induce or reward the referral or generation of federal health care program business.

1976   The HEW Inspector General Act of 1976 (Public Law 94-505) creates the Office of the OIG. Two years later, a similar law is passed to create 14 additional inspector generals in other federal agencies.

1977   Congress strengthens anti-kickback provisions via Medicare-Medicaid Anti-fraud and Abuse Amendments.

1986   False Claims Act Amendments of 1986: "Congress made a number of changes in the False Claims Act, which dated to the Civil War. The original law, passed at the urging of President Lincoln to combat widespread fraud by suppliers to the Union Army, is still the Government's primary tool for prosecuting fraud. The new law provides that the Government may recover three times the amount of damages, up from double the amount. Civil penalties are increased from $2,000 for each false claim under the old law to a maximum of $10,000. In addition, the new law makes it clear that proof of intent to defraud the Government is not required in order for a defendant to be found guilty; proof that the defendant deliberately ignored or acted in reckless disregard of the truth will be sufficient." (NY Times 11/15/86)

1987   Congress again strengthens anti-kickback provisions via Medicare and Medicaid Patient and Program Protection Act

1989   OBRA 1989 – Stark I: prohibited physician self-referrals to clinical laboratories in Medicare. Effective in 1992.

1993   OBRA 1993 - Stark II: Added prohibitions against physician self-referral for other services and broadened to include Medicaid. Under the statute, criminal, civil, or administrative liability can result if one knowingly and willfully offers to pay for, solicit, or receive any remuneration to induce referrals of items or services reimbursable under federal health programs. Effective in 1995.

1995   GAO estimates that "fraud and abuse may account for 10% of healthcare costs." (GAO/T-HEHS-96-7)  Senator Roth cites estimate in 2/14/96 hearing: "GAO has estimated that the loss from fraud and abuse equals approximately $17B which is 10% of total Medicare spending."

1996   The Health Insurance Portability and Accountability Act of 1996, among other things, established a Health Care Fraud and Abuse Control Program (HCFAC) to strengthen ongoing efforts to combat fraud and abuse in health care programs. Under the HCFAC program, a portion of settlements and judgments resulting from FCA cases

June 20, 2008

involving health care fraud are used to finance part of the antifraud activities in HHS and
DOJ. In fiscal year 2004, HHS and DOJ were allocated over $240 million from HCFAC
program funds to devote to their health care fraud enforcement activities.

2006   GAO reports (GAO -06-320R) that the federal government has won recoveries of
over $15 billion from fiscal years 1987 through 2005. Of the $15 billion, 64 percent, or
$9.6 billion, was for recoveries associated with cases filed by whistle blowers under
FCA's qui tam provisions.  Almost a third was for programs at HHS.

June 20, 2008

## Appendix 2: Ven-A-Care Chronology

| | |
|---|---|
| 10/94 | VAC begins to contact state AG's |
| 1995 | VAC files lawsuit against various pharmaceutical companies, including Abbott |
| 9/95 | VAC meets with OIG and HCFA officials (pricing data to OIG follows) |
| 10/2/96 | VAC Letter to HCFA Administrator Vladeck |
| 7/2/97 | VAC meets with Texas Attorney General |
| 3/19/98 | VAC presentation to NAMFCU |
| 3/20/98 | VAC presentation to HCFA Administrator DeParle |
| 12/7/98 | VAC presentation to HCFA |
| 1999 | Commerce Committee investigation begins |
| 9/00 | VAC official (Z. Bentley) testifies privately to Commerce Committee; press conference and Committee release of documents leads to USA Today article |
| 4/24/01 | VAC presentation to Commerce Committee |
| 9/21/01 | VAC Testimony at public hearing of Commerce Committee |

June 20, 2008

**Appendix 3: Related Government Reports (1980-2001)**

| | REPORT | SOURCE | DATE |
|---|---|---|---|
| 1 | Programs to Control Prescription Drug Costs under Medicaid and Medicare could be Strengthened | GAO | 12/31/1980 |
| 2 | Title XIX of the Social Security Act, Limitation on Payment or Reimbursement for Drugs | OIG | 9/1/1984 |
| 3 | Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in the Medicaid and Medicare Prescription Drug Program | OIG | 10/3/1989 |
| 4 | Changes in Drug Prices Paid by VA and DOD since Enactment of Rebate Provisions | GAO | 9/1/1991 |
| 5 | Physicians' Costs for Chemotherapy Drugs | OIG | 11/6/1992 |
| 6 | Changes in Drug Prices Paid by HMOs and Hospitals since Enactment of Rebate Provisions | GAO | 1/1/1993 |
| 7 | Outpatient Drug Costs and Reimbursements for Selected Pharmacies in Illinois and Maryland, Fact Sheet for Congressional Committees, GAO/HRD-93-55FS | GAO | 3/1/1993 |
| 8 | Review of Management Controls Over the Medicaid Prescription Drug Rebate Program | OIG | 6/1/1993 |
| 9 | Medicare Physician Payment | GAO | 7/1/1993 |
| 10 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services | OIG | 5/31/1996 |
| 11 | Suppliers' Acquisition Costs for Albuterol Sulfate OEI-03-94-003932 (June 1996). | OIG | 6/1/1996 |
| 12 | A Comparison of Albuterol Sulfate Prices OEI-03-94-00392 (June 1996). | OIG | 6/1/1996 |
| 13 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Montana Department of Health Services | OIG | 7/11/1996 |
| 14 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Florida Department of Health Services | OIG | 8/13/1996 |
| 15 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the North Carolina Department of Health Services | OIG | 9/4/1996 |
| 16 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Delaware Department of Health Services | OIG | 9/12/1996 |
| 17 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Virginia Department of Health Services | OIG | 11/21/1996 |
| 18 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the New Jersey Department of Health Services | OIG | 12/6/1996 |
| 19 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Nebraska Department of Health Services | OIG | 12/24/1996 |
| 20 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Missouri Department of Health Services | OIG | 1/21/1997 |
| 21 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the District of Columbia Department of Health Services | OIG | 1/31/1997 |
| 22 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Maryland Department of Health Services | OIG | 2/12/1997 |
| 23 | Medicaid Pharmacy-Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs A-06-96-00030 (April 1996). | OIG | 4/1/1997 |
| 24 | Medicaid Pharmacy – Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs 1997 | OIG | 4/10/1997 |
| 25 | Medicaid Pharmacy – Actual Acquisition Cost of Generic Prescription Drug Products 1997 | OIG | 8/4/1997 |

June 20, 2008

| | | | |
|---|---|---|---|
| 26 | Excessive Medicare Payments for Prescription Drugs OEI-03-97-00290 | OIG | 12/1/1997 |
| 27 | Audit of State Aids Drug Assistance Programs' Use of Drug Price Discounts A-01-97-01501 (January 1998). | OIG | 1/1/1998 |
| 28 | Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs A-06-97-00052 (May 1998) | OIG | 5/1/1998 |
| 29 | The Impact of High-Priced Generic Drugs on Medicare and Medicaid OEI-03-97-00510 (July 1998). | OIG | 7/1/1998 |
| 30 | Are Medicare Allowances for Albuterol Sulfate Reasonable? OEI-03-97-00292 (August 1998). | OIG | 8/1/1998 |
| 31 | Comparing Drug Reimbursement:  Medicare and Department of Veterans Affairs OEI-03-97-00293 (November 1998). | OIG | 11/1/1998 |
| 32 | Medicare Reimbursement of End Stage Renal Disease Drugs OEI-03-00-00020 (June 2000). | OIG | 6/1/2000 |
| 33 | Medicare Reimbursement of Albuterol OEI-03-00-00311 (June 2000). | OIG | 6/1/2000 |
| 34 | Aids Drug Assistance Program Cost Containment Strategies OEI-05-99-00610 (September 2000). | OIG | 9/1/2000 |
| 35 | Medicare Reimbursement of Prescription Drugs OEI-03-00-00310 (January 2001). | OIG | 1/1/2001 |
| 36 | Cost Containment of Medicaid HIV/AIDS Drug Expenditures OEI-05-99-00611 (July 2001). | OIG | 7/1/2001 |
| 37 | Medicaid Pharmacy – Actual Acquisition Cost of Brand Name Prescription Drug Products 2001, A-06-00-00023 | OIG | 8/10/2001 |
| 38 | Medicaid's Use of Revised Average Wholesale Prices OEI-03-01-00010 | OIG | 9/1/2001 |
| 39 | Medicare Payments for Covered Outpatient Drugs Exceed Providers' Cost, Report to Congressional Committees,  GAO-01-1118 | GAO | 9/21/2001 |

June 20, 2008

Revised 6/08

**THEODORE R. MARMOR**
Yale School of Management
135 Prospect Street
P. O. Box 208200
New Haven, CT  06520-8200
Tel: (203) 432-3238 — Fax: (203) 432-3248
Email: theodore.marmor@yale.edu

**EDUCATION:**

Harvard University, PhD, 1966 (Politics and History)
Wadham College, Oxford, Graduate Research Fellow (Philosophy and Politics), 1961-62
Harvard College, BA, American History and Literature, 1960

**EMPLOYMENT HISTORY:**

| | |
|---|---|
| 1983-Present | Emeritus, Professor of Public Policy, School of Management, Professor, Department of Political Science, Yale University |
| 2007 | Adjunct Professor of Public Policy, John F. Kennedy School of Government, Harvard University |
| 1999-Present | Adjunct Professor of Law, Yale University |
| 1993-2003 | Director of the Robert Wood Johnson Foundation's post-doctoral program in Health Policy, Institution for Social and Policy Studies, Yale University |
| 1979-83 | Chairman, Center for Health Studies, Institution for Social and Policy Studies, and Professor of Public Health and Political Science, Yale University |
| 1976-79 | Associate Professor, Committee on Public Policy Studies, University of Chicago |
| 1974-79 | Research Fellow, Center for Health Administration, University of Chicago |
| 1973-79 | Associate Professor, School of Social Service Administration, University of Chicago |
| 1970-73 | Associate Professor of Political Science and Public Policy, University of Minnesota and Associate Dean, School of Public Affairs, 1970-72 |
| 1967-70 | Assistant and Associate Professor of Political Science, Member, Institute for Research on Poverty, University of Wisconsin |
| 1966-67 | Post-doctoral Fellow, University of Essex and Nuffield College, Oxford |
| 1965-66 | Instructor, Social Studies, Harvard University |
| 1962-65 | Teaching Fellow, Department of Government, Harvard University |

**PROFESSIONAL APPOINTMENTS**

Fellow, Institute of Medicine, National Academy of Sciences, 1993-
Member of the Board, National Academy of Social Insurance, 1987-95, Fellow 1987–
Chairman of the Scientific Advisory Board of the Institut Pasteur/CNAM School of Public Health, 2007
Centennial Visiting Professor, London School of Economics, Spring term 2001-2003
Rock Carling Fellow, Nuffield Trust, England, 2001
Robert Wood Johnson Investigator Award in Health Policy Research, 2001
Visiting Fellow, Australian National University, 1999
Visiting Fellow, All Souls College, Oxford, England, 1998
Fellow, Netherlands Institute for Advanced Study, (NIAS), 1997-98
Visiting Professor, Kennedy School of Government, Harvard University, 1996; Spring, 2001
Visiting John J. Hill Professor at the University of Minnesota, 1996
Fellow, Canadian Institute for Advanced Research, 1987-1995
Visiting Fellow, Russell Sage Foundation, 1987-88
Flinn Foundation Distinguished Scholar in Health Care Management and Policy, Arizona State University, and University of Arizona, 1986

June 20, 2008

"Rethinking National Health Insurance," selected as best health article by Policy Studies Annual, 1977
Research Fellow, Kennedy School of Government Institute of Politics, 1970
Research Fellow, Adlai Stevenson Institute, 1969
Kennedy School of Government Post-doctoral Fellowship (University of Essex and Nuffield College,
        Oxford) 1966-67
Finalist, Allan Nevins Prize of the Society of American Historians, for PhD Thesis on "The Career of John
        Calhoun," 1966
Harvard Graduate School Fellowship, 1962-1965
Rotary International Fellowship, 1961-1962
Wadham College Essay Prize, 1962
Woodrow Wilson Fellowship, 1961-1962
History and Literature Prize, 1959
John Harvard Prize, 1957, 1959
Lockheed Leadership Scholarship, 1956-1960


**SIGNIFICANT GRANTS:**

Principal Investigator, "Political Analysis: Applications to Health Care and Health Policy," funded by the
        Robert Wood Johnson Foundation, 2001-2003
Director, Robert Wood Johnson Foundation Post-doctoral Program (Medical Care and Social Science),
        1992–2003
Principal Investigator, "Economic Issues and Aging in Canada and the United States: Problems of Income
        Security," funded by the Donner Foundation, 1989-1991
Co-director, "Reconsidering the Institutions of Social Security," funded by the project on the Federal Social
        Role Ford Foundation, 1984-1986
Principal Investigator, "New Perspectives in Health," funded by the Kaiser Family Foundation, 1979-1984
Director, Research Project on National Health Insurance, funded by the Robert Wood Johnson Foundation,
        1976-1978


**EDITORIAL RESPONSIBILITIES:**
Advisory Board, Canadian Journal, Healthcare Policy, 2006-
Advisory Board, Canadian-American Public Policy (CAPP), 2002-
Editorial Board, Journal of Comparative Policy Analysis, 2002-
Editorial Advisory Board, Journal of Health Services Research and Policy, 1996-
Editorial Board, International Journal of Health Planning and Management, 1997-
Editorial Board, Health Policy/ Ethics/ Health Services Research, 1979-1989
Editor, Journal of Health Politics, Policy and Law, 1980-1984; Board Member, 1984-


**ADVISORY POSITIONS:**
Member, Editorial Board of Pension Reforms, (on-line international information broker of research on
        pension issues www.PensionReforms.com), 2006–
Member, Medicare Coverage Advisory Committee (MCAC), 2007–
Advisory Board, On Demand Books, 2007–
Advisory Board Chair, The Crescent Group
Member, Advisory Board, Canadian-American Public Policy (CAPP), 2002–
Member, Advisory Board, Yale Medical School, RWJ Clinical Scholars Program, 2000–
Member, Advisory Board, American Ditchley Foundation, 2000-
Member, American Board of Ophthalmology, 2000–2003
Member, Advisory Board, Health Innovation Fund, Toronto, Ontario, Canada, 2000–
Member, Selection Committee, "Society, Culture & the Health of Canadians," for Social Sciences and
        Humanities Research Council, Ottawa, Canada, 1999
Member, Adjudication Committee, "The Project on Trends," of Social Sciences and Humanities Council of
        Canada, 1998

June 20, 2008

Member, Board, 2030 Center:  Social Security Project Advisory Board, 1998
Member, National Health Research Institute, Center for Health Economics Research, Government of
    Taiwan, 1997-
Member, International Advisory Board of The London School of Economics and Political Science,
    (Health), 1996-
Member, Committee to Visit the John F. Kennedy School of Government, 1996-2002
Member, Board of Directors, National Academy for Social Insurance, 1986-1995
Member, Advisory Board, Center for National Policy, 1986-1992
Member, Board of Directors, Center for Study of Drug Development, Tufts University, 1986-99
Senior Advisor on Health and Social Security, Mondale/Ferraro Campaign, 1983-1984
Member, President Carter's Commission on a National Agenda for the Eighties, 1980-1981
Member, Committee on Consumer Representation in Health Planning, Institute of Medicine, National
    Academy of Science, 1979-1980
Member, Advisory Board, Journal of Health Politics, Policy and Law, 1976-
Member, Community Action Program Commission, Madison, Wisconsin, 1968-1969
Special Assistant to Wilbur Cohen, Undersecretary of HEW, Summer 1966


**CURRENT EXPERT WITNESS CASES:**

Medicaid Drug Pricing Litigation (On behalf of 16 states and US Department of Justice)
Asbestos Cases (On behalf of Union Carbide, Henkel, Northrop Grumman and Dow, various Insurance
    Companies)
Medicare Case re: CMS ruling on durable medical equipment coverage (On behalf of plaintiff)


**LITIGATION EXPERIENCE**

Expert Witness, Report on Asbestos; Kelly Moore Paint Company vs. Union Carbide Corporation, for
    Orrick, Herrington & Sutcliffe LLP, testified in Angleton, Texas on October 18 and 19, 2004
Expert Witness, Report on Asbestos, Kanawha County, West Virginia, October 11, 2002
Expert Witness, Report on Coaches' Choice Sports Camp, Inc., et al. v. Cabrini College, et al. for
Montgomery, McCracken, Walker & Rhoads, 2002-2003: testified

Expert Witness, Report on Contaminated Blood from USA, Hepatitis C, 1998 for Attorney General,
    Government of Canada: report supplied

Expert Witness, Report on constitutionality of the Quebec ban on private insurance for publicly financed
services (The Chaoulli – Quebec case), 9/28/99 for Attorney General, Government of Canada, 1999

Expert Witness, Report on Tobacco Case, Kirkland & Ellis, Jones, Day, Reavis & Pogue, and Arnold and
    Porter, 1998 - 2000
Expert Witness, Report on Physician Supply and Cost Containment in New Brunswick for Attorney
    General, Province of New Brunswick, Canada, 2000.  Testified at trial
Expert Witness and Consultant for AARP, 1995-1997: report completed on social insurance requirements
for medical financing plan

Expert Witness, Report on Celotex Case - Asbestos, for Montgomery, McCracken, Walker & Rhoads,
    February 1996
Expert Witness for Attorney General, State of Connecticut, 1994-1995, Hospital reimbursement in
Medicaid

**DEPOSITIONS**

| | |
|---|---|
| 9/27/2002 | IN RE: ASBESTOS - TRIAL GROUP CIVIL ACTION NO. 01-C-9004 |
| 4/1/2003 | In RE: All Madison County Asbestos Litigation |
| 1/23/2004 | Kelly Moore Paint Co. vs. Dow Chemical Company, et al. |
| 11/8/2005 | In Re New York City Asbestos Litigation: Francis Demers |

June 20, 2008

| | |
|---|---|
| 3/29/2006 | Greg and Beverly Hartell vs. Advocate Mines Limited, et al. |
| 6/9/2006 | John McNamara and Tricia McNamara vs. Bondex International Inc, et al. |
| 7/3/2006 | David Bakkie vs. Atlas Turner, Inc. et al. |
| 7/19/2006 | Ruben Flores vs. Bondex International Inc., et al. |
| 8/22/2006 | Joyce Bailey vs. Bondex International Inc., et al. |
| 9/15/2006 | Richard George Fortini and Wanda Jane Fortini vs. 3M Company, et al. |
| 10/26/2006 | Suzanne Marie Delisle vs. 3M Company, et al. |
| 11/21/2006 | James Ticer vs. Amcord Inc., et al. |
| 11/28/2006 | Henry Hall and Laura Marie Hall vs. Bondex International Inc., et al. |
| 3/5/2007 | Andres Ginez vs. A.W.Chesterton, et al. |
| 3/15/2007 | David Blackington and Shirley Blackington vs. Bondex International Inc. |
| 3/26/2007 | Hill/Meyer vs. Advocate Mines Limited, et al. |
| 3/29/2007 | Charlie Henry Piazza vs. Advocate Mines Limited, et al. |
| 6/7/2007 | Neil Lesage and Gabriel LeSage vs. Auto Zone West, Inc. et al. |
| 9/10/2007 | Larry Benjamin and Dorothy Benjamin; Chester and Colleen Black; Robert Patrich; Ed Gvazdinskas vs. Union Carbide |
| 10/9/2007 | David Emery vs. A.W. Chesterton, et al. |
| 10/25/2007 | Goldenberg Heller…Trial Group vs. Union Carbide Corporation |
| 11/13/07 | State of Alabama vs. Abbott Laboratories, Inc., et al. |
| 1/24/08 | State of Texas vs. Abbott Laboratories, Inc., et al. |
| 1/28/08 | State of Missouri vs. Warrick Pharmaceuticals |
| 1/30/08 | Kelly Moore vs. Continental |

**CONSULTANCIES:**

Consultant, Astra Zeneca, 2003
Consultant, Merck, 1996
Consultant, Peat Marwick, 1994-1995
Consultant to the States of Kentucky, Vermont and Delaware on Health Care Reform, 1993
Consultant, Schering Plough, 1993
Witness and Consultant on Medicare, Congressional Committee on Ways and Means, 1993, 1992, 1991, 1986, 1984
Consultant to the State of Texas Health Policy Task Force, 1992
Consultant, Select Panel for the Promotion of Child Health, Department of Health and Human Services, 1980
Consultant to the Director, Health Staff Seminar, Washington, DC, 1974
Consultant to National Institute for Mental Health, 1974
Consultant to Urban Institute, Washington, DC, 1974, 1969-70
Consultant to Rand Corporation project on National Health Insurance, 1973
Chairman, Citizen's Advisory Health Group, Metropolitan Council, Minnesota, 1972-1973
Consultant to Ford Foundation for evaluation of grant proposals, 1972
Consultant to Illinois Center for Social Policy on Welfare, 1971
Consultant to the Executive Director, President's Commission on Income Maintenance, 1968-1970
Consultant, Office of Equal Opportunity, 1968

**BOOKS AND EDITED VOLUMES**

F-Cubed: Fads, Fallacies and Foolishness in Medical Care Management and Policy; World Scientific Publishing, 200 pp, ISBN 981-256-678-3, 2007.
The Politics of Medicare (London:  Routledge & Kegan Paul Ltd, 1970); (Chicago, IL:  Aldine-Atherton, 1973); 2nd Edition, Aldine de Gruyter, NY, NY, 2000, new publisher: Transaction 2002.
Poverty Policy:  A Compendium of Cash Transfer Proposals, editor. (Chicago, IL:  Aldine-Atherton, 1971).

June 20, 2008

National Health Insurance:  Conflicting Goals and Policy Choices, edited with  J. Feder and  J. Holohan, (Washington, DC:  The Urban Institute, 1980).

Health Care Policy:  A Political Economy Approach, with Jon B. Christianson, (Beverly Hills, CA:  Sage Publications, 1982).

Political Analysis and American Medical Care:  Essays, (New York, NY:  Cambridge University Press, 1983).

The Career of John C. Calhoun:  Politician, Social Critic, Political Philosopher (New York, NY:  Garland Publishing, 1988).

Social Security:  Beyond the Rhetoric of Crisis, edited with J.L. Mashaw, (Princeton, NJ:  Princeton University Press, 1988).  Best book of the year in the industrial relations field (1988), awarded by Princeton University Industrial Relations Unit.

America's Misunderstood Welfare State:  Persistent Myths, Enduring Realities, with Jerry L. Mashaw and Philip L. Harvey.  (New York, NY:  Basic Books, 1990).

Why Are Some People Healthy and Others Not?  The Determinants of Health of Populations, edited with Robert E. Evans and Morris L. Barer, (New York, NY & Berlin, Germany: Aldine de Gruyter, 1994).

Economic Security and Intergenerational Justice: A Look at North America, edited with Timothy M. Smeeding and Vernon L. Greene, (Washington, DC: Urban Institute Press, 1994).

Understanding Health Care Reform, (New Haven, CT:  Yale University Press, 1994).

Ageing, Social Security and Affordability, edited with Philip R. DeJong, Vol 3, International Studies on Social Security, (England, Ashgate Publishing Ltd., 1998).


## PUBLICATIONS AND REPRINTS

1.    "Cavalier and Puritan:  Calhoun and the Image of the Old South," Harvard Review, (Winter 1963).

2.    "The Political Economy of Slavery," History and Theory Vol. 6(2),  (June 1967), review essay.

3.    "Anti-Industrialism and the Old South:  The Agrarian Perspective of John C. Calhoun," Comparative Studies in Society and History Vol. 9(4),  (July 1967).Reprinted in S. Katz and S. Kutler (eds.), New Perspectives on the American Past, (Boston:  Little, Brown, 1969).

4.    "Why  Medicare Helped Raise Doctors' Fees," Transaction Vol. 5(9),  (September 1968) Reprinted in Reprint No. 29 (Madison: Institute for Research on Poverty,1968); in abbreviated form in Health and Welfare Reprint Service, Hospital Topics , (November 1968); by Library of Congress Miltilith for Congressmen; by Health Law Project of the University of Pennsylvania; in Walter D. Burnham (ed.), Politics? America, the Cutting Edge of Change (New York:D. Van Nostrand).

5.    "The Congress: Medicare Politics and Policy," in A. P. Sindler (ed.), American Political Institutions and Public Policy (Boston:  Little, Brown, 1969). Exerpted as "Origins of the Governmental Health Insurance Issues," in D. Kotelchuck (ed.), Prognosis Negative:  Crisis in the Health Care System, A Health/PAC Book (New York:  Vintage Books, 1976).

6.    "Post-War European Experience with Cash Transfers:  Pensions, Child Allowances, and Public Assistance," (with M. Rein),  President's Commission on Income Maintenance, Technical Studies, 3 (1970).

7.    "The Politics of Welfare Reform" New Generation, Vol. 52(1), (Winter 1970).  Published in somewhat different form as "Nixon's Welfare Reform:  A Guaranteed Minimum Income," with M. Rein,  New Society, 400 (May 28, 1970).

8.    "On Comparing Income Maintenance Alternatives," The American Political Science Review Vol LXV, No  1, (March 1971).  Republished in somewhat altered form in Poverty and Policy; Levy, Lewis and Martin (eds.), Social Welfare and the Individual:  Cases and Materials (Mineola, New York:  The Foundation Press); Cooper, et.al. (ed.), Cases on Law and Poverty, 2nd ed. (St. Paul: West Publishing, 1973); in John Tropman, et.al. (eds.), Strategic Perspectives on Social Policy (New York: Pergamon, 1976).

9.    "The Conditions for Future Social Policy:  Some Political Considerations," Bulletin No. 8 (Geneva: Switzerland - International Institute for Labor Studies, 1971).

61

June 20, 2008

10.  "The Politics of Paying Physicians:  The Determinants of Government Payment Methods in England, Sweden, and the United States," with D. Thomas, International Journal of Health Services, Vol. 1(1), (1971).  A different version appears as "Doctors, Politics and Pay Disputes: Pressure Group Politics Revisited." British Journal of Political Science (October 1972).

11.  "Helping America's Poor" (with Martin Rein).  New Society Vol.20(502), (May 11, 1972). Also published as "Flimflam Flop in Welfare," Society Vol. 9(8), (June 1972); reprinted in Fred Harris (ed.), National Policy and Social Science     (Transaction Books, 1973); Readings in Social Problems (Duskin Publishing Group, 1973).

12.  "Banfield's Heresy" Commentary Vol. 54(1) (July 1972).

13,  "Poverty  and Welfare Policy," (with Hugh Heclo).  Policy Studies Journal Vol. 1(1) and (2), (1972).  Another version in Stuart S. Nagel (ed.), Policy Studies in America and Elsewhere (Toronto:  DC Heath, 1975).

14.  "Reforming the 'Welfare Mess':  The Fate of the Family Assistance Plan, 1969-72," (with M. Rein.  In A.P. Sindler (ed.), Policy and Politics in America:  Six Case Studies (Boston:  Little, Brown, 1973).  Also published as Reprint No. 175 (Madison:  Institute for Research on Poverty, University of Wisconsin, 1975).

15.  "Public Medical Programs and Cash Assistance: The Problems of  Program Integration,"  Paper No. 7 Issues in the Coordination of Public Welfare Programs.  Studies for the Subcommittee on Fiscal Policy, Joint Economic Committee, 93rd Congress, 1st session (Washington, DC:  Government Printing Office, July 2, 1973).  Published in Irene Lurie (ed.), Integrating Income Maintenance Programs (New York:  Academic Press, 1975).

16.  "The Administration of Health Care Programs:  A Comparative Perspective,"  in Bruce L.R. Smith and Neil Hollander (eds.), The Administration of Medicare:  A Shared Responsibility, (Washington, DC:  National Academy of Public Administration Foundation, 1973).

17.  "The Comprehensive Health Insurance Plan," Challenge, Vol. 17(5),  (November/December 1974).

18.  "Can the U.S. Learn from Canada?" in Spyros Andreopoulos (ed.), National Health Insurance: Can We Learn from Canada? (New York:  Wiley, 1975).  Revised form, published as "National Health Insurance:  Some Lessons from the Canadian Experience," (with Wayne L. Hoffman and Thomas C. Heagy). Policy Sciences, Vol 6(4),  (December 1975); "National Health Insurance:  Canada's Path, America's Choice," (with Edward Tenner). Challenge Vol. 20(2),  (May/June 1977).  "Canada's Path, America's Choices:  Lessons from Canadian Experience with National Health Insurance," in Ronald L. Numbers, (ed).  Compulsory Health Insurance.  The Continuing American Debate,  (Westport, CT:Greenwood Press, 1982).

19.  "The Politics of Public Assistance Reform," Social Science Review, Vol. 50(1),  (March 1976).

20.  "Government Financed Systems of Health," (with Douglas Conrad and Richard W. Foster), Medical and Health Annual (Chicago: Encyclopedia Britannica, Inc., 1976).

21.  "Welfare Medicine:  How Success Can Be A Failure," The Yale Law Journal, Vol. 85(8),  (July 1976).

22.  "Politics, Public Policy and Medical Inflation," (with Donald Wittman and Thomas Heagy), in Michael Zubkoff (ed.), Health:  A Victim or Cause of Inflation? (New York: Prodist, 1976). Reprinted in I. Mauksch (ed.) National Health Insurance (Nursing Dimensions, 1979).  A different version was published as, "The Politics of Medical Inflation," Journal of Health Politics, Policy and Law, Vol. 1(1) (Spring 1976); "Health Care Regulatory Policy Requires Centralized Authority," (with James Morone). Hospitals, JAHA Vol. 50 (March 1, 1976).

23.  "The Politics of National Health Insurance," Executive, Vol. 3(1),  (Fall 1976).  Also published as "National Health Insurance - Wither the US?" Medicine on the Midway (University of Chicago), Vol. 31(2), (Fall 1976).

24.  "Health Planning: A Comment," (with A. Dunham).  International Journal of Health Services Vol 6(4), (1976).

25.  "United States Social Policy on Old Age:  Present Patterns and Predictions," (with Byron Gold and Elizabeth Kutza).  In B. L. Neugarten and R. J. Havighurst (eds.), Social Policy, Social Ethics, and the Aging Society  (Washington, DC: U.S. Government Printing Office, 1976).

26.  "Rethinking National Health Insurance," Public Interest 46 (Winter 1977).  Abstracted in the New York Times "Op Ed" page, January 15, 1977, "A National Health Insurance Proposal," somewhat longer versions appear as "The Political Economy of National Health Insurance:  Policy Analysis

62

June 20, 2008

and Political Evaluation," (with K. Bowler and R. T. Kudrle).  In K. E. Friedman and S. H. Rakoff (eds.), Toward a National Health Policy (Lexington, MA:, DC Heath and Company, 1977), and (with A. Bridges) in Journal of Health Politics, Policy and Law Vol. 2(1), (Spring 1977): a shorter version is, "The Politics of National Health Insurance:  Analysis and Prescription," Policy Analysis Vol. 3(1), (Winter 1977); as an opinion piece "Health Plan:  Kids First," National Catholic Reporter Vol. 13(36), 29 July 1977, p. 13; also published in Stuart S. Nagel (ed.), Policy Studies:  Review Annual, Vol. 1, chapter 23 (Beverly Hills, CA: Sage Publications, Inc. August, 1977).  Public policy group for public interest as the best health piece of the year.

27.     "Health Care Politics:  Ideological and Interest Group Barriers to Reform," by R. R. Alford. Transaction/Society 14/96, (January/February 1977).

28.     "Consumer Representation:  Beneath the Consensus, Many Difficulties," Trustee Vol. 30(4), (April 1977).

29.     "Choice, Representation and the Future of Montana," Western Wildlands Vol. 3(3),  (Winter 1977).

30.     "The Health Programs of the Kennedy-Johnson Years:  An Overview," (with James Morone), in David Warner (ed.), Toward New Human Rights:  The Social Policies of the Kennedy and Johnson Administration  (Austin:  LBJ School of Public Affairs, University of Texas, 1977).

31.     "Children and National Health Insurance," in Harvard Child Health Project (ed.) Developing a Better Health Care System for Children, Vol. 3 (Cambridge: Ballinger, 1977).

32.     "Comparative Politics and Health Policies:  Notes on Benefits, Costs and Limits," (with Amy Bridges and W.L. Hoffman), in Comparing Public Policies:  New Concepts and Methods, Vol. 4, Sage Yearbooks in Politics and Public Policy (Beverly Hills, CA:  Sage Publications, Inc. 1977).

33.     "Social Security Reform - A Commentary," (with R. Harris).  In G.S. Tolley and R. V. Burhauser (eds.), Income Support Policies for the Aged (Cambridge: Ballinger Publishing Co., 1977).

34.     "National Health Insurance in Crisis:  Politics, Predictions, Proposals," Hospital Progress, (March 1977).

35.     "Federal Policy and Health:  Recent Trends and Differing Perspectives," (with A. Dunham), in Theodore Lowi and Alan Stone (eds), Nationalizing Government (Beverly Hills, CA: Sage, 1978).

36.     "Increasing the Productivity of Health Personnel:  Labor Market Issues," (with W. D. White), in Productivity and Health: Papers on Incentives for Improving Health Productivity, U.S. Department of Health and Human Services, Public Health Service, DHHA Publication No. (HRA) 80-14025, August 1980.

37.     "American Health Planning and the Lessons of Comparative Policy Analysis,"  (with Amy Bridges), Journal of Health Politics, Policy and Law, Vol. 5 No 3  (Fall 1980).

38.     "Representing Consumer Interests:  Imbalanced Markets, Health Planning and the HSAs" (with J. Morone), Health and Society Vol. 58 (Winter 1980).  Reprinted in J. B. McKinlay (ed.) Health Services Research:  Planning and Change  (Cambridge, MA: The MIT Press, 1982): Sect and Kramer (eds.) Readings in Community Organization Practice (Prentice-Hall, 1981).  An earlier, different version appeared as "HSAs and the Representation of Consumer Interests: Conceptual Issues and Litigation Problems," (with James Morone), Health Law Project Library Bulletin, Vol IV, No. 4, April 1979.  A later, refined version appeared as "Representing Consumer Interests: The Case of American  Health Planning," (with J. Morone), Ethics 91 (April 1981).

39.     "Regulatory Choice in Health," in R. S. Gordon (ed.) Regulation of American Business and Industry Issues in Health Care Regulation (New York: McGraw-Hill, 1980).

40.     "The Development of the Welfare State in North America," (with R.T. Kudrle), in Flora and Heidenheimer (eds.), The Development of Welfare States in Europe and America (New Brunswick, NJ: Transaction, 1981).

41.     "Medical Care and Pro-Competitive Reform," (with R. Boyer and J. Greenberg). Vanderbilt Law Review 34 (May 1981).

42.     "The North American Welfare State:  Social Science and Evaluation," in R. A. Solo and C. W. Anderson (eds.)  Value Judgment and Income Distribution (New York: Praeger, 1981).  Published in a slightly revised form in  International Journal of Health Services.

43.     "New Occupations, Old Demands," (with W. White).  Journal of Policy Analysis and Management,Vol. 1(2) , (1982).

June 20, 2008

44.    "Political Science and Health," (with Andrew B. Dunham), in <u>Social Science Approaches To</u>
       <u>Health Services Research,</u> T. Choi and J. N. Greenberg (eds.), Health Administration Press, Ann
       Arbor, Michigan, 1982).
45.    "Promoting the Health of Children:  Assessing the Case for Regulatory Change," (with J.
       Greenberg), in <u>Child Health Policy in an Age of Fiscal Austerity: Critiques of the Select Panel</u>
       <u>Report.</u>  R. Haskins (ed.), Ablex Publishing Corp, Norwood, NJ, 1983).
46.    "The Politics of Health," (with A. Dunham), with D. Mechanic, (ed.), in <u>Handbook of Health,</u>
       <u>Health Care, and the Health Professions</u> (Free Press: New York, 1983).
47.    "Three Perspectives on Social Policy," with E. Zigler, S.L. Kagan and E. Klugman (eds.), <u>in</u>
       <u>Social Policy for Children and Their Families: A Primer.</u>  (Cambridge and New York: Cambridge
       University Press, 1983).
48.    "The Politics of National Health Insurance and the Next Half Step," in T. Litman and L. Robins
       (ed.) <u>Health Politics, Policy and the Public Interest</u> (John Wiley and Sons, Inc.).
49.    "Representing Consumer Interests:  Imbalanced Markets, Health Planning, and the HSAs," in T.
       Wolfe (ed.), <u>The Handbook of Health Care Services.</u>  (New York: McGraw-Hill).
50.    "The New Entrepreneurialism in Health Care:  A Political Scientist's View," <u>Bulletin of the New</u>
       <u>York Academy of Medicine,</u> Vol. 61(1),  (January/February 1985).
51.    "The Future of American Medicine:  A Social Forecast Through 1995," (with P. Starr), V.
       Rodwin, J. Kimberly, J. Kervasduoe (eds.), <u>The End of Illusion: The Future of Health Policy in</u>
       <u>Western Industrialized Nations,</u> (Berkeley:  University of California Press, 1985).
52.    "Lessons of Mondale's Defeat," <u>Political Quarterly,</u> Vol. 56(2),  April-June 1985.
53.    "The Politics of Health Policy Reform:  Problems, Origins, Alternatives, and a Possible
       Prescription," (with Andrew Dunham) in <u>Health Care:  How To Improve It and Pay for It</u>
       (Washington, DC:  Center for National Policy, 1985).
54.    "American Health Policy: Commentary," <u>Case Western Reserve Law Review,</u> Vol. 36(4),  1985-
86.
55.    "A New Look At Nonprofits:  Health Care Policy in a Competitive Age," (with M. Schlesinger,
       R. Smithey).<u>Yale Journal on Regulation,</u> Vol. 3, No 2 (Spring 1986).  Reprinted in W.G. Powell
       (ed.), <u>Between the Public and the Private:  The Nonprofit Sector,</u> Yale University Press 1987.
       Reprinted as "Nonprofit Organizations and Health Care," (with M. Schlesinger and R. Smithey),
       <u>Understanding Health Care Reform,</u> (Yale University Press, 1994).
56.    "Cost vs. Care:  America's Health Care Dilemma Wrongly Considered," (with R. Klein), <u>Health</u>
       <u>Matrix,</u> Vol IV, No. 1, Spring 1986.  Reprinted as "Kosten vs. Verso-gung:  Amerikas
       Gesundheitsversorgungs-dilemmawird falsch eingeschatzt," (with Rudolf Klein), in U. Koch and
       W.W. Wittman, <u>Evaluation--Bewertungsgrundlage von Sozial-und Gesundheitsprogrammen.</u>
       (Springer).  Reprinted as "Rationing: Painful Prescription, Inadequate Diagnosis," (with R. Klein),
       <u>Understanding Health Care Reform,</u> (Yale University Press, 1994).
57.    Review of <u>Strained Mercy:  The Economics of Canadian Health Care</u> (by R.G. Evans), <u>Journal of</u>
       <u>Health Politics, Policy and Law,</u> Vol. 11(1), Spring 1986, also in <u>Perspectives in Biology and</u>
       <u>Medicine,</u> Spring 1987.
58.    "American Medical Policy and the 'Crisis' of the Welfare State: A Comparative Perspective,"
       Tenth Anniversary Issue of the <u>Journal of Health Politics, Policy and Law,</u> Vol. 11(4),     1986.
       Also published in <u>Health Policy in Transition:  A Decade of Health Politics, Policy and Law,</u>
       Lawrence D. Brown, ed. (Durham:  Duke University Press 1987).  Reprinted as "Medical Care
       Crises and the Welfare State" (Yale University Press 1994).
59.    "Entrepreneurship in Public Management: Wilbur Cohen and Robert Ball," (assisted by Philip
       Fellman), <u>Leadership and Innovation:  A Biographical Perspective on Entrepreneurs in</u>
       <u>Government,</u> J. Doig and E. Hargrove, eds., John Hopkins University Press (1987).
60.    "The Development of Welfare States:  Interpretations," a review of <u>The Emergence of the Welfare</u>
       <u>States,</u> Douglas E. Ashford, <u>London Review of Books,</u> 1987.
61.    "Political and Economic Context of Mental Health Care in the United States," in I. Marks and R.
       Scott, <u>Mental Health Care Delivery:  Innovations, Impediments and Implementation</u> (Cambridge
       University Press: Cambridge, 1987).
62.    "The Delivery of Health Care in the United States and Some Comparisons with the USSR," in
       G.W. Lapidus and G.E. Swanson (eds.) <u>State and Welfare, USA/USSR:  Contemporary Policy and</u>
       <u>Practice</u> (Institute of International Studies, University of California:  Berkeley, CA, 1988).

June 20, 2008

63. "Reflections on Medicare," Journal of Medicine and Philosophy, Special Issue, N. Daniels, (ed.), Vol. 13(1), February 1988. Revised as "Coping with a Creeping Crisis: Medicare at Twenty," in T.R. Marmor and J. Mashaw (eds.), Social Security: Beyond the Rhetoric of Crisis (Princeton: Princeton University Press, 1988).

64. "Health and Efficiency: The NHS," New Society, February 5, 1988.

65. "Health Policy in Historical Perspective: A Review Essay," with R. W. Smithey, (review of Health Policies, Health Politics: The British and American Experience, 1911-1965 by D. M. Fox and A Political Economy of Medicine: Great Britain and the United States by J. R. Hollingsworth, Journal of Policy History, Vol. 1(1), December, 1988.

66. "ERISA and the American Retirement Income System," (with N.J. Altman), The American Journal of Tax Policy, Vol. 7(1), 1988.

67. "Political and Economic Context of Mental Health Care in the United States," ( with K.C. Gill), Journal of Health Politics, Policy and Law, Vol. 14(3) (Fall) 1989.

68. "Canada's Health Insurance and Ours: The Real Lessons, the Big Choices," (with J.L. Mashaw), The American Prospect, Vol. 1, Fall 1990.

69. "American Health Politics, 1970 to the Present: Some Comments," Quarterly Review of Economics and Business, Vol. 30(4), Winter 1990. Reprinted in Understanding Health Care Reform, (Yale University Press, 1994).

70. "Canada's Health Insurance and Ours: Real Lessons, Big Choices," (with J. L. Mashaw), The National Voter, Vol. 40(5), April/May 1991.

71. "The Attack on Social Security," (with J.L. Mashaw and P.L. Harvey), Domestic Affairs, Summer, 1991.

72. "Canada's Health Care System: A Model for the United States?," Current History, Vol. 90(560), December 1991.

73. "New York's Blue Cross and Blue Shield, 1934-1990: The Complicated Politics of Nonprofit Regulation, "Journal of Health Politics, Policy and Law, Vol. 16(4), Winter, 1991.

74. "Rhetoric and Reality in the Intellectual Jet Stream: The Export to Britain from America of Questionable Ideas," (with W. Plowden), Journal of Health Politics, Policy and Law, Vol. 16(4), Winter, 1991.

75. "Introduction to Rationing," (with J. Blustein), University of Pennsylvania Law Review, Vol. 140(5), May 1992.

76. "Cutting Waste by Making Rules: Promises, Pitfalls, and Realistic Prospects," (with Jan Blustein), University of Pennsylvania Law Review, Vol. 140(5), May 1992. Reprinted in Understanding Health Care Reform, (Yale University Press, 1994).

77. "The Canadian and German Models," The World & I, June 1992.

78. "Japan: A Sobering Lesson," Health Management Quarterly, Vol. 14(3), Third Quarter, 1992. Reprinted in Understanding Health Care Reform, (Yale University Press, 1994).

79. "Making Sense of the National Health Insurance Reform Debate," (with Michael S. Barr), Yale Law and Policy Review, Vol. 10(2), Fall 1992.

80. "American Medical Care Reform: Are We Doomed to Fail?," (with D. Boyum), Daedalus, Vol. 121(4), Fall 1992. Reprinted in Understanding Health Care Reform, (Yale University Press, 1994).

81. "[Solutions] Strong Medicine" (with C. Cano), Lear's, Vol. 5(12), February 1993. Revised and reprinted as "The National Health Insurance Reform Debate: Will the Country Get What It Wants?," (with Carlos Cano), Arthritis & Rheumatism, Vol. 36, 1993. Another version, "The Case for Straightforward Reform," (with C. Cano), Understanding Health Care Reform, (Yale University Press, 1994).

82. "Health Care Reform in the United States: Patterns of Fact and Fiction in the Use of Canadian Experience," The American Review of Canadian Studies, Vol. 23(1), Spring 1993. Reprinted in Understanding Health Care Reform, (Yale University Press,1994).

83. "The History of Health Care Reform," Roll Call, July 19, 1993. Revised edition published in P.S. Political Science & Politics, The Politics of Universal Health Insurance: Lessons from Past Administrations? Vol. 27(2), June 1994.

84. "Dead on Arrival: Why Washington's Power Elites Won't Consider Single Payer Health Reform," Washington Monthly, Vol. 25(9), September 1993. Reprinted as "The Missing Alternative: How

June 20, 2008

Washington Elites Pushed Single-Payer Reform Plans off the Agenda," (with T. Hamburger), Understanding Health Care Reform, (Yale University Press, 1994).

85. "Lessons from the Frozen North," Journal of Health Politics, Policy and Law, Vol. 18(3), Fall 1993.

86. "Commentary on Canadian Health Insurance: Lessons for the United States," International Journal of Health Services, 61.Vol. 23(1), 1993.

87. "Coalition or Collision? Medicare and Health Reform," The American Prospect, No. 12, Winter 1993. Reprinted in Understanding Health Care Reform, (Yale University Press, 1994).

88. "Rhetoric and Reality," (with J. L. Mashaw), Health Management Quarterly, Vol. 15(4), Fourth Quarter October-December 1993. Revised edition (with J.L. Mashaw), "Hype and Hyperbole in Health Care Reform," Understanding Health Care Reform, (Yale University Press, 1994).

89. "Understanding the Welfare State: Crisis, Critics and Countercritics", Critical Review, Vol. 7(4), Fall 1993.

90. "Implementation: Making Reform Work," Domestic Affairs, Winter 1993/1994. Reprinted in Understanding Health Care Reform, (Yale University Press, 1994).

91. "Cassandra's Law," (with J. L. Mashaw), The New Republic, Vol. 210(7), February 14, 1994. Review of Elizabeth McCaughey's "No Exit."

92. "The Bottom Line on Health Reform," (with J. Meacham), Washington Monthly, Vol, 27(6), June 1994.

93. "The National Agenda for Health Care Reform: What Does it Mean for Poor Americans?", Brooklyn Law Review, Vol. 60(1), Spring 1994.

94. "The Clinton Reform Plan's Administrative Structure: The Reach and the Grasp," (with Lawrence D. Brown), Journal of Health Politics, Policy and Law, Vol. 19(1), Spring 1994.

95. "A Citizen's Guide to the Healthcare Reform Debate," (with J. Oberlander), Yale Journal on Regulation,Vol. 11(2), Summer 1994, pp. 494-506.

96. "Understanding the Choices in Health Care Reform," (with The Health Care Study Group), Journal of Health Politics, Policy and Law, Vol. 19(3), Fall 1994.

97. "Conceptualizing, Estimating and Reforming Fraud, Waste and Abuse in Health Care Spending," (with J. L. Mashaw), Yale Journal on Regulation, Vol. 11 No 455, 1994.

98. "What the Death of Health Reform Teaches Us about the Media," (with Tom Hamburger and Jon Meacham), Washington Monthly, Vol. 26 No 11, November 1994.

99. "Medicare: Challenges and Future Directions in a Changing Health Care Environment," (with L.Z. Rubenstein, R. Stone, M. Moon, and L.K. Harootyan), The Gerontologist, Vol. 34(5), 1994.

100. "Strategy for Survival: Change and Stability in the Management of Health-Care Institutions" (with J.L. Mashaw), Health Management Quarterly, Vol. 16(4), Fourth Quarter 1994.

101. "The Politics of Medical Care Re-form in Mature Welfare States: Fact, Fiction and Faction," Four Country Conference on Health Care Reforms and Health Care Policies in the United States, Canada, Germany and the Netherlands, Amsterdam-Rotterdam, February 1995.

102. "Fact, Fiction, and Faction: Health Care Reform in Canada as It Appears South of the Border," editor, Francois Beland, Canadian Journal on Aging, Vol. 14(2), 1995.

103. "Political Analysis and the Welfare State: Can We Learn From History?," (with J. Oberlander), Journal of Health Politics, Policy and Law, Vol. 20(1), Spring 1995. Review essay.

104. "Gingrich's Time Bomb," (with J.L Mashaw and P. L. Harvey), American Prospect, No 21, Spring, 1995.

105. "The Relation Between Universal Health Insurance and Cost Control," (with Mark Goldberg and Joseph White), New England Journal of Medicine, Vol 332, No. 11, March 16, 1995.

106. "Health Care Reform in the United States: Clinton or Canada?," (with L.D. Brown), in Reforming Health Care: The Philosophy and Practice of International Health Reform, edited by David Seedhouse, Wiley Publisher, 1995.

107. "Health Care Reform in the United States: On the Road to Nowhere Again?," (with M.S. Barer & E.M. Morrison), Social Science and Medicine, Vol. 41(4), 1995. A somewhat expanded and revised version of this article was published as "The Politics of Universal Health Insurance: Lessons for and from the 1990s," (with Morris Barer), Health Politics and Policy, 3rd Edition, 1997, Eds., Theodor Litman & Leonard Robins, Delmar Publishers.

108. "Reform Redux," Journal of Health Politics, Policy and Law, Vol. 20(2), Summer 1995.

June 20, 2008

109.   "A Summer of Discontent: Press Coverage of Murder and Medical Care Reform," (with Mark Goldberg), Journal of Health Politics, Policy and Law, Vol. 20(4), Summer 1995.

110.   "The Medicare Solution: And Why Myths, Misinformation and Mudslinging--from Both Parties--Won't Get Us There," The Washington Monthly, Vol 27 No 9, September 1995.

111.   "Medical Care and American Democracy," in The Harper Collins Political Pamphleteer, 1995.

112.   "Can the American State Guarantee Access to Health Care?," (with Jerry L. Mashaw) in The State, Politics, and Health: Essays for Rudolf Klein, (eds., P. Day, D.M. Fox, R. Maxwell, and E. Scrivens), Blackwell Publisher, 1996.

113.   "Medical Care and Public Policy: The Benefits and Burdens of Asking Fundamental Questions," (with David Boyum), in Fundamental Questions About the Future of Health Care, the Conference Report of the Netherlands Scientific Council for Government Policy, Volume 95, (eds., L.J. Gunning-Schepers, G.J. Kronjee, and R.A. Spasoff), 1996. Another version of this appeared in Health Policy, Vol 49, 1999.

114.   "Commentary, on R. Merrill's FDA article," Virginia Law Review, Vol.82(8), November, 1996.

115.   "National Health Reform: Where Do We Go From Here?," (with J. Mashaw and J. Oberlander), in Health Policy, Federalism, and the American States, edited by R. F. Rich and W.D. White, (The Urban Institute Press:Washington, DC), pp. 277-86, 1996. "Federalist Option Offers Hope for Universal Coverage," Action for Universal Health Care, Universal Health Care Action Network (UHCAN), Vol 7, No 2, September/October 1998.

116.   "The Great Social Security Scare," (with J.L. Mashaw), The American Prospect, No 29, November/December, 1996.

117.   "Is There a Social Security Crisis?" Sam Beard debates Theodore Marmor and Jerry L. Mashaw, A reply to Sam Beard, American Prospect, No 30, January-February 1997.

118.   "The Real Issues Around Medicare: A Primer for 1997," (with S. Scher), Action for Universal Health Care, Vol.5(4), published by the Universal Health Care Action Network (UHCAN), January 1997.

119.   "Global Health Policy Reform: Misleading Mythology or Learning Opportunity," in Health Policy Reform, National Variations and Globalization, edited by Christa Altenstetter and James W. Bjorkman, pgs 348-364, International Political Science Association, Macmillan Press, 1997.

120.   "Social Security Politics and the Conflict Between Generations: Are We Asking the Right Questions?," (with F.L. Cook and S. Scher) in Social Security in the 21st Century, edited by E.R. Kingson and J. H. Schulz, (Oxford University Press:New York), pp. 195-207, 1997. Another version of this was published as "Social Security and the Politics of Generational Conflict," (with Fay Lomax Cook and Stephen Scher), eds. John B. Williamson, Diane M. Watts-Roy, and Eric R. Kingson, The Generational Equity Debate, Columbia University Press, 1999.

121.   "The Case for Social Insurance," (with Jerry L. Mashaw), The New Majority, edited by S. B. Greenberg and Theda Skocpol, (Yale University Press: New Haven), pp. 78-103, 1997.

122.   "Hope and Hyperbole: The Rhetoric & Reality of Managerial Reform in Health Care," Journal of Health Services Research & Policy, pgs 62-64, Vol 3 (1), January 1998. A revised version of this article was presented as the Stolte Lecture, Tilberg University, The Netherlands, June 11, 1998.

123.   "Rethinking Medicare Reform," (with Jon Oberlander), Health Affairs, Vol. 17, No. 1, pages 52-68, January/February 1998.

124.   "Medicare: Still Looking for Solutions," (an exchange with Commentators) (with Jon Oberlander), Health Affairs, Vol. 17 No. 2, pages 223-226, March/April 1998.

125.   "Forecasting American Health Care: How We Got Here and Where We Might Be Going," Journal of Health Politics, Policy and Law, Vol. 23 No 3, pgs 551-571, June, 1998. Another version in Mark A. Peterson (editor), Healthy Markets, Duke University Press, 1998.

126.   "The Procompetitive Movement in American Medical Politics," in Markets and Health Care: A Comparative Analysis, edited by Wendy Ranade, Addison Wesley Longman Publishers, pages 54-72, 1998.

127.   "Cautionary Lessons From the West: What (not) to Learn From Other Countries' Experiences in the Financing and Delivery of Health Care," (with Kieke G. H. Okma), in The State of Social Welfare, 1997, Ashgate Publishers, pages 327-350, 1998.

128.   "Societal Interventions Affecting Elderly Citizens: A Comparative Approach," (with Kieke G. H. Okma), Richard Schulz, George Maddox, and M. Powell Lawton, editors, in Annual Review of Gerontology and Geriatrics,Vol 18, 1998.

June 20, 2008

129.  "The Political Paradox of Rationing, The Case of the Oregon Health Plan," (with Lawrence R. Jacobs and Jonathan Oberlander, The Innovations in American Government Program, John F. Kennedy School of Government, Harvard University, Fall 1998. Another version of this was published as "The Oregon Health Plan and the Political Paradox of Rationing: "What Advocates and Critics Have Claimed and What Oregon Did," (with Lawrence Jacobs and Jon Oberlander) in Journal of Health Politics, Policy and Law, Vol.24, No. 1, February, 1999. Another version of this was published as "The Oregon Health Plan: Rhetoric, Rationing & Reality," British Journal of Health Care Management, Vol 7, No 9, September 2001.

130.  "The Rage for Re-form: Sense and Nonsense in Health Policy," Daniel Drache and Terrence Sullivan, editors, Health Reform: Public Success, Private Failure, London: Routledge, 1999.

131.  "The Comparative Politics of Contaminated Blood: From Hesitancy to Scandal," (with Patricia A. Dillon and Stephen Scher), eds. Ronald Bayer and Eric A. Feldman, Blood Feuds, Aids, Blood, and the Politics of Medical Disaster, Oxford University Press, 1999.

132.  "International Health Care Policy, Systemizing the Debate," Institution of Social & Policy Studies Journal, Yale University, Vol 2, No 1, 1999.

133.  "Taking Stock and Looking Forwards: What Have We Learned from the Four Country Conferences on Health Care Policies and Health Care Reforms?" (with Kieke Okma), Four (and more) Country Conference, Sydney, Australia, 1999.

134.  "How Not to Think About Managed Care," (with Jacob S. Hacker), University of Michigan Journal of Law Reform, Vol 32, No. 4, Summer 1999.

135.  "The Misleading Language of Managed Care," (with Jacob S. Hacker), in a special edition of the Journal of Health Politics, Policy and Law, Vol 24, No. 5, October 1999.

136.  "The Role of the State and the Future of Medical Research," (with Jean de Kervasdoue and Elizabeth H. Esty), The Economist Intelligence Unit, Healthcare International, 4th Quarter 1999.

137.  Commentary, "Policy Options, Justice is Good for Our Health," by Norman Daniels, Bruce Kennedy and Ichiro Kawachi, Vol 25, No 1, Boston Review, February/March 2000, 25th Anniversary Issue.

138.  "Individual Choice versus Shared Responsibility: Debate on Social Insurance Reform," (w/Stuart Butler) in Social Security and Medicare: Individual Risk vs. Collective Responsibility," editors Sheila Burke, Eric Kingson and Uwe Reinhardt), Brookings Institution Press, 2000.

139.  "Medicare's Future: Fact, Fiction, and Folly," (with Gary J. McKissick), The American Journal of Law and Medicine, Vol 26 No 2 and 3, Summer & Fall 2000.

140.  "Fact and Fiction: The Medicare "Crisis" Seen from the United States," Journal of Healthcare Papers, Vol 1 No 3, Summer 2000.

141.  "Learning About and Learning From Others' Experiences," (with John Pakutka), edited by Marian Osterweis and Denise E. Holmes, Global Dimensions of Domestic Health Issues, Association of Academic Health Centers, 2000.

142.  "Comparing Global Health Systems: Lessons and Caveats," edited by Walter W. Wieners, Global Health Care Markets: A Comprehensive Guide to Regions, Trends, and Opportunities Shaping the International Health Arena, Jossey-Bass a John Wiley & Sons Publishers, 2001.

143.  "How Not to Think about Medicare Reform," Journal of Health Politics, Policy and Law, Special Issue, Vol 26, No. 1, February, 2001.

144.  "The Path to Universal Health Care," (with Jon B. Oberlander), The Next Agenda: A Blueprint for the New Progressive Movement, editors Robert L. Boorsage and Roger Hickey, Westview Press, 2001.

145.  "Introduction to Health Care Policy," editor Stephen Rimar, The Yale Management Guide for Physicians, John Wiley & Sons, 2001.

146.  "Rationing Medical Care: Rhetoric and Reality in the Oregon Health Plan," (with Jonathan B. Oberlander and Lawrence Jacobs), Canadian Medical Association Journal, Vol. 164(2) 1583-7, 2001.

147.  "The Politics of Health Care Rationing: Lessons from Oregon," (with Jonathan Oberlander and Lawrence Jacobs), Robert Hackey and David Rochefort editors, in The New Politics of State Health Policy, University of Kansas Press, 2001.

148.  "The Future of Entitlements: How "Future Dread" Distorts the Debate Over Social Security Pensions and Medicare," (with Jerry L. Mashaw), The Oxford Companion to Politics of the World, Second Edition, edited by Joel Krieger, Oxford University Press, 2001.

June 20, 2008

149. "Medicare's Politics: The Presumptions of Medicare's Founders Versus the Rise of Pro-Competitive Ideas in Medical Care," Robert H. Levi Lecture Series, Johns Hopkins University Press, 2002.

150. "Comparative Politics and Health Policy: A Review Essay," American Political Science Review, Vol. 96, No. 1, March 2002.

151. "Labor Pain Management in the United States: Understanding Patterns and the Issues of Choice," with David M. Krol, MD, American Journal of Obstetrics and Gynecology, Vol 186, No. 5, Part 2, May 2002.

152. "The Case for Social Insurance," Policies for an Aging Society: Confronting the Economic and Political Challenges, editors Stuart Altman and David Shactman, Johns Hopkins University Press, June 2002.

153. "National Values, Institutions & Health Policies: What Do They Imply for Medicare Reform?" with Kieke Okma & Stephen Latham. Commission on the Future of Health Care in Canada, known as the Romanow Commission. Discussion paper no. 5, July 2002.

154. Part I, "Fact or Fiction? The Canadian Medicare "Crisis" As Viewed from the U.S." Part II, "The Press and the Problems: Or, why the story of Medicare in Crisis?" Part III, "National Values, Institutions, and Health Policies: What Do They Imply for [Canadian] Medicare Reform?" with Kieke G. H. Okma and Stephen R. Latham in Canadian-American Public Policy, No. 51, November 2002.

155. "Medicare's Politics: The Presumptions of Medicare's Founders, the Rise of Pro-Competitive Theories and the Implications for Long-Term Care Coverage," Long-term Care and Medicare Policy: Can We Improve the Continuity of Care?" Editors David Blumenthal, Marilyn Moon, Mark Warshawsky and Cristina Boccuti, Brooking Institution Press, January 2003.

156. "What Happened in the 1990s? Major Changes in Health Politics During the 1990s in the OECD World," with Jacob S. Hacker and Kieke Okma, Carnet de Sante de la France, June 2003.

157. "Making Sense of Health Services Politics Through Cross-National Comparison: Odin Anderson's Seminal Essay," with Richard Freeman, Journal of Health Services Research and Policy, Vol 8 No 3, July 2003.

158. "Medicare Reform: Fact, Fiction and Foolishness," with Jacob S. Hacker, in Public Policy and Aging Report (Washington, DC: National Academy on an Aging Society), Vol 13, Number 4, Fall 2003.

159. "Medicare and Political Analysis: Omissions, Understandings, and Misunderstandings," with Spencer Martin and Jon Oberlander, in Washington and Lee Law Review Journal, Vol 60, No. 4, Fall 2003.

160. "Fads in Medical Care Management and Policy," Fads and Fashions in Medical Care Policy and Politics, Rock Carling Lecture, London, book published by TSO for The Nuffield Trust, 2004.

161. "Paths to Universal Health Insurance: Progressive Lessons from the Past for the Future," with Jonathan Oberlander in the University of Illinois Law Review, Vol. 2004, No. 1.

162. "Tobacco Control in Comparative Perspective: Eight Nations in Search of an Explanation," with Evan S. Lieberman. Editors Eric Feldman and Ronald Bayer, Unfiltered: Tobacco Policy, Politics, and Public Health, Harvard University Press, 2004.

163. "Medicare," Post, Stephen G., Encyclopedia of Bioethics, 3rd ed. New York: Macmillan Reference USA, ed. 2004.

164. "Comments on the Retrospective Issue" (The Social Transformation of American Medicine)," Journal of Health Politics, Policy and Law, Vol. 29 No. 4-5, September 2004.

165. "Understanding the Dutch Welfare State Debates: Comparative Perspectives, Policy Learning, and Health Policy," Dutch welfare reform in an expanding Europe: the Neighbo(u)rs' View, (editors Erik de Gier, Abram de Swaan and Machteld Ooijens), Het Spinhuis, 2004.

166. "Medicare Reform and Social Insurance: The Clashes of 2003 and Their Potential Fallout," with Jacob S. Hacker, Yale Journal Health Policy, Law, & Ethics, Vol 5, no. 1, 2005.

167. "At Home Abroad: The Presidential Election of 2004, the Politics of American Social Policy, and What European Readers Might Make of these Subjects," (eds) Martin Powell, Linda Bauld and

June 20, 2008

Karen Clarke, in Analysis and Debate in Social Policy 2005, Social Policy Review 17, pp. 125-146, Bristol: Policy Press 2005.

168.   "Comparative Perspectives and Policy Learning in the World of Health Care," with Richard Freeman and Kieke Okma, Journal of Comparative Policy Analysis, JCPA 98 special issue, Vol 7 No. 4, pp. 331-348, December 2005 (which won an award for best article of the year).

169.   "The Politics Of American Medical Care Re-Form What Are America's Prospects In Comparative Perspective Now?" The Tocqueville Review/La Revue Tocqueville, Vol. XXVI, No. 2, 2005.

170.   "The Presidential Election Of 2004, The Politics Of American Social Policy, And What Readers Interested In Family Policy Might Make Of The Idea Of New Social Risks," Emory Law Journal, Vol. 54, No. 3, 1335, Summer 2005.

171.   "Understanding Social Insurance: Fairness, Affordability, and the 'Modernization' of Social Security and Medicare," with Jerry Mashaw, Health Affairs, Web Exclusive, March 21, 2006.

172.   "The Politics of Medical Care Reform in Mature Welfare States: What are America's Prospects Now?" in Health Care Reform—Ethics and Politics, edited by Timothy H. Engstrom and Wade L. Robison, University of Rochester Press, 2006.

173.   "Reflections on policy analysis: putting it together again," with Rudolf Klein, eds. Martin Rein, Michael Moran & Robert Goodin, Oxford Handbook of Public Policy, Vol 7., 2006.

174.   "Comparative Perspectives On National Values, Institutions And Health Policies" Sociology of Health and Illness, Claus Wendt and Christof Wolf, eds., (Kölner Zeitschrift für Soziologie und Sozialpsychologie), 2006.

175.   "Canada's Supreme Court and Its National Health Insurance Program: Evaluating the Landmark Chaoulli Decision from a Comparative Perspective," Osgoode Law Journal, Vol 44 No. 2, Summer issue 2006.

176.   "Universal Health Insurance 2007—Can We Learn from the Past?," Dissent, Summer 2007.

177.   "Understanding social Insurance: Fairness, Affordability, and the "Modernization" of Social Security and Medicare," with Jerry Mashaw, The Elder Law Journal, Volume 15, No. 1, 2007.

178.   "The Politics of U.S. Health System Reform," Wanting It All: The Challenge of Reforming the U.S. Health Care System, Federal Reserve Bank of Boston Conference Series 50, editor Jane Sneddon Little, 2007.

179.   "Wanting It All: The Challenge of U.S. Health System Reform," Kansas Law Review, Vol. 55, No. 5, June 2007.

180.   Health Politics and Policy, 4th Edition, forthcoming 2008, eds., James Morone, Theodor Litman & Leonard Robins, Thomson, Delmar Publishers.

181.   "America's Healthcare Crisis, The Facts and a Resolution," Gerald P. Balcar and Rudolph J. Mueller, MD, Foundation For Truth in the Affairs of Democracy; Olin Frederick, Dunkirk, NY; September 2007.

182.   "Social Security in Transition: from the Mid 1950S to the Late 1970s," with Nancy Altman, in Conservatives and American Political Development, Brian J. Glenn and Steven M. Teles, eds., University of Pennsylvania Press, forthcoming 2008.

183.   "Comparative Perspectives and Policy Learning in the World of Health Care," with Richard Freeman and Kieke Okma, Comparative Analysis and Health Care: Selected Topics and Nations, w/Richard Freeman, Kieke Okma, eds., Yale University Press, forthcoming 2008.

184.   "Primary Care and Health Reform: Concepts, Confusions, and Clarifications," with Joe White, Comparative Analysis and Health Care: Selected Topics and Nations, w/Richard Freeman, Kieke Okma, eds., Yale University Press, forthcoming 2008.

185.   "American Health Care Politics: 1970s through 2007," the Encyclopedia of United States Political History, CQ Press, forthcoming 2008.

186.   "Governance and Comparative Analysis: Understanding Health Care Reform Comparatively" in Governance of Welfare State Reform: A Cross National and Cross Sectoral Comparison of Policy and Politics, Irene Dingeldey and Heinz Rothgang, Editors, forthcoming 2008.

187.   "The Comparative Dimension of Policy Analysis: Rules of the Game?" in Exploring Social Insurance: Can a Dose of Europe Cure Canadian Health Care Finance? Colleen Flood, Mark Stabile, and Carolyn Tuohy, eds. McGill-Queen's Press, forthcoming 2008.

June 20, 2008

188.   "American Health Care Policy and Politics:  The Promise and Perils of Reform," One Issue, Two
       Voices, Issue Nine, forthcoming April 2008.


## JOURNALISTIC ARTICLES AND OP-ED PIECES:

1.    "A National Health Insurance Proposal," The New York Times, January 15, 1977
2.    "How to Help Medicare," (with E. Smolka), The New York Times, January  3, 1985.
3.    "The More [Doctors] There Are, the More We Pay," The New York Times, June 29, 1986.
4.    "Social Security Crisis-Mongering" (with F. L. Cook), Chicago Tribune, May 10, 1988.
5.    "Despite Reports, Social Security Surplus," (with J.L. Mashaw), Boston Globe, May 23, 1988.
6.    "[Medicare] Catastrophic Coverage," The New York Times, June 6, 1988.
7.    "Candidates Worth Celebrating, But No Thanks to Primaries," The Hartford Courant, July 17,
      1988
8.    "Why the Race is So Inane, Candidates Must Follow TV's Guide," Commentary, The Hartford
      Courant, September 18, 1988
9.    "Canadian Medicare Delivers Well," Toronto Financial Post, April 13, 1989.
10.   "U.S. Medical Care System:  Why Not the Worst?," The Wall Street Journal, June 20, 1991.
11.   "Political Handcuffs Hobble Debate," (with J.L. Mashaw and P.L. Harvey), Los Angeles Times,
      October 3, 1991.
12.   "If We Want Real Reform, Canada Has an Example," (with J.L. Mashaw and P. L. Harvey), Los
      Angeles Times, October 4, 1991.
13.   "Myths That Explode Like Firecrackers," (with J.L. Mashaw and P.L. Harvey), Los Angeles
      Times, October 8, 1991.
14.   "People Will Pay If All Benefit," (with J. L. Mashaw and P. L. Harvey), Los Angeles Times,
      October 9, 1991.
15.   "Parties Posture, the Jobless Suffer," (with D. Boyum), Los Angeles Times, November 14, 1991.
16.   "Checking the Nation's Pulse:  America's Health Insurance Fever,"  (with J.L. Mashaw), The
      Washington Post, November 17, 1991.
17.   "Bush Medical Plan Timid, Reluctant Step," Winnipeg Free Press, March 28, 1992.
18.   "Canada's Medical Care Systems is a Model.  That's a Fact,"  (with J. Godfrey), The New York
      Times, July 23, 1992.
19.   "Don't Settle for Crumbs on Health Care Reform," (with L.R. Jacobs), Los Angeles Times,
      November 16, 1992.
20.   "Hillary Clinton on Health:  Right Person, Right Place", Los Angeles Times, January 27, 1993.
21.   "...And What the Experts Expect,"  (with M.A. Goldberg), The Washington Post, February 14,
      1993.
22.   "Creating a Plan For Us-Us Medicine" (with J.L. Mashaw), Los Angeles Times,  March 26, 1993.
23.   "Health Care Reform and the Clinton Proposal:  A Citizen's Guide," (with J.L. Mashaw), Los
      Angeles Times, May 6, 1993.
24.   "Health Care Reform Costs:  Rumor is Scarier than Reality," (with J.L. Mashaw), Los Angeles
      Times, July 6, 1993.
25.   "A Little Gridlock Might Help," (with J. L. Mashaw), Los Angeles Times, August 15, 1993.
26.   "It's Rube Goldberg, Not Roosevelt," (with J.L. Mashaw), Los Angeles Times, September 22,
      1993.
27.   "It Will Balance Just Fine," (with J. L. Mashaw), Los Angeles Times, October 11, 1993.
28.   "Making Sense of the Health Care Debate," (with  J.L. Mashaw), Los Angeles Times, February
      15, 1994.
29.   "A Tortured Fiction is Swept from the Table," (with J. L. Mashaw), Los Angeles Times, February
      18, 1994.
30.   "50 Labs for Reform," (with J. L. Mashaw), The New York Times, June 12, 1994.
31.   "Give the States a Crack at Devising Reform," (with J. L. Mashaw), Los Angeles Times, July 7,
      1994.
32.   "Universal Means 95%? Sheer Doublespeak," (with M.A. Goldberg), Los Angeles Times, July 21,
      1994.

71

June 20, 2008

33. "The Odd Jargon of the 95% Promise," (with M.A. Goldberg and J. L. Mashaw), <u>Los Angeles Times</u>, August 4, 1994.
34. "Rx for Recovery -- Next Year," (with M.A. Goldberg), <u>Los Angeles Times</u>, October  9, 1994.
35. "Critics Use Scare Tactics on Social Security," (with J. L. Mashaw), <u>New Haven Register</u>, November 1, 1994.
36. "Madison Ave. Meets Marcus Welby," (with J.L. Mashaw),  <u>Los Angeles Times</u>, February 19, 1995.
37. "Medicare and How It Grew...and Grew...and Grew," (with Julie Beglin), <u>The Boston Globe</u>, May 7, 1995, also <u>Dallas Morning News</u>, June 25, 1995.
38. "Retire the Insolvency Myth," (with J.L. Mashaw), <u>Los Angeles Times</u>, July 30, 1995.
39. "Medicare at 30, the Debate Distorts Facts and Frightens the Elderly," <u>The Hartford Courant</u>, July 30, 1995.
40. "Tune-up is Needed, Not Major Overhaul," (with J.L. Mashaw), <u>St. Louis Post-Dispatch</u>, October 17, 1995.
41. "Mediscare Tactics," (with J.L. Mashaw), <u>Pittsburgh Post-Gazette</u>, October 22, 1995.
42. "Real Talk About Medicare," (with J.L. Mashaw), <u>The Washington Post</u>, December 5, 1995.
43. "Should Social Security Go Private?" (with J.L. Mashaw), <u>St. Louis Post-Dispatch</u>, December 18, 1996.
44. "Should Social Security Be Privatized?" (with J.L. Mashaw), <u>The Baltimore Sun</u>, January 5, 1997.
45. "No Security in 'Personal Security' Plan," (with J.L. Mashaw), <u>Los Angeles Times</u>, January 6, 1997.
46. "The Real Implications of Privatizing Pensions," (with J.L. Mashaw), <u>Omaha World-Herald</u>, January 7, 1997.
47. "The Risk of Privatizing Pensions," (with J. L. Mashaw), <u>The Hartford Courant</u>, January 12, 1997.
48. "The Great Social Security Scare," (with J. L. Mashaw), <u>The Miami Herald</u>, January 12, 1997.
49. "Thinking Straight about Medicare Reform," (with J. Oberlander), <u>AARP Webplace</u>, May 1997.
50. "Ends Don't Justify the Means Test," (with Jacob S. Hacker), <u>Los Angeles Times</u>, July 14, 1997.
51. "No Need to Raise Medicare Premiums," (with Jacob S. Hacker), <u>The Hartford Courant</u>, July 20, 1997
52. "The Doomsayers Are Wrong," (with Jacob S. Hacker),  <u>Los Angeles Times</u>, July 24, 1997.
53. "There is Merit in Adding Prescription Benefits to Medicare," (w/Mark A. Goldberg and Jonathan Oberlander), <u>Los Angeles Times</u>, March 10, 1999.
54. "Misunderstanding Medicare Shifts Risks to Elderly," (with Jacob S. Hacker), <u>Baltimore Sun</u>, April 8, 1999.
55. "Breaux Plan a Threat to Medicare," (with Jacob S. Hacker), <u>Omaha World-Herald</u>, June 7, 1999.
56. "Congressional Bill is Bad Medicine," (w/Mark A. Goldberg), <u>Baltimore Sun</u>, June 13, 1999.
57. "Conservatives Now Find Themselves Open to Managed Health Care," (w/Mark A. Goldberg), <u>Los Angeles Times</u>, June 14, 1999.
58. "Medicare Plan Looks Familiar," (with Mark A. Goldberg), <u>Sacramento Bee</u>, June 18, 1999.
59. "Clinton's Plan is Better:  Three Big Medicare Questions," (with Mark A. Goldberg), <u>Hartford Courant</u>, June 20, 1999.
60. "Medicare Debate Revs Up -- Prescription Drug Benefit Expected to Dominate Talks," (with Mark A. Goldberg and Jon Oberlander), <u>San Francisco Chronicle</u>, June 28, 1999.
61. "Medicare Reform Goes Beyond Prescription Drugs," (with Mark A. Goldberg), <u>Miami Herald</u>, June 30, 1999.
62. "The Great Medicare Debate: Round 1," (with Mark A. Goldberg), <u>Pittsburgh Post-Gazette</u>, July 7, 1999.
63. Interview by Michael Fitzsousa, "Medicine, Politics and the 2000 Campaign," <u>Yale Medicine</u>, Yale University School of Medicine, Fall 1999/Winter2000.
64. "An American Diagnosis: If it Ain't Broke, Don't Fix it," <u>The Globe and Mail</u>, May 15, 2000.
65. "The Politics of National Health Insurance," A Guest Commentary, <u>Allegro</u>, Associated Musicians of Greater New York, Vol C, No 5, May 2000.
66. "Canada's Burning! Media myths about universal health coverage," (with Kip Sullivan), <u>Washington Monthly</u>, Vol 32 Nos 7 & 8, July/August 2000.
67. "Medicare Drug Plans Need Revision," with Mark A. Goldberg, <u>Newsday</u>, September 18, 2000.

June 20, 2008

68.     "Politics of Medicare Author Dissects Campaign 2000 Issues," Aging Today, Vol XXI, No 5, September-October 2000.
69.     "Medicare: Whence and Whither (in the World of Washington)," editorial for Orthopedic Technology Review, 2000.
70.     "Beyond the Debate Over Drug Benefits Medicare: The Good News is that Both Candidates Recognize the Need for Prescription Drug Coverage for Seniors," (with Mark A. Goldberg), Baltimore Sun, October 15, 2000.
71.     "Commentary: How Can Seniors Get Affordable Drug Coverage?" (with Mark A. Goldberg), St. Louis Post Dispatch, October 19, 2000.
72.     "Both Rx Proposals Flawed; Use Gore's to Start Debate," (with Mark A. Goldberg), Albuquerque Journal, October 21, 2000.
73.     "Diagnosing the Doctors' Strike New Brunswick's symbolic stoppage is part of an international crisis," Vol. 157 No. 3, TIME Canada, January 22, 2001.
74.     "Does Inequality Make You Sick? The New Public Health Crusade," (with Sally Satel), The Weekly Standard, Vol. 6 No 41, July 16, 2001.
75.     "The Lessons of Striking Doctors," British Journal of Health Care Management, Vol 7, No 8, August 2001.
76.     "Healthy Justice – Satel and Marmor respond to Stephen Bezruchka and Paula Braveman on their article "Does Inequality Make You Sick? The New Public Health Crusade," (with Sally Satel), The Weekly Standard, Vol. 6 No 45, August 13, 2001.

77.     Rationing Health Care, "The Oregon Health Plan: Rhetoric, Rationing and Reality," Vol 7, No 9, British Journal of Health Care Management, September 2001.
78.     "Shifting the Balance of Power: An Outsider's Comments on the Reactions of British Journal of Health Care Management's Policy Experts," British Journal of Health Care Management, Vol 7, No 10, October 2001.
79.     "Would Reducing Economic Inequality Boost Overall U.S. Health?" Physician's Weekly, Vol. XVIII, No. 40, October 22, 2001.
80.     "Policy and Political Fads: The Rhetoric and Reality of Managerialism," British Journal of Health Care Management, Vol 8, No 1, January 2002.
81.     "A Medicare Drug Bill? Not in the Near Future," ABCNews.com, January 30, 2002.
82.     "Medicare: Suspect Messages," The Globe and Mail and La Presse, February 12, 2002.
83.     "Who's Shaping the Debate on Health Care Reform?" with Kip Sullivan, The Hartford Courant, February 12, 2003, also appeared titled "Universal Health Care: Why We Shouldn't Reject It As a Dream," with Kip Sullivan, Yale Daily News, Vol. CXXV, No 89, February 14, 2003, also appeared titled "Muddled Debate About a Medical Crisis," with Kip Sullivan, Business New Haven, February 17, 2003, also appeared titled "What's Causing Medical Inflation?" with Kip Sullivan, Pioneer Press, St. Paul, MN, February 20, 2003, also appeared titled "The Health Care Follies: We've Been Here Before," with Kip Sullivan, Milwaukee Journal Sentinel, February 24, 2003.
84.     "Prescription Drug Bill Makes Only Politicians Feel Better," with Jerry L. Mashaw, Los Angeles Times, June 17, 2003. Also appeared in Newsday titled "Congress Makes Such a Muddle of Medicare...," June 19, 2003 and the Philadelphia Inquirer. "Medicare made worse, Rube Goldberg would've loved the bill now in Congress," June 23, 2003, Philly.com. Also appeared in The Cincinnati Post (6/19), The Oakland Tribune (6/20), and Times Union (6/22).

85.     "An Unhealthy Step Backward, Pegging the cost of premiums to income would undermine the basic structure of the Medicare system," (w/Jacob S. Hacker), Los Angeles Times, October 19, 2003. Also appeared as "An Unhealthy Step Backward For Medicare," (with Jacob S. Hacker), Hartford Courant, October 22, 2003.

86.     "A Terrible Purchase," with Jacob S. Hacker, Tompaine.com, November 26, 2003.
87.     "Poison Pill — Why the New Reform Bill Will Make Medicare's Problems Bigger – and Even Harder to Fix," with Jacob S. Hacker, Boston Globe, December 7, 2003.
88.     "Quand Bush se deguise en social-democrate, par," Le Monde French — LeMonde.fr, January 8, 2004.

June 20, 2008

89.   Forum: News flash -- Medicare will not go 'bankrupt'" with Jonathan Oberlander, <u>Pittsburgh Post Gazette</u>, April 04, 2004.  Another version of this "MEDICARE: Bankruptcy? Not likely Forecasts of trouble are not inevitable," in the <u>St. Louis Post</u>, April 6, 2004.

90.   "The US Medicare Programme in Political Flux," <u>British Journal of Health Care Management</u>, Vol 10, No 5, May 2004.

91.   "Health Care: What Ought to be Done?" <u>Dissent</u>, Summer 2004.

92.   "Bush Administration Plays Politics with Obesity," <u>Newsday.com</u>, August 17, 2004.

93.   'The US Presidential Election of 2004: An Echo of 2000, Not A Transformative Election," <u>Le DeVoir</u>, November 8, 2004.

94.   "Lessons from the U.S. welfare state,  Think tanks say Canadians seeking adapt the welfare state to new challenges should look south.  Look out, says Yale public policy professor THEODORE MARMOR." <u>Globe and Mail</u>, November 19, 2004.

95.   "The Presidential Election of 2004, US Social Policy and Whether Canadians Should Care," <u>Policy Options Journal</u>, Vol 26, No 1, December 2004-January 2005.

96.   "The Bush proposals for Social Security are about dismantling the current system - and not saving it," with Jerry Mashaw, <u>Newsday</u>, January 10, 2005.

97.   "Screw Up, Get Filthy Rich," <u>Hartford Courant</u>, July 17, 2005.

98.   Canada's Supreme Court and its National Health Insurance Program: The Landmark Chaoulli Decision, titled "Supreme Ironies," Despite its flaws, the court's ruling could spur Canada to fix health care." <u>Time Canada</u>, June 20, 2005.

99.   "An American in Canada—another view of the Supreme Court decision on Health Care," <u>Policy Options</u>, Vol 26 No 7, September 2005.

100.  "Medicare Views" letter to the Editor in response to Dr. David Gratzer, <u>Globe and Mail</u>, December 7, 2005.

101.  "The right RX," Opinion section, The Bottom Line, Commentary on the current miseries of American Medicine and Why an Expansion of Medicare makes Both Organizational and Fiscal Sense, <u>Des Moines Sunday Register</u>, December 18, 2005.

102.  "Global Diagnosis: Who has the Healthiest Healthcare System in the World?  From South Africa to Holland to the US, One Thing is Clear – the Poor Are Usually the Losers," <u>Ethos</u>, (published by Serco, a services company), Issue 1, Spring 2007.

103.  "Healthcare Reform Debates: Linking Medicare and Universal Health Insurance," with Sidney J. Socolar, <u>Newsday</u>, July 24, 2007.

104.  "Pennsylvania Health-Care Reform a Solid, Cost-Aware Plan," with Jerry Mashaw, <u>The Philadelphia Inquirer</u>, March 31, 2008.

105.  "A Health Question for the Democratic Candidates," with Jerry Mashaw, <u>Dissentmagazine.org</u> online, April 14, 2008.

| DocID | Filename | BegDoc# | EndDoc# | MD5Hash |
|---|---|---|---|---|
| 1 | 2008-4-1 Doc 5188.pdf | EXP USABT-MAR 00001 | EXP USABT-MAR 00121 | 96DFDD665BFBB5A3FACB26A87B75B1CD |
| 2 | Amended Complaint.final as filed.pdf | EXP USABT-MAR 00019 | EXP USABT-MAR 00161 | 6C1D0C82F9B3F598492B3751A8CAC7E3 |
| 3 | 2007-5-18 Deparle.txt | EXP USABT-MAR 00074 | EXP USABT-MAR 00315 | 2041E76BBD1C5B7967F3CE5325483CC5 |
| 4 | Exhibit Abbott 198.pdf | EXP USABT-MAR 00122 | EXP USABT-MAR 00320 | 332B5E1A0747C8CEA960C80AA1D9391D |
| 5 | Exhibit Abbott 199.pdf | EXP USABT-MAR 00162 | EXP USABT-MAR 00352 | B8575AC6727CE15FD21B73A2F5DFC2E2 |
| 6 | Exhibit Abbott 200.pdf | EXP USABT-MAR 00316 | EXP USABT-MAR 00370 | BE75AAF34088618B85D661BE7B013937 |
| 7 | Exhibit Abbott 201.pdf | EXP USABT-MAR 00321 | EXP USABT-MAR 00373 | AD5449B09B6A626F13A659537C36650B |
| 8 | Exhibit Abbott 202.pdf | EXP USABT-MAR 00353 | EXP USABT-MAR 00375 | 32587E246985AB1C7B865661D85621F9 |
| 9 | Exhibit Abbott 203.pdf | EXP USABT-MAR 00371 | EXP USABT-MAR 00377 | 034E553F906C069E4598421AC8059BBD |
| 10 | Exhibit Abbott 204.pdf | EXP USABT-MAR 00374 | EXP USABT-MAR 00402 | FE13C15C1B0CF436D809F5C85A54F631 |
| 11 | Exhibit Abbott 205.pdf | EXP USABT-MAR 00376 | EXP USABT-MAR 00470 | 22E59A9E4A7A77346FEC776C69B0F812 |
| 12 | Exhibit Abbott 206.pdf | EXP USABT-MAR 00381 | EXP USABT-MAR 00771 | 10F3D917612BF72280C85774E6088C6 |
| 13 | Exhibit Abbott 207.pdf | EXP USABT-MAR 00403 | EXP USABT-MAR 00771 | 8B3F0366F968A27F7621473F64A88941 |
| 14 | Exhibit Abbott 208.pdf | EXP USABT-MAR 00407 | EXP USABT-MAR 00779 | 35A582D96767B4B45B648D653045DD6 |
| 15 | Exhibit Abbott 209.pdf | EXP USABT-MAR 00771 | EXP USABT-MAR 00779 | 393A370844F1F113FB563DA378A30000 |
| 16 | Exhibit Abbott 210.pdf | EXP USABT-MAR 00772 | EXP USABT-MAR 00786 | DF17A2B62EC42477B701A39AC60456A |
| 17 | Exhibit Abbott 211.pdf | EXP USABT-MAR 00780 | EXP USABT-MAR 00787 | 1462D5B6B6CA2A2754A8D6D640318B8 |
| 18 | Exhibit Abbott 212.pdf | EXP USABT-MAR 00780 | EXP USABT-MAR 00790 | 2854A41C48E71A12F40273608A507024 |
| 19 | Exhibit Abbott 213.pdf | EXP USABT-MAR 00787 | EXP USABT-MAR 00794 | A4135179SEF33A124E92E91372B6A37D |
| 20 | Exhibit Abbott 214.pdf | EXP USABT-MAR 00788 | EXP USABT-MAR 00838 | 1FF0E2C5F335328366A075072493269F |
| 21 | Exhibit Abbott 215.pdf | EXP USABT-MAR 00791 | EXP USABT-MAR 00841 | DC35DAE9135179089ED4720A423F1B0E |
| 22 | Exhibit Abbott 216.pdf | EXP USABT-MAR 00791 | EXP USABT-MAR 00862 | 5938BC318261299SEBC8EDEF08113876 |
| 23 | Exhibit Abbott 217.pdf | EXP USABT-MAR 00839 | EXP USABT-MAR 00864 | FA1A12D79782F2A2D6B7CC888193D4AD |
| 24 | Exhibit Abbott 218.pdf | EXP USABT-MAR 00842 | EXP USABT-MAR 01024 | ADBB30012FC477A90C1A483C967FF353 |
| 25 | Exhibit Abbott 219.pdf | EXP USABT-MAR 00863 | EXP USABT-MAR 01026 | 5D95EAD162DB4054102967925058BD24 |
| 26 | Exhibit Abbott 220.pdf | EXP USABT-MAR 00865 | EXP USABT-MAR 01030 | 2C1621E5CE3C606DE89298C62522S9CEC |
| 27 | Exhibit Abbott 221.pdf | EXP USABT-MAR 01025 | EXP USABT-MAR 01031 | 504C2A01962820SFCA3CE955AEE24DDA |
| 28 | DeParle, Nancy-Ann Min - Vol II.txt | EXP USABT-MAR 01027 | EXP USABT-MAR 01808 | 6B22A3S3B7043D49118AB1D3802B79B4 |
| 29 | Exhibit Abbott 411.pdf | EXP USABT-MAR 01031 | EXP USABT-MAR 01839 | 98225C0DCDF5DB2807E3D5BF0389530CB |
| 30 | Exhibit Dey 030.pdf | EXP USABT-MAR 01032 | EXP USABT-MAR 01834 | 36323840B5EF2DD72462C22A6A14BAB6F |
| 31 | Exhibit Roxane 009.pdf | EXP USABT-MAR 01809 | EXP USABT-MAR 01855 | DA10FF572427F9E7EF24DC123E9258D5 |
| 32 | Exhibit Roxane 010.pdf | EXP USABT-MAR 01840 | EXP USABT-MAR 01882 | 454049B22F43D0B1F857658B4417ED1 |
| 33 | Exhibit Roxane 011.pdf | EXP USABT-MAR 01855 | EXP USABT-MAR 01884 | 74B73E712BC8B844E79DBBE1AC41C |
| 34 | Exhibit Roxane 012.pdf | EXP USABT-MAR 01856 | EXP USABT-MAR 01886 | 0295DE958D6BB77DC683D54991680E55 |
| 35 | Haas Condensed.pdf | EXP USABT-MAR 01974 | EXP USABT-MAR 01974 | 2FD82A2839B1CB9AD8681A2591FE89AC |
| 36 | Plaintiff's Exhibit 1350.pdf | EXP USABT-MAR 01885 | EXP USABT-MAR 01979 | 7BA76F16E7C06993EA5813666B3A4D41 |
| 37 | Plaintiff's Exhibit 1351.pdf | EXP USABT-MAR 01887 | EXP USABT-MAR 01983 | CD9722D9B80F2F7D5228FF710F27A4E0 |
| 38 | Plaintiff's Exhibit 1352.pdf | EXP USABT-MAR 01975 | EXP USABT-MAR 01984 | 6AA9CC2FA7570FAFFBD84361B3F3DA27 |
| 39 | Plaintiff's Exhibit 1353.pdf | EXP USABT-MAR 01980 | EXP USABT-MAR 01985 | 285BBAFE83745961252884788CB6BB51 |
| 40 | Plaintiff's Exhibit 1354.pdf | EXP USABT-MAR 01847 | EXP USABT-MAR 01987 | EAF72499A0CC2FBFF34C68E474EF5DFAE |
| 41 | Plaintiff's Exhibit 1355.pdf | EXP USABT-MAR 01985 | EXP USABT-MAR 01998 | D771BA330E1B6CDA957809AD791F40BE |
| 42 | Plaintiff's Exhibit 1356.pdf | EXP USABT-MAR 01986 | EXP USABT-MAR 01999 | CF75F810ED22CCEEA51A60312E1A8B8DC |
| 43 | Plaintiff's Exhibit 1357.pdf | EXP USABT-MAR 01988 | EXP USABT-MAR 02000 | D2FF9B233B66C5D0516F3F2B604834E8 |
| 44 | Plaintiff's Exhibit 1358.pdf | EXP USABT-MAR 01999 | EXP USABT-MAR 02002 | 849E01BB60035F54E79AB606262307 |

| DocID | Filename | BegDoc# | EndDoc# | MD5Hash |
|---|---|---|---|---|
| 45 | Plaintiffs' Exhibit 1359.pdf | EXP USABT-MAR 02000 | EXP USABT-MAR 02000 | 38FB1C986D1AD19454BE88D86B5D77A3 |
| 46 | Plaintiffs' Exhibit 1360.pdf | EXP USABT-MAR 02001 | EXP USABT-MAR 02027 | 5BBD2E96543FB138BE152298BFE9196 |
| 47 | Plaintiffs' Exhibit 1361.pdf | EXP USABT-MAR 02003 | EXP USABT-MAR 02034 | C7EE74637876CFC05EBC09CF3A67B65D |
| 48 | Plaintiffs' Exhibit 1362.pdf | EXP USABT-MAR 02004 | EXP USABT-MAR 02039 | BFAD5ED5A6D7186955AF78465CA3802B |
| 49 | Plaintiffs' Exhibit 1363.pdf | EXP USABT-MAR 02028 | EXP USABT-MAR 02071 | 6AA78B97D1EB0D58C8B082FE5BF1A3A2 |
| 50 | Plaintiffs' Exhibit 1364.pdf | EXP USABT-MAR 02035 | EXP USABT-MAR 02072 | 133886624004DA17C40B2CC76582A412 |
| 51 | Plaintiffs' Exhibit 1365.pdf | EXP USABT-MAR 02040 | EXP USABT-MAR 02078 | F52B44680CDEAE395F400BCDDC2C1C69D |
| 52 | Plaintiffs' Exhibit 1366.pdf | EXP USABT-MAR 02072 | EXP USABT-MAR 02078 | 2D4657E4AE4534D2B3187F3F8AA5B2930 |
| 53 | Plaintiffs' Exhibit 1367.pdf | EXP USABT-MAR 02073 | EXP USABT-MAR 02080 | 3E9D214F178F7192C6B50615340C78B3 |
| 54 | Plaintiffs' Exhibit 1368.pdf | EXP USABT-MAR 02074 | EXP USABT-MAR 02082 | D13675B56DF1CDEE6F627F9E66CF822B3 |
| 55 | Plaintiffs' Exhibit 1369.pdf | EXP USABT-MAR 02079 | EXP USABT-MAR 02083 | 8DE72210EBCCB346D53D6D7F47D6C63C |
| 56 | Plaintiffs' Exhibit 1370.pdf | EXP USABT-MAR 02083 | EXP USABT-MAR 02085 | E5101FC584DD216634995FD61D11694 |
| 57 | Plaintiffs' Exhibit 1371.pdf | EXP USABT-MAR 02083 | EXP USABT-MAR 02085 | 36FACF38ABB826C3187A20BC024C85BF |
| 58 | Plaintiffs' Exhibit 1372.pdf | EXP USABT-MAR 02084 | EXP USABT-MAR 02086 | 653A10CC92E3CCF5501ED9673247FFD4 |
| 59 | Plaintiffs' Exhibit 1373.pdf | EXP USABT-MAR 02085 | EXP USABT-MAR 02720 | 95CD536F810AACFA61C67B6FB46425A5E |
| 60 | Reed, Larry - Vol II.txt | EXP USABT-MAR 02086 | EXP USABT-MAR 02638 | 96FF50967B50EDB3036ED27A26B32D5D |
| 61 | Exhibit Abbott 324.pdf | EXP USABT-MAR 02087 | EXP USABT-MAR 02658 | E353BC9F6C2E7C67892DF988D785A3BA |
| 62 | Exhibit Abbott 325.pdf | EXP USABT-MAR 02088 | EXP USABT-MAR 02659 | 15C40034E972FF6B4B27F394A468E428 |
| 63 | Exhibit Abbott 326.pdf | EXP USABT-MAR 02639 | EXP USABT-MAR 02680 | 2AF9569FD6719E7EA70F7293265F7F12 |
| 64 | Exhibit Abbott 327.pdf | EXP USABT-MAR 02640 | EXP USABT-MAR 02698 | 0D1E994CE0623FF08791EEAF5F484D17 |
| 65 | Exhibit Abbott 328.pdf | EXP USABT-MAR 02659 | EXP USABT-MAR 02701 | 6F7CADC9E1787E3AEF77D88E99001C8C |
| 66 | Exhibit Abbott 329.pdf | EXP USABT-MAR 02681 | EXP USABT-MAR 02720 | 30C55C31721A15897CC6BC4E7AE8E2E3 |
| 67 | 419rieger.txt | EXP USABT-MAR 02699 | EXP USABT-MAR 02638 | 08EB6A87F4F3F2E1E448E85B23796D44 |
| 68 | Exhibit Rieger 1166a.pdf | EXP USABT-MAR 02702 | EXP USABT-MAR 02902 | 4E0DAC168BB672D5177BBC7B056C9956 |
| 69 | Exhibit Rieger 1910.pdf | EXP USABT-MAR 02721 | EXP USABT-MAR 02910 | E947C5EDA0FB645D6C1E4E3E94CDA0A6 |
| 70 | Exhibit Rieger 1194.pdf | EXP USABT-MAR 02902 | EXP USABT-MAR 02915 | 227CD07C5590A4BC6D113033028975 1F |
| 71 | Exhibit Rieger 1195.pdf | EXP USABT-MAR 02903 | EXP USABT-MAR 02921 | E84B87DAB78ABF96AA9C8F0755980F19 |
| 72 | Exhibit Rieger 1196.pdf | EXP USABT-MAR 02911 | EXP USABT-MAR 02934 | E605F5E6535DD7E18A38AD264320DDB |
| 73 | Exhibit Rieger 1197.pdf | EXP USABT-MAR 02916 | EXP USABT-MAR 02943 | C6B30A0E0571321 92C69F45D5316D736 |
| 74 | Exhibit Rieger 1198.pdf | EXP USABT-MAR 02922 | EXP USABT-MAR 02946 | 1E6E52D6C5B124F44D990E8C95D62003 |
| 75 | Exhibit Rieger 1199.pdf | EXP USABT-MAR 02935 | EXP USABT-MAR 02956 | B8FB84F2D5E23AA1C0D80511E03E75AA7 |
| 76 | Exhibit Rieger 1300.pdf | EXP USABT-MAR 02944 | EXP USABT-MAR 02957 | 5F6E44A91526587AA6013AEBD9E01D8 |
| 77 | Exhibit Rieger 1301.pdf | EXP USABT-MAR 02957 | EXP USABT-MAR 02960 | 4E865DBC495E0FC24CE454EE6391AB48 |
| 78 | Robertson 9-13-07.txt | EXP USABT-MAR 02957 | EXP USABT-MAR 03118 | 08789F2C409EB58FE98FA3CDE499F96D |
| 79 | Exh 1.pdf | EXP USABT-MAR 02958 | EXP USABT-MAR 03170 | 90CDA306CAFA65BB5E81F19115SB6791 |
| 80 | Exh 10 .pdf | EXP USABT-MAR 02961 | EXP USABT-MAR 03193 | 8281C2684E894F8F19D33CBBBAC4FFBC2 |
| 81 | Exh 2.pdf | EXP USABT-MAR 03119 | EXP USABT-MAR 03193 | 97825F20F854851744927709D5054560F |
| 82 | Exh 3.pdf | EXP USABT-MAR 03120 | EXP USABT-MAR 03198 | 1E248BAE89A24B6D0E60F0FD447A84A8 |
| 83 | Exh 4.pdf | EXP USABT-MAR 03171 | EXP USABT-MAR 03230 | 427315AEAC310ADD9C0136E9D9D78924 |
| 84 | Exh 5.pdf | EXP USABT-MAR 03194 | EXP USABT-MAR 03231 | 19E06EEDA396463A26B0DA5C0C787213 |
| 85 | Exh 6.pdf | EXP USABT-MAR 03199 | EXP USABT-MAR 03232 | 1E9C2F78EFEE3BBD73D0FBB3339BE0BF |
| 86 | Exh 7.pdf | EXP USABT-MAR 03231 | EXP USABT-MAR 03236 | 395FCDDD6DA0A960E8C34480D7D716AE |
| 87 | Exh 8.pdf | EXP USABT-MAR 03232 | EXP USABT-MAR 03237 | BD9224B9D0E732B3468C5BA85D697D3 |
| 88 | Exh 9.pdf | EXP USABT-MAR 03233 | EXP USABT-MAR 03281 | 8A90BAED2FAA81F1FEFA31300C8C1FF8 |



| DocID | Filename | BegDoc# | EndDoc# | MD5Hash |
|---|---|---|---|---|
| 89 | Robertson 10-9-07.txt | EXP USABT-MAR 03237 | EXP USABT-MAR 03458 | A47F754B73C8D5BA5D5FE63F434902D7 |
| 90 | Exh 11 .pdf | EXP USABT-MAR 03238 | EXP USABT-MAR 03459 | 1BA601493AEE60F717C47107A3BA6461 |
| 91 | Exh 12 .pdf | EXP USABT-MAR 03282 | EXP USABT-MAR 03460 | E21923A3AA785463FF449AC42A2600C |
| 92 | Exh 13 .pdf | EXP USABT-MAR 03459 | EXP USABT-MAR 03462 | 003779A5943F1FFA97EDC93E9B8DD351 |
| 93 | Exh 14 .pdf | EXP USABT-MAR 03460 | EXP USABT-MAR 03462 | 98443E54CC5E1710D02B254482T3618A |
| 94 | Exh 15 .pdf | EXP USABT-MAR 03461 | EXP USABT-MAR 03480 | CB35DEA8F01986B9DB96CDF65B26A927 |
| 95 | Exh 16 .pdf | EXP USABT-MAR 03463 | EXP USABT-MAR 03510 | DBB8265A8837BF2893378F4D65363D35 |
| 96 | Exh 17 .pdf | EXP USABT-MAR 03465 | EXP USABT-MAR 03548 | AD1BF8166EA884F362EB83257E2795DD |
| 97 | Exh 18 .pdf | EXP USABT-MAR 03481 | EXP USABT-MAR 03593 | 6409DD4D90F7E71B46065FA49BC02CC1 |
| 98 | Exh 19 .pdf | EXP USABT-MAR 03511 | EXP USABT-MAR 03613 | 464E57365B52F602629CAD3DECBAFFA41 |
| 99 | Exh 20 .pdf | EXP USABT-MAR 03549 | EXP USABT-MAR 03634 | FF229TB518CCFECFDC2B3B2DCA587F56 |
| 100 | Exh 21 .pdf | EXP USABT-MAR 03594 | EXP USABT-MAR 03639 | 016AD3911902D1E1FD9EF9A4FA917B67 |
| 101 | Exh 22 .pdf | EXP USABT-MAR 03614 | EXP USABT-MAR 03641 | 0E633B81A7A8FF83E2144F5A0CBC66B8 |
| 102 | Exh 23 .pdf | EXP USABT-MAR 03635 | EXP USABT-MAR 03645 | DAC58803018686F099A4A7C2076B418 |
| 103 | Exh 24 .pdf | EXP USABT-MAR 03640 | EXP USABT-MAR 03647 | 1C491A24E3588B5C4375026202A3FBB86 |
| 104 | Exh 25 .pdf | EXP USABT-MAR 03642 | EXP USABT-MAR 03648 | 3A16239007A4C51E62955F66052215BB5 |
| 105 | Exh 26 .pdf | EXP USABT-MAR 03646 | EXP USABT-MAR 03649 | B5BAAEE620C319F1E207594AC17297B4 |
| 106 | Exh 27 .pdf | EXP USABT-MAR 03648 | EXP USABT-MAR 03660 | 6656927D999DACEB71FDFFFEA2E49FA0 |
| 107 | Exh 28 .pdf | EXP USABT-MAR 03649 | EXP USABT-MAR 03661 | 536E839358DA709F78FF0A7C75EED583 |
| 108 | Exh 29 .pdf | EXP USABT-MAR 03650 | EXP USABT-MAR 03674 | 85EA5DF5A482C6605E94FFCFF001538 |
| 109 | Exh 30 .pdf | EXP USABT-MAR 03661 | EXP USABT-MAR 03675 | D8CC8092FC893B9D3AF201EB7C99B36E |
| 110 | Exh 31 .pdf | EXP USABT-MAR 03662 | EXP USABT-MAR 03676 | 2E54200015E2D656656642E10E9A1F1 |
| 111 | Exh 32 .pdf | EXP USABT-MAR 03663 | EXP USABT-MAR 03677 | C47C9E680E0F74758246OC5342A129CB |
| 112 | Exh 33 .pdf | EXP USABT-MAR 03676 | EXP USABT-MAR 03678 | 9E1FA4E6434AE64B063F917427F93F2E |
| 113 | Exh 34 .pdf | EXP USABT-MAR 03677 | EXP USABT-MAR 03723 | E2352B8234 1D61C43EC47DC9B1C0590 |
| 114 | Exh 35 .pdf | EXP USABT-MAR 03678 | EXP USABT-MAR 03724 | 69B2B28E89D750EBA7B6C7E44EA25E8E |
| 115 | Exh 36 .pdf | EXP USABT-MAR 03679 | EXP USABT-MAR 03725 | F97294D5C24A33F61AC031D523A7F73 |
| 116 | Exh 37 .pdf | EXP USABT-MAR 03680 | EXP USABT-MAR 03750 | 77F2CF5BBA09AA9B04A0F09D0875 4C88 |
| 117 | Exh 38 .pdf | EXP USABT-MAR 03724 | EXP USABT-MAR 03753 | 2020D3D64C81766DF7A678171 44B7092 |
| 118 | Exh 39 .pdf | EXP USABT-MAR 03725 | EXP USABT-MAR 03728 | EE06767933731B3FFB9836D59A6B668 |
| 119 | Exh 40 .pdf | EXP USABT-MAR 03726 | EXP USABT-MAR 03732 | 66951CB75D96A14E732DD83E0BC6734C |
| 120 | Exh 41 .pdf | EXP USABT-MAR 03727 | EXP USABT-MAR 03733 | 3C16882185340TFFF4368ABA4F5E28F9 |
| 121 | Exh 42 .pdf | EXP USABT-MAR 03727 | EXP USABT-MAR 03735 | CBAE15CF90B8532483588F3064217 2234 |
| 122 | Exh 43 .pdf | EXP USABT-MAR 03733 | EXP USABT-MAR 03737 | 18CE37ACCDD6508B82B04CB7C6C30807 |
| 123 | Exh 44 .pdf | EXP USABT-MAR 03738 | EXP USABT-MAR 03738 | 0D4159F08DE8FCE8AEFC4352541 8E084 |
| 124 | Exh 45 .pdf | EXP USABT-MAR 03736 | EXP USABT-MAR 03750 | 77F2CF5BBA09AA9B04A0F09D08754C88 |
| 125 | Exh 46 .pdf | EXP USABT-MAR 03738 | EXP USABT-MAR 03753 | 2020D3D64C81766DF7A678171 44B7092 |
| 126 | Exh 47 .pdf | EXP USABT-MAR 03739 | EXP USABT-MAR 03755 | 2A25E618E31FB63910B48916F460D7B6 |
| 127 | Exh 48 .pdf | EXP USABT-MAR 03751 | EXP USABT-MAR 03757 | FBD342D4F1100F9B704A13C14AC03C3F |
| 128 | Exh 49 .pdf | EXP USABT-MAR 03754 | EXP USABT-MAR 03758 | 7BB4B752F8C56cCE22D8B9717I C51C3AE |
| 129 | Exh 50 .pdf | EXP USABT-MAR 03756 | EXP USABT-MAR 03794 | 9B6AACF014239BE44A17F31C93C514E2 |
| 130 | Exh 51 .pdf | EXP USABT-MAR 03758 | EXP USABT-MAR 03805 | 52AE10F36C0F25540D62A6FA8DEC3F6F |
| 131 | Exh 52 .pdf | EXP USABT-MAR 03758 | EXP USABT-MAR 03824 | 24109487CCCB979FE9BB7E986DB48D2A |
| 132 | Exh 53 .pdf | EXP USABT-MAR 03795 | EXP USABT-MAR 03826 | 29251146D58B76DFD992612923C5CEADC3D |

| DocID | Filename | BegDoc# | EndDoc# | MD5Hash |
|---|---|---|---|---|
| 133 | Exh 54 .pdf | EXP USABT-MAR 03806 | EXP USABT-MAR 03828 | 45727E485F68AA7D203CDE185400F114 |
| 134 | Rodman, Bruce E. - Vol. I 8-29-07.txt | EXP USABT-MAR 03825 | EXP USABT-MAR 03971 | 945106362122A77664C3E520E5E5D140 |
| 135 | [1314].pdf | EXP USABT-MAR 03827 | EXP USABT-MAR 03827 | C05186082460C36E3F3417C9326D33EF |
| 136 | [1315].pdf | EXP USABT-MAR 03829 | EXP USABT-MAR 03973 | E0898873E0339C4742E910C3C9590D3 |
| 137 | [1316].pdf | EXP USABT-MAR 03972 | EXP USABT-MAR 03974 | D4BF175A29007AA152E8D10AF841E655 |
| 138 | Tootell Michael.pdf | EXP USABT-MAR 03973 | EXP USABT-MAR 04289 | A27E7C4D0C91038E10A6901571E20E3 |
| 139 | Tootell Michael.txt | EXP USABT-MAR 03974 | EXP USABT-MAR 04906 | 2699DCE3144607A56159C8128C70E658E |
| 140 | Exhibit Tootell 001.pdf | EXP USABT-MAR 03975 | EXP USABT-MAR 05133 | 429226562C42CBEA674E56EFB8759B5F0 |
| 141 | Exhibit Tootell 002.pdf | EXP USABT-MAR 04290 | EXP USABT-MAR 05134 | 2098782156929B82FF8967D07F0A0C92D |
| 142 | Exhibit Tootell 003.pdf | EXP USABT-MAR 04907 | EXP USABT-MAR 05136 | BC5F01F20FBAA0FEB6EB04322AEFF13D |
| 143 | Exhibit Tootell 004.pdf | EXP USABT-MAR 05134 | EXP USABT-MAR 05168 | AA7CCA6F17F38CAC44034CFD16B44D87 |
| 144 | Exhibit Tootell 005.pdf | EXP USABT-MAR 05135 | EXP USABT-MAR 05189 | D8CB81A08075B18653E1A963389295780 |
| 145 | Exhibit Tootell 006.pdf | EXP USABT-MAR 05169 | EXP USABT-MAR 05211 | 9A65D347241EFDD3396DFC2190EB8981 |
| 146 | Exhibit Tootell 007.pdf | EXP USABT-MAR 05169 | EXP USABT-MAR 05213 | BEEBF99228ECDBCFC99EAD91EB86CFF7 |
| 147 | Exhibit Tootell 008.pdf | EXP USABT-MAR 05247 | EXP USABT-MAR 05247 | 321BA14AD159ED50B8374ED6FF1428F4 |
| 148 | Exhibit Tootell 009.pdf | EXP USABT-MAR 05212 | EXP USABT-MAR 05251 | D708D4D1B85C1FB6800B63CA9FC31523 |
| 149 | Exhibit Tootell 010.pdf | EXP USABT-MAR 05214 | EXP USABT-MAR 05254 | 5BD1A7A583F41F9BF7CC1B6132273F3F |
| 150 | Exhibit Tootell 011.pdf | EXP USABT-MAR 05244 | EXP USABT-MAR 05258 | F2A9CEAD597C68DADFBEB6B8E863F34E3 |
| 151 | Exhibit Tootell 012.pdf | EXP USABT-MAR 05252 | EXP USABT-MAR 05263 | 59D7F428460916323EAAC9F54BF63034 |
| 152 | 2007-5-15 Scully.txt | EXP USABT-MAR 05255 | EXP USABT-MAR 05265 | 0DD44A07E6512D97199883F066D00EFB |
| 153 | 2007-5-18 Deparle.txt | EXP USABT-MAR 05259 | EXP USABT-MAR 05627 | 2041E76BBD1C5B7967F3CE5325483CC5 |
| 154 | 2007-5-9 Mark Jones Depo Transcript.txt | EXP USABT-MAR 05266 | EXP USABT-MAR 05817 | 34213E69FFA6A6AD8A477E6A0D77079B |
| 155 | 3173ragone 4-18-07.txt | EXP USABT-MAR 05474 | EXP USABT-MAR 06101 | E55461A3AE5ED0CF3CED4E609BDA292B1 |
| 156 | Abbott Am Resp to US 1st Interr.PDF | EXP USABT-MAR 05628 | EXP USABT-MAR 06183 | 7B7317A1FEB44C15B8C74B238E88B892 |
| 157 | Abbott Response to US 4th RFP.pdf | EXP USABT-MAR 05818 | EXP USABT-MAR 06307 | 31BDE3A61363A98030B4A0E13A876B9C |
| 158 | Abbott Responses to Second Set of Interrogatories.PDF | EXP USABT-MAR 06021 | EXP USABT-MAR 06053 | B27C54886960558323462B69F30ACFBA |
| 159 | Abbott Responses to U.S. 2nd RFA.pdf | EXP USABT-MAR 06028 | EXP USABT-MAR 06085 | C33280ED00B87FE08BED0303EFFA787DE |
| 160 | Abbott Responses to U.S. First Set of RFPs.pdf | EXP USABT-MAR 06051 | EXP USABT-MAR 06101 | 4FFC6B389EA0DB86C2A7ED2588D58548 |
| 161 | Abbotlt-RFPs.pdf | EXP USABT-MAR 06054 | EXP USABT-MAR 06183 | 7B7317A1FEB44C15B8C74B238E88B892 |
| 162 | Booth 4-23-07.txt | EXP USABT-MAR 06086 | EXP USABT-MAR 06307 | 31BDE3A61363A98030B4A0E13A876B9C |
| 163 | Bryant 11-15-07.pdf | EXP USABT-MAR 06102 | EXP USABT-MAR 06386 | D62419FE14AFBB357CECE1432DDAF2E5 |
| 164 | Cobo, Luis 1-18-08.pdf | EXP USABT-MAR 06184 | EXP USABT-MAR 06389 | 909CF7428C573B99CBF817DE14830E631 |
| 165 | DeParle, Nancy-Ann 12-5.pdf | EXP USABT-MAR 06308 | EXP USABT-MAR 06597 | 0D1C7F8328B5EEF426030C182D5F3ED2 |
| 166 | DOJ 3d RFA.pdf | EXP USABT-MAR 06387 | EXP USABT-MAR 06603 | 06E3704AFFC97A068F894FF5F99B6E37A |
| 167 | DOJ 3d Rog.pdf | EXP USABT-MAR 06500 | EXP USABT-MAR 06615 | 552F9AF46E44BBC4DE46B5F0FFA6E129 |
| 168 | DOJ 5th RFPs.pdf | EXP USABT-MAR 06598 | EXP USABT-MAR 06624 | E4A77A02BFF77C5D991699BFD30772D6A |
| 169 | Gustafson, Thomas A. 9-28-07.pdf | EXP USABT-MAR 06604 | EXP USABT-MAR 06675 | EA7105B21A3122905 1E366E0853ACC07 |
| 170 | Interrogatory response.pdf | EXP USABT-MAR 06616 | EXP USABT-MAR 06694 | DB82A18B2A135103690ACCD6EF1007E7 |
| 171 | Lockwood, M.D., John M. - Vol. II 1-17-08.pdf | EXP USABT-MAR 06625 | EXP USABT-MAR 06763 | 61E6220C1660D52D6ADF739E9A58F9263 |
| 172 | Lockwood, M.D, John M 12-6-07.pdf | EXP USABT-MAR 06676 | EXP USABT-MAR 06763 | CB3131E994F016F53A0484145ACB9A24 |
| 173 | Neimann 10-11-07.pdf | EXP USABT-MAR 06695 | EXP USABT-MAR 06900 | 336E84C361630FDB580E5843EF2AF796 |
| 174 | Niemann 9-14-07.pdf | EXP USABT-MAR 06764 | EXP USABT-MAR 06976 | FB0CFD60422CEA373F1A1389EBFF0B9C |
| 175 | O'Brien, Reagan 5-8-07.pdf | EXP USABT-MAR 06834 | EXP USABT-MAR 07037 | 435DD040E4E4945FE0C620B3940C21AB |

| DocID | Filename | BegDoc# | EndDoc# | MD5Hash |
|---|---|---|---|---|
| 176 | Perri 8-20-07.pdf | EXP USABT-MAR 06901 | EXP USABT-MAR 07126 | 2591B1D374E4BEEAB6C56FC420F0722A |
| 177 | Perri 8-21-07.txt | EXP USABT-MAR 07293 | EXP USABT-MAR 07293 | 3FFEEAD287616212E3DDBA0A17E312 |
| 178 | Perri 9-17-07.pdf | EXP USABT-MAR 07038 | EXP USABT-MAR 07332 | E8E6DA72EA2DBA1B38F1265AE81B81BF |
| 179 | R. Vito 061907.txt | EXP USABT-MAR 07127 | EXP USABT-MAR 07468 | 5158BF9C4C7EF8596D09F69F68C0A12B |
| 180 | R. Vito 062007.txt | EXP USABT-MAR 07294 | EXP USABT-MAR 07622 | 4111DD6CAFD0C5EE6F44C9459B28D99F |
| 181 | Ragone, Linda - Vol. I 4-17-07.txt | EXP USABT-MAR 07333 | EXP USABT-MAR 07815 | 8A245ADF84ED10A71F0AB59E22C3883 |
| 182 | Reed 9-27-07.pdf | EXP USABT-MAR 07469 | EXP USABT-MAR 07885 | FD2B2C1EA53D5E1AD0F49B80348BBFFA |
| 183 | Request for Admission responses.pdf | EXP USABT-MAR 07623 | EXP USABT-MAR 07898 | E596B73354350FF622484FA5E7D6CE09 |
| 184 | Request for Production responses.pdf | EXP USABT-MAR 07816 | EXP USABT-MAR 07946 | 95003C1F0B8DAB959F405B11BA6F6966 |
| 185 | Response to 3rd RFPs.pdf | EXP USABT-MAR 07886 | EXP USABT-MAR 07975 | B057FA4E1109624AD6DAC0F183B55969 |
| 186 | Tawes Vol I 4-24-07.txt | EXP USABT-MAR 07899 | EXP USABT-MAR 08114 | 87A62D99AA507DDE3BE8845B656BEB8F |
| 187 | Tawes Vol II 4-25-07.txt | EXP USABT-MAR 07947 | EXP USABT-MAR 08262 | F6076FD413C6D076B9B79D0AFBFDB7F94 |
| 188 | Vladeck, PhD, Bruce C - Vol II.txt | EXP USABT-MAR 07976 | EXP USABT-MAR 08913 | 8EA964D08A58231A474D64A721AC0E13 |
| 189 | Vladeck, PhD, Bruce C.txt | EXP USABT-MAR 08115 | EXP USABT-MAR 09482 | DD954167A9EA3444A8C563622FC4FF05 |
| 190 | Answer.040108.pdf | EXP USABT-MAR 08263 | EXP USABT-MAR 09530 | 30BD9607068C08917BBE0268CF9D891 |
| 191 | Pltf Resp to MTQ Miles White.pdf | EXP USABT-MAR 08914 | EXP USABT-MAR 09642 | D8328813C19F5480685BFF2B5A43643 |
| 192 | Bentley, II, Zachary Taylor - Vol. I.txt | EXP USABT-MAR 09483 | EXP USABT-MAR 09806 | FCF3F806DB0D560EFD8153346DA2AC0D |
| 194 | 030508 Bentley 549ocr.pdf | EXP USABT-MAR 09531 | EXP USABT-MAR 10480 | 79A8A5B1C9A122FA4A62C171DF738010 |
| 195 | 030508 Bentley 550.pdf | EXP USABT-MAR 09643 | EXP USABT-MAR 10482 | BFA6AFAF6D00B07319C2DB402C5ACAA |
| 196 | 030508 Bentley 551.pdf | EXP USABT-MAR 09807 | EXP USABT-MAR 10543 | D28925EDACD7286DECD4BA499092AFE6 |
| 197 | 030508 Bentley 552.pdf | EXP USABT-MAR 10481 | EXP USABT-MAR 10596 | 50C1D9AA76394702F3ED5E5DE509B9DD |
| 198 | 030508 Bentley 553.pdf | EXP USABT-MAR 10483 | EXP USABT-MAR 10627 | AB5BB07DD7D87616AD94597400DCCC66 |
| 199 | 030508 Bentley 554.pdf | EXP USABT-MAR 10544 | EXP USABT-MAR 10690 | FA757A9514ABBF07CF0B84CF511A1C74 |
| 200 | 030508 Bentley 555.pdf | EXP USABT-MAR 10597 | EXP USABT-MAR 10693 | 7C063FDCE639B8EBB55BC9286DB05BE3 |
| 201 | 030508 Bentley 556.pdf | EXP USABT-MAR 10628 | EXP USABT-MAR 10695 | F25B9566AFCE0599B5D553D5BA5BE6 |
| 202 | Bentley, II, Zachary Taylor - Vol. I.txt | EXP USABT-MAR 10691 | EXP USABT-MAR 10880 | 68444F6ACCDD08FD5C4728EC3820FA7E |
| 203 | 030608 Bentley 557.pdf | EXP USABT-MAR 10694 | EXP USABT-MAR 10883 | 23C63B5518FA19D3D74F642E5E114135 |
| 204 | 030608 Bentley 558.pdf | EXP USABT-MAR 10704 | EXP USABT-MAR 10884 | F518F80F9341128B5E8622AD8596D726 |
| 205 | 030608 Bentley 559.pdf | EXP USABT-MAR 10881 | EXP USABT-MAR 10905 | F5EE038C716BEB884A96E65F3CB5381F |
| 206 | 030608 Bentley 560.pdf | EXP USABT-MAR 10884 | EXP USABT-MAR 11294 | C5BBC796089A124F4BB8527E27881EFC |
| 207 | 030608 Bentley 561.pdf | EXP USABT-MAR 10885 | EXP USABT-MAR 11549 | 377B90118A2F0C46421F188D33D111CA |
| 208 | 030608 Bentley 562.pdf | EXP USABT-MAR 10906 | EXP USABT-MAR 11553 | 086B8849C7293B5D3E50950D6C5052A |
| 209 | 030608 Bentley 563.pdf | EXP USABT-MAR 11295 | EXP USABT-MAR 11554 | E7754D89DE577090DE756997137CCF35 |
| 210 | 030608 Bentley 564.pdf | EXP USABT-MAR 11550 | EXP USABT-MAR 11555 | FDA36D9A250E91F19FFA60C510E0E473 |
| 211 | 030608 Bentley 565.pdf | EXP USABT-MAR 11554 | EXP USABT-MAR 11558 | 2B4B36C3A98357F652591AD690CDC832 |
| 212 | 030608 Bentley 566.pdf | EXP USABT-MAR 11555 | EXP USABT-MAR 11563 | 9E6BC96C95DCDF00AE1661A52F4B4431 |
| 213 | 030608 Bentley 567.pdf | EXP USABT-MAR 11556 | EXP USABT-MAR 11918 | 27D5331D0C3F3E7A435CDBE4A7EEF63A |
| 214 | 030608 Bentley 568.pdf | EXP USABT-MAR 11559 | EXP USABT-MAR 12214 | 79E0F3E37CC90135D4F84465BF2A934 |
| 215 | 030608 Bentley 569.pdf | EXP USABT-MAR 11564 | EXP USABT-MAR 12322 | 5D9790A1EE13CC47D0D6B4D9C3B6751BB |
| 216 | 030608 Bentley 570.pdf | EXP USABT-MAR 11919 | EXP USABT-MAR 12469 | 3C468D1BD2B70D7D8B449D37519D7BF0 |
| 217 | 030608 Bentley 571.pdf | EXP USABT-MAR 12215 | EXP USABT-MAR 15439 | E8D5E072FD543F602EEFB4DFF791C484 |
| 218 | 030608 Bentley 572.pdf | EXP USABT-MAR 12323 | EXP USABT-MAR 15448 | ED03E28FC95B074E18E6DA163DB11642 |
| 219 | 030608 Bentley 573.pdf | EXP USABT-MAR 12470 | EXP USABT-MAR 15449 | C10EEBD4BACFEEB9D7E5699CEB74F152 |
| 220 | Cobo, Luis E..txt | EXP USABT-MAR 15440 | EXP USABT-MAR 15992 | 26150DCF239793B20682C0B85D972CA9B |