# Exhibit 6

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al., Civil Action No. 05-11084-PBS*

**Exhibit to the March 12, 2010 Declaration of Neil Merkl in Support of**
**Dey Defendants' Motion *In Limine* to Exclude from Evidence the Reports and**
**Testimony of Theodore R. Marmor, Ph.D.**

**Expert Theodore Marmor**
**Source Log**

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 1 | EXP MAR DEY-000001 | EXP MAR DEY-000031 | 01 Complaint as filed.pdf | 6447 5ACE065EB7E846D95999AE20EEDF |
| 2 | EXP MAR DEY-000032 | EXP MAR DEY-000057 | 096 (5733) US' First Amended Complaint.12.02.08, w. exhibits.pdf | C4F505D494C825AD68DB37429F3F884 |
| 3 | EXP MAR DEY-000058 | EXP MAR DEY-000058 | 1-11-09 Memo RB and TM Saris Opinion.pdf | 6995B81381375 6C966A6A77A92C49B48 |
| 4 | EXP MAR DEY-000059 | EXP MAR DEY-000131 | 12.23.08 S J opinion.pdf | C1007D459B7FFC84EE60215353A811 |
| 5 | EXP MAR DEY-000132 | EXP MAR DEY-000154 | 184 USComplaint 8-24-06.pdf | 679583AA44560A00A8415542389082 1B |
| 6 | EXP MAR DEY-000155 | EXP MAR DEY-000344 | 2007-5-9 Mark Jones Depo Transcript.txt | 34213E69FFA6A6ADBA477E6A0D77079B |
| 7 | EXP MAR DEY-000345 | EXP MAR DEY-000431 | 2008-06-23 Dey Responses to US Interrogs.pdf | DC4DD30C8EFD08437D8918DDDFC8377A |
| 8 | EXP MAR DEY-000432 | EXP MAR DEY-000436 | 2008-07-03 Dey Response to Interrog No. 22.pdf | 48777615 6BC9A4C5788053B9157A1F35 |
| 9 | EXP MAR DEY-000437 | EXP MAR DEY-000860 | 50504hs1.txt | D15E41C0D63769F1DF8A54D7734 7E78B |
| 10 | EXP MAR DEY-000861 | EXP MAR DEY-000885 | 5614 First Amended Complaint.pdf | F8AB8F62DA649D0F907E9BB9585F3F56 |
| 11 | EXP MAR DEY-000886 | EXP MAR DEY-000976 | Amicus Brief - Motion to Dismiss - 08-10852..pdf | 78S808D3F9A18B2796061D0E35E0F283 |
| 12 | EXP MAR DEY-000977 | EXP MAR DEY-000985 | APWA.PDF | D6A3F8F1FD592 8B4E22DBACB733465F7 |
| 13 | EXP MAR DEY-000986 | EXP MAR DEY-001451 | C. Rice v2.txt | 1F3A7ACA997E97CA3F2BCEF08F2451D8 |
| 14 | EXP MAR DEY-001452 | EXP MAR DEY-001784 | C. Rice.rtf | 31D11C65F43D4FB92896779A17D80FCE |
| 15 | EXP MAR DEY-001785 | EXP MAR DEY-002250 | C. Rice.txt | 1F3A7ACA997E97CA3F2BCEF08F2451D8 |
| 16 | EXP MAR DEY-002251 | EXP MAR DEY-002269 | Complaint for Inj Relief.PDF | 88C02597FAB9911125690067955839 64F |
| 17 | EXP MAR DEY-002270 | EXP MAR DEY-002274 | EXHIBIT 0009.pdf | 7A5AE45FD8E4A07C6976BA5366 0E1A6 |
| 18 | EXP MAR DEY-002275 | EXP MAR DEY-002277 | EXHIBIT 0026.pdf | D718DE724D81820B8A0D8E53132 2C9EDED |
| 19 | EXP MAR DEY-002278 | EXP MAR DEY-002346 | EXHIBIT 0027.pdf | C0331BCF4B888588441DA5B9D8F653E0D |
| 20 | EXP MAR DEY-002347 | EXP MAR DEY-002350 | EXHIBIT 0033.pdf | 6F3A82730 9C706C631B05F856D57E7B3 |
| 21 | EXP MAR DEY-002351 | EXP MAR DEY-002426 | EXHIBIT 0035.pdf | 697066F59D0D18AE3A89A0B930CD8914 |
| 22 | EXP MAR DEY-002427 | EXP MAR DEY-002427 | EXHIBIT 0036.pdf | 7029 5C60ACEF2014A01EC10E3DB847A9 |
| 23 | EXP MAR DEY-002428 | EXP MAR DEY-002438 | EXHIBIT 0037.pdf | CB8467FE6B83DE78689E1CE41ED59E |
| 24 | EXP MAR DEY-002439 | EXP MAR DEY-002448 | EXHIBIT 0038.pdf | 6033FB3F4017BD6E6ADD95E89A414FAF |
| 25 | EXP MAR DEY-002449 | EXP MAR DEY-002450 | EXHIBIT 0039.pdf | D67324E8F8BC0C026B241D80E6C2 6359 |
| 26 | EXP MAR DEY-002451 | EXP MAR DEY-002468 | EXHIBIT 0040.pdf | D48406 1D520A48545 6EE5B3CE8371E46 |
| 27 | EXP MAR DEY-002469 | EXP MAR DEY-002488 | EXHIBIT 0041.pdf | 62A35831127592 5FA403C6C2D00E0C31 |
| 28 | EXP MAR DEY-002489 | EXP MAR DEY-002494 | EXHIBIT 0042.pdf | 7F669F1D37D87A41F4AC0F05165C7B2E |
| 29 | EXP MAR DEY-002495 | EXP MAR DEY-002497 | EXHIBIT 0043.pdf | 1445818F8668A91F29S440C4308EAB19 |
| 30 | EXP MAR DEY-002498 | EXP MAR DEY-002559 | EXHIBIT 0044.pdf | 95FB699712 5AC8C494A8B1D204C35FFC |
| 31 | EXP MAR DEY-002560 | EXP MAR DEY-002560 | EXHIBIT 0045.pdf | 5A6CC88014C2126 71C550B0E9D26803C |
| 32 | EXP MAR DEY-002561 | EXP MAR DEY-002562 | EXHIBIT 0046.pdf | AFBAA2649DAE3238B8DF5C4F124964C |
| 33 | EXP MAR DEY-002563 | EXP MAR DEY-002563 | Exhibit 346.pdf | 16F3986CDCCEAEB69CDE1243AF2E19DD |
| 34 | EXP MAR DEY-002564 | EXP MAR DEY-002564 | Exhibit 347.pdf | BD8886E829BE8C3FC429D453F1B6BE96 |



DEPOSITION EXHIBIT
Marmor 10
2/12/09
Rich Germosen, CSR, CSR-R, RPR, CRR

Expert Theodore Marmor
Source Log

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 35 | EXP MAR DEY-002565 | EXP MAR DEY-002565 | Exhibit 348.pdf | A889B081FFE3E784C0426E2577A1BF00E |
| 36 | EXP MAR DEY-002566 | EXP MAR DEY-002599 | Exhibit 349.pdf | 5A23D0593C7499EC301C2D2A27EF5178 |
| 37 | EXP MAR DEY-002600 | EXP MAR DEY-002607 | Exhibit 566.pdf | C3915E60B52DD238C0F51598A926F1F5 |
| 38 | EXP MAR DEY-002608 | EXP MAR DEY-002608 | Exhibit 567.pdf | DAEAFA41DEB1E58A9475481C2D715198 |
| 39 | EXP MAR DEY-002609 | EXP MAR DEY-002610 | Exhibit 568.pdf | 16ACEB66B0C0E8CA24A317E68C083D33E |
| 40 | EXP MAR DEY-002611 | EXP MAR DEY-002611 | Exhibit 569.pdf | 46ED4EE6A9D426F35D9EC1469D0F89BC |
| 41 | EXP MAR DEY-002612 | EXP MAR DEY-002615 | Exhibit 570.pdf | 45F616C9707E8D77225A7ED681F2292 |
| 42 | EXP MAR DEY-002616 | EXP MAR DEY-002617 | Exhibit 571.pdf | E5157E465B7142878C50B15D75393A3 |
| 43 | EXP MAR DEY-002618 | EXP MAR DEY-002619 | Exhibit 572.pdf | C0A9B213CBCE3B1B8846326S5CF967AF9 |
| 44 | EXP MAR DEY-002620 | EXP MAR DEY-002628 | Exhibit 573.pdf | 851293SBE64DE3A9D14CA19E07CD3903 |
| 45 | EXP MAR DEY-002629 | EXP MAR DEY-002646 | Exhibit 574.pdf | E7527F7F1247AA5783F5A2EFB42B6C4 |
| 46 | EXP MAR DEY-002647 | EXP MAR DEY-002648 | Exhibit 575.pdf | D63BDC25778I1E40CA58C80F2704F920E |
| 47 | EXP MAR DEY-002649 | EXP MAR DEY-002650 | Exhibit 576.pdf | A7B00E5C92BCA5DA92A33B61A9B6632D |
| 48 | EXP MAR DEY-002651 | EXP MAR DEY-002702 | Exhibit 577.pdf | 8CDAB27804F05A68B0274889S6124937 |
| 49 | EXP MAR DEY-002703 | EXP MAR DEY-002705 | Exhibit 578.pdf | EFA41A01AF7340A9586E4C9EDC9EA7B5 |
| 50 | EXP MAR DEY-002706 | EXP MAR DEY-002706 | Exhibit 579.pdf | 3CF2B5E9C6C4A88E20B66C96724ABD0F |
| 51 | EXP MAR DEY-002711 | EXP MAR DEY-002713 | Exhibit 580.pdf | C5BC8006CFE1821E3F46578D79AA0E |
| 52 | EXP MAR DEY-002714 | EXP MAR DEY-002716 | Exhibit 581.pdf | 47F088BD41414C87D3618F0B9CC1B927 |
| 53 | EXP MAR DEY-002717 | EXP MAR DEY-002717 | Exhibit 582.pdf | D55282DE40C83A40AAD83F5B7DF74B3D |
| 54 | EXP MAR DEY-002718 | EXP MAR DEY-002719 | Exhibit 583.pdf | 73A8E578E5F44D5C8CA0BAAA495827D5 |
| 55 | EXP MAR DEY-002720 | EXP MAR DEY-002721 | Exhibit 584.pdf | 523F89680DB88DAFA1878F049BBADA92F |
| 56 | EXP MAR DEY-002722 | EXP MAR DEY-002723 | Exhibit 585.pdf | A6965DF4F5A630DBA4168E807FD832C3 |
| 57 | EXP MAR DEY-002724 | EXP MAR DEY-002725 | Exhibit 586.pdf | EDFB88D22B80F8BCFD10E34E51F2D247 |
| 58 | EXP MAR DEY-002726 | EXP MAR DEY-002727 | Exhibit 587.pdf | 4D3FDECAAF01B259F75544101949429B |
| 59 | EXP MAR DEY-002728 | EXP MAR DEY-002801 | Exhibit 588.pdf | 281078908013B8D2611A05216FB54E57 |
| 60 | EXP MAR DEY-002802 | EXP MAR DEY-002802 | Exhibit 589.pdf | F6DD6901B9FE8AC5423E0A9063AFA50 |
| 61 | EXP MAR DEY-002803 | EXP MAR DEY-002805 | Exhibit 590.pdf | B882AA90CEB7711B84E7CACCFE4708FDD |
| 62 | EXP MAR DEY-002806 | EXP MAR DEY-002809 | Exhibit 591.pdf | 96786E07AF9241BC361877299745287 1 |
| 63 | EXP MAR DEY-002810 | EXP MAR DEY-002811 | Exhibit 592.pdf | D8F923E38026A8275524F0C24AC0766 |
| 64 | EXP MAR DEY-002812 | EXP MAR DEY-002850 | Exhibit 593.pdf | B88BF02887 0EED6398F37032FE82A536 |
| 65 | EXP MAR DEY-002851 | EXP MAR DEY-002851 | Exhibit 594.pdf | FA75E5E9B0CD2DC4DB0AC6A05602BAA9 |
| 66 | EXP MAR DEY-002852 | EXP MAR DEY-002856 | Exhibit 595.pdf | F6AAD556121E3E38FAE567D2F5EB1D73 |
| 67 | EXP MAR DEY-002857 | EXP MAR DEY-002859 | Exhibit 596.pdf | FC265E27130ADC597F5DD54E75C243B4 |
| 68 | EXP MAR DEY-002860 | EXP MAR DEY-002872 | Exhibit 597.pdf | 0F406B741EF9517F5D34FCA683FD92D |
| 69 | EXP MAR DEY-002873 | EXP MAR DEY-002875 | Exhibit 598.pdf | C6D7C816A5A41F02A B31BDCA22B2DCA0 |

Expert Theodore Marmor
Source Log

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 70 | EXP MAR DEY-002876 | EXP MAR DEY-002883 | Exhibit 599.pdf | D1B34BD01498043F47E9CFA5A866DD40 |
| 71 | EXP MAR DEY-002889 | EXP MAR DEY-002888 | Exhibit 70.pdf | E8F526B743E5F0A50B24EA7B69DEC3FA |
| 72 | EXP MAR DEY-002889 | EXP MAR DEY-002889 | Exhibit 71.pdf | DB239708E392EA40C8D631A2812C5132 |
| 73 | EXP MAR DEY-002890 | EXP MAR DEY-002890 | Exhibit 72.pdf | 71F391FD82DCB72C5728C9C6D1DAEB7 |
| 74 | EXP MAR DEY-002891 | EXP MAR DEY-002892 | Exhibit 73.pdf | 2A508B7D85ACE5FAB0910A9D3B900385 |
| 75 | EXP MAR DEY-002893 | EXP MAR DEY-002901 | Exhibit 74.pdf | E61AB99AB219B7E081A7D8954847032 1 |
| 76 | EXP MAR DEY-002902 | EXP MAR DEY-002905 | Exhibit 75.pdf | 6C7B07A3C02C29253709084 67EEC08D2 |
| 77 | EXP MAR DEY-002906 | EXP MAR DEY-002910 | Exhibit 76.pdf | 96A5C9CCEFC131D01C113EAB8758DFAA |
| 78 | EXP MAR DEY-002911 | EXP MAR DEY-002912 | Exhibit 77.pdf | AD7FB7AD649BFF32FBF91D959B90A9B5 |
| 79 | EXP MAR DEY-002913 | EXP MAR DEY-002920 | Exhibit 776.pdf | A2863959 17833EE69B40C0434 7E8A7B3 |
| 80 | EXP MAR DEY-002921 | EXP MAR DEY-002921 | Exhibit 777.pdf | 560788ECEFE82DD0458F654CABF42497 |
| 81 | EXP MAR DEY-002922 | EXP MAR DEY-002941 | Exhibit 778.pdf | BC743E50BE07EFD180C3F8CD7D206C68 |
| 82 | EXP MAR DEY-002942 | EXP MAR DEY-002943 | Exhibit 779.pdf | 84B3429A5F2E5FD87D58B7744CC67B1D |
| 83 | EXP MAR DEY-002944 | EXP MAR DEY-002944 | Exhibit 78.pdf | D4E08A423F1C460018188E02AA6E8848 |
| 84 | EXP MAR DEY-002945 | EXP MAR DEY-002946 | Exhibit 780.pdf | 69EAA9C213B08F6DC98C6E71E6D04074 |
| 85 | EXP MAR DEY-002947 | EXP MAR DEY-002949 | Exhibit 781.pdf | 9ECA7FFF8756C12CFF73EB20DE8A5101 |
| 86 | EXP MAR DEY-002950 | EXP MAR DEY-002953 | Exhibit 782.pdf | C94B9410ECE8FD2477CA323B8DFB356AB |
| 87 | EXP MAR DEY-002954 | EXP MAR DEY-002954 | Exhibit 783.pdf | E860106A0CCD6E25F1716EA11BF26A2A |
| 88 | EXP MAR DEY-002955 | EXP MAR DEY-002955 | Exhibit 784.pdf | 784016920B8FE195030F796005ED264587 |
| 89 | EXP MAR DEY-002956 | EXP MAR DEY-002983 | Exhibit 785.pdf | 6858EA95D2732064BE30A3730C279595 |
| 90 | EXP MAR DEY-002984 | EXP MAR DEY-003017 | Exhibit 786.pdf | B459E458F10A76FEED155DCAEA83691A |
| 91 | EXP MAR DEY-003018 | EXP MAR DEY-003023 | Exhibit 787.pdf | 2A20480 4B34F8F8844D498C1368FA3EE |
| 92 | EXP MAR DEY-003024 | EXP MAR DEY-003026 | Exhibit 788.pdf | A49C8DA1E6A543D21CE074F8A5AD11D |
| 93 | EXP MAR DEY-003027 | EXP MAR DEY-003027 | Exhibit 789.pdf | B4D44F164D24F4E1113BDF548734D714E |
| 94 | EXP MAR DEY-003028 | EXP MAR DEY-003030 | Exhibit 79.pdf | B4337CD978E437916 1C0F0AD8287F09 |
| 95 | EXP MAR DEY-003031 | EXP MAR DEY-003031 | Exhibit 790.pdf | 8D7AFDA4B383DA77E698FDAC56CD36F71 |
| 96 | EXP MAR DEY-003032 | EXP MAR DEY-003032 | Exhibit 80.pdf | 891DE576317FD7B88D47B72438574B11 |
| 97 | EXP MAR DEY-003033 | EXP MAR DEY-003119 | Exhibit 81.pdf | 48F54A0D4EC13538E29EEA4497F193D |
| 98 | EXP MAR DEY-003120 | EXP MAR DEY-003121 | Exhibit 82.pdf | A7B9AC1062325FF8688 5EC02FF862EE8 |
| 99 | EXP MAR DEY-003122 | EXP MAR DEY-003125 | Exhibit 822.pdf | FA7C04A55A862 78383F60D4A78D84F33 |
| 100 | EXP MAR DEY-003126 | EXP MAR DEY-003129 | Exhibit 823.pdf | 0C289551DDC8C6E7E320AA816B212986 |
| 101 | EXP MAR DEY-003130 | EXP MAR DEY-003131 | Exhibit 824.pdf | EC8FB9C1B3A0F93AB7489E558E75582E |
| 102 | EXP MAR DEY-003132 | EXP MAR DEY-003134 | Exhibit 825.pdf | A86A3228F4029AE16788468A14C672BF |
| 103 | EXP MAR DEY-003135 | EXP MAR DEY-003137 | Exhibit 826.pdf | 8C21A6DE4410BA7CD466C9FE3C0CADADB |
| 104 | EXP MAR DEY-003138 | EXP MAR DEY-003141 | Exhibit 827.pdf | 28C30102 6479FA22A97EE9AA99212O9B |

Expert Theodore Marmor
Source Log

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 105 | EXP MAR DEY-003142 | EXP MAR DEY-003145 | Exhibit 828.pdf | C2EA12B8FB47235A107386S271AA0ECB |
| 106 | EXP MAR DEY-003146 | EXP MAR DEY-003162 | Exhibit 829.pdf | FAD17EFB86561CE4AC779F74A583FF59 |
| 107 | EXP MAR DEY-003163 | EXP MAR DEY-003166 | Exhibit 830.pdf | A06F83F6E7F0AC8A57606ED6AE841545 |
| 108 | EXP MAR DEY-003167 | EXP MAR DEY-003173 | Exhibit Abbott 174.pdf | 0CE32226DDF11AA779E58CF8175D88FC |
| 109 | EXP MAR DEY-003174 | EXP MAR DEY-003184 | Exhibit Abbott 175.pdf | 02792E39E114B298622E8F8E18CD0CC3 |
| 110 | EXP MAR DEY-003185 | EXP MAR DEY-003216 | Exhibit Abbott 176.pdf | C0A01C26D595B89B59CED962CDA0F42A |
| 111 | EXP MAR DEY-003217 | EXP MAR DEY-003317 | Exhibit Abbott 177.pdf | 8D96989B8411F0A24D8DA44B06F3344A |
| 112 | EXP MAR DEY-003318 | EXP MAR DEY-003357 | Exhibit Abbott 178.pdf | 618C70A20A89FC7EB524C3C44D4918FA |
| 113 | EXP MAR DEY-003358 | EXP MAR DEY-003381 | Exhibit Abbott 179.pdf | B6F2E40006DE83A64B023F445F34C10F |
| 114 | EXP MAR DEY-003382 | EXP MAR DEY-003382 | Exhibit Abbott 180.pdf | 5263904990D87995B8D40559F35149790 |
| 115 | EXP MAR DEY-003388 | EXP MAR DEY-003391 | Exhibit Abbott 228.pdf | 74A721A098C21DDF97B362AE04A91604 |
| 116 | EXP MAR DEY-003392 | EXP MAR DEY-003398 | Exhibit Abbott 229.pdf | D071F2DB18DE8777D371802585DFA10F |
| 117 | EXP MAR DEY-003399 | EXP MAR DEY-003403 | Exhibit Abbott 230.pdf | AEC77E4593F86034BA2EC94A089AD23C |
| 118 | EXP MAR DEY-003404 | EXP MAR DEY-003404 | Exhibit Abbott 231.pdf | 28533997A5EE2F27D3A1C4419B80D32E |
| 119 | EXP MAR DEY-003405 | EXP MAR DEY-003407 | Exhibit Abbott 232.pdf | 2CCF5068642AFC5954A0FC4B49F2C45C |
| 120 | EXP MAR DEY-003408 | EXP MAR DEY-003408 | Exhibit Abbott 233.pdf | 57A4B508FFC38C5C84E7AF502FAFA76B |
| 121 | EXP MAR DEY-003410 | EXP MAR DEY-003462 | Exhibit Abbott 234.pdf | B8FB362CFFAE46F0144E6C87157B82DA |
| 122 | EXP MAR DEY-003463 | EXP MAR DEY-003494 | Exhibit Abbott 235.pdf | DC5BA39122FB8200AC3337F7D291A8AD |
| 123 | EXP MAR DEY-003495 | EXP MAR DEY-003497 | Exhibit Abbott 236.pdf | A31EC45CC28356135A26C637DFC113C59 |
| 124 | EXP MAR DEY-003498 | EXP MAR DEY-003511 | Exhibit Abbott 237.pdf | 78ABEC2F16D35870E4233A518800C1FC |
| 125 | EXP MAR DEY-003512 | EXP MAR DEY-003514 | Exhibit Abbott 238.pdf | 1D8BD6662399769C29D48D874B305F8 |
| 126 | EXP MAR DEY-003515 | EXP MAR DEY-003515 | Exhibit Abbott 239.pdf | EDF5F9465ED5DB7AC40191Z3B3F41996 |
| 127 | EXP MAR DEY-003516 | EXP MAR DEY-003517 | Exhibit Abbott 240.pdf | 8F66CAA049AFFA73E006C0A4B825FA23 |
| 128 | EXP MAR DEY-003518 | EXP MAR DEY-003520 | Exhibit Abbott 241.pdf | 313D02A68CD721048A9A61516389C545 |
| 129 | EXP MAR DEY-003521 | EXP MAR DEY-003525 | Exhibit Abbott 242.pdf | 8516D362F1235380635F1539E528885 |
| 130 | EXP MAR DEY-003526 | EXP MAR DEY-003573 | Exhibit Abbott 243.pdf | 4E98DB91D6721FDC19D74AF48B6DEAC4 |
| 131 | EXP MAR DEY-003574 | EXP MAR DEY-003574 | Exhibit Abbott 244.pdf | 215ED2B1F5C2092FB733C8EB8D578488 |
| 132 | EXP MAR DEY-003575 | EXP MAR DEY-003575 | Exhibit Abbott 245.pdf | E43FEB8104D0B90AD76A569E5E9C9C3 |
| 133 | EXP MAR DEY-003576 | EXP MAR DEY-003580 | Exhibit Abbott 246.pdf | 47538FD542942996AEE22288D36BCE6 |
| 134 | EXP MAR DEY-003581 | EXP MAR DEY-003581 | Exhibit Abbott 247.pdf | 765403EF74A28C467E784EE685EAD741 |
| 135 | EXP MAR DEY-003582 | EXP MAR DEY-003582 | Exhibit Abbott 248.pdf | 1A483D38E410A55324AD41256CFC0E0D |
| 136 | EXP MAR DEY-003583 | EXP MAR DEY-003586 | Exhibit Abbott 249.pdf | 4A1B760A57476851044364622E64D0F |
| 137 | EXP MAR DEY-003587 | EXP MAR DEY-003590 | Exhibit Abbott 250.pdf | 72801EBE9F55223CEFD4ABE090B125F7 |
| 138 | EXP MAR DEY-003591 | EXP MAR DEY-003598 | Exhibit Abbott 251.pdf | 66C3B1422F4CD55F1AD17B64CC50B433 |
| 139 | EXP MAR DEY-003599 | EXP MAR DEY-003614 | Exhibit Abbott 252.pdf | 7DD910A9365527C7BE359F059D74CA1A |

Expert Theodore Marmor
Source Log

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 140 | EXP MAR DEY-003615 | EXP MAR DEY-003619 | Exhibit Abbott 253.pdf | CF9A6C3DF14CA8D73C06B5B0F9553BC5 |
| 141 | EXP MAR DEY-003620 | EXP MAR DEY-003625 | Exhibit Abbott 254.pdf | 7053E86B3DCE7FB95F2EE6381262A683 |
| 142 | EXP MAR DEY-003626 | EXP MAR DEY-003627 | Exhibit Abbott 255.pdf | 85475C9EB53C667BC6E82CB1C3D3C77 |
| 143 | EXP MAR DEY-003628 | EXP MAR DEY-003631 | Exhibit Abbott 256.pdf | B7623C5B92F9D6F25CA6A03A4B5EED3 |
| 144 | EXP MAR DEY-003632 | EXP MAR DEY-003654 | Exhibit Abbott 257.pdf | 7026A539FE35BAA3CF91A114B5844970 |
| 145 | EXP MAR DEY-003655 | EXP MAR DEY-003655 | Exhibit Abbott 468.pdf | 49FBAEDD3956ADA85DD57CC06D768489 |
| 146 | EXP MAR DEY-003656 | EXP MAR DEY-003666 | Exhibit Abbott 469.pdf | 882F1B22FB695F8173E92F98F54B003E |
| 147 | EXP MAR DEY-003667 | EXP MAR DEY-003677 | Exhibit Abbott 470.pdf | E1B1E5085E89A631A39732A6F5AABDC0 |
| 148 | EXP MAR DEY-003678 | EXP MAR DEY-003691 | Exhibit Abbott 471.pdf | 1AA35EF80E86EAE39AC9FFCC3399DDF18 |
| 149 | EXP MAR DEY-003692 | EXP MAR DEY-003760 | Exhibit Abbott 472.pdf | 13C56F17B121B88019282929B21BDB211 |
| 150 | EXP MAR DEY-003761 | EXP MAR DEY-003765 | Exhibit Abbott 473.pdf | 07232CFB139D40518F58ABF4C8266E53 |
| 151 | EXP MAR DEY-003766 | EXP MAR DEY-003850 | Exhibit Abbott 474.pdf | 4EFD56048142E91107133F7C90576A1 |
| 152 | EXP MAR DEY-003851 | EXP MAR DEY-003879 | Exhibit Abbott 475.pdf | 71220AE0CBE36758D1DE3BDD02595570 |
| 153 | EXP MAR DEY-003872 | EXP MAR DEY-003879 | Exhibit Abbott 476.pdf | 32E4C31B3D3280322251D4F03937142A |
| 154 | EXP MAR DEY-003880 | EXP MAR DEY-003924 | Exhibit Abbott 477.pdf | 8DD79S143C77D6F8F294891A8028AC82 |
| 155 | EXP MAR DEY-003925 | EXP MAR DEY-003946 | Exhibit Abbott 478.pdf | 0B355B96F7660B3CD3E54C9DF7F1FDB8 |
| 156 | EXP MAR DEY-003947 | EXP MAR DEY-004002 | Exhibit Abbott 700.pdf | 1028196909DEEFB5630D65379B8DC38 |
| 157 | EXP MAR DEY-004003 | EXP MAR DEY-004003 | Exhibit Abbott 701.pdf | 9DD563577F45324A195D2F669C1D99EFD |
| 158 | EXP MAR DEY-004004 | EXP MAR DEY-004004 | Exhibit Abbott 702.pdf | CEA1F030051CE5FA93EF891E5371B0CF3 |
| 159 | EXP MAR DEY-004005 | EXP MAR DEY-004005 | Exhibit Abbott 703.pdf | 9DD59777FE5F13C626D8E5506 2F5D4B |
| 160 | EXP MAR DEY-004006 | EXP MAR DEY-004014 | Exhibit Abbott 704.pdf | 05065SE33599C276A89EB85339816S59 |
| 161 | EXP MAR DEY-004015 | EXP MAR DEY-004015 | Exhibit Abbott 705.pdf | AF1077971B5E74047CD38E1C308E58F0 |
| 162 | EXP MAR DEY-004016 | EXP MAR DEY-004183 | Exhibit Abbott 706.pdf | 4D0942563F00F52D7E51C0D47985C239 |
| 163 | EXP MAR DEY-004184 | EXP MAR DEY-004186 | Exhibit Abbott 707.pdf | B14FA695C5F985C4FB303D56EE61F707 |
| 164 | EXP MAR DEY-004187 | EXP MAR DEY-004190 | Exhibit Abbott 708.pdf | C6578502A34CEA1E9A0EC4582DC0D6DA |
| 165 | EXP MAR DEY-004191 | EXP MAR DEY-004230 | Exhibit Abbott 709.pdf | 48CE4C6D2901C9F6047758AD77E0D429 |
| 166 | EXP MAR DEY-004231 | EXP MAR DEY-004446 | Exhibit Abbott 710.pdf | 7417E52C337B1136994 0F9E66EF1FAE6 |
| 167 | EXP MAR DEY-004447 | EXP MAR DEY-004489 | Exhibit Abbott 711.pdf | 3EBA578C26860D1DF3FC7731C5356C76 |
| 168 | EXP MAR DEY-004490 | EXP MAR DEY-004533 | Exhibit Abbott 712.pdf | 4977718734345524A83D5F3816DD015D |
| 169 | EXP MAR DEY-004534 | EXP MAR DEY-004534 | Exhibit Dey 040.pdf | 4S028113BBDF3A8E789EA01234A76CAA |
| 170 | EXP MAR DEY-004535 | EXP MAR DEY-004554 | Exhibit Dey 041.pdf | C40F4FCDF2C2606D936B97FC835F0571 |
| 171 | EXP MAR DEY-004555 | EXP MAR DEY-004572 | Exhibit Dey 042.pdf | AF1DF7944FC50AFCECE1114E7966AC4D |
| 172 | EXP MAR DEY-004573 | EXP MAR DEY-004606 | Exhibit Dey 043.pdf | CF7E8194DA92A6910E86C61BAE242C85 |
| 173 | EXP MAR DEY-004607 | EXP MAR DEY-004620 | Exhibit Dey 044.pdf | 051F07DADD16008C48CB07F5F180F653 |
| 174 | EXP MAR DEY-004621 | EXP MAR DEY-004660 | Exhibit Dey 045.pdf | 8CA8FB7ED3920BC19F843A1FE0019408 |

**Expert Theodore Marmor**
**Source Log**

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 175 | EXP MAR DEY-004661 | EXP MAR DEY-004667 | Exhibit Dey 046.pdf | 137DE78675166 CD1F6722202C0FBF5 |
| 176 | EXP MAR DEY-004668 | EXP MAR DEY-004689 | Exhibit Dey 047.pdf | 77AC161453406200 4D4F138ADE48DBF2 |
| 177 | EXP MAR DEY-004690 | EXP MAR DEY-004690 | Exhibit Dey 048.pdf | 1DF0DBF98DCF6C53 8F2E8322EBBAD051 |
| 178 | EXP MAR DEY-004691 | EXP MAR DEY-004695 | Exhibit Dey 049.pdf | D0E6B7A4812E3DF0 1A286A3F31088C23 |
| 179 | EXP MAR DEY-004696 | EXP MAR DEY-004712 | Exhibit Dey 300.pdf | F975EC41D5B01F89 794E71460F7119C |
| 180 | EXP MAR DEY-004713 | EXP MAR DEY-004737 | Exhibit Dey 301.pdf | 147A5589649946A7 A0702DCF537772A |
| 181 | EXP MAR DEY-004738 | EXP MAR DEY-004756 | Exhibit Dey 302.pdf | F074A30564EA3A72 9DAA87896BEE5740 |
| 182 | EXP MAR DEY-004757 | EXP MAR DEY-004758 | Exhibit Dey 303.pdf | B5303D6468B1B70 C0A7A17D390E17AB |
| 183 | EXP MAR DEY-004759 | EXP MAR DEY-004760 | Exhibit Dey 304.pdf | D3A6CFD3B70S9B59 00626BAD00AEFAE |
| 184 | EXP MAR DEY-004761 | EXP MAR DEY-004761 | Exhibit Dey 305.pdf | C0E6695E96C9833D 811BBC08D9766CEC |
| 185 | EXP MAR DEY-004762 | EXP MAR DEY-004763 | Exhibit Dey 306.pdf | 22F9F4C69A92FCA6 F2F4CC8CDF2AA41F |
| 186 | EXP MAR DEY-004764 | EXP MAR DEY-004766 | Exhibit Dey 307.pdf | 272B5E0C6F770B18 77B36B214911E054 |
| 187 | EXP MAR DEY-004767 | EXP MAR DEY-004768 | Exhibit Dey 308.pdf | 7DA0312BB9682D80 0D55010 7D57F59E0 |
| 188 | EXP MAR DEY-004769 | EXP MAR DEY-004780 | Exhibit Dey 309.pdf | 951D2ACFCD2EAD17 AF65B3EFF83229 2F |
| 189 | EXP MAR DEY-004781 | EXP MAR DEY-004785 | Exhibit Dey 310.pdf | 7B79F7CF2042D19B FE792092F36E00CD |
| 190 | EXP MAR DEY-004786 | EXP MAR DEY-004793 | Exhibit Dey 311.pdf | 329BAC890247FC0E 5A3CCB2ECD66CA24 |
| 191 | EXP MAR DEY-004794 | EXP MAR DEY-004798 | Exhibit Dey 312.pdf | 717D7331FE129C4D 7B5488706DE95C35 |
| 192 | EXP MAR DEY-004799 | EXP MAR DEY-004801 | Exhibit Dey 313.pdf | 45BAC587C9607B81 11C95BCC0BB16270 |
| 193 | EXP MAR DEY-004802 | EXP MAR DEY-004807 | Exhibit Dey 314.pdf | 5CE9536E92DF8928 259C4B6CF4E1A117 |
| 194 | EXP MAR DEY-004808 | EXP MAR DEY-004810 | Exhibit Dey 315.pdf | 62BF7155F9EC0BD3 B0EB646A316FB9F1 |
| 195 | EXP MAR DEY-004811 | EXP MAR DEY-004813 | Exhibit Dey 316.pdf | 8CBC9EBD4F558C88 A69B71D39197B04B |
| 196 | EXP MAR DEY-004814 | EXP MAR DEY-004855 | Exhibit Dey 317.pdf | 1E55B1ECF6ED6763 D5A057AA66B3C85 |
| 197 | EXP MAR DEY-004856 | EXP MAR DEY-004857 | Exhibit Dey 318.pdf | 74A76E96F9354075 29741AF654500566 |
| 198 | EXP MAR DEY-004858 | EXP MAR DEY-004859 | Exhibit Dey 319.pdf | 6C4EBE4009BA644A A32E81B26025F6D9 |
| 199 | EXP MAR DEY-004860 | EXP MAR DEY-004860 | Exhibit Dey 320.pdf | 9EA8C9D8D3617E04 A51F9CE9D0FC1E2F |
| 200 | EXP MAR DEY-004861 | EXP MAR DEY-004863 | Exhibit Dey 321.pdf | F6E4SFF9053AE2A1 F306390B01SA575F |
| 201 | EXP MAR DEY-004864 | EXP MAR DEY-004866 | Exhibit Dey 322.pdf | A749A07D9AE7FA66 E4DE15CD84 30DF56 |
| 202 | EXP MAR DEY-004867 | EXP MAR DEY-004870 | Exhibit Dey 323.pdf | 6831C587AB6F09C0 3C1AB980A5E2469C |
| 203 | EXP MAR DEY-004871 | EXP MAR DEY-004872 | Exhibit Dey 324.pdf | 64C5F0A16580B3B9 DE18DFC31A3F485 |
| 204 | EXP MAR DEY-004873 | EXP MAR DEY-004882 | Exhibit Dey 325.pdf | F527AB80799AD706 1B8F02E05661D21 |
| 205 | EXP MAR DEY-004883 | EXP MAR DEY-004884 | Exhibit Dey 326.pdf | 3E4D7C4DDF0B881 9E05A0E0B93A2192C |
| 206 | EXP MAR DEY-004885 | EXP MAR DEY-004889 | Exhibit Dey 327.pdf | 57931S973EA6E274 5AF24A62168ADFB8 |
| 207 | EXP MAR DEY-004890 | EXP MAR DEY-004894 | Exhibit Dey 328.pdf | A98S5950ED279C2C D9A3B1DF7CD53240 |
| 208 | EXP MAR DEY-004895 | EXP MAR DEY-004895 | Exhibit Dey 329.pdf | 675C7B66A849ADBB FD013E12037D6AC7 |
| 209 | EXP MAR DEY-004896 | EXP MAR DEY-004896 | Exhibit Dey 330.pdf | C59ACE940BCDAD87 FD275E82AC858687 |

**Expert Theodore Marmor**
**Source Log**

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 210 | EXP MAR DEY-004897 | EXP MAR DEY-004898 | Exhibit Dey 331.pdf | D3EB8B9B66F927F92E73D510063B9670 |
| 211 | EXP MAR DEY-004899 | EXP MAR DEY-004900 | Exhibit Dey 332.pdf | 1F9SA2A708CA1AA315D500A29B904764 |
| 212 | EXP MAR DEY-004901 | EXP MAR DEY-004904 | Exhibit Dey 333.pdf | 1470A9EED8163C94354CF6BAB0F003BC |
| 213 | EXP MAR DEY-004905 | EXP MAR DEY-005005 | Exhibit Dey 334.pdf | 8E1D418C845939ADDB46D76E26F3D167 |
| 214 | EXP MAR DEY-005006 | EXP MAR DEY-005068 | Exhibit Dey 335.pdf | B94139648A5FDAFC7F9E85EC87D7E2DF |
| 215 | EXP MAR DEY-005069 | EXP MAR DEY-005070 | Exhibit Hill 001.pdf | C7C0757D797A9BD01590AC89B78A4061 |
| 216 | EXP MAR DEY-005071 | EXP MAR DEY-005075 | Exhibit Hill 002.pdf | C0549782DAD25FC9DA649A6338474983 |
| 217 | EXP MAR DEY-005076 | EXP MAR DEY-005119 | Exhibit Hill 003.pdf | 73E72FC7EF4D36A2106E9C8F91DDC05E |
| 218 | EXP MAR DEY-005120 | EXP MAR DEY-005188 | Exhibit Hill 004.pdf | 0238D71B48B10DA96D2C19776DCFA28C |
| 219 | EXP MAR DEY-005189 | EXP MAR DEY-005229 | Exhibit Hill 005.pdf | 471D47C6453DB87F9A03C4A0EE394683 |
| 220 | EXP MAR DEY-005230 | EXP MAR DEY-005258 | Exhibit Hill 006.pdf | E81B19FFAB52A648BF3133847861A85C |
| 221 | EXP MAR DEY-005259 | EXP MAR DEY-005263 | Exhibit Hill 007.pdf | 496A9685085B89450DBFF3484E574C69 |
| 222 | EXP MAR DEY-005264 | EXP MAR DEY-005267 | Exhibit Hill 008.pdf | A0B1E3F172244B7B6E2D2095B6D843A |
| 223 | EXP MAR DEY-005268 | EXP MAR DEY-005272 | Exhibit Hill 009.pdf | 9086CFBE8BA1C6273662AD5683473FC |
| 224 | EXP MAR DEY-005273 | EXP MAR DEY-005275 | Exhibit Hill 010.pdf | 44CA26426E2DCEA9D16137A5FFD69290 |
| 225 | EXP MAR DEY-005276 | EXP MAR DEY-005277 | Exhibit Hill 011.pdf | 610EECF4A50902A0D28C609F21DB3077 |
| 226 | EXP MAR DEY-005278 | EXP MAR DEY-005280 | Exhibit Hill 012.pdf | 20E7C92DFF06C431391A8D19DA14F88 |
| 227 | EXP MAR DEY-005281 | EXP MAR DEY-005281 | Exhibit Hill 013.pdf | 0AB9B869461AE0F9DA82E2524611E643 |
| 228 | EXP MAR DEY-005282 | EXP MAR DEY-005299 | Exhibit Hill 014.pdf | C67C99F215B805C1124DB3179S45872A |
| 229 | EXP MAR DEY-005300 | EXP MAR DEY-005300 | Exhibit Hill 015.pdf | 13C98S106B5CF2666E9F2B23F6613557 |
| 230 | EXP MAR DEY-005303 | EXP MAR DEY-005304 | Exhibit Hill 016.pdf | F440B8880400085EF31D3BD94633AC0B6 |
| 231 | EXP MAR DEY-005305 | EXP MAR DEY-005335 | Exhibit Hill 017.pdf | 1C27D979C61C6B1595A21F3F785F3301 |
| 232 | EXP MAR DEY-005336 | EXP MAR DEY-005374 | Exhibit Hill 018.pdf | 5562F6B1477B8304AC63A3C018EF4989 |
| 233 | EXP MAR DEY-005375 | EXP MAR DEY-005415 | Exhibit Hill 019.pdf | 1B7166F5810A1856821056GBA791A7DFF |
| 234 | EXP MAR DEY-005416 | EXP MAR DEY-005446 | Exhibit Hill 020.pdf | 2352EF2C41E10770F7077EB74E18A40 |
| 235 | EXP MAR DEY-005447 | EXP MAR DEY-005447 | Exhibit Hill 021A.pdf | 5C9BFC6F0393A6B4B09B165CDD65412F |
| 236 | EXP MAR DEY-005448 | EXP MAR DEY-005448 | Exhibit Hill 022A.pdf | A15F63D85C427E425632689F7237286 |
| 237 | EXP MAR DEY-005449 | EXP MAR DEY-005455 | Exhibit Hill 023.pdf | 375C9AAF222B66B745FAAE39F875904 |
| 238 | EXP MAR DEY-005456 | EXP MAR DEY-005485 | Exhibit Hill 024.pdf | D6CB86AD4D759FE3AC9292745FFDD6B85 |
| 239 | EXP MAR DEY-005486 | EXP MAR DEY-005486 | Exhibit Hill 025A.pdf | 8BCB1A6736E98606AFC83B8E166322A7 |
| 240 | EXP MAR DEY-005487 | EXP MAR DEY-005487 | Exhibit Hill 026A.pdf | 02FE4757079F07CB423207019581CF8 |
| 241 | EXP MAR DEY-005488 | EXP MAR DEY-005488 | Exhibit Hill 027A.pdf | 13E84C78DF95A479C2E9438C4762CBE6 |
| 242 | EXP MAR DEY-005489 | EXP MAR DEY-005489 | Exhibit Hill 028A.pdf | E2944774FCB15E9160789F5068D23E7F |
| 243 | EXP MAR DEY-005490 | EXP MAR DEY-005490 | Exhibit Hill 029A.pdf | 6A8614AC5D3521A208DE48DE1ECA74C6 |
| 244 | EXP MAR DEY-005491 | EXP MAR DEY-005491 | Exhibit Hill 030A.pdf | 602BD07A4D261695AA95D0ACF4EB131C |

Expert Theodore Marmor
Source Log

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 245 | EXP MAR DEY-005492 | EXP MAR DEY-005492 | Exhibit Hill 031A.pdf | 6127C76E3897500732EDCA708CFC06C3 |
| 246 | EXP MAR DEY-005493 | EXP MAR DEY-005493 | Exhibit Hill 032A.pdf | 5BDC1B0A26650E9131429C280C8998E |
| 247 | EXP MAR DEY-005494 | EXP MAR DEY-005494 | Exhibit Hill 033A.pdf | E37D6B6D885E37DEE34A0E3398C2E566 |
| 248 | EXP MAR DEY-005495 | EXP MAR DEY-005495 | Exhibit Hill 034A.pdf | FD6689B454C821E598D281C25751408 |
| 249 | EXP MAR DEY-005496 | EXP MAR DEY-005496 | Exhibit Hill 035A.pdf | C499FBC163A27EA7E977136A5B4CD884 |
| 250 | EXP MAR DEY-005497 | EXP MAR DEY-005497 | Exhibit Hill 036A.pdf | ED1C6C6C2372FC27CA90219DC33EFE97 |
| 251 | EXP MAR DEY-005498 | EXP MAR DEY-005498 | Exhibit Hill 037A.pdf | 79CF72C0269B80FC1A7784CE9843F038 |
| 252 | EXP MAR DEY-005499 | EXP MAR DEY-005499 | Exhibit Hill 038A.pdf | F77CD2F7E3C273D14FFE5EF24EA20386 |
| 253 | EXP MAR DEY-005500 | EXP MAR DEY-005500 | Exhibit Hill 039A.pdf | 71B51431BC9A57ABDA5F8976D34B2865 |
| 254 | EXP MAR DEY-005501 | EXP MAR DEY-005501 | Exhibit Hill 040A.pdf | F10B227D04F9D0BF847ABB0D19F29613 |
| 255 | EXP MAR DEY-005502 | EXP MAR DEY-005502 | Exhibit Hill 041A.pdf | D12B1E4B8CD80FD7DAFF95F1DE9977F6 |
| 256 | EXP MAR DEY-005503 | EXP MAR DEY-005503 | Exhibit Hill 042A.pdf | 765011A844E8917841289230663810E4 |
| 257 | EXP MAR DEY-005504 | EXP MAR DEY-005504 | Exhibit Hill 043A.pdf | 2FBE53909446F560D13E782DA444A4F6 |
| 258 | EXP MAR DEY-005505 | EXP MAR DEY-005505 | Exhibit Hill 044A.pdf | B8B1B53DC3F1A41084188663388BA723 |
| 259 | EXP MAR DEY-005506 | EXP MAR DEY-005506 | Exhibit Hill 045A.pdf | 66D467B7CE43792859074C199A6FA588 |
| 260 | EXP MAR DEY-005507 | EXP MAR DEY-005507 | Exhibit Hill 046A.pdf | E36433F39AE3AD28AA09058C11B70168 |
| 261 | EXP MAR DEY-005508 | EXP MAR DEY-005508 | Exhibit Hill 047A.pdf | 2F314F8A5483DF7A4770F25EF0932DEB |
| 262 | EXP MAR DEY-005509 | EXP MAR DEY-005509 | Exhibit Hill 048A.pdf | D863A91EE61996BA01E617656814CB |
| 263 | EXP MAR DEY-005510 | EXP MAR DEY-005510 | Exhibit Hill 049A.pdf | 082718EAB6537F7DD913D6A07302072 |
| 264 | EXP MAR DEY-005511 | EXP MAR DEY-005511 | Exhibit Hill 050A.pdf | A71BA4F0A54C340433EF0C8E77CEF4B4 |
| 265 | EXP MAR DEY-005512 | EXP MAR DEY-005512 | Exhibit Hill 051A.pdf | 7D4DF64C8970EF4EB584E7053E70ECCA |
| 266 | EXP MAR DEY-005513 | EXP MAR DEY-005513 | Exhibit Hill 052A.pdf | F5C68AC30040B1FDBCE985FC818FC0FF |
| 267 | EXP MAR DEY-005514 | EXP MAR DEY-005514 | Exhibit Hill 053A.pdf | 935SD867A8EAD3F98258EDEE311228A1 |
| 268 | EXP MAR DEY-005515 | EXP MAR DEY-005515 | Exhibit Hill 054A.pdf | 15601B13139FEEA2790A6A9DA1789D8 |
| 269 | EXP MAR DEY-005516 | EXP MAR DEY-005516 | Exhibit Hill 055A.pdf | 8F5A2D4A6C12536F108D0367BCAB5F81 |
| 270 | EXP MAR DEY-005517 | EXP MAR DEY-005517 | Exhibit Hill 056A.pdf | 7E08E49ABE385318F4C875C738D46171 |
| 271 | EXP MAR DEY-005518 | EXP MAR DEY-005518 | Exhibit Hill 057A.pdf | 608EC6F8F16826E6FCE36A9D7CEFFFAE |
| 272 | EXP MAR DEY-005519 | EXP MAR DEY-005519 | Exhibit Hill 058A.pdf | 67B16D2C5C0B910A7ADBAA6A52172BED |
| 273 | EXP MAR DEY-005520 | EXP MAR DEY-005520 | Exhibit Hill 059A.pdf | D16E42CDEBAC115DCA73305B78ECBFE21 |
| 274 | EXP MAR DEY-005521 | EXP MAR DEY-005521 | Exhibit Hill 060A.pdf | 89E08121817813AC54ECCEE161E2B007 |
| 275 | EXP MAR DEY-005522 | EXP MAR DEY-005522 | Exhibit Hill 061A.pdf | 24BA0C96C5F5BD357E711E51456309C |
| 276 | EXP MAR DEY-005523 | EXP MAR DEY-005523 | Exhibit Hill 062A.pdf | 86531F8E180AEDA3C377D8B85A222E8C |
| 277 | EXP MAR DEY-005524 | EXP MAR DEY-005524 | Exhibit Hill 063A.pdf | 77E796D099DDFBD0C8821F1C17F16D30 |
| 278 | EXP MAR DEY-005525 | EXP MAR DEY-005525 | Exhibit Hill 064A.pdf | 58S3310F3068B8F421C002260DF4ED20 |
| 279 | EXP MAR DEY-005526 | EXP MAR DEY-005526 | Exhibit Hill 065A.pdf | 43DF0CF204F4ACD1D8D814C29DCC2215 |

Expert Theodore Marmor
Source Log

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|-------|---------|---------|----------|---------|
| 280 | EXP MAR DEY-005527 | EXP MAR DEY-005527 | | CE2D9FCC40B3EAA23C8F934987FD1DA5 |
| 281 | EXP MAR DEY-005528 | EXP MAR DEY-005528 | | C739D174557422882E135881C5366DC4 |
| 282 | EXP MAR DEY-005529 | EXP MAR DEY-005529 | | 4F3AFDBC12E9DB39578894CA7D660D9B3 |
| 283 | EXP MAR DEY-005530 | EXP MAR DEY-005530 | | 7DDF57CD1F71AE0A3B9D53E8BDE3528D |
| 284 | EXP MAR DEY-005531 | EXP MAR DEY-005531 | Exhibit Hill 066A.pdf | 4C3E23D1674B45BEC03CF47E1C4874A6 |
| 285 | EXP MAR DEY-005532 | EXP MAR DEY-005532 | Exhibit Hill 067A.pdf | 309443F2167BC26AD46848C2A7D2211 |
| 286 | EXP MAR DEY-005533 | EXP MAR DEY-005533 | Exhibit Hill 068A.pdf | 491503CE98EB70778C027C0ED547A670 |
| 287 | EXP MAR DEY-005534 | EXP MAR DEY-005534 | Exhibit Hill 069A.pdf | 00EAA6D1BA63E32B7A608ED493F6DAEA |
| 288 | EXP MAR DEY-005535 | EXP MAR DEY-005535 | Exhibit Hill 070A.pdf | B4AC80964F522015CF287FA9A965CE08 |
| 289 | EXP MAR DEY-005536 | EXP MAR DEY-005536 | Exhibit Hill 071A.pdf | 59B9DD0D724C8CD0FF8AC32588E5589C |
| 290 | EXP MAR DEY-005537 | EXP MAR DEY-005537 | Exhibit Hill 072A.pdf | 4D2D5527DD0695A4CC58F76C271AB13 |
| 291 | EXP MAR DEY-005538 | EXP MAR DEY-005539 | Exhibit Hill 073A.pdf | E465C0610F2324999F8410FE617BF6A |
| 292 | EXP MAR DEY-005540 | EXP MAR DEY-005541 | Exhibit Hill 074A.pdf | 1C459DCBF2AD7B8EBDD611F2C2FF0474 |
| 293 | EXP MAR DEY-005542 | EXP MAR DEY-005543 | Exhibit Hill 075A.pdf | F17F54A51F5505A9130D52138CD67AF8 |
| 294 | EXP MAR DEY-005544 | EXP MAR DEY-005546 | Exhibit Hill 076A.pdf | 48A134E4BA62373E84FE04FE50C348CA |
| 295 | EXP MAR DEY-005547 | EXP MAR DEY-005548 | Exhibit Johnston 001.pdf | 973EFF967E26A90BAFASD905F7EB76FC |
| 296 | EXP MAR DEY-005561 | EXP MAR DEY-005561 | Exhibit Johnston 002.pdf | 8FBB5F7C6CD010151F2254AD381CA26E |
| 297 | EXP MAR DEY-005562 | EXP MAR DEY-005569 | Exhibit Johnston 003.pdf | 13762E15422457C320E233ED73094508 |
| 298 | EXP MAR DEY-005570 | EXP MAR DEY-005571 | Exhibit Johnston 004.pdf | B380F6CC90A077C8F79F4EE2ABFDF253C |
| 299 | EXP MAR DEY-005572 | EXP MAR DEY-005575 | Exhibit Johnston 005.pdf | 7CDEA5D1F50C4F37BA0199225D8AD157 |
| 300 | EXP MAR DEY-005575 | EXP MAR DEY-005576 | Exhibit Johnston 006.pdf | 7600F6CABF76D56D0922DC6612AAC59F |
| 301 | EXP MAR DEY-005577 | EXP MAR DEY-005579 | Exhibit Johnston 007.pdf | A21B922D9714647S090C49B8A14E8A4E |
| 302 | EXP MAR DEY-005580 | EXP MAR DEY-005580 | Exhibit Johnston 008.pdf | 6F85DA560385AA8C570BABA816BB1CAC |
| 303 | EXP MAR DEY-005581 | EXP MAR DEY-005582 | Exhibit Johnston 009.pdf | 1B07D89B83DEA2F23E79B5DF4AEE4E89 |
| 304 | EXP MAR DEY-005583 | EXP MAR DEY-005588 | Exhibit Johnston 010.pdf | A10184216E5B681C6DEEFEB9AD8821F |
| 305 | EXP MAR DEY-005589 | EXP MAR DEY-005590 | Exhibit Johnston 011.pdf | 0B66CCB1B817826E4227C7330973AA8F |
| 306 | EXP MAR DEY-005596 | EXP MAR DEY-005596 | Exhibit Johnston 012.pdf | 9F219D29448D889E5B0DDD07A45SC650 |
| 307 | EXP MAR DEY-005597 | EXP MAR DEY-005598 | Exhibit Johnston 013.pdf | 68085FCBD6DCC563AA35238B826AA233 |
| 308 | EXP MAR DEY-005599 | EXP MAR DEY-005602 | Exhibit Johnston 014.pdf | 200SC645ACBEFD852E2507F8FFC2973 |
| 309 | EXP MAR DEY-005603 | EXP MAR DEY-005605 | Exhibit Johnston 015.pdf | 5F9C2F3E244EB68436B8A6B2C9852119 |
| 310 | EXP MAR DEY-005606 | EXP MAR DEY-005607 | Exhibit Johnston 016.pdf | 41B05A07815300913AFB0300C780AF34 |
| 311 | EXP MAR DEY-005608 | EXP MAR DEY-005609 | Exhibit Johnston 017.pdf | 8E8B0CD37E1F2FB9911AF002FCA11483 |
| 312 | EXP MAR DEY-005610 | EXP MAR DEY-005614 | Exhibit Johnston 018.pdf | 280263CD736A575A95DF6125SB06A896 |
| 313 | EXP MAR DEY-005615 | EXP MAR DEY-005622 | Exhibit Johnston 019.pdf | 3167F948F1681CD47ECCAA1DA7D76CE |
| 314 | EXP MAR DEY-005623 | EXP MAR DEY-005628 | Exhibit Johnston 020.pdf | 9BEACE4DB6D9AAC0F31568E7F5A6C3B3 |

Exhibit Johnston 021.pdf
Exhibit Johnston 022.pdf
Exhibit Johnston 023.pdf
Exhibit Johnston 024.pdf

Expert Theodore Marmor
Source Log

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 315 | EXP MAR DEY-005629 | EXP MAR DEY-005702 | Exhibit Johnston 025.pdf | 96A3E4F80F69181GA7421F0BAEC963E7 |
| 316 | EXP MAR DEY-005703 | EXP MAR DEY-005709 | Exhibit Johnston 026.pdf | 5E9BAA83789A21A64FB1832057EF68AA |
| 317 | EXP MAR DEY-005710 | EXP MAR DEY-005713 | Exhibit Johnston 027.pdf | 1EC1E1BAD9A5B1889E79E93A95968FFE |
| 318 | EXP MAR DEY-005714 | EXP MAR DEY-005719 | Exhibit Johnston 028.pdf | 20CF018E0F76C7010D3684AB9A334D32 |
| 319 | EXP MAR DEY-005720 | EXP MAR DEY-005726 | Exhibit Johnston 029.pdf | 8C65D883D3030CBAF69F56FCE249D5EB |
| 320 | EXP MAR DEY-005727 | EXP MAR DEY-005749 | Exhibit Johnston 030.pdf | 18FE86FF12D4AADFD940C97A2ED884F0 |
| 321 | EXP MAR DEY-005750 | EXP MAR DEY-005754 | Exhibit Johnston 031.pdf | 7C1E56A8A5AE2AE052BE8EC5539828E |
| 322 | EXP MAR DEY-005755 | EXP MAR DEY-005847 | Exhibit Johnston 032.pdf | 4F44331 3E37F7A28B3268D71 38529652 |
| 323 | EXP MAR DEY-005848 | EXP MAR DEY-005856 | Exhibit Johnston 033.pdf | 730BB7647378C0BE5F46BDFF2BDFB6A6 |
| 324 | EXP MAR DEY-005857 | EXP MAR DEY-005864 | Exhibit Johnston 034.pdf | 38CAFECF690240D22378EA233A560171 |
| 325 | EXP MAR DEY-005865 | EXP MAR DEY-005866 | Exhibit Johnston 035.pdf | DB4587D9CBEFE974B660B7DA791AF723 |
| 326 | EXP MAR DEY-005867 | EXP MAR DEY-005867 | Exhibit Johnston 036.pdf | 02E8672A10D6639E6ADF9C86CED7BA67 |
| 327 | EXP MAR DEY-005868 | EXP MAR DEY-005870 | Exhibit Johnston 037.pdf | 0109E7271C4DF049DFA30358C64DE3F0 |
| 328 | EXP MAR DEY-005871 | EXP MAR DEY-005871 | Exhibit Johnston 038.pdf | E4D13B88615CC200BF131933343929C5 |
| 329 | EXP MAR DEY-005872 | EXP MAR DEY-005872 | Exhibit Johnston 039.pdf | E6CA38E75 70B48E95A7BF3183B2EA03 |
| 330 | EXP MAR DEY-005873 | EXP MAR DEY-005873 | Exhibit Johnston 040.pdf | CFFA94B5B68F62D6328F91271CE8F17E |
| 331 | EXP MAR DEY-005874 | EXP MAR DEY-005874 | Exhibit Johnston 041.pdf | 9E5097B0E2272C91C477O3C7182CC743 |
| 332 | EXP MAR DEY-005875 | EXP MAR DEY-005875 | Exhibit Johnston 042.pdf | 0D11B8276FDC9F7DAB3720549C5DDF44 |
| 333 | EXP MAR DEY-005876 | EXP MAR DEY-005876 | Exhibit Johnston 043.pdf | 70FC2C240E517480B1586A784420E279 |
| 334 | EXP MAR DEY-005877 | EXP MAR DEY-005877 | Exhibit Johnston 044.pdf | 10DA409E3A3575ADA5FB9732FD61369 |
| 335 | EXP MAR DEY-005878 | EXP MAR DEY-005878 | Exhibit Johnston 045.pdf | 8F529487A5AC6968BA4C289C7F99E94 |
| 336 | EXP MAR DEY-005879 | EXP MAR DEY-005879 | Exhibit Johnston 046.pdf | 66A5896DAA391BF8997DC1386E0F56566 |
| 337 | EXP MAR DEY-005880 | EXP MAR DEY-005880 | Exhibit Johnston 047.pdf | 15E2EB9A5614C73A66D0E13C8A151768 |
| 338 | EXP MAR DEY-005881 | EXP MAR DEY-005882 | Exhibit Johnston 048.pdf | 2271259A2C1E6388BE7DE020C00A8A68 |
| 339 | EXP MAR DEY-005883 | EXP MAR DEY-005886 | Exhibit Johnston 049.pdf | CE7E6AEFCE94E40EE1 2168B36D51E318 |
| 340 | EXP MAR DEY-005887 | EXP MAR DEY-005924 | Exhibit Johnston 050.pdf | 4932 6CB7E1 58D8A7D64AC6B09B8417CA |
| 341 | EXP MAR DEY-005925 | EXP MAR DEY-005925 | Exhibit Johnston 051.pdf | 3663C83BC427E64038F3A2FF4B781DE1 |
| 342 | EXP MAR DEY-005927 | EXP MAR DEY-005932 | Exhibit Johnston 052.pdf | 58080BFC0C05A39969E C7F3165CEA6DD |
| 343 | EXP MAR DEY-005933 | EXP MAR DEY-005935 | Exhibit Johnston 053.pdf | 93D5273 5E4C0020BD88E0D39A50FBBD |
| 344 | EXP MAR DEY-005936 | EXP MAR DEY-005937 | Exhibit Johnston 054.pdf | 0FE515A794A5CFD8928AAA8ED3F331AB |
| 345 | EXP MAR DEY-005938 | EXP MAR DEY-005938 | Exhibit Johnston 055.pdf | 83AD93A06A64FDB641EFBCFCA6709460 |
| 346 | EXP MAR DEY-005939 | EXP MAR DEY-006236 | Exhibit Johnston 056.pdf | D67057 69A00541FC3945FA27BDD59CFD |
| 347 | EXP MAR DEY-006237 | EXP MAR DEY-006240 | Exhibit Johnston 057.pdf | F8C6652C2CD54FABE1ED1CFA5969010 |
| 348 | EXP MAR DEY-006241 | EXP MAR DEY-006241 | Exhibit Johnston 058.pdf | 78E5A801C0B31BEA0D72088FFBE4AAE88 |
| 349 | EXP MAR DEY-006242 | EXP MAR DEY-006245 | Exhibit Roxane 023.pdf | 08A6983FCAF1D537B3E68C09E4F260FD |

**Expert Theodore Marmor**
**Source Log**

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 350 | EXP MAR DEY-006246 | EXP MAR DEY-006247 | Exhibit Roxane 024.pdf | 3937DAF2215373574F510DB41ECCFEDE |
| 351 | EXP MAR DEY-006248 | EXP MAR DEY-006249 | Exhibit Roxane 025.pdf | 4DB8B9F6F4ED562E2B28EA330037FC68 |
| 352 | EXP MAR DEY-006250 | EXP MAR DEY-006254 | Exhibit Roxane 026.pdf | B9D9518840DFFA8AED3EDE4E54F547DB1 |
| 353 | EXP MAR DEY-006255 | EXP MAR DEY-006255 | Exhibit Roxane 027.pdf | E9B97FD6AEE4528BE98A72ABD538BFC2 |
| 354 | EXP MAR DEY-006256 | EXP MAR DEY-006257 | Exhibit Roxane 028.pdf | 2501C9F7D0F1B84971068F53C3EBD64C |
| 355 | EXP MAR DEY-006258 | EXP MAR DEY-006258 | Exhibit Roxane 029.pdf | 677C83CDFBECDD8D45742712D3F537FD |
| 356 | EXP MAR DEY-006259 | EXP MAR DEY-006261 | Exhibit Roxane 030.pdf | 26B27A50B1C2D31DE7F0DDF22FC92FD9 |
| 357 | EXP MAR DEY-006262 | EXP MAR DEY-006262 | Exhibit Roxane 031.pdf | 207DF960F3C0780708AEC2B0C258FBFE |
| 358 | EXP MAR DEY-006263 | EXP MAR DEY-006263 | Exhibit Roxane 032.pdf | C20F42971C04E8346E1BAD9C913806A5 |
| 359 | EXP MAR DEY-006264 | EXP MAR DEY-006269 | Exhibit Roxane 033.pdf | 1D045DFEB0CA3252503D3F4E4FE5B8788 |
| 360 | EXP MAR DEY-006270 | EXP MAR DEY-006276 | Exhibit Roxane 034.pdf | B1D5846AC769666546DC2B7C0EF08400 |
| 361 | EXP MAR DEY-006277 | EXP MAR DEY-006290 | Exhibit Roxane 035.pdf | 423B8B658CED48B36728AA54BA0F8F1A |
| 362 | EXP MAR DEY-006291 | EXP MAR DEY-006297 | Exhibit Roxane 036.pdf | D08CA00B5C80C2325EA37B6947C8A26F |
| 363 | EXP MAR DEY-006298 | EXP MAR DEY-006301 | Exhibit Roxane 037.pdf | E8A4DB694C5CDC6C11729AAACB37CC17 |
| 364 | EXP MAR DEY-006302 | EXP MAR DEY-006306 | Exhibit Roxane 038.pdf | 9BF7AABDCFD27A8BC61S0E779EFE49C8 |
| 365 | EXP MAR DEY-006307 | EXP MAR DEY-006310 | Exhibit Roxane 194.pdf | 79AA9184151A2EB616F32F05E7945765 |
| 366 | EXP MAR DEY-006311 | EXP MAR DEY-006311 | Exhibit Roxane 195.pdf | B31701C680C8CCBA017B583C2A245A34 |
| 367 | EXP MAR DEY-006325 | EXP MAR DEY-006333 | Exhibit Roxane 196.pdf | 5F28888D9E782566B6F35A9C8F2B8C5 |
| 368 | EXP MAR DEY-006334 | EXP MAR DEY-006357 | Exhibit Roxane 197.pdf | 7DC8E344C8DAF2998E0C982AC626B09C |
| 369 | EXP MAR DEY-006358 | EXP MAR DEY-006389 | Exhibit Roxane 198.pdf | FD92DC2E2D4E750EE273CAE21F91BC58 |
| 370 | EXP MAR DEY-006390 | EXP MAR DEY-006698 | Exhibit Roxane 199.pdf | 2967174B118368A5C1C27EE14619262B |
| 371 | EXP MAR DEY-006699 | EXP MAR DEY-006699 | Exhibit Roxane 200.pdf | 96509D80C2C77345B0E2D6BAF0DE9463 |
| 372 | EXP MAR DEY-006700 | EXP MAR DEY-006700 | Exhibit Roxane 201.pdf | 18E5C8EB11FD0E0E3966DB09247C7D3C |
| 373 | EXP MAR DEY-006701 | EXP MAR DEY-006701 | Exhibit Roxane 202.pdf | ED081D9FC1748940169208CCC6C191E |
| 374 | EXP MAR DEY-006703 | EXP MAR DEY-006718 | Exhibit Roxane 203.pdf | 4CDD961964B482EF3448E64F68SB74A |
| 375 | EXP MAR DEY-006719 | EXP MAR DEY-006764 | Exhibit Roxane 204.pdf | CE15C69D334A8B045EDD1D9B0C66682 |
| 376 | EXP MAR DEY-006765 | EXP MAR DEY-006767 | Exhibit Roxane 205.pdf | E392F9B55E1DAA6CDA4C74157F67071 |
| 377 | EXP MAR DEY-006768 | EXP MAR DEY-006769 | Exhibit Roxane 206.pdf | BFB8EE3C48590B95E36797A1078F94D0 |
| 378 | EXP MAR DEY-006770 | EXP MAR DEY-006775 | Exhibit Roxane 207.pdf | 7E068542AD34A1AE7D2A9BFCF00F6B3A |
| 379 | EXP MAR DEY-006776 | EXP MAR DEY-007437 | Exhibit Roxane 208.pdf | 7FADC4E67C801CC183C33E5B29803791 |
| 380 | EXP MAR DEY-007438 | EXP MAR DEY-010384 | Exhibit Roxane 209.pdf | CF07F5FA8C9AAD18D5FC2C42971B2DBF |
| 381 | EXP MAR DEY-010385 | EXP MAR DEY-010386 | HHS.HI.pdf | 4B474CBF9C68567AE38A0430GABA2CE5 |
| 382 | EXP MAR DEY-010387 | EXP MAR DEY-011017 | Hill, William.txt | B35D1B53654BE58F9174F4F3D0191C844 |
| 383 | EXP MAR DEY-011018 | EXP MAR DEY-011176 | Johnston, Russell - Vol. II.txt | CB0AC10B61D290710SAAE21499581E45 |
| 384 | EXP MAR DEY-011177 | EXP MAR DEY-011298 | Johnston, Russell.txt | 2EE481D32227EB0C880600B0393738A7E |

**Expert Theodore Marmor**
**Source Log**

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 385 | EXP MAR DEY-011299 | EXP MAR DEY-011299 | Jones, T. Mark - Vol. III.ptx | AD6D314179F25046C6A621F6E28E575A |
| 386 | EXP MAR DEY-011300 | EXP MAR DEY-011466 | Jones, T. Mark - Vol. III.txt | 20CB3447A29CE1289A6C7D11FE8C581D |
| 387 | EXP MAR DEY-011467 | EXP MAR DEY-011467 | Jones, T. Mark - Vol. IV.ptx | E7BFC9545599C0DE76A0A059AA2D5E87 |
| 388 | EXP MAR DEY-011468 | EXP MAR DEY-011616 | Jones, T. Mark - Vol. IV.txt | B017C62E21945AF8E23EBB48CE84541C |
| 389 | EXP MAR DEY-011617 | EXP MAR DEY-011617 | Managed Healthcare Associates (Raymond Schwartz).ptx | EA9A2DBC66C42E82769A715563F65E8D |
| 390 | EXP MAR DEY-011618 | EXP MAR DEY-011753 | R. Vito 061907.txt | 51S8BF9C4C7EF8596D09F69F68C0A12B |
| 391 | EXP MAR DEY-011754 | EXP MAR DEY-011907 | R. Vito 062007.txt | 4111DD6CAFD0C5EE6F44C9459B28D99F |
| 392 | EXP MAR DEY-011908 | EXP MAR DEY-012582 | R. Vito 2-5-08.txt | 70B328339 6A408EC9BD40620 31769358 |
| 393 | EXP MAR DEY-012583 | EXP MAR DEY-012619 | Saris.conf.07-24-08.pdf | 2DBD94F56E47F76DE936DE078E900E4C |
| 394 | EXP MAR DEY-012620 | EXP MAR DEY-012650 | Saris.mhrg-2.07-24-08.pdf | D47F1372D46502FFE676EB3DF6EE0544 |
| 395 | EXP MAR DEY-012651 | EXP MAR DEY-012837 | UHL.txt | AA5F71694502A2ACA72DB55219C880AD |
| 396 | EXP MAR DEY-012838 | EXP MAR DEY-013556 | Ven-A-Care (T. Mark Jones) - Vol. II.txt | F5000FC99DB4F77B2EADF9300DA1F2F1 |
| 397 | EXP MAR DEY-013557 | EXP MAR DEY-014246 | Ven-A-Care (T. Mark Jones).txt | F0408F70E1C819BA1C73DA1BD4EF8FB9 |
| 398 | EXP MAR DEY-014247 | EXP MAR DEY-014396 | Vito, Robert - Vol. IV.txt | 51D1FC69588503A79B4810D875EFEED5 |
| 399 | EXP MAR DEY-014397 | EXP MAR DEY-014561 | Wells, Jerry.txt | 8CED5D6D5AFC3DD1573E143AACC9B3DF |

Expert Theodore Marmor Supplemental Log

| DocID | BegDoc# | EndDoc# | Filename | MD5Hash |
|---|---|---|---|---|
| 37 | EXP MAR DEY-014562 | EXP MAR DEY-014562 | 1-10-09 Email RB.pdf | F9A678BAE37831EDC54872039DC93716 |
| 38 | EXP MAR DEY-014563 | EXP MAR DEY-014565 | 1-21-2009 Email RB TM and CD.pdf | 9095B05B3C58A1659E5E10A2FC30E61F |
| 39 | EXP MAR DEY-014566 | EXP MAR DEY-014568 | 1-21-2009 Email TM and RB.pdf | 1F4DDA74756A6B87C53A455F0173C6C32 |
| 40 | EXP MAR DEY-014569 | EXP MAR DEY-014641 | 12.23.08 S J opinion.pdf | C1007DD459B7FFC84EE60215353A811 |
| 41 | EXP MAR DEY-014642 | EXP MAR DEY-014670 | 2008-11-14 Roxane responses and objections to Plaintiffs 2nd roggs.pdf | 13107C35D437BA7F748349C131603AB8 |
| 42 | EXP MAR DEY-014671 | EXP MAR DEY-014761 | Amicus Brief - Motion to Dismiss - 08-10852.pdf | 785808D3F9A18B2796061D0E35E0F283 |
| 43 | EXP MAR DEY-014762 | EXP MAR DEY-014765 | Bliley Letter.pdf | 745250747D4F7806D491D754FA0D501C |
| 44 | EXP MAR DEY-014766 | EXP MAR DEY-014771 | D1-TX-0090875.pdf | F0625EB9EA0CE9AD9B5D7AC1D25EBDA0 |
| 45 | EXP MAR DEY-014772 | EXP MAR DEY-014774 | Email to Marmor 1-21-09.pdf | 0A0F0303A81180480E4195BB69FAE319 |
| 46 | EXP MAR DEY-014775 | EXP MAR DEY-014776 | HCFA HQ Memo re moratorium, HHC902-0878.pdf | 8D0A5CFF2F84AB90475356C794737409 |
| 47 | EXP MAR DEY-014777 | EXP MAR DEY-014778 | HCFA Reg. 1 Memo re moratorium, HHC006-0428.pdf | 6B580FB75A0642DD71FB98139215B7E0 |
| 48 | EXP MAR DEY-014779 | EXP MAR DEY-014780 | HCFA Reg. IX Memo re moratorium, HI 3126.pdf | 7945FE3F8CF2A7A1917CDEDC0E53C679 |
| 49 | EXP MAR DEY-014781 | EXP MAR DEY-014782 | HCFA Reg. X Memo re moratorium, HHC019-0150.pdf | 4ED6E7FD27762S2A1331236BD1025C4B |
| 50 | EXP MAR DEY-014783 | EXP MAR DEY-014786 | img-122094736.pdf | AC89B786A0C8DCF1E2AB50DB38852A8E |
| 51 | EXP MAR DEY-014787 | EXP MAR DEY-014790 | Marmor Report.012109.pdf | C905808AECB148S7CEF33AA4564CED40 |
| 52 | EXP MAR DEY-014791 | EXP MAR DEY-014851 | US Responses to Requests in Abbotts Revised 1st Set RFAs.pdf | 9CBC86962802E4180FD985C4640338C |
| 53 | EXP MAR DEY-014852 | EXP MAR DEY-014854 | Waterer Email.pdf | CC47BC3E10A83D71D9A64762F5985D78 |
| 54 | EXP MAR DEY-014855 | EXP MAR DEY-014855 | Breen Server material 12-08 - present.xls | 2129B8A01D7E12065DDD25FE9635F0AF |