# Exhibit 7

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the March 12, 2010 Declaration of Neil Merkl in Support of**
**Dey Defendants' Motion** *In Limine* **to Exclude from Evidence the Reports and**
**Testimony of Theodore R. Marmor, Ph.D.**

***Marmor Supplemental List of Materials Considered***
*Depositions*

| Date | Individual Deposed | Affiliation |
|---|---|---|
| 10/30/2001 | Charles Rice | Dey CEO |
| 11/7/2002 | Charles Rice | Dey CEO |
| 3/24/2003 | Charles Rice | Dey CEO |
| 12/15/2008 | Jerry Wells | Florida Medicaid Bureau Chief |
| 5/9/2007 | Mark Jones | Ven-a-Care Representative |
| 3/18/2008 | Mark Jones | Ven-a-Care Representative |
| 3/19/2008 | Mark Jones | Ven-a-Care Representative |
| 12/8/2008 | Mark Jones | Ven-a-Care Representative |
| 12/9/2008 | Mark Jones | Ven-a-Care Representative |
| 2/13/2008 | Raymond Schwartz | Managed Healthcare Associates |
| 6/19/2007 | Robert Vito | OIG |
| 6/20/2007 | Robert Vito | OIG |
| 2/5/2008 | Robert Vito | OIG |
| 2/6/2008 | Robert Vito | OIG |

*Additional Documents*

| Date | Affilated Company | Title | Notes |
|---|---|---|---|
| 4/15/2003 | Dey | Complaint for Injunctive Relief, Damages and Other Relief | Dey suit against First Databank and Medispan for lowering their AWPs starting 2003 |
| 8/24/2006 | Dey | United States Complaint | Dey is being sued for making fraudulent claims on the prices of 3 drugs from 12-31-92 - 2004 |
| 6/23/2008 | Dey | Responses and Objections to Plaintiff's First Set of Interrogatorries | US/VAC vs. Dey: Interrogatory responses by Dey |
| 7/3/2008 | Dey | Responses and Objections to Interrogatory Number 22 | Dey requests the plaintiff's not to contact current or former employees and refuse to give out contact info |
| 9/29/2008 | Dey | United States First Amended Complaint | Amended Original Complaint against Dey, time period in question remains 12-31-92 - 2004 |
| 2/9/2007 | Roxanne | United States Complaint | Roxanne is being sued for making fraudulent claims on the prices of 9 drugs from 1996-2004 |
| 11/14/2008 | Roxanne | Responses and Objections to Plaintiff's Second Interrogatorries | US/VAC vs. Roxanne: Interrogatory responses by Roxanne |
| 12/2/2008 | Roxanne | United States First Amended Complaint | Amended Original Complaint against Roxanne, time period in question remains 1996-2004 |
| 12/23/2008 | Numerous | Massachusetts vs. Mylan Laboratories: Memorandum and Order | Saris Denies Summary Judgement requested by defendants: Explanation and Order |
| 1/15/2009 | Abbott | United States Ordered Responses to Abbott First Set of Revised Requests for Admission | Responses to Abbott Requests by US Government and Ven-a-Care |

| | | |
|---|---|---|
| 1/15/2009 Numerous | Amicus Curiae Brief of the United States in Response to the Defendants Motion to Dismiss | US and Ven-A-Care vs. Activis Mid Atlantic technical legal efforts to get the case dismissed |