# Exhibit 8

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the March 12, 2010 Declaration of Neil Merkl in Support of**
**Dey Defendants' Motion *In Limine* to Exclude from Evidence the Reports and**
**Testimony of Theodore R. Marmor, Ph.D.**

## STATE MEDICAID DEPOSITION LIST

| Deponent | State | Date |
|---|---|---|
| Anderson, Jesse | OR | 12/16/2008 |
| Avarista, Paula | RI | 12/4/2008 |
| Bridges, Suzette | AR | 12/10/2008 |
| Bridges, Suzette | AR | 12/11/2008 |
| Campana, Dave | AK | 8/21/2008 |
| Chapman, Allen | CO | 12/15/2008 |
| Cheloha, Gary | WA | 12/2/2008 |
| Clifford, Margaret | NH | 10/29/2008 |
| Davis, Myra | WA | 12/3/2008 |
| Denemark, Cynthia | DE | 12/10/2008 |
| Duarte, Charles | HI Medicaid | 5/21/2008 |
| Dubberly, Jerry | GA | 12/15/2008 |
| Ferrand, Lisa | NH | 10/28/2008 |
| Fine, Joseph | MD | 12/9/2008 |
| Gorospe, Kevin | CA | 12/3/2008 |
| Haase, Anne | ND | 12/1/2008 |
| Hautea-Wimpee, Ayuni | WA | 11/24/2008 |
| Hautea-Wimpee, Ayuni | WA | 12/2/2008 |
| Hayashi, Keith | VA | 12/4/2008 |
| Hiramatsu, Aileen | HI | 5/1/2008 |
| Hiramatsu, Aileen | HI | 5/2/2008 |
| Homar, Roxanne | WY | 12/2/2008 |
| Homar, Roxanne | WY | 12/3/2008 |
| Iversen, Larry | SD | 12/15/2008 |
| Jones, Colleen | WY | 12/3/2008 |
| Joyce, Brendan | ND | 12/12/2008 |
| Kenyon, James | MI | 3/25/2008 |
| Ketchum, Kathy | OR | 12/15/2008 |
| Kramer, Sandra | MI | 3/25/2008 |
| Terreboone, Mary | LA | 11/7/2008 |
| Milliken, Leslie | WY | 12/3/2008 |
| Nesser, Nancy | OK | 12/12/2008 |
| Stevens, Robert | NM | 12/15/2008 |
| O'Connor, Frank | DE | 12/10/2008 |
| Parker, James | IL | 11/18/2008 |
| Ridout, 30.b.1 | NC | 12/5/2008 |
| Rugg, Ann | VT | 12/15/2008 |
| Shirley, Carl Mark | IN | 12/2/2008 |
| Shirley, Carl Mark | IN | 12/3/2008 |
| Tetkoski, Frank | MD | 12/11/2008 |
| Tomlinson, Bryan | VA | 11/3/2008 |
| Tomlinson, Bryan | VA | 11/4/2008 |
| Turk, Omel | HI | 5/14/2008 |
| Vaccaro, Edward | NJ | 12/2/2008 |
| Vaccaro, Edward | NJ | 12/3/2008 |
| Weeks, Lisa | NC | 10/21/2008 |
| Wells, Jerry | FL | 12/15/2008 |
| Young, John | RI | 12/3/2008 |