# Exhibit 10

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the March 12, 2010 Declaration of Neil Merkl in Support of**
**Dey Defendants' Motion** *In Limine* **to Exclude from Evidence the Reports and**
**Testimony of Theodore R. Marmor, Ph.D.**

## Marmor, Ted

**From:** jpakutka@att.net
**Sent:** Tuesday, February 10, 2009 3:43 PM
**To:** Marmor, Ted
**Subject:** Fw: AWP Involvement Timeline

Resending with financials added at bottom.
John P

----- Original Message -----
**From:** jpakutka@att.net
**To:** Marmor, Ted
**Sent:** Monday, February 09, 2009 3:14 PM
**Subject:** AWP Involvement Timeline

Sept, 2004 – CT AG Calls re: possibility of being called as expert in awp case (cases eventually settle)

March, 2005 – Talk w Judd Miner

July, 2005 – Meeting with Judd Miner and Jeff Archibald.

September, 2005 – 6 month hold while decision is made whether to transfer cases to federal court

April, 2006 – first meeting with group to discuss potential areas of expertise

December, 2006 – meeting, expectation of Missouri case in early 2007

April, 2007 – meeting to discuss Alabama case, Ted visits Alabama

June, 2007 – Alabama Supreme Court separates case

September, 2007 – AL Deposition set for October 16-17

October, 2007 – AL Deposition postponed until November 13-14

November, 2007 – AL Deposition

January, 2008 – MO Deposition

March, 2008 – Work begins in US vs Abbott case

June, 2008 – Report completed, July deposition scheduled

July, 2008 – Deposition postponed

December, 2008 – Deposition scheduled for February, 2009, to include Dey & Roxanne

| Received | 2006-2009 |
|---|---|
| awp group | 165,074.65 |
| beasley | 183,591.74 |
| Breen | 240,659.80 |


DEPOSITION EXHIBIT
Marmor 9
2/12/09
Rich Germosen, CSR, CSR-R, RPR, CRR

2/10/2009

| | |
|---|---|
| Kirby | 69,971.78 |
| Miner | 66,976.43 |
| Missouri | 28,411.59 |
| Ohio | 50,000.00 |
| US DOJ | 120,634.00 |
| TOTAL | 925,319.99 |

Owed for MO deposition: 59,271
Owed for US vs Abbott et al case: 257,439 (March-July)
New bill for US vs Abbott case: 38,000 (Dec-Feb 6)
Upcoming bill for depo in this case 12,000

John Pakutka, FACHE, CHFP
Managing Director
The Crescent Group
234 Church Street, 5th Floor
New Haven, CT 06510
P 203.624.4990, F 203.624.4991
www.TheCrescentGroup.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.

2/10/2009