# Exhibit 11

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the March 12, 2010 Declaration of Neil Merkl in Support of**
**Dey Defendants' Motion** *In Limine* **to Exclude from Evidence the Reports and**
**Testimony of Theodore R. Marmor, Ph.D.**

Reed, Larry - Vol. V                                                October 2, 2008
Washington, DC

Page 994

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL         :  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE     :  CIVIL ACTION

 6    PRICE LITIGATION               :  01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO:      :

 8    U.S. ex rel. Ven-a-Care of     :  Hon.  Patti B. Saris

 9    the Florida Keys, Inc.         :

10         v.                        :

11    Dey, Inc., et al.              :

12    No. 05-11084-PBS               :

13    - - - - - - - - - - - - - - -x

14          (captions continue on following pages)

15

16

17         Videotaped deposition of LARRY REED

18                      Volume V

19

20                           Washington, D.C.

21                           Thursday, October 2, 2008

22
```

Page 1233

```
 1        Q.   Did Medicaid ever consider using the
 2   actual acquisition cost by itself as a
 3   permissible means of reimbursement?
 4             MS. OBEREMBT:  Objection.  I'm going to
 5   instruct him not to answer on the grounds of
 6   deliberative process.
 7   BY MR. MERKL:
 8        Q.   Does use of the actual acquisition cost
 9   of a drug present problems from a reimbursement
10   policy perspective that are not presented by
11   using a benchmark reimbursement model?
12             MS. OBEREMBT:  You can answer.
13             THE WITNESS:  I'm sorry.  I think -- I
14   think actual -- actual acquisition cost has an
15   issue with knowledge of that cost and the actual
16   acquisition cost for a drug may defer by
17   pharmacy, for example.  It's a number that's hard
18   to obtain.
19   BY MR. MERKL:
20        Q.   Well, wait.  Every pharmacist that gets
21   paid has to fill out a claim form, right?
22             MS. OBEREMBT:  Objection.
```