# Exhibit 12

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the March 12, 2010 Declaration of Neil Merkl in Support of**
**Dey Defendants' Motion** *In Limine* **to Exclude from Evidence the Reports and**
**Testimony of Theodore R. Marmor, Ph.D.**

Page 591

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3                    MDL NO. 1456
 4              CIVIL ACTION NO. 01-12257-PBS
 5    ---------------------------------------x
 6    In re:  PHARMACEUTICAL INDUSTRY
 7    AVERAGE WHOLESALE PRICE
 8    LITIGATION
 9    ---------------------------------------x
10    THIS DOCUMENT RELATED TO:
11    United States of America ex rel.
12    Ven-a-Care of the Florida Keys, Inc. v.
13    Boehringer Ingelheim Corp. et al.,
14    CIVIL ACTION NO. 07-10248-PBS
15    ---------------------------------------x
16         CONTINUED VIDEOTAPED DEPOSITION OF:
17       THEODORE R. MARMOR, Ph.D. - VOLUME III
18              Friday, February 13, 2009
19                  New York, New York
20
21    Reported in stenotype by:
22    Rich Germosen, CCR, CRCR, RPR, CRR, CLR
```

Page 832

1  you go from what the Soviets did to what they were
2  doing if you didn't know who it was that was in
3  the -- who made the decision to respond to Kennedy
4  as Christoph eventually did, let alone the earlier
5  question of why is it that were the missiles put
6  in to Cuba in the first place.
7      Q.   Okay.
8           Well, I guess my question to you is in
9  light of this history how is it that you can take
10 the models that Professor Allison used to analyze
11 this relatively short crisis with relatively few
12 players and apply that to the Medicare and
13 Medicaid problems over a very long period of time
14 with substantially larger number of actors spread
15 out all over the country?
16     A.   The method of analysis that Allison uses
17 to address this national security short-term
18 crisis phenomenon as you've described is general.
19 It's not restricted to crisis.  It happens that
20 that's the particular material he used to explore
21 different modes of understanding, decisions,
22 government actions, resultants and, in fact, it's

Page 833

 1    been applied to other cases including by me in my
 2    own book.
 3        Q.    Okay.
 4        A.    And not only that, it's always been
 5    applied to very long-term not only my book, but
 6    it's been applied to Senator Amy Klobuchar's book
 7    that she wrote as an undergraduate at Yale for me
 8    and with me about the building of the dome stadium
 9    in Minneapolis over a fifteen-year period.  So
10    it's not comparable to my longer book on Medicare
11    from the forties to, to 2000 is the last edition,
12    but so it, it, it, it's true as you suggest and
13    accurate in that the application of the models was
14    to a sphere of public policy and to a set of
15    circumstances which were quite special, but that
16    does not mean either that the models are
17    restricted to that or have been restricted to that
18    in the practice of political science.
19        Q.    Well, other than your book and I think
20    you said Senator Knoblocker's book?
21        A.    Not Knoblocker.  Senator Klobuchar.
22        Q.    Senator Klobuchar.  Other than Senator

Page 834

```
 1   Klobuchar's book and your book, can you think of
 2   other instances where Professor Allison's models
 3   have been applied to a social program or a social
 4   welfare program?
 5        A.   In all of the writing that I do, in all
 6   of the work that uses Model III attempts to make
 7   sense of individual episodes at policy making and
 8   Medicare and Social Security, so that, for
 9   example, Nancy Altman's book on Social Security
10   without acknowledging that what she's doing is a
11   Model III account of episodes of change in the
12   Social Security history from 1935 to two or three
13   years ago, she's one.  I can enumerate lots of
14   people who emphasize one or the other.  So, for
15   example, Dick Nelson, Richard Nelson and Sidney
16   Winter, two economists who are interested in firm
17   behavior, use the equivalent of Model II in their
18   understanding of technological adjustment in
19   various scientific and high technology areas.
20             Nelson and Winter have written a book
21   about the evolution of economic policy which
22   employs what Graham rightly calls the Cyert, C-y-
```

Page 837

1  of the people who think in terms of the
2  liabilities of using Model I.
3      Q.   You're saying that it's the most common
4  is Model III and the second most common is Model
5  II, no matter what the circumstances or the length
6  of time you're analyzing?
7      A.   No, I don't mean to imply that.  The
8  length of time you're analyzing leads much more to
9  the use of Model II.
10     Q.   Why?
11     A.   Because the information costs of
12 acquiring the kind of data that is required for a
13 full Model III account is almost impossible to
14 require over thirty or forty years.
15     Q.   Is it fair to say that as you extend the
16 time period you're analyzing the accuracy of a
17 Model III account goes down?  Let me ask that
18 differently.
19          Is it fair to say that as you extend the
20 time period you're analyzing the potential for
21 accuracy in Model III goes, potential for
22 inaccuracy in Model III goes up?

Page 838

```
 1        A.    Not --
 2              MS. THOMAS:  Objection.
 3              Form.
 4        A.    Yeah, interesting.  I addressed exactly
 5   that problem in the second edition of my Medicare
 6   book.  It was forty years from basically -- well,
 7   not forty, thirty-five years, '65 roughly to 2000.
 8              And I could not possibly give the kind
 9   of Model III attention that I'd given to the
10   legislative decision in 1965 that I'd given to all
11   the, all the years along the way.  And so my
12   resolution of that was to select what I regarded
13   as important episodes in that history and posed
14   questions that way of that form for those episodes
15   and then try to summarize on the basis of my
16   understanding of the routines that had been
17   captured what took place in between and give a
18   portrait that was comprised of the two forms of
19   findings.
20              And it comes also -- I mean another
21   person who works in this area is Carolyn Tui of
22   the University of Toronto and just to illuminate
```

1  that, and she's written a book called Accidental
2  Logics which I reviewed and read in manuscript and
3  there her effort is to distinguish between what
4  accounts for a change in the rules of the game and
5  what accounts for patterns of conduct within the
6  rules of the game and that's the -- the second one
7  is more likely to be the Model II assuming that
8  conventional ways.  The first one would be, would
9  require much more in the way of how do you account
10 for a big change.
11     Q.  Is it fair to say that as you extend the
12 time period it's harder to acquire the information
13 just due to the passage of time to do an adequate
14 Model III analysis?
15     A.  I think that's -- it's not uniformly the
16 case depending on the accessibility of
17 information, but it would be typically the case.
18 There are certain kinds of investigations which by
19 their nature are so secret and so restricted that
20 even doing it at one period of time is hard
21 enough, but yes, I would think there is some
22 reasonable connection between the extension of

```
 1   time and the difficulty of acquiring the
 2   historical information.
 3       Q.   Uh-huh.
 4            I know in connection with the writing of
 5   your book you were very complimentary or you were
 6   -- you felt it was important that you had actual
 7   access at the beginning of the Medicare program,
 8   right?  You felt that was an important factor for
 9   your ability to draft the book?
10       A.   What I -- yes and no.  Certainly I felt
11   very grateful and very honored.
12       Q.   But it was important to your ability to,
13   to draft, to make your analysis that you had that
14   access, wasn't it?
15       A.   Well, what it was -- because I had
16   written a draft of the book before I went to
17   Washington, it was very helpful for me to see the
18   extent to which my external hypotheses about the
19   routine positions of people about this was
20   confirmed by information, inside information that
21   I wouldn't have easily had access to otherwise.
22   And that over time gave me, pushed me more in the
```

Page 841

1  direction of testing a hypothesis with what I
2  would regard as a good, a good instance of
3  something which if it were confirmatory would be
4  supportive and if it didn't it would drive me back
5  to do some more work.
6      Q.   I just want to make sure I understand
7  because I don't know if I -- you might have said
8  it, but I don't know if I heard it.
9           I asked if you could think of somebody
10 who has applied the Model II or III type analysis
11 to a circumstance like you applied to here, you
12 know, a long period of time, large number of
13 actors and a complex issue and what -- did you
14 answer that?
15          MR. GOBENA:  Object to the form.
16     A.   I don't -- I can't remember what my
17 answer was, but as you pose it now I would say Amy
18 Klobuchar is about as close as I can think of a
19 very long period of time.
20     Q.   This was the fifteen year?
21     A.   More than fifteen years actually and
22 continuing to this day she's, she has thought

Page 842

```
 1   about doing a follow-up on her book.
 2        Q.   This was the stadium question?
 3        A.   Correct.
 4        Q.   Or the building of a stadium?
 5        A.   A huge controversy over all those years
 6   about whether it should, where it should be built,
 7   how it should be built and she used the three
 8   models as her analytical devices.
 9        Q.   And was this something that she
10   published?
11        A.   Correct.
12        Q.   Was it a book or an article?
13        A.   A book.
14        Q.   I see.
15             Was -- do you -- are you aware of
16   whether there was any critique of her analysis by
17   other academic people?
18        A.   The people I know who use it in their
19   courses are admiring of it rather than critical of
20   it.
21        Q.   Uh-huh.
22        A.   And it continues to sell ten or fifteen
```

Page 843

```
 1   thousand copies a year.
 2       Q.   I mean I didn't mean critical
 3   necessarily in terms of, you know, savaging.  And
 4   I meant more, you know, have analyzed it and
 5   discussed it.
 6       A.   The reviews that I saw, and it's some
 7   years now since I've seen them, were admiring of
 8   her use of these models which had not been, had
 9   been thought of as more relevant somehow to
10   foreign policy because of Allison's association
11   with foreign policy and nuclear policy.
12       Q.   Is it fair to say that over time the
13   models that Professor Allison developed have been
14   used more often in the foreign policy or
15   geopolitical analysis realm?
16       A.   I think, I think that's the conventional
17   understanding that because of the way in which the
18   book was marketed and the way in which the book
19   was presented and in order to be clear about this
20   what I do think is that the Allison models, other
21   than my own use of it and those by my students the
22   Allison models have a role in two literatures.
```

 1   One, the literature of foreign policy where it has
 2   a very prominent role, and secondly in the
 3   literature of business management.
 4              And in those, in the latter literature,
 5   it's seen as illuminating ways of thinking about
 6   organizational behavior and decision making
 7   generally, not at all restricted to foreign
 8   policy, but in my area of welfare state politics
 9   it's not typically seen altogether rather what I
10   call the models and what would be called the
11   models are given suddenly different names and, but
12   the same kind of analysis is being done so you get
13   historical institutional and which deals with the
14   question of over long periods of time how can you
15   understand policy evolution.
16       Q.   Uh-huh.
17              The analysis of the building of the
18   stadium, where did that stadium project take
19   place?
20       A.   Well, the dispute was whether it should
21   take place in the outskirts of Minneapolis, in the
22   outskirts of Saint Paul or in the minny of

Page 845

```
 1   Minneapolis in the middle of --
 2              COURT REPORTER:  What?  I'm sorry, I
 3   didn't get that.
 4       A.   The disputes were about the location of
 5   the stadium in part whether it was going to be
 6   outside of Minneapolis or whether it was going to
 7   be outside of Saint Paul or inside of Saint Paul
 8   or inside of Minneapolis and in the end it was
 9   built in Minneapolis.
10       Q.   Okay.
11              So other than your analysis here the
12   most comparable analysis that you can point me to
13   where there's been a long-term project involving a
14   number of people in a complex subject matter is
15   this analysis of the stadium project?
16       A.   The one using explicitly the Allison
17   models over a long period of time, yes, but there
18   are many, many examples of using Model II kind of
19   analysis over a long period of time and many, many
20   examples of Model III analysis over periods of
21   time.
22              So it's not -- I think the problem has
```