# Exhibit B
# Expert Report of Mark G. Duggan and Analysis Tables

Exhibit to the March 12, 2010 Motion *In Limine* to Exclude Certain Expert Opinions Proffered by Plaintiffs' Expert Dr. Mark G. Duggan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corporation, et al.,* CIVIL ACTION NO. 10248-PBS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| | | |

**EXPERT REPORT OF MARK DUGGAN, PH.D**

**Executive Summary**

1. This report calculates the difference between (1) what the federal government reimbursed for certain pharmaceutical products provided to Medicaid and Medicare recipients during the 1996Q2 to 2008Q1 period and (2) what the federal government would have reimbursed for the same products during the same period if prices reflective of the actual prices at which Roxane was transacting business had been used for the Average Wholesale Price (AWP) and Wholesaler Acquisition Cost (WAC) of certain Roxane products. The report analyzes Roxane internal transaction data from the relevant time period, as well as paid claims data from the Medicaid and Medicare programs.  The report also analyzes internal transaction data for Dey, which has also been sued by the United States, to determine the combined effect on Medicare expenditures of replacing both firms' AWPs for Ipratropium Bromide as described above.

2. The total difference in federal expenditures for the Medicaid program is $68.957 million, which does not include the associated $50.702 million impact on state governments' Medicaid spending. The report also calculates that spending on 8.852 million Medicaid claims and 2.377 million payments to health care providers for Medicaid claims would have been lower had alternative prices been used for the AWPs and WACs of certain Roxane products during the time period of interest.

3. For the Medicare program, this report only considers the impact on reimbursement for durable medical equipment (DME) claims for the pharmaceutical product known as Ipratropium Bromide. Four different cases are considered for the Medicare program. The first scenario considers changes to only the AWPs of Roxane products included in the United States' First

Amended Complaint. In the second, I consider the impact of changes to the AWPs for a subset of Roxane First Amended Complaint products, ignoring three Ipratropium Bromide products that were sold under a "NovaPlus" label.  I then consider both of these scenarios while simultaneously changing the AWPs of three Ipratropium Bromide products made by Dey, which has also been sued by the United States in a similar case.

3A. In the first scenario, in which I only replace the AWPs of six Roxane Ipratropium Bromide products with 125 percent of Roxane's average pharmacy-specific price, my results indicate that Medicare spending would have been lower by $1.169 billion. This dollar amount does not include the associated impact on Medicare recipients' co-payment amounts. Additionally, my findings indicate that spending on 12.174 million claims and 1.199 million payments to health care providers for Medicare claims would have been lower had alternative prices been used for the AWPs of Roxane products during the time period of interest.

3B. In the second scenario, in which I only replace the AWPs of three Roxane products with 125 percent of Roxane's average pharmacy-specific price (ignoring three Roxane NovaPlus products), my results indicate that Medicare spending would have been lower by $234.300 million.  The associated number of claims and payments to health care providers that would have had lower Medicare spending is 5.080 million and 586,056, respectively.

3C. In the third scenario, in addition to replacing the AWPs of the six Roxane products, I replace the AWPs of three Dey Ipratropium Bromide products with 125 percent of Dey's average pharmacy-specific price. With this change, the overall effect on Medicare expenditures increases

to $1.416 billion.[1]  The associated number of claims and payments to health care providers that

would have had lower Medicare spending increases to 12.658 million and 1.242 million,

respectively.

3D. In the fourth and final scenario, in addition to replacing the AWPs of three Roxane products

(while ignoring three Roxane NovaPlus products), I replace the AWPs of three Dey Ipratropium

Bromide products with 125 percent of Dey's average pharmacy-specific price. With this change,

the overall effect on Medicare expenditures is $1.103 billion. The associated number of claims

and payments to health care providers that would have had lower Medicare spending is 12.421

million and 1.212 million, respectively.

4. The empirical methods that I employed to calculate prices for the drugs in the Roxane and Dey

First Amended Complaints are consistent with those that I and other economists typically use in

academic research. Additionally, the empirical methods that I used for calculating the payment

amounts that the Medicaid and Medicare programs would have made are consistent with those

that I and other economists typically use in academic research. And finally, the empirical

methods that I used to extrapolate my results from a sample of state Medicaid programs to other

state Medicaid programs are consistent with those employed by myself and other economists in

academic research. The empirical methods that I employed and the assumptions that I made are

set forth in exacting detail in the Report so that my results can be replicated and so that any

changes in data or assumptions in the data can readily be accommodated in the analysis.

---

[1] The "Roxane-only" effect in this scenario on Medicare spending is $1.166  billion.

relevant NDC-quarter. This leaves a sample of 802,660 claims with $37.059 million in Medicaid spending.

I begin with the average NDC-quarter specific price from the indirect data for the pharmacy classes of trade to determine whether Medicaid spending for each claim would have been different if this price statistic had been used as the price $AWP_{kt}$ in California's Medicaid adjudication calculations. I begin by calculating the EAC that would have been calculated if this price statistic had been used as the AWP and then add this to the dispensing fee that prevailed at that time. Additionally, if the amount originally paid was equal to the provider charged amount, I must determine if the sum of the EAC and the dispensing fee fell below this amount.

Taking this algorithm to the 802,660 claims in my California Medicaid analysis sample, I find that Medicaid spending would have been lower for 761,789 (94.9 percent of the total) of them.  I next define the variable $DIFFERENCE_{sjkt}$ to equal the difference between what California Medicaid actually paid and what it would otherwise have paid with this alternative price statistic s for claim j for product k in time period t. Aggregating this variable across the claims with a strictly positive value of $DIFFERENCE_{sjkt}$, I find that California Medicaid spending would have been lower by $18.489 million. This represents a reduction of 50.9 percent from the actual amount paid of $36.307 million for those claims with a strictly positive $DIFFERENCE_{sjkt}$ and of 49.9 percent of all Medicaid spending for claims in the analysis sample. Multiplying the total DIFFERENCE in each quarter by the federal Medicaid share in effect for the state of California in each time period, my results indicate that the federal share of this amount is $9.498 million. The total number of payments to pharmacies with one or more claims with a value of $DIFFERENCE_{sjkt}$ greater than zero is 245,866. This information is summarized in the first row of Table 13B.

of Columbia but excluding Arizona and Ohio) during the 1996Q2 to 2007Q4 period[69] is $99.762 million while the total number of claims is 3.962 million.

I begin my analysis of each state's SMRF / MAX and MSIS claims data by applying inclusion criteria analogous to those described above for the sixteen preceding states. For example, I drop claims with a paid amount of zero or with a strictly positive third party payment amount. I then aggregate the number of claims and total Medicaid spending for each state by NDC-quarter.

I then merge this claims data for each of the remaining 33 states to a data set in which the unit of observation is the NDC-quarter, and that is constructed using the sixteen states' Medicaid claims data described above. For each NDC-quarter, I first calculate the average fraction of claims with DIFFERENCE greater than zero across all sixteen states (fewer, if not all sixteen have data). I also calculate the average value of the ratio of DIFFERENCE to the amount of spending on these claims. In calculating these averages, I weight each of the sixteen states that have data for that NDC-quarter equally, while states with no claims data for that NDC-quarter have a weight of zero. I subsequently refer to these averages for NDC j in quarter t as POS-DIFF16$_{jt}$ and DIFF-FRAC16$_{jt}$, respectively.

My comparison of the Medicaid adjudication algorithms used by the 16 states described above with the 33 remaining states suggests that the two groups are quite similar. The vast majority of states in both groups rely primarily on the AWP during the time period of interest, though some also use the WAC.  Two of the sixteen states (Florida and Massachusetts) analyzed above were primarily WAC states during the time period of interest versus four (Alabama, Maryland, North Dakota, and Rhode Island) of the thirty-three remaining states.

---

[69] I do not consider 2008Q1 for these 34 states because I do not have state claims in this same quarter for any of the preceding fourteen states and thus DIFF-FRAC14 and POS-DIFF14, which are defined below, are missing.

To estimate the number of claims with a value of DIFFERENCE greater than zero in a state-NDC-quarter, I multiply the number of claims in that cell by POS-DIFF16$_{jt}$. I employ a similar algorithm for the total value of DIFFERENCE for each state-NDC-quarter, multiplying Medicaid spending in that cell by DIFF-FRAC16$_{jt}$. To estimate the number of provider payments with at least one claim with a value of DIFFERENCE greater than zero, I merge the individual claims data from each state's analysis sample with the NDC-quarter data on POS-DIFF16$_{jt}$. I then use an algorithm similar to the one used for other states' SMRF / MAX data above, assigning each claim a probability POS-DIFF16$_{jt}$ of having a value of DIFFERENCE greater than zero and then calculating the implied number of provider payments with at least one claim with a DIFFERENCE greater than zero.

I follow a similar algorithm for the SDUD data. Specifically, I multiply the number of claims in each state-NDC-quarter cell by POS-DIFF16$_{jt}$ to estimate the number of claims with DIFFERENCE greater than zero. Similarly, I multiply Medicaid spending in the state-NDC-quarter cell by DIFF-FRAC16$_{jt}$.

The results from these analyses for the remaining 32 states and the District of Columbia are summarized in Tables 31A and 31B. For virtually every state, I list three sets of information – one that uses SMRF / MAX claims data, another that uses MSIS claims data, and a final one using the SDUD data. The format of the tables is the same as in Table 29 above. Consistent with the approach for the sixteen states described above, I do not estimate provider payments when using SDUD data.

Aggregating across these 34 states and employing the algorithms described above, I find that 2.961 million out of 3.962 million claims (74.7 percent) have a value of DIFFERENCE that is greater than zero. This information is listed in the second-to-last row of Table 29. The fraction

Whereas the Medicaid program reimburses drugs on an NDC basis, Medicare typically uses the HCPCS system. Each HCPCS code usually refers to several different NDCs. Additionally, the payment amounts for each HCPCS code are determined by each durable medical equipment regional carrier (DMERC), with the typical DMERC using the median AWP of the NDCs included in the DMERC's array as the per-unit allowed amount (lowered to 95 percent of the median on January 1, 1998). Beginning in December of 1998, DMERCs would instead pay the lowest price for a brand name version of a drug if one was available, and if it was lower than the allowed amount resulting from the median of the generic products. The NDCs that are included in an array for a specific HCPCS code vary within the same DMERC over time and occasionally vary across DMERCs at a point in time.

Another key difference between the Medicaid NDC-based claims and the Medicare HCPCS code claims is that Medicare recipients are typically responsible for 20 percent of the total amount paid to the provider. Thus if the Medicare program pays $40 for a particular claim, typically the Medicare recipient or her other insurer will pay the provider an additional $10. Thus, to the extent that alternative AWPs for Roxane products would reduce Medicare spending, it would also reduce spending by Medicare recipients and their insurers.

The goal of my analysis in the next four sections is to determine the amount by which spending by the Medicare program on DME claims would have changed if alternative AWPs had been used for Roxane products. The mechanism for such a price effect is straightforward. If, for example, Roxane had one product in a particular DMERC's array for one of the HCPCS codes in the Complaint, then the median price from that array could change with an alternative AWP.

Suppose, for example, that there are three prices of 8, 10, and 12 in an array for three different generic products. If the price of 10 were to decline, then the median would be certain to

fall. If the price of 12 were to decline by more than 2, then the median would also fall. If, however, the price of 8 were to fall, then there would be no decline in the median. Thus to the extent that Roxane prices included in DMERCs' arrays tend to equal or exceed the median, it is more likely that the amount paid by Medicare would be affected by the use of alternative AWPs.

CMS maintains several different types of Medicare claims data, and the DME claims for Complaint HCPCS codes are the ones that I summarize in this section. This data was provided by CMS to the United States. Table 32 provides a summary of Medicare spending in the U.S. on DME claims for Complaint HCPCS codes through 2003Q4. As discussed in the Complaint, the J7645, K0518, and J7644 codes are for Ipratropium Bromide, and these three codes account for 99.4 percent of the $2.190 billion in Medicare DME spending among Complaint HCPCS codes.[71] In the Medicare analyses that follow, I focus on these three HCPCS codes.

At the bottom of the left hand side of the same table, I list DME Medicare spending and the number of Medicare DME claims for each of the five DMERCs that processed DME claims for Complaint HCPCS codes. The largest one in terms of spending is Palmetto (00885), which accounts for 51.7 percent of the Medicare DME spending. AdminaStar (00635) and CIGNA (05655) make up most of the rest, with spending shares of 19.7 percent and 17.8 percent, respectively. The remaining 10.7 percent is paid for by the two Region A DMERCs (Travelers and Western NY, with shares of 3.4 and 7.3 percent, respectively).[72]

The panel on the right side of this same table lists Complaint Medicare DME claims and expenditures by year and quarter. As the table shows, both the number of claims and total

---

[71] An examination of the Medicare DME claims data reveals that J7645 was the HCPCS code used for Ipratropium Bromide through 1997Q1, when this code was then switched to K0518, and was then changed to J7644 in 2000.
[72] Western NY (also known as HealthNow) took over the DMERC-A contract from Travelers in 2000, and thus, as I demonstrate below, Travelers' spending is concentrated in the early part of the period and the Western NY spending in the latter part.

Medicare spending rise steadily throughout the time period, with both reaching their peaks of 981,310 and $151.254 million, respectively, in the fourth quarter of 2003.

In the next four sections, I examine how alternative AWPs for Roxane products would have affected the allowed amount for Medicare HCPCS codes and thus the amount paid for Medicare DME claims. To do this, I use electronic array information that was compiled at my direction by Myers and Stauffer, which were based on the original DMERC prepared arrays, along with Medicare claims data.

## XXVI. Palmetto-Administered Medicare DME Claims and Spending

Table 33 lists Medicare spending on DME claims that were administered by Palmetto for the HCPCS codes in the Complaint. Consistent with the pattern for the U.S. as a whole, Palmetto-administered Medicare DME spending increased throughout the time period of interest and peaked in the final quarter of 2003. Similarly, the three Ipratropium Bromide HCPCS codes account for the vast majority (99.5 percent) of Medicare DME spending among Complaint HCPCS codes.

To determine the effect on DME Medicare spending of replacing Roxane's AWP with 125 percent of Roxane's average, pharmacy-specific price for each NDC-quarter in Roxane's indirect data, I begin by utilizing electronic array information using Palmetto documents for the J7645, K0518, and J7644 codes. For example, in the third quarter of 1998, Palmetto used an array for the K0518 code that included seven products as summarized in the first column of the following table:[73]

---

[73] All else equal, Medicare Ipratropium Bromide DME claims with a KQ modifier have a slightly lower payment amount. For example in this array, Palmetto subtracted $0.38 from the median of $3.52 to arrive at $3.14. Both are then scaled by 0.95 to determine the per-unit allowed amount of $2.98 for those with KQ and $3.34 for all others.

| NDC | Firm | AWP | Alternative Roxane AWP | Alternative Rox & Dey AWP |
|---|---|---|---|---|
| 00403-0229-18 | Compumed | 3.22 | 3.22 | 3.22 |
| 49502-0685-03 | Dey | 3.53 | 3.53 | 1.64 |
| 49502-0685-33 | Dey | 3.52 | 3.52 | 1.66 |
| 49502-0685-60 | Dey | 3.52 | 3.52 | 1.64 |
| 00054-8402-11 | Roxane | 3.52 | 1.70 | 1.70 |
| 00054-8402-13 | Roxane | 3.52 | 1.73 | 1.73 |
| 00054-8402-21 | Roxane | 3.52 | 1.74 | 1.74 |
| MEDIAN | - | 3.52 | 3.22 | 1.70 |

Prices in this table represent the price per milligram. As this table shows, three of the products in the array are Roxane products.  The products have a label code of 00054 and all three are included in the United States' Complaint. Given that there are seven prices, the median price is the one that is less than three prices and greater than three prices. Because five of the seven prices are $3.52, the median is equal to $3.52.

Now suppose that one were to replace the Roxane products' AWPs with 125 percent of the products' average pharmacy indirect price in that same time period, while leaving the AWPs for the four other products unchanged. This is listed in the fourth column of the same table above. In this case, the median price would fall by 8.5 percent to $3.22. When one accounts for the fact that, during this time period, the median was multiplied by 0.95 to calculate the allowed amount, the per-unit allowable would fall from $3.34 to $3.06, a decline of $0.28 per unit.

An examination of the seven Ipratropium Bromide products in the table reveals that there are three products with a label code of 49502. This is the labeler code for Dey, a firm that has also been sued by the United States for discrepancies between actual transaction prices and published prices such as the AWP. The three Dey NDCs listed in this array are all included in the United States' First Amended Complaint against Dey. In the fifth and final column, I replace the Dey products' AWPs with 125 percent of the average indirect pharmacy-specific price in Dey's

Report of Mark G. Duggan, Ph.D., February 6, 2009                                    100

transaction data during this quarter. When both the Dey and the Roxane AWPs change, the median falls by substantially more, from $3.52 to $1.70, a decline of $1.82 per unit.[74]

In the analyses that follow, I repeat this exercise for all of the J7645-K0518-J7644 arrays derived from Palmetto documents. This allows me to determine (a) how Medicare spending would have changed if alternative prices had been used for Roxane products' AWPs (b) how Medicare spending would have changed if alternative prices had been used for Dey products' AWPs and (c) how Medicare spending would have changed if alternative prices had been used both for Roxane products' and for Dey products' AWPs.

More specifically, if using 125 percent of Roxane and/or Dey's average indirect pharmacy price as the AWP for the corresponding NDCs would reduce the median used by Palmetto in adjudicating the claim, I replace it with the revised value. Thus, Palmetto Medicare DME claims with a per-unit cost of $3.34 during the time period when this array is in effect would be replaced with a per-unit cost of $3.06 in the "Roxane-only" and "Dey-only" scenarios and by $1.62 in the combined scenario. And, similar to the approach used by the Medicaid program, the calculated amount would then be compared with the provider charged amount, with the DMERC paying the lesser of the two amounts.

One issue that arises in the latter part of the sample period is that Palmetto and the other three DMERCs add three additional Roxane Ipratropium Bromide products with product codes of 8404 to the arrays. The three 8404 products are labeled NovaPlus and are included in the United States' First Amended Complaint. Rather than including these three NovaPlus products in the generic arrays listed above, three of the four DMERCs (Palmetto, AdminaStar, and CIGNA) added them as brand products. Thus, if the AWP for any of the three NovaPlus products fell

---

[74] Had only the Roxane AWPs been adjusted, the median would have fallen by an identical amount to the decline observed for the "Dey-only" case, to just $3.22.

below the median of the generic products in the array, this NovaPlus AWP rather than the generic median would be used in adjudicating Medicare claims.[75]  The one DMERC that did not do this was DMERC-A, which added the Roxane NovaPlus products to the generic section of the array from the fourth quarter of 2001 until the fourth quarter of 2003.[76]

To construct the sample of Palmetto Ipratropium Bromide claims, I begin by excluding the 741,154 claims with a paid amount of zero from the full set of 7,710,761 J7645-K0518-J7644 claims. I next drop the 134,065 claims with a third party payment amount or a deductible, and I also drop the 25,811 claims for which I am unable to replicate the amount paid. Of the 6,809,731 claims still in the sample at this point, there are 76,454 for which I do not have matching array information and 143,032 for which the per-unit price does not coincide with the amount implied from the Palmetto arrays described above. I exclude these claims from my subsequent analyses and this leaves me with a sample of 6,590,245 claims with $1.076 billion in total Medicare spending.[77]

An examination of the remaining Palmetto DME claims reveals that the J7645 code was used from the first quarter of 1995 through the first quarter of 1997 and that total spending for these claims was $15.867 million. According to the five arrays provided by Myers and Stauffer that correspond to this J7645 HCPCS code during this time period, Palmetto did not include any Roxanne products when calculating its medians from 1996Q1 through 1996Q3. I therefore conclude that Medicare spending for Palmetto's J7645 claims would not have been affected if alternative values had been used for any Roxane product AWPs and Dey's AWPs had remained

---

[75] Palmetto, AdminaStar, and CIGNA added NovaPlus products as brand products to their arrays in 2001Q1, 2000Q3, and 2001Q2, respectively.
[76] In 2003Q2, Palmetto also added them to the generic section of the array and thus did not consider them as branded products.
[77] The spending shares for J7645, K0518, and J7644 are 1.5 percent, 20.1 percent, and 78.5 percent, respectively.

unchanged. However, the remaining two arrays (1996Q4 and 1997Q1) did include Roxane Complaint products, and in both cases the use of an alternative AWP does lower the median.

As mentioned above, the K0518 code replaced the J7645 code and was used from the second quarter of 1997 until the first quarter of 2000 (with a very small number of claims in the first quarter of 1997). Total Palmetto-administered Medicare DME spending for the remaining K0518 claims was $214.863 million during this three-year period. According to the seven arrays that correspond to this HCPCS code during this time period, Palmetto used at least two, and more often three Roxane products when calculating its allowed amounts. Palmetto also used an identical number of Dey products in each quarter. For all seven arrays, the allowed amount declines when I replace the Roxane products' AWPs with 125 percent of the average pharmacy indirect price and leave the AWPs for the Dey products' AWPs unchanged. The magnitude of the decline varies from a low of $0.28 (as in the example above) to a high of $1.49.

Because of this, every K0518 claim that did not simply pay the amount implied by the provider charged amount has a value of DIFFERENCE that exceeds zero in the Roxane-only scenario. For each claim on which the provider charged amount was used (10.1 percent of the 6.590 million claims), I replace the per-unit price that prevailed during that time period with the revised one (if there was a revision) as described above and determine whether Medicare spending would have changed.

I then repeat this exercise for both the Dey-only and the combined scenarios. The changes to the medians in the Dey-only scenario are similar to the changes in the Roxane-only scenario. However, as suggested by the array presented above, when the AWPs of both firms' products are changed, the median and thus the per-unit allowed amount declines by substantially more in every case.

Report of Mark G. Duggan, Ph.D., February 6, 2009                                              103

During the first quarter of 2000, the J7644 code replaced the K0518 code and was used through the end of 2003. Total Medicare DME spending for the remaining J7644 claims was $845.149 million during the four years from 2000Q1 through and including 2003Q4. According to the fourteen arrays that correspond to this HCPCS code during this time period, Palmetto used the 3 Roxane products with product codes of 8402 in all fourteen of these arrays. Additionally, beginning in 2001Q1, Palmetto added the three NovaPlus products to the array.  In all but one of these 2001Q1 through 2003Q4 arrays, NovaPlus products were considered as brand products. The one exception was 2003Q2, when the products were added as generic products to the arrays.

I begin by considering two different scenarios for the 2001Q1 through 2003Q4 period. In the first, I replace the AWPs for all six Roxane Ipratropium Bromide products with 125 percent of the average pharmacy indirect price as described above. In the second, I replace the AWPs for the three Roxane products with product codes of 8402 but leave unchanged the AWPs for the three NovaPlus products. This distinction is important, as the allowed amount is unaffected from 2001Q4 through 2003Q4 in the second scenario but is affected in the first scenario. The allowed amounts from 2000Q1 through 2001Q3 are affected in both scenarios.

Applying the algorithm described above to the data when considering changes to the AWPs of all six Roxane products but no corresponding changes to the AWPs of Dey products, I find that 6.084 million of the 6.590 million (92.3 percent) Palmetto DME J7645-K0518-J7644 claims have a DIFFERENCE that is greater than zero. The total value of DIFFERENCE for these claims is equal to $609.636 million, which represents 56.7 percent of the $1.076 billion in Medicare DME spending for these Palmetto-administered claims. It is worth noting that this does not include the associated effect on Medicare recipient co-payment amounts. I use the provider identifier along with the payment date to determine that there are 586,521 unique payments to

DMERCs. In the first scenario, I consider only changes to the AWPs of the six Roxane products as described above, and arrive at a total value of DIFFERENCE of $1.169 billion, as shown in the Panel A of the table.[90]  Total Medicare DME expenditures for those claims that I consider was $2.039 billion, and thus this represents 57.3 percent of Medicare DME spending for these three HCPCS codes.  The fraction of claims for which spending declines is 94.8 percent and the total number of pharmacy payments with a DIFFERENCE greater than zero is 1.199 million.

The corresponding numbers for the Roxane-only scenario when the three Roxane NovaPlus products are left out of the arrays are substantially lower, as shown in Panel B of the same table.  The total value of DIFFERENCE is 80.0 percent lower than in the first scenario at $234.300 million while both the number of claims and the number of pharmacy payments are lower by more than 50 percent.  This is comparable to the numbers for the Dey-only scenario, which are summarized in Panel C of the same table. For example, the total DIFFERENCE when the Dey AWPs are revised as described above and the Roxane AWPs are left unchanged is $213.357 million, which is just 8.9 percent lower than the value reported in the "no-NovaPlus, Roxane-only" scenario.

These relative values and the difference between including versus excluding NovaPlus take on added significance when one considers the combined impact of simultaneously replacing both the Roxane and the Dey products' AWPs with 125 percent of the average pharmacy indirect price.  As shown in Panel D of Table 35, when one does this for the six Roxane products' AWPs (including NovaPlus) AWPs and for the three Dey, the total DIFFERENCE is equal to $1.416 billion. This is only slightly larger than the sum of the Roxane-only (with NovaPlus) and Dey-only values of DIFFERENCE, which is $1.383 billion.  Dividing the Dey-only and Roxane-only values of DIFFERENCE by this sum leads to fractions of .15429 and .84571, respectively. These

---

[90] The corresponding "Dey-only" effect is $213.357 million, as shown in Table 37.

fractions represent one potential measure of the contribution of each firm to the combined effect of using alternative AWPs on Medicare spending. Scaling the combined effect on Medicare spending listed in Panel D by these two fractions leads to a scaled DIFFERENCE of $218.541 million for Dey and $1.198 billion for Roxane.

The calculated amounts using this algorithm are, however, quite different if one ignores the three NovaPlus products in the DMERC arrays. The combined effect when one replaces the AWPs for the three non-NovaPlus Roxane products and for the three Dey products, which is summarized in Panel E of Table 37, is $1.103 billion.  Using the Dey-only and Roxane-only values of DIFFERENCE from Panels B and C of the same table lead to shares of 0.47661 and 0.52339, respectively. These fractions represent another potential measure of the contribution of each firm to the combined effect of using alternative AWPs on Medicare spending. Scaling the combined effect on Medicare spending listed in Panel E by these two fractions leads to a scaled DIFFERENCE of $525.746 million for Dey and $577.354 million for Roxane.

When considering the effect of Roxane and Dey on Medicare spending, two issues are especially important. The first concerns the difference between considering the effect of replacing each firm's AWPs while holding the other firm's AWPs constant versus replacing the AWPs for both firms' products simultaneously. In all of the arrays I have left unchanged the AWPs of all other (non-Roxane and non-Dey) firms' products. However, the fact that both Roxane and Dey have published AWPs that are substantially in excess of their true transaction prices suggests that their combined effect will provide a substantially more accurate measure of the overall loss to the Medicare program.

This is perhaps easiest to see by considering two examples from the arrays presented above. In the first array, for the Palmetto DMERC, the median fell from $3.52 to $3.22 (per

Medicare spending of considering alternative AWPs for both firms simultaneously is larger. In this case the total DIFFERENCE is $1.416 billion.

Both the "Roxane-only" and the combined effects on Medicare spending are somewhat smaller when I ignore the three Roxane NovaPlus products in the DMERC arrays. More specifically, if I replace the AWPs for only three of the Roxane Ipratropium Bromide products that are not NovaPlus while leaving both the NovaPlus and the Dey AWPs unchanged, the total DIFFERENCE is $234.300 million. Replacing the AWPs for the three Dey Ipratropium Bromide products described above as well as the AWPs for the three Roxane non-Novaplus Ipratropium Bromide products leads to a total DIFFERENCE of $1.103 billion.

At various stages in my analysis – indeed at virtually every step where I believed there were two or more acceptable ways to proceed in analyzing the Roxane, Medicare, and Medicaid data – I deliberately chose the conservative approach, that is, the approach that minimized the dollar difference and the number of provider payments and claims reported in the Executive Summary of this Report. My results are also conservative because I have excluded two J-codes from the analysis, have only considered Medicare's DME claims, have ignored the effect on Medicaid HCPCS claims, and have ignored any effect of Roxane AWPs on the FUL prices for drugs in the same group.

Mark G. Duggan, Ph.D.

February 6, 2009

**Table 29rev: Medicaid Summary for First Sixteen States**

| State | Source | Time Period | # Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Ph Payments |
|---|---|---|---|---|---|---|---|---|
| California | State Claims | 19962-20073 | 722,396 | 841,947 | $13,411,118 | $40,609,609 | $6,887,631 | 232,351 |
| California | SDUD | 20074-20081 | 7,264 | 7,453 | $163,119 | $261,593 | $81,559 | - |
| Florida | State Claims | 19962-20054 | 588,540 | 752,325 | $15,141,975 | $31,977,034 | $8,892,928 | 129,125 |
| New York | State Claims | 19963-20072 | 183,308 | 681,427 | $10,768,131 | $26,198,040 | $5,421,219 | 140,848 |
| New York | SDUD | 20073-20081 | 6,333 | 20,721 | $217,666 | $404,783 | $108,833 | - |
| Pennsylvania | State Claims | 19983-20071 | 582,234 | 696,310 | $5,911,737 | $11,289,921 | $3,217,271 | 85,625 |
| Pennsylvania | SMRF-MAX | 19963-19982 | 32,711 | 38,218 | $847,254 | $2,125,582 | $450,061 | 10,369 |
| Pennsylvania | SDUD | 20072-20081 | 7,272 | 7,877 | $13,816 | $58,119 | $7,496 | - |
| Missouri | State Claims | 19981-20074 | 406,354 | 536,780 | $3,496,944 | $10,864,180 | $2,131,617 | 39,439 |
| Missouri | SMRF-MAX | 19963-19974 | 8,558 | 10,531 | $294,533 | $776,796 | $177,266 | 4,166 |
| Illinois | State Claims | 19962-20064 | 439,053 | 564,427 | $3,563,413 | $11,303,783 | $1,789,346 | 140,746 |
| Illinois | SDUD | 20071-20081 | 8,470 | 9,161 | $28,210 | $103,576 | $14,105 | - |
| Massachusetts | State Claims | 19963-20074 | 242,227 | 293,026 | $3,049,899 | $10,605,305 | $1,532,950 | 82,886 |
| Massachusetts | SDUD | 20081-20081 | 725 | 737 | $10,643 | $18,053 | $5,321 | - |
| Texas | State Claims | 19962-20054 | 322,331 | 486,007 | $1,979,987 | $10,060,662 | $1,214,809 | 112,225 |
| Texas | SDUD | 20061-20081 | 10,673 | 16,154 | $62,555 | $215,028 | $37,955 | - |
| Georgia | State Claims | 20004-20064 | 147,165 | 386,613 | $1,856,271 | $6,341,566 | $1,114,311 | 62,992 |
| Georgia | SMRF-MAX | 19963-20003 | 39,322 | 103,682 | $1,248,992 | $3,412,251 | $753,963 | 19,184 |
| Georgia | SDUD | 20071-20074 | 7,589 | 7,663 | $49,185 | $93,209 | $30,588 | - |
| North Carolina | State Claims | 20011-20071 | 229,110 | 294,246 | $1,298,850 | $5,581,668 | $817,744 | 54,912 |
| North Carolina | SMRF-MAX | 19991-20004 | 44,951 | 87,701 | $869,879 | $2,637,730 | $545,266 | 13,050 |
| North Carolina | SDUD | 19963-19984,20072-20081 | 9,717 | 15,267 | $351,781 | $1,118,460 | $223,179 | - |
| New Jersey | State Claims | 19962-20064 | 403,093 | 434,622 | $4,621,821 | $9,051,535 | $2,324,281 | 73,400 |
| New Jersey | SDUD | 20071-20081 | 4,083 | 4,083 | $62,424 | $95,139 | $31,212 | - |
| Michigan | State Claims | 20004-20072 | 149,213 | 206,000 | $1,396,108 | $4,238,720 | $788,375 | 85,888 |
| Michigan | SMRF-MAX | 19963-20003 | 30,131 | 58,858 | $1,348,223 | $3,439,532 | $730,591 | 17,647 |
| Michigan | SDUD | 20073-20081 | 1,610 | 1,623 | $5,969 | $15,733 | $3,425 | - |
| Louisiana | State Claims | 19962-20014,20023-20073 | 312,382 | 330,004 | $2,536,492 | $6,904,901 | $1,798,372 | 64,949 |
| Louisiana | SMRF-MAX | 20021-20022 | 16,832 | 18,215 | $171,746 | $341,426 | $120,737 | 5,736 |
| Louisiana | SDUD | 20074-20081 | 2,694 | 2,736 | $35,089 | $58,120 | $25,429 | - |
| Wisconsin | State Claims | 19962-20054 | 305,530 | 364,334 | $1,842,345 | $6,722,773 | $1,084,839 | 76,332 |
| Wisconsin | SDUD | 20061-20081 | 34,738 | 35,393 | $42,906 | $153,490 | $24,704 | - |
| Kentucky | State Claims | 19962-20051 | 240,250 | 287,619 | $2,595,953 | $6,254,516 | $1,829,482 | 56,230 |
| Kentucky | SDUD | 20054-20081 | 32,232 | 35,222 | $207,785 | $422,531 | $144,292 | - |
| Kentucky | MSIS | 20052-20053 | 16,028 | 21,163 | $70,061 | $186,935 | $48,762 | 2,759 |
| Virginia | State Claims | 19962-20064 | 186,189 | 297,119 | $1,930,206 | $6,370,923 | $995,925 | 32,240 |
| Virginia | SDUD | 20071-20081 | 2,939 | 3,200 | $33,090 | $53,446 | $16,545 | - |
| Sub-Total for First Sixteen States | | 19962-20081 | 5,784,247 | 7,958,464 | $81,536,176 | $220,366,672 | $45,422,392 | 1,543,099 |
| Sub-Total for Other 32 States & D.C. | | 19962-20081 | 2,896,547 | 3,797,754 | $32,468,772 | $81,975,342 | $20,303,810 | 768,658 |
| **Total for All 48 States & D.C.** | | **19962-20081** | **8,680,794** | **11,756,218** | **$114,004,948** | **$302,342,014** | **$65,726,202** | **2,311,757** |

**Table 31A-rev: Medicaid Summary for Next 17 States**

| State | Source | Time Period | # Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Ph Payments |
|---|---|---|---|---|---|---|---|---|
| Indiana | SMRF-MAX | 19962-20034 | 201,023 | 241,256 | $2,811,424 | $7,421,554 | $1,737,007 | 43,687 |
| Indiana | SDUD | 20054-20074 | 10,048 | 11,714 | $36,788 | $102,608 | $23,127 | - |
| Indiana | MSIS | 20041-20053 | 40,168 | 53,141 | $130,960 | $424,422 | $83,234 | 8,134 |
| Washington | SMRF-MAX | 19962-20034 | 115,717 | 131,622 | $2,257,411 | $5,987,182 | $1,159,002 | 47,246 |
| Washington | SDUD | 20054-20074 | 10,554 | 11,950 | $59,999 | $146,724 | $30,059 | - |
| Washington | MSIS | 20041-20053 | 41,079 | 62,208 | $238,902 | $632,227 | $121,620 | 9,661 |
| Tennessee | SMRF-MAX | 20022-20023,20031-20034 | 20,832 | 141,094 | $226,458 | $1,610,734 | $146,529 | 1,497 |
| Tennessee | SDUD | 19991-20021,20054-20073 | 108,727 | 128,272 | $1,028,596 | $2,354,434 | $655,098 | - |
| Tennessee | MSIS | 20024-20024,20041-20053 | 122,250 | 203,824 | $549,584 | $1,800,434 | $359,279 | 46,058 |
| Alabama | SMRF-MAX | 19991-20034 | 172,251 | 197,321 | $1,591,722 | $3,722,214 | $1,120,318 | 33,266 |
| Alabama | SDUD | 19963-19984,20054-20073 | 34,525 | 39,516 | $269,926 | $786,852 | $187,132 | - |
| Alabama | MSIS | 20041-20053 | 71,774 | 85,036 | $314,417 | $998,781 | $225,486 | 12,006 |
| West Virginia | SMRF-MAX | 19991-20034 | 52,884 | 58,914 | $1,723,057 | $3,330,830 | $1,296,891 | 15,816 |
| West Virginia | SDUD | 19962-19984,20054-20074 | 15,222 | 16,994 | $317,942 | $917,934 | $233,312 | - |
| West Virginia | MSIS | 20041-20053 | 15,607 | 20,791 | $120,258 | $274,346 | $91,063 | 5,337 |
| Mississippi | SMRF-MAX | 19962-20034 | 88,539 | 99,229 | $1,205,764 | $2,829,242 | $928,691 | 28,963 |
| Mississippi | SDUD | 20054-20073 | 9,710 | 11,260 | $101,261 | $208,262 | $76,920 | - |
| Mississippi | MSIS | 20041-20053 | 42,829 | 53,169 | $305,635 | $665,420 | $238,166 | 13,341 |
| Connecticut | SMRF-MAX | 19991-20034 | 53,912 | 64,524 | $1,081,870 | $2,348,200 | $543,123 | 13,532 |
| Connecticut | SDUD | 19962-19984,20054-20073 | 14,030 | 14,767 | $341,575 | $999,294 | $170,787 | - |
| Connecticut | MSIS | 20041-20053 | 15,533 | 18,339 | $100,392 | $233,744 | $51,150 | 2,718 |
| Maryland | SMRF-MAX | 19991-20034 | 108,114 | 151,850 | $1,029,019 | $2,395,098 | $517,609 | 18,814 |
| Maryland | SDUD | 19962-19983,20054-20074 | 17,973 | 20,247 | $185,672 | $543,884 | $92,836 | - |
| Maryland | MSIS | 19984-19984,20041-20053 | 28,880 | 47,587 | $200,507 | $494,241 | $101,874 | 6,500 |
| Iowa | SMRF-MAX | 19962-20034 | 103,582 | 120,815 | $1,127,012 | $2,693,991 | $713,440 | 33,113 |
| Iowa | SDUD | 20053-20074 | 17,018 | 19,392 | $76,967 | $214,155 | $48,639 | - |
| Iowa | MSIS | 20041-20052 | 39,457 | 47,834 | $111,785 | $390,894 | $72,406 | 6,400 |
| Minnesota | SMRF-MAX | 19962-20034 | 72,054 | 160,900 | $1,059,772 | $2,732,647 | $544,533 | 27,328 |
| Minnesota | SDUD | 20054-20074 | 10,069 | 11,591 | $44,165 | $125,037 | $22,082 | - |
| Minnesota | MSIS | 20041-20053 | 31,454 | 93,179 | $112,348 | $338,255 | $57,322 | 8,700 |
| Kansas | SMRF-MAX | 19962-20034 | 97,254 | 114,176 | $1,009,878 | $2,619,660 | $607,375 | 30,706 |
| Kansas | SDUD | 20054-20074 | 6,753 | 7,712 | $26,898 | $71,830 | $16,231 | - |
| Kansas | MSIS | 20041-20053 | 34,448 | 43,478 | $98,787 | $306,106 | $61,074 | 9,159 |
| Colorado | SMRF-MAX | 19963-20034 | 63,616 | 71,791 | $1,035,437 | $2,652,366 | $523,852 | 19,409 |
| Colorado | SDUD | 20054-20074 | 2,778 | 3,147 | $35,692 | $73,762 | $17,846 | - |
| Colorado | MSIS | 20041-20053 | 11,813 | 13,887 | $62,226 | $160,003 | $31,648 | 3,122 |
| South Carolina | SMRF-MAX | 19991-20034 | 63,689 | 74,385 | $796,518 | $1,956,718 | $558,948 | 24,575 |
| South Carolina | SDUD | 19962-19984,20054-20074 | 17,144 | 20,681 | $185,266 | $513,433 | $129,425 | - |
| South Carolina | MSIS | 20041-20053 | 37,816 | 62,948 | $142,160 | $379,691 | $100,360 | 11,291 |
| Oklahoma | SMRF-MAX | 19991-20034 | 51,670 | 61,242 | $821,336 | $1,813,934 | $584,349 | 22,999 |
| Oklahoma | SDUD | 19962-19984,20054-20074 | 12,500 | 13,661 | $200,874 | $609,210 | $140,782 | - |
| Oklahoma | MSIS | 20041-20053 | 35,445 | 42,931 | $91,246 | $309,348 | $65,082 | 10,184 |
| Arkansas | SMRF-MAX | 19962-20034 | 71,625 | 81,444 | $728,897 | $1,964,838 | $535,549 | 30,174 |
| Arkansas | SDUD | 20061-20074 | 4,997 | 5,749 | $40,234 | $92,588 | $29,587 | - |
| Arkansas | MSIS | 20041-20053 | 39,906 | 47,128 | $126,574 | $438,729 | $95,720 | 13,278 |
| Oregon | SMRF-MAX | 19991-20034 | 48,252 | 55,280 | $757,821 | $1,955,693 | $455,278 | 20,738 |
| Oregon | SDUD | 19962-19984,20054-20074 | 4,991 | 5,323 | $97,203 | $272,701 | $59,386 | - |
| Oregon | MSIS | 20041-20053 | 20,211 | 24,837 | $77,782 | $213,562 | $48,104 | 3,480 |
| Maine | SMRF-MAX | 19962-20034 | 53,300 | 58,351 | $788,832 | $1,836,047 | $522,883 | 20,010 |
| Maine | SDUD | 20054-20073 | 2,960 | 3,271 | $23,660 | $45,901 | $14,915 | - |
| Maine | MSIS | 20041-20053 | 9,843 | 11,389 | $63,798 | $131,682 | $42,321 | 3,389 |
| Sub-Total | | 19962-20074 | 2,376,826 | 3,161,147 | $25,972,310 | $66,141,444 | $16,289,449 | 604,649 |

**Table 31B-rev: Medicaid Summary for Next 15 States and D.C**

| State | Source | Time Period | # Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Ph Payments |
|---|---|---|---|---|---|---|---|---|
| Vermont | SMRF-MAX | 19962-20034 | 45,303 | 52,817 | $608,337 | $1,383,819 | $380,289 | 14,007 |
| Vermont | SDUD | 20054-20073 | 1,126 | 1,369 | $7,274 | $18,703 | $4,264 | - |
| Vermont | MSIS | 20041-20053 | 12,904 | 17,521 | $60,609 | $174,296 | $37,379 | 3,549 |
| Nebraska | SMRF-MAX | 19991-20034 | 48,249 | 55,876 | $404,038 | $978,427 | $245,060 | 16,422 |
| Nebraska | SDUD | 19962-19984,20054-20074 | 8,085 | 8,744 | $122,617 | $350,881 | $74,041 | - |
| Nebraska | MSIS | 20041-20053 | 17,250 | 21,134 | $44,158 | $163,762 | $26,848 | 4,547 |
| New Hampshire | SMRF-MAX | 19962-20034 | 35,391 | 44,498 | $477,097 | $1,228,309 | $239,211 | 9,166 |
| New Hampshire | SDUD | 20054-20074 | 1,486 | 1,977 | $12,161 | $27,542 | $6,081 | - |
| New Hampshire | MSIS | 20041-20053 | 5,716 | 18,485 | $23,831 | $136,375 | $12,128 | 1,338 |
| Delaware | SMRF-MAX | 19962-20034 | 19,635 | 21,998 | $532,013 | $1,101,351 | $266,915 | 8,100 |
| Delaware | SDUD | 20054-20074 | 938 | 1,312 | $15,359 | $29,170 | $7,689 | - |
| Delaware | MSIS | 20041-20053 | 2,308 | 4,183 | $34,437 | $72,193 | $17,590 | 1,289 |
| Montana | SMRF-MAX | 19962-20034 | 24,017 | 27,714 | $429,184 | $1,063,089 | $310,350 | 8,598 |
| Montana | SDUD | 20054-20073 | 1,589 | 1,962 | $11,742 | $28,510 | $8,216 | - |
| Montana | MSIS | 20041-20053 | 6,145 | 8,049 | $33,761 | $90,357 | $24,794 | 2,015 |
| North Dakota | SMRF-MAX | 19962-20034 | 30,550 | 35,246 | $333,773 | $850,065 | $233,629 | 12,759 |
| North Dakota | SDUD | 20054-20074 | 4,179 | 4,812 | $15,424 | $52,856 | $10,106 | - |
| North Dakota | MSIS | 20041-20053 | 21,149 | 26,409 | $55,084 | $239,030 | $37,770 | 5,774 |
| Alaska | SMRF-MAX | 19962-20034 | 16,881 | 19,327 | $347,949 | $853,270 | $198,708 | 5,842 |
| Alaska | SDUD | 20054-20074 | 4,537 | 5,269 | $29,929 | $83,258 | $17,150 | - |
| Alaska | MSIS | 20041-20053 | 10,351 | 12,144 | $58,898 | $174,052 | $34,561 | 1,390 |
| Rhode Island | SMRF-MAX | 19991-20034 | 16,560 | 20,314 | $318,533 | $683,771 | $172,269 | 7,723 |
| Rhode Island | SDUD | 19963-19984,20041-20073 | 8,811 | 9,582 | $139,205 | $352,149 | $76,001 | - |
| Idaho | SMRF-MAX | 19962-20034 | 23,942 | 28,138 | $323,193 | $821,954 | $228,432 | 9,019 |
| Idaho | SDUD | 20054-20074 | 1,956 | 2,392 | $11,232 | $30,582 | $7,877 | - |
| Idaho | MSIS | 20041-20053 | 9,620 | 12,300 | $44,478 | $130,964 | $31,956 | 2,850 |
| South Dakota | SMRF-MAX | 19991-20034 | 16,758 | 18,712 | $304,967 | $608,926 | $206,580 | 7,950 |
| South Dakota | SDUD | 19962-19984,20054-20064 | 2,961 | 3,166 | $54,508 | $163,733 | $36,283 | - |
| South Dakota | MSIS | 20041-20053 | 5,512 | 6,721 | $30,200 | $86,453 | $20,143 | 2,339 |
| Utah | SMRF-MAX | 19962-20034 | 16,738 | 18,671 | $278,016 | $649,521 | $198,941 | 9,033 |
| Utah | SDUD | 20054-20074 | 1,815 | 2,051 | $36,294 | $66,962 | $25,614 | - |
| Utah | MSIS | 20041-20053 | 6,060 | 7,286 | $52,592 | $102,410 | $38,297 | 2,658 |
| Nevada | SMRF-MAX | 19991-20034 | 17,360 | 20,323 | $238,398 | $629,748 | $121,336 | 4,277 |
| Nevada | SDUD | 19963-19984,20054-20071 | 3,616 | 4,081 | $31,165 | $87,354 | $16,216 | - |
| Nevada | MSIS | 20041-20053 | 8,963 | 10,920 | $22,687 | $87,458 | $12,808 | 1,087 |
| New Mexico | SMRF-MAX | 19963-20034 | 19,144 | 27,995 | $283,681 | $701,473 | $208,575 | 7,894 |
| New Mexico | SDUD | 20054-20074 | 193 | 252 | $1,572 | $4,054 | $1,120 | - |
| New Mexico | MSIS | 20041-20053 | 5,049 | 8,078 | $25,390 | $61,527 | $19,189 | 1,498 |
| Hawaii | SMRF-MAX | 19991-20034 | 9,130 | 11,700 | $180,527 | $433,668 | $97,279 | 4,484 |
| Hawaii | SDUD | 19963-19984,20053-20074 | 1,914 | 2,039 | $51,503 | $135,126 | $27,690 | - |
| Hawaii | MSIS | 20041-20052 | 1,772 | 2,542 | $25,803 | $50,829 | $15,400 | 473 |
| District of Columbia | SMRF-MAX | 19991-20034 | 9,345 | 10,767 | $197,731 | $400,955 | $138,830 | 3,392 |
| District of Columbia | SDUD | 19963-19984,20041-20073 | 1,311 | 1,449 | $21,929 | $54,741 | $14,690 | - |
| District of Columbia | MSIS | 20041-20053 | 1,839 | 2,261 | $24,373 | $48,838 | $17,301 | 838 |
| Wyoming | SMRF-MAX | 19963-20034 | 8,859 | 10,447 | $127,430 | $306,766 | $80,824 | 3,030 |
| Wyoming | SDUD | 20054-20073 | 242 | 298 | $2,304 | $5,029 | $1,235 | - |
| Wyoming | MSIS | 20041-20053 | 2,458 | 3,276 | $11,077 | $29,590 | $6,698 | 668 |
| Sub-Total | | 19962-20074 | 519,721 | 636,607 | $6,496,462 | $15,833,898 | $4,014,361 | 164,009 |

Table 38: Number of Medicaid-Reimbursed Ipratropium Bromide Prescriptions by Firm and by NDC

| Year-Quarter | Dey Total | Roxane Total | Other Total | Dey Share | Roxane Share | 49502068503 | 49502068533 | 49502068560 | 00054840211 | 00054840213 | 00054840221 | 00054840411 | 00054840413 | 00054840421 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19961 | - | - | 41,362 | 0.0% | 0.0% | - | - | - | - | - | - | - | - | - |
| 19962 | - | 260 | 49,739 | 0.0% | 0.5% | - | - | - | 260 | - | - | - | - | - |
| 19963 | - | 16,881 | 43,044 | 0.0% | 28.2% | - | - | - | 16,881 | - | - | - | - | - |
| 19964 | - | 35,238 | 28,257 | 0.0% | 55.5% | - | - | - | 35,203 | 35 | - | - | - | - |
| 19971 | 882 | 44,012 | 22,691 | 1.3% | 65.1% | 723 | - | 159 | 43,489 | 523 | - | - | - | - |
| 19972 | 13,029 | 54,644 | 18,251 | 15.2% | 63.6% | 11,582 | - | 1,447 | 54,131 | 513 | - | - | - | - |
| 19973 | 22,386 | 59,293 | 14,788 | 23.2% | 61.5% | 19,538 | - | 2,848 | 58,545 | 748 | - | - | - | - |
| 19974 | 30,874 | 55,343 | 11,593 | 31.6% | 56.6% | 26,952 | 102 | 3,820 | 54,454 | 889 | - | - | - | - |
| 19981 | 40,916 | 58,475 | 9,658 | 37.5% | 53.6% | 34,917 | 454 | 5,545 | 57,284 | 1,175 | 16 | - | - | - |
| 19982 | 51,242 | 59,616 | 8,120 | 43.1% | 50.1% | 43,284 | 629 | 7,329 | 58,150 | 1,403 | 63 | - | - | - |
| 19983 | 53,340 | 56,488 | 6,456 | 45.9% | 48.6% | 44,398 | 1,277 | 7,665 | 55,138 | 1,253 | 97 | - | - | - |
| 19984 | 63,437 | 55,762 | 5,361 | 50.9% | 44.8% | 52,233 | 2,314 | 8,890 | 53,543 | 1,978 | 241 | - | - | - |
| 19991 | 79,101 | 59,722 | 4,923 | 55.0% | 41.5% | 63,105 | 4,980 | 11,016 | 56,660 | 2,578 | 484 | - | - | - |
| 19992 | 88,914 | 54,708 | 4,181 | 60.2% | 37.0% | 70,689 | 5,197 | 13,028 | 51,722 | 2,259 | 727 | - | - | - |
| 19993 | 92,456 | 49,590 | 3,796 | 63.4% | 34.0% | 73,978 | 4,950 | 13,528 | 46,193 | 2,548 | 849 | - | - | - |
| 19994 | 108,297 | 49,706 | 3,928 | 66.9% | 30.7% | 87,636 | 5,366 | 15,295 | 45,736 | 2,861 | 1,109 | - | - | - |
| 20001 | 109,364 | 45,449 | 3,215 | 69.2% | 28.8% | 87,611 | 6,648 | 15,105 | 40,616 | 3,195 | 1,638 | - | - | - |
| 20002 | 115,611 | 44,966 | 4,129 | 70.2% | 27.3% | 93,529 | 5,866 | 16,216 | 39,207 | 3,717 | 2,042 | - | - | - |
| 20003 | 116,714 | 45,891 | 5,630 | 69.4% | 27.3% | 92,972 | 7,369 | 16,373 | 40,096 | 3,556 | 2,239 | - | - | - |
| 20004 | 114,657 | 46,496 | 21,013 | 62.9% | 25.5% | 89,666 | 7,765 | 17,226 | 40,513 | 3,361 | 2,622 | - | - | - |
| 20011 | 120,146 | 44,699 | 36,396 | 59.7% | 22.2% | 94,372 | 6,849 | 18,925 | 37,933 | 3,720 | 3,046 | - | - | - |
| 20012 | 116,348 | 43,136 | 44,493 | 57.0% | 21.1% | 89,993 | 7,198 | 19,157 | 35,958 | 4,016 | 3,157 | 5 | - | - |
| 20013 | 111,632 | 39,195 | 50,153 | 55.5% | 19.5% | 86,619 | 6,935 | 18,078 | 32,934 | 3,390 | 2,858 | 13 | - | - |
| 20014 | 116,473 | 36,015 | 61,734 | 54.4% | 16.8% | 89,266 | 6,194 | 21,013 | 30,019 | 3,008 | 2,978 | 5 | 5 | - |
| 20021 | 116,951 | 36,120 | 66,968 | 53.2% | 16.4% | 90,962 | 5,945 | 20,044 | 30,467 | 3,193 | 2,458 | 1 | 1 | - |
| 20022 | 110,217 | 31,269 | 70,280 | 52.0% | 14.8% | 85,565 | 5,665 | 18,987 | 25,557 | 2,501 | 3,210 | 1 | 1 | - |
| 20023 | 105,861 | 32,514 | 72,064 | 50.3% | 15.5% | 80,992 | 6,221 | 18,648 | 25,151 | 2,305 | 5,057 | 1 | - | - |
| 20024 | 100,919 | 32,646 | 73,319 | 48.8% | 15.8% | 76,294 | 5,871 | 18,754 | 24,146 | 2,086 | 6,407 | - | 7 | - |
| 20031 | 95,208 | 30,760 | 70,870 | 48.4% | 15.6% | 73,965 | 4,863 | 16,380 | 22,124 | 2,038 | 6,596 | - | - | 2 |
| 20032 | 92,460 | 28,691 | 77,964 | 46.4% | 14.4% | 71,161 | 5,068 | 16,231 | 20,245 | 1,698 | 6,744 | 2 | 2 | - |
| 20033 | 98,547 | 25,746 | 71,398 | 50.4% | 13.2% | 77,359 | 4,921 | 16,267 | 17,589 | 1,480 | 6,676 | - | 1 | - |
| 20034 | 114,905 | 19,041 | 60,919 | 59.0% | 9.8% | 92,657 | 5,009 | 17,239 | 12,779 | 1,151 | 5,109 | - | 2 | - |
| Total | 2,333,716 | 1,026,701 | 836,968 | 55.6% | 24.5% | 1,843,223 | 123,554 | 366,939 | 899,760 | 60,470 | 66,423 | 26 | 20 | 2 |

* other prescriptions in 2000Q4 is linearly interpolated because of an apparent data error in SDUD

**Table 39B-rev: Dey/Roxane Combined, No NovaPlus: Diffs by DMERC and YrQuart**

| YrQuart | Total Difference | | | | | Roxane Share of Difference | | | |
|---|---|---|---|---|---|---|---|---|---|
| | AdminaStar | CIGNA | DMERC-A | Palmetto | Rox rel share | AdminaStar | CIGNA | DMERC-A | Palmetto |
| 19951 | $79,108 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 19961 | $0 | $0 | $0 | $124 | 0.0% | $0 | $0 | $0 | $0 |
| 19962 | $0 | $0 | $0 | $1,045 | 100.0% | $0 | $0 | $0 | $1,045 |
| 19963 | $0 | $0 | $0 | $41 | 100.0% | $0 | $0 | $0 | $41 |
| 19964 | $0 | $0 | $0 | $1,402,037 | 100.0% | $0 | $0 | $0 | $1,402,037 |
| 19971 | $0 | $0 | $0 | $1,858,709 | 98.0% | $0 | $0 | $0 | $1,822,193 |
| 19972 | $1,898,496 | $1,903,721 | $1,133,594 | $0 | 80.7% | $1,532,981 | $1,537,200 | $915,345 | $0 |
| 19973 | $2,315,717 | $2,316,293 | $1,209,763 | $5,854,096 | 72.6% | $1,681,042 | $1,681,460 | $878,199 | $4,249,647 |
| 19974 | $2,490,804 | $2,650,759 | $1,332,916 | $6,640,712 | 64.2% | $1,598,856 | $1,701,531 | $855,603 | $4,262,696 |
| 19981 | $174,611 | $408,424 | $1,421,551 | $7,645,394 | 58.8% | $102,729 | $240,289 | $836,345 | $4,498,037 |
| 19982 | $282,080 | $709,642 | $1,649,817 | $9,042,595 | 53.8% | $151,694 | $381,623 | $887,220 | $4,862,828 |
| 19983 | $3,398,839 | $3,526,310 | $1,806,756 | $10,140,264 | 51.4% | $1,748,130 | $1,813,692 | $929,272 | $5,215,457 |
| 19984 | $3,841,420 | $3,987,694 | $2,055,521 | $11,112,622 | 46.8% | $1,797,039 | $1,865,467 | $961,585 | $5,198,551 |
| 19991 | $4,056,716 | $4,120,050 | $2,232,750 | $11,846,519 | 43.0% | $1,745,209 | $1,772,456 | $960,535 | $5,096,402 |
| 19992 | $4,510,971 | $4,255,213 | $2,323,837 | $12,391,550 | 38.1% | $1,718,303 | $1,620,881 | $885,188 | $4,720,147 |
| 19993 | $5,219,941 | $4,669,854 | $2,478,162 | $15,489,749 | 34.9% | $1,822,345 | $1,630,303 | $865,157 | $5,407,661 |
| 19994 | $5,534,031 | $6,205,072 | $3,195,133 | $18,372,164 | 31.5% | $1,740,945 | $1,952,047 | $1,005,153 | $5,779,680 |
| 20001 | $5,783,608 | $6,445,448 | $3,574,239 | $19,855,934 | 29.4% | $1,697,914 | $1,892,213 | $1,049,302 | $5,829,177 |
| 20002 | $7,995,928 | $7,803,993 | $4,497,863 | $21,256,858 | 28.0% | $2,239,081 | $2,185,334 | $1,259,526 | $5,952,508 |
| 20003 | $6,707,183 | $8,449,123 | $4,935,459 | $23,322,684 | 28.2% | $1,892,926 | $2,384,544 | $1,392,904 | $6,582,216 |
| 20004 | $7,270,027 | $9,527,198 | $5,288,193 | $27,135,822 | 28.9% | $2,097,554 | $2,748,795 | $1,525,754 | $7,829,250 |
| 20011 | $7,519,841 | $8,637,414 | $5,901,864 | $28,493,044 | 27.1% | $2,039,063 | $2,342,102 | $1,600,336 | $7,726,110 |
| 20012 | $8,743,262 | $10,348,779 | $6,274,919 | $31,589,730 | 27.0% | $2,364,810 | $2,799,058 | $1,697,192 | $8,544,146 |
| 20013 | $9,235,948 | $10,815,116 | $6,704,073 | $33,645,772 | 26.0% | $2,400,121 | $2,810,495 | $1,742,169 | $8,743,435 |
| 20014 | $9,880,166 | $10,310,303 | $5,544,012 | $32,228,860 | 23.6% | $2,333,522 | $2,435,113 | $1,309,399 | $7,611,893 |
| 20021 | $9,568,797 | $10,284,037 | $5,498,875 | $32,596,950 | 23.6% | $2,257,939 | $2,426,713 | $1,297,564 | $7,691,867 |
| 20022 | $11,195,608 | $11,665,945 | $6,421,182 | $36,110,944 | 22.1% | $2,474,276 | $2,578,223 | $1,419,108 | $7,980,670 |
| 20023 | $13,847,179 | $12,217,928 | $6,695,414 | $37,821,656 | 23.5% | $3,253,674 | $2,870,849 | $1,573,223 | $8,886,962 |
| 20024 | $14,670,840 | $12,782,199 | $7,132,497 | $40,216,628 | 24.4% | $3,585,851 | $3,124,229 | $1,743,327 | $9,829,761 |
| 20031 | $13,725,362 | $11,913,023 | $6,561,198 | $38,145,224 | 24.4% | $3,351,582 | $2,909,029 | $1,602,172 | $9,314,644 |
| 20032 | $15,942,774 | $10,832,216 | $7,505,046 | $16,137,305 | 23.7% | $3,775,570 | $2,565,287 | $1,777,346 | $3,821,639 |
| 20033 | $48 | $11,262,167 | $7,837,128 | $19,396,134 | 20.7% | $10 | $2,332,841 | $1,623,379 | $4,017,707 |
| 20034 | $14,250,744 | $11,991,266 | $8,288,913 | $34,251,432 | 14.2% | $2,025,805 | $1,704,610 | $1,178,305 | $4,868,988 |
| Total | $190,140,046 | $200,039,185 | $119,500,669 | $584,002,598 | - | $53,428,974 | $56,306,384 | $33,770,607 | $167,747,396 |

|  |  |
|---|---|
| **Roxane Total** | **$311,253,362** |
| **Dey Total** | **$782,349,904** |
| **Total Difference** | **$1,093,682,499** |