# Exhibit F
# July 2002 CMS Report,
## *Assessment of Medicare Prescription Drug Prices*

Exhibit to the March 12, 2010 Motion *In Limine* to Exclude Certain Expert Opinions Proffered by Plaintiffs' Expert Dr. Mark G. Duggan



# Centers for Medicare & Medicaid Services

APR Search Home

ORDI Home Page

CMS Intranet

Researcher's Home

**BACK TO RESULT**

| | |
|---|---|
| **Title:** | Assessment of Medicare Prescription Drugs and Coverage Policies |
| **Project No:** | 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/01 |
| **Period:** | 9/30/2000 to 7/21/2002 |
| **Funding:** | $202,527.00 |
| **Award:** | Task Order (RADSTO) |
| **Project Officer(s):** | Brigid Goody , Peri Iz |
| **Principal Investigator(s):** | Thomas J. Hoerger, Ph.D. |
| **Awardee:** | Research Triangle Institute, (NC)<br>PO Box 12194, 3040 Cornwallis Road<br>Research Triangle Park, NC 27709-2194 |
| **Description:** | The purpose of this project is to assemble and analyze recent fee-for-service and managed care plan data on Medicare spending for prescription drugs, as well as comparable data from other public and/or private payers. Using these data, the project will estimate possible financial effects of alternative Medicare payment policies for drugs currently covered by statute. This study will estimate current expenditures and possible savings from alternative reimbursement policies based on different discount rate and price schedules used by other payers, as well as examine other purchasing polices including competitive bidding and rebate mechanisms. |
| **Status:** | This project was completed in July 2002. |

Last Modified on Thursday, April 12, 2007

HHD085-0620      F

July 2002

# Assessment of Medicare Prescription Drug Prices

## Final Report

Prepared for

**Peri Iz**
Centers for Medicare & Medicaid Services
Office of Research, Development and Information
7500 Security Boulevard
Mail Stop C3-19-26
Baltimore, MD  21244-1850

Prepared by

**Thomas J. Hoerger**
**John Wittenborn**
RTI
Health, Social, and Economics Research
Research Triangle Park, NC  27709

RTI Project Number 07964.001



Since the AMP and manufacturer rebate amounts are not publicly available, the prices listed for Medicaid in this report do not reflect these discounts. Individual state dispensing fees, co-payments, and reimbursement formulas are listed in Table 3-2. These data were collected through a telephone survey of state Medicaid administrators by our subcontractor, The Mayatech Corporation.

### 3.3.4 IMS Data

A significant portion of the data analyzed in this project was purchased from IMS Health. IMS specializes in market intelligence in the health and pharmaceutical industries and constitutes an accurate, existing data source for pharmaceutical pricing. Data for 30 of the included HCPCS were obtained from IMS. IMS collects the prices that outlets in certain price categories pay to wholesalers and manufacturers for prescription drugs. The price categories included are food stores, chain pharmacies, independent pharmacies, non-federal hospitals, federal facilities, long-term care facilities, clinics, and closed-wall HMOs, home health care, and mail-order pharmacies. IMS data also include a quantity-weighted average price.

IMS collects these data by photographing all of the sales invoices of the outlets and by conducting a near-census of warehouses, which includes 328 of 370 wholesalers. These data reflect invoice line-item prices. IMS states that actual final sale prices may include rebates, discounts, or charge-backs below the amount listed by IMS. A prompt-payment discount is a common type of rebate that allows purchasers to pay less than the invoice price if payment is made by a certain date. IMS data also do not capture bottom-line invoice discounts, which reduce the total amount for an order containing multiple products. After a sale, purchasers may obtain charge-backs, which are rebates or refunds that an outlet has negotiated directly from a manufacturer. Although IMS data list a variety of price categories, all data represent the prices these outlets paid to wholesalers and manufacturers and not the prices that these outlets charge their customers. IMS reports that 98 percent of purchases made by retail outlets were from wholesalers.

HHD085-0655