# Exhibit G
# Excerpt from Health Care Financing Review (Spring '94)

Exhibit to the March 12, 2010 Motion *In Limine* to Exclude Certain Expert Opinions Proffered by Plaintiffs' Expert Dr. Mark G. Duggan

# HEALTH CARE FINANCING REVIEW (SPRING 94) [SEGMENT 1 OF 7]

HEALTH CARE FINANCING REVIEW (SPRING 94) [SEGMENT 1 OF 7]

Spring 1994
Volume 15, Number 3

U.S. Department of Health and Human Services
Health Care Financing Administration
Office of Research and Demonstrations
Baltimore, Maryland

CALL FOR PAPERS

We are pleased to announce that the issues of the Review for 1995 will focus on several important topics in health care financing. These theme issues will bring a range of viewpoints together to help illuminate various perspectives and interpretations of current trends and new research.

We are especially interested in receiving articles for our forthcoming issues and invite authors to submit articles to the Review for consideration. Manuscripts must be received by the dates indicated below to be considered for possible inclusion in the following issues:

| Issues | Themes | Final Due Dates |
|--------|--------|-----------------|
| SPRING | Medicaid and State Health Reform Activities | October 31, 1994 |
| SUMMER | New Initiatives and Approaches in Assuring the Quality of Health Care | January 31, 1995 |
| FALL | Rural Health | April 30, 1995 |
| WINTER | International Health | July 31, 1995 |

For information on how to submit articles to the Review you may contact:

Linda Wolf
Editor-in-Chief
Health Care Financing Review

R1-014149

VAC MDL 45007

Reprint Requests: Jo Ann Lamphere-Thorpe, M.S., Alpha Center, 1350 Connecticut AVenue NW., Suit 1100, Washington, Dc 20036.

**State Medicaid Pharmacy Payments and Their Relation to Estimated Costs**

E. Kathleen Adams, Ph.D., David H. Kreling, R.Ph., Ph.D., and Kathleen Gondek, Ph.D.

Although prescription drugs do not appear to be a primary source of recent surges in Medicaid spending, their share of Medicaid expenditures has risen despite efforts to control costs. As part of a general concern with prescription drug policy, Congress mandated a study of the adequacy of Medicaid payments to pharmacies. In this study, several data sources were used to develop 1991 estimates of average pharmacy ingredient and dispensing costs. A simulation was used to estimate the amounts States pay. Nationally, simulated payments averaged 96 percent of estimated costs overall but were lower for dispensing costs (79 percent) and higher for ingredient costs 9102 percent).

## INTRODUCTION

Growth in Medicaid expenditures has recently become a major policy concern. Medicaid expenditures are growing faster than any other State budgetary expenses. Total Medicaid expenditures and in particular drug benefit expenditures have in most States grown substantially, yet drug expenses as a percentage of the total Medicaid budget have risen relatively slowly. The adequacy and fairness of Medicaid payments to pharmacies are of concern, thus differences in how States set these payment levels are important.

Over the years, there has been Federal legislation aimed at controlling program costs for prescription drug benefits. In 1987, States were given more flexibility in establishing their own payment methodologies. State payment policies now very for the two major drug classifications. For multisource drugs, there can be State maximum allowable charge (MAC) limits in place that differ from the Federal maximums, although States' payments must stay within the Federal aggregate expenditure limits. For other (non-multisource) drugs, States pay for the lower of the pharmacy's usual and customary charges or the estimated acquisition cost (EAC) as determined by the State.

E. Kathleen Adams is with Emory University School of Public Health; David H. Kreling is with the University of Wisconsin School of Pharmacy; and Kathleen Gondek is with the Health Care Financing Administration. The opinions expressed herein are those of the authors and do not necessarily reflect the views of Emory University, the University of Wisconsin, or the Health Care Financing Administration.

Overall, States are directed to pay on a retrospective fee-for-service basis with payments limited to the lower of the pharmacy's usual and customary charge or the EAC of the drug product plus an established dispensing fee to cover the pharmacy's overhead and profit. Medicaid payment policy for pharmaceutical services varies from State to State not only in terms of the basis of payment but also in terms of the drugs covered by MACs, the level of the payment for dispensing fees, and other aspects of the payment program than can affect adequacy. Furthermore, there are factors other than the payment amounts that affect pharmacy profits.

## DATA

Several data sources were used to complete this study. These data sets, their role in the overall analysis, and issues addressed in using them are briefly summarized here.

A significant amount of information was drawn from the data bases available through IMS America (1991), which gathers data from more than 175,000 U.S. sites. The primary use of these data in this study was to derive State-level estimates of the pharmacies' ingredient costs for a market basket of drugs. The data needed for these purposes came from two separate sources at IMS America: the U.S. Drugstore Audit and the Prescription Data Base. Wholesale data from the U.S. Drugstore Audit data base were the primary source of information used to generate the average per unit ingredient costs for a market basket of drugs. The per unit costs were derived from all sales (not just those related to Medicaid) made by wholesalers at the regional level to chains and independent pharmacies during the fourth quarter of 1991. These dollar values were the basic building block for the derivation of ingredient-cost estimates for each drug and in each State (Table 2). Note that these amounts do not reflect discounts that do not appear on the invoice (e.g., rebates and discounts for payment within 30 days), and therefore may overestimate true acquisition costs.

Data from the Prescription Data Base were used to move from the regional to the State level by using the counts of chain and independent pharmacies in each State along with the per unit cost data from the U.S. Drugstore Audit. The Prescription Data Base file was also used to provide counts of pharmacies participating in Medicaid in the larger study. Pharmacies are characterized on the basis of size (monthly sales of less than $45,308, versus sales of $45,308 or more) and whether they were part of a chain or were independent. These data were drawn for the month of December 1991. Although the type of store was known in the aggregate, no information on individual stores was made available by IMS America.

Data from First Databank (1992) were used in the simulation of State payments for the market basket of specific drugs. First Databank maintains data on various pricing strategies used by States for current and historical periods. Data are retained by unique national drug codes (NDCs) currently in place for specific products.

R1-014154

VAC MDL 45012

Based on the raw IMS America data, per unit purchasing costs vary only slightly across regions of the country; the average difference in the per unit costs across regions for the 50 drugs with the highest volume of transactions (during the 4th quarter of 1991) was only 0.3 percent. To move from the regional data to estimates of what drugs cost pharmacies in each State, additional regional-level data from IMS America were obtained on variations in acquisition cost to pharmacies within regions. Ranges on per unit costs were obtained for a small sample of drugs (both brand names and generics). In selecting these products, we sought diversity across brand and generic product groups, therapeutic categories, and manufacturers, as this would allow us to check for differences in price distribution behaviors across these variables. As expected, the within-region spreads varied from 3 to 5 percent for brand products and from 1 to 9 percent for generic products. When averaged across all drug products, the spread in acquisition costs within each region ranged from 3 to 5 percent.

Although we would also expect to observe variation in the per unit ingredient costs based on the size (or type) of the individual pharmacy, data on this variation are not available from IMS America. In the absence of these data, a weighted average price for each drug product was derived using the spread in acquisition costs within each region (previously discussed) and the following assumptions:

ù Large chains at average IMS America unit cost * (1 - 0.5 * percentage of the acquisition cost spread).

ù Small chains and large independents at average IMS America unit cost.

ù Small independents at IMS America unit cost * (1 + 0.5 * percentage of the acquisition cost spread).

The above assumptions rest on information from earlier studies regarding the price discounts that can be obtained when purchasing larger volumes (Kreling, 1991; Kreling and Kirk, 1986; Gagnon and Rodowskas, 1974) and knowledge of the relative prescription volumes that independents and chains supply. Recall that large pharmacies are defined in the IMS data as those with $45,308 or more in sales per month. We assume that chain pharmacies with high prescription volumes ("large chains") would obtain the best prices from wholesalers by virtue of the purchase volumes, both as individual stores and as part of the chain. In addition, these stores achieve economies through their own warehousing operations. Independent pharmacies with large prescription volumes and small-volume chain pharmacies were grouped together as a middle, average-cost group. Although chains with small prescription volumes may obtain economies through their own warehousing operations, their costs for items not available from their warehouse, or from a secondary wholesaler, would be higher than other pharmacies'. In total, their purchases would reflect what might be typical for an independent pharmacy, thus representing the norm in a wholesaler's purchase mix.

R1-014158

VAC MDL 45016

Independents with low prescription volumes would have the least ability to obtain favorable purchasing terms and thus would have the highest purchase costs.

These three values (for low, medium, and high purchasing costs) were weighted by the total number of prescriptions supplied by each of these pharmacy types, as shown in this equation:

$$C^*_{is} = \left(\sum_{j=1}^{n} C_{ijR} \cdot W_{js}\right) / \sum_{j} W_{js}$$

Where:

$C^*_{is}$ = estimated average ingredient cost of the $i^{th}$ drug product in each State

$C_{ijR}$ = per unit cost for the $i^{th}$ drug product in region R assigned to the $j^{th}$ pharmacy-size-and-type category for State(s) in region R

$i$ = 1 ... n drug products in the market basket

$R$ = region

$j$ = pharmacy-size-and-type category

$W_{js}$ = number of prescriptions of pharmacies in $j^{th}$ size-and-type category in State

The data on the number of prescriptions provided by each pharmacy type were derived as noted earlier, from the IMS America Prescription Drug File. The effect of this weighting depended on how much variation in pharmacy size and volume there was across States within a region. To the extent that this reflected State-level detail about the pharmaceutical industry, this made the ingredient-cost estimates more relevant to specific States.

Go to segment 2

R1-014159

VAC MDL 45017