# Exhibit J   Part 1
# National Pharmaceutical Council List of State Medicaid Formulas

Exhibit to the March 12, 2010 Motion *In Limine* to Exclude Certain Expert Opinions Proffered
by Plaintiffs' Expert Dr. Mark G. Duggan

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | WAC+9.2% | $0.50-$3.00 |
| Alaska | $3.45-$11.46 | AWP-5% | $2.00 |
| Arizona | - | - | - |
| Arkansas | $4.51 + 0.103(EAC) | AWP-10.5% | $0.50-$3.00 |
| California | $4.05 | AWP-5% | No |
| Colorado | $4.08 | AWP-10%; WAC+18% | G: $0.50, B: $2.00 |
| Connecticut | $4.10 | AWP-12% | No |
| Delaware | $3.65 | AAC | No |
| District of Columbia | $4.50 | AWP-10% | $0.50 |
| Florida | $4.23 | WAC+7% | No |
| Georgia | $4.41-$15.00 | AWP-10% | $0.50 |
| Hawaii | $4.67 | AWP-10.5% | No |
| Idaho | $4.41 | AWP | No |
| Illinois | $3.30-$15.00 | AWP-10%; multisource drugs are AWP-12% | No |
| Indiana | $4.00 | AWP-10% | $0.50-$3.00 |
| Iowa | $4.02-$6.25 | AWP-10% | $1.00 |
| Kansas | $2.52-$6.71 | AWP-10% | $2.00 |
| Kentucky | OP: $4.75, LTC: $5.75 | AWP-10% | No |
| Louisiana | $5.77 | AWP-10.5% | $0.50-$3.00 |
| Maine | $3.35-$5.35 | AWP-10% | $0.50-$3.00 |
| Maryland | $4.66 | WAC+10% | $1.00 |
| Massachusetts | $3.00 | WAC+10% | $0.50 |
| Michigan | $3.72 | AWP-13.5% or AWP-15.1% | $1.00 |
| Minnesota | $4.10 | AWP-9% | No |
| Mississippi | $4.91 | AWP-10% | $1.00 |
| Missouri | $4.09 | AWP-10.43% | $0.50-$2.00 |
| Montana | $2.00-4.08 | AWP-10% | G: $1.00, B: $2.00 |
| Nebraska | $2.84-5.05 | AWP-8.71% | $1.00 |
| Nevada | $4.64 | AWP-10% | No |
| New Hampshire | $2.50 | AWP-12% | $0.50-$1.00 |
| New Jersey | $3.73-$4.07 | AWP-2-8% | No |
| New Mexico | $4.00 | AWP-10.5% | No |
| New York | G: $5.50, B: $4.50 | AWP-10% | G: $0.50, B: $2.00 |
| North Carolina | $5.60 | AWP-10% | $1.00 |
| North Dakota | $4.50 | AWP-10% | No |
| Ohio | $3.50 | AWP-7.5% | No |
| Oklahoma | $4.15 | AWP-10.5% | $1.00-$2.00 |
| Oregon | $3.80-$4.16 | AWP-11% | No |
| Pennsylvania | $4.00 | AWP-10% | $1.00 |
| Rhode Island | $2.85-$3.40 | WAC+5% | No |
| South Carolina | $4.05 | AWP-10% | $1.50 |
| South Dakota | $4.75-$5.55 | AWP-10.5% | $2.00 |
| Tennessee | Not Avail. | Not Avail. | Not Avail. |
| Texas | $4.55 | AWP-10.49%; WAC+12% | No |
| Utah | $3.90 urban; $4.40 rural | AWP-12% | No |
| Vermont | $4.25 | AWP-10% | $1.00-$2.00 |
| Virginia | $4.25 | AWP-9% | $1.00 |
| Washington | $3.72-$4.59 | AWP-11%* | No |
| West Virginia | $3.90 | AWP-12% | $0.50-$2.00 |
| Wisconsin | 4.69-6.67 | AWP or AWP-10% | $0.50-$100 |
| Wyoming | $4.70 | AWP-4% | $1.00 |

*Actual Acquisition Cost (AAC) for injectables, vaccines, biologicals, etc.

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Price;
G = Generic; B = Brand name; OP = Outpatient; LTC = Long Term Care.
Source: As reported by state drug program administrators in the NPC Survey.

NPC 1997

# Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | WAC+9.2% | $0.50-$3.00 |
| Alaska | $3.45 - $11.46 | AWP-5% | $2.00 |
| Arizona* | - | - | - |
| Arkansas | $4.51+0.103 (EAC) | AWP-10.5% | $0.50-$3.00 |
| California | $4.05 | AWP-5% | G: $1.00, B: $2.00 |
| Colorado | $4.08 | AWP-10%; WAC+18% | G: $0.50, B: $2.00 |
| Connecticut | $4.10 | AWP-12% | No |
| Delaware | $3.65 | AWP-12.9% | No |
| District of Columbia | $4.50 | AWP-10% | $0.50 |
| Florida | $4.23 | WAC+7% | No |
| Georgia | $4.41 | AWP-10% | $0.50 |
| Hawaii | $4.67 | AWP-10.5% | No |
| Idaho | $4.54 | AWP | No |
| Illinois | $3.30 - $14.72 | AWP-10%; multisource drugs are AWP-12% | No |
| Indiana | $4.00 | AWP-10% | $0.50-$3.00 |
| Iowa | $4.02 - $6.25 | AWP-10% | $1.00 |
| Kansas | $4.82 (average) | AWP-10% | $2.00 |
| Kentucky | $4.75 OP/$5.75 LTC | AWP-10% | No |
| Louisiana | $5.77 | AWP-10.5% | $0.50-$3.00 |
| Maine | $3.35 | AWP-10% | $0.50-$3.00 |
| Maryland | $4.21 | WAC+10% | $1.00 |
| Massachusetts | $3.00 | WAC+10% | $0.50 |
| Michigan | $3.72 | AWP-13.5% or AWP-15.1% | $1.00 |
| Minnesota | $3.65 | AWP-9% | No |
| Mississippi | $4.91 | AWP-10% | $1.00 |
| Missouri | $4.09 | AWP-10.43% | $0.50-$2.00 |
| Montana | $2.00 - $4.14 | AWP-10% | G: $1.00, B: $2.00 |
| Nebraska | $2.84 - $5.05 | AWP-8.71% | $1.00 |
| Nevada | $4.64 | AWP-10% | No |
| New Hampshire | $2.50 | AWP-12% | G: $0.50, B: $1.00 |
| New Jersey | $3.73 - $4.07 | AWP-10% | No |
| New Mexico | $4.00 | AWP-12.5% | No |
| New York | $4.50 - $5.50 | AWP-10% | G: $0.50, B: $2.00 |
| North Carolina | $5.60 | AWP-10% | $1.00 |
| North Dakota | $4.60 | AWP-10% | No |
| Ohio | $3.50 | AWP-7.5% | No |
| Oklahoma | $4.15 | AWP-10.5% | $1.00-$2.00 |
| Oregon | $3.80 - $4.16 | AWP-11% | No |
| Pennsylvania | $4.00 | AWP-10% | $1.00 |
| Rhode Island | $2.85 - $3.40 | WAC+5% | No |
| South Carolina | $4.05 | AWP-10% | $1.50 |
| South Dakota | $4.75 | AWP-10.5% | $2.00 |
| Tennessee* | - | - | - |
| Texas | $5.27 + 2% | AWP-10.49%; WAC+12% | No |
| Utah | $3.90 - $4.40 | AWP-12% | $1.00 |
| Vermont | $4.25 | AWP-10% | $2.00 |
| Virginia | $4.25 | AWP-9% | $1.00 |
| Washington | $3.90 - $4.82 | AWP-11% | No |
| West Virginia | $3.90 | AWP-12% | $0.50-$2.00 |
| Wisconsin | $4.69 - $38.55 | AWP-10% | $1.00 |
| Wyoming | $4.70 | AWP-4% | $1.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost;

G = Generic; B = Brand name; OP = Outpatient; LTC = Long Term Care.

*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.

Source: As reported by state drug program administrators in the NPC Survey.

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | WAC+9.2% | $0.50-$3.00 |
| Alaska | $3.45 - $11.46 | AWP-5% | $2.00 |
| Arizona* | - | AWP-10% | - |
| Arkansas | $4.51+0.103 (EAC) | AWP-10.5% | $0.50-$3.00 |
| California | $4.05 | AWP-5% | G: $1.00, B: $2.00 |
| Colorado | $4.08 | AWP-10%; WAC+18% | G: $0.50, B: $2.00 |
| Connecticut | $4.10 | AWP-12% | No |
| Delaware | $3.65 | AWP-12.9% | No |
| District of Columbia | $3.75 | AWP-10% | $1.00 |
| Florida | $4.23 | WAC+7% | No |
| Georgia | $4.41 | AWP-10% | $0.50 |
| Hawaii | $4.67 | AWP-10.5% | No |
| Idaho | $4.54 | AWP | No |
| Illinois | $3.30 - $14.72 | AWP-10%; multi-source drugs are AWP-12% | No |
| Indiana | $4.00 | AWP-10% | $0.50-$3.00 |
| Iowa | $4.02 - $6.25 | AWP-10% | $1.00 |
| Kansas | $4.82 (average) | AWP-10% | $2.00 |
| Kentucky | $4.75 OP/$5.75 LTC | AWP-10% | No |
| Louisiana | $5.77 | AWP-10.5% | $0.50-$3.00 |
| Maine | $3.35 | AWP-10% | $0.50-$3.00 |
| Maryland | $4.21 | WAC+10% | $1.00 |
| Massachusetts | $3.00 | WAC+10% | $0.50 |
| Michigan | $3.72 | AWP-13.5% or AWP-15.1% | $1.00 |
| Minnesota | $3.65 | AWP-9% | No |
| Mississippi | $4.91 | AWP-10% | $1.00 |
| Missouri | $4.09 | AWP-10.43% | $0.50-$2.00 |
| Montana | $2.00 - $4.20 | AWP-10% | G: $1.00, B: $2.00 |
| Nebraska | $2.84 - $5.05 | AWP-8.71% | $1.00 |
| Nevada | $4.64 | AWP-10% | No |
| New Hampshire | $2.50 | AWP-12% | G: $0.50, B: $1.00 |
| New Jersey | $3.73 - $4.07 | AWP-10% | No |
| New Mexico | $4.00 | AWP-12.5% | No |
| New York | $4.50 - $5.50 | AWP-10% | G: $0.50, B: $2.00 |
| North Carolina | $5.60 | AWP-10% | $1.00 |
| North Dakota | $4.60 | AWP-10% | No |
| Ohio | $3.70 | AWP-11% | No |
| Oklahoma | $4.15 | AWP-10.5% | $1.00-$2.00 |
| Oregon | $3.80 - $4.16 | AWP-11% | No |
| Pennsylvania | $4.00 | AWP-10% | $1.00 |
| Rhode Island | $2.85 - $3.40 | WAC+5% | No |
| South Carolina | $4.05 | AWP-10% | $1.50 |
| South Dakota | $4.75-5.55 | AWP-10.5% | $2.00 |
| Tennessee* | - | - | - |
| Texas | $5.27 + 2% | AWP-10.49%; WAC+12% | No |
| Utah | $3.90 - $4.40 | AWP-12% | $1.00 |
| Vermont | $4.25 | AWP-10% | $2.00 |
| Virginia | $4.25 | AWP-9% | $1.00 |
| Washington | $3.90 - $4.82 | AWP-11% | No |
| West Virginia | $3.90 | AWP-12% | $0.50-$2.00 |
| Wisconsin | $4.98 | AWP-10% | $1.00 |
| Wyoming | $4.70 | AWP-4% | $1.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost;

G = Generic; B = Brand name; OP = Outpatient; LTC = Long Term Care.

*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.

Source: As reported by state drug program administrators in the NPC Survey.

# Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | WAC+9.2% | $0.50 - $3.00 |
| Alaska | $3.45 | AWP-5% | $2.00 |
| Arizona* | - | AWP-10% | - |
| Arkansas | $5.51 | AWP-10.5% | $0.50 - $3.00 |
| California | $4.05 | AWP-5% | G: $1.00, B: $1.00 |
| Colorado | $4.08 | AWP-10% or WAC+18%, whichever is lowest | G: $0.50, B: $2.00 |
| Connecticut | $4.10 | AWP-12% | No |
| Delaware | $3.65 | AWP-12.9% | No |
| District of Columbia | $3.75 | AWP-10% | $1.00 |
| Florida | $4.23 | AWP-11.5% or WAC+7%, whichever is lowest | No |
| Georgia | $4.63 | AWP-10% | $0.50 |
| Hawaii | $4.67 | AWP-10.5% | No |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-11% | No |
| Illinois | G: $3.75, B: $3.45 | AWP-10%, AWP-12% for multi-source drugs | No |
| Indiana | $4.00 | AWP-10% | $0.50 - $3.00 |
| Iowa | $4.10 - $6.38 | AWP-10% | $1.00 |
| Kansas | $4.94 | AWP-10% | $2.00 |
| Kentucky | OP: $4.75, LTC: $5.75 | AWP-10% | No |
| Louisiana | $5.77 | AWP-10.5% | $0.50 - $3.00 |
| Maine | $3.35 (+ extra fees for compounding) | AWP-10% | $0.50 - $3.00 |
| Maryland | $4.21 | AWP-10% | $1.00 |
| Massachusetts | $3.00 | WAC+10% | $0.50 |
| Michigan | $3.72 | AWP-13.5% (1 to 4 stores), AWP-15.1% (5+ stores) | $1.00 |
| Minnesota | $3.65 | AWP-9% | No |
| Mississippi | $4.91 | AWP-10% | $1.00 |
| Missouri | $4.09 | AWP-10.43% | $0.50 - $2.00 |
| Montana | $4.20 | AWP-10% | G: $1.00, B: $2.00 |
| Nebraska | $4.66 | AWP-8.71% | $1.00 |
| Nevada | $4.76 | AWP-10% | No |
| New Hampshire | $2.50 | AWP-12% | G: $0.50, B: $1.00 |
| New Jersey | $3.73 | AWP-10% | No |
| New Mexico | $4.00 | AWP-12.5% | No |
| New York | B: $3.50 G: $4.50 | AWP-10% | G: $0.50, B: $2.00 |
| North Carolina | $5.60 | AWP-10% | $1.00 |
| North Dakota | $4.60 | AWP-10% | No |
| Ohio | $3.70 | AWP-11% | No |
| Oklahoma | $4.15 | AWP-10.5% | $1.00 - $2.00 |
| Oregon | $3.91-$4.28 (based on annual # of Rxs) | AWP-11% | No |
| Pennsylvania | $4.00 | AWP-10% | $1.00 - $2.00 |
| Rhode Island | OP: $3.40, LTC: $2.85 | WAC+5% | No |
| South Carolina | $4.05 | AWP-13% | $2.00 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | $2.00 |
| Tennessee* | - | - | - |
| Texas | $5.27 + 2% of ingredient & dispensing fee | AWP-15% or WAC+12%, whichever is lowest | No |
| Utah | $3.90 - $4.40 (based on geographic area) | AWP-12% | $1.00 |
| Vermont | $4.25 | AWP-10% | $1.00 - $2.00 |
| Virginia | $4.25 | AWP-9% | $1.00 |
| Washington | $3.90 - $4.82 (based on annual # of Rxs) | AWP-11% | No |
| West Virginia | $3.90 (+ extra fees for compounding) | AWP-12% | $0.50 - $2.00 |
| Wisconsin | $4.88 | AWP-10% | $0.50 - $1.00 |
| Wyoming | $4.70 | AWP-4% | $2.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost;
G = Generic; B = Brand Name; OP = Outpatient; LTC = Long Term Care.
*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.
Source: As reported by state drug program administrators in the 1999 NPC Survey.