# Exhibit J  Part 2
# National Pharmaceutical Council List of State Medicaid Formulas

Exhibit to the March 12, 2010 Motion *In Limine* to Exclude Certain Expert Opinions Proffered by Plaintiffs' Expert Dr. Mark G. Duggan

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | AWP- 10%; WAC+9.2% | $0.50 - $3.00 |
| Alaska | $3.45 | AWP-5% | $2.00 |
| Arizona* | - | - | - |
| Arkansas | $5.51 | AWP-10.5% | $0.50 - $3.00 |
| California | $4.05 | AWP-5% | G: $1.00, B: $1.00 |
| Colorado | $4.08 | AWP-10% or WAC+18%, whichever is lowest | G: $0.50, B: $2.00 |
| Connecticut | $4.10 | AWP-12% | None |
| Delaware | $3.65 | AWP-12.9% | None |
| District of Columbia | $3.75 | AWP-10% | $1.00 |
| Florida | $4.23 | AWP-13.25% | None |
| Georgia | $4.63 | AWP-10% | $0.50 |
| Hawaii | $4.67 | AWP-10.5% | None |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-11% | None |
| Illinois | G: $3.75, B: $3.45 | AWP-10%, AWP-12% for multi-source drugs | None |
| Indiana | $4.00 | AWP-10% | $0.50 - $3.00 |
| Iowa | $4.13 - $6.42 | AWP-10% | $1.00 |
| Kansas | $4.50 | AWP-10% | $2.00 |
| Kentucky | OP: $4.75, LTC: $5.75 | AWP-10% | None |
| Louisiana | $5.77 | AWP-10.5% | $0.50 - $3.00 |
| Maine | $3.35 (+ extra fees for compounding) | AWP-10% | $0.50 - $3.00 |
| Maryland | $4.21 | Lowest of : WAC + 10%, direct + 10%, AWP -10% | $1.00 |
| Massachusetts | $3.00 | WAC+10% | $0.50 |
| Michigan | $3.72 | AWP-13.5% (1 to 4 stores), AWP-15.1% (5+ stores) | $1.00 |
| Minnesota | $3.65 | AWP-9% | None |
| Mississippi | $4.91 | AWP-10% | $1.00 |
| Missouri | $4.09 | AWP-10.43% | $0.50 - $2.00 |
| Montana | $2.00 - $4.20 | AWP-10% | G: $1.00, B: $2.00 |
| Nebraska | $3.20 - $5.05 | AWP-8.71% | $1.00 |
| Nevada | $4.76 | AWP-10% | None |
| New Hampshire | $2.50 | AWP-12% | G: $0.50, B: $1.00 |
| New Jersey | $3.73 - $4.07 | AWP-10% | None |
| New Mexico | $4.00 | AWP-12.5% | None |
| New York | B: $3.50 G: $4.50 | AWP-10% | G: $0.50, B: $2.00 |
| North Carolina | $5.60 | AWP-10% | $1.00 |
| North Dakota | $4.60 | AWP-10% | None |
| Ohio | $3.70 | AWP-11% | None |
| Oklahoma | $4.15 | AWP-10.5% | $1.00 - $2.00 |
| Oregon | $3.91-$4.28 (based on annual # of Rx) | AWP-11% | None |
| Pennsylvania | $4.00 | AWP-10% | $1.00 - $2.00 |
| Rhode Island | OP: $3.40, LTC: $2.85 | WAC+5% | None |
| South Carolina | $4.05 | AWP-10% | $2.00 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | $2.00 |
| Tennessee* | - | - | - |
| Texas | $5.27 + 2% of ingredient & dispensing fee | AWP-15% or WAC+12%, whichever is lowest | None |
| Utah | $3.90 - $4.40 (based on geographic area) | AWP-12% | $1.00 - $5.00 |
| Vermont | $4.25 | AWP-11.9% | $1.00 - $2.00 |
| Virginia | $4.25 | AWP-9% | $1.00 |
| Washington | $4.06 - $5.02 (based on annual # of Rx) | AWP-11% | None |
| West Virginia | $3.90 (+ extra fees for compounding) | AWP-12% | $0.50 - $2.00 |
| Wisconsin | $4.88 | AWP-10% | $0.50 - $1.00 |
| Wyoming | $4.70 | AWP-4% | $2.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost;
G = Generic; B = Brand Name; OP = Outpatient; LTC = Long Term Care.
*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.
Source: As reported by state drug program administrators in the 2000 NPC Survey.

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | AWP-10%; WAC+9.2% | $0.50 - $3.00 |
| Alaska | $3.45 | AWP-5% | $2.00 |
| Arizona* | - | - | - |
| Arkansas | $5.51 | AWP-10.5% | $0.50 - $3.00 |
| California | $4.05 | AWP-5% | $1.00 |
| Colorado | $4.00 | AWP-11% or WAC+18%, whichever is lowest | G: $0.75, B: $3.00 |
| Connecticut | $4.10 | AWP-12% | None |
| Delaware | $3.65 | AWP-12.9% | None |
| DC | $3.75 | AWP-10% | $1.00 |
| Florida | $4.23-$4.73 | AWP-13.25%; WAC+7% | None |
| Georgia | $4.63 + $0.50 for G or P | AWP-10% | G/P: $0.50, B/NP: $0.50 - $3.00 |
| Hawaii | $4.67 | AWP-10.5% | None |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-12% | None |
| Illinois | G: $5.10, B: $4.00 | AWP-11% | $1.00 |
| Indiana | $4.00 | AWP-10% | $0.50 - $3.00 |
| Iowa | $5.17 | AWP-10% | $1.00 |
| Kansas | $4.50 | AWP-10%, IV AWP-50%, blood AWP-30% | $2.00 |
| Kentucky | $4.50 | AWP-10% | None |
| Louisiana | $5.77 | AWP-13.5% (AWP-15% for chains) | $0.50 - $3.00 |
| Maine | $3.35 (+extra fees for compounding) | AWP-10% | $0.50 - $3.00 |
| Maryland | $4.21 | Lowest of: WAC+10%, direct+10%, AWP-10% | $1.00 |
| Massachusetts | $3.00 | WAC+10% | $0.50 |
| Michigan | $3.72 | AWP-13.5% (1-4 stores), AWP-15.1% (5+stores) | $1.00 |
| Minnesota | $3.65 | AWP-9% | None |
| Mississippi | $4.91 | AWP-10% | $1.00 |
| Missouri | $4.09 | AWP-10.43%, WAC+10% | $0.50 - $2.00, $5.00 for some 1115 pop. |
| Montana | $2.00 - $4.20 | AWP-10%, direct price for some labelers | G: $1.00, B: $2.00 |
| Nebraska | $3.84 - $5.05 | AWP-10% | $1.00 |
| Nevada | $4.76 | AWP-10% | None |
| New Hampshire | $2.50 | AWP-12% | G: $0.50, B: $1.00 |
| New Jersey | $3.73 - $4.07 | AWP-10%, WAC+30%, AAC for injectables | None |
| New Mexico | $4.00 | AWP-12.5% | None (except CHIP and working disabled) |
| New York | B: $3.50 G: $4.50 | AWP-10% | G: $0.50, B: $2.00 |
| North Carolina | $5.60 | AWP-10% | $1.00 |
| North Dakota | $4.60 | AWP-10% | None |
| Ohio | $3.70 | AWP-11% | None |
| Oklahoma | $4.15 | AWP-12.0% | $1.00 - $2.00 |
| Oregon | Retail: $3.50 Inst./NF: $3.80 | AWP-13% | None |
| Pennsylvania | $4.00 | AWP-10% | $1.00 ($2.00 for GA) |
| Rhode Island | OP: $3.40, LTC: $2.85 | WAC+5% | None |
| South Carolina | $4.05 | AWP-10% | $3.00 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | $2.00 |
| Tennessee* | - | - | - |
| Texas | (EAC+$5.27)/0.98 & delivery fee | AWP-15% or WAC+12%, whichever is lowest | None |
| Utah | $3.90-$4.40 (based on area) | AWP-12% | $1.00, max $5.00/mo. |
| Vermont | $4.25 | AWP-11.9% | $1.00 - $2.00 |
| Virginia | $4.25 | AWP-9% | $1.00 |
| Washington | $4.14-$5.12 (based on annual # of Rx) | AWP-11% | None |
| West Virginia | $3.90 (+ extra $1.00 for compounding) | AWP-12% | $0.50 - $2.00 |
| Wisconsin | $4.88 (to a maximum $40.11) | AWP-11.25% | $1.00, max $5/recip/pharm/mo |
| Wyoming | $5.00 | AWP-11% | $2.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost; AAC= Actual Acquisition Cost;
G = Generic; B = Brand Name; OP = Outpatient; LTC = Long Term Care; P = Preferred; NP = Non-Preferred.
*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.
Source: As reported by State drug program administrators in the 2001 NPC Survey.

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | AWP- 10%; WAC+9.2% | $0.50 - $3.00 |
| Alaska | $3.45 minimum | AWP-5% | $2.00 |
| Arizona* | - | - | - |
| Arkansas | $5.51 | AWP-10.5% | $0.50 - $5.00 |
| California | $4.05 | AWP-10% | $1.00 |
| Colorado | $4.00; $1.89 for Institutions | AWP-13.5% or WAC+18%, whichever is lowest; AWP-35% (for generics) | G: $0.75, B: $3.00 |
| Connecticut | $3.85 | AWP-12% | None |
| Delaware | $3.65 | AWP-12.9% | None |
| DC | $3.75 | AWP-10% | $1.00 |
| Florida | $4.23-$4.73 (LTC) | AWP-13.25%; WAC+7% | None |
| Georgia | $4.63 + $0.50 (for generics) | AWP-10% | G/P: $0.50, B/NP: $0.50 - $3.00 |
| Hawaii | $4.67 | AWP-10.5% | None |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-12% | None |
| Illinois | G: $5.10, B: $4.00 | B: AWP-11%, G: AWP-20% | $1.00 |
| Indiana | $4.90 | B: AWP-13.5%, G: AWP-20% | $0.50 - $3.00 |
| Iowa | $5.17 | AWP-10% | $1.00 |
| Kansas | $3.40 | B: AWP-15%, G: AWP-27% IV AWP-50%, blood AWP-30% | $3.00 |
| Kentucky | $4.51 | AWP-12% | $1.00 |
| Louisiana | $5.77 | AWP-13.5% (AWP-15% for chains) | $0.50 - $3.00 |
| Maine | $3.35 (+extra fees for compounding) | AWP-13% | $0.50 - $3.00 |
| Maryland | $4.21 | Lowest of : WAC+10%, direct+10%, AWP-10% | $1.00 |
| Massachusetts | B: $3.50 G: $5.00 | WAC+5% | $2.00 |
| Michigan | $3.72 | AWP-13.5% (1-4 stores), AWP-15.1% (5+stores) | $1.00 |
| Minnesota | $3.65 | AWP-9% | None |
| Mississippi | $3.91 | AWP-12% | $1.00 - $3.00 |
| Missouri | $4.09 | AWP-10.43%, WAC+10% | $0.50 - $2.00, $5.00 for some 1115 waiver pop. |
| Montana | $2.00 - $4.70 | AWP-15%, direct price for some labelers | $1.00 - $5.00 |
| Nebraska | $3.27 - $5.00 | AWP-11% | $2.00 |
| Nevada | $4.76 | AWP-15% | None |
| New Hampshire | $2.50 | AWP-12% | G: $0.50, B: $1.00 |
| New Jersey | $3.73 - $4.07 | AWP-10%, WAC+30%, AAC for injectables | None |
| New Mexico | $3.65 | AWP-12.5% | None (except CHIP and working disabled) |
| New York | B: $3.50 G: $4.50 | AWP-10% | G: $0.50, B: $2.00 |
| North Carolina | B: $4.00 G: $5.60 | AWP-10% | G: $1.00, B: $3.00 |
| North Dakota | $5.10 | AWP-10% | $3.00 (Brand) |
| Ohio | $3.70 | WAC + 9% | None |
| Oklahoma | $4.15 | AWP-12.0% | $1.00 - $2.00 |
| Oregon | Retail: $3.50 Inst./NF: $3.80 | AWP-13% | None |
| Pennsylvania | $4.00 ($5.00 for compounds) | AWP-10% | $1.00 ($2.00 for Gas) |
| Rhode Island | OP: $3.40, LTC: $2.85 | WAC+5% | None |
| South Carolina | $4.05 | AWP-10% | $3.00 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | $2.00 |
| Tennessee* | - | - | - |
| Texas | (EAC+$5.27)/0.98 & delivery fee | AWP-15% or WAC+12%, whichever is lowest | None |
| Utah | $3.90-$4.40 (based on area) | AWP-15% | $3.00 - $5.00/mo. |
| Vermont | $4.25 | AWP-11.9% | $1.00 - $2.00 |
| Virginia | $4.25 | AWP-10.25% | G: $1.00, B: $2.00 |
| Washington | $4.20-$5.20 (based on annual # of Rx) | AWP-14% | None |
| West Virginia | $3.90 (+ extra $1.00 for compounding) | AWP-12% | $0.50 - $2.00 |
| Wisconsin | $4.88 (to a maximum $40.11) | AWP-11.25% | $1.00, max $5/recip/pharm/mo |
| Wyoming | $5.00 | AWP-11% | $2.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost; AAC= Actual Acquisition Cost;
G = Generic; B = Brand Name; OP = Outpatient; LTC = Long Term Care; P = Preferred; NP = Non-Preferred.
*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.

Source: As reported by State drug program administrators in the 2002 NPC Survey.

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | AWP- 10%; WAC+9.2% | $0.50 - $3.00 |
| Alaska | $3.45 minimum | AWP-5% | $2.00 |
| Arizona* | - | - | - |
| Arkansas | $5.51 | B; AWP-14%, G; AWP-20% | $0.50 - $5.00 |
| California | $4.05 | AWP-10% | $1.00 |
| Colorado | $4.00; $1.89 for Institutions | AWP-13.5% or WAC+18%, whichever is lowest; AWP-35% (for generics) | $3.00 |
| Connecticut | $3.30 | AWP-12% | $1.50 |
| Delaware | $3.65 | AWP-14; AWP-16% (LTC)% | None |
| DC | $4.50 | AWP-10% | $1.00 |
| Florida | $4.23-$4.73 (LTC) | AWP-13.25%; WAC+7% | None |
| Georgia | $4.63 + $0.50 (for generics) | AWP-10% | G/P: $0.50, B/NP: $0.50 - $3.00 |
| Hawaii | $4.67 | AWP-10.5% | None |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-12% | None |
| Illinois | G: $5.10, B: $4.00 | B: AWP-11%, G: AWP-20% | $1.00 |
| Indiana | $4.90 | B: AWP-13.5%, G: AWP-20% | $0.50 - $3.00 |
| Iowa | $4.26 | AWP-12% | $0.50-$3.00 |
| Kansas | $3.40 | B: AWP-15%, G: AWP-27% IV AWP-50%, blood AWP-30% | $3.00 |
| Kentucky | $4.51 | AWP-12% | $1.00 |
| Louisiana | $4.45 (avg.) to $5.77 | AWP-13.5% (AWP-15% for chains) | $0.50 - $3.00 |
| Maine | $3.35 - $12.50 | AWP-15% | $2.50, Max $25/recipient/pharm./month |
| Maryland | $3.69-$5.65 | Lowest of :WAC+9%, direct+9%, AWP-11% | $2.00 for Brand not on PDL |
| Massachusetts | $3.50 - $5.00 | WAC+6% | B: $3.00, G: $1.00 |
| Michigan | $3.77 | AWP-13.5% (1-4 stores), AWP-15.1% (5+stores) | $1.00 (adults) |
| Minnesota | $3.65 | AWP-11.5% | B: $3.00, G: $1.00 |
| Mississippi | $3.91 | AWP-12% | $1.00 - $3.00 |
| Missouri | $4.09 - $8.19 | AWP-10.43%, WAC+10% | $0.50 - $2.00, $5.00 for some 1115 waiver pop. |
| Montana | $2.00 - $4.70 | AWP-15% | $1.00 - $5.00 |
| Nebraska | $3.27 - $5.00 | AWP-11% | $2.00 |
| Nevada | $4.76 | AWP-15% | None |
| New Hampshire | $1.75 | AWP-16% | B: $2.00, G: $1.00 |
| New Jersey | $3.73 - $4.07 | AWP-10%, WAC+30%, AAC for injectables | None |
| New Mexico | $3.65 | AWP-12.5% | None (except $2.00 for CHIP and working disabled) |
| New York | B: $3.50 G: $4.50 | AWP-12% | G: $0.50, B: $2.00 |
| North Carolina | B: $4.00 G: $5.60 | AWP-10% | G: $1.00, B: $3.00 |
| North Dakota | $5.10 | AWP-10% | $3.00 (Brand) |
| Ohio | $3.70 | WAC + 9% | None |
| Oklahoma | $4.15 | AWP-12.0% | $1.00 - $2.00 |
| Oregon | Retail: $3.50 Inst./NF: $3.80 | AWP-15% (retail), AWP-11% (institutional) | B: $3.00, G: $2.00 |
| Pennsylvania | $4.00 ($5.00 for compounds) | AWP-10% | $1.00 ($2.00 for General Assist.) |
| Rhode Island | OP: $3.40, LTC: $2.85 | WAC+5% | None |
| South Carolina | $4.05 | AWP-10% | $3.00 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | $2.00 |
| Tennessee* | $2.50 | AWP-13% | Medicaid: None; Other: $5/$10 Based on Income |
| Texas | (EAC+$5.14)/0.98 & delivery fee | AWP-15% or WAC+12%, whichever is lowest | None |
| Utah | $3.90 (urban), $4.40 (rural) | AWP-15% | $3.00 |
| Vermont | $4.25 | AWP-11.9% | B: $3.00, G: $1.00 |
| Virginia | $3.75 | AWP-10.25% | B: $3.00, G: $1.00 |
| Washington | $4.20-$5.20 (based on annual # of Rx) | AWP-14% | None |
| West Virginia | $3.90 (+ extra $1.00 for compounding) | AWP-12% | $0.50 - $2.00 |
| Wisconsin | $4.88 (to a maximum $40.11) | AWP-12% | $1.00-$3.00, max $5/recip/pharm/mo |
| Wyoming | $5.00 | AWP-11% | $2.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost; AAC= Actual Acquisition Cost;
G = Generic; B = Brand Name; OP = Outpatient; LTC = Long Term Care; P = Preferred; NP = Non-Preferred; PDL= Preferred Drug List
*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.

Source: As reported by State drug program administrators in the 2003 NPC Survey.

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | AWP- 10%; WAC+9.2% | $0.50 - $3.00 |
| Alaska | $3.45 minimum | AWP-5% | $2.00 |
| Arizona* | - | - | - |
| Arkansas | $5.51 ($7.51 non-MAC generics) | B: AWP-14%, G: AWP-20% | $0.50 - $5.00 |
| California | $7.25 ($8.00 for LTC) | AWP-17% | $1.00 |
| Colorado | $4.00; $1.89 for Institutions | AWP-13.5% or WAC+18%, whichever is lowest; AWP-35% (for generics) | B: $3.00, G: $1.00 |
| Connecticut | $3.15 | AWP-12% | None |
| Delaware | $3.65 | AWP-14% AWP-16% (LTC) | $0.50 - $3.00 |
| DC | $4.50 | AWP-10% | $1.00 |
| Florida | $4.23 | AWP-15.4%; WAC+5.75% | None |
| Georgia | $4.33-$4.63 + $0.50 (for generics) | AWP-11% | G/P: $0.50, B/NP: $0.50 - $3.00 |
| Hawaii | $4.67 | AWP-10.5% | None |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-12% | None |
| Illinois | G: $4.60, B: $3.40 | B: AWP-12% | B: $3.00 |
| Indiana | $4.90 | B: AWP-13.5%, G: AWP-20% | $3.00 |
| Iowa | $4.26 | AWP-12% | $0.50-$3.00 |
| Kansas | $3.40 | B: AWP-13%, G: AWP-27%, IV AWP-50%, blood AWP-30% | $3.00 |
| Kentucky | $4.51 | AWP-12% | $1.00 |
| Louisiana | $4.45 (avg.) to $5.77 | AWP-13.5% (AWP-15% for chains) | $0.50 - $3.00 |
| Maine | $3.35 - $12.50 | AWP-15% | $2.50, Max $25/rec/pharm/mo |
| Maryland | $2.69-$4.69 | Lowest of :WAC+8%, direct+8%, AWP-12% | $2.00 Brand not on PDL, $1.00 Brand on PDL & generics |
| Massachusetts | $3.50 - $5.00 | WAC+5% | B: $3.00, G: $1.00 |
| Michigan | $2.50 ($2.75 – LTC) | AWP-13.5% (1-4 stores), AWP-15.1% (5+stores) | B: $3.00, G: $1.00, ABW: $1.00 |
| Minnesota | $3.65 | AWP-11.5% | B: $3.00, G: $1.00 |
| Mississippi | $3.91 | AWP-12% | $1.00 - $3.00 |
| Missouri | $4.09 - $8.19 | AWP-10.43%, WAC+10% | $0.50 - $2.00, $5.00 for some 1115 waiver pop. |
| Montana | $2.00 - $4.70 | AWP-15% | $1.00 - $5.00 |
| Nebraska | $3.27 - $5.00 | AWP-11% | $2.00 |
| Nevada | $4.76 | AWP-15% | None |
| New Hampshire | $1.75 | AWP-16% | B: $2.00, G: $1.00 |
| New Jersey | $3.70 - $4.07 | AWP-12.75%, WAC+30%, AAC for injectables | None |
| New Mexico | $3.65 | AWP-14% | None (except $5.00 for CHIP and working disabled) |
| New York | B: $3.50, G: $4.50 | B: AWP-12. 75%;, G: AWP-16.50% | G: $0.50, B: $2.00 |
| North Carolina | B: $4.00, G: $5.60 | AWP-10% | G: $1.00, B: $3.00 |
| North Dakota | B: $4.60, G: $5.60 | AWP-10% | $3.00 (Brand) |
| Ohio | $3.70 | WAC + 9% | $3.00 (PA drugs only) |
| Oklahoma | $4.15 | AWP-12.0% | $1.00 - $2.00 |
| Oregon | Retail: $3.50, Inst./NF: $3.80 | AWP-15% (retail), AWP-11% (institutional) | B: $3.00, G: $2.00 |
| Pennsylvania | $4.00 ($5.00 for compounds) | AWP-10% | $1.00 ($2.00 for General Assist.) |
| Rhode Island | OP: $3.40, LTC: $2.85 | WAC+5% | None |
| South Carolina | $4.05 | AWP-10% | $3.00 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | $2.00 |
| Tennessee* | $2.50 | AWP-13% | Medicaid: None; Other: $5/$10 based on income |
| Texas | (EAC+$5.14)/0.98 & delivery fee | AWP-15% or WAC+12%, whichever is lowest | None |
| Utah | $3.90 (urban), $4.40 (rural) | AWP-15% | $3.00 |
| Vermont | $4.25 | AWP-11.9% | $1.00 - $3.00 dep. on Rx Cost |
| Virginia | $3.75 | AWP-10.25% | B: $3.00, G: $1.00 |
| Washington | $4.20-$5.20 (based on annual # of Rx) | AWP-14% | None |
| West Virginia | $3.90 (+ extra $1.00 for compounding) | AWP-12% | $0.50 - $3.00 |
| Wisconsin | $4.88 (to a maximum $40.11) | AWP-13% | $1.00-$3.00, max $12/rec/pharm/mo |
| Wyoming | $5.00 (legend), 50% AWP OTC | AWP-11% | $1.00 - $3.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost; AAC= Actual Acquisition Cost;
G = Generic; B = Brand Name; OP = Outpatient; LTC = Long Term Care; P = Preferred; NP = Non-Preferred; PDL= Preferred Drug List
*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.

Source: As reported by State drug program administrators in the 2004 NPC Survey.

## Pharmacy Payment and Patient Cost Sharing

| State | Dispensing Fee | Ingredient Reimbursement Basis | Copayment |
|---|---|---|---|
| Alabama | $5.40 | AWP-10%; WAC+9.2% | $0.50 - $3.00 |
| Alaska | $3.45-$11.46 | AWP-5% | $2.00 |
| Arizona* | - | - | - |
| Arkansas | $5.51 ($7.51 non-MAC generics) | B: AWP-14%, G: AWP-20% | $0.50 - $5.00 |
| California | $7.25 ($8.00 for LTC) | AWP-17% | $1.00 |
| Colorado | $4.00; $1.89 Inst. & dispensing physicians >25 miles from participating pharmacy | AWP-13.5% or direct pricing +18%; AWP-35% (for generics) | B: $3.00, G: $1.00 |
| Connecticut | $3.15 | AWP-14% | None |
| Delaware | $3.65 | AWP-14%, AWP-16% (LTC) | $0.50 - $3.00 |
| District of Columbia | $4.50 | AWP-10% | $1.00 |
| Florida | $4.23 | AWP-15.4%; WAC+5.75% | None |
| Georgia | $4.63 (for profit), $4.33 (non-profit) | AWP-11% | G/P: $0.50, B/NP: $0.50 - $3.00 |
| Hawaii | $4.67 | AWP-10.5% | None |
| Idaho | $4.94 ($5.54 for unit dose) | AWP-12% | None |
| Illinois | G: $4.60, B: $3.40 | B: AWP-12% | B: $3.00 |
| Indiana | $4.90 | B: AWP-13.5%, G: AWP-20% | $3.00 |
| Iowa | $4.39 | AWP-12% | $0.50-$3.00 |
| Kansas | $3.40 | B: AWP-13%, G: AWP-27%, IV AWP-50%, blood AWP-30% | $3.00 |
| Kentucky | $4.51 | AWP-12% | $1.00 - $3.00 |
| Louisiana | $4.59 (avg.) to $5.77 | AWP-13.5% (AWP-15% for chains) | $0.50 - $3.00 |
| Maine | $3.35 | AWP-15% | $2.00, Max $25/rec/pharm/mo |
| Maryland | $2.69-$4.69 | Lowest of :WAC+8%, direct+8%, AWP-12% | $3.00 Brand not on PDL, $1.00 Brand on PDL & generics |
| Massachusetts | $3.50 - $5.00 | WAC+5% | B: $3.00, G and OTC: $1.00 |
| Michigan | $2.50 ($2.75 – LTC) | AWP-13.5% (1-4 stores), AWP-15.1% (5+stores) | B: $3.00, G: $1.00, ABW: $1.00 |
| Minnesota | $3.65 | AWP-12% | B: $3.00, G: $1.00 |
| Mississippi | $3.91 sole source, $4.91 multisource | AWP-12% or WAC+9% | $3.00 |
| Missouri | $4.09 - $8.19 | AWP-10.43%, WAC+10% | $0.50 - $2.00, $5.00 for some 1115 waiver pop. |
| Montana | $2.00 - $4.70, $3.50 out-of-state | AWP-15% | $1.00 - $5.00 |
| Nebraska | $3.27 - $5.00 | AWP-11% | $2.00 |
| Nevada | $4.76 | AWP-15% | B: $3.00, G: $1.00, (dual eligibles) |
| New Hampshire | $1.75 | AWP-16% | B: $2.00, G: $1.00 |
| New Jersey | $3.70 - $4.07 | AWP-12.75% | None |
| New Mexico | $3.65 | AWP-14% | None (except $5.00 for CHIP and working disabled) |
| New York | B: $3.50, G: $4.50 | B: AWP-12.75%;, G: AWP-16.50% | B: $3.00, G: $1.00, OTC: $0.50 |
| North Carolina | B: $4.00, G: $5.60 | AWP-10% | $3.00 |
| North Dakota | B: $4.60, G: $5.60 | Lowest of AWP-10%, EAC+12.5% or MAC | $3.00 (Brand) |
| Ohio | $3.70 | WAC +7% | B: $3.00, PA: $3.00 |
| Oklahoma | $4.15 | AWP-12.0% | $1.00 - $2.00 |
| Oregon | Retail: $3.50, Inst./NF: $3.91 | AWP-15% (retail), AWP-11% (inst.) | B: $3.00, G: $2.00 |
| Pennsylvania | $4.00 ($5.00 for compounds) | AWP-10%, WAC+7% | B: $3.00, G: $1.00 |
| Rhode Island | $3.40 (LTC: $2.85) | WAC+10% | None |
| South Carolina | $4.05 | AWP-10% | $3.00 |
| South Dakota | $4.75 ($5.55 for unit dose) | AWP-10.5% | B: $3.00, G: no copay |
| Tennessee | $2.50 | AWP-13% | Varies by eligibility status |
| Texas | $5.14 | AWP-15% or WAC+12%, whichever is lowest | None |
| Utah | $3.90 (urban), $4.40 (rural), $1.00 OTC | AWP-15% | $3.00 |
| Vermont | $4.75 | AWP-11.9% | $1.00 - $3.00 dep. on Rx Cost |
| Virginia | $4.00 | AWP-10.25% | B: $3.00, G: $1.00 |
| Washington | $4.24-$5.25 (based on annual # of Rx) | AWP-14%, AWP-50% (>5 labelers) | None |
| West Virginia | $3.90 (+ extra $1.00 for compounding) | AWP-12% | $0.50 - $3.00 |
| Wisconsin | $4.88 (to a maximum $40.11) | AWP-13% | $1.00-$3.00, max $12/rec/pharm/mo |
| Wyoming | $5.00 | AWP-11% | G: $1.00, PB: $2.00, NP: $3.00 |

WAC = Wholesalers Acquisition Cost; AWP = Average Wholesale Price; EAC = Estimated Acquisition Cost; AAC= Actual Acquisition Cost; G = Generic; B = Brand Name; OP = Outpatient; LTC = Long Term Care; P = Preferred; NP = Non-Preferred; PDL= Preferred Drug List; PB = Preferred Brand
*Within Federal and State guidelines, individual managed care and pharmacy benefit management organizations make formulary/drug decisions.
Source: As reported by State drug program administrators in the 2005/2006 NPC Survey.