# Exhibit L
# November 30, 2000
# M. Duggan Ltr. to R. Brooker

Exhibit to the March 12, 2010 Motion *In Limine* to Exclude Certain Expert Opinions Proffered by Plaintiffs' Expert Dr. Mark G. Duggan

November 30, 2009

Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division-Fraud Section
601 D Street, NW
Suite 9918
Washington, DC 20530

Re:    United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer
Ingelheim Corp., et al., MDL 1456.

Dear Ms. Brooker,

     The materials presented by Dey in connection with the summary judgment pleadings
included an affidavit from David Bradford, Ph.D. which suggested that the extrapolation
methodology I used in determining Medicaid damages over-stated damages by more than 20
percent for Dey.  The Roxane defendants have also argued that my extrapolation methodology is
unreliable.  In light of this, I decided to take another look at these issues.  I will forward to you
separately the work papers containing the underlying calculations.

   A.  <u>Additional Medicaid Analyses</u>

     Using data obtained directly from the states, I performed a claim-by-claim analysis for
nine additional states for Roxane (comparable to the analysis I performed for the 16 states in my
original data set).  The results confirmed the reliability of my extrapolation methodology as the
claim-by-claim results varied therefrom by 5.6% ($5.3 million versus $5.6 million).  These
results are summarized in Table A in the attached "Roxane Letter Tables.xls" spreadsheets.

   B.  <u>Summary of Previous Supplements to My February 9, 2009 Report</u>

     1.    On April 23, 2009, I produced a Rebuttal Report of Mark G. Duggan, Ph.D. The
last page of that report made an adjustment to the calculation of DIFFERENCE in the no-
NovaPlus combined effect scenario.  In my original report, in the no-NovaPlus combined
scenario, I had removed the Roxane NovaPlus products from the generic portion of the DMERC-
A arrays for purposes of calculating Medicare payments using alternative Dey and Roxane
AWPs.  Unlike the other three DMERCs, DMERC-A treated the NovaPlus products as generic
products and included them in the generic portion of its arrays.  I subsequently concluded that it
was not appropriate to remove those products from the DMERC-A arrays.  The rebuttal report
explained:

              In my original report, I removed the Roxane NovaPlus products
              from the generic portion of the DMERC-A arrays.  I have
              determined that it is more appropriate to leave Roxane's NovaPlus

products in the generic portion of the Medicare DMERC-A arrays and leave their prices unchanged in the no-NovaPlus combined scenario for Ipratropium Bromide. As a result of this, the combined value of DIFFERENCE declines from $1.103 billion to $1.093 billion. Roxane's share of this DIFFERENCE, using its relative market share, falls as a result from $313 million to $311 million. This revision is summarized in the attached Tables 35rev and 38B-rev.

2.      Also in my rebuttal report of April 23, 2009, I revised my analysis to exclude time periods for those products that were sold to Elan. This change decreased the value of federal DIFFERENCE in Medicaid spending from $68.957 million to $65.726 million.

C. Additional Technical Correction

1.      A technical error was discovered relating to the Medicare damages calculation for ipratropium bromide. In the Medicare claims data, there are a small number of payments made at the submitted amount where the entire amount of these claims was counted as overpayment. I have corrected this issue and re-calculated damages for all ipratropium bromide scenarios. The correction reduced the value of DIFFERENCE for each ipratropium bromide scenario by approximately $0.18 million. The revised calculations are summarized in the attached "Roxane Letter Tables.xls" spreadsheets.

2.      Finally, I have made a technical correction to the DIFFERENCE calculations relating to the Palmetto arrays for ipratropium bromide for the first, second, and third quarters of 2000. In the original arrays provided by the DMERC, an Alpharma product was listed in the array but the Alpharma AWP was omitted from the median calculation. I have now corrected for this apparent DMERC error. This correction reduces the value of DIFFERENCE for the combined impact, non-NovaPlus scenario by $0.1 million and the Dey only and Roxane only non-NovaPlus scenarios by $4.4 million, as summarized in Tables 37rev, 39A-rev and 39B-rev in the attached "Roxane Letter Tables.xls" spreadsheets. This issue was noted in paragraph 310 of Dr. Bradford's report.

Sincerely,

Mark G. Duggan

Mark G. Duggan, Ph.D.