UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory No. 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**BOEHRINGER INGELHEIM CORPORATION AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION TO <u>BIFURCATE THE CORPORATE VEIL-PIERCING ISSUES FOR TRIAL</u>**

Defendants Boehringer Ingelheim Corporation ("BIC") and Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI") respectfully move this Court for leave to file a reply memorandum in further support of BIC and BIPI's Motion to Bifurcate the Corporate Veil-Piercing Issues for Trial (Dkt. No. 6931). BIC and BIPI believe a reply memorandum, in response to the DOJ's Opposition to BIC and BIPI's Motion to Bifurcate the Corporate Veil-Piercing Issues for Trial (Dkt. No. 6946), will assist in defining the issues requiring the Court's resolution. The United States does not oppose BIC and BIPI's request. A copy of the proposed brief is attached hereto as Exhibit 1.

Dated: March 12, 2010

/s/ John W. Reale
―――――――――――――――――
Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendants Boehringer Ingelheim Corp., and Boehringer Ingelheim Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by posting on March 12, 2010, a copy to LexisNexis File and Serve for notification to all parties.

/s/ John W. Reale
John W. Reale