| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| JOHNSON & JOHNSON | Judge Patti B. Saris |

### PLAINTIFFS' RESPONSE TO THE JOHNSON & JOHNSON DEFENDANTS' SUPPLEMENTAL AUTHORITY

The members of Class 1, by Class Counsel, respectfully submit this short response to the March 5 submission of the California Court of Appeal's decision in *Pfizer, Inc. v. Superior Court of Los Angeles County* by the J&J Defendants ("J&J") in support of their Post-Remand Motion for Summary Judgment against Class 1 Residents of the District of Columbia and States Other Than the Commonwealth of Massachusetts.

J&J submitted *Pfizer* for the unremarkable proposition that "a class representative proceeding on a claim of misrepresentation under California Civ. [*sic*] Code § 17200 must demonstrate actual reliance on the allegedly deceptive or misleading statements." Since the California Supreme Court's decision in *In re Tobacco II Cases*, 207 P.3d 20 (Cal. 2009), Plaintiffs have not disputed the named plaintiffs must demonstrate reliance. *See* Dkt. No. 6834 at 27.

To the extent that the *Pfizer* court held that the class could not be certified because it included many class members were never exposed to misrepresentations challenged by the plaintiff, that decision is inapplicable because all members of Class 1 suffered harm because they

had no choice but to pay for Procrit and Remicade based on inflated AWPs. This is particularly true because "[i]t is not … necessarily that [the named plaintiff's] reliance upon the truth of the fraudulent misrepresentation be the sole or even the predominant or decisive factor in influencing his conduct.… It is enough that the representation has played a substantial part, and so has been a substantial factor, in influencing his decision." *Tobacco II*, 207 P.3d at 39 (internal citations omitted).


DATED: March 15, 2010                                    Respectfully submitted,

                                                         By:   s/Steve W. Berman
                                                              Thomas M. Sobol (BBO#471770)
                                                              Edward Notargiacomo (BBO#567636)
                                                              Hagens Berman Sobol Shapiro LLP
                                                              55 Cambridge Parkway, Suite 301
                                                              Cambridge, MA  02142
                                                              Telephone: (617) 482-3700
                                                              Facsimile: (617) 482-3003

                                                              Steve W. Berman
                                                              Sean R. Matt
                                                              Hagens Berman Sobol Shapiro LLP
                                                              1918 8th Avenue, Suite 3300
                                                              Seattle, WA  98101
                                                              Telephone: (206) 623-7292
                                                              Facsimile: (206) 623-0594

                                                              Kenneth A. Wexler
                                                              Jennifer Fountain Connolly
                                                              Wexler Wallace LLP
                                                              55 W. Monroe Street, Suite 3300
                                                              Chicago, IL  60603
                                                              Telephone: (312) 346-2222
                                                              Facsimile: (312) 346-0022

001534-16  358703 V1

Jeffrey L. Kodroff
John A. Macoretta
Spector, Roseman, Kodroff & Willis P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

*Counsel for Class Plaintiffs*

001534-16 358703 V1

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

*In re Pharmaceutical Industry Average Wholesale Price Litigation*
Master Case No. 01-cv-12257, MDL 1456

I, Steve W. Berman, hereby certify that I am one of Class Plaintiffs' attorneys and that,

on March 15, 2010, I caused a copy of ***Plaintiffs' Response to the Johnson & Johnson***

***Defendants' Supplemental Authority*** to be served on all counsel of record by causing same to

be posted electronically via Lexis-Nexis File & Serve.


     s/ Steve W. Berman
Steve W. Berman

001534-16 358703 V1