# Exhibit A
# Excerpts from July 24, 2008
# Hearing Transcript

**Exhibit to the March 15, 2010 Motion *In Limine* to Exclude from Evidence the Reports and Testimony of Theodore R. Marmor, Ph.D.**

```
 1                  UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 2

 3   _____

 4   IN RE:  PHARMACEUTICAL
     INDUSTRY AVERAGE WHOLESALE
 5   PRICE LITIGATION,              Civil Action
                                    No. 01-12257-PBS
 6                                  MDL No. 1456

 7                                  July 24, 2008, 3:55p.m.
     _____
 8

 9

10                        TRANSCRIPT OF

11          MOTION FOR CERTIFICATION OF APPEALABILITY

12            BEFORE THE HONORABLE PATTI B. SARIS

13               UNITED STATES DISTRICT COURT

14             JOHN J. MOAKLEY U.S. COURTHOUSE

15                     1 COURTHOUSE WAY

16                     BOSTON, MA  02210

17

18

19

20
                     DEBRA M. JOYCE, RMR, CRR
21                     Official Court Reporter
                   John J. Moakley U.S. Courthouse
22                 1 Courthouse Way, Room 5204
                         Boston, MA  02210
23                       617-737-4410

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   whether it's relevant beyond the 30 percent.
 2            MR. GOBENA:  Well, I don't think it's really --
 3   relates to the 30 percent issue I think your Honor is
 4   raising.
 5            His whole report -- and it's a rebuttal report,
 6   we don't know whether we're ever going to call him to
 7   trial, whether we're ever going to need him ultimately.
 8   He's certainly not part of our case in chief.  But his
 9   point to say the extent they want to point to government
10   inaction and say that was somehow acquiescing to the
11   reporting --
12            THE COURT:  That's more like a legal argument,
13   right?  There were no factual things, right?
14            MR. GOBENA:  What he did is go through the
15   historical record in order to show that the way the
16   government -- inaction can't be viewed through the lens
17   of a government acting like a military person.  You
18   know, he said it's much more --
19            THE COURT:  Can I just say, I didn't read it in
20   detail, but I doubt that's the kind of thing you would
21   let go to the jury.  That's a legal -- but in any event,
22   he's obviously the man.  He teaches at Yale Law School,
23   was one of the authors of the Medicare Act.  I'm just --
24   he seemed to be talking in terms of organizational
25   behavior.  I'm not sure --
```

PDF created with pdfFactory trial version www.pdffactory.com