# Exhibit 1
# Roxane Defendants' Witness List

Exhibit to the March 16, 2010 Roxane Defendants' Witness and Exhibit List Cover Pleading

# Trial Witnesses To Be Called Live *

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| AmeriSource Bergen Corporate Representative | P.O. Box 959<br>Valley Forge, PA 19482<br>(610) 727-7000 | AmeriSource Bergen Corporation | May | |
| AmeriSource Bergen Custodian of Records | P.O. Box 959<br>Valley Forge, PA 19482<br>(610) 727-7000 | AmeriSource Bergen Corporation | May | |
| Anderson, Jesse | 500 Summer St., NE<br>Salem, OR 97301<br>(503) 945-5944 | State - OR | May | |
| Avarista, Paula | 19 Janet Dr.<br>Johnston, RI 02919<br>(404) 231-0114 | State - RI | May | |
| Bahr, Debra | 3561 Hunters Green Way<br>Lexington, KY 40509<br>(859) 263-7314 | State - KY | May | |
| Bentley, Zachary | c/o The Breen Law Firm, P.A.<br>5755 Northpoint Pkwy, Suite 39<br>Alpharetta, GA 30022<br>(770) 740-0008 | Ven-A-Care | May | |
| Berkle, Sheldon | 5745 Grand Reserve Way #504<br>Naples, FL 34110<br>(239) 348-9218 | Roxane Laboratories, Inc. | May | |
| Boyd, Dennis | 209 Prestwick Place<br>Louisville, KY 40243<br>(502) 245-9582 | State - KY | May | |
| Brandt, Lucinda | 2 Boylston Street<br>Boston, MA 02116<br>(617) 988-3100 | State - MA | May | |
| Bridges, Suzette | 700 Main St.<br>Little Rock, AR 72201<br>(501) 602-1366 | State - AR | May | |
| Bruce, Tamara | 7500 Security Blvd.<br>Baltimore, MD 21244<br>(410) 786-3000 | CMS/HCFA | May | |
| Buto, Kathleen | 1350 I St. NW, Suite 1210<br>Washington, DC 20005<br>(202) 589-1000 | CMS/HCFA | Will | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Butt, Mark-Richard | 99 Washington Ave.<br>Suite 8720<br>Albany, NY 12210<br>(518) 486-3209 | State - NY | May | |
| Campana, David | 4501 Business Park Blvd.<br>Suite 24<br>Anchorage, AK 99503<br>(907) 334-2425 | State - AK | Will | |
| Cardinal Health Corporate Representative | 7000 Cardinal Place<br>Dublin, OH 43017<br>(614) 757-5000 | Cardinal Health | May | |
| Cardinal Health Custodian of Records | 7000 Cardinal Place<br>Dublin, OH 43017<br>(614) 757-5000 | Cardinal Health | May | |
| Carr-Hall, Colin | 900 Ridgebury Rd.<br>P.O. Box 368<br>Ridgefield, CT 06877-0368<br>(203) 798-9988<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | May | |
| Chapman, Allen D. | 8376 East Jamison Circle<br>North Centennial, CO 80112<br>(303) 773-0120 | State - CO | May | |
| Cheloha, Gary | 301 Centennial Mall South<br>Fifth Floor<br>Nebraska State Office Building<br>Lincoln, NE 68508<br>(402) 471-0800 | State - NE | May | |
| Chesser, Paul | 11300 North Rodney Parham Rd.<br>Suite 205<br>Little Rock, AR 72212 | Office of Evaluation & Inspections | Will | |
| Ciarelli, Gregg | 29 Windwood Rd.<br>Bernardsville, NJ 07924<br>(908) 696-8586 | Roxane Laboratories, Inc. | May | |
| Clifford, Margaret | 57 Regional Dr.<br>Concord, NH 03301<br>(603) 271-2325 | State - NH | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Cobo, Luis | c/o The Breen Law Firm, P.A.<br>5755 Northpoint Pkwy, Suite 39<br>Alpharetta, GA 30022<br>(770) 740-0008 | Ven-A-Care | May | |
| Collins, Theodore | 2109 Westchester Rd.<br>Fitchburg, WI 53711<br>(608) 274-1898 | State - WI | May | |
| Davis, Myra | 601 8th St. NE<br>Olympia, WA 98501<br>(800) 562-3022 | State - WA | May | |
| De Parle, Nancy Ann Min | 4229 Leland St.<br>Chevy Chase, MD 20815<br>(301) 656-4103 | CMS/HCFA | Will | |
| DeCapua, Joe | 900 Ridgebury Rd.<br>P.O. Box 368<br>Ridgefield, CT 06877-0368<br>(203) 798-9988<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | Will | |
| Denemark, Cynthia | 248 Chapman Rd.<br>Suite 200<br>Newark, DE 19702<br>(302) 369-8420 | State - DE | May | |
| Donovan, Lynn | 51-140 Kam Highway<br>Kaaawa, HI 96730<br>(808) 237-8476 | State - HI | May | |
| Driver, Rhonda | 205 Jefferson St.<br>Suite 1015<br>Jefferson City, MO 65102<br>(573) 751-3425 | State - MO | May | |
| Duarte, Charles | 1100 East William St.<br>Suite 116<br>Carson City, NV 89701<br>(773) 684-3629 | State - HI | May | |
| Dubberly, Jerry | 2100 East Exchange Place<br>Suite 200, Building 1<br>Tucker, GA 30084-5336<br>(404) 656-4507 | State - GA | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Dudley, Evelyn | 62 Commercial Blvd.<br>Torrington, CT 06790<br>(860) 482-5061 | State - CT | May | |
| Duzor, Deirdre | 7500 Security Blvd.<br>Baltimore, MD 21244<br>(410) 786-3000 | CMS/HCFA | Will | |
| Eiler, Cheryl | 4150 Iowa St.<br>Indianapolis, IN 46203<br>(317) 3356-5998 | AdminaStar Federal (DMERC-B) | Will | |
| Farrand, Lisa | 129 Pleasant St.<br>Annex Building<br>Concord, NH 03301<br>(603) 271-5254 | State - NH | May | |
| Feldman, Richard | 14 Island Rock<br>Plymouth, MA 02360<br>(508) 209-0588 | Roxane Laboratories, Inc. | May | |
| Finch, Mary | 8349 Chadburn Way<br>Montgomery, AL 36116<br>(334) 409-2100 | State - AL | May | |
| Fine, Joseph | 201 West Preston St.<br>Baltimore, MD 21201<br>(410) 767-6500 | State - MD | May | |
| First Databank Corporate Representative | 701 Gateway Blvd.<br>Suite 600<br>San Francisco, CA 94080<br>(650) 588-5454 | First DataBank | May | |
| Gaston, Sue | 7500 Security Blvd.<br>Baltimore, MD 21244<br>(410) 786-3000 | CMS/HCFA | May | |
| George, Brenda | 6001 Greystone Pl.<br>Montgomery, AL 36117 | State - AL | May | |
| Gerrity, Dan | 900 Ridgebury Rd.<br>P.O. Box 368<br>Ridgefield, CT 06877<br>(203) 798-9988<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Gilmore, Gary | 48 Duncan Dr.<br>Norwell, MA 02061<br>(781) 659-2229 | State - MA | May | |
| Gladden, Patricia | 12509 FM 812<br>Del Valle, TX 78617<br>(512) 243-0671 | State - TX | May | |
| Gordon, Dawn | 1125 St. Charles Place<br>Atlanta, GA 30306<br>(404) 870-0408 | Roxane Laboratories, Inc. | May | |
| Gorospe, James (Kevin) | 1501 Capitol Ave.<br>Sacramento, CA 95814<br>(916) 552-9606 | State - CA | May | |
| Haase, Anne | 1330 North Ave.<br>Spearfish, SD 57783<br>(605) 642-2442 | State - ND | May | |
| Hanley, Wallace Ray | 7413 Henderson Rd.<br>Little Rock, AR 72210<br>(501) 455-1412 | State - AR | May | |
| Hansen, Tracy Allen | 11440 Tomahawk Creek Pkwy<br>Leawood, KS 66221<br>(913) 234-1166 | Myers & Stauffer | May | |
| Hautea-Wimpee, Ayuni | 626 8th Ave. Southeast<br>Olympia, WA 98501<br>(800) 562-3022 | State - WA | May | |
| Hayashi, Keith | 600 East Broad St.<br>Suite 1300<br>Richmond, VA 23219<br>(804) 786-6273 | State - VA | May | |
| Hazelwood, Marvin | 1812 S. Cog Mill Ct.<br>Springfield, IL 62704<br>(217) 787-6252 | State - IL | May | |
| Helms, Robert | 1150 Seventeenth St., NW<br>Washington, DC 20036<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | American Enterprise Institute for Public Policy Research | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Helton, Carolyn | c/o Michael Wade, Office of Counsel<br>CIGNA Government Services<br>Two Vantage Way<br>Nashville, TN 37228<br>(860) 226-2457 | Cigna (DMERC-D) | May | |
| Hiramatsu, Aileen | 3401 Pawaina St.<br>Honolulu, HI 96822<br>(808) 988-6252 | State - HI | May | |
| Homar, Roxanne | 7009 Valley View Pl.<br>Cheyenne, WY 82009<br>(307) 638-0325 | State - WY | May | |
| Howell, Kim | 7500 Security Blvd.<br>Baltimore, MD 21244<br>410-786-3000 | CMS/HCFA | May | |
| Huth, Jeff | 900 Ridgebury Rd.<br>P.O. Box 368<br>Ridgefield, CT 06877<br>(203) 798-9988<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Boehringer Ingelheim Pharmaceuticals, Inc. | May | |
| IMS Health Incorporated Corporate Representative | 901 Main Ave.<br>Suite 612<br>Norwalk, CT 06851<br>(203) 845-5200 | IMS Health Incorporated | May | |
| Ireland, Jeffrey | 5489 Sahara Ct.<br>Helen, MT 59602<br>(406) 458-6457 | State - MT | May | |
| Iversen, Larry | 20376 295th Ave.<br>Pierre, SD 57501<br>(605) 224-4862 | State - SD | May | |
| Jacobs, Diane | 13 Gloucester Street<br>Boston, MA 02115<br>(617) 267-5793 | State - MA | May | |
| Jeffrey, Paul | 600 Washington St.<br>5th Floor<br>Boston, MA 02111<br>(617) 210-5319 | State - MA | May | |
| Jones, Colleen | 960 East 10th St.<br>Pine Bluffs, WY 82082<br>(307) 245-9220 | State - WY | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Jones, T. Mark | c/o The Breen Law Firm, P.A.<br>5755 Northpoint Pkwy<br>Suite 39<br>Alpharetta, GA 30022<br>(770) 740-0008 | Ven-A-Care | Will | |
| Joyce, Brendan | 600 East Boulevard Ave.<br>Dept. 325<br>Bismarck, ND 58505<br>(701) 328-2321 | State - ND | May | |
| Kenyon, James | 201 Townsend St.<br>7th Fl.<br>Lansing, MI 48913<br>(517) 373-3740 | State - MI | May | |
| Kersten, Paul | 1508 Hickory Run Rd.<br>Columbus, OH 43204<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | May | |
| Ketchum, Kathy | 500 Summer St., NE<br>Salem, OR 97301<br>(503) 945-5944 | State - OR | May | |
| King, Colleen | 75 Kelly Ave.<br>Wilkes Barre, PA 18705<br>(570) 825-4716 | Healthnow, Inc. (DMERC-A) | May | |
| Knerr, Kristopher | 11440 Tomahawk Creek Pkwy<br>Leawood, KS 66221<br>(913) 234-1166 | Myers & Stauffer | May | |
| Kramer, Sandra | P. 0. Box 30037<br>400 South Pine St.<br>Lansing, MI 48909<br>(517) 335-5128 | State - MI | May | |
| Lockwood, John | c/o The Breen Law Firm, P.A.<br>5755 Northpoint Pkwy, Suite 39<br>Alpharetta, GA 30022<br>(770) 740-0008 | Ven-A-Care | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Macey, Jonathan | 127 Wall St.<br>New Haven, CT 06511<br>(203) 432-7913<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Yale Law School | Will | |
| Mankin, Rebecca | 601 Monroe<br>Jefferson City, MO 65101<br>(573) 632-1071 | State - MO | May | |
| Marsh, Christine | 900 Ridgebury Rd.<br>P.O. Box 368<br>Ridgefield, CT 06877<br>(203) 798-9988<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | May | |
| McCann, Susan | 323 Veterans Lane<br>P.O. Box 570<br>Jefferson City, MO 65102<br>(573) 751-6321 | State - MO | May | |
| McIntyre, Jim | 1809 Wilson Rd.<br>P.O. Box 16532<br>Columbus, OH 43228<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | Will | |
| McKesson Corp. Corporate Representative | One Post St.<br>San Francisco, CA 94104<br>(415) 983-8300 | McKesson Corp. | May | |
| McKesson Corp. Custodian of Records | One Post St.<br>San Francisco, CA 94104<br>(415) 983-8300 | McKesson Corp. | May | |
| McNeil, Martha | 4504 Chiappero Trail<br>Austin, TX 78731<br>(512) 458-3466 | State - TX | Will | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Minne, Kristen | c/o Mr. Thomas J. Cahill<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Ave., Suite 1130<br>New York, NY 10169<br>(212) 818-9200 | Thomson PDR, Inc. | May | |
| Morgan, Marsha | 100 Fifth St., NE<br>Washington, D.C. 20002<br>(202) 546-4160 | State - KY | May | |
| Morgan, Patricia Kay | c/o John Kern<br>Manatt Phelps Phillips, LLP, et al.<br>One Embarcadero Center<br>30th Floor<br>San Francisco, CA 94111<br>(415) 291-7400 | First DataBank | May | |
| Morris, Richard | 774 Exchange Mill Place<br>Dacula, GA, 30019<br>(770) 338-2750 | CMS/HCFA | May | |
| Mullikin, Leslie | 4612 Shell Beach Ave.<br>Cheyenne, WY 82009<br>(307) 514-2603 | State - WY | May | |
| Murphy, Tom | 300 Northfield Rd.<br>Cleveland, OH 44146<br>(440) 232-3320<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | Will | |
| Myers & Stauffer Corporate Representative | 11440 Tomahawk Creek Pkwy<br>Leawood, KS 66221<br>(913) 234-1166 | Myers & Stauffer | May | |
| Myers & Stauffer Custodian of Records | 11440 Tomahawk Creek Pkwy<br>Leawood, KS 66221<br>(913) 234-1166 | Myers & Stauffer | May | |
| Nesser, Nancy | 1221 Northwest 38th St.<br>Oklahoma City, OK 73118<br>(405) 528-4160 | State - OK | Will | |
| Niemann, Robert | 7500 Security Blvd.<br>Baltimore, MD 21244<br>(410) 786-3000 | CMS/HCFA | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Novation Corporate Representative | 125 E. John Carpenter Frwy Suite 1400 Irving, TX 75062 (888) 766-8283 | Novation | May | |
| O'Connor, Frank | 158 Two Rivers Rd. Chesapeake City, MD 21915 (410) 885-2129 | State - DE | May | |
| Oestreich, George | 600 Court St. Fulton, MO 65251 (573) 642-6892 | State - MO | May | |
| Paoletti, Lesli | 7751 Bradford Park Lane Hudson, Ohio 44236<br><br>Serve c/o Kirkland & Ellis LLP 300 North LaSalle Chicago, IL 60654 (312) 862-2000 | Roxane Laboratories, Inc. | Will | |
| Parker, James | 1901 Noble Ave. Springfield, IL 62704 (217) 726-3459 | State - IL | May | |
| Parrella, David | 62 Commercial Blvd. Torrington, CT 06790 (860) 482-5061 | State - CT | Will | |
| Pomer, Frank | 900 Ridgebury Rd. P.O. Box 368 Ridgefield, CT 06877 (203) 798-9988<br><br>Serve c/o Kirkland & Ellis LLP 300 North LaSalle Chicago, IL 60654 (312) 862-2000 | Boehringer Ingelheim Pharmaceuticals, Inc.; Boehringer Ingelheim Corporation | Will | |
| Poulsen, Dorothy | 514 Ward St., #202 Seattle, WA 98109 (206) 285-1887 | State - MT | May | |
| Ragone, Linda | 150 S. Independence Mall West Public Ledger Building, Room 356 Philadelphia, PA 19106 (211) 861-4561 | Office of Evaluation & Inspections | May | |
| Redbook Custodian of Records | Five Paragon Dr. Montvale, NJ 07645 (201) 358-7500 | Thomson PDR, Inc. | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Reed, Larry | 7500 Security Blvd.<br>Baltimore, MD 21244<br>(410) 786-3000 | CMS/HCFA | Will | |
| Reid, Robert Paul | 5688 Forest Grove Ave.<br>Westerville, OH 43081<br>(614) 895-1863 | State - OH | May | |
| Richter, Elizabeth | 7500 Security Blvd.<br>Baltimore, MD 21244<br>(410) 786-3000 | CMS/HCFA | Will | |
| Ridout, Benny | 110 Langshire Ct.<br>Apex, NC 27502<br>(919) 362-4099 | State - NC | Will | |
| Robinson, Michael | 2760 Research Park Dr.<br>P.O. Box 11910<br>Lexington, KY 40578<br>(859) 244-8203 | State - KY | May | |
| Roxane Custodian of Records for communications with pricing compendia | Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | | May | |
| Roxane Custodian of Records for e-mails and business records | Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | | May | |
| Roxane Custodian of Records for marketshare data | Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | | May | |
| Roxane, BIC and BIPI Custodian of Records for financial records | Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | | May | |
| Roxane, BIC, and BIPI Custodian of Records for Board minutes and records | Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | | May | |
| Rugg, Ann | 109 State St.<br>Montpelier, VT 05609<br>(802) 282-2367 | State - VT | May | |
| Russillo, Tom | 311 Bonnie Circle<br>Corona, CA 92880<br>(915) 493-5751 | Roxane Laboratories, Inc. | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Scott Morton, Fiona | 135 Prospect St.<br>Box 208200<br>New Haven, CT 06520<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Yale University | Will | |
| Scully, Thomas | 950 F St., NW<br>Washington, DC 20004<br>(202) 756-3459 | CMS/HCFA | Will | |
| Sexton, Gail | 7500 Security Blvd.<br>Baltimore, MD 21244<br>(410) 786-3000 | CMS/HCFA | May | |
| Shaffer, Mark | 900 Ridgebury Rd.<br>P.O. Box 368<br>Ridgefield, CT 06877-0368<br>(203) 798-9988<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | May | |
| Shapiro, Arnold | 2441 S. Toledo Ave.<br>Palm Springs, CA 92264<br>(760) 318-8788 | State - MA | May | |
| Sharp, Michael | c/o Melinda C. Frick<br>Office of the Attorney General<br>Scott B. Linneweber, Esq.<br>Office of General Counsel<br>302 W. Washington St.<br>Fifth Floor<br>Indianapolis, IN 46204<br>(317) 232-6201 | State - IN | May | |
| Sharpe, Robert | 316 East Park Ave.<br>Tallahassee, FL 32301<br>(850) 224-6048 | State - FL | May | |
| Shirley, Carl | 302 W. Washington St.<br>Indianapolis, IN 46204<br>(317) 232-6201 | State - IN | May | |
| Smith, Dennis | 600 East Broad St.<br>Suite 1300<br>Richmond, VA 23219<br>(804) 786-7933 | CMS/HCFA | Will | . |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Squartsoff, Laurie | 3362 Banestone Road<br>Sparks, NV 89431<br>(775) 359-3325 | State - NV | May | |
| Steckl, Carol Herrmann | 4217 Mountaindale Rd.<br>Birmingham, AL 35213 | State - AL | May | |
| Stevens, Robert | 2126 Calle de Sebastian<br>Santa Fe, NM 87505 | State - NM | May | |
| Stone, Robin Kreush | 17 Technology Circle<br>Columbia, SC 29203 | Palmetto (DMERC-C) | Will | |
| Sullivan, Leo | 1850 Memorial Blvd<br>Suite 20216<br>Murfreesboro, TN 37129<br>(615) 896-3876 | State - TN | Will | |
| Sykora, Robert | 6340 Sugarloaf Pkwy<br>Suite 400<br>Duluth, GA 30097<br>(888) 445-2337 | Roxane Laboratories, Inc. | May | |
| Tawes, David | 150 S. Independence Mall West<br>Public Ledger Building<br>Room 356<br>Philadelphia, PA 19106<br>(215) 861-4552 | Office of Evaluation & Inspections | Will | |
| Terrebonne, Mary J. | 628 N. Fourth St.<br>Baton Rouge, LA 70802<br>(800) 437-9101 | State - LA | Will | |
| Tetkoski, Frank | 201 W. Preston St.<br>Baltimore, MD 21201<br>(410) 767-1455 | State - MD | May | |
| Tomlinson, Howard | 600 East Broad St.<br>Richmond, VA 23219<br>(804) 371-7398 | State - VA | May | |
| Toney, David | 225 Vancouver Ct.<br>Birmingham, AL 35211<br>(205) 290-6893 | State - AL | May | |
| Vaccaro, Ed | 1150 17th St., NW<br>Washington, D.C. 20036<br>(202) 742-3000 | State - NJ | May | |
| Vavra, James | One West Wilson St.<br>Madison, WI 53703<br>(608) 261-7838 | State - WI | May | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Via, Tom | 900 Ridgebury Rd.<br>P.O. Box 368<br>Ridgefield, CT 06877<br>(203) 798-9988<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | May | |
| Vito, Robert | 150 S. Independence Mall West<br>Public Ledger Building, Room 356<br>Philadelphia, PA 19106<br>(215) 861-4546 | Office of Evaluation & Inspections | Will | |
| Vladeck, Bruce | 360 West 36th St.<br>Apt. 8S<br>New York, NY, 10018<br>(212) 971-7243 | CMS/HCFA | Will | |
| Walsh, Jude | 15 State House Station<br>Augusta, MW 04333<br>(207) 624-7442 | State - ME | May | |
| Waterer, Judy | 1508 Hickory Run Rd.<br>Columbus, OH 43204<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | Roxane Laboratories, Inc. | Will | |
| Weeks, Lisa | 1985 Umstead Dr.<br>Raleigh, NC 27603<br>(919) 855-4050 | State - NC | May | |
| Wells, Jerry | 154 Royster Dr.<br>Crawfordville, FL 32327<br>(850) 926-7275 | State - FL | May | |
| Wiberg, Cody | 2829 University Ave. Southeast<br>Suite 530<br>Minneapolis, MN 55414<br>(612) 617-2270 | State - MN | Will | |
| Williams, Darrell | 2049 Century Park East<br>Suite 2300<br>Los Angeles, CA 90067<br>(310) 556-0709<br><br>Serve c/o Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | LECG | Will | |

| WITNESS | WITNESS LOCATION | AFFILIATION | INTENT TO CALL | OBJECTION |
|---|---|---|---|---|
| Young, John | 151 Suffolk Dr. North Kingston, RI 02852 (401) 885-7706 | State - RI | May | |

**Deposition Testimony Designations \*\***

| WITNESS \*\*\* |
|---|
| Bentley, Zachary |
| Bruce, Tamara |
| Campana, David |
| Chesser, Paul |
| Cobo, Luis |
| Denemark, Cynthia |
| Dubberly, Jerry |
| Duzor, Deirdre |
| Eiler, Cheryl |
| Gaston, Sue |
| Gorospe, Kevin |
| Hautea-Wimpee, Ayuni |
| Helton, Carolyn |
| Jones, T. Mark |
| Lockwood, John |
| Parker, James |
| Ragone, Linda |
| Reed, Larry |
| Richter, Elizabeth |
| Smith, Dennis |
| Stone, Robin Kreush |
| Tawes, David |
| Vito, Robert |

\* Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Roxane, Inc. and Roxane Laboratories, Inc. (collectively, "Roxane Defendants") reserve (a) the right to call any witnesses appearing on Plaintiff's witness list; (b) the right to add witnesses in response to Plaintiff's witness list and/or deposition designations; and (c) the right to call such additional witnesses as may be necessary to address any evidentiary issues with respect to documents or data.

\*\* In designating deposition testimony for certain witnesses, the Roxane Defendants do not waive their right to call such witnesses live pursuant to the False Claims Act's nationwide subpoena enforcement powers, or their right to object to the Plaintiff's designation of deposition testimony on the grounds of witness availability.

\*\*\* For addresses and affiliations of these witnesses please see list above.