UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | Magistrate Judge<br>Marianne B. Bowler |

### DEY PHARMA, L.P., DEY, INC., AND DEY L.P., INC.'S
### WITNESS LIST PURSUANT TO FED. R. CIV. P. 26(A)(3)(A)

Defendants Dey Pharma, L.P. (formerly known as Dey, L.P.), Dey, Inc., and Dey L.P., Inc. (collectively "Dey") hereby disclose, pursuant to Fed. R. Civ. P. 26(a)(3)(A), the witnesses it expects to call, and may call, at trial.[1] Dey reserves the right to call any witnesses identified by Plaintiff the United States of America and Relator Ven-A-Care of the Florida Keys, Inc. (collectively, "Plaintiffs") on their list of trial witnesses to be called live, the right to add witnesses in response to Plaintiffs' witness list and/or deposition designations; and the right to name witnesses after the close of Plaintiffs' case-in-chief. If the Court grants the Plaintiffs' motion to consolidate, Dey reserves the right to call any witnesses identified by Roxane on their list of trial witnesses to be called live, the right to add witnesses in response to Roxane's witness list and/or deposition designations; and the right to name witnesses after the close of Roxane's case-in-chief.

---

[1] The parties have agreed that they need not list in these disclosures Keeper of the Records witnesses, if any, whose sole purpose would be to authenticate documents under Fed. R. Evid. 901.

I.  **WITNESSES TO BE CALLED LIVE AT TRIAL**

The witnesses Dey may call or will call at trial are listed in the attached Exhibit A. These witnesses are listed in alphabetical order and not in the order of appearance. Due to the fact that many of the witnesses are out of the district and the fact that the contours of this case are not yet resolved, Dey is not yet able to determine which of its witnesses will testify in person. Consequently, out of an abundance of caution, Dey has designated deposition testimony for certain witnesses who may testify in person. Dey therefore reserves the right to call any witness on this list live, regardless of whether Dey has also designated deposition testimony for the particular witness.

II. **DESIGNATION OF WITNESSES BY DEPOSITION TESTIMONY**

Below is a list of the witnesses Dey may call to appear through deposition testimony. Dey reserves the right to call any witness to appear live for which it has both designated deposition testimony and has included the witness on its live witness list as "may call."

| Name, Affiliation, Deposition Date |
|---|
| Anderson, Jesse, Oregon Medicaid, 12/16/2008 |
| Avarista, Paula, Rhode Island Medicaid, 12/04/2008 |
| Bahr, Debra, Kentucky Medicaid, 01/29/2008, 01/30/2008 |
| Bassano, Amy, CMS, 11/07/2007 |
| Berenson, Robert, CMS, 12/18/2007 |
| Booth, Charles, CMS, 04/23/2007, 10/29/2007 |
| Bowen, Marianne, CMS, 06/5/2007 |
| Boyd, Dennis, Kentucky Medicaid, 06/04/2008 |
| Bridges, Suzette, Arkansas Medicaid, 12/10/2008, 12/11/2008 |
| Bronstein, Deb, Dey, 03/11/2003 |
| Bruce, Tamara, CMS, 11/06/2008 |
| Bryant, Joseph, CMS, 11/15/2007 |
| Burridge, Craig, PSSNY, 04/22/2008 |
| Buto, Kathleen, CMS, 09/12/2007, 09/13/2007 |
| Campana, David, Alaska Medicaid, 08/19/2008, 08/20/2008, 08/21/2008 |

| |
|---|
| Chadwick, Kathy, First DataBank, 10/24/2007 |
| Chang, Debbie, CMS, 04/17/2009 |
| Chapman, Allen, Colorado Medicaid, 12/15/2008 |
| Cheloha, Gary, Nebraska Medicaid, 12/02/2008, 12/03/2008 |
| Chesser, Paul, OIG, 06/24/2008, 10/28/2008 |
| Cioppa, Carl, New York Medicaid, 3/10/10, 3/11/10 (Dey reserves the right to supplement its deposition designations upon receipt of the deposition transcripts of Carl Cioppa, and to call this witness by deposition.) |
| Cobo, Luis, Ven-A-Care, 01/18/2008, 03/04/2008, 07/31/2008 |
| Collins, Theodore, Wisconsin Medicaid, 10/30/2007, 12/20/2007 |
| Cottrell, Danny, Alabama Medicaid, 08/30/2007 |
| Davis, Myra, Washington Medicaid, 12/03/2008 |
| Decker, Christopher, Wisconsin Pharmacist, 12/11/2006 |
| Denemark, Cynthia, Delaware Medicaid, 12/09/2008, 12/10/2008 |
| DeParle, Nancy-Ann, CMS, 05/18/2007, 12/05/2007 |
| Donovan, Lynn, Hawaii Medicaid, 04/29/2008, 07/20/2009, 08/26/2009 |
| Driver, Rhonda, Missouri Medicaid, 10/18/2007 |
| Dubberly, Jerry, Georgia Medicaid, 12/15/2008 |
| Dudley, Evelyn, Connecticut Medicaid, 05/16/2005, 06/22/2005 |
| Duerr, Gary, Idaho Medicaid, 12/03/2009 |
| Duzor, Deirdre, CMS, 02/27/2008, 03/26/2008, 10/30/2007 |
| Eiler, Cheryl, Administar, 08/26/2008, 08/27/2008, 08/28/2008, 09/23/2008 |
| Erick, Matthew, Cardinal, 06/17/2008, 06/27/2008 |
| Factor, Saul, McKesson, 06/20/2008, 09/04/2008 |
| Farrand, Lise, New Hampshire Medicaid, 10/28/2008 |
| Finch, Mary, Alabama Medicaid, 05/23/2007, 05/24/2007, 08/08/2007, 08/09/2007 |
| Fine, Joseph, Maryland Medicaid, 12/09/2008 |
| Frawley, Stephanie, Alabama Medicaid, 6/26/07 |
| Galles, Todd, Dey, 02/28/2006, 03/01/2006 |
| Gaston, Sue, CMS, 01/24/2008, 03/19/2008 |
| George, Brenda, Alabama Medicaid, 06/12/2008 |
| Gilmore, Gary, Massachusetts Medicaid, 07/26/2007 |
| Gladden, Patricia, Texas Medicaid, 01/15/2009 |
| Gmeiner, Eve, Dey, 01/20/2003 |
| Gorospe, Kevin, California Medicaid, 03/19/2008, 05/06/2009, 09/22/2008, 12/03/2008 |
| Grossman, Steven, Massachusetts Medicaid, 10/24/2007 |
| Gurchiek, Christopher, Dey, 05/03/2002 |
| Gustafson, Thomas, CMS, 09/28/2007, 12/17/2007 |
| Hansen, Tracy, Myers & Stauffer, 12/10/2008, 12/11/2008 |
| Hansford, Cynthia, OIG, 03/14/2007 |
| Harper, Leslie, Texas Medicaid, 01/27/2009 |
| Hautea-Wimpee, Ayuni, Washington Medicaid, 11/24/2008, 12/02/2008 |
| Hayashi, Keith, Virginia Medicaid, 12/04/2008 |
| Helton, Carolyn, CIGNA, 03/13/2008, 10/16/2009 |
| Hillblom, Douglas, California Medicaid, 09/23/2008 |

| |
|---|
| Hiramatsu, Aileen, Hawaii Medicaid, 05/01/2008, 05/02/2008, 06/11/2009, 07/14/2009 |
| Homar, Roxanne, Wyoming Medicaid, 12/02/2008 |
| Iversen, Larry, South Dakota Medicaid, 12/15/2008 |
| Jackson, Milton, OIG, 12/12/2008 |
| Jeffrey, Paul, Massachusetts Medicaid, 06/14/2007, 10/19/2007 |
| Jones, Collen, Wyoming Medicaid, 12/03/2008 |
| Jones, Mark, Ven-A-Care, 12/08/2008, 12/09/2008 |
| Joyce, Brendan, North Dakota Medicaid, 12/12/2008 |
| Kenyon, James, Michigan Medicaid, 03/25/2008 |
| Ketchum, Kathy, Oregon Medicaid, 12/15/2008 |
| King, Peggy, West Virginia Medicaid, 11/30/05 |
| Kramer, Sandra, Michigan Medicaid, 03/25/2008 |
| Lasky, Elizabeth - 04/23/2008 |
| Leary, Paul, Idaho Medicaid, 12/01/2009 |
| Mankin, Rebecca, Missouri Medicaid, 10/17/2007 |
| Maxwell, Ann, OIG, 06/10/2009 |
| McCann, Susan, Missouri Medicaid, 10/03/2007, 11/07/2007 |
| McNeill, Martha, Texas Medicaid, 01/13/2009, 01/14/2009, 02/07/2007, 02/08/2007 |
| Minne, Kristen, Redbook, 11/18/2008, 11/19/2008 |
| Molyneaux, Nancy, OIG, 01/11/2007 |
| Morgan, Marcia, Kentucky Medicaid, 10/08/2008 |
| Morgan, Patricia, First DataBank, 01/11/2005, 08/27/2007, 11/30/2007 |
| Morris, Richard, CMS, 08/29/2007 |
| Murphy, Heather, Texas Medicaid, 03/31/2009 |
| Nesser, Nancy, Oklahoma Medicaid, 12/12/2008 |
| Niemann, Robert, CMS, 09/14/2007, 10/11/2007, 11/19/2009 |
| O'Connor, Frank, Delaware Medicaid, 12/10/2008 |
| Oestreich, George, Missouri Medicaid, 11/27/2007, 11/28/2007 |
| Parker, James, Illinois Medicaid, 11/18/2008 |
| Parrella, David, Connecticut Medicaid, 06/03/2005 |
| Poulsen, Dorothy, Montana Medicaid, 02/22/2006 |
| Ragone, Linda, OIG, 04/17/2007, 04/18/2007 |
| Rector, John, NCPA, 07/28/2009 |
| Reed, Charles Joseph, Amerisourcebergen, 08/28/2007 |
| Reed, Larry, CMS, 03/18/2008, 09/26/2007, 09/27/2007, 10/02/2008, 10/22/2008, 11/19/2009, 03/20/2008 |
| Reich, Ron, Cardinal, 06/07/2007 |
| Reid, Robert, Ohio Medicaid, 12/15/2008 |
| Richter, Elizabeth, CMS, 12/07/2007 |
| Ridout, Benny, North Carolina Medicaid, 12/05/2008 |
| Robey, Victoria, CMS, 03/20/2007 |
| Robinson, Mike, Kentucky Medicaid, 02/07/2008 |
| Rosenstein, Stanley, California Medicaid, 05/19/2009, 11/06/2008 |
| Rowlands, Mary, Wisconsin Medicaid, 11/1/07 |
| Rugg, Ann, Vermont Medicaid, 12/15/2008 |

| |
|---|
| Scully, Thomas, CMS, 05/15/2007, 07/13/2007 |
| Selenati, Helen, Dey, 05/04/2005, 05/05/2005 |
| Sernyak, Amy, OIG, 03/06/2007 |
| Sexton, Gail, CMS, 05/20/2008 |
| Sharp, Michael, Indiana Medicaid, 03/28/2008 |
| Sharpe, Robert, Florida Medicaid, 06/15/2006, 06/14/2006 |
| Shirley, Carl, Indiana Medicaid, 12/02/2008, 12/03/2008 |
| Squartsoff, Laurie, Nevada Medicaid, 03/06/2006 |
| Steckel, Carol Herrmann, Alabama Medicaid, 03/28/2007, 04/18/2007 |
| Stevens, Robert, New Mexico Medicaid, 12/15/2008 |
| Stone, Robin, Palmetto, 02/28/2008, 02/29/2008, 10/14/2009 |
| Sullivan, Harry, Tennessee Medicaid, 03/12/2008 |
| Tawes, David, OIG, 04/24/2007, 04/25/2007, 12/02/2008, 12/13/2007 |
| Teringer, Kate, Amerisourcebergen, 04/04/2007 |
| Terra, James, California Medicaid, 12/04/2008 |
| Terrebonne, Mary, Louisiana Medicaid, 11/07/2008 |
| Tetkoski, Frank, Maryland Medicaid, 12/11/2009 |
| Thompson, Francis, CMS, 09/30/2008 |
| Tipton, Bruce, Dey, 03/21/2006 |
| Tomlison, Howard, Virginia Medicaid, 11/03/2008, 11/04/2008 |
| Toney, David, Alabama Medicaid, 06/06/2007 |
| Vaccaro, Ed, New Jersey Medicaid, 12/03/2008, 12/02/2008 |
| Vavra, James, Wisconsin Medicaid, 08/16/2007, 09/26/2007, 09/27/2007 |
| Vito, Robert, OIG, 02/05/2008, 02/06/2008, 06/19/2007, 06/20/2007, 12/02/2008 |
| Vladeck, Bruce, CMS, 05/04/2007, 06/21/2007 |
| Walsh, Jude, Maine Medicaid, 03/18/2008 |
| Weeks, Lisa, North Carolina Medicaid, 10/21/2008 |
| Wells, Jerry, Florida Medicaid, 05/25/2005, 05/26/2005, 08/15/2006, 12/15/2004, 12/15/2008, 12/16/2004 |
| Wiberg, Cody, Minnesota Medicaid, 03/14/2008 |
| Young, John, Rhode Island Medicaid, 12/03/2008 |

Dated: March 16, 2010

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

By: /s/ Sarah L. Reid
    Paul F. Doyle (BBO # 133460)
    Sarah L. Reid *(pro hac vice)*
    William A. Escobar *(pro hac vice)*

Neil Merkl *(pro hac vice)*
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Martin F. Murphy, BBO #363250
Robert E. Toone, BBO #663249
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000

*Attorneys for Defendants Dey Pharma, L.P. (formerly known as Dey, L.P.), Dey, Inc., and Dey L.P., Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 16, 2010, a copy to LexisNexis File and Serve for posting and notification to all parties.

By:    /s/ Sarah L. Reid
       Sarah L. Reid