| DEY'S WITNESS LIST PURSUANT TO FED. R. CIV. P. 26(A)(3)(A) | | | | |
|---|---|---|---|---|
| Name | Last Known Address/Phone # | Affiliation | Intent to Call | Objection |
| Bassano, Amy | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | May Call | |
| Berenson, Robert | 3453 Newark Street NW,<br>Washington, D.C. 20016<br>202-686-2727 | CMS | May Call | |
| Booth, Charles | 8024 Ridgely Oak Road<br>Baltimore, MD<br>410-668-2048 | CMS | May Call | |
| Bradford, W. David, Ph.D. | 201C Baldwin Hall<br>Department of Public<br>Administration & Policy<br>University of Georgia<br>Athens, GA 30602<br>706-542-2731 | Expert | Will Call | |
| Bronstein, Debra | 120 Canyon Drive<br>Napa, CA 94558<br>707-224-1153 | Dey | May Call | |
| Burridge, Craig | 11 Suncrest Drive<br>Waterford, NY 12188<br>518-869-6595 | PSSNY | May Call | |
| Buto, Kathleen, | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | May Call | |
| Chadwick, Kathy | 210 S. Water Street, Apt. 42e<br>Olathe, KS 66061<br>913-390-0536 | First DataBank | May Call | |

| Name | Last Known Address/Phone # | Affiliation | Intent to Call | Objection |
|---|---|---|---|---|
| Chandranatha, Hema | 300 Hilary Way #166<br>Vallejo, CA 94591<br>707-731-0036 | Dey | May Call | |
| Chesser, Paul | 48 Hickory Bend Drive<br>Cabot, AR 72023<br>501-225-8114 | OIG | May Call | |
| Cioppa, Carl | 99 Washington Ave., Suite 720<br>Albany, NY 12210-2806<br>518-473-5451 | State Medicaid: New York | May Call | |
| Cobo, Louis | 3426 Duck Avenue<br>Key West, FL 33040<br>305-292-1635 | Ven-A-Care | May Call | |
| Collie, Cindy | 14206 Parkside Drive<br>Little Rock, AK<br>501-320-4424 | Dey | May Call | |
| Dubberly, Jerry | 2 Peachtree Street<br>Atlanta, GA 30303<br>404-656-4507 | State Medicaid: Georgia | May Call | |
| Duzor, Deidre | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | May Call | |
| Eiler, Cheryl | 4150 Iowa Street<br>Indianapolis, Indiana, 46203<br>317-356-5998 | Administar | May Call | |
| Erick, Matthew | 782 Tim Tam Avenue<br>Gahanna, OH 43230<br>614-855-0819 | Cardinal | May Call | |

| Name | Last Known Address/Phone # | Affiliation | Intent to Call | Objection |
|---|---|---|---|---|
| Factor, Saul | 460 Silver Hollow Drive<br>Walnut Creek, CA 94598<br>925-947-2680 | McKesson | May Call | |
| Galles, Todd | 4267 Kingsford Drive<br>Napa, CA 94558<br>707-255-2565 | Dey | May Call | |
| Gaston, Sue | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | May Call | |
| Gmeiner, Eve | 819 Garfield Drive<br>Petaluma, CA 94954<br>707-766-1729 | Dey | May Call | |
| Gottrich, Ron | 2300 W. White Oaks Drive<br>Springfield, IL 62704<br>217-698-5938 | State Medicaid: Illinois | May Call | |
| Gurchiek, Christopher | 960 Water Grove Court<br>Roswell, GA 30075<br>678-297-2070 | Dey | May Call | |
| Gustafson, Thomas | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | May Call | |
| Hansford, Cynthia | Cynthia Hansford, OEI<br>7500 Security Boulevard<br>Baltimore, Maryland 21244<br>(410) 786-3000 | OIG | May Call | |
| Hansen, Allan Tracy | 14400 Tomahawk Creek Parkway<br>Leawood, KS 66211<br>913-938-4711 | Myers & Stauffer | May Call | |

| Name | Last Known Address/Phone # | Affiliation | Intent to Call | Objection |
|---|---|---|---|---|
| Hazelwood, Marvin | 1812 S. Cog Mill Ct. Springfield, IL 62704 (217) 787-6252 | State Medicaid: Illinois | May Call | |
| Helms, Robert, Ph.D. | American Enterprise Institute 1150 17th St., N.W. Washington, D.C. 20036 202-862-5877 | Expert | May Call | |
| Helton, Carolyn | 2 Vantage Way Nashville, TN 37228 615-782-4500 | CIGNA | May Call | |
| Jackson, Milton | 10014 Fox Den Road Ellicott City, MD 21042 410-465-6003 | OIG | May Call | |
| Johnston, Russell | 540 S Almond Street Dixon, CA 95620 916-678-3467 | Dey | May Call | |
| Jones, Mark | 3426 Duck Avenue Key West, FL 33040 305-292-1635 | Ven-A-Care | May Call | |
| Lasky, Elizabeth | 3 Burton Lane Loudonville, NY 12211 518-436-7951 | PSSNY | May Call | |
| Marrs, Pamela | 3185 Sonoma Valley Drive Fairfield, CA 94534 707-429-5991 | Dey | Will Call | |
| Massett, Jeremy | 1970 Hummingbird Drive Fairfield, CA 94534 707-419-5659 | Dey | May Call | |

| Name | Last Known Address/Phone # | Affiliation | Intent to Call | Objection |
|---|---|---|---|---|
| Maynard, Scott | 229 Parkview Terrace<br>Vallejo, CA 94589<br>707-449-3698 | Dey | May Call | |
| Min DeParle, Nancy Ann | 4229 Leland Street<br>Chevy Chase, MD 20815<br>301-656-4104 | CMS | May Call | |
| Minne, Kristen | 10519 Oakmoor Lane<br>Parker, CO 80134<br>303-805-1665 | RedBook | May Call | |
| Molyneaux, Nancy | 330 Independence Avenue, SW<br>Room 5660<br>Washington, D.C. 20201<br>202-619-0480 | OIG | May Call | |
| Morgan, Patricia Kay | 700 South Harbour Island Blvd.<br>Tampa, Florida 33602<br>813-929-3615 | First DataBank | May Call | |
| Morris, Richard | 774 Exchange Mill Place<br>Dacula, GA 30019<br>770-338-2750 | CMS | May Call | |
| Mozak, Robert | 67 Toxaway Court<br>Lake Toxaway, NC 28747<br>828-862-8396 | Dey | May Call | |
| Niemann, Robert | 901 Timber Run Road<br>Reisterstown, MD 21136<br>410-833-0766 | CMS | May Call | |
| Oberting, Joseph | 2721 Laurel Street<br>Napa, CA 94558<br>707-256-3686 | Dey | May Call | |

| Name | Last Known Address/Phone # | Affiliation | Intent to Call | Objection |
|---|---|---|---|---|
| Ragone, Linda | 330 Independence Avenue, SW Room 5660 Washington, D.C. 20201 202-619-0480 | OIG | May Call | |
| Rector, John | 11729 Crest Maple Drive Lake Ridge, VA 22192 703-878-2626 | NCPA | May Call | |
| Reed, Charles Joseph III | 4000 Metropolitan Drive Orange, CA 92868 916-363-8406 | Amerisourcebergen | May Call | |
| Reed, Larry | 7500 Security Boulevard Baltimore, MD 21244 410-786-3000 | CMS | May Call | |
| Rice, Charles | 429 N. Mosley Road Creve Coeur, MO 63141 314-997-7906 | Dey | May Call | |
| Richter, Elizabeth | 7500 Security Boulevard Baltimore, MD 21244 410-786-3000 | CMS | May Call | |
| Scully, Thomas | 1801 Edgehill Drive Alexandria, VA 22307 703-683-3429 | CMS | May Call | |
| Sernyak, Amy | 330 Independence Avenue, SW Room 5660 Washington, D.C. 20201 202-619-0480 | OIG | May Call | |
| Sexton, Gail | 7500 Security Boulevard Baltimore, MD 21244 410-786-3000 | CMS | May Call | |

| Name | Last Known Address/Phone # | Affiliation | Intent to Call | Objection |
|---|---|---|---|---|
| Stiroh, Lauren, Ph.D. | 50 Main St.<br>White Plains, NY 10606<br>914-448-4000 | Expert | May Call | |
| Stone, Robin | 190 Parkridge Drive, Suite 108<br>Columbia, SC 29212<br>803-407-4950 | Palmetto | May Call | |
| Sullivan, Leo | 1850 Memorial Blvd., Suite 202<br>Murfreesboro, TN<br>615-896-3876 | State Medicaid: Tennessee | May Call | |
| Tawes, David | 330 Independence Avenue, SW<br>Room 5660<br>Washington, D.C. 20201<br>202-619-0480 | OIG | May Call | |
| Vito, Robert | 330 Independence Avenue, SW<br>Room 5660<br>Washington, D.C. 20201<br>202-619-0480 | OIG | May Call | |
| Vladeck, Bruce | 65 Bergen Street, Suite 1535<br>Newark, NJ 07101<br>212-971-7243 | CMS | May Call | |
| Walker, Gary | 2933 Laurel Street<br>Napa, CA 94558<br>707-224-3200 | Dey | May Call | |
| Wiberg, Cody | 2829 University Avenue<br>Southeast, Suite 530<br>Minneapolis, MN 55414 | State Medicaid: Minnesota | May Call | |