UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO** | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey L.P., et al.,* Civil Action No. 05-11084 | Subcategory Case No. 06-11337 |
| | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248 | |

### VEN-A-CARE OF THE FLORIDA KEYS, INC.'S NOTICE OF JOINDER IN THE UNITED STATES' WITNESS LIST, DEPOSITION DESIGNATIONS AND EXHIBIT LIST AND SUPPLEMENTAL EXHIBIT LIST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)

Pursuant to this Court's Order dated October 20, 2009 [Master Docket No. 6613] and Federal Rule of Civil Procedure 26(a)(3), Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") files its Notice of Joinder in the United States' Witness List, Deposition Designations and Exhibit List and files its Supplemental Exhibit List for the above captioned cases. Ven-A-Care adopts the United States' Witness List, Deposition Designations and Exhibit List in their entirety and supplements the United States' Exhibit List as follows. Attached as "Exhibit A" is Ven-A-Care's description of exhibits Ven-A-Care expects to introduce at trial along with descriptions of the documents by bates number. With respect to Ven-A-Care's Supplemental Exhibit List, the inclusion of a document as an

exhibit does not constitute an admission by Plaintiffs that the document is admissible in evidence, and Plaintiffs reserve the right to object to its admission in evidence if offered by a Defendant.

Dated: MARCH 16, 2010                           Respectfully submitted,

                                                /s/ Alison W. Simon
                                                ALISON W. SIMON, P.A.
                                                Alison W. Simon
                                                Florida Bar No. 0109568
                                                P. O. Box 430457
                                                MIAMI, FL 33243
                                                Phone: 305-663-2433
                                                Fax: 305-665-1508

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of March, 2010 caused an electronic copy of the above VEN-A-CARE OF THE FLORIDA KEYS, INC.'S NOTICE OF JOINDER IN THE UNITED STATES' WITNESS LIST, DEPOSITION DESIGNATIONS AND EXHIBIT LIST AND SUPPLEMENTAL EXHIBIT LIST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3) to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                /s/ Alison W. Simon
                                                Alison W. Simon