| Trial Exhibit # | Date of Document | Title or Brief Description | Depo. Exhibit No. | Beginning Bates Number | Intent to offer | Objection |
|---|---|---|---|---|---|---|
| 00898 | 11/20/95 | letter to Pete Stark (Congress) from Donna Shalala (HHS) responding to Stark's letter regarding drug company pricing in the Medicare Program related to brand and generic product pricing. | | VAC MDL 64628 | Expect | |
| 00899 | 12/15/97 | fax to Ven-A-Care from Bill Vaughn (assistant to Pete Stark of Congress) attaching 12/15/97 letter to June Gibbs Brown (OIG) from Pete Stark (Congress).  The fax asks Ven-A-Care if the letter to June Gibbs Brown is accurate and okay to send. | | VAC MDL 64445 - 64447 | Expect | |
| 00900 | 12/15/97 | letter to June Gibbs Brown (OIG) from Pete Stark (Congress) passing on example of why Medicare should not rely on published AWP.  This copy was faxed to Ven-A-Care from Bill Vaughn (assistant to Pete Stark of Congress) on 12/16/97. | | VAC MDL 64444 | Expect | |
| 00901 | 06/01/98 | fax to Bill Vaughn (Congress) from Zach Bentley (Ven-A-Care) attaching a draft letter to Nancy Ann Min DeParle (HCFA) from Pete Stark (Congress) re: HCFA's Proposed Methodology Revision for Payment of Drugs and Biologicals . | | VAC MDL 64343 - 64346 | Expect | |
| 00902 | 04/20/99 | fax Bill Vaughn (Congress) from Zach Bentley (Ven-A-Care) attaching a draft letter to Nancy Ann Min DeParle (HCFA) for Pete Stark's signature re: First Data Bank's agreed reporting of more accurate prices in calculating reimbursement amounts. | | VAC MDL 64261 - 64264 | Expect | |
| 00903 | 04/06/00 | letter to Nancy Ann Min DeParle (HCFA) from Pete Stark (Congress) re: making sure Medicare does not pay more for out-patient drugs than Medicaid. | | VAC MDL 64194 | Expect | |
| 00904 | 04/06/00 | 04/06/00 letter to Chris Jennings (White House Domestic Counsel) from Pete Stark (Congress) attaching 04/06/00 letter to Nancy Ann Min DeParle from Pete Stark re: making sure Medicare does not pay more for out-patient drugs than Medicaid | | VAC MDL 64192 -64193 | Expect | |
| 00905 | 05/04/00 | letter to Ruedi Waeger (Aventis) from Tom Bliley (Congress)  regarding pricing practices. | | VAC MDL 70935 - 70938 | Expect | |
| 00906 | 05/04/00 | letter to Jansen Kraemer (Baxter) from Tom Bliley (Congress) regarding artificially inflated reimbursement rates. | | VAC MDL 70939 - 70943 | Expect | |
| 00907 | 05/04/00 | letter to Charles Rice (Dey) from Tom Bliley (Congress) regarding pricing practices. | | VAC MDL 70944 - 70947 | Expect | |
| 00908 | 05/04/00 | letter to George Morrow (Glaxo) from Tom Bliley (Congress) regarding artificially inflated reimbursement rates. | | VAC MDL 70948 - 70952 | Expect | |

| Trial Exhibit # | Date of Document | Title or Brief Description | Depo. Exhibit No. | Beginning Bates Number | Intent to offer | Objection |
|---|---|---|---|---|---|---|
| 00909 | 05/04/00 | letter to Jan Leschly (SmithKline) from Tom Bliley (Congress) regarding artificially inflated reimbursement rates. | | VAC MDL 70953 - 70956 | Expect | |
| 00910 | 05/04/00 | letter to Thomas Watkins (Tap) from Tom Bliley (Congress) regarding pricing practices. | | VAC MDL 70957 - 70959 | Expect | |
| 00911 | 05/05/00 | letter to Donna Shalala (HHS) from Tom Bliley (Congress) regarding excessive reimbursement rates that the Medicare program is paying. | | VAC MDL 70933 - 70934 | Expect | |
| 00912 | 09/28/00 | letter to Alan F. Holmer (PhRMA) from Pete Stark (Congress) re: certain PhRMA members are employing false and fraudulent marketing schemes and other deceptive business practices. | | VAC MDL 64099 -64108 | Expect | |
| 00913 | 10/10/00 | letter to Ray Gilmartin (Merck & Co) from Pete Stark (Congress) re: Congressional investigations have revealed that certain drug companies are employing false marketing schemes and other deceptive business practices. | | VAC MDL 64842 | Expect | |
| 00914 | 10/31/00 | letter to Miles White (Abbott) from Pete Stark (Congress) regarding Congressional investigation revealing that Abbott has reported and published inflated and misleading drug price data. | | VAC MDL 64847 - 64854 | Expect | |
| 00915 | 11/01/00 | letter to Pete Stark (Congress) from Raymond V. Gilmartin (Merck & Co.) responding to Stark's 10/10/00 letter regarding drug company pricing practices and industry standards. | | VAC MDL 64844 - 64845 | Expect | |