# Exhibit 1

to
United States' Submission of Witness List, Deposition Witnesses,
and Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)

Civil Action Nos. 05-11084-PBS, 07-10248-PBS, MDL No. 1456

**Exhibit 1 - The United States' Witness List**

| Name | Address/Phone # (if not previously provided) | Affiliation | Intent to Call | Objection |
|---|---|---|---|---|
| Bahr, Debra | 3561 Hunters Green Way, Lexington, KY 40509. Contact through counsel: Robert S. Libman, Miner, Barnhill & Galland, 14 West Erie, Chicago, IL 60654 / (312) 751-1170. rlibman@lawmbg.com | State - Kentucky | May Call | |
| Berenson, Robert | Urban Institute, 2100 M Street, N.W., Washington, DC 20037.  Contact through counsel for the United States: Rebecca Ford (202) 514-1511. | HHS | May Call | |
| Berkle, Sheldon | 5745 Grande Reserve Way, Unit 504, Naples, FL 34110-2353 / (239) 348-9218.  OR 20 Deerfield Road, Brookfield, CT 06804-1304 / (203) 775-8765. | Boehringer | May Call | |
| Booth, Charles | 8024 Ridgely Oak Road, Baltimore, MD  21234. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May Call | |
| Bronstein, Debra | 11955 E LA Posada Circle, Scottsdale, AZ  / (480) 502-8135. | Dey | May Call | |
| Buto, Kathleen | 2032 North Stafford Street, Arlington, VA 22207. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May Call | |
| Butt, Mark-Richard | New York State Department of Health, 99 Washington Avenue, Suite 720, Albany, NY 12210.  Contact through counsel: Heidi A. Wendel, Special Deputy Attorney General, 120 Broadway, 13th Floor, New York, NY  10271 / (212) 417-5250. | State - New York | Expect to Call | |

Civil Action Nos. 05-11084-PBS, 07-10248-PBS, MDL No. 1456
Exhibit 1 - The United States' Witness List

| | | | | |
|---|---|---|---|---|
| Cecil, Rebecca | 15013 Glendower Drive, Louisville, KY 40245. Contact through counsel: Robert S. Libman, Miner, Barnhill & Galland, 14 West Erie, Chicago, IL 60654 / 312-751-1170. rlibman@lawmbg.com | State- Kentucky | May Call | |
| Chesser, Paul | 11300 North Rodney Parham Road, Suite 205, Little Rock, AR 72212.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS-OIG | May Call | |
| Ciarelli, Gregg | 8 Old Purdy Station Road, Newtown, CT 06470-2461 / (203) 426-6363. OR 29 Windwood Road, Bernardsville, NJ 07924-1821 / (908) 696-8586. | Boehringer | May Call | |
| Cioppa, Carl | Office of Health Insurance Programs, Bureau of Pharmacy Policy and Operations, 99 Washington Ave., Suite 720m, Albany, NY 12210-2806. Contact through counsel: Gregor N. Macmillan, Director, Bureau of Health Insurance Programs, Division of Legal Affairs, New York State Department of Health, Corning Tower - 24th floor Empire State Plaza, Albany, NY  12238 / (518) 408-1495.  gnm01@health.state.ny.us | State - New York | May Call | |
| Clifford, Margaret | Contact through counsel: Jonathan Gallo,129 Pleasant St., Brown Bldg, 2d Floor, Concord NH 03301 / (603) 271-4758. | State - New Hampshire | Expect to Call | |
| Cobo, Luis | 615 1/2 Duval Street, Unit 4, Key West, FL 33040.  Contact through counsel: James J. Breen / (770) 740-0009. | Relator | May Call | |
| Denemark, Cynthia | 3 Timber Ridge Court, Newark DE 19711. Contact through counsel: Ann Woolfolk / (302) 577-8350. | State - Delaware | Expect to Call | |
| DeParle, Nancy Ann | 4229 Leland Street, Chevy Chase, MD  20815. Contact through counsel for the United States: Rebecca Ford (202) 514-1511. | HHS | May Call | |

Civil Action Nos. 05-11084-PBS, 07-10248-PBS, MDL No. 1456
Exhibit 1 - The United States' Witness List

| | | | | |
|---|---|---|---|---|
| Dew, Ian | Steck Consulting, LLC, 1730 Rhode Island Ave, N.W., Suite 507, Washington, DC  20036.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Plaintiffs' Consultant | Expect to Call | |
| Dipaola, Edward | 14 Fernbrook Drive, Brookfield CT  06804 / (203) 740-9822. | Boehringer | Expect to Call | |
| Dubberly, Jerry | Contact through counsel: Michelle Townes, Office of the Attorney General, 40 Capitol SQ, S.W., Atlanta, GA  30334 / (404) 656-3446.  mtownes@law.ga.gov | State - Georgia | May Call | |
| Duggan, Mark | University of Maryland, Department of Economics, 3105 Tydings Hall, College Park, MD 20742.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Plaintiffs' Expert | Expect to Call | |
| Duzor, Deidre | 2601 Lighthouse Lane, Baltimore, MD 21244.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May Call | |
| Ellis, Robert | Polaris Road, Tahoe City, CA  / Phone Number - Unlisted. OR EG Capital, LLC 3019 Oakham Drive, San Ramon, CA.  OR  Frontline Strategic Consulting, 1850 Gateway Drive, San Mateo, CA 94404-4060 / (650) 525-1505. | Dey | May Call | |
| Fan, Kristen | 7500 Security Boulevard, Baltimore, MD  21244 / (410) 786-3000.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | Expect to Call | |
| Farrand, Lise | Health and Human Services, Office of Medicaid Business and Policy, 129 Pleasant Street, Annex Building, Concord, NH  03301. Contact through counsel:  Jonathan Gallo, 129 Pleasant St., Brown Bldg, 2d floor, Concord NH 03301 / (603) 271-4758. | State - New Hampshire | Expect to Call | |

| | | | | |
|---|---|---|---|---|
| Galles, Todd Christopher | 215 Alchemy Way, Napa, CA 94558 / (707) 255-2565 or (707) 226-2565. | Dey | Expect to Call | |
| Gaston, Sue | 9011 Thrugmorton Road, Baltimore, MD 21234. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May Call | |
| Gerstenberg, Werner | Boehringer Ingelheim Pharmaceuticals, Inc., 900 Ridgebury Road, P.O. Box 368, Ridgefield, CT 06877 / (203) 798-9988.  OR 112 Chestnut Hill Road, Stanford, CT 06903-4003 / (203) 322-5261. | Boehringer | May Call | |
| Gorospe, James Kevin | Health Management Associates, 555 Capitol Mall Suite 260, Sacramento, CA 95814 / (916) 446-4601 ext. 427. kgorospe@healthmanagement.com | State - California | Expect to Call | |
| Guerrant, Timothy | Contact through counsel: Bruce A. Roby, Waggener, Arterburn & Standiferd, 1400 S.W. Topeka Blvd., Topeka, KS 66612-1819 / (785) 235-2361.  barlaw@sbcglobal.net | Plaintiffs' Consultant | Expect to Call | |
| Gustafson, Tom | Arnold and Porter, 555 Twelfth Street, N.W., Washington, DC 20004.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May Call | |
| Helton, Carolyn | Carolyn Helton, CIGNA, 2 Vantage Way, Nashville, TN 37228, (615) 782-4500.  To be contacted through carrier counsel:  Michael Wade, Office of Counsel, CIGNA Government Services, Two Vantage Way, Nashville, TN 37228 / (860) 226-2457. Michael.Wade@CIGNA.com | Carrier - Cigna (30(b)(6)) | Expect to Call | |
| Homar, Roxanne | Wyoming Department of Health, Suite 259A, Qwest Bldg., 6101 Yellowstone Road, Cheyenne, WY 82002.  Contact through counsel: K. Shaun Wilkerson,  State of Wyoming Attorney General's Office, 123 Capitol Bldg. Cheyenne, WY 82002 / (307) 777-3730. | State - Wyoming | May Call | |

Civil Action Nos. 05-11084-PBS, 07-10248-PBS, MDL No. 1456
Exhibit 1 - The United States' Witness List

| Name | Contact | Role | Call |
|---|---|---|---|
| Jeffrey, Paul L | Contact through counsel: Peter Mullin, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, MA 02108 / (617) 963-2622. | State - Massachusetts | May Call |
| Jones, T. Mark | 615 1/2 Duval Street, Unit 4, Key West, FL 33040.  Contact through counsel:  James J. Breen /  (770) 740-0009. | Relator | May Call |
| King, Colleen | 75 Kelly Avenue, Wilkes-Barre, PA 18705 / (570) 825-4716. | Carrier | Expect to Call |
| Knerr, Kris | Contact through counsel: Bruce A. Roby, Waggener, Arterburn & Standiferd, 1400 S.W. Topeka Blvd., Topeka, KS 66612-1819 / (785) 235-2361. barlaw@sbcglobal.net | Plaintiffs' Consultant | Expect to Call |
| Leonetti, Mike | 353 Beecher Drive, Southbury, CT 04688-3911 / (203) 264-8609. | Boehringer | May Call |
| Lockwood, John | 615 1/2 Duval Street, Unit 4, Key West, FL 33040.  Contact through counsel:  James J. Breen / (770) 740-0009. | Relator | May Call |
| Marmor, Theodore R | Yale School of Management, 135 Prospect Street, P. O. Box 208200, New Haven, CT 06520-8200.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Plaintiffs' Expert | May Call |
| McIntyre, James F. | Boehringer Ingelheim Pharmaceuticals, Inc., 900 Ridgebury Road, P.O. Box 368, Ridgefield, CT  06877 / (203) 798-9988. | Boehringer | May Call |
| O'Connor, Brien | Ropes & Gray, One International Place, Boston, MA 02110-2624 / (617) 951-7385. | Other Third Party | May Call |
| Ormond, Patrick | U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston MA 02210.  Contact through counsel for the United States:  Rebecca Ford / (202) 514-1511. | USAO - Massachusetts | Expect to Call |
| Paoletto, Lesli | Boehringer Ingelheim Pharmaceuticals, Inc., 900 Ridgebury Road, P.O. Box 368, Ridgefield, CT  06877 / (203) 798-9988. | Boehringer | May Call |

Civil Action Nos. 05-11084-PBS, 07-10248-PBS, MDL No. 1456
Exhibit 1 - The United States' Witness List

| | | | | |
|---|---|---|---|---|
| Parker, James | Illinois Department of Healthcare and Family Services, 201 South Grand Avenue East, Springfield, Illinois.  Contact through counsel: Jeanette G. Badrov, Illinois Department of Healthcare and Family Services, 401 South Clinton Street, Sixth Floor, Chicago, IL  60607 / (312) 793-8620. | State - Illinois | Expect to Call | |
| Perri, Matthew | Department of Clinical and Administrative Pharmacy, University of Georgia College of Pharmacy, Athens, GA 30602.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Plaintiffs' Expert | Expect to Call | |
| Platt, Simon | 60 State Street, Suite 3500, 35th Floor, Boston, MA  02109.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Plaintiffs' Consultant | Expect to Call | |
| Ragone, Linda | Suite 436, Public Ledger Building, 150 S. Independence Mall West, Philadelphia, PA 19106-3499.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS-OIG | Expect to Call | |
| Reed, Larry | 7500 Security Boulevard, Baltimore, MD  21244.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May Call | |
| Rugg, Ann | Vermont Department of Health, 108 Cherry Street, Burlington, VT 05402.  Contact through counsel:  Michael N. Donofrio, Assistant Attorney General, Office of the Attorney General, 109 State Street, Montpelier, VT  05609 / (802) 828-6906.  mdonofrio@atg.state.vt.us | State - Vermont | May Call | |
| Russillo, Thomas | 17 Vista Montemar, Laguna Niguel, CA 92677 / (949) 542-4042.  OR 14 Old Ranch Road, Laguna Niguel, CA 92677 / (330) 995-6531. | Boehringer | May Call | |

| | | | | |
|---|---|---|---|---|
| Schondelmeyer, Stephen | PRIME Institute, 7-159 Weaver-Densford Hall, 308 Harvard Street, S.E., Minneapolis, MN 55455, College of Pharmacy, University of Minnesota, Minneapolis, MN 55455. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Plaintiffs' Expert | Expect to Call | |
| Scully, Thomas | Alston + Bird, 950 F Street, N.W., Washington, D.C. 20004-1404 /(202) 756-3459. | HHS | May Call | |
| Selenati, Helen | 106 Mendocino Way, Redwood City, CA 94065 / (650) 596-0807. | Dey | Expect to Call | |
| Stone, Robin Kruesh | Palmetto GBA, Carolina Research Park, 17 Technology Circle, Columbia, SC 29203 / (803) 763-1098. robin.stone@palmettogba.com | Carrier - Palmetto GBA | Expect to Call | |
| Sykora, Robert C. | 205 Woodcliff Ct., Suwanee, GA 30024-5455 / (678) 947-6555. | Boehringer | Expect to Call | |
| Thompson, Don | 7500 Security Boulevard, Baltimore, MD 21244 / (410) 786-3000. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | Expect to Call | |
| Tupa, Edward J. | 130 County Road, P.O. Box 1094,Granby, CO 80446 / (970) 887-3011. | Boehringer | Expect to Call | |
| Turner, Shannon | Contact through counsel: Robert S. Libman, Miner, Barnhill & Galland, 14 West Erie, Chicago, IL 60654 / (312) 751-1170. rlibman@lawmbg.com | State - Kentucky | May Call | |
| Uhl, Ross | 28499 Ono Blvd., Orange Beach, AL 36561 / (251) 981-1967. | Dey | Expect to Call | |
| Vaccaro, Edward J. | Contact through counsel: Zoe J. McLaughlin, Department of Law and Public Safety, 25 Market Street, Trenton, NJ 08625 / (609) 341-3689. | State - New Jersey | May Call | |
| Via, Thomas | 12065 Silver Shore Court, Indianapolis, IN 46236 / (317) 826-8409. | Boehringer | Expect to Call | |

Civil Action Nos. 05-11084-PBS, 07-10248-PBS, MDL No. 1456

Exhibit 1 - The United States' Witness List

| | | | | |
|---|---|---|---|---|
| Vito, Robert | 150 S. Independence Mall West, Public Ledger Bldg, Philadelphia, PA 19106-9111.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS-OIG | May Call | |
| Vladeck, Bruce | 38360 West 36th Street, New York, NY, 10018. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May Call | |
| Waterer, Judy | Roxane Laboratories, 300 Northfield Road, Bedford OH, 44146 / (614) 276-4000. judy.waterer@boehringer-ingelheim.com | Boehringer | May Call | |
| Weeks, Lisa | The North Carolina Department of Health and Human Services, Division of Medical Assistance,1985 Umstead Drive, Raleigh, North Carolina.  Contact through counsel:  Tracy J. Hayes, State of North Carolina, Dept. of Justice, 114 W. Edenton Street, P.O. Box 629, Raleigh, NC  27602-0629 / (919) 716-6840. tjhayes@ncdoj.gov | State - North Carolina | May Call | |
| Wells, Jerry | 154 Royster Drive, Crawfordville, FL  32327.  Contact through Gretchen H. Wallace, Assistant Attorney General, Office of the Attorney General, PL-101, The Capitol, Tallahassee, FL  32399-1050 / (850) 414-3600. | State - Florida | May call | |
| Winter, Raymond | Chief, Civil Medicaid Fraud Division, P.O. Box 12548, Austin, TX  78711-2548 / (512) 936-1709. | State - Texas | Expect to Call | |