# Exhibit 2

to

United States' Submission of Witness List, Deposition Witnesses, and Exhibit List Pursuant to Fed. R. Civ. P. 26(a)(3)(A)

**Civil Action Nos. 05-11084-PBS, 07-10248-PBS, MDL No. 1456
Exhibit 2 - List of Witnesses for Whom the United States
Has Designated Deposition Testimony[1] / [2]**

| Witness Name | Affiliation |
| --- | --- |
| Barnes, Roy | Dey |
| Berenson, Robert* | HHS |
| Berkle, Sheldon* | Boehringer |
| Breen, James | First DataBank |
| Bridges, Suzette | State-Arkansas |
| Bronstein, Debra* | Dey |
| Buto, Kathleen* | HHS |
| Carr-Hall, Colin | Boehringer |
| Chapman, Allen | State-Colorado |
| Chmielewski, Donald | Boehringer |
| Ciarelli, Gregg P.* | Boehringer |
| Collie Daulong, Cynthia | Dey |
| Comston, Don | Boehringer |
| Davis, Marilyn | FDB |
| Davis, Myra | State-Washington |
| DeParle, Nancy* | HHS |
| Dusek, Alex | Boehringer |
| Duy, Frederick | Boehringer |
| Duzor, Deidre* | HHS |
| Eiler, Cheryl - 30(b)(6) | Carrier - Administar Federal |
| Ellis, Robert* | Dey |
| Erick, Matthew | Cardinal Health |
| Factor, Saul | McKesson |
| Fagrell-Gmeiner, Eve | Dey |
| Feldman, Richard | Boehringer |
| Gist, James | Dey |
| Gordon, Dawn | Third Party |
| Gustafson, Tom* | HHS |
| Hill, William | Dey |
| Hirschmann, Joseph | FDB |

---

[1] The corresponding designated deposition transcript pages are referenced in a separate pre-trial submission being exchanged by the parties on the date of this filing, and to be subsequently filed with the Court.

[2] An * following the witness's name indicates that the witness is also designated on Plaintiff's Witness List as a "May Call if the Need Arises" at trial.

| | |
|---|---|
| Homar, Roxane* | State-Wyoming |
| Jackson, Carrie-Jean | Dey |
| Johnston, Russell | Dey |
| King, James | Boehringer |
| Kramer, Sandra | State-Michigan |
| Kustra, Kathleen | State-Kentucky |
| Kutner, Deborah | Boehringer |
| Lyle, Don | Cardinal |
| Marrs, Pamela | Dey |
| Mayhew, Cheri | Boehringer |
| McIntyre, James* | Boehringer |
| Minne, Kristen | Thompson PDR |
| Morgan, Patricia Kay | FDB |
| Mozak, Robert | Dey |
| Paoletti, Lesli* | Boehringer |
| Pope, Mark | Boehringer / Dey |
| Powers, John | Boehringer |
| Reich, Ron | Cardinal Health |
| Rice, Charles | Dey |
| Ricks-Bey, Michael | Dey |
| Rowenhorst, James Allen | Boehringer |
| Rugg, Ann* | State-Vermont |
| Russillo, Thomas* | Boehringer |
| Shaffer, Mark | Boehringer |
| Sharp, Michael | State-Indiana |
| Smith, Dennis | HHS |
| Tavolaro, Anthony | Boehringer |
| Tetzner, Hermann | Boehringer |
| Tipton, Bruce | Dey |
| Upp, Richard | Dey |
| Vaccaro, Edward* | State-New Jersey |
| Vladeck, Bruce* | HHS |
| Walker, Gary | Dey |
| Warren, Neil | Cardinal |
| Waterer, Judy* | Boehringer |
| Weeks, Lisa* | State-North Carolina |