# Exhibit 3

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al., Civil Action No. 05-11084-PBS*

**Exhibit to Opposition to United States' Motion to Exclude Certain Opinions of W. David Bradford**

953

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------x

| | | |
|---|---|---|
| IN RE: PHARMACEUTICALS | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | Civil Action |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| ------------------------------) | | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti |
| U.S. ex rel. Ven-A-Care | ) | B. Saris |
| of the Florida Keys, Inc. | ) | |
| v. Abbott Laboratories, | ) | Magistrate |
| Inc., et al, | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

------------------------------x

VOLUME FOUR

Continued Video Taped Deposition of ROBERT VITO, was taken pursuant to notice at Morgan, Lewis, 1701 Market Street, Philadelphia, Pennsylvania, on. Wednesday, February 6, 2008, beginning at 9:10 a.m., before Jeanne Christian, Court Reporter-Notary Public, and Richard Kanzinger, Jr., Video Tape Operator, there being present.

1 right?

2 **A.    Published prices.**

3 Q.    Right.  AWPs and -- these are published

4 prices in this document, right?

5 **A.    This is published, what I saw, yes, this**

6 **is the information, yes.**

7 Q.    So the FUL would be based on the lowest of

8 the AWP and the WAC, right?

9                    MR. WINGET-HERNANDEZ:

10 Objection, form.

11                    MR. DRAYCOTT:  Objection.

12                    THE WITNESS:  They would be,

13 if they were actually on the FUL.

14 BY MR. MERKL:

15 Q.    If the drug was subject to a FUL?

16 **A.    That would be correct.**

17 Q.    And did you ever look at whether FUL

18 pricing should be used by Medicare?

19 **A.    I think I answered the question before by**

20 **saying I think, at one time, we recommended that**

21 **they consider WAC.**

22 Q.    Okay.

1       You recommended that Medicare
2  consider using WAC?
3  **A.    I think, in one of the options we gave**
4  **them, I think that might -- that's something**
5  **that I am thinking in the back of my mind, but**
6  **again, I could be wrong, but I think that is the**
7  **case.**
8  Q.    I will take your word for it.
9            MR. AZORSKY:  Objection to
10 form.
11           THE WITNESS:  It seems like
12 you know a lot of stuff.
13 BY MR. MERKL:
14 Q.    And was that based on work you did
15 actually looking at FULs and -- I'm sorry,
16 looking at WACs and AWPs?
17 **A.    I'm not certain.  I'm not -- I don't**
18 **remember offhand what was the basis.  I think**
19 **what we were doing, if I remember correctly, is**
20 **just giving them options as to how they could**
21 **possibly lower the drug prices to more closely**
22 **approximate the cost that they were purchasing**