# Exhibit 4

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al., Civil Action No. 05-11084-PBS*

**Exhibit to Opposition to United States' Motion to Exclude Certain Opinions of W. David Bradford**

Page 374

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3       - - - - - - - - - - - - - - - -

 4       IN RE:  PHARMACEUTICAL         )   MDL NO. 1456

 5       INDUSTRY AVERAGE WHOLESALE     )   CIVIL ACTION

 6       PRICE LITIGATION               )   01-CV-12257-PBS

 7       THIS DOCUMENT RELATES TO       )

 8       U.S. ex rel. Ven-a-Care of     )   Judge Patti B. Saris

 9       the Florida Keys, Inc.         )

10             v.                       )   Chief Magistrate

11       Abbott Laboratories, Inc.,     )   Judge Marianne B.

12       No. 06-CV-11337-PBS            )   Bowler

13       - - - - - - - - - - - - - - - -

14

15

16              Videotaped deposition of STEPHEN W.

17                  SCHONDELMEYER, PHARM.D., PH.D.

18                          Volume II

19

20                          Washington, D.C.

21                          Thursday, February 26, 2009

22                          9:00 a.m.
```

Schondelmeyer, Pharm.D., Ph.D., Stephen W. - Vol. II                February 26, 2009
Washington, DC

Page 696

1        If I had Steve's Corner Drug Store and I
2   knew that you had a home infusion pharmacy and the
3   drug companies sold to the home infusion class of
4   trade at a lower price than independent pharmacies,
5   Steve's Corner Drug Store can't be a home infusion
6   pharmacy.  It's an independent corner drug store.  So
7   structurally it is precluded from access to that
8   price.  So if you took the average of those two and
9   paid based on it it would mean that Steve would always
10  be paid less than his cost and the home infusion would
11  be paid more than their cost.  That's not a very good
12  reimbursement policy.
13       Q.    For Medicaid outpatient drugs?
14       A.    Well, it's not a good reimbursement policy
15  for anybody.
16       Q.    Okay.  Now, you explained a percentile
17  approach as a different approach.  Could you explain
18  what you mean by that?  I don't understand that.
19       A.    Okay.  Percentile is a concept that we use
20  to characterize -- if you take an array, let's say we
21  had a hundred prices and we took those prices and we
22  put them in a spreadsheet and we shorted them from

1

2

3

4

5      _____

6              SIGNATURE OF THE WITNESS

7

8   Subscribed and sworn to and before me

9   this _____ day of _____, 20____.

10

11

12  _____

13           Notary Public

14

15

16

17

18

19

20

21

22

Page 732

```
 1    UNITED STATES OF AMERICA    )

 2

 3    DISTRICT OF COLUMBIA        )

 4              I, JONATHAN WONNELL, a Notary Public in and

 5    for the District of Columbia, do hereby certify that

 6    the within transcript is a true and accurate record of

 7    the testimony under oath and other proceedings in the

 8    above-entitled matter.

 9              I further certify that I am not a relative,

10    employee, attorney or counsel of any of the parties to

11    this action and that I am in no way interested in the

12    outcome of this matter.

13              IN WITNESS WHEREOF, I have hereunto set my

14    hand this _____ day of _____, 20____.

15

16

17

18                        _____

19                             JONATHAN WONNELL

20

21    My Commission expires:

22    October 1, 2012
```