# Exhibit 5

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al., Civil Action No. 05-11084-PBS*

**Exhibit to Opposition to United States' Motion
to Exclude Certain Opinions of W. David Bradford**

CRAIG J. CANNIZZO (State Bar No. 70379)
MICHAEL A. DUBIN (State Bar No. 212581)
FELICIA Y SZE (State Bar No. 233441)
**HOOPER, LUNDY & BOOKMAN, INC.**
575 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 875-8500
Facsimile: (415) 875-8519
E-Mail:   ccannizzo@health-law.com

BYRON J. GROSS (State Bar No. 76626)
LLOYD A. BOOKMAN (State Bar No. 89251)
JORDAN  B. KEVILLE (State Bar No. 217868)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiffs California
Pharmacists Association, California
Association for Adult Day Services, Marin
Apothecary, Inc. D/B/A Ross Valley
Pharmacy, South Sacramento Pharmacy,
Farmacia Remedios, Inc., Acacia Adult
Day Services, Fey Garcia and Charles
Gallagher

HOOPER, LUNDY & BOOKMAN, INC.
575 MARKET STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA  94105
TEL. (415) 875-8500  •  FAX: (415) 875-8519

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA PHARMACISTS ASSOCIATION; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID MAXWELL-JOLLY, DIRECTOR OF THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and DOES 1 through 20, inclusive,, <br><br> Defendants. | CASE NO. CV-09-722 CAS (Ex) <br><br> **DECLARATION OF SCHONDELMEYER, STEPHEN W. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION OF AB 1183 RATE REDUCTIONS FOR PHARMACIES AND ADULT DAY HEALTH CARE CENTERS** <br><br> Date:   March 9, 2009 <br> Time:   10:00 a.m. <br> Crtrm.: 5, Floor 2 |

2018769.2

# DECLARATION OF STEPHEN W. SCHONDELMEYER

1.     I, Stephen W. Schondelmeyer, am Professor of Pharmaceutical Management & Economics Director, at PRIME Institute, College of Pharmacy, at the University of Minnesota, located in Minneapolis, Minnesota. I hold the following titles, reflecting my various degrees and education: Pharm.D., M.A. Pub.Adm., Ph.D., FAPhA. I submit this Declaration in support of Petitioners' Motion for Preliminary Injunction in Case No CV09-722 CAS (Ex) of the United States District Court, Central District of California, Western Division, entitled *California Pharmacists Association, etc., et al. v. Maxwell-Jolly*. The statements in this declaration are based upon my personal knowledge, except where stated to be upon information and belief, and if called to testify with regard to same, I could competently do so.

2.     I prepared a report titled: "Impact of the 5 Percent Fee-for-Service Payment Reductions on Medi-Cal Beneficiaries and Pharmacies" ("Report"). A true and correct copy is attached hereto as Attachment 1.

3.     The contents of the Report adhere to standards of economic analysis of pharmaceutical pricing and reimbursement. Appendix A attached to the Report details my professional qualifications and background, as well as the scope of the Report.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on February 6, 2009 at Minneapolis, Minnesota.

_____
STEPHEN W. SCHONDELMEYER

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1059385.1

# ATTACHMENT 1

# Impact of the 5 Percent Fee-for-Service Payment Reductions

# on Medi-Cal Beneficiaries and Pharmacies

Prepared by:

Stephen W. Schondelmeyer, Pharm.D., M.A. Pub.Adm., Ph.D., FAPhA
Professor of Pharmaceutical Management & Economics
Director, PRIME Institute
College of Pharmacy
University of Minnesota
Minneapolis, Minnesota  55455

Phone:  (612) 624-9931;  FAX:  (612) 625-9931

February 8, 2009

# Impact of the 5 Percent Fee-for-Service Payment Reductions on Medi-Cal Beneficiaries and Pharmacies

TABLE OF CONTENTS

TABLE OF FIGURES

EXECUTIVE SUMMARY ......................................................................................... i

I.   THE CALIFORNIA STATE BUDGET: ISSUES AND ACTIONS .......................... 1

II.  OVERVIEW OF MEDICAID AND MEDI-CAL DRUG PROGRAMS................... 2

    A.   U.S. Medicaid Drug Program Expenditures ..................................................... 3

    B.   Medi-Cal Drug Program Expenditures ............................................................. 4

    C.   The Drug Rebate Program Under Medicaid and Medi-Cal ............................... 5

    D.   Medicaid Prescription Fee-for-Service Payments ............................................ 7

    E.   Medi-Cal Prescription Fee-for-Service Payments .......................................... 10

    F.   California State Plan for Medi-Cal .................................................................. 12

III. REASONABLE PAYMENT TO PHARMACIES........................................... 12

    A.   Essential Components of Reasonable Pharmacy Payment ............................. 13

    B.   Drug Ingredient Cost....................................................................................... 13

    C.   Cost of Dispensing .......................................................................................... 14

    D.   Net Profit or Return on Investment ................................................................. 17

    E.   Dispensing Fee................................................................................................. 17

    F.   Reasonable Pharmacy Payment ...................................................................... 18

IV. ACTUAL PHARMACY COSTS AND PAYMENTS ...................................... 18

    A.   Role of Prescriptions in the Pharmacy ........................................................... 18

    B.   Sources of Pharmacy Revenue ........................................................................ 20

    C.   Pricing of Prescriptions ................................................................................... 21

    D.   Pharmacy Expense Categories ........................................................................ 24

    E.   Net Profit Level in Pharmacy .......................................................................... 26

    F.   Actual Cost of Dispensing in California .......................................................... 27

      1.   NCPA-Pfizer Digest........................................................................... 28

      2.   Grant Thornton Cost of Dispensing Study......................................... 28

      3.   Myers & Stauffer's California Study .................................................. 29

    G.   Actual Drug Ingredient Costs in California ..................................................... 33

      1.   Single Source Brand Prescriptions..................................................... 35

      2.   Multisource Prescriptions Without Federal or State Upper Limits ........... 36

      3.   Multisource Prescriptions With Federal or State Upper Limits.................. 37

TABLE OF CONTENTS -- continued

V.  IMPACT OF CALIFORNIA REDUCTION ............................................................... 38
___IN FEE-FOR-SERVICE PAYMENTS........................................................................ 38
    A.    Impact of Fee Reduction on Prescription Payments ...................................... 38
    B.    Impact on California Pharmacies ................................................................. 46
    C.    Impact on Medi-Cal Recipients .................................................................. 51
    D.    Impact on Medi-Cal Program Overall ......................................................... 52

# Impact of the 5 Percent Fee-for-Service Payment Reductions
## on Medi-Cal Beneficiaries and Pharmacies

TABLE OF FIGURES

Figure 1.  Sources of Growth in Medi-Cal Drug Expenditures:
1992 to 2002 in Inflation Adjusted $ ........................................................ 4

Figure 2.  Cost of Dispensing versus Total Prescription Volume
in California Pharmacies in 2006 ........................................................ 15

Figure 3.  Role of Prescription Department as a Percent of Total Store Sales
In California Pharmacies in 2006 ........................................................ 18

Figure 4.  Distribution of the Prescription Dollar in 2006 ............................................ 25

Figure 5.  Distribution of California Pharmacies
by Cost of Dispensing per Prescription in 2009 ............................................ 31

Figure 6.  Actual Cost of Dispensing for 2009:
West Region & California ........................................................ 32

Figure 7.  Medi-Cal Prescriptions & Expenditures in 2006
by Product Type (Patent Status & FULs) ........................................................ 33

Figure 8.  Medi-Cal Average Payment per Prescription in 2006
by Product Type (Patent Status & FULs) ........................................................ 34

Figure 9.  HIV-AIDS Medi-Cal Prescription Payments Are Below
Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs) ............... 42

Figure 10. Specialty Meds Medi-Cal Prescription Payments Are Below
Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs) ............... 42

Figure 11 Anticonvulsant Medi-Cal Prescription Payments Are Below
Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs) ............... 43

Figure 12. Antidiabetic Medi-Cal Prescription Payments Are Below
Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs) ............... 43

Figure 13. Cholesterol Medi-Cal Prescription Payments Are Below
Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)  ............. 44

Figure 14. Respiratory Medi-Cal Prescription Payments Are Below
Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs) ....... 44

TABLE OF FIGURES -- continued

Figure 15. Proton Pump Inhibitor Medi-Cal Prescription Payments Are Below
           Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)  ............. 45

Figure 16. Antipsychotic Medi-Cal Prescription Payments Are Below
           Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs) ....... 45

# Impact of the 5 Percent Fee-for-Service Payment Reductions
## on Medi-Cal Beneficiaries and Pharmacies

### EXECUTIVE SUMMARY

Medi-Cal provides health care to low income families and individuals in California. Recent pressures on state revenues in California have created budget shortfalls initially thought to be more than $14.5 billion and later estimates place the structural deficit at $42 billion or more through the end of FY 2009-2010.[1] The California legislature passed a law, and Governor Schwarzenegger signed it, in mid-February of 2008 to reduce the state's expenditures.[2] The statute simply reads "payments shall be reduced by 10 percent for Medi-Cal fee-for-service benefits for dates of service on and after July 1, 2008." These fee-for-service cuts include payments to pharmacies for providing prescription drugs to Medi-Cal beneficiaries.

The California Legislative Analyst's Office (LAO) in its assessment of the Governor's budget proposal related to the reduction in Medi-Cal payments has stated that "the administration's budget-balancing approach is fundamentally flawed. Its across-the-board reductions reflect little effort to prioritize and determine which state programs provide essential services or are most critical to California's future." The LAO also concluded that this provision "could severely limit the access of Medi-Cal beneficiaries to providers."[3]

A group of health care providers filed suit against the state to prevent implementation of the arbitrary 10 percent reduction in Medi-Cal fees. Despite the issuance of a court-ordered injunction against the 10 percent fee reduction, in September of 2008 the California Legislature enacted Assembly Bill 1183 that mandated a 5 percent reduction of Medi-Cal fee-for-service benefits for adult day health care centers and pharmacies. Most other Medi-Cal providers (e.g., physicians, dentists, and home health care providers) had their fees reduced by only 1 percent. The legislated 5 percent fee reduction for prescriptions is effective March 1, 2009.

### The Medicaid and Medi-Cal Drug Programs

In 2005 Medi-Cal paid for 52 million prescriptions at a total expenditure of $4.6 billion at an average prescription price of $88.21.[4] More than a two-fold growth in drug expenditure for the Medi-Cal drug program occurred over a decade (1992 to 2002) and was driven almost entirely by the manufacturer's drug ingredient cost, while pharmacy dispensing fees over the same time period decreased 22 percent in inflation adjusted

---

[1] Governer Schwarzenegger's State of the state Address, January 15, 2009.
[2] Mendel, Ed, "Medi-Cal patients . . . take biggest hits," San Diego Union-Tribune, Feb 16, 2008.
[3] Legislative Analyst's Office, *The 2008-09 Budget*, 2008, p. 3.
[4] National Pharmaceutical Council (NPC), *Pharmaceutical Benefits Under State Medical Assistance Programs, 2007*, pp. 4-15, 4-17, 4-18.

terms.[5]  Two basic lessons can be learned from analysis of factors contributing to growth in Medi-Cal drug program expenditures:[6] (1) limiting the pharmacy payment has not reduced growth in drug ingredient costs at the manufacturer level, and (2) decreases in pharmacy dispensing fees have not been effective in holding down total Medi-Cal drug program expenditures.

**Medicaid Prescription Fee-for-Service Payments**

State Medicaid programs, including that of California, pay for most covered prescriptions on a fee-for-service basis.  Medicaid programs are to reimburse the pharmacy for the estimated acquisition cost of the drug product plus an additional amount as a reasonable dispensing fee to provide the pharmacy compensation for the cost of dispensing prescriptions and counseling patients, for overhead, and for profit.  Individual states may, then, modify or add other factors in the payment process with the approval of their state plan by the federal agency, the Centers for Medicare and Medicaid Services (CMS).

If the payment method sets the prescription payment amount below the actual costs for either drug product cost, cost of dispensing and related additional costs, or both, then problems with Medicare beneficiary access to pharmacy services will occur.

Given the substantial reduction in payment for prescriptions mandated by the California statute, many pharmacies will receive payment that falls considerably short of their actual breakeven costs (i.e., both drug ingredient costs and costs of dispensing).  Any reasonable pharmacy (i.e., business manager or owner) would be unwilling to provide prescriptions when the total payment falls short of the total actual drug product costs and the costs of dispensing and other related costs.[7]

**Reasonable Payment to Pharmacies**

The payment to a pharmacy for a prescription can be broken down into several components.  The essential components of a prescription payment (price) are:
    (1) the drug ingredient cost (or drug acquisition cost),
    (2) the cost of dispensing, and
    (3) a reasonable profit or return on investment (ROI).

The *Pharmacy Payment* (prescription price) is the net amount that the pharmacy is paid for a prescription dispensed to a patient.

---

[5] Analysis conducted by the Stephen W. Schondelmeyer, *PRIME* Institute, University of Minnesota using data from annual editions of *Pharmaceutical Benefits Under State Medical Assistance Programs* (National Pharmaceutical Council, Reston, VA), 1990 to 2004.

[6] Schondelmeyer and Wrobel, *Medicaid and Medicare Drug Pricing*, August 30, 2004, pp. 4-5.

[7] Wrobel, Schondelmeyer, et al, *Case Study of the Texas Vendor Drug Program's Approach to Estimating Drug Acquisition Cost*, September 26, 2005, p.56.

The *Cost of Dispensing* (COD) is "the overhead and labor costs incurred by a pharmacy to fill prescription medications."[8]

*Net Profit* or *Return on Investment* is the net amount remaining after the actual drug ingredient cost and the cost of dispensing have been subtracted from the pharmacy payment (or price paid) for providing a prescription to a patient (e.g., Medi-Cal program beneficiary).

The *Dispensing Fee* is the sum of the cost of dispensing and the pharmacy's net profit. The term *cost of dispensing* is sometimes confused with the term *dispensing fee*. These two terms are related, but they are not the same. A reasonable *dispensing fee* includes both the "cost of dispensing," plus a *profit* (or *return on investment*).

A *Reasonable Pharmacy Payment* is a payment that covers the drug ingredient cost plus the cost of dispensing plus a reasonable net profit.

The *Breakeven Cost* is the sum of the *drug ingredient cost* and the *cost of dispensing*. If the pharmacy is not paid an amount sufficient to cover the *breakeven cost*, then the pharmacy will lose money on a prescription. The decision not to fill prescriptions at a loss (i.e., those prescription payments that do not cover breakeven cost plus a reasonable return on investment) would be an expected and prudent business decision.

## Actual Pharmacy Costs and Payments

Prescriptions are the major source of revenue in most pharmacies. In fact, for independent pharmacies, on average, 92.4 percent to 98.1 percent of the total store revenue comes from the prescription department.[9] Prescription sales in traditional chain pharmacies (e.g., Longs, Walgreens or CVS) averaged about 70.9 percent of total store sales in 2006.[10] In contrast, prescription sales in food and drug store pharmacies (e.g., Safeway or Ralphs) and in mass merchandiser pharmacies (e.g., Wal-Mart, Costco or Target) averaged 12.8 percent and 7.1 percent, respectively, of total store sales in 2008.[11]

There are about 5,300 community pharmacies in California.[12] One-third of these pharmacies are independent pharmacies and more than 40 percent are chain pharmacies. Less than one-fourth of the California pharmacies are either a supermarket pharmacy or a mass merchandiser pharmacy. Consequently, more than three-fourths of the community pharmacies in California derive more than 70 percent of their total revenue from prescriptions. This point is important, because some have suggested that "pharmacies can make up for lower prices on prescriptions by sales in the rest of the store." The reality is that for the vast majority of pharmacies in California that simply is not true.

---

[8] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California*, December 2007, p. 15.
[9] *NCPA-Pfizer Digest: 2007*, p. 8; and NACDS, *The Chain Pharmacy Industry Profile: 2007*, p. 19.
[10] NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, p. 19
[11] NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, p. 19.
[12] NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, pp. 16-17.

Executive Summary                                                                                                iii

When 70 percent to greater than 98 percent of a pharmacy's sales revenue is in prescriptions, the pharmacy can not make up the loss from a 5 percent payment reduction on a $200 prescription by selling a 6-pack of soft drinks and a jumbo bag of potato chips.

Community pharmacies in California were found, on average, to have 19.4 percent of their prescription revenue and 15.8 percent of their prescriptions in 2006 from Medi-Cal.[13] Medicare Part D through private Prescription Drug Plans and Medicare Advantage plans in the private market covered about one-fourth of the prescriptions, while other private third parties covered one-half of the prescriptions in 2006. Cash pay prescriptions were only 8 percent to 9 percent of prescriptions in California pharmacies in 2006.[14]

Pharmacies in California do face a competitive environment, especially for common prescriptions, and they are required to post a notice regarding availability of price information to consumers.[15] Many patients do contact pharmacies for prices in order to price shop for their prescriptions. The price competition that occurs across community pharmacies is largely competition over the retail margin—that is the cost of dispensing and the acceptable level of return on invested capital.

Retail pharmacy price competition has little, to no effect, on the drug ingredient cost paid to manufacturers for single source patent protected drug products. If the Medi-Cal 5 percent fee cut is implemented, community pharmacies cannot simply contact Pfizer, or other drug companies, and ask for a 5 percent reduction in the drug ingredient cost for Lipitor®, or another drug product, to accommodate for this legislated fee cut. Brand name drug manufacturers do not negotiate price with community pharmacies based on pricing pressure from public or private third party payers. In other words, pricing pressure does not flow upstream in the pharmaceutical market.

**Pharmacy Expense Categories**

The single largest expense to the pharmacy is the drug ingredient cost. The cost of purchasing the drug product (drug ingredient cost) accounts for more than three-fourths of the total prescription payment revenue.[16] After the drug ingredient cost (i.e., manufacturer and wholesaler costs) has been paid, the pharmacy gross margin, on average, is 22.8 percent of the total prescription payment.[17] Obviously, the drug ingredient cost accounts for the vast majority of the pharmacy payment and as noted earlier the pharmacy has very little control over the price of the drug product. This minimal control is especially true for brand name single source drug products that represent more than 66.0 percent of the total Medi-Cal drug program expenditures.[18]

---

[13] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, Exhibit 15.

[14] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, Exhibit 15; and NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, pp. 67-68, based on data from Wolters Kluwer Health Pharmaceutical Source Audit Suite, data accessed on 6/21/2006.

[15] Calif. Business and Professions Code, Chapter 9, Division 2, Article 7 – Pharmacies. Section 4122.

[16] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 8; NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, p. 71.

[17] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 8.

[18] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, Table 2.1, p. 13.

After accounting for the drug ingredient cost, the cost of dispensing is the second largest expense category for the pharmacy. The cost of dispensing represented about 19.3 percent to 20.0 percent of the prescription price (pharmacy payment) in 2006 for independent pharmacies and about 22.6 percent for chain pharmacies.[19,20] The cost of dispensing includes pharmacy labor costs, building and equipment expense, prescription department expense, and other overhead expense. Within the cost of dispensing, the pharmacy and other labor costs represent the greatest expenses burden.

In 2006, 1,152 independent pharmacies closed nationwide and "many cited inadequate reimbursements for prescriptions filled under the Medicare prescription drug benefit."[21] This loss amounts to disappearance of about 5 percent of all pharmacies in the market.[22]

With the virtual disappearance of cash pay customers and the conversion of 20 percent to 40 percent of all prescriptions from Medicaid and private third party plans to Medicare Part D, the financial health of community pharmacies is stressed. Implementation of the arbitrary cut of 5 percent in prescription payments will have a substantial impact on the financial viability of community pharmacies.

When payment levels are pressured by payers a pharmacy may have to consider various alternatives including:
    (1) cutting expenses,
    (2) decreasing level of services,
    (3) increasing volume or efficiency,
    (4) refusal to provide certain prescriptions that are unprofitable,
    (5) refusal to serve certain beneficiaries whose prescriptions may be unprofitable, and
    (6) refusal to participate in drug programs (e.g., Medi-Cal) that may be unprofitable.

**Actual Cost of Dispensing in California**

The community pharmacies in the United States, and in California, provide a convenient location for patients to get their prescriptions filled and to make sure that they know how to get the most value and outcome from use of their medications. Patients visit their community pharmacy from 2.4 to 3.7 times per month.[23] This frequency of visits by customers makes the community pharmacy, in general, the most frequently accessed health care facility.

---

[19] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 7-8.

[20] The Risk Management Association, Annual Statement Studies, Financial Ratio Benchmarks, 2007-2008, Retail Pharmacies and Drug Stores, SIC 5122, 5912), pp. 954-955.

[21] Kaiser Daily Health Policy Report (found at: kaisernetwork.org), "Medicare | Pharmacists Say HHS OIG Report Validates Concerns That Inadequate Payments Under Medicare Prescription Drug Benefit Lead to Pharmacy Closures," January 11, 2008.

[22] Michael Schroeder, "Pharmacies' Struggles, Independent Drugstores find Medicare Part D, Blessing, Curse," *The Journal Gazette*, Fort Wayne, IN, October 21, 2007.

[23] NACDS, The Chain Pharmacy Industry Profile: 2007, 2007, p. 74; based on data from the *2006 Pharmacy Satisfaction Digest*, Boehringer Ingelheim Pharmaceuticals, Inc.

A cost of dispensing study (COD) was recently performed in California for the Department of Health Services.  When the COD amounts were adjusted to 2009 dollars, more than 95 percent of the California pharmacies have a COD that is greater than the $7.25 per prescription—the current Medi-Cal dispensing fee.  Upon implementation of the 5 percent fee cut, the effective Medi-Cal dispensing fee will be $6.89 which is below the actual cost of dispensing for more than 95 percent of California pharmacies.

**Types of Prescription Drug Products Dispensed in Medi-Cal**

The actual drug ingredient cost to California pharmacists was examined by Myers and Stauffer in their 2006 study for the State of California.  The pricing of drug products varies considerably depending upon the patent status of the drug product.  Drug products should be divided into at least three major categories when examining prices: (1) single source (patented brand name) drug products, (2) multisource (off-patent brand name) drug products (or, innovator multiple source, IMS drugs), and (3) multisource (off-patent generic) drug products (or, non-innovator multiple source, NMS drugs).  Certain multisource drug products have federal upper limits (FULs) and others in California have MAICs (maximum allowable ingredient cost) which set upper limits for payment of the drug ingredient cost that are well below the list prices for these drug products.

Single source brands accounted for a large percent of the expenditures (66.6 percent) in relation to their share of prescriptions (27.5 percent) because of their relatively high price ($205.09) compared to the multisource drug categories ($29.04 and $49.08, respectively for multisource prescriptions with FULs and multisource prescriptions without FULs).[24] Nearly three-fourths (72.4 percent) of the prescriptions were for multisource drug products and one-half of those drug products had FULs while the other one-half did not. The multisource drugs without FULs represented 21.0 percent of the drug expenditures, and multisource generic drugs with FULs represented 12.4 percent of drug expenditures.[25]

**Impact of Fee Reduction on Prescription Payments**

Medi-Cal payment for prescriptions enables beneficiaries to get safe and effective drug therapies to treat most common diseases. The provision of drug therapy on an outpatient basis allows the management of most conditions and diseases in a manner that avoids other, more expensive health services such as emergency room visits, long term care, or hospitalization.

The current dispensing fee (i.e., $7.25) is clearly below the actual cost of dispensing for most (95 percent) of California pharmacies.  The Myers and Stauffer study commented that "…the current pharmacy dispensing fee of $7.25 paid by Medi-Cal is lower than the average cost of dispensing prescriptions..."[26]  The Myers and Stauffer study reports that "With the average brand name Medi-Cal prescription costing the Department

---

[24] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 13 and Table 2.1.

[25] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 13 and Table 2.1.

[26] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 8.

approximately $200, the average margin on drug ingredient cost for a brand name prescription is approximately $10."[27]  Given this scenario for brand name prescription drugs, we can examine the impact of the 5 percent fee reduction.

If, and when, the Medi-Cal 5 percent fee reduction is implemented for single source prescriptions, the reduction means that drug ingredient payment for the average $200 single source drug would be reduced by 5 percent, or $10.  Such a reduction on single source drug products would eliminate the approximate $10 pharmacy gross margin on ingredient cost noted by Myers and Stauffer and would in fact create a $10 loss for most pharmacies on single source drug ingredient costs.  That is, the pharmacy would be paid less than its actually breakeven costs and in some cases less than what it actually costs them to buy these drug products.  The inadequate drug ingredient cost would be combined with the $7.25 dispensing fee which Myers and Stauffer acknowledged is "lower than average cost of dispensing."  In other words, Medi-Cal payments for single source prescriptions are expected to result in payments that are below actual breakeven costs for the pharmacy.  This situation would also result in prescription payments that make no contribution to the net profit or return on investment for the pharmacy.

The top 278 brand name drug products (at the NDC level) used in the Medi-Cal program were used to assess the impact of the 5 percent Medi-Cal fee reduction.  Results of this analysis were as follows:

- 99 percent (276 of the 278 NDCs) of the prescription payments with the 5 percent reduction were below the pharmacy's reasonable payment amount; and
- 93.5 percent (260 of the 278 NDCs) of the prescription payments with the 5 percent reduction were below the pharmacy's actual breakeven cost.

In general, after the 5 percent reduction goes into effect, virtually all Medi-Cal prescriptions will have a Medi-Cal payment below the actual breakeven cost for the pharmacy.  Also, certain drug product will even have acquisition costs that are more than the amount of the Medi-Cal payment to the pharmacy for dispensing Medi-Cal prescription.  Many key therapeutic classes of drug products will be particularly hard hit by this 5 percent fee reduction.  Most (260 of the 278 NDCs) of the Top 278 drug products will be reimbursed by Medi-Cal after the 5 percent cut at an amount that is below the pharmacy's actual breakeven cost:

- 39 antipsychotic drugs (e.g., Risperdal, Zyprexa, Seroquel, Abilify, Geodon);
- 18 antiretroviral drugs (e.g., Fuzeon, Atripla, Trizivir, Truvada, Reyataz, and others) and 5 of these would be reimbursed below actual ingredient cost;
- 19 anticonvulsants drugs (e.g., Keppra, Dilantin, Topamax, Lamictal, and Trileptal);
- 15 antidiabetic drugs (e.g., Actos, Avandia, & Novolog & Humalog (forms of insulin));
- 19 cholesterol drugs (e.g., Lipitor, Zocor, Pravachol, Tricor, Zetia, Crestor, Vytorin);
- 19 respiratory drugs (e.g., Xopenex, Advair, Pulmicort, Singulair, Combivent);
- 9 gastrointestinal drugs (e.g., Nexium, Prevacid, Protonix); and
- 5 specialty drugs including antineoplastics (e.g., Gleevec, Betaseron, Pulmozyme);

---

[27] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 9-10.

In summary, the 5 percent fee reduction for prescription drug products will mean that prescription payments are reduced to the point that a pharmacy would have to take a loss to dispense most brand name prescriptions to a Medi-Cal beneficiary.  After the 5 percent fee reduction Medi-Cal will pay pharmacies below their actual breakeven cost for 93.5 percent of the Top 278 drug products including nearly all of the drug products in 8 key therapeutic categories.

**Impact on California Pharmacies**

The substantial impact of the fee reduction on prescription payments provides a strong evidential basis for expecting a major impact on pharmacies that serve Medi-Cal patients in California.  When faced with cuts in the payment level for prescriptions that are at, or below, the pharmacy's actual breakeven costs, a pharmacy will have to make some tough independent business decisions and may respond in several ways including:
(1) reduce levels of service;
(2) selectively refuse to fill certain prescriptions that will result in a loss;
(3) refuse to take any (new or current) Medi-Cal beneficiaries or their prescriptions;
(4) continue to provide prescriptions at a loss to current Medi-Cal beneficiaries and refuse to take any new Medi-Cal beneficiaries; and/or
(5) continue to provide prescriptions to any and all Medi-Cal beneficiaries until the pharmacy's invested capital is depleted and the business is bankrupt.

Some will argue that pharmacies can:
(1) negotiate better prices from the drug manufacturer;
(2) cut operating expenses and labor costs, if possible;
(3) increase volume to achieve greater efficiency and economies of scale; or
(4) charge higher prices to cash pay patrons to make up for lower Medi-Cal prices.
These actions are either not possible, or will not be sufficient, to mitigate the effects of the Medi-Cal fee-for-service payment cuts on prescriptions.

**Impact on Medi-Cal Recipients**

This across-the-board budget-cutting method, enacted by the California legislature, "could severely limit the access of Medi-Cal beneficiaries to providers."[28]  The assurance of access is, in fact, a requirement of the Medi-Cal program.  Due to the inadequate Medi-Cal prescription payments that will result from this legislative action, Medi-Cal beneficiaries will have difficulty finding a participating pharmacy within a reasonable distance from the patient's home or work to fill their prescriptions.  This will be especially true in rural and high risk inner city areas.

Patients with certain conditions (e.g., epilepsy, cancer, HIV-AIDs, depression, diabetes, gastrointestinal problems, respiratory problems, and transplants or dialysis) may have trouble finding a pharmacy anywhere that will provide their medications.  The most commonly used medications for certain conditions will always by underpaid (below the

---

[28] Legislative Analyst's Office, *The 2008-09 Budget*, 2008, p. 3.

pharmacy's breakeven cost) by Medi-Cal after the 5 percent fee reductions.  Patients needing one of these specific medications may not be able to find any pharmacy willing to fill their prescriptions, because virtually all pharmacies will be paid substantially less than their actual breakeven cost if they fill these prescriptions.  Even if these patients find a pharmacy to fill their other Medi-Cal prescriptions, this fee reduction will result in patients getting their prescriptions filled at multiple pharmacies which may lead to coordination of care issues.

**Impact on Medi-Cal Program Overall**

The 5 percent fee reduction for Medi-Cal prescriptions will not simply result in the Medi-Cal patients getting the same prescriptions at the same pharmacies for 5 percent less cost.  Virtually all pharmacies will refuse a few high cost Medi-Cal prescriptions.  Some pharmacies will refuse some Medi-Cal prescriptions and some patients.  Other pharmacies will refuse all Medi-Cal prescriptions and all patients.

The point is, there will be patients who do not receive the care that they need and will end up seeking alternative sources of care that may be less effective, more costly, or both.  The continuity and coordination of care for Medi-Cal patients will decrease.  For example, epilepsy and mental health patients will use the emergency room in an attempt to get medications that the community pharmacies choose not to provide due to the loss that will be incurred every time these prescriptions are dispensed.  Hospitalizations and other forms of institutionalization for certain types of patients are likely to increase substantially and the cost of care will also escalate.

# Impact of the 5 Percent Fee-for-Service Payment Reductions
## on Medi-Cal Beneficiaries and Pharmacies

Medi-Cal is an important program that provides health care to low income families and individuals in California. Recent pressures on state revenues in California have created budget shortfalls. In September of 2008, the California legislature enacted a law, which among other things, reduced payments to certain Medi-Cal fee-for-service providers by 5 percent. This report provides a description of the Medicaid and Medi-Cal drug programs and the provision of reasonable payments to pharmacies. This report then discusses actual pharmacy costs and expenditures and the impact of this legislated 5 percent fee reduction on California pharmacies, Medi-Cal beneficiaries, and the overall Medi-Cal program.

## I. THE CALIFORNIA STATE BUDGET: ISSUES AND ACTIONS

The State of California faced a structural deficit with expenditures initially expected to exceed revenues by at least $14.5 billion in 2008-09[1] and later estimates place the structural deficit with expenditures expected to exceed $42 billion or more through the end of FY 2009-2010.[2] The Governor called an emergency session of the legislature in the spring of 2008 and proposed a budget plan to address this gap between revenues and expenditures in the remainder of the 2007-08 fiscal year and for the 2008-09 fiscal year. The Medi-Cal program (which provides health care for the state's low income families and individuals) accounts for 13.6 percent of the state's budget. Medi-Cal expenditures were expected to reach $14.064 billion in 2007-08, and the Governor's proposed budget for Medi-Cal in 2008-09 is $13.585 billion—a 3.4 percent reduction. When faced with growing health care needs and limited resources in the state budget, there are only a few policy options available. The policy options include: (1) raise taxes, (2) reduce the number of persons eligible for the benefit, (3) cut the types and level of benefit available, (4) reduce payments to providers, (5) use of resources more efficiently by reducing waste and fraud, (6) shift resources from other sectors of the state's budget, or (7) some combination of these options.

The California legislature passed legislation, and Governor Schwarzenegger signed it, in mid-February of 2008 to reduce the state's expenditures.[3] The expenditure reductions are to be achieved through several approaches including a 10 percent reduction in Medi-Cal fee-for-service provider payments to physicians, pharmacists, and others. This law mandated an arbitrary 10 percent reduction in Medi-Cal fee-for-service payments to providers (California Welfare & Institutions Code §14105.19).

---

[1] Legislative Analyst's Office, *The 2008-09 Budget: Perspectives and Issues*, Report From the Legislative *Analyst's Office to the Joint Legislative Budget Committee*, 2008, p. 3.

[2] Governer Schwarzenegger's State of the state Address, January 15, 2009.

[3] Mendel, Ed, "Medi-Cal patients, schools, agencies take biggest hits," San Diego Union-Tribune, February 16, 2008.

The California Legislative Analyst's Office (LAO) in its analysis of the Governor's budget policies has stated that "the administration's budget-balancing approach is fundamentally flawed. Its across-the-board reductions reflect little effort to prioritize and determine which state programs provide essential services or are most critical to California's future."[4] The LAO's analysis of this across-the-board budget-cutting method, enacted by the California legislature, concluded that this provision "could severely limit the access of Medi-Cal beneficiaries to providers."[5]

A group of health care providers filed suit against the state to prevent implementation of the arbitrary 10 percent fee reduction in Medi-Cal fees. The court ordered an injunction against the 10 percent fee reduction. Despite the court-ordered injunction, the California Legislature held a special session to address the budget situation in the September of 2008 and passed a new provision setting a 5 percent reduction in the Medi-Cal payments to certain providers including payments to pharmacies for prescription drugs. Most other Medi-Cal providers (e.g., physicians, dentists, and home health care providers) had their fees reduced by only 1 percent. The legislated 5 percent fee reduction for prescriptions is effective March 1, 2009.

Again, a lawsuit was filed against the State and Medi-Cal by a coalition of affected health care providers. These health care providers petitioned the court arguing that the injunction for the 10 percent reduction should apply to the 5 percent reduction. The court, however, held that any action on the 5 percent cut would have to be a handled as a separate action.

## II. OVERVIEW OF MEDICAID AND MEDI-CAL DRUG PROGRAMS

The Medicaid drug program dates back to 1965 when the U.S. Congress created Medicare and Medicaid out of the varying state programs to provide health care to the aged and the indigent, respectively.

Prescription drugs are the most widely used service in health care. However, prescription drug coverage is an optional, and not a mandatory, service in Medicaid, but virtually all states offer a prescription drug benefit. The Medicaid program is jointly funded by federal and state resources based on a cost sharing formula with various federal shares across the states ranging from 50% to 75% of total drug program costs. Both Medicaid and Medicare now have prescription drug benefits that serve, respectively, the indigent and the elderly and disabled. The public financing for prescription drug coverage for these populations has provided increased access for many persons who could not otherwise afford necessary drug therapy.

Medicaid expenditures are usually one of the largest items in the state's budget. In addition to being a large share of the state's budget, Medicaid expenditures have been one of the fastest growing components of the state budget and Medicaid drug

---

[4] Legislative Analyst's Office, *The 2008-09 Budget*, 2008, p. 3.
[5] Legislative Analyst's Office, *The 2008-09 Budget*, 2008, p. 100.

expenditures have been one of the fastest growing pieces of Medicaid.  For these reasons, among others, state Medicaid agencies attempt to use state resources as wisely and efficiently as is possible given the resources available.

Medicaid has historically been the single largest payer for prescription drugs in the United States—although with the advent of the Medicare Part D prescription drug program in 2006 that role has now been supplanted.  Overall, Medicaid drug expenditures accounted for 12.1% of total outpatient drug expenditures in the U.S. in 1996, and reached a high proportion of 15.3% in 2004.  The number of Medicaid prescriptions represented 11.6% of all outpatient prescriptions in 1996 and grew to their highest share in 2004 at 13.6%.[6]  Next, a brief overview is provided for U.S. Medicaid drug program expenditures and for California Medicaid (Medi-Cal) drug program expenditures.

## A.  U.S. Medicaid Drug Program Expenditures

Medicaid covered about 362 million prescriptions in 1995 which accounted for an expenditure of $9.8 billion at an average prescription price of $27.08.  By 2005 U.S. Medicaid programs paid for nearly 560 million prescriptions at a total expenditure of $38.1 billion.[7]  Beginning in 2006 the prescription drug coverage for dual eligible elderly beneficiaries[8] was moved from state Medicaid programs to the new federal Medicare Part D prescription drug program.  Consequently, the drug expenditures under Medicaid decreased substantially in 2006 compared to 2005.  The U.S. Medicaid drug expenditures in 2006 were $20.7 billion for just over 297 million prescriptions.[9]  The average Medicaid prescription price in 2005 was $68.15 and in 2006 was $69.48.[10]

The substantial growth in U.S. Medicaid drug program expenditures during the period 1992 to 2002 was examined to identify the sources of that growth.  Total Medicaid drug expenditures, even after adjustment for inflation, grew by 221 percent over the decade from 1992 to 2002.  During this period the number of Medicaid drug recipients actually decreased by about 6 percent while the drug use rate (prescriptions per person per year) increased nearly 47 percent.  The greatest growth, however, came from the average Medicaid payment per prescription which grew more than 107 percent in inflation adjusted dollars.  Growth in the Medicaid prescription price was driven entirely by manufacturer increases in the drug ingredient cost of more than 137 percent, while the pharmacy dispensing fee payments actually decreased by 20%, in constant dollars, over the decade from 1992 to 2002.[11]

---

[6] National Association of Chain Drug Stores (NACDS), *The Chain Pharmacy Industry Profile*, annual editions for 1998 to 2005; also, data from IMS Market View, as reported in Novartis Pharmacy Benefit Report for 1996 to 2001 and NDC Health (a health care information company) from 2002 to 2006.

[7] National Pharmaceutical Council (NPC), *Pharmaceutical Benefits Under State Medical Assistance Programs, 2007*, pp. 4-15, 4-17.

[8] Dual eligibles are persons who qualify for both the federal Medicare program for the elderly and disabled and for the joint federal and state Medicaid program for those with low income.

[9] NPC, *Pharmaceutical Benefits, 2007*, pp. 4-20, 4-22.

[10] NPC, *Pharmaceutical Benefits, 2007*, pp. 4-18, 4-23.

[11] Schondelmeyer, SW and Wrobel, MV, *Medicaid and Medicare Drug Pricing: Strategy to Determine Market Prices* (CMS Contract # 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, Task Order 1, August 30, 2004, pp. 4-5.

## B.  Medi-Cal Drug Program Expenditures

The Medi-Cal drug program experienced changes in the same direction as those observed at the national level.  Medi-Cal covered about 49 million prescriptions in 1995 which accounted for an expenditure of almost $1.2 billion at an average prescription price of $23.51.[12]  By 2005 Medi-Cal paid for 52 million prescriptions at a total expenditure of $4.6 billion.[13]  Beginning in 2006 the prescription drug coverage for dual eligible elderly beneficiaries was moved from Medi-Cal to the new federal Medicare Part D prescription drug program.  Consequently, the drug expenditures under Medi-Cal decreased substantially in 2006 compared to 2005.  The Medi-Cal drug expenditures in 2006 were $2.4 billion for 27 million prescriptions—nearly one-half of the 2005 levels.[14]  The average Medi-Cal prescription price in 2005 was $88.21 and in 2006 was $88.99.[15]

The Medi-Cal drug program experienced expenditure growth from 1992 to 2002 that was similar to that seen at the national level.  Total Medi-Cal expenditures, in inflation adjusted dollars, grew 205 percent from 1992 to 2002.  While the number of Medi-Cal drug recipients decreased by 20 percent, the drug use rate increased nearly 50 percent and the average prescription payment increased 156 percent.  Growth in the average Medi-Cal prescription price was driven entirely by an increase of 198 percent in the manufacturer's drug ingredient cost, while pharmacy dispensing fees over the same time period decreased 22 percent in inflation adjusted terms.[16]

---

[12] NPC, *Pharmaceutical Benefits Under State Medical Assistance Programs, 1996*, pp. 3-14.
[13] NPC, *Pharmaceutical Benefits, 2007*, pp. 4-15, 4-17.
[14] NPC, *Pharmaceutical Benefits, 2007*, pp. 4-20, 4-22.
[15] NPC, *Pharmaceutical Benefits, 2007*, pp. 4-18, 4-23.
[16] Analysis conducted by the Stephen W. Schondelmeyer, *PRIME* Institute, University of Minnesota using data from annual editions of *Pharmaceutical Benefits Under State Medical Assistance Programs* (National Pharmaceutical Council, Reston, VA), 1990 to 2004.



**Figure 1.  Sources of Growth in Medi-Cal Drug Expenditures:**
**1992 to 2002 in Inflation Adjusted $**

SOURCE:  Compiled by Stephen W. Schondelmeyer, PRIME Institute, University of Minnesota from data found in CMS/HCFA-2082 Reports (adjudicated & paid claims), CMS/HCFA-64 Reports (budgeted and expended funds), CMS/HCFA Medicaid Drug Utilization public use files, and the annual volumes of Pharmaceutical Benefits Under State

There are two basic lessons to be learned from this analysis of factors contributing to growth in Medi-Cal drug program expenditures.[17]  First, drug ingredient costs at the manufacturer level, and not drug utilization or pharmacy dispensing fees, were the major source of growth in Medicaid and Medi-Cal drug expenditures.  Second, pharmacy dispensing fees over time have gone down in inflation adjusted dollars, but these decreases in pharmacy dispensing fees have not been effective in holding down total Medi-Cal drug program expenditures.  In other words, reductions to pharmacy dispensing fees have not been an effective way to reduce prices at the manufacturer level.  Medicaid programs do not purchase drug products directly from manufacturers, but rather prescriptions are purchased through local pharmacies.  If management of growth in manufacturer drug product costs is the desired policy outcome, the efforts to manage this cost must be focused primarily at the manufacturer level and not on community pharmacies.

## C.  The Drug Rebate Program Under Medicaid and Medi-Cal

The Medicaid Drug Rebate Program was established by Congress with the passage of the Omnibus Reconciliation Act of 1990 (OBRA '90).  Congress enacted the OBRA '90 Medicaid Drug Rebate Program because "States were not able to address the primary cause of escalating program costs—steep increases in drug prices at the product level—

---

[17] Schondelmeyer and Wrobel, *Medicaid and Medicare Drug Pricing*, August 30, 2004, pp. 4-5.

because drug manufacturers would not negotiate lower prices with Medicaid programs."[18]  The drug rebate program began operation January 1, 1991.  After several legislative revisions to the program in the early 1990s, the rebate program has remained unchanged for more than a decade.  Drug firms must voluntarily agree to participate in this program in order to have their drug products covered by the Medicaid program.  The rebate agreement obligates the drug firm to report to CMS its average manufacturer price (AMP) and its best price for each drug product (by NDC number) on a quarterly basis.  State Medicaid programs, then, have to report to CMS and each participating drug firm the quantity of each drug product (by NDC) paid for by the state's Medicaid program in a given quarter.  This unit volume is used to calculate the amount of rebate due based on the rebate formulae specified in statute.

Simplistically, drug firms selling single source (patented brand) drug products or innovator multiple source (off-patent brand) drug products must pay a rebate which is the greater of:  (1) 15.1 percent of the AMP; or (2) the AMP less the best price offered to certain favored purchasers (i.e., classes of trade).  In addition, an inflation adjustment rebate factor is also due.  Non-innovator multiple source (off-patent generic or non-originator brand) drug products pay a fixed percentage rebate of 11% of AMP.  These generic drug products are not subject to either the best price calculation or the inflation adjustment rebate.[19]

State Medicaid programs may, at their discretion, develop state rebates in addition to the federally mandated rebates.  Only a handful of states took advantage of the additional state rebate option prior to 2000 (most notably California), but since 2000 many states have initiated, or are exploring how to develop, a state rebate above and beyond the federally mandated rebates.  The Drug Rebate Program in 1992 provided payments of about $1 billion dollars versus overall U.S. Medicaid drug program costs of $7.1 billion.[20]  By 2005 the Medicaid Drug Rebate Program produced nearly $12.4 billion in rebate revenues that was shared by the states and the federal Medicaid program to offset the $43.1 billion in total U.S. Medicaid drug expenditures.[21]  The rebate revenue is shared in proportion to the state and federal contributions to each state's Medicaid program costs.  The rebate program produced revenue representing about 28.8 percent of total U.S. Medicaid drug program expenditures in 2005.[22]  States would not easily make up the revenue produced by the Medicaid Drug Rebate program if the rebate program were reduced substantially or removed.

---

[18] Pollard, Michael R. and Coster, John M., "Update  I. Legislation. Savings for Medicaid Drug Spending," *Health Affairs*, Summer 1991, pp. 196-206.
[19] NPC, *Pharmaceutical Benefits, 2007*, p. 4-24.
[20] NPC, *Pharmaceutical Benefits, 1996*, pp. 3-9, 3-16.
[21] NPC, *Pharmaceutical Benefits, 2007*, p. 4-28.
[22] NPC, *Pharmaceutical Benefits, 2007*, p. 4-28.

California has the most aggressive drug rebate program in the nation. California's Medi-Cal program spent about $5.2 billion on prescription drugs in 2005 and collected back $2.1 billion in rebates that were returned to the Medi-Cal budget.[23] Thus in 2005, the Medi-Cal drug rebate program for the state of California collected back nearly 40 percent of its total drug program expenditures.

The state and federal Medicaid rebates collected by California create an unusual situation with respect to pricing and the flow of Medicaid program dollars. Drug manufacturers (usually through wholesalers) charge pharmacies a higher price for the drug ingredient than the real net cost they are willing to accept from the ultimate payer (i.e., Medi-Cal). The pharmacy actually has to pay that higher cost and then bills the Medi-Cal program for this inflated drug ingredient cost that was paid by the pharmacy. The pharmacy then waits for about three weeks to get paid by Medi-Cal.[24] Once the state pays the pharmacy, then the state adds up the total amount of the drug product purchased in a quarter and bills the drug company for their federal statutory and state negotiated rebates. With lag time for processing and checking the data, the state gets its money back from the drug company as a rebate about 6 to 12 months later. Essentially, the state of California gave the drug companies a loan of $2.1 billion for 6 to 12 months in 2005.

The legislated 5 percent reduction in fee-for-service payments for prescriptions appears to be redundant in light of the already implemented Medi-Cal drug rebate program. For brand name prescriptions, the state receives a rebate that is nearly 40 percent of the drug product cost about 6 to 12 months after the prescription has been dispensed. So, for a prescription with the net drug ingredient cost of $200 (AWP – 17 percent), the state would collect about $80 in rebate from the drug company at a later time. The payment to the pharmacy would be no more than the net drug ingredient cost of $200 plus the dispensing fee of $7.25, yielding a prescription payment of $207.25. The legislated 5 percent fee reduction would cut the pharmacy's payment by $10.36 on top of the already discounted (rebated) amount. Note, the net pharmacy payment would be $196.89, which is considerably less than the pharmacy's breakeven cost for the prescription (the actual drug ingredient cost of $200 plus the actual cost of dispensing $11.90=$211.90).

## D. Medicaid Prescription Fee-for-Service Payments

State Medicaid programs, including that of California, pay for most covered prescriptions on a fee-for-service basis. The amount of payment for a prescription is based on a specified set of formulae defined by federal and state statutes and regulations.

Medicaid programs are to determine the amount to pay on a specific prescription claim by setting an amount intended to provide reimbursement to the pharmacy for the estimated acquisition cost of the drug product plus an additional amount as a reasonable dispensing fee to provide the pharmacy compensation for the cost of dispensing

---

[23] NPC, *Pharmaceutical Benefits, 2007*, pp. 4-25, 4-28.

[24] Grant Thornton, *National Study to Determine Cost of Dispensing Prescriptions in Community Retail Pharmacy*, The Coalition for Community Pharmacy Action, January 2007, p. 34, Table 22. The mean time to receive payment after a Medi-Cal prescription was dispensed was reported to be 21.3 days.

prescriptions and counseling patients, for overhead, and for profit.  Individual states may, then, modify or add other factors in the payment process with the approval of their state plan by the federal agency, the Centers for Medicare and Medicaid Services (CMS).

The basic parameters of the Medicaid reimbursement formulae are described in the following:

> **History:** Federal Medicaid regulations dictate the method for reimbursing prescription drugs. Reimbursement is made on a retrospective, fee-for-service basis with payments limited to the lower of the pharmacy's usual and customary charge or the estimated acquisition cost of the drug product plus an established dispensing fee to cover the pharmacy's overhead and profit. (Some states have experimented with enrolling Medicaid eligibles in Health Maintenance Organizations under capitated payment contracts.) In 1976, utilizing the authority to set an upper limit for services available under Medicaid programs as provided under Section 1902(a)(30)(A) of the Social Security Act, the Health Care Financing Administration (HCFA), HHS implemented drug reimbursement rules at 45 CFR Part 19 pertaining to upper payment limits for Medicaid and other programs. Specifically, these regulations provided that the amount the Department recognized for drug reimbursement or payment purposes was not to exceed the lowest of:
> - the maximum allowable cost (MAC) of the drug as established by HCFA's pharmaceutical reimbursement board for certain multisource drugs (generic drugs), plus a reasonable dispensing fee;
> - the estimated acquisition cost (EAC) of the drug (the price generally and currently paid by providers for a particular drug in the package size most frequently purchased by providers), as determined by the program agency, plus a reasonable dispensing fee; or
> - the providers' usual and customary charge to the public for the drug. [25]

Importantly, note that the payment to the provider is the "lower of" the various formulae including: (1) the pharmacy's usual and customary charge for the prescription; (2) the estimated acquisition cost (e.g., AWP –X%) for the drug product plus a dispensing fee; or (3) the federal upper limit (FUL), or state maximum allowable cost (SMAC, also known as maximum allowable ingredient cost, MAIC), for certain generic drug products plus a dispensing fee.

The basis for setting the amount of the pharmacy fee-for-service payment is to include: (1) estimated acquisition cost of the drug product, (2) a reasonable dispensing fee to cover the pharmacy's over head and profit, and the pharmacy's usual and customary charge.

CMS (formerly HCFA) policy clearly states that the estimated acquisition cost is meant to be "as close as feasible to the price generally and currently paid by the provider.  The

---

[25] NPC, *Pharmaceutical Benefits*, 1993, p. 15; Section 1902(a)(30)(A) of the Social Security Act; and drug reimbursement rules at 45 CFR Part 19 pertaining to upper payment limits for Medicaid and other programs.

states are, therefore, expected to set their ingredient cost levels as close as possible to actual acquisition cost."[26] The state Medicaid programs are expected by CMS to meet this objective.

The total amount of fee-for-service payments to a pharmacy for a prescription must be taken into account, including both the actual drug product cost payment and the reasonable dispensing fee payment.  As noted in a research report to CMS[27]:

> Stakeholders also agreed that, if the public sector did seek to improve the accuracy of its estimates of acquisition costs for use in Medicaid payment, then it would be absolutely essential to improve the accuracy of estimates of the cost of dispensing. Although many stakeholders acknowledged that current estimates of acquisition costs and the resulting drug product payment levels might be inflated, they also believed that current estimates of dispensing costs and Medicaid dispensing fees were too low. The combined effect of the two components of estimated cost (the drug product cost and the dispensing fee) is what ultimately determines payment and the financial performance of the retail pharmacy.

Payment of the actual drug ingredient cost via an estimated acquisition cost for a drug product is "the appropriate conceptual basis for the payment policy."[28] At the same time that Medicaid payment policy is implemented to assure 'actual' cost payment for the drug product, it is essential that the payment for the cost of dispensing, the pharmacy's overhead and profit and other costs, also be adjusted to assure that 'actual' costs and expenses are paid.  *Prescription payments based on actual drug product cost and actual cost of dispensing and related additional costs can serve as a reasonable basis for pharmacy payment*, if the actual costs are accurately measured and continue to be updated over time.

If, however, the payment method sets the prescription payment amount below the actual costs for either drug product cost, cost of dispensing and related additional costs, or both, then problems with Medicare beneficiary access to pharmacy services will occur.  Given the substantial reduction (5 percent) in payment for prescriptions mandated by the 2008 California statute, many pharmacies will receive payment that falls considerably short of their actual costs (i.e., both drug ingredient costs and costs of dispensing).  Any reasonable pharmacy (i.e., business manager or owner) would be unwilling to provide prescriptions when the total payment falls short of the total actual drug product costs and the costs of dispensing and other costs.[29]

---

[26] "HHS Action Transmittal, HCFA-AT-77-113 (MMB),  December 13, 1977. Subject: Title XIX, Social Security Act: Limitation on Payment or Reimbursement for Drugs: Estimated Acquisition Cost (EAC)" as reproduced in NPC, *Pharmaceutical Benefits*, 1983, p. 14].

[27] Wrobel, M, Schondelmeyer, S, et al, *Case Study of the Texas Vendor Drug Program's Approach to Estimating Drug Acquisition Cost*, September 26, 2005, p. 67.

[28] Schondelmeyer and Wrobel, *Medicaid and Medicare Drug Pricing*, August 30, 2004, p. 16.

[29] Wrobel, Schondelmeyer, et al, *Case Study of the Texas Vendor Drug Program's Approach to Estimating Drug Acquisition Cost*, September 26, 2005, p. 56.

The setting of fee-for-service payments for prescription drugs is also critical to providing access to prescriptions and pharmaceutical care. "Medicaid programs are required to address the issue of accessibility of services and ensure that reimbursement levels are adequate to provide recipients with reasonable levels of access to services. Federal statutes at 42 USC 1396a(a)(30)(A) (and corresponding regulations at 42 CFR 447.204) state that the Medicaid program "must assure that payments are consistent with efficiency, economy, and quality of care and are sufficient to enlist providers so that care and services are available under the plan at least to the extent that such care and services are available to the general population in the geographic area.""[30] If the Medicaid prescription payments are inadequate, Medi-Cal beneficiaries will have difficulty in finding a participating pharmacy within a reasonable distance from the patient's home or work to fill their prescriptions.

### E. Medi-Cal Prescription Fee-for-Service Payments

Determination of the amount to be paid for Medi-Cal fee-for-service prescriptions follows the 'lower of' framework set out by federal Medicaid statutes and regulations as described above. The payment to pharmacies for Medi-Cal prescriptions is the lower of:

    (1) Estimated Acquisition Cost (EAC) plus a $7.25 dispensing fee;

    (2) Federal Upper Limit (FUL) plus a $7.25 dispensing fee;

    (3) state Maximum Allowable Ingredient Cost (MAIC) plus a $7.25 dispensing fee; or

    (4) the pharmacy's usual price to the general public.

Medi-Cal determines the estimated acquisition cost by subtracting 17 percent off of the Average Wholesale Price (AWP). The dispensing fee for community, and most other, pharmacies under Medi-Cal is $7.25 per prescription. Long term care facilities are paid by the same 'lower of' criteria as stated above, except that the dispensing fee is $8.00 per prescription. This larger dispensing fee for Long Term Care pharmacies recognizes the extra cost from providing prescriptions in unit dose or other specialized packaging incurred by long term care facilities.

This Medi-Cal payment structure has been in effect for more than four years—since September 1, 2004. The pharmacy dispensing fee has not changed since 2004, despite the fact that the cost of dispensing is estimated to have increased by 16.0 percent or more from September 1, 2004 to June 30, 2009.[31]

---

[30] Myers and Stauffer, LC (certified public accountants), *Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California*, prepared for the California Department of Health Services, December 2007, p.7, *see* footnote 5.

[31] Based on using the cost of dispensing inflation adjustment factor used by Myers and Stauffer, *Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California*, December 2007, p. 27 and Exhibit 9. The inflation adjustment factor was based on the Employment Cost Index (ECI) (all civilian, all workers; seasonally adjusted) as published by the U.S. Bureau of Labor Statistics.

At least one-third (36.2 percent) of the prescriptions paid for by the Medi-Cal program in 2006 were drug products that had established FULs.[32]  Another one-third (36.0 percent) were multiple source drug products that did not have FULs, although some of these drug products did have established state MAIC upper limits.  Additionally, some of the prescriptions paid for by Medi-Cal were paid based on the pharmacy's usual price to the general public being the lowest of the listed payment criteria.  In total, less than one-half of Medi-Cal prescriptions were actually paid at the rate of AWP minus 17 percent plus a dispensing fee of $7.25.

California implemented new prescription payment provisions as part of a budget trailer bill in 2007 that have not yet been implemented (as of the date of this report).  At some point, this new California law could be implemented and would have an impact in addition to the negative effects of the 5 percent reduction in fee-for-service payments.  Under this California law, the drug ingredient cost for both brand and generic drug products will be based on the average manufacturers price (AMP) collected and reported by the Centers for Medicare and Medicaid (CMS) pursuant to the Deficit Reduction Act of 2005.[33]

The AMP is a federally defined and collected price known as average manufacturer price.  CMS published proposed rules and later final rules for implementing an AMP-based reimbursement system that would also have disclosed AMP prices to the public.  An analysis of the impact of the Deficit Reduction Act of 2005 on community pharmacies and a state Medicaid program has been done.[34]  For a variety of reasons, the CMS final rule and the process by which it was promulgated was considered problematic by the community pharmacies.  Concern over the definitions of AMP and "the retail class of trade," as set forth in the final rule for implementation of the Deficit Reduction Act, led the National Association of Chain Drug Stores (NACDS) and the National Community Pharmacists Association (NCPA) to file a motion for preliminary injunction to halt CMS' execution of AMP-based FUL reimbursement and the posting of those prices for the public.[35]  The federal court granted this preliminary injunction in December of 2007 and I understand that this litigation is ongoing.

---

[32] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 13.

[33] Social Security Act, Deficit Reduction Act of 2005, the Conference Report for the Deficit Reduction Act of 2005. Also, see U.S. House of Representatives, 109th Congress, 1st Session, Report 109-362, December 19, 2005, and the final rule and preamble in Federal Register, Vol. 72, No. 136, July 17, 2007, pp. 39142-39245, "42 CFR Part 447, Medicaid Program: Prescription Drugs; Final Rule".

[34] Schondelmeyer, Stephen, et. al., *Implementation of Pharmacy Payment Reform in the Minnesota Medicaid Program: Recommendations to the Legislature*, Pharmacy Payment Reform Advisory Committee, Prepared for the Commissioner, Minnesota Department of Human Services, January 15, 2007, 65 pp.

[35] I provided an expert report on behalf of Plaintiffs on November 13, 2007 in *National Association of Chain Drug Stores and National Community Pharmacists Association v. U.S. Department of Health and Human Services and Michael O. Leavitt, Secretary of HHS, and CMS, and Kerry Weems, Acting Administrator of CMS*, U.S. District Court for the District of Columbia, Case No. 1:07-cv-02017.

## F. California State Plan for Medi-Cal

States Medicaid programs have to file a state plan with CMS under Title XIX of the Social Security Act. This State Plan sets the terms with respect to how the state Medicaid (e.g., Medi-Cal) program will be operated to be consistent with the federal statutes and regulations in order for the state to qualify for federal financial participation payments.

The California state plan specifies the methodology used by the State Agency in establishing reimbursement for each type of care or service (including prescription drugs) provided by Medi-Cal. Among the steps in the state's methodology are: (1) "the development of an evidentiary base or rate study resulting in the determination of a proposed rate;" (2) "presentation of the proposed rate at a public hearing to gather public input"—"to the extent required by State or Federal law or regulations;" and (3) "determination of a payment rate based on an evidentiary base, including pertinent input from the public."[36] There is no public record that shows the 5 percent reduction to fee-for-service payment rates was established *based on an evidentiary base, including input from the public*.

Another provision contained in California's state plan is the statement that "An analysis of provider participation, and the expected impact of any proposed modification on provider participation, will be completed before any modification of payments is made under this paragraph."[37] There is no public record showing that a provider participation analysis by Medi-Cal was *completed before any modification of payments is (was) made*."

## III. REASONABLE PAYMENT TO PHARMACIES

The statutes and regulations regarding establishment of payments to pharmacies for prescription drugs refer to payment of "estimated acquisition cost plus reasonable dispensing fees established by the agency." Reasonable payment to pharmacies incorporates the concept of "fair" payment—that is not too much and not too little—as well as the concept of payment "supported or justified by fact or circumstance."[38] First, this section defines the essential components of reasonable pharmacy payment including a more detailed description of drug ingredient cost, the cost of dispensing, and return on investment. Then, the relative role of the prescription department in the pharmacy and the types of pharmacy revenue and expenses are explained.

---

[36] State Plan Under Title XIX of Social Security Act, State of California, Attachment 4.19B, TN No. 03-023, supersedes TN # 92-01, approval date Dec. 30, 2003, effective date Oct. 1, 2003.

[37] State Plan Under Title XIX of Social Security Act, State of California, Attachment 4.19B, TN No. 87-01, supersedes TN # 82-10, approval date Feb. 1, 1987, effective date Feb. 4, 1987.

[38] The term 'reasonable' according to *Merriam-Webster's Dictionary of Law* means "being in accordance with reason, fairness, duty, or prudence" and "supported or justified by fact or circumstance." See Merriam-Webster's Dictionary of Law, 1996 as found on May 1, 2008 at: http://dictionary.reference.com/browse/reasonable.

## A. Essential Components of Reasonable Pharmacy Payment

The payment to a pharmacy for a prescription can be broken down into several components. The essential components of a prescription price are: (1) the drug ingredient cost (or drug acquisition cost), (2) the cost of dispensing, and (3) a reasonable profit or return on investment (ROI). The cost of dispensing and the profit (or return on investment) together constitute the dispensing fee.[39]   These components and their relationships are shown in the following equations.

$$\text{Reasonable Pharmacy Payment} = \text{Drug Ingredient Cost} \; + \; \underbrace{\text{Cost of Dispensing} \; + \; \text{Net Profit}}_{\text{Dispensing Fee}}$$

$$\text{Reasonable Pharmacy Payment} = \underbrace{\text{Drug Ingredient Cost} \; + \; \overbrace{\text{Cost of Dispensing}}^{\text{Breakeven Cost}}}_{\text{COGS}} \; + \; \underbrace{\text{Net Profit}}_{\text{Gross Margin}}$$

The *Reasonable Pharmacy Payment* (prescription price) is the net amount that the pharmacy is paid for a prescription dispensed to a patient. Mathematically, the reasonable pharmacy payment is the sum of the drug ingredient cost plus the cost of dispensing plus a reasonable net profit.

## B. Drug Ingredient Cost

The *Drug Ingredient Cost* is the actual, or estimated, cost to the pharmacy of the drug ingredient used in filling a prescription. In other words, this is the actual or estimated amount the pharmacy paid to the manufacturer or wholesaler to purchase the drug product dispensed in a prescription. The drug ingredient cost, in business terms, is commonly referred to as the *Cost of Goods Sold* (COGS). The *Cost of Goods Sold* is the amount the pharmacy spends to buy the goods (drug products) that will be sold—dispensed as a prescription.

---

[39] NPC, Pharmaceutical Benefits, 1993, p. 15; Section 1902(a)(30)(A) of the Social Security Act; and drug reimbursement rules at 45 CFR Part 19 pertaining to upper payment limits for Medicaid and other programs. The preface describes that prescription reimbursement is on a fee-for-service basis with payments to include "an established dispensing fee to cover the pharmacy's overhead and profit."

Most pharmacies purchase drug products through a wholesaler—a middleman or intermediate level in the drug distribution process. National wholesalers (i.e., McKesson, AmeriSource Bergen, and Cardinal Health) are the primary intermediate level in the channel of distribution process to community pharmacies accounting for about one-half of prescription drug purchases.[40] Drug products may also be purchased through chain warehouses—which function as a wholesaler (about one-third of the drug purchases in community pharmacies), through regional and specialty wholesalers (less than one-tenth of the drug purchases in community pharmacies), and through direct purchases from drug manufacturers (about one-tenth of the drug purchases in community pharmacies).[41]

Wholesalers add a fee on to the manufacturer's drug product cost to cover the cost of operation for their distribution services plus a reasonable profit. The total wholesaler fee (gross margin) averaged about 3.9 percent in 2004 with a range from 2.8 to 4.2 percent for the 25th and 75th percentiles.[42] These costs are added to the manufacturer's drug product cost and passed on to the pharmacy or provider purchasing through a wholesaler. When a chain pharmacy performs the warehousing function in addition to the retail distribution and counseling functions, the chain pharmacy does have additional costs similar to those that a wholesaler would have added to the manufacturer's drug product cost. The cost of distribution by intermediate distributors (e.g., wholesalers or chain warehouses) must be added on to the average manufacturer (sales) price in order to determine the actual acquisition cost to the pharmacy.

## C. Cost of Dispensing

The *Cost of Dispensing* (COD) is "the overhead and labor costs incurred by a pharmacy to fill prescription medications."[43] The average cost of dispensing is mathematically determined as the total dispensing related costs divided by the total number of prescriptions dispensed. The labor costs are the amounts paid to all personnel who provide work related to the procurement, processing and dispensing of a prescription medication and appropriate related services such as delivery and counseling of the patient. These labor costs include the salaries, wages and fringe benefits of pharmacists, technicians, clerks, accountants, reimbursement processors, administrative personnel and certain other personnel.

Overhead costs incurred by the pharmacy include: prescription department licenses, prescription delivery expense, prescription computer expense, prescription containers and labels, and certain other expenses. The methodology used by Myers & Stauffer in conducting 'cost of dispensing' studies is, for the most part, considered acceptable, yet produces an underestimate. There are certain other expenses that the Myers & Stauffer methodology does not take into account or for which alternate allocation methods may be more appropriate. Some of these allocation and exclusion issues are discussed in other

---

[40] Schondelmeyer and Wrobel, *Medicaid and Medicare Drug Pricing*, August 30, 2004, pp. 9-10.

[41] Schondelmeyer and Wrobel, *Medicaid and Medicare Drug Pricing*, August 30, 2004, pp. 9-11.

[42] Healthcare Distribution Management Association, *2005-06 HDMA Industry Profile and Healthcare Factbook*, 2005, p. 5.

[43] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 15.

published reports critiquing the Myers and Stauffer COD methodologies.[44,45] There are certain factors not typically included in the overall average COD reported by Myers and Stauffer that arguably should be included. Among the business related costs and factors not included, or fully accounted for, in the reported Myers & Stauffer COD estimates are: (1) accounts receivable carrying costs, (2) inventory carrying costs, (3) limits on the owner's labor cost, (4) allocation of costs based on OTC drug products dispensed to Medicaid recipients, (5) advertising and marketing costs, (6) contributions, (7) uncollected Medicaid copays, (8) bad debts, (9) sales and other taxes, and (10) the assignment and allocation of rent value for a building owned by the pharmacy or pharmacist.[46] While the Myers and Stauffer cost of dispensing is considered to be an underestimate, use of this figure will provide a conservative assessment of the impact on pharmacy providers.

The COD across pharmacies may vary for a variety of reasons including the prescription volume in the pharmacy, the percent of prescriptions covered by third parties or Medicaid or Medicare, the geographic location (i.e., urban versus rural versus suburbs), and other factors such as regional differences in rent and salaries. Rural pharmacies often have smaller volumes than pharmacies in urban areas. This is due, in part, to the more limited population within the shopping area of rural pharmacies. Clearly, the prescription volume of a pharmacy does influence the overall (or average) cost of dispensing. There is, however, a limit to the effect that volume has on cost of dispensing. Figure 2 provides a scatterplot of cost of dispensing versus total prescription volume. Notice that the trend line for COD declines substantially as volume increases, but that at about 60,000 prescriptions per year the COD plateaus at about $10.00 per prescription. A pharmacy with 60,000 prescriptions per year is serving about 4,500 patients. For rural pharmacies in areas where the potential patient population is below 4,500 patients, the pharmacy will most likely have a higher cost of dispensing than the overall average for the state. If the population simply is not within a reasonable shopping distance, there is not much the pharmacy can do to increase its volume and decrease its average COD.

---

[44] *Elements of a Pharmacy Dispensing Fee*, Issue Brief, National Association of Chain Drug Stores, October 2004. See also, *Medicaid Rx Costs Participating Providers More than Private, Third Party Rx Programs*, Issue Brief, National Association of Chain Drug Stores, July 2005. And also, *Estimating the Costs of Dispensing Prescription Drugs Within a Chain Pharmacy*, The Center for Pharmacoeconomic Studies, The University of Texas at Austin, Summer 2005.

[45] Schondelmeyer, *Implementation of Pharmacy Payment Reform in the Minnesota Medicaid Program*, January 15, 2007, pp. 14-16.

[46] Schondelmeyer, *Implementation of Pharmacy Payment Reform in the Minnesota Medicaid Program*, January 15, 2007, pp. 14-16.

**Figure 2.   Cost of Dispensing versus Total Prescription Volume
in California Pharmacies in 2006**



The California COD study (Myers and Stauffer) reflects this urban versus rural difference in cost of dispensing.[47]   The average COD in urban pharmacies in 2006 was $10.70 while the average COD in rural pharmacies was $12.37.   This difference is likely due to multiple factors, but a major influence is the total annual prescription volume and the geographically limited number of patients served by the pharmacy.   The rural vs. urban difference in COD may even be an underestimate in the Myers and Stauffer study because of the way building ownership or rent was treated in the cost accounting model. Independent rural pharmacies that own their own pharmacy may have less cost assigned to the COD.   Only the cost of ownership, and not the market-based rental value of the property were assigned a cost in the COD.[48]   Sustainable access to pharmacies in rural areas may require a cost of dispensing adjustment to account for the higher cost in pharmacies with geographically-limited lower prescription volumes.

Medicaid prescription payments are to be based on actual costs (i.e., actual drug product cost)[49], and likewise a reasonable dispensing fee (i.e., the COD and profit) for prescriptions provided to Medicaid recipients should be based on actual costs.   Because the COD does change over time, a COD study should be done every year to determine actual costs.   Alternatively, a COD study could be done every 3 to 4 years and revised each year with an inflation adjustment multiplier such as the Consumer Price Index (CPI) or the Employment Cost Index—the inflation adjustment factor used by Myers & Stauffer.

---

[47] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 15 and Exhibit 12. Rural was defined as any pharmacy not in a Metropolitan Statistical Area (MSA).

[48] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 23, *see* footnote 24.

[49] The estimated acquisition cost is meant to be "as close as feasible to the price generally and currently paid by the provider.   The states are, therefore, expected to set their ingredient cost levels as close as possible to actual acquisition cost." ["HHS Action Transmittal, HCFA-AT-77-113 (MMB), December 13, 1977. Subject: Title XIX, Social Security Act: Limitation on Payment or Reimbursement for Drugs: Estimated Acquisition Cost (EAC)" as reproduced in National Pharmaceutical Council (NPC), *Pharmaceutical Benefits Under State Medical Assistance Programs*, 1983, p. 14].

### D.  Net Profit or Return on Investment

*Net Profit* or *Return on Investment* is the net amount remaining after the actual drug ingredient cost and the cost of dispensing have been subtracted from the pharmacy payment (or price paid) for providing a prescription to a patient (e.g., Medi-Cal program beneficiary).  Pharmacies, in most cases, are 'for profit' businesses that require equity capital invested to operate the business in a market-based economy.  Earning a reasonable net profit as a return on the equity capital invested is the factor that entices a business owner to continue to operate the business and to serve certain patient populations.  The net profit must provide, at a minimum, enough profit to convince the business owner to keep the invested capital in the pharmacy operation.  The profit, or return on investment, from alternative uses of the owner's capital provides a useful benchmark for establishing a reasonable level of profit.

One source routinely referred to by Myers & Stauffer in justifying factors to be included in payment rates is the Medicare *Provider Reimbursement Manual*. Regarding profit, or return on equity capital invested, this manual states the following principle: "An allowance of a reasonable return on equity capital invested and used in the provision of patient care is includable as an element of the reasonable cost of covered services furnished to beneficiaries by proprietary providers."[50]  A Medicaid (Medi-Cal) payment that covers only the actual drug ingredient cost and the actual cost of dispensing would not be a reasonable pharmacy payment because this payment amount would be a breakeven transaction for the pharmacy and would not provide any return on equity capital invested.  Without inclusion of any profit in the dispensing fee established for pharmacies under Medicaid (or Medi-Cal), the filling of prescriptions by pharmacies would be a breakeven transaction, at best.  However, the vast majority of pharmacies would not participate in Medi-Cal if its payments were only a breakeven transaction.  In fact, pharmacies with the most Medi-Cal prescriptions would be the least likely to continue participation at breakeven, or lower, payment rates, because they have a larger share of their business (and equity capital invested) at stake.

### E.  Dispensing Fee

The *Dispensing Fee* is the sum of the cost of dispensing and the pharmacy's net profit.  The term *cost of dispensing* is sometimes confused with the term *dispensing fee*.  These two terms are related, but they are not the same.  A reasonable *dispensing fee* includes both the "cost of dispensing," plus a *profit* (or *return on investment*).  The cost of dispensing surveys typically conducted by Myers & Stauffer for state Medicaid programs do not include profit and therefore do not constitute amounts that are a reasonable dispensing fee unless a reasonable profit is added on to the reported cost of dispensing.  In general business terms the *Gross Margin* is another term used to describe the *dispensing fee*.  The *gross margin* is the prescription payment less the COGS (i.e., drug ingredient cost), or alternatively the *gross margin* is the cost of dispensing plus the net

---

[50] CMS, Medicare, *The Provider Reimbursement Manual, Part 1*, CMS Publication # 15-1, Chapter 12, Return on Equity Capital of Proprietary Providers, Section 1200, Principle, Rev.386, 11-95, p. 12-3.

profit. The *gross margin* represents the amount of money the pharmacy receives to cover its labor and overhead costs, as well as the return on investment, or net profit.

### F. Reasonable Pharmacy Payment

A *Reasonable Pharmacy Payment* is a payment that covers the drug ingredient cost plus the cost of dispensing plus a reasonable net profit. The *Breakeven Cost* is the sum of the *drug ingredient cost* and the *cost of dispensing*. If the pharmacy is not paid an amount sufficient to cover the *breakeven cost*, then the pharmacy will lose money on a prescription. The pharmacy also expects to receive a reasonable contribution to net profit from each prescription as an incentive to leave its equity capital invested in the business. If the total pharmacy payment does not cover the breakeven cost plus a reasonable net profit, a pharmacy may refuse to fill prescriptions to avoid sustaining a financial loss. The California statute mandating a 5 percent reduction in fee-for-service prescription payments will in many cases result in payments to pharmacies that are substantially below the breakeven cost and for many prescriptions the payment will not even cover the drug ingredient cost (see discussion below). The decision not to fill prescriptions at a loss (i.e., those prescription payments that do not cover breakeven cost plus a reasonable return on investment) would be an expected and prudent business decision by a pharmacy.

### IV. ACTUAL PHARMACY COSTS AND PAYMENTS

The actual cost to pharmacies of providing pharmaceuticals to Medi-Cal beneficiaries in California are examined, along with the actual costs of operating a pharmacy overall. The role of the prescription department in a pharmacy is examined and the sources of revenue as well as the major expense categories are described. Then, the actual cost of dispensing and the actual drug ingredient cost in California pharmacies is reported.

### A. Role of Prescriptions in the Pharmacy

Prescriptions are the major source of revenue in most pharmacies. In fact, for independent pharmacies, on average, 92.4 percent to 98.1 percent of the total store revenue comes from the prescription department.[51] In other words, sales other than prescription drugs accounted for only 1.9 percent to 7.6 percent of the independent pharmacy's total revenue in 2006. Prescription sales in traditional chain pharmacies (e.g., Longs, Walgreens or CVS) averaged about 70.9 percent of total store sales in 2006.[52] In contrast, prescription sales in food and drug store pharmacies (e.g., Safeway or Ralphs) and in mass merchandiser pharmacies (e.g., Wal-Mart, Costco or Target)

---

[51] National Community Pharmacy Association, *NCPA-Pfizer Digest: 2007*, 2007, p. 8. This survey shows that 92.4 percent of independent pharmacy total store sales were for prescription drugs. National Association of Chain Drug Stores, *The Chain Pharmacy Industry Profile: 2007*, NACDS, 2007, p. 19.

[52] NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, p. 19.

averaged 12.8 percent and 7.1 percent, respectively, of the total store sales in 2008.[53]
(*See* Figure 3)

**Figure 3.   Role of Prescription Department as a Percent of Total Store Sales
In California Pharmacies in 2006**



\* Data as found in NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, pp. 16-17,19; pharmacy sales based on data from
  *IMS Health* Manufacturer Sales plus Retail Margin and total sales based on United States Department of Commerce, *Retail Sales Data*.

There are about 5,300 community pharmacies in California.[54]   One-third of these
pharmacies are independent pharmacies and more than 40 percent are chain pharmacies.
Less than one-fourth of the California pharmacies are either a supermarket pharmacy or a
mass merchandiser pharmacy.  Consequently, more than three-fourths of the community
pharmacies in California derive more than 70 percent of their total revenue from
prescriptions.  This point is important, because some have suggested that "pharmacies
can make up for lower prices on prescriptions by sales in the rest of the store."  The
reality is that for the vast majority of pharmacies in California that simply is not true.
When 70 percent to greater than 98 percent of a pharmacy's sales revenue is in
prescriptions, the pharmacy can not make up the loss from a 5 percent payment reduction
on a $200 prescription by selling a 6-pack of soft drinks and a jumbo bag of potato chips.
Even for the small percent of pharmacies (i.e., supermarket and mass merchandiser
pharmacies) that may receive a large share of their store sales from products other than
prescriptions, the Medicaid population does not have the disposable income to purchase a
substantial amount of these high volume or high ticket items.[55]

---

[53] NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, p. 19.

[54] NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, pp. 16-17.

[55] The Federal Poverty Level (FPL) for 2007 was set at $10,210 for a one person household.  Medicaid

For efficient pharmacies at an annual prescription volume of 50,000 to 60,000 prescriptions per year, the average cost of dispensing is essentially the same as the marginal cost of dispensing. Because a pharmacy cannot be open without a pharmacist present, the presence of the first pharmacist is a fixed cost and the marginal cost can be lowered by increasing the volume of prescriptions filled by that one pharmacist. However, once the work capacity of that first pharmacist is reached, the need for additional pharmacist work can be added as the pharmacy volume warrants the extra hours. At this point, the cost of the pharmacist becomes a variable cost—proportionate to the volume of work to do. Pharmacies with one full time pharmacist should be able to handle 20,000 to 25,000 prescriptions per year. With more than 25,000 prescriptions per year, the added workload can be covered by pharmacists hired on a part-time basis proportionate to the added work load. Once a pharmacy has more than 50,000 to 60,000 prescriptions per year, it can hire one full-time pharmacist and can add enough part-time pharmacists to accommodate any growth or excess prescription volume. For independent and chain pharmacies with 70 percent to 95 percent of total store sales in prescriptions and with personnel costs representing greater than 70 percent of the operating cost, once the pharmacy is at an efficient volume (50,000 to 60,000 prescriptions per year), the average cost is essentially the same as the marginal cost. For most efficient community pharmacies, it is unrealistic to think that the marginal cost of dispensing a prescription is substantially less than the average cost of dispensing a prescription.

## B. Sources of Pharmacy Revenue

There are three major sources of payment for prescription drugs: (1) private third party programs; (2) public third party programs (e.g., Medicaid and Medicare); and (3) cash pay customers. At the national level in 2006, private third party programs paid for 52 percent of the prescriptions in independent pharmacies[56] and nearly 59 percent in all retail pharmacies.[57] Medicaid paid for 15 percent of the prescriptions in independent pharmacies and just over 7 percent of the prescriptions in all retail pharmacies. The new Medicare Part D program paid for about one-fourth of the outpatient prescriptions in retail pharmacies in 2006. Cash pay customers accounted for less than 10 percent of the prescriptions in retail pharmacies in 2006.

Community pharmacies in California were found to have 19.4 percent of their prescription revenue and 15.8 percent of their prescriptions from Medi-Cal in 2006.[58] Medicare Part D, through private Prescription Drug Plans and Medicare Advantage plans in the private market, covered about one-fourth of the prescriptions, while other private third parties covered one-half of the prescriptions in 2006. Cash pay prescriptions accounted for only 8 percent to 9 percent of California prescriptions in 2006.[59]

---

beneficiaries must be at, or below, a certain income level related to this federal poverty level. *See Federal Register*, Vol. 72, No. 15, January 24, 2007, pp. 3147–3148.

[56] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 21.

[57] NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, p. 75; based on data from Wolters Kluwer Health Pharmaceutical Source Audit Suite, 2006.

[58] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, Exhibit 15.

[59] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, Exhibit 15; and

## C. Pricing of Prescriptions

The mix of payment sources for prescriptions in community pharmacies varies across pharmacies due to different demographics in their patient population. The pricing flexibility in community pharmacies differs substantially across sources of payment. Pharmacies can set the price for prescriptions sold to cash pay customers, but such prices are subject to price competition with other community pharmacies. Due to the availability of price information, pharmacies do face a competitive environment, especially for common prescriptions. Pharmacies in California are required to post a notice regarding availability of price information to consumers.[60] Many patients do contact pharmacies for prices in order to price shop for their prescriptions.

The price competition that occurs across community pharmacies is largely competition over the retail margin—that is the cost of dispensing and the acceptable level of return on invested capital. Retail pharmacy price competition has little, to no effect, on the drug ingredient cost paid to manufacturers for single source, patent protected, brand name drug products. If the Medi-Cal 5 percent fee cut is implemented, community pharmacies cannot simply contact Pfizer and expect to be granted a 5 percent reduction in the drug ingredient cost for Lipitor® prescriptions to accommodate this legislated fee cut. Brand name drug manufacturers do not negotiate price with community pharmacies based on pricing pressure from public or private third party payers. In other words, pricing pressure does not flow upstream in the pharmaceutical market. Therefore, pharmacies in more competitive environments must carefully manage their operating expenses, especially salaries and labor expenses, as well as the return on investment derived.

Community pharmacy competition does not usually lead to lower drug ingredient costs, especially for single source, patent protected, brand name drug products. The discounts and rebates for single source patent protected drug products are usually based on a pharmacy's, or providers, "class of trade"—a term used to describe the structural type of a business. For example, an independent pharmacy is different from a physician who is different from a hospital. In fact, the purchaser with the lowest volume, often the physician, may actually get the lowest price in the market and a price lower than a large chain pharmacy. As noted in a study of drug prices for CMS, "the structural differences

---

NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, pp. 67-68, based on data from Wolters Kluwer Health Pharmaceutical Source Audit Suite, data accessed on 6/21/2006.

[60] See California Business and Professions Code, Chapter 9, Division 2, Article 7 – Pharmacies. Section 4122. "(a) In every pharmacy there shall be prominently posted in a place conspicuous to and readable by prescription drug consumers a notice provided by the board concerning the availability of prescription price information, the possibility of generic drug product selection, the type of services provided by pharmacies, and a statement describing patients' rights relative to the requirements imposed on pharmacists pursuant to Section 733. The format and wording of the notice shall be adopted by the board by regulation. A written receipt that contains the required information on the notice may be provided to consumers as an alternative to posting the notice in the pharmacy. (b) A pharmacist, or a pharmacist's employee, shall give the current retail price for any drug sold at the pharmacy upon request from a consumer, however that request is communicated to the pharmacist or employee."

in actual prices charged to each of these 'classes of trade' can differ considerably and appear to be arbitrary and are usually unrelated to volume of drug product purchased."[61]

Because of retail margin competition and the shrinking size of the cash pay customer segment of the market, pharmacies cannot shift costs by charging higher costs to cash pay customers to make up for low payments, or payments at a loss, on Medi-Cal prescriptions. Pharmacy payments for prescriptions under Medi-Cal are established by federal and state statutes and regulations. Pharmacy payments for prescriptions under Medicare Part D and private third party programs are set by contracts with the private third parties. These contracts are usually offered to community pharmacies on a 'take-it-or-leave-it' basis without opportunity for negotiation.[62] The rare circumstances where a pharmacy has some leverage to negotiate a difference in prescription payment, are usually limited to circumstances where a given pharmacy is in a remote area and is needed to assure reasonable access to prescriptions and pharmacy services in that rural area. Medi-Cal does not have a means to provide a higher payment amount to assure participation of pharmacies in isolated and critical access areas.

The method pharmacies use to price prescriptions does not follow the typically retail 'mark-up' model. The reason prescription pricing is different from the typical retail method is that the cost of dispensing each individual prescription is essentially the same, no matter what the actual cost of the drug product dispensed, except for inventory carrying costs, accounts receivable, and net profit. Instead, most pharmacies price their prescriptions based on a fixed dispensing fee plus a small percentage mark-up to cover net profit, inventory carrying cost and accounts receivable. This means that a prescription for a single source brand name drug product with a drug ingredient cost of $200.00 may be priced at $218.06 (i.e., drug ingredient cost [$200.00] plus dispensing fee [$11.52] plus 3 percent of the total price for variable costs and net profit [$6.54]).
A generic prescription with a drug ingredient cost of $10.00 may be priced at $22.19 (i.e., drug ingredient cost [$10.00] plus dispensing fee [$11.52] plus 3 percent of the total price for variable costs and net profit [$0.67]). Describing the pharmacy gross margin (amount for operating cost plus profit) as a percent 'mark-up' is not the way the price is set. However, when one examines the gross margin for the single source brand name prescription, the pharmacy's gross margin is 8.3 percent. On the other hand, the pharmacy gross margin on the generic prescription is 54.9 percent. Does this mean that the pharmacy overcharged on the generic prescription? No! The charge for both the brand and the generic prescription mirror the actual cost structure of operating a pharmacy and dispensing the respective types of prescriptions.

Recently, certain mass merchant pharmacies have been offering $4.00 generic prescriptions in the market. This merchandising practice has benefited those patients

---

[61] Schondelmeyer and Wrobel, *Medicaid and Medicare Drug Pricing*, August 30, 2004, pp. 16-17.

[62] James, Mike, Vice President of Government Affairs for Association of Community Pharmacists, Congressional Testimony, "Allowing Independent Pharmacies to Form Negotiating Alliances," October 18, 2007. In Congressional testimony, Mr. James said "As a result of this near-monopolistic power, the PBM industry now dictates, without negotiation, reimbursement rates and terms of contracts to independent pharmacies."

who may have an appropriate need for these prescriptions and who live in an area where they have access to these low cost prescriptions.[63]   Some critics have noted that this promotion is more of a marketing gimmick than a cost savings program and that this practice is intended to serve as a loss leader to get patients into the store of the mass merchandiser.[64]   Most of the pharmacies offering this promotional pricing for generics are mass merchandiser pharmacies or food and drug pharmacies (e.g., Wal-Mart, Target, K-Mart, Kroger or others).  Note that the prescription department is only a small part (5 percent to 15 percent of total store sales) of these pharmacies, in contrast to the role of the prescription department (70 percent to 95 percent) in independent and traditional chain pharmacies.  (*See* discussion above under Section IV.A., Role of Prescriptions in the Pharmacy, and Figure 3.)

The use of generics, in general, has been on the rise in recent years and has also been the focus of cost savings potential by Medicaid, Medicare and private third party programs.[65,66]   On the other hand, most of the generic drugs offered at the low promotional price are 'old' generics already available at commodity prices with very low drug ingredient cost.  These $4.00 generics offerings are not lower cost alternatives to the high-priced brand name drugs that are still on patent.

The evidence indicates that the $4.00 price per prescription probably is a 'loss leader' price below the cost of dispensing in these 'big box' pharmacies.  The average cost of dispensing for California pharmacies in 2006 was found to be $10.81.[67]   The lowest cost of dispensing reported by the Myers and Stauffer study of California pharmacies was $4.09 in 2006.  However, there were only 4 out of 1,096 pharmacies (0.3% of California pharmacies) with a cost of dispensing in this range ($4.09 to $4.99).  Ninety percent of California pharmacies had a cost of dispensing of $7.39 or more in 2006.[68]   Even if the generic drug ingredient cost was $0.00, the cost of dispensing alone is greater than $4.00 in all, or nearly all pharmacies in California.  Therefore, the sale of these generic prescriptions at $4.00 appears to be a loss leader to build store traffic for food and drug stores and for mass merchandisers with pharmacies.  However, the needs of California Medicaid (Medi-Cal) could not be met with only those pharmacies offering these promotional prices.  Food and drug stores and mass merchandisers with pharmacies represent less than 25 percent of the pharmacies in California.  The Medi-Cal program is taking, or can take, advantage of these promotional prices, though, by checking to see if these pharmacies have submitted the $4.00 (or other low price offering) as the usual and

---

[63] Freudenheim, Milt, "Side Effects at the Pharmacy," *The New York Times*, November 30, 2006.

[64]  National Conference of State Legislatures, "Generic Drug Pricing and States. $4 and free drug promotions by large chains affected by state laws," April 2008, 4 pp.

[65] Perry, Leah E., "Generic utilization: The sky's the limit," *Drug Topics*, Supplement, August 6, 2007.

[66] CMS, Safe and Effective Approaches to Lowering State Prescription Drug Costs: Best Practices Among State Medicaid Drug Programs, September 9, 2004.  Found online at:  www.cms.gov  on May8,2008.

[67] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 33, Table 3.8.  The average cost of dispensing across all pharmacies was $12.56 and the Medi-Cal prescription volume weighted average cost of dispensing was $10.81 in 2006.

[68]  Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, Exhibit 11. The pharmacy dispensing cost per prescription based on unweighted 10th percentile for pharmacies excluding specialty and compounding pharmacies was $7.39.

customary price on prescriptions for Medi-Cal beneficiaries. This $4.00 usual and customary price would most likely, then, be the 'lowest' price among the prices adjudicated by the Medi-Cal 'lower of' payment formula.

## D. Pharmacy Expense Categories

Awareness of the types of expenses incurred by a pharmacy is important to an understanding of the flexibility, or lack thereof, which is available to an owner or manager in a community pharmacy. When payment levels are pressured by payers a pharmacy may have to consider various alternatives including: (1) cutting expenses, (2) decreasing level of services, (3) increasing volume or efficiency, (4) refusal to provide certain prescriptions that are unprofitable, (5) refusal to serve certain beneficiaries whose prescriptions may be unprofitable, and (6) refusal to participate in certain third party programs (e.g., Medi-Cal) that may be unprofitable. Therefore, it is important to know the role of major expense categories in the overall pharmacy operation and the reasonable level of net profit that is expected.

The single largest expense to the pharmacy is the drug ingredient cost. The cost of purchasing the drug product (drug ingredient cost) accounts for more than three-fourths of the total prescription payment revenue.[69] After the drug ingredient cost (i.e., manufacturer and wholesaler costs) has been paid the pharmacy gross margin, on average, is 19.3 percent to 22.8 percent of the total prescription payment.[70] Obviously, the drug ingredient cost accounts for the vast majority of the pharmacy payment and as noted earlier the pharmacy has very little control over the price of the drug product. This minimal control is especially true for brand name single source drug products that represent more than 66.0 percent of the total Medi-Cal drug program expenditures.[71]

After accounting for the drug ingredient cost, the cost of dispensing is the second largest expense category for the pharmacy. The cost of dispensing represented about 19.3 percent to 20.0 percent of the prescription price (pharmacy payment) in 2006 for independent pharmacies and about 22.6 percent for chain pharmacies.[72,73] (*See* Figure 4.) The cost of dispensing includes pharmacy labor costs, building and equipment expense,

---

[69] For independent pharmacies the drug ingredient cost was 77.2 percent of the prescription payment, and the pharmacy operating cost was 20.0 percent with a net profit before taxes of 2.8 percent. (See: NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 8.) For all retail pharmacies the drug ingredient cost was 80.7 percent of the prescription payment, and the pharmacy operating cost with net profit before taxes was 19.3 percent. (See: NACDS, *The Chain Pharmacy Industry Profile:2007*, 2007, p. 71.)

[70] For independent pharmacies the drug ingredient cost was 77.2 percent of the prescription payment, and the pharmacy operating cost was 20.0 percent with a net profit before taxes of 2.8 percent. (See: NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 8.) For all retail pharmacies the drug ingredient cost was 80.7 percent of the prescription payment, and the pharmacy operating cost with net profit before taxes was 19.3 percent. (See: NACDS, *The Chain Pharmacy Industry Profile:2007*, 2007, p. 71.)

[71] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 13, Table 2.1.

[72] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 8.

[73] *The Risk Management Association, Annual Statement Studies, Financial Ratio Benchmarks, 2007-2008*, Retail Pharmacies and Drug Stores, SIC 5122, 5912), pp. 954-955.

prescription department expense, and other overhead expense. Within the cost of dispensing, the pharmacy and other labor costs represent the greatest expense burden.

Labor costs, according to the Myers and Stauffer study in California were 72.6% of the cost of dispensing in 2006.[74] In other national studies of the cost of dispensing in 2006, the professional and other labor costs were 62.4 percent and 68.0 percent of the cost of dispensing.[75] Clearly, in California the professional and labor costs were a greater share of the cost of dispensing than in other markets in the U.S. This may be due in part to a higher cost of living and higher salary and wage scale in California than is seen in other parts of the country. The West region had the highest average hourly rates for pharmacy technicians and for sales clerks and the second highest rate for pharmacists among the five geographic regions in the United States.[76]

**Figure 4.  Distribution of the Prescription Dollar in 2006**



* NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, p. 71; data from Wolters Kluwer Health Source Pharmaceutical Audit Suite and NACDS Economics Department.
** Data as found in Myers and Stauffer, *Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California*, December 2007, Table 3.8, p. 33.

---

[74] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 33, Table 3.8. Labor costs includes owner professional labor, employee professional labor, and other labor allocated to the prescription department.

[75] A national study of community chain and independent pharmacies was done in 2006 by Grant Thornton, (*National Study to Determine Cost of Dispensing Prescriptions in Community Retail Pharmacy*, The Coalition for Community Pharmacy Action, January 2007, p. 16.). Also, the *NCPA-Pfizer Digest* (NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 7.) reported that independent pharmacies had average labor costs that were 68 percent of the cost of dispensing in 2006.

[76] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 28.

### E.  Net Profit Level in Pharmacy

Community pharmacies are usually 'for profit' businesses engaged in the competitive market place.  The incentive for pharmacy owners to keep their capital invested in a pharmacy is the expectation of an acceptable return on invested capital.  Medi-Cal, along with other third party payers, has an interest in assuring that sufficient pharmacies remain in business and widely distributed throughout the community so that beneficiaries as patients will continue to have reasonable access to this important community health resource.

The market experience can provide an indication of the net profit expectations and performance of community pharmacies.   Sources of data on net profit levels in community pharmacies usually report the net profit before taxes as a percent of sales.  The net profit after taxes is usually 20 percent to 35 percent below the reported net profit before taxes level.  Independent pharmacies in 2006 reported an average net profit before taxes of 2.8 percent.[77]   The average net profit before taxes for chain pharmacies of all sizes was found to be 2.2 percent in 2007.[78]

In the three years (2003 to 2005) before inauguration of Medicare Part D, independent pharmacies experienced an average net profit before taxes ranging between 3.6 percent and 4.0 percent.[79]   Chain pharmacies had net profit before taxes ranging between 3.1 percent and 3.7 percent in 2003 to 2005—the three years before start of the Medicare Part D program.[80]   In 2006 independents saw their net profit drop to 2.8 percent and chain pharmacies saw their net profit drop to 2.2 percent.    Both independent and chain pharmacies have seen 20 percent to 40 percent drops in net profit before taxes since the implementation of Medicare Part D.  Medicare Part D plan payments to pharmacies were found by the HHS Office of Inspector General to be $2 less per prescription than the average Medicaid dispensing fee.[81]   In 2006, more than 1,100 independent pharmacies closed and many cited "inadequate reimbursements for prescriptions filled under the Medicare prescription drug benefit."[82]    The National Community Pharmacists Association reports that the number of independent pharmacies nationwide declined from 24,500 in 2005 to 23,348 in 2006.  This loss of 1,152 community pharmacies amounts to disappearance of about 5 percent of all pharmacies in the market.[83]

---

[77] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 12.

[78] *The Risk Management Association, Financial Ratio Benchmarks, 2007-2008*, pp. 954-955.  Net profit before taxes was reported to be 2.2 percent for pharmacies (SIC 5122, 5192; NAICS 446110) of all sizes for the time period April 1, 2006 to March 31, 2007.

[79] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 12 and NCPA, *NCPA-Pfizer Digest: 2006*, 2006, p. 15.

[80] *The Risk Management Association, Financial Ratio Benchmarks, 2007-2008*, pp. 954-955.

[81] Office of Inspector General, HHS, *Review of the Relationship Between Medicare Part D Payments to Local Community Pharmacies and the Pharmacies' Drug Acquisition Costs*, OIG Report A-06-07-00107, January2008.

[82] Kaiser Daily Health Policy Report "Medicare | Pharmacists Say HHS OIG Report Validates Concerns That Inadequate Payments Under Medicare Prescription Drug Benefit Lead to Pharmacy Closures," January 11, 2008; found at: kaisernetwork.org and accessed on May 8, 2008.

[83] Michael Schroeder, "Pharmacies' Struggles, Independent Drugstores find Medicare Part D, Blessing, Curse," *The Journal Gazette*, Fort Wayne, IN, October 21, 2007.

With the virtual disappearance of cash pay customers and the conversion of 20 percent to 40 percent of all prescriptions from Medicaid and private third party plans to Medicare Part D, the financial health of community pharmacies is stressed. Implementation of the arbitrary cut of 5 percent in prescription payments will have a substantial impact on the financial viability of community pharmacies.

**F. Actual Cost of Dispensing in California**

Prescription drugs are the most frequently used health care service by Medi-Cal beneficiaries. The appropriate use of prescription drugs enables many people to live better and to live longer. Capturing the benefit of the drug therapy requires more than just distribution of safe and effective drugs. The benefit of drug therapy also requires: (1) convenient access; (2) financial affordability for the individual and the health system; (3) appropriate prescribing; (4) active medication therapy management; and (5) adherence to the drug therapy regimen. The community pharmacies in the United States, and in California, provide a convenient location for patients to get their prescriptions filled and to make sure that they know how to get the most value and outcome from use of their medications. Patients visit their community pharmacy from 2.4 to 3.7 times per month.[84] This frequency of visits by customers makes the community pharmacy, in general, the most frequently accessed health care facility.

The provision of prescriptions and related services in community pharmacies is paid for through pharmacy payments. As described earlier, the pharmacy payment is made up of three components: (1) the drug ingredient cost, (2) the cost of dispensing, and (3) a reasonable return on invested capital. This section focuses on identifying the cost of dispensing in community pharmacies, in general, and in California, in particular. Two national cost of dispensing studies were reported in 2007 based on 2006 data and a 2006 study of the cost of dispensing for California pharmacies was conducted for the California Department of Health Services.[85,86,87] Each of these cost of dispensing studies is briefly reviewed and the relevance of their findings for the Medi-Cal program are described.

---

[84] NACDS, *The Chain Pharmacy Industry Profile: 2007*, 2007, p. 74; based on data from the *2006 Pharmacy Satisfaction Digest*, Boehringer Ingelheim Pharmaceuticals, Inc. This report indicates that chain pharmacy customers visit the pharmacy 3.65 times each month, independent pharmacy customers visit the pharmacy 2.9 times per month, food and drug store and mass merchandiser customers visit the pharmacy 2.5 times per month, and clinic and other customers visit the pharmacy 2.2 times per month.

[85] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 20.

[86] Grant Thornton, *National Study to Determine Cost of Dispensing Prescriptions in Community Retail Pharmacy*, The Coalition for Community Pharmacy Action (CCPA), January 2007.

[87] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007.

## 1.  NCPA-Pfizer Digest

The NCPA-Pfizer Digest is an ongoing, annual survey of the financials of independent community pharmacies.[88]   Participating independent pharmacies submit standard accounting and financial information, as well as responses to questions regarding the types of services provided and the operating details of the pharmacy.  This information is compiled and summarized each year in a report with 40 to 60 pages of current and trend analysis related to the financials and services of independent community pharmacies.

The financial information provided in the *NCPA-Pfizer Digest* survey is used each year to estimate the cost of dispensing (COD) in independent pharmacies.  As noted in the *Digest* the cost of dispensing does not include profit.  The average COD for 2006 across all independent pharmacies was $10.63—an increase from $10.53 in 2005.[89]   The 2006 COD for the West region (which includes California) was $12.23—the highest among the five regions in the United States.  The West region COD was 15 percent above the U.S. average COD and 20 percent above the COD for three of the other four regions in the United States.

The NCPA COD amounts from 2006 were updated to 2008 dollars with the methodology used by Myers and Stauffer to reconcile financial data with different fiscal year dates.[90] The 2008 national average COD for independent pharmacies is $11.33 and the average COD for the West region is $13.04.

## 2.  Grant Thornton Cost of Dispensing Study

An independent comparative analysis of U.S. prescription drug costs was commissioned by the Coalition of Community Pharmacy Action (CCPA).  This coalition is a collaborative effort of the National Association of Chain drug Stores (NACDS) and the National Community Pharmacists Association (NCPA).  The primary purpose of the study was "to provide a comparative analysis of dispensing costs across all states and types of payers, including Medicaid."[91]

The Grant Thornton COD study consisted of usable data from 23,152 pharmacies across the United States—approximately one-half of all of the community pharmacies in the U.S.  The data collected were for the period March through August 2006.  The methodology collected detailed cost data in five broad areas: (1) prescription department salaries and benefits, (2) other prescription department costs, (3) facilities costs, (4) other

---

[88] The *NCPA-Pfizer Digest* is currently published by the National Community Pharmacists Association (NCPA).  This organization was formerly known as the National Association of Retail Druggists NARD).  Currently, the annual study is funded by Pfizer Pharmaceuticals, hence the *NCPA-Pfizer Digest*. This annual survey dates back to 1950 and for most of that time was known as the *NARD-Lilly Digest*.

[89] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 20.

[90] The 2006 data in the *NCPA-Pfizer Digest, 2007* were adjusted to 2008 dollars using the Employment Cost Index following the method used by Myers and Stauffer for adjusting for inflation over time.  *See* Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 27 and Exhibit 9.

[91] Grant Thornton, *National Study to Determine Cost of Dispensing Prescriptions*,CCPA, Jan. 2007, p. 2. Grant Thornton partnered with The MPI Group to perform this study.

store and location costs, and (5) allocated corporate overhead, where applicable. This study then calculated and reported an overall COD on a per prescription basis and a per store basis. The COD for Medicaid prescriptions was also calculated. Analysis of the COD for specific geographic regions, urban and rural settings, and on a state-specific basis was performed.

The overall COD was $10.50 on a per prescription basis and $12.10 on a per pharmacy basis in 2006. The difference in these two averages is a result of the difference in the volume of prescriptions processed by pharmacies and the fact that to some degree pharmacies with greater volume have lower dispensing costs. The Grant Thornton COD values from 2006 were updated to 2008 dollars, again using the method described by Myers and Stauffer.[92] The overall national COD for 2008 was $11.19 on a per prescription basis and $12.90 on a per pharmacy basis.

The COD for 9 regions was calculated by the Grant Thornton study and the Pacific region was the highest in the nation.[93] The Pacific region (which included California) had a 2006 COD of $12.82 which converts to $13.67 in 2008 dollars when adjusted for inflation.[94] This study also analyzed the COD by state and found California to have a mean COD per prescription of $13.08 and a mean COD per pharmacy of $14.79 in 2006. When updated to 2008 these COD values become $13.94 and $15.77, respectively.[95]

## 3. Myers & Stauffer's California Study

A cost of dispensing study was performed in California for the Department of Health Services. That study was performed by Myers and Stauffer—a public accounting firm with experience in conducting such studies for state Medicaid programs—and the report is dated December 2007.[96]

The State of California had 5,025 pharmacies eligible for sampling. The survey was actually sent to a sample of 1,976 pharmacies and 1,139 pharmacies provided usable responses. This resulted in a net response rate of 57.6 percent.[97] Eighteen of the responding pharmacies were specialty pharmacies and fourteen were compounding pharmacies that had a very different COD and they were excluded from the rest of the

---

[92] The 2006 data in the Grant Thornton study (*National Study to Determine Cost of Dispensing Prescriptions*, CCPA, Jan. 2007) were adjusted to 2008 dollars using the Employment Cost Index following the method used by Myers and Stauffer for adjusting for inflation over time. *See* Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 27 and Exhibit 9.

[93] Grant Thornton, *National Study to Determine Cost of Dispensing Prescriptions*, CCPA, Jan. 2007, p. 25.

[94] Grant Thornton, *National Study to Determine Cost of Dispensing Prescriptions*, CCPA, Jan. 2007, p. 25.

[95] Grant Thornton, *National Study to Determine Cost of Dispensing Prescriptions*, CCPA, Jan. 2007, pp. 26, 28.

[96] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007.

[97] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 19.

analysis unless otherwise noted.[98]   The data collected was for the most recent complete fiscal year for each pharmacy and the responses were adjusted to standardize all responses to represent the midpoint (June 30, 2006) of 2006. [99]

Myers and Stauffer performed "...dispensing and acquisition cost surveys [that] were designed to assess the actual historical costs associated with the provision of prescription drug products to Medi-Cal recipients.  Accordingly, the survey findings are a reflection of pharmacy cost exclusive of an allowance for profit."[100]

There are several measures of central tendencies that communicate the typical COD across the sample of California pharmacies.  These include: (1) the unweighted mean or straight average, (2) the weighted mean using the annual number of Medicaid prescriptions as the weight factor, (3) the unweighted median, and (4) the weighted median using the annual number of Medicaid prescriptions as the weight factor.  Each of these measures provides important information about the value and dispersion of the COD across California pharmacies.  For simplicity, however, this report will use the Medicaid-weighted mean when reporting COD values unless otherwise noted. The COD for California pharmacies based on various pharmacy characteristics were also reported by the Myers and Stauffer study (See Exhibits 3 and 4).

A summary of results for the mid-2006 baseline COD are presented below:
- The baseline COD per prescription for California was $10.81.
- The baseline COD per prescription ranged from $4.09 to more than $150.00.
- The majority of the pharmacies (82%) had a COD between $7.00 and $18.00.
- Pharmacies with more than 10% Medicaid prescriptions had a mean COD of $10.95.
- Pharmacies with the highest volume (80,000 or more) had a mean COD of $9.86.
- Institutional pharmacies had a mean COD of $11.47.
- Chain pharmacies had a mean COD of $11.20.
- Independent pharmacies had a mean COD of $10.27.
- Urban pharmacies had a mean COD of $10.70.
- Rural pharmacies had a mean COD of $12.37.
- More than 70% of California pharmacies have a baseline COD of $11.93 or less.
- More than 80% of California pharmacies have a baseline COD of $13.24 or less.

---

[98]  Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 29.   The 18 specialty pharmacies had an unweighted average COD of $95.32 with a standard deviation of $90.93 and the 14 compounding pharmacies had an unweighted average COD of $17.15 with a standard deviation of $19.68 compared to an unweighted average COD of $12.57 for all other pharmacies with a standard deviation of $5.37.

[99]  The COD survey data were adjusted to the mid-point of 2006 using the Employment Cost Index following the method described by Myers and Stauffer for adjusting for inflation over time.  *See* Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 27 and Exhibit 9.

[100]  Myers and Stauffer, LC (certified public accountants), *Survey of Dispensing and Acquisition Costs*, prepared for the California Department of Health Services, December 2007, p. 9.

All of the baseline COD amounts, as reported above, were actual costs for the midpoint of 2006. The actual COD in 2009, however, is greater than these 2006 COD amounts. The COD data reported above were adjusted from mid-2006 to mid-2009 using the same method as that used by Myers and Stauffer for standardizing data that was reported with different fiscal years across California pharmacies.[101]

A summary of results for the mid-2009 baseline COD are presented below:
• The baseline COD per prescription for California was $11.90.
• The baseline COD per prescription ranged from $4.50 to more than $165.14.
• The majority of the pharmacies (82%) had a COD between $7.71 and $19.82.
• Pharmacies with more than 10% Medicaid prescriptions had a mean COD of $12.06.
• Pharmacies with the highest volume had a mean COD of $10.86.
• Institutional pharmacies had a mean COD of $12.63.
• Chain pharmacies had a mean COD of $12.33.
• Independent pharmacies had a mean COD of $11.31.
• Urban pharmacies had a mean COD of $11.78.
• Rural pharmacies had a mean COD of $13.62.
• More than 70% of California pharmacies have a baseline COD of $13.13 or less.
• More than 80% of California pharmacies have a baseline COD of $14.58 or less.

Not all California pharmacies have the same (or mean) COD. The distribution of the COD across California pharmacies is shown in Figure 5. More than 50% of the California pharmacies have a COD that is greater than the 2009 mean COD of $11.90. When the 2009 COD amounts for California pharmacies are considered, 95 percent of the California pharmacies have a COD that is greater than the $7.25 per prescription that is the current Medi-Cal dispensing fee. When the 5 percent fee cut is implemented the effective dispensing fee for Medi-Cal will be $6.89 and below the actual cost of dispensing in more than 98 percent of California pharmacies.

---

[101] The 2006 COD data was adjusted to 2009 dollars based on the cost of dispensing inflation adjustment factor used by Myers and Stauffer (*Survey of Dispensing and Acquisition Costs*, December 2007, p. 27 and Exhibit 9). The inflation adjustment factor was based on the Employment Cost Index (ECI) (all civilian, all workers; seasonally adjusted) as published by the U.S. Bureau of Labor Statistics.



**Figure 5.   Distribution of California Pharmacies
by Cost of Dispensing per Prescription in 2009**

\* Data as found in Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, December 2007, Exhibit 11.
The data includes 1,096 community pharmacies (297 independent and 799 chain), while 18 institutional and 26 specialty pharmacies have been excluded.
Data for the mid-point of 2006 adjusted to the mid-point of 2009 using the Employment Cost Index as described in the Myers and Stauffer report.

As described above, the cost of dispensing for California (or the West Region) was evaluated in three different studies in 2006.  Figure 6 compares the cost of dispensing reported by these three studies (and 2 methods for one of the studies) and shows that there is a similar cost of dispensing amount for three of the four COD studies reported. When adjusted to 2009 dollars, the COD amount per prescription for the three very similar findings ranged from $13.46 to $14.51.  The fourth COD value (Myers and Stauffer, $11.90) was about 12 percent to 20 percent below the other three COD estimates.  The reason for this difference is explained by different methods of cost allocation and by exclusion of certain other costs from the Myers and Stauffer estimate. Since the 5 percent Medi-Cal cut will be in effect in 2009, the Myers and Stauffer COD was adjusted to estimate the 2009 COD.  The 2009 COD in California is $11.90.

Impact of Medi-Cal Fee Reduction                                                                                      32



Figure 6.  Actual Cost of Dispensing for 2009:
West Region & California

\* Cost of dispensing includes personnel cost, direct prescription costs, and other allocated costs.  All cost of dispensing data has been adjusted to July 1, 2009 costs.
\*\*  Grant Thornton, *National Study to Determine Cost of Dispensing Prescriptions in Community Retail Pharmacy* , The Coalition for Community Pharmacy Action, January 2007.
\*\*\*  National Community Pharmacy Association, *NCPA-Pfizer Digest: 2007* , 2007

## G.  Actual Drug Ingredient Costs in California

The actual drug ingredient cost to California pharmacists was examined by Myer and Stauffer in their 2006 study for the State of California.  The pricing of drug products varies considerably depending upon the patent status of the drug product.  Drug products should be divided into at least three major categories when examining prices: (1) single source (patented brand name) drug products, (2) multisource (off-patent brand name) drug products (or, innovator multiple source, IMS drugs), and (3) multisource (off-patent generic) generic drug products (or, non-innovator multiple source, NMS drugs).  Certain multisource drug products have federal upper limits (FULs) and others in California have MAICs (maximum allowable ingredient cost) which set upper limits for payment of the drug ingredient cost that are well below the list prices for these drug products.

The number of prescriptions and the amount of drug expenditures for the Medi-Cal drug program in calendar year 2006 was tallied.  The drugs covered were categorized by their patent status and by the presence or absence of an FUL.  Figure 7 shows that single source brand name drug products were 27.5 percent of the prescriptions, but accounted for 66.6 percent of the drug program expenditures.  Nearly three-fourths (72.4 percent) of the prescriptions were for multisource drug products; and one-half of those drug products had FULs, while the other one-half did not.

### Figure 7.  Medi-Cal Prescriptions & Expenditures in 2006
### by Product Type (Patent Status & FULs)



* Data as found in Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, December 2007, Table 2.1, p. 13.
Utilization figures were obtained from the California Department of Health Services and cover the claim paid dates of January 1, 2006 to December 31, 2006.
See the web site at:  http://www.dhs.ca.gov/mcs/mc;d/MBB/contracting/files/default.htm.

The drug expenditures show a different pattern with the single source brand drugs accounting for two-thirds of the spending, multisource drugs without FULs representing 21.0 percent of the drug expenditures, and multisource generic drugs with FULs representing 12.4 percent of expenditures.[102]

The single source brands account for such a large percent of the expenditures in relation to their share of prescriptions because of their relatively high price compared to the multisource drug categories.  The average Medi-Cal prescription payment for a single source brand name prescription in 2006 was $205.09.  The average Medi-Cal prescription payment for multisource prescriptions was $49.08 for those drug products with FULs and $29.04 for those drug products without FULs.[103]  (*See* Figure 8.)

---

[102] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 12 and Table 2.1; compounded and other unclassified drug products were excluded from the drug expenditures.

[103] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p . 12 and Table 2.1; compounded and other unclassified drug products were excluded from the drug expenditures.

### Figure 8. Medi-Cal Average Payment per Prescription in 2006 by Product Type (Patent Status & FULs)



* Data as found in Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, December 2007, Table 2.1, p. 13.
  Utilization figures were obtained from the California Department of Health Services and cover the claim paid dates of January 1, 2006 to December 31, 2006.
  See the web site at:  http://www.dhs.ca.gov/mcs/mc;d/MBB/contracting/files/default.htm.
** Compounded prescriptions represented less than 0.3% of all prescriptions paid for by the Medi-Cal drug program in 2006.

Myers and Stauffer studied the actual drug ingredient cost (actual acquisition cost, AAC) by collecting pharmacy invoices from 304 California pharmacies as part of their cost of dispensing study. The data collected consisted of about 115,000 invoice line items. These line items were then input and compared to a list of study drugs. The list of study drugs consisted of the Top 1,000 single source drug products and the Top 1,000 multisource drug products when ranked by total Medi-Cal reimbursement for the calendar year ending December 31, 2006.[104] About one-half (60,973) of the invoice line items matched the list of 2,000 drugs included in the study. Acquisition cost data was found on these invoices for 1,662 of the 2,000 sample drug products.

### 1. Single Source Brand Prescriptions

The single source brand name drug products were found to have an actual acquisition cost that was 79 percent of the average wholesale price (AWP).[105] The single source brand name drug products had a standard deviation of 1.1 percent across all pharmacies in California. This is a very narrow range of variation and indicates that California pharmacies are not able to negotiate different prices for these patent protected drug products regardless of variations in size or other market leverage.

---

[104] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, pp. 35-36.
[105] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 39, Exhibit 20.

Recall that the payment for prescriptions under Medi-Cal is based on the 'lower of' criteria: (1) estimated acquisition cost (EAC) plus a dispensing fee, (2) maximum allowable cost (FUL or MAIC) plus a dispensing fee, or (3) the pharmacy's usual and customary charge to the general public. The maximum amount a pharmacy would be paid by Medi-Cal is the EAC plus a dispensing fee. The current method for determining EAC is AWP less 17 percent. As noted in the drug acquisition cost study, pharmacies, on average, can buy most of their drug products at a price that is less than the EAC (AWP minus 17 percent). The difference between the EAC and the actual invoice cost (actual acquisition cost, AAC) created a "spread" or small percentage markup for the pharmacy. This "spread" is similar to the small percentage markup that a pharmacy would normally charge in addition to the cost of dispensing in order to cover inventory carrying costs, accounts receivable, and return on invested capital. (*See* Section IV. C. Pricing of Prescriptions).

Medi-Cal payment to a pharmacy for a single source brand name prescription with an AWP of $200.00 for the drug ingredient cost is AWP minus 17 percent (i.e., $200.00 minus 17 percent = $166.00). The pharmacy's actual acquisition cost for the drug product is AWP X 79 percent ($200.00 X 79 percent = $158.00). In this case, the pharmacy would make a "spread of $8.00 (i.e., EAC minus AAC = spread, or $166.00 minus $158.00 = $8.00). When the $8.00 spread is combined with the $7.25 Medi-Cal dispensing fee, the total gross margin to the pharmacy for a brand name single source drug product would be $15.25, or about an 8.8 percent gross margin. This 8.8 percent gross margin compares to the average gross margin in pharmacy of about 22.8 percent (See Section IV.D., Pharmacy Expense Categories). The Medi-Cal prescription payment for a typical single source drug product results in a gross margin that is far below the average gross margin that a pharmacy typically earns.

## 2. Multisource Prescriptions Without Federal or State Upper Limits

Multisource drugs without a FUL had an actual invoice price that averaged 62.2 percent of AWP. [106] The standard deviation for the price of these drug products in relation to AWP was 12.6 percent—indicating that there were considerable variations in price across pharmacies and drug products. The reasons for this variation were not studied by Myers and Stauffer, but the variation is most likely due to difference in volume and leverage of the various pharmacies. However, Medi-Cal payments for prescriptions that are multisource drug products are often subject to either the federal maximum allowable cost (FULs) or state maximum allowable ingredient costs (state MAIC). For this reason comparisons to the AWP or EAC are not as appropriate here as they are for single source drug products.

The vast majority of the multisource drug products without a FUL did not have a maximum allowable ingredient cost (MAIC) either. The actual invoice price for those few multisource drug products without a FUL that did have an MAIC was found to be 58.7 percent of the California maximum allowable ingredient cost (MAIC) when one was

---

[106] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 40, Exhibit 20.

present.  The standard deviation for this estimate was 27.1 percent which means that there is substantial variation in price level compared to MAIC across pharmacies in California. These actual cost findings indicate that pharmacies, on average, may have a product spread on multisource drug products without a FUL that is 15 percent to 60 percent, or more, of the amount reimbursed.  The Myers and Stauffer study observed that "multi-source drugs without an FUL price or California Maximum Allowable Ingredient Cost (MAIC) price have average margins (or "spreads") on drug ingredient costs of approximately $10 (per prescription)."[107]  Keep in mind, however, that these are generic drug products that have substantially lower prices due to competition.  The average Medi-Cal prescription payment for a multisource prescription without an FUL was $49.08 in 2006.

### 3.  Multisource Prescriptions With Federal or State Upper Limits

The invoice price of multisource drug products with an FUL averaged 16.4 percent of AWP.[108]  The standard deviation for the price of these drug products in relation to AWP was 10.8 percent—indicating that there were considerable variations in price across pharmacies and drug products.  The reasons for this variation were not studied by Myers and Stauffer, but the variation is most likely due to difference in volume and leverage of the various pharmacies.  However, Medi-Cal payments for prescriptions that are multisource drug products with a federal maximum allowable cost (federal upper limit, FULs) are never paid at AWP, as long as the FUL is less than the AWP.  For this reason comparisons to the AWP or EAC are not as appropriate here as they are for single source drug products.

The actual invoice price for those multisource drug products with an FUL was found to be 33.5 percent of the FUL. [109]  The standard deviation for this estimate was 27.7 percent which means that there is substantial variation in price level compared to FULs across pharmacies in California.   These actual cost findings indicate that pharmacies, on average, may have a product spread on multisource drug products with a FUL that is 40 percent to 80 percent, or more, of the amount reimbursed.  The Myers and Stauffer study observed that "multi-source drugs with an FUL price have average margins (or "spreads") on drug ingredient costs of approximately $13 (per prescription)."[110]  Keep in mind, however, that these are generic drug products that have substantially lower prices due to competition.  A typical Medi-Cal multisource prescription with an FUL had an average prescription payment of $29.08 in 2006.

---

[107] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 8.
[108] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 40, Exhibit 20.
[109] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 41, Exhibit 20.
[110] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 8.

## V. IMPACT OF CALIFORNIA REDUCTION
##    IN FEE-FOR-SERVICE PAYMENTS

The legislative action to reduce Medi-Cal fee-for-service payments by 5 percent was a sudden and precipitous event.  This cut is applied only to pharmacy and adult day health care centers, while other Medi-Cal providers (e.g., hospitals, physicians, dentists, and others) had their fees reduced only 1 percent.  The amount of the pharmacy fee reduction and its difference relationship from the fee reduction amount of other providers is arbitrary and capricious.  The only explanation on record for the amount of this cut is the need for the state to save a certain amount of money and there is no evidence on record showing that the fee cut is a reasonable or appropriate amount to pay providers based on actual costs of providing services and products to Medi-Cal beneficiaries.

This legislated payment cut is not consistent with the Medicaid State Plan filed with, and approved by, federal officials at CMS.  According to the California State Plan a change in payments to providers must be supported by: (1) an evidentiary base or study, (2) public input on that evidentiary base, and (3) an analysis of the impact of the modification before its implementation.  There was no evidence that any of these criteria for making a change in provider payments under Medi-Cal has been met (*See* discussion in Section II.F. California State Plan for Medi-Cal).

In addition, this arbitrary 5 percent payment cut is contrary to the long-standing Medicaid policy that payment for the drug product cost of prescriptions should be "as close as feasible to the price generally and currently paid by the provider.   The states are, therefore, expected to set their ingredient cost levels as close as possible to actual acquisition cost."[111]  As shown later in this report, there will be numerous drug products reimbursed at amounts well below their actual acquisition cost resulting in a substantial loss to the pharmacy.

The impact of the 5 percent fee reduction on Medi-Cal at various levels is discussed in the following sections.  First, the impact on prescription payments is described and then the impact on pharmacies is reviewed.  Next, the impact on Medi-Cal beneficiaries is examined followed by the impact on Medi-Cal overall.

### A.  Impact of Fee Reduction on Prescription Payments

Medi-Cal payment for prescriptions enables beneficiaries to get safe and effective drug therapies to treat most common diseases. The provision of drug therapy on an outpatient basis allows the management of most conditions and diseases in a manner that avoids other, more expensive health services such as emergency room visits, long term care, or hospitalization.

---

[111]  HHS Action Transmittal, HCFA-AT-77-113 (MMB),   December 13, 1977 as reproduced in NPC, *Pharmaceutical Benefits*, 1983, p. 14.

The long-stated Medicaid principle for payment of drug ingredient costs is that the payment should be "as close as feasible to the price generally and currently paid by the provider.  The states are, therefore, expected to set their ingredient cost levels as close as possible to actual acquisition cost."[112]  While the current estimated acquisition cost (EAC) method does appear to over-compensate for the drug ingredient cost and therefore produces a drug product pricing spread, the current dispensing fee (i.e., $7.25) is clearly below the actual cost of dispensing for most (95 percent) of California pharmacies.  The Myers and Stauffer study comments that "Although the current pharmacy dispensing fee of $7.25 paid by Medi-Cal is lower than the average cost of dispensing prescriptions, Myers and Stauffer finds that pharmacies, on the average, realize positive net margins on Medi-Cal prescriptions due to margins on drug ingredient costs."[113]

Specifically, the Myers and Stauffer study reports that "With the average brand name Medi-Cal prescription costing the Department approximately $200, the average margin on drug ingredient cost for a brand name prescription is approximately $10."[114]  Given this scenario for brand name prescription drugs, we can examine the impact of the 5 percent fee reduction.  If, and when, the Medi-Cal 5 percent fee reduction is implemented for single source prescriptions, the reduction means that drug ingredient payment for the average $200 single source drug would be reduced by 5 percent, or $10.  Such a reduction on single source drug products would eliminate the approximate $10 margin on ingredient cost noted by Myers and Stauffer and would in fact pay a pharmacy at about the actual drug ingredient cost for a single source drug product.  That is, the pharmacy would be paid what it actually costs them to buy the single source drug product.  The actual drug ingredient cost would be combined with the $7.25 dispensing fee which Myers and Stauffer acknowledge is "lower than average cost of dispensing."  In other words, Medi-Cal payments for single source prescriptions are expected to result in payments that are below actual breakeven costs to the pharmacy.

The impact of this expected loss on single source prescriptions was examined using data from the Myers and Stauffer study and from the Medicaid drug rebate program.  The drug ingredient cost evaluation done by Myers and Stauffer identified the Top 1000 single source drug products ranked by total reimbursement in calendar year 2006.  Myers and Stauffer then reported actual cost (invoice price) as a percent of the AWP for the Top 200 single source drug products as an appendix in their final report (*See* Myers and Stauffer, Exhibit 18). These 200 top single source drugs were identified by NDC number.  The Medicaid Drug Rebate database reports the expenditures, prescriptions, and units dispensed for all drug products by state.  The 2006 California data from this database was used to identify the Top 200 brand name drug products by number of prescriptions at the NDC level.  When the two Top 200 lists were combined (Top 200 by total reimbursement and Top 200 by prescriptions), the result was 278 unique NDCs due to the presence of some drug products on both lists.  The Top 278 drug products accounted for more than one-half of the total Medi-Cal drug program expenditures in 2006.

---

[112] HHS Action Transmittal, HCFA-AT-77-113 (MMB),  December 13, 1977 as reproduced in NPC, *Pharmaceutical Benefits*, 1983, p. 14.

[113] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 8.

[114] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 8.

The 278 brand name drug products (at the NDC level) were used to assess the impact of the 5 percent Medi-Cal fee reduction. The current AWP price as of January 1, 2009 for each of these drugs was retrieved from the MediSpan PriceChek PC database.[115] The usual dose and duration of use for each drug was used to determine a prescription quantity—typically a one month supply for chronic meds or a course of therapy for acute medications such as antibiotics. The current (i.e., as of January 1, 2009) AWP for each drug product at the NDC level was determined. Then, the Medi-Cal payment terms of AWP minus 17 percent plus a $7.25 dispensing fee were applied to determine a prescription payment amount. Next, the actual drug ingredient cost was calculated for each NDC by using the data on actual acquisition cost as a percent of AWP from the Myers and Stauffer study (*See* Myers and Stauffer, Exhibit 18). There were 78 drug products not in the Myers and Stauffer data for which the actual acquisition cost as a percent of AWP was imputed using the actual to list price ratio of: (1) another NDC for the same drug product, (2) another NDC from the same drug manufacturer, or (3) the average from the Myers and Stauffer study (79.0 percent).

The current Medi-Cal prescription payment for each of the 278 NDCs was calculated (i.e., AWP minus 17 percent plus a $7.25 dispensing fee). Then, the pharmacy gross margin revenue for each prescription was calculated using the following components:

(1) actual ingredient cost based on the current AWP (PriceChek) times the Myers and Stauffer actual to list price ratio;

(2) actual cost of dispensing of $11.90 based on the 2009 inflation adjusted value determined by the Myers and Stauffer study; and

(3) return on invested capital or net profit before taxes based on 3 percent of total revenue.

From these basic numbers, several payment amounts or comparisons were derived:

(1) current reasonable pharmacy payment per prescription;

(2) current Medi-Cal payment per prescription less 5 percent reduction;

(3) current breakeven cost per prescription (i.e., drug ingredient cost plus cost of dispensing with no profit or ROI);

(4) current drug ingredient cost per prescription.

Results of this analysis were as follows:

- 99.3 percent (276 of the 278 NDCs) of the prescription payments with the 5 percent reduction were below the pharmacy's reasonable payment amount;

- 93.5 percent (260 of the 278 NDCs) of the prescription payments with the 5 percent reduction were below the pharmacy's actual breakeven cost.

---

[115] Price Chek PC is a commercial drug price database with current prices of all prescription and most OTC drug products at the NDC level. PriceChek PC is a product of Medi-Span (Indianapolis, IN: Wolters Kluwer Health Inc., January 1, 2009).

In general, after implementation of the 5 percent reduction, virtually all prescriptions will result in a Medi-Cal pharmacy payment below the pharmacy's actual breakeven cost. Also, some drug products will result in the pharmacy losing money due to a Medi-Cal pharmacy payment below the actual acquisition or drug ingredient costs.

Most of the key therapeutic classes of drug products are impacted by this 5 percent fee reduction. Most (260 NDCs) of the drug products among the Top 278 drug products will be reimbursed below actual breakeven cost. Among the major therapeutic categories impacted are:

- 39 antipsychotic drugs (e.g., Risperdal, Zyprexa, Seroquel, Abilify, Geodon);
- 18 antiretroviral drugs (e.g., Fuzeon, Atripla, Trizivir, Truvada, Reyataz, and others) and 5 of these would be reimbursed below actual ingredient cost;
- 19 anticonvulsants drugs (e.g., Keppra, Dilantin, Topamax, Lamictal, and Trileptal);
- 15 antidiabetic drugs (e.g., Actos, Avandia, & Novolog & Humalog (forms of insulin));
- 19 cholesterol drugs (e.g., Lipitor, Zocor, Pravachol, Tricor, Zetia, Crestor, Vytorin);
- 19 respiratory drugs (e.g., Xopenex, Advair, Pulmicort, Singulair, Combivent);
- 9 gastrointestinal drugs (e.g., Nexium, Prevacid, Protonix); and
- 5 specialty drugs including antineoplastics (e.g., Gleevec, Betaseron, Pulmozyme);

The impact of this 5 percent fee reduction on specific drug products in these therapeutic categories is graphically illustrated in Figures 9 to 16.

In summary, the 5 percent fee reduction for prescription drug products will mean that prescription payments are reduced to the point that a pharmacy would be paid below its actual breakeven cost to dispense most brand prescriptions to a Medi-Cal beneficiary. Keep in mind that single source (brand name) prescriptions accounted for about two-thirds of the total Medi-Cal drug expenditures and the Top 278 single source drug products represented more than one-half of the total Medi-Cal drug expenditures. With the 5 percent fee reduction, Medi-Cal would pay pharmacies an amount that is less than reasonable for virtually all (99 percent) of the Top 278 prescription drug products. Medi-Cal with the fee reduction would pay pharmacies an amount that is below the pharmacy's breakeven point for 93.5 percent of the Top 278 prescription drug products.

## Figure 9. HIV-AIDS Medi-Cal Prescription Payments Are Below Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)

Based on Jan. 1, 2009 AWP (PriceChek PC, Medi-Span, Wolters Kluwer Health, Indianapolis, IN) times the actual invoice cost as a of AWP from invoice audits when available and otherwise the average invoice cost as a of AWP was used. (Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, Dec. 2007).
The Medi-Cal payment with the 5 reduction would pay pharmacies below the actual drug ingredient for 5 of these HIV-AIDS drug products: Fuzeon, Atripla, Trizivir, Truvada, Reyataz.
Four HIV-AIDs drug products (Fuzeon Norvir) and differenct strengths of Reyataz and Epivir have not been included in this chart. The Medi-Cal payment with the 5 reduction will be below the breakeven cost for all 4 of these drug products.

## Figure 10. Specialty Meds Medi-Cal Prescription Payments Are Below Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)

Based on Jan. 1, 2009 AWP (PriceChek PC, Medi-Span, Wolters Kluwer Health, Indianapolis, IN) times the actual invoice cost as a of AWP from invoice audits when available and otherwise the average invoice cost as a of AWP was used. (Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, Dec. 2007).
The Medi-Cal payment with the 5 reduction would pay pharmacies below the actual drug ingredient for two of these drug products: Betaseron and Pulmozyme.



## Figure 11. Anticonvulsant Medi-Cal Prescription Payments Are Below Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)

Based on Jan. 1, 2009 AWP (PriceChek PC, Medi-Span, Wolters Kluwer Health, Indianapolis, IN) times the actual invoice cost as a of AWP from invoice audits when available and otherwise the average invoice cost as a of AWP was used. (Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, Dec. 2007).
Three anticonvulsant drug products with differenct strengths of Depakote have not been included in this chart. The Medi-Cal payment with the 5 reduction will be below the breakeven cost for all 3 of these drug products.

## Figure 12. Antidiabetic Medi-Cal Prescription Payments Are Below Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)

Based on Jan. 1, 2009 AWP (PriceChek PC, Medi-Span, Wolters Kluwer Health, Indianapolis, IN) times the actual invoice cost as a of AWP from invoice audits when available and otherwise the average invoice cost as a of AWP was used. (Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, Dec. 2007).
Five antidiabetic drug products with differenct strengths of Actos or Avandia have not been included in this chart. The Medi-Cal payment with the 5 reduction will be below the breakeven cost for all 5 of these drug products.



## Figure 13. Anticholesterol Medi-Cal Prescription Payments Are Below Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)



* Based on Jan. 1, 2009 AWP (PriceChek PC, Medi-Span, Wolters Kluwer Health, Indianapolis, IN) times the actual invoice cost as a % of AWP from invoice audits when available and otherwise the average invoice cost as a % of AWP was used.
  (Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, Dec. 2007).
** Four anticholesterol drug products with different strengths of Zocor, Pravachol, or Niaspan have not been included in this chart.  The Medi-Cal payment with the 5% reduction will be below the breakeven cost for all 4 of these drug products.

## Figure 14. Respiratory Medi-Cal Prescription Payments Are Below Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)



* Based on Jan. 1, 2009 AWP (PriceChek PC, Medi-Span, Wolters Kluwer Health, Indianapolis, IN) times the actual invoice cost as a % of AWP from invoice audits when available and otherwise the average invoice cost as a % of AWP was used.
  (Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, Dec. 2007).
** Five respiratory drug products with different strengths of Singulair, Zyrtec or another product have not been included in this chart.  The Medi-Cal payment with the 5% reduction will be below the breakeven cost for all 5 of these drug products.

## Figure 15. Proton Pump Inhibitor Medi-Cal Prescription Payments Are Below Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)



\* Based on Jan. 1, 2009 AWP (PriceChek PC, Medi-Span, Wolters Kluwer Health, Indianapolis, IN) times the actual invoice cost as a % of AWP from invoice audits when available and otherwise the average invoice cost as a % of AWP was used. (Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, Dec. 2007).

## Figure 16. Antipsychotic Medi-Cal Prescription Payments Are Below Actual Breakeven Cost After 5% Reduction (Jan. 1, 2009 Drug Costs)



\* Based on Jan. 1, 2009 AWP (PriceChek PC, Medi-Span, Wolters Kluwer Health, Indianapolis, IN) times the actual invoice cost as a % of AWP from invoice audits when available and otherwise the average invoice cost as a % of AWP was used. (Myers and Stauffer, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, Dec. 2007).
\*\* Twenty-five antipsychotic drug products with different strengths of the drugs listed above and have not been included in this chart. The Medi-Cal payment with the 5% reduction will be below the breakeven cost for 22 of the 25 drug products.

## B. Impact on California Pharmacies

The substantial impact on prescription payments, described in the previous section, provides a strong evidential basis for expecting a major impact on pharmacies that serve Medi-Cal patients in California. When faced with cuts in the payment level for prescriptions that are at, or below, the pharmacy's actual breakeven costs, a pharmacy may make an independent business decision to respond in several ways including:

(1) negotiate better drug product prices, if possible;

(2) cut operating and labor expenses, if possible;

(3) reduce levels of service;

(4) increase volume of business to achieve economies of scale;

(5) charge higher prescription prices, if possible, to other customers to subsidize Medi-Cal prescriptions;

(6) refuse to take any (new or current) Medi-Cal beneficiaries or their prescriptions;

(7) continue to provide prescriptions at a loss to current Medi-Cal beneficiaries and refuse to take any new Medi-Cal beneficiaries; and/or

(8) continue to provide prescriptions to any and all Medi-Cal beneficiaries until the pharmacy's invested capital is depleted and the business is bankrupt.

A pharmacy when faced with inadequate payments for prescriptions must take one or more of the above stated actions. Each of these scenarios will be briefly addressed in terms their ability to mitigate the effect of lower prescription payments on the pharmacy.

Some will argue that pharmacies can negotiate better prices from the drug manufacturer to mitigate the effect of the fee reductions. However, as this report discussed in an earlier section, community pharmacies have little ability to negotiate better drug ingredient costs from manufacturers and wholesalers (*See* Section IV.C.). In general, retail pharmacy price competition has little, to no effect, on the drug ingredient cost paid to manufacturers and this is especially so for single source patent protected brand name drug products. If the Medi-Cal 5 percent fee cut is implemented, community pharmacies cannot simply contact Pfizer and ask for a 5 percent reduction in the drug ingredient cost for Lipitor® prescriptions to accommodate this legislated fee cut. Brand name drug manufacturers do not negotiate price with community pharmacies based on pricing pressure from public or private third party payers. In other words, pricing pressure does not flow upstream in the pharmaceutical market. Further evidence that this simply does not happen is found in the actual drug ingredient cost data from Myers and Stauffer. The relationship of actual price to list price was found to have a very narrow range for single source brand name drugs products. The average acquisition cost for single source drug products was 79.0 percent of AWP, with a standard deviation of 1.1 percent. This narrow range indicates that small and large volume pharmacies all get about the same price and that no other form of leverage seems to have a substantial influence on price. For generic drug products, community pharmacies may be able to negotiate a slightly better (~5 percent) price in some cases. Negotiating better drug prices, and particularly for single source brand name drugs, does not appear to be possible to mitigate the effect of the 5 percent fee reduction.

Another potential means to deal with pressures on price in a business is to cut operating expenses and labor costs, if possible. Labor cost is the largest expense in the pharmacy department after drug ingredient costs. Personnel costs in California pharmacies were 72.6 percent of the operating cost,[116] while in the rest of the country personnel costs averaged between 62.4 percent and 68.0 percent of the cost of dispensing.[117] Clearly, in California the professional and labor costs were a greater share of the cost of dispensing than in other markets in the U.S. This may be due in part to the higher cost of living and higher salary and wage scale in California than in other parts of the country. The West region had the highest average hourly rates for pharmacy technicians and sales clerks and the second highest rate for pharmacists among the five geographic regions in the United States.[118]

There continues to be a relative shortage of pharmacists making it difficult, if not impossible, for pharmacies to cut wages to any significant degree. The other way to reduce labor cost would be to reduce hours. Most pharmacies today have relatively efficient workloads and high volumes of business. The pharmacist, on average, dispenses between 10 and 15 prescriptions per hour. While it may be feasible for a pharmacist to increase the number of prescriptions filled per hour this may not be prudent. As the dispensing rate increases (i.e., above 15 prescriptions per hour) the likelihood of catching prescribing errors goes down and the likelihood of making dispensing errors goes up.[119] Failure to identify and correct prescribing errors would decrease quality and may put patients at risk of serious harm. Similarly, the increased probability of dispensing errors with increased workload pressures may do more harm than good. Increased use of technicians could help to reduce labor costs, but pharmacist to technician ratios are regulated by the state and can not be easily altered in the short run.

Another consideration for a pharmacy receiving cuts in payments would be the reduction of services. Pressures on the pharmacy's revenue may lead to: (1) a decreased availability of the pharmacist for counseling; (2) fewer store hours open—such as discontinuance of 24-hour pharmacies or elimination of 24-hour call service by the pharmacist; (3) discontinuance of delivery service or institution of fees for delivery; (4) reduced availability of the pharmacists for questions, counseling, and advice related to over-the-counter medications; (5) discontinuance of prescription compounding services; and (6) reduction or elimination of other services. Low and inadequate payments from Medi-Cal may reduce the level of service not just for Medi-Cal beneficiaries, but for all patients of a pharmacy.

---

[116] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 33, Table 3.8.

[117] A national study of community chain and independent pharmacies by Grant Thornton, (*National Study to Determine Cost of Dispensing Prescriptions*, CCPA, January 2007) reported average labor costs that were 62.4 percent of the cost of dispensing in 2006. Also, the *NCPA-Pfizer Digest* (NCPA, *NCPA-Pfizer Digest: 2007*, 2007) reported that independent pharmacies experienced average labor costs that were 68 percent of the cost of dispensing in 2006.

[118] NCPA, *NCPA-Pfizer Digest: 2007*, 2007, p. 28.

[119] Rupp, Michael T., DeYoung, Michael, and Schondelmeyer, Stephen, "Prescribing Problems and Pharmacists Interventions in Community Practice," *Medical Care*, Vol. 30, No. 10, October 1992, pp. 926-940.

Increased volume of business may help some stores to achieve greater efficiency and economies of scale.  On a limited basis, this approach may help certain pharmacies.  However, this will not help the vast majority of pharmacies.  Pharmacies can reduce their cost of dispensing to some degree by increasing their prescription volume.  The volume to hit the efficient cost of dispensing is about 50,000 to 60,000 prescriptions per year.  Chain pharmacies usually have already taken advantage of economies of scale by virtue of being part of a large chain.   Independent pharmacies in urban areas would need to advertise to increase their prescription volume.   Ironically, the Medi-Cal cost of dispensing estimates by Myers and Stauffer does not allow inclusion of advertising costs as a Medi-Cal related expense.  Increasing the pharmacy's prescription volume could benefit the pharmacy and Medi-Cal.   Many pharmacies in rural areas are below the efficient prescription volume (50,000 to 60,000 prescriptions per year) and do not have the opportunity for greatly increasing their prescription and volume for geographic reasons.   A patient population of about 4,500 to 5,000 is needed to provide enough business for a pharmacy to reach the efficient cost of dispensing.  Pharmacies in towns of under 5,000 will have higher costs of dispensing.

In some businesses, certain patrons can be charged higher prices to make up for lower prices required, or being offered, to other patrons.   There was a time—more than a decade ago—when pharmacies could do some of this cost-shifting.  When the majority of customers were cash pay patients and there were only a few (less than 10 percent) Medi-Cal patients or patients of private third party plans, community pharmacies could spread the effect of a lower price for a few Medicaid prescriptions over a large volume of cash pay prescriptions.  Today, however, most California pharmacies have less than 5 percent to 10 percent of the prescriptions from cash pay customers.  Attempting to cost shift in this way would not work.   The few cash pay customers that remain are usually outnumbered by the Medi-Cal customers. Also, California law provides that price information must be made readily available to consumers upon request enabling cash pay customers to be price sensitive.

Pharmacies are faced with other business strategy decisions.  A pharmacy that receives inadequate payment for prescriptions will eventually have to close down due to depletion of capital resources.   The business strategy decision is: "Do you acknowledge the unavoidable consequence and close the business in the short run in hopes of having some residual capital to move to other endeavors?" or "Do you keep operating the business, and paying the bills and salaries as long as you can, especially if the business has little recoupable value even if it is closed?"  Some independent pharmacy owners who are at, or near, the retirement age may chose to continue operation of the pharmacy because it produces some income even though the resources are being depleted.  In certain areas, the resale value of a pharmacy is low and it is difficult to recoup the invested capital, so that the business may have more value to the owner as it slowly bleeds with inadequate payments than if it was closed precipitously.  However, this approach does not prevent the inevitable business failure, it only provides a temporary delay.

To minimize the effect of inadequate payments a pharmacy may have to make some tough choices.  One way to respond would be to selectively refuse to fill certain prescriptions that will result in a loss to the pharmacy.  This, however, would be operationally awkward since a given patient may bring in three prescriptions.  The pharmacist then checks over the prescriptions and verifies the payment amounts from Medi-Cal for each prescription.  If two of the prescriptions would result in a loss and one would not then the pharmacist would have to tell the patient, "I will fill one of these prescriptions, but I cannot fill the other two."  If pharmacies can selectively accept and fill Medi-Cal prescriptions, the patient will be faced with traveling to multiple pharmacies and may even face the inability to get certain medications that are needed for their clinical care.  This scenario is quite likely if the 5 percent fee reduction is implemented, although it will create a substantial hardship on Medi-Cal patients.

 A similar path would be to continue to provide prescriptions at a loss to current Medi-Cal beneficiaries and to refuse to serve any new Medi-Cal beneficiaries.  This approach is feasible, but only under very limited circumstances.  This will work only if the number of Medi-Cal patients at the pharmacy is very low as a percent of the overall business and the rest of the business is robust enough to absorb the loss on the Medi-Cal patients that remain as customers of the business.  Under these limited circumstances, it is plausible that a few pharmacies would make this choice.  Pharmacists are usually very dedicated and passionate about serving their customers and they do not like to lose long term valued customers. Whether or not a pharmacy can selectively accept or refuse to fill Medi-Cal prescriptions is not clear, but this is a choice that pharmacies will have to make if the 5 percent prescription fee cuts are implemented.  Pharmacies may continue to selectively accept and fill Medi-Cal prescriptions that cover their costs while refusing to fill those prescriptions that would pay them at a loss.

Another strategy for a pharmacy is to refuse to take any (new or current) Medi-Cal beneficiaries or their prescriptions.  If a large share of the Medi-Cal prescriptions would result in the pharmacy losing money, then the pharmacy may simply refuse to take any Medi-Cal beneficiaries or their prescriptions.

What will pharmacies most likely do in response to this 5 percent reduction in Medi-Cal prescription payments?  The response will vary according to the situation of each pharmacy.  Three general scenarios that are likely to be common are described here: (1) a pharmacy with an efficient prescription volume overall and a low Medi-Cal prescription volume (less than 5 percent); (2) a pharmacy with an efficient prescription volume overall and a high Medi-Cal prescription volume (greater than 20 percent); and (3) a pharmacy with a low prescription volume overall and a moderate Medi-Cal volume (5 percent to 20 percent).

First, what action will be taken by the pharmacy with an efficient prescription volume overall and a low Medi-Cal prescription volume (less than 5 percent)?  The most prudent business decision for this pharmacy would be to refuse to accept any and all Medi-Cal prescriptions or Medi-Cal patients.  A substantial number of pharmacies would be expected to make this decision.  Some pharmacies may continue to serve select, long time

Medi-Cal beneficiaries, but would refuse any new Medi-Cal patients. This type of pharmacy may also refuse certain prescriptions from any Medi-Cal patient. Very high cost prescriptions will have a very high loss due to inadequate reimbursement. For example, Medi-Cal payment for a Norvir 100 mg capsules (# 120) prescription after the 5 percent fee reduction will be $28 less than what the medication actually costs the pharmacy to acquire from the wholesaler, not to mention the lack of payment for labor, operating costs, and return on investment. There is no reason for this type of pharmacy to continue to accept existing Medi-Cal beneficiaries, and if the pharmacy does, it will most likely have to cut or reduce services provided to compensate for the inadequate payments. This reduced service may include elimination of delivery service, extended hours of operation, 24-hour emergency call service, compounding prescriptions, and decreased staffing of pharmacists and technicians.

The second scenario is a pharmacy with an efficient prescription volume overall and a high Medi-Cal volume (greater than 20 percent). Ironically, a pharmacy with a high Medi-Cal volume has less flexibility when prescription payments are at, or below, costs. The pharmacy can not simply cease to take all Medi-Cal prescriptions in the short term or the pharmacy may have to close within a very short period (several weeks) from a sudden and substantial drop in total volume (i.e., >20% of all prescriptions in the pharmacy), and hence a dramatic decline in revenue. Instead, the pharmacy may continue taking Medi-Cal prescriptions at a loss so that it can cover the fixed costs and stretch out the impact of the loss while hoping for a change in payment policy. Pharmacies with higher volumes, in general, and those with higher Medi-Cal volumes in particular are more efficient and have a lower cost of dispensing. Nonetheless, while in the short term these pharmacies might be willing to absorb these losses, however, in the long run, even these pharmacies cannot continue to fill Medi-Cal prescriptions at a loss and remain viable as a business entity. Even this high Medi-Cal volume pharmacy is likely to refuse certain very high cost and high loss Medi-Cal prescriptions such as antineopolastics, antiretrovirals, antipsychotics, anticonvulsants, antidiabetics, anticholesterol agents, and specialty medications.

The third scenario is a pharmacy with a low prescription volume overall and a moderate Medi-Cal volume (5 percent to 20 percent). This type of pharmacy may exist in any location, but many independent rural pharmacies may fit this profile. The rational business decision for this pharmacy would be to refuse to fill any prescriptions for current or new Medi-Cal recipients. This will result in decreased access to pharmacy services for Medi-Cal recipients. Also, the loss of prescription volume will increase the marginal cost of other usual and customary prices for prescriptions to cash pay patients. There may be some of these pharmacies that try to continue to serve their long-term Medi-Cal patients. Even these pharmacies are likely to refuse the very high cost and high loss brand name Medi-Cal prescriptions such as antineopolastics, antiretrovirals, and specialty medications.

## C.  Impact on Medi-Cal Recipients

The California Legislative Analyst's Office conducted an analysis of this across-the-board budget-cutting method, enacted by the California legislature, and concluded that this provision "could severely limit the access of Medi-Cal beneficiaries to providers."[120] Also, in the cost of dispensing study by Myers and Stauffer, the comment was made that: "Perhaps the most important factor to consider is the need to maintain sufficient patient access to pharmacy services for Medi-Cal recipients throughout the state." [121]  This assurance of access is, in fact, a requirement of the Medi-Cal program.  "Medicaid programs are required to address the issue of accessibility of services and ensure that reimbursement levels are adequate to provide recipients with reasonable levels of access to services.  Federal statutes at 42 USC 1396a(a)(30)(A) (and corresponding regulations at 42 CFR 447.204) state that the Medicaid program "must assure that payments are consistent with efficiency, economy, and quality of care and are sufficient to enlist providers so that care and services are available under the plan at least to the extent that such care and services are available to the general population in the geographic area.""[122] Due to the inadequate Medi-Cal prescription payments that will result from this legislative action, Medi-Cal beneficiaries will have difficulty finding a participating pharmacy within a reasonable distance from the patient's home or work to fill their prescriptions.   This will be especially true in rural and high risk inner city areas.

Medi-Cal patients in small towns and rural areas may not be able to find a pharmacy willing to serve Medi-Cal patients.  Also, patients with certain conditions (e.g., epilepsy, cancer, HIV-AIDs, depression, and transplants or dialysis) may have trouble finding a pharmacy anywhere that will provide their medications.  The most commonly used medications for certain conditions will always by underpaid by Medi-Cal after the 5 percent fee reductions.   Patients needing one of these specific medications may not be able to find any pharmacy willing to fill their prescriptions, because virtually all pharmacies will be paid substantially less than the actual breakeven cost if they fill these prescriptions.   Even if these patients find a pharmacy to fill their other Medi-Cal prescriptions, this fee reduction will result in patients getting their prescriptions filled at multiple pharmacies which may lead to coordination of care issues.

---

[120] Legislative Analyst's Office, *The 2008-09 Budget*, 2008, p. 100.

[121] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 7.

[122] Myers and Stauffer, *Survey of Dispensing and Acquisition Costs*, December 2007, p. 7; *see* footnote 5.

**D.  Impact on Medi-Cal Program Overall**

The 5 percent fee reductions for Medi-Cal prescriptions will not simply result in the Medi-Cal patients getting the same prescriptions at the same pharmacies for 5 percent less reimbursement.   Virtually all pharmacies will refuse a few high cost Medi-Cal prescriptions.   Some pharmacies will refuse some Medi-Cal prescriptions and some Medi-Cal patients.   Other pharmacies will refuse all Medi-Cal prescriptions and all patients.  The point is, there will be patients who do not receive the care that they need and will end up seeking alternative sources of care that may be less effective, more costly, or both.   The continuity and coordination of care for Medi-Cal patients will decrease.  For example, epilepsy and mental health patients will use the emergency room in an attempt to get medications that the community pharmacies choose not to provide due to the loss that will be incurred every time these prescriptions are dispensed. Hospitalizations and other forms of institutionalization for certain types of patients are likely to increase substantially and the cost of care will also escalate.

## APPENDIX A

## STEPHEN W. SCHONDELMEYER

## I. QUALIFICATIONS AND BACKGROUND

1. I make this statement as an independent expert in pharmacy, pharmaceutical economics, and public policy. I hold the following positions and titles in the College of Pharmacy at the University of Minnesota; Head, Department of Pharmaceutical Care & Health Systems; Century Mortar Club Endowed Chair in Pharmaceutical Management and Economics; Professor of Pharmaceutical Management and Economics; and Director of the PRIME Institute. I hold a Bachelor of Science in Pharmacy (1974, University of Missouri-Kansas City), a Doctor of Pharmacy and Residency Certificate (1977, University of Kentucky), a Master of Arts in Public Administration (1979, Ohio State University) and a Doctor of Philosophy in Administrative and Social Sciences in Pharmacy (1984, Ohio State University). A list of my professional memberships, professional activities, research activities, publications and other scholarly activities, citation of work in public media, offices held in professional and scientific organizations, university administrative and service positions, honors and awards, and civic and community activities is contained in a copy of my most recent curriculum vitae, which is attached hereto as Attachment "1."

2. My experience related to pharmaceutical economics and public policy research spans more than 30 years. I am currently the director of the PRIME Institute at the University of Minnesota, which was established in 1991 to conduct research related to the management and economics of the pharmaceutical marketplace. Prior to accepting a position at the University of Minnesota, I directed the Pharmaceutical Economics Research Center (PERC) at Purdue University from the time the Center was established in 1986 to 1991. PERC also engaged in research related to the economics of the pharmaceutical marketplace.

3. I was appointed by the United States Congress to the Prescription Drug Payment Review Commission, an 11-member independent Congressional commission that served as an advisory body to the U.S. Congress with respect to the outpatient drug program established by the Medicare Catastrophic Coverage Act of 1988.

4. I provided professional staff analysis for the Kentucky Drug Formulary Council, Department for Human Resources, Commonwealth of Kentucky from 1975 to 1977. The Kentucky Drug Formulary Council was the nation's first governmental body to establish a generic equivalence standard for determining whether or not brand and generic drug products could be considered as generic equivalents and, therefore, could be substituted for one another. This generic equivalence formulary preceded the FDA's Orange Book.

5. As an academic researcher, my principal areas of interest have included trends in the pharmaceutical marketplace at all levels, the structure and performance of pharmaceutical markets, competition between and among brand name and generic drugs,

and the impact of generic competition, including generic entry into brand drug markets. I have also conducted research on medication use and expenditures by the elderly, drug coverage under health insurance plans, access and affordability of pharmaceutical products, in addition to pharmacoeconomic research and policy analysis related to all aspects of the pharmaceutical marketplace. I have performed pharmacoeconomic research for many organizations, including, among others, the U.S. Health Care Financing Administration (HCFA, now known as the U.S. Centers for Medicare and Medicaid Services (CMS)), the U.S. General Accounting Office (GAO, now known as the U.S. Government Accountability Office), the U.S. Food & Drug Administration (FDA), the U.S. Congress's Office of Technology Assessment (OTA), pharmaceutical firms, professional societies, and various state governments and agencies. I have also led pharmaceutical research and policy projects at the international level for governments including Thailand, Singapore, Spain, Canada, Argentina, Venezuela, South Africa, South Korea, and Taiwan.

6. Based upon on my experience in professional consulting and academic research, I have particular expertise in economic and public policy issues in the pharmaceutical marketplace. One of the major focuses of my research and work relates to the impact and role of generic drugs and generic competition. In this context, I am well versed in assessing the economic impact of generic competition on all levels of the pharmaceutical marketplace, including on the various channels of distribution and upon consumers, the behavior of brand manufacturers faced with generic competition, and the mechanisms by which generic competition is fostered and, by contrast, impeded. Another of the major focuses of my research and work relates to the reimbursement for prescription drugs under private and public insurance programs including Medicaid and Medicare. In this context, I am well versed in assessing the economic impact of reimbursement policies on all levels of the pharmaceutical market including providers, patients, and payers.

7. My research projects directly related to general issues in the pharmaceutical market, such as drug prices, competition, generic entry, pricing, market penetration, channels of distribution, the effects of generic competition on the market for originator drug products, and other economic and marketing issues, also are listed in my curriculum vitae (see Attachment "1").

8. My experience includes conduct of several studies specifically for the Centers for Medicare and Medicaid Services (CMS)—the federal agency that oversees both Medicare and Medicaid. Among the studies conducted for CMS or its predecessor agency (HCFA, the Health Care Financing Administration) are the following:

   a. *Report to Congress on Manufacturers' Prices and Pharmacists' Charges for Outpatient Drugs Covered by Medicare* (Department of Health and Human Services, June 27, 1989, Stephen W. Schondelmeyer and Joseph Thomas);

   b. *Impact of the Medicaid Drug Rebate Program on Expenditures, Utilization, and Access: Final Report* (Health Care Financing

Administration, Contract # 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, DO #3, April 1995, Stephen W. Schondelmeyer, Judy A. Johnson, Dong Churl Suh, George Wright, Ann Cherlow, Andrew Asher, Angela Schmitt, Portia DeFilippes, Jon B. Christianson, John Kralewski);

c. *Medicaid and Medicare Drug Pricing: Strategy to Determine Market Prices* (CMS Contract # 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, Task Order 1, August 30, 2004, Stephen W. Schondelmeyer and Marion V. Wrobel);

d. *Sales of Drugs and Biologicals to Large Volume Purchasers: Final Report* (CMS Contract #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, Task Order 1, September 19, 2005, Marian V. Wrobel, Stephen W. Schondelmeyer, Susan Jureidini, Shuchita Agarwal, Rachel Sayko, A.C. Doyle);

e. *Case Study of the Texas Vendor Drug Program's Approach to Estimating Drug Acquisition Cost: Final Report* (CMS Contract # 500-00-049, Task Order 1, September 26, 2005, Marian V. Wrobel, Stephen W. Schondelmeyer, Shuchita Agarwal, and Janice Cooper); and

f. *Evaluation of Pharmaceutical Pricing Under Medicare Drug Card: Final Report* (U.S. Dept. of Health & Human Services, Assistant Secretary for Planning and Evaluation, Task Order Contract #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, November 16, 2006, Stephen W. Schondelmeyer, Margaret Artz, Shriram Parashuram, Lois Olinger, and Sarah Shoemaker).

9.   A list of other cases in which I have testified as an expert at trial, by deposition, or through an expert report is attached as Appendix B to my curriculum vitae (see Attachment "1").

10. I am being compensated for my time spent working on this case at the rate of $600.00 per hour for time spent testifying, or preparing for testimony, and $400.00 per hour for all other time.

## II.  SCOPE OF REPORT

11. I understand that this action is being brought by the several pharmacies licensed by the State of California and who participate in the Medi-Cal program, the Plaintiffs. The suit names the Sandra Shewry, Director of the Department of Health Care Services, State of California and the California Department of Health Care Service as the Defendant.

12. I have reviewed the Complaint. The Plaintiffs allege, among other things, that Ms. Shewry and the Department of Health Care Services have failed to comply with the statutory requirement to seek all necessary federal approvals prior to implementing a 5 percent fee-for-service rate reduction.  Further, the plaintiffs allege that implementation

of the 5 percent rate reduction will cause irreparable harm to Medi-Cal beneficiaries, the Medi-Cal program, and pharmacies that participate in the Medi-Cal program.

13. I have reviewed numerous documents, including some of the State of California's documents related to the Medi-Cal program, certain documents and records from federal and other state Medicaid programs, literature in the field of pharmaceutical economics, and other publicly available documents and sources. All materials I considered in formulating my opinions are specifically referred to in this Report.

14. I have been asked to testify about the following subject matters: an overview of the pharmaceutical market; a description of the federal and state Medicaid drug programs and their related drug rebate programs; an explanation of what constitutes reasonable pharmacy payment for prescriptions, analysis of the expected impact from a 5 percent reduction of the Medi-Cal fee-for-service payment for prescriptions, the impact of the 5 percent reduction on pharmacies and their participation in Medi-Cal, the impact of the 5 percent fee reduction on Medi-Cal beneficiaries and their access to pharmaceuticals; and other topics related to pharmaceutical pricing and reimbursement.  Specifically, I have been asked to render an opinion as to the reasonableness of prescription payments by the Medicaid pharmaceutical payment system after the 5 percent fee reduction.

15. My opinions contained herein are based upon my review of the above-described documents, as well as upon my qualifications and 30 years of experience described above. I understand that discovery is ongoing in this case, and as always with an expert report, I reserve the right to amend and update my opinions based upon additional information that may be provided to me, or that may become known to me by other appropriate means in the future.

# ATTACHMENT 1

## CURRICULUM VITAE FOR

## STEPHEN W. SCHONDELMEYER

*CURRICULUM VITAE*

# STEPHEN W. SCHONDELMEYER

**PERSONAL DATA**

**Current Positions:**
College of Pharmacy, University of Minnesota
* Professor of Pharmaceutical Management & Economics
* Century Mortar Club Endowed Chair in Pharmaceutical Management & Economics
* Department Head, Department of Pharmaceutical Care & Health Systems
* Director, *PRIME* Institute

**Business Address:**
*PRIME* Institute, 7-159 Weaver-Densford Hall, 308 Harvard Street, SE
College of Pharmacy, University of Minnesota, Minneapolis, MN  55455
Phone: (612) 624-9931;  FAX:  (612) 625-9931;  e-mail:  schon001@umn.edu
**Home Address:**  3507 Rae Court, Woodbury, MN  55125   Phone:  (651) 731-5161
**Date of Birth:** August 9, 1950        **Place of Birth:**  Sedalia, Missouri

**LICENSURE**
Registered as a pharmacist by examination in Missouri (since 1975) and Kentucky (since 1975).

**EDUCATION**

| | |
|---|---|
| 1968 | **Honor Graduate**, Smith-Cotton High School, Sedalia, Missouri |
| 1974 | **Bachelor of Science in Pharmacy** |
| | School of Pharmacy, University of Missouri-Kansas City, Kansas City, Missouri |
| 1976 | **Fellow, National Endowment for the Humanities** (History of Medicine) |
| | Ohio State University, Columbus, Ohio |
| 1977 | **Doctor of Pharmacy and ASHP Residency Programs** |
| | College of Pharmacy, University of Kentucky, Lexington, Kentucky |
| | (Major areas: Clinical Pharmacy Practice, Clinical Research) |
| 1979 | **Master of Arts in Public Administration** |
| | School of Public Administration, Ohio State University, Columbus, Ohio |
| | (Major areas: Health Care Policy, Cost-Benefit Analysis) |
| 1984 | **Doctor of Philosophy in Administrative and Social Sciences in Pharmacy**, |
| | College of Pharmacy, Ohio State University, Columbus, Ohio |
| | (Major areas: Health Care Economics, Behavioral Epidemiology) |

**PROFESSIONAL MEMBERSHIPS**
**Current Memberships**

| | |
|---|---|
| 1970-present | American Pharmacists Association (APhA) |
| 1977-present | APhA–Academy of Pharmaceutical Research and Science (APhA-APRS) |
| 1977-present | APhA–Economic, Social & Administrative Sciences Section (APhA-APRS-ESAS) |
| 1971-present | American Society of Health System Pharmacists (ASHP) |
| 1973-present | American Public Health Association (APHA) |
| 1975-present | American Society for Pharmacy Law (ASPL) |
| 1984-present | Drug Information Association (DIA) |
| 1976-present | American Institute of the History of Pharmacy (AIHP) |
| 1976-present | American Association of Colleges of Pharmacy (AACP) |
| 1991-present | Minnesota Pharmacists Association (MPhA) |
| 1991-present | Minnesota Society of Hospital Pharmacists (MSHP) |
| 1992-present | AcademyHealth (*formerly Association for Health Services Research, AHSR*) |
| 1992-present | Academy of Managed Care Pharmacy (AMCP) |
| 1995-present | International Society for Pharmacoeconomics & Outcomes Research (ISPOR) (*founding member; formerly Association for Pharmacoeconomics & Outcomes Research*) |
| 1997-present | Federation Internationale Pharmaceutique (FIP) |
| 2004-present | American Health Economics Association |
| 2004-present | International Health Economics Association |

**Previous Memberships**

| | |
|---|---|
| 1984-1998 | American Management Association (AMA) |
| 1984-1998 | American Marketing Association (AMA) |
| 1984-1994 | Academy for Health Services Marketing (ASHM) |
| 1984-1987 | APhA - Academy of Pharmaceutical Management (APhA-APM) |
| 1980-1988 | American Society for Public Administration (ASPA) |
| 1976-1986 | APhA - Academy of Pharmacy Practice (APhA-APP) |
| 1971-1974 | Phi Delta Chi, Beta Epsilon Chapter |

**HONORS AND AWARDS**

2007    **Award for Excellence, Honorable Mention, Journal of Managed Care Pharmacy,** "Relationship of the Magnitude of Member Cost-Share and Medication Persistence With Newly Initiated Renin-Angiotensin System Blockers," D Zhang, AM Carlson, PP Gleason, SW Schondelmeyer, JC Schommer, BE Dowd, and AH Heaton, *Journal of Managed Care Pharmacy*, Vol. 13, No. 8, October 2007, pp.664-676.

2007    **Best Presentation Award, International Society for Pharmacoeconomics & Outcomes Research**, "Medication Refill Persistence: Does Prescription Cost-Sharing Matter?" Dongmu Zhang (presenter) and co-authors: Angeline M. Carlson, Patrick P. Gleason, Stephen W. Schondelmeyer, Jon C. Schommer, Bryan E. Dowd, and Alan H. Heaton, 12th Annual Meeting, International Society for Pharmacoeconomics and Outcomes Research, May 21, 2007.

2006    **APhA-APRS Research Achievement Award in Pharmaceutical Sciences**, March 19, 2006 (Awarded every three years by the American Pharmacists Association and the Academy of Pharmaceutical Sciences to recognize and encourage outstanding, meritorious achievement in the economic, social, and administrative sciences related to pharmaceuticals.)

2004    **Pharmacy Alumni Society's Faculty Recognition Award, University of Minnesota**, Oct. 16, 2004 (Given annually to a faculty member who has contributed substantially to the success of the College of Pharmacy and its leadership in the profession of pharmacy within Minnesota.)

2004    **Key Thinker in Drug Pricing Debate**, named by National Journal as one of 12 "key thinkers who are helping to shape the drug pricing debate" (National Journal, Vol. 36, Issue 21, May 22, 2004).

2000    **Paul F. Parker Award, University of Kentucky**, December 5, 2000 (Given annually to an individual of high personal and professional ideals who has made significant contributions to pharmacy practice.)

2000    **Fellow, American Pharmacists Association**, Academy of Research and Science, March 12, 2000

1997    **Top 50 Pharmacists in 1997**, named as one of: "a select group of professionals who have directly affected the way pharmacy is practiced today and will be tomorrow. These pharmacists have conducted research proving to those outside the profession that pharmacy, at its heart, is a cost-effective discipline that improves clinical outcomes . . ." (Am Druggist, Vol. 214, No. 10, Oct 1997, pp 36-57)

1996    **James L. Beal Post-Baccalaureate Distinguished Alumni Award** Ohio State University, College of Pharmacy, 1996

1996    **Top 10 Pharmacists-1995**, Honorable Mention, "Top 10 Pharmacists, Making a Difference: Pharmacists at the Forefront" (Drug Store News for the Pharmacist, May 1995, pp. 40-47).

1993    **Who's Who Registry of Global Business Leaders**, 1993-95

1987    **Pharmacist of the Year**, Indiana Pharmacists Association, 1987

1977    **American Foundation for Pharmaceutical Education Fellowship** Ohio State University, College of Pharmacy, 1977-1979

1977    **Outstanding Pharm.D. Award**, University of Kentucky, College of Pharmacy, May 1977 (Bluegrass Pharmaceutical Association award to a graduating Pharm.D. based on scholarship, leadership, attitude and personality)

1977    **Impact Award**, University of Kentucky, College of Pharmacy, May 1977 (Selected by the Pharm.D. residents as the one most likely to have the greatest impact on the profession of pharmacy)

1975    **Outstanding Young Men of America**, recognized in the 1975 edition

1974    **Who's Who Among Students in American Universities and Colleges**, 1974-75

1973    **Outstanding Senior Award** University of Missouri-Kansas City, School of Pharmacy, Alumni Association, 1973

1973    **Dean of Students Honor List**, 1973, University of Missouri-Kansas City, one of 20 selected from more than 1,100 seniors at UMKC for outstanding scholarship and contribution to the University

## PROFESSIONAL ACTIVITIES

**Education** *(current to oldest experience)*

| | |
|---|---|
| 1998–present | **Department Head**, Department of Pharmaceutical Care & Health Systems, College of Pharmacy, University of Minnesota |
| 1996-1998 | **Associate Dean for Research and Graduate Programs**, College of Pharmacy, University of Minnesota |
| 1991–present | **Professor**, Pharmaceutical Economics & Management, College of Pharmacy, University of Minnesota |
| 1991–present | **CMC Endowed Chair** in Pharmaceutical Management & Economics, College of Pharmacy, University of Minnesota |
| 1991–present | **Director**, *PRIME* Institute, College of Pharmacy, University of Minnesota |
| 1986-1991 | **Associate Professor**, Department of Pharmacy Practice, School of Pharmacy and Pharmacal Sciences, Purdue University |
| 1986-1991 | **Director**, Pharmaceutical Economics Research Center (PERC), Purdue University |
| 1982-1986 | **Assistant Professor**, Department of Pharmacy Practice, School of Pharmacy and Pharmacal Sciences and Center for Public Policy and Public Administration, Purdue University |
| 1980-1982 | **Assistant Professor**, Department of Pharmacy Practice, College of Pharmacy, University of Arizona |
| 1977-1980 | **Graduate Teaching Associate**, College of Pharmacy, Ohio State University |
| 1977 (spring) | **Instructor**, College of Nursing, University of Kentucky (taught Drugs and Drug Administration for senior nursing students) |
| 1975-1976 | **Patient Health Educator**, Trover Clinic, Madisonville, Kentucky |

**Graduate Education**

| | |
|---|---|
| 1998–present | **Senior Member**, Graduate Faculty in Gerontology, Center on Aging, Univ. of Minnesota |
| 1998–present | **Adjunct Professor**, Graduate Faculty in Social & Administrative Pharmacy, College of Pharmacy, Khon Kaen University, Khon Kaen, Thailand |
| 1996–present | **Adjunct Professor**, Graduate Faculty in Social & Administrative Pharmacy, College of Pharmacy, Chulalongkorn University, Bangkok, Thailand |
| 1991–present | **Senior Member**, Graduate Program in Social, Administrative & Clinical Pharmacy, College of Pharmacy, University of Minnesota |

> M.S. (3 students: 1-advisor, 2-committee member)
> Ph.D. (25 students: 18-advisor, 7-committee member)
> M.S., Health Services Research (1 student: 1-committee member)
> Ph.D., Health Services Research (1 student: 1-committee member)
> Ph.D., Economics (1 student: 1-committee member)
> Research Fellows (9 fellows: 5-advisor, 4 contributing faculty)
> Courses taught: Health Care Reform and Pharmacy; Pharmaceutical Economics and Public Policy;
> Pharmacy & Its Environment; Economic Evaluation of Pharmaceuticals; Pharmacy & the Health Care System

| | |
|---|---|
| 1982-1986 | **Full Member**, Graduate Program in Public Policy & Public Administration, Center for Public Policy & Public Administration, Purdue University |

> M.Pub.Adm. (2 students: 2-advisor)

| | |
|---|---|
| 1982-1991 | **Full Member**, Graduate Faculty in Pharmaceutical Administration, School of Pharmacy & Pharmacal Sciences, Purdue University |

> M.S. (7 students: 3-advisor, 4-committee member)
> Ph.D. (10 students: 5-advisor, 5-committee member)
> Courses taught: Health Care Economics and Public Policy; Consumer Behavior and Health Care;
> Policy Management Strategies in Health Care; Post Marketing Surveillance Research; Pharmacy in the 21st Century;
> Trends in the Pharmaceutical Industry; Cost Factors in Health Care Decisions; World Health Care Systems;
> Marketing in Health Care; Review & Critical Evaluation of the Literature; Institutional Pharmacy Management

| | |
|---|---|
| 1980-1981 | **Full Member**, Graduate Program in Pharmacy Practice, College of Pharmacy, Univ. of Arizona |

> M.S. (6 students: 4-advisor, 2-committee member)
> Courses taught: Professional Practice Management; Controversies in Therapeutics; Health Care Organization;
> Applied Hospital Pharmacy Management; Economic Aspects of Health Care; Pharmacy and the Professions

**Pharmacy Practice** (*current to oldest experience*)
1980-1982    **Community Pharmacist**, Gemco Pharmacy, Tucson, Arizona
1979-1980    **Assistant Director for Clinical Pharmacy Services**
             Lancaster-Fairfield County Hospital, Lancaster, Ohio
1978-1980    **Community Pharmacist**, Wolfe's Drug, Baltimore, Ohio
1974-1977    **Clinical and Hospital Pharmacy Resident**, College of Pharmacy and
             Albert B. Chandler Medical Center, University of Kentucky, Lexington, Kentucky
1971 (summer) **Pharmacy Intern**, Kansas City General Hospital & Medical Center, Kansas City, MO.
1970 (summer) **Pharmacy Intern**, Warren's R$_X$ (community prescription shop), Sedalia, MO.

**Consultation** (*current to oldest experience*)
2006-present  **Chrysler, Health Benefits and United Auto Workers**, Corporation-Union
              Committee on Health Care Benefits, Detroit, MI
              (Consultation on Rx tools and drug therapy decisions related to drug benefit management.)
2005-present  **University of Minnesota, Health Benefits Department**, Minneapolis, MN
              (Consultation on design & management of the pharmacy benefit and the Medication Therapy
              Management benefit for the University's self-insured employee & beneficiary health plan.)
2005-present  **General Motors, Health Benefits and United Auto Workers**, Corporation-Union
              Committee on Health Care Benefits, Detroit, MI
              (Consultation on Rx tools and drug therapy decisions related to drug benefit management.)
2003          **World Bank**, *Consultant*, Washington, DC
              (Advise on bank policies that would increase and encourage improved access to essential drugs in
              developing countries.)
2002          **Massachusetts Department of Health Care Financing**, Commonwealth of
              Massachusetts, *Technical Consultant*, Boston, Massachusetts.
              (Advised on implementation of legislation related to Medicaid pharmacy payment and prescription
              drug user fee.)
2001-present  **Minnesota Attorney General**, *Technical Consultant*, Minneapolis, MN
              (Drug policy and pricing issues related to state activities and interests.)
2001          **Federal Employee Health Benefit Program**, (administered by)
              Blue Cross Blue Shield Association, *Technical Consultant*, Washington, DC
              (Review and evaluation of bids from PBMs competing for the plan's pharmacy benefit service contract.)
2000-2001     **Priority Prescription Savings Program**, Iowa Department of Public Health,
              *Technical Consultant*
              (Provided technical advice on program design, operation, and vendor selection.)
1999-2000     **Blue Cross Blue Shield Association**, *Consultant*, Washington, DC
              (Review and selection of contractor to conduct research on the impact of pipeline drugs on future
              pharmacy costs.)
1999          **Kansas Pharmacy Services Corporation, Inc.,** *Strategic Planning Consultant*, Topeka, KS
              (Conducted strategic planning workshop for pharmacy network and drug buying group.)
1999          **PCS Inc., Clinical Advisory Committee**, *Member*, Scottsdale, AZ.
              (Advise on clinical and administrative aspects of PCS programs and policies.)
1996-1997     **U-Care HMO**, *Technical Advisor*, Minneapolis, MN
              (Review and evaluation of bids from PBMs competing for the HMO's pharmacy benefit contract.)
1994          **Office of the Actuary, Health Care Financing Administration**,
              Department of Health & Human Services & Actuarial Research Corporation,
              *Technical Panel Member*
              (Advise and comment on methods for revising the estimates of prescription drugs, non-prescription drugs,
              and non-durable medical supplies as part of the National Health Accounts for HCFA.)
1993-1998     **Abt Associates & Health Care Financing Administration**, *Technical Consultant*
              (Review of plans for and progress of project titled "Evaluation of Medicaid Prospective Drug Utilization
              Review and Cognitive Services Demonstration Projects.")
1993-1994     **Centro Industrial de Laboratorios Farmaceuticos-Argentina**, *Consultant*,
              Buenos Aires, Argentina.
              (Public policy and economic aspects of Argentinean-based pharmaceutical producers.)
1992-1996     **Pharmaceutical Assistance Contract for the Elderly (PACE)**, *Committee Member*,
              Prospective Drug Utilization Review Technical Advisory Committee,
              Department of Aging, Commonwealth of Pennsylvania.
              (Oversight and advise on operation of point-of-service, on-line prospective drug utilization
              system for the PACE program providing prescription benefits to elderly Penn. citizens.)

| | |
|---|---|
| 1992 | **Enhanced Pharmacy Care**, *Strategic Planning Consultant*, Jackson, MS. |
| | (Conducted strategic planning workshop for retail pharmacy network and buying group.) |
| 1992 | **PACE Alliance, Inc.**, *Strategic Planning Consultant*, Lawrence, KS. |
| | (Conducted strategic planning workshop for Board of this retail pharmacy buying group.) |
| 1992-present | **National Association of Chain Drug Stores**, *Economic Consultant*, Alexandria, VA. |
| | (Advised on strategic planning, changes in the pharmaceutical market, economic impact of legislative and market changes, public policy analysis, and other issues.) |
| 1991-1995 | **U.S. General Accounting Office**, *Consultant*, Washington, DC. |
| | (Advised GAO on various projects related to the impact of OBRA '90 on Medicaid, VA hospitals, and HMOs; and international & historical drug price comparisons.) |
| 1991-1993 | **United Health Care**, *Research Consultant*, Minneapolis, MN. |
| | (Reviewer and advisor on pharmacoeconomic and pharmacoepidemiological research studies using the UHC pharmaceutical and other health care databases.) |
| 1991-1994 | **Center for the Study of Drug Development**, *Board Member*, Boston, MA. |
| | (Reviewer and advisor on research issues and strategies.) |
| 1991 | **Auditor General of California**, *Consultant*, Sacramento, CA. |
| | (Prepared report on the role of formularies in managing prescription drug expenditures.  The report was incorporated in a report on "How Medi-Cal and Other Health Care Providers Manage Their Pharmaceutical Expenditures," August 1991.) |
| 1991 | **QA, Inc.**, *Strategic Planning Consultant*, Des Moines, IA. |
| | (Conducted strategic planning workshop for this drug utilization review organization.) |
| 1990-1992 | **Health Economics Research & National Association of Chain Drug Stores**, *Consultant*, Alexandria, VA & Boston, MA. |
| | (Provided expert advise on the development of an econometric model of the retail prescription market incorporating the impact on consumers, pharmacies, wholesalers, manufacturers, insurers, and payers.) |
| 1986-present | **Legislative and Government Agencies**. |
| | (Numerous requests for information, interpretation, and technical assistance have been received from federal and state Congressional members and  their staffs and from personnel at governmental agencies including Health Care Financing Administration, Congressional Budget Office, Congressional Research Service, Office of Technology Assessment, General Accounting Office, Food and Drug Administration, and State Medicaid agencies.) |
| 1985-present | **Expert Witness and Consultation Activities** |
| | (Consultant and expert witness to cases involving pharmaceutical economics, marketing, manufacturer and retail pricing, third party reimbursement, postmarketing surveillance mergers and acquisitions, antitrust, and criminal behavior in the pharmaceutical market.) |
| 1988-1989 | **Prescription Drug Payment Review Commission**, *Commissioner*, Washington, DC |
| | (This was an 11 member independent Congressional commission which served as an advisory body to Congress with respect to the outpatient drug program established by the Medicare Catastrophic Coverage Act of 1988.) |
| 1986-1996 | **MediSpan, Inc.**, *Consultant*, Indianapolis, IN |
| | (Strategic planning for drug price and drug knowledge databases.) |
| 1987 | **Kansas Pharmacy Services Corporation, Inc.,** *Strategic Planning Consultant*, Topeka, KS |
| | (Conducted strategic planning workshop for pharmacy network and drug buying group.) |
| 1986 | **Boehringer-Ingelheim Pharmaceuticals, Inc**., *Pharmacy Education Advisory Board Member,* Ridgefield, CT |
| | (Development of asthma care education programs and materials for pharmacists) |
| 1985 | **APhA Commission on Third Party Programs**, *Consultant*, American Pharmaceutical Association, Washington, DC |
| | (Consultant and author of paper on third party reimbursement.) |
| 1984-1987 | **Argus Computing, Inc**. and **Argus PMS, Inc.**, *Consultant*, Kansas City, MO |
| | (Developed and managed Post Marketing Surveillance and Health Product Monitoring System.) |
| 1984 | **Texas Pharmaceutical Association** and **The Upjohn Company**, *Consultant* |
| | (Developed an audiovisual tape, titled "JOIN" (Jump On In), which is an orientation  to professional associations intended for recruitment of new and student members.) |
| 1984 | **Kansas Pharmacists Association**, *Strategic Planning Consultant*, Topeka, KS |
| | (Membership marketing and strategic planning consultant.) |
| 1984-1986 | **American Pharmaceutical Association**, *Consultant*, Washington, DC |
| | (Membership development and consultant on reimbursement policies for Medicaid) |
| 1983-1988 | **Indiana Pharmacists Association**, *Consultant*, Indianapolis, IN |
| | (General consultant and special projects.) |
| 1978 | **Mid-Ohio Health Planning Federation**, *Consultant*, Columbus, OH |
| | (Defined performance standards and measures and a self-evaluation process.) |

| | |
|---|---|
| 1977-1979 | **Lile and Heaton**, Attorneys at Law, *Expert Consultant*, Bellefontaine, OH |
| | (Interpretation and evaluation of medical and disability cases.) |
| 1977 | **Cardinal Hill Hospital**, *Consultant*, Lexington, Kentucky |
| | (Designed pharmacy services in 100-bed rehab. Hospital.) |
| 1975-1977 | **Kentucky Drug Formulary Council**, Department for Human Resources, |
| | Commonwealth of Kentucky, *Drug Product Evaluation Consultant*, Frankfort, Kentucky |
| | (Developed criteria for comparing bioavailability of drug products and evaluated "bioequivalence" of various drug products.) |

**Management** (*current to oldest experience*)

**2006-present** **The Minnesota Policy Group, LLC**, *President*, St. Paul, MN
(MPG provides consultation and evidence-based review of formulary management tools, drug benefit design, & other issues related to pharmaceutical economics and public policy including litigation support.)

**1994-1995** **Pharmacy Direct Network**, *Board Member*, Alexandria, VA.
(PDN was a nationwide network of community pharmacies, both chains and independents, that marketed prescription distribution, management, and services to employers and managed care firms.)

**1994-1995** **Pharmacy Care Associates of Minnesota**, *Board Member*, St. Paul, MN.
(PCA-MN is a Minnesota pharmacy provider network focused on delivering quality pharmaceutical care that assures improved patient outcomes while using resources efficiently.)

**1992-1996** **Pharmacy Care Management Group, Inc.**, *Board Member*, Marshalltown, IA.
(PCMG is pharmacy benefits management firm which supports state-level pharmacy provider networks focused on delivering quality pharmaceutical care that assures improved patient outcomes while using resources efficiently.)

**1991-present** ***PRIME* Institute**, *Director*, College of Pharmacy, University of Minnesota
(The *PRIME* Institute is dedicated to being at the forefront of research and education related to pharmaceutical economic trends, competition in pharmaceutical markets, access and affordability of medicines, and financing and design of drug therapy benefits under insured and managed care programs.)

**1986-1991** **Pharmaceutical Economics Research Center**, *Director*
Department of Pharmacy Practice, School of Pharmacy, Purdue University
(PERC served as a coordinated focus for research and scholarly study of economic issues related to pharmacy and the pharmaceutical industry.)

**1986-1988** **The Prescription Network of Indiana, Inc.**, *President*, Indianapolis, IN 46204
(This for-profit pharmacy network provides for contracting to HMOs, PPOs, and other purchasers of pharmacy service benefits.  The corporation is wholly-owned by the Indiana Pharmacists Association.)

**1985-1986** **Indiana Pharmacy Services, Inc.**, *Secretary-Treasurer*, Indianapolis, IN 46204
(This for-profit buying group provides member pharmacies with economical access to pharmaceuticals and related products.  The corporation is wholly-owned by the Indiana Pharmacists Association.)

**1985-1987** **Argus PMS, Inc.**, *Vice President for Research and Development*,
Purdue Research Park, West Lafayette, IN
(Development/design of postmarketing surveillance system and research projects,
Argus Health Product Monitoring System.)

**1983-1988** **Department of Pharmacy Practice**, *Computer System Manager*,
School of Pharmacy and Pharmacal Sciences, Purdue University
(Designed, acquired, and supervised the operation and use of a multi-user computer
system which included a network of microcomputers being used for word processing, data base
management, graphics applications, and data storage.)

**1977 (summer)** **Center for Comprehensive Health Systems Development**, *Fellow*
Department for Human Resources, Commonwealth of Kentucky
(Served as a health planner in the office of Grace G. Eddison, M.D., Director of the Center; initiated and
developed a drug-related data system and a State Health Plan for Pharmacy Services during the three-
month experience.)

**1975-1976** **Pennyrile Area Health Education System**, *Administrative Residency*, Madisonville, KY
(Developed health manpower data and needs assessment program.)

**1973 (summer)** **Indian Health Service, U.S. Public Health Service**, *Administrative Intern*, Rockville, MD
(Administrative training in the office of Allen J. Brands, Chief Pharmacy Officer, USPHS.)

**1972 (summer)** **Student American Pharmaceutical Association**, *Administrative Intern*, Washington, DC
(Development of association projects and programs.)

**RESEARCH ACTIVITIES** (*chronological order*)

1. Project IDEAS (International Drug Education Awareness for Students), Bureau of Educational and Cultural Affairs, U.S. Department of State, Aug.–Sept. 1972; grant to study and stimulate interest of health professional students in Europe in drug abuse education programs (8 countries).
   [*Note*: Items 2-10 represent bioavailability, pharmacokinetic, and Phase I, II, and III clinical research that was conducted through the Drug Product Evaluation Unit, College of Pharmacy, University of Kentucky under the direction of Thomas S. Foster, Pharm.D., Spring 1977.]
2. "Disposition of $C^{14}$-Cefatrizine in Human Volunteers," Bristol Laboratories, Jan. 23, 1977, Clinical Monitor
3. "Bioavailability Study of Digitoxin Oral Dosage Forms," FDA, Jan. 30 to Apr. 24, 1977, Clinical Coordinator.
4. "Pharmacokinetic Evaluation of Isosorbide Dinitrate Oral Dosage Forms," Ives Laboratories, Feb. 6-20, 1977, Clinical Coordinator.
5. "A Double Blind Evaluation of Efficacy and Safety of Proquazone (43-715) Compared to Aspirin in Outpatients with Osteoarthritis," Sandoz Pharmaceuticals, Spring 1977, Protocol Development.
6. "Bioavailability of Ketoprofen Oral Dosage Forms," Ives Laboratories, Apr. 17-24, 1977, Clinical Coordinator.
7. "Bioavailability and Pharmacokinetic Pilot Study of Chlorothiazide and Hydro-chlorothiazide," Food and Drug Administration, Feb. 27 to Mar. 1, 1977, Clinical Coordinator.
8. "Comparative Efficacy and Safety of Proloprim versus Macrodantin in Patients with Acute Uncomplicated Urinary Tract Infections," Burroughs Wellcome Co., Spring 1977, Protocol Development.
9. "Bioavailability Evaluation of Theophylline Oral Dosage Forms in a Normal Adult Population," Central Pharmacal Co., Mar. 27, 1977, Clinical Coordinator.
10. "Trasicor (BA-39089), Evaluation of Anti-Anginal Effects," Ciba-Geigy Corp., Spring, 1977, Clinical Coordinator.
11. "How Effective Are Drug Formularies? A Descriptive and Normative Study," Research Pharmacist under the direction of T. Donald Rucker and James A. Visconti, Ohio State University, Grant No. 1 RO1 FD00784-01, FDA, DHEW, Feb. 1976 to Mar. 1978.
12. "Program Evaluation of Pharmaceutical Services under Ohio Medicaid," Ohio Department of Public Welfare, Co-Principal Investigator, 1979.
13. "Quality Indicators for Drug Therapy in Nursing Homes: Development and Application of a Method," Co-Principal Investigator, 1979.
14. "An Evaluation of Alternatives for the Provision of On-Site Pharmaceutical Services in a Nursing Home," Handmakers Jewish Geriatric Center, Tucson, Arizona, $1,000, Principal Investigator, Apr. 1981 to Mar. 1982.
15. "Consumer Demand for and Economic Feasibility of Pharmacist-Provided Prescription Counseling," NIH Biomedical Research Support Grant, College of Pharmacy, University of Arizona, $9,500, Principal Investigator, Jul. 1981 to Dec. 1982.
16. "Arizona Pharmacy Manpower Study," College of Pharmacy, University of Arizona, $1,200, Principal Investigator, May to Nov., 1982.
17. "Professional Association Membership Decisions Among Pharmacists," School of Pharmacy and Pharmacal Sciences, Purdue University, $2,200, Principal Investigator, Dec. 1982 to Jan. 1984.
18. "Standard Reporting Terminology for a Pharmacy Database," AACP Special Projects Grant, $2,000, Principal Investigator, Sept. 1983 to Aug. 1985.
19. "Indiana Third Party Experience Survey," Indiana Pharmacists Association, $686 Principal Investigator, Spring 1984.
20. "Third Party-Induced Cost-Shifting in Community Pharmacy," Department of Pharmacy Practice, Purdue University, $2,000, Co-Investigator, May 1984 to Aug. 1985.
21. "A Community Pharmacy-Mediated Drug Monitoring Methodology," Pharmaceutical Manufacturers Association Foundation, $151,186, Co-Investigator, Mar. 1984 to Feb. 1986.
22. "$R_X$-to-OTC Switch: Industry Expectations and Impact Study," NIH Biomedical Research Support Grant, School of Pharmacy and Pharmacal Sciences, Purdue University, $2,000, Principal Investigator, May 1984 to Mar. 1985.
23. "Postmarketing Surveillance of OTC Analgesics," McNeil Consumer Products Company through Argus PMS, Inc., West Lafayette, IN, $410,000, Principal Investigator, May 1985 to Dec. 1986.
24. "Pharmaceutical Economic Trend Indicator Database Project," Pharmaceutical Economics Research Center (multiple sponsor project), $33,000, Principal Investigator, Jul. 1986 to 1991.
25. "Enhancement of Pharmacy Student Problem-Solving Ability Utilizing a Problem-Based, Self-Directed Learning Approach," David Ross XR Grant, Purdue University, $16,300, Co-Principal Investigator, Aug. 1986 to Jun. 1988.

26. "Analysis of Policy Alternatives under Proposed Rule for Limits on Payments for Drugs by the Health Care Financing Administration," American Pharmaceutical Association, $3,217, Principal Investigator, Oct. 1986.

27. "Development and Marketing of the Prescription Network of Indiana," Prescription Network of Indiana, Inc., $1,862, Principal Investigator, Oct. 1986 to Jun. 1988.

28. "Cost Effectiveness of Pharmaceuticals," Burroughs Wellcome, $500, Principal Investigator, Nov. 1986.

29. "Economic Consequences of Drug Therapy Decisions," Pracon, Inc., $2,783, Principal Investigator, Dec. 1986 to Jun. 1987.

30. "Changes in Unsponsored Hospital Care: 1981-1986," Center for Public Policy and Public Administration, Purdue University, Co-Investigator, Jan. 1987 to Feb. 1988.

31. "Prescription Event Intervention by Community Pharmacists in Indiana," Indiana Pharmacists Association, $500, Co-Principal Investigator, Feb. to Nov. 1987.

32. "Economic Impact of $R_x$-to-OTC Switches on Community Pharmacies," Pracon, Inc., $3,000, Principal Investigator, Jul. 1987 to Sept. 1988.

33. "Membership Survey of the Academy of Pharmaceutical Research and Science," American Pharmaceutical Association, $583, Principal Investigator, Jul. 1987 to Jan. 1988.

34. "Pricing Patterns of Generic Pharmaceutical Products," MediSpan, Inc., $6,000, Principal Investigator, Sept. 1987 to Dec. 1988.

35. "Impact of the Changing Health Care System on Marketing of Pharmaceuticals," Bristol-Myers Co., $300, Co-Principal Investigator, Jan. to Mar. 1988.

36. "Development of a Database Management System for Pharmaceutical Benefit Plans," American Financial Consulting Co., $23,750, Co-Principal Investigator, Spring 1988.

37. "National Pharmacists' Compensation Survey," American Pharmaceutical Association, $24,466, Co-Principal Investigator, Oct. 1988 to Jun. 1990.

38. "Pricing Patterns of Theophylline and Other Products," Schering-Plough Corporation, $45,855, Principal Investigator, Oct. 1988 to Jun. 1990.

39. "NACDS Resource Guide: The Chain Drug Store Industry and the Retail Pharmacy Market," National Association of Chain Drug Stores, $12,989, Co-Principal Investigator, Dec. 1988 to Nov. 1989.

40. "NACDS State of the Industry Report," National Association of Chain Drug Stores, $34,114, Co-Principal Investigator, Dec. 1988 to Nov. 1989.

41. "Report to Congress on Manufacturers' Prices and Pharmacists' Charges for Outpatient Drugs Covered by Medicare," Health Care Financing Administration, U.S. DHHS, $21,118, Co-Principal Investigator, Jan. to Feb. 1989.

42. "Membership Marketing for State Pharmacy Associations," Marion Laboratories, $30,000, Co-Principal Investigator, Mar. to Sept. 1989.

43. "Pharmacists Attitudes Toward and Performance of Patient Care Functions," Purdue University, Co-Investigator, Jul. 1989 to Aug. 1990.

44. "A Multi-center Study of Prescribing Errors in Community Pharmacy Practice," American Pharmaceutical Association Foundation, $30,000, Co-Principal Investigator, Jun. 1989 to Aug. 1990.

45. "Economic Life Cycle of Products Upon Facing Multiple Source Competition," Purdue University, Co-Investigator, Apr. 1989 to Aug. 1990.

46. "Economic Impact of Third Party Reimbursement Upon Chain Pharmacies," National Association of Chain Drug Stores, $79,406, Co-Principal Investigator, Jul. 1989 to Jun. 1990.

47. "Report to Congress on Manufacturers' Prices and Pharmacists' Charges for Prescription Drugs Used by the Elderly," Health Care Financing Administration, U.S. DHHS, $321,446, Co-Principal Investigator, Aug. 1989 to Jun. 1990.

48. "1990-91 National Pharmacists' Compensation Survey," American Pharmaceutical Association, $26,626, Co-Principal Investigator, Oct. 1990 to Sept. 1991.

49. "Analysis of Prescription Expenditures at the Dalton Foundries, Inc.: 1989 vs. 1990," Bill's Pill Box Pharmacy, $500, Principal Investigator, Jul. to Nov. 1990.

50. "Economic Impact of Multiple Source Competition on Originator Products: 1980 to 1988," Office of Technology Assessment, U.S. Congress, $10,000, Principal Investigator, Oct. 1990 to Jun. 1991.

51. "Current Pharmaceutical Discounting Practices: Impact of Discount Elimination on Institutional Pharmacies, American Society of Hospital Pharmacists, $2,000, Co-Principal Investigator, Jan. to May 1991.

52. "The 1990 Outpatient Prescription Market: Definition and Description," Eckerd Corporation, $1,000, Principal Investigator, Jul. 1991.

53. "Economic Impact of Multiple Source Competition on Originator Products: 1989 to 1990,"" Office of Technology Assessment, U.S. Congress, $10,000, Principal Investigator, Aug. 1991 to Dec. 1991.

54. "Pricing Trends of Pharmaceutical Products in 1985-92," MediSpan, Inc., $9,600, Principal Investigator, Jul. 1991 to Jun. 1992.

55. "The NACDS-PRIME Index: A System for Monitoring Drug Pricing Trends," National Association of Chain Drug Stores, $59,984, Principal Investigator, Sept. 1991 to Dec. 1992.

56. "Annual Prescription Survey of Chain Pharmacies,"" American Druggist, $5,000, Principal Investigator, Jan. to Mar. 1992.

57. "Effect of the Medicaid Drug Rebate on Generic Pharmaceutical Firms," Generic Pharmaceutical Industry Assoc., $10,000, Principal Investigator, Mar. to Jun. 1992.

58. "Price Changes of Drugs in the Top 200: 1987-1992," MediSpan, Inc., Total: $9600; Principal Investigator, Jul. 1992 to Jun. 1993.

59. "The Cost of Bill C-91: Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Canadian Drug Manufacturers Association, Total: $35,000; Principal Investigator, Aug. 1992 to Jan. 1993.

60. "Research Center Master Contract," Health Care Financing Administration, RFP-92-015/PK, Total: $43,150; Direct: $35,301; Co-Investigator with Institute for Health Services Research, University of Minnesota, Aug. 1, 1992 to Jul. 31, 1995.

61. "Development of a Report on the Tax Impact of the Wholesale Drug Distributor Tax on the Pharmaceutical Market," Minnesota Department of Revenue, MNDR/67239-53131, Total: $19,957; Principal Investigator (with Judy A. Johnson), Sept. 1992 to Mar. 1993.

62. "Cost Efficiency of Mail Order versus Community Pharmacy Services," National Association of Chain Drug Stores, Total: $160,000, U of M $13,000; Co-Principal Investigator (with Jerry Cromwell of Health Econ. Research), Sept.1992 to Jun. 1993.

63. "Annual Prescription Survey of Chain Pharmacies," Hearst Publishing (American Druggist), Total: $5,000; Principal Investigator (with Judy A. Johnson), Jan. to Apr. 1993.

64. "The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1993," National Association of Chain Drug Stores, Total: $25,279; Principal Investigator, Jan. 1993 to Feb. 1994.

65. "Cross-National Comparison of Brand and Generic Drug Prices: United States, Canada, and Venezuela," Marcel Curiel Foundation, Total: $3,000; Principal Investigator (with Dong-Churl Suh), Feb-Jun 1993.

66. "Economic Implications of Switching Oral Contraceptives to OTC Status," The Henry J. Kaiser Family Foundation, Total: $4,963; Principal Investigator (with Judy A. Johnson), Mar. to Jul. 1993.

67. "Evaluation of Drug Use Review Demonstration Projects," Health Care Financing Administration, RFP-HCFA-93-002-EE, Total: $2.3 million-Penn State University and Abt Associates, S.W. Schondelmeyer, ~$36,000; Principal Consultant, Apr. 1993 to Jun. 1998.

68. "Insurance Coverage of Oral Contraceptives and Economic Implications of Switching Oral Contraceptives to Over-the-Counter Status," Henry J. Kaiser Family Foundation, $5,000, Principal Investigator, Apr. 1993 to Jul. 1993.

69. "Annual Prescription Survey of Chain and Independent Pharmacies," Hearst Publishing (American Druggist), Total: $15,000; Principal Investigator (with Judy A. Johnson), Jul. 1993 to Apr. 1994.

70. "Impact of the Medicaid Drug Rebate Policy on Expenditures, Utilization and Access," Health Care Financing Administration, RFP-HCFA-93-077-PK, Total: $339,848; U of M: $128,180, Principal Investigator, Oct. 1, 1993 to Jun. 27, 1994.

71. "The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1994," National Association of Chain Drug Stores, Total: $25,279; Principal Investigator, Jan. 1994-Feb. 1995.

72. "Evaluation of Prescription Pricing Trends," MediSpan, Inc., Total: $11,000, Principal Investigator, Jun. 1994 to May 1995.

73. "Impact of the Medicaid Drug Rebate Policy on Expenditures, Utilization and Access: Part II," Health Care Financing Administration, RFP-HCFA-93-077-PK no-cost extension; Principal Investigator, Jun. 27, 1994 to Oct. 31, 1994.

74. "Annual Prescription Survey of Chain and Independent Pharmacies," Hearst Publishing (American Druggist), Total: $5,000; Principal Investigator (with Judy A. Johnson), Jul. 1994 to Apr. 1995.

75. "The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1995," National Association of Chain Drug Stores, Total: $25,279; Principal Investigator, Jul. 1, 1994 to Jun. 30, 1995.

76. "Aetna Pharmacoeconomic/Managed Care Fellowship," Marion Merrell Dow, 2-year post-Pharm. D. fellowship, $60,000 ($30,000 in 1994-95 and $30,000 in 1995-96) Fellowship Preceptor, Jul. 1994 to Jun. 1996.

77. "Impact of U.S. Health Care Reform and European Patent Law Changes on Accessibility to and Prices of Generic Pharmaceuticals in the United States," National Association of Pharmaceutical Manufacturers, Total: $29,684; Direct: $26,986, Stephen W. Schondelmeyer, Principal Investigator and John M. Coster Co-PI, Jul. 1994 to Jan. 1995.

78. "Impact of U.S. Health Care Reform on the Pharmaceutical Marketplace," American Association of Retired Persons, Total: $24,598; Direct: $22,362, John M. Coster, Principal Investigator and Stephen W. Schondelmeyer, Co-PI, Jul. 1994 to Dec. 1994.

79. "Pharmacy Reimbursement Trends Before and After the OBRA '90 Moratorium on Fee Decreases," American Pharmaceutical Association, Total: $5,000, Stephen W. Schondelmeyer, Principal Investigator and John M. Coster, Co-PI, Oct. 1, 1994 to Dec. 31, 1994.

80. "Impact of the Medicaid Drug Rebate Policy on Expenditures, Utilization and Access: Part II," Health Care Financing Administration, RFP-HCFA-93-077-PK continuation award, Total: $56,349; Direct: $54,033, Principal Investigator, Nov. 1, 1994 to Apr. 30, 1995.

81. "Economic Impact of GATT Patent Extension on Currently Marketed Drugs," National Association of Pharmaceutical Manufacturers and National Pharmaceutical Alliance, Total: $15,000, Stephen W. Schondelmeyer, Principal Investigator, Dec. 1994 to Mar. 1995.

82. "Survey of Hospital-Based Pharmaceutical Services in Spain," Sociedad Espanola de Farmacia Hospitalaria, Enrique Seoane and Stephen W. Schondelmeyer, Co-Principal Investigators, co-sponsored project between the PRIME Institute and the Spanish Society of Hospital Pharmacy, Feb. 1995 to Jun. 1995.

83. "Survey of Hospital-Based Pharmaceutical Services in Spain," Sociedad Espanola de Farmacia Hospitalaria, $10,000, Enrique Seoane and Stephen W. Schondelmeyer, Co-Principal Investigators, co-sponsored project between the PRIME Institute and the Spanish Society of Hospital Pharmacy, Feb. to Sept. 1995.

84. "Is Pharmacist Monitoring of Epoetin and Iron Cost-Effective?" Research Institute of the American College of Clinical Pharmacy, Research Award, $10,000, Wendy L. St. Peter, Pharm.D., Principal Investigator, Stephen W. Schondelmeyer, Co-Investigator, Jul. 1995 to Jun. 1996.

85. "The NACDS-*PRIME* Index: Tracking Changes in Drug Prices, 1996," National Association of Chain Drug Stores, Total: $35,895; Principal Investigator, Jul. 1995 to Dec. 1996.

86. "Assessment of Impact of Pharmacy Benefit Managers," Total Direct: $500; Health Care Financing Administration, U.S. DHHS, (HCFA-95-023/PK), Expert Panel, Jul. 12, 1995 to Jul. 11, 1996.

87. Impact of Formulary Restrictiveness on Pharmaceutical and Health Care Expenditures in Managed Care Plans, Total Direct: (funded as part of Pharmacoeconomic Fellowship), Mark V. Siracuse and Stephen W. Schondelmeyer, Co-Principal Investigators, and Jody Hessen, Co-Investigator, Aug. 1995 to Jun. 1996.

88. Market Potential and Business Development Assessment of a Potential Drug Product, Total Direct: $2,000, Upsher-Smith Laboratories, Stephen W. Schondelmeyer, Principal Investigator, and Enrique Seoane-Vazquez, Co-investigator, Aug. to Sept. 1995.

89. "Annual Prescription Survey of Chain and Independent Pharmacies," Hearst Publishing (American Druggist), Total: $5,000; Principal Investigator (with Judy A. Johnson), Dec. 1995 to May 1996.

90. "State Level Trends in Medicaid Drug Expenditures," Total Direct: $1,000, National Association of Chain Drug Stores, Stephen W. Schondelmeyer, Principal Investigator; Enrique Seoane-Vazquez, Co-Investigator, Dec. 1995 to Jan. 1996.

91. "Impact of Cooperative Purchasing on the Pharmaceutical Market: Section 1555 of the Federal Acquisition Streamlining Act," Public Hospital Pharmacy Coalition, Total: $20,000, Stephen W. Schondelmeyer, Principal Investigator with Ronald S. Hadsall and Darwin Zaske (Co-Investigators) Oct. to Dec., 1996.

92. "Generic Pharmaceutical Use in Venezuela," Total:  $41,641 ($38,200 + $3,441), Fundacion Elias Morris Curiel, Stephen W. Schondelmeyer, Principal Investigator; Enrique Seoane-Vazquez, Co-Investigator, Oct. 1996 to Mar. 1997.

93. "Pharmacy Benefit Evaluation for U-Care," Total: $4,575, U-Care HMO, Stephen W. Schondelmeyer, Principal Investigator and Mark Siracuse, Co-Investigator, Nov. to Dec. 1996.

94. "A System for Monitoring Drug Prices Trends in 1997:  The NACDS-*PRIME* Index," National Association of Chain Drug Stores, Total: $27,030; Principal Investigator, Jan. 1997 to Dec. 1997.

95. "Annual Prescription Survey of Chain and Independent Pharmacies, 1997" Hearst Publishing (American Druggist), Total: $5,000; Principal Investigator (with Enrique Seoane), Jan. to Jun. 1997.

96. "Trends in Medicaid Pharmaceutical Benefit Expenditures, 1995," National Association of Chain Drug Stores, Total:  $1,500, Principal Investigator, Jan. 1997.

97. "Cost of Rheumatoid Arthritis," Economic Advisory Group, Ltd. (London, England), Total: $1,970, Stephen W. Schondelmeyer & Enrique Seoane-Vazquez, Co-Principal Investigators, May to Jun. 1997.

98. "Historical Development of Pharmacy," American Institute of the History of Pharmacy, $1,000, Mary Indritz, dissertation grant, June 1997.

99. "Epilepsy in the Elderly," NIH-NINES, Direct Cost: $650,000, James Cloyd, Principal Investigator, et al., Stephen W. Schondelmeyer, consultant (5% salary release, ~$6,000 per year), July 1997 to June 2002.

100. "Understanding the Costs of HIV Drugs and Identifying Purchasing Arrangements," Henry J. Kaiser Family Foundation through subcontract with Montefiore Medical Center, Total: $15,000; Principal Investigator, Oct. 1997 to Sept., 1998.

101. "Annual Prescription Survey of Chain and Independent Pharmacies, 1998" Hearst Publishing (American Druggist), Total: $5,300; Principal Investigator (with Enrique Seoane), Jan. 1998 to June 1998.

102. "A System for Monitoring Drug Prices Trends in 1998: The NACDS-PRIME Index," National Association of Chain Drug Stores, Total: $20,000 (C-U); Principal Investigator, January 1998-December 1998.

103. "Two Perspectives on Satisfaction: Patients and Pharmacists," American Pharmaceutical Association, APhA Foundation and Quality Center, Total: $34,570 (C-U); Principal Investigator (with Jill Acosta), Feb. 1, 1998 to May 31, 1999.

104. "HIV-Related Pharmaceuticals in the U.S. Market: Expenditures, Channels of Distribution, and Prescribing Trends," Henry J. Kaiser Family Foundation, Total: $61,500; Principal Investigator, March 15, 1998 to December 31, 1998 (extended to July 2000).

105. "Positioning and Pricing Hectorol in the Vitamin D Analog Market, Bone Care International, Inc., Madison, Wisconsin and Nephrology Pharmacy Associates, Inc., Ann Arbor Michigan, Total: $14,500; Principal Investigator (with Enrique Seoane), July 1998 to January 1999.

106. "The Financial Impact of Third Party Prescriptions on Community Pharmacies," National Community Pharmacists Association Foundation, Alexandria, VA, Total: $10,103, Co-Principal Investigator with Sam Wagner, Sept. 1998 to May 1999.

107. "Economic Consequences of Bone Marrow Transplants in the U.S., Economic Advisory Group, Bedford, England, Total: $5,450, Enrique Seoane and Stephen W. Schondelmeyer, Principal Investigators, December 1998 to January 1999.

108. "Minnesota Pharmacist Survey of Compensation and Patient-Centered Services," Minnesota Pharmacists Association, Total: $1,250 ($500 in-kind services), JC Schommer, RS Hadsall, T Larson, SW Schondelmeyer, DL Uden, Co-Investigators, 1999.

109. "Pharmaceutical Database Research Facility," College of Pharmacy, University of Minnesota, Total: $26,000, SW Schondelmeyer, RS Hadsall, JC Schommer, Co-Investigators, 1999.

110. "Legislative Strategies to Lower Drug Prices for All Vermonters," State of Vermont, Health Access Oversight Committee, Montpelier, Vermont, Total: $22,000, Principal Investigator, Aug. to Nov. 1999.

111. "Drug Expenditures of the Elderly: Projections from 1996 to 2010," Families USA Foundation, Washington, DC, Total: $20,900, Principal Investigator, January to June 2000.

112. "Survey of Pharmacists' Handling of Partial Fill Prescriptions Over the Past Decade," Eckerd Corporation, Salt Lake City, UT, Total: $78,831.33, Principal Investigator, May 2000 to Feb. 2001.

113. "Effects of Collaborative Pharmaceutical Care on Achieving Therapeutic Outcomes," Fairview Health System & University of Minnesota Academic Health Center, Grant 99-27, Minneapolis, MN, Total: $181,191, Brian Isetts, Principal Investigator; Stephen W. Schondelmeyer, Co-Investigator, Aug 2000 to June 2003.

114. "Pharmacoeconomic Fellowship Grant," Tsu Chiang Tu, Taipei, Taiwan, Total: $20,000, Sept. 2000 to May 2001.

115. "State Medicaid Drug Expenditure Trends, 1988-1998," National Association of Chain Drug Stores, Alexandria, VA, Total: $12,000, Principal Investigator, Dec. 2000 to June 2001.

116. "Product Characteristics of Top 300 Prescribed Drugs," Medquest, Inc., St. Paul, MN, Total: $5,000, Principal Investigator with Enrique Seoane, June to September, 2001.

117. "Pharmocoeconomic Analysis of Parecoxib for Pain Treatment in Outpatient Surgery and Emergency Room Departments," Pharmacia through Data Intelligence Consultants, Eden Prairie, MN, Total: $47,148.22, Principal Investigator with Enrique Seoane, July to December 2001.

118. "Managed Care Pharmaceutical Outcomes Dissertation Fellowship," Pharmacia Corporation, Total: $109,657, JC Schommer, RS Hadsall, SW Schondelmeyer, Co-Advisors, July 2001 to June 2003.

119. "Pharmacoeconomic Fellowship Grant," Fusiung Tsai, Taipei, Taiwan, Total: $25,000, Sept. 2001 to May 2002.

120. "Rate and Extent of Generic Penetration for Drug Entities Facing First Generic Competition: 1992-2001," Apotex, Inc., (provided data for analysis), Principal Investigator, August 2002 to June 2003.

121. "Prescription Drug Utilization In Medicaid:  Using Medicaid Claims Data To Develop Prescription Drug Monitoring," Centers for Medicare & Medicaid Services, U.S. Department of Health & Human Services, RFP No. CMS-02-008/VAC, Mathematica Policy Research, Principal Investigator; Stephen W. Schondelmeyer, Technical Consultant, Sept. 2002 to Aug. 2004.

122. "State Medicaid Drug Expenditure Trends, 1982-2002," National Association of Chain Drug Stores, Alexandria, VA, Total:  $15,000, Principal Investigator, Dec. 2002 to June 2003.

123. "Managed Care Pharmaceutical Outcomes Dissertation Fellowship," Pfizer Inc., Total: $144,250, JC Schommer, RS Hadsall, SW Schondelmeyer, R Cline, Co-Advisors, July 2003 to June 2006.

124. "Medicaid and Medicare Drug Pricing and Implementation Strategies," Centers for Medicare & Medicaid Services, U.S. Department of Health & Human Services, CMS-06-012/VAC, sub-contract through Abt Assoc., Inc., Project Total: $157,000; UM Total: $57,667, Co-Principal Investigator with Marian Wrobel (Abt Assoc.), Oct. 1, 2003 to June 30, 2004.

125. "Tracking Senior Drug Prices: 2000-2004," AARP, Total: $45,000, Principal Investigator, January 1, 2004 to December 31, 2004.

126. "Evaluation of the Medicare Prescription Drug Discount Card and Transitional Assistance Program: Stakeholders Perspectives—Phase I," Centers for Medicare & Medicaid Services, U.S. Department of Health & Human Services, CMS 04-001/DTB, Project Total:  $424,000, UM Total: $25,492, Senior Advisor (subcontract with Abt Assoc.), May 1, 2004 to March 31, 2005.

127. "Sales of Drugs & Biologicals to Large Volume Purchasers," Centers for Medicare & Medicaid Services, U.S. Department of Health & Human Services, CMS #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, Task Order 1 modification, Project Total: $349,000, UM Total: $41,652, Co-Principal Investigator with Marian Wrobel (Abt Assoc.), July 1, 2004 to June 30, 2005.

128. "Case Study of Texas Vendor Drug Program," Centers for Medicare & Medicaid Services, U.S. Department of Health & Human Services, CMS #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, Task Order 1 modification, Project Total: $142,000, UM Total: $42,878, Co-Principal Investigator with Marian Wrobel (Abt Assoc.), September 7, 2004 to June 30, 2005.

129. "Development of a Drug Price Database," Office of Inspector General, Department of Health & Human Services, Project Total: $24,999, Principal Investigator, September 15, 2004 to September 30, 2005.

130. "Tracking Senior Drug Prices: 2005 Quarterly Updates," AARP, Total: $20,000, Principal Investigator, January 1, 2005 to December 31, 2005.

131. "Evaluation of the Medicare Prescription Drug Discount Card and Transitional Assistance Program: Stakeholders Perspectives—Phase II," Centers for Medicare & Medicaid Services, U.S. Department of Health & Human Services, CMS 04-001/DTB, Project Total:  $319,000, UM Total: $22,310, Senior Advisor (subcontract with Abt Assoc.), April 1, 2005 to February 28, 2006.

132. "Evaluation of Pharmaceutical Pricing Under Medicare Drug Card," Assistant Secretary for Planning and Evaluation, U.S. Department of Health & Human Services, Task Order Contract #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, Project Total:  $112,000, UM Total: $68,606, Principal Investigator (subcontract with Abt Assoc.), September 15, 2005 to August 31, 2006.

133. "Tracking Senior Drug Prices: 2006 Quarterly Updates," AARP, Total: $20,000, Principal Investigator, January 1, 2006 to December 31, 2006.

134. "Medicare Part D Impact on Pharmacies and Beneficiaries," College of Pharmacy, University of Minnesota, Total: $25,000, Co-Principal Investigator with MM Worley and RR Cline, July 2006 to June 2008.

135. "Evaluation of Best buy Drug Outreach Project," Attorneys General Consumer and Prescriber Education Grant Program, Total: $399,954, Co-Principal Investigators (Stephen W. Schondelmeyer and Jon C. Schommer), November 2006 to November 2008.

136. "Tracking Senior Drug Prices: 2007 Quarterly Updates," AARP, Total: $20,000, Principal Investigator, January 1, 2007 to December 31, 2007.

137. "Evaluating Effectiveness of the Minnesota Medication Therapy Management Care Program," State of Minnesota, Department of Human Services, Total: $47,781, Co-Investigator (Stephen W. Schondelmeyer) with Principal Investigator (Brian J. Isetts), March 1, 2007 to November 30, 2007.

138. "Pharmaceutical Job Skills Training Program," Minnesota Department of Employment and Economics Development, Total: $385,739, Co-Investigator (Stephen W. Schondelmeyer) with Principal Investigator (Raj Suryanarayanan), August 1, 2007 to July 31, 2010.

## PUBLICATIONS AND OTHER SCHOLARLY ACTIVITIES

### Published Articles (peer-reviewed)

1. "Intravenous Phenytoin (Concluded)," Schondelmeyer, SW, Gatlin, L., and Gwilt, P, *New England Journal of Medicine*, 296 (2): 111, Jan. 13, 1977.
2. "Perspectives on Medical Specialization," Schondelmeyer, SW and D.M. Kirking, *Drug Intelligence and Clinical Pharmacy*, 14 (1):30-36, Jan. 1980.
3. "Application of Cost-Benefit and Cost-Effectiveness Analysis to Clinical Practice," J. Lyle Bootman, William F. McGhan, and Stephen W. Schondelmeyer, *Drug Intelligence and Clinical Pharmacy*, 16 (3):235-243, Mar. 1982.
4. "Effect of Urinary Acidifiers on Formaldehyde Concentration and Efficacy with Methenamine Therapy," M.C. Nahata, B.A. Cummins, D.C. McLeod, SW Schondelmeyer, R. Butler, *European Journal of Clinical Pharmacology*, 22 (3):281-284, 1982.
5. "A Strategy to Effect Change in Pharmacy Practice," Stephen W. Schondelmeyer, *American Journal of Hospital Pharmacy*, 39 (12):2137-42, Dec. 1982.
6. "Clinical Comparison of Albuterol, Isoetharine, Metaproterenol and Placebo Given by Aerosol Inhalation," Gregory P. Berezuk, Stephen W. Schondelmeyer, John J. Seidenfeld, William N. Jones, and J. Lyle Bootman, *Clinical Pharmacy*, 2 (2):129-34, Mar.-Apr. 1983.
7. "Consumer Demand for a Pharmacist-Conducted Prescription Counseling Service," Stephen W. Schondelmeyer and Carl E. Trinca, *American Pharmacy*, NS23 (6):65-68, Jun. 1983.
8. "Comparison of Consumer-Oriented Books on Medications," Timothy Stratton, SW Schondelmeyer, A. Barreuther, *Patient Education and Counseling*, 5(3):107-17, 1984.
9. "Women in Pharmacy Management-Why Not?," Frank J. Nice, SW Schondelmeyer, and J. Lyle Bootman, *American Pharmacy*, NS24 (4):50-55 (214-217), Apr. 1984.
10. "Pharmacists, Pharmaceuticals, and Drug Information in the Twenty-First Century," Stephen W. Schondelmeyer, *Drug Information Journal*, 19 (2):185-93, 1985.
11. "HMOs and PPOs: Strategy for Success Through Effective Pharmacy Networks," Stephen W. Schondelmeyer, *American Pharmacy*, NS26 (1):44-47, 50, 53, 55, Jan. 1986.
12. "Perspectives on Medical Specialization," Schondelmeyer, SW and D.M. Kirking, *Drug Intelligence and Clinical Pharmacy*, 20(4):274, Apr. 1986.
13. "Third Party Payment Policies: Design and Impact," Stephen W. Schondelmeyer, *American Pharmacy*, NS26 (8):41-45, 48-56, 63-68 (582-609), Aug. 1986.
14. "Taking It Over the Counter: Part I. Marketing Strategies," Suresh Madhavan and Stephen W. Schondelmeyer, *Pharmaceutical Executive*, 7 (4):78-82, Apr. 1987.
15. "Taking It Over the Counter: Part II. Marketing Issues," Stephen W. Schondelmeyer and Suresh Madhavan, *Pharmaceutical Executive*, 7 (5):54-60, May 1987.
16. "Evolving Health Care System: Economic and Organizational Patterns," Stephen W. Schondelmeyer, *Amer. Journal of Pharmaceutical Education,* 51 (4):389-395, Winter 1987.
17. "Documenting Prescribing Errors and Pharmacist Interventions in Community Pharmacy Practice," Michael T. Rupp, Stephen W. Schondelmeyer, G. Thomas Wilson, and Jane E. Krause, *American Pharmacy*, NS28(9):30-37 (574-581), Sept. 1988.
18. "Impact of Third Party and Managed Care Programs on Pharmacy Practice," Stephen W. Schondelmeyer, *Wellcome Trends in Pharmacy*, 10(10):2-3, 7-8, 10, Nov. 1988.
19. "Pharmacy and the Changing Health Care Environment," Stephen W. Schondelmeyer, *The Consultant Pharmacist*, 4 (Supplement A):23-25, 1989.
20. "Impact of Alternative Reimbursement Limits for Coverage of Multisource Prescriptions Under Medicare," Stephen W. Schondelmeyer, *Journal of Research in Pharmaceutical Economics,* 1(3):27-47, 1989.
21. "Demystifying the Pharmacy Component of Medicare Expansion," Stephen W. Schondelmeyer, *Journal of Research in Pharmaceutical Economics*, 1(3):3-26, 1989.
22. "Pharmacists' Compensation and Work Patterns: Overview of 1988 National Survey," Stephen W. Schondelmeyer, Holly L. Mason, Kenneth W. Schafermeyer, and Arthur H. Kibbe, *American Pharmacy*, NS29 (11):25-30, Nov. 1989.
23. "Pharmacists' Evaluations of the Nonprescription Availability of Metaproterenol, Cimetidine, Ibuprofen, and Nystatin," Suresh Madhavan and Stephen W. Schondelmeyer, *American Journal of Hospital Pharmacy*, 46 (12):2486-2492, Dec.1989.
24. "Economic Aspects of Switch," Stephen W. Schondelmeyer, *Drug Information Journal*, 24(1):57-66, 1990.
25. "Attitudes of Pharmacists Toward Rx-to-OTC Switches and Their Effect on Pharmacists' Overall Judgment of Switch Appropriateness," Suresh Madhavan and Stephen W. Schondelmeyer, *Jrnl. of Pharmaceutical Marketing and Management*, 4(4):3-25, 1990.

26. "Trends in Retail Prescription Expenditures," Stephen W. Schondelmeyer and Joseph Thomas, III, *Health Affairs*, 9(3):131-145, Fall 1990.

27. "Variables Affecting Pharmacists' Willingness to Accept Third-Party Prescription Contracts: A Conjoint Analysis," Sheryl L. Szeinbach, Holly L. Mason, Stephen W. Schondelmeyer, and Paul D. Collins, *Journal of Health Care Marketing*, 10(3):45-50, Sept. 1990.

28. "Pharmacists' Value-Added Services: What Are Their Costs?" Stephen W. Schondelmeyer and Kenneth W. Schafermeyer, *Wellcome Trends in Pharmacy*, 13(2):CE1-CE12, Mar. 1991.

29. "Pharmacists' Compensation and Work Patterns, 1990-91," Stephen W. Schondelmeyer, Holly L. Mason, Crystal S. Miller, and Arthur H. Kibbe, *American Pharmacy*, NS32 (1):38-45, Jan., 1992.

30. "Battered Bottom Lines:  The Impact of Eroding Pharmaceutical Discounts on Health-Care Institutions,"" Francis B. Palumbo, Stephen W. Schondelmeyer, David W. Miller, Stuart M. Speedie, *American Journal of Hospital Pharmacy,* 49 (5): 1177-1185, May 1992.

31. "The FDA Orange Book: Expectations Versus Realities," Kenneth W. Schafermeyer, Stephen W. Schondelmeyer, and G. Thomas Wilson, *Journal of Pharmacy and Law*, Vol. 1:13-26, 1992.

32. "An Analysis of the Cost of Dispensing Third Party Prescriptions in Chain Pharmacies: Analysis and Recommendations," Kenneth W. Schafermeyer, Stephen W. Schondelmeyer, Joseph Thomas III, and Kurt A. Proctor, *Journal of Research in Pharmaceutical Economics* 4(3): 3-24, Fall 1992.

33. "Prescribing Problems and Pharmacist Interventions in Community Practice," Michael T. Rupp, Michael DeYoung, and Stephen W. Schondelmeyer, *Medical Care* 30 (10):926-940, Oct. 1992.

34. "Price Indices for Pharmaceuticals Used by the Elderly," Joseph Thomas, III and Stephen W. Schondelmeyer, *Health Care Financing Review* 14(1): 91-105, Fall 1992.

35. "Invoicing Pharmacist Interventions," Bill G. Felkey, Stephen W. Schondelmeyer, Bruce Berger, *American Pharmacy*, NS34 (6):37-38, Jun. 1994.

36. "Economic Analysis of Health Care Technology:  A Report on Principles," Task Force on Principles for Economic Analysis of Health Care Technology (Alan L. Hillman, Director; Stephen W. Schondelmeyer, Task Force Member), *Annals of Internal Medicine*, Vol. 123, No. 1, Jul. 1, 1995.

37. "Situacion De La Farmacia Hospitalaria Encuesta - 1995," Schondelmeyer, Stephen W., Eduardo E. Arrieta, and Enrique Seoane-Vazquez, *SEFH Boletin Informativo*, Tomo XX, Numero 76, 1996, 100 pp. ["Situation of Hospital Pharmacy in Spain, 1995 Survey," *Sociedad Espanola De Farmacia Hospitalaria, Technical Bulletin*, 1996, No. 76, 100 pp.

38. "Gene therapy: socioeconomic and ethical issues. A roundtable discussion," Hillman AL, Brenner MK, Caplan AL, Carey J, Champey Y, Culver KW, Drummond MF, Freund DA, Holmes EW, Kelley WN, Kolata G, Levine MN, Levy E, Schondelmeyer SW, Velu T, Wilson JM, *Human Gene Therapy*, 1996 June 10;7(9):1139-44.

39. "Evidence-Based Medicine:  The Critical Assessment of Data," Cook, Deborah J., David B. Hoyt, Frederick A. Moore and Stephen W. Schondelmeyer, *Journal of Critical Care Nutrition*, Vol 4, No 1, 1997, pp. 4-12.

40. "Price Trends Before and After Patent Expiration in the Pharmaceutical Industry." D-C Suh, SW Schondelmeyer, WG Manning, Jr., RS Hadsall and JA Nyman.  *Journal of Research in Pharmaceutical Economics,* 1998 Vol 9 (2), pp 17-32.

41. "Effect of multiple-source entry on price competition after patent expiration in the pharmaceutical industry," DC Suh, WG Manning, Jr., SW Schondelmeyer, RS Hadsall, *Health Services Research*, June 2000, Vol. 35, No. 2, pp. 529-47.

42. "Impact of generosity level of outpatient prescription drug coverage on prescription drug events and expenditure among older persons," MB Artz, RS Hadsall, SW Schondelmeyer, *American Journal of Public Health*, Aug. 2002, Vol. 92, No. 8, pp. 1257-63.

43. "Trends and Events in American Pharmacy, 1852-2002," GB Griffenhagen, D Brushwood, J Parascondola, SW Schondelmeyer, *Journal of the American Pharmaceutical Association*, Sept.-Oct. 2002, Vol. 42, No. 5, Suppl. 1, pp. S24-S25.

44. "Quality assessment of collaborative approach for decreasing drug-related morbidity and achieving therapeutic goals," BJ Isetts, LM Brown, SW Schondelmeyer, LA Lenarz, *Archives of Internal Medicine*, 163(15): 1813-20, Aug 11-25, 2003.

45. "Assessing Career Aspirations of Pharmacy Students," MV Siracuse, SW Schondelmeyer, RS Hadsall, JC Schommer, *American Journal of Pharmaceutical Education*, 2004, Vol. 68, No. 3, pp. 143-154.

46. "The Association of Consumer Cost-Sharing and Direct-to-Consumer Advertising with Prescription Drug Use," RA Hansen, JC Schommer, RR Cline, RS Hadsall, SW Schondelmeyer, and JA Nyman, *Research in Social and Administrative Pharmacy*, June 2005, Vol. 1, No. 2., pp. 139-157.

47. "Effects of Collaborative Drug Therapy Management on Patients' Perceptions of Care and Health-Related Quality of Life," BJ Isetts, SW Schondelmeyer, AH Heaton, WB Wadd, NA Hardie, and MB Artz, *Research in Social and Administrative Pharmacy*, 2006, Vol. 2, No. 1, pp. 129-142; also, published online 7 March 2006 at doi:10.1016/j.sapharm.2005.12.002.

48. "Prescription Drug Insurance Instability and Its Correlates: Results from the 2000 Medical Expenditure Panel Survey," K Gupta, RR Cline, SW Schondelmeyer, *Research in Social and Administrative Pharmacy*, 2006, Vol. 2, No. 2, March 2006, pp.232-253.

49. "Relationship of the Magnitude of Member Cost-Share and Medication Persistence With Newly Initiated Renin Angiotensin System Blockers," D Zhang, AM Carlson, PP Gleason, SW Schondelmeyer, JC Schommer, BE Dowd, and AH Heaton, *Journal of Managed Care Pharmacy*, Vol. 13, No. 8, October 2007, pp.664-676. [JMCP Award for Excellence, Honorable Mention, 2007]

50. "Pharmaceutical Expenditures as a Correlate of Population Health in Industrialized Nations," *Annals of Pharmacotherapy*, Vol. 42, No. 3, March 2008, pp. 368-374; also published online, 13 Feb 2008, www.theannals.com, DOI 10.1345/aph.1K352.

51. "Clinical and economic outcomes of medication therapy management services: The Minnesota experience." Isetts BJ, Schondelmeyer SW, Artz MB, Lenarz LA, Heaton AH, Wadd WB, Brown LB, and Cipolle RJ, *Journal of the American Pharmacists Association*, 48:2, pp. 203-211, Mar-Apr 2008.

52. "Third-Year Pharmacy Students' Work Experience and Attitudes and Perceptions of the Pharmacy Profession," Mark V Siracuse, SW Schondelmeyer, RS Hadsall, and JC Schommer, *American Journal of Pharmaceutical Education*, 2008, Vol. 72, No. 3, article 50, 9 pp.

53. "A Thematic Analysis for How Patients, Prescribers, Experts, and Patient Advocates View the Prescription Choice Process," JC Schommer, MM Worley, AL Kjos, SVS Pakhomov, SW Schondelmeyer, *Research in Social and Administrative Pharmacy*, August 2008, pp. 1-16, available at www.sciencedirect.com, doi:10.1016/j.sapharm.2008.07.001.

**Published Articles (professional journals)**

1. "Practical Experience with Education," Stephen W. Schondelmeyer, *Action in Pharmacy* 3(5):2, Jan. 1971.
2. "Why Pharmaceutical Services?" Stephen W. Schondelmeyer, *Action in Pharmacy* 4(6):2, Feb., 1972.
3. "The Student Speaks," SW Schondelmeyer, *Action in Pharmacy* 4(9):2, May 1972.
4. "Membership Services," Stephen W. Schondelmeyer, *Journal of the American Pharmaceutical Association* NS12 (8):434,436, Aug. 1972.
5. "A Student's Challenge - - Professional Change," Stephen W. Schondelmeyer, *Journal of the American Pharmaceutical Association*, NS13 (7):390, Jul. 1973.
6. "Building to Serve Pharmacy's Future," Stephen W. Schondelmeyer, *Action in Pharmacy* 6(3):4, Nov. 1973.
7. "Pharmacy Security and the Graduate," Stephen W. Schondelmeyer, *Journal of the American Pharmaceutical Association*, NS14 (4):215, Apr. 1974.
8. "How to Follow Up on Therapeutic Recommendations," Stephen W. Schondelmeyer, *Pharmacy Practice*, 16(2):12, Feb. 1981.
9. "Consumers 2," Stephen W. Schondelmeyer, *Action in Pharmacy* 16(6):4, Feb. 1984.
10. "Congressional Consultant Addresses Medicare Reimbursement Under Catastrophic Coverage," edited by Stephen W. Schondelmeyer, *Hospital Economics*, Vol. 1, No. 3, pp. 7, 15, Oct. 1989.
11. "Payment Limits May Affect Pharmacists, Manufacturers," edited by Stephen W. Schondelmeyer, *Hospital Economics*, Vol. 1, No. 7, p. 15, Mar. 1990.
12. "Pharmacists Must Adapt to More Third Party Payment," edited by Stephen W. Schondelmeyer, *Hospital Economics*, Vol. 1, No. 9, p. 15, May 1990.
13. "Rx-to-OTC Switch: Question and Answer Session," William E. Cooley, Stephen W. Schondelmeyer, Jonathan C. Peck, and Jerome A. Halperin, *Drug Information Journal*, 24(1):67-71, 1990.
14. "The Affordability of Medicines," Robert O. Hills, Sanford Luger, and Stephen W. Schondelmeyer, *P & T*, pp. 1051-1069, Aug. 1990.
15. "A Drug Utilization Evaluation Primer: Conceptual and Operational Aspects," William N. Yates Jr., Michael T. Rupp, & Stephen W. Schondelmeyer, *A White Paper* (Indianapolis: MediSpan Inc.), pp.1-12, 1990.
16. "OBRA 1990 To Have Significant Effect on Medicaid, Drug Manufacturers and Hospitals," Stephen W. Schondelmeyer, *Hospital Economics*, 2(6):4,15, 1991.
17. "Where Health Dollars Go," Stephen W. Schondelmeyer, *American Druggist*, 205 (2): 24,26, Feb. 1992.
18. "Where the Growth Is," Stephen W. Schondelmeyer, *American Druggist*, 205 (4): 21-23, Apr. 1992.
19. "Dynamics of Health Care Reform," Stephen W. Schondelmeyer, *Minnesota Pharmacist*, 46 (7):11-13, Apr. 1992.

20. "A Recount on Drug Spending: Schondelmeyer Replies," Stephen W. Schondelmeyer, *American Druggist*, 205 (5): 4,6, May 1992.
21. "Therapy's Real Price," Stephen W. Schondelmeyer, *American Druggist*, 205 (6): 19, 23, Jun. 1992.
22. "Annual Prescription Trends Survey," Janice L. Zoeller, Don Senter, and Stephen W. Schondelmeyer, *American Druggist*, 205 (6): 45-49 Jun. 1992.
23. "Doing More for Less," Stephen W. Schondelmeyer, *American Druggist*, 205 (8): 26-28, Aug. 1992.
24. "Economic Comparisons of Job Offers in Pharmacy," Stephen W. Schondelmeyer and Holly L. Mason, *Pharmacy Student*, Vol. 22, No. 3, pp. 9-11, Sept. 1992.
25. "New NACDS-*PRIME Index* Provides Measure of Pure Price Change for Top Prescription Drug Products," *Perspectives in Pharmacy Economics* 4(5):1, Sept. 1992.
26. "NACDS-*PRIME Index* Shows Increasing Frequency of Price Changes," *Perspectives in Pharmacy Economics* 4(5):2, Sept. 1992.
27. "Inflation Rate Decreasing for Top 200 Prescription Drugs," *Perspectives in Pharmacy Economics* 4(5):2, Sept. 1992.
28. "Constant Contemporary Product Mix: One Advantage of NACDS-***PRIME*** Index," *Perspectives in Pharmacy Economics* 4(5):3, Sept. 1992.
29. "NACDS-*PRIME Index* Differs from CPI-Rx and PPI-Rx Indices," *Perspectives in Pharmacy Economics* 4(5):4, Sept. 1992.
30. "It All Depends," Stephen W. Schondelmeyer, *American Druggist*, 206 (10): 24-29, Oct. 1992.
31. "Pharmaceuticals and the Dynamics of Health Care Reform," Stephen W. Schondelmeyer, Dynamics in Health Care (*The Journal of Management and Economics*) Vol. 4, No. 1, pp. 13-15, Nov. 1992.
32. "Basic or Optional," Stephen W. Schondelmeyer, *American Druggist*, 207 (2): 20-22, Feb. 1993.
33. "1992 NACDS-*PRIME Index* for Top 500 Prescription Drugs," *Perspectives in Pharmacy Economics* Vol. 5 (2):4, Apr. 1993.
34. "How Outcomes Influence Private Payors and the Government," (an interview with Stephen W. Schondelmeyer)*, Pharmaceutical Outcomes News*, Vol. 2 (5):4-5, May 1993.
35. U.S. Senator Comments on Drug Prices [A], SW Schondelmeyer, *American Druggist,* unpublished, Jun. 1993.
36. "93 Prescription Trends Survey," Greg Laskowski, Don Senter, Stephen W. Schondelmeyer and Judy A. Johnson, *American Druggist*, 208 (1):31-34, Jun. 1993.
37. "94 Prescription Trends Survey," Don Senter, Stephen W. Schondelmeyer and Judy A. Johnson, *American Druggist*, 210 (2):23-26, Jun. 1994.
38. "95 Prescription Trends Survey," Don Senter, Stephen W. Schondelmeyer and Judy A. Johnson, *American Druggist*, pp. 23-26, Jun. 1995.
39. "What Ever Happened to Competition in the Marketplace?", Stephen W. Schondelmeyer, *Drug Outcomes & Managed Care*, pp.4-8, Jun. 1995.
40. "1996 Prescription Trends Survey," Stephen W. Schondelmeyer and Enrique Seoane-Vazquez, *American Druggist*, 213, pp. 24-26. 29, 40, Jun. 1996.
41. "PBM Ownership Triggers Industry Feud," Hodnett, Jan (based on interview with Stephen W. Schondelmeyer), *Medical Marketing & Media*, pp. 80-84, Jun. 1996.
42. "1997 Prescription Trends Survey," Stephen W. Schondelmeyer and Samuel Wagner, *American Druggist,* Aug. 1997.
43. "Pharmacists Are Working Harder," Stephen W. Schondelmeyer and Enrique Seoane-Vazque, *American Druggist*, pp. 34-39, Jul. 1997.
44. "Controlling Pharmacy Costs: Monitoring Drug Utilization, Harnessing Demand and Optimizing Outcomes in a Managed Care Environment," based on comments from Stephen W. Schondelmeyer and other panel members, *Healthcare Business*, Special Supplement, CPC5-19, May-June 1999.
45. "1999 Minnesota Pharmacist Compensation and Labor Survey: Part 1, Pharmacists' Hourly Wages and Benefits," JC Schommer, MM Worley, RS Hadsall, TA Larson, SW Uden, DL Uden, *Minnesota Pharmacist*, Vol. 53, No. 6, pp.13-15,24, 26-28, 1999.
46. "1999 Minnesota Pharmacist Compensation and Labor Survey: Part 2, Pharmacists' Work Activities," JC Schommer, MM Worley, RS Hadsall, TA Larson, SW Uden, DL Uden, *Minnesota Pharmacist*, Vol. 54, No. 2, pp.17-20, 27-29, 2000.
47. "Minnesota Pharmacists Workforce:  A Pharmacy Perspective," RA Hansen, JC Schommer, RS Hadsall, TA Larson, SW Uden, DL Uden, *Minnesota Pharmacist*, July 2001, 55(4):17-20.
48. "Proposed Formulary Regulation Draws Sharp Difference of Opinion," Bob Carlson (based in part upon interview of Stephen W. Schondelmeyer), *Managed Care*, February 2002.

49. "2001 Minnesota Pharmacists Compensation and Labor Survey: Part 1, Pharmacists' Hourly Wages and Benefits," JC Schommer, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, RL Cline, *Minnesota Pharmacist*, March 2002, 56(2):29,31-36.

50. "2001 Minnesota Pharmacists Compensation and Labor Survey: Part 2, Pharmacists' Work Activities," JC Schommer, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, RL Cline, *Minnesota Pharmacist*, March 2002, 56(3):29-32.

51. "Pharmacy Benefit Management," Minnesota Health Care Roundtable, based on comments from Stephen W. Schondelmeyer and other panel members, *Minnesota Physician*, July 2002, pp. 20-27.

52. "Changes in the Minnesota Pharmacy Workforce between 2000 and 2002," R Singh, JC Schommer, R Cline, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, *Minnesota Pharmacist*, November/December 2003, 57(6):23-26,28.

53. "2003 Minnesota Pharmacists Compensation and Labor Survey: Part 1, Pharmacists' Hourly Wages and Benefits," L Liu, P Sakthong, T McCollor, R Singh, JC Schommer, R Cline, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, *Minnesota Pharmacist*, March/April 2004, 58(2):27-33.

54. "2003 Minnesota Pharmacists Compensation and Labor Survey: Part 2, Pharmacists' Work Activities," L Liu, P Sakthong, T McCollor, R Singh, JC Schommer, R Cline, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, *Minnesota Pharmacist*, March/April 2004, 58(3):29-32,34.

55. "Changes in the Minnesota Pharmacy Workforce between 2002-2004, K Gupta, P Sakthong, JC Schommer, RR Cline, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, *Minnesota Pharmacist*, March/April 2005, Vol. 59, No.2, pp.21-23,40-41.

56. "Experts Debate Drug Importation," *Amer J Health-System Pharm*, Vol. 61, No. 5, May 1, 2004, p.874.

57. "2005 Minnesota Pharmacists Wages and Compensation Survey: Part 1, Pharmacists' Hourly Wages and Benefits," P Sakthong, Y Yuan, JC Schommer, R Cline, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, *Minnesota Pharmacist*, March/April 2006, 60(2), pp. 16-19.

58. "2005 Minnesota Pharmacists Compensation and Labor Survey: Part 2, Pharmacists Work Activities," P Sakthong, Y Yuan, JC Schommer, R Cline, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, *Minnesota Pharmacist*, May /June 2006, 60(4), pp. 26-28.

59. "Is the Growth in Our Drug Tab Sustainable?" SW Schondelmeyer, Drug Topics, Vol. 151, No. 6, p.83.

60. "Changes in the Minnesota Pharmacy Workforce between 2002 and 2006," Y Yuan, M Omar, Y Chen, JC Schommer, R Cline, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, *Minnesota Pharmacist*, March/April 2007, 61(3):28-31.

61. "2007 Minnesota Pharmacist Compensation and Labor Survey: Part One, Pharmacists' Hourly Wages and Benefits," Omar M, Schommer JC, Cline RR, Hadsall RS, Larson TA, Schondelmeyer SW, and Uden DL, Minnesota Pharmacist, Spring 2008, 62(1), pp.34-37.

62. "2007 Minnesota Pharmacist Compensation and Labor Survey: Part Two, Pharmacists' Work Activities," Omar M, Schommer JC, Cline RR, Hadsall RS, Larson TA, Schondelmeyer SW, and Uden DL, Minnesota Pharmacist, Summer 2008 62(2), pp. 29-31.

**Research & Scientific Papers, Abstracts, Podium Presentations, and Posters (peer-reviewed)**

1. "Evaluation of Drug Products for the Kentucky Drug Formulary Council," 7th Annual Southeastern Conference for Pharmacy Residents, Preceptors and Faculty, Jan. 30, 1976, Athens, GA.

2. "Pharmacy and Patient Education," Condit F. Steil and Stephen W. Schondelmeyer, Acad. of Pharmacy Practice, American Pharmaceutical Association, Apr., 1976, New Orleans, LA.

3. "Phenytoin Toxicity Induced Seizures: Case Report in a Child," Stephen W. Schondelmeyer, Michael R. Halbert, Robert P. Rapp, and Byron A. Young, American Society of Hospital Pharmacists, Midyear Clinical Meeting, Dec. 1977, Atlanta, GA.

4. "Effect of Urinary Acidification on Urinary pH, Formaldehyde Concentration, and Efficacy with Methenamine Therapy," M. Nahata, B. Cummins, R. Butler, S. Schondelmeyer, and D. McLeod, Clinical Pharmacology and Therapeutics, 27(2):2734, Feb. 1980.

5. "The Perceptions of Pharmacy Directors and Their Immediate Superiors Concerning the Importance of Administrative Skills for Hospital Pharmacy Directors," John V. Nyman, Stephen W. Schondelmeyer, J. Lyle Bootman, and Glen I. Nicholson, Mid-Year Clinical Meeting, American Society of Hospital Pharmacists, Dec. 8, 1982, Los Angeles, CA.

6. "Impact of Mobile Decentralized Pharmacy Service on the Accuracy of Pharmacy Profiles, Unit Dose Bins, and Nursing MARs," Elizabeth G. Banner, Dennis R. Messier, and Stephen W. Schondelmeyer, Mid-Year Clinical Meeting, Amer. Society of Hospital Pharmacists, Dec. 7, 1982, Los Angeles, CA.

7. "Professional Association Membership Patterns Among Arizona Pharmacists," Stephen W. Schondelmeyer, Stephen J. Coons, Jack R. Arndt, and Carl E. Trinca, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Apr. 13, 1983, New Orleans, LA.

8. "Consumer Demand for a Prescription Counseling Service," Stephen W. Schondelmeyer, Barbara J. Bell, Carl E. Trinca, Peter D. Hurd, and J. Lyle Bootman, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Apr. 12, 1983, New Orleans, LA.

9. "Clinical Comparison of Albuterol, Isoetharine, and Metaproterenol Given by Aerosol Inhalation," (Abstract) Gregory P. Berezuk, Stephen W. Schondelmeyer, John J. Seidenfeld, William N. Jones, and J. Lyle Bootman, American Journal of Hospital Pharmacy 40(5):888, May 1983.

10. "Impact of Mobile Decentralized Pharmacy Services on the Medication Delivery Cycle," Elizabeth G. Banner, Dennis R. Mesier, Stephen W. Schondelmeyer, 40th Annual Meeting, American Society of Hospital Pharmacists, Jun. 9, 1983, Detroit, MI.

11. "Comparison of Consumer-Oriented Books on Medications," Timothy Stratton, Stephen W. Schondelmeyer, Alan Barreuther, Annual Meeting, American Public Health Association, Nov. 14, 1983, Dallas, TX.

12. "Evaluation of Marketing Strategies for Membership Decisions in the APhA," Stephen W. Schondelmeyer, Robert A. Buerki, and Dev S. Pathak, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, May 7, 1984, Montreal, Canada.

13. "Pharmacists' Characteristics and Association Membership Patterns in the United States," Stephen W. Schondelmeyer, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, May 8, 1984, Montreal, Canada.

14. "Historical Review of Membership in the American Pharmaceutical Association and the Student American Pharmaceutical Association," Stephen W. Schondelmeyer, American Institute for the History of Pharmacy, May 8, 1984, Montreal, Canada.

15. "A Comparison of the American Pharmaceutical Association House of Delegates and Association Membership," Lucinda L. Maine, Lowell J. Anderson, and Stephen W. Schondelmeyer, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Feb. 21, 1985, San Antonio, TX.

16. "Third Party-Induced Cost Shifting in Indiana Pharmacies," Stephen W. Schondelmeyer and Jon T. Stone, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Feb. 18, 1985, San Antonio, TX.

17. "Third Party-Induced Cost Shifting in U.S. Community Pharmacy Practice," Jon T. Stone and Stephen W. Schondelmeyer, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Mar. 17, 1986, San Francisco, CA.

18. "The Impact of $R_x$-to-OTC Switches on the U.S. Pharmaceutical Industry," Suresh Madhavan and Stephen W. Schondelmeyer, Policy Session, American Pharmaceutical Association, Mar. 18, 1986, San Francisco, CA.

19. "Efficient and Effective Postmarketing Surveillance," Stephen W. Schondelmeyer, Policy Session, American Pharmaceutical Association, Mar. 18, 1986, San Francisco, CA.

20. "Community Pharmacy Mediated Postmarketing Surveillance," Holly L. Mason, Stephen W. Schondelmeyer, Monina R. Lahoz, Homero A. Monsanto, Susan S. Johnson, Curtis D. Black, and Robert K. Chalmers, Academy of Pharmaceutical Research and Science, American Pharmaceutical Association, Mar. 29, 1987, Chicago, IL.

21. "Appropriateness of Drug-Specific $R_x$-to-OTC Switches: Factors Influencing Pharmacists' Opinions," Suresh Madhavan and Stephen W. Schondelmeyer, Academy of Pharmaceutical Research and Science, American Pharmaceutical Assoc., Mar. 13, 1988, Atlanta, GA.

22. "Effects of Attitudes Toward Rx-to-OTC Switches on Pharmacists' Evaluation of Rx-to-OTC Switches Candidates," 89th Annual Meeting, American Association of Colleges of Pharmacy, Jul. 30-Aug. 3, 1988, Chicago, IL.

23. "Assessing Pharmacists' Willingness to Accept Third Party Prescription Contracts," Sheryl L. Szeinbach, Stephen W. Schondelmeyer, and Holly L. Mason, Academy of Pharmaceutical Research and Science, American Pharmaceutical Association, Apr. 8, 1989, Anaheim, CA.

24. "Report of the National Pharmacists' Compensation Survey," Annual Meeting, American Pharmaceutical Association, Apr. 10, 1989, Anaheim, CA.

25. "Pricing Patterns of Originator Products with Introduction of Multiple Source Competition Between 1983 and 1987," Virginia G. Scott and Stephen W. Schondelmeyer, Midwest Pharmacy Administration Conference, Aug. 25, 1990, Cincinnati, OH.

26. "Comparison of Prescription Department Cost Allocation Methods," Kenneth W. Schafermeyer, Joseph Thomas III, and Stephen W. Schondelmeyer, Economic, Social, and Administrative Sciences Section, Academy of Pharmaceutical Research and Science, Mar. 10, 1991, New Orleans, LA.

27. "Evolution of Economic Patterns in Pharmacy: 1941-1991," Stephen W. Schondelmeyer, American Institute of History of Pharmacy, Annual Meeting, Mar. 11, 1991, New Orleans, LA.

28. "Development and Application of New Indices for Pharmaceutical Price Trends," Joseph Thomas III and Stephen W. Schondelmeyer, Economic, Social, and Administrative Sciences Section, Academy of Pharmaceutical Research and Science, Mar. 11, 1991, New Orleans, LA.

29. "Economic Impact of Multiple Source Competition on Originator Drug Products," Virginia G. Scott and Stephen W. Schondelmeyer, Economic, Social, and Administrative Sciences Section, Academy of Pharmaceutical Research and Science, Mar. 11, 1991, New Orleans, LA.

30. "Drug Utilization Evaluation Primer: Conceptual and Operational Aspects," William N. Yates, Michael T. Rupp, Stephen W. Schondelmeyer, Group Health Assoc. of America, June 25, 1991, New York, NY.

31. "Female Pharmacists' Practice Patterns and Compensation," Richard P. D'Elia, Holly L. Mason, Crystal S. Miller, and Stephen W. Schondelmeyer, Economic, Social, and Administrative Sciences Section, Academy of Pharmaceutical Research and Science, American Pharmaceutical Association, Annual Meeting, Mar. 15, 1992, San Diego, CA.

32. "Managed competition and the health care reform agenda." S Schondelmeyer, Abstract, ASHP Midyear Clinical Meeting, 28(Dec): p. PI-9, 1993.

33. "Emerging standards for pharmacoeconomics: academic perspectives," S Schondelmeyer, Abstract, ASHP Midyear Clinical Meeting, 29(Dec): p PI-81, 1994.

34. "Medicaid Drug Expenditures Before and After the Rebate Program," American Public Health Association, Annual Meeting, Nov. 1, 1994, Washington, DC,.

35. "New Developments in Medicaid Prescription Drug Program," American Public Welfare Association, Annual Meeting, Nov. 2, 1994, Washington, DC,.

36. "Emerging Standards for Pharmacoeconomics: Academic Perspectives," American Society of Hospital Pharmacists, Mid-Year Clinical Meeting, Dec. 7, 1994, Miami Beach, FL.

37. "Effect of Multiple Source Entry on Price Competition After Patent Expiration in the Pharmaceutical Industry," Suh, Dong-Churl, Stephen W. Schondelmeyer and Willard Manning, Economic, Social and Administrative Sciences Section, Academy of Pharmaceutical Research, American Pharmaceutical Association, Annual Meeting, Mar. 27, 1996, Nashville, TN.

38. "PBMs: Who's Managing What for Whom?" Proceedings of the Drug Information Association, 32nd Annual Meeting, Jun. 10, 1996, p. 84, San Diego, CA.

39. "Analysis of Savings Expected with the Use of Restrictive Drug Formularies," Mark Siracuse and Stephen W. Schondelmeyer, Proceedings of the Midwest Pharmacy Administration Meeting, Aug. 9, 1996, Madison, WI.

40. "Factors Influencing Growth in Medicaid Drug Expenditures," Stephen W. Schondelmeyer, George Wright, Judy Johnson, Ann Cherlow, and John Kralewski, Proceedings of American Public Health Association, 1996 Annual Meeting, Drug Policy and Pharmacy Services Section, Nov. 20, 1996, New York, NY.

41. "Comprehensive Models of Competitive Strategies Which Lower Drug Cost in Mid-Sized Hospitals," Virginia G. Scott, Stephen W. Schondelmeyer, Ronald S. Hadsall, Charles E. Daniels, *Journal of the American Pharmaceutical Association*, NS37(2) 253, Mar. 1997.

42. "The Relationship of Competitive Strategies and Drug Prices Among Hospital Pharmacies," Virginia G Scott, Stephen W. Schondelmeyer, Charles E. Daniels, Ronald S. Hadsall, *Journal of the American Pharmaceutical Association*, NS37(2) 242, Mar. 1997.

43. "Price Trends Before and After Patent Expiration in the Pharmaceutical Industry," Dong-Churl Suh, Stephen W. Schondelmeyer, Ronald S. Hadsall, *Journal of the American Pharmaceutical Association*, NS37(2), Mar. 1997.

44. "Price Competition in the Pharmaceutical Industry: After the Drug Price Competition and Patent Restoration Act," Dong-Churl Suh, Stephen W. Schondelmeyer, Will Manning, *Journal of the American Pharmaceutical Association*, NS37(2), Mar. 1997.

45. "Impact of Formulary Restrictiveness an Pharmaceutical Expenditures," Mark Siracuse and Stephen W. Schondelmeyer, *Journal of American Pharmaceutical Association*, NS37(2), Mar. 1997.

46. "Perspectives on Pharmaceutical Care Outcomes, and Evidenced-Based Medicine," Samuel Wagner, Linda Strand and Stephen W. Schondelmeyer, Federation International Pharmaceutique," '97 Pharmacy World Congress, Sept. 5, 1997, Vancouver BC.

47. "Access to Drugs and Public Policy," Samuel Wagner and Stephen W. Schondelmeyer, Federation International Pharmaceutique, '97 Pharmacy World Congress, Sept. 5, 1997, Vancouver BC.

48. "Your Pharmacy Future – Factors Influencing the Career Aspirations of Pharmacy Students," MV Siracuse, RS Hadsall, JC Schommer, SW Schondelmeyer, paper presented at Midwest Pharmacy Administration Conference, July 28, 2000, Toledo, OH.

49. "Marketing Pharmaceutical Care: Increasing Awareness, Utilization and Payment for Pharmaceutical Care in Community Based Practice," LB Brown, JC Schommer, SW Schondelmeyer, B Isetts, paper presented at Midwest Pharmacy Administration Conference, July 28, 2000, Toledo, OH.

50. "Prescription Drugs as a Public Good: Market and Regulatory Implications," Stephen W. Schondelmeyer, 128th American Public Health Association Meeting, November 13, 2000, Boston, MA.

51. "Minnesota Pharmacist Work Force: A Pharmacy Perspective," R Hansen, RS Hadsall, T Larson, S Schondelmeyer, and D Uden, *Journal of American Pharmaceutical Association*, NS41(2):317, March/April 2001.

52. "Your Pharmacy Future—Factors Influencing the Career Aspirations of Pharmacy Students," M Siracuse, S Schondelmeyer, R Hadsall, and J Schommer, *Journal of American Pharmaceutical Association*, NS41(2):327, March/April 2001.

53. "Impact of the Generosity Level of Supplemental Outpatient Prescription Drug Coverage on Prescription Expenditures and Events for Medicare Beneficiaries Age 65 Years and Older," M Artz, R Hadsall, and S Schondelmeyer, 17th Annual Meeting, International Society for Pharmacoepidemiology, Scientific Program, abstract and poster, Aug. 26, 2001.

54. "Your Pharmacy Future—Factors Influencing the Career Aspirations of Pharmacy Students," M Siracuse, S Schondelmeyer, R Hadsall, and J Schommer, 150th Annual Meeting, American Pharmacists Association, *Journal of American Pharmaceutical Association*, NS42(2):316, March/April 2002.

55. "Exploring the Relationship of Direct-to-Consumer Advertising and Prescription Drug Prices," R. Hansen, S. Agarwal (and S Schondelmeyer), *Journal of American Pharmaceutical Association*, NS42(2):322, March/April 2002.

56. "Trends and Events in American Pharmacy, 1852-2002," SW Schondelmeyer, Sesquicentennial Symposium, Annual Meeting, American Pharmaceutical Association, March 17, 2002, Philadelphia, PA.

57. "Is There A Role for a Pharmaceutical Care Clinic in Teaching Pharmacy Students," Stephen W. Schondelmeyer and Rick Cline, 2nd Annual Deep Portage Conference, Peters Institute for Pharmaceutical Care, University of Minnesota, February 11, 2003, Hackensack, MN.

58. "Pharmacy Looks to the Future," R Cline, RS Hadsall, RA Hansen, TA Larson, SW Schondelmeyer, JC Schommer, DL Uden, 2nd Annual Deep Portage Conference, Peters Institute for Pharmaceutical Care, University of Minnesota, February 11, 2003, Hackensack, MN.

59. "Discount Cards: Impact on Seniors and Community Pharmacies," S Agarwal and S Schondelmeyer, 151st Annual Meeting, American Pharmacists Association, *Journal of American Pharmaceutical Association*, NS43(2):316, March/April 2003.

60. "Quality Assessment of an Ambulatory Care Clinic-Based Collaborative Care Approach for Achieving Therapeutic Goals," L Brown, B Isetts, and S Schondelmeyer, 151st Annual Meeting, American Pharmacists Association, *Journal of American Pharmaceutical Association*, NS43(2):318-9, March/April 2003.

61. "Analysis of the Patent Life of New Molecular Entities Approved by the FDA Between 1980 and 2001," E Seoane, SW Schondelmeyer, RS Hadsall, R Rodriquez, V Weckworth, *Journal of the American Pharmacists Association*, Vol. 44, No. 2, March/April 2004, p.226. [abstract and podium presentation]

62. "Generic Drug Utilization Patterns Among Elderly and Non-Elderly Individuals," S Agarwal, DM Zhang, SW Schondelmeyer, 152nd Annual Meeting, American Pharmacists Association, *Journal of the American Pharmacists Association*, Vol. 44, No. 2, March/April 2004, p.285. [abstract and podium presentation]

63. "Impact of Sustained-Release Line Extensions on Generic Drug Utilization," S Agarwal, SW Schondelmeyer, 152nd Annual Meeting, American Pharmacists Association, *Journal of the American Pharmacists Association*, Vol. 44, No. 2, March/April 2004, p.287. [abstract and podium presentation]

64. "Survey of Pharmacy Student Work Experience," MV Siracuse, SW Schondelmeyer, RS Hadsall, J Schommer, 152nd Annual Meeting, American Pharmacists Association, *Journal of the American Pharmacists Association*, Vol. 44, No. 2, March/April 2004, p.293. [abstract and podium presentation]

65. "Relationship of Drug Discovery Source and Original Marketer for Cancer Chemotherapy in the U.S.," DA Sepulveda, SW Schondelmeyer, paper presented at Midwest Pharmacy Administration Conference, Purdue University, W. Lafayette, IN, July 30, 2004.

66. "Generic Penetration Rates for Drugs Entities with Generic Entry 1992 to 2001," S Agarwal, SW Schondelmeyer, paper presented at Midwest Pharmacy Administration Conference, Purdue University, W. Lafayette, IN, July 30, 2004.

67. "Comparative Analysis of Drug Treatment Costs Between Therapeutically Similar Alternatives," J Bilek, D Sepulveda, SW Schondelmeyer, 153rd Annual Meeting, American Pharmacists Association, *Journal of the American Pharmacists Association*, Vol. 45, No. 2, Mar-Apr 2005, p.220. [abstract and poster]

68. "Assessing Risk for Loss of Pharmacy Services," A Traynor, T Sorensen, SW Schondelmeyer, 153rd Annual Meeting, American Pharmacists Association, *Journal of the American Pharmaceutical Association*, Vol. 45, No. 2, Mar-Apr 2005, p. 220. (Schondelmeyer name inadvertently omitted on abstract) [abstract and poster]

69. "Analysis of Pharmacy Student Career Aspirations," M Siracuse, SW Schondelmeyer, RS Hadsall, JC Schommer, 153rd Annual Meeting, American Pharmacists Association, *Journal of the American Pharmaceutical Association*, Vol. 45, No. 2, Mar-Apr 2005, p.266. [abstract and poster]

70. "Determinants of Generic Drug Penetration: 1993 to 2001," S Agarwal, SW Schondelmeyer, 153rd Annual Meeting, American Pharmacists Association, *Journal of the American Pharmaceutical Association*, Vol. 45, No. 2, Mar-Apr 2005, p. 269. [RJ, abstract] (selected finalist for ESAS APRS APhA Best Paper Competition)

71. "Prescription Drug Prices Under Medicare Drug Discount Card Program," DM Zhang, L Liu, DA Sepulveda, SW Schondelmeyer, 153rd Annual Meeting, American Pharmacists Association, *Journal of the American Pharmaceutical Association*, Vol. 45, No. 2, Mar-Apr 2005, p. 278. [abstract and poster]

72. "Developing a pharmaceutical care plan reference template: Helping students learn and apply pharmaceutical care for common medical conditions." RJ Cipolle, RD Abughazaleh, LM Strand, RL Cipolle, MJ Frakes, SW Schondelmeyer. Pharmacy Student Research Conference, Denver, CO, June 2005. [abstract and presentation]

73. "Market Influences on Generic Drug Utilization: 1993 to 2001," S Agarwal, SW Schondelmeyer, International Health Economics Association, Annual Meeting, Barcelona, Spain, July 13, 2005.

74. "Pharmaceutical Expenditures as a Determinant of Health Outcomes in Industrialized Countries," L Liu, RR Cline, SW Schondelmeyer, BA Dowd, JC Schommer, 153rd Annual Meeting, American Pharmacists Association, *Journal of the American Pharmaceutical Association*, Vol. 46, No. 2, Mar-Apr 2006, p. 270. [abstract and podium presentation]

75. "2005 Minnesota Pharmacy Compensation and Labor Survey," Sakthong, Phantipa, Yingli Yuan, Jon C. Schommer, Richard R. Cline, Ronald S. Hadsall, Tom A. Larson, Stephen W. Schondelmeyer, Donald L. Uden, 2006 Midwest Social and Administrative Pharmacy Meeting, July 28, 2006.

76. "Evaluation of Best buy Drug Outreach Project," Schommer, Jon C., Stephen W. Schondelmeyer, and Marcia M. Worley, 2006 Prescriber Grantee Conference, Portland, Oregon, December 4, 2006.

77. "Medicare Part D Experiences in Region 25: A Pilot Study of Medicare Beneficiary Prescription Drug Plan Participation," Worley, Marcia M., Richard R. Cline, Stephen W. Schondelmeyer, Jon C. Schommer, Ronald S. Hadsall, Tom A. Larson, and Donald L. Uden, 154th Annual Meeting, American Pharmacists Association, Atlanta Georgia, March 17-19, 2007, *Journal of the American Pharmaceutical Association*, Vol. 47, No. 2, Mar-Apr 2007, p. 265. [abstract and podium presentation].

78. "Medication Refill Persistence: Does Prescription Cost-Sharing Matter?" Zhang, Dongmu, Angeline M. Carlson, Patrick P. Gleason, Stephen W. Schondelmeyer, Jon C. Schommer, Bryan E. Dowd, and Alan H. Heaton, presented at the 12th Annual Meeting of the International Society for Pharmacoeconomics and Outcomes Research, May 21, 2007, *Value in Health*. 10(3):A2-A3, May/June 2007. [Recipient of the ISPOR Best Presentation Award.]

79. "Comparison of Consumer Reports Best Buy Drugs With Minnesota Health Plan Formularies," JC Schommer, A Kjos, SW Schondelmeyer, M Worley, Y Yuan, 155th Annual Meeting, American Pharmacists Association, *Journal of the American Pharmaceutical Association*, Vol. 48, No. 2, Mar-Apr 2008, p. 270. [poster presentation]

80. "Thematic Analysis for How Patients, Prescribers, Experts, and Patient Advocates View the Process for Choosing Prescription Medications," JC Schommer, M Worley, A Kjos, SW Schondelmeyer, S Pakhamov, 155th Annual Meeting, American Pharmacists Association, *Journal of the American Pharmaceutical Association*, Vol. 48, No. 2, Mar-Apr 2008, pp. 270-271. [abstract and podium presentation]

81. "Defining Medication Complexity and Its Effect on Outcomes in Community Dwelling Elderly Receiving Home Care," Dierich MT, Westra BL, Marek KD, Savik K, Oancea C, Holmes JH, Schondelmeyer SW, Mueller CA, American Medical Informatics Association, Annual Symposium Proceedings, Nov. 2008, p. 930.

*Curriculum Vita*                                22                                *Stephen W. Schondelmeyer*

**Published Reports, Books and Book Chapters**

1. "Pharmacy Compensation and Reimbursement," Chapter 3,: <u>Report of the APhA Commission on Third Party Programs</u> (Washington, DC: American Pharmaceutical Association, 1986), pp. 43-70, Stephen W. Schondelmeyer.

2. <u>NACDS Resource Guide: The Chain Drug Store Industry and the Retail Prescription Market</u>, National Association of Chain Drug Stores (Alexandria, VA: 1989) 36 pp, Stephen W. Schondelmeyer and Joseph Thomas, III.

3. <u>Report to Congress on Manufacturers' Prices and Pharmacists' Charges for Outpatient Drugs Covered by Medicare</u>, U.S. Department of Health and Human Services, Jun. 27 1989, 39 pp, Stephen W. Schondelmeyer and Joseph Thomas, III.

4. <u>Final Report of Study to Evaluate the Use of Mail Service Pharmacies</u>, Health Care Financing Administration, Grant No. 88-C-98526/1-05, Jul. 31, 1989, 119 pp, Constance Horgan, David Knapp, Stephen W. Schondelmeyer, et al.

5. <u>Report to Congress: Study to Evaluate the Use of Mail Service Pharmacies</u>, National Technical Information Service, Publication No. 90-172677/AS, Sept. 21, 1989, 97 pp, Constance Horgan, David Knapp, Stephen W. Schondelmeyer, et al.

6. <u>Membership Marketing for State Pharmacy Associations</u>, Marion Laboratories, Kansas City, MO, Jul. 1989, 288 pp, Holly L. Mason and Stephen W. Schondelmeyer.

7. <u>National Pharmacists' Compensation Survey</u>, American Pharmaceutical Association, Washington, DC, Mar. 1990, 350 pp, Stephen W. Schondelmeyer, Holly L. Mason, Kenneth W. Schafermeyer, and Arthur H. Kibbe.

8. <u>An Assessment of Chain Pharmacies' Costs of Dispensing A Third Party Prescription. Final Report.</u> National Association of Chain Drug Stores, Alexandria, VA, May 1990, 150 pp, Kenneth W. Schafermeyer, Stephen W. Schondelmeyer, and Joseph Thomas, III.

9. <u>Report to Congress on Manufacturers' Prices and Pharmacists' Charges for Prescription Drugs Used by the Elderly</u>, U.S. Department of Health and Human Services, Jun. 1990, 105 pp, Joseph Thomas, III, and Stephen W. Schondelmeyer.

10. <u>Analysis of Prescription Expenditures at the Dalton Foundries, Inc.: 1989 vs. 1990</u>, Bill's Pill Box Pharmacy, Nov. 1990, Stephen W. Schondelmeyer.

11. <u>Prescribing Problems and Pharmacist Interventions in Community Pharmacy Practice:  A Multicenter Study</u>, American Pharmaceutical Association Foundation, Feb. 1991, 71 pp, Michael T. Rupp, Michael DeYoung, and Stephen W. Schondelmeyer.

12. <u>Current Pharmaceutical Discounting Practices: Impact of Discount Elimination on Institutional Pharmacies</u>, American Society of Hospital Pharmacists, Jun. 1991, 20 pp, Francis Palumbo, Stephen W. Schondelmeyer, and David Miller.

13. The Effect of Open vs. Closed Formularies on Medicaid Expenditures, Appendix B in <u>How MediCal and Other Health Care Providers Manage Their Pharmaceutical Expenditures</u>, Report by the Auditor General of CA, Aug. 26, 1991 (p-062), 98 pp, Stephen W. Schondelmeyer.

14. <u>Final Report of the National Pharmacists' Compensation Survey: 1990-91</u>, American Pharmaceutical Association, Oct. 1991, 454 pp, Stephen W. Schondelmeyer, Holly L. Mason, Crystal S. Miller, and Arthur H. Kibbe.

15. <u>Battered Bottom Lines: The Impact of Eroding Pharmaceutical Discounts on Health-Care Institutions</u>, American Society of Hospital Pharmacists, Dec. 1991, 28 pp, Francis B. Palumbo, Stephen W. Schondelmeyer, David W. Miller, and Stuart M. Speedie.

16. <u>A Simulation Model of the Prescription Drug Marketplace: Final Report</u>, Health Economics Research, Boston, MA, Jan. 31, 1992, 154 pp, Gregory C. Pope, Jerry Cromwell, Angela R. Merrill, Helene T. Machado, and Stephen W. Schondelmeyer.

17. <u>New York Medicaid Drug Manufacturer Rebates in 1992 and Beyond</u>, Pharmaceutical Society of the State of New York, Mar. 6, 1992, 5 pp, Stephen W. Schondelmeyer.

18. <u>Manufacturer Price Inflation for Prescription Drugs: 1985-1995</u>, United States Senate, Special Committee on Aging, Mar. 1992, 6 pp, Stephen W. Schondelmeyer.

19. <u>Impact of OBRA '90 on Generic Pharmaceutical Firms:  Executive Summary and Final Report</u>, PRIME Institute, University of Minnesota, Minneapolis, MN, 14 pp, Jul. 1992, Stephen W. Schondelmeyer.

20. <u>The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1992: First and Second Quarters</u>, PRIME Institute, University of Minnesota, Minneapolis, MN, 27 pp, Aug. 1992, Stephen W. Schondelmeyer.

21. <u>Prescription Drugs: Changes in Prices for Selected Drugs</u>, U.S. General Accounting Office, GAO/HRD-92-128, Aug. 1992, 70 pp, Janet L. Shikles, John C. Hansen, Donald Hunter, and Roland Poirier (Stephen W. Schondelmeyer, Principal Consultant).

22. Prescription Drugs: Companies Typically Charge More in the United States Than in Canada, U.S. General Accounting Office, GAO/HRD-92-110, Sept. 1992, 37 pp, Jonathan Ratner, David J. Gross, Andromache Fargeix, Donald P. Ingersoll, Patricia L. Carlucci, and George M. Duncan (Stephen W. Schondelmeyer, Principal Consultant).

23. Prescription Costs: America's Other Drug Crisis, Families, USA Foundation, Sept. 1992, 25 pp, Washington, DC, Ron Pollack, Phyllis Torda, Kathleen M. Miller, Stephen W. Schondelmeyer, and Don M. Hunter.

24. FDA Drug Approval: Policy Guidance Needed to Ensure Women Are Studied in Drug Trials, U.S. General Accounting Office, GAO/HRD-92-139, Oct. 1992, 48 pp, Janet L. Shikles, Leslie G. Aronovitz, Fred E. Yohey, Jr., James O. McClyde, and Gloria E. Taylor (Stephen W. Schondelmeyer, Principal Consultant).

25. "Prescription for Growth of Retail Drug Chains in the 1990s," Stephen W. Schondelmeyer, pp. 13-31, in Prescription for Growth: Retail Drug Seminar Review, Part 3 of 3, R. Duane Norris and Robert E. Miller, Salomon Brothers, New York, NY, Nov. 1992.

26. The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1992: Third Quarter, PRIME Institute, University of Minnesota, Minneapolis, MN, 6 pp, Nov. 1992, Stephen W. Schondelmeyer.

27. The Cost of Bill C-91: An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada, PRIME Institute, University of Minnesota, Minneapolis, MN, 28 pp, Nov. 27, 1992, Stephen W. Schondelmeyer.

28. Medicaid: Changes in Drug Prices Paid by HMOs and Hospitals Since Enactment of Rebate Provisions, U.S. General Accounting Office, GAO/HRD-93-43, Jan. 1993, 44 pp, John C. Hansen, Joel A. Hamilton, Anne M. McCaffrey, Matthew A. Varden, James C. Cosgrove, Kevin B. Dooley (Stephen W. Schondelmeyer, Principal Consultant).

29. Potential Savings from Limiting Drug Inflation in Relation to the Consumer Price Index, PRIME Institute, University of Minnesota, Minneapolis, MN, 9 pp, Jan. 12, 1993, Stephen W. Schondelmeyer.

30. Price Changes of Drugs in the Top 200: 1987-1992.  Stephen W. Schondelmeyer, PRIME Institute, University of Minnesota, 66 pp, Jan. 1993. (Quoted in Earning a Failing Grade: A Report Card on 1992 Drug Manufacturer Price Inflation, Staff Report to the Special Committee on Aging, United States Senate, Serial No. 103-B, Feb. 1993, Washington, DC.)

31. The Cost of Bill C-91: Revisions, PRIME Institute, University of Minnesota, Minneapolis, MN, 4 pp, Jan. 21, 1993, Stephen W. Schondelmeyer.

32. "Summary of Methods Used to Analyze Trends in Postpatent Revenues," Appendix F in Pharmaceutical R & D: Costs, Risks, and Rewards.  Office of Technology Assessment, U.S. Congress, OTA-H-522, Feb. 1993, pp. 294-301.  (Based on contract paper "Economic Impact of Multiple Source Competition on Originator Products," University of Minnesota, Dec. 1991 with addendum Feb. 1992, Stephen W. Schondelmeyer)

33. Prescription Drug Policy Issues:  Briefing Book, PRIME Institute, University of Minnesota, Minneapolis, MN, 75 pp, Feb. 18, 1993, Stephen W. Schondelmeyer.

34. 1991 U.S. vs. Canadian Manufacturers' Price Comparison, PRIME Institute, University of Minnesota, Minneapolis, MN, 5 pp, Mar. 2, 1993, Stephen W. Schondelmeyer, submitted to the Honorable Henry A. Waxman, Chairman, Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives.

35. Medicaid: Outpatient Drug Costs and Reimbursements for Selected Pharmacies in Illinois and Maryland, U.S. General Accounting Office, GAO/HRD-93-55FS, Mar. 1993, 17 pp, John C. Hansen, Joel A. Hamilton, Karyn L. Bell, Patricia M. Barry, Joseph M. Klauke, Susan R. Thillman (Stephen W. Schondelmeyer, Principal Consultant).

36. Cost Efficiency of Mail Order versus Community Pharmacy Services, Health Economics Research, Mar. 22, 1993, 84 pp, Jerry Cromwell, Rezaul K. Khandker, and Stephen W. Schondelmeyer.

37. Final Report on the Impact on the Wholesale Drug Distributor Tax on the Pharmaceutical Market, Stephen W. Schondelmeyer and Judy A. Johnson, *PRIME* Institute, University of Minnesota, 57 pp, Mar. 1993 (an Appendix to MinnesotaCare Pharmaceutical Tax Study, Tax Research Division, Minnesota Department of Revenue, Mar. 30, 1993, St. Paul, Minnesota).

38. The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1992: Fourth Quarter, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 9 pp, Mar. 1993, Stephen W. Schondelmeyer.

39. Cross-National Comparison of Brand and Generic Drug Prices: the United States, Canada, and Venezuela, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 12 pp, Apr. 1993, Stephen W. Schondelmeyer and Dong-Churl Suh.

40. Future Generic Drugs in Venezuela: Brand versus Generic Prices in the United States and Canada, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 23 pp, May 1993, Stephen W. Schondelmeyer and Dong-Churl Suh.

41. "Differences in Brand vs. Generic Prices of Common Prescriptions," World Book Encyclopedia, Jul. 1993, 1 p., Stephen W. Schondelmeyer.

42. The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1993: First and Second Quarter, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 4 pp, Jul. 1993, Stephen W. Schondelmeyer.

43. "Economic Implications of Switching from Prescription Status," The Pill: From Prescription to Over-the-Counter, The Kaiser Forums, Henry J. Kaiser Family Foundation (Menlo Park, CA: Jun. 1994), pp 189-235, Stephen W. Schondelmeyer and Judy A. Johnson.

44. The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1993: Third Quarter, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 4 pp, Nov. 15, 1993, Stephen W. Schondelmeyer.

45. Pharmaceutical Price Changes for Top 200 Drugs, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 60 pp., Jan. 1994, Stephen W. Schondelmeyer.  (Quoted in A Report on 1993 Pharmaceutical Price Inflation: Drug Prices for Older Americans Still Increasing Much Faster Than Inflation)  Staff Report to the Special Committee on Aging, United States Senate, Jan. 1994, Washington, DC.

46. The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1993: Fourth Quarter, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 4 pp, Feb. 18, 1994, Stephen W. Schondelmeyer.

47. Prescription Drugs: Companies Typically Charge More in the United States Than in the United Kingdom, U.S. General Accounting Office, GAO/HEHS-94-29, Jan. 1994, 52 pp, Jonathan Ratner, David J. Gross, Sarah Glavin, Claude Hayeck, Patricia Carlucci Bonini, and George M. Duncan (Stephen W. Schondelmeyer, Principal Consultant).

48. The NACDS PRIME Index: Tracking Changes in Drug Prices: 1994 - First and Second Quarters, *PRIME* Institute, University of Minnesota, Jul. 1994, 4 pp., S.W. Schondelmeyer.

49. Competition and Pricing Issues in the Pharmaceutical Market, Stephen W. Schondelmeyer (Minneapolis, MN:  *PRIME* Institute, Aug. 1994). 13 pp. Prepared for a briefing of Congressional members and staffers held Aug. 1994.

50. New Prescription Drugs:  Issues Relating to Market Competition and Cost Management, John M. Coster and Stephen W. Schondelmeyer (Minneapolis, MN: *PRIME* Institute, Oct.1994). 98 pp.

51. Prices and Profits of the Drug Industry, 1988-1994, John M. Coster and Stephen W. Schondelmeyer (Minneapolis, MN:  *PRIME* Institute, Oct. 1994). 26 pp.

52. The NACDS PRIME Index: Tracking Changes in Drug Prices: 1994 - Third Quarter, Stephen W. Schondelmeyer (Minneapolis, MN: *PRIME* Institute, Nov. 16, 1994). 10 pp.

53. Trends in Pharmacy Reimbursement and the Provision of Pharmacy Services Under the Medicaid Program, Stephen W. Schondelmeyer and John M. Coster (Washington, DC: American Pharmaceutical Association, Dec. 1994). 21 pp.

54. Policy Basis for an Extension of the Medicaid Pharmacy Reimbursement Moratorium Included in the Omnibus Budget Reconciliation Act (OBRA) of 1990, Stephen W. Schondelmeyer and John M. Coster (Washington, DC: American Pharmaceutical Association, Dec. 1994). 21 pp.

55. Economic Impact of Equal Access to Pharmaceutical Discounts Legislation on the Medicaid Drug Program, Stephen W. Schondelmeyer (Minneapolis, MN:  PRIME Institute, Jan. 1995). National analysis and state-specific analyses done for 10 selected states, 88 pp.

56. The NACDS PRIME Index: Tracking Changes in Drug Prices: 1994 - Fourth Quarter, Stephen W. Schondelmeyer (Minneapolis, MN:  *PRIME* Institute, Mar. 8, 1995). 10 pp.

57. Worthless Promises:  Drug Companies Keep Boosting Prices, Ron Pollack, Phyllis Torda, Cheryl Fish-Parchman, John M. Coster, and Stephen W. Schondelmeyer (Washington, DC: Families USA, Mar. 1995), 19 pp.

58. Economic Impact of GATT Patent Extension on Currently Marketed Drugs, Stephen W. Schondelmeyer (Minneapolis, MN:  *PRIME* Institute, Mar. 1995). 26 pp.

59. Impact of the Medicaid Drug Rebate Program on Expenditures, Utilization, and Access: Final Report, Stephen W. Schondelmeyer, John Kralewski, Judy Johnson, et.al., Health Care Financing Administration, HCFA contract 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, DO#3, Apr. 1995, 365 pp.

60. Impact of the Medicaid Drug Rebate Program on Expenditures, Utilization, and Access: Final Report-Technical Attachments I and II, Stephen W. Schondelmeyer, John Kralewski, Judy Johnson, et.al., Health Care Financing Administration, U. S. Department of Health & Human Services, HCFA contract 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, DO#3, Apr. 1995, 217pp. & 325pp.

61. Impact of the Medicaid Drug Rebate Program on Expenditures, Utilization, and Access: Executive Summary, Stephen W. Schondelmeyer, John Kralewski, Judy Johnson, et.al., Health Care Financing Administration, HCFA contract 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, DO#3, Apr. 1995.

62. Impact of the Medicaid Drug Rebate Program, Health Care Financing Administration, Extramural Research Report, U.S. Department of Health and Human Services, Stephen W. Schondelmeyer, George Wright, Ann Cherlow, Judy Johnson, and Dong-Churl Suh, Aug. 1995, 43 pp.

63. Impact of the Medicaid Drug Rebate Program, Health Care Financing Administration, Office of Research and Demonstrations, Research Briefs, Stephen W. Schondelmeyer and Kathleen Gondek, No. 2, Sept. 1995, 2 pp.

64. "Whatever Happened to Competition in the Marketplace?", Stephen W. Schondelmeyer, Chapter One, Drug Outcomes Evolution, *1996 Drug Outcomes Sourcebook* (New York: Faulkner & Gray, 1995), pp. 23-26. (Reprinted from newsletter *Drug Outcomes & Managed Care.*)

65. The NACDS *PRIME* Index: Tracking Changes in Drug Prices, 1995: Quarters 1, 2, & 3, Stephen W. Schondelmeyer (Minneapolis: *PRIME* Institute, University of Minnesota, Oct. 1995) 10 pp.

66. The NACDS *PRIME* Index: Tracking Changes in Drug Prices, 1995: 4th Quarter, Stephen W. Schondelmeyer (Minneapolis: *PRIME* Institute, University of Minnesota, Feb. 1996) 6 pp.

67. "Uses of Pharmacoeconomic Data by Policy Makers and Pharmaceutical Benefit Managers," Chapter 120 in Quality of Life and Pharmacoeconomics in Clinical Trials, 2nd edition, Bert Spilker, editor, Stephen W. Schondelmeyer (Philadelphia, Lippincott-Raven Publishers, 1996), pp. 1153-1164.

68. Section 1555 of the Federal Acquisition Streamlining Act: Impact of Cooperative Purchasing on the Pharmaceutical Market, SW Schondelmeyer, RS Hadsall and D Zaske, (Washington, DC: Public Hospital Pharmacy Coalition, Dec. 6, 1996), 62 pp.

69. International Experience in the Use of Generics, Stephen W. Schondelmeyer and Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Dec. 1996), 260 pp.

70. Venezuelan Law of Medicines: Expected Implications of the Proposed Law, Stephen W. Schondelmeyer & Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Dec. 1996) 38 pp.

71. The NACDS *PRIME* Index: Tracking Changes in Drug Prices, 1996: Quarters 1, 2, 3 and 4, Stephen W. Schondelmeyer, (Minneapolis: *PRIME* Institute, University of Minnesota, Feb. 1997) 10 pp.

72. Alternatives for the Development of Access to Generic Pharmaceuticals in Venezuela, Stephen W. Schondelmeyer and Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Mar. 1997), 40 pp.

73. Medicamentos Genericos en Venezuela: Realidades y Perspectivas de Produccion, Distribucion y Consumo [Generic Medicines in Venezuela: Realities and Perspectives of Production, Distribution, and Consumption]. Stephen W. Schondelmeyer & Enrique Seoane-Vazquez, Proceedings of Invitational Conference sponsored by Venezuelan Minister of Health & Social Assistance with Fundacion Elias Morris Curiel. (Caracas, Venezuela: Fundacion Elias Morris Curiel, Mar. 1997), 27 pp.

74. Venezuelan Drug Products Which Are Available in the U.S. at Lower Prices, Stephen W. Schondelmeyer & Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Mar. 1997), 130 pp.

75. Mechanisms to Increase the Consumption of Generic Pharmaceuticals in Venezuela, Report to the President of the Republic of Venezuela (Dr. Rafael Caldera) Stephen W. Schondelmeyer and Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Mar., 1997), 10 pp.

76. Economics of Arthritis and Radiographic Progression, Stephen W. Schondelmeyer and Enrique Seoane-Vazquez (Minneapolis: *PRIME* Institute, University of Minnesota, Jun. 1997), 19 pp.

77. Economics of Arthritis and Radiographic Progression: Bibliographic Review, Stephen W. Schondelmeyer & Enrique Seoane-Vazquez (Minneapolis: *PRIME* Institute, Univ. of Minnesota, June, 1997), 35 pp.

78. Positioning and Pricing Hectorol in the Vitamin D Market. C Johnson, W St.Peter, S Schondelmeyer and E Seoane (Minneapolis: *PRIME* Institute, University of Minnesota, January 29, 1999), confidential report prepared for Bone Care International, Inc., Madison, Wisconsin, 62 pp.

79. Patent Extension of Pipeline Drugs: Impact on U.S. Health Care Expenditures. Stephen W. Schondelmeyer, (Minneapolis: *PRIME* Institute, University of Minnesota, July 28, 1999).

80. Kansas Pharmacy Services Corporation: Strategic Planning. SW Schondelmeyer (Minneapolis: *PRIME* Institute, University of Minnesota, September 1999).

81. Hard to Swallow: Rising Drug Prices for America's Seniors, Ron Pollack, Kathleen Haddad, (Washington, DC: Families USA Foundation, November, 1999), data analysis and charts prepared by Stephen W. Schondelmeyer, 16 pp.

82. Legislative Strategies to Lower Drug Prices for All Vermonters. Health Access Oversight Committee, State of Vermont. Stephen W. Schondelmeyer (Minneapolis: *PRIME* Institute, University of Minnesota, November 12, 1999), 58 pp.

83. A Description of Minnesota Pharmacists' Salaries and Work Activities, RS Hadsall, TA Larson, JC Schommer, SW Schondelmeyer, DL Uden, MM Worley, (Minneapolis, MN: *PRIME* Institute, University of Minnesota, November 9, 1999), published at: http://www.pharmacy.umn.edu/seoan001/prime/MNSalaries/sld001.htm

84. Still Rising:  Drug Price Increases for Seniors, 1999-2000.  Amanda McCloskey and Ron Pollack, (Washington, DC:  Families USA Foundation, April 2000), data analysis and charts prepared by Stephen W. Schondelmeyer, 13 pp.

85. Cost Overdose: Growth in Drug Spending for the Elderly, 1992-2010. A McCloskey, et. al., Families USA Publication 00-107 (Washington, DC:  Families USA Foundation, July 2000), data analysis and charts prepared by Stephen W. Schondelmeyer, 21 pp.

86. Pharmaceutical Discounts Under Federal Law:  State Program Opportunities, William H von Ohesen, III, data analysis and charts prepared by Stephen W. Schondelmeyer, (Oakland, CA:  Public Health Institute, May 2001), 48 pp.

87. Enough To Make You Sick: Prescription Drug Prices for the Elderly. A McCloskey, et. al., Families USA Publication 01-103 (Washington, DC:  Families USA Foundation, June 2001), data analysis and charts prepared by Stephen W. Schondelmeyer, 19 pp.

88. Pharmacoeconomic Analysis of Parecoxib for Pain Treatment in Outpatient Surgery and Emergency Room Departments, Enrique Seoane and Stephen Schondelmeyer, (Minneapolis:  *PRIME* Institute, University of Minnesota, Sept. 2001) confidential report prepared for Pharmacia-Upjohn, 116 pp.

89. Bitter Pills: The Rising Prices of Prescription Drugs for Older Americans. A McCloskey, et. al., Families USA Publication 02-104 (Washington, DC:  Families USA Foundation, June 2002), data analysis and charts prepared by Stephen W. Schondelmeyer, 19 pp.

90. Market Exclusivity & Access to Pharmaceutical Products:  1980-2001, Stephen W. Schondelmeyer and Enrique Seoane (Washington, DC:  Blue Cross Blue Shield Association, April 2002).  6 pp.

91. Worklife of Pharmacists in Minnesota, JC Schommer, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, R Cline, (Minneapolis, MN:  *PRIME*  Institute, University of Minnesota, 2003), published at: http://www.pharmacy.umn.edu/seoan001/prime

92. Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans, 2000 to 2003 (Baseline Study), DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Research Report, Publication ID: 2004-06, May 2004, Revised June 2004, 44 pp.

93. Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans—First Quarter 2004 Update,  DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Issue Brief, Publication ID: IB69, June 2004, 14 pp.

94. Trends in Manufacturer List Prices for Generic Prescription Drugs Used by Older Americans, 2001 to 2003 (Baseline Study), DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Research Report, Publication ID: 2004-12, October 2004, 41 pp.

95. Trends in Manufacturer List Prices of Generic Prescription Drugs Used by Older Americans—First Quarter 2004 Update, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD103, October 2004, 4 pp.

96. Trends in Manufacturer List Prices of Generic Prescription Drugs Used by Older Americans—Second and Third Quarter 2004 Update, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD110, February 2005, 4 pp.

97. Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans—Second and Third Quarter 2004 Update, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD107, March 2005, 16 pp.

98. Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans—2004 Year-End Update, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD112, April 2005, 17 pp.

99. Trends in Manufacturer List Prices of Generic Prescription Drugs Used by Older Americans—2004 Year-End Update, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD113, April 2005, 5 pp.

100. Medicaid and Medicare Drug Pricing: Strategy to Determine Market Prices, Final Report, SW Schondelmeyer, MV Wrobel, (Abt Associates, Inc.), Centers for Medicare and Medicaid Services, Project # 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, Task Order 1, June 21, 2004, 60 pp.

101. "Pharmacy Looks to the Future," Chapter 18 in Pharmacy and the U.S. Health Care System, Jack E. Fincham and Albert Wertheimer, Editors, (New York: Pharmaceutical Products Press, 2005), JC Schommer, RR Cline, DL Uden, TA Larson, RS Hadsall, and SW Schondelmeyer, pp 417-443.

102. Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans—First Quarter 2005 Update, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD121,July 2005, 14 pp.

103. Trends in Manufacturer Prices of Generic Prescription Drugs Used by Older Americans—First Quarter 2005 Update, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD122,July 2005, 4 pp.

104. <u>Sales of Drugs and Biologicals to Large Volume Purchasers: Final Report</u>, Marian V. Wrobel, Stephen W. Schondelmeyer, Susan Jureidini, Shuchita Agarwal, Rachel Sayko, A.C. Doyle, CMS Contract #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, Task Order 1, September 19, 2005.

105. <u>Case Study of the Texas Vendor Drug Program's Approach to Estimating Drug Acquisition Cost: Final Report</u>, Marian V. Wrobel, Stephen W. Schondelmeyer, Shuchita Agarwal, and Janice Cooper, CMS Contract # 500-00-049, Task Order 1, September 26, 2005.

106. <u>Evaluation of Pharmaceutical Pricing Under Medicare Drug Card: Final Report</u>, Stephen W. Schondelmeyer, Margaret Artz, Shriram Parashuram, Lois Olinger, and Sarah Shoemaker, U.S. Dept. of Health & Human Services, Assistant Secretary for Planning and Evaluation, Task Order Contract #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, November 16, 2006.

107. <u>Implementation of Pharmacy Payment Reform in the Minnesota Medicaid Program: Recommendations to the Legislature</u>, Pharmacy Payment Reform Advisory Committee, SW Schondelmeyer (member & author), Minnesota Department of Human Services, January 15, 2007. 33pp. (plus attachments)

108. <u>Trends in Manufacturer List Prices of Generic Name Prescription Drugs Used by Older Americans— Second Quarter 2005 Update</u>, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD127, October 2005, 1 p.

109. <u>Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans—Second Quarter 2005 Update</u>, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD128, October 2005, 14 pp.

110. <u>Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans—Third Quarter 2005 Update</u>, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD130, February 2006, 14 pp.

111. <u>Trends in Manufacturer List Prices of Generic Prescription Drugs Used by Older Americans—Third Quarter 2005 Update</u>, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD131, February 2006, 2 pp.

112. <u>Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans—2005 Year-End Update</u>, DJ Gross, L Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD134, April 2006, 18 pp.

113. <u>Trends in Manufacturer List Prices of Generic Prescription Drugs Used by Older Americans—2005 Year-End Update</u>, DJ Gross, L Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD135, April 2006, 4 pp.

114. <u>Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans—First Quarter 2006 Update</u>, C Binder, L Gross, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD140, June 2006, 15 pp.

115. <u>Trends in Manufacturer List Prices of Generic Prescription Drugs Used by Older Americans—First Quarter 2006 Update</u>, C Binder, L Gross, DJ Gross, SW Schondelmeyer, SO Raetzman, AARP Public Policy Institute Data Digest, Publication ID: DD141, June 2006, 3 pp.

116. <u>Trends in Manufacturer List Prices of Generic Prescription Drugs Used by Older Americans—Second Quarter 2006 Update</u>, C Binder, L Gross-Purvis, DJ Gross, SO Raetzman, SW Schondelmeyer, AARP Public Policy Institute Data Digest, Publication ID: DD145, September 2006, 2 pp.

117. <u>Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Older Americans—Second Quarter 2006 Update</u>, C Binder, L Gross-Purvis, DJ Gross, SO Raetzman, SW Schondelmeyer, AARP Public Policy Institute Data Digest, Publication ID: DD146, September 2006, 14 pp.

118. <u>Trends in Manufacturer Prices of Brand-Name Prescription Drugs Used by Older Americans—Third Quarter 2006 Update</u>, C Binder, L Gross-Purvis, DJ Gross, SO Raetzman, SW Schondelmeyer, AARP Public Policy Institute Data Digest, Publication ID: DD151, January 2007, 14 pp.

119. <u>Trends in Manufacturer List Prices of Generic Prescription Drugs Used by Older Americans—Third Quarter 2006 Update</u>, C Binder, L Gross-Purvis, DJ Gross, SO Raetzman, SW Schondelmeyer, AARP Public Policy Institute Data Digest, Publication ID: DD152, January 2007, 3 pp.

120. <u>Trends in Manufacturer List Prices of Generic Prescription Drugs Used by Older Americans—2006 Year-End Update</u>, DJ Gross, L Gross-Purvis, SW Schondelmeyer, AARP Public Policy Institute Data Digest, Publication ID: DD153, March 2007, 4 pp.

121. <u>Trends in Manufacturer Prices of Brand-Name Prescription Drugs Used by Older Americans—2006 Year-End Update</u>, DJ Gross, L Gross-Purvis, SW Schondelmeyer, AARP Public Policy Institute Data Digest, Publication ID: DD154, March 2007, 17 pp.

122. <u>Rx Watchdog Report: Trends in Manufacturer Prices of Brand Name Prescription Drugs Used by Medicare Beneficiaries—2002 to 2007</u> (Medicare Baseline Report), DJ Gross, SW Schondelmeyer, L Purvis, AARP Public Policy Institute Research Report, Publication ID: 2008-05, March 2008, 44 pp.

123. Rx Watchdog Report: Trends in Manufacturer Prices of Generic Prescription Drugs Used by Medicare Beneficiaries—2004 to 2007 (Medicare Baseline Report), DJ Gross, SW Schondelmeyer, L Purvis, AARP Public Policy Institute Research Report, Publication ID: 2008-08, May 2008, 32 pp.

124. "Impact of the 10 Percent Fee-for-Service Payment Reductions on Medi-Cal Beneficiaries and Pharmacies," prepared for California Pharmacists Association, June 3, 2008, 50 pp.

125. Rx Watchdog Report: Trends in Manufacturer Prices of Specialty Prescription Drugs Used by Medicare Beneficiaries—2004 to 2007, SW Schondelmeyer, L Purvis, DJ Gross, AARP Public Policy Institute Research Report, Publication ID: 2008-15, September 2008, 41 pp.

126. Rx Watchdog Report: Trends in Manufacturer Prices of Prescription Drugs Used by Medicare Beneficiaries—2004 to 2007, SW Schondelmeyer, DJ Gross, Purvis, AARP Public Policy Institute Research Report, Publication ID: 2008-__, February 2009, 30 pp.

**Book Reviews**
1. Schondelmeyer, Stephen W., "Carolyn H. Asbury.  Orphan Drugs: Medical Versus Market Value (Lexington, MA: D.C. Heath and Company, 1985), xvi + 219 pp.," American Journal of Pharmaceutical Education 49(3):338, Fall 1985.

**Published Proceedings of Symposia and Conferences**
1. "Health Professions Mobility," Proceedings of the National Student Conference on Health Manpower, Bureau of Health Manpower Education, NIH, DHEW, Mar. 11-12, 1972, Chicago, IL.
2. "Prospects for Postmarketing Surveillance of Multisource Drugs," Proceedings of Conference on Postmarketing Surveillance of Multisource Drugs, Center for the Study of Drug Development, Jul. 9-10, 1986, Boston, MA.
3. "Trends with Third Parties and Managed Health Care: A Pharmacy Perspective," Midwestern Conference on the Changing Health Care Environment: Its Impact on Pharmacy and the Pharmaceutical Industry, Nov. 12, 1987, Indianapolis, IN.
4. "The Impact of the Catastrophic Coverage Act of 1988," Proceedings of the IMS Client Conference, pp. 4, May 1989, (published Jul. 1989), Lake George, NY.
5. "The Changing Health Care Environment and Its Impact on the Role of the Pharmacist," Proceedings of the NABP-AACP District Three, Annual Meeting, Aug. 14, 1989, Charleston, SC.
6. "Economic Aspects of Switch," Proceedings of Drug Information Association Workshop on Rx-to-OTC Switch, May 8, 1989, Rockville, MD, pp. 37-44, (published Nov. 1989).
7. "Rx-to-OTC Switch: Question and Answer Session," Proceedings of Drug Information Association Workshop on Rx-to-OTC Switch, May 8, 1989, Rockville, MD, pp. 44-47, (published Nov. 1989).
8. "The Affordability of Medicines," Proceedings of Institute for Alternative Futures Congressional Foresight Seminar, Washington, DC, Mar. 14, 1990.
9. "Drug Information and Unlabeled Uses - 3rd Party Payment Requirements and Policies," Stephen W. Schondelmeyer, Proceedings of Drug Information Association Workshop on Unlabeled Uses of Marketed Prescription Drug, Rockville, MD, pp. 41-46, Oct. 22-23, 1990.
10. "Future Strategies for Dealing With Unlabeled Uses - Public Policy Alternatives and Private Initiatives," J. Richard Crout, Richard M. Cooper, Stephen W. Schondelmeyer, Louis Lasagna, Edward J. Huth, Proceedings of Drug Information Association Workshop on Unlabeled Uses of Marketed Prescription Drug, pp. 129-150, Oct. 22-23, 1990, Rockville, MD.
11. "Pharmacists' Reimbursement Under the Medicaid Prudent Pharmaceutical Purchasing Program," Stephen W. Schondelmeyer, Proceedings of Conference on Medicaid Prudent Pharmaceutical Purchasing: Implementation Issues, Center on Drugs and Public Policy, University of Maryland, pp. 61-68, Feb. 14, 1991, Baltimore, MD.
12. "Pricing Trends in the Pharmaceutical Industry," Stephen W. Schondelmeyer, Proceedings of the IBC Conference on Price Controls and Pricing Strategies for Pharmaceutical & Biotechnology Companies, Feb. 28, 1991, Washington, DC.
13. "Drug Utilization Evaluation Primer: Conceptual and Operational Aspects," William N. Yates, Michael T. Rupp, Stephen W. Schondelmeyer, Group Health Association of America, pp. 771-790, Jun. 25, 1991, New York, NY.
14. "The Future Direction of Healthcare and Managed Care's Bottom Line," Proceedings of Managed Care Advisory Board, Miles Laboratories, Stephen W. Schondelmeyer, Workshop Facilitator, Oct. 16-17, 1992, Chicago, IL.
15. "Prescription for Growth of Retail Drug Chains in the 1990s," Stephen W. Schondelmeyer, pp. 13-31, in Prescription for Growth: Retail Drug Seminar Review, Part 3 of 3, R. Duane Norris and Robert E. Miller, Salomon Brothers, Nov. 1992, New York, NY.

16. "Changes in the Drug Distribution System and the Economic Environment Since 1979," <u>Unit-of-Use Packaging Contemporary Issues: Conference Proceedings</u>, pp 10-23, University of Maryland Center on Drugs and Public Policy and the United States Pharmacopoeia, Dec. 13-15, 1992, Baltimore, MD.
17. "Pharmaceutical Price Indices:  Changes Over Time and in Various Countries," Stephen W. Schondelmeyer, Conference on Pharmaceutical Industry Research, Innovation, and Public Policy, Kennedy School of Government, Harvard University, Feb. 25, 1993, Boston, MA.
18. "Impact of Mandated Changes on the Pharmaceutical Marketplace," Stephen W. Schondelmeyer, Valued Customer Workshop, Lederle Laboratories, Feb. 27, 1993, Park City, UT. pp 20-48.
19. "The Gift of Panakeia: Expanding Access to Pharmaceuticals & Ensuring Fair Prices," Working Group on Pharmaceuticals and National Health Reform, Mar. 19-20, 1993, Washington, DC.
20. "Health Care 2020: A Long Range Forecast - Reaction," <u>2020 Visions: Health Care Information Standards and Technologies</u>, Stephen W. Schondelmeyer, United States Pharmacopoeia, Inc. (Rockville, MD: 1993), p. 40.
21. "Pitfalls in the Use of Socio-Economic Data Related to Pharmaceuticals," <u>Proceedings of Symposia Series on the Socio-Economic Aspects of Drug Therapy Innovation</u>, The Rhone-Poulenc Rorer Foundation (Antony, France: Jul. 1994).
22. "Prescription Prices -- Are They Competitive?" <u>Proceeding of the 39th Annual Ohio Pharmaceutical Seminar on Managed Competition and Pharmaceutical Care: A Challenge for the Profession</u>, Apr. 18, 1994, Columbus, OH.
23. "Gene Therapy: Socioeconomic Questions", Symposium Proceedings, Rhone Poulenc Foundation, June 1995, Yves Champey and Alan L. Hillman, editors; Stephen W. Schondelmeyer, panelist.
24. "New Visions, New Ventures: Pharmacy's Role in HEDIS and Performance Measurement," Advisory Panel, CIBAGeneva, Mar. 27, 1996, Washington, DC.
25. International Symposium Series: The 1998 National Health Care Symposium, <u>Foundation Highlights</u>, Rhone-Poulenc Rorer Foundation, Antony, France.
26. "Where is the Pharmaceutical Industry Taking Us?" Invited Presentation, Forum on Health Policy, University of Michigan, April 3, 1998, Ann Arbor, Michigan.
27. "Controlling Pharmacy Costs:  Monitoring Drug Utilization and Outcomes in a Managed Care Environment," Participant, Healthcare Business Roundtable, March 4, 1999, San Francisco, CA.
28. "Price Transparency Issues in the Pharmaceutical Market," <u>Pharmaceutical Costs and Pricing Practices</u>, Invited Presentation and Invited Participant, Invitational Conference, U.S. Department of Health and Human Service, George Washington University, August 8, 2000, Washington, DC.
29. "Pharmacy Benefit Management," Participant, Minnesota Health Care Roundtable (April 19, 2002), Minnesota Physician,pp.20-25.
30. "Pharmaceuticals & Healthcare:  An Evolving Relationship," Moderator, Health Leaders Conference, May 7, 2002, New York, NY.
31. Executive Roundtable on Pharmaceuticals, Institute of the Americas, October 2, 2002, Santiago, Chile.
32. Health Care and Innovation, American & German Healthcare, Center for German & European Studies, University of Minnesota, July 16-17, 2007, Minneapolis, MN (program highlights recorded and available on CD).
33. Health Technology Assessment and Health Care for All, program planning committee, American & German Healthcare, Center for German & European Studies, University of Minnesota, July 19-20, 2008, Minneapolis, MN(program highlights recorded and available on CD).

**Symposia and Workshop Planning and Participation**
1. National Pharmacy Symposium on High Blood Pressure, Planning Committee Member, National Heart and Lung Institute, 1973-74.
2. Pharmacy in the 21st Century Conference, Project Hope, Mar. 25 to 28, 1984, Millwood, VA (One of 40 pharmacy leaders invited to participate in this assessment of pharmacy's future.)
3. Midwestern Conference on the Changing Health Care Environment: Its Impact on Pharmacy and the Pharmaceutical Industry, Planning Committee Member, Nov. 11-14, 1987, Indianapolis, IN.
4. Enhancing Executive Leadership in Schools of Pharmacy, Workshop Leader, Academic Management System, American Association of Colleges of Pharmacy, Feb. 18 to 20, 1988, San Diego, CA.
5. PMA Coordinated Industry Program for Pharmacy Faculty, two week visitation to The Upjohn Company, June 20 to 30, 1988, Kalamazoo, MI.
6. Strategic Planning Workshop on Catastrophic Coverage and Induced Demand for Prescription Drugs, invited participant, Institute for the Future, Jan. 29-30, 1989, Menlo Park, CA.
7. Quality of Pharmaceutical Care Invitational Conference, CA Pharmacists Association, Feb. 9-12, 1989, Monterey, CA.

8.   Enhancing Executive Leadership, Academic Management System, Workshop Leader, American Association of Colleges of Pharmacy, Mar. 2-9, 1989, Dana Point, CA.
9.   AWP Task Force, National Assoc. of Retail Druggists, Mar. 10, 1989, Alexandria, VA.
10.  Health Care Outlook Workshop, Invited Participant, Institute for the Future, Jun. 14-16, 1989, Washington, DC.
11.  Health Care Financing Administration Research Agenda Seminar, Invited Participant, American Pharmaceutical Institute, Jul. 25, 1989, Washington, DC.
12.  Round Table Discussion on Financing Drug Therapy for the Elderly, Invited Participant, The John A. Hartford Foundation, Jul. 17, 1989, New York, NY.
13.  DUR and Medicare Workshop, Invited Participant, American Pharmaceutical Institute, Sept. 12, 1989, Washington, DC.
14.  Enhancing Executive Leadership, Workshop Leader, Academic Management System, American Association of Colleges of Pharmacy, Feb. 15-18, 1990, Monterey, CA.
15.  Defining Multiple Levels of Medical Care, Invited Panelist, University of Michigan and National Academy of Sciences, Feb. 25-27, 1990, Ann Arbor, MI.
16.  Drug Information and Unlabeled Uses - 3rd Party Payment Requirements and Policies, Session Moderator, Drug Information Association Workshop, Oct. 22, 1990, Washington, DC.
17.  International Conference on Price Controls and Pricing Strategies for Pharmaceutical & Biotechnology Companies, Program Co-Chairman, International Business Communications, Feb. 28 - Mar. 1, 1991, Washington, DC.
18.  1992 Wharton Health Care Conference: What Price Innovation?  Pharmaceuticals in the Era of Cost-Containment, Session Moderator, Measuring Competition in the Pharmaceutical Industry, The Wharton School, University of Pennsylvania, Feb. 21, 1992, Philadelphia, PA.
19.  Pharmaceutical Pricing: Forces, Trends, & Strategies, Program Co-Chairman, International Business Communications, Mar. 26-27, 1992, Washington, DC.
20.  Accountability in Health Care - Considerations for the Professions, Seventh Annual Health Care Public Policy Conference, Planning Committee, Apr. 7, 1992, Minneapolis, MN.
21.  The Role of Pharmaceuticals in Health Care: Cost and Outcomes, Workshop Chairperson, Association for Health Services Research, Jun. 9, 1992, Chicago, IL.
22.  USP 2020: Medicines and Technologies Conference, Invited Participant, United States Pharmacopoeial Convention, Sept. 9-11, 1992, Annapolis, MD.
23.  Managed Care Advisory Board, Workshop Facilitator, Miles Laboratories, Oct. 16-17, 1992, Chicago, IL.
24.  "Unit-of-Use Packaging Contemporary Issues," University of Maryland Center on Drugs and Public Policy and the United States Pharmacopoeia, Dec. 13-15, 1992, Baltimore, MD.
25.  "Pharmaceutical Price Indices:  Changes Over Time and in Various Countries," Conference on Pharmaceutical Industry Research, Innovation, and Public Policy, Kennedy School of Government, Harvard University, Feb. 25, 1993, Boston, MA.
26.  "Impact of Mandated Changes on the Pharmaceutical Marketplace," Valued Customer Workshop, Lederle Laboratories, Feb. 27, 1993, pp 20-48, Park City, UT.
27.  "The Gift of Panakeia: Expanding Access to Pharmaceuticals & Ensuring Fair Prices," Working Group on Pharmaceuticals and National Health Reform, Mar. 19-20, 1993, Washington, DC.
28.  "Pharmaceutical Pricing '93: Pricing and Operational Strategies," Conference Chairperson, Third Annual IBC Conference, Mar. 25-26, 1993, Washington, DC.
29.  Wintergreen Research Conference II, Invited Participant, University of Maryland, Apr. 15-18, 1993, Charlottesville, VA.
30.  Canadian Collaborative Workshop on Pharmacoeconomics, Invited Participant, Jun. 21-22, 1993, Sainte-Adele, Quebec, Canada.
31.  Aetna's Third Annual Manufacturers' Orientation Program: Synergistic Success, Participant, Aetna Health Plans, Jun. 29, 1993, Hartford, CT.
32.  Forum on OTC Oral Contraceptives, Kaiser Family Foundation, Invited Participant, Jul. 7-9, 1993, Menlo Park, CA.
33.  Working Group on Pharmaceuticals and National Health Reform, Participant, Nov. 4-5, 1993, Washington, DC.
34.  "The Use of Socio-Economic Data on New Drug Therapies by Health Decision Makers," Invited Presenter, Symposia Series on the Socio-Economic Aspects of Drug Therapy Innovation, The Rhone-Poulenc Rorer Foundation, Nov. 10, 1993, Antony, France.
35.  "Principles of Paying for Pharmaceutical Services," Invited Presenter, Seminar on Pharmaceutical Remuneration: Paying Pharmacists to Meet Patients' Needs, Pharmacy Practice Research Resource Centre, Royal Pharmaceutical Society of Great Britain, Dec. 2, 1993, London, England.

36. Task Force on Principles for Economic Analysis, Task Force Member, Leonard Davis Institute for Health Economics, Mar. 22-23, 1994, Philadelphia, PA.
37. Public Policy Track, Pharmaceutical Pricing and Healthcare Reform Legislation, Session Chairperson, 30th Annual Meeting, Drug Information Association, Jun. 9, 1994.
38. Public Policy Track, Restructuring in the Pharmaceutical Marketplace: Impact on Pharmaceutical Pricing, Session Chairperson, 30th Annual Meeting, Drug Information Association, Jun. 9, 1994.
39. Task Force on Principles for Economic Analysis of Health Care Technology, Task Force Member, Leonard Davis Institute, University of Pennsylvania, 1993-1994.
40. CA Bioscience and Health Care Reform Conference, Univ. of California, Jul. 8, 1994, Los Angeles, CA.
41. Midwest Pharmacy Administration Conference, University of Iowa, Aug. 27, 1994, Iowa City, IA.
42. "An Evaluation of Medicaid Drug Expenditures under OBRA 90," and "Understanding Expenditure and Distribution Channels in the Pharmaceutical Market," Wintergreen Research Conference III, Oct. 13-16, 1994, Wintergreen, VA.
43. International Workshop on Pharmacoepidemiology and Pharmacoeconomics for the Implementation of National Drug Policy, Ministry of University Affairs, Invited Speaker, Apr. 17-21, 1995, Chiang Mai, Thailand.
44. Relationship Between Public and Private Sectors in Drug Development, National Science Foundation Working Group, Albert Einstein College of Medicine, Yeshiva Univ., June 2, 1995, New York, NY.
45. Workshop on Gene Therapy: Socioeconomic Questions," Rhone Poulenc Rorer & Leonard Davis Institute, University of Pennsylvania, Jun. 26, 1995, Philadelphia, PA.
46. New Visions, New Ventures: Pharmacy's Role in HEDIS and Performance Measurement, Advisory Panel, CIBAGeneva, Mar. 27, 1996, Washington, DC.
47. Wintergreen Research Conference IV, Center on Drugs and Public Policy, University of Maryland, May 2-5, 1996, Wintergreen, VA.
48. PBMs: Reshaping the Pharmaceutical Distribution Network, A Roundtable (invited participants only), American Academy of Arts and Sciences and the Center for the Study of Drug Development, Tufts University, Oct. 24, 1996, Boston, MA.
49. Free Trade Area of the Americas (FTAA), Invited Participant, III Americas Business Forum, Workshop on Technology and Intellectual Property, May 13-15, 1997, Belo Horizonte, Brazil.
50. National Health Care Symposium, 1998, Planning Committee Member, International Symposium Series, Rhone-Poulenc Rorer Foundation, January 29-30, 1998, Philadelphia, PA.
51. Managing the Pharmacy Benefit, participant, 1999 University of Arizona Conference, January 25-27, 1999, Tucson, AZ.
52. "Compensation for Pharmaceutical Care and Professional Activities," Strategic and Tactical Analysis Team on Pharmacy Payment and Empowerment, American Pharmaceutical Association, September 23, 2000, Washington, DC.
53. Policy Issues in Prescription Drug Benefit Design and Implementation, Session Chair, Policies & Pastries Session, Annual Meeting, American Pharmaceutical Association, March 18, 2001, San Francisco, CA.
54. Medicare Prescription Drug Issues Workshop, Invited Presentation, American Public Health Association, October 21, 2001, Atlanta, GA.
55. Synthesis of Health Services Research for Policy Makers, Invited Participant, sponsored by Agency for Healthcare Research & Quality and Robert Wood Johnson Foundation, November 27, 2001, Washington, DC.
56. Pharmacogenomics: The Legal, Ethical, & Clinical Challenges, Panel Commentator, sponsored by the Consortium on Law and Values in Health, Environment & the Life Sciences, University of Minnesota, February 26, 2002, Minneapolis, MN.
57. Pharmacy Benefit Management, Invited Participant, Minnesota Health Care Roundtable, April 19, 2002, Minneapolis, MN.
58. Pharmaceuticals & Healthcare:  An Evolving Relationship, Moderator, Health Leaders Conference, May 7, 2002, New York, NY.
59. Executive Roundtable on Pharmaceuticals, Institute of the Americas, October 2, 2002, Santiago, Chile.
60. Universal Healthcare? Access, Quality, Affordability--Experiences and Best Practices in Germany and the USA, American & German Healthcare, Center for German & European Studies, University of Minnesota, June 5-6, 2006, Minneapolis, MN.
61. Health Care and Innovation, American & German Healthcare, program planning committee, Center for German & European Studies, University of Minnesota, July 16-17, 2007, Minneapolis, MN.
62. Health Technology Assessment and Health Care for All, program planning committee, American & German Healthcare, Center for German & European Studies, University of Minnesota, July 19-20, 2008, Minneapolis, MN.

63. Dean Marilyn Speedie—A Tribute to Ten Years of Leadership, planning committee, Scientific Symposium, College of Pharmacy, University of Minnesota, March 28, 2008, Minneapolis, MN.

## Government Hearings and Public Service Presentations

1. "Statement of the Student American Pharmaceutical Association Regarding Health Manpower Legislative Proposals," U.S. House of Representatives, Committee on Interstate-Foreign Commerce, Subcommittee on Public Health and Environment, 93rd Congress, Second Session, May 23, 1974.
2. Testimony on drug product selection bills before the House and Senate, Ohio State Legislature, 1976.
3. Testimony on drug product selection and third party insurance bills before the House and Senate, Indiana General Assembly, 1983 & 1984.
4. Statement before the Indiana General Assembly Interim Committee to Study Licensing of Health-Related Occupations, Jul. 18, 1984.  A 24-page statement was prepared and presented describing the 17 health-related education programs at Purdue University, Indianapolis, IN.
5. "Concept Paper on a New Basis for Reimbursement of Pharmaceutical Services," 6 pp., presented to the Indiana Department of Public Welfare, Medicaid Office (Sept. 1984).
6. "Medication Use by the Elderly: A Review of Issues and the Pharmacist's Role," 13 pp., submitted to the Indiana State Board of Health upon request for information on drug use by the elderly (Sept. 1984).
7. "Comments on Over-the-Counter Marketing of Beta-Adrenergic Bronchodilators in Metered-Dose Inhalers," presented to the Pulmonary-Allergy Drugs Advisory Committee, Food and Drug Administration, May 19, 1986, Bethesda, MD.
8. "Statement of the American Pharmaceutical Association on Proposed Rule for Limits on Payments for Drugs by the Health Care Financing Administration," Stephen W. Schondelmeyer, Joseph Thomas III, and Jack Schlegel, American Pharmaceutical Association, Policy Statement, Oct. 1986.
9. "Impact of Alternative Reimbursement Limits for Coverage of Multi-source Prescriptions Under Medicare," prepared for the Finance Committee, United States Senate, Feb. 22, 1988.
10. "Review and Comment on the Reimbursement Procedures Used by Louisiana Medicaid," expert testimony at Health Care Financing Administration Administrative Hearing, Sept. 19 and 20, 1988, Dallas, TX.
11. "Policy Paper on Pharmacy Reimbursement Issues Under the Medicare Catastrophic Coverage Act," American Pharmaceutical Association, Washington, DC, Apr. 1989, 10 pp, written by Stephen W. Schondelmeyer.
12. "Prescription Drug Coverage Under Medicaid," Statement before Joint Subcommittee Studying Pharmaceutical Costs in the Virginia Medical Assistance Program pursuant to HJR403, General Assembly, Commonwealth of Virginia, Aug. 8, 1989.
13. "Pharmaceutical Pricing and Reimbursement," Invited Seminar, Senate Finance Committee, Health Staffers Luncheon, May 15, 1990, Washington, DC.
14. "Medicaid Drug Prices and Expenditures:  Issues and Options," Statement before the Subcommittee on Health of Families and Uninsured, Committee on Finance, United States Senate, Sept. 17, 1990, Washington, DC.
15. "Impact of Mail Order Option on Medex Drug Program," Administrative Hearing before Hearing Officer, Massachusetts Insurance Commissioner, Jan. 2, 1991, Boston, MA.
16. "Estimated Impact of the Medicaid Prudent Pharmaceutical Purchasing Program on the Arkansas Medicaid Program," prepared for Special Committee on Aging, United States Senate, Feb. 1991.
17. "Prescription Drug Prices and the PACE Program," Hearing before Pharmaceutical Assistance Review Board, Commonwealth of Pennsylvania, Mar. 21, 1991, Harrisburg, PA.
18. "Manufacturer Price Inflation for Prescription Drugs: 1985-1995," prepared for the Special Committee on Aging, United States Senate, Mar. 1991.
19. "Prescription Drug Insurance Programs: Costs and Benefits," Hearing before the House State Health Benefit Plan Pharmacy Program Study Committee, GA House of Representatives, Aug. 6, 1991, Atlanta, GA.
20. "Statement on the Public Health Clinic Affordable Drug Act," Statement before the Committee on Labor and Human Resources, U.S. Senate, Oct. 16, 1991, Washington, DC.
21. "Prescription Drug Market and Price Trends," Health Financing and Policy Issues, Human Resources Division, U.S. General Accounting Office, Dec. 17, 1991, Washington, D.C.
22. "Quality Management of a Prescription Benefit for the Elderly," Pennsylvania Department of Aging, Jan. 14, 1992, Harrisburg, PA.
23. "Impact of Eroding Pharmaceutical Discounts on Healthcare Institutions," American Society of Hospital Pharmacists Congressional Seminar, Jan. 15, 1992, Wash., D.C.

24. "Buying Groups and Pharmaceutical Purchasing," Minnesota Multi-State Buying Group, State of Minnesota, Feb. 12, 1992, St. Paul, MN.
25. "Pharmaceutical Legislation and Regulation," Policy Rap Session, Health Care Financing Administration, Mar. 25, 1992, Washington, DC.
26. "Medicaid Rebates Expected in 1992," New York State Legislative Committees, Jun. 3, 1992, Albany, NY.
27. "Drug Prices, Polices, and Polemics: Perspective on the Industry," United States General Accounting Office, Comptroller General's Health Advisory Board, Jun. 4, 1992, Washington, D.C.
28. "Projections of Manufacturer Rebates Under the New York State Medicaid Program," Medicaid Committee, New York State Legislature, Jul. 14, 1992, Albany, NY.
29. "Effect of Bill C-91 on the Canadian Pharmaceutical Industry," Industry, Science, and Technology Canada, Aug. 26, 1992, Ottawa, ON, Canada.
30. "ISTC Analysis of Bill C-91 Impact on the Canadian Pharmaceutical Industry," Industry, Science, and Technology Canada, Sept. 16, 1992, Ottawa, ON, Canada.
31. "The Future of Pharmaceutical Pricing," Congressional Foresight Seminar, Institute for Alternative Futures, Sept. 21, 1992, Washington, DC.
32. "The Cost of Bill C-91: An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Legislative Committee on Bill C-91, House of Commons, Parliament, Canada, Dec. 1, 1992, Ottawa, ON, Canada.
33. "Fair Drug Pricing for Drugs Developed in Conjunction with the NIH," 66th Meeting, Advisory Committee to the Director, National Institutes of Health, Dec. 2, 1992, Bethesda, MD.
34. "The Cost of Bill C-91: An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Senate Standing Committee on Banking, Trade, and Commerce, Parliament, Canada, Jan. 21, 1993, Ottawa, ON, Canada.
35. "Drug Pricing and the Contribution of the Government to Drug Development," Statement before the Subcommittee on Regulation, Business Opportunities and Energy, Committee on Small Business, U.S. House of Representatives, Jan. 25, 1993, Washington, DC.
36. "How Do Pharmacists Determine a Prescription Price?" Congressional Member and Staff Seminar, Special Committee on Aging, U.S. Senate, Feb. 19, 1993, Washington, DC.
37. "International Prescription Drug Prices: Implications for U.S. Policy," Statement before the Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives, Feb. 22, 1993, Washington, DC.
38. "Pharmacy Opportunities in Health Care Systems of the 1990s," Invited Presentation, Health Care Decisions for the 90s Committee, a joint committee of the Kansas House of Representatives and Senate, Aug. 19, 1993, Topeka, KS.
39. "Implications of Pharmaceutical Coverage and Expenditures for U.S. Health Care Reform," Statement before Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives, Feb. 8, 1994, Washington, DC.
40. "Pharmaceuticals Under Health Care Reform," statement before the Finance Committee, United States Senate, Apr. 19, 1994, Washington, DC.
41. "Impact of the Argentinean Pharmaceutical Industry on Consumer Access to Pharmaceuticals," statement before the Health Committee of the Argentinean Congress, May 10, 1994, Buenos Aires, Argentina.
42. "Competition and Pricing in the Pharmaceutical Industry," invited presentation to Congressional members and staffers, House of Representatives, U.S. Congress, Aug. 4, 1994, Washington, DC.
43. "Competition and Pricing in the Pharmaceutical Industry," invited presentation to Congressional members and staffers, Senate, U.S. Congress, Aug. 4, 1994, Washington, DC.
44. "Vertical Integration Issues in the Pharmaceutical Market," Federal Trade Commission, meeting with Chairman, Commissioners, and staff, Oct. 5, 1994.
45. "Impact of Vertical Integration in the Pharmaceutical Market on Consumers," Federal Trade Commission, meeting with Commissioner and staff, Oct. 24, 1994.
46. "Changes in the Health Care Landscape: Impact on Pharmaceutical Manufacturers and the Pharmaceutical Market," Changes in the Health Care Landscape Workshop, U. S. General Accounting Office, Nov. 14, 1994, Washington, DC.
47. "Medicaid Reimbursement of Pharmacy Services in Minnesota," Minnesota Legislature members, staff and administration staff; technical advice provided upon request, fall 1994 and spring 1995.
48. "Spanish Hospital Pharmacy Needs and Experience from the U.S.," Galician Health Authority, Jun. 24, 1996, Santiago de Compostello, Spain.
49. "Situation and Perspectives on Spanish Hospital Pharmacy: An Overview," Joint Symposium of Sociedad Espanola de Farmacia Hospitalaria and the Sociedad Espanola de Medicina, Presentation to the Spanish Minister of Health (Jose Manuel Romay Beccaria), Jun. 27, 1996, Madrid, Spain.

50. "Economic and Policy Issues Related with Access to AIDS Therapy," Presidential Advisory Council on HIV & AIDS, Sept. 9, 1996, Bethesda, MD.

51. "PBMs Activities and Impact on the Pharmaceutical Marketplace," meeting with Federal Trade Commission Chairman Robert Pitofsky, Nov. 14, 1996, Washington, DC.

52. "Generic Pharmaceuticals in Venezuela: Issues and Directions," presentation to the Venezuelan Minister of Health and Social Assistance (Ministerio de Sanidad y Asistencia Social, Dr. Pedro Rincon Gutierrez), Feb. 3, 1997, Caracas, Venezuela.

53. "Mechanisms to Increase the Consumption of Generic Pharmaceuticals in Venezuela," private presentation to the President of the Republic of Venezuela (Dr. Rafael Caldera), Feb. 3, 1997, Caracas, Venezuela.

54. "The Impact of Bill C-91:  Actual Economic Impact from Elimination of Compulsory Licensing of Pharmaceuticals in Canada," testimony to committee of House of Commons, Parliament, Canada, April 8, 1997, Ottawa, ON, Canada.

55. "Comments on Report: Technology & Intellectual Property Rights, Competition Policy, Standards and Non-Tariff Barriers to Trade," Free Trade Area of the Americas Conference, May 14, 1997, Belo Horizonte, Brazil.

56. "Future Leadership on Access to Care and Treatment Issues," Services Subcommittee, Presidential Advisory Committee on HIV and AIDS, November 18, 1998, Washington, DC.

57. "Affordability and Access to Pharmaceuticals," Prescription Drug Task Force, Congress of the United States, Panel Discussion, February 24, 1999, Washington, DC.

58. "Rx Drug Expenditures:  Role of Generics."  S. W. Schondelmeyer, Ph.D., Congressional Briefing on Role and Impact of Generics, Washington, DC, October 6-7, 1999.

59. "Structure and Behavior of the Pharmaceutical Market: Factors Affecting Price and Expenditures," testimony before the Health Access Oversight Committee, Legislative Council, State of Vermont, June 21, 1999, Montpelier, VT.

60. "Prescription Drug Costs," testimony before the Health Access Oversight Committee, Legislative Council, State of Vermont, August 18, 1999, Montpelier, VT.

61. "Exploring Options for State Action on Prescription Drug Expenditures," testimony before the Health Access Oversight Committee, Legislative Council, State of Vermont, Sept. 24, 1999, Montpelier, VT.

62. "Rx Drug Expenditures: Role of Generics," Congressional Briefing, Generic Drug Equity Caucus, United States Congress, October 7, 1999, Washington, DC.

63. "Legislative Strategies to Lower Drug Prices for All Vermonters," testimony before the Health Access Oversight Committee, Legislative Council, State of Vermont. Stephen W. Schondelmeyer, *PRIME* Institute, University of Minnesota, Montpelier, VT, November 5, 1999.

64. "Prescription Drug Expenditures and Costs," executive staff meeting, U.S. Department of Health and Human Service, December 9, 1999, Washington, DC.

65. "Structure and Behavior of Pricing in the Pharmaceutical Market," Health Committee, House of Representatives, State of Vermont, March 29, 2000, Montpelier, VT.

66. "Impact of Options for Drug Coverage Under Medicare," Seminar for Congressional Senate Staffers, June 7, 2000, Washington, DC.

67. "Drug Pricing, Import, and Safety Issues," testimony before the Committee on Health, Education, Labor, and Pensions, United States Senate, June 13, 2000, Washington, DC.

68. "Coverage of Prescription Drugs Under Medicare," testimony before the Committee on Ways and Means, U.S. House of Representatives, June 13, 2000, Washington, DC.

69. "PBMs:  Who Are They? What Do They Do?," Indiana Rx Drug Advisory Committee, State of Indiana, July 11, 2000, Indianapolis, IN.

70. "Patents, Intellectual Property Protection, Innovation and Prescription Drugs—Are the Rules Fair?" Congressional Briefing Seminar, sponsored by the National Institute for Health Care Management Foundation, September 25, 2000, Washington, DC.

71. "Economic Impact of Drug Coverage Provisions Under Medicare," Staff Seminar, Congressional Budget Office, January 26, 2001, Washington, DC.

72. "Iowa Rx Coop," testimony before the Senate Health & Human Rights Appropriations Sub-Committee, State of Iowa, February 6, 2001.

73. "Prescription Drug Access for Low-Income Seniors," testimony before Senate Health & Family Security Committee, Minnesota Legislature, State of Minnesota, March 14, 2001, St. Paul, MN.

74. "Impact of Rx Discount Cards on Rural Citizens and Their Access to Pharmacies," Congressional Briefing Seminar, House Rural Caucus, U.S. House of Representatives, October 15, 2001, Washington, DC.

75. "Medicare Prescription Drug Cards:  What Are They? What Are They Worth?" Congressional Briefing Seminar, Alliance for Health Reform, October 18, 2001, Washington, DC.

76. "Current Assessment of Prescription Drug Policies and Issues," testimony before the Legislative Health & Human Services Committee, State of New Mexico, October 24, 2001, Santa Fe, NM.

77. "The Chilean Pharmaceutical Market and Access to Pharmaceuticals," briefing provided to Sr. Guido Girardi, President, Commission on Health, House Chamber, Chilean Parliament, November 20, 2001, Santiago, Chile.

78. "The Chilean Pharmaceutical Market and Public Health," briefing provided to Sra. Jeanette Vega, Director, Institute of Public Health of Chile, November 20, 2001, Santiago, Chile.

79. "The Chilean Pharmaceutical Market and Intellectual Property Issues," briefing provided to Sr. Alvara Diaz, Undersecretary of Economy, Chile, November 20, 2001, Santiago, Chile.

80. "Sources of Growth in Medicaid Drug Expenditures," briefing provided to Senate Health Committee, State of Minnesota, January 29, 2002, St. Paul, MN.

81. "PBMs. Discount Cards, & a Medicare Prescription Benefit:  Implications for Seniors in Rural Communities,"  Congressional Briefing, House Rural Caucus, U.S. House of Representatives, October 7, 2002, Washington, DC.

82. "Medicaid Growth Trends and Targets," meeting with Medicaid staff, Department of Human Services, State of Minnesota, January 13, 2003, St. Paul, MN.

83. "Minnesota's Budget Crisis and Drugs Under Medicaid," meeting with Commissioner, Department of Human Services, State of Minnesota, February 26, 2003, St. Paul, MN.

84. "Prescription Drug Expenditures: What Do We Really Know?" testimony provided before Assembly Committee on Health, California Legislature, State of California, March 11, 2003, Sacramento, CA.

85. "Need for Price Transparency to Facilitate Improved Drug Price Negotiations with Drug Manufacturers," testimony before the Senate Committee on Health, State of Minnesota, April 3, 2003, St. Paul, MN.

86. "Drug Use and Expenditures by Seniors in America," Congressional Budget Office, April 22, 2003, Washington, DC.

87. "The Economics of the Pharmaceutical Industry in the United States," testimony before the Subcommittee on Human Rights and Wellness, Committee on Government Reform, United States House of Representative, June 25, 2003, Washington, DC

88. "Drug Expenditures:  Sources of Growth in Public & Private Sectors," South Dakota Governor & Staff, State of South Dakota, October 8, 2003, Pierre, SD.

89. "Prescription Drug Market Access & Re-importation," Congressional Field Forum, October 27, 2003, Boston, MA

90. "PBM Self-Dealing Issues," Federal Trade Commission, meeting and discussion with staff, November 20, 2003, Washington, DC.

91. "Medicaid Drug Expenditures:  Sources of Growth," Georgia Legislature, Joint Committees on Health, December 3, 2003, Atlanta, GA.

92. "Skyrocketing Costs of Prescription Drugs:  Is Importation from Canada an Answer?" testimony before Health Committee, California Assembly, January 20, 2004,Sacramento, CA.

93. "Pharmaceutical Prices, Imports & Safety," testimony before Judiciary Committee, United States Senate, July 14, 2004, Washington, DC.

94. "Medicaid Drug Expenditures: Sources of Growth," Senate Health Committee, Florida Legislature, January 27, 2005, Tallahassee, FL.

95. "Medicaid Drug Expenditures: Sources of Growth," House of Representatives, Health Committee, Florida Legislature, February 23, 2005, Tallahassee, FL.

96. "Medicaid Drug Expenditures: Sources of Growth," Tennessee State Forums Partnerships, Legislators Forum, March 30, 2005, Nashville, TN.

97. "Prescription Drug Price Disclosure," testimony before House and Senate Health & Human Services Working Group, June 9, 2005, St. Paul, MN.

98. "Structure & Pricing in the Pharmaceutical Market," Wisconsin Attorney General's Office, May 27, 2005, Madison, Wisconsin.

99. "Community Pharmacy Perspectives on Preventing Medication Errors," Institute of Medicine, Committee on Identifying and Preventing Medication Errors, July 6, 2005, Washington, DC.

100."Evaluation of Pharmaceutical Pricing Under the Medicare Drug Card: Proposed Project Design," Marian V. Wrobel and Stephen W. Schondelmeyer, Assistant Secretary for Planning and Evaluation, U.S. Department of Health and Human Services, October 12, 2005, Washington, D.C.

101."Drug Prices & the Pharmaceutical Market, Part I," California Attorney General's Office, January 17, 2006, San Diego, CA.

102."Economic Impact of the New Medicare Drug Plan," testimony before the U.S. House of Representatives, Committee on Government Reform, Briefing on the Medicare Drug Program, January 20, 2006, Washington, DC.

Case 2:09-cv-00722-CAS-MAN   Document 69-5   Filed 02/11/2009   Page 111 of 144
Case 1:01-cv-12257-PBS   Document 6986-7   Filed 03/27/10   Page 11 of 143

*Curriculum Vita*                              36                    *Stephen W. Schondelmeyer*

103. "Definition of AMP and Retail Pharmacy Drug Prices," presentation to the DHHS, Office of the Inspector General, March 14, 2006, Washington, DC.
104. "Drug Prices & the Pharmaceutical Market: Part 2," California Attorney General's Office, April 4, 2006, San Diego, CA.
105. "Drug Prices & the Pharmaceutical Market," Florida Attorney General's Office, May 25, 2006, Tallahassee, FL.
106. "Pharmacy Compensation & Medicaid," Minnesota Department of Human Services, Prescription Payment Reform Payment Advisory Commission, July 26, 2006, St. Paul, MN.
107. "Pharmacy Payment Policy: Changes in Medicaid," North Dakota Legislature, Interim Budget Committees on Healthcare and Human Services, September 12, 2006, Bismarck, ND.
108. "Economic Aspects of Cancer Drugs," invited presentation to Oncology Division, U.S. Food & Drug Administration, October 16, 2006, White Oak, MD.
109. "Pharmaceutical Pricing Practices: Monitoring for Waste, Fraud and Abuse," Statement before the Committee on Oversight and Government Reform, U.S. House of Representative, February 9, 2007, Washington, DC.
110. "Medicaid Pharmacy Payment Reform," Pharmacy Payment Reform Advisory Committee, February 20, 2007, St. Paul, MN.
111. "Medicaid & Other Pharmacy Payment Reform," Minnesota Legislature, Pharmacy Working Group, August 14, 2007, St. Paul, MN.
112. "Federal, State & Local Regulations: Dispensing & Prescribing," Institute of Medicine, Committee on Implementation of Antiviral Medication Strategies for an Influenza Pandemic, December 4, 2007, Washington, DC
113. "Medicaid: AMP & Pharmacy Payment," Tennessee General Assembly, Fiscal Review Committee, February 25, 2008, Nashville, TN.
114. "Comparison of Drug Rebates Under Medicare & Medicaid," Statement before the Committee on Oversight and Government Reform, U.S. House of Representative, July 24, 2008, Wash, DC, 5 pp.
115. "Extraordinary Price Increases in the Pharmaceutical Market," Madeline Carpinelli (presenter) and Stephen W. Schondelmeyer, Statement before the Joint Economic Committee, United States Congress, July 24, 2008, Washington, DC, 12 pp.
116. "Prescription Drug Expenditures & Use in the U.S. Health Care System," German Ministry of Health, September 22, 2008, Berlin, Germany.
117. "North Dakota: Economics of Prescription Drug Market," Statement before Joint Hearing of House Industry, Business, and Labor Committee and the Human Services Committee, Feb. 3, 2009, 8 pp., Bismark, ND.

**Other Scholarly Activities**
 1.   "Treatment of Asthma with Cromolyn" and "Seizure Prophylaxis with Phenytoin," University of Kentucky, College of Pharmacy, Nov. 1976 (slide-tape, self-instructional, patient education programs).

**Invited Presentations**
    (See Appendix A: Invited Presentations of Stephen W. Schondelmeyer for a complete list.)

**Expert Witness and Consultation Activities for Legal Matters**
    (See Appendix B: Expert Witness Activities of Stephen W. Schondelmeyer for a complete list.)

**Peer Review Activities**
  **Editorial Review Board**
    *Journal of Pharmacoepidemiology*, 1988-1992
    *Drug Information Journal*, 1985-1990
    *Journal of Health Care Marketing*, 1985-1989
    *American Druggist*, 1988-1996
    *Pharmacy Business*, 1990-1994
    *P & T* (Journal of Pharmacy & Therapeutics Committees) 1991-2002
    *Drug Outcomes & Managed Care*, Faulkner & Gray, New York, 1995-1996
    *Medical Outcomes & Guidelines Alert*, Faulkner & Gray, New York, 1995
    *Spanish Hospital Pharmacy Journal*, 1996-present
    *Drug Topics, Editorial Advisory Committee,* 1998-present
    *Managed Care*, 1999-present
    *Journal of Generics, 2003-present*

**Manuscript Reviewer**
*American Journal of Health System Pharmacy (was American Journal of Hospital Pharmacy)*, 1985-
*American Journal of Pharmaceutical Education*, 1985-
*American Pharmacy*, 1986-
*Journal of Social and Administrative Pharmacy*, 1987-
*Journal of Pharmaceutical Marketing and Management*, 1987-
*Drug Information Journal*, 1985-
*Journal of Health Care Marketing*, 1985-1994
*Pharmacy in History*, 1989-
*Health Care Financing Review*, 1989-
*Health Affairs*, 1991-
*Journal of the American Medical Association*, 1991-
*PharmacoEconomics*, 1991-
*Inquiry*, 1992-
*Journal of Health Politics, Policy, and Law,* 1994-
*Pharmaceutical Research*, 1995-96 (3)

**Reviewed research and policy reports for**:
U.S. Congressional Research Service
U.S. Congressional Budget Office
American Association of Retired Persons, Policy Institute
Commonwealth Fund
United Senior Coalition (Washington, DC)
U.S. General Accounting Office
National Association of Chain Drug Stores
Minnesota Department of Health
Decision Resources, Inc.
Pracon, Inc.
Office of the Inspector General, U.S. Dept. of Health and Human Services (DHHS)
Food & Drug Administration, Office of Asst. Secretary for Planning and Evaluation, U.S. DHHS
Food & Drug Administration, Office of the General Counsel, U.S. DHHS
Office of the Actuary, U.S. Dept. of Health & Human Services

**Reviewed abstracts for presentations:**
Association for Health Services Research, Annual Meeting, 1993
Wintergreen Conference III, Center for Study of Drugs and Public Policy, Oct. 1994

**Panel participation and proposal review:**
Technical Panel Member, Health Care Financing Administration, Office of the Actuary, Estimates of
    National Expenditures for Prescription Drugs, Actuarial Research Corporation (contractor), 1994.
Technical Consultant, Health Care Financing Administration, Office of Research & Demonstrations,
    "Evaluation of Medicaid Prospective Drug Utilization Review and Cognitive Services Demonstration
    Projects," 1993 to 1998.
Drug Program Grant Review Panel, Health Care Financing Administration, USDHHS, Apr. 3-5, 1989.
Research Grants in Hospital Pharmacy Administration, Selection Panel.
ASHP Research and Education Foundation, proposal review, 1984, 1985.
Technical Merit Review Panel, Epilepsy Branch, NINCDS, NIH, 1983.
Drug Monograph Reviewer, American Hospital Formulary Service, 1977.

**Special Review Activities:**
* <u>The FDAs Review Process: An International Comparison</u>, Karyn L. Feiden, Food & Drug Administration, U.S. Department of Health and Human Services, November 1995.
  (Invited by FDA to provide review and comment prior to publication.)
* "A Retrospective, Clinical and Pharmacoeconomic Data Collection from Patients," Orphan Medical, Inc., February 1996, review and comment provided on project proposal.
  (Invited by Orphan Medical to provide review and comment prior to proposal submission.)
* "Determining Appropriate Reimbursement for Prescription Drugs: Off Label Uses and Investigational Therapies," Raiford, Drusilla S., Sheila R. Shulman, and Louis Lasagna, *Food and Drug Law Journal*, Vol. 49, No. 1, pp. 37-76. (Invited by authors to provide review and comment prior to article submission.)
* "Changing Prescription Drug Sector: New Expenditure Methodologies," James S. Genuardi and Jean M. Stiller, submitted to *Health Care Financing Review.*
  (Cited as a source for method of estimating drug rebates paid in the private sector.)
* "Delayed Generic Introduction Due to Market Exclusivity: Impact on Pharmaceutical Firms and Upon Payers," Laura Brice, Asst. Secretary for Planning and Evaluation, U.S. Department of Health and Human Services.
  (Provided input to, and evaluation of, model for estimation of economic impact of delayed generic introduction due to market exclusivity extensions.)
* <u>Experiences of HMOs with Pharmacy Benefit Management Companies</u>, June Gibbs Brown, Office of the Inspector General, U.S. Dept. Of Health and Human Services, April 1997
  (Technical advice and consultation, Fall 1996 and Spring 1997)
* <u>Drug Prices: Effects of opening Federal Supply Schedule for Pharmaceuticals Are Uncertain</u>, Bernice Steinhardt, U.S. General Accounting Office, June 1997
  (Invited by GAO to review and comment on document prior to publication.)
* <u>Health Care 2004</u>, Taylor Nelson AGB, 1998
  (Interviewed by study author as an expert on the pharmaceutical market.)
* Weiderholt Award (Initial Award, CRAP, Midwest Pharmacy Administration Meeting, 2004)


## CITATION OF WORK IN PUBLIC MEDIA

Research findings, invited presentations, and other work have been quoted widely in both the lay public and professional trade press.  A Lexis-Nexis search on S.W. Schondelmeyer found more than 200 citations between 1988 and 1995.  Quotes and citations include:  ABC Evening News, ABC 20/20, NBC News, Jim Lehrer News Hour, CNBC News, Bloomberg Press, Prime Time Live, National Public Radio, <u>Time</u>;  <u>U.S. News & World Report</u>;  <u>Forbes</u>;  <u>Fortune</u>;  <u>Money</u>; <u>Wall Street Journal</u>;  <u>New York Times</u>; <u>Washington Post</u>; <u>Minneapolis Star Tribune</u>; <u>St. Paul Pioneer Press</u>; <u>Indianapolis Star</u>; <u>Lafayette Journal and Courier</u>; <u>The Pink Sheet</u>;  <u>The Green Sheet</u>; <u>Drug Store News</u>; <u>American Druggist</u>; <u>Scrip World Pharmaceutical News</u>; <u>Pharmaceutical Executive</u>; <u>American Medical News</u>; and many other public sources.


## PROFESSIONAL AND SCIENTIFIC ORGANIZATION OFFICES

**American Pharmaceutical Association (APhA)**
Annual Meeting, attended every year since 1970
House of Delegates, Vice Speaker, 1981-1982
House of Delegates, Delegate, 1971, 1973, 1975, 1977, 1980, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1994, 1998, 1999, 2000, 2001, 2002
Public Affairs Policy Committee, Chairman, 1990-1991
House of Delegates, Member, Nominations Committee, 1990
Communications Advisory Committee, Member, 1988-1989
Scientific Affairs Policy Committee, Member, 1987-1988
Scientific Affairs Reference Committee, Member, 1987, 1988
Scientific Affairs Reference Committee, Chairman, 1984
Education Policy Committee, Member, 1999-2000
Publications Committee, Member, 2000-2001; Chair, 2001-2002

Case 2:09-cv-00722-CAS-MAN    Document 698-57    Filed 03/17/10    Page 114 of 144
Case 1:01-cv-12257-PBS    Document 6986-5    Filed 02/11/2009    Page 115 of 143

*Curriculum Vita*                                    39                                    *Stephen W. Schondelmeyer*

**Academy of Pharmaceutical Research and Science (APRS)**
Policy Committee, Member, 1988-1989
Economic, Social and Administrative Sciences Section, Best Paper Judge, 1997, 1998, 1999 (Chair)
Economic, Social and Administrative Sciences Section, Chair-elect, 1999-2000
Economic, Social and Administrative Sciences Section, Chair, 2000-2001
Economic, Social and Administrative Sciences Section, Immediate Past Chair, 2001-2002
APRS Executive Committee, 2001-2002

**American Association of Colleges of Pharmacy (AACP)**
Annual Meeting, 1992, 1993, 1995, 1996, 1997, 1998, 2006

**Federation International Pharmaceutique (FIP)**
Annual Meeting, 1972, 1997

**American Pharmaceutical Institute**
Forum Planning Committee, Member, 1988-1989

**International Society for Pharmacoeconomics and Outcomes Research (ISPOR)**
(formerly Association of Pharmacoeconomics and Outcomes Research)
Founding Member, 1995

**American Institute of the History of Pharmacy (AIHP)**
Council Member, 1991-1994

**Indiana Pharmacists Association (IPhA)**
Third Party Affairs Committee, Member, 1983, 1984, 1985, 1986

**Ohio State Pharmaceutical Association (OSPhA)**
Legislative Affairs Committee, Member, 1974-1975

**American Society of Health System Pharmacists (ASHP)**
(formerly American Society of Hospital Pharmacists)
House of Delegates, Delegate, 1974
Mid-Year Clinical Meeting, 1995
Annual Meeting, 1995

**Student American Pharmaceutical Association (SAPhA)**
(presently known as APhA Academy of Students of Pharmacy)
Regional Delegate, 1971-1972
President (national), 1973-1974
President-elect (national), 1972-1973
Chapter Advisor, Purdue University Chapter, 1984, 1985

**Bureau of Health Manpower Education**
Student Advisory Committee, NIH, DHEW, 1973-1974

**UNIVERSITY ADMINISTRATIVE AND SERVICE POSITIONS**

**University of Minnesota**
A Tribute to Excellence (invited guest at this celebration honoring the University's faculty and contributors to endowed
    professorships), Minneapolis, MN, October 25, 1996
Council of Research Associate Deans, 1997-1998

**Academic Health Center, University of Minnesota**
Quality, Re-engineering, and Technology Committee, Jun. to December, 1995
    (Redefined mission, priorities, and operating structure for the Academic Health Center
    which includes 7 professional schools and the University Hospital and Clinics.)
Management Information Systems & Information Technology Team, QRTC, Jan. to Aug. 1996
Search Committee for Chief Financial Officer, Academic Health Center, Feb. To May 1996
Programs and Interdisciplinary Programs Task Force, Spring 1996 to December 1997
Strategic Initiative Programs, Core Team, Jul. to Sept. 1996
Clinical Trials Advisory Committee, Spring 1997 to 1998
Task Force on Legislative Authority to Prescribe and Dispense Medications, 2003

**College of Pharmacy, University of Minnesota**
Central Council, 1998-present
College Education Implementation Committee, 1998-present
Search Committee for Weaver Endowed Chair in Treatment of Rare Diseases, 2004-05
Search Committee for Endowed Chair in Pharmacotherapy of the Elderly, Member, 1992
Search Committee for College Chief Financial Officer, Chair, 1999, 2002, 2004
Search Committee for Weaver Endowed Chair in Treatment of Rare Diseases, Chair, 2002-2003
Health Care Public Policy Conference, Planning Committee, 1991-present
Centennial Development Committee, 1992
Management Track Task Force, Educational Policy Committee, Chairperson, 1993
Century Mortar Club (CMC), Board Member, 1992-present
CMC Management Conference, Planning Committee, 1992-present
Grievance Committee, 1992-1993
Promotion and Tenure Committee, member 1993-1994; chairman, 1994-1995
Education Policy Committee, 1995-1996
Managed Care Pharmacy Liaison with Academy of Managed Care Pharmacy, 1993-present
Chain Drug Store Liaison with National Association of Chain Drug Stores, 1993-present

**Department of Pharmaceutical Care & Health Systems, University of Minnesota**
(prior to 1998 was Department of Pharmacy Practice)
Executive Committee, Member, 1991-1993
Department Head, Department of Pharmaceutical Care & Health Systems, 1998-present
Chair, Search Committee for Pharmaceutical Outcomes Faculty Position, 2000

**Purdue University**
Participating Faculty Member, Center for Public Policy and Public
Administration, Purdue University, 1984-1986

**School of Pharmacy and Pharmacal Sciences, Purdue University**
School Grievance Committee, Member, 1986-1987, 1989-1990
Computer Committee, Member, 1983-present
ACPE Self-Study Evaluation Committee on Evaluation via Outcomes, Chairman,
    1984-85, (Authored self-study report on "Evaluation Via Outcomes," 104 pp)
Liaison Committee, Member, 1984-1986
Liaison with English Core Course Faculty, 1984-1986
Recruitment and Retention Committee, Member, 1983-1985
Career Counseling Advisory Committee, Member, 1983-1985
Purdue Chapter of the Student American Pharmaceutical Association,
Faculty Advisor, 1982-1985

**Department of Pharmacy Practice, Purdue University**
Computer Committee, Member, 1983-present
Graduate Affairs Committee, Member, 1982-present

**CIVIC AND COMMUNITY ACTIVITIES**

Indiana Economic Development Congress, Regional Conference Participant, Indiana Economic Development Council, Lafayette, IN, April 22, 1986.

Public Relations and News Staff, 7th National Jamboree, Boy Scouts of America, Farragut, ID, 1969.

Drug Abuse Education Programs, given to various groups and schools, 1972-1985

Pharmacist, Medical Service Section, 8th National Jamboree, Boy Scouts of America, Farragut, ID, 1973.

Director, College Department Sunday School, Casas Adobes Baptist Church, Tucson, AZ, 1981-1982.

Southern Arizona Health Systems Agency, Technical Assistance Task Force and Wellness Committee, Tucson, AZ,1981-1982

National Medication Awareness Test, presented to consumer and civic groups, 1982-1986

Chancel Choir Member, Covenant Presbyterian Church, West Lafayette, IN, 1982-1991

Elder, Covenant Presbyterian Church, West Lafayette, IN, 1987-1989

Chancel Choir Member, New Life Church, Woodbury, MN, 1991-2000

Pastor-Teacher, Encouragers' Small Church, New Life Church, Woodbury, MN, 1992-2001

Steering Committee, Christian Faculty-Staff Network, Univ. of Minnesota, 1992-1993

Antitrust Task Force, Minnesota Health Care Commission, 1992-1993

Minnesota Senior Federation, Technical Advisor, 1993-present

Joint Task Force on Health Care Costs and Quality, Cost Drivers Committee, State of Minnesota, Committee Member, 2002

**APPENDIX A**
**Invited Presentations of**
**Stephen W. Schondelmeyer**

1. "A Student's Challenge: Professional Change," Annual Meeting, Iowa Pharmacists Association, May 5, 1973, Des Moines, IA.
2. "Selected Health Professions: View on Current Health Issues," Conference on Practicing Administrators View on Current Health Issues, School of Administration, University of Missouri-Kansas City, Mar. 28, 1974, Kansas City, MO.
3. "OTC Review Panel: Internal Analgesics--A Summary and Commentary," Ohio Pharmaceutical Seminar, Ohio State University, College of Pharmacy, Apr. 26, 1978, Columbus, OH.
4. "Impact of the Drug Regulation Reform Act of 1978 on the Practicing Pharmacist," Alumni Day, Ohio State University, College of Pharmacy, May 6, 1978, Columbus, OH.
5. "Analysis of Clinical Pharmacy as a Health Sciences Specialty," Keynote Address, First Annual Meeting, American College of Clinical Pharmacy, Jul. 30, 1980, Boston, MA.
6. "Applications of BMDP Computer Programs," Section of Teachers of Clinical Instruction, Am. Assoc. of Colleges of Pharmacy, Jul. 1, 1981, Scottsdale, AZ.
7. "A Legislative Strategy to Effect Change in Pharmacy Practice," Arizona State Council of Hospital Pharmacists, Oct. 4, 1981, Phoenix, AZ.
8. "Quality Assurance in Hospital Pharmacy," presented to the Southern Arizona Society of Hospital Pharmacists, Apr. 22, 1982, Tucson, AZ.
9. "Compensation for Clinical Services in Community Pharmacy Practice," Arizona Chapter, American College of Apothecaries, Sept. 12, 1982, Flagstaff, AZ.
10. "A Pharmacist-Conducted Prescription Counseling Service," Tippecanoe County Pharmaceutical Association, Sept. 8, 1983, W. Lafayette, IN.
11. "Pharmacy in the 21st Century: Transformed Society," Working Group Report, Pharmacy in the 21st Century Conference, Project Hope, Mar. 25 to 28, 1984, Millwood, VA.
12. "Cost Containment, DRGs, and Long Term Care: Impact and Survival Strategies," Consultant Pharmacists' Conference, Purdue University, Apr. 26, 1984, West Lafayette, IN.
13. "Economic Implications of the Rx-to-OTC Switch," Mid-Year Meeting, Indiana Pharmacists Association, Apr. 29, 1984, Indianapolis, IN.
14. "Current Trends in Third Party Programs in Indiana," Mid-Year Meeting, Indiana Pharmacists Association, Apr. 29, 1984, Indianapolis, IN.
15. "Association Membership Development: Marketing Your State Association," National Council of State Pharmaceutical Association Executives, May 5, 1984, Montreal, Canada.
16. "Pharmacists, Pharmaceuticals, and Drug Information in the Twenty-first Century," Drug Information Association Workshop on The Impact of the Rx-to-OTC Switch Process - Present and Future, Sept. 18, 1984, Arlington, VA.
17. "Developing A Membership Marketing Plan," National Council of State Pharmaceutical Association Executives, Feb. 16, 1985, San Antonio, TX.
18. "Pharmacists, Pharmaceuticals, and the Twenty-First Century," First Annual Pharmacy Alumni Seminar, Purdue University, Apr. 13, 1985, W. Lafayette, IN.
19. "University/Technology Resources," Resources for Emerging Medical Companies Conference, Indiana Institute for New Business Ventures, Inc., Apr. 18, 1985, Indianapolis, IN.
20. "Pharmacy in the Twenty-First Century," St. John's University, Faculty Seminar, May 13, 1985, Jamaica, NY.
21. "Prospects for Prospective Postmarketing Surveillance," Food and Drug Administration Seminar, Jun. 5, 1985, Rockville, MD.
22. "Efficient and Effective Postmarketing Surveillance," Drug Information Association, Annual Meeting, Jun. 19, 1985, Atlanta, GA.
23. "Strategies for Professional Survival: Coping with Change in the Structure of Health Care," Indiana Society of Hospital Pharmacists, Summer Meeting, Jul. 13, 1985, Indianapolis, IN.
24. "HMOs and PPOs: How Can Pharmacy Survive?" Indiana Pharmacists Association, Annual Meeting, Sept. 7, 1985, Indianapolis, IN.
25. "Change in the Professional Practice of Pharmacy: 1960 to 2010," Centennial Celebration, University of Missouri - Kansas City, Oct. 19, 1985, Kansas City, MO.
26. "HMOs and PPOs: Success Through Pharmacy Networks," Seminar on Pharmacy Third Party Programs, GA Pharmaceutical Association, Nov. 24, 1985, Atlanta, GA.

27. "Strategies for Professional Success: Coping with Change in the Structure of Health Care," Seminar on Keeping Up With the Rapid Changes in Health Care Reimbursement, Kansas Pharmacists Association, Jan. 19, 1986, Wichita, KS.

28. "HMOs and PPOs: Success Through Pharmacy Networks," Seminar on Keeping Up With the Rapid Changes in Health Care Reimbursement, Kansas Pharmacists Assoc., Jan. 19, 1986, Wichita, KS.

29. "The Prescription Network of Indiana," Indiana Pharmacists Association, Midyear Meeting, Mar. 15, 1986, Indianapolis, IN.

30. "The OTC Switch: The Pharmacist's Perspective," 31st Annual, Ohio Pharmaceutical Seminar, Public Policy and Drug Distribution: Contemporary Issues, Apr. 16, 1986, Columbus, OH.

31. "Networking of Networks or Inter-PSAO Relationships," 1st Annual PSAO Conference, National Association of Retail Druggists, May 20, 1986, Kansas City, MO.

32. "Change in the Structure of Health Care and the Pharmaceutical Market," Marketing Seminar, Riker Laboratories, May 22, 1986, St. Paul, MN.

33. "HMOs and PPOs: Pharmacy Networks and the Marketing of Pharmaceuticals," Marketing Seminar, Riker Laboratories, May 22, 1986, St. Paul, MN.

34. "Prospects for Prospective Postmarketing Surveillance in Institutional Settings," SIG on Drug and Poison Information, Session on Adverse Drug Reaction Surveillance, 43rd Annual Meeting, American Society of Hospital Pharmacists, Jun. 5, 1986, Denver, CO.

35. "The Pharmacist's Role in Postmarketing Surveillance," Annual Meeting, Minnesota State Pharmaceutical Association, Jun. 12, 1986, Edina, MN.

36. "Pharmacy Networks and Changes in Health Care Reimbursement," 112th Annual Meeting, Rhode Island Pharmaceutical Association, Jun. 21, 1986, Plymouth, MA.

37. "Keeping Up With the Rapid Changes in Health Care Reimbursement," 79th Annual Meeting, Oklahoma Pharmaceutical Association, Jun. 28, 1986, Tulsa, OK.

38. "Managed Health Care's Impact on Community Pharmacy Economics," 106th Annual Meeting, Illinois Pharmacists Association, Oct. 25, 1986, Springfield, IL.

39. "Cost Effectiveness: Who's Asking?  The Role of Cost Impact Analysis in the Medical Marketplace," Invited Seminar, Burroughs Wellcome Co., Nov. 14, 1986, Research Triangle Park, NC.

40. "Third Party Opportunities through the Prescription Network of Indiana," Indiana Pharmacists Association, District Meetings, 9 meetings in 5 Indiana cities, Nov. and Dec. 1986.

41. "Strategies for Professional Success: Coping with Change in the Structure of Health Care," Senior Awards Banquet, Kansas City Society of Hospital Pharmacists, Dec. 2, 1986, Kansas City, MO.

42. "Update on Physician Dispensing," Third Annual Purdue University Pharmacy Alumni Seminar, Apr. 4, 1987, West Lafayette, IN.

43. "Pharmacy-Based Postmarketing Surveillance Methods," Invited Seminar, The Upjohn Company, May 13, 1987, Kalamazoo, MI.

44. "Marketing a Pharmacy Network: The Local Pharmacist's Role," Carolina Pharmacy Network, Jun. 12, 1987, Charleston, SC.

45. "Evolving Health Care System: Organizational and Economic Patterns," Section of Teachers of Pharmacy Administration, 88th Annual Meeting, American Association of Colleges of Pharmacy, Jul. 12, 1987, Charleston, SC.

46. "Managed Health Care: Impact on Community Pharmacy Economics," 104th Annual Meeting, Michigan Pharmacists Association, Aug. 17, 1987, Traverse City, MI.

47. "Implementing and Complying with the New HCFA Guidelines," Western Medicaid Pharmacy Administrators' Association, Oct. 1, 1987, Vail, CO.

48. "The Cost Containment Environment: Implications for Pharmacists and the Pharmaceutical Industry," The Management Conference for the Pharmaceutical Industry, Purdue University, Oct. 8, 1987, West Lafayette, IN.

49. "Trends with Third Parties and Managed Health Care: A Pharmacy Perspective," Midwestern Conference on the Changing Health Care Environment: Its Impact on Pharmacy and the Pharmaceutical Industry, Nov. 12, 1987, Indianapolis, IN.

50. "Generic Pricing: AWP and the Future," National Pharmaceutical Alliance, Annual Meeting, Mar. 10, 1988, San Antonio, TX.

51. "PSAO Interventions: Altering Prescribing and Dispensing Behaviors," American Pharmaceutical Association, Annual Meeting, Mar. 14, 1988, Atlanta, GA.

52. "Pharmacy and the Changing Health Care Environment," Seminar on Changing Economics of Pharmacy, GA Pharmacists Assoc., Mar. 22, 1988, Perry, GA.

53. "Future of the Generic Drug Market: Changing Demand and Pricing Strategies," Symposium on Investment Opportunities in the Generic Drug Industry, Swergold, Chefitz, & Sinsabaugh, Inc., Mar. 24, 1988, New York, NY.
54. "Drug Benefit Plan Cost Management and Utilization Review," General Motors, Corporate Headquarters, Apr. 27, 1988, Detroit, MI.
55. "Managing Pharmaceutical Benefits in Managed Health Care," United Healthcare Corporation, May 6, 1988, Minneapolis, MN.
56. "Cost Containment and Drug Utilization Review," Pharmaceutical Card Systems, May 25, 1988, Scottsdale, AZ.
57. "Impact of Medicare Drug Coverage on Pharmacy and the Pharmaceutical Industry," Legislative Impact Seminar on the Catastrophic Care Act of 1988, sponsored by the FDC Pink Sheet and Medical Economics, Jun. 28, 1988, Princeton, NJ.
58. "Medicare and the Changing Health Care Environment: Impact on Drug Prices and Price Databases," Medical Economics/Redbook, Jul. 25, 1988, Oradell, NJ.
59. "Third Party Payors and Pharmaceutical Pricing Strategies," Marketing Executive Workshop, Glaxo, Jul. 27, 1988, Research Triangle Park, NC.
60. "Chain Pharmacy and the Medicare Catastrophic Coverage Act of 1988," Government Affairs Committee, National Assoc. of Chain Drug Stores, Jul. 28, 1988, Boston, MA.
61. "Medicare and Pharmaceutical Pricing," Invited Seminar, Schering Corp., Aug. 8, 1988, Kenilworth, NJ.
62. "Pricing of Pharmaceuticals: Impact of MCCA," National Symposium for Medicaid Pharmacy Administrators, Aug. 18, 1988, Chicago, IL.
63. "Impact of Medicare on Drug Prices and Drug Price Databases," MediSpan, Inc., Aug. 25, 1988, Indianapolis, IN.
64. "Health Care's Changing Environment," Symposium on Third Party Programs Today and Tomorrow, Iowa Pharmacists Association, Aug. 28, 1988, Des Moines, IA.
65. "Catastrophic Health Insurance," 1988 Pharmaceutical Conference, National Association of Chain Drug Stores, Aug. 31, 1988, San Diego, CA.
66. "Prescription Benefits of the Medicare Catastrophic Coverage Act," Health Programs Committee, National Pharmaceutical Council, Sept. 14, 1988, Arlington, VA.
67. "Drug Wholesalers and the Medicare Drug Program," Government Affairs Committee, National Wholesale Druggists Association, Sept. 14, 1988, Alexandria, VA.
68. "Economic Research Using Prescription Claims Databases," Invited Seminar, Penn State University, Sept. 30, 1988, State College, PA.
69. "Prescriptions: A Vital Part of Health Care," Professional Insurance Mass-Marketing Association, Oct. 3, 1988, Las Vegas, NV.
70. "Demystifying the Pharmacy Component of Medicare Expansion," 90th Annual Convention, National Association of Retail Druggists, Oct. 12, 1988, Atlanta, GA.
71. "The Pharmaceutical Industry and the Medicare Catastrophic Coverage Act," Invited Seminar, Merck & Co., Inc., Oct. 21, 1988, West Point, PA.
72. "Pricing of Multiple Source Products," Thirteenth Annual Meeting, Western Medicaid Pharmacy Administrator's Association, Oct. 27, 1988, Lake Tahoe, NV.
73. "Pharmacy Reimbursement Under Medicare," Pharmacy Division Managers Meeting, Rite Aid Corporation, Oct. 28, 1988, Harrisburg, PA.
74. "Role of Drug Information Publications in the Changing Health Care Environment," Facts and Comparisons, Inc., Nov. 4, 1988, St. Louis, MO.
75. "Implications of MCCA for Pharmacy and Boards of Pharmacy," 1988 Executive Officers Conference, National Association of Boards of Pharmacy, Nov. 8, 1988, Orlando, FL.
76. "Pharmaceutical Databases in a Changing Health Care Environment," IMS America, Inc., Nov. 17, 1988, Plymouth Meeting, PA.
77. "Prescription Coverage Under Medicare," Management Counsel, Thrift Drug Company, Nov. 18, 1988, Pittsburgh, PA.
78. "Pharmacy and the Medicare Catastrophic Coverage Act," Ferris State University, Nov. 21, 1988, Big Rapids, MI.
79. "Pharmacists and the Medicare Catastrophic Coverage Act," Invited Lecture, Contemporary Issues in Pharmacy Practice, Philadelphia College of Pharmacy and Science, Nov. 29, 1988, Philadelphia, PA.
80. "Evaluating the Realities of Drug Use in a Particular Managed Healthcare Setting," Drug Therapy Management and Evaluation Workshop, Dec. 3, 1988, Dallas, TX.
81. "Marketing of Pharmaceuticals under the Medicare Catastrophic Coverage Act," Hoechst-Roussel Pharmaceuticals, Inc., Dec. 14, 1988, Somerville, NJ.

82. "Impact of Medicare on Pharmaceutical Pricing," Bristol-Myers, Dec. 15, 1988, Evansville, IN.
83. "Prescription Coverage under the Medicare Catastrophic Coverage Act," McNeil Pharmaceutical, Dec. 16, 1988, Philadelphia, PA.
84. "Prescription Pricing and Medicare," G.D. Searle, Dec. 19, 1988, Skokie, IL.
85. "The Changing Environment of Health Care," Changing Healthcare Economics Seminar, Arizona Pharmacists Association, Jan. 15, 1989, Phoenix, AZ.
86. "Medicare: Impact of the Drug Coverage Program," Changing Healthcare Economics Seminar, Arizona Pharmacists Association, Jan. 15, 1989, Phoenix, AZ.
87. "Marketing Pharmaceuticals in the Medicare Era," Pharmaceutical Advertising Council, Jan. 19, 1989, New York, NY.
88. "Changes in Managed Care and Its Impact on Pharmacy," Pharmaceutical Division Annual Meeting, A.H. Robins, Jan. 31, 1989, Newport Beach, CA.
89. "Pharmacy and Drug Coverage under Medicare," Ohio State University, Feb. 3, 1989, Columbus, OH.
90. "The Changing Health Care Delivery System," Visions for the Future Conference, American Society of Consultant Pharmacists, Feb. 5, 1989, Birmingham, AL.
91. "Pharmaceutical Pricing and the Impact of the Catastrophic Health Legislation," Generic Drug Conference, Swergold, Chefitz & Sinsabaugh, Feb. 7, 1989, New York, NY.
92. "Pricing Pharmaceuticals," Invited Seminar, CIBA-Geigy, Feb. 13, 1989, Summit, NJ.
93. "Pharmacy Practice and the Catastrophic Health Care Act," CE Seminar, South Carolina Society of Hospital Pharmacists, Feb. 16, 1989, Columbia, SC.
94. "Medicare Catastrophic Health Insurance--Implications for Pharmacy," Mid-year Conference, American College of Apothecaries, Feb. 24, 1989, Kansas City, MO.
95. "Mail Service Pharmacy and Medicare," Invited Seminar, Medco, Mar. 1, 1989, Harrisburg, PA.
96. "Pharmacy Claims Processing Issues and the Medicare Outpatient Drug Program," First Databank Subscriber's Seminar, Mar. 6, 1989, San Francisco, CA.
97. "Costs of Dispensing a Third Party Prescription," Board Meeting, National Association of Chain Drug Stores, Mar. 9, 1989, Washington, DC.
98. "How to Succeed: Pharmacy's Third Party Dilemma," Managed Care Conference, CA Pharmacists Association, Mar. 11, 1989, Monterey, CA.
99. "The Economic Landscape: Medicare Catastrophic Coverage Act of 1988," Marketing Section, Pharmaceutical Manufacturers Assoc., Mar. 13, 1989, Laguna-Niguel, CA.
100. "Overview of the Medicare Catastrophic Coverage Act of 1988," Tenth Annual Northeast Pharmaceutical Conference, Mar. 30, 1989, Reading, PA.
101. "The Catastrophic Drug Component--Opportunities for Pharmacy," Supermarket Pharmacy Seminar, Food Marketing Institute, Apr. 3, 1989, Chicago, IL.
102. "Recent Federal Legislation: Economic Impact," Eggs & Economics Workshop, Academy of Pharmaceutical Research and Science, American Pharmaceutical Association, Apr. 10, 1989, Anaheim, CA.
103. "Pharmacy Education and the Catastrophic Health Act," College of Pharmacy Advisory Council, University of Iowa, Apr. 10, 1989, Iowa City, IA.
104. "Reimbursement and DUE Under Medicare Catastrophic Drug Coverage," Annual Meeting, American Pharmaceutical Association, Apr. 11, 1989, Anaheim, CA.
105. "Health Policy and Economics: Cost Containment and Fiscal Strategies," Graduate Lecture, Idaho State University, May 3, 1989, Pocatello, ID.
106. "Economic Aspects of Switch," Workshop on Rx-to-OTC Switch, Drug Information Association, May 8, 1989, Rockville, MD.
107. "Pharmaceutical Sales in the Medicare Era," IMS Sales Management Meeting, May 9, 1989, Phoenix, AZ.
108. "Policy Issues Raised by the Medicare Catastrophic Coverage Act," Invited Seminar, Pfizer Pharmaceuticals, May 17, 1989, New York, NY.
109. "Current Status of the Medicare Catastrophic Coverage Act," Staff Meeting, Pharmaceutical Manufacturers Association, May 23, 1989, Washington, DC.
110. "The Role of Market Researchers in Understanding the Catastrophic Health Legislation," IMS Client Meeting, May 24, 1989, Lake George, NY.
111. "Catastrophic Drug Program: The Funding Controversy Grows," 2nd Annual Pharmaceutical Industry Conference, Bear Stearns, Jun. 8, 1989, Chicago, IL.
112. "Catastrophic Health Insurance: Impact on Patients and Providers," Annual Meeting, American Association of Colleges of Pharmacy, Jul. 9, 1989, Portland, OR.
113. "The PMA Coordinated Faculty Visitation Program: A Faculty Participant's View," Annual Meeting, American Association of Colleges of Pharmacy, Jul. 9, 1989, Portland, OR.

114. "Impact of the Medicare Outpatient Drug Program," Invited Seminar, Geneva Generics, Jul. 17, 1989, Broomfield, CO.
115. "Changing Health Care Environment and Growth of Third Parties," Invited Seminar, Geneva Generics, Jul. 17, 1989, Broomfield, CO.
116. "Generic Pricing Patterns," Invited Seminar, Geneva Generics, Jul. 17, 1989, Broomfield, CO.
117. "Medicare Provision of Outpatient Drugs," Annual Meeting, Texas Pharmaceutical Association, Jul. 18, 1989, Corpus Christi, TX.
118. "The Role of Wholesalers in the Medicare Drug Program," Board of Directors Meeting, National Wholesale Druggists Association, Jul. 24, 1989, Vancouver, BC.
119. "Impact of the Medicare Drug Program," Invited Seminar, Hoffman-LaRoche, Jul. 27, 1989, Nutley, NJ.
120. "Recent Developments in Implementation of the Catastrophic Drug Insurance Program," Third National Symposium for Medicaid Pharmacy Administrators, Aug. 3, 1989, Chicago, IL.
121. "Financing Geriatric Health Care: Future Effects on Pharmacy Practice," Contemporary Issues in Geriatric Pharmacotherapy Seminar, American College of Clinical Pharmacy, Aug. 6, 1989, Kansas City, MO.
122. "The Changing Health Care Environment and Its Impact on the Role of the Pharmacist," Annual Meeting, District 3, AACP/NABP, Aug. 14, 1989, Charleston, SC.
123. "Third Party Impact on Cost of Dispensing," Annual Pharmaceutical Conference, National Association of Chain Drug Stores, Aug. 30, 1989, Washington, DC.
124. "Impact of Medicare Drug Coverage," Invited Seminar, Smith Kline-Beecham, Sept. 11, 1989, Philadelphia, PA.
125. "Impact of the Catastrophic Health Program on Pharmacy," Northeast Indiana Pharmacists Association, Sept. 16, 1989, Ft. Wayne, IN.
126. "Policy Implications of Medicare for Wholesalers," Government Affairs Committee, National Wholesale Druggists' Association, Sept. 20, 1989, Washington, DC.
127. "The Erosion of Pharmaceutical Product Pricing," Martin Barr Lecture Program, Wayne State University, Sept. 27, 1989, Detroit, MI.
128. "Impact of the Catastrophic Health Coverage Act," The Management Conference for the Pharmaceutical Industry, Purdue University, Sept. 28, 1989, West Lafayette, IN.
129. "The Medicare Catastrophic Coverage Act: What Is It?," Annual Meeting, Wisconsin Pharmacists Association, Oct. 3, 1989, Kohler, WI.
130. "Prescription Drug Provisions of the Medicare Catastrophic Coverage Act of 1988," Vice Presidents' Meeting, Bergen Brunswig Corporation, Oct. 4, 1989, Orange, CA.
131. "How to Prepare for 1991: Effect of the Medicare Catastrophic Coverage Act of 1988," 10th Annual Western Pharmacy Education Faire, CA Pharmacists Association, Oct. 6, 1989, Palm Springs, CA.
132. "Prescription Drug Expenditures Under Medicaid," Annual Meeting, Western Medicaid Pharmacy Administrators Association, Oct. 11, 1989, Tucson, AZ.
133. "Pharmacy Economics 1990," Purdue President's Council Annual Weekend Back to Class Program, Oct. 13, 1989, West Lafayette, IN.
134. "What Happened to MCCA?," Invited Seminar, Rorer Pharmaceuticals, Oct.19, 1989, Ft. Washington, PA.
135. "The Medicare Catastrophic Coverage Act: Its Economic Impact Upon Pharmacists and the Pharmaceutical Industry," Annual Meeting, American Public Health Association, Oct. 26, 1989, Chicago, IL.
136. "Catastrophic Health Care Legislation," 26th Annual Seminar, Maryland Society of Hospital Pharmacists, Oct. 28, 1989, Philadelphia, PA.
137. "Results of the NACDS Third Party Impact Study," Government Affairs Committee, National Association of Chain Drug Stores, Nov. 2, 1989, St. Louis, MO.
138. "Third Party Growth and Its Impact on Retail Pharmacy," 109th Annual Meeting, Illinois Pharmacists Association, Nov. 3, 1989, Chicago, IL.
139. "After Catastrophic... The Pharmaceutical Economic Issues That Will Not Go Away," Health Programs Committee, National Pharmaceutical Council, Nov. 10, 1989, Washington, DC.
140. "Reimbursement Issues Affecting the Pharmaceutical Industry," Account Management Workshop, Sandoz Pharmaceuticals, Nov. 15, 1989, LaCosta, CA.
141. "Growth of Third Party Reimbursement," Conference on Pharmaceutical Markets for the Nineties, Nov. 28, 1989, Washington, DC.
142. "Third Party Impact Upon Prescription Dispensing Costs," Press Conference, National Association of Chain Drug Stores, Dec. 7, 1989, New York, NY.
143. "The Future of the Retail Pharmacy Market," Business Strategy Group, IMS America, Inc., Dec. 12, 1989, Plymouth Meeting, PA.

144. "The Medicare Program: Current and Future Status of Drug Coverage," Clinical Economics Conference, Philadelphia Assoc. for Clinical Trials (PACT), Jan. 17, 1990, Philadelphia, PA.
145. "Economics of Health Care and Pharmacy," VHA Hospital Pharmacy Management Institute, Auburn University, Jan. 21, 1990, Auburn, AL.
146. "Trends in Pharmaceutical Pricing," 3rd Annual Generic Drug Conference, Furman Selz Mager Dietz & Birney, Inc., Feb. 6, 1990, New York, NY.
147. "Growth of Third Party Programs: Impact on the Pharmaceutical Market," Visiting Professor, University of Puerto Rico, Feb. 6-9, 1990, San Juan, PR.
148. "Economic Trends in the Pharmaceutical Industry," Invited Seminar, DuPont, Feb.19, 1990, Wilmington, DE.
149. "Pharmaceutical Reimbursement Issues," Annual Meeting, American Society for Pharmacy Law, Mar. 11, 1990, Washington, DC.
150. "Growth of Third Party Programs: Impact in the Pharmaceutical Market," Annual Meeting, American Pharmaceutical Association, Mar. 13, 1990, Washington, DC.
151. "The Affordability of Medicines," Congressional Foresight Seminar, Institute for Alternative Futures, Mar. 14, 1990, Washington, DC.
152. "Economic Impact of Biotechnology and the Practice of Pharmacy," First Charles C. Rabe Symposium, Biotechnology and the Future, St. Louis College of Pharmacy, Apr. 17, 1990, St. Louis, MO.
153. "Drug Pricing, Economics, and Health Care Cost Containment," Sixth Annual San Diego Biotechnology Conference, Apr. 26, 1990, San Diego, CA.
154. "Pharmacy Economics 101: Facts and Fiction About Third Party Drug Programs," Managed Care Conference, CA Pharmacists Association, Apr. 28, 1990, Dana Point, CA.
155. "Drug Therapy for the Elderly: Who Will Pay?", Geriatric Medicine Update '90, Methodist Hospital of Indiana, Inc., Jun. 8, 1990, Indianapolis, IN.
156. "The Changing Pharmaceutical Marketplace," Health Industry Issues Advisory Group, Smith Kline-Beecham, Jul. 27, 1990, Philadelphia, PA.
157. "Research and Information on the Retail Prescription Marketplace," National Association of Chain Drug Stores Pharmaceutical Conference, Aug. 29, 1990, Anaheim, CA.
158. "The Elderly and Affordability of Drug Therapy," National Committee to Preserve Social Security and Medicare, Sept. 21, 1990, Washington, DC.
159. "Changing Economics of Health Care and Pharmacy," VHA Management Institute, Sept. 23, 1990, Auburn, AL.
160. "Strategic Change and the Economic Transformation of Pharmacy Practice," University of Minnesota, Sept. 25, 1990, Minneapolis, MN.
161. "Future Strategies for Dealing with Unlabeled Uses - Public Policy and Private Initiatives," Drug Information Association Workshop, Oct. 23, 1990, Washington, DC.
162. "Economic Transformation of the Pharmaceutical Marketplace," keynote address, Bristol Myers-Squibb national account strategic planning workshop, Nov. 5, 1990, Plainsboro, NJ.
163. "Can We Afford the Drugs We Need?  The Conflict between Cost and Availability," Gerontological Society of America, Economics of Aging Interest Group Symposium, Nov. 17, 1990, Boston, MA.
164. "Trend Data: An Overview of US Drug Prices," National Health Policy Forum's "Drug Pricing in the Context of a Changing Pharmaceutical Marketplace," Dec. 14, 1990, Washington, DC.
165. "Changing Economics of Health Care and Pharmacy," VHA Hospital Pharmacy Management Institute, Jan. 13, 1991, Auburn, AL.
166. "Pharmacist Reimbursement Under Medicaid," University of Maryland, Center of Drugs and Public Policy, Medicaid Prudent Pharmaceutical Purchasing: A Conference on Implementation Issues, Jan. 14-15, 1991, Baltimore, MD.
167. "Cost Benefit Considerations in Transplant Drug Therapy," Sandoz Pharmaceuticals Corporation, Jan. 22, 1990, New York, NY.
168. "Pricing Trends in the Pharmaceutical Industry,"  IBC USA Conferences, Inc., Feb. 28, 1991, Washington, DC.
169. "New Medicaid Drug Rebate Law: Impact on Pharmacy," American Pharmaceutical Association Annual Meeting, Mar. 11, 1991, New Orleans, LA.
170. "The Economic Impact of Biotechnology on Pharmacy Practice," Ohio Society of Hospital Pharmacists Annual Meeting, Mar. 18, 1991, Ft. Mitchell, KY.
171. "Impact of OBRA '90 on Hospital Pharmacy," American Society of Hospital Pharmacists, Mar. 20, 1991, Bethesda, MD.
172. "Impact of the New Medicaid Pricing Legislation," Furman Selz Generic Drug Conference, Apr. 16, 1991, New York, NY.

173. "Pricing Trends in the Pharmaceutical Industry," Pharmaceutical Marketing Research Group Spring Meeting, Apr. 22, 1991, Williamsburg, VA.
174. "Why Do Drugs Cost What They Do?", NIH/PMA Technology Transfer Conference, Apr. 25, 1991, Bethesda, MD.
175. "Minnesota Health Care Challenges," Minnesota Pharmacists Association 107th Annual Meeting, Apr. 26, 1991, St. Cloud, MN.
176. "Third Party Payers and the Future of Drug Store Pharmacy," National Association of Chain Drug Stores Annual Meeting, May 1, 1991, Palm Beach, FL.
177. "Medicaid Drug Rebate Law," Healthcare Distributors of America, May 4, 1991, White Sulphur Springs, WV.
178. "Market Trends: Pharmacy Practice," Fourth Annual Japanese Pharmaceutical Executive Seminar, University of Mississippi, May 9, 1991, University, MS.
179. "The Economics of Hospital Pharmacy," New England Council of Hospital Pharmacists, 38th Annual Spring Seminar, May 14, 1991, Nashua, NH.
180. "Impact of Medicaid Pricing Legislation," Mercy National Hospital Purchasing Group, May 15, 1991, St. Louis, MO.
181. "Pharmaceutical Economics, Pricing and Reimbursement," Bristol Myers-Squibb Pharmaceuticals, May 16, 1991, Evansville, IN.
182. "Pharmaceutical Industry Update," Rhone-Poulenc Rorer, 1991 Strategic Summit, May 29, 1991, Fort Washington, PA.
183. "Update on Medicaid Rebate Law," National Association of Pharmaceutical Manufacturers, Mid-Year Meeting, Jun. 6, 1991, Washington, DC.
184. "The Economics of Managed Care Programs," McKesson Trade Show, Jul. 15, 1991, Las Vegas, NV.
185. "The Changing Health Care Economy," Central Ohio Society of Hospital Pharmacists, Jul. 20, 1991, Columbus, OH.
186. "Impact of the Medicaid Drug Rebate Program," Central Ohio Society of Hospital Pharmacists, Jul. 20, 1991, Columbus, OH.
187. "Pricing Strategies in the New Health Care Environment," Rhone-Poulenc Rorer, Jul. 24, 1991, Ft. Washington, PA.
188. "Pharmacy Economics and Managed Care," Pennsylvania Pharmaceutical Association, Jul. 25, 1991, Phoenix, AZ.
189. "Trends in Prescription Drug Benefits," GA State Legislature, Aug. 6, 1991, Atlanta, GA.
190. "Pharmacy Economics and Managed Care," Michigan Pharmaceutical Association, Aug. 11, 1991, Lincolnshire, IL.
191. "Pharmacy Economics and Managed Care," Florida Southeastern Conference, Aug.13, 1991, Destin, FL.
192. "Clinical Pharmacy Practice and Health Care Management:  Are They Compatible?," American College of Clinical Pharmacy Annual Meeting, Aug. 21, 1991, Minneapolis, MN.
193. "Strengthening the Drug Store Pharmacy," National Association of Chain Drug Stores Pharmaceutical Conference, Aug. 26, 1991, San Francisco, CA.
194. "OBRA 90's Impact on Healthcare Economics and Hospital Pharmacy," Wisconsin Society of Hospital Pharmacists, Sept. 14, 1991, Oconomowoc, WI.
195. "The Economics of Managed Care Programs," CA Pharmacists Association Western Pharmacy Education Faire, Sept. 20, 1991, San Francisco, CA.
196. "Economics of Healthcare," VHA Executive Management Institute, Sept. 22, 1991, Auburn, AL.
197. "Managed Healthcare Revolution," IMS America - American Strategy Group Meeting, Sept. 26, 1991, Key Largo, FL.
198. "Managing Prescription Drug Care in the 90's," Illinois Pharmacists Association, Oct. 5, 1991, St. Charles, IL.
199. "Impact of Federal Legislation on Pricing Strategies," Owen Healthcare Annual Meeting, Oct. 11, 1991, Houston, TX.
200. "Economic Transformation of Pharmacy Practice," Arkansas Association of Hospital Pharmacists, Oct. 12, 1991, Fayetteville, AR.
201. "Statement on the Public Health Clinic Affordable Drug Act," before Committee on Labor and Human Resources, United States Senate, Oct. 16, 1991, Washington, D.C.
202. "Impact of Government Legislation on the Profession of Pharmacy," University of Kentucky, Oct. 22, 1991, Lexington, KY.
203. "Pricing Trends in the Pharmaceutical Industry," Western Medicaid Pharmacy Administrators Association, Oct. 24, 1991, Breckenridge, CO.
204. "Hospital Pharmacy and the Changing Health Care System," Central Minnesota Society of Hospital Pharmacists, Oct. 30, 1991, Prescott, WI.

205. "Pharmaceutical Prices and Expenditure Trends" Southern Medicaid Pharmacy Administrators Association, Oct. 31, 1991, Atlanta, GA.
206. "Overview of the Pharmaceutical Marketplace," Upsher-Smith, Nov. 5, 1991, Minneapolis, MN.
207. "Drug Utilization Review," PMA Education and Research Institute. Nov. 5, 1991, Minneapolis, MN.
208. "Current Legislative Environment," The Marketing Institute - Pharmaceutical Marketing Conference, Nov. 13, 1991, New York, NY.
209. "Economic Evolution of Pharmacy," Rho Chi Lecture, University of Kentucky, Dec. 5, 1991, Lexington, KY.
210. "Pharmacists in the New Health Care System," Rho Chi Banquet, University of Kentucky, Dec. 5, 1991, Lexington, KY.
211. "Prescription Drug Market and Price Trends," U.S. General Accounting Office, Dec. 17, 1991, Washington, D.C.
212. "Pharmaceutical Database Needs," IMS Market Development Workshop, IMS America, Dec. 19, 1991, Plymouth Meeting, PA.
213. "Quality Management of a Prescription Benefit for the Elderly," Pennsylvania Department of Aging, Jan. 14, 1992, Harrisburg, PA.
214. "Impact of Eroding Pharmaceutical Discounts on Healthcare Institutions," American Society of Hospital Pharmacists Congressional Seminar, Jan. 15, 1992, Washington, D.C.
215. "Economic Transformation of the Pharmaceutical Market -- Implications for Generics," National Association of Pharmaceutical Manufacturers Annual Meeting and Educational Conference, Jan. 22, 1992, Key Largo, FL.
216. "Economics of Health Care," Auburn University, VHA Executive Management Institute, Feb. 1, 1992, Auburn, AL.
217. "The Capitalism of the Pharmaceutical Industry vs. Patient Benefits: Can Making Money and providing Patient Care Reside in the Same House?" Student Committee on Bioethics, University of Minnesota, Feb. 6, 1992, Minneapolis, MN.
218. "Current Legislative Environment in Washington Relating to Prescription Drug Industry and What to Expect in the Future," 3M Pharmaceuticals National Accounts Seminar, Feb. 10, 1992, St. Paul, MN.
219. "Buying Groups and Pharmaceutical Purchasing," Minnesota Multi-State Buying Group, State of Minnesota, Feb. 12, 1992, St. Paul, MN.
220. "Health Care and Pharmacy Economics," Glaxo, St. Paul Mid-Winter Conference, Feb. 23, 1992, St. Paul, MN.
221. "Product Pricing:  Balancing Corporate Objectives with Society's Needs," Panel member, 1992 Wharton Health Care Conference, Feb. 21, 1992, Philadelphia, PA.
222. "Impact of Generic Competition on the Originator Market," IBC Conference, Mar.13, 1992, Washington, DC.
223. "Pharmaceutical Companies:  What Is Right and What Could Be Better," 3M Pharmaceuticals, Mar. 24, 1992, St. Paul, MN.
224. "Pharmacoeconomics and Pharmaceuticals," Merck, Inc., Mar. 25, 1992, Ft. Washington, PA.
225. "Pharmaceutical Legislation and Regulation," Policy Rap Session, Health Care Financing Administration, Mar. 25, 1992, Washington, DC.
226. "Pricing Trends in the Pharmaceutical Industry," IBC Pharmaceutical Pricing Conference, Mar. 26, 1992, Washington, D.C.
227. "Economic Trends in the Retail Pharmacy Market," Strategic Planning Workshop, PACE Alliance, Mar. 28, 1992, Denver, CO.
228. "Purchasing Groups in the Changing Pharmaceutical Market," Minnesota Multi-State Buying Group, State of Minnesota, Apr. 1, 1992, St. Paul, MN.
229. "The Changing Pharmaceutical Market," Federation of American Health Systems, Apr. 2, 1992, Las Vegas, NV.
230. "Accountability in Health Care - Considerations for the Profession," Seventh Annual Health Care Public Policy Conference, Apr. 7, 1992, Minneapolis, MN.
231. "Pharmaceutical Economic Trends and Research Needs," United Health Care, Apr. 9, 1992, Minneapolis, MN.
232. "Pharmacy Associations:  Evolution, Revolution, and Solution," Minnesota Pharmacists Association Annual Meeting, Apr. 11, 1992, Minneapolis, MN.
233. "The Third Party Marketplace," Food Marketing Institute 1992 Supermarket Pharmacy Conference, Apr. 14, 1992, Coronado, CA.
234. "The Changing Pharmaceutical Market," University of North Carolina, Apr. 15, 1992,  Chapel Hill, NC.
235. "The Nation's Economy and the Politics of Health Care Reform," Century Mortar Club Management Conference, May 3, 1992, Minneapolis, MN.

236. "Managing a Pharmacy in the Managed Care Era," Century Mortar Club Management Conference, May 3, 1992, Minneapolis, MN.
237. "The Changing Pharmaceutical Marketplace and Wholesalers," Healthcare Distributors of America, Network Group Meeting, May 8, 1992, White Sulphur Springs, WV.
238. "Political and Legal Overview of the Health Care Market," MediSpan Users Meeting, May 12, 1992, Indianapolis, IN.
239. "Pharmaceutical Pricing Trends and Regulations," U.S. Army Pharmacoeconomics Conference, May 13, 1992, Aurora, CO.
240. "Changing Economics of Health Care and Pharmacy," Mississippi Pharmacists Association, May 30-31, 1992, Jackson, MS.
241. "Medicaid Rebates Expected in 1992," New York State Legislative Committees, Jun. 3, 1992, Albany, NY.
242. "Drug Prices, Polices, and Polemics: Perspective on the Industry," United States General Accounting Office Comptroller General, and Health Advisory Board, Jun. 4, 1992, Washington, D.C.
243. "Pharmaceuticals: Regulation, Innovation, and Pricing," Association for Health Services Research, Jun. 9, 1992, Chicago, IL.
244. "Economic Impact of OBRA '90 on Generic Pharmaceutical Firms," Generic Pharmaceutical Industry Association, Board Meeting, Jun. 9, 1992, New York, NY.
245. "Overview of the Changing Pharmaceutical Market," Chief Financial Officers' Conference, Sun Health Group, Jun. 10, 1992, Naples, FL.
246. "Pharmaceutical Pricing: Great Expectations," Arizona Pharmacists Association, Annual Meeting, Jun. 11, 1992, Phoenix, AZ.
247. "Health Care Industry Profitability and R & D Profitability," First Global Forum on the Business Implications of Technology, Decision Resources, Jun. 22, 1992, Boston, MA.
248. "Pharmaceutical Pricing Issues: Why Do Drugs Cost What They Do?" Drug Pricing and Cost Containment Seminar, Smith-Barney, Harris, Upham & Co., Inc., Jul. 1, 1992, New York, NY.
249. "Projections of Manufacturer Rebates Under the New York State Medicaid Program," Medicaid Committee, New York State Legislature, Jul. 14, 1992, Albany, NY.
250. "The Pharmacist's Role in Public Policy," 13th Annual NPC-APhA Student Industry Internship Weekend, Merck, Inc., Jul. 25, 1992, West Point, PA.
251. "Managed Pharmacy Benefits: Five Year Outlook and Outcome Measures," Diversified Pharmacy Services, Annual Client Conference on Pharmacy Benefits Management, Aug. 17, 1992, Minneapolis, MN.
252. "Strategic Changes in the Pharmaceutical Marketplace," ALZA Corporation, Aug. 18, 1992, Palo Alto, CA.
253. "Effect of Bill C-91 on the Canadian Pharmaceutical Industry," Industry, Science, and Technology Canada, Aug. 26, 1992, Ottawa, ON, Canada.
254. "Measuring the Impact of a Pharmacy Preferred Provider Network in an HMO Environment," HMO Iowa, Sept. 1, 1992, Des Moines, IA.
255. "Health Care 2020: A Long Range Forecast," USP 2020: Medicines and Technologies Conference, Invited Participant, USP 2000 Conference, Sept. 10, 1992, Annapolis, MD.
256. "ISTC Analysis of Bill C-91 Impact on the Canadian Pharmaceutical Industry," Industry, Science, and Technology Canada, Sept. 16, 1992, Ottawa, ON, Canada.
257. "The Future of Pharmaceutical Pricing," Congressional Foresight Seminar, Institute for Alternative Futures, Sept. 21, 1992, Washington, DC.
258. "Profitability of Community Pharmacy in the 1990s," Business & Management Issues and Answers for the 90s Seminar, Schering Corporation, Sept. 26, 1992, Naples, FL.
259. "Prescription Drug Cost Containment in the 1990s," National Association of State Purchasing Officials, Annual Meeting, Sept. 29, 1992, Indianapolis, IN.
260. "OBRA '90, Medicine and Pharmacy: Opportunities for Teamwork," District II NABP/AACP Meeting, Oct. 16, 1992, East Rutherford, NJ.
261. "Hospitals and the Economics of Health Care," VHA Executive Management Institute, Auburn University, Oct. 18, 1992, Auburn, AL.
262. "The 3 Ms of Generic Use: Medicaid, Managed Care, & Marketing," International Business Communications Conference on Generic Drugs: Competitive Strategies for Pharmaceutical Companies, Oct. 23, 1992, Philadelphia, PA.
263. "Prescription for Growth of Retail Drug Chains in the 1990s," Retail Drug Seminar, Salomon, Brothers, Oct. 27, 1992, New York, NY.
264. "Pharmaceutical Marketing and Payment in the New Era," Glaxo, Inc., Nov. 9, 1992, Research Triangle Park, NC.
265. "Pharmaceutical Pricing Issues," UCLA School of Public Health, Seminar Series, Nov. 12, 1992, Los Angeles, CA.

266. "Drug Prices and the Elderly," United Senior Action of Indiana, Nov. 17, 1992, Indianapolis, IN.
267. "The Role of the Community Pharmacy in the Changing Health Care System," Medicine Shoppes International, Nov. 24, 1992, St. Louis, MO.
268. "The Cost of Bill C-91:  An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Legislative Committee on Bill C-91, House of Commons, Parliament, Canada, Dec. 1, 1992, Ottawa, ON, Canada.
269. "Fair Drug Pricing for Drugs Developed in Conjunction with the NIH," 66th Meeting, Advisory Committee to the Director, National Institutes of Health, Dec. 2, 1992, Bethesda, MD.
270. "Health Care Reform:  What Can Pharmacy Expect from the Clinton Presidency?" Pharmacy Administration Resident's Program, ASHP Mid Year Meeting, Glaxo, Dec. 7, 1992, Orlando, FL.
271. "Evolution of Economic Trends in Hospital Pharmacy: 1950-1990," ASHP-AIHP History of Hospital Pharmacy Symposium, Dec. 9, 1992, Orlando, FL.
272. "Changes in Drug Distribution Systems and the Economic Environment," USP-University of Maryland Unit-of-Use Conference, Dec. 14, 1992, Baltimore, MD.
273. "Prescription Drugs and Health Care Reform," Group Health, Inc., Medical Continuing Education Seminar, Jan. 14, 1992, Minneapolis, MN.
274. "The Cost of Bill C-91:  An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Senate Standing Committee on Banking, Trade, and Commerce, Senate, Parliament, Canada, Jan. 21, 1993, Ottawa, ON, Canada.
275. "Drug Pricing and the Contribution of the Government to Drug Development," Statement before the Subcommittee on Regulation, Business Opportunities and Energy, Committee on Small Business, U.S. House of Representatives, Jan. 25, 1993, Washington, DC.
276. "OBRA '90 and Beyond: Opportunities for Generics," National Association of Pharmaceutical Manufacturers, 1993 Annual Meeting, Jan. 26, 1993, Naples, FL.
277. "Health Care Reform: What's Ahead for Pharmacy?" American College of Clinical Pharmacy, Winter Practice and Research Forum, Feb. 7, 1993, Ft. Lauderdale, FL.
278. "The Economics of Health Care and the Future of Pharmacy Benefits," Annual Meeting, National Council of Prescription Drug Programs, Feb. 17, 1993, Scottsdale, AZ.
279. "How Do Pharmacists Determine a Prescription Price?" Congressional Member and Staff Seminar, Special Committee on Aging, U.S. Senate, Feb. 19, 1993, Washington, DC.
280. "International Prescription Drug Prices: Implications for U.S. Policy," Statement before the Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives, Feb. 22, 1993, Washington, DC.
281. "Pharmaceutical Price Indices:  Changes Over Time and in Various Countries," Conference on Pharmaceutical Industry Research, Innovation, and Public Policy, Kennedy School of Government, Harvard University, Feb. 25, 1993, Boston, MA.
282. "Impact of Mandated Changes on the Pharmaceutical Marketplace," Valued Customer Workshop, Lederle Laboratories, Feb. 28, 1993, Park City, UT.
283. "Economic Aspects of Medication Use in the Elderly," MAGEC Faculty and Fellows Workshop, Mar. 5, 1993, Minneapolis, MN.
284. "Pricing Strategies in the New Health Care Environment," Pricing Strategy and Executive Committees, Glaxo, Inc. Mar. 9, 1993, Research Triangle Park, NC.
285. "Pharmaceutical Pricing '93: Pricing and Operational Strategies," Third Annual IBC Conference, Mar. 25, 1993, Washington, DC.
286. "Prescription Benefits and Health Care Reform," Mayo Administrative Group, Mayo Clinic, Mar. 31, 1993, Rochester, MN.
287. "Pharmaceutical Pricing: Changing Times," ALZA Management Group, ALZA Corporation, Apr. 2, 1993, Palo Alto, CA.
288. "How Will Health Care Reform Affect Hospital Pharmacy?" Indiana Society of Hospital Pharmacy, Annual Meeting, Apr. 24, 1993, Indianapolis, IN.
289. "Prescription Benefits in the Health Care Reform Era," Challenges & Opportunities in Prescription Benefit Management Workshop, Kansas Pharmacy Services Corp., Apr. 29, 1993, Kansas City, MO.
290. "Why Is the Federal Government Intervening in the Practice of Pharmacy?" Annual Meeting Minnesota Pharmacists Association, May 2, 1993, Minneapolis, MN.
291. "Health Care Reform and Hospital Pharmacy," Hospital Pharmacy Advisory Board, Glaxo, Inc., May 6, 1993, Washington, DC.
292. "Issues in Health Care Reform and Their Impact on the Pharmaceutical Wholesaler," Healthcare Distributors of America, May 15, 1993, Greenbrier, WV.

293. "Health Care Reform: How Can Hospital Pharmacy Take the Lead?", Illinois Council of Hospital Pharmacists, 18th Annual Meeting, May 17, 1993, Chicago, IL.
294. "Health Care Economics and Unit of Use Packaging," National Symposium on Patient Compliance, Health Compliance Packaging Council, May 18, 1993, Somerset, NJ.
295. "Drug Pricing Fallout from OBRA '90," MediSpan User's Meeting, May 22, 1993, Indianapolis, IN.
296. "Health Care Reform Directions and Implications for Hospital Pharmacy," Allied Pharmacy Management, May 23, 1993, Dallas, TX.
297. "Politics, Pharmacy & Health Care Reform," Upsher-Smith Pharmaceuticals, May 26, 1993, Plymouth, MN.
298. "Reimbursement: How Do We get Paid?," Iowa Pharmacists Association, Jun. 19, 1993, Dubuque, IA.
299. "Economic Implications of Switching Oral Contraceptives from Prescription to Over-the-Counter," Forum on OTC Oral Contraceptives, Kaiser Family Foundation, Jul. 7-9, 1993, Menlo Park, CA.
300. "Role of Generics in the Pharmaceutical Market," Centro Industrial de Laboratorios Farmaceuticos-Argentina, Press Conference, Jul. 20, 1993, Washington, DC.
301. "Health Care Reform: A National Perspective," Wisconsin Pharmacists Association, Aug. 13, 1993, Appleton, WI.
302. "Economic Realities of the Pharmaceutical Market," National Association of Chain Drug Stores, Board Meeting, Aug. 14, 1993, Colorado Springs, CO.
303. "Pharmacy Opportunities in Health Care Systems of the 1990s," Invited Presentation, Health Care Decisions for the 90s Committee, a joint committee of the Kansas House of Representatives and Senate, Aug. 19, 1993, Topeka, KS.
304. "Pharmacy and Cost Containment," Pharmaceutical Economics Workshop, University of British Columbia, Sept. 1, 1993, Vancouver, British Columbia, Canada.
305. "Generics in a Dynamic Global Pharmaceutical Marketplace," Canadian Drug Manufacturers Association, Annual Meeting, Sept. 14, 1993, Toronto, Ontario, Canada.
306. "Pharmacy, Managed Competition, and the Health Care Reform Agenda," Academy of Managed Care Pharmacy, Regional Academy Program, Sept. 18, 1993, Springfield, MA.
307. "Health Care Reform and the Dynamic Pharmaceutical Marketplace," Annual Conference on Pharmacy Benefit Management, Diversified Pharmaceutical Services, Sept. 20, 1993, Minneapolis, MN.
308. "American Health Care Reform and the Value of Pharmacists," Annual Pharmacy Congress, Pharmaceutical Society of Singapore, Sept. 25, 1993, Singapore.
309. "Health Care Reform in the U.S. and Observations About Health Care in Singapore," Invitational Lecture, Pharmaceutical Society of Singapore, Sept. 27, 1993, Singapore.
310. "International Comparison of Pharmaceutical Prices," IBC Technical Services, The 2nd Annual Conference on Pricing and Reimbursement of Pharmaceuticals, Oct. 8, 1993, London, England.
311. "National Health Care Reform and Pharmaceutical Care," 1993 Fall Preceptors Conference, Department of Pharmacy Practice, University of Minnesota, Oct. 16, 1993, Minneapolis, MN.
312. "Managed Health Care -- The Challenge for Community Pharmacy," 12th Annual George S. Maggio Memorial Breakfast, Pharmacists Planning Services, Inc., Oct. 26, 1993, Indianapolis, IN.
313. "Pharmacy Benefit Management Firms: Future Scenarios," National Association of Chain Drug Stores, Board Meeting, Oct. 27, 14, 1993, New York, NY.
314. "Health Care Reform & Pharmacy," Seminar on Pharmacy and Health Care Reform -- 1993, Century Mortar Club, University of Minnesota, Nov. 7, 1993, Bloomington, MN.
315. "The Use of Socio-Economic Data on New Drug Therapies by Health Decision Makers," Symposia Series on the Socio-Economic Aspects of Drug Therapy Innovation, The Rhone-Poulenc Rorer Foundation, Nov. 10, 1993, Antony, France.
316. "Health Care Reform and Hospital Pharmacy," VHA North Central Region, Pharmacy Managers' Meeting, Nov. 17, 1993, Minneapolis, MN.
317. "Evaluation of the Medicaid Drug Rebate Program," Fall Symposium, Medicaid Pharmacy Administrators, Nov. 18, 1993, Research Triangle Park, NC.
318. "Principles of Paying for Pharmaceutical Services," Seminar on Pharmaceutical Remuneration: Paying Pharmacists to Meet Patients' Needs, Pharmacy Practice Research Resource Centre, Royal Pharmaceutical Society of Great Britain, Dec. 2, 1993, London, England.
319. "Managed Competition and the Health-Care Reform Agenda," Mid Year Clinical Meeting, American Society of Hospital Pharmacists, Dec. 6, 1993, Atlanta, GA.
320. "National Health Policy: Focus on Drug Pricing Issues," Mid Year Clinical Meeting, American Society of Hospital Pharmacists, Dec. 7, 1993, Atlanta, GA.
321. "Future of Pharmacy in Health Care," Executive Officers, Jack Eckerd Corporation, Dec. 14, 1993, Clearwater, FL.

322. "Managing Pharmacy in the Health Care Reform Era," Metro Professional Pharmacists Society, Jan. 18, 1994, Minneapolis, MN.
323. "Implications of Pharmaceutical Coverage and Expenditures for U.S. Health Care Reform," statement before Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives, Feb. 8, 1994, Washington, DC.
324. "Pharmacy Practice in the Next Ten Years," Keystone Therapeutic Conference, University of Colorado, School of Pharmacy, Feb. 20, 1994, Keystone, CO.
325. "Marketing High-Tech Drugs in the New Pharmaceutical Marketplace," Boulder Series in Managed Care, Synergen Corporation, Feb. 22, 1994, Boulder, CO.
326. "Health Care Reform in Minnesota and Prescription Pricing," Glaxo National Accounts Meeting, Mar. 16, 1994, Minneapolis, MN.
327. "Pharmaceutical Price Discrimination: Issues and Evidence," Pharmacists Planning Services, Inc., Mar. 21, 1994, Seattle, WA.
328. "The Changing Pharmaceutical Marketplace and Pricing Patterns," press conference, American Association of Retired Persons, Mar. 24, 1994, Washington, DC.
329. "Prescription Prices -- Are They Competitive?" 39th Annual Ohio Pharmaceutical Seminar on Managed Competition and Pharmaceutical Care: A Challenge for the Profession, Apr. 18, 1994, Columbus, OH.
330. "Pharmaceuticals Under Health Care Reform," statement before the Finance Committee, United States Senate, Apr. 19, 1994, Washington, DC.
331. "The Value of a Pharmaceutical Benefit," Challenges and Opportunities in Prescription Benefit Management Conference, Prescription Network of Kansas, Apr. 21, 1994, Kansas City, MO.
332. "Dynamic Change in the Pharmaceutical Market," National Association of Chain Drug Stores, Annual Meeting, Board of Directors, Apr. 22, 1994, West Palm Beach, FL.
333. "Impact of the Argentinean Pharmaceutical Industry on Consumer Access to Pharmaceuticals," statement before the Health Committee of the Argentinean Congress, May 10, 1994, Buenos Aires, Argentina.
334. "Affordability and Access to Pharmaceuticals," IX Latin American Forum on the Pharmaceutical Industry, Association Latinoamericano de Industria Farmaceuticos, May 12, 1994, San Carlos de Bariloche, Argentina.
335. "Health Care Reform and Hospital Pharmacy," Glaxo's first Annual Midwest Regional Advisory Board for Hospital Pharmacy, May 19, 1994, Chicago, IL.
336. "Implications of the Administration's Health Care Reform Program on Prescription Distribution," Third Annual MediSpan User Meeting, May 20, 1994, Indianapolis, IN.
337. "Contributions of Paul and Addie Catherine Parker to Hospital Pharmacy Residents," Paul F. Parker Seminar, May 20, 1994, Ann Arbor, MI.
338. "Pharmaceutical Pricing and Healthcare Reform Legislation," Public Policy Track, Session Chair, 30th Annual Meeting, Drug Information Association, Jun. 9, 1994.
339. "Restructuring in the Pharmaceutical Marketplace: Impact on Pharmaceutical Pricing," Public Policy Track, Session Chair, 30th Annual Meeting, Drug Information Association, Jun. 9, 1994.
340. "Marketing Your Profession, Your Pharmacy, and Yourself," Rookie Training Camp, Thrifty-White Drug Stores, Inc., Jun. 15, 1994, Forest Lake, MN.
341. "Shaping Pharmacy's Future in Managed Care," Managed Health Care Summit, Medicine Shoppes, Jun. 24, 1994, St. Louis, MO.
342. "Biotechnology, Innovation, Investment, and Public Policy," CA Bioscience and Health Care Reform Conference, University of CA, Jul. 8, 1994, Los Angeles, CA.
343. "Competition and Pricing in the Pharmaceutical Industry," invited presentation to Congressional members and staffers, House of Representatives, U.S. Congress, Aug. 4, 1994, Washington, DC.
344. "Competition and Pricing in the Pharmaceutical Industry," invited presentation to Congressional members and staffers, Senate, U.S. Congress, Aug. 4, 1994, Washington, DC.
345. "Trends in Medicaid Drug Expenditures and Rebates," Western Medicaid Pharmacy Administrators Association, Sept. 30, 1994, Park City, UT.
346. "Vertical Integration Issues in the Pharmaceutical Market," Federal Trade Commission, meeting with Chairman, Commissioners, and staff, Oct. 5, 1994, Washington, DC.
347. "An Evaluation of Medicaid Drug Expenditures under OBRA 90," Wintergreen Research Conference III, Oct. 15, 1994, Wintergreen, VA.
348. "Understanding Expenditure and Distribution Channels in the Pharmaceutical Market," Wintergreen Research Conference III, Oct. 15, 1994, Wintergreen, VA.
349. "Impact of Vertical Integration in the Pharmaceutical Market on Consumers," Federal Trade Commission, meeting with Commissioner and staff, Oct. 24, 1994, Washington, DC.

350. "Medicaid Drug Expenditures Before and After the Rebate Program," American Public Health Association, Annual Meeting, Nov. 1, 1994, Washington, DC.
351. "New Developments in Medicaid Prescription Drug Program," American Public Welfare Association, Annual Meeting, Nov. 2, 1994, Washington, DC.
352. "Basics of Pharmacoeconomics," Cost Effective Medical Care in a Changing Environment Conference (continuing medical education and continuing pharmacy education), Preferred One & PCS Health Systems, Inc., Nov. 4, 1994, St. Paul, MN.
353. "Changes in the Health Care Landscape: Impact on Pharmaceutical Manufacturers and the Pharmaceutical Market," Changes in the Health Care Landscape Workshop, U. S. General Accounting Office, Nov. 14, 1994, Washington DC.
354. "Health Care Reform Issues and the Pharmaceutical Market," National Pharmaceutical Council, Board of Directors Meeting, Nov. 18, 1994, Chantilly, VA.
355. "Drug Pricing and Drug Use by Senior Citizens," Minnesota Senior Federation, Committee of Drug Policy Issues, Nov. 21, 1994, St. Paul, MN.
356. "Emerging Standards for Pharmacoeconomics: Academic Perspectives," American Society of Hospital Pharmacists, Mid-Year Clinical Meeting, Dec. 7, 1994, Miami Beach, FL.
357. "Trends in Pharmacy Reimbursement and the Provision of Pharmacy Services Under the Medicaid Program," American Pharmaceutical Association, press briefing, Jan. 23, 1995, Washington, DC.
358. "Economic Assessment of Market Forces, Regulatory, and Legislative Developments in the Generic Drug Market," National Association of Pharmaceutical Manufacturers, Annual Meeting, Feb. 2, 1995, San Juan, PR.
359. "Multiple Source Drug Products and Their Future Role," National Pharmaceutical Alliance, Mar. 3, 1995, Phoenix, AZ.
360. "Impact of Health Care Reform on Nuclear Pharmacy," American Pharmaceutical Association, Academy of Pharmacy Practice Management, Section on Nuclear Pharmacy, Annual Meeting, Mar. 20, 1995, Orlando, FL.
361. "The Role of National Drug Policy in Managing Pharmaceutical Utilization and Expenditures," International Workshop on Pharmacoepidemiology and Pharmacoeconomics for the Implementation of National Drug Policy, Ministry of University Affairs, Apr. 17, 1995, Thailand, Chiang Mai, Thailand.
362. "Effects of a National Health Insurance Scheme on Pharmacy," International Workshop on Pharmacoepidemiology and Pharmacoeconomics for the Implementation of National Drug Policy, Ministry of University Affairs, Apr. 19, 1995, Chiang Mai, Thailand.
363. "Basic Principles of Pharmacoeconomics," International Workshop on Pharmacoepidemiology and Pharmacoeconomics for the Implementation of National Drug Policy, Ministry of University Affairs, Apr. 19, 1995, Chiang Mai, Thailand.
364. "From Medicaid to Managed Care--The Impact on Pharmacy," Minnesota Health Care Update, Glaxo Regional Sales Meeting, Apr. 25, 1995, Bloomington, MN.
365. "America's Health Care System:  Who's in Control?  Consolidation in the Drug Industry," A Conference on the Dangers of Health Industry Consolidation and Corporatization and the Affect on Quality, Access, and Cost, Citizens Fund, May 10, 1995, Washington, DC.
366. "Evaluation of the Medicaid Drug Rebate Program," Open Seminar, Health Care Financing Administration, Jun. 7, 1995, Baltimore, MD.
367. "Impact of the Medicaid Drug Rebate Program on Access, Utilization and Expenditures," Office of Research and Development, Health Care Financing Administration, Jun. 7, 1995, Baltimore, MD.
368. "Formularies, Rebates, Generic and Therapeutic Substitution, and Reference Pricing," 4th International Symposium on Drug Development: Utilization and Costs of Medications, Faculty of Pharmacy, University of Montreal, Jun. 13, 1995 Montreal, Quebec, Canada.
369. "Legal, Regulatory, and Professional Aspects of Pharmacy Incentive Programs," 1996 NACDS Pharmacy Conference, Aug. 25, 1995, Chicago, IL.
370. "Pharmacoeconomics and Public Policy Issues Related to Immunotherapy", International Congress on New Immunosuppresive Drugs, Aug. 28, 1995, Minneapolis, MN.
371. "Insurers Should Cover Medically Valid Off-Label Uses of Pharmaceuticals," Clinical Economics '95, Leonard Davis Institute, University of Pennsylvania, Sept. 13, 1995, Boston, MA.
372. "Vertical Integration of Manufacturers & PBMs," MediSpan Annual Users Conference, Sept. 27, 1995, Indianapolis, IN.
373. "PriceChek PC: Advanced Applications," MediSpan Annual Users Conference, Sept. 28, 1995, Indianapolis, IN.
374. "Horizontal Mergers in the Pharmaceutical Market," Century Mortar Club Annual Management Conference, Jan. 13, 1996, Minneapolis, MN.

375. "The Role of Pharmacy in the Health Care System," South African Symposium on Pharmaceutical Care, Feb. 27, 1996, Johannesburg, South Africa.
376. "The Effect of Health Care Reform on An Academic Health Center," Marilyn K. Speedie and Stephen W. Schondelmeyer, Council of Deans, American Association of Colleges of Pharmacy, Feb. 29, 1996.
377. "Research in Pharmacoeconomics and Public Policy," Research Seminar, School of Pharmacy, University of Pittsburgh, Mar. 28, 1996, Pittsburgh, PA.
378. "Restructuring an Academic Health Center," Wintergreen Research Conference IV, Center on Drugs and Public Policy, University of Maryland, May 5, 1996, Wintergreen, VA.
379. "Approaches to the Evaluation of Bill C-91 and Its Impact on Canadians," Canadian Drug Manufacturers Association, May 24, 1996, Toronto, Canada.
380. "PBMs: Who's Managing What for Whom?" Public Policy Track: PBMs: What Have We Learned Since Merck-Medco? Drug Information Association, 32nd Annual Meeting, Jun. 10, 1996, San Diego, CA.
381. "Situation and Perspectives on Spanish Hospital Pharmacy: Comparison with the U.S.," Sociedad Espanola de Farmacia Hospitalaria, Symposium on the Future of Hospital Pharmacyx, Jun. 22, 1996, Santiago de Compostello, Spain.
382. "Pharmacoeconomics and Pharmaceutical Care," Universidad de Santiago, Jun. 24, 1996, , Santiago de Compostello, Spain.
383. "Economic Situation of Community Pharmacy: U.S.and Spain," FEFE Conference (Federacion Espanola de Farmaceuticos Empressarios) [i.e, Spanish Federation of Community Pharmacy Owners], Jun. 26, 1996, Madrid, Spain.
384. "Pharmaceutical Care, Disease State Management, and Restructuring the Global Pharmaceutical Market," Symposium for Lilly researchers and executives, Lilly Espana, Jun. 28, 1996, Madrid, Spain.
385. "Generic Pharmaceutical Use in Venezuela," Venezuelan Pharmaceutical Manufacturers, Sept. 20, 1996, Caracas, Venezuela.
386. "The Coming Millennium: Pharmaceuticals in the Year 2000," National Pharmaceutical Alliance, Fall Seminar, Oct. 7, 1996, Nashville, TN.
387. "Changes in Academic Health Sciences Centers: Minnesota Case Study," 1997 VA Conference, Department of Veterans Affairs and the University of Tennessee, Jan. 12, 1997, Memphis, TN.
388. "The Cost of Bill C-91 to Canadians: Part Deux," Conference on A Question of Balance, Canadian Drug Manufacturers Association, Jan. 30, 1997, Montreal, Quebec, Canada.
389. "Generic Medicines in Venezuela: Realities and Perspectives of Production, Distribution, and Consumption," Invitational Conference sponsored by the Venezuelan Minister of Health and Social Assistance with the Fundacion Elias Morris Curiel, Mar. 3, 1997, Caracas, Venezuela.
390. "Pharmacoeconomics: State of the Art and Future Directions," 98th Annual Meeting, American Society of Clinical Pharmacology and Therapeutics, Mar. 7, 1997, San Diego, CA.
391. "Who Pays for Health Care?" 1997 Ethics Conference, North Dakota State University, Mar. 18, 1997, Fargo, ND.
392. "Research and Public Policy Issues in Pharmacoeconomics," Invited Faculty and Research Seminar, University of Saskatchewan, Mar. 24, 1997, Saskatoon, Saskatchewan, Canada.
393. "Pharmacoeconomics: State of the Art and Practice," Invited Seminar for Professional Students, University of Saskatchewan, Mar. 24, 1997, Saskatoon, Saskatchewan, Canada.
394. "State Pharmacy Practice and Managed Care Concerns," National Association of Chain Drug Stores, April 11, 1997, Alexandria, VA.
395. "Collecting Outcomes Data to Obtain a Bigger Piece of the Health Care Pie," 10th Annual Food Marketing Institute Meeting, April 21, 1997, New Orleans, LA.
396. "Documenting Patient Outcomes: A New Role for Pharmacists on the Health Care Team," Tenth Annual Food Marketing Institute, Supermarket Pharmacy Conference, Apr. 21, 1997, New Orleans, LA.
397. "Shaping the Future: Making Your Vision a Reality," National Association of Chain Drug Stores, Board of Director's Meeting, Apr. 25, 1997, West Palm Beach, FL.
398. "Rx Case Solutions," Georgia Pharmacists Association, NCPA Conference, May 19, 1997, Atlanta, GA.
399. "Collecting Outcomes Data To Obtain a Bigger Piece of the Health Care Dollar Pie," Metropolitan Pharmacists Association, May 20, 1997, Minneapolis, MN.
400. "Shaping the Future:  Making Your Vision a Reality," Coalition of American Pharmacies, July 21, 1997, Dallas, TX.
401. "Pharmacoeconomic Assessment of Cardiovascular Disease," Roundtable, Quality Research Services, Inc., August 1, 1997, Oak Brook, IL.
402. "The Minnesota Pharmaceutical Care Project Experience," Robert J. Cipolle and Stephen W. Schondelmeyer, Century Mortar Club Management Seminar, September 20, 1997, Minneapolis, MN.

403. "Current Status and Future Policy for New Drug Development," Bureau of Pharmaceutical Affairs, Ministry of Health and Welfare, Republic of South Korea, September 29, 1997, Seoul, Korea.
404. "Issues Relate to Current Drug Pricing System," Korean Institute for Health and Social Affairs, September 29, 1997, Seoul, Korea.
405. "Drug Pricing and National Medical Insurance Systems," Korean Pharmaceutical Manufacturers Association, September 29, 1997, Seoul, Korea.
406. "Trends in Worldwide Pharmaceutical Market," Seminar, Korean Drug Research Association, September 30, 1997, Seoul, Korea.
407. "Pharmaceutical Competition, R&D and Profits," Seminar, Korean Drug Research Associaiton, September 30, 1997, Seoul, Korea.
408. "Coverage & Expenditures for Prescription Drugs Under a National Health System," Korean National Medical Insurance Corporation, October 1, 1997, Seoul, Korea.
409. "HIV Drug Expenditures and Financing," Invitational Workshop, George Washington University, October 9, 1997, Washington, DC.
410. "Transfer Pricing and Multi-national Drug Distribution," Seminar, Economics Office, Internal Revenue Service, October 9, 1997, Washington, DC.
411. "Scanning and Shaping Your Professional Practice Environment," 30th Annual Seminar in Pharmacy Practice, College of Pharmacy, University of Toledo, October 17, 1997, Toledo, OH.
412. "International Lessons for Consideration in Canada: Pharmaceutical Benefits," National Conference on Pharmacare, Advocate Institute, November 5, 1997, Ottawa, Canada.
413. "Gestion de la Prestacion Farmaceutica: la Experiencia de los Estados Unidos de Norteamerica" ["Pharmaceutical Benefit Management: Experience in the U.S.], Pharmacoeconomic Roundtable, Cooperative de Consumo Entidades Medicas del Interior, November 29, 1997, Montevideo, Uruguay.
414. "Impacto de la Nueva Ley de Patentes Uruguaya en el Costo y Calidad de los Medicamentos" ["Impact of the New Uruguay Patent Laws on the Cost and Quality of Medications], Pharmacoeconomic Roundtable, Cooperative de Consumo Entidades Medicas del Interior, November 29, 1997, Montevideo, Uruguay.
415. "Economic Re-Forecast of the Pharmaceutical Market," National Council of Prescription Drug Programs, March 3, 1998, Scottsdale, AZ.
416. "New Perspectives on Technology in the Pharmaceutical Market," Grand Opening of new facility, Hosokawa Micron Powder Systems, May 19, 1998, Morristown, NJ.
417. "Pharmaceutical Benefits That Benefit Patients," Blue Cross Blue Shield of Michigan, June 1, 1998, East Lansing, MI.
418. "Role of Generics in the World Pharmaceutical Market," 1st Annual Conference, International Generic Pharmaceutical Association, June 4, 1998, Rome, Italy.
419. "Health Care Costs Due to Intellectual Property Extensions," 1st Annual Conference, International Generic Pharmaceutical Association, June 4, 1998, Rome, Italy.
420. "Public Protection Issues: Prescription and OTC Drug Advertising, Marketing & Pricing Practices," State of Minnesota, Attorney General, Continuing Education Program on Consumer Health Law Issues, June 19, 1998, St. Paul, MN.
421. "Implementation of a Sandwich Graduate Program in Pharmacy Administration Between U.S. and Thai Universities," Thai – U.S. Consortium Meeting, June 25, 1998, Chiang Mai, Thailand.
422. "Price Differentials Between Thai and U.S. Drug Products," Thailand Food & Drug Administration, June 29, 1998, Bangkok, Thailand.
423. "Access to Pharmaceuticals and the Economic Crisis," Thailand Food & Drug Administration, June 29, 1998, Bangkok, Thailand.
424. "Pharmacoeconomics and Pharmaceutical Pricing," National Defense Medical Center, Taiwan, July 2, 1998, Taipei, Taiwan.
425. "Sources of Growth in Prescription Drug Expenditures," National Bureau of Health Insurance, Taiwan, July 2, 1998, Taipei, Taiwan.
426. "Evaluating Pharmacy Service and Quality," Century Mortar Club Management Seminar, University of Minnesota, September 19, 1998, Minneapolis, MN.
427. "Impact Economia de la Atencion Farmaceutica" [Economic Impact of Pharmaceutical Care], Pharmaceutical Care Workshop, Pharmacists Association of Madrid, October 5, 1998, Madrid, Spain.
428. "Sistema Sanitario y Atencion Farmaceutico" [Health Care System and Pharmaceutical Care,], Joint Conference of the Pharmacists Association of Madrid and Spanish Minister of Health, October 6, 1998, Madrid, Spain.
429. "Benefits and Costs of Pharmaceutical Care," Faculty Seminar, Madrid College of Pharmacy, October 7, 1998, Madrid, Spain.

430. "Pharmaceutical Benefits That Benefit Patients," Fairview Physician Associates, Medication Management Seminar, October 13, 1998, Edina, MN.
431. "Prescription Drug Needs and Expenditures of the Elderly," Seminar, United Health Care, October 14, 1998, Minnetonka, MN.
432. "The FDA & Its Role in Providing Access to Prescription Drugs," Congressional Hearing sponsored by Senator Paul Wellstone and Representative Gil Gutknecht, Shoreview Community Center, October 27, 1998, Shoreview, MN.
433. "Impacto de un Mercado de Genericos Intercambiales" [Impact of An Interchangeable Generic Drug Market], 1st International Meeting on Interchangeable Generic Drugs, Consejo de Salubridad General y Facultad de Medicina, Universidad Nacional Autonoma de Mexico, October 29, 1998, Mexico City, Mexico.
434. "Prescription Drug Trends in Use and Expenditures," Seminar, ExpressScipts Rx, November 17, 1998, Plymouth, MN
435. "Development of a Graduate Program in Social & Administrative Pharmacy," Seminar, Chulalongkorn University, December 1, 1998, Bangkok, Thailand.
436. "National Health Insurance in Taiwan:  Drug access & Expenditures," Taiwan Bureau of National Health Insurance, December 4, 1998, Taipei, Taiwan.
437. "Pharmacoeconomic Considerations in the Vitamin D Analog Market," Vitamin D Analog Focus Group Meeting, Bone Care International, Inc., December 16, 1998, Scottsdale, AZ.
438. "Pricing and Reimbursement in the Vitamin D Analog Market," Seminar, Bone Care International, January 11, 1999, Madison, WI.
439. "Analysis of the CBO Study: How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," Annual Meeting, National Association of Pharmaceutical Manufacturers, February 1, 1999, San Juan, Puerto Rico.
440. "Is There a Role for the Federal Government in Overseeing the Price of Pharmaceuticals?" Pharmaceutical Pricing and Reimbursement Workshop, Drug Information Association, April 16, 1999, Washington, DC.
441. "Medicare & Prescription Drugs: What Can You Expect in the Future," Senior Citizen Meetings with Senator Paul Wellstone, July 6, 1999, (3 separate meetings) Duluth, MN; Moorehead, MN; and Alexandria, MN.
442. "Ethical Dilemmas in Pharmacy," Faculty of Pharmacy Seminar, Potchefstroom University, July 26, 1999, Potchefstroom, South Africa.
443. "Healing Y the Bible," Faculty of Economics Seminar, Potchefstroom University, July 27, 1999, Potchefstroom, South Africa.
444. "Pharmacoeconomics, Disease Management, DUR, and Managed Pharmaceutical Care:  Ethical Issues," Pharmacy Practice Faculty Seminar, Potchefstroom University, July 28, 1999, Potchefstroom, South Africa.
445. "Academic Integrity, Professionalism, and Ethical Responsibility," Faculty of Pharmacy Seminar, Potchefstroom University, July 28, 1999, Potchefstroom, South Africa.
446. "Academic Integrity, Professionalism, and Ethical Responsibility," Pharmacy Students Association Seminar, Potchefstroom University, July 28, 1999, Potchefstroom, South Africa.
447. "Ethical Dilemmas in Pharmacy," Pharmacy Student Lecture, Potchefstroom University, July 29, 1999, Potchefstroom, South Africa.
448. "Healing & the Bible," Faculty of Theology Seminar, Potchefstroom University, July 29, 1999, Potchefstroom, South Africa.
449. "Healing & the Bible," Pharmacy Student Lecture, Potchefstroom University, July 30, 1999, Potchefstroom, South Africa.
450. "Perspectives on Health Care Needs and Work Force in Third World Countries," Faculty of Health Sciences, Strategic Planning Workshop, Potchefstroom University, July 30, 1999, Potchefstroom, South Africa.
451. "Pharmaceutical Care in the Third World—Policy and Ethics," Pharmacy Practice Seminar, Potchefstroom University, August 2, 1999, Potchefstroom, South Africa.
452. "Ethical Issues in Pharmaceutical Education & Pharmaceutical Care," Pharmacy Practice Seminar, Potchefstroom University, August 2, 1999, Potchefstroom, South Africa.
453. "Access to Pharmaceuticals in Developing Countries," Seminar at Prime Cure Clinics, August 3, 1999, Tsembisa, South Africa.
454. "Pharmaceutical Economic Trends and Development," Industry Seminar, August 4, 1999, Johannesburg, South Africa.

455. "Healing & the Bible," Faculty of Theology, Vaal Triangle Campus, Potchefstroom University, August 5, 1999, Vaal Triangle Campus, South Africa.
456. "Pharmacoeconomics:  Access & Affordability Issues," Pharmacy Student Lecture, Potchefstroom University, August 10, 1999, Potchefstroom, South Africa.
457. "HIV and AIDS Therapy as a Pharmacist and as a Christian," Faculty of Nursing Seminar, Potchefstroom University, August 10, July 1999, Potchefstroom, South Africa.
458. "Development of Pharmaceutical Economics Methodologies," Pharmacy Practice Workshop, Potchefstroom University, August 11, 1999, Potchefstroom, South Africa.
459. "Ethical Dilemmas in Pharmacy," Faculty of Pharmacy Seminar, Potchefstroom University, August 11, 1999, Potchefstroom, South Africa.
460. ""HIV-Related Pharmaceuticals in the U.S. Market: Expenditures, Channels of Distribution, and Prescribing Trends," Staff Seminar, Henry J. Kaiser Family Foundation, November 9, 1999, Menlo Park, CA.
461. "Drug Pricing and Discount Programs: Where Are We Headed?," Public Hospital Pharmacy Coalition, Mid-Year Meeting, American Society of Health System Pharmacists, December 5, 1999, Orlando, FL.
462. "Trends in Pharmaceutical Costs & Utilization:  What Can We Afford?  How Do We Decide?" User Liaison Program, Agency for Health Care Policy & Research, U.S. Dept. of Health & Human Services, January 10, 2000, Atlanta, GA.
463. "Impact of Generic Pharmaceuticals on U.S. Health Care Expenditures," Annual Meeting, National Association of Pharmaceuticals Manufacturers, January 31, 2000, Rio Grande, Puerto Rico.
464. "Drug Pricing: How Does It Work?"  International Health Issue Group Meeting, Interfaith Center on Corporate Responsibility, February 10, 2000, New York, NY.
465. "State Legislation and Prescription Drug Access for Seniors," Health Action Committee, Minnesota Senior Federation, February 25, 2000, St. Paul, MN.
466. "Economics of Pharmaceutical Care," 1st International Meeting on Pharmaceutical Care, Colegio Oficial de Farmaceuticos de Madrid and the Peters Institute of Pharmaceutical Care—University of Minnesota, March 24, 2000, Madrid, Spain.
467. "Why Are Pharmacy Costs Rising?" Open Conference Call Seminar, User Liaison Program, Agency for Health Care Policy & Research, U.S. Dept. of Health & Human Services, Mar 28, 2000, Rockville, MD.
468. "Pharmacy Debate: Why Are Prescription Expenditures Rising So Much?" Health Care & Actuarial Symposium, Milliman & Robertson, April 11, 2000, Orlando, FL.
469. "Pipeline Pharmaceuticals: Assessing the Trends," Health Insurance Association of America Symposium, National Press Club, April 13, 2000, Washington, DC.
470. "Pipeline Pharmaceuticals:  Assessing the Trends," Health Insurance Association of America Symposium, April 14, 2000, New York, NY.
471. "Meeting the Drug Therapy Needs of the Elderly:  Economic & Public Policy Issues," Aging in the New Millennium Symposium, Geriatric Research, Education & Clinical Center, VA Medical Center, April 18, 2000, Minneapolis, MN.
472. "Economics, Outcomes and Politics," Stephen W. Schondelmeyer, Planned Pharmacists Services, Inc. Breakfast Meeting, April 26, 2000, Washington, DC.
473. "Prescription Drugs and Access," Brown Bag Seminar, Families USA, May 1, 2000, Washington, DC.
474. "Prescription Drug Dialogue," 25th Annual Convention, Minnesota Senior Federation, May 24, 2000, Duluth, MN.
475. "Medicaid Drug Rebate Program: Experience and Future Directions," Health Legislation Work Group, National Governors' Association, May 1, 2000, Washington, DC.
476. "Pharmaceuticals:  How Can Regulation Cut Costs?" Summer Meeting, National Conference of Insurance Legislators, July 8, 2000, Burlington, VT.
477. "Costs and Coverage of Prescription Drugs," State Issues Forum, 2000 National Conference of State Legislators, July 17, 2000, Chicago, IL.
478. "Collaborative Research Opportunities Between Thailand and the United States," Seminar for Graduate Faculty in Social and Administrative Pharmacy, Faculty of Pharmaceutical Sciences, Chulalongkorn University, July 26, 2000, Bangkok, Thailand.
479. "The Concept of Pharmaceutical Care and Its Impact on the U.S. Health Care System," Tenth Year Establishment Anniversary, Faculty of Pharmaceutical Sciences, Naresuan University, July 27, 2000, Phitsanulok, Thailand.
480. "Pharmaceutical Care and Its Application in a Hospital Setting," Department of Pharmacy Seminar, Lampang Hospital, July 28, 2000, Lampang, Thailand.

481. "Global Perspectives of the Pharmaceutical Market and the Profession of Pharmacy," Seminar for the Departments of Community Pharmacy and Pharmacy Administration, Chiang Mai University, July 31, 2000, Chiang Mai, Thailand.

482. "Philosophy and Objectives of Post-Graduate Study in Social and Administrative Pharmacy," Faculty Seminar, Faculty of Pharmaceutical Sciences, Khon Kaen University, August 1, 2000, Khon Kaen, Thailand.

483. "Global Perspectives of the Pharmaceutical Market and the Profession of Pharmacy," Faculty Seminar, Faculty of Pharmaceutical Sciences, Khon Kaen University, August 2, 2000, Khon Kaen, Thailand.

484. "Internationalization of Social and Administrative Sciences and Potential for Academic Cooperation," Faculty Seminar, Faculty of Pharmaceutical Sciences, Khon Kaen University, August 2, 2000, Khon Kaen, Thailand.

485. "What's in the Federal / Legal Medicine Cabinet?" 13th Annual State Health Policy Conference, National Academy for State Health Policy, August 6, 2000, Minneapolis, MN.

486. "Average Wholesale Price and Pharmacy Reimbursement," Executive Seminar, Upsher-Smith Laboratories, Inc., August 25, 2000, Minneapolis, MN.

487. "Prescription Drug Prices," The Rotary Club of Minneapolis, September 15, 2000, Minneapolis, MN.

488. "Pharmaceutical Expenditures Under State Medical Assistance Programs," Pharmacy Technical Advisory Group, American Public Human Services Assoc., September 28. 2000, Washington, DC.

489. "Pharmacy Expenditures: Budgeting for the New Millennium," Joint Program of National Academy for State Health Policy and the Western Medicaid Pharmacy Administrators Association, October 4, 2000, San Antonio, TX.

490. "Prescription for Action: What's the Problem?" Midwest Conference, United Senior Action, October 24, 2000, Indianapolis, IN.

491. "Pharmaceutical Outcomes and the Elderly," Century Mortar Club Management Seminar, October 28, 2000, Minneapolis, MN.

492. "A New Business Model for Senior Drug and Discount Programs," Iowa Rx Cooperative Work Group, State of Iowa, November 10, 2000, Des Moines, IA.

493. "Pursuing A Passion: Practical Pointers from Paul F. Parker," Paul F. Parker Award Luncheon, University of Kentucky, American Society of Health Systems Pharmacists, December 5, 2000, Las Vegas, NV.

494. "Rational Management of Pharmaceutical Costs: Outcomes & the Elderly," An Invitational Conference sponsored by the Iowa Pharmacy Association and Wellmark Blue Cross and Blue Shield of Iowa, December 14, 2000, Des Moines, IA.

495. "Regulating Pharmaceutical Costs: Is It Good Policy?" American Medical Association, 27th Annual State Health Legislation Meeting, January 4, 2001, La Quinta, CA.

496. "Prescription Drugs: Demystifying the Industry," Health Action 2001, Families USA, January 27, 2001, Washington, DC.

497. "New Approaches in State Drug Assistance Programs," Wisconsin Family Impact Seminar, University of Wisconsin, March 1, 2001, Madison, WI.

498. "Legislative Reform on the Rising Cost of Prescription Drugs," 13th National Managed Health Care Congress, March 19, 2001, Atlanta, GA.

499. "Lunch and Drugs – How Can I Afford Both? Practical Approaches to Help the Elderly With Affordable Drug Therapy," Geriatrics for the Primary Care Provider Symposium, Geriatric Research, Education & Clinical Center, VA Medical Center, April 30, 2001, Minneapolis, MN.

500. "Science, Politics, and Money: What Would It Take to Bring Microbicides to Market?" Briefing Series for Journalists, Emerging Issues in Reproductive Health, The Henry J. Kaiser Family Foundation, May 4, 2001, New York, NY.

501. "Pharmaceutical Expenditure Trends and Policy Implications," Staff Seminar, American Society of Health System Pharmacists, May 30, 2001, Bethesda, MD.

502. "Current Pharmacy Actuarial Issues," Educational Meeting, Twin Cities Actuarial Club, June 5, 2001, Ham Lake, MN.

503. "The State of Community Pharmacy: Challenges & Opportunities for the Future," Keynote Address, Annual Meeting, Medicap Pharmacy, June 15, 2001, Des Moines, IA.

504. "The Future of Pharmacy & Drug Expenditures," Board of Directors Strategic Planning Session, Health Partners, June 27, 2001, Bloomington, MN.

505. "Do Drug Discount Programs Work?" Executive Board Meeting, Minnesota Senior Federation, July 9, 2001, St. Paul, MN.

506. "Access to Prescription Drugs: State and Federal Issues," Bureau of State Government Affaris, American Osteopathic Association, July 12, 2001, Chicago, IL.

507. "Prescription Drug Coverage & Access," Policy Strategy Session, Medicare Justice Coalition, Minnesota Senior Federation, July 17, 2001, Minneapolis, MN.

508. "Prescription Drugs:  How Can I Afford Them?" Keynote Address, 23 Annual New Mexico Conference on Aging, August 22, 2001, Glorieta, NM.

509. "Medicaid Prescription Drug Expenditure Trends and Strategies for Their Management," Open Conference Call Presentation (due to Sept. 11, 2001 tragedy), Affiliated State Association Meeting, American Pharmaceutical Association, September 22, 2001, Minneapolis, MN.

510. "Access To Prescription Drugs for Seniors & Others," Public Policy Forum on Prescription Drugs, St. Mary's Hospital Medical Center, Legislative Task Force, October 12, 2001, Green Bay, WI.

511. "Prescription Drugs:  Expenditures Trends and Recent State Initiatives," National Association of State Medicaid Directors, October 16, 2001, Washington, DC.

512. "Recent Developments and Trends in Pharmaceutical Pricing and Marketing," Northeast Legislative Association on Prescription Drug Prices, October 19, 2001, Montpelier, VT.

513. "Medicare Prescription Drugs: Where Do We Go From Here?" Medicare Prescription Drug Issues Workshop, American Public Health Association, October 21, 2001, Atlanta, GA.

514. "Pharmacy Benefit Options & Future Directions," Strategic Planning Seminar, Pharmacy Affairs Committee, Blue Cross Blue Shield of Michigan, October 22, 2001, Southfield, MI.

515. "Medicaid Drug Expenditure Management:  Pharmacy's Perspective," Northwest State Pharmaceutical Association Executives, October 27, 2001, Boise, ID.

516. "Allocating Resources: Osteoporosis," Meeting the Challenge of Aging Seminar, University of Minnesota, November 3, 2001, Minneapolis, MN.

517. "Pharmaceutical Costs and Potential Solutions," North Central Medical Conference, November 3, 2001, Minneapolis, MN.

518. "Pharmacists and the Chilean Pharmaceutical Market," Seminar, SOFOFA (Chilean Society of Pharmacists), November 19, 2001, Santiago, Chile.

519. "Protecting Patients & Protecting Patents," Conference on the Chilean Pharmaceutical Market and Intellectual Property Rights, CILFA, November 20, 2001, Santiago, Chile.

520. "Purchasing Pharmacy Services: Purchasing What and From Whom?" CHCS Purchasing Institute, Center for Health Care Strategies, December 3, 2001, Berkeley, CA.

521. "De-Mystifying the Drug Industry," Plenary Session, Health Action 2002, National Grassroots Meeting, Families USA, January 18, 2002, Washington, DC.

522. "PRIME Institute and Pharmacy," Board of Directors, Minnesota Pharmacists Association, January 30, 2002, Minneapolis, MN.

523. "The State's Role in Prescription Drug Coverage," National Lieutenant Governors' Association, February 9, 2002, Washington, DC.

524. "Rx Expenditures and Patient Access," Graduate Program Seminar, College of Pharmacy, Ohio State University, February 19, 2002, Columbus, OH.

525. "Private Sector Strategies and Trends in Controlling Drug Costs: A National Perspective," Quarterly Educational Meeting, Northwest Medical Directors and Pharmacy Benefit Managers, February 22, 2002, Seattle, WA.

526. "Public Sector Strategies and Trends in Controlling Drug Costs: A National Perspective," Quarterly Educational Meeting, Northwest Medical Directors and Pharmacy Benefit Managers, February 22, 2002, Seattle, WA.

527. "Issues in Pharmacoeconomics & Drug Development," Workshop on Pharmacogenomics: The Legal, Ethical, & Clinical Challenges, sponsored by Consortium on Law and Values in Health, Environment & the Life Sciences, University of Minnesota, February 26, 2002, Minneapolis, MN.

528. "Rising Expenditures for Pharmaceuticals," Board of Directors Meeting, American Society of Health System Pharmacists, April 18, 2002, Bethesda, MD.

529. "Market Exclusivity & Access to Pharmaceutical Products: 1980-2001," Blue Cross Blue Shield Association Forum, Innovative Approaches to Improve Generic Drug Access, April 25, 2002, Washington, DC.

530. "Evaluating New Medicines: The Cost Side of Cost-Effectiveness," Conference on New & Old Drugs: Best Choices, Park Nicollet Institute, May 2, 2002, Bloomington, MN.

531. "Prescription Drugs:  Innovation in Access," Midwest Senior Coalition, Midwest Academy Training, May 28, 2002, Madison, WI.

532. "Medicaid Pharmaceutical Expenditure Trends: Sources of Growth," Managed Health Care Solutions Forum, Center for Health Care Strategies, June 17, 2002, Washington, DC.

533. "Drug Use by Seniors in America," United Health, July 9, 2002, Eagan, MN.

534. "Prescription Drugs: Prices & Medicare," EPhECT Community Teacher Luncheon, College of Pharmacy, University of Minnesota, August 21, 2002, Roseville, MN.
535. "State Medicaid Drug Expenditure Crisis:  What Can Be Done?" National Association of State Pharmaceutical Association Executives and American Pharmaceutical Association, September 22, 2002, Washington, DC.
536. "Pharmacoeconomics:  The U.S. Experience," Executive Roundtable on Pharmaceuticals, Institute of the Americas, October 2, 2002, Santiago, Chile.
537. "Prescription Drugs, Prices and Medicare," University Women's Association, November 11, 2002, Owatanna, MN.
538. "Medicaid Pharmaceutical Expenditure Trends:  Sources of Growth," Legislative Conference, National Association of Chain Drug Stores, November 15, 2002, Orlando, FL.
539. "Rising Expenditures for Pharmaceuticals: Public Policy and Pharmacy Practice Implications," Mid-Year Clinical Meeting, American Society of Health System Pharmacists, December 10, 2002, Atlanta, GA.
540. "A Hard Look at Prescription Drugs," Mary Hanson Show (a local access television program focusing on health care issues), January 6, 2003, Minneapolis, MN
541. "Pharmacoeconomics & Pharmacy," 2003 Annual Mid-Winter Convention, Pharmaceutical Society of the State of New York, January 10, 2003, Albany, NY.
542. "Economics Issues Facing Pharmacy Owners," 2003 Annual Mid-Winter Convention, Pharmaceutical Society of the State of New York, January 11, 2003, Albany, NY.
543. "Prescription Drugs:  Affordability and Access," Minnesota Public Radio, January 13, 2004, St. Paul, MN.
544. "Rural Pharmacy Issues:  Overview of the Market," Rural Pharmacy Issues Meeting, National Rural Health Association and Office of Rural Health Policy, U.S. Dept. of Health & Human Services, January 15, 2003, Washington, DC.
545. "Prescription Drugs: Prices & Medicare," St. Paul Men's Jewish League, February 3, 2003, St. Paul, MN.
546. "Drug Affordability, Access and Re-Importation," Mary Hanson Show (local access TV), February 3, 2003, Minneapolis, MN.
547. "Understanding the Drug Benefit Debate:  How Will Affect Your Organization?" National Managed Health Care Congress, 7th Annual Congress on Medicare & Medicaid, March 10, 2003, Washington, DC
548. "Pharmaceutical Databases: Medicaid & Other Settings, Evaluating the Quantity & Quality of Drug Use Behaviors," Nephrology Analytical Service, U.S. Renal Dialysis System, March 13, 2003, Minneapolis, MN.
549. "Economic Factors Affecting Therapeutically Equivalent Biologicals," Conference on Exploring the Pathway to Generic Biologics, National Organization for Rare Diseases, March 19, 2003, Washington, DC
550. "Legislative Update:  Understanding All Sides of the Pharmacy Benefits Debate and How It Will Impact Your Organization," 15th Annual National Managed Health Care Congress, March 20, 2003, Washington, DC.
551. "Prescription Drugs: Prices & Medicare," Red Wing Chapter, University of Minnesota Alumni Association, April 10, 2003, Red Wing, MN.
552. "Prescription Drugs & Medicare," 1st Annual National Health Issues Symposium, Nevada College of Pharmacy,  May 4, 2003, Las Vegas, NV.
553. "Prescription Drugs & Medicare," 30th Anniversary Convention, Minnesota Senior Federation, May 5, 2003, Brooklyn Center, MN.
554. "Medicare & Rx Drugs Workshop," 30th Anniversary Convention, Minnesota Senior Federation, May 5, 2003, Brooklyn Center, MN.
555. "State Prescription Drug Programs," Agency for Health Research & Quality, User Liaison Program, Conference Call, June 9, 2005.
556. "The Role of Generics in the U.S. Pharmaceutical Market," World Bank, Workshop on Access to Generic Drugs, June 24, 2003, Washington, DC.
557. "Prescription Drugs: Why Do They Cost So Much?" Congressman Gil Gutenknecht Senior Health Symposium, Gideon Pond Presbyterian Home, August 25, 2005, Bloomington, MN.
558. "Medicaid Program: Pharmacy & Drug Spending," NACDS State Issues Conference: Medicaid Drug Program, National Association of Chain Drug Stores, Sept. 18, 2003, Seattle, WA.
559. "The Role of Generics in the U.S. Pharmaceutical Market," 1st International Colloquim in Interchangeability of Generic Medications, September 24, 2003, Cancun, Mexico.
560. "Potential State Roles in Drug Purchasing," Minnesota Senior Federation, Board Meeting, October 1, 2003, Minneapolis, MN.
561. "Medicaid Program: Pharmacy & Drug Spending," NACDS State Issues Conference: Medicaid Drug Program, National Association of Chain Drug Stores, October 8, 2003, Baltimore, MD.

562. "Prescription Drugs: How Can You Afford Them?" Mini Medical School, Academic Health Center, University of Minnesota, October 20, 2003, Minneapolis, MN.
563. "Prescription Drug Pricing Games:  Discounts That Will Cost You," American Public Health Association, Special Session on Medicare Drug Benefit, November 18, 2003, San Francisco, CA.
564. "Prescription Drugs:  How Can You Afford Them?" St. Croix Valley Alumni Association, University of Minnesota Alumni Association, December 1, 2003, Stillwater, MN.
565. "Prescription Drug Discounts That May Cost You," New England Benefits Council, December 16, 2003, Boston, MA.
566. "High Cost of Prescription Drugs," Minnesota Rural Health Association & Rice Memorial Hospital, January 9, 2004, Willmar, MN.
567. "Medicaid & Medicare Drug Pricing: Development of a Strategy to Determine Market Prices," Expert Panel Meeting, CMS Project, Abt Associates, Inc., January 27, 2004, Washington, DC.
568. "Prescription Drugs Issues in the Medicare Modernization Act," Roundtable on the Medicare Prescription Drug Improvement and Modernization Act, St. Thomas University, Jan. 30, 2004, Minneapolis, MN.
569. "Pharmaceutical Care Impact on Quality of Care," Minnesota Blue Cross Blue Shield, February 12, 2004, Minneapolis, MN.
570. "Prescription Drugs: Is Re-importation from Canada Safe?" Governor's Summit on Prescription Drugs, February 24, 2004, Washington, DC.
571. "The Reimportation Debate," National Medicare Rx Congress, February 25, 2004, Washington, DC.
572. "Opportunities & Challenges Under Medicare Rx Reform: Impact on Drug Prices," Conference on Prescription Drug & Medicare Improvement Act, Public Hospital Pharmacy Coalition, February 27, 2004, Washington, DC.
573. "Prescription Drugs: How Can You Afford Them?" Rochester Area Alumni & Friends, University of Minnesota Alumni Association, March 15, 2004, Rochester, MN.
574. "Prescription Drugs: How Can You Afford Them?" Mankato Area Alumni & Friends, University of Minnesota Alumni Association, March 22, 2004, Mankato, MN.
575. "Medicare Part D: Where Are We Going?" Special Medicare Prescription Workshop, Pharmacist Planning Service, Inc., March 27, 2004, Seattle, WA.
576. "Medicare Part D: Drug Coverage & Other 'Ds'," Health Care Caucus, Bear Stearns, March 30, 2004, New York, NY.
577. "Prescription Drugs: How Can You Afford Them?" Mini Medical School, Academic Health Center, University of Minnesota, April 12, 2004, Minneapolis, MN.
578. "What Is the Medicare Drug Benefit All About?" Conference on New Medicare Prescription Drug Benefit, Century Mortar Club, College of Pharmacy, Univ. of Minnesota, April 24, 2004, Minneapolis, MN.
579. "Now What? What Does the MDB Mean for the Future of Pharmacy?" Conference on New Medicare Prescription Drug Benefit, Century Mortar Club, College of Pharmacy, Univ. of Minnesota, April 24, 2004, Minneapolis, MN.
580. "What is the Medicare Drug Benefit All About?" 2[nd] Annual National Health Issues Symposium, Nevada College of Pharmacy, April 26, 2004, Henderson, NV.
581. "What is the Medicare Drug Benefit & How Will It Affect Pharmacists?" 2nd Annual National Health Issues Symposium, Nevada College of Pharmacy, April 26, 2004, Henderson, NV.
582. "Pharmaceutical Care Impact on Total Cost of Care," Minnesota Blue Cross Blue Shield, May 27, 2004, Minneapolis, MN.
583. "The Prescription Market: Flow of Drugs & Dollars," Twin Cities Press, Backgrounder Briefing, June 7, 2004, Minneapolis, MN.
584. "Economics of Prescription Drug Importation," National Health Policy Forum, June 8, 2004, Washington, DC.
585. "Medicare Modernization: Economic Impact on Pharmacies & Patients," 2004 Annual Meeting, Iowa Pharmacy Association, June 12, 2004, Dubuque, IA.
586. "Future of Drug Databases," MediSpan, Inc., a division of Wolters Kluwer, July 14, 2004, Indianapolis, IN.
587. "Prescription Drugs: How Can You Afford Them?" Edina Rotary Club, July 27,2004, Edina, MN.
588. "Implications of Pharmaceutical Trends & Pricing Patterns," Pharmacy Pre-Conference, National Academy of State Health Policy, August 1, 2004, St. Louis, MO.
589. "The Dynamic Pharmaceutical Market," MediSpan User's Conference, Sept. 15, 2004, Indianapolis, IN.
590. "Prescription Drugs: Can You Afford Them?" Annual Meeting, Retired Educators' Association of Minnesota, September 20, 2004, Owatonna, MN.
591. "State Drug Purchasing in a New World: The New World," Invitational Summit for State Policymakers, AcademyHealth, October 8, 2004, Philadelphia, PA.

592. "Prescription Drugs: What About Re-Importation?" Minnesota Senior Federation, October 13, 2004, Maple Grove, MN.
593. "Why Are Drug Prices Rising: Can You Afford Them?" St. Cloud Area Alumni & Friends, University of Minnesota Alumni Association, October 18, 2004, St. Cloud, MN.
594. "Why Are Drug Prices Rising: Can You Afford Them?" Glacier Ridge Chapter Alumni & Friends, University of Minnesota Alumni Association, October 20, 2004, Willmar, MN.
595. "Pharmaceutical Costs: What is the Answer?" Panel Discussion (videotaped), The Graduate College of Union University & Albany College of Pharmacy of Union University, Oct. 21, 2004, Latham, NY.
596. "Medicare Drug Benefit: Progress & Prospects," Annual Meeting, American Public Health Association, November 8, 2004, Washington, DC.
597. "Medicare Drug Benefit: Where Do We Go From Here?" Annual Meeting, American Public Health Association, November 8, 2004, Washington, DC.
598. "Unraveling the Mysteries of Prescription Drug Prices," Video Conference for National & State Policymakers, AARP, November 17, 2004, Washington, DC.
599. "The Dynamic New Pharmaceutical Marketplace," 25th Annual Arnold Schwartz Memorial Program, A& M Schwartz College of Pharmacy, Long Island University, Nov. 21, 2004, East Elmhurst, NY.
600. "Prescription Drugs: How Can You Afford Them?" Buffalo Rotary Club, January 5, 2005, Buffalo, MN.
601. "Impact of Reimbursement Policy for Drugs," Keynote Speaker, Legislative Day, Minnesota Pharmacists Association, February 8, 2005, St. Paul, MN.
602. "Medicare Prescription Drug Plan: What You Need to Know," VHA Pharmacy Directors Conference, March 11, 2005, Edina, MN.
603. "Emerging Trends in Pharmaceutical Expenditures," Seminar on Emerging Trends in Pharmacy Benefit Design, National Association of Chain Drug Store Foundation, March 24, 2005, Philadelphia, PA.
604. "Understanding Drug Pricing Methodologies," 2005 Rx Drug Utilization Conference, Pharmacy Benefit Management Institute, April 1, 2005, Phoenix, AZ.
605. "The Medicare Prescription Bill: Putting It All Together," PPSI, Workshop on Medicare Modernization Act, April 2, 2005, Orlando, FL.
606. "Paying for Public Health Pharmacy," PPSI, 2005 Distinguished Person of the Year Breakfast, April 5, 2005, Orlando, FL.
607. "Prescription Drug Benefit Management," Benefits Advisory Committee, University of Minnesota, April 7, 2005, Minneapolis, MN.
608. "The Pharmaceutical Market: Dynamic & Strategic Change," AARP, Rx Affordability Work Group, May 10, 2005, Washington, DC.
609. "Prescription Drugs: The Current System, Goldmines & Landmines," Northwest PBM Quarterly Educational Meeting, May 20, 2005, Seattle, WA.
610. "Pricing Trends & Medicare in the Dynamic Pharmaceutical Market," Wolters Kluwer Inform Me! Seminar, Wolters Kluwer Health (MediSpan), May 24, 2005, Edison, NJ.
611. "Pricing Trends & Medicare in the Dynamic Pharmaceutical Market," Wolters Kluwer Inform Me! Seminar, Wolters Kluwer Health (MediSpan), May 25, 2005, Parsippany, NJ.
612. "Sales of Drugs and Biologicals to Large Volume Purchasers: Final Briefing," MV Wrobel and SW Schondelmeyer, Centers for Medicare & Medicaid Services, July 11, 2005, Baltimore, MD.
613. "Market Influences on Generic Drug Utilization: 1993 to 2001," International Health Economics Association, July 13, 2005, Barcelona, Spain.
614. "Medicare Modernization Act & update on Medication Therapy Management," National Association of Boards of Pharmacy and American Association of Colleges of Pharmacy, District 5 Meeting, August 11, 2005, Bloomington, MN.
615. "Financial Implications of Medicare Parts B & D," Wolters Kluwer Health, User Group Meeting, September 13, 2005, Indianapolis, IN.
616. "The Dynamic Pharmaceutical Marketplace & the State's Role," AARP Nevada, September 22, 2005, Las Vegas, NV.
617. "Medicare Part D: What Do I Do?" University of Minnesota Alumni Association, Red Wing Chapter, November 14, 2005, Red Wing, MN.
618. "Decoding Part D: Medicare's Drug Benefit," Twin Cities Public Television (TPT/PBS), a co-production with the Minnesota Senior Federation, November 2, 2005, St. Paul, MN.
619. "Medicaid & Medicare: Strategies to Estimate Market Prices for Drugs," International Society for Pharmaceutical Outcomes Research (ISPOR), Minnesota Chapter, Dec. 9, 2005, Minneapolis, MN.
620. "Medicare Part D: What Do I Do?" University of Minnesota Alumni Association, Hastings Chapter, February 21, 2006, Hastings, MN.

621. "Pharmaceutical Care Evaluation Project Results," Executive Committee and Medical Affairs Committee, Blue Cross-Blue Shield of Minnesota, March 1, 2006, Eagan, MN.
622. "Medicare Part D: What Do I Do?" University of Minnesota Alumni Association, Stillwater Chapter, March 6, 2006, Stillwater, MN.
623. "Economic Implications of Medicare Part D & Federal Medicaid Reform," Minnesota Pharmacists Association, Pharmacy Legislative Day, March 9, 2006, St. Paul, MN.
624. "Impact of Federal Medicaid Reform on Pharmacy," National Council of State Pharmaceutical Association Executives (NCSPAE), Annual Meeting, March 17, 2006, San Francisco, CA.
625. "Leadership in Science: The Age of Pharmaceutical Policy Has Arrived," American Pharmacists Association, Academy of Pharmaceutical Research and Sciences, Key Note Luncheon Speaker, March 19, 2006, San Francisco, CA.
626. "The Market & Prices for Drugs," Carlson School of Business, University of Minnesota, April 5, 2006, Minneapolis, MN.
627. "The Market & Prices for Prescription Drugs," delegation of medical visitors from China, University of Minnesota, April 17, 2006, Minneapolis, MN.
628. "Reforming Medicare: Where Do We Go From Here?" National Academy of Social Insurance & Center for the Study of Politics and Governance, Hubert H. Humphrey Institute of Public Affairs, University of Minnesota, May 15, 2006, Minneapolis, MN.
629. "Drug Coverage in the U.S. Healthcare System: An Overview," American & German Healthcare, Center for German & European Studies, University of Minnesota, June 6, 2006, Minneapolis, MN.
630. "Medicare Pat D: Where Do We Go From Here?" Minnesota Pharmacists Association, Annual Meeting, June 24, 2006, Alexandria, MN.
631. "Evidence-Based Decision-Making to Support Management of Drug Benefit Program," Health Benefit Management Group, Daimler Chrysler, July 14, 2006, Auburn Hills, MI.
632. "The Market & Prices for Drugs," Business Strategy Group, Mallinckrodt Pharmaceuticals, Inc., July 19, 2006, St. Louis, MO.
633. "Update on Economic Issues in Pharmacy: Medicare & Medicaid," Tennessee Pharmacists Association, 119th Annual Convention, July 24, 2006, Knoxville, TN.
634. "Leadership in Science: The Age of Pharmaceutical Policy Has Arrived," Midwest Social & Administrative Pharmacy Conference, July 28, 2006, Minneapolis, MN.
635. "Pharmacy Reimbursement Policy: Changes in Medicaid & Medicare," Western Medicaid Pharmacy Administrators' Association, 34th Annual Meeting, September 6, 2006, Santa Ana Pueblo, NM.
636. "Pharmacy Payment Policy & Medicaid," North Dakota Legislature, Interim Budget Committees on Healthcare and Human Services, September 12, 2006, Bismarck, ND.
637. "Journey from UMKC to Pharmacy & Beyond," Academy of Students of Pharmacy, University of Missouri-Kansas City Chapter, September 25, 2006, Kansas City, MO.
638. "Government Involvement in Health Care," guest lecture at University of Missouri-Kansas City, School of Pharmacy, September 25, 2006, Kansas City, MO.
639. "PCHS Department: 'Who Are We?' & 'What Do We Do?'" Board of Advisors Meeting, College of Pharmacy, University of Minnesota, October 2006, St. Paul, MN.
640. "Minding Your P's & Q's in the Pharmaceutical Market," Legislative Retreat, Barr Laboratories, November 15, 2006, Miami, FL.
641. "Using Evidence: Price & Expenditures," 2006 Prescriber Grantee Conference, Attorneys General Consumer & Prescriber Grant Program, December 4, 2006, Portland, OR.
642. "Evaluation of Best Buy Drug Outreach Project," Stephen W. Schondelmeyer, Jon C. Schommer, Marcia M. Worley, 2006 Prescriber Grantee Conference, Attorneys General Consumer & Prescriber Grant Program, December 5, 2006, Portland, OR.
643. "Leadership Initiative," College Assmebly, College of Pharmacy, University of Minnesota, Jan. 16, 2003.
644. "Minding Your P's & Q's in the Pharmaceutical Market," Executive Management, Paddock Laboratories, January 31, 2007, Minneapolis, MN.
645. "Balancing Coverage & Industry Competitiveness," AARP Dialogue on Pharmaceutical Pricing, February 7, 2007, Washington, DC.
646. "The Pharmaceutical Market: Views & News," guest lecture, Health Journalism Graduate Seminar, School of Journalism and Mass Communication, University of Minnesota, Feb. 5, 2007, Minneapolis, MN.
647. "Economic & Policy Implications of Importing Pharmaceuticals into the united States," Statement before the Subcommittee on Interstate Commerce, Trade, and Tourism, Committee on Commerce, Science, and Transportation, United States Senate, March 7, 2007, Washington, DC.

648. "Business & Industry: Pharmaceuticals," Carlson School of Business, University of Minnesota, April 4, 2007, Minneapolis, MN.
649. "Economic Trends in the Pharmaceutical Market," Carolina Pharmacy Network, April, 27, 2007, Columbia, SC.
650. "Reimbursement Issues—Medicare, Medicaid & Other Payors," Carolina Pharmacy Network, April 27, 2007, Columbia, SC.
651. "State of the PCHS Department: 'Who Are We?' & 'What Do We Do?'" Faculty Retreat, Department of Pharmaceutical Care & Health Systems, College of Pharmacy, University of Minnesota, April 30, 2007, Minneapolis, MN.
652. "Minding Your P's & Q's in the Pharmaceutical Market," Executive Management Group, Upsher-Smith Laboratories, May 8, 2007, Plymouth, MN.
653. "Working Relationships Between Family Medicine and Pharmacy," Family Medicine Update Conference, May 10, 2007, Minneapolis, MN.
654. "Medicaid & Other Pharmacy Payment Reforms" Hawaii Pharmacists Association, June 3, 2007, Honolulu, HI.
655. "Reimbursement Issues—Medicare, Medicaid & Other Payors," Hawaii Pharmacists Association, June 3, 2007, Honolulu, HI.
656. "Prescription Affordability: What Does It Mean?  Is It Still an Issues?" AARP Social Impact Committee, July 9, 2007, Washington, DC.
657. "Specialty Pharmaceuticals:  Benefit Coverage & Design," Chrysler, August 15, 2007, Auburn Hills, MI.
658. "Rural Pharmacy: Emerging Issues," Emerging Issues in Rural Pharmacy, National Rural Health Association, September 27, 2007, Washington, DC.
659. "Retirement Celebration for Duane M. Kirking," University of Michigan, October 19, 2007, Ann Arbor, MI.
660. "Pharmaceutical Pricing: What Does the Industry Do to Prepare?" FDA/CMS Summit for Biopharma Executives, December 7, 2007, Washington, DC.
661. "Changes to AMP & Best Price: Impact on 340B Pricing," 4[th] Annual 340B Coalition, Winter Conference, February 1, 2008, Long Beach, CA.
662. "AMP & Pharmacy Payment Under Medicaid," Tennessee Pharmacists Association, Mid-Year Meeting, February 25, 2008, Nashville, TN.
663. "Dynamic Forces in the Pharmaceutical Market," Tennessee Pharmacists Association, Mid-Year Meeting, February 25, 2008, Nashville, TN.
664. "Information Transparency & Strategic Partnerships," 25th Drug Rebate Conference, Data Niche Associates, a Unit of IMS, March 6, 2008, Las Vegas, NV.
665. "Cost Impact of and Evidence-Based Drug Benefit," Dubai International Pharmaceutical & Technologies Conference & Exhibition, March 12, 2008, Dubai, United Arab Emirates.
666. "A New Fee Schedule for Reimbursing Pharmacists for Their Brains," Pharmacists Planning Service, Inc., March 17, 2008, San Diego, CA.
667. "Leadership in Pharmacy & Beyond," Target Leadership Series, University of Florida, March 20, 2008, Gainesville, FL.
668. "The Speedie Span at the U of M," Dean Marilyn Speedie, A Tribute to 10 Years of Leadership, College of Pharmacy, University of Minnesota, March 28, 2008, Minneapolis, MN.
669. "Health Journalism & The Pharmaceutical Market," guest lecture, Health Journalism Graduate Seminar, School of Journalism and Mass Communication, Univ. of Minnesota, April 1, 2008, Minneapolis, MN.
670. "Business & Industry: Pharmaceuticals," Carlson School of Business, University of Minnesota, April 9, 2008, Minneapolis, MN.
671. "Drug Access, Health & Health Care: Advancing Health or Wealth?" Global Health Studies Program, University of Iowa, April 11, 2008, Iowa City, IA.
672. "Role of Evidence-Based Medicine & Specialty Drugs in Employer Health Benefit," Health Technology Assessment & Health Care for All, German-American Healthcare Conference, Center for German & European Studies, University of Minnesota, May 20, 2008, Minneapolis, MN.
673. "Rural Health Issues & Health Policy Agenda," 2008 National Conference on Medication Access, Use, and Safety in Rural America, June 6, 2008, Minneapolis, MN.
674. "Medication Therapy Management: The Value Proposition," Area-Wide Diabetes Reduction Initiative, July 17, 2008, Duluth, MN.
675. "Prescription Drugs & U.S. Health Care," Deutscher Apothekertag, Sept. 19, 2008, Munich, Germany.

**APPENDIX B**
**Expert Witness Activities of**
**Stephen W. Schondelmeyer**

1. McNeil v Bristol Myers Squibb, 1985, U.S. District Court, New York
   (BMS challenged advertising claims for Tylenol versus Advil.)
2. Mylan v. American Home, 1993, U.S. District Court
   (Claim of failure to provide best efforts in marketing a licensed product.)
3. Brand Name Antitrust Case, 1995, U.S. District Court, Chicago
   (Class action antitrust suit by pharmacies versus brand name drug firms for price discrimination.)
4. Idaho Pharmacists v BCBS of Idaho, Idaho State Court, 1995
   (Class action suit alleging inadequate payment to pharmacies for dispensing prescriptions.)
5. American Drug Stores v Harvard Pilgrim Health Plan, Inc., Massachusetts State Court, Aug. 1997
   (Economic impact of change in pharmacist payment method and amount.)
6. People v Levine et al, Aug 1997, Case No. BA108860, Los Angeles District Court
   (Economic impact of pharmacist fraud in billings to workers compensation program.)
7. Synthroid Marketing Litigation, 1997-1998, No. 97 C 6017, MDL No. 1182, U.S. District Court for the
   Northern District of Illinois, Eastern Division
   (Economic impact of delayed generic competition for Synthroid due to barriers and false information.)
8. (Sealed participants), 1998, Arbitration Board (AAA)
   (Economic impact from loss of a generic opportunity due to breach of contract.)
9. Rite Aid of Pa, Inc. v Houstoun (Commonwealth of PA), June 1998, 97-CV-2120, Penn. Dist. Court
   (Determination of pharmacy cost of dispensing for prescriptions under Pennsylvania Medicaid.)
10. Minnesota v _____, Aug 1998, Docket No. 6786, Minnesota Tax Court
    (Interpretation of state sales tax exemption on medications and diagnostic tests.)
11. KV v Copley, Sept. 1998, St. Louis, Mo. County Court
    (Impact of failure to honor a non-compete clause for research personnel.)
12. MediCap v Zaver, Dec 1998, Tennessee District Court
    (Assessment of factors related to breach of contract for a pharmacy franchise.)
13. Louisiana Wholesale Drug, Inc. v Hoechst & AndRx, 1999, U.S. District Court, Southern Florida
    (Class action certification for an antitrust suit related to Cardizem CD and barriers to generic entry.)
14. Allenmore, Inc., et al v Dept of Social & Health Services, State of Washington, Oct 1999, No. 95-2-00603-
    2, Superior Court of Washington County of Thurston
    (Determination of cost of dispensing prescriptions in WA Medicaid.)
15. Louisiana Wholesale Drug, Inc. v Abbott Laboratories, Nov 1999, 98-3125-CIV-SEITZ, U.S. District Court,
    Southern Florida
    (Class action certification for an antitrust suit related to Hytrin and barriers to generic competition.)
16. FTC v Mylan, 2000, U.S. District Court
    (Antitrust action related to attempt to monopolize the market for lorazepam and other products.)
17. Florida Medicaid v Eckerds, 2000-2001, Florida State District Court
    (Standard of practice related to partial fill situations.)
18. Commonwealth of PA v Dupont Pharm., 2000, Pennsylvania State District Court
    (Class action related to Warfarin false & misleading marketing.)
19. KV v Warner Chilcott, May 2000, U.S. District Court, Eastern District of Missouri, St. Louis County, Mo.
    (Economic impact of false & misleading statements by Warner Chilcott re: generic alternative products.)
20. Wal-Mart Stores, Inc v Kurt Knickrehm, in his capacity as Director, Arkansas Department of Human
    Services, May 2000, U.S. District Court for the Eastern District of Arkansas, Civil Action No. 4:00 CV
    00 359 GTE
    (Arkansas Medicaid proposed regulation to adopt two-tiered Medicaid pharmacy payment rates lacked
    sufficient rationale or evidence to justify the rate structure.)
21. U.S. Food & Drug Adm. v Wyeth Ayerst, Sept. 2000
    (Disengorgement of Profits from Non-compliant plant.)
22. Public Citizen Health Research Group v National Institutes of Health and Johnson & Johnson, Jan. 2001,
    Civil Action No. 00-1847 (CKK), U.S. District Court for the District of Columbia      (Release of royalty
    amounts or rates from NIH technology transfer agreements with private drug or biomedical firms.)
23. Cardizem CD Antitrust Litigation, Feb. 2001, Master File No. 99-md-1278, U.S. District Court, Eastern
    District of Michigan, Southern Division
    (Class certification hearing for an antitrust suit related to Cardizem and barriers to generic
    competition.)

24. Roxane Laboratories v Unimed Pharmaceuticals, March 2001, Case No. C2-00-125, U.S. District Court, Southern District of Ohio
(Damages from termination of a contract for distribution and marketing.)

25. KV (Ethex) v HealthPoint, Ltd., March 2001, Civil Action No. SA 00 CA 0757 OG, U.S. District Court, Western District of Texas, San Antonio Division
(Dispute over marketing claims and impact on market penetration by Ethezyme v. Accuzyme.)

26. National Association of Chain Drug Stores, et. al v Tommy G. Thompson, August 2001, U.S. Dept. HHS, Civil Action No. 01-1554 (PLF), U.S. District Court, District of Columbia
(Economic impact on community pharmacies of US DHHS proposed drug discount card plan.)

27. U.S. Food & Drug Adm. v Schering-Plough, Sept. 2001
(Disengorgement of Profits from Non-compliant plants.)

28. BuSpar Antitrust Litigation, Jan. 2002, MDL Docket No. 1410, Case 01-CV-7951 (JGK), U.S. District Court, Southern District of New York
(Class certification expert report for an antitrust suit related to BuSpar and barriers to generic competition.)

29. Duramed Pharmaceuticals, Inc. v Wyeth-Ayerst Laboratories, July 2002, Civil Action No. C-1-00-735, U.S. District Court, Southern District of Ohio, Western Division at Cincinnati
(Duramed alleges an antitrust violation by Wyeth-Ayerst as through exclusive contracts that kept the competing product out of the market.)

30. Courtney Litigation:  Georgia Hayes v Courtney Pharmacy, Inc., et al., July 2002, Case No. 01-CV-218871-01, Circuit Court of Jackson County, MO in Kansas City,
(Plaintiff asserts that defendants knew or should have known that Courtney's behavior endangered the health of patients receiving drugs.)

31. State of Texas ex rel Ven-A-Care of the Florida Keys, Inc. v Dey, Inc., Roxane Laboratories, Inc., et al., Oct. 2002, No. GV002327, District Court, Travis County, Texas, 53rd Judicial District
(Plaintiffs allege defendants reported inflated prices that caused the state to overpay for prescription drugs used by Medicaid patients.)

32. Estate of Emma Born, et.al. v Beverly Health and Rehabilitation Services, Inc. Oct. 2002, Court File No. C6-99-10380, State of Minnesota, District Court, County of Anoka, Tenth Judicial District
(Plaintiffs allege defendants (a nursing home firm) over charged residents for prescription drugs and did not notify residents that they had alternative sources for getting Rxs.)

33. Cardizem CD Antitrust Litigation, March 2003, Master File No. 99-MD-1278, Case No. 99-CV-75036 (CVS Meridien), 99-CV-73735 (Kroger), U.S. District Court, Eastern District of Michigan, Southern Division
(Direct purchasers in antitrust suit related to Cardizem and barriers to generic competition.)

34. Relafen Antitrust Litigation, March 2003, Master File No. 01-12239-WGY, U.S. District Court, District of Massachusetts
(Class certification hearing for an antitrust suit related to Relafen and barriers to generic competition.)

35. Relafen Antitrust Litigation, August 2003, Master File No. 01-12239-WGY, U.S. District Court, District of Massachusetts
(Expert impact report for an antitrust suit related to Relafen and barriers to generic competition.)

36. Pharmaceutical Care Management Association v State of Maine, September 2003, No. 03-CV-153-B-W, U.S. District Court, District of Maine
(Pharmaceutical market expert for State of Maine defending a state statute intended to make PBMs transparent and accountable.)

37.  Remeron Antitrust Litigation, Master Docket No. 03-CV-0085 (FSH), United States District Court, District of New Jersey, March 2004.
(Pharmaceutical market expert regarding the structure and behavior of the market for Remeron and generic equivalents.)

38.  Harry Stetser, et al v TAP Pharmaceutical Products, Inc., Re: Lupron litigation, Civil Action No. 1-CVS-5268, State of North Carolina in the General Court, New Hanover Court of Justice Superior Court Division, March 2004.
(Pharmaceutical economic and market expert regarding the economic impact of admitted actions of TAP upon purchasers of Luporn.)

39. J.B.D.L. Corp. d/b/a Beckett Apothecary, et al. v Wyeth-Ayerst Laboratories, Inc., et al., Re: Premarin Litigation, Civil Action No. C-1-01-704, United States District Court for the Southern District of Ohio, Western Division, April 2004.
(Pharmaceutical economic and market expert regarding the economic impact of Wyeth's actions to prevent entry of a drug product competing with Premarin.)

40. North Shore Hematology-Oncology Assoc, P.C., v Bristol-Myers Squibb Co., Re: Platinol litigation, Civil Action No. 1:04CV00248, United States District Court for the District of Columbia, May 2004.
(Pharmaceutical economic and market expert regarding the economic impact of delayed entry of generic equivalent versions of Platinol.)

41. Healthpoint, Ltd. V Ethex Corporation, July 2004, Civil Action No. SA 01 CA 0646 OG, U.S. District Court for the Western District of Texas, San Antonio Division
(Pharmaceutical market expert for Ethex regarding structure and behavior of the market for the drug products known as Accuzyme [Healthpoint] and Ethezyme 830 [Ethex].)

42. Pharmaceutical Industry, Average Wholesale Price Litigation, September 2004, MDL No. 1456, Civil Action No. 01-CV-12257 PBS, Judge Patti B. Saris.
(Pharmaceutical market expert regarding pricing and reimbursement for prescription drugs.)

43. Bernard Walker v TAP Pharmaceutical Products, Inc., Re: Lupron litigation, Civil Action No. CPM-L-682-01, Superior Court of New Jersey, Law Division, Cape May County, April 2005.
(Pharmaceutical economic and market expert regarding the economic impact of admitted actions of TAP upon purchasers of Lupron.)

44. Bernard Walker v TAP Pharmaceutical Products, Inc., Re: Lupron litigation, Civil Action No. CPM-L-682-01, Superior Court of New Jersey, Law Division, Cape May County, May 2005.
(Pharmaceutical economic and market expert supplemental report regarding the economic impact of admitted actions of TAP upon purchasers of Lupron.)

45. Nifedipine Antitrust Litigation, Civil Action No. 1:03MS00223 (RJL), U.S. District Court, District of Columbia, Jan 2006.
(Class certification expert report for an antitrust suit related to Nifedipine and barriers to generic competition.)

46. Longs Drug Stores, Inc. v. Ho Retail Properties, Inc.,Civil Action No. 03-1-0342, Circuit Court of the Third Circuit, State of Hawaii, Oct 2006.
(Pharmaceutical market expert for Plaintiff related to impact from breach of exclusivity provision in lease contract.)

47. James Clayworth, et al. v. Pfizer, Inc., et al.Civil Action No. RG04-172428, Superior Court of the State of California for the County of Alameda, Nov. 2006.
(Pharmaceutical market expert for Plaintiffs alleging price discrimination.)

48. Tricor Direct Purchaser Antitrust Litigation, Civil Action No. 05-340 (KAJ), U.S. District Court, District of Delaware, Dec. 2006.
(Class action expert report for an antitrust suit related to Tricor and barriers to generic competition.)

49. Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc., Consolidated Civil Action Nos. 04-2355 (JLL) (CCC), 05-1966 (JLL) (CCC), 05-3920 (JLL) (CCC), 05-3672 (JLL) (CCC), U.S. District Court, District of New Jersey, July 2007.
(Pharmaceutical market and economics expert for defendants regarding patent infringement action and evaluation of the commercial success of the alleged invention.)

50. The State of Texas, ex rel., Ven-A-Care of the Florida Keys, Inc. vs. Abbott Laboratories, Inc., District Court of Travis County Texas, 201st Judicial District, July 2007.
(Pharmaceutical market and economics expert regarding price reporting to the State of Texas Medicaid vendor drug program.)

51. National Association of Chain Drug Stores and National Community Pharmacists Association vs. United States Department of Health and Human Services, et al, U.S. District Court for the District of Columbia, Case 1:07-cv-0217, November 2007.
(Pharmaceutical market and economics expert regarding impact of the final rule for the DRA on retail community pharmacies. Plaintiffs challenged the final rule related to implementation of the Deficit Reduction Act of 2005 based on procedural deficiencies, failure to comply with the statutory language, and substantive issues related to the definition of AMP and its application in determining federal upper limits (FULs).)

52.  U.S. ex rel. Ven-A-Care of the Florida Keys, Inc.  v.  Abbott  Laboratories,  Inc.,  U.S.  District  of Massachusetts, MDL Docket No. 1456, Civil Action No. 06-CV-11337, Lead Case No. 01-CV-12257, May 2008.
     (Pharmaceutical market and economics expert regarding prices, price reporting by manufacturers, and pharmacy and provider payments by the Medicaid and Medicare drug programs.)

54.  Farmacia  Remedios,  Inc.,  *et al.*  v. Sandra Shewry, Director of the Department of Health Care Services, State of California, Superior Court of the State of California for County of Sacramento, Case No. 34-2008-00012743-CU-WM-GDS, June 9, 2008.

55.  U.S. ex rel. Ven-A-Care of the Florida Keys,Inc., *et al.* v. Boehringer Ingelheim Corporation, *et al.*, U.S. District of Massachusetts, MDL Docket No. 1456, Civil Action No. 07-10248-PBS, Lead Case No. 01-CV-12257-PBS, January 2009.
     (Pharmaceutical market and economics expert regarding prices, price reporting by manufacturers, and pharmacy and provider payments by the Medicaid and Medicare drug programs.)

56.  Walgreens Mail Service, Inc. f/k/a Walgreens Healthcare Plus, Inc. v. blue Cross Blue Shield of Tennessee, Inc., United States District Court for Western District of Tennessee, Western Division, February 2009.