# Exhibit 6

United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v.
Dey, Inc., et al., Civil Action No. 05-11084-PBS

**Exhibit to Opposition to United States' Motion
to Exclude Certain Opinions of W. David Bradford**

Cardinal Health, Inc (Neil Warren)   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   September 9, 2008
Columbus, OH

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3    - - - - - - - - - - - - - - - - -
 4    IN RE:  PHARMACEUTICAL        )  MDL NO. 1456
 5    INDUSTRY AVERAGE WHOLESALE    )  CIVIL ACTION
 6    PRICE LITIGATION              )  01-CV-12257-PBS
 7                                  )
 8    THIS DOCUMENT RELATES TO THE  )
 9    Consolidated New York County  )
10    Actions, The California Action,)
11    and The Iowa Action           )
12    - - - - - - - - - - - - - - - - -
13
14       (cross captions appear on following pages)
15
16       "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY"
17       VIDEOTAPED DEPOSITION OF CARDINAL HEALTH, INC.
18              by NEIL WARREN - VOLUME I
19              Tuesday, September 9, 2008
20                 Columbus, Ohio 43215
21                   SUSAN L. COOTS
22          REGISTERED PROFESSIONAL REPORTER
```

Cardinal Health, Inc (Neil Warren)   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                September 9, 2008
Columbus, OH

Page 244

```
 1    jury in any of the cases for which we're here
 2    today?
 3         A.    I do.
 4         Q.    And that the oath you've taken to tell
 5    the truth today is the same oath you would take
 6    or would have taken, if you were actually
 7    testifying live in front of a judge or jury; is
 8    that correct?
 9         A.    Yes.
10         Q.    Okay.  Would you just please repeat
11    your name for the record?
12         A.    Neil Warren.
13         Q.    And Mr. Warren, you're here testifying
14    today as a designee on behalf of Cardinal with
15    regard to certain subjects relating to the sale
16    and purchase of brand pharmaceutical products; is
17    that correct?
18         A.    Yes.
19         Q.    And the time period which I'm
20    interested in asking you about goes back to the
21    early 1990s; 1991, in fact.  If any of your
22    answers require clarification so that your answer
```

Cardinal Health, Inc (Neil Warren)   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   September 9, 2008
Columbus, OH

Page 322

1   State of Ohio        :

2                        SS:

3   County of Franklin:

4           I, NEIL WARREN, do hereby certify that I

5   have read the foregoing transcript of my deposition

6   given on September 9, 2008; that together with the

7   correction page attached hereto noting changes in

8   form or substance, if any, it is true and correct.

9

10                    _____

11                    NEIL WARREN

12          I do hereby certify that the foregoing

13   transcript of the deposition of NEIL WARREN was

14   submitted to the witness for reading and signing;

15   that after he had stated to the undersigned Notary

16   Public that he had read and examined his deposition,

17   he signed the same in my presence on the _____ day

18   of _____, _____.

19

20                    _____

21                    Notary Public

22   My commission expires _____

Page 323

```
 1                     CERTIFICATE
     State of Ohio      :
 2                      SS:
     County of Franklin:
 3              I, Susan L. Coots, Notary Public in and

 4   for the State of Ohio, duly commissioned and

 5   qualified, certify that the within named NEIL WARREN

 6   was by me duly sworn to testify to the whole truth in

 7   the cause aforesaid; that the testimony was taken

 8   down by me in stenotypy in the presence of said

 9   witness, afterwards transcribed upon a computer; that

10   the foregoing is a true and correct transcript of the

11   testimony given by said witness taken at the time and

12   place in the foregoing caption specified.

13           I certify that I am not a relative,

14   employee, or attorney of any of the parties hereto,

15   or of any attorney or counsel employed by the

16   parties, or financially interested in the action.

17           IN WITNESS WHEREOF, I have set my hand and

18   affixed my seal of office at Columbus, Ohio, on this

19   18th day of September, 2008.
                         _____
20                       SUSAN L. COOTS, Notary Public
                         in and for the State of Ohio
21                       and Registered Professional
                         Reporter.
22   My Commission expires January 10, 2009.
```