# Exhibit 8

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al., Civil Action No. 05-11084-PBS*

**Exhibit to Opposition to United States' Motion to Exclude Certain Opinions of W. David Bradford**

Page 1

```
 1   UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF MASSACHUSETTS

 3   ----------------------------X

 4   IN RE: PHARMACEUTICAL          MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE     CIVIL ACTION

 6   PRICE LITIGATION               01-CV-12257-PBS

 7                                  Judge Patti B. Saris

 8   THIS DOCUMENT RELATES TO       Subcategory No: 03-10643

 9   THE CONSOLIDATED NEW YORK

10   COUNTY ACTIONS

11   ----------------------------X

12        (cross caption appear on following page)

13

14        Videotaped Deposition of MARK-RICHARD BUTT

15                        Volume I

16                        Albany, NY

17                        Tuesday, January 26, 2010

18                        10:00 a.m.

19

20

21

22
```

Butt, Mark-Richard

Albany, NY

January 26, 2010

Page 199

```
 1   reimbursement have been discussed with the PAC?
 2        A.   They could.
 3        Q.   Do you recall any such discussions with PAC
 4   members regarding any changes to pharmacy
 5   reimbursement?
 6        A.   Before 1995 between -- or after or any time?
 7        Q.   Sure, '89 to 1995 do you recall any
 8   discussions with the PAC regarding changes to Medicaid
 9   drug reimbursement?
10        A.   Well, the Medicaid reimbursement didn't
11   change at any time during that time.  So my best
12   recollection would be there wasn't much discussion
13   about that.  There may have been, but I don't remember
14   anything or any reason why there would have been.
15        Q.   What about post 1995?
16        A.   Well, 1995 was when it was -- the structure
17   was put into state law.  There was discussion with the
18   pharmacists.  What their input was, not from the
19   Pharmacy Advisory Committee, but later on, I don't
20   know, other than the fact that we looked at both
21   acquisition costs, and we also looked at the
22   dispensing fee; separate from each other, but we
```

1   right to call back Mr. Butt and continue.  Thank you.

2           THE WITNESS:  Thank you.

3           MS. WENDEL:  Okay, thank you.

4           THE VIDEOGRAPHER:  Okay, this marks the end

5   of tape No. 5 and the end of the deposition of

6   Mark-Richard Butt.

7           Our time is 5:35, and we are off the record.

8           (Whereupon, the deposition of Mark-Richard

9   Butt was adjourned at 5:35 p.m.)

10              * * * *

11

12

13                              _____

14                              SIGNATURE OF THE WITNESS

15

16   Subscribed and sworn to and before me

17   this _____ day of _____, 20____.

18

19

20   _____

21          Notary Public

22

Butt, Mark-Richard

Albany, NY

January 26, 2010

Page 312

```
 1                    C E R T I F I C A T I O N

 2

 3           I, Karen Schmieder, a Certified Shorthand

 4      Reporter in the State of New York, Certificate

 5      No. 768, and Notary Public, do hereby certify

 6      that I recorded stenographically the proceedings

 7      herein at the time and place noted in the heading

 8      hereof, and that the foregoing transcript is true

 9      and accurate to the best of my knowledge, skill

10      and ability.

11

12           IN WITNESS WHEREOF, I have hereunto set my

13      hand this 6th day of February 2010.

14

15

16                 KAREN SCHMIEDER, CSR, RMR

17                 Registered Diplomate Reporter

18

19

20

21

22
```