# Exhibit 9

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al., Civil Action No. 05-11084-PBS*

**Exhibit to Opposition to United States' Motion to Exclude Certain Opinions of W. David Bradford**

Page 994

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL          :   MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE      :   CIVIL ACTION

 6    PRICE LITIGATION                :   01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO:       :

 8    U.S. ex rel. Ven-a-Care of      :   Hon.  Patti B. Saris

 9    the Florida Keys, Inc.          :

10         v.                         :

11    Dey, Inc., et al.               :

12    No. 05-11084-PBS                :

13    - - - - - - - - - - - - - - -x

14            (captions continue on following pages)

15

16

17        Videotaped deposition of LARRY REED

18                      Volume V

19

20                           Washington, D.C.

21                           Thursday, October 2, 2008

22
```

1    time, correct, right?

2             MS. OBEREMBT:  Objection.

3             THE WITNESS:  I wasn't aware of that.

4    BY MR. MERKL:

5        Q.   Did you ever look at those letters?

6        A.   I don't remember seeing those letters.

7        Q.   If a manufacturer writes a letter to a

8    state telling them what their AWP was, and

9    defining what their AWP and their AMP -- I'm

10   sorry, what their AWP and their WAC was, was that

11   the sort of thing the states should consider in

12   making reimbursement decisions?

13            MS. OBEREMBT:  Objection.

14            THE WITNESS:  I think the states have a

15   fair amount of flexibility under the regulation

16   to look at a number of factors of what they were

17   considering in determining their EAC.

18   BY MR. MERKL:

19       Q.   True, but when a manufacturer actually

20   sends them a letter explaining how -- what it's

21   priced are, is that the sort of thing a state

22   should look at when it makes its decisions?

Reed, Larry - Vol. V                                                October 2, 2008
                          Washington, DC

```
                                                              Page 1389
 1    as in these letters?

 2    BY MR. MERKL:

 3         Q.    From Dey to the states, right?

 4         A.    I don't think the agency was aware of

 5    that.

 6         Q.    Now, they might have come in through

 7    state SPA packages, they might not.  You just

 8    can't tell me for sure what every single state

 9    SPA package contained, true?

10              MS. OBEREMBT:  Objection.

11              THE WITNESS:  That's correct.

12              MR. MERKL:  Okay.  Well, I'll call it a

13    day.

14              THE VIDEOGRAPHER:  This deposition

15    concludes at 4:58, and consists of six tapes.

16                  (Whereupon, at 4:58 p.m., the

17    taking of the instant deposition ceased.)

18

19

20

21

22
```

Henderson Legal Services, Inc.
202-220-4158                                      www.hendersonlegalservices.com

Reed, Larry - Vol. V                                                        October 2, 2008
                            Washington, DC

Page 1390

1                    SIGNATURE OF THE WITNESS

2

3

4

5

6

7                                        _____

8                                              LARRY REED

9

10   SUBSCRIBED AND SWORN to before me this _____ day

11   of _____, 2008.

12

13                                        _____

14                                              NOTARY PUBLIC

15   My Commission expires:  _____

16

17

18

19

20

21

22