flawed on several levels. First, Dr. Duggan calculates market shares only among the NDCs that were included in the array. For Medicare reimbursement purposes there was no restriction on the actual NDCs dispensed whether or not those NDCs were included in the array by the DMERCs. Hence all ipratropium NDCs should be included in any market share calculations. Second, Dr. Duggan has not provided any support for using Medicaid market shares for Medicare damage allocation. Medicaid and Medicare markets differ in at least two basic levels. First, Medicaid population for inhalation drugs includes many childhood asthma patients whereas Medicare population includes elderly COPD patients. Second, Medicaid drug providers are primarily retail pharmacies while the Medicare providers for inhalations drugs are primarily home health providers. Thus, Medicaid and Medicare markets differ fundamentally both in terms of patients and providers and Dr. Duggan's allocation ignores these differences.

As I discussed above, the nature of the median calculation from an array of NDCs implies that each NDC has an equal chance of setting the median and consequently the reimbursement levels. An NDC's market share has no bearing on its impact on the median price. An alternate methodology not considered by Dr. Duggan could allocate an equal share to each NDC in the array because each NDC has an equal chance of impacting the median.

D.  Dr. Duggan's additional Medicaid analyses

In his letter, Dr. Duggan also addresses the issues with his Medicaid damages extrapolation that I had identified in my initial report. Dr. Duggan has now examined claims data from 15 additional states that were previously available to him. Dr. Duggan claims that the damages using the claims were lower by 5% if one were to exclude the Alabama data. However, there is no logical rationale for excluding the Alabama data and Dr. Duggan has not presented any. Thus including the Alabama data, Dr. Duggan himself finds that the damages using claims data were at least 10% lower than the extrapolated damages that he had previously presented for these states. This shows the importance of actually examining the state level claims data for each state where damages are sought. As I discussed in detail my initial report, there is wide variation in Medicaid reimbursement levels across states driven by active policy choices. Hence as a methodological matter, extrapolations that do not take into account these state variations are not likely to be reliable. At the same time, even after admitting 10% overstatement of damages for the 15 additional states using his extrapolation methodology (my own estimates suggest an even higher overstatement than Dr. Duggan found), Dr. Duggan does not actually correct the damages presented in his initial report.

Sincerely,

*[signature: David Bradford]*

W. David Bradford, Ph. D.

Contains highly confidential materials – subject to protective order

Case 1:01-cv-12257-PBS   Document 6987-4   Filed 03/17/10   Page 2 of 4

**Figure A: Dr. Duggan's ipratropium bromide damages under Dey-only scenario**

| Year-quarter | AdminaStar | Cigna | DMERC A | Palmetto |
|---|---|---|---|---|
| 1997 Q1 | | | | |
| 1997 Q2 | Blue | Blue | Yellow | Yellow |
| 1997 Q3 | Yellow | Blue | Extrapolated array | Yellow |
| 1997 Q4 | Yellow | Blue | Extrapolated array | Extrapolated array |
| 1998 Q1 | Yellow | Blue | Extrapolated array | Blue |
| 1998 Q2 | Blue | Blue | Extrapolated array | Blue |
| 1998 Q3 | Blue | Blue | Extrapolated array | Blue |
| 1998 Q4 | Blue | Blue | Extrapolated array | Yellow |
| 1999 Q1 | Blue | Blue | Extrapolated array | Extrapolated array |
| 1999 Q2 | Blue | Blue | Extrapolated array | Extrapolated array |
| 1999 Q3 | Blue | Blue | Blue | Blue |
| 1999 Q4 | Extrapolated array | Blue | Blue | Blue |
| 2000 Q1 | Extrapolated array | Blue | Blue | Blue |
| 2000 Q2 | Yellow | Blue | Blue | Blue |
| 2000 Q3 | Yellow | Blue | Blue | Blue |
| 2000 Q4 | Yellow | Blue | Extrapolated array | Extrapolated array |
| 2001 Q1 | Yellow | Blue | Blue | Blue |
| 2001 Q2 | Yellow | Blue | Blue | Blue |
| 2001 Q3 | Yellow | Blue | Blue | Blue |
| 2001 Q4 | Yellow | Yellow | Yellow | Yellow |
| 2002 Q1 | Yellow | Yellow | Yellow | Yellow |
| 2002 Q2 | Yellow | Yellow | Yellow | Yellow |
| 2002 Q3 | Yellow | Yellow | Yellow | Yellow |
| 2002 Q4 | Yellow | Yellow | Yellow | Yellow |
| 2003 Q1 | Yellow | Yellow | Yellow | Yellow |
| 2003 Q2 | Yellow | Yellow | Yellow | Yellow |
| 2003 Q3 | Yellow | Yellow | Yellow | Yellow |
| 2003 Q4 | Yellow | Yellow | Yellow | Yellow |

Notes:
- Yellow: No damages under Dr. Duggan's Dey-only scenario
- Blue: Damages under Dr. Duggan's Dey-only scenario
- Extrapolated array: Duggan damages based on extrapolated arrays



Figure B: Dr. Duggan's ipratropium bromide damages for Dey and number of NDCs in array

# FIGURE C OMITTED