# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456**<br>**Master File No.  No. 01-12257-PBS** |
| **THIS DOCUMENT RELATES TO:**<br><br>ALL ACTIONS | **Judge Patti B. Saris** |

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel moves that Marie E. Choi be permitted to appear and participate in this action *pro hac vice* as counsel for Defendants Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc., and UDL Laboratories, Inc. (collectively "Mylan").  The undersigned counsel also states as follows:

1. Ms. Choi is an attorney with the law firm of Kelley Drye & Warren, 101 Park Ave, New York, New York, 10178.

2. The accompanying declaration of counsel, attached hereto as Exhibit A, certify that this attorney has met the requirements to practice before the United States District Court for the District of Massachusetts.

3. A check in the amount of $50.00 is being forwarded simultaneously with this motion for these attorneys respective admissions *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit Ms. Choi *pro hac vice*.

Dated:  March 18, 2010

                                Respectfully submitted,


                                /s/  Thomas J. Bone
                               Thomas J. Bone (BBO# 666688)
                               Martin F. Murphy (BBO# 363250)
                               FOLEY HOAG LLP
                               155 Seaport Boulevard
                               Boston, MA 02210
                               617-832-1213 (ph)
                               617-832-7000 (f)

*Attorney for Defendant Mylan Inc., f/k/a Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 18, 2010, a copy to LexisNexis File and Serve for posting and notification to all parties.

                                          /s/ Thomas J. Bone  
                                          Thomas J. Bone