## DECLARATION OF MARIE E. CHOI

I, Marie E. Choi, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following courts on the dates indicated:

|  | DATE ADMITTED |
|---|---|
| The State of New York | 7/16/2008 |
| United States District Court for the Southern District of New York | 12/15/2009 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Southern District of New York is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on March 16, 2010.

By: _____
Marie E. Choi

NY01/CHOIM/1405923.1