CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

_____ MARIE EIKO CHOI _____, Bar # ____ MC1227 ____

was duly admitted to practice in this Court on

__ DECEMBER 15th, 2009 __, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York        on       MARCH 17th, 2010

         J. Michael McMahon       by   _Wayne Brown_ (signature)
              Clerk                         Deputy Clerk