**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-CV-12257-PBS |

_____

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Iowa v. Abbott Laboratories, et al.* | |

_____

**DEFENDANTS TEVA PHARMACEUTICALS USA, INC. AND NOVOPHARM USA, INC.'S NOTICE OF WITHDRAWAL OF THEIR MOTION TO COMPEL DISCOVERY FROM PLAINTIFF, THE STATE OF IOWA**

PLEASE TAKE NOTICE that Defendants Teva Pharmaceuticals USA, Inc. and Novopharm USA, Inc. (collectively, "Teva") hereby withdraw, without prejudice, their Motion to Compel Answers to Interrogatories and the Production of Documents, filed January 7, 2010.

This motion is withdrawn based on agreement between Teva and Plaintiff. Teva expressly reserves the right to re-file its motion in the future if necessary.

Dated: March 19, 2010

Respectfully submitted,

*/s/ Jennifer G. Levy*
Jennifer G. Levy (admitted *pro hac vice*)
Patrick M. Bryan (admitted *pro hac vice*)
Jason R. Parish (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC  20005
Tel:  (202) 879-5000
Fax:  (202) 879-5200

*Counsel for Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., Sicor, Inc., and Barr Laboratories, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 19th day of March, a true and correct copy of the foregoing DEFENDANTS TEVA PHARMACEUTICALS USA, INC. AND NOVOPHARM USA, INC.'S NOTICE OF WITHDRAWAL OF THEIR MOTION TO COMPEL DISCOVERY FROM PLAINTIFF, THE STATE OF IOWA was served on all counsel of record by transmission to Lexis Nexis File & Serve.

*/s/ Jason R. Parish*
Jason R. Parish