# Exhibit 1

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc.,
et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

**Exhibit to the Declaration of Marisa A. Lorenzo in Support of Dey's
Motion to Exclude the Opinions of Mark Duggan, Ph.D.**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*,<br>CIVIL ACTION NO. 05-11084-PBS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| | | |

Report of Mark G. Duggan, Ph.D., January 23, 2009

**Executive Summary**

1. This report calculates the difference between (1) what the federal government reimbursed for certain pharmaceutical products provided to Medicaid and Medicare recipients during the 1992Q1 to 2008Q1 period and (2) what the federal government would have reimbursed for the same products during the same period if prices reflective of the actual prices at which Dey L.P. (hereafter Dey) was transacting business had been used for the AWP and WAC of certain Dey products. The report analyzes Dey internal transaction data from the relevant time period, as well as paid claims data from the Medicaid and Medicare programs.  The report also analyzes internal transaction data for Roxane, which has also been sued by the United States, to determine the combined effect on Medicare expenditures of replacing both firms' AWPs as described above.

2. The total difference for the Medicaid program is $160.205 million, which does not include the associated $112.748 million impact on state governments' Medicaid spending. The report also calculates that spending on 14.252 million Medicaid claims and 3.784 million payments to health care providers for Medicaid claims would have been lower had alternative prices been used for the AWPs and WACs of certain Dey products during the time period of interest.

3. Three different cases are considered for the Medicare program. The first scenario considers changes to only the AWPs of Dey products. In the second, I consider the impact of these changes to Dey AWPs while simultaneously changing the AWP of three Ipratropium Bromide products made by Roxane, which has also been sued by the United States in a similar case. In the third and final scenario, I consider the impact of changes to all of these products' AWPs as well as to the AWPs of three additional Roxane Ipratropium Bromide products known as NovaPlus.

3A. In the first scenario, in which I only replace the AWPs of Dey products with 125 percent of Dey's average pharmacy-specific price, my results indicate that Medicare spending would have been lower by $215.608 million, which includes the effect for three Ipratropium Bromide ($213.357 million) and three Albuterol J-codes ($2.251 million). This dollar amount does not include the associated impact on Medicare recipients' co-payment amounts. Additionally, my findings indicate that spending on 5.092 million claims and 549,236 payments to health care providers for Medicare claims would have been lower had alternative prices been used for the AWPs of certain Dey products during the time period of interest.

3B. In the second scenario, in addition to replacing the AWPs of Dey products, I replace the AWPs of three Roxane Ipratropium Bromide products with product codes of 8402 with 125 percent of Roxane's average pharmacy-specific price. With this change, the total effect on Medicare expenditures increases by more than 400 percent to $1.105 billion.[1]  The associated number of claims and payments to pharmacies that would have had lower Medicare spending increases to 12.603 million and 1.212 million, respectively.

3C. In the third scenario, in addition to replacing the AWPs of Dey products, I replace the AWPs of six Roxane Ipratropium Bromide products with product codes of 8402 and 8404 (the latter is NovaPlus) with 125 percent of Roxane's average pharmacy-specific price. With this change, the overall effect on Medicare expenditures increases to $1.415 billion.[2]  The associated number of

---

[1] The "Roxane-only" effect in this scenario on Medicare spending is $234.300 million.
[2] The "Roxane-only" effect in this scenario on Medicare spending is $1.166  billion.

claims and payments to pharmacies that would have had lower Medicare spending increases to 12.840 million and 1.242 million, respectively.

4. The empirical methods that I employed to calculate prices for the drugs in the Dey and Roxane Complaints are consistent with those that I and other economists typically use in academic research. Additionally, the empirical methods that I used for calculating the payment amounts that the Medicaid and Medicare programs would have made are consistent with those that I and other economists typically use in academic research. And finally, the empirical methods that I used to extrapolate my results from a sample of state Medicaid programs to other state Medicaid programs are consistent with those employed by myself and other economists in academic research. The empirical methods that I employed and the assumptions that I made are set forth in exacting detail in the Report so that my results can be replicated and so that any changes in data or assumptions in the data can readily be accommodated in the analysis.

5. At various stages in my analysis – indeed at virtually every step where I believed there were two or more acceptable ways to proceed in analyzing the Dey, Medicaid, and Medicare data – I deliberately chose the conservative approach, that is, the approach that minimized the dollar difference and the number of provider payments and claims for which Medicare or Medicaid spending would have declined. Additionally, I have excluded all but 6 of the J-codes listed in the Dey Complaint from my analyses, with the excluded codes accounting for $69.601 million in Medicare spending on Complaint J-codes from 1992Q1 to 2003Q4. I have also restricted attention to just DME claims within the Medicare program, thus excluding $106.485 million in other Medicare expenditures for Complaint J-codes. For Medicaid, I considered only NDC-based

claims, thus excluding Medicaid HCPCS claims from my analyses. These adjustments serve to reduce the dollar values, the number of affected provider payments, and the number of affected claims below what they otherwise would be.

6. All of my conclusions were reached using methods that are generally accepted within the field of economics. I hold these conclusions with a reasonable degree of professional certainty.

## I. Qualifications

My name is Mark G. Duggan. I am a Professor in the Department of Economics at the University of Maryland, College Park. I received my Bachelor of Science in Electrical Engineering from M.I.T. in 1992 and my Master of Science in Electrical Engineering from M.I.T. in 1994. I obtained my doctorate in Economics from Harvard University in 1999.

I was an Assistant Professor in the University of Chicago's Department of Economics and a Visiting Assistant Professor in M.I.T.'s Department of Economics before joining the University of Maryland's Department of Economics in 2003. I was awarded a two-year Alfred P. Sloan Foundation Fellowship in 2004, an award that is made each year to only six to eight economists who are selected from those in the entire profession who are within six years of receiving their Ph.D.

I have served on several committees at the University of Maryland and have received teaching and/or advising awards at Harvard University, M.I.T., the University of Chicago, and the University of Maryland. I have served as an advisor to approximately 20 Ph.D. students at the University of Chicago and the University of Maryland, with recent advisees of mine

accepting positions at the College of William and Mary, Cornell University, Syracuse University, University of Houston, and the World Bank.

My professional activities include serving as a Research Associate at the National Bureau of Economic Research in the Health Care and Public Economics programs. I was also recently a Visiting Fellow at the Brookings Institution and I am a member of the American Economic Association and the American Society of Health Economists. I serve as an Associate Editor of the *Journal of Public Economics* and on the Board of Editors of the *American Economic Journal: Economic Policy*. I have been the Principal or co-Principal Investigator on numerous research grants, including current ones from the National Science Foundation and the Social Security Administration. The National Science Foundation funded grant is for a project with Fiona Scott Morton, Ph.D. and is titled "Government Procurement of Pharmaceuticals."

I have published more than a dozen papers and have presented my research at numerous professional conferences and at dozens of academic institutions including Columbia University, Harvard University, M.I.T., Princeton University, Stanford University, University of Chicago, and Yale University. One paper of mine was published as the lead article in the January 2005 issue of the *Journal of Health Economics* and was titled "Do New Prescription Drugs Pay for Themselves?  The Case of Second Generation Antipsychotics."  Another recent paper, jointly authored with Dr. Scott Morton, was titled "The Distortionary Effects of Government Procurement: Evidence for Medicaid Prescription Drug Purchasing" and was published as the lead article in the February 2006 issue of the *Quarterly Journal of Economics*. A more recent paper of mine on the Supplemental Security Income program, jointly authored with my colleague Melissa Kearney, Ph.D. and published in the Autumn 2007 issue of the *Journal of Policy*

*Analysis and Management*, received the Raymond Vernon Memorial Prize for being voted the best research article in that journal in 2007.

Other papers of mine that focus on the Medicaid and Medicare programs have been published in some of the leading journals of my profession, including the *Journal of Public Economics*, the *Quarterly Journal of Economics*, the *Journal of Economic Perspectives*, and the *RAND Journal of Economics*. I have published empirically-oriented papers on other topics in leading journals including the *American Economic Review*, *Forum for Health Economics and Policy*, *Journal of Economic Perspectives*, *Journal of Political Economy*, *Journal of Policy Analysis and Management*, and the *Journal of Public Economics*. In two of my current projects, I am analyzing the impact of Medicare Part D on pharmaceutical prices (with Dr. Scott Morton) and the effect of consolidation in the health insurance industry on health insurance premiums (with Leemore Dafny, Ph.D. and Subramaniam Ramanarayanan, Ph.D.).

My research is empirically oriented and focuses on the impact of government expenditure programs such as Medicaid, Medicare, and Social Security. I have conducted several studies in which I apply advanced quantitative methods to large-scale data sets to investigate questions in applied microeconomics that are of interest to academics and policymakers. A central issue in most of these studies is determining whether a causal relationship exists between one variable and another. For example, in my *Journal of Health Economics* paper on pharmaceutical treatments, I investigate the impact of certain new treatments on Medicaid spending and health outcomes.

Much of this work has included the aggregation of highly complex encounter level data to the individual level, which is then often merged with other data. For example in a paper published in the *Journal of Public Economics*, I aggregate Medicaid claims and expenditure data

to the individual level and then merge this with data on individual-level HMO enrollment. Similarly in current research on Medicare Part D with Dr. Scott Morton, I am utilizing encounter level data from the Medical Expenditure Panel Survey to estimate the "Medicare market share" for every one of the top 1000 drugs in the U.S.

In carrying out this research, I have followed the methods that are generally applied and accepted in my profession to ensure that the data sets that are constructed are as accurate as possible. I have then applied the most appropriate microeconometric methods to investigate causal relationships. For example, in the *Journal of Health Economics* paper referred to above, I utilize instrumental variables methods to estimate the effect of new pharmaceutical treatments on Medicaid expenditures. In a *Journal of Public Economics* paper on Medicaid managed care, I utilize a differences-in-differences methodology that exploits the differential timing of county level Medicaid managed care mandates to estimate the effect of HMOs on Medicaid expenditures. And in a *Quarterly Journal of Economics* paper, we estimate multivariate regression models that are grounded in economic theory to estimate the effect of Medicaid market shares on pharmaceutical prices.

The most appropriate methodologies for the construction of data sets and the analysis of these data sets depend on many factors. My training and experience as an economist have provided me with a diverse arsenal of microeconometric methods and an understanding of how optimally to respond to the many obstacles that one confronts when analyzing and processing multiple complex large scale data sets in the same project.

## II. Overview

In this report, I use data from several different sources to determine the amount by which spending by the federal Medicare and federal-state Medicaid programs would have changed if alternative prices had been used for Dey products' Average Wholesale Prices (AWPs) and Wholesaler Acquisition Costs (WACs). In certain instances, I also examine the effect had alternative prices simultaneously been used for certain Roxane products' AWPs. For my analyses of the Medicaid program, I focus on the 26 NDCs listed in the United States' Complaint and for my analysis of the Medicare program, I focus on the 14 J-codes listed in the Complaint.

In the first two main sections, I provide a detailed description of Dey's direct and indirect transaction data. I consider how Dey's sales and prices vary across products, over time, across classes of trade, and across transaction types. I also provide comparisons of Dey's actual transaction prices and the AWPs and WACs published by pricing compendia such as First DataBank (FDB) and Red Book.[3]

For example, Figure 1A displays the average price for all customers in Dey's direct transaction data in each quarter from 1992Q2 to 2004Q1 for the Albuterol Sulfate 49502069703 product, which is a natural one to focus on given that it accounts for more Medicaid spending and more Dey sales than any other Complaint NDC. The Figure also depicts the FDB AWP and WAC for that same product in each quarter. As the Figure reveals, the discrepancy between the actual average price and the published AWP increases steadily over time due to the substantial fall in the actual average prices. By the beginning of 2004, the published AWP exceeded the actual average price by approximately 1000 percent. Like the actual average price, the published WAC also generally falls over time, with one notable exception from 1995Q3 to 1997Q4, and it exceeds the actual average price by an average of 88.6 percent in each quarter.

---

[3] A description of Roxane's transaction data will be presented in a subsequent report.

Figure 2A displays a similar set of series for the pharmacy-specific average price in Dey's indirect transaction data, which represents sales of Dey products to pharmacies by wholesalers, versus the FDB AWP and WAC in each quarter. The discrepancy between this actual average price and the two published prices in each quarter is similar to the one in the preceding figure.

Using Dey's direct and indirect transaction data, I determine how spending by both the Medicaid and the Medicare programs would have changed if alternative prices had been used for the AWP and WAC when adjudicating claims for both programs. For example, I replace the AWP with 125 percent of the average pharmacy-specific price in Dey's indirect transaction data to determine how spending by Medicaid programs that used the AWP and by the Medicare program would have changed if alternative prices had been used. This alternative AWP will overstate the actual average price paid by pharmacies on transactions made through wholesalers by 25 percent. Additionally, because pharmacies tend to pay a higher price than do other customers for the same product, this scaled price will on average be greater than a similarly scaled average price for all indirect customers, thus leading to a lower discrepancy than if I were to consider all customers. For those states that use the WAC, I replace it with the actual average price paid by pharmacies to wholesalers in Dey's indirect data, as this is a more conservative approach than using the average actual wholesaler price from Dey's direct data.

There are approximately 17.137 million NDC-based Medicaid claims for the Dey products listed in the Complaint. In the analyses below, I find that Medicaid spending for 14.252 million (83.2 percent) of these claims would have been lower if the alternative price parameters described above had been used for the AWP and the WAC. Similarly, my results indicate that there were 3.784 million payments to pharmacies and other health care providers with at least

one NDC-based Medicaid claim that would have been paid at a lower amount. Additionally, I find that Medicaid spending would have been lower by $272.952 million, with this representing 44.4 percent of the $614.402 million in Medicaid spending for these products during the 1992Q1 to 2008Q1 period. Because Medicaid is financed both by the federal government and by the individual state governments, part of this spending represents that paid by state governments. I determine that the federal share is $160.205 million.

I next perform a similar set of analyses for the federal Medicare program. The key difference between the Medicaid and Medicare analyses is that, while Medicaid reimbursement is done on an NDC basis, Medicare uses HCPCS codes for reimbursement.  Payment amounts for these HCPCS codes typically consider the AWPs of several generic products and calculate the median of these AWPs. If this median is lower than the lowest AWP for a branded version of the same drug, it is used to determine the paid amount for Medicare claims. Thus to the extent that the AWP of Dey products influences the median in these calculations, Medicare spending is also affected.

An additional issue is that the United States has also sued the firm Roxane for its impact on both Medicaid and Medicare spending. As I discuss in more detail below, both Dey and Roxane products are often included in the same Medicare arrays, which are used to determine the paid amounts for Medicare claims. I therefore consider three alternative scenarios in my Medicare analyses. In the first, I replace the AWPs for Dey products with 125 percent of the average indirect pharmacy price and assume no change to the AWPs of any Roxane Ipratropium Bromide products. I focus primarily on three Ipratropium Bromide J-codes, which account for approximately half of Medicare spending on Complaint HCPCS codes. I also focus on only

Medicare DME claims, given that they account for more than 97.6 percent of the $4.469 billion in Medicare spending on the Complaint J-codes.

My findings indicate that Medicare spending under the first scenario, when Dey products' AWPs are changed but the AWPs of Roxane products are left unchanged, would have been lower by at least $213.357 million during the 1992 to 2003 period if alternative values had been used for the Dey products' AWPs as described above. My results further indicate that Medicare spending would have been lower for 4.909 million of the 12.836 million claims that I consider, and that the total number of provider payments with at least one claim with a reduced payment amount is equal to 549,236. My results also indicate an additional effect of $2.251 million on Medicare spending for three Albuterol HCPCS codes. To the extent that there was a similar effect for the other J-Codes that I do not consider or for the non-DME Medicare claims, the total impact on Medicare spending would be even greater.

Under scenario two, in addition to replacing Dey products' AWPs with 125 percent of the pharmacy average indirect price, I do the same for three Roxane Ipratropium Bromide products that have product codes of 8402 using Roxane indirect transaction data. My findings under this second scenario indicate that total Medicare spending would have been lower by $1.105 billion and that the numbers of claims and provider payments with a reduced payment amount are 12.603 million and 1.212 million, respectively.

In the third and final scenario, in addition to replacing the prices for the Roxane products described in scenario two, I do the same for three Roxane NovaPlus products. These three products were treated as branded products by three of the four DMERCs considered. Because Medicare used the lower of the generic median and the lowest brand during the relevant time period, the allowed amount is frequently equal to the AWP of NovaPlus products. In this

scenario, I find that total Medicare spending would have been lower by $1.415 billion and that the number of claims and provider payments with a reduced payment amount are 12.841 million and 1.242 million, respectively.

Taken together, my results indicate that spending by the federal government for both the Medicaid and Medicare programs would have been substantially lower if the alternative prices described above had been used for the AWP and WAC of Dey products. The effect on Medicare spending is substantially larger if, in addition to replacing the AWPs of Dey products as described above, one does the same for certain Roxane products.  As I discuss below, this combined effect provides a more accurate estimate of the total effect of both firms' published AWPs on total Medicare spending. My results further indicate that Medicaid spending by state governments and Medicare co-payments paid by Medicare recipients and their other insurers were substantially greater than they otherwise would have been.


**III. Dey's Direct Transaction Data**

The first main set of data that I use in my analysis was provided by Dey, and includes direct transaction data for the 26 products listed in the United States' First Amended Complaint. The direct transaction data includes detailed information on sales by Dey to wholesalers, pharmacies, hospitals, and other health care providers. Data was provided for transactions occurring from 1992 through and including the first quarter of 2007.

In this section, I describe Dey's direct transaction data. In preparing this summary, I have drawn on the deposition testimony of Dey employee Gary Walker, along with my analysis of the Dey data and of the summaries of this data provided by the Stoneturn Group.

*A. The Breakdown by Product and Time Period*

Table 1 provides an initial summary of the Dey direct transaction data used in my analyses by listing the number of transactions along with several other pieces of information for each product. The identifier used for each product is the national drug code (NDC), all 26 of which are listed in the United States' First Amended Complaint. As the third column of this table shows, there exists substantial variation across products in the number of transactions, ranging from a high of 218,578 (for 49502069703) to a low of 911 (for 49502033327). The total number of records in the direct data is 1,469,748, with all 26 products represented.[4]

The fourth and fifth columns of Table 1 list the total number of shelf cartons and the total amount billed, respectively, for each product in the Dey direct data. The final row of the table indicates that the total amount billed for Complaint products in the Dey direct transaction data is $2.488 billion.[5] This aggregate dollar amount excludes credits such as wholesaler chargebacks, customer rebates, and returned goods, which are listed (in parentheses to reflect that they are negative values) in the next three columns of the table and represent 19.3 percent, 5.6 percent, and 1.3 percent, respectively, of the total amount billed. Taking all credits into account, total net sales in the Dey direct transaction data for the 26 Complaint products are equal to $1.822 billion.

Table 2 provides comparable information, though in this case, the data are aggregated by year and quarter (1: Jan-Mar, 2: Apr-Jun, 3: Jul-Sep, 4: Oct-Dec) rather than by NDC. As shown in the table, both the total number of records and the total number of shelf cartons increase from 1992 until late 1997, after which point both remain relatively stable. In contrast, the total amount billed declines substantially during the last several years of the time period considered. For example, in 1998, the average amount billed per quarter is equal to $72.00 million versus an

---

[4] This excludes 11,209 records that were provided for Dey products not in the Complaint.
[5] Expenditure amounts listed here and elsewhere in the report are in nominal (i.e. unadjusted) amounts.

average of $16.89 million per quarter in 2006, which represents a decline of 76.5 percent. The decline for net sales is similarly large, falling from a quarterly average of $48.92 million in 1997 to $12.03 million in 2006. Both trends are consistent with the trend in product-specific prices, which, as I demonstrate below, fell consistently and substantially during this period.

The final column of this same table lists the number of NDCs with one or more records in each quarter. This increases throughout the period, reaching a maximum of 21 in the second quarter of 2006. Thus, there are no quarters in which all 26 NDCs are present in the direct data.

*B. The Breakdown by Reason Code*

There are many different types of transactions that are included in the direct data, and these are listed in Exhibit 9 of Gary Walker's May 14, 2008 Deposition testimony. As shown in Table 3, the two most common transaction types are chargebacks and regular shipments, which account for 55.8 percent and 28.7 percent, respectively, of the 1,469,748 records in Dey's direct data. As shown in the table, chargeback records have negative values for billed amount and do not have any shelf cartons, as these represent credits that accrue to a wholesaler following an earlier purchase. Table 3 lists 44 other transaction types, which are sorted in descending order of the absolute value of total net sales, which is listed in the final column.

When calculating product-specific prices from Dey's direct transaction data, I include the vast majority of transactions. I do, however, exclude those transactions that represent a product return given that returns may occur long after the initial purchase and thus the associated prices may not be reflective of current prices. These 163,780 transactions account for less than 1.3 percent of the total amount billed and less than 1.2 percent of the total number of shelf cartons.

An examination of the data reveals that their exclusion from my calculations has very little impact on average prices or other price statistics such as the 95th percentile prices.

*C. The Breakdown by Class of Trade*

One of the variables included in Dey's direct transaction data is the customer class of trade, which represents the type of customer (e.g. wholesaler, retail pharmacy, hospital, etc.). Table 4 summarizes the direct transaction data by the different values of this variable. As shown in the table, wholesalers account for the vast majority (82.9 percent) of all transactions in Dey's direct data and also account for approximately half (49.9 percent) of total net sales. The next four classes of trade in terms of total net sales on Complaint products are homecare pharmacies (25.4 percent of net sales), chain drug (11.9 percent), retail generic distributors (9.0 percent), and retail pharmacies (2.5 percent). These five classes of trade account for 98.8 percent of total net sales in Dey's direct transaction data.[6]

An examination of the direct transaction data reveals that the average price per shelf carton of a product in a specific quarter does vary to some extent across classes of trade.[7]  To shed light on this issue, I calculate the class of trade specific average price for each product in every quarter and divide that by the product's average price for all customers in the same quarter. I then average this ratio for each class of trade (COT) across all NDC-quarter combinations, weighted by the number of transactions for the NDC–quarter-COT combination.[8]

---

[6] As is clear from Table 4, some observations appear to have incorrect values for the class-of-trade variable. More specifically, there are 442 records with a value of "1" in the class of trade variable, 12 with a value of "98", and 2 with a value of "14". However, these three classes of trade account for just .03 percent of all records.

[7] I define price to be equal to total net sales divided by total quantity (excluding returns).

[8] Before calculating these ratios, I drop the 163,780 records that are product returns. After aggregating to the NDC-quarter-COT level, I drop all observations for any NDC-quarter with total net sales or total shelf cartons less than or equal to zero. For those NDC-quarter observations with strictly positive total sales and total quantity, I also drop COT observations with net sales or shelf cartons less than or equal to zero. Excluding returns drops the number of NDC-quarters considered from 662 to 653, while the latter two adjustments reduce the number further to 483.

Given that Dey provided data for 61 quarters (1992Q1 – 2007Q1) and there are 26 NDCs listed in the complaint, the maximum number of ratios for each class of trade is 1,586. When one accounts for the fact that not all products have sales in every quarter (see the final column of Table 2), the actual maximum number of ratios for each class of trade is 662. To the extent that prices for a particular class of trade tend to be lower (higher) than the average price for all customers, one would expect this ratio to fall below (above) one.

The second-to-last column of Table 4 lists the average ratio of the class of trade specific price to the overall average price, with the final column displaying the number of ratios for each class of trade. The average ratio of 0.930 for "Federal (VA and Military)" indicates that direct prices for this class of trade tend to be lower than for customers in other classes of trade. Retail pharmacies tend to pay higher direct prices than other classes of trade, with an average ratio of 1.166. Average prices for the chain drug and homecare pharmacy classes of trade are similar to those for all customers, with average ratios of 0.986 and 0.991, respectively. The same is true for wholesalers and retail generic distributors, with average ratios of 0.984 and 1.042, respectively.

*D. A Comparison of Actual and Published Prices: The Case of Albuterol Sulfate (49502069703)*

Using Dey's direct transaction data, one can calculate the average price or other price statistics such as the median or the 95th percentile for a specific NDC in a given time period. It is possible to include all direct customers when calculating these prices or to consider just a subset of these customers by, for example, only considering certain classes of trade. To calculate the average price for a product in a certain time period, I once again exclude all product returns (which account for approximately 1 percent of sales) and then aggregate net sales and quantity across all transactions. I define the time period to be a quarter (Jan-Mar, Apr-Jun, Jul-Sep, Oct-

Dec) and thus the unit of observation is the NDC-quarter. I then divide these parameters from the "per shelf carton" price distribution by the number of packages per shelf carton to arrive at per-package prices.

The third and fourth columns of Table 5 list the published Average Wholesale Price (AWP) and Wholesaler Acquisition Cost (WAC), respectively, by quarter for the Dey product with an NDC of 49502069703, which ranks first among all Dey Complaint products with respect to total net sales from 1992Q1 to 2007Q1. As I demonstrate below, this Dey product also accounts for more Medicaid spending during the time period of interest than any other product included in the United States' Complaint. In the second quarter of 1992, the average per-package price for this product was $0.61 versus a published AWP of $1.29 and a published WAC of $1.00. Thus the two published prices were 113 percent and 65 percent, respectively, greater than the actual average price at the beginning of the study period.[9]

The ratio of the WAC to Dey's actual average price fluctuated somewhat during the next three years, with an average of 1.70 from 1992Q3 to 1995Q2. This occurred because, although Dey's actual average price was declining, the published WAC also dropped, first from $1.00 to $0.76 in late 1993 and then to $0.58 in early 1995. However, shortly after this, the published WAC increased substantially to $0.99, where it remained for more than two years. Because of this and because of further declines in Dey's actual average prices, the average ratio of the WAC to Dey's average price for this product from 1995Q3 to 1997Q4 was 2.99. Thus published prices were on average approximately three times greater than actual average prices during this period.

This disparity narrowed, however, in early 1998, when the published WAC for this Dey Albuterol Sulfate product declined by more than 60 percent to $0.38. With the exception of one

---

[9] The actual average price for this NDC-quarter is $0.60556 per package, though for simplicity in the text and in the table I round these prices to the nearest cent. Thus for example the first percentage difference diverges slightly from what one would calculate taking the ratio of $1.29 to $0.61 because of rounding.

increase (from $0.34 to $0.38) midway through 1999, the published WAC continued to decline for the next several years, and stood at $0.18 in early 2004, the last period for which we have direct Dey transaction data for this product. During this same period, actual average prices continued to decline, reaching a low of $0.11 per package in the first quarter of 2004. Because of the decreases in the published WAC for this Dey product, the average ratio of the WAC to the actual average price from 1998Q1 to 2004Q1 was 1.54.

The average quarterly price for this product and the published WAC are depicted graphically in Figure 1A.[10] As this figure shows, actual average prices declined steadily and substantially throughout the study period. The figure also includes the published AWP, which was reduced from $1.29 to $1.21 in late 1993. In contrast to the published WAC, this AWP did not decline during the subsequent years, and thus by the beginning of 2004, the ratio of the published AWP to the actual average price was 10.92. This is substantially greater than the ratio of 2.13 at the beginning of the study period, and implies that the published AWP was more than ten times greater than the actual average price at the end of the study period for this Dey product.

The sixth column of this same table lists the 95th percentile price for this same Dey product. As the table shows, these prices are somewhat higher than the average price in each quarter, with the average ratio of Dey's 95th percentile price to its average price for this same product equal to 1.29. Additionally, the trends in the 95th percentile price are quite similar to the trends for Dey's average price, with declines of 83 percent and 82 percent, respectively, from 1992Q2 to 2004Q1. The next two columns of this same table list the number of customers for this Dey product in each quarter and the total number of shelf cartons sold.

---

[10] Figure 1B repeats this exercise for Dey's top-selling Ipratropium Bromide product, which ranks second among Dey's Complaint products in terms of total Medicaid expenditures, third in terms of Dey's direct sales, and second in terms of Dey's indirect sales.

In the next two panels of this same table, I present similar price statistics and information on the number of customers and the number of shelf cartons for wholesaler and for pharmacy (which includes the retail pharmacy, homecare pharmacy, and chain drug classes of trade) customers. These two categories of customers account for 90 percent of shelf cartons sold of this product during the time period considered. An examination of the data in Table 5 reveals that both the level and the trend in Dey's average and 95th percentile prices are similar for these two categories of customers. For example, the average quarterly price for wholesalers is $0.33 per package and is $0.30 for pharmacies. The corresponding average for all customers is $0.31.

## IV. Dey's Indirect Transaction Data

The second main set of data that I use in my analysis was provided by Dey and includes indirect transaction data for products listed in the United States' Complaint during the 1992Q1 to 2007Q1 period. The indirect transaction data includes detailed information on sales through wholesalers to pharmacies, hospitals, and many other types of health care providers.

In this section, I describe Dey's indirect transaction data. In preparing this summary, I have drawn on the deposition testimony of Gary Walker, along with my analysis of the Dey data and of the summaries of this data provided by the Stoneturn Group.

### A. The Breakdown by Product and Time Period

Table 6 provides an initial summary of the Dey indirect transaction data used in my analyses by listing the number of observations along with several other pieces of information for each product. The identifier used for each product is the national drug code (NDC), all 26 of which are listed in the United States' Complaint. As the second column of this table shows, there

exists substantial variation across products in the number of transactions, ranging from a high of 4,425,551 (for 49502069703) to a low of 1,344 (for 49502033327). The total number of observations is 15,179,170, with all 26 products represented.

The fourth column of Table 6 lists the number of shelf cartons purchased by end customers for each product. Column 6 provides the net amount paid by end customers for each product, which is equal to the difference between columns 5 (gross sales at wholesale) and 7 (chargebacks).  The next two columns list the average net price per shelf carton in the indirect data and the average net amount paid by wholesalers in the direct data, respectively, with the final column providing the ratio of the two. As this final column demonstrates, there is a very close correspondence between these two average prices. For example, for 22 of the 26 Complaint products, the two average prices are within five percent of one another. Additionally, the median ratio of the two average prices is 1.018. It therefore appears that the price at which wholesalers purchased Complaint products from Dey was quite similar to the price paid by end customers such as pharmacies and hospitals.

Table 7 lists the number of records, total sales, shelf cartons, and so forth by quarter during the 1992Q1 to 2007Q1 period. As the table demonstrates, net quarterly sales increased fairly steadily from 1992 through 2000 but then declined thereafter, which is consistent with the pattern observed in the direct transaction data in Table 2. The second-to-last column of the table shows that the number of Complaint products represented in the indirect data increases over time. However, the maximum number in any quarter is 18, which implies that there were no quarters in which all 26 products were sold. The ratio of total chargebacks to total sales at WAC, which is listed in the final column of the table, fluctuates somewhat during the 15-year period,

declining from an average of more than 40 percent in 1993 to less than 25 percent in 1998, but then rising to a maximum of more than 50 percent in the middle of 2004.

*B. The Wholesaler Customer Name*

Dey's indirect transaction data provides the name of the selling organization for each transaction, which can be used to determine the class of trade for the selling organization by linking with Dey's direct transaction data. Table 8 lists the wholesalers with transactions in Dey's indirect data, with the table sorted in descending order of sales at contract.[11]

As the table shows, Amerisource, Cardinal, and McKesson are the three organizations with the most sales in Dey's indirect transaction data, with these three accounting for 84.0 percent of net sales for Complaint products during the 1992Q1 – 2007Q1 period. These firms are also the three largest wholesalers in Dey's direct transaction data, where they account for 82.2 percent of net sales to the wholesaler class of trade.

There is a close correspondence between the other top selling organizations in Dey's indirect data and the top selling wholesalers in Dey's direct data, with, for example, Morris & Dickson and Bindley ranked fourth and fifth, respectively, among all wholesalers in both Dey's direct transaction data and Dey's indirect data displayed in Table 8. Firms ranked sixth through ninth in Table 8 also are ranked sixth through ninth among wholesalers in Dey's direct data, with the number 10 firm in Table 8 ranked eleventh among wholesalers in the direct data. It therefore appears that the firms that account for the vast majority of direct transactions among wholesalers in Dey's direct data are represented in Dey's indirect data and the converse is also true.

---

[11] In constructing this table, selling organizations with similar names (e.g. AMERISOURCE-BOSTON and AMERISOURCE-LOS ANGELES) are grouped into one category (e.g. AMERISOURCE).

As mentioned above and shown in Table 6, the average NDC-specific end customer prices in Dey's indirect data are very similar to the average prices for the wholesaler class of trade in Dey's direct data. Similarly, an examination of Tables 4 and 8 reveals that total sales are quite similar as well. More specifically, total net sales in Dey's direct transaction data to the wholesaler class of trade amounts to $910.0 million while total sales to end customers in the indirect data are equal to $862.1 million, which represents a difference of just 5.3 percent. If one were to account for the inventory that these wholesalers held of Dey's Complaint products at the end of the study period (and thus the sales would not yet have appeared in the indirect data), the disparity would be even smaller.

### C. End Customer Class of Trade

Among the variables included in Dey's indirect data is one that can be used to determine the end customer's class of trade. Table 9 lists the number of observations, the number of shelf cartons, total sales, and so forth, with the table sorted in descending order of total net sales. There are 34 unique classes of trade that appear in Dey's indirect data, with the top 8 accounting for more than 88 percent of sales.

In contrast to Dey's direct transaction data, where they accounted for less than one percent of net sales, hospitals are the largest class of trade in terms of total net sales in Dey's indirect data. If one includes all four hospital classes of trade,[12] this provider type accounted for more than 41.5 percent of net sales in Dey's indirect transaction data. The next largest are retail pharmacy (20.0 percent), homecare pharmacy[13] (17.4 percent), long term care (4.8 percent), and chain drug (4.2 percent).

---

[12] These are the Hospital, Hospital (no current sales), Hospital (Inside Sales), and Hospital (Closed) rows in Table 9.
[13] This includes both of the homecare pharmacy classes of trade.

An examination of Dey's indirect transaction data reveals that the average price per shelf carton of a product in a specific quarter does vary to some extent across classes of trade. To shed light on this issue, I calculate the class of trade specific average price for each product in every quarter and divide that by the product's average price to all classes of trade in the same quarter. I then average this ratio for each class of trade across all NDC-quarter combinations, weighting by the number of transactions for the COT-NDC-quarter combination.

Given that Dey provided data for 26 products during a 61-quarter (15.25 year) period, the maximum number of ratios for each class of trade is 1,936. When one accounts for the fact that not all products have sales in every quarter (see the second-to-last column of Table 7), the actual maximum number of ratios for each class of trade is 577. To the extent that prices tend to be lower (higher) than the average for a particular class of trade, one would expect this ratio to be less than (greater than) one.

The second-to-last column of Table 9 lists the average ratio of the class of trade specific price to the overall average price, with the final column listing the number of ratios for each class of trade. The average ratio of 0.979 for the hospital class of trade indicates that prices for this class of trade tend to be lower than for other classes of trade. The same is true for the other three hospital classes of trade (e.g. Hospital (no current sales)), for the Federal/Gov't class of trade, and for several other classes of trade. As this same table shows, average prices to retail pharmacies, homecare pharmacies, and chain drug tend to exceed the average overall price, with average ratios of 1.025, 1.032, and 1.070, respectively.

*D. A Comparison of Actual and Published Prices: The Case of Albuterol Sulfate (49502069703)*

Using Dey's indirect transaction data, one can calculate the average price or other price statistics such as the median or the 95th percentile price for a specific product in a given time period. It is possible to include all end customers in the indirect data when calculating these prices or to consider just a subset of these customers by, for example, restricting to certain classes of trade. To calculate the average price, I divide the net amount paid by end customers by the total number of shelf cartons purchased. I then divide this price per shelf carton by the number of packages per shelf carton to arrive at the average per-package price. I define the time period to be a quarter (Jan-Mar, Apr-Jun, Jul-Sep, Oct-Dec), and thus the unit of observation is the NDC-quarter.

The third and fourth columns of Table 10, as in Table 5, list the published AWP and WAC for this Dey product from 1992Q1 to 2005Q1. As shown in Section 5 below, this Dey product accounts for more Medicaid spending during the time period considered than any other Complaint product. It also accounts for more net sales in Dey's indirect data than does any other Complaint product. The fifth column of this same table lists the actual average end customer price in the indirect data. A comparison of this data with the corresponding data from Table 5 reveals that the average prices in both sets of data for this Dey product are quite similar. For example, while the average direct price declined from $0.61 in 1992Q2 to $0.11 in 2004Q1, the average indirect price declined from $0.63 to $0.12 during the same period. Consistent with this, the average quarterly price in the two data sets is almost identical, with both equal to $0.31.

Not surprisingly, given the similarity between the average direct and the average indirect prices, there is a similar relationship between published prices and actual average prices in the indirect data. More specifically, the ratio of the published AWP to Dey's actual average indirect

price increased from 2.03 in the second quarter of 1992 to 10.04 by the first quarter of 2004. This increase was entirely driven by the reduction in Dey's actual average prices, as there was just one adjustment in this product's AWP (from \$1.29 to \$1.21 in 1993) during the time period under consideration.

The sixth column of this same table lists the 95th percentile price for this same Dey product. As the table shows, these prices are somewhat higher than the average prices in each quarter and have similar trends over time. The average ratio of the quarterly 95th percentile price for this product to the average quarterly price during the 1992Q2 to 2005Q1 period is 1.31, implying that it is on average 31 percent greater than the average price. The next two columns of this same table list the total number of customers and the total number of shelf cartons sold in each quarter in Dey's indirect data for this Albuterol Sulfate product.

In the final four columns of Table 10, I report similar information for transactions involving only the retail pharmacy, homecare pharmacy, and chain drug classes of trade. Both the level and the trend in the average price are similar for these classes of trade as they are for all customers. Because of this, the ratio of the published AWP to Dey's actual average price for these classes of trade in the indirect data increases from 1.73 in the second quarter of 1992 to 9.86 by the first quarter of 2004. These quarterly price data – the AWP published by First DataBank and Dey's average price for these classes of trade – are depicted in Figure 2B.[14]

---

[14] Figure 2B repeats this exercise for Dey's top-selling Ipratropium Bromide product, which ranks second among Dey's Complaint products in terms of total Medicaid expenditures, third in terms of Dey's direct sales, and second in terms of Dey's indirect sales.

Report of Mark G. Duggan, Ph.D., January 23, 2009                                              26

## V. CMS Medicaid State Drug Utilization Data

The third main set of data that I utilize in my analysis consists of Medicaid NDC-based claims data for the 26 Dey products listed in the Complaint for the years 1992 through 2008Q1.[15] These claims provide detailed information about drugs dispensed by pharmacies and reimbursed on an NDC-basis by the Medicaid program. Before proceeding to a description of Medicaid individual-level claims data, in this section, I summarize the aggregate data on NDC-specific Medicaid spending and utilization that is available on the CMS website. This aggregate data provides a useful overview of how Medicaid spending varied across products, time, and states for the 26 NDCs listed in the Complaint during the time period of interest.

Each state administers its own Medicaid program and virtually every state provides periodic updates to CMS regarding the total number of prescriptions filled and the total amount paid for each NDC in every quarter. This information on NDC-state-quarter-specific Medicaid spending and utilization for the 1991 through 2008Q1 time period is publicly available on the CMS website at the page headed State Drug Utilization Data (hereafter SDUD).[16]

The information listed in Table 11 summarizes Medicaid spending and the number of NDC-based prescriptions reimbursed by Medicaid as reported on the CMS website for the 26 products listed in the Complaint from the first quarter of 1992 through and including the first quarter of 2008. As the first five columns of this table show, Medicaid spending for these products varied substantially across states during the 1992Q1 to 2008Q1 period, from a low of $956 thousand in Vermont to a high of $64.058 million in New York. The number of prescriptions reimbursed by Medicaid also varies across states, from a low of 27,019 in Vermont to a high of 1,437,520 in New York. Aggregating across all states, this CMS data indicates that

---

[15] This does not include Medicaid HCPCS (Healthcare Common Procedure Coding System) claims.
[16] See http://www.cms.hhs.gov/MedicaidDrugRebateProgram/SDUD/list.asp.

the total number of prescriptions filled and the amount reimbursed by Medicaid for the Complaint products during the 1992Q1 to 2008Q1 period were 15.923 million and $588.987 million, respectively.[17]

The next four columns of Table 11 provide a breakdown of the number of prescriptions and total Medicaid spending by NDC. As the table shows, Medicaid spending varies substantially across the products listed in the Complaint, from a high of $167.227 million for the Albuterol Sulfate 49502069703 NDC to a low of $14 thousand for the Albuterol MDI 49502033327 NDC. The number of prescriptions also varies substantially, from a high of 5.135 million for NDC 49502069703 to a low of 794 for NDC 49502033327.

The final four columns of Table 11 list the total number of prescriptions and total Medicaid spending in each of the 65 quarters from 1992Q1 to 2008Q1. Quarterly Medicaid spending for the Complaint products increased steadily for the first several years of this time period, reaching a maximum of $18.441 million in the first quarter of 2001. Spending then declined by approximately 50 percent during the next three years and by another 50 percent during the four years after that, so that quarterly Medicaid spending on Dey's Complaint products at the end of the period was more than 80 percent lower than it had been in 2001Q1.

**VI. CMS Medicaid SMRF / MAX Data**

In addition to the aggregate Medicaid data described above, CMS also maintains a large amount of Medicaid claims data, much of which is summarized on the CMS website at the page with the heading Medicaid Analytic eXtract (MAX) General Information. For the 1999 to 2004

---

[17] This information was downloaded from the CMS website on September 29, 2008. I do not include Medicaid spending for the states of Ohio or Texas in this table or in my subsequent analyses, which are ranked third and fifth, respectively in terms of Medicaid spending on Complaint NDCs through 2008Q1. Arizona does not cover drugs through the Medicaid Drug Rebate program and thus they do not have Medicaid utilization data listed on the CMS site during the study period. Thus Arizona is also not listed in Table 11 nor do I consider this state in my analyses.

period, the MAX data summarized at this site consists of five sets of files (person summary, inpatient hospital, long-term care, prescription drugs, and other services) for all fifty states and the District of Columbia. The prescription drug claim files are the ones that I summarize in this section. Similar data for prescription drug claims are also available for 30 states in one or more years from 1991 through 1998, with the data referred to as the State Medicaid Research Files (SMRF) during this earlier period.

Table 12A provides a summary of Medicaid spending and the number of claims for the 26 Complaint NDCs for each state from 1999 through 2004.[18] This table also lists state-level Medicaid spending and the number of prescriptions for Complaint products during the same six-year period as reported in the SDUD data described above. Before comparing these two sets of data, it is worth noting that my summary of the claims data is based on service dates, whereas the SDUD data are based on the date of payment. Thus, one would not expect an exact correspondence between the two sets of data.

As the table shows, for the states with relatively high Medicaid spending, there is a close correspondence between Medicaid spending in the two sets of files. For example, the difference in Medicaid spending is less than 2 percent for all five of the states with the highest Medicaid spending on Dey's Complaint products and is less than 5 percent for all of the top eighteen states. For many of the remaining 30 states with substantial differences between the two data sets, the aggregate SDUD data appears to be incomplete. For example, the states of Mississippi and Iowa, for which MAX spending is 33.76 and 41.54 percent, respectively, greater than SDUD spending, are missing several quarters of SDUD data. Total Medicaid spending on Dey's Complaint products is also quite similar in the two data sets, with the MAX total of $337.040 million just 1.97 percent greater than the SDUD total of $330.514 million.

---

[18] I restrict to 2004 and earlier because 2004 is the most recent year of MAX data available.

Table 12B repeats this comparison for the 1996 to 1998 period. The key difference between this table and the previous one is that SMRF data (the name used from 1991 to 1998, the name MAX has been used since 1999) is only available for 28 states during this three-year period. Additionally, only two years of data are provided for the state of California. But once again, there is a close correspondence between Medicaid spending in the two data sets for states with relatively high Medicaid spending. For example, in Florida according to the SMRF data, there was $11.314 million in Medicaid spending on Complaint products from 1996 to 1998 versus $11.065 million in the SDUD data. The two states with the largest discrepancies in the two data sets are Indiana and Iowa, with this difference likely driven by incomplete SDUD data. If one excludes these two states along with the state of California, Medicaid spending for the remaining 25 states is $64.770 million in the SDUD data and $68.108 million in the SMRF data for a difference of 5.2 percent.[19]

In Table 12C, I report state-level SDUD Medicaid spending and prescriptions versus SMRF Medicaid spending and claims for the 1992 to 1995 period. Because relatively few of the states have SMRF data for all four years, the correspondence between Medicaid spending in the two data sets is not as close for the relatively high selling states as it was in the previous two tables. For example, Medicaid spending in the state of Florida is 20.4 percent lower in the SMRF data than in the SDUD data. This is primarily because there is no SMRF data for Florida in 1992 or 1993. If one instead compares spending in Florida in 1994 and 1995 (excluding 1994Q2 when SDUD data is missing), when I have both SDUD and SMRF data, the difference is just 1.2 percent.

---

[19] When one considers that Medicaid spending is increasing over this period and also that the date of payment is typically later than the date of service, one would expect MAX spending to be somewhat higher. Suppose, for example, that there was exactly a one-month lag in processing all claims. This would imply that the SDUD data would not include spending for claims with service dates of December of 1998 but would instead include the much lower spending from claims with service dates of December of 1995.

To sum up, Medicaid spending in the SDUD and SMRF/MAX data for Dey's 26 Complaint products from 1992 to 2004 yields a similar picture. The most striking differences from 1996 to 2004 are driven by incomplete or missing SDUD data in certain quarters for states such as Indiana, Iowa, and Mississippi. Large differences in total Medicaid spending between the two data sets are more common from 1992 to 1995 (a period that accounts for approximately 10 percent of Medicaid spending on Complaint products), though this is primarily because many states do not have SMRF claims data for all four of these years.

## VII. New York Medicaid

According to the CMS SDUD data, the state of New York was first among all states in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2008Q1. The New York Office of the Attorney General provided the United States with Medicaid claims data. The data included claims with service dates from January of 1993 to July of 2007.

The New York Medicaid NDC-based claims data are summarized in Table 13A. There are 1,553,787 claims[20] for the 26 Complaint NDCs, with Medicaid spending for these claims equal to $67.262 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All 26 Complaint NDCs appear in the New York Medicaid claims data. Consistent with the data for the U.S. as a whole, New York Medicaid spending is greater for the 49502069703 product than for any other one in the Complaint. More specifically, this NDC accounts for 41 percent of New York's Medicaid spending on Complaint products.

---

[20] There were initially 1,659,688 claims, but 105,901 of them were dropped from the sample because they represented reversals and their counterparts or similar adjustments of earlier claims. An example of a reversal might have a payment of $10, but a later reversal with a paid amount of negative $10. In this example, both claims would be dropped. The total amount of net Medicaid spending for these dropped claims was $204,185.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in any quarter of 1992. Additionally, the data for the first three quarters of 1993 and the third quarter of 2007 appear to be incomplete. As the table shows, New York Medicaid spending on Complaint products rises fairly steadily until 2000 and then declines thereafter.

*A. New York Medicaid Reimbursement*

The state of New York employed an adjudication formula that utilized the AWP throughout the time period of interest.[21]  The amount by which this AWP was scaled to calculate the estimated acquisition cost (EAC) in the state's adjudication formula varied over time, with a value of 1.00 from 1992 through 1994, 0.90 from January of 1995 through June of 2003, and 0.88 from July of 2003 through September of 2004. Three further adjustments were made to this scaling factor, to 0.835, 0.800, and 0.750 in October of 2004, mid-July of 2006, and July of 2007.

From 1992 through 1994, the dispensing fee for generic drugs was equal to $2.60, with this increasing to $5.50 in January of 1995 and then declining to $4.50 in August of 1998. It is also worth noting that, beginning in January of 1995, there was a recipient co-pay of $0.50 (which increased to $1.00 in August 2005) for prescriptions and thus the amount paid by New York Medicaid was slightly lower than it otherwise would have been. In my analyses for New York, I account for the time period-specific adjudication algorithm when determining the amount that would have been paid if alternative values had been used for the AWP for Complaint NDCs.

---

[21] In this section and in subsequent sections for other states, I rely on summaries of each state's pharmacy Medicaid reimbursement methodology that were prepared by Myers and Stauffer at my direction.

If an NDC did not have a federal upper payment limit (FUL) in effect, then the sum of the EAC and the dispensing fee was compared with the provider charged amount, with New York Medicaid paying the lesser of the two (minus a co-pay of $0.50 or $1.00 in certain time periods), as specified in the following equation:

$$(1) \; PAID_{jkt} = \min\{(S_t * AWP_{kt} * U_{jkt}) + D_{jkt}, CHARGED_{jkt}\} - C_{jkt}$$

In this equation, $D_{jkt}$ and $C_{jkt}$ are equal to the dispensing fee and the recipient copay, respectively, for claim j for product k in period t, $S_t$ is the AWP scaling factor in effect in period t, $AWP_{kt}$ is the average wholesale price for product k in period t, and $U_{jkt}$ is the number of units for product k on claim j in period t. If instead there was a FUL in effect for product k in period t, then the paid amount was equal to the minimum of the provider charged amount and the amount calculated using the applicable FUL, minus a co-pay of $0.50 or $1.00 in some cases.[22]

*B. The Impact of Alternative AWPs on New York Medicaid Spending: 1993Q4 – 2007Q2*

Of the 1,553,787 claims summarized in Table 13A, there are 3,299 that have a paid amount that is equal to zero and an additional 27,271 claims with a non-zero third party (including private insurance and Medicare) payment amount. I drop these claims from my analysis. I also drop the 17,491 claims with service dates from the first three quarters of 1993 or from the third quarter of 2007, as the data for both time periods is incomplete, though I consider these time periods using SDUD data in the next section. I then drop 29 claims with no monthly state price record from the state of New York, 384 claims with a paid amount that is less than the dispensing fee, and 4,807 claims for which I am unable to replicate the amount paid. This leaves me with a sample of 1,500,506 claims accounting for $65.291 million in Medicaid spending.

---

[22] In the state of New York, in contrast to the treatment of FUL prices, a state maximum allowable cost (SMAC) price would only be used if it resulted in a lower amount paid than would result from using EAC.

I then link each claim to the NDC-quarter-specific prices described in the preceding sections to determine how the use of alternative values for the AWP would have affected New York Medicaid spending. Because Medicaid payments for outpatient drugs are typically made to pharmacies, I focus on the pharmacy classes of trade (retail pharmacy, homecare pharmacy, and chain drug) in the Dey transaction data. I focus on the indirect transaction data, because it includes sales made by wholesalers of Dey Complaint products. As shown in Table 9, sales made through wholesalers for the pharmacy classes of trade tend to exceed those for the average customer in Dey's indirect transaction data, which will tend to reduce the discrepancy between the AWP and the actual prices of Dey products.

One issue that arises in linking the claims to the NDC-quarter price statistics is that there are no transactions for the pharmacy classes of trade in the indirect data for certain NDC-quarter combinations. In these cases, I take the maximum of the most recent previous and the closest subsequent price statistic for that NDC for the pharmacy classes of trade.[23] Claims affected by this adjustment account for just 1.9 percent of spending ($1.270 million) and 3.8 percent of claims (56,966) in the sample when I use price statistics from Dey's pharmacy-specific indirect transaction data.[24] I drop an additional 2,277 claims because even with this adjustment, I do not have a transaction price statistic for the relevant NDC-quarter. This leaves a sample of 1,498,229 claims with $65.236 million in Medicaid spending.

I begin with the average NDC-quarter specific price from the indirect data for the pharmacy classes of trade to determine whether Medicaid spending for each claim would have

---

[23] Thus, for example, if I were missing transaction data for a specific product in the fourth quarter of 1994, I would take the maximum of the corresponding price statistic in the third quarter of 1994 and the first quarter of 1995. If there is no such price statistic in the immediate preceding (following) quarter, then I use the statistic from the closest previous (subsequent) quarter, requiring that this quarter be no more than one year away from the quarter of interest. If there is only one before or after price statistic, because for example a product has no sales in any subsequent quarter, then I use the price statistic from the remaining quarter.
[24] For the vast majority (96.4 percent) of these 56,966 claims, a FUL price was in effect.

been different if this price statistic had been used as the price $AWP_{kt}$ in New York's Medicaid

adjudication calculations. I begin by calculating the EAC that would have been calculated if this

price statistic had been used as the AWP and then add this to the dispensing fee that prevailed at

time t. Additionally, if the amount originally paid was equal to the provider charged amount, I

must determine if the sum of the EAC and the dispensing fee fell below this amount. And finally,

if there was a FUL in effect for the product in that time period, then I assume that the AWP was

not used to calculate the paid amount for that claim.[25]

It is worth noting that I have not evaluated the effect of Dey's AWPs on the calculation

of FUL prices.  To the extent that lower AWPs for Dey products would result in a lower FUL,

this would lower Medicaid spending not only for Dey products but also for other firms' products

within the same drug group. This is conservative in that it will lead to a smaller overall effect of

alternative Dey AWPs on Medicaid spending in the analyses that follow.

Taking this algorithm to the 1,498,229 claims in my New York Medicaid analysis

sample, I find that New York Medicaid spending would have been lower for 779,295 (52.0

percent of the total) of them. The most common reason that a claim in my analysis sample did

not have lower Medicaid spending is that there was a FUL in effect, with this accounting for

717,523 of the 718,934 claims for which Medicaid spending would not have been lower. An

additional 1,411 claims did not have lower spending because the provider's charged amount was

less than the sum of the EAC and dispensing fee after replacing the AWP with the average

pharmacy indirect price.

I define the variable $DIFFERENCE_{sjkt}$ to equal the difference between what New York

Medicaid actually paid and what it would otherwise have paid with this alternative price statistic

---

[25] In the state of New York, the FUL would override the AWP even if the amount paid using the AWP would have
been lower. This was not true in most states, as the FUL would usually be replaced by the scaled AWP or WAC to
calculate the estimated acquisition cost if it would result in a lower amount paid.

s for claim j for product k in time period t. Aggregating this variable across the claims with a strictly positive value of $DIFFERENCE_{sjkt}$, I find that New York Medicaid spending would have been lower by $25.322 million. This represents a reduction of 44.0 percent from the actual amount paid of $45.256 million for those claims with a strictly positive $DIFFERENCE_{sjkt}$ and 38.8 percent of all Medicaid spending for claims in the analysis sample. Multiplying the total DIFFERENCE in each quarter by the federal Medicaid share in effect for the state of New York in each time period, my results indicate that the federal share of this amount is $12.679 million. The total number of payments to pharmacies with one or more claims with a value of $DIFFERENCE_{sjkt}$ greater than zero is 365,809. This information is summarized in Table 13B.

One can repeat this algorithm for alternative price statistics. For example, if instead of using the pharmacy-specific average price, I use the 95th percentile pharmacy-specific price, the number of claims with a strictly positive value of $DIFFERENCE_{sjkt}$ is 778,621, the total value of $DIFFERENCE_{sjkt}$ is $22.101 million, and the number of pharmacy payments with at least one claim with a value of $DIFFERENCE_{sjkt}$ greater than zero is 365,632. The federal share of this DIFFERENCE is $11.067 million.  All of these numbers are somewhat lower than in the previous case, when the average price was used, given that the 95th percentile price typically exceeds the average.

Similarly, if one were to scale Dey's pharmacy-specific average price in the indirect data by 1.25, the number of claims with $DIFFERENCE_{sjkt}$ greater than zero is 778,036 and the total value of $DIFFERENCE_{sjkt}$ is $21.252 million. The federal share of this DIFFERENCE is $10.643 million and the number of pharmacy payments with at least one claim with $DIFFERENCE_{sjkt}$ greater than zero is 365,410.

Instead of restricting attention to just the pharmacy classes of trade, one could consider all classes of trade in the indirect data when calculating average NDC-quarter specific prices. In this instance, I once again scale the average price by 1.25. The resulting number of claims with a strictly positive value of DIFFERENCE is slightly larger in this case (778,264), as is the sum of DIFFERENCE aggregated across all claims with a strictly positive value ($22.271 million and with a federal share of $11.152 million). The number of pharmacy payments with at least one claim with a value of DIFFERENCE greater than zero is also higher in this case (365,466). In other words, all three numbers are larger when I include all classes of trade to calculate Dey's average NDC-quarter-specific prices.

The average prices used above essentially divide total net revenues in Dey's indirect data for an NDC in a quarter by the total quantity sold of that same product in the quarter. Thus each package sold is treated equally and therefore larger customers will tend to "matter more" when calculating the average price. An alternative would be to calculate the average per-customer price, treating every customer with strictly positive sales in the quarter equally. Using this alternative NDC-quarter specific price statistic, and once again scaling it by 1.25, the number of claims with a value of $DIFFERENCE_{sjkt}$ greater than zero declines slightly to 777,863. Similarly, the total value of $DIFFERENCE_{sjkt}$ and the number of pharmacy payments is also somewhat lower, at $20.767 million (with a federal share of $10.400 million) and 365,336, respectively. But even in the case of the total $DIFFERENCE_{sjkt}$, which experiences the largest decline in percentage terms, the disparity is just 2.3 percent.

All of this information is summarized in Table 13B. As this table makes clear, the fraction of claims with a value of $DIFFERENCE_{sjkt}$ greater than zero and the associated number of pharmacy payments is very similar in all five cases. There is some heterogeneity in the

aggregate value of DIFFERENCE$_{sjkt}$, ranging from a high of $25.322 million to a low of $20.767 million.

In the analyses that follow for other states' Medicaid programs and for the federal Medicare program, I use 125 percent of the average pharmacy indirect price in place of Dey's published AWPs when calculating the total value of DIFFERENCE$_{sjkt}$ and the associated number of claims and pharmacy payments with DIFFERENCE$_{sjkt}$ greater than zero.


*C. The 1992Q2 to 1993Q3 and 2007Q3 to 2008Q1 Periods*

As described above, the New York Medicaid claims data are incomplete from 1992Q2 to 1993Q3 and from 2007Q3 to 2008Q1. According to the SDUD data displayed in Table 13C and Table 13D, New York's Medicaid program spent approximately $2.708 million on Complaint products during these two periods. To determine the amount that the state would have paid if, for example, Dey's indirect pharmacy average price had been used as the AWP when adjudicating Medicaid claims, I take the following three-step approach for the first six quarters of the study period. First, I calculate the ratio of the total DIFFERENCE to the total amount that was actually paid for each NDC in the fourth quarter of 1993 and call this value DIFF_FRAC$_{j,934}$ for NDC j in the fourth quarter of 1993. This is the quarter that is closest to the 1.5 year period of interest under consideration.

Rather than simply multiplying this fraction by Medicaid spending for each NDC in the preceding 6 quarters, I account for the possibility that the AWP and/or the average pharmacy price were different. Given for example that average prices are generally falling over time, the DIFF_FRAC$_{j,934}$ would tend to overstate the actual ratio of the total DIFFERENCE to total

spending in previous quarters. I account for this by applying the following two formulas to

SDUD Medicaid spending for each NDC-quarter during the 1992Q2 to 1993Q3 period:

$$(2)\ \text{DIFFERENCE}_{j,t} = \text{PAID}_{j,t} * \text{DIFF\_FRAC}_{j,934} * \text{RATIO}_{j,t}$$

$$(3)\ \text{RATIO}_{j,t} = \min \{\ 1.00,\ (\text{AWP}_{j,t} / \text{AVGPRICE}_{j,t}) / (\text{AWP}_{j,934} / \text{AVGPRICE}_{j,934})\ \}$$

In this equation, $\text{DIFFERENCE}_{j,t}$ represents my estimate of the difference between what

Medicaid spending actually was and what it would have been if 125 percent of the average

indirect pharmacy price had been used as the AWP for NDC j in quarter t. $\text{PAID}_{j,t}$ is equal to the

amount of Medicaid spending for that NDC j in quarter t. $\text{RATIO}_{j,t}$ is a "ratio of ratios" that

accounts for the possibility that spreads may have been lower in the first 1.5 years of the period

than they were in the fourth quarter of 1993. In calculating this, I divide the quarter specific

AWP by the average pharmacy price in each quarter.[26] I then divide this ratio by the

corresponding ratio in 1993 quarter 4.

To the extent that the percentage spread between the AWP and the average pharmacy

price was lower in earlier periods, multiplying by $\text{RATIO}_{j,t}$ will reduce $\text{DIFF\_FRAC}_{j,t}$ below the

1993 quarter 4 value. If the calculated $\text{RATIO}_{j,t}$ exceeds 1, I take the conservative approach of

replacing it with 1 so as to never arrive at a value of $\text{DIFF\_FRAC}_{j,t}$ in an earlier period for an

NDC that is greater than the 1993 quarter 4 value. And for NDC-quarter combinations from

2007Q3 to 2008Q1, I replace the 1993Q4 values with 2007Q2 values in (2) and (3) above.

It is perhaps most instructive to summarize this approach with an example. In the fourth

quarter of 1993, the DIFF_FRAC for the 49502069760 product, which is calculated from the

New York Medicaid claims data, was 0.2972. Additionally the ratio of the AWP to the pharmacy

average price was 1.49. In the second quarter of 1993, the ratio of the AWP to the pharmacy

---

[26] I do not multiply the average by 1.25 in the formula because it would appear in both the numerator and the
denominator and thus cancel out.

average price was lower at 1.43, implying a lower spread in this earlier period. I therefore

multiply the 1993 quarter 4 DIFF_FRAC for this product by the ratio of 0.960 (= 1.43 / 1.49) to

obtain a DIFF_FRAC for 49502069760 in the second quarter of 1993 of 0.2855. I then take this

scaled value of DIFF_FRAC and multiply it by the $5,201 in New York Medicaid spending for

the 49502069760 product in the second quarter of 1993 to obtain a value of DIFFERENCE of

$1,485 for this NDC-quarter.

Repeating this algorithm for all NDC-quarter combinations from 1992Q1 to 1993Q3 and

from 2007Q3 to 2008Q1 with a non-missing RATIO as defined in equation (3) above[27], I

calculate a total value of DIFFERENCE of $809,037, which represents 29.9 percent of New

York Medicaid spending on Complaint products during these ten quarters. The federal share of

this difference is $404,519. I use an analogous algorithm to estimate that there were 36,619 out

of 53,889 prescriptions during this ten-quarter period with a DIFFERENCE in excess of zero.

Taken together, my results for New York for the 1992Q2 to 2008Q1 period indicate a

total value of DIFFERENCE of approximately $22.061 million along with 814,655 claims and at

least 365,410 pharmacy payments with a value of DIFFERENCE greater than zero. The total

value of DIFFERENCE represents 32.0 percent of all New York Medicaid spending considered

during the sixteen-year period and the federal share of this DIFFERENCE is $11.047 million.

## VIII. California Medicaid

According to the CMS SDUD data, the state of California was second among all states in

terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to

2008Q1. The California Department of Health Care Services provided the United States with

---

[27] I drop those NDC-quarter combinations with a missing RATIO.

Medicaid claims data, which included claims with service dates from July of 1993 to August of 2007.

The California Medicaid NDC-based claims data are summarized in Table 14A. There are 1,180,317 claims[28] for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $56.435 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All 26 Complaint NDCs appear in the California Medicaid claims data. In contrast to the data for the U.S. as a whole, California Medicaid spending is greatest for the 49502068503 Ipratropium Bromide NDC (rather than the 49502069703 Albuterol NDC). This NDC accounts for 31.5 percent of California's Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 1993Q2 or earlier. Additionally, the data from 1993Q3 through 1994Q3 and for the third quarter of 2007 appear to be incomplete. California Medicaid spending on Complaint products rises steadily until the first quarter of 2001 and then declines steadily thereafter.

*A. California Medicaid Reimbursement*

The state of California employed an adjudication formula that utilized the AWP throughout the time period of interest.[29]  The amount by which this AWP was scaled in the state's adjudication formula varied over time, with a value of 0.95 from October of 1989 through November of 2002, 0.90 from December of 2002 through August of 2004, and 0.83 from

---

[28] There were initially 1,419,684 claims but 239,367 of them were dropped from the sample because they represented reversals and their pairs or similar adjustments of earlier claims.
[29] For 11 companies, California used the published Direct Price, though Dey was not one of the eleven. The use of Direct Price was discontinued on November 30, 2002.

September of 2004 to the present. Through August of 2004, the dispensing fee for both brand and generic drugs was equal to $4.05,[30] with this increasing to $7.25 or $8.00, depending on the characteristics of the claim, in September of 2004. In my analyses for California, I account for the time period-specific scaling factor and dispensing fee when determining the amount that would have been paid if alternative values had been used for the AWP for Dey's Complaint NDCs.

In the state of California, the sum of the estimated acquisition cost[31] and the dispensing fee was compared with the provider charged amount, with California paying the lesser of the two. For a large fraction of claims, the actual amount paid is $0.50, $0.25, or $0.10 lower, reflecting policy-induced reductions in reimbursement amounts. In some cases, the state would use an alternative price, such as the Federal Upper Limit or State Maximum Allowable Cost, in place of the scaled AWP. However, in contrast to the state of New York, one of these prices would only be used if it resulted in lower Medicaid spending than in the case when the scaled AWP was used. In these cases, the adjudication algorithm described above was the same, except that the scaled AWP would be replaced by a FUL or SMAC.

*B. The Impact of Alternative AWPs on California Medicaid Spending: 1994Q3 – 2007Q3*

Of the 1,180,317 claims summarized in Table 14A, there are 5,401 that have a paid amount that is equal to zero, 6 with a paid amount that is greater than the provider billed amount, 29 from quarters before 1994Q2, and an additional 31,877 claims with a non-zero third party or patient liability (beyond the standard co-pay) payment amount. I drop these claims from my

---

[30] In a small number of cases, this was reduced by 25 or 50 percent to $3.03 or $2.02, respectively.
[31] In some cases, the state would use an alternative price, such as the Federal Upper Limit, when calculating the estimated ingredient cost. However, in contrast to the state of New York, this FUL would only be used if it resulted in lower Medicaid spending than in the case when the AWP was used.

analysis. I then drop 148 claims for which I am unable to replicate the amount paid and 10,614 for which I do not have an average price from Dey's indirect transaction data. These revisions leave me with a sample of 1,132,242 claims[32] with $55.704 million in California Medicaid spending.

I then apply an algorithm analogous to the one described above for the state of New York. The key difference is that I do not in this case set DIFFERENCE equal to zero for a claim if there is an FUL price in effect for its NDC at the time when the service is delivered. This is because, in contrast to New York, the FUL price would not be used if a lower payment would result using an alternative price.

I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter.[33]  Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 1,116,664 claims, which represents 98.6 percent of the 1,132,242 claims in the analysis sample. The total value of DIFFERENCE is equal to $29.278 million ($15.017 million federal), which represents 52.6 percent of Medicaid spending in the analysis sample. My results further indicate that there are 350,492 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 2007Q4 to 2008Q1 Period*

In this final subsection, I investigate the effect on Medicaid spending and the number of claims in the final two quarters of the study period, which is not included in either the California or the SMRF/MAX claims data. According to the SDUD data summarized in Table 14B, California's Medicaid program spent approximately $1.107 million on Complaint products

---

[32] Approximately 13.2 percent of these are paid at the provider's charged amount.
[33] For 3.4 percent of claims, I use the price in a nearby previous or subsequent quarter as described above.

during this six-month period. To estimate the total value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described for New York above. My findings indicate that California Medicaid spending would have been $451,331 lower (federal share $225,666) during the last six months of the study period if 125 percent of the average pharmacy indirect price had been used as the AWP in California's adjudication calculations. My results also reveal that 30,035 of the 41,726 prescriptions for Dey's Complaint products during the last six months of the study period had a DIFFERENCE that exceeded zero.

Taken together, my results for California Medicaid indicate a total value of DIFFERENCE during the study period of approximately $29.729 million along with 1,146,699 claims and at least 350,492 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 51.7 percent of all California Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $15.243 million.

## IX. Florida Medicaid

According to the CMS SDUD data, the state of Florida was third among all states in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2008Q1. ACS Government HealthCare Solutions provided the United States with Medicaid claims data. The data included claims with service dates from July of 1992 to December of 2005.

The Florida Medicaid NDC-based claims data are summarized in Table 15A. There are 1,033,001 claims[34] for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $38.086 million. The first panel of this table lists the number of claims and total

---

[34] There were initially 1,035,440 claims but 2,439 of them were dropped from the sample because they represented reversals and their pairs or similar adjustments of earlier claims.

Medicaid spending by NDC. All but one of the 26 Complaint NDCs appear in the Florida Medicaid claims data. Consistent with the data for the U.S. as a whole, Florida Medicaid spending is greatest for the 49502069703 NDC, which accounted for 23.1 percent of Florida's Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 1992Q2 or earlier. Additionally, the data from 1992Q3 through 1993Q3 appear to be incomplete, and there is no Florida Medicaid claims data beyond 2005Q4. As the table shows, Florida Medicaid spending on Complaint products reaches its peak in the first quarter of 2002 and then declines steadily thereafter.

*A. Florida Medicaid Reimbursement*

For the first 7.5 years of the 1992 to 2007 period, the Florida Medicaid program used the Wholesaler Acquisition Cost (WAC) for each product to determine the amount that would be paid for each Medicaid claim. More specifically, from 1992 through June 30, 1999, Florida used 107 percent of a product's WAC as its estimated per-unit acquisition cost, which was then multiplied by the number of allowed units to determine the total estimated acquisition cost. On July 1, 1999, this methodology was changed to pay the minimum of 88.5 percent of the AWP, 107 percent of the Direct Price, and 107 percent of the WAC, with this algorithm remaining in effect through June 30, 2000. From July of 2000 through April 29, 2002, Florida Medicaid paid 86.75 percent of the AWP. This was then changed on April 30, 2002 to be the lesser of 86.75 percent of the AWP and 107 percent of the WAC. This formula was changed again on July 1,

2004, to be the lower of 84.6 percent of the AWP and 105.75 percent of the WAC, and again on July 1, 2008 when the corresponding scaling factors were 83.6 percent and 104.75 percent, respectively. This estimated ingredient cost was then added to a dispensing fee, which was typically equal to $4.23 throughout the study period.

The sum of the estimated acquisition cost and the dispensing fee is compared with the provider charged amount, with the Florida Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC (state maximum allowable cost) price would be used to calculate the estimated acquisition cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative WACs and AWPs on Florida Medicaid Spending:1993Q4 – 2005Q4*

Of the 1,033,001 claims summarized in Table 15A, there are 2,555 that have a paid amount that is equal to zero, 37 with a non-positive quantity of the product, 7 with a paid amount that is greater than the provider-billed amount, 456 from quarters that have incomplete data (1993Q3 or earlier), and an additional 8,082 claims with a non-zero third party or patient liability (beyond the standard co-pay) payment amount. I drop these claims from my analysis. I then drop 4,174 claims for which I am unable to replicate the amount paid, 257 claims for which I do not have an average price from Dey's transaction data, and 4,290 claims with a non-valid dispensing fee or with a paid amount that is less than the dispensing fee. These revisions result in a sample of 1,013,143 claims,[35] accounting for $37.837 million in Florida Medicaid spending.

I then apply an algorithm analogous to the one described above for the states of New York and California. The key difference from both of the previous states is that Florida uses the WAC rather than the AWP throughout much of the time period. Because of this, one would

---

[35] Approximately 4.8 percent of these are paid at the provider's charged amount.

expect, all else equal, a lower ratio of DIFFERENCE to the total amount paid given that the disparity between the published WAC and the actual transaction prices was lower than was the corresponding disparity between the published AWP and these transaction prices.

I use 125 percent of the average pharmacy indirect price as the alternative AWP for those NDC-quarters when it is in effect and use the average wholesaler direct price as the alternative WAC.[36]  Applying these alternative prices on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 1,007,096 claims, which represents 99.4 percent of all claims in the analysis sample. The total value of DIFFERENCE is equal to $15.450 million ($8.750 million federal), which represents 40.8 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 291,389 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

One possible concern with using the average wholesaler direct price as the alternative WAC is that it will include sales to all classes of trade. To the extent that pharmacy customers tend to pay higher prices, the acquisition cost may on average be greater for these purchases.[37] To consider this possibility, I instead replace the WAC with the average indirect pharmacy price. This will tend to exceed the average wholesaler direct price given that pharmacy customers tend to pay higher prices and because of any markup that wholesalers apply to their actual net prices. Not surprisingly, the total value of DIFFERENCE with this alternative WAC is slightly lower at $14.643 million ($8.292 million federal), which represents 38.7 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 1,006,431 claims and 291,176 pharmacy payments with a value of DIFFERENCE that exceeds zero. Because the

---

[36] For 1.1 percent of claims, I use the price in a nearby previous or subsequent quarter as described above.
[37] Suppose, for example, that pharmacies pay an average of 105 while hospitals pay 95. If there is an equal number of both types of customers, the direct wholesaler average will be 100 (even lower if there is a wholesaler markup) versus an average pharmacy indirect price of 105.

average wholesaler direct price may overstate the actual average acquisition costs for sales to pharmacies, I use this alternative WAC for Florida and for subsequent states as well.

### C. The 1992Q2 to 1993Q3 and 2006Q1 to 2008Q1 Period

As described above, the Florida Medicaid claims data are incomplete before 1993Q4 and after 2005Q4. According to the SDUD data displayed in Table 15B and Table 15C, Florida's Medicaid program spent a total of approximately $2.582 million on Complaint products during these two periods. To estimate the total value of DIFFERENCE from 1992Q2 to 1993Q3 and from 2006Q1 to 2008Q1, I utilize an algorithm that is analogous to the one described for New York and California above, though in this case I use the WAC rather than the AWP in calculating the RATIO summarized in equation (3). My findings indicate that Florida Medicaid spending would have been $498,165 lower (federal share $281,277) during these before and after periods if the average pharmacy indirect price had been used as the WAC in Florida's Medicaid adjudication calculations. My results further indicate that 82,844 of the 98,454 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Florida Medicaid reveal a total DIFFERENCE during the study period of approximately $15.141 million along with 1,089,275 claims and at least 291,976 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 37.3 percent of all Florida Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $8.573 million.

**X. Georgia Medicaid**

According to the CMS SDUD data, the state of Georgia was fourth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2008Q1. The Georgia Department of Audits and Accounts provided the United States with Medicaid claims data. The data included claims with service dates from October of 2000 to December of 2006.

The Georgia Medicaid NDC-based claims data are summarized in Table 16A. There are 453,630 claims[38] for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $13.653 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All 26 of the Complaint NDCs appear in the Georgia Medicaid claims data. Consistent with the data for the U.S. as a whole, Georgia Medicaid spending is greatest for the 49502069703 NDC. This NDC accounts for 24.5 percent of Georgia's Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 2000Q3 or earlier or for 2007Q1 or later. As the table shows, Georgia Medicaid spending on Complaint products declines steadily after the fourth quarter of 2000.

*A. Georgia Medicaid Reimbursement*

The state of Georgia employed an adjudication formula that utilized the AWP throughout the time period of interest. The amount by which this AWP was scaled in the state's adjudication

---

[38] There were initially 630,968 claims, but 177,338 of them were dropped from the sample because they represented rejected claims, reversals and their pairs, or similar adjustments of earlier claims.

formula declined from 0.90 to 0.89 in July of 2004. The estimated acquisition cost was then added to a dispensing fee, which generally increased over time. The dispensing fee for generic products was $4.41 from 1992 through June of 1993. From July 1, 1993 through December 31, 1995, Georgia would pay 10 percent of the estimated acquisition cost as the dispensing fee, up to a maximum $15.00.  The dispensing fee then returned to $4.41 on January 1, 1996,[39] then increased to $4.63 in July of 1998, to $5.13 in April of 2001, and fell to $4.63 in July of 2005.[40]

The sum of the estimated acquisition cost and the dispensing fee is compared with the provider charged amount, with the Georgia Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC (state maximum allowable cost) price would be used to calculate the estimated ingredient cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative AWPs on Georgia Medicaid Spending: 2000Q4 – 2006Q4*

Of the 453,630 claims summarized in Table 16A, there are 1,766 that have a paid amount that is equal to zero, 1 with a non-positive number of units, 49,148 (2528+46620) with a paid amount that is greater than the provider billed amount, and an additional 15,699 claims with a non-zero deductible or third party payment amount. I drop these claims from my analysis. I then drop 53 claims with an amount paid that is less than the dispensing fee and 850 (22+828) claims for which I do not have an average price from Dey's transaction data. These revisions leave me with a sample of 386,113 claims accounting for $12.187 million in Georgia Medicaid spending.

---

[39] Between November 1, 1996 and March 31, 1998, pharmacies serving a nursing home resident would instead receive $18.00 per month as a prescription monitoring fee rather than a per-prescription dispensing fee.
[40] The dispensing fees were lower by $0.30 for not-for-profit pharmacies.  Additionally, between April 1, 2001 and March 14, 2002, a $0.50 generic incentive fee was paid for generic or preferred drugs and between March 15, 2002 and June 30, 2005, the $0.50 incentive only applied to generics. This incentive was discontinued on July 1, 2005.

I then apply an algorithm analogous to the one described above for the preceding states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 384,748 of the 386,113 claims, which represents 99.7 percent of all claims. The total value of DIFFERENCE is equal to $7.090 million ($4.269 million federal), which represents 58.2 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 130,603 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 1993Q1 – 2000Q3 Period*

As described above, the Georgia Medicaid claims data are incomplete prior to 2000Q4 and after 2007Q2. According to the SMRF/MAX data summarized in Table 16B, Georgia's Medicaid program spent approximately $16.151 million on Dey Complaint products during the 1993Q1 to 2000Q3 period. To estimate the value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above using SDUD data for the states of New York, California, and Florida. But in this case, I use the individual-level SMRF/MAX data rather than the aggregate SDUD data. Of the 274,724 claims summarized in Table 16B, I drop 64 with a non-positive Medicaid payment amount, 898 with a paid amount that exceeds the amount charged by the provider, 167 with a strictly positive other third party payment amount, and 415 with an undefined RATIO as described in equation (3). This results in a SMRF/MAX analysis sample of 273,180 claims.

Applying the algorithm described above on a claim-by-claim basis, I determine that 175,901 of the 273,180 claims (64.4 percent) remaining in my sample have a value of

DIFFERENCE that exceeds zero. My results further indicate that there are 82,408 pharmacy payments with at least one claim having a DIFFERENCE greater than zero and that the total value of DIFFERENCE across the 273,180 claims is $5.845 million ($3.556 million federal), which represents 36.3 percent of Georgia Medicaid spending on Dey Complaint products in the analysis sample during this period.

D. The 1992Q2 – 1992Q4 and 2007Q1 – 2007Q4 Periods

As described above, the Georgia Medicaid claims data are incomplete before 2000Q4 and the SMRF/MAX data is not available in 1992. Similarly, the Georgia Medicaid data is incomplete after 2006Q4. According to the SDUD data displayed in Tables 16C and 16D, Georgia's Medicaid program spent a total of approximately $722,930 on Complaint products during these two periods. To estimate the total value of DIFFERENCE from 1992Q2 to 1992Q4 and from 2007Q1 to 2007Q4, I utilize an algorithm that is analogous to the one described above for the three preceding states. My findings indicate that Georgia Medicaid spending would have been $333,852 lower (federal share $207,695) during these before and after periods if 125 percent of the average pharmacy indirect price had been used as the AWP in Georgia's Medicaid adjudication calculations. My results further indicate that 27,469 of the 35,759 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Georgia Medicaid reveal a total DIFFERENCE during the study period of approximately $13.269 million along with 588,118 claims and at least 213,011 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 43.5 percent of all Georgia Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $8.033 million.

## XI. Pennsylvania Medicaid

According to the CMS SDUD data, the state of Pennsylvania was fifth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2008Q1. The Pennsylvania Department of Public Welfare provided the United States with Medicaid claims data. The data included claims with service dates from February of 1997 to March of 2007.

The Pennsylvania Medicaid NDC-based claims data are summarized in Table 17A. There are 615,320 claims[41] for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $18.105 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All 26 of the Complaint NDCs appear in the Pennsylvania Medicaid claims data. In contrast to the data for the U.S. as a whole, Pennsylvania Medicaid spending is greatest for the 49502068503 Ipratropium Bromide NDC (rather than the 49502069703 Albuterol NDC). This NDC accounts for 35.5 percent of Pennsylvania's Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 1996Q4 or earlier or for 2007Q2 or later. Additionally, the data for 1997Q1 through 1998Q2 appears to be incomplete. As the table shows, Pennsylvania Medicaid spending on Complaint products reaches its peak in the fourth quarter of 2001 and then declines steadily thereafter.

---

[41] There were initially 631,725 claims for Complaint products, but 16,405 of them were dropped from the sample because they represented reversals or similar adjustments of earlier claims.

*A. Pennsylvania Medicaid Reimbursement*

The state of Pennsylvania employed an adjudication formula that utilized the AWP from 1992 through August 9, 2005. The amount by which this AWP was scaled in the state's adjudication formula declined from 1.00 to 0.90 on October 1, 1995. Then on August 10, 2005, the state took the lower of 166 percent of the WAC and 75 percent of the AWP. The estimated acquisition cost was then added to a dispensing fee, which increased from $3.50 to $4.00 on October 1, 1995.

The sum of the estimated ingredient cost and the dispensing fee is compared with the provider charged amount, with the Pennsylvania Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC (state maximum allowable cost) price would be used to calculate the estimated ingredient cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative AWPs on Pennsylvania Medicaid Spending: 1998Q3 – 2007Q1*

Of the 615,320 claims summarized in Table 17A, there are 6,767 that have a paid amount that is equal to zero, 4 with a non-positive billed amount, 7,756 with a paid amount that is greater than the provider billed amount, and an additional 40,869 claims with a non-zero third party payment amount. I drop these claims from my analysis. I then drop 4,695 compound drug claims, 681 for which I cannot replicate the amount paid, and 1,029 claims for which I do not have an average price from Dey's transaction data. These revisions leave me with a sample of 548,290 claims accounting for $16.961 million in Pennsylvania Medicaid spending.

I then apply an algorithm analogous to the one described above for the preceding four states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 544,801 of the 548,290 claims, which represents 99.4 percent of all claims. The total value of DIFFERENCE is equal to $11.076 million ($6.033 million federal), which represents 65.3 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 106,817 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 1992Q2 – 1998Q2 Period*

As described above, the Pennsylvania Medicaid claims data are incomplete prior to 1998Q3 and after 2007Q1. According to the SMRF/MAX data summarized in Table 17B, Pennsylvania's Medicaid program spent approximately $8.517 million on Dey Complaint products during the 1992Q2 to 1998Q2 period. To estimate the value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the state of Georgia that used SMRF/MAX individual-level claims data. Of the 180,130 claims summarized in Table 17B, I drop 887 with a paid amount that exceeds the amount charged by the provider, 3,232 with a strictly positive other third party payment amount, and 1,193 with an undefined RATIO as described in equation (3). This results in a SMRF/MAX sample of 174,818 claims.

Applying the algorithm described above on a claim-by-claim basis, I determine that 127,295 of the 174,818 claims (72.8 percent) remaining in my sample have a value of DIFFERENCE that exceeds zero. My results further indicate that there are 40,406 pharmacy payments with at least one claim having a DIFFERENCE greater than zero and that the total

value of DIFFERENCE is $2.972 million ($1.588 million federal), which represents 36.3 percent of Pennsylvania Medicaid spending on Dey Complaint products in the analysis sample during this period.

*D. The 2007Q2 – 2008Q1 Period*

As described above, the Pennsylvania Medicaid claims data are incomplete after 2007Q1. According to the SDUD data displayed in Table 17C, Pennsylvania's Medicaid program spent a total of approximately $297,643 on Complaint products during the 2007Q2 to 2008Q1 period. To estimate the total value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states. My findings indicate that Pennsylvania Medicaid spending would have been $85,570 lower (federal share $46,386) during this period if 125 percent of the average pharmacy indirect price had been used as the AWP in Pennsylvania's Medicaid adjudication calculations. My results further indicate that 23,563 of the 26,929 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Pennsylvania Medicaid reveal a total DIFFERENCE during the study period of approximately $14.133 million along with 695,659 claims and at least 147,118 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 52.8 percent of all Pennsylvania Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $7.667 million.

## XII. Kentucky Medicaid

According to the CMS SDUD data, the state of Kentucky was sixth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products

from 1992Q1 to 2008Q1. The Kentucky Office of the Attorney General provided the United States with Medicaid claims data. The data included claims with service dates from January of 1995 to February of 2005.

The Kentucky Medicaid NDC-based claims data are summarized in Table 18A. There are 450,154 claims for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $21.215 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. Five of the 26 Complaint NDCs do not appear in the Kentucky Medicaid claims data. Consistent with the data for the U.S. as a whole, Kentucky Medicaid spending is greatest for the 49502069703 NDC. This NDC accounts for 25.7 percent of Kentucky's Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 1994Q4 or earlier or for 2005Q2 or later.

A. *Kentucky Medicaid Reimbursement*

The state of Kentucky employed an adjudication formula that utilized the AWP throughout the time period of interest. The amount by which this AWP was scaled in the state's adjudication formula declined from 0.90 to 0.88 on April 1, 2002 and then declined again to 0.86 on February 23, 2005. The estimated acquisition cost was then added to a dispensing fee, which decreased for all products from $4.75 to $4.51 on January 16, 2001 and then increased to $5.00 for generic products on February 23, 2005.

The sum of the estimated acquisition cost and the dispensing fee is compared with the provider charged amount and with the gross amount due, with the Kentucky Medicaid program paying the lowest of the three. In certain cases, a FUL or SMAC price would be used to calculate the estimated acquisition cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative AWPs on Kentucky Medicaid Spending: 1995Q1 – 2005Q1*

Of the 450,154 claims summarized in Table 18A, there are 1,136 with a non-positive number of units, 32 with a paid amount that is greater than the provider billed amount, and an additional 6,331 claims with a non-zero third party payment amount. I drop these claims from my analysis. I then drop 6,233 claims for which I am unable to replicate the amount paid and 622 claims for which I do not have an average price from Dey's transaction data. These revisions leave me with a sample of 435,800 claims accounting for $20.629 million in Kentucky Medicaid spending.

I then apply an algorithm analogous to the one described above for the preceding states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 434,289 of the 435,800 claims, which represents 99.7 percent of all claims. The total value of DIFFERENCE is equal to $11.772 million ($8.303 million federal), which represents 57.1 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 113,300 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 1992Q2 – 1994Q4 Period*

As described above, the Kentucky Medicaid claims data are incomplete prior to 1995Q1 and after 2005Q1. According to the SMRF/MAX data summarized in Table 18B, Kentucky's Medicaid program spent approximately $576,345 on Dey Complaint products during the 1992Q2 to 1994Q4 period. To estimate the value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states that used SMRF/MAX individual-level claims data. Of the 13,757 claims summarized in Table 18B, I drop 2 with a paid amount that exceeds the amount charged by the provider, 163 with a strictly positive other third party payment amount, and 47 with an undefined RATIO as described in equation (3). This results in a SMRF/MAX sample of 13,545 claims.

Applying the algorithm described above on a claim-by-claim basis, I determine that 11,198 of the 13,545 claims (82.7 percent) remaining in my sample have a value of DIFFERENCE that exceeds zero. My results further indicate that there are 192 pharmacy payments with at least one claim having a DIFFERENCE greater than zero and that the total value of DIFFERENCE is $185,170 ($130,908 federal), which represents 32.1 percent of Kentucky Medicaid spending on Dey Complaint products in the sample during this period.

*D. The 2005Q2 – 2008Q1 Period*

As described above, the Kentucky Medicaid claims data are incomplete after 2005Q1. According to the SDUD data displayed in Table 18C, Kentucky's Medicaid program spent a total of approximately $3.107 million on Complaint products during the 2005Q2 to 2008Q1 period. To estimate the total value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states. My findings indicate that

Kentucky Medicaid spending would have been $1.749 million lower (federal share $1.216 million) during this period if 125 percent of the average pharmacy indirect price had been used as the AWP in Kentucky's Medicaid adjudication calculations. My results further indicate that 123,842 of the 136,061 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Kentucky Medicaid reveal a total DIFFERENCE during the study period of approximately $13.707 million along with 569,329 claims and at least 113,492 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 55.1 percent of all Kentucky Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $9.650 million.


### XIII. Louisiana Medicaid

According to the CMS SDUD data, the state of Louisiana was seventh among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2008Q1. The Louisiana Department of Health and Hospitals provided the United States with Medicaid claims data. The data included claims with service dates from November of 1993 to October of 2007.

The Louisiana Medicaid NDC-based claims data are summarized in Table 19A. There are 490,371 claims[42] for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $22.405 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All 26 of the Complaint NDCs appear in the Louisiana Medicaid claims data. Consistent with the data for the U.S. as a whole, Louisiana Medicaid spending is

---

[42] There were initially 577,417 claims, but 87,046 of them were dropped from the sample because they represented reversals or similar adjustments of earlier claims.

greatest for the 49502069703 NDC. This NDC accounts for 25.8 percent of Louisiana's Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 1993Q3 or earlier or for 2008Q1 or later. Additionally, the data for the 1993Q4 through 1994Q4 period and for 2007Q4 appears to be incomplete.

### A. Louisiana Medicaid Reimbursement

The state of Louisiana employed an adjudication formula that utilized the AWP throughout the time period of interest. The amount by which this AWP was scaled in the state's adjudication formula declined from 0.895 to 0.850 on February 1, 2000, and then increased to 0.865 on August 6, 2001.[43]  The estimated acquisition cost was then added to a dispensing fee, which increased from $5.00 to $5.30 on July 1, 1992, then to $5.54 on July 1, 1993, and finally to $5.77 on July 1, 1994, where it remained for the rest of the study period.

The sum of the estimated acquisition cost and the dispensing fee is compared with the provider charged amount, with the Louisiana Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC price would be used to calculate the estimated acquisition cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

### B. The Impact of Alternative AWPs on Louisiana Medicaid Spending: 1995Q1 – 2007Q3

---

[43] The scaling factors are different for chain pharmacies beginning on July 1, 1999, when 0.865 was used. This then fell to 0.835 on February 1, 2000 and increased to 0.850 on August 6, 2001.

Of the 490,371 claims summarized in Table 19A, there are 1,749 with a zero amount paid, 17 with a non-positive number of units, 215 with a paid amount that is greater than the provider billed amount, 3,086 from quarters with incomplete data (1994Q4 or earlier and 2007Q4 or later), and an additional 1,929 claims with a non-zero third party payment amount. I drop these claims from my analysis and also drop 1,254 claims for the first and second quarter of 2002, which appear to be incomplete. I then drop 2,063 claims for which I am unable to replicate the amount paid, 1,479 claims for which I do not have an average price from Dey's transaction data, and 23 claims with an invalid dispensing fee. These revisions leave me with a sample of 478,556 claims accounting for $22.088 million in Louisiana Medicaid spending.

I then apply an algorithm analogous to the one described above for the preceding six states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 474,173 of the 478,556 claims, which represents 99.1 percent of all claims. The total value of DIFFERENCE is equal to $11.626 million ($8.261 million federal), which represents 52.6 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 80,718 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 2002Q1 – 2002Q2 Period*

As described above, the Louisiana Medicaid claims data are incomplete for the first and second quarter of 2002. According to the SMRF/MAX data summarized in Table 19B and Table 19C, Louisiana's Medicaid program spent approximately $1.234 million on Dey Complaint products during this six-month period. To estimate the value of DIFFERENCE during this

period, I utilize an algorithm that is analogous to the one described above for the preceding states

that used SMRF/MAX individual-level claims data. Of the 25,530 claims summarized in Tables

19B and 19C, I drop 39 with a strictly positive other third party payment amount and 41 with an

undefined RATIO as described in equation (3). This results in a Louisiana SMRF/MAX sample

for the 2002Q1 – 2002Q2 period of 25,450 claims.

Applying the algorithm described above on a claim-by-claim basis, I determine that

24,628 of the 25,450 claims (96.8 percent) remaining in my sample have a value of

DIFFERENCE that exceeds zero. My results further indicate that there are 7,302 pharmacy

payments with at least one claim having a DIFFERENCE greater than zero and that the total

value of DIFFERENCE is $821,903 ($577,798 federal), which represents 66.6 percent of

Louisiana Medicaid spending on Dey Complaint products in the sample during this period.


*D. The 1992Q2 – 1994Q4 and 2007Q4 – 2008Q1 Periods*

As described above, the Louisiana Medicaid claims data are incomplete before 1995Q1

and after 2007Q3. According to the SDUD data displayed in Tables 19D and 19E, Louisiana's

Medicaid program spent a total of approximately $1.611 million on Complaint products during

these two periods. To estimate the total value of DIFFERENCE from 1992Q2 to 1994Q4 and

from 2007Q4 to 2008Q1, I utilize an algorithm that is analogous to the one described above for

the preceding states. My findings indicate that Louisiana Medicaid spending would have been

$611,804 lower (federal share $447,176) during these before and after periods if 125 percent of

the average pharmacy indirect price had been used as the AWP in Louisiana's Medicaid

adjudication calculations. My results further indicate that 28,216 of the 34,750 prescriptions

during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Louisiana Medicaid reveal a total DIFFERENCE during the study period of approximately $13.060 million along with 527,017 claims and at least 88,020 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 52.1 percent of all Louisiana Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $9.286 million.

## XIV. Illinois Medicaid

According to the CMS SDUD data, the state of Illinois was eighth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2008Q1. The Illinois Department of Healthcare and Family Services provided the United States with Medicaid claims data. The data included claims with service dates from May of 1992 to December of 2006.

The Illinois Medicaid NDC-based claims data are summarized in Table 20A. There are 865,352 claims[44] for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $24.344 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All 26 of the Complaint NDCs appear in the Illinois Medicaid claims data. In contrast to the data for the U.S. as a whole, Illinois Medicaid spending is greatest for the 49502068503 Ipratropium Bromide NDC (rather than the 49502069703 Albuterol NDC). This NDC accounts for 21.9 percent of Illinois Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there

---

[44] There were initially 904,309 claims for Complaint products, but 38,957 duplicate claims were dropped.

are no claims in 1992Q1 or earlier or for 2007Q1 or later. Additionally, the data for at least part of 2006 appears to be incomplete.

*A. Illinois Medicaid Reimbursement*

The state of Illinois employed an adjudication formula that utilized the AWP for almost the entire time period of interest. The amount by which this AWP was scaled in the state's adjudication formula for generic products declined from 0.90 to 0.88 on July 1, 1995. Then beginning on December 15, 2000, the state used the lower of 88 percent of the AWP and 112 percent of the WAC. The state returned to using just the AWP on July 1, 2001, and used a scaling factor of 0.800 until it declined to 0.750 on July 1, 2002.

This estimated acquisition cost was then added to a dispensing fee, which for generic products ranged from $3.58 to $15.00 from 1992 through June of 1998. More specifically, the dispensing fee was set equal to ten percent of the ingredient cost, though if the calculated amount fell below $3.58 or above $15.00 then the dispensing fee used was set to $3.58 and $15.00, respectively.[45] These lower and upper bounds changed to $3.69 and $15.45, respectively, on July 1, 1998, and then to $3.75 and $15.70, respectively on July 1, 1999. On December 15, 2000, the dispensing fee was set to a flat rate of $4.17 that was not a function of the estimated acquisition cost, with this increasing to $5.10 on July 1, 2001 and then falling to $4.60 on July 1, 2002.

The sum of the estimated acquisition cost and the dispensing fee is compared with the provider charged amount, with the Illinois Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC price would be used to calculate the estimated ingredient cost if

---

[45] From July 1, 1998 through June 30, 1999, the dispensing fee was 10.3 percent of the ingredient cost and from July 1, 1999 through December 14, 2000, the dispensing fee was 10.46 percent of the ingredient cost.

one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative AWPs on Illinois Medicaid Spending: 1992Q2 – 2006Q4*

Of the 865,352 claims summarized in Table 20A, there are 11,307 with a zero amount paid, 356 with a non-positive billed amount, 1,422 with a paid amount that is greater than the provider billed amount, and an additional 37,090 claims with a non-zero third party payment amount. I drop these claims from my analysis sample. I then drop 15,808 claims for which I am unable to replicate the amount paid, 50 claims with no prices and units record, and 100 claims for which I do not have an average price from Dey's transaction data. These revisions leave me with a sample of 799,219 claims accounting for $22.413 million in Illinois Medicaid spending.

I then apply an algorithm analogous to the one described above for the preceding seven states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 794,254 of the 799,219 claims, which represents 99.4 percent of all claims. The total value of DIFFERENCE is equal to $9.753 million ($4.899 million federal), which represents 43.5 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 263,139 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 2007Q1 – 2008Q1 Period*

As described above, the Illinois Medicaid claims data are incomplete after 2006Q4. According to the SDUD data displayed in Table 20B, Illinois's Medicaid program spent a total

of approximately $796,343 on Complaint products during the 2007Q1 to 2008Q1 period. To estimate the total value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states. My findings indicate that Illinois Medicaid spending would have been $155,633 lower (federal share $77,816) during this period if 125 percent of the average pharmacy indirect price had been used as the AWP in Illinois's Medicaid adjudication calculations. My results further indicate that 48,852 of the 61,512 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Illinois Medicaid reveal a total DIFFERENCE during the study period of approximately $9.909 million along with 843,106 claims and at least 263,139 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 39.4 percent of all Illinois Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $4.976 million.

## XV. New Jersey Medicaid

According to the CMS SDUD data, the state of New Jersey was ninth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2008Q1. The New Jersey Department of Human Services provided the United States with Medicaid claims data. The data included claims with service dates from May of 1992 to December of 2006.

The New Jersey Medicaid NDC-based claims data are summarized in Table 21A. There are 474,015 claims for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $20.840 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All but one of the 26 Complaint NDCs appear in the New Jersey

Medicaid claims data. Consistent with the data for the U.S. as a whole, New Jersey Medicaid spending is greatest for the 49502069703 NDC. This NDC accounts for 43.1 percent of New Jersey Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 1992Q1 or earlier or for 2007Q1 or later.

## A. New Jersey Medicaid Reimbursement

The state of New Jersey employed an adjudication formula that utilized the AWP throughout the time period of interest. The amount by which this AWP was scaled varied across time periods and also across claims within a time period.[46] An examination of the claims data reveals that from 1992 to 1995, the two most common scaling factors were 1.00 and 0.94. From 1996 to 2001, the two most common scaling factors were 0.90 and 0.92. In my analyses for New Jersey, I account for the claim-specific scaling factor when determining the amount that would have been paid if 125 percent of Dey's average pharmacy price in the indirect data had been used as the AWP.

Throughout the time period of interest, the baseline dispensing fee was equal to $3.73, though additional increments could be made to this depending on whether there was 24-hour emergency availability at the pharmacy ($0.11 extra), patient consultation ($0.08 extra), and an "impact allowance" ($0.15 extra). An examination of the claims data reveals that the most

---

[46] The scaling factor depended on the pharmacy's prior year prescription volume, with high volume pharmacies having somewhat lower scaling factors. Additionally, from 1992 through February 20, 1995, this scaling factor also depended on the total ingredient cost, with a scaling factor of 1.00 used if the ingredient cost exceeded $24.99.

common dispensing fee paid for Complaint claims during the time period was $0, with the second, third, and fourth most common equal to $4.07, $3.92, and $3.73, respectively.

The sum of the estimated acquisition cost and the dispensing fee is compared with the provider charged amount, with the New Jersey Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC price would be used to calculate the estimated ingredient cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative AWPs on New Jersey Medicaid Spending: 1992Q2 – 2006Q4*

Of the 474,015 claims summarized in Table 21A, there are 674 with a zero amount paid, 20 with a non-positive number of units, 30 with a paid amount that is greater than the provider billed amount, and an additional 8,113 claims with a non-zero third party payment amount. I drop these claims from my analysis sample. I then drop 582 claims with an invalid dispensing fee, 58 claims for which I do not have an average price from Dey's transaction data, and 837 claims for which I am unable to replicate the amount paid. These revisions leave me with a sample of 463,701 claims accounting for $20.567 million in New Jersey Medicaid spending.

I then apply an algorithm analogous to the one described above for the preceding eight states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 463,319 of the 463,701 claims, which represents 99.9 percent of all claims. The total value of DIFFERENCE is equal to $13.471 million ($6.783 million federal), which represents 65.5 percent of Medicaid spending for claims in the analysis

sample. My results further indicate that there are 118,504 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 2007Q1 – 2008Q1 Period*

As described above, the New Jersey Medicaid claims data are incomplete after 2006Q4. According to the SDUD data displayed in Table 21B, New Jersey's Medicaid program spent a total of approximately $1.337 million on Complaint products during the 2007Q1 to 2008Q1 period. To estimate the total value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states. My findings indicate that New Jersey Medicaid spending would have been $1.002 million lower (federal share $500,892) during this period if 125 percent of the average pharmacy indirect price had been used as the AWP in New Jersey's Medicaid adjudication calculations. My results further indicate that 20,232 of the 22,551 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for New Jersey Medicaid reveal a total DIFFERENCE during the study period of approximately $14.473 million along with 483,551 claims and at least 118,504 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 65.3 percent of all New Jersey Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $7.284 million.

## XVI. North Carolina Medicaid

According to the CMS SDUD data, the state of North Carolina was tenth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2008Q1. The ACS Government Healthcare Solutions provided the

United States with Medicaid claims data. The data included claims with service dates from January of 2001 to March of 2007.

The North Carolina Medicaid NDC-based claims data are summarized in Table 22A. There are 309,251 claims for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $7.645 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All 26 of the Complaint NDCs appear in the North Carolina Medicaid claims data. Consistent with the data for the U.S. as a whole, North Carolina Medicaid spending is greatest for the 49502069703 NDC. This NDC accounts for 33.4 percent of North Carolina's Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 2000Q4 or earlier or for 2007Q2 or later. As the table shows, North Carolina Medicaid spending on Complaint products declines steadily after the second quarter of 2001.

*A. North Carolina Medicaid Reimbursement*

The state of North Carolina employed an adjudication formula that utilized the AWP throughout the time period of interest. The amount by which this AWP was scaled in the state's adjudication formula was 0.90 throughout the time period. The estimated acquisition cost was then added to a dispensing fee, which increased from $4.85 to $5.60 on January 1, 1992, where it remained for the rest of the study period.

The sum of the estimated ingredient cost and the dispensing fee is compared with the provider charged amount,[47] with the North Carolina Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC (state maximum allowable cost) price would be used to calculate the estimated ingredient cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative AWPs on North Carolina Medicaid Spending: 2001Q1 – 2007Q1*

Of the 309,251 claims summarized in Table 22A, there are 26 for compound drugs, 6,424 with a zero amount paid, 16 with a non-positive number of units, and an additional 5,711 claims with a non-zero third party or patient liability (beyond the standard co-pay) payment amount. I drop these claims from my analysis sample. I then drop 124 claims for which I am unable to replicate the amount paid, 33 claims with no prices and units record, and 115 claims for which I do not have an average price from Dey's transaction data. These revisions leave me with a sample of 296,802 claims accounting for $7.607 million in North Carolina Medicaid spending.

I then apply an algorithm analogous to the one described above for the preceding nine states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 276,425 of the 296,802 claims, which represents 93.1 percent of all claims. The total value of DIFFERENCE is equal to $3.366 million ($2.109 million federal), which represents 44.2 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 93,163 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

---

[47] Through June 30, 1992, the program also considered the lowest amount charged to other third party payers.

*C. The 1999Q1 – 2000Q4 Period*

As described above, the North Carolina Medicaid claims data are incomplete prior to 2001Q1 and after 2007Q1. According to the SMRF/MAX data summarized in Table 22B, North Carolina's Medicaid program spent approximately $5.920 million on Dey Complaint products during the 1999Q1 to 2000Q4 period. To estimate the value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states that used SMRF/MAX individual-level claims data. Of the 111,524 claims summarized in Table 22B, I drop 9 with a paid amount that exceeds the amount charged by the provider, 298 with a strictly positive other third party payment amount, and 361 with an undefined RATIO as described in equation (3). This results in a SMRF/MAX sample of 110,856 claims.

Applying the algorithm described above on a claim-by-claim basis, I determine that 84,924 of the 110,856 claims (76.6 percent) remaining in my sample have a value of DIFFERENCE that exceeds zero. My results further indicate that there are 30,533 pharmacy payments with at least one claim having a DIFFERENCE greater than zero and that the total value of DIFFERENCE is $2.925 million ($1.833 million federal), which represents 49.4 percent of North Carolina Medicaid spending on Complaint products in the sample during this period.

*D. The 1992Q2 – 1998Q4 and 2007Q2 – 2008Q1 Periods*

As described above, the North Carolina Medicaid claims data are incomplete before 2001Q1 and after 2007Q3 and North Carolina does not have SMRF/MAX data before 1999. According to the SDUD data displayed in Tables 22C and 22D, North Carolina's Medicaid program spent a total of approximately $7.294 million on Complaint products during the 1992Q2 to 1998Q4 and the 2007Q2 to 2008Q1 periods. To estimate the total value of DIFFERENCE

during both the pre-1999 and the post-2007Q1 periods, I utilize an algorithm that is analogous to the one described above for the preceding states. My findings indicate that North Carolina Medicaid spending would have been $2.288 million lower (federal share $1.462 million) during these before and after periods if 125 percent of the average pharmacy indirect price had been used as the AWP in North Carolina's Medicaid adjudication calculations. My results further indicate that 96,351 of the 163,045 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for North Carolina Medicaid reveal a total DIFFERENCE during the study period of approximately $8.579 million along with 457,700 claims and at least 123,696 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 41.1 percent of all North Carolina Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $5.404 million.

## XVII. Virginia Medicaid

According to the CMS SDUD data, the state of Virginia was twelfth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2008Q1. The Virginia Department of Medical Assistance Services provided the United States with Medicaid claims data. The data included claims with service dates from November of 1996 to December of 2006.

The Virginia Medicaid NDC-based claims data are summarized in Table 23A. There are 250,865 claims[48] for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $8.280 million. The first panel of this table lists the number of claims and total Medicaid

---

[48] There were initially 261,517 claims for Complaint products, but 10,652 of them were dropped from the sample because they represented reversals or similar adjustments of earlier claims.

spending by NDC. All 26 of the Complaint NDCs appear in the Virginia Medicaid claims data. In contrast to the data for the U.S. as a whole, Virginia Medicaid spending is greatest for the 49502068503 Ipratropium Bromide NDC (rather than the 49502069703 Albuterol NDC). This NDC accounts for 35.9 percent of Virginia's Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 1996Q3 or earlier or for 2007Q1 or later. Additionally, the data for the 1996Q4 to the 2000Q2 period appears to be incomplete. As the table shows, Virginia Medicaid spending on Complaint products declines steadily after the 2000 to 2001 period.

*A. Virginia Medicaid Reimbursement*

The state of Virginia employed an adjudication formula that utilized the AWP throughout the time period of interest. The amount by which this AWP was scaled in the state's adjudication formula fell from 0.91 to 0.8975 on July 1, 2002, where it remained for the rest of the study period. The estimated acquisition cost was then added to a dispensing fee, which fell from $4.40 to $4.25 on July 1, 1995, then to $3.75 on July 1, 2003, and increased to $4.00 on July 1, 2005.

The sum of the estimated acquisition cost and the dispensing fee is compared with the provider charged amount, with the Virginia Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC price would be used to calculate the estimated ingredient cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative AWPs on Virginia Medicaid Spending: 2000Q3 – 2006Q4*

Of the 250,865 claims summarized in Table 23A, there are 1,810 with a zero amount paid, 2,273 from quarters with incomplete data, and an additional 6,215 claims with a non-zero third party or patient liability (beyond the standard co-pay) payment amount. I drop these claims from my analysis sample. I then drop 47 claims for which I am unable to replicate the amount paid, 8 claims with no prices and units record, and 632 claims for which I do not have an average price from Dey's transaction data. These revisions leave me with a sample of 239,880 claims accounting for $8.084 million in Virginia Medicaid spending.

I then apply an algorithm analogous to the one described above for the preceding states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 237,655 of the 239,880 claims, which represents 99.1 percent of all claims. The total value of DIFFERENCE is equal to $5.167 million ($2.666 million federal), which represents 63.9 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 55,154 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 1999Q1 – 2000Q2 Period*

As described above, the Virginia Medicaid claims data are incomplete prior to 2000Q3 and after 2006Q4. According to the SMRF/MAX data summarized in Table 23B, Virginia's Medicaid program spent approximately $3.000 million on Dey Complaint products during the 1999Q1 to 2000Q2 period. To estimate the value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states. Of the 78,058

claims summarized in Table 23B, I drop 7,371 with a zero paid amount, 57 with a strictly positive other third party payment amount, and 37 with an undefined RATIO as described in equation (3). This results in a SMRF/MAX sample of 70,593 claims.

Applying the algorithm described above on a claim-by-claim basis, I determine that 58,685 of the 70,593 claims (83.1 percent) remaining in my sample have a value of DIFFERENCE that exceeds zero. My results further indicate that there are 18,973 pharmacy payments with at least one claim having a DIFFERENCE greater than zero and that the total value of DIFFERENCE is $1.478 million ($763,032 federal), which represents 49.3 percent of Virginia Medicaid spending on Complaint products in the sample during this period.

### D. The 1992Q2 – 1998Q4 and 2007Q1 – 2008Q1 Periods

As described above, the Virginia Medicaid claims data are incomplete before 2000Q3 and after 2006Q4 and Virginia does not have SMRF/MAX data before 1999. According to the SDUD data displayed in Tables 23C and 23D, Virginia's Medicaid program spent a total of approximately $6.606 million on Complaint products during the 1992Q2 to 1998Q4 and the 2007Q1 to 2008Q1 periods. To estimate the total value of DIFFERENCE during both the pre-1999 and the post-2006 periods, I utilize an algorithm that is analogous to the one described above for the preceding states. My findings indicate that Virginia Medicaid spending would have been $2.128 million lower (federal share $1.087 million) during these before and after periods if 125 percent of the average pharmacy indirect price had been used as the AWP in Virginia's Medicaid adjudication calculations. My results further indicate that 93,292 of the 156,560 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Virginia Medicaid reveal a total DIFFERENCE during the study period of approximately $8.773 million along with 389,632 claims and at least 74,127 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 49.3 percent of all Virginia Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $4.515 million.

## XVIII. Michigan Medicaid

According to the CMS SDUD data, the state of Michigan was thirteenth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2007Q1. The Michigan Department of Community Health provided the United States with Medicaid claims data. The data included claims with service dates from January of 2000 to June of 2007.

The Michigan Medicaid NDC-based claims data are summarized in Table 24A. There are 290,778 claims for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $5.583 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All 26 of the Complaint NDCs appear in the Michigan Medicaid claims data. Consistent with the data for the U.S. as a whole, Michigan Medicaid spending is greatest for the 49502069703 NDC. This NDC accounts for 29.2 percent of Michigan's Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 1999Q4 or earlier or for 2007Q3 or later. Additionally, the data for the first three

quarters of 2000 appears to be incomplete. As the table shows, Michigan Medicaid spending on Complaint products peaks in the first quarter of 2001 and declines steadily after the second quarter of 2002.

*A. Michigan Medicaid Reimbursement*

The state of Michigan employed an adjudication formula that utilized the AWP throughout the time period of interest. The amount by which this AWP was scaled in the state's adjudication formula fell from 0.90 to either 0.849 or 0.865, depending on the type of pharmacy, on September 1, 1995. The standard dispensing fee was equal to $3.72 until October 1, 2000, when it increased to $3.77. It then fell to $2.50 on November 1, 2004.[49]

The sum of the estimated ingredient cost and the dispensing fee is compared with the provider charged amount, with the Michigan Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC (state maximum allowable cost) price would be used to calculate the estimated ingredient cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid. Additionally, through August of 1995, Michigan Medicaid considered the pharmacy's reported actual acquisition cost, and paid this amount (plus the dispensing fee) if it was lower than the calculated or charged amount.

*B. The Impact of Alternative AWPs on Michigan Medicaid Spending: 2000Q4 – 2007Q2*

Of the 290,778 claims summarized in Table 24A, there are 101 for compound drugs, 21,831 with a zero amount paid, 3 with a non-positive quantity, 3 with an amount paid greater than the amount billed, 1,014 from quarters with incomplete data, and an additional 25,618 claims with a non-zero third party payment amount. I drop these claims from my analysis

---

[49] Beginning on November 1, 2004, there was a different dispensing fee of $2.75 for long-term care pharmacies.

sample. I then drop 895 claims for which I am unable to replicate the amount paid, 400 claims with no prices and units record, and 97 claims for which I do not have an average price from Dey's transaction data. These revisions leave me with a sample of 240,816 claims accounting for $5.278 million in Michigan Medicaid spending.

I then apply an algorithm analogous to the one described above for Virginia and other states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 239,731 of the 240,816 claims, which represents 99.6 percent of all claims. The total value of DIFFERENCE is equal to $2.699 million ($1.528 million federal), which represents 51.1 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 73,935 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 1994Q1 – 2000Q3 Period*

As described above, the Michigan Medicaid claims data are incomplete prior to 2000Q4 and after 2007Q2. According to the SMRF/MAX data summarized in Table 24B, Michigan's Medicaid program spent approximately $10.250 million on Dey Complaint products during the 1994Q1 to 2000Q3 period. To estimate the value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states that used SMRF/MAX individual-level claims data. Of the 247,703 claims summarized in Table 24B, I drop 1,009 with an undefined RATIO as described in equation (3). This results in a SMRF/MAX sample of 246,694 claims.

Applying the algorithm described above on a claim-by-claim basis, I determine that 147,873 of the 246,694 claims (59.9 percent) remaining in my sample have a value of DIFFERENCE that exceeds zero. My results further indicate that there are 54,016 pharmacy payments with at least one claim having a DIFFERENCE greater than zero and that the total value of DIFFERENCE is $2.998 million ($1.647 million federal), which represents 29.3 percent of Michigan Medicaid spending on Complaint products in the sample during this period.

*D. The 1992Q2 – 1993Q4 and 2007Q3 – 2008Q1 Periods*

As described above, the Michigan Medicaid claims data are incomplete before 2000Q4 and after 2007Q2 and Michigan does not have SMRF/MAX data before 1994. According to the SDUD data displayed in Tables 24C and 24D, Michigan's Medicaid program spent a total of approximately $684,852 on Complaint products during the 1992Q2 to 1993Q4 and the 2007Q3 to 2008Q1 periods. To estimate the total value of DIFFERENCE during both the pre-1994 and the post-2007Q2 periods, I utilize an algorithm that is analogous to the one described above for the preceding states. My findings indicate that Michigan Medicaid spending would have been $114,263 lower (federal share $64,718) during these before and after periods if 125 percent of the average pharmacy indirect price had been used as the AWP in Michigan's Medicaid adjudication calculations. My results further indicate that 17,480 of the 26,911 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Michigan Medicaid reveal a total DIFFERENCE during the study period of approximately $5.811 million along with 405,084 claims and at least 127,951 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of

DIFFERENCE represents 35.2 percent of Michigan Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $3.240 million.

## XIX. Massachusetts Medicaid

According to the CMS SDUD data, the state of Massachusetts was fourteenth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2007Q1. The Massachusetts Office of Health and Human Services provided the United States with Medicaid claims data. The data included claims with service dates from July of 1995 to December of 2007.

The Massachusetts Medicaid NDC-based claims data are summarized in Table 25A. There are 543,794 claims for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $12.523 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. All 26 of the Complaint NDCs appear in the Massachusetts Medicaid claims data. Consistent with the data for the U.S. as a whole, Michigan Medicaid spending is greatest for the 49502069703 NDC. This NDC accounts for 29.8 percent of Michigan Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there are no claims in 1995Q2 or earlier or for 2008Q1 or later. Additionally, the data for the 1995Q3 to 1996Q2 period appears to be incomplete.

*A. Massachusetts Medicaid Reimbursement*

The state of Massachusetts employed an adjudication formula that used a scaled WAC[50] throughout the time period of interest. The amount by which the WAC was scaled varied over time, falling from 1.10 to 1.06 on August 3, 2002, and then to 1.05 on April 1, 2003. The standard dispensing fee fell from $4.06 to $3.00 on February 1, 1995, then increased to $3.50 on November 1, 2002, and finally fell to $3.00 on December 1, 2003.

The sum of the estimated acquisition cost and the dispensing fee is compared with the provider charged amount, with the Massachusetts Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC price would be used to calculate the estimated ingredient cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative AWPs and WACs on Massachusetts Medicaid Spending: 1996Q3 – 2007Q4*

Of the 543,794 claims summarized in Table 25A, there are 20,169 with a zero amount paid, 98 with a non-positive quantity, 301 with an amount paid greater than the amount billed, 4,329 from quarters with incomplete data, and an additional 20,955 claims with a non-zero third party payment amount. I drop these claims from my analysis sample. I then drop 312 claims for which I am unable to replicate the amount paid, 1,200 claims with no prices and units record, and 206 claims for which I do not have an average price from Dey's transaction data. These revisions leave me with a sample of 496,224 claims accounting for $12.147 million in Massachusetts Medicaid spending.

---

[50] If no WAC was available, a scaled AWP was used, with a scaling factor that fell from 0.90 to 0.88 on December 17, 2001, then to 0.848 on August 3, 2002, and finally to 0.840 on April 1, 2003.

I then apply an algorithm analogous to the one described above for the preceding states. I use the average pharmacy indirect price as the alternative WAC for each NDC-quarter. Applying this alternative WAC on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 484,032 of the 496,224 claims, which represents 97.5 percent of all claims. The total value of DIFFERENCE is equal to $3.729 million ($1.868 million federal), which represents 30.7 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 142,081 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.[51]

*C. The 1992Q2 – 1996Q2 and 2008Q1 Periods*

As described above, the Massachusetts Medicaid claims data are incomplete before 1996Q3 and after 2007Q4. According to the SDUD data displayed in Tables 25B and 25C, the Massachusetts Medicaid program spent a total of approximately $2.480 million on Complaint products before 1996Q3 and in 2008Q1. To estimate the total value of DIFFERENCE during these two periods, I utilize an algorithm that is analogous to the one described above for the preceding states. My findings indicate that Massachusetts Medicaid spending would have been $731,018 lower (federal share $365,509) during this period if the average wholesaler direct price had been used as the WAC in Massachusetts's Medicaid adjudication calculations. My results further indicate that 50,648 of the 61,069 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Massachusetts Medicaid reveal a total DIFFERENCE during the study period of approximately $4.460 million along with 534,680 claims and at least

---

[51] As was true in Florida above, the total DIFFERENCE and the number of claims and pharmacy payments with DIFFERENCE greater than zero are considerably larger if I instead use the average wholesaler direct price for the WAC. For example, in that case, the total value of DIFFERENCE is $3.976 million.

131,064 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 30.0 percent of all Massachusetts Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $2.234 million.

## XX. Missouri Medicaid

According to the CMS SDUD data, the state of Missouri was fifteenth among the 48 states considered in terms of total Medicaid spending on NDC-based claims for Complaint products from 1992Q1 to 2007Q1. The Missouri Attorney General's Office provided the United States with Medicaid claims data. The data included claims with service dates from April of 1993 to April of 2005.

The Missouri Medicaid NDC-based claims data are summarized in Table 26A. There are 378,264 claims[52] for one of the 26 Complaint NDCs, with Medicaid spending for these claims equal to $12.844 million. The first panel of this table lists the number of claims and total Medicaid spending by NDC. Just 18 of the 26 Complaint NDCs appear in the Missouri Medicaid claims data. In contrast to the data for the U.S. as a whole, Missouri Medicaid spending is greatest for the 49502068503 Ipratropium Bromide NDC (rather than the 49502069703 Albuterol NDC). This NDC accounts for 30.7 percent of Missouri Medicaid spending on Complaint products.

The second panel of this same table lists the number of claims and total Medicaid spending by year and quarter. When assigning claims to time periods, I use the service date instead of, for example, the prescription date or the adjudication date. As the table shows, there

---

[52] There were initially 418,180 claims but 39,916 of them were dropped from the sample because they represented reversals or similar adjustments of earlier claims.

are no claims in 1993Q1 or earlier or for 2005Q3 or later. Additionally, the data for the 1993Q2 to 1993Q4 period and for the second quarter of 2005 appears to be incomplete.

*A. Missouri Medicaid Reimbursement*

The Missouri Medicaid program used the lower of 89.57 percent of the AWP and the Direct Price from 1992 until November 30, 2000. On December 1, 2000, the state added a third scaled price, 110 percent of the WAC, and took the lower of these three scaled prices. The dispensing fee was equal to $4.09 from 1992 through June of 2003. It increased to $8.04 on July 1, 2003 and then increased again to $9.66 on July 1, 2007.[53]

The sum of the estimated ingredient cost and the dispensing fee is compared with the provider charged amount, with the Missouri Medicaid program paying the lesser of the two. In certain cases, a FUL or SMAC (state maximum allowable cost) price would be used to calculate the estimated ingredient cost if one was in effect for a certain NDC in the relevant time period and if it would result in a lower amount paid.

*B. The Impact of Alternative AWPs on Missouri Medicaid Spending: 1994Q1 – 2005Q1*

Of the 378,264 claims summarized in Table 26A, there are 601 with a zero amount paid, 3,247 with an amount paid greater than the amount billed, 939 from quarters with incomplete data, and an additional 2,520 claims with a non-zero third party payment amount. I drop these claims from my analysis sample. I then drop 30,999 claims for which I am unable to replicate the amount paid and 477 claims for which I do not have an average price from Dey's transaction

---

[53] The dispensing fee was $0.15 greater for long-term care pharmacies that were in state and beginning on July 1, 2003 was lower for out-of-state providers.

data. These revisions leave me with a sample of 339,481 claims accounting for $12.048 million in Missouri Medicaid spending.

I then apply an algorithm analogous to the one described above for the preceding states. I use 125 percent of the average pharmacy indirect price as the alternative AWP for each NDC-quarter. Applying this alternative AWP on a claim-by-claim basis, I find that the value of DIFFERENCE is strictly greater than 0 for 338,039 of the 339,481 claims, which represents 99.6 percent of all claims. The total value of DIFFERENCE is equal to $5.709 million ($3.464 million federal), which represents 47.4 percent of Medicaid spending for claims in the analysis sample. My results further indicate that there are 50,450 pharmacy payments that had at least one claim with a value of DIFFERENCE that exceeded zero.

*C. The 1992Q2 – 1993Q4 Period*

As described above, the Missouri Medicaid claims data are incomplete prior to 1994Q1 and after 2005Q1. According to the SMRF/MAX data summarized in Table 26B, Missouri's Medicaid program spent approximately $154,853 on Dey Complaint products during the 1992Q2 to 1993Q4 period. To estimate the value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states that used SMRF/MAX individual-level claims data. The SMRF/MAX sample for Missouri from 1992Q2 to 1993Q4 has 3,056 claims.

Applying the algorithm described above on a claim-by-claim basis, I determine that 2,846 of the 3,056 claims (93.1 percent) remaining in my sample have a value of DIFFERENCE that exceeds zero. My results further indicate that there are 50 pharmacy payments with at least one claim having a DIFFERENCE greater than zero and that the total value of DIFFERENCE is

$52,028 ($31,440 federal), which represents 33.6 percent of Missouri Medicaid spending on Complaint products in the sample during this period.

### D. The 2005Q2 – 2005Q3 Period

As described above, the Missouri Medicaid claims data are incomplete prior to 1994Q1 and after 2005Q1 and the SMRF/MAX data is not available after 2004. However, there are CMS MSIS claims from Missouri for 2005Q2 and for 2005Q3, and thus we use them in lieu of the SMRF/MAX data during this six-month period. According to the MSIS data summarized in Table 26C, Missouri's Medicaid program spent approximately $270,626 on Dey Complaint products during the 2005Q2 to 2005Q3 period. To estimate the value of DIFFERENCE during this period, I utilize an algorithm that is analogous to the one described above for the preceding states that used SMRF/MAX individual-level claims data. From the sample of 20,237 claims summarized in Table 26C, I drop 2,822 with a non-positive paid amount, 495 with a billed amount less than the paid amount, 213 with a positive other third party payment amount, and 493 that are missing price data and thus have an undefined RATIO as defined above. This leaves me with a sample of 16,214 claims.

Applying the algorithm described above on a claim-by-claim basis, I determine that 16,187 of these 16,214 claims (99.8 percent) remaining in my sample have a value of DIFFERENCE that exceeds zero. My results further indicate that there are 2,923 pharmacy payments with at least one claim with a value of DIFFERENCE that exceeds zero and that the total value of DIFFERENCE is $53,023 ($32,424 federal), which represents 19.6 percent of Missouri Medicaid spending on Complaint products in the sample during this period.

*E. The 2005Q4 – 2008Q1 Period*

In this final subsection, I utilize SDUD data to estimate the total value of DIFFERENCE in the state of Missouri for Dey Complaint products from 2005Q4 to 2008Q1. According to the SDUD data displayed in Table 26D, the Missouri Medicaid program spent a total of approximately $997,705 on Complaint products during this period. To estimate the total value of DIFFERENCE from 2005Q4 to 2008Q1, I utilize an algorithm that is analogous to the one described above for the preceding states. My findings indicate that Missouri Medicaid spending would have been $182,021 lower (federal share $112,586) during this period if 125 percent of the average pharmacy indirect price had been used as the AWP in Missouri's Medicaid adjudication calculations. My results further indicate that 44,857 of the 54,178 prescriptions during this period had a DIFFERENCE that exceeded zero.

Taken together, my results for Missouri Medicaid reveal a total DIFFERENCE during the study period of approximately $5.996 million along with 401,929 claims and at least 53,423 pharmacy payments that had a DIFFERENCE that exceeded zero. The total value of DIFFERENCE represents 42.1 percent of all Missouri Medicaid spending considered during the sixteen-year period and the federal share of this DIFFERENCE is $3.640 million.

## XXI. Medicaid Summary for the First Fourteen States

The results for the fourteen states considered so far, which account for approximately two-thirds of total Medicaid spending on Dey's Complaint products during 1992 to 2008Q1 period, are summarized in Table 27. For each state, the table provides information on results from state-specific claims data, SMRF / MAX claims data, and/or CMS SDUD data. The table also lists the time period that is relevant for each data source. For example, for the state of

Florida, I utilized state claims data from 1993Q4 to 2005Q4 and SDUD data for both the 1992Q2 to 1993Q3 and the 2006Q1 to 2008Q1 periods.

The next two columns of the table list the number of NDC-based Medicaid claims with a value of DIFFERENCE greater than zero and the total number of claims considered. This latter number excludes claims from quarters not under consideration but includes all other claims. As the table shows, the Medicaid program would have paid less for 8.946 million out of 10.780 million claims (83.0 percent) if 125 percent of Dey's actual average pharmacy indirect price had been used as the AWP for Complaint products and if Dey's actual average pharmacy indirect price had been used as the WAC during the time period of interest. The next two columns list the corresponding information for the total value of DIFFERENCE and the total amount of Medicaid spending. My results indicate that Medicaid spending would have been lower by $179.101 million out of $405.899 million paid. The total value of DIFFERENCE is 44.1 percent of total Medicaid spending.

In the next column, I report the federal share of this DIFFERENCE. In calculating this, I use the federal matching rate in effect for each state in each year. As shown in the table, the federal share of DIFFERENCE for these fourteen states is $100.793 million. The final column lists the number of pharmacy payments with at least one claim with a value of DIFFERENCE greater than zero. My results indicate that there were at least 2,471,640 unique pharmacy payments with at least one Medicaid claim with a value of DIFFERENCE greater than zero in these fourteen states during the time period of interest.

**XXII. Medicaid for the Remaining 33 States and the District of Columbia**

For analyses for the remaining 34 (33 + D.C.) states, I utilize the SMRF / MAX and MSIS individual-level claims data as well as the SDUD data described above. When it is available, I use the SMRF / MAX or MSIS claims data, which allows me to construct analysis samples analogous to those described above with the state-level claims data. When this data is not available for a state in a particular year, I instead use the SDUD data.

Tables 28A, 28B, and 28C summarize Medicaid spending on Dey's 26 Complaint products by state and year for these 34 states in the SMRF / MAX, SDUD, and MSIS data, respectively. States are sorted in descending order of Medicaid spending on Complaint products during the time period of interest. I follow the approach above and use SMRF/MAX or MSIS claims data when it is available[54] and otherwise use SDUD data. Total NDC-based Medicaid spending in the SMRF / MAX, MSIS, and SDUD data for these 34 states (including the District of Columbia but excluding Arizona, Ohio, and Texas) during the 1992 to 2007Q4 period[55] is $208.502 million while the total number of claims is 6.357 million.

I begin my analysis of each state's SMRF / MAX and MSIS claims data by applying inclusion criteria analogous to those described above for the fourteen preceding states. For example, I drop claims with a paid amount of zero or with a strictly positive third party payment amount. I then aggregate the number of claims and total Medicaid spending for each state by NDC-quarter.

I then merge this claims data for each of the remaining 34 states to a data set in which the unit of observation is the NDC-quarter, and that is constructed using the fourteen states' Medicaid claims data described above. For each NDC-quarter, I first calculate the average

---

[54] I use the MSIS data instead of MAX in 2004 because it has more comprehensive coverage.
[55] I do not consider 2008Q1 for these 34 states because I do not have state claims in this same quarter for any of the preceding fourteen states and thus DIFF-FRAC14 and POS-DIFF14, which are defined below, are missing.

fraction of claims with DIFFERENCE greater than zero across all fourteen states (fewer, if not all fourteen have data). I also calculate the average value of the ratio of DIFFERENCE to the amount of spending on these claims. In calculating these averages, I weight each of the fourteen states that have data for that NDC-quarter equally, while states with no claims data for that NDC-quarter have a weight of zero. I subsequently refer to these averages for NDC j in quarter t as POS-DIFF14$_{jt}$ and DIFF-FRAC14$_{jt}$, respectively.

My comparison of the Medicaid adjudication algorithms used by the 14 states described above with the 34 remaining states suggests that the two groups are quite similar. The vast majority of states in both groups rely primarily on the AWP during the time period of interest, though some also use the WAC.  As discussed above, states that use the WAC tend to have a lower value of difference given the smaller discrepancy between Dey's WAC prices and its actual transaction prices than between Dey's AWPs and its actual prices. Two of the fourteen states (Florida and Massachusetts) analyzed above were primarily WAC states during the time period of interest versus four (Alabama, Maryland, North Dakota, and Rhode Island) of the thirty-four remaining states. Thus there is a similar fraction with a WAC between the two groups of states. Additionally, New York was one of just two states (Alaska the other) in which the FUL would typically override a product's NDC whether a lower payment would result or not. For this reason, New York's value of DIFFERENCE is lower than it otherwise would be, and this will serve to reduce the DIFFERENCE that I calculate for the remaining 34 states given the algorithm described above.

To estimate the number of claims with a value of DIFFERENCE greater than zero in a state-NDC-quarter, I multiply the number of claims in that cell by POS-DIFF14$_{jt}$. I employ a similar algorithm for the total value of DIFFERENCE for each state-NDC-quarter, multiplying

Medicaid spending in that cell by DIFF-FRAC14$_{jt}$. To estimate the number of provider payments with at least one claim with a value of DIFFERENCE greater than zero, I merge the individual claims data from each state's analysis sample with the NDC-quarter data on POS-DIFF14$_{jt}$. I then use an algorithm similar to the one used for other states' SMRF / MAX data above, assigning each claim a probability POS-DIFF14$_{jt}$ of having a value of DIFFERENCE greater than zero and then calculating the implied number of provider payments with at least one claim with a DIFFERENCE greater than zero.

I follow a similar algorithm for the SDUD data. Specifically, I multiply the number of claims in each state-NDC-quarter cell by POS-DIFF14$_{jt}$ to estimate the number of claims with DIFFERENCE greater than zero. Similarly, I multiply Medicaid spending in the state-NDC-quarter cell by DIFF-FRAC14$_{jt}$.

The results from these analyses for the remaining 33 states and the District of Columbia are summarized in Tables 29A and 29B. For virtually every state, I list three sets of information – one that uses SMRF / MAX claims data, another that uses MSIS claims data, and a final one using the SDUD data. The format of the tables is the same as in Table 27 above. Consistent with the approach for the fourteen states described above, I do not estimate provider payments when using SDUD data.

Aggregating across these 34 states and employing the algorithms described above, I find that 5.305 million out of 6.357 million claims (83.5 percent) have a value of DIFFERENCE that is greater than zero. The fraction with a value of DIFFERENCE greater than zero is very similar to the corresponding fraction of 83.0 percent for the 14 states considered above.

My results further indicate that the total value of DIFFERENCE for Complaint products during the 1992 to 2008Q1 period in these 34 states is $93.851 million, which represents 45.0

percent of the $208.502 million in Medicaid spending for these same states. This ratio is very similar to the corresponding one of 44.1 percent for the 14 preceding states. The federal share of this DIFFERENCE is $59.412 million and the number of pharmacy payments with one or more claims with a value of DIFFERENCE greater than zero is 1.312 million.

The final row of Table 27 summarizes the results of my NDC-based Medicaid analyses for the 48 states (including D.C.) considered. My results indicate that 14.252 million claims (83.2 percent of the total) have a value of DIFFERENCE greater than zero. I also find a total value of DIFFERENCE of $272.952 million (44.4 percent of total Medicaid spending), with the federal share of this equal to $160.205 million. The total number of unique pharmacy payments with at least one claim with a value of DIFFERENCE greater than zero is at least 3.784 million. This final number is substantially understated because it does not consider pharmacy payments for those state-NDC-quarter cells in which I use aggregate SDUD data.

## XXIII. An Overview of Medicare DME Claims Data

The fourth[56] main set of data that I utilize in my analysis consists of Medicare claims data for the HCPCS (Healthcare Common Procedure Coding System) codes listed in the United States' Complaint. In this section and the next four sections, I focus on a subset of these claims known as Medicare Durable Medical Equipment (DME) claims.

Whereas the Medicaid program reimburses drugs on an NDC basis, Medicare typically uses the HCPCS system. Each HCPCS code usually refers to several different NDCs. Additionally, the payment amounts for each HCPCS code are determined by each durable medical equipment regional carrier (DMERC), with the typical DMERC using the median AWP of the NDCs included in the DMERC's array as the per-unit allowed amount (lowered to 95

---

[56] Seventh, if one counts the SDUD, SMRF/MAX, MSIS, and state-specific Medicaid datasets separately.

percent of the median on January 1, 1998). Beginning in December of 1998, DMERCs would instead pay the lowest price for a brand name version of a drug if one was available, and if it was lower than the allowed amount resulting from the median of the generic products. The NDCs that are included in an array for a specific HCPCS code vary within the same DMERC over time and occasionally vary across DMERCs at a point in time.

Another key difference between the Medicaid NDC-based claims and the Medicare HCPCS code claims is that Medicare recipients are typically responsible for 20 percent of the total amount paid to the provider. Thus if the Medicare program pays $40 for a particular claim, typically the Medicare recipient or her other insurer will pay the provider an additional $10. Thus, to the extent that alternative AWPs for Dey products would reduce Medicare spending, it would also reduce spending by Medicare recipients and their insurers.

The goal of my analysis in the next four sections is to determine the amount by which spending by the Medicare program on DME claims would have changed if alternative AWPs had been used for Dey products. The mechanism for such a price effect is straightforward. If, for example, Dey had one product in a particular DMERC's array for one of the HCPCS codes listed in the Complaint, then the median price from that array could change with an alternative price.

Suppose, for example, that there are three prices of 8, 10, and 12 in an array for three different generic products. If the price of 10 were to decline, then the median would be certain to fall. If the price of 12 were to decline by more than 2, then the median would also fall. If, however, the price of 8 were to fall, then there would be no decline in the median. Thus to the extent that Dey prices included in DMERCs' arrays tend to equal or exceed the median, it is more likely that the amount paid by Medicare would be affected by the use of alternative AWPs.

CMS maintains several different types of Medicare claims data, and the DME claims for Complaint HCPCS codes are the ones that I summarize in this section. This data was provided by CMS to the United States. Table 30 provides a summary of Medicare spending in the U.S. on DME claims for Complaint HCPCS codes through 2003Q4. As discussed in the Complaint, the J7645, K0518, and J7644 codes are for Ipratropium Bromide, and these three codes account for 49.9 percent of the $4.363 billion in Medicare DME spending among Complaint HCPCS codes. The J7620, K0505, and J7619 codes are for Albuterol and these three account for 48.5 percent of the $4.363 billion in Medicare DME spending for the Complaint HCPCS codes.[57] In the Medicare analyses that follow, I focus on these six HCPCS codes.

At the bottom of the left hand side of the same table, I list DME Medicare spending and the number of Medicare DME claims for each of the five DMERCs that processed DME claims for Complaint HCPCS codes. The largest one in terms of spending is Palmetto (00885), which accounts for 53.6 percent of the Medicare DME spending. AdminaStar (00635) and CIGNA (05655) make up most of the rest, with spending shares of 19.2 percent and 16.8 percent, respectively. The remaining 10.3 percent is paid for by the two Region A DMERCs (Travelers and Western NY, with shares of 4.1 and 6.2 percent, respectively).[58]

The panel on the right side of this same table lists Complaint Medicare DME claims and expenditures by year and quarter. As the table shows, both the number of claims and total Medicare spending rise steadily throughout the time period, with both reaching their peaks of 2.444 million and $254.445 million, respectively, in the fourth quarter of 2003.

---

[57] An examination of the Medicare DME claims data reveals that J7645 was the HCPCS code used for Ipratropium Bromide through 1997Q1, when this code was then switched to K0518, and was then changed again to J7644 in 2000. A similar pair of changes occurred for Albuterol from J7620 to K0505 (in 1997Q1) to J7619 (in 2000).

[58] Western NY (also known as HealthNow) took over the DMERC-A contract from Travelers in 2000, and thus, as I demonstrate below, Travelers' spending is concentrated in the early part of the period and the Western NY spending in the latter part.

In the next four sections, I examine how alternative AWPs for Dey products would have affected the allowed amount for Medicare HCPCS codes and thus the amount paid for Medicare DME claims. To do this, I use electronic array information that was compiled at my direction by Myers and Stauffer, which were based on the original DMERC prepared arrays, along with Medicare claims data.

## XXIV. Palmetto-Administered Medicare DME Claims and Spending

Table 31 lists Medicare spending on DME claims that were administered by Palmetto for the HCPCS codes in the Complaint. Consistent with the pattern for the U.S. as a whole, Palmetto-administered Medicare DME spending increased throughout the time period of interest and peaked in the final quarter of 2003. Similarly, the three Ipratropium Bromide HCPCS codes and the three Albuterol HCPCS codes mentioned above account for the vast majority (98.5 percent) of Medicare DME spending among Complaint HCPCS codes.

### A. The Effect for Ipratropium Bromide (J7645-K0518- J7644)

To determine the effect on DME Medicare spending of replacing Dey's AWP with 125 percent of Dey's average, pharmacy-specific price for each NDC-quarter in Dey's indirect data, I begin by utilizing electronic array information using Palmetto documents for the J7645, K0518, and J7644 codes. For example, in the third quarter of 1998, Palmetto used an array for the K0518 code that included seven products as summarized in the first column of the following table:[59] Prices in this table represent the price per milligram. As this table shows, three of the products in the array are Dey products.  The products have a label code of 49502 and all three are included in

---

[59] All else equal, Medicare Ipratropium Bromide DME claims with a KQ modifier have a slightly lower payment amount. For example in this array, Palmetto subtracted $0.38 from the median of $3.52 to arrive at $3.14. Both are then scaled by 0.95 to determine the per-unit allowed amount of $2.98 for those with KQ and $3.34 for all others.

the United States' Complaint. Given that there are seven prices, the median price is the one that is less than three prices and greater than three prices. Because five of the seven prices are $3.52, the median is equal to $3.52.

| NDC | Firm | AWP | Alternative Dey AWP | Alternative Dey & Roxane AWP |
|---|---|---|---|---|
| 00403-0229-18 | Compumed | 3.22 | 3.22 | 3.22 |
| 49502-0685-03 | Dey | 3.53 | 1.64 | 1.64 |
| 49502-0685-33 | Dey | 3.52 | 1.66 | 1.66 |
| 49502-0685-60 | Dey | 3.52 | 1.64 | 1.64 |
| 00054-8402-11 | Roxane | 3.52 | 3.52 | 1.70 |
| 00054-8402-13 | Roxane | 3.52 | 3.52 | 1.73 |
| 00054-8402-21 | Roxane | 3.52 | 3.52 | 1.74 |
| MEDIAN | - | 3.52 | 3.22 | 1.70 |

Now suppose that one were to replace the Dey products' AWPs with 125 percent of the products' average pharmacy indirect price in that same time period, while leaving the AWPs for the four other products unchanged. This is listed in the fourth column of the same table above. In this case, the median price would fall by 8.5 percent to $3.22. When one accounts for the fact that, during this time period, the median was multiplied by 0.95 to calculate the allowed amount, the per-unit allowable would fall from $3.34 to $3.06, a decline of $0.28 per unit.

An examination of the seven Ipratropium Bromide products in the table reveals that there are three products with a label code of 00054. This is the labeler code for Roxane, a firm that has also been sued by the United States for discrepancies between actual transaction prices and published prices such as the AWP. The three Roxane NDCs listed in this array are all included in the United States' Complaint against Roxane. In the fifth and final column, I replace the Roxane products' AWPs with 125 percent of the average indirect pharmacy-specific price in Roxane's

transaction data during this quarter. When both the Dey and the Roxane AWPs change, the median falls by substantially more, from $3.52 to $1.70, a decline of $1.82 per unit.[60]

In the analyses that follow, I repeat this exercise for all of the J7645-K0518-J7644 arrays derived from Palmetto documents. This allows me to determine (a) how Medicare spending would have changed if alternative prices had been used for Dey products' AWPs (b) how Medicare spending would have changed if alternative prices had been used for Roxane products' AWPs and (c) how Medicare spending would have changed if alternative prices had been used both for Dey products' and for Roxane products' AWPs.

More specifically, if using 125 percent of Dey's and/or Roxane's average indirect pharmacy price as the AWP for the corresponding NDCs would reduce the median used by Palmetto in adjudicating the claim, I replace it with the revised value. Thus, Palmetto Medicare DME claims with a per-unit cost of $3.34 during the time period when this array is in effect would be replaced with a per-unit cost of $3.06 in the "Dey-only" and "Roxane-only" scenarios and by $1.62 in the combined scenario. And, similar to the approach used by the Medicaid program, the calculated amount would then be compared with the provider charged amount, with the DMERC paying the lesser of the two amounts.

One issue that arises in the latter part of the sample period is that Palmetto and the other three DMERCs add three additional Roxane Ipratropium Bromide products with product codes of 8404 to the arrays. The three 8404 products are labeled NovaPlus. Rather than including these three NovaPlus products in the generic arrays listed above, three of the four DMERCs (Palmetto, AdminaStar, and CIGNA) added them as brand products. Thus, if the AWP for any of the three NovaPlus products fell below the median of the generic products in the array, this NovaPlus

---

[60] Had only the Roxane AWPs been adjusted, the median would have fallen by an identical amount to the decline observed for the "Dey-only" case, to just $3.22.

AWP rather than the generic median would be used in adjudicating Medicare claims.[61]  The one DMERC that did not do this was DMERC-A, which added the Roxane NovaPlus products to the generic section of the array from the fourth quarter of 2001 until the fourth quarter of 2003.[62]

To construct the sample of Palmetto Ipratropium Bromide claims, I begin by excluding the 741,154 claims with a paid amount of zero from the full set of 7,710,761 J7645-K0518-J7644 claims. I next drop the 134,065 claims with a third party payment amount or a deductible, and I also drop the 25,811 claims for which I am unable to replicate the amount paid. Of the 6,809,731 claims still in the sample at this point, there are 76,454 for which I do not have matching array information and 143,032 for which the per-unit price does not coincide with the amount implied from the Palmetto arrays described above. I exclude these claims from my subsequent analyses and this leaves me with a sample of 6,590,245 claims with $1.076 billion in total Medicare spending.[63]

An examination of the remaining Palmetto DME claims reveals that the J7645 code was used from the first quarter of 1995 through the first quarter of 1997 and that total spending for these claims was $15.867 million. According to the five arrays provided by Myers and Stauffer that correspond to this J7645 HCPCS code during this time period, Palmetto did not include any Dey products when calculating its medians. I therefore conclude that Medicare spending for Palmetto's J7645 claims would not have been affected if alternative values had been used for any Dey product AWPs and Roxane's AWPs had remained unchanged. Two of the five arrays (1996Q4 and 1997Q1) did include Roxane Complaint products.

---

[61] Palmetto, AdminaStar, and CIGNA added NovaPlus products as brand products to their arrays in 2001Q1, 2000Q3, and 2001Q2, respectively.
[62] In 2003Q2, Palmetto also added them to the generic section of the array and thus did not consider them as branded products.
[63] The spending shares for J7645, K0518, and J7644 are 1.5 percent, 20.1 percent, and 78.5 percent, respectively.

As mentioned above, the K0518 code replaced the J7645 code and was used from the second quarter of 1997 until the first quarter of 2000 (with a very small number of claims in the first quarter of 1997). Total Palmetto-administered Medicare DME spending for the remaining K0518 claims was $214.863 million during this three-year period. According to the seven arrays that correspond to this HCPCS code during this time period, Palmetto used at least two, and more often three Dey products when calculating its allowed amounts. Palmetto also used an identical number of Roxane products in each quarter. For all seven arrays, the allowed amount declines when I replace the Dey products' AWPs with 125 percent of the average pharmacy indirect price and leave the AWPs for the Roxane products unchanged. The magnitude of the decline varies from a low of $0.28 (as in the example above) to a high of $1.49.

Because of this, every K0518 claim that did not simply pay the amount implied by the provider charged amount has a value of DIFFERENCE that exceeds zero in the Dey-only scenario. For each claim on which the provider charged amount was used (10.1 percent of the 6.590 million claims), I replace the per-unit price that prevailed during that time period with the revised one (if there was a revision) as described above and determine whether Medicare spending would have changed.

I then repeat this exercise for both the Roxane-only and the combined scenarios. The changes to the medians in the Roxane-only scenario are similar to the changes in the Dey-only scenario. However, as suggested by the array presented above, when the AWPs of both firms' products are changed, the median and thus the per-unit allowed amount declines by substantially more in every case.

During the first quarter of 2000, the J7644 code replaced the K0518 code and was used through the end of 2003. Total Medicare DME spending for the remaining J7644 claims was

$845.149 million during the four years from 2000Q1 through and including 2003Q4. According to the fourteen arrays that correspond to this HCPCS code during this time period, Palmetto used the same 3 Dey products in every case when calculating its allowed amounts. For the first six of these arrays, which cover the 2000Q1 to 2001Q3 time period, the allowed amount declines when I replace the Dey products' AWPs with 125 percent of the average pharmacy indirect price and leave the AWPs of all Roxane products unchanged. The magnitude of the decline varies from a low of $0.67 to a high of $1.49.

However, the allowed amount for the J7644 code does not decline when I replace the Dey products' AWPs as described above and leave the Roxane products' AWPs unchanged in the subsequent eight arrays, which correspond to the 2001Q4 to 2003Q4 period. An examination of the Palmetto arrays reveals that this is driven by the inclusion of additional products in the arrays. Thus in the Dey-only scenario, there is no effect on the amount paid for most claims paid during this time period.

Applying the algorithm described above to the data when considering changes to the AWPs of Dey products but no corresponding change to the AWPs of Roxane products, I find that 2.891 million of the 6.590 million (43.9 percent) Palmetto DME J7645-K0518-J7644 claims have a DIFFERENCE that is greater than zero. The total value of DIFFERENCE for these claims is equal to $128.832 million, which represents 12.0 percent of the $1.076 billion in Medicare DME spending for these Palmetto-administered claims. It is worth noting that this does not include the associated effect on Medicare recipient co-payment amounts. I use the provider identifier along with the payment date to determine that there are 305,852 unique payments to health care providers that include one or more Palmetto Medicare DME claims for the J7645-K0518-J7644 codes with a value of DIFFERENCE greater than zero.

Report of Mark G. Duggan, Ph.D., January 23, 2009                                      102

Now suppose that, in addition to replacing the Dey products' AWPs with 125 percent of the average pharmacy indirect price, one were to do the same for the three Roxane-labeled Ipratropium Bromide products with product codes of 8402, but that no corresponding changes were made to the three Roxane NovaPlus products with product codes of 8404.[64]  In this case, the total value of DIFFERENCE for the Medicare claims in the analysis sample described above would be $584.003 million, with 6.517 million of the 6.590 million claims (98.9 percent) having a value of DIFFERENCE that exceeds zero.[65]  Additionally, there are 611,835 pharmacy payments with at least one claim with a value of DIFFERENCE that exceeds zero.

And finally, suppose that in addition to replacing the AWPs for the three Dey products and the three Roxane products with product codes of 8402 with 125 percent of the average pharmacy indirect price, one were to do the same for the three Roxane NovaPlus products with product codes of 8404. In this case, the total value of DIFFERENCE for the Medicare claims in the analysis sample described above would be $738.772 million, with 6.530 million of the 6.590 million claims (99.1 percent) having a value of DIFFERENCE that exceeds zero.[66]  Additionally, there are 616,753 pharmacy payments with at least one claim with a value of DIFFERENCE that exceeds zero.

### B. The Effect for Albuterol (J7620-K0505-J7619)

To determine the effect on DME Medicare spending of replacing Dey's AWP with 125 percent of Dey's average, pharmacy-specific price for each NDC-quarter in Dey's indirect data, I

---

[64] This is tantamount to assuming that Roxane's NovaPlus products were not considered by Palmetto. For this reason, I drop them from the 2003Q2 array when they are added as generic products to the array.

[65] In the case when only these three Roxane products' AWPs are adjusted and Dey's remain unchanged, total Medicare spending would be lower by $132.307 million, which approximately equals the "Dey-only" impact.

[66] In the case when only these six Roxane products' AWPs are adjusted and Dey's remain unchanged, total Medicare spending would be lower by $607.247 million. This number is substantially larger than the one in the previous footnote because NovaPlus products were treated as brands by Palmetto, and thus the allowed amount was in many quarters based on the AWPs of the NovaPlus products.

follow an analogous algorithm to the one described above for the three Ipratropium Bromide HCPCS codes. My final Palmetto analysis sample for the three Albuterol HCPCS codes consists of 6,754,866 claims with $680,482,119 in Medicare DME spending. My results indicate that Palmetto-administered Medicare DME expenditures would have fallen by $1,425,150 if the alternative AWPs described above had been used for the Dey products. Additionally, I find that 87,876 of the 6,754,866 claims have a value of DIFFERENCE that is strictly greater than zero and that there are 30,176 pharmacy payments with at least one claim with a value of DIFFERENCE greater than zero.

It is instructive to consider why the alternative Dey AWPs have a relatively small impact for these HCPCS codes.  A comparison of the AWPs of the Dey NDCs typically used in the arrays for this HCPCS codes with their actual transaction prices reveals that there are very large discrepancies. For example, the prices for the 49502069703 NDC, which are displayed in Figures 1A and 2A, are substantially larger than the published AWPs throughout the time period.

An examination of the arrays used by Palmetto in adjudicating these claims sheds light on this issue. The following table displays the array used by Palmetto during the first quarter of 2000 for the K0505 code, along with the per-milligram AWPs for each product considered. As the table shows, there are three Dey products in the array and fifteen products overall. But because the prices for the other products are very tightly bunched around the median of 0.49 and because there are so many products, Dey's alternative AWPs of 0.11, which are less than one-fourth their actual AWPs of 0.49, have no effect on the median. Because Medicare uses a median when determining the per-unit allowed amount, it is possible that alternative and substantially lower AWPs for specific products in the arrays have no effect on the median. An examination of

the other arrays used by Palmetto during the time period of interest reveals that this explains the relatively low impact of Medicare spending for Albuterol relative to Ipratropium Bromide.

| NDC | Firm | AWP | Alternative Dey AWP |
|---|---|---|---|
| 54569-3899-00 | Allscripts | .86 | .86 |
| 55175-4417-01 | Cheshire | .57 | .57 |
| 49502-0697-03 | Dey | .49 | .11 |
| 49502-0697-33 | Dey | .49 | .11 |
| 49502-0697-60 | Dey | .49 | .11 |
| 50383-0742-25 | Hi-Tech | .49 | .49 |
| 00904-7731-17 | Major | .50 | .50 |
| 00839-7860-18 | Moore, H.L. | .49 | .49 |
| 00487-9501-03 | Nephron | .50 | .50 |
| 00603-1005-40 | Qualitest | .49 | .49 |
| 00536-2677-04 | Rugby | .52 | .52 |
| 00677-1522-72 | URL | .51 | .51 |
| 59930-1500-08 | Warrick | .49 | .49 |
| 59930-1500-06 | Warrick | .49 | .49 |
| 00182-8010-24 | Zenith/Goldline | .49 | .49 |
| MEDIAN | - | .49 | .49 |

## XXV. AdminaStar-Administered Medicare DME Claims and Spending

Table 32 lists Medicare spending on DME claims that were administered by AdminaStar for the HCPCS codes in the Complaint. Consistent with the pattern for the U.S. as a whole, AdminaStar-administered Medicare DME spending increased throughout the time period of interest and peaked in the final quarter of 2003. Similarly, the three Ipratropium Bromide HCPCS codes and the three Albuterol HCPCS codes mentioned above account for the vast majority (98.4 percent) of Medicare DME spending among Complaint HCPCS codes.

### A. The Effect for Ipratropium Bromide (J7645-K0518-J7644)

To determine the effect on DME Medicare spending of replacing Dey's AWP with 125 percent of Dey's average, pharmacy-specific price for each NDC-quarter in Dey's indirect data, I follow the algorithm described in the previous section for Palmetto by utilizing electronic array

information that were based on AdminaStar documents for the J7645, K0518, and J7644 codes. For example, in the third quarter of 1999, AdminaStar included the following eight products when calculating the median for the K0518 code:

| NDC | Firm | AWP | Alternative Dey AWP | Alternative Dey & Roxane AWP |
|---|---|---|---|---|
| 49502-0685-03 | Dey | 3.53 | 1.41 | 1.41 |
| 49502-0685-33 | Dey | 3.52 | 1.40 | 1.40 |
| 49502-0685-60 | Dey | 3.52 | 1.39 | 1.39 |
| 00054-8402-11 | Roxane | 3.52 | 3.52 | 1.37 |
| 00054-8402-13 | Roxane | 3.52 | 3.52 | 1.35 |
| 00054-8402-21 | Roxane | 3.52 | 3.52 | 1.36 |
| 54868-4082-00 | Phys Total Care | 1.80 | 1.80 | 1.80 |
| 54868-4082-01 | Phys Total Care | 2.10 | 2.10 | 2.10 |
| MEDIAN | - | 3.52 | 1.95 | 1.39 |

Prices in this table represent the price per milligram. As this table shows, three of the products in the array are Dey products, and all three are included in the United States' Complaint. Given that there are eight prices, the median price is the average of the fourth and fifth highest prices. Because five of the eight prices are $3.52, this is equal to $3.52.

Now suppose that one were to replace the Dey products' AWPs with 125 percent of the products' average pharmacy indirect price in that same time period, which is listed in the third column of the same table above. In this case, the median price would fall by 44.6 percent to $1.95. When one accounts for the fact that, during this time period, the median was multiplied by 0.95, the per-unit price would fall from $3.34 to $1.85.

An examination of the eight Ipratropium Bromide products in the table reveals that there are three Roxane products. In the fourth and final column, I replace the Roxane products' AWPs with 125 percent of the average indirect pharmacy-specific price in Roxane's transaction data

Report of Mark G. Duggan, Ph.D., January 23, 2009                                    106

during this quarter. With this change, the median in this array would fall by substantially more, from $3.52 to $1.39, and thus the per-unit price would be $1.32.[67]

In the analyses that follow, I repeat this exercise for all of the J7645-K0518-J7644 arrays derived from AdminaStar documents. This allows me to determine (a) how Medicare spending would have changed if alternative values had been used for Dey products' AWPs (b) how Medicare spending would have changed if alternative values had been used for Roxane products' AWPs, and (c) how Medicare spending would have changed if alternative values had been used both for Dey products' and Roxane products' AWPs.

More specifically, if using 125 percent of Dey's and/or Roxane's average indirect pharmacy price as the AWP for Dey NDCs would reduce the median used by AdminaStar in adjudicating the claim, I replace it with the revised value. Thus AdminaStar Medicare DME claims with a per-unit cost of $3.34 during the time period when this array is in effect would be replaced with a per-unit cost of $1.85 in the "Dey-only" and "Roxane-only" scenarios and by $1.32 in the combined scenario. And similar to the approach used by the Medicaid program, the calculated amount would then be compared with the provider charged amount, with the DMERC paying the lesser of the two amounts.

As discussed above for Palmetto, in the latter part of the sample period, AdminaStar considered three Roxane NovaPlus products as branded products in determining the per-unit allowed amount for Medicare J7644 claims. This implies that if the AWP for any of the three NovaPlus products fell below the median of the generic products in the array, this NovaPlus AWP rather than the generic median would be used in adjudicating Medicare claims.

---

[67] Had only the three Roxane products' AWPs been adjusted, the median would have fallen by an identical amount to the decline observed for the Dey-only scenario, from $3.52 to $1.95.

To construct the sample of AdminaStar Ipratropium Bromide claims, I begin by excluding the 4,527 claims with invalid modifier codes and next drop the 197,241 claims with a paid amount of zero from the full set of 2,987,315 J7645-K0518-J7644 claims. I next drop the 59,838 claims with a third party payment amount or a deductible and I also drop the 8,531 claims for which I am unable to replicate the amount paid. Of the 2,717,178 claims still in the sample at this point, there are 98,243 for which I do not have matching array information and 82,224 for which the per-unit price does not coincide with the amount implied from the AdminaStar arrays described below. I exclude these claims from my subsequent analyses and this leaves me with a sample of 2,536,711 claims with $391.395 million in total Medicare spending.[68]

An examination of the remaining AdminaStar DME claims reveals that the J7645 code was used from the first quarter of 1995 through the first quarter of 1997 (with a small number of claims in 1997Q2) and that total spending for these claims was just $79,109. The one array provided by Myers and Stauffer that corresponds to this HCPCS code did not include any Dey or Roxane Complaint products. Because of this and because I have only one AdminaStar array for the J7645 code, I assume that Medicare spending for AdminaStar's J7645 claims would not have been affected if alternative values had been used for any Dey or Roxane product AWPs.

As mentioned above, the K0518 code replaced the J7645 code and was used from the second quarter of 1997 until the first quarter of 2000 (with a very small number of claims in the first quarter of 1997). Total AdminaStar-administered Medicare DME spending for the remaining K0518 claims was $66.661 million during this three-year period. According to the nine arrays that correspond to this HCPCS code during this time period, AdminaStar used at least two and more often three Dey products when calculating its medians and an identical number of Roxane products in each quarter. For seven of the nine arrays, the median price declines when I

---

[68] The spending shares for J7645, K0518, and J7644 are 1.1 percent, 17.0 percent, and 81.9 percent, respectively.

replace the Dey products' AWPs with 125 percent of the average pharmacy indirect price and leave the AWPs for all Roxane products unchanged. The magnitude of the decline when the median is affected varies from a low of $0.14 to a high of $1.49 (as in the example above).

Because of this, most of the K0518 claims that did not simply pay the amount implied by the provider charged amount had a value of DIFFERENCE that exceeds zero when Dey AWPs are revised and Roxane AWPs are left unchanged. For each claim on which the provider charged amount was used (17.0 percent of the 2.537 million claims), I replace the per-unit price that prevailed during that time period with the revised one (if there was a revision) as described above and determine whether Medicare spending would have changed.

I then repeat this exercise for the scenarios in which only Roxane AWPs are revised and in which the AWPs of both Dey and Roxane products are revised. The changes to the median in the former scenario are similar, and in many cases identical, to the changes in the scenario when I change only Dey AWPs. However, as suggested by the array presented above, when the AWPs of both firms' products are changed, the median declines by substantially more in most cases.

During the first quarter of 2000, the J7644 code replaced the K0518 code and was used through the end of 2003. Total Medicare DME spending for the remaining J7644 claims was $324.654 million during the four years from 2000Q1 through and including 2003Q4. According to the fifteen arrays that correspond to this HCPCS code during this time period, Adminastar used the same 3 Dey products in every case when calculating its medians. For the first Adminastar J7644 array that covers the second quarter of 2000, the median price declines when I replace the Dey products' AWPs with 125 percent of the average pharmacy indirect price and leave the Roxane products' AWPs unchanged. The magnitude of the decline multiplied by 95 percent is $1.34.

However, the median price for the J7644 code does not decline when I replace the Dey products' AWPs and leave the Roxane products' AWPs unchanged in the subsequent fourteen arrays, which correspond to the 2000Q3 to 2003Q4 period. [69] An examination of the AdminaStar arrays reveals that this is driven by the addition of additional products to the arrays. Thus in this Dey-only scenario, there is no effect on the amount paid for most claims during this period.

Applying the algorithm described above to the data when considering changes to the AWPs of Dey products but no corresponding change to the AWP of Roxane products, I find that 472,716 of the 2,536,711 (18.6 percent) AdminaStar DME J7645-K0518-J7644 claims have a DIFFERENCE that is greater than zero. The total value of DIFFERENCE for these claims is equal to $19.568 million, which represents 5.0 percent of spending for these claims. It is worth noting that this does not include the associated effect on Medicare recipient co-payment amounts. I use the provider identifier along with the payment date to determine that there are 70,405 unique payments to health care providers that include one or more AdminaStar Medicare DME claims for the J7645-K0518-J7644 codes with a value of DIFFERENCE greater than zero.

Now, suppose that, in addition to replacing the Dey products' AWPs with 125 percent of the average pharmacy indirect price, one were to do the same for the three Roxane-labeled Ipratropium Bromide products with product codes of 8402, but that no corresponding changes were made to the three Roxane NovaPlus products with product codes of 8404. In this case, the total value of DIFFERENCE for the Medicare claims in the analysis sample described above would be $190.140 million, with 2.299 million of the 2.537 million claims (90.6 percent) having

---

[69] An examination of the AdminaStar arrays for the 2002Q3 to 2003Q3 period reveals that the three Dey products were each entered in the array twice. The reported results adjust these arrays so that each Dey product is included only once. Additionally, three generic Roxane products with product codes of 8402, which were included in the brand section of the array, are moved into the generic portion of the array. Without both of these adjustments, adjusting only the Dey AWPs would lead to a change in the allowed amount.

a value of DIFFERENCE that exceeds zero.[70]  Additionally, there are 242,015 pharmacy payments with at least one claim with a value of DIFFERENCE that exceeds zero.

And finally, suppose that in addition to replacing the AWPs for the three Dey products and the three Roxane products with product codes of 8402 with 125 percent of the average pharmacy indirect price, one were to do the same for the three Roxane NovaPlus products with product codes of 8404. In this case, the total value of DIFFERENCE for the Medicare claims in the analysis sample described above would be $279.316 million, with 2.510 million of the 2.537 million claims (98.9 percent) having a value of DIFFERENCE that exceeds zero.[71]  Additionally, there are 262,359 pharmacy payments with at least one claim with a value of DIFFERENCE that exceeds zero.

*B. The Effect for Albuterol (J7620-K0505-J7619)*

To determine the effect on DME Medicare spending of replacing Dey's AWP with 125 percent of Dey's average, pharmacy-specific price for each NDC-quarter in Dey's indirect data, I follow an algorithm analogous to the one described above for the three Ipratropium Bromide HCPCS codes. My final AdminaStar analysis sample for the three Albuterol HCPCS codes consists of 3,590,354 claims with $310.677 million in Medicare DME spending. My results indicate that AdminaStar-administered Medicare DME expenditures would have fallen by $468,139 if the alternative AWPs described above had been used for the Dey products. Additionally, I find that 62,804 of the 3.590 million claims have a value of DIFFERENCE that is

---

[70] In the case when only the three Roxane 8402 products' AWPs are adjusted and Dey's remain unchanged, total Medicare spending would be lower by $29.098 million.

[71] In the case when only these six Roxane products' AWPs are adjusted and Dey's remain unchanged, total Medicare spending would be lower by $260.805 million. This number is substantially larger than the one in the previous footnote because NovaPlus products were treated as brands by AdminaStar, and thus the allowed amount was in many quarters based on the AWPs of the NovaPlus products.

Report of Mark G. Duggan, Ph.D., January 23, 2009                                    111

strictly greater than zero and that there are 15,648 pharmacy payments with at least one claim with a value of DIFFERENCE greater than zero.

The ratio of DIFFERENCE to the total amount paid is substantially lower in this case than for the AdminaStar Ipratropium Bromide claims. This is because, as was true for Palmetto's Albuterol HCPCS code claims above, the use of alternative and much lower AWPs for the Dey products typically does not affect the median of the products included in the arrays used by AdminaStar.

## XXVI. CIGNA-Administered Medicare DME Claims and Spending

Table 33 lists Medicare spending on DME claims that were administered by CIGNA for the HCPCS codes in the Complaint. Consistent with the pattern for the U.S. as a whole, CIGNA-administered Medicare DME spending increased throughout the time period of interest and peaked in the final quarter of 2003. Similarly, the three Ipratropium Bromide HCPCS codes and the three Albuterol HCPCS codes mentioned above account for the vast majority (97.9 percent) of Medicare DME spending among Complaint HCPCS codes.

### A. The Effect for Ipratropium Bromide (J7645-K0518-J7644)

To determine the effect on DME Medicare spending of replacing Dey's AWP with 125 percent of Dey's average, pharmacy-specific price for each NDC-quarter in Dey's indirect data, I follow the algorithm described in the previous two sections for Palmetto and AdminaStar by utilizing electronic array information that were based on CIGNA documents for the J7645, K0518, and J7644 codes. For example, in the third quarter of 2000, CIGNA included the following nine products when calculating the median for the J7644 code:

| NDC | Firm | AWP | Alternative Dey AWP | Alternative Dey & Roxane AWP |
|---|---|---|---|---|
| 49502-0685-03 | Dey | 3.53 | 1.18 | 1.18 |
| 49502-0685-33 | Dey | 3.52 | 1.24 | 1.24 |
| 49502-0685-60 | Dey | 3.52 | 1.17 | 1.17 |
| 00054-8402-11 | Roxane | 3.52 | 3.52 | 1.06 |
| 00054-8402-13 | Roxane | 3.52 | 3.52 | 1.07 |
| 00054-8402-21 | Roxane | 3.52 | 3.52 | 1.03 |
| 54868-4082-00 | Phys Total Care | 1.80 | 1.80 | 1.80 |
| 54868-4082-01 | Phys Total Care | 2.10 | 2.10 | 2.10 |
| 00472-0751-60 | Alpharma USPD | 3.96 | 3.96 | 3.96 |
| MEDIAN | - | 3.52 | 2.10 | 1.18 |

Prices in this table represent the price per milligram. As this table shows, three of the products in the array are Dey products, and all three are included in the United States' Complaint. Given that there are nine prices, the median price is the fifth highest price. Because five of the nine prices are $3.52, this is equal to $3.52. Now suppose that one were to replace the Dey products' AWPs with 125 percent of the products' average pharmacy indirect price in that same time period, which is listed in the third column of the same table above. In this case, the median price would fall by 40.3 percent to $2.10. When one accounts for the fact that, during this time period, the median was multiplied by 0.95, the per-unit price would fall from $3.34 to $2.00.

An examination of the nine Ipratroprium Bromide products in the table reveals that there are three Roxane products and that all three of these products are included in the United States' Roxane Complaint. In the fourth and final column, I replace the Roxane products' AWPs with 125 percent of the average indirect pharmacy-specific price in Roxane's transaction data during this same quarter. With this change, the median falls by substantially more, from $3.52 to $1.18.

In the analyses that follow, I repeat this exercise for all of the J7645-K0518-J7644 arrays derived from CIGNA documents. This allows me to determine (a) how Medicare spending would have changed if alternative prices had been used for Dey products' AWPs (b) how

Medicare spending would have changed if alternative prices had been used for Roxane products' AWPs and (c) how Medicare spending would have changed if alternative prices had been used both for Dey products' and for Roxane products' AWPs.

More specifically, if using 125 percent of Dey's and/or Roxane's average indirect pharmacy price as the AWP for the corresponding NDCs would reduce the median used by CIGNA in adjudicating the claim, I replace it with the revised value. Thus CIGNA Medicare DME claims with a per-unit cost of $3.34 during the time period when this array is in effect would be replaced with a per-unit cost of $2.00 in both the Dey-only and Roxane-only scenarios and by $1.12 in the combined scenario. And similar to the approach used by the Medicaid program, the calculated amount would then be compared with the provider charged amount, with the DMERC paying the lesser of the two amounts.

As discussed above for Palmetto and AdminaStar, in the latter part of the sample period, CIGNA considered three Roxane NovaPlus products as branded products in determining the per-unit allowed amount for Medicare J7644 claims. This implies that if the AWP for any of the three NovaPlus products fell below the median of the generic products in the array, this NovaPlus AWP rather than the generic median would be used in adjudicating Medicare claims.

To construct the sample of CIGNA Ipratropium Bromide claims, I begin by excluding the 156,568 claims with a paid amount of zero from the full set of 2,714,355 J7645-K0518-J7644 claims. I next drop the 69,990 claims with a third party payment amount or a deductible and I also drop the 23,216 claims for which I am unable to replicate the amount paid. Of the 2,464,581 claims still in the sample at this point, there are 58,203 for which I do not have matching array information and 58,616 for which the per-unit price does not coincide with the amount implied from the CIGNA arrays described below. I exclude these claims from my subsequent analyses

and this leaves me with a sample of 2,347,762 claims with $357.608 million in total Medicare spending.[72]

An examination of the remaining CIGNA DME claims reveals that the J7645 code was used from the first quarter of 1995 through the first quarter of 1997 (with a small number of claims in 1997Q2) and that total spending for these claims was $7.512 million. The one array provided by Myers and Stauffer that corresponds to this HCPCS code did not include any Dey or Roxane Complaint products. Because of this and because I have only one CIGNA array for the J7645 code, I assume that Medicare spending for CIGNA's J7645 claims would not have been affected if alternative values had been used for Dey and/or Roxane Complaint product AWPs.

As mentioned above, the K0518 code replaced the J7645 code and was used from the second quarter of 1997 until the first quarter of 2000 (with a very small number of claims in the first quarter of 1997). Total CIGNA-administered Medicare DME spending for the remaining K0518 claims was $68.779 million during this three-year period. According to the five arrays that correspond to this HCPCS code during this time period, CIGNA used two or three Dey products when calculating its medians. And for all five of the arrays, the median price declines when I replace the Dey products' AWPs with 125 percent of the average pharmacy indirect price while leaving all Roxane products' AWPs unchanged. The magnitude of the decline when the median is affected varies from $0.14 to $0.69.

Because of this, all of the K0518 claims that did not simply pay the amount implied by the provider charged amount have a value of DIFFERENCE that exceeds zero in the Dey-only scenario. For each claim on which the provider charged amount was used (25.6 percent of all claims), I replace the per-unit price that prevailed during that time period with the revised one as described above and determine whether Medicare spending would have changed.

---

[72] The spending shares for J7645, K0518, and J7644 are 2.8 percent, 19.1 percent, and 78.1 percent, respectively.

I then repeat this exercise for both the Roxane-only and the Dey-and-Roxane scenarios. The changes to the median in the Roxane-only scenario are similar to the changes in the Dey-only scenario. However, as suggested by the array presented above, when the AWPs of both firms' products are changed, the median declines by substantially more in every case.

During the first quarter of 2000, the J7644 code replaced the K0518 code and was used through the end of 2003. Total Medicare DME spending for the remaining J7644 claims was $281.318 million during the four years from 2000Q1 through and including 2003Q4. According to the sixteen arrays that correspond to this HCPCS code during this time period, CIGNA used the same 3 Dey products in every case when calculating its medians. For the first seven CIGNA J7644 arrays that cover the 2000Q1 to 2001Q3 period, the median price declines when I replace the Dey products' AWPs with 125 percent of the average pharmacy indirect price and leave all Roxane AWPs unchanged. The magnitude of the decline multiplied by 95 percent varies from a low of $0.67 to a high of $1.49.

However, the median price for the J7644 code does not decline when I replace the Dey products' AWPs in the subsequent nine arrays, which correspond to the 2001Q4 to 2003Q4 period, while leaving the Roxane products' AWPs unchanged. An examination of the CIGNA arrays reveals that this is driven by the addition of additional products to the arrays. Thus in this Dey-only scenario, there is no effect on the amount paid for most claims during this period.

Taking the algorithm described above to the data when considering changes to the AWPs of Dey products but no corresponding change to the AWPs of Roxane products, I find that 974,779 of the 2,347,762 (41.5 percent) CIGNA DME J7645-K0518-J7644 claims have a DIFFERENCE that is greater than zero. The total value of DIFFERENCE for these claims is equal to $35.043 million, which represents 9.8 percent of spending for these claims. It is worth

noting that this does not include the associated effect on Medicare recipient co-payment amounts. I use the provider identifier along with the payment date to determine that there are 104,070 unique payments to health care providers that include one or more CIGNA Medicare DME claims for the J7645-K0518-J7644 codes with a value of DIFFERENCE greater than zero.

Now suppose that, in addition to replacing the Dey products' AWPs with 125 percent of the average pharmacy indirect price, one were to do the same for the three Roxane-labeled Ipratropium Bromide products with product codes of 8402, but that no corresponding changes were made to the three Roxane NovaPlus products with product codes of 8404. In this case, the total value of DIFFERENCE for the Medicare claims in the analysis sample described above would be $200.039 million, with 2.263 of the 2.348 million claims (96.4 percent) having a value of DIFFERENCE that exceeds zero.[73]   Additionally, there are 218,254 pharmacy payments with at least one claim with a value of DIFFERENCE that exceeds zero.

And finally, suppose that in addition to replacing the AWPs for the three Dey products and the three Roxane products with product codes of 8402 with 125 percent of the average pharmacy indirect price, one were to do the same for the three Roxane NovaPlus products with product codes of 8404. In this case, the total value of DIFFERENCE for the Medicare claims in the analysis sample described above would be $246.179 million, with 2.273 million of the 2.348 million claims (96.8 percent) having a value of DIFFERENCE that exceeds zero.[74]   Additionally, there are 221,812 pharmacy payments with at least one claim with a value of DIFFERENCE that exceeds zero.

---

[73] In the case when only the three Roxane 8402 products' AWPs are adjusted and Dey's remain unchanged, total Medicare spending would be lower by $42.957 million.

[74] In the case when only these six Roxane products' AWPs are adjusted and Dey's remain unchanged, total Medicare spending would be lower by $206.726 million. This number is substantially larger than the one in the previous footnote because NovaPlus products were treated as brands by Palmetto, and thus the allowed amount was in many quarters based on the AWPs of the NovaPlus products.

*B. The Effect for Albuterol (J7620-K0505-J7619)*

To determine the effect on DME Medicare spending of replacing Dey's AWP with 125 percent of Dey's average, pharmacy-specific price for each NDC-quarter in Dey's indirect data, I follow an algorithm analogous to the one described above for the three Ipratropium Bromide HCPCS codes. My final CIGNA analysis sample for the three Albuterol HCPCS codes consists of 2,487,400 claims with $260.053 million in Medicare DME spending. My results indicate that CIGNA-administered Medicare DME expenditures would have fallen by $357,534 if the alternative AWPs described above had been used for the Dey products. Additionally, I find that 32,059 of the 2.487 million claims (1.3 percent) have a value of DIFFERENCE that is strictly greater than zero and that there are 10,759 pharmacy payments with at least one claim with a value of DIFFERENCE greater than zero.

The ratio of DIFFERENCE to the total amount paid is substantially lower in this case than for the CIGNA Ipratropium Bromide claims. This is because, as was true for Palmetto's and AdminaStar's Albuterol HCPCS code claims above, the use of alternative and much lower AWPs for the Dey products typically does not affect the median of the products included in the arrays used by CIGNA.

## XXVII. DMERC-A-Administered Medicare DME Claims and Spending

Table 34 lists Medicare spending on DME claims that were administered by the two DMERCs Travelers and Western NY (hereafter DMERC-A) for the HCPCS codes in the Complaint. Travelers served as the Region A DMERC for the first several years of the study

period and West NY took this over beginning in the latter half of 2000. In this section, I combine the analyses for these two DMERCs.

Consistent with the pattern for the U.S. as a whole, DMERC-A-administered Medicare DME spending increased throughout the time period of interest and peaked in the final quarter of 2003. Similarly, the three Ipratropium Bromide HCPCS codes and the three Albuterol HCPCS codes mentioned above account for the vast majority (98.7 percent) of DMERC-A Medicare DME spending among Complaint HCPCS codes.

### A. The Effect for Ipratropium Bromide (J7645-K0518-J7644)

To determine the effect on DME Medicare spending of replacing Dey's AWP with 125 percent of Dey's average, pharmacy-specific price for each NDC-quarter in Dey's indirect data, I follow the algorithm described in the previous three sections for Palmetto, Adminastar, and CIGNA by utilizing electronic array information that were based on DMERC-A documents for the J7645, K0518, and J7644 codes. For example, in the third quarter of 2001, DMERC-A included the following twelve products when calculating the median for the J7644 code:

| NDC | Firm | AWP | Alternative Dey AWP | Alternative Dey & Roxane AWP |
|---|---|---|---|---|
| 49502-0685-03 | Dey | 3.52 | 0.92 | 0.92 |
| 49502-0685-33 | Dey | 3.52 | 0.95 | 0.95 |
| 49502-0685-60 | Dey | 3.52 | 0.89 | 0.89 |
| 00054-8402-11 | Roxane | 3.52 | 3.52 | 0.88 |
| 00054-8402-13 | Roxane | 3.52 | 3.52 | 0.92 |
| 00054-8402-21 | Roxane | 3.52 | 3.52 | 0.87 |
| 54868-4082-00 | Phys Total Care | 1.41 | 1.41 | 1.41 |
| 54868-4082-01 | Phys Total Care | 1.88 | 1.88 | 1.88 |
| 00472-0751-60 | Alpharma USPD | 3.96 | 3.96 | 3.96 |
| 00472-0751-30 | Alpharma USPD | 4.52 | 4.52 | 4.52 |
| 00472-0751-23 | Alpharma USPD | 4.52 | 4.52 | 4.52 |
| 54569-4910-00 | Allscripts | 1.49 | 1.49 | 1.49 |
| MEDIAN | - | 3.52 | 2.70 | 1.18 |

Prices in this table represent the price per milligram. As this table shows, three of the products in the array are Dey products, and all three are included in the United States' Complaint. Given that there are twelve prices, the median price is the average of the sixth and seventh highest prices, which is equal to $3.52.

Now suppose that one were to replace the Dey products' AWPs with 125 percent of the products' average pharmacy indirect price in that same time period, while leaving the AWPs for the other nine products unchanged. This is listed in the next column of the same table above. In this case, the median price would fall by 23 percent to $2.70 (the average of $1.88 and $3.52). When one accounts for the fact that, during this period, the median was multiplied by 0.95, the per-unit price would fall from $3.34 to $2.57.

An examination of the twelve Ipratropium Bromide products in the table reveals that there are three Roxane products, all three of which are included in the United States' Complaint against Roxane. In the fourth and final column, I replace the Roxane products' AWPs with 125 percent of the average indirect pharmacy-specific price in Roxane's transaction data during this quarter. With this change, the median would fall by substantially more than in the Dey-only scenario, from $3.52 to $1.18.[75]

In the analyses that follow, I repeat this exercise for all of the J7645-K0518-J7644 arrays derived from DMERC-A documents. This allows me to determine (a) how Medicare spending would have changed if alternative values had been used for Dey products' AWPs (b) how Medicare spending would have changed if alternative prices had been used for Roxane products' AWPs and (c) how Medicare spending would have changed if alternative prices had been used for both firms' products' AWPs.

---

[75] If only the three Roxane 8402 AWPs had been adjusted, the effect on the median would have been the same as the effect in the Dey-only scenario.

More specifically, if using 125 percent of Dey's and/or Roxane's average indirect pharmacy price as the AWP for the corresponding NDCs would reduce the median used by DMERC-A in adjudicating the claim, I replace it with the revised value. Thus DMERC-A Medicare DME claims with a per-unit cost of $3.34 during the time period when this array is in effect would be replaced with a per-unit cost of $2.57 in the Dey-only and in the Roxane-only scenario and by $1.11 in the combined scenario. And similar to the approach used by the Medicaid program, the calculated amount would then be compared with the provider charged amount, with the DMERC paying the lesser of the two amounts.

In contrast to the three aforementioned DMERCs, DMERC-A did not consider the Roxane NovaPlus products as brand products in any of its arrays during the time period of interest. However, beginning in 2001Q4 and continuing until 2003Q4, these three products were added as generic products in the arrays, bringing the total number of Roxane products in these arrays to six.

To construct the sample of DMERC-A Ipratropium Bromide claims, I begin by excluding the 2,455 claims with a missing modifier code and the 113,897 claims with a paid amount of zero from the full set of 1,601,055 J7645-K0518-J7644 claims. I next drop the 31,461 claims with a third party payment amount or a deductible and I also drop the 10,809 claims for which I am unable to replicate the amount paid. Of the 1,442,433 claims still in the sample at this point, there are 67,733 for which I do not have matching array information and 13,159 for which the per-unit price does not coincide with the amount implied from the DMERC-A arrays described below. I exclude these claims from my subsequent analyses, and this leaves me with a sample of 1,361,541 claims with $214.340 million in total Medicare spending.

An examination of the DMERC-A DME claims reveals that the J7645 code was used from the first quarter of 1995 through the first quarter of 1997 (with a small number in 1997Q2), and that total spending for these claims was $10.836 million. I do not have any arrays for this J-code during this time period and these claims are therefore not included in my analysis sample.

As mentioned above, the K0518 code replaced the J7645 code and was used from the second quarter of 1997 until the first quarter of 2000 (with a very small number of claims in the first quarter of 1997). Total DMERC-A-administered Medicare DME spending for the remaining K0518 claims was $42.315 million during this three-year period. The first array that I have for this J-code pertains to the 1997Q2 period and includes four products total, two of which are Dey Complaint products and two of which are Roxane Complaint products. This array was then used for the next several quarters and was then revised in late 1999, when five additional products (one Dey, one Roxane, and three others) were added to the array. This same array remained in effect through and including the first quarter of 2001. Three additional products were added to the array in 2002Q2, with this array remaining unchanged in the next quarter.

Throughout this 5.5 year period, adjusting only the Dey AWPs leads to a reduction in the median, while adjusting both the Dey and the Roxane AWPs leads to an even larger decline. Because of this, the claims during this period that did not simply pay the amount implied by the provider charged amount have a value of DIFFERENCE that exceeds zero in all three scenarios (Dey only, Roxane only, and Combined). For each claim on which the provider charged amount was used (15.3 percent of all claims), I replace the per-unit price that prevailed during that time period with the revised one as described above and determine whether Medicare spending would have changed in each of the three scenarios.

According to the arrays for the next nine quarters from 2001Q4 to 2003Q4, when the three Dey products, six Roxane products, and seven other products are included in the arrays, replacing Dey's AWPs with 125 percent of the average pharmacy indirect price does not influence the median.[76]  An examination of the DMERC-A arrays reveals that this is driven by the addition of more products to the arrays. Thus in the Dey-only scenario, there is no effect on the amount paid for most claims during this period.

Applying the algorithm described above to the data when considering changes to the AWPs of Dey products but no corresponding change to the AWPs of Roxane products, I find that 570,672 of the 1,361,541 (41.9 percent) DMERC-A DME J7645-K0518-J7644 claims have a DIFFERENCE that is greater than zero. The total value of DIFFERENCE for these claims is equal to $29.913 million, which represents 14.0 percent of spending for these claims. It is worth noting that this does not include the associated effect on Medicare recipient co-payment amounts. I use the provider identifier along with the payment date to determine that there are 68,909 unique payments to health care providers that include one or more DMERC-A Medicare DME claims for the J7645-K0518-J7644 codes with a value of DIFFERENCE greater than zero.

Now suppose that, in addition to replacing the Dey products' AWPs with 125 percent of the average pharmacy indirect price, one were to do the same for the three Roxane-labeled Ipratropium Bromide products with product codes of 8402 while ignoring the three Roxane NovaPlus products. In this case, the total value of DIFFERENCE for the Medicare claims in the analysis sample described above would be $128.918 million, with 1.342 million of the 1.362 million claims (98.5 percent) having a value of DIFFERENCE that exceeds zero.[77]  Additionally,

---

[76] This remains true even if all three NovaPlus products are dropped from the array, lowering the total number of products used in calculating the median from 16 to 13.
[77] In the case when only these three Roxane products' AWPs are adjusted and Dey's AWPs remain unchanged, total Medicare spending would be lower by $29.938 million. Both the Dey-only and the Roxane-only results are the same

there are 139,833 pharmacy payments with at least one claim with a value of DIFFERENCE that exceeds zero.

And finally, suppose that in addition to replacing the AWPs for the three Dey products and the three Roxane products with product codes of 8402 with 125 percent of the average pharmacy indirect price, one were to do the same for the three Roxane NovaPlus products with product codes of 8404. In this case, the total value of DIFFERENCE for the Medicare claims in the analysis sample described above would be $148.703 million, with 1.344 million of the 1.362 million claims (98.7 percent) having a value of DIFFERENCE that exceeds zero.[78]  Additionally, there are 140,823 pharmacy payments with at least one claim with a value of DIFFERENCE that exceeds zero.


*B. The Effect for Albuterol (J7620-K0505-J7619)*

To determine the effect on DME Medicare spending of replacing Dey's AWP with 125 percent of Dey's average, pharmacy-specific price for each NDC-quarter in Dey's indirect data, I follow an algorithm analogous to the one described above for the three Ipratropium Bromide HCPCS codes. My final DMERC-A analysis sample for the three Albuterol HCPCS codes consists of 1,040,119 claims with $109.164 million in Medicare DME spending. My results indicate that DMERC-A-administered Medicare DME expenditures would not have fallen if the alternative AWPs described above had been used for the Dey products.

---

if, rather than dropping the NovaPlus products from the median calculations from 2001Q4 to 2003Q4, they are retained but their prices are left unchanged. However, the combined effect in this scenario is smaller (total DIFFERENCE of $119.501 million) because the number of products in the median calculation is 16 rather than 13.

[78] In the case when only these six Roxane products' AWPs are adjusted and Dey's remain unchanged, total Medicare spending would be lower by $91.422 million. This number is substantially larger than the one in the previous footnote because the median is affected when all six AWPs change in the 2001Q4 to 2003Q4 period.

The zero DIFFERENCE in this case reflects the fact that alternative AWPs for Dey products do not influence the median for any of the DMERC-A Albuterol arrays that I consider. This is true despite the fact that the AWPs for the Dey products in the DMERC-A arrays are several times larger than the actual transaction prices during the period considered.

## XXVIII. Medicare DME Summary

### A. The Effect for Ipratropium Bromide

Table 35 summarizes the findings from the preceding four sections for Ipratropium Bromide, separately listing the effect under five different scenarios for each of the four DMERCs. In the first scenario, I consider only changes to the AWPs of Dey products as described above, and arrive at a total value of DIFFERENCE of $213.357 million, as shown in the first panel of the table.[79]   Total Medicare DME expenditures for those claims that I consider was $2.039 billion, and thus this represents 10.5 percent of Medicare DME spending for these three HCPCS codes.  The fraction of claims for which spending declines is 38.3 percent and the total number of pharmacy payments with a DIFFERENCE greater than zero is 549,236.

The corresponding numbers for the Roxane-only scenario, in which Dey AWPs are left unchanged and the AWPs for the six Roxane Ipratropium Bromide products with product codes of 8402 and 8404 are revised as described above, are substantially greater. As shown in Panel B of this same Table, the total value of DIFFERENCE of $1.166 billion in this Roxane-only scenario is more than five times greater than in the Dey-only scenario. The fraction of claims for which spending declines is 94.8 percent and there are 1.199 million pharmacy payments with a DIFFERENCE greater than zero.

---

[79] The corresponding "Roxane-only" effect is $234.300 million if only the three 8402 products' AWPs are adjusted and $1.166 billion if those three and the three 8404 NovaPlus products' AWPs are adjusted.

As discussed above, the main reason for the discrepancy between the total value of DIFFERENCE in these two scenarios is that Roxane's NovaPlus products were frequently considered as brand products by the DMERCs.[80] Additionally, from 2001Q4 to 2003Q4, DMERC-A used the six Roxane products in a generic array versus just three Dey products during the same period. Palmetto also did this in the second quarter of 2003. Because six revised prices lead to bigger changes in the median than do three revised prices, for these DMERC-quarter combinations, the Roxane-only DIFFERENCE was larger than the Dey-only DIFFERENCE.[81]

It is therefore instructive to consider how large the effect on Medicare spending in the Roxane-only scenario would be if the NovaPlus products were simply removed from the arrays of the four DMERCs. This is summarized in Panel C of Table 35. As the table shows, the total value of DIFFERENCE is in this scenario $234.300 million, which is just 9.8 percent greater than the corresponding DIFFERENCE of $213.357 million in the Dey-only scenario. Thus the effect of the two firms is quite similar on this measure when one ignores NovaPlus.

These relative values and the difference between including versus excluding NovaPlus take on added significance when one considers the combined impact of simultaneously replacing both the Dey and the Roxane products' AWPs with 125 percent of the average pharmacy indirect price.  As shown in Panel D of Table 35, when one does this for the three Dey products' AWPs and for the six Roxane (including NovaPlus) AWPs, the total DIFFERENCE is equal to $1.413 billion. This is only slightly larger than the sum of the Dey-only and Roxane-only (with NovaPlus) values of DIFFERENCE, which is $1.380 billion.  Dividing the Dey-only and

---

[80] In all of these DMERC-quarters, the lowest price for a NovaPlus product falls below the generic median. Thus in the combined scenario when considering Novaplus products as brands, Dey's alternative AWPs and Roxane's 8402 AWPs have no effect. The total value of DIFFERENCE in these DMERC-quarter combinations is $897.029 million.

[81] In this case, the Roxane-only impact is only half as large as the combined impact ($61.484 million Roxane-only versus $130.870 million combined).

Roxane-only values of DIFFERENCE by this sum leads to fractions of .15466 and .84534, respectively. These fractions represent one potential measure of the contribution of each firm to the combined effect of using alternative AWPs on Medicare spending. Scaling the combined effect on Medicare spending listed in Panel D by these two fractions leads to a scaled DIFFERENCE of $218.535 million for Dey and $1.194 billion for Roxane.

The calculated amounts using this algorithm are, however, quite different if one ignores the three NovaPlus products in the DMERC arrays. The combined effect when one replaces the AWPs for the three Dey products and for the three non-NovaPlus Roxane products, which is summarized in Panel E of Table 35, is $1.103 billion.  Using the Dey-only and Roxane-only values of DIFFERENCE from Panels A and C of the same table lead to shares of 0.47661 and 0.52339, respectively. These fractions represent another potential measure of the contribution of each firm to the combined effect of using alternative AWPs on Medicare spending. Scaling the combined effect on Medicare spending listed in Panel E by these two fractions leads to a scaled DIFFERENCE of $525.746 million for Dey and $577.354 million for Roxane.

When considering the effect of Dey and Roxane on Medicare spending, two issues are especially important. The first concerns the difference between considering the effect of replacing each firm's AWPs while holding the other firm's AWPs constant versus replacing the AWPs for both firms' products simultaneously. In all of the arrays I have left unchanged the AWPs of all other (non-Dey and non-Roxane) firms' products. However, the fact that both Dey and Roxane have published AWPs that are substantially in excess of their true transaction prices suggests that their combined effect will provide a substantially more accurate measure of the overall loss to the Medicare program.

This is perhaps easiest to see by considering two examples from the arrays presented above. In the first array, for the Palmetto DMERC, the median fell from $3.52 to $3.22 (per milligram) when only the Dey products' AWPs were changed and by an identical amount when only the Roxane products' AWPs were changed.  But as demonstrated above, the two firms accounted for six of the seven products in the array and were selling to pharmacies for an average per-milligram price of between $1.30 and $1.39 during the same quarter.[82] Scaling these by 1.25 leads me to replace their AWPs with values between $1.63 and $1.74. Thus the median from this array of $3.22 is almost twice as large as is the alternative AWPs for both firms' products. If, however, I replace all six AWPs simultaneously then the median is equal to $1.70, which is still approximately 25 percent greater than the actual average price of both firms' products.

In the case of the previous array, replacing both firms' AWPs simultaneously leads to a larger value of DIFFERENCE than replacing the AWPs of one firm at a time.  The sum of the Dey-only and Roxane-only effects would essentially be to reduce the per-milligram allowed amount by $0.60, which is equal to the sum of the $0.30 reduction caused by Dey and the $0.30 reduction caused by Roxane. The corresponding reduction in the combined scenario would be three times greater at $1.82. Indeed, if the AWP for the one other product in the array had been $3.52, then neither Dey nor Roxane would have any DIFFERENCE when leaving the AWPs for the other firm unchanged.

As the next array for the DMERC AdminaStar listed in the report shows, it is not necessarily true that the combined scenario leads to a larger overall DIFFERENCE than when one sums the DIFFERENCE from the Dey-only and Roxane-only scenario.  When replacing the AWPs for only Dey products while leaving the Roxane products' AWPs unchanged, the median

---

[82] These numbers were scaled by 1.25

falls from $3.52 to $1.95. The median falls by an identical amount when one leaves unchanged the Dey AWPs but replaces the Roxane AWPs. However, when the AWPs for both firms are replaced, the median declines to $1.39. The sum of the Dey-only and Roxane-only effects would essentially be to reduce the per-milligram allowed amount by $3.14 (the sum of $1.57 and $1.57) versus a reduction of just $2.13 in the combined scenario. Indeed, if the AWPs of the two other products in the array had been $1.38 or lower (they are $1.80 and $2.10), the sum of the Dey-only and Roxane-only effect would be twice as large as the combined effect.

As these two examples illustrate, depending on the distribution of the prices of other firms' products in the array, the sum of the Dey-only and Roxane-only effects could lead to a zero DIFFERENCE or to a DIFFERENCE that is twice as large as the combined value of DIFFERENCE.  But the combined DIFFERENCE more accurately captures the effect of using alternative AWPs for the two firms' products with prices that are more reflective of actual transaction prices. The reduction in Medicare expenditures that would result if Dey and Roxane had both reported more accurate AWPs as described above is only captured by the combined DIFFERENCE rather than the sum of their individual DIFFERENCE measures.

The second issue that is especially important in considering the effect of Dey and Roxane on Medicare spending is the treatment of Roxane's NovaPlus products. The combined DIFFERENCE is substantially larger ($1.413 billion versus $1.103 billion) if one does adjust the NovaPlus prices. However, the relative contribution of the two firms using the algorithm described above is quite different. More specifically, Dey's scaled DIFFERENCE is more than twice as large in the no-NovaPlus case as it is in the case with NovaPlus prices adjusted. However, Roxane's scaled DIFFERENCE is more than twice as large in the case with NovaPlus prices adjusted.

In considering this issue, the utilization information for the Medicaid program summarized in Table 36 is informative.[83] The table lists the number of Medicaid-reimbursed prescriptions (taken from SDUD) by quarter from 1998Q1 to 2003Q4 for all three Dey products and all six Roxane products ever listed in the DMERC arrays. The table also lists the total number of products for all other Ipratropium Bromide products ever listed in the DMERC arrays. As the table shows, in every quarter from 1998Q1 to 2000Q2, Dey and Roxane combined accounted for more than 91 percent of the prescriptions, with their combined share peaking at 98.0 percent in 2000Q1. The combined share declined somewhat during the subsequent three years, primarily because of a decline in Roxane's market share.

This table also demonstrates that, while the number of prescriptions filled for all three of the Dey products and all three of the non-NovaPlus Roxane products is substantial (ranging from 60,470 to 1,843,223) the number of NovaPlus prescriptions is very small. Adding up the number for all three NDCs suggests that only 48 NovaPlus prescriptions were paid for by the Medicaid program throughout the U.S. during this six year period.  Thus while NovaPlus AWPs have a massive impact on the DIFFERENCE calculations described above, it seems likely that very few of those Medicare-reimbursed claims were for NovaPlus products.

And finally, one can see from this same table that the utilization of the three Dey products is greater than it is for the six Roxane products during this six-year period. Another potential way of allocating the DIFFERENCE between the two firms is to consider their relative market shares as estimated by the Medicaid utilization data presented in this table.

*B. The Effect for Albuterol*

---

[83] One cannot construct this same data for Medicare because that program reimburses on a J-code rather than an NDC basis.

My findings for the three Albuterol HCPCS codes indicate a much smaller effect. In this case, I consider just one scenario, which is to adjust the AWPs of Dey products with 125 percent of the average pharmacy indirect price as described above. My results indicate a total DIFFERENCE across all four DMERCs of $2.251 million, which represents 0.2 percent of the $1.360 billion in expenditures for the claims in my four DMERC Albuterol analysis samples. This information is summarized in Table 37.

As discussed above, the ratio of DIFFERENCE to the total amount paid is much smaller for Albuterol HCPCS codes than the corresponding ratio for Ipratropium Bromide, even though the discrepancies between the specific products' AWPs and their actual transaction prices are quite similar. This is because, given both the number of other products and the distribution of these products' prices in the array, the use of alternative AWPs for Dey products in the Albuterol arrays typically has no effect on the generic median.

## XXIX. Conclusion

In this report I use data from several different sources to determine the amount by which spending by the federal Medicare and federal-state Medicaid programs would have changed if prices reflective of the actual prices at which Dey was transacting business had been used for the AWP and WAC of Dey products. For my analyses of the Medicaid program, I focus on the 26 NDCs listed in the United States' Complaint and for my analysis of the Medicare program I focus on 6 of the 14 J-codes listed in the Complaint.

The results that I summarize above indicate that federal expenditures for the Medicaid program would have been $160.205 million lower during the 1992 to 2008Q1 period for the 26 NDCs listed in the Complaint. This dollar amount does not include the $112.752 million impact on state governments' Medicaid expenditures.

My results also demonstrate that federal expenditures for the Medicare program would have been at least $215.609 million lower during the same time period if the alternative transaction price parameters described above had been used for the AWPs of certain Dey Ipratropium Bromide and Albuterol products. Given that Roxane's Ipratropium Bromide products are also included in the Ipratropium Bromide HCPCS code arrays, and also had AWPs that were substantially in excess of their actual average prices, the combined effect on Medicare spending of considering alternative AWPs for both firms simultaneously is larger. In the case when NovaPlus is considered the total DIFFERENCE is $1.413 billion (which excludes Dey's $2.252 million Albuterol impact) and when NovaPlus is ignored the combined DIFFERENCE is $1.103 billion.

At various stages in my analysis – indeed at virtually every step where I believed there were two or more acceptable ways to proceed in analyzing the Dey, Medicare, and Medicaid data – I deliberately chose the conservative approach, that is, the approach that minimized the dollar difference and the number of provider payments and claims reported in the Executive Summary of this Report. My results are also conservative because I have excluded several J-codes from the analysis, have only considered Medicare's DME claims, have ignored the effect on Medicaid HCPCS claims, and have ignored any effect of Dey AWPs on the FUL prices for drugs in the same group.

_____

Mark G. Duggan, Ph.D.

January 23, 2009



Figure 1A: Dey's FDB AWP and WAC versus Dey's Direct Avg Price for Alb Sulf (49502069703)



**Figure 1B: Dey's FDB AWP and WAC vs. Dey's Direct Avg Price for Ipra Brom (49502068503)**



Figure 2A: Dey's FDB AWP and WAC vs. Indirect Avg Price for Pharmacy COTs for Alb Sulf (49502069703)

**Figure 2B: Dey's FDB AWP and WAC vs. Indirect Avg Price for Pharmacy COTs for Ipra Brom (49502068503)**



**Table 1: Dey Direct Transaction Data 1992-2007**

*Shelf Cartons, Amount Billed, Chargebacks, Rebates, Returned Goods, Ship Price Error, Other Credits and Average Prices by Product NDC*

| NDC | Product Description | Records | Shelf Cartons | Amount Billed | Charge Backs | Rebates | Returned Goods | Ship Price Error | Other Credits | Total Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|
| 49502030317 | ALBUTEROL INHAL AEROSOL 17g | 49,117 | 11,749,576 | $ 62,867,534 | $ (14,377,336) | $ (1,941,149) | $ (188,853) | $ (974,976) | $ - | $ 45,385,221 |
| 49502033317 | ALBUTEROL INHAL AEROSOL 17g | 19,164 | 5,828,830 | $ 35,080,364 | $ (5,846,079) | $ (1,605,274) | $ (3,073,368) | $ (270,707) | $ (50) | $ 24,284,587 |
| 49502030327 | ALBUTEROL MDI, REFILL | 13,696 | 301,342 | $ 1,500,551 | $ (402,674) | $ (68,049) | $ (71,948) | $ (5,715) | $ - | $ 952,164 |
| 49502033327 | ALBUTEROL MDI, REFILL | 911 | (2) | $ (2,306) | $ (2,835) | $ 536 | $ (4) | $ - | $ - | $ (4,608) |
| 49502069730 | ALBUTEROL SULF 0.083% 1PK 30'S | 12,388 | 281,443 | $ 1,405,368 | $ (397,526) | $ (32,231) | $ (6,494) | $ 2 | $ - | $ 969,119 |
| 49502069703 | ALBUTEROL SULF 0.083% 3ML 25'S | 218,578 | 67,470,705 | $ 612,210,161 | $ (153,260,183) | $ (25,434,160) | $ (4,039,206) | $ (2,142,521) | $ (171,069) | $ 427,163,021 |
| 49502069733 | ALBUTEROL SULF 0.083% 3ML 30'S | 71,037 | 4,822,634 | $ 36,448,575 | $ (5,100,239) | $ (2,515,237) | $ (459,060) | $ (182,027) | $ (9,981) | $ 28,182,030 |
| 49502069760 | ALBUTEROL SULF 0.083% 3ML 60'S | 150,261 | 30,315,486 | $ 476,098,222 | $ (49,117,952) | $ (21,947,801) | $ (2,698,631) | $ (2,421,275) | $ (90,399) | $ 399,822,166 |
| 49502069724 | ALBUTEROL SULF 0.083% 5PK 25'S | 50,220 | 20,684,516 | $ 67,126,765 | $ (14,387,589) | $ (5,385,234) | $ (66,273) | $ (222,327) | $ (2,750) | $ 47,062,592 |
| 49502069729 | ALBUTEROL SULF 0.083% 5PK 30'S | 36,936 | 2,283,977 | $ 9,073,590 | $ (2,285,121) | $ (473,428) | $ (35,644) | $ (8,891) | $ (21) | $ 6,270,485 |
| 49502069761 | ALBUTEROL SULF 0.083% 5PK 60'S | 40,523 | 7,233,417 | $ 49,236,168 | $ (9,765,967) | $ (1,075,507) | $ (124,872) | $ (35,561) | $ - | $ 38,234,261 |
| 49502010501 | ALBUTEROL SULF 0.5% 20 mL | 45,553 | 4,539,279 | $ 20,681,027 | $ (3,478,793) | $ (591,435) | $ (723,370) | $ (40,296) | $ (200) | $ 15,846,933 |
| 49502019620 | ALBUTEROL SULF 0.5% 20 mL | 41,904 | 5,599,683 | $ 33,840,724 | $ (7,580,032) | $ (581,267) | $ (340,445) | $ (77,277) | $ - | $ 25,261,703 |
| 49502068912 | CROMOLYN SOD 20MG/2ML 120'S | 122,474 | 2,512,529 | $ 116,686,862 | $ (9,123,230) | $ (9,503,854) | $ (4,217,097) | $ (1,205,537) | $ (1,284) | $ 92,635,860 |
| 49502068961 | CROMOLYN SOD 20MG/2ML 5PK 60'S | 24,141 | 272,846 | $ 2,857,806 | $ (448,624) | $ (167,321) | $ (98,431) | $ (5,356) | $ - | $ 2,138,074 |
| 49502068902 | CROMOLYN SOD 20MG/2ML 60'S | 159,705 | 6,464,113 | $ 144,162,092 | $ (11,168,100) | $ (9,830,665) | $ (3,180,920) | $ (1,739,787) | $ (74,957) | $ 118,167,664 |
| 49502068503 | IPRATROPIUM BR .02% 2.5ML 25'S | 137,068 | 26,584,723 | $ 400,441,315 | $ (97,194,420) | $ (33,805,036) | $ (5,585,977) | $ (2,082,761) | $ (124,747) | $ 261,648,374 |
| 49502068533 | IPRATROPIUM BR .02% 2.5ML 30'S | 47,323 | 1,973,855 | $ 30,919,817 | $ (6,271,871) | $ (3,416,443) | $ (961,409) | $ (110,474) | $ (6,715) | $ 20,152,904 |
| 49502068560 | IPRATROPIUM BR .02% 2.5ML 60'S | 98,582 | 10,166,001 | $ 303,025,446 | $ (62,097,396) | $ (16,522,209) | $ (5,141,877) | $ (1,519,549) | $ (95,735) | $ 217,648,679 |
| 49502068530 | IPRATROPIUM.02% 2.5ML 1PK 30'S | 12,530 | 312,705 | $ 1,716,182 | $ (465,683) | $ (31,973) | $ (9,822) | $ (389) | $ - | $ 1,208,315 |
| 49502068531 | IPRATROPIUM.02% 2.5ML 30'S | 13,746 | 699,884 | $ 2,948,020 | $ (689,923) | $ (172,236) | $ (36,826) | $ (1,751) | $ - | $ 2,047,283 |
| 49502068524 | IPRATROPIUM.02% 2.5ML 5PK 25'S | 39,602 | 5,646,126 | $ 32,417,057 | $ (13,160,722) | $ (2,837,722) | $ (796,392) | $ (58,443) | $ - | $ 15,563,778 |
| 49502068526 | IPRATROPIUM.02% 2.5ML 5PK 25'S | 12,966 | 2,262,672 | $ 7,741,871 | $ (1,835,015) | $ (428,354) | $ (14,181) | $ (30,296) | $ - | $ 5,434,025 |
| 49502068529 | IPRATROPIUM.02% 2.5ML 5PK 30'S | 12,958 | 607,995 | $ 4,598,697 | $ (2,137,497) | $ (191,227) | $ (122,381) | $ (8,873) | $ - | $ 2,138,718 |
| 49502068561 | IPRATROPIUM.02% 2.5ML 5PK 60'S | 15,252 | 1,660,279 | $ 18,203,400 | $ (6,493,601) | $ (361,832) | $ (110,634) | $ (40,782) | $ - | $ 11,196,551 |
| 49502068562 | IPRATROPIUM.02% 2.5ML 60'S | 23,113 | 2,177,567 | $ 16,378,855 | $ (3,463,729) | $ (324,033) | $ (77,067) | $ (13,117) | $ - | $ 12,500,909 |
| | Total | 1,469,748 | 222,452,181 | $ 2,487,664,161 | $ (480,552,436) | $ (139,243,141) | $ (32,181,182) | $ (13,198,686) | $ (577,908) | $ 1,821,910,808 |

**Table 2: Dey Direct Transaction Data 1992-2007**

*Shelf Cartons, Amount Billed, Chargebacks, Rebates, Returned Goods, Ship Price Error, Other Credits  and NDC Count by Year-Quarter*

| Year | Quarter | Records | Shelf Cartons | Amount Billed | Charge Backs | Rebates | Returned Goods | Ship Price Error | Other Credits | Net Sales | # NDCs |
|------|---------|---------|---------------|---------------|--------------|---------|----------------|------------------|---------------|-----------|--------|
| 1992 | Q1 | 145 | 107,296 | $ 2,098,589 | $ | $ | $ (6,886) | $ | $ | $ 2,091,703 | 1 |
| 1992 | Q2 | 2,021 | 468,124 | $ 7,594,060 | $ (333,028) | $ (24,139) | $ | $ (2,087) | $ (2,495) | $ 7,232,312 | 2 |
| 1992 | Q3 | 4,255 | 671,510 | $ 12,914,963 | $ (1,577,613) | $ (42,623) | $ 12,211 | $ (3,657) | $ (15,995) | $ 11,287,285 | 2 |
| 1992 | Q4 | 3,962 | 723,509 | $ 15,075,808 | $ (2,305,112) | $ (262,274) | $ 615 | $ (4,614) | $ (3,806) | $ 12,500,616 | 2 |
| 1993 | Q1 | 4,839 | 1,092,229 | $ 23,665,712 | $ (2,199,904) | $ (232,162) | $ (7,197) | $ (51,971) | $ | $ 21,174,479 | 2 |
| 1993 | Q2 | 4,728 | 978,969 | $ 20,175,159 | $ (2,864,725) | $ (504,839) | $ (27,592) | $ (17,374) | $ | $ 16,760,830 | 2 |
| 1993 | Q3 | 6,126 | 928,709 | $ 18,523,196 | $ (3,300,640) | $ (412,460) | $ (38,630) | $ (147,763) | $ | $ 14,623,702 | 2 |
| 1993 | Q4 | 6,093 | 1,250,833 | $ 23,202,873 | $ (2,783,731) | $ (460,504) | $ (26,515) | $ (112,083) | $ | $ 19,820,039 | 3 |
| 1994 | Q1 | 6,859 | 1,436,193 | $ 26,849,960 | $ (4,551,629) | $ (334,219) | $ (73,737) | $ (17,759) | $ | $ 21,872,617 | 3 |
| 1994 | Q2 | 8,338 | 1,723,487 | $ 37,111,205 | $ (4,718,678) | $ (280,393) | $ (180,761) | $ (184,255) | $ | $ 31,747,118 | 5 |
| 1994 | Q3 | 8,945 | 1,402,208 | $ 27,436,299 | $ (3,466,013) | $ (278,562) | $ (74,290) | $ (154,068) | $ | $ 23,463,338 | 5 |
| 1994 | Q4 | 13,874 | 1,658,068 | $ 34,199,791 | $ (7,084,650) | $ (1,747,469) | $ (938,859) | $ (138,937) | $ | $ 24,289,876 | 5 |
| 1995 | Q1 | 14,786 | 2,194,949 | $ 42,660,295 | $ (6,516,122) | $ (1,097,529) | $ (165,822) | $ (23,053) | $ | $ 34,857,769 | 5 |
| 1995 | Q2 | 16,663 | 2,072,329 | $ 39,142,788 | $ (6,976,339) | $ (1,016,630) | $ (256,678) | $ (2,032) | $ | $ 30,890,510 | 5 |
| 1995 | Q3 | 15,769 | 1,731,702 | $ 32,465,917 | $ (4,254,162) | $ (1,129,652) | $ (162,796) | $ (54,943) | $ | $ 26,864,364 | 5 |
| 1995 | Q4 | 17,453 | 2,045,704 | $ 40,748,304 | $ (5,837,824) | $ (1,179,431) | $ (137,383) | $ (59,757) | $ | $ 33,533,910 | 5 |
| 1996 | Q1 | 19,188 | 3,154,649 | $ 54,771,533 | $ (7,284,749) | $ (1,587,019) | $ (195,443) | $ (29,118) | $ | $ 45,675,204 | 7 |
| 1996 | Q2 | 19,956 | 2,847,776 | $ 52,973,978 | $ (7,452,627) | $ (2,475,007) | $ (63,780) | $ (238,944) | $ | $ 42,743,620 | 7 |
| 1996 | Q3 | 20,223 | 2,786,994 | $ 47,165,863 | $ (6,973,636) | $ (1,938,775) | $ (112,091) | $ (384,732) | $ | $ 37,756,629 | 7 |
| 1996 | Q4 | 22,023 | 3,336,536 | $ 52,347,373 | $ (9,434,322) | $ (3,571,047) | $ (140,996) | $ (1,246,952) | $ | $ 37,954,055 | 8 |
| 1997 | Q1 | 25,217 | 4,325,814 | $ 68,330,272 | $ (10,945,514) | $ (3,107,918) | $ (241,012) | $ (676,961) | $ | $ 53,358,867 | 10 |
| 1997 | Q2 | 28,151 | 4,357,183 | $ 60,206,639 | $ (8,623,936) | $ (2,631,557) | $ (184,558) | $ (244,308) | $ | $ 48,522,280 | 10 |
| 1997 | Q3 | 30,064 | 3,642,012 | $ 53,482,680 | $ (8,128,721) | $ (2,309,118) | $ (161,160) | $ (349,681) | $ | $ 42,533,998 | 11 |
| 1997 | Q4 | 31,627 | 4,214,813 | $ 65,756,399 | $ (10,872,309) | $ (2,934,771) | $ (598,128) | $ (68,652) | $ | $ 51,282,538 | 11 |
| 1998 | Q1 | 32,369 | 5,658,561 | $ 81,774,117 | $ (10,183,321) | $ (5,338,382) | $ (569,371) | $ (467,355) | $ | $ 65,215,688 | 11 |
| 1998 | Q2 | 30,177 | 4,916,967 | $ 71,803,160 | $ (8,694,312) | $ (3,421,186) | $ (326,890) | $ (442,672) | $ | $ 58,918,100 | 11 |
| 1998 | Q3 | 26,451 | 5,228,878 | $ 69,746,093 | $ (7,814,088) | $ (2,593,430) | $ (427,566) | $ (381,929) | $ | $ 58,529,070 | 11 |
| 1998 | Q4 | 34,278 | 4,655,252 | $ 64,714,803 | $ (12,819,905) | $ (3,296,997) | $ (1,025,217) | $ (495,067) | $ | $ 47,077,617 | 11 |
| 1999 | Q1 | 35,204 | 5,842,729 | $ 77,743,918 | $ (13,916,250) | $ (3,308,459) | $ (712,491) | $ (396,329) | $ | $ 59,410,389 | 11 |
| 1999 | Q2 | 34,957 | 5,838,353 | $ 77,710,652 | $ (10,656,498) | $ (1,513,315) | $ (1,138,928) | $ (681,216) | $ | $ 63,720,694 | 11 |
| 1999 | Q3 | 33,767 | 6,090,889 | $ 85,273,994 | $ (10,763,313) | $ (5,972,614) | $ (3,912,846) | $ (367,612) | $ (52,312) | $ 64,205,297 | 12 |
| 1999 | Q4 | 34,646 | 4,769,211 | $ 57,972,465 | $ (3,665,833) | $ (4,528,965) | $ (1,787,292) | $ (398,158) | $ (178,846) | $ 37,413,371 | 12 |
| 2000 | Q1 | 43,456 | 5,768,502 | $ 69,431,480 | $ (14,949,419) | $ (4,303,943) | $ (2,655,150) | $ (394,415) | $ (127,626) | $ 47,000,928 | 12 |
| 2000 | Q2 | 34,990 | 5,019,146 | $ 61,214,806 | $ (12,976,726) | $ (2,820,535) | $ (712,006) | $ (536,275) | $ (47,236) | $ 44,122,028 | 12 |
| 2000 | Q3 | 32,691 | 7,417,331 | $ 94,951,010 | $ (14,347,317) | $ (4,544,145) | $ (1,056,448) | $ (268,453) | $ (5,958) | $ 74,728,688 | 14 |
| 2000 | Q4 | 31,147 | 4,864,472 | $ 49,829,053 | $ (16,485,997) | $ (7,495,634) | $ (1,034,290) | $ (400,206) | $ (81,382) | $ 24,331,543 | 14 |
| 2001 | Q1 | 31,309 | 5,948,034 | $ 56,842,317 | $ (14,020,050) | $ (3,178,119) | $ (450,080) | $ (264,152) | $ (3,239) | $ 38,926,677 | 14 |
| 2001 | Q2 | 31,411 | 5,897,315 | $ 55,042,485 | $ (17,858,593) | $ (5,934,833) | $ (580,837) | $ (249,306) | $ (1,220) | $ 30,417,698 | 14 |
| 2001 | Q3 | 30,436 | 5,637,647 | $ 64,113,977 | $ (10,737,915) | $ (8,041,512) | $ 147,126 | $ (217,662) | $ (3,332) | $ 45,260,684 | 14 |
| 2001 | Q4 | 35,593 | 3,950,740 | $ 41,733,306 | $ (13,254,707) | $ (6,990,789) | $ (1,671,434) | $ (488,417) | $ (34,448) | $ 19,293,512 | 14 |
| 2002 | Q1 | 32,077 | 5,622,770 | $ 46,824,311 | $ (11,216,381) | $ (1,145,700) | $ (769,765) | $ (510,612) | $ (1,324) | $ 33,180,530 | 13 |
| 2002 | Q2 | 31,404 | 5,740,143 | $ 48,997,217 | $ (8,736,642) | $ (523,963) | $ (791,718) | $ (188,710) | $ (1,465) | $ 38,754,718 | 12 |
| 2002 | Q3 | 28,029 | 4,550,271 | $ 43,445,762 | $ (12,315,638) | $ (3,310,124) | $ (1,742,126) | $ (165,904) | $ (1,006) | $ 25,910,954 | 13 |
| 2002 | Q4 | 27,561 | 5,608,179 | $ 46,609,788 | $ (9,663,710) | $ (3,354,789) | $ (1,445,378) | $ (49,850) | $ (1,408) | $ 32,094,652 | 12 |
| 2003 | Q1 | 27,341 | 3,449,324 | $ 27,420,854 | $ (9,387,198) | $ (3,457,589) | $ (414,069) | $ (81,005) | $ (472) | $ 14,080,520 | 12 |
| 2003 | Q2 | 27,724 | 3,792,821 | $ 27,286,148 | $ (9,554,163) | $ (2,220,399) | $ (264,307) | $ (267,978) | $ (2,227) | $ 14,977,074 | 12 |
| 2003 | Q3 | 29,250 | 4,417,421 | $ 32,866,056 | $ (6,635,725) | $ (3,240,871) | $ (881,749) | $ (239,130) | $ (1,405) | $ 21,867,175 | 11 |
| 2003 | Q4 | 26,615 | 4,068,650 | $ 28,945,124 | $ (7,317,798) | $ (2,477,086) | $ (361,128) | $ (10,205) | $ (1,319) | $ 18,777,590 | 10 |
| 2004 | Q1 | 32,105 | 3,984,705 | $ 27,846,840 | $ (9,726,539) | $ (2,329,941) | $ (696,507) | $ (176,128) | $ (2,291) | $ 14,915,434 | 17 |
| 2004 | Q2 | 31,503 | 4,667,118 | $ 36,610,900 | $ (9,064,383) | $ (1,978,898) | $ (538,026) | $ (232,001) | $ (1,822) | $ 24,795,770 | 18 |
| 2004 | Q3 | 27,106 | 3,618,466 | $ 24,373,003 | $ (8,941,961) | $ (2,429,743) | $ (531,628) | $ (154,666) | $ (1,000) | $ 12,314,006 | 18 |
| 2004 | Q4 | 24,824 | 2,764,479 | $ 13,589,837 | $ (13,814,274) | $ (1,230,043) | $ (300,288) | $ (68,588) | $ (500) | $ (1,823,857) | 17 |
| 2005 | Q1 | 26,144 | 3,196,908 | $ 13,617,856 | $ (3,448,853) | $ (954,774) | $ (366,495) | $ (30,480) | $ (750) | $ 8,816,505 | 19 |
| 2005 | Q2 | 27,003 | 3,368,009 | $ 15,583,465 | $ (3,409,655) | $ (1,433,472) | $ (360,365) | $ (29,609) | $ (750) | $ 10,349,613 | 20 |
| 2005 | Q3 | 25,193 | 3,127,577 | $ 14,174,710 | $ (3,098,439) | $ (1,043,466) | $ (267,072) | $ (190,941) | $ (750) | $ 9,574,042 | 20 |
| 2005 | Q4 | 25,203 | 3,721,884 | $ 16,394,014 | $ (3,357,393) | $ (1,066,376) | $ (108,442) | $ (5,801) | $ (750) | $ 11,855,254 | 19 |
| 2006 | Q1 | 26,803 | 3,453,121 | $ 14,557,752 | $ (3,600,655) | $ (941,141) | $ (161,920) | $ (4,752) | $ (750) | $ 9,848,534 | 19 |
| 2006 | Q2 | 27,193 | 3,613,073 | $ 15,908,178 | $ (3,318,481) | $ (853,121) | $ (153,762) | $ (17,262) | $ | $ 11,565,552 | 21 |
| 2006 | Q3 | 32,125 | 3,863,785 | $ 17,385,192 | $ (4,294,252) | $ (727,117) | $ (175,467) | $ (6,179) | $ | $ 12,182,175 | 17 |
| 2006 | Q4 | 33,996 | 4,826,820 | $ 19,700,634 | $ (4,135,973) | $ (875,948) | $ (91,184) | $ (67,215) | $ (24) | $ 14,530,290 | 19 |
| 2007 | Q1 | 36,362 | 4,341,035 | $ 16,729,241 | $ (3,883,487) | $ (807,592) | $ (64,581) | $ (38,747) | $ | $ 11,934,835 | 20 |
| | Total | 1,469,748 | 222,452,181 | $ 2,487,664,161 | $ (480,552,436) | $ (139,243,141) | $ (32,181,182) | $ (13,198,686) | $ (577,908) | $ 1,821,910,808 | 26 |

**Table 3: Dey Direct Transaction Data 1992-2007**

*Amount Billed, Chargebacks, Rebates, Returned Goods, Ship Price Error and Other Credits by Reason Code Descriptions*

| Reason Code Description | Records | Shelf Cartons | Amount Billed | Chargebacks | Rebates | Returned Goods | Ship Price Error | Other Credits | Total Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| Regular Shipments | 421,245 | 225,546,314 | $ 2,491,084,248 | $ - | $ - | $ - | $ - | $ - | $ 2,491,084,248 |
| Chargebacks | 819,635 | - | $ (2,728) | $ (440,702,877) | $ - | $ - | $ - | $ - | $ (440,705,604) |
| Rebates: Source Program | 16,651 | - | $ 853 | $ - | $ (54,170,543) | $ - | $ - | $ - | $ (54,169,691) |
| WAC Adjustment for Wholesalers | 4,386 | - | $ - | $ (39,608,191) | $ - | $ - | $ - | $ - | $ (39,608,191) |
| Rebates: Incentive | 12,107 | - | $ (314) | $ - | $ (36,987,716) | $ - | $ - | $ - | $ (36,988,029) |
| Rebates: Retail Generic Distributors | 11,132 | - | $ (3) | $ - | $ (20,761,705) | $ - | $ - | $ - | $ (20,761,708) |
| Rebates: Home Care Pharmacy | 1,095 | - | $ (490) | $ - | $ (15,498,325) | $ - | $ - | $ - | $ (15,498,325) |
| Expired/Short Dated - Returned | 96,137 | (1,379,263) | $ (4) | $ - | $ - | $ (15,061,397) | $ - | $ - | $ (15,061,401) |
| Rebates:Promotional | 2,714 | - | $ - | $ - | $ (11,824,852) | $ - | $ - | $ - | $ (11,824,852) |
| Pricing Error | 6,804 | 2,848 | $ - | $ - | $ - | $ - | $ (7,371,869) | $ - | $ (7,371,869) |
| Returns: Product Recall | 12,205 | (449,012) | $ - | $ - | $ - | $ (6,328,065) | $ - | $ - | $ (6,328,065) |
| Shelf Stock Credit | 6,916 | (3,003) | $ - | $ - | $ - | $ - | $ (5,119,579) | $ - | $ (5,119,579) |
| Invoicing (Issued by Accounting) | 905 | (457,951) | $ (3,419,077) | $ - | $ - | $ - | $ - | $ - | $ (3,419,077) |
| Returns: Over Stock | 497 | (123,915) | $ - | $ - | $ - | $ (2,528,247) | $ - | $ - | $ (2,528,247) |
| Dey Order Entry or Shipping Error | 2,036 | (128,805) | $ - | $ - | $ - | $ (2,357,908) | $ - | $ - | $ (2,357,908) |
| Expired/Short Dated - Destroyed in Field | 32,148 | (180,411) | $ - | $ - | $ - | $ (1,912,858) | $ - | $ - | $ (1,912,858) |
| Returns: Damaged in Transit | 5,059 | (164,933) | $ - | $ - | $ - | $ (1,817,847) | $ - | $ - | $ (1,817,847) |
| Returns: Order Error | 212 | (70,257) | $ - | $ - | $ - | $ (852,907) | $ - | $ - | $ (852,907) |
| Concealed Damage | 10,647 | (50,301) | $ - | $ - | $ - | $ (673,697) | $ - | $ - | $ (673,697) |
| Recall Freight and Handling | 984 | (1,110) | $ - | $ - | $ - | $ - | $ - | $ (475,878) | $ (475,878) |
| Chargeback Adjustments | 72 | - | $ (110) | $ (241,368) | $ - | $ - | $ - | $ - | $ (241,478) |
| Short Ship: Freight Carrier | 386 | (17,738) | $ - | $ - | $ - | $ - | $ (215,565) | $ - | $ (215,565) |
| Short Ship: Delivery | 389 | (14,223) | $ - | $ - | $ - | $ - | $ (203,946) | $ - | $ (203,946) |
| Other | 157 | (2,174) | $ - | $ - | $ - | $ (180,922) | $ - | $ - | $ (180,922) |
| Price Differential | 634 | (740) | $ - | $ - | $ - | $ (148,624) | $ (26,822) | $ - | $ (175,446) |
| Exception to Policy | 349 | (29,589) | $ - | $ - | $ - | $ (140,330) | $ - | $ - | $ (140,330) |
| Returns: Discontinued Use | 521 | (10,588) | $ - | $ - | $ - | $ (138,736) | $ - | $ - | $ (138,736) |
| Short Ship: Dey Error | 157 | (8,065) | $ - | $ - | $ - | $ - | $ (131,129) | $ - | $ (131,129) |
| Customer Cash Discounts | 114 | - | $ - | $ - | $ - | $ - | $ (126,636) | $ - | $ (126,636) |
| Returns Allowance | 160 | - | $ - | NULL | $ - | $ (81,074) | $ - | $ - | $ (81,074) |
| Chargeback Admin. Fees | 113 | - | $ - | $ - | $ - | $ 67,486 | $ - | $ (95,491) | $ (28,005) |
| Concealed Damage - Destroyed in Field | 812 | (3,322) | $ - | $ - | $ - | $ (26,918) | $ - | $ - | $ (26,918) |
| Center Labs Reimbursement | 15 | 128 | $ - | $ - | $ - | $ 12,826 | $ - | $ - | $ 12,826 |
| Short Ship: Concealed Shortage | 53 | (926) | $ - | $ - | $ - | $ - | $ (10,411) | $ - | $ (10,411) |
| Short Ship: Delivery Error | 134 | 1,314 | $ - | $ - | $ - | $ - | $ 7,272 | $ - | $ 7,272 |
| Non Recall Handling Fees | 88 | - | $ - | $ - | $ - | $ - | $ - | $ (6,539) | $ (6,539) |
| Returns: Product Quality | 102 | (406) | $ - | $ - | $ - | $ (5,461) | $ - | $ - | $ (5,461) |
| Disputed Concealed Damage | 46 | (394) | $ - | $ - | $ - | $ (2,000) | $ - | $ - | $ (2,000) |
| Creditable Vials | 1,364 | (591) | $ - | $ - | $ - | $ (1,822) | $ - | $ - | $ (1,822) |
| Returned Replacement Product | 24 | (130) | $ - | $ - | $ - | $ (1,458) | $ - | $ - | $ (1,458) |
| NULL | 1 | 24 | $ 1,296 | $ - | $ - | $ - | $ - | $ - | $ 1,296 |
| Recall: EpiPens/Jrs. | 534 | (23) | $ - | $ - | $ - | $ (521) | $ - | $ - | $ (521) |
| Discontinued Items | 2 | (21) | $ - | $ - | $ - | $ (454) | $ - | $ - | $ (454) |
| Inclement Weather | 2 | (36) | $ - | $ - | $ - | $ (145) | $ - | $ - | $ (145) |
| Returns: Return Disputes | 3 | (6) | $ - | $ - | $ - | $ (59) | $ - | $ - | $ (59) |
| Carrier Error | 1 | (12) | $ - | $ - | $ - | $ (46) | $ - | $ - | $ (46) |
| Total | 1,469,748 | 222,452,181 | $ 2,487,664,161 | $ (480,552,436) | $ (139,243,141) | $ (32,181,182) | $ (13,198,686) | $ (577,908) | $ 1,821,910,808 |

**Table 4: Dey Direct Transaction Data 1992-2007**

*Amount Billed, Chargebacks, Rebates, Returned Goods, Ship Price Error, Other Credits  and Average Prices by COT / Average Price Overall by Class of Trade*

| Class of Trade | Records | Shelf Cartons | Amount Billed | Charge Backs | Rebates | Returned Goods | Ship Price Error | Other Credits | Sales, net of Credits | % of Net | Cumulative % of Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wholesaler | 1,218,561 | 121,427,083 | $ 1,477,998,053 | $ (480,552,436) | $ (59,974,462) | $ (25,654,695) | $ (1,376,840) | $ (487,981) | $ 909,951,640 | 49.9% | 49.9% |
| Homecare Pharmacy | 51,136 | 39,940,633 | $ 483,905,096 | $ - | $ (15,579,612) | $ (1,898,285) | $ (3,167,856) | $ (10,224) | $ 463,249,119 | 25.4% | 75.4% |
| Chain Drug | 105,026 | 30,430,828 | $ 242,080,640 | $ - | $ (18,377,749) | $ (2,286,688) | $ (4,839,197) | $ (25,827) | $ 216,551,179 | 11.9% | 87.3% |
| Retail Generic Distrib. | 58,701 | 17,010,527 | $ 188,553,181 | $ - | $ (18,754,924) | $ (1,944,945) | $ (3,385,292) | $ (53,366) | $ 164,414,654 | 9.0% | 96.3% |
| Retail Pharmacy | 14,996 | 5,971,437 | $ 46,992,976 | $ - | $ (427,058) | $ (112,203) | $ (287,043) | $ (320) | $ 46,166,352 | 2.5% | 98.8% |
| Hospital | 4,746 | 2,057,851 | $ 16,186,245 | $ - | $ (12,276) | $ (154,410) | $ (32,170) | $ (106) | $ 15,987,282 | 0.9% | 99.7% |
| House Account | 1,279 | 1,014,028 | $ 11,123,595 | $ - | $ (48,198) | $ (81,375) | $ (43,763) | $ (85) | $ 10,950,174 | 0.6% | 100.3% |
| Nursing Home Provider | 627 | 2,559,004 | $ 8,558,836 | $ - | $ - | $ (4,851) | $ (57,594) | $ - | $ 8,496,391 | 0.5% | 100.8% |
| Managed Care | 651 | 1,465,127 | $ 6,682,413 | $ - | $ - | $ (14,992) | $ (648) | $ - | $ 6,666,773 | 0.4% | 101.1% |
| Med/Surg Dealer | 2,574 | 455,806 | $ 4,057,505 | $ - | $ (300,876) | $ (21,894) | $ (5,651) | $ - | $ 3,729,083 | 0.2% | 101.3% |
| DME Dealer | 503 | 40,007 | $ 692,464 | $ - | $ (384) | $ (685) | $ (1,474) | $ - | $ 689,922 | 0.0% | 101.4% |
| Federal (VA & Military) | 282 | 42,933 | $ 383,497 | $ - | $ - | $ (2,458) | $ (1,086) | $ - | $ 379,953 | 0.0% | 101.4% |
| DME Dealer/DeVilbiss Ref. | 94 | 9,710 | $ 175,985 | $ - | $ - | $ - | $ - | $ - | $ 175,985 | 0.0% | 101.4% |
| Physician-General | 50 | 15,372 | $ 39,073 | $ - | $ - | $ - | $ - | $ - | $ 39,073 | 0.0% | 101.4% |
| Other (Kit Packers, OEM) | 11 | 704 | $ 14,080 | $ - | $ - | $ - | $ - | $ - | $ 14,080 | 0.0% | 101.4% |
| Clinic | 20 | 481 | $ 11,608 | $ - | $ - | $ (432) | $ - | $ - | $ 11,176 | 0.0% | 101.4% |
| International/Export | 10 | 384 | $ 1,416 | $ - | $ - | $ - | $ - | $ - | $ 1,416 | 0.0% | 101.4% |
| 14 | 2 | - | $ (6) | $ - | $ - | $ - | $ - | $ - | $ (6) | 0.0% | 101.4% |
| 98 | 12 | - | $ (314) | $ - | $ - | $ - | $ - | $ - | $ (314) | 0.0% | 101.4% |
| 1 | 442 | (1) | $ (1,986) | $ - | $ - | $ - | $ - | $ - | $ (1,986) | 0.0% | 101.4% |
| Respiratory Dealer | 310 | 10,812 | $ 209,803 | $ - | $ (2,282,694) | $ - | $ (72) | $ - | $ (2,072,963) | -0.1% | 101.3% |
| Contract Adjustments | 9,715 | (545) | $ - | $ - | $ (23,484,908) | $ (3,268) | $ - | $ - | $ (23,488,176) | -1.3% | 100.0% |
| Total | 1,469,748 | 222,452,181 | $ 2,487,664,161 | $ (480,552,436) | $ (139,243,141) | $ (32,181,182) | $ (13,198,686) | $ (577,908) | $ 1,821,910,808 | 100.0% | 100.0% |

**Table 5: Comparison of Direct Transaction Price Statistics with Published Prices for Albuterol Sulfate 49502069703**

| Year | Quarter | AWP | WAC | All Direct Customers | | | | Wholesaler Direct Customers | | | | Pharmacy Direct Customers | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Avg Price | 95th Pctile | # Cust | # Cartons | Avg Price | 95th Pctile | # Cust | # Cartons | Avg Price | 95th Pctile | # Cust | # Cartons |
| 1992 | Q1 | | | 0.78 | 1.00 | 122 | 107,572 | 1.00 | 1.00 | 111 | 57,800 | 0.53 | 0.80 | 9 | 44,372 |
| 1992 | Q2 | 1.29 | 1.00 | 0.61 | 0.96 | 334 | 446,040 | 0.88 | 1.00 | 105 | 83,136 | 0.54 | 0.84 | 111 | 293,904 |
| 1992 | Q3 | 1.29 | 1.00 | 0.59 | 0.85 | 379 | 585,862 | 0.69 | 0.93 | 141 | 199,243 | 0.54 | 0.84 | 108 | 317,937 |
| 1992 | Q4 | 1.29 | 1.00 | 0.61 | 0.84 | 357 | 617,089 | 0.64 | 0.85 | 133 | 251,376 | 0.57 | 0.84 | 112 | 306,844 |
| 1993 | Q1 | 1.29 | 1.00 | 0.67 | 0.92 | 369 | 882,876 | 0.77 | 0.96 | 148 | 373,288 | 0.57 | 0.84 | 107 | 425,360 |
| 1993 | Q2 | 1.29 | 1.00 | 0.60 | 0.91 | 350 | 778,380 | 0.64 | 0.99 | 135 | 270,428 | 0.57 | 0.84 | 92 | 345,364 |
| 1993 | Q3 | 1.29 | 1.00 | 0.50 | 0.73 | 320 | 700,148 | 0.46 | 0.75 | 127 | 310,092 | 0.53 | 0.73 | 93 | 319,764 |
| 1993 | Q4 | 1.21 | 0.76 | 0.53 | 0.70 | 343 | 958,512 | 0.55 | 0.75 | 145 | 512,272 | 0.50 | 0.67 | 100 | 343,740 |
| 1994 | Q1 | 1.21 | 0.76 | 0.49 | 0.65 | 248 | 1,103,976 | 0.49 | 0.59 | 59 | 639,588 | 0.46 | 0.60 | 83 | 325,716 |
| 1994 | Q2 | 1.21 | 0.76 | 0.49 | 0.60 | 259 | 1,159,180 | 0.51 | 0.60 | 59 | 727,064 | 0.44 | 0.57 | 85 | 264,856 |
| 1994 | Q3 | 1.21 | 0.76 | 0.49 | 0.60 | 251 | 929,548 | 0.53 | 0.60 | 47 | 524,596 | 0.42 | 0.54 | 75 | 238,352 |
| 1994 | Q4 | 1.21 | 0.76 | 0.33 | 0.50 | 254 | 1,022,456 | 0.28 | 0.56 | 48 | 507,708 | 0.37 | 0.54 | 87 | 259,812 |
| 1995 | Q1 | 1.21 | 0.76 | 0.42 | 0.51 | 262 | 1,466,908 | 0.43 | 0.51 | 44 | 966,608 | 0.38 | 0.50 | 103 | 289,412 |
| 1995 | Q2 | 1.21 | 0.58 | 0.34 | 0.45 | 266 | 1,263,046 | 0.32 | 0.36 | 44 | 880,454 | 0.39 | 0.51 | 111 | 246,948 |
| 1995 | Q3 | 1.21 | 0.99 | 0.38 | 0.45 | 242 | 982,812 | 0.38 | 0.45 | 41 | 520,936 | 0.38 | 0.45 | 112 | 337,472 |
| 1995 | Q4 | 1.21 | 0.99 | 0.37 | 0.44 | 207 | 1,011,588 | 0.36 | 0.41 | 38 | 625,472 | 0.37 | 0.46 | 91 | 256,956 |
| 1996 | Q1 | 1.21 | 0.99 | 0.38 | 0.47 | 227 | 1,713,444 | 0.40 | 0.47 | 41 | 1,172,376 | 0.35 | 0.44 | 105 | 443,432 |
| 1996 | Q2 | 1.21 | 0.99 | 0.36 | 0.44 | 191 | 1,129,611 | 0.36 | 0.40 | 40 | 698,944 | 0.35 | 0.44 | 83 | 293,219 |
| 1996 | Q3 | 1.21 | 0.99 | 0.36 | 0.42 | 160 | 1,182,292 | 0.37 | 0.42 | 38 | 815,612 | 0.35 | 0.44 | 75 | 261,960 |
| 1996 | Q4 | 1.21 | 0.99 | 0.30 | 0.41 | 161 | 1,294,620 | 0.29 | 0.38 | 43 | 785,408 | 0.33 | 0.43 | 68 | 305,952 |
| 1997 | Q1 | 1.21 | 0.99 | 0.30 | 0.36 | 166 | 1,637,668 | 0.29 | 0.34 | 45 | 1,235,068 | 0.32 | 0.41 | 64 | 238,920 |
| 1997 | Q2 | 1.21 | 0.99 | 0.30 | 0.34 | 147 | 1,452,396 | 0.30 | 0.34 | 40 | 1,131,668 | 0.32 | 0.40 | 55 | 163,468 |
| 1997 | Q3 | 1.21 | 0.99 | 0.30 | 0.33 | 132 | 910,860 | 0.30 | 0.33 | 38 | 638,268 | 0.30 | 0.35 | 53 | 186,438 |
| 1997 | Q4 | 1.21 | 0.99 | 0.30 | 0.36 | 122 | 1,317,044 | 0.31 | 0.36 | 37 | 965,148 | 0.30 | 0.35 | 45 | 214,680 |
| 1998 | Q1 | 1.21 | 0.38 | 0.28 | 0.30 | 116 | 1,811,232 | 0.28 | 0.29 | 35 | 1,436,700 | 0.26 | 0.32 | 42 | 201,180 |
| 1998 | Q2 | 1.21 | 0.38 | 0.30 | 0.35 | 110 | 1,528,310 | 0.30 | 0.35 | 37 | 1,248,780 | 0.29 | 0.47 | 37 | 177,018 |
| 1998 | Q3 | 1.21 | 0.38 | 0.31 | 0.33 | 107 | 1,503,464 | 0.32 | 0.33 | 34 | 1,194,864 | 0.24 | 0.31 | 37 | 149,988 |
| 1998 | Q4 | 1.21 | 0.38 | 0.22 | 0.28 | 96 | 1,017,792 | 0.20 | 0.28 | 33 | 640,932 | 0.26 | 0.31 | 43 | 207,108 |
| 1999 | Q1 | 1.21 | 0.34 | 0.22 | 0.27 | 95 | 1,711,332 | 0.21 | 0.25 | 34 | 1,280,100 | 0.28 | 0.46 | 38 | 247,620 |
| 1999 | Q2 | 1.21 | 0.34 | 0.24 | 0.27 | 103 | 1,826,048 | 0.25 | 0.27 | 37 | 1,339,704 | 0.20 | 0.26 | 40 | 283,884 |
| 1999 | Q3 | 1.21 | 0.38 | 0.23 | 0.26 | 92 | 1,736,952 | 0.24 | 0.26 | 34 | 1,375,224 | 0.21 | 0.25 | 33 | 248,604 |
| 1999 | Q4 | 1.21 | 0.38 | 0.23 | 0.26 | 89 | 1,306,572 | 0.24 | 0.26 | 34 | 772,236 | 0.22 | 0.25 | 34 | 379,104 |
| 2000 | Q1 | 1.21 | 0.38 | 0.21 | 0.22 | 90 | 1,875,405 | 0.22 | 0.22 | 33 | 1,298,925 | 0.19 | 0.24 | 33 | 352,248 |
| 2000 | Q2 | 1.21 | 0.30 | 0.21 | 0.25 | 79 | 1,763,220 | 0.21 | 0.25 | 28 | 1,385,040 | 0.17 | 0.24 | 29 | 316,092 |
| 2000 | Q3 | 1.21 | 0.30 | 0.23 | 0.26 | 81 | 2,206,152 | 0.24 | 0.26 | 27 | 1,756,980 | 0.18 | 0.21 | 27 | 348,336 |
| 2000 | Q4 | 1.21 | 0.30 | 0.17 | 0.23 | 76 | 1,305,515 | 0.17 | 0.23 | 18 | 771,167 | 0.17 | 0.20 | 21 | 407,028 |
| 2001 | Q1 | 1.21 | 0.30 | 0.17 | 0.21 | 76 | 2,029,668 | 0.17 | 0.21 | 19 | 1,397,520 | 0.15 | 0.19 | 21 | 417,528 |
| 2001 | Q2 | 1.21 | 0.24 | 0.16 | 0.18 | 71 | 2,309,304 | 0.16 | 0.16 | 12 | 1,795,992 | 0.15 | 0.19 | 24 | 389,376 |
| 2001 | Q3 | 1.21 | 0.24 | 0.16 | 0.20 | 76 | 947,220 | 0.19 | 0.20 | 16 | 481,284 | 0.11 | 0.18 | 22 | 327,732 |
| 2001 | Q4 | 1.21 | 0.24 | 0.12 | 0.24 | 78 | 1,183,569 | 0.09 | 0.18 | 17 | 533,592 | 0.15 | 0.24 | 21 | 432,091 |
| 2002 | Q1 | 1.21 | 0.24 | 0.14 | 0.17 | 77 | 1,738,185 | 0.13 | 0.17 | 16 | 1,038,490 | 0.15 | 0.16 | 22 | 491,831 |
| 2002 | Q2 | 1.21 | 0.20 | 0.16 | 0.18 | 78 | 2,411,952 | 0.16 | 0.18 | 13 | 1,790,544 | 0.14 | 0.19 | 24 | 484,188 |
| 2002 | Q3 | 1.21 | 0.20 | 0.12 | 0.19 | 64 | 1,541,016 | 0.11 | 0.17 | 19 | 1,081,272 | 0.15 | 0.19 | 16 | 382,068 |
| 2002 | Q4 | 1.21 | 0.20 | 0.15 | 0.17 | 63 | 1,927,524 | 0.15 | 0.15 | 25 | 1,112,424 | 0.14 | 0.17 | 12 | 584,544 |
| 2003 | Q1 | 1.21 | 0.20 | 0.13 | 0.19 | 63 | 1,710,628 | 0.12 | 0.15 | 25 | 1,054,440 | 0.14 | 0.19 | 15 | 553,132 |
| 2003 | Q2 | 1.21 | 0.18 | 0.12 | 0.18 | 65 | 1,631,364 | 0.11 | 0.12 | 27 | 1,140,228 | 0.13 | 0.18 | 13 | 392,532 |
| 2003 | Q3 | 1.21 | 0.18 | 0.13 | 0.18 | 71 | 1,842,813 | 0.13 | 0.14 | 26 | 1,343,832 | 0.13 | 0.18 | 18 | 411,909 |
| 2003 | Q4 | 1.21 | 0.18 | 0.12 | 0.18 | 58 | 1,370,376 | 0.11 | 0.15 | 21 | 746,820 | 0.13 | 0.18 | 12 | 513,600 |
| 2004 | Q1 | 1.21 | 0.18 | 0.11 | 0.16 | 63 | 1,704,168 | 0.10 | 0.12 | 24 | 1,020,960 | | | | |
| 2004 | Q2 | 1.21 | 0.18 | | | | | | | | | 0.08 | 0.13 | 6 | 109,236 |
| 2004 | Q3 | 1.21 | 0.18 | | | | | | | | | | | | |
| 2004 | Q4 | 1.21 | 0.18 | | | | | | | | | | | | |
| 2005 | Q1 | 1.21 | 0.15 | | | | | | | | | | | | |
| Average | | 1.22 | 0.58 | 0.31 | 0.41 | 161 | 1,359,061 | 0.33 | 0.40 | 49 | 896,543 | 0.30 | 0.40 | 55 | 325,733 |

**Table 6: Dey Indirect Transaction Data 1992Q1 - 2007Q1**

*Shelf Cartons, Sales at WAC, Sales at Contract, Chargebacks and Avg. Prices by NDC*

| NDC | Product Description | Records | Shelf Cartons | Sales at Wholesale | Sales at Contract | Chargebacks | Avg. Indirect Price per SC | Avg. Direct Wholesaler Price per Sc | Ratio |
|---|---|---|---|---|---|---|---|---|---|
| 49502010501 | ALBUTEROL SULF 0.5% 20 mL | 343,186 | 3,346,854 | $ 16,188,657 | $ 12,722,892 | $ 3,465,765 | $ 3.80 | $ 3.69 | 1.030 |
| 49502019620 | ALBUTEROL SULF 0.5% 20 mL | 496,061 | 4,094,698 | $ 25,726,891 | $ 18,682,819 | $ 7,044,415 | $ 4.56 | $ 4.56 | 1.000 |
| 49502030317 | ALBUTEROL INHAL AEROSOL 17g | 747,839 | 6,687,442 | $ 40,550,269 | $ 27,397,904 | $ 13,175,741 | $ 4.10 | $ 4.16 | 0.985 |
| 49502030327 | ALBUTEROL MDI, REFILL | 55,456 | 226,594 | $ 1,086,208 | $ 716,493 | $ 369,714 | $ 3.16 | $ 3.26 | 0.969 |
| 49502033317 | ALBUTEROL INHAL AEROSOL 17g | 173,651 | 1,800,804 | $ 12,098,425 | $ 7,673,803 | $ 4,425,026 | $ 4.26 | $ 5.27 | 0.809 |
| 49502033327 | ALBUTEROL MDI, REFILL | 1,344 | 4,105 | $ 14,336 | $ 11,608 | $ 2,728 | 2.83 | - | - |
| 49502068503 | IPRATROPIUM BR .02% 2.5ML 25'S | 1,648,193 | 15,919,502 | $ 257,671,908 | $ 167,627,146 | $ 90,045,004 | $ 10.53 | $ 10.18 | 1.034 |
| 49502068524 | IPRATROPIUM.02% 2.5ML 5PK 25'S | 376,514 | 3,288,513 | $ 19,632,950 | $ 10,184,271 | $ 9,448,679 | $ 3.10 | $ 3.09 | 1.001 |
| 49502068526 | IPRATROPIUM.02% 2.5ML 5PK 25'S | 162,519 | 1,172,869 | $ 4,569,482 | $ 2,892,750 | $ 1,676,732 | $ 2.47 | $ 2.45 | 1.008 |
| 49502068529 | IPRATROPIUM.02% 2.5ML 5PK 30'S | 47,081 | 315,766 | $ 2,505,974 | $ 1,191,800 | $ 1,314,173 | $ 3.77 | $ 3.82 | 0.987 |
| 49502068530 | IPRATROPIUM.02% 2.5ML 1PK 30'S | 34,394 | 261,224 | $ 1,434,416 | $ 986,130 | $ 448,287 | $ 3.78 | $ 3.87 | 0.974 |
| 49502068531 | IPRATROPIUM.02% 2.5ML 30'S | 64,776 | 364,019 | $ 1,776,093 | $ 1,121,523 | $ 654,570 | $ 3.08 | $ 3.03 | 1.018 |
| 49502068533 | IPRATROPIUM BR .02% 2.5ML 30'S | 114,573 | 852,151 | $ 14,857,880 | $ 9,214,528 | $ 5,643,473 | $ 10.81 | $ 10.66 | 1.014 |
| 49502068560 | IPRATROPIUM BR .02% 2.5ML 60'S | 752,363 | 4,248,254 | $ 160,180,740 | $ 102,063,817 | $ 58,117,301 | $ 24.02 | $ 23.46 | 1.024 |
| 49502068561 | IPRATROPIUM.02% 2.5ML 5PK 60'S | 107,761 | 548,452 | $ 7,768,463 | $ 4,096,547 | $ 3,671,916 | $ 7.47 | $ 6.80 | 1.099 |
| 49502068562 | IPRATROPIUM.02% 2.5ML 60'S | 205,055 | 898,759 | $ 8,900,291 | $ 5,594,785 | $ 3,305,506 | $ 6.23 | $ 6.09 | 1.022 |
| 49502068902 | CROMOLYN SOD 20MG/2ML 60'S | 903,370 | 1,867,353 | $ 44,741,476 | $ 34,729,365 | $ 10,012,984 | $ 18.60 | $ 18.03 | 1.031 |
| 49502068912 | CROMOLYN SOD 20MG/2ML 120'S | 462,424 | 800,100 | $ 38,928,769 | $ 31,002,415 | $ 7,927,458 | $ 38.75 | $ 37.74 | 1.027 |
| 49502068920 | CROMOLYN SOD 20MG/2ML 5PK 60'S | 67,611 | 171,468 | $ 1,851,854 | $ 1,403,239 | $ 448,630 | $ 8.18 | $ 7.82 | 1.046 |
| 49502069703 | ALBUTEROL SULF 0.083% 3ML 25'S | 4,425,551 | 43,241,616 | $ 413,067,114 | $ 268,074,100 | $ 144,994,080 | $ 6.20 | $ 6.15 | 1.007 |
| 49502069724 | ALBUTEROL SULF 0.083% 5PK 25'S | 1,421,336 | 10,327,074 | $ 39,547,701 | $ 26,120,525 | $ 13,427,724 | $ 2.53 | $ 2.39 | 1.057 |
| 49502069729 | ALBUTEROL SULF 0.083% 5PK 30'S | 232,231 | 1,316,673 | $ 6,069,001 | $ 3,851,236 | $ 2,217,766 | $ 2.92 | $ 2.83 | 1.035 |
| 49502069730 | ALBUTEROL SULF 0.083% 1PK 30'S | 34,344 | 231,201 | $ 1,160,563 | $ 767,476 | $ 393,087 | $ 3.32 | $ 3.45 | 0.962 |
| 49502069733 | ALBUTEROL SULF 0.083% 3ML 30'S | 315,182 | 1,810,212 | $ 14,595,367 | $ 10,126,008 | $ 4,469,457 | $ 5.59 | $ 5.14 | 1.088 |
| 49502069760 | ALBUTEROL SULF 0.083% 3ML 60'S | 1,391,653 | 7,722,784 | $ 143,907,952 | $ 98,292,077 | $ 45,616,404 | $ 12.73 | $ 12.75 | 0.998 |
| 49502069761 | ALBUTEROL SULF 0.083% 5PK 60'S | 594,702 | 2,706,482 | $ 24,600,724 | $ 15,530,882 | $ 9,069,842 | $ 5.74 | $ 5.53 | 1.038 |
| | Total | 15,179,170 | 114,224,969 | $ 1,303,433,504 | $ 862,076,140 | $ 441,386,464 | - | - | - |

**Table 7: Dey Indirect Transaction Data 1992Q1 - 2007Q1**

*Shelf Cartons, Sales at WAC, Sales at Contract, Chargebacks, Count of Products, Chargebacks as % of Wac Sales by Year-Quarter*

| Yr-Quarter | | Records | Shelf Cartons | Sales at Wholesale | Sales at Contract | Chargebacks | NDCs | Chargebacks / Sales at Wholesale |
|---|---|---|---|---|---|---|---|---|
| 1992 | Q1 | 8 | 16 | $ 399.20 | $ 362.00 | $ 37.20 | 1 | 9.32% |
| 1992 | Q2 | 5,617 | 53,308 | $ 1,330,034.60 | $ 844,942.54 | $ 485,092.06 | 1 | 36.47% |
| 1992 | Q3 | 15,413 | 173,648 | $ 4,337,920.90 | $ 2,524,450.10 | $ 1,813,470.80 | 2 | 41.81% |
| 1992 | Q4 | 17,919 | 239,267 | $ 6,024,238.50 | $ 3,507,638.18 | $ 2,516,600.32 | 2 | 41.77% |
| 1993 | Q1 | 15,505 | 201,817 | $ 5,071,239.95 | $ 2,927,100.81 | $ 2,144,139.14 | 2 | 42.28% |
| 1993 | Q2 | 22,792 | 255,865 | $ 6,467,089.05 | $ 3,533,014.93 | $ 2,934,074.12 | 2 | 45.37% |
| 1993 | Q3 | 28,212 | 279,808 | $ 6,039,614.47 | $ 3,590,214.76 | $ 2,449,399.71 | 2 | 40.56% |
| 1993 | Q4 | 45,095 | 435,619 | $ 8,577,950.85 | $ 5,302,359.94 | $ 3,275,590.91 | 2 | 38.19% |
| 1994 | Q1 | 52,492 | 556,975 | $ 11,103,189.90 | $ 6,658,007.69 | $ 4,445,182.21 | 3 | 40.04% |
| 1994 | Q2 | 59,622 | 559,002 | $ 11,328,309.05 | $ 6,733,293.36 | $ 4,595,015.69 | 4 | 40.56% |
| 1994 | Q3 | 73,437 | 561,692 | $ 11,927,291.37 | $ 7,146,222.19 | $ 4,781,069.18 | 5 | 40.09% |
| 1994 | Q4 | 97,588 | 717,641 | $ 15,816,950.42 | $ 9,313,334.83 | $ 6,503,615.59 | 5 | 41.12% |
| 1995 | Q1 | 115,954 | 884,122 | $ 17,151,758.05 | $ 11,303,627.05 | $ 5,848,131.00 | 6 | 34.10% |
| 1995 | Q2 | 126,572 | 866,644 | $ 15,946,757.50 | $ 11,326,224.50 | $ 4,620,533.00 | 5 | 28.97% |
| 1995 | Q3 | 122,710 | 789,293 | $ 14,589,265.85 | $ 10,243,241.97 | $ 4,346,023.88 | 5 | 29.79% |
| 1995 | Q4 | 163,100 | 1,004,256 | $ 19,100,983.40 | $ 13,092,834.61 | $ 6,008,148.79 | 5 | 31.45% |
| 1996 | Q1 | 185,902 | 1,212,632 | $ 22,556,589.16 | $ 15,125,435.70 | $ 7,431,153.46 | 7 | 32.94% |
| 1996 | Q2 | 178,563 | 1,220,028 | $ 21,538,766.71 | $ 14,438,588.50 | $ 7,100,200.61 | 7 | 32.96% |
| 1996 | Q3 | 178,607 | 1,242,903 | $ 21,092,110.10 | $ 13,777,357.67 | $ 7,314,752.43 | 7 | 34.68% |
| 1996 | Q4 | 223,469 | 1,529,441 | $ 25,891,436.85 | $ 15,948,572.94 | $ 9,959,053.76 | 8 | 38.46% |
| 1997 | Q1 | 237,113 | 1,826,192 | $ 26,872,372.00 | $ 17,267,807.88 | $ 9,610,310.05 | 10 | 35.76% |
| 1997 | Q2 | 264,584 | 1,987,249 | $ 26,651,670.10 | $ 19,594,562.56 | $ 7,060,107.29 | 10 | 26.49% |
| 1997 | Q3 | 257,740 | 1,941,545 | $ 27,872,579.20 | $ 19,768,159.37 | $ 8,104,653.23 | 11 | 29.08% |
| 1997 | Q4 | 333,566 | 2,452,815 | $ 36,960,828.65 | $ 25,610,768.13 | $ 11,351,318.27 | 11 | 30.71% |
| 1998 | Q1 | 365,644 | 2,795,519 | $ 36,623,102.05 | $ 28,837,733.97 | $ 7,786,240.01 | 11 | 21.26% |
| 1998 | Q2 | 329,695 | 2,463,712 | $ 33,318,343.65 | $ 25,877,660.34 | $ 7,440,735.51 | 11 | 22.33% |
| 1998 | Q3 | 324,063 | 2,492,547 | $ 33,802,918.05 | $ 24,804,838.62 | $ 8,998,113.19 | 11 | 26.62% |
| 1998 | Q4 | 403,643 | 2,955,970 | $ 40,640,966.40 | $ 28,633,470.11 | $ 12,007,828.47 | 11 | 29.55% |
| 1999 | Q1 | 452,270 | 3,531,849 | $ 44,925,113.67 | $ 34,656,096.79 | $ 10,269,022.00 | 11 | 22.86% |
| 1999 | Q2 | 398,620 | 3,069,717 | $ 38,927,948.18 | $ 28,772,657.61 | $ 10,155,290.57 | 12 | 26.09% |
| 1999 | Q3 | 360,600 | 2,863,232 | $ 37,869,456.90 | $ 26,713,520.52 | $ 11,155,936.38 | 12 | 29.46% |
| 1999 | Q4 | 457,501 | 3,504,941 | $ 45,802,665.02 | $ 31,672,250.58 | $ 14,130,414.44 | 12 | 30.85% |
| 2000 | Q1 | 439,981 | 3,618,334 | $ 46,359,699.29 | $ 30,737,509.74 | $ 15,622,189.55 | 13 | 33.70% |
| 2000 | Q2 | 334,209 | 3,003,555 | $ 36,844,337.26 | $ 24,927,109.43 | $ 11,917,474.16 | 14 | 32.35% |
| 2000 | Q3 | 301,644 | 2,784,336 | $ 35,241,217.00 | $ 22,361,857.75 | $ 12,879,321.45 | 14 | 36.55% |
| 2000 | Q4 | 342,282 | 3,132,491 | $ 40,271,531.10 | $ 24,151,526.30 | $ 16,119,960.70 | 14 | 40.03% |
| 2001 | Q1 | 349,206 | 3,331,117 | $ 39,070,502.05 | $ 25,268,785.05 | $ 13,801,853.80 | 14 | 35.33% |
| 2001 | Q2 | 316,579 | 3,011,339 | $ 33,772,529.90 | $ 22,404,974.86 | $ 11,367,555.04 | 11 | 33.66% |
| 2001 | Q3 | 295,405 | 2,656,877 | $ 30,086,239.20 | $ 18,948,323.85 | $ 11,137,915.35 | 11 | 37.02% |
| 2001 | Q4 | 351,548 | 2,847,820 | $ 32,975,143.20 | $ 20,190,331.59 | $ 12,784,811.61 | 11 | 38.77% |
| 2002 | Q1 | 332,294 | 2,883,652 | $ 30,252,237.33 | $ 19,666,013.54 | $ 10,586,400.91 | 10 | 34.99% |
| 2002 | Q2 | 301,908 | 2,613,933 | $ 25,459,487.38 | $ 16,628,725.99 | $ 8,830,960.29 | 10 | 34.69% |
| 2002 | Q3 | 270,211 | 2,325,164 | $ 21,858,006.00 | $ 13,500,441.29 | $ 8,357,564.71 | 10 | 38.24% |
| 2002 | Q4 | 344,720 | 2,584,669 | $ 24,430,819.06 | $ 14,663,792.04 | $ 9,767,142.02 | 11 | 39.98% |
| 2003 | Q1 | 363,525 | 2,525,581 | $ 23,535,063.19 | $ 14,230,951.69 | $ 9,304,111.50 | 10 | 39.53% |
| 2003 | Q2 | 334,533 | 2,263,155 | $ 17,773,939.35 | $ 12,137,574.02 | $ 5,636,365.33 | 10 | 31.71% |
| 2003 | Q3 | 290,936 | 2,047,355 | $ 16,353,441.50 | $ 10,397,164.32 | $ 5,956,277.18 | 10 | 36.42% |
| 2003 | Q4 | 352,364 | 2,395,394 | $ 19,301,486.35 | $ 11,041,587.62 | $ 8,259,898.73 | 10 | 42.79% |
| 2004 | Q1 | 345,453 | 2,394,003 | $ 19,592,995.85 | $ 10,277,026.10 | $ 9,315,969.75 | 16 | 47.55% |
| 2004 | Q2 | 299,837 | 2,055,404 | $ 17,583,602.50 | $ 8,495,620.03 | $ 9,087,982.47 | 16 | 51.68% |
| 2004 | Q3 | 254,796 | 1,867,027 | $ 15,402,148.95 | $ 7,458,017.49 | $ 7,944,131.46 | 15 | 51.58% |
| 2004 | Q4 | 280,517 | 1,859,328 | $ 11,594,969.53 | $ 7,042,392.26 | $ 4,553,140.32 | 16 | 39.27% |
| 2005 | Q1 | 340,129 | 2,176,664 | $ 11,387,942.84 | $ 7,943,133.25 | $ 3,444,809.59 | 15 | 30.25% |
| 2005 | Q2 | 285,559 | 1,828,583 | $ 9,634,248.14 | $ 6,278,650.77 | $ 3,355,597.37 | 18 | 34.83% |
| 2005 | Q3 | 234,017 | 1,681,253 | $ 8,721,470.84 | $ 5,741,739.97 | $ 2,979,730.87 | 15 | 34.17% |
| 2005 | Q4 | 274,949 | 1,852,780 | $ 9,599,172.10 | $ 6,180,700.02 | $ 3,418,472.08 | 14 | 35.61% |
| 2006 | Q1 | 267,220 | 1,835,483 | $ 9,690,024.38 | $ 6,127,666.35 | $ 3,562,358.03 | 12 | 36.76% |
| 2006 | Q2 | 246,384 | 1,602,859 | $ 8,737,627.94 | $ 5,340,144.82 | $ 3,397,483.12 | 12 | 38.88% |
| 2006 | Q3 | 304,409 | 1,823,875 | $ 10,068,525.14 | $ 5,847,631.03 | $ 4,220,894.11 | 11 | 41.92% |
| 2006 | Q4 | 401,103 | 2,292,663 | $ 10,938,060.56 | $ 7,342,114.41 | $ 3,595,946.15 | 10 | 32.88% |
| 2007 | Q1 | 409,611 | 2,260,905 | $ 10,734,353.30 | $ 7,196,395.36 | $ 3,537,957.94 | 10 | 32.96% |
| No valid date info | | 225 | 105 | $ 2,823.10 | $ 1,888.00 | $ 935.10 | 19 | 33.12% |
| Total | | 15,179,170 | 114,224,969 | $ 1,303,433,504.08 | $ 862,076,139.69 | $ 441,386,463.96 | 26 | 33.86% |

**Table 8: Dey Indirect Transaction Data 1992Q1 - 2007Q1**

*Shelf Cartons, Sales at WAC, Sales at Contract and Chargebacks by Wholesaler Name*

| Wholesaler Name [1] | Records | Shelf Cartons | Sales at Wholesale | Sales at Contract | Chargebacks |
|---|---|---|---|---|---|
| AMERISOURCE | 6,414,405 | 51,113,782 | $ 598,651,461 | $ 380,310,217 | $ 218,350,424 |
| CARDINAL | 3,176,128 | 24,622,530 | $ 260,207,287 | $ 173,159,813 | $ 87,049,123 |
| MCKESSON | 3,068,008 | 22,448,867 | $ 240,928,687 | $ 170,211,745 | $ 70,722,833 |
| MORRIS & DICKSON | 528,725 | 3,447,120 | $ 38,399,770 | $ 25,469,064 | $ 12,931,393 |
| BINDLEY | 251,620 | 2,164,967 | $ 26,074,101 | $ 17,963,779 | $ 8,110,431 |
| FOXMEYER | 149,046 | 1,191,693 | $ 23,143,604 | $ 16,047,473 | $ 7,097,236 |
| NEUMAN WHOLESALE DRUG | 67,096 | 1,060,749 | $ 16,657,601 | $ 10,553,012 | $ 6,104,737 |
| D & K WHOLESALE | 189,725 | 901,714 | $ 10,066,277 | $ 7,160,899 | $ 2,909,648 |
| DOHMEN DIST PARTNERS SE | 208,606 | 949,921 | $ 9,650,504 | $ 6,407,216 | $ 3,243,360 |
| SMITH DRUG COMPANY | 119,352 | 584,009 | $ 6,489,516 | $ 4,595,387 | $ 1,894,179 |
| KINRAY INC. | 60,528 | 433,295 | $ 6,306,069 | $ 4,426,403 | $ 1,879,665 |
| F. DOHMEN CO. | 92,373 | 544,219 | $ 5,658,592 | $ 3,974,730 | $ 1,683,957 |
| ROCHESTER DRUG | 115,942 | 468,963 | $ 4,836,857 | $ 3,399,572 | $ 1,437,284 |
| WALSH LUMPKIN | 66,939 | 347,284 | $ 4,409,034 | $ 3,106,476 | $ 1,302,579 |
| REMO DRUG CORPORATION | 4,497 | 290,414 | $ 3,908,073 | $ 2,305,726 | $ 1,602,347 |
| M | 31,292 | 292,041 | $ 3,654,755 | $ 2,380,670 | $ 1,274,090 |
| MCQUEARY BROS. | 77,600 | 277,885 | $ 3,487,245 | $ 2,628,078 | $ 859,167 |
| HD SMITH WHOLESALE | 32,335 | 202,778 | $ 3,065,301 | $ 2,088,950 | $ 976,351 |
| DHI | 33,412 | 179,561 | $ 2,668,309 | $ 1,875,582 | $ 792,726 |
| NORTH CAROLINA MUTUAL | 45,919 | 187,669 | $ 2,618,047 | $ 1,851,925 | $ 766,184 |
| VALUE DRUG COMPANY | 57,236 | 215,978 | $ 2,502,578 | $ 1,855,789 | $ 646,789 |
| BERGEN | 23,307 | 149,124 | $ 2,401,644 | $ 1,344,679 | $ 1,056,965 |
| COMMON BROTHERS | 3,460 | 92,080 | $ 1,988,862 | $ 1,009,792 | $ 979,071 |
| NEUMAN DISTRIBUTORS, INC. | 8,839 | 124,215 | $ 1,731,239 | $ 1,180,041 | $ 551,181 |
| BELLCO DRUG COMPANY | 29,508 | 170,567 | $ 1,460,246 | $ 1,092,439 | $ 367,807 |
| JEWETT DRUG | 15,091 | 71,849 | $ 1,152,755 | $ 920,111 | $ 232,644 |
| DIK DRUG CO. | 19,265 | 96,286 | $ 1,074,334 | $ 775,398 | $ 298,936 |
| SUPERIOR WHOLESALE | 4,201 | 69,678 | $ 1,029,760 | $ 647,095 | $ 382,667 |
| H D SMITH WHOLESALE DRUG CO | 24,685 | 203,373 | $ 1,020,800 | $ 678,724 | $ 342,077 |
| WALSH SOUTHWEST LLC | 22,758 | 92,149 | $ 1,019,895 | $ 695,703 | $ 324,192 |
| TEXAS DRUG COMPANY | 6,861 | 47,525 | $ 885,957 | $ 664,050 | $ 221,908 |
| WALSH DISTRIBUTION | 19,086 | 78,570 | $ 863,008 | $ 584,257 | $ 278,751 |
| VALLEY DRUG COMPANY | 6,544 | 56,716 | $ 860,057 | $ 610,713 | $ 249,344 |
| BURLINGTON DRUG | 20,689 | 66,931 | $ 778,481 | $ 586,046 | $ 192,504 |
| BORSCHOW HOSP & MED SUP | 3,563 | 36,390 | $ 768,353 | $ 634,648 | $ 133,918 |
| TENNESSEE WHOLESALE DRUG CO. | 3,508 | 42,671 | $ 715,014 | $ 441,776 | $ 273,238 |
| JEWETT WHOLESALE | 11,747 | 57,520 | $ 694,194 | $ 489,031 | $ 205,162 |
| DAKOTA DRUG | 13,748 | 44,808 | $ 692,353 | $ 521,853 | $ 170,500 |
| SPARK DRUG INC. | 10,604 | 40,316 | $ 645,522 | $ 475,570 | $ 169,953 |
| PRESCRIPTION SUPPLY, INC. | 3,639 | 36,297 | $ 643,141 | $ 483,073 | $ 160,068 |
| HUMISTON | 2,748 | 29,537 | $ 639,843 | $ 337,144 | $ 302,699 |
| DAKOTA DRUG, INC. | 16,643 | 63,009 | $ 631,729 | $ 434,215 | $ 197,514 |
| TWD | 2,958 | 37,820 | $ 555,657 | $ 353,724 | $ 201,956 |
| TWIN CITY WHOLESALE | 4,462 | 24,909 | $ 536,366 | $ 305,242 | $ 231,124 |
| GULF DISTRIBUTION | 2,218 | 21,507 | $ 515,106 | $ 393,945 | $ 121,162 |
| ALBERS DRUG | 5,691 | 28,720 | $ 464,335 | $ 298,725 | $ 165,961 |
| WALSH SOUTHWEST LLC (D&K) | 13,106 | 61,195 | $ 438,260 | $ 304,876 | $ 133,384 |
| DURR DRUG | 1,764 | 16,219 | $ 405,565 | $ 227,159 | $ 178,406 |
| KING DRUG COMPANY | 5,202 | 20,768 | $ 384,789 | $ 275,505 | $ 109,284 |
| No Wholesaler Name Available | 803 | 15,289 | $ 379,937 | $ 250,374 | $ 129,563 |
| VALLEY WHOLESALE | 6,812 | 22,706 | $ 327,428 | $ 252,463 | $ 74,965 |
| BURROWS CO | 696 | 35,476 | $ 311,943 | $ 214,268 | $ 97,675 |
| DMS PHARMACEUTICAL GROUP, INC. | 959 | 45,501 | $ 292,205 | $ 183,261 | $ 108,944 |
| LEICH, CHARLES & COMPANY | 2,785 | 12,702 | $ 276,115 | $ 187,710 | $ 88,405 |
| ANOKA DOHMEN LLC | 12,030 | 38,243 | $ 247,495 | $ 155,727 | $ 91,768 |
| KAY WHOLESALE DRUG | 1,320 | 10,354 | $ 244,824 | $ 150,213 | $ 94,611 |
| WALSH DIST | 6,780 | 29,931 | $ 242,482 | $ 168,356 | $ 74,126 |
| VF GRACE, INC. | 2,554 | 12,104 | $ 223,887 | $ 181,308 | $ 46,902 |
| DRUG GUILD DIST | 2,332 | 9,348 | $ 222,359 | $ 171,324 | $ 51,034 |
| DROGUERIA BETANCES, INC. | 5,075 | 20,108 | $ 219,324 | $ 159,419 | $ 59,953 |
| ALL OTHERS | 40,345 | 167,019 | $ 2,064,574 | $ 1,463,723 | $ 601,641 |
| TOTAL | 15,179,170 | 114,224,969 | $ 1,303,433,504 | $ 862,076,140 | $ 441,386,464 |

### Table 9: Dey Indirect Transaction Data 1992Q1 - 2007Q1

*Shelf Cartons, Sales at WAC, Sales at Contract, Chargebacks, Number of Products, by COT*

| Class of Trade | Records | Shelf Cartons | Sales @ Wholesale | Sales @ Contract | Chargebacks | % of Sales @ Contract | Cumul. % of Sales | Avg Ratio | # of Ratios |
|---|---|---|---|---|---|---|---|---|---|
| Hospital | 4,031,982 | 39,646,672 | $ 476,142,766 | $ 303,496,422 | $ 172,657,659 | 35.2% | 35.2% | 0.979 | 538 |
| Retail Pharmacy | 5,390,465 | 22,145,945 | $ 247,129,030 | $ 172,726,401 | $ 74,406,965 | 20.0% | 55.2% | 1.025 | 544 |
| Homecare Pharmacy, House Account | 1,430,596 | 12,273,050 | $ 145,100,999 | $ 101,132,314 | $ 43,970,648 | 11.7% | 67.0% | 1.034 | 535 |
| Homecare Pharmacy | 331,574 | 5,856,568 | $ 72,581,333 | $ 48,976,684 | $ 23,605,015 | 5.7% | 72.7% | 1.029 | 526 |
| Long Term care | 556,511 | 6,209,089 | $ 60,974,551 | $ 41,050,150 | $ 19,924,918 | 4.8% | 77.4% | 1.024 | 519 |
| Chain Drug | 1,672,671 | 5,672,864 | $ 50,754,865 | $ 35,991,109 | $ 14,770,851 | 4.2% | 81.6% | 1.070 | 516 |
| Hospital (no curr sales) | 347,909 | 3,335,125 | $ 50,692,888 | $ 32,156,489 | $ 18,538,050 | 3.7% | 85.3% | 0.954 | 462 |
| Federal/Govt | 190,380 | 3,322,672 | $ 40,018,721 | $ 23,971,956 | $ 16,047,044 | 2.8% | 88.1% | 0.899 | 497 |
| Hospital (Inside Sales) | 269,885 | 2,546,510 | $ 31,239,537 | $ 19,698,739 | $ 11,541,105 | 2.3% | 90.4% | 0.975 | 505 |
| WATCH ACCOUNTS | 12,222 | 2,884,844 | $ 32,066,898 | $ 18,882,837 | $ 13,184,061 | 2.2% | 92.6% | 0.880 | 338 |
| National HHC | 140,995 | 2,951,462 | $ 29,477,402 | $ 18,760,636 | $ 10,716,774 | 2.2% | 94.8% | 0.989 | 477 |
| Managed Care | 112,562 | 1,587,353 | $ 14,605,150 | $ 10,107,025 | $ 4,498,406 | 1.2% | 95.9% | 1.023 | 400 |
| Wholesaler | 45,947 | 1,176,398 | $ 12,409,250 | $ 8,952,085 | $ 3,457,193 | 1.0% | 97.0% | 1.082 | 489 |
| Unidentifed | 317,413 | 1,534,108 | $ 10,605,425 | $ 6,265,109 | $ 4,340,373 | 0.7% | 97.7% | 0.933 | 474 |
| HHC LTC Inside Sales | 102,636 | 882,639 | $ 7,857,660 | $ 5,128,767 | $ 2,729,032 | 0.6% | 98.3% | 1.019 | 511 |
| Clinic | 87,854 | 677,197 | $ 6,345,394 | $ 4,105,472 | $ 2,240,058 | 0.5% | 98.8% | 0.931 | 504 |
| National LTC | 18,560 | 376,659 | $ 3,890,356 | $ 2,928,218 | $ 962,137 | 0.3% | 99.1% | 1.148 | 408 |
| Hospital (Closed) | 46,974 | 369,882 | $ 4,186,369 | $ 2,678,787 | $ 1,507,583 | 0.3% | 99.4% | 0.980 | 469 |
| Other,KitPkrs | 16,635 | 147,512 | $ 2,107,350 | $ 1,559,008 | $ 548,389 | 0.2% | 99.6% | 1.023 | 439 |
| NON-HOSP. ACCTS PRES. RETAIL | 15,170 | 284,776 | $ 2,257,626 | $ 1,553,480 | $ 704,594 | 0.2% | 99.8% | 1.025 | 447 |
| Federal/VA/Military (no curr sales) | 8,717 | 138,264 | $ 1,317,860 | $ 817,220 | $ 500,739 | 0.1% | 99.9% | 0.938 | 352 |
| Mail Order Pharmacy | 7,597 | 114,695 | $ 834,724 | $ 598,201 | $ 236,529 | 0.1% | 99.9% | 1.064 | 310 |
| Physican (Indirect) | 5,470 | 34,119 | $ 289,656 | $ 177,699 | $ 111,956 | 0.0% | 100.0% | 0.894 | 376 |
| NULL | 10,204 | 7,504 | $ 172,912 | $ 128,671 | $ 44,264 | 0.0% | 100.0% | 1.058 | 65 |
| Physician (Gen. Practioner) | 3,856 | 18,768 | $ 152,994 | $ 92,034 | $ 60,961 | 0.0% | 100.0% | 0.965 | 277 |
| International | 2,614 | 12,577 | $ 110,976 | $ 65,036 | $ 45,940 | 0.0% | 100.0% | 0.906 | 191 |
| Med/Surg Dealer (RX) | 1,303 | 14,926 | $ 81,738 | $ 56,852 | $ 24,886 | 0.0% | 100.0% | 1.055 | 172 |
| RGD | 119 | 917 | $ 12,541 | $ 8,093 | $ 4,447 | 0.0% | 100.0% | 1.019 | 38 |
| House Account | 177 | 924 | $ 7,845 | $ 5,590 | $ 2,255 | 0.0% | 100.0% | 1.050 | 78 |
| Home Health Care - Non Contract | 101 | 684 | $ 6,660 | $ 3,660 | $ 3,000 | 0.0% | 100.0% | 0.913 | 37 |
| MEDICAL TRANSPORT | 9 | 94 | $ 914 | $ 625 | $ 289 | 0.0% | 100.0% | 1.036 | 5 |
| Long Term Care - Non Contract | 44 | 137 | $ 717 | $ 550 | $ 168 | 0.0% | 100.0% | 1.066 | 8 |
| Dealer (non-RX only) | 17 | 34 | $ 392 | $ 218 | $ 174 | 0.0% | 100.0% | 0.876 | 8 |
| Physician (Allergist) | 1 | 1 | $ 6 | $ 4 | $ 2 | 0.0% | 100.0% | 0.849 | 1 |
| Total | 15,179,170 | 114,224,969 | 1,303,433,504 | 862,076,140 | 441,386,464 | 100.0% | 100.0% | - | - |

**Table 10: Comparison of Indirect Transaction Price Statistics with Published Prices for Albuterol Sulfate 49502069703**

| Year | Quarter | AWP | WAC | All Indirect Customers | | | | Pharmacy Indirect Customers | | | |
|------|---------|-----|-----|-----------|-------------|--------|-----------|-----------|-------------|--------|-----------|
| | | | | Avg Price | 95th Pctile | # Cust | # Cartons | Avg Price | 95th Pctile | # Cust | # Cartons |
| 1992 | Q1 | | | 0.91 | 0.96 | 6 | 16 | 0.91 | 0.96 | 6 | 16 |
| 1992 | Q2 | 1.29 | 1.00 | 0.63 | 0.88 | 1420 | 53,363 | 0.75 | 0.92 | 957 | 19,147 |
| 1992 | Q3 | 1.29 | 1.00 | 0.58 | 0.88 | 2348 | 173,591 | 0.71 | 0.90 | 1267 | 51,375 |
| 1992 | Q4 | 1.29 | 1.00 | 0.58 | 0.88 | 2857 | 237,459 | 0.71 | 0.90 | 1556 | 75,480 |
| 1993 | Q1 | 1.29 | 1.00 | 0.57 | 0.88 | 2968 | 200,723 | 0.71 | 0.90 | 1748 | 78,579 |
| 1993 | Q2 | 1.29 | 1.00 | 0.54 | 0.88 | 3257 | 253,624 | 0.70 | 0.90 | 1927 | 88,086 |
| 1993 | Q3 | 1.29 | 1.00 | 0.49 | 0.79 | 3493 | 273,116 | 0.63 | 0.84 | 2000 | 80,880 |
| 1993 | Q4 | 1.21 | 0.76 | 0.46 | 0.74 | 4471 | 423,099 | 0.61 | 0.75 | 2613 | 117,677 |
| 1994 | Q1 | 1.21 | 0.76 | 0.45 | 0.70 | 5266 | 535,923 | 0.59 | 0.74 | 2890 | 131,169 |
| 1994 | Q2 | 1.21 | 0.76 | 0.44 | 0.65 | 5628 | 531,224 | 0.56 | 0.74 | 3063 | 142,216 |
| 1994 | Q3 | 1.21 | 0.76 | 0.43 | 0.60 | 6388 | 514,264 | 0.52 | 0.63 | 3704 | 142,832 |
| 1994 | Q4 | 1.21 | 0.76 | 0.41 | 0.58 | 7025 | 632,599 | 0.48 | 0.60 | 4280 | 179,447 |
| 1995 | Q1 | 1.21 | 0.76 | 0.39 | 0.54 | 7608 | 767,273 | 0.46 | 0.56 | 4462 | 190,694 |
| 1995 | Q2 | 1.21 | 0.58 | 0.39 | 0.49 | 7955 | 733,853 | 0.44 | 0.53 | 4826 | 216,140 |
| 1995 | Q3 | 1.21 | 0.99 | 0.38 | 0.48 | 8264 | 663,773 | 0.44 | 0.52 | 5139 | 213,698 |
| 1995 | Q4 | 1.21 | 0.99 | 0.37 | 0.47 | 9003 | 822,201 | 0.42 | 0.50 | 5599 | 258,860 |
| 1996 | Q1 | 1.21 | 0.99 | 0.36 | 0.46 | 9436 | 921,632 | 0.41 | 0.50 | 5917 | 286,466 |
| 1996 | Q2 | 1.21 | 0.99 | 0.36 | 0.45 | 9061 | 834,417 | 0.40 | 0.47 | 5464 | 279,241 |
| 1996 | Q3 | 1.21 | 0.99 | 0.34 | 0.43 | 8420 | 739,893 | 0.39 | 0.45 | 4933 | 236,968 |
| 1996 | Q4 | 1.21 | 0.99 | 0.33 | 0.40 | 8314 | 909,877 | 0.36 | 0.42 | 4712 | 271,494 |
| 1997 | Q1 | 1.21 | 0.99 | 0.32 | 0.37 | 8498 | 1,017,594 | 0.35 | 0.40 | 4756 | 303,538 |
| 1997 | Q2 | 1.21 | 0.99 | 0.31 | 0.36 | 8459 | 925,202 | 0.34 | 0.39 | 4795 | 294,728 |
| 1997 | Q3 | 1.21 | 0.99 | 0.31 | 0.35 | 8847 | 821,759 | 0.33 | 0.37 | 5198 | 287,404 |
| 1997 | Q4 | 1.21 | 0.99 | 0.30 | 0.34 | 9260 | 995,562 | 0.33 | 0.36 | 5503 | 348,347 |
| 1998 | Q1 | 1.21 | 0.38 | 0.29 | 0.33 | 8854 | 1,061,713 | 0.31 | 0.34 | 5002 | 323,527 |
| 1998 | Q2 | 1.21 | 0.38 | 0.29 | 0.33 | 8343 | 871,447 | 0.31 | 0.34 | 4606 | 289,847 |
| 1998 | Q3 | 1.21 | 0.38 | 0.27 | 0.32 | 8306 | 834,781 | 0.29 | 0.33 | 4662 | 280,742 |
| 1998 | Q4 | 1.21 | 0.38 | 0.26 | 0.32 | 9057 | 1,019,744 | 0.28 | 0.32 | 4843 | 298,578 |
| 1999 | Q1 | 1.21 | 0.34 | 0.25 | 0.32 | 10778 | 1,286,129 | 0.27 | 0.32 | 6391 | 377,616 |
| 1999 | Q2 | 1.21 | 0.34 | 0.24 | 0.32 | 10826 | 1,103,974 | 0.26 | 0.32 | 6578 | 347,449 |
| 1999 | Q3 | 1.21 | 0.38 | 0.24 | 0.29 | 11301 | 1,046,232 | 0.25 | 0.29 | 6931 | 335,887 |
| 1999 | Q4 | 1.21 | 0.38 | 0.23 | 0.29 | 12427 | 1,316,442 | 0.24 | 0.29 | 8144 | 453,160 |
| 2000 | Q1 | 1.21 | 0.38 | 0.22 | 0.27 | 11355 | 1,300,314 | 0.23 | 0.27 | 7066 | 419,883 |
| 2000 | Q2 | 1.21 | 0.30 | 0.20 | 0.27 | 10472 | 1,123,401 | 0.22 | 0.27 | 6465 | 364,345 |
| 2000 | Q3 | 1.21 | 0.30 | 0.20 | 0.27 | 10647 | 1,037,510 | 0.21 | 0.27 | 6650 | 336,621 |
| 2000 | Q4 | 1.21 | 0.30 | 0.19 | 0.27 | 11403 | 1,225,632 | 0.19 | 0.27 | 7409 | 425,835 |
| 2001 | Q1 | 1.21 | 0.30 | 0.18 | 0.25 | 10353 | 1,283,673 | 0.19 | 0.25 | 6289 | 404,475 |
| 2001 | Q2 | 1.21 | 0.24 | 0.17 | 0.24 | 9668 | 1,190,314 | 0.18 | 0.24 | 5534 | 395,166 |
| 2001 | Q3 | 1.21 | 0.24 | 0.17 | 0.24 | 10224 | 1,150,306 | 0.17 | 0.24 | 6214 | 370,800 |
| 2001 | Q4 | 1.21 | 0.24 | 0.16 | 0.17 | 11926 | 1,245,699 | 0.16 | 0.21 | 7761 | 435,791 |
| 2002 | Q1 | 1.21 | 0.24 | 0.15 | 0.17 | 11839 | 1,272,048 | 0.15 | 0.18 | 7539 | 418,515 |
| 2002 | Q2 | 1.21 | 0.20 | 0.14 | 0.17 | 11166 | 1,109,294 | 0.15 | 0.18 | 6977 | 380,057 |
| 2002 | Q3 | 1.21 | 0.20 | 0.14 | 0.17 | 12947 | 1,029,912 | 0.15 | 0.18 | 8616 | 372,296 |
| 2002 | Q4 | 1.21 | 0.20 | 0.14 | 0.18 | 16175 | 1,144,526 | 0.14 | 0.18 | 11662 | 488,636 |
| 2003 | Q1 | 1.21 | 0.20 | 0.14 | 0.18 | 16163 | 1,237,130 | 0.14 | 0.18 | 11608 | 592,085 |
| 2003 | Q2 | 1.21 | 0.18 | 0.13 | 0.17 | 15897 | 1,153,698 | 0.13 | 0.17 | 11317 | 570,188 |
| 2003 | Q3 | 1.21 | 0.18 | 0.13 | 0.17 | 14276 | 1,033,681 | 0.13 | 0.17 | 9710 | 503,380 |
| 2003 | Q4 | 1.21 | 0.18 | 0.13 | 0.17 | 14982 | 1,226,759 | 0.13 | 0.17 | 10209 | 597,023 |
| 2004 | Q1 | 1.21 | 0.18 | 0.12 | 0.17 | 15190 | 1,205,092 | 0.12 | 0.17 | 10466 | 595,227 |
| 2004 | Q2 | 1.21 | 0.18 | 0.12 | 0.15 | 12596 | 697,435 | 0.12 | 0.15 | 8346 | 343,670 |
| 2004 | Q3 | 1.21 | 0.18 | 0.11 | 0.12 | 2654 | 76819 | 0.12 | 0.12 | 1522 | 35,183 |
| 2004 | Q4 | 1.21 | 0.18 | 0.11 | 0.12 | 495 | 9147 | 0.11 | 0.12 | 319 | 5,690 |
| 2005 | Q1 | 1.21 | 0.15 | 0.10 | 0.11 | 69 | 698 | 0.10 | 0.11 | 37 | 229 |
| | Average | 1.22 | 0.58 | 0.31 | 0.42 | 8,654 | 816,521 | 0.36 | 0.44 | 5,400 | 284,083 |

**Table 11: Medicaid Spending on Dey Complaint NDCs by State, NDC, and Yr-Quarter: CMS SDUD Data**

| | A. Breakdown by State | | | | B. Breakdown by NDC | | | | C. Breakdown by Year-Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **State** | **# Scripts** | **Paid** | **Cumulative** | **NDC** | **# Scripts** | **Paid** | | **YrQuart** | **# Scripts** | **Paid** |
| | | | | | | | | 1 | 1992,1 | 1 | $0 |
| | | | | | | | | 2 | 1992,2 | 2,239 | $138 |
| | | | | | | | | 3 | 1992,3 | 11,608 | $697 |
| | | | | | | | | 4 | 1992,4 | 29,508 | $1,672 |
| | | | | | | | | 5 | 1993,1 | 38,097 | $2,231 |
| | | | | | | | | 6 | 1993,2 | 45,675 | $2,708 |
| | | | | | | | | 7 | 1993,3 | 44,540 | $2,735 |
| 1 | NY | 1,437,520 | $64,058 | 10.88% | | | | 8 | 1993,4 | 68,466 | $3,832 |
| 2 | CA | 1,269,031 | $58,007 | 20.72% | | | | 9 | 1994,1 | 75,178 | $4,029 |
| 3 | FL | 1,106,764 | $40,052 | 27.52% | | | | 10 | 1994,2 | 67,194 | $3,707 |
| 4 | GA | 750,319 | $30,171 | 32.65% | | | | 11 | 1994,3 | 65,794 | $3,590 |
| 5 | PA | 794,477 | $26,586 | 37.16% | | | | 12 | 1994,4 | 95,913 | $5,168 |
| 6 | KY | 610,705 | $25,253 | 41.45% | | | | 13 | 1995,1 | 127,027 | $7,057 |
| 7 | LA | 542,772 | $25,067 | 45.70% | | | | 14 | 1995,2 | 121,508 | $6,760 |
| 8 | IL | 903,536 | $24,745 | 49.91% | | | | 15 | 1995,3 | 137,057 | $7,870 |
| 9 | NJ | 490,918 | $21,947 | 53.63% | | | | 16 | 1995,4 | 162,046 | $9,241 |
| 10 | NC | 569,783 | $20,649 | 57.14% | | | | 17 | 1996,1 | 184,162 | $10,189 |
| 11 | IN | 478,835 | $18,177 | 60.22% | | | | 18 | 1996,2 | 211,390 | $10,867 |
| 12 | VA | 475,274 | $17,840 | 63.25% | 1 49502069703 | 5,134,933 | $167,227 | 19 | 1996,3 | 197,220 | $9,623 |
| 13 | MI | 530,220 | $16,141 | 65.99% | 2 49502068503 | 1,815,105 | $120,367 | 20 | 1996,4 | 236,678 | $11,238 |
| 14 | MA | 582,696 | $14,811 | 68.51% | 3 49502069760 | 1,165,830 | $56,090 | 21 | 1997,1 | 248,522 | $12,007 |
| 15 | MO | 452,173 | $14,717 | 71.01% | 4 49502068902 | 1,104,755 | $50,672 | 22 | 1997,2 | 263,256 | $12,696 |
| 16 | WA | 289,397 | $13,175 | 73.24% | 5 49502068560 | 357,887 | $35,702 | 23 | 1997,3 | 250,899 | $12,457 |
| 17 | AL | 467,458 | $13,055 | 75.46% | 6 49502068912 | 540,589 | $35,093 | 24 | 1997,4 | 267,333 | $11,708 |
| 18 | MS | 223,884 | $12,233 | 77.54% | 7 49502069724 | 1,901,534 | $33,758 | 25 | 1998,1 | 289,199 | $11,687 |
| 19 | WV | 282,001 | $10,866 | 79.38% | 8 49502030317 | 773,086 | $13,588 | 26 | 1998,2 | 289,315 | $12,053 |
| 20 | WI | 308,460 | $9,818 | 81.05% | 9 49502033317 | 597,158 | $12,251 | 27 | 1998,3 | 253,110 | $10,727 |
| 21 | OK | 220,421 | $8,824 | 82.55% | 10 49502069761 | 456,685 | $12,211 | 28 | 1998,4 | 321,487 | $13,757 |
| 22 | SC | 235,270 | $8,781 | 84.04% | 11 49502068524 | 468,522 | $9,931 | 29 | 1999,1 | 357,132 | $15,230 |
| 23 | MN | 207,348 | $7,187 | 85.26% | 12 49502068533 | 114,584 | $9,110 | 30 | 1999,2 | 351,288 | $15,466 |
| 24 | TN | 254,551 | $7,136 | 86.47% | 13 49502019620 | 440,273 | $8,862 | 31 | 1999,3 | 317,926 | $14,087 |
| 25 | CT | 170,071 | $6,663 | 87.60% | 14 49502069733 | 243,900 | $8,122 | 32 | 1999,4 | 398,949 | $17,461 |
| 26 | IA | 225,210 | $6,663 | 88.73% | 15 49502010501 | 281,401 | $4,118 | 33 | 2000,1 | 381,353 | $17,105 |
| 27 | MD | 306,856 | $6,158 | 89.78% | 16 49502069729 | 158,005 | $2,935 | 34 | 2000,2 | 369,645 | $16,380 |
| 28 | AR | 155,957 | $6,136 | 90.82% | 17 49502068526 | 108,837 | $1,970 | 35 | 2000,3 | 327,287 | $14,870 |
| 29 | ME | 162,343 | $5,966 | 91.83% | 18 49502068561 | 54,102 | $1,923 | 36 | 2000,4 | 421,879 | $17,186 |
| 30 | KS | 163,590 | $5,589 | 92.78% | 19 49502068562 | 69,094 | $1,704 | 37 | 2001,1 | 439,334 | $18,441 |
| 31 | CO | 178,076 | $5,395 | 93.70% | 20 49502068961 | 31,595 | $1,288 | 38 | 2001,2 | 397,476 | $17,702 |
| 32 | NE | 136,321 | $4,609 | 94.48% | 21 49502068529 | 48,495 | $1,133 | 39 | 2001,3 | 355,407 | $16,338 |
| 33 | OR | 102,093 | $3,654 | 95.10% | 22 49502068531 | 34,575 | $593 | 40 | 2001,4 | 398,595 | $18,236 |
| 34 | MT | 65,175 | $2,867 | 95.59% | 23 49502030327 | 13,171 | $195 | 41 | 2002,1 | 411,032 | $16,306 |
| 35 | NH | 71,169 | $2,707 | 96.05% | 24 49502069730 | 5,664 | $91 | 42 | 2002,2 | 408,294 | $14,675 |
| 36 | NM | 70,403 | $2,611 | 96.49% | 25 49502068530 | 2,297 | $41 | 43 | 2002,3 | 368,909 | $13,070 |
| 37 | SD | 76,200 | $2,562 | 96.92% | 26 49502033327 | 794 | $14 | 44 | 2002,4 | 390,575 | $13,071 |
| 38 | DE | 84,260 | $2,368 | 97.33% | | | | 45 | 2003,1 | 387,488 | $12,097 |
| 39 | ID | 67,229 | $2,354 | 97.73% | | | | 46 | 2003,2 | 352,945 | $10,495 |
| 40 | NV | 61,295 | $2,014 | 98.07% | | | | 47 | 2003,3 | 339,669 | $10,091 |
| 41 | AK | 47,046 | $1,970 | 98.40% | | | | 48 | 2003,4 | 391,120 | $9,821 |
| 42 | UT | 67,139 | $1,962 | 98.74% | | | | 49 | 2004,1 | 358,875 | $8,706 |
| 43 | HI | 52,492 | $1,594 | 99.01% | | | | 50 | 2004,2 | 335,584 | $8,461 |
| 44 | RI | 56,483 | $1,521 | 99.26% | | | | 51 | 2004,3 | 269,227 | $7,158 |
| 45 | ND | 31,760 | $1,219 | 99.47% | | | | 52 | 2004,4 | 326,852 | $8,062 |
| 46 | DC | 32,202 | $1,105 | 99.66% | | | | 53 | 2005,1 | 356,955 | $7,928 |
| 47 | WY | 28,669 | $1,049 | 99.84% | | | | 54 | 2005,2 | 345,749 | $7,067 |
| 48 | VT | 27,019 | $956 | 100.00% | | | | 55 | 2005,3 | 297,224 | $5,483 |
| | | | | | | | | 56 | 2005,4 | 363,277 | $6,625 |
| | | | | | | | | 57 | 2006,1 | 218,198 | $4,397 |
| | | | | | | | | 58 | 2006,2 | 165,353 | $3,344 |
| | | | | | | | | 59 | 2006,3 | 122,711 | $2,497 |
| | | | | | | | | 60 | 2006,4 | 177,582 | $3,517 |
| | | | | | | | | 61 | 2007,1 | 208,133 | $3,923 |
| | | | | | | | | 62 | 2007,2 | 172,106 | $3,335 |
| | | | | | | | | 63 | 2007,3 | 160,834 | $3,085 |
| | | | | | | | | 64 | 2007,4 | 175,616 | $3,185 |
| | | | | | | | | 65 | 2008,1 | 197,870 | $3,643 |
| | **Total** | **15,922,871** | **$588,987** | **100.00%** | **Total** | **15,922,871** | **$588,987** | | **Total** | **15,922,871** | **$588,987** |

*Dollar amounts are in thousands of dollars.*

**Table 12A: Comparison of Dey CMS State Drug Utilization and MAX Claims Data: 1999 - 2004**

| State | State Drug Utilization Data | | | MAX Data | | | % Paid Diff |
| | Paid (in $1000) | Scripts | # Quarters | Paid (in $1000) | Claims | # Quarters | |
|---|---|---|---|---|---|---|---|
| CA | $37,974.21 | 728,888 | 24 | $37,268.96 | 968,253 | 24 | -1.86% |
| NY | $30,658.12 | 751,512 | 24 | $30,608.54 | 767,917 | 24 | -0.16% |
| FL | $21,267.54 | 630,295 | 24 | $21,213.34 | 636,310 | 24 | -0.25% |
| GA | $16,412.75 | 419,535 | 24 | $16,429.09 | 424,480 | 24 | 0.10% |
| KY | $16,404.57 | 337,509 | 24 | $16,441.96 | 357,835 | 24 | 0.23% |
| PA | $15,162.34 | 467,082 | 23 | $14,826.27 | 460,071 | 24 | -2.22% |
| LA | $14,414.58 | 294,742 | 24 | $14,322.89 | 293,784 | 24 | -0.64% |
| IL | $14,005.03 | 485,280 | 24 | $13,519.50 | 478,492 | 24 | -3.47% |
| NC | $12,294.42 | 332,013 | 23 | $12,897.21 | 348,390 | 24 | 4.90% |
| IN | $12,250.89 | 297,738 | 24 | $12,708.19 | 342,922 | 24 | 3.73% |
| NJ | $11,949.42 | 278,529 | 24 | $11,946.29 | 355,372 | 24 | -0.03% |
| VA | $10,265.20 | 268,847 | 24 | $10,250.10 | 307,812 | 24 | -0.15% |
| MO | $8,993.87 | 270,249 | 24 | $8,773.13 | 313,966 | 24 | -2.45% |
| MA | $7,843.61 | 344,014 | 24 | $7,619.35 | 336,629 | 24 | -2.86% |
| MI | $6,904.62 | 249,130 | 23 | $7,204.08 | 255,842 | 24 | 4.34% |
| WA | $6,433.07 | 155,248 | 24 | $6,265.18 | 166,667 | 24 | -2.61% |
| AL | $6,259.49 | 240,405 | 24 | $6,313.98 | 245,467 | 24 | 0.87% |
| WI | $5,554.13 | 179,401 | 24 | $5,451.87 | 200,104 | 24 | -1.84% |
| SC | $5,433.40 | 137,107 | 24 | $4,393.58 | 116,813 | 24 | -19.14% |
| OK | $5,297.93 | 129,241 | 24 | $5,395.94 | 148,952 | 24 | 1.85% |
| MS | $5,291.08 | 93,012 | 19 | $7,077.44 | 126,245 | 24 | 33.76% |
| WV | $5,274.35 | 123,227 | 23 | $5,791.70 | 135,382 | 24 | 9.81% |
| TN | $5,178.71 | 174,474 | 19 | $4,777.02 | 324,470 | 23 | -7.76% |
| CT | $4,658.00 | 110,207 | 24 | $4,582.50 | 109,042 | 24 | -1.62% |
| IA | $3,998.56 | 105,651 | 18 | $5,659.47 | 146,983 | 24 | 41.54% |
| MN | $3,679.56 | 105,253 | 23 | $4,013.74 | 241,890 | 24 | 9.08% |
| CO | $3,633.83 | 113,572 | 23 | $4,285.66 | 109,251 | 24 | 17.94% |
| KS | $3,408.97 | 92,794 | 23 | $3,867.30 | 109,899 | 24 | 13.44% |
| ME | $3,295.32 | 92,210 | 24 | $3,436.34 | 99,224 | 24 | 4.28% |
| AR | $3,175.08 | 90,475 | 22 | $3,478.38 | 96,249 | 24 | 9.55% |
| NE | $2,789.04 | 82,218 | 24 | $2,801.58 | 84,742 | 24 | 0.45% |
| MD | $2,541.91 | 164,129 | 24 | $2,666.53 | 266,065 | 24 | 4.90% |
| OR | $2,191.78 | 63,830 | 24 | $2,187.30 | 65,056 | 24 | -0.20% |
| SD | $1,716.78 | 50,766 | 24 | $1,783.27 | 52,378 | 24 | 3.87% |
| MT | $1,707.61 | 38,270 | 24 | $1,730.20 | 38,717 | 24 | 1.32% |
| NH | $1,552.96 | 41,984 | 24 | $2,005.34 | 52,332 | 24 | 29.13% |
| NV | $1,329.71 | 37,284 | 23 | $1,398.90 | 39,158 | 24 | 5.20% |
| ID | $1,320.73 | 37,007 | 21 | $1,849.31 | 52,485 | 24 | 40.02% |
| AK | $1,192.83 | 28,185 | 24 | $1,134.96 | 26,019 | 24 | -4.85% |
| UT | $1,063.52 | 33,612 | 23 | $1,192.98 | 37,710 | 24 | 12.17% |
| RI | $928.29 | 36,447 | 24 | $917.80 | 53,348 | 24 | -1.13% |
| NM | $926.02 | 30,899 | 24 | $882.14 | 69,677 | 24 | -4.74% |
| HI | $806.64 | 24,327 | 22 | $852.97 | 87,040 | 24 | 5.74% |
| ND | $747.36 | 19,236 | 24 | $754.03 | 19,655 | 24 | 0.89% |
| DE | $735.71 | 27,251 | 19 | $1,078.76 | 39,311 | 24 | 46.63% |
| WY | $722.29 | 16,383 | 24 | $665.37 | 14,391 | 20 | -7.88% |
| DC | $475.85 | 15,049 | 24 | $516.73 | 16,635 | 24 | 8.59% |
| VT | $392.04 | 12,324 | 20 | $1,802.94 | 49,925 | 24 | 359.89% |
| Total | $330,513.69 | 8,856,841 | - | $337,040.08 | 10,089,357 | - | 1.97% |

**Table 12B: Comparison of Dey CMS State Drug Utilization and SMRF Claims Data: 1996 - 1998**

| State | State Drug Utilization Data | | | SMRF Data | | | |
|---|---|---|---|---|---|---|---|
| | Paid (in $1000) | Scripts | # Quarters | Paid (in $1000) | Claims | # Quarters | % Paid Diff |
| NY | $18,027.55 | 328,507 | 12 | | | | |
| FL | $11,064.51 | 222,057 | 12 | $11,314.05 | 230,820 | 12 | 2.26 |
| CA | $10,275.67 | 213,124 | 12 | $7,517.27 | 162,290 | 8 | -26.84 |
| GA | $7,532.89 | 121,342 | 12 | $7,785.75 | 127,838 | 12 | 3.36 |
| IL | $6,990.03 | 198,303 | 12 | | | | |
| PA | $6,461.00 | 147,033 | 12 | $6,636.91 | 151,786 | 12 | 2.72 |
| LA | $6,134.69 | 126,333 | 12 | | | | |
| MI | $5,395.83 | 125,930 | 12 | $5,322.02 | 125,605 | 12 | -1.37 |
| NC | $5,002.52 | 94,708 | 10 | | | | |
| MA | $4,575.60 | 133,862 | 12 | | | | |
| VA | $4,324.83 | 99,007 | 12 | | | | |
| KY | $4,198.61 | 98,234 | 12 | $4,115.26 | 96,145 | 12 | -1.99 |
| NJ | $4,007.90 | 87,574 | 12 | $3,977.15 | 88,033 | 12 | -0.77 |
| WA | $3,797.35 | 64,409 | 12 | $4,007.08 | 73,371 | 12 | 5.52 |
| AL | $3,647.35 | 78,842 | 12 | | | | |
| MS | $3,392.08 | 44,733 | 11 | $3,712.51 | 49,647 | 12 | 9.45 |
| MO | $3,251.13 | 82,416 | 10 | $3,842.05 | 98,812 | 12 | 18.18 |
| WV | $2,259.19 | 41,751 | 12 | | | | |
| WI | $2,240.62 | 50,617 | 12 | $2,299.14 | 53,397 | 12 | 2.61 |
| OK | $2,062.84 | 35,445 | 12 | | | | |
| MD | $1,982.17 | 64,218 | 12 | | | | |
| MN | $1,944.07 | 55,321 | 12 | $2,257.14 | 57,797 | 12 | 16.10 |
| ME | $1,785.35 | 29,452 | 12 | $1,787.29 | 29,292 | 12 | 0.11 |
| AR | $1,662.34 | 33,288 | 11 | $1,863.52 | 38,093 | 12 | 12.10 |
| SC | $1,549.43 | 28,203 | 11 | | | | |
| KS | $1,455.87 | 39,344 | 10 | $1,583.32 | 42,370 | 12 | 8.75 |
| IN | $1,455.11 | 28,020 | 3 | $6,140.35 | 125,828 | 12 | 321.99 |
| CT | $1,276.85 | 31,297 | 12 | | | | |
| NM | $1,213.02 | 27,060 | 12 | $1,167.32 | 26,040 | 12 | -3.77 |
| NE | $1,155.62 | 27,423 | 11 | | | | |
| DE | $974.32 | 26,658 | 11 | $1,090.99 | 30,064 | 12 | 11.97 |
| CO | $972.05 | 23,363 | 9 | $1,242.83 | 29,650 | 12 | 27.86 |
| IA | $897.81 | 55,420 | 11 | $2,429.74 | 61,451 | 12 | 170.63 |
| MT | $679.81 | 14,271 | 12 | $697.26 | 13,623 | 12 | 2.57 |
| OR | $605.62 | 14,009 | 12 | | | | |
| ID | $564.83 | 10,706 | 9 | $881.66 | 17,203 | 12 | 56.09 |
| SD | $548.83 | 13,971 | 12 | | | | |
| UT | $474.02 | 14,462 | 12 | $488.13 | 14,966 | 12 | 2.98 |
| NH | $445.08 | 11,146 | 9 | $637.13 | 16,315 | 12 | 43.15 |
| HI | $436.81 | 14,584 | 12 | | | | |
| RI | $391.99 | 12,400 | 11 | | | | |
| AK | $389.03 | 7,862 | 12 | $395.61 | 8,040 | 12 | 1.69 |
| DC | $359.85 | 8,425 | 10 | | | | |
| VT | $330.65 | 8,435 | 10 | $406.60 | 10,352 | 12 | 22.97 |
| ND | $324.02 | 7,479 | 12 | $334.61 | 7,814 | 12 | 3.27 |
| NV | $279.59 | 6,562 | 9 | | | | |
| WY | $213.84 | 4,965 | 12 | $263.15 | 5,169 | 12 | 23.06 |
| Total-Partial | $77,398.81 | 1,654,721 | - | $84,195.82 | 1,791,811 | - | 8.78 |
| Total-All | $139,010.18 | 3,012,571 | | | | | |

**Table 12C: Comparison of Dey CMS State Drug Utilization and SMRF Claims Data: 1992 - 1995**

| State | State Drug Utilization Data | | | SMRF Data | | | |
| | Paid (in $1000) | Scripts | # Quarters | Paid (in $1000) | Claims | # Quarters | % Paid Diff |
|---|---|---|---|---|---|---|---|
| NY | $11,299.54 | 185,322 | 13 | | | | |
| FL | $5,485.34 | 92,616 | 14 | $4,363.91 | 77,441 | 8 | -20.44 |
| PA | $3,362.77 | 61,650 | 15 | $3,357.40 | 62,431 | 15 | -0.16 |
| IN | $3,275.95 | 57,587 | 13 | $4,080.70 | 72,025 | 16 | 24.57 |
| MI | $2,859.20 | 61,697 | 15 | $2,468.63 | 53,198 | 8 | -13.66 |
| GA | $2,807.04 | 39,694 | 15 | $2,837.28 | 39,976 | 12 | 1.08 |
| NJ | $2,350.16 | 49,197 | 15 | $2,523.94 | 52,445 | 15 | 7.39 |
| LA | $2,273.24 | 40,810 | 14 | | | | |
| CA | $1,988.67 | 32,883 | 15 | $1,993.89 | 30,275 | 10 | 0.26 |
| VA | $1,846.57 | 35,532 | 15 | | | | |
| NC | $1,795.70 | 28,970 | 15 | | | | |
| MA | $1,706.36 | 37,403 | 14 | | | | |
| MS | $1,519.69 | 17,661 | 15 | $1,490.59 | 17,260 | 12 | -1.91 |
| WV | $1,374.91 | 21,998 | 15 | | | | |
| IA | $1,309.58 | 27,107 | 13 | $1,518.59 | 32,244 | 16 | 15.96 |
| WI | $1,280.70 | 23,255 | 15 | $1,202.23 | 21,878 | 15 | -6.13 |
| WA | $1,235.85 | 18,461 | 13 | $1,403.62 | 21,395 | 15 | 13.58 |
| MN | $1,225.83 | 25,986 | 15 | $1,133.30 | 22,683 | 12 | -7.55 |
| KY | $1,209.17 | 27,003 | 15 | $1,338.72 | 29,691 | 15 | 10.71 |
| MD | $1,174.42 | 24,218 | 15 | | | | |
| IL | $1,022.00 | 18,771 | 13 | | | | |
| MO | $1,016.19 | 18,852 | 14 | $1,120.84 | 20,394 | 15 | 10.30 |
| AL | $982.42 | 18,338 | 15 | $1,025.09 | 19,007 | 16 | 4.34 |
| AR | $757.74 | 11,189 | 15 | $778.13 | 11,406 | 15 | 2.69 |
| OK | $654.51 | 10,057 | 15 | | | | |
| OR | $598.02 | 11,440 | 15 | | | | |
| SC | $558.45 | 7,495 | 15 | | | | |
| ME | $478.65 | 9,481 | 15 | $897.71 | 8,671 | 15 | 87.55 |
| NM | $422.75 | 8,132 | 13 | | | | |
| MT | $328.27 | 5,695 | 15 | $326.07 | 5,609 | 16 | -0.67 |
| DE | $322.84 | 6,437 | 15 | $313.14 | 6,231 | 12 | -3.00 |
| NH | $310.64 | 6,543 | 16 | $317.59 | 6,752 | 15 | 2.24 |
| CT | $290.17 | 5,656 | 11 | | | | |
| ID | $260.41 | 4,613 | 15 | | | | |
| TN | $236.50 | 2,566 | 7 | | | | |
| CO | $204.67 | 4,060 | 12 | $323.36 | 6,243 | 8 | 57.99 |
| VT | $194.86 | 3,793 | 13 | $226.63 | 4,517 | 15 | 16.30 |
| AK | $184.69 | 2,811 | 15 | $188.05 | 2,870 | 15 | 1.82 |
| NE | $184.32 | 3,283 | 14 | | | | |
| DC | $162.32 | 3,296 | 15 | | | | |
| HI | $156.85 | 4,117 | 13 | $52.54 | 1,292 | 7 | -66.51 |
| KS | $150.94 | 3,042 | 12 | $305.95 | 6,173 | 15 | 102.70 |
| RI | $148.24 | 2,780 | 10 | $94.90 | 1,811 | 4 | -35.98 |
| UT | $135.31 | 2,953 | 14 | $146.02 | 3,220 | 15 | 7.91 |
| ND | $102.70 | 2,303 | 15 | $104.51 | 2,331 | 15 | 1.76 |
| SD | $95.63 | 2,292 | 15 | | | | |
| NV | $81.28 | 1,406 | 13 | | | | |
| WY | $11.06 | 1,400 | 12 | $75.51 | 1,734 | 14 | 582.53 |
| Total-Partial | $35,396.02 | 638,591 | - | $36,008.84 | 641,203 | - | 1.73 |
| Total-All | $61,433.09 | 1,091,851 | - | | | | |

**Table 13A: Breakdown of New York Medicaid Spending by NDC and Year-Quarter for 1993-2007**

| Breakdown by National Drug Code | | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | | Year | Quarter | # of Claims | Paid Amount |
| 49502010501 | 8,805 | $141,724 | | 1993 | 1 | 4,939 | $299,245 |
| 49502019620 | 10,912 | $227,803 | | 1993 | 2 | 5,704 | $354,800 |
| 49502030317 | 53,182 | $917,840 | | 1993 | 3 | 5,999 | $393,201 |
| 49502030327 | 691 | $12,450 | | 1993 | 4 | 11,893 | $725,266 |
| 49502033317 | 136,424 | $3,195,107 | | 1994 | 1 | 16,949 | $1,010,550 |
| 49502033327 | 207 | $4,388 | | 1994 | 2 | 14,466 | $884,866 |
| 49502068503 | 86,597 | $10,130,947 | | 1994 | 3 | 15,412 | $964,140 |
| 49502068524 | 15,663 | $491,766 | | 1994 | 4 | 26,771 | $1,625,451 |
| 49502068526 | 4,617 | $94,802 | | 1995 | 1 | 28,084 | $1,683,089 |
| 49502068529 | 475 | $17,870 | | 1995 | 2 | 24,595 | $1,524,034 |
| 49502068530 | 128 | $2,410 | | 1995 | 3 | 20,263 | $1,275,465 |
| 49502068531 | 550 | $12,243 | | 1995 | 4 | 29,045 | $1,733,706 |
| 49502068533 | 2,958 | $372,827 | | 1996 | 1 | 28,439 | $1,709,520 |
| 49502068560 | 9,830 | $1,282,185 | | 1996 | 2 | 25,876 | $1,517,197 |
| 49502068561 | 1,111 | $49,071 | | 1996 | 3 | 23,352 | $1,340,367 |
| 49502068562 | 901 | $24,238 | | 1996 | 4 | 32,285 | $1,844,378 |
| 49502068902 | 158,968 | $7,623,613 | | 1997 | 1 | 29,117 | $1,692,773 |
| 49502068912 | 110,501 | $7,365,971 | | 1997 | 2 | 27,937 | $1,651,461 |
| 49502068961 | 3,396 | $163,942 | | 1997 | 3 | 24,465 | $1,468,985 |
| 49502069703 | 667,095 | $27,729,704 | | 1997 | 4 | 31,689 | $1,507,133 |
| 49502069724 | 211,389 | $4,637,155 | | 1998 | 1 | 29,384 | $1,394,490 |
| 49502069729 | 7,163 | $178,375 | | 1998 | 2 | 24,104 | $1,198,899 |
| 49502069730 | 747 | $11,900 | | 1998 | 3 | 24,506 | $1,198,276 |
| 49502069733 | 9,304 | $291,448 | | 1998 | 4 | 38,846 | $1,855,703 |
| 49502069760 | 44,040 | $2,053,038 | | 1999 | 1 | 35,800 | $1,783,785 |
| 49502069761 | 8,133 | $229,277 | | 1999 | 2 | 31,490 | $1,621,286 |
| | | | | 1999 | 3 | 27,652 | $1,466,843 |
| Total | 1,553,787 | $67,262,096 | | 1999 | 4 | 39,857 | $2,014,855 |
| | | | | 2000 | 1 | 35,782 | $1,873,625 |
| | | | | 2000 | 2 | 31,545 | $1,621,449 |
| | | | | 2000 | 3 | 26,062 | $1,256,351 |
| | | | | 2000 | 4 | 43,740 | $1,648,731 |
| | | | | 2001 | 1 | 42,001 | $1,471,170 |
| | | | | 2001 | 2 | 33,690 | $1,304,290 |
| | | | | 2001 | 3 | 27,825 | $1,098,264 |
| | | | | 2001 | 4 | 35,121 | $1,289,711 |
| | | | | 2002 | 1 | 35,343 | $1,367,222 |
| | | | | 2002 | 2 | 35,261 | $1,357,848 |
| | | | | 2002 | 3 | 29,114 | $1,174,789 |
| | | | | 2002 | 4 | 35,713 | $1,340,235 |
| | | | | 2003 | 1 | 34,276 | $1,279,770 |
| | | | | 2003 | 2 | 27,879 | $1,068,419 |
| | | | | 2003 | 3 | 24,635 | $935,086 |
| | | | | 2003 | 4 | 32,901 | $952,875 |
| | | | | 2004 | 1 | 29,597 | $859,527 |
| | | | | 2004 | 2 | 20,754 | $651,891 |
| | | | | 2004 | 3 | 16,366 | $531,047 |
| | | | | 2004 | 4 | 22,036 | $666,930 |
| | | | | 2005 | 1 | 27,722 | $787,331 |
| | | | | 2005 | 2 | 26,638 | $644,922 |
| | | | | 2005 | 3 | 20,963 | $491,221 |
| | | | | 2005 | 4 | 29,599 | $660,051 |
| | | | | 2006 | 1 | 24,608 | $530,177 |
| | | | | 2006 | 2 | 20,139 | $430,703 |
| | | | | 2006 | 3 | 17,222 | $371,303 |
| | | | | 2006 | 4 | 28,369 | $586,961 |
| | | | | 2007 | 1 | 30,178 | $631,271 |
| | | | | 2007 | 2 | 28,938 | $620,566 |
| | | | | 2007 | 3 | 851 | $18,592 |
| | | | | Total | | 1,553,787 | $67,262,096 |

**Table 13B: The Impact of Alternative Price Statistics on Medicaid Spending in New York**

| Price Statistic Used | # w/DIFF>0 | % w/DIFF>0 | Aggregate DIFF | # Pharm. Payments |
|---|---|---|---|---|
| Avg. Pharmacy | 779,295 | 52.01% | $25,321,552 | 365,809 |
| 95th Percentile Pharmacy | 778,621 | 51.97% | $22,101,376 | 365,632 |
| 1.25 * Avg. Pharmacy | 778,036 | 51.93% | $21,252,191 | 365,410 |
| 1.25 * Avg. All Customer | 778,264 | 51.94% | $22,271,046 | 365,466 |
| 1.25 * Avg. Pharm Unweighted | 777,863 | 51.92% | $20,766,665 | 365,336 |

**Table 13C: New York SDUD Medicaid Spending by NDC and Year-Quarter for 1992-1993**

*Breakdown by National Drug Code*

| NDC | # of Claims | Paid Amount |
|---|---|---|
| 49502069703 | 38,675 | $2,346,149 |
| 49502069760 | 222 | $16,718 |
| Total | 38,897 | $2,362,867 |

*Breakdown by Service Year and Quarter*

| Year | Quarter | # of Claims | Paid Amount |
|---|---|---|---|
| 1992 | 2 | 86 | $5,390 |
| 1992 | 3 | 221 | $11,667 |
| 1992 | 4 | 7,893 | $441,424 |
| 1993 | 1 | 10,001 | $600,963 |
| 1993 | 2 | 10,884 | $666,867 |
| 1993 | 3 | 9,812 | $636,556 |
| Total | | 38,897 | $2,362,867 |

**Table 13D: New York SDUD Medicaid Spending by NDC and Year-Quarter for 2007-2008**

*Breakdown by National Drug Code*

| NDC | # of Claims | Paid Amount |
|---|---|---|
| 49502068503 | 8 | $170 |
| 49502068524 | 191 | $3,592 |
| 49502068526 | 6,874 | $142,343 |
| 49502068530 | 59 | $1,269 |
| 49502068531 | 416 | $7,887 |
| 49502068562 | 579 | $15,377 |
| 49502069703 | 6 | $31 |
| 49502069729 | 2,741 | $61,096 |
| 49502069730 | 272 | $6,455 |
| 49502069761 | 3,846 | $106,647 |
| Total | 14,992 | $344,866 |

*Breakdown by Service Year and Quarter*

| Year | Quarter | # of Claims | Paid Amount |
|---|---|---|---|
| 2007 | 3 | 3,400 | $76,123 |
| 2007 | 4 | 5,468 | $123,592 |
| 2008 | 1 | 6,124 | $145,151 |
| Total | | 14,992 | $344,866 |

**Table 14A: Breakdown of California Medicaid Spending by NDC and Year-Quarter for 1993-2007**

| _Breakdown by National Drug Code_ | | | _Breakdown by Service Year and Quarter_ | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 32,383 | $603,154 | 1993 | 3 | 3 | $145 |
| 49502019620 | 67,943 | $1,774,331 | 1993 | 4 | 7 | $544 |
| 49502030317 | 113,978 | $2,628,153 | 1994 | 1 | 19 | $1,455 |
| 49502030327 | 1,842 | $27,464 | 1994 | 2 | 465 | $32,177 |
| 49502033317 | 46,813 | $1,213,766 | 1994 | 3 | 2,848 | $184,110 |
| 49502033327 | 208 | $5,466 | 1994 | 4 | 4,294 | $285,930 |
| 49502068503 | 220,006 | $17,759,236 | 1995 | 1 | 5,401 | $363,746 |
| 49502068524 | 69,710 | $1,806,525 | 1995 | 2 | 5,517 | $362,486 |
| 49502068526 | 12,246 | $277,216 | 1995 | 3 | 4,941 | $326,257 |
| 49502068529 | 5,369 | $175,279 | 1995 | 4 | 6,213 | $413,609 |
| 49502068530 | 284 | $4,946 | 1996 | 1 | 9,290 | $511,582 |
| 49502068531 | 4,914 | $102,453 | 1996 | 2 | 12,594 | $589,426 |
| 49502068533 | 17,706 | $2,519,750 | 1996 | 3 | 13,035 | $568,255 |
| 49502068560 | 29,316 | $4,344,461 | 1996 | 4 | 16,637 | $702,514 |
| 49502068561 | 5,163 | $293,210 | 1997 | 1 | 18,308 | $727,723 |
| 49502068562 | 8,133 | $218,075 | 1997 | 2 | 18,377 | $810,415 |
| 49502068902 | 80,743 | $4,477,250 | 1997 | 3 | 16,445 | $794,326 |
| 49502068912 | 58,834 | $4,729,140 | 1997 | 4 | 20,094 | $993,033 |
| 49502068961 | 5,291 | $305,488 | 1998 | 1 | 19,676 | $1,012,034 |
| 49502069703 | 166,418 | $5,291,369 | 1998 | 2 | 19,564 | $1,047,717 |
| 49502069724 | 147,559 | $3,727,216 | 1998 | 3 | 18,797 | $986,744 |
| 49502069729 | 12,668 | $377,062 | 1998 | 4 | 22,150 | $1,087,531 |
| 49502069730 | 107 | $4,500 | 1999 | 1 | 23,267 | $1,198,389 |
| 49502069733 | 9,162 | $539,929 | 1999 | 2 | 22,098 | $1,251,343 |
| 49502069760 | 32,121 | $1,953,396 | 1999 | 3 | 20,157 | $1,213,075 |
| 49502069761 | 31,400 | $1,275,989 | 1999 | 4 | 22,471 | $1,342,565 |
| | | | 2000 | 1 | 24,555 | $1,481,929 |
| Total | 1,180,317 | $56,434,828 | 2000 | 2 | 22,341 | $1,411,353 |
| | | | 2000 | 3 | 20,154 | $1,373,703 |
| | | | 2000 | 4 | 29,546 | $1,658,733 |
| | | | 2001 | 1 | 30,520 | $2,065,931 |
| | | | 2001 | 2 | 26,357 | $2,000,212 |
| | | | 2001 | 3 | 25,283 | $1,928,827 |
| | | | 2001 | 4 | 27,279 | $1,984,499 |
| | | | 2002 | 1 | 29,521 | $1,833,930 |
| | | | 2002 | 2 | 30,568 | $1,796,647 |
| | | | 2002 | 3 | 27,971 | $1,705,166 |
| | | | 2002 | 4 | 31,023 | $1,896,975 |
| | | | 2003 | 1 | 35,389 | $1,979,948 |
| | | | 2003 | 2 | 33,308 | $1,792,279 |
| | | | 2003 | 3 | 33,018 | $1,582,227 |
| | | | 2003 | 4 | 38,598 | $1,304,289 |
| | | | 2004 | 1 | 38,560 | $1,226,035 |
| | | | 2004 | 2 | 31,570 | $1,054,894 |
| | | | 2004 | 3 | 29,164 | $1,054,172 |
| | | | 2004 | 4 | 32,725 | $1,217,784 |
| | | | 2005 | 1 | 37,106 | $1,237,909 |
| | | | 2005 | 2 | 35,032 | $968,317 |
| | | | 2005 | 3 | 26,793 | $684,232 |
| | | | 2005 | 4 | 35,223 | $874,342 |
| | | | 2006 | 1 | 22,487 | $606,336 |
| | | | 2006 | 2 | 17,703 | $490,545 |
| | | | 2006 | 3 | 15,510 | $446,739 |
| | | | 2006 | 4 | 18,383 | $524,357 |
| | | | 2007 | 1 | 21,683 | $606,316 |
| | | | 2007 | 2 | 18,137 | $504,044 |
| | | | 2007 | 3 | 12,142 | $335,023 |
| | | | | Total | 1,180,317 | $56,434,828 |

**Table 14B: California SDUD Medicaid Spending by NDC and Year-Quarter for 2007-2008**

| *Breakdown by National Drug Code* | | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068524 | 61 | $2,111 | | 2007 | 4 | 22,340 | $589,401 |
| 49502068526 | 7,130 | $155,475 | | 2008 | 1 | 19,386 | $517,643 |
| 49502068529 | 3 | $153 | | | | | |
| 49502068530 | 76 | $2,484 | | | Total | 41,726 | $1,107,044 |
| 49502068531 | 2,792 | $58,362 | | | | | |
| 49502068561 | 5 | $182 | | | | | |
| 49502068562 | 1,187 | $37,902 | | | | | |
| 49502068961 | 504 | $28,686 | | | | | |
| 49502069724 | 20,457 | $504,579 | | | | | |
| 49502069729 | 3,960 | $100,649 | | | | | |
| 49502069730 | 175 | $6,336 | | | | | |
| 49502069761 | 5,376 | $210,125 | | | | | |
| Total | 41,726 | $1,107,044 | | | | | |

**Table 15A: Breakdown of Florida Medicaid Spending by NDC and Year-Quarter for 1992-2005**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502010501 | 21,224 | $245,286 | 1992 | 3 | 6 | $356 |
| 49502019620 | 24,233 | $373,559 | 1992 | 4 | 20 | $500 |
| 49502030317 | 42,820 | $641,670 | 1993 | 1 | 50 | $2,585 |
| 49502030327 | 361 | $4,984 | 1993 | 2 | 101 | $5,896 |
| 49502033317 | 21,976 | $407,717 | 1993 | 3 | 306 | $18,479 |
| 49502033327 | 209 | $3,088 | 1993 | 4 | 6,028 | $306,614 |
| 49502068503 | 104,709 | $5,822,704 | 1994 | 1 | 7,769 | $403,574 |
| 49502068524 | 24,833 | $338,493 | 1994 | 2 | 5,407 | $310,599 |
| 49502068529 | 3,848 | $49,779 | 1994 | 3 | 6,618 | $365,921 |
| 49502068530 | 547 | $6,687 | 1994 | 4 | 9,852 | $507,223 |
| 49502068531 | 517 | $7,277 | 1995 | 1 | 11,937 | $618,993 |
| 49502068533 | 6,474 | $575,102 | 1995 | 2 | 10,825 | $596,146 |
| 49502068560 | 50,655 | $5,032,726 | 1995 | 3 | 10,631 | $660,313 |
| 49502068561 | 5,616 | $148,365 | 1995 | 4 | 14,152 | $850,399 |
| 49502068562 | 1,537 | $28,488 | 1996 | 1 | 14,671 | $898,543 |
| 49502068902 | 115,896 | $4,931,843 | 1996 | 2 | 14,963 | $904,081 |
| 49502068912 | 28,925 | $1,563,620 | 1996 | 3 | 15,064 | $881,397 |
| 49502068961 | 621 | $13,153 | 1996 | 4 | 19,677 | $1,097,207 |
| 49502069703 | 294,057 | $8,780,232 | 1997 | 1 | 20,486 | $1,152,944 |
| 49502069724 | 47,415 | $545,330 | 1997 | 2 | 19,554 | $1,140,505 |
| 49502069729 | 9,981 | $120,736 | 1997 | 3 | 18,084 | $1,087,305 |
| 49502069730 | 208 | $2,138 | 1997 | 4 | 21,800 | $1,001,828 |
| 49502069733 | 28,603 | $767,137 | 1998 | 1 | 20,833 | $747,657 |
| 49502069760 | 181,121 | $7,378,279 | 1998 | 2 | 19,673 | $690,332 |
| 49502069761 | 16,615 | $297,862 | 1998 | 3 | 20,647 | $724,265 |
| | | | 1998 | 4 | 25,296 | $889,069 |
| Total | 1,033,001 | $38,086,255 | 1999 | 1 | 27,789 | $885,114 |
| | | | 1999 | 2 | 24,742 | $836,794 |
| | | | 1999 | 3 | 23,332 | $863,187 |
| | | | 1999 | 4 | 27,197 | $963,772 |
| | | | 2000 | 1 | 27,555 | $993,778 |
| | | | 2000 | 2 | 24,400 | $888,985 |
| | | | 2000 | 3 | 21,966 | $1,052,085 |
| | | | 2000 | 4 | 27,158 | $1,201,321 |
| | | | 2001 | 1 | 28,254 | $1,347,897 |
| | | | 2001 | 2 | 25,359 | $1,284,014 |
| | | | 2001 | 3 | 25,139 | $1,339,231 |
| | | | 2001 | 4 | 28,753 | $1,561,613 |
| | | | 2002 | 1 | 32,497 | $1,690,821 |
| | | | 2002 | 2 | 30,713 | $1,026,373 |
| | | | 2002 | 3 | 27,214 | $603,244 |
| | | | 2002 | 4 | 29,642 | $634,389 |
| | | | 2003 | 1 | 30,068 | $628,904 |
| | | | 2003 | 2 | 26,080 | $500,678 |
| | | | 2003 | 3 | 26,454 | $510,469 |
| | | | 2003 | 4 | 29,709 | $557,797 |
| | | | 2004 | 1 | 27,262 | $525,787 |
| | | | 2004 | 2 | 22,448 | $467,084 |
| | | | 2004 | 3 | 19,131 | $394,478 |
| | | | 2004 | 4 | 23,481 | $390,497 |
| | | | 2005 | 1 | 23,988 | $322,470 |
| | | | 2005 | 2 | 21,425 | $279,736 |
| | | | 2005 | 3 | 19,499 | $248,668 |
| | | | 2005 | 4 | 17,296 | $224,338 |
| | | | | Total | 1,033,001 | $38,086,255 |

**Table 15B: Florida SDUD Medicaid Spending by NDC and Year-Quarter for 1992-1993**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502069703 | 19,664 | $1,285,533 | 1992 | 2 | 356 | $27,716 |
| 49502069760 | 1,418 | $162,608 | 1992 | 3 | 2,057 | $147,175 |
| | | | 1992 | 4 | 3,732 | $245,833 |
| Total | 21,082 | $1,448,141 | 1993 | 1 | 4,557 | $312,302 |
| | | | 1993 | 2 | 5,230 | $358,061 |
| | | | 1993 | 3 | 5,150 | $357,055 |
| | | | Total | | 21,082 | $1,448,141 |

**Table 15C: Florida SDUD Medicaid Spending by NDC and Year-Quarter for 2006-2008**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068503 | 349 | $11,180 | 2006 | 1 | 9,659 | $143,293 |
| 49502068524 | 3,087 | $38,646 | 2006 | 2 | 7,170 | $114,625 |
| 49502068526 | 4,334 | $47,731 | 2006 | 3 | 7,035 | $115,807 |
| 49502068529 | 326 | $4,705 | 2006 | 4 | 9,148 | $131,478 |
| 49502068530 | 255 | $3,054 | 2007 | 1 | 9,131 | $131,240 |
| 49502068531 | 2,883 | $36,436 | 2007 | 2 | 8,055 | $114,705 |
| 49502068533 | 50 | $1,267 | 2007 | 3 | 7,853 | $111,605 |
| 49502068560 | 6 | $214 | 2007 | 4 | 9,387 | $135,136 |
| 49502068561 | 771 | $15,802 | 2008 | 1 | 9,934 | $135,632 |
| 49502068562 | 5,671 | $105,631 | | | | |
| 49502068902 | 2 | $31 | Total | | 77,372 | $1,133,519 |
| 49502068961 | 890 | $18,644 | | | | |
| 49502069703 | 209 | $2,794 | | | | |
| 49502069724 | 25,980 | $312,173 | | | | |
| 49502069729 | 6,870 | $89,611 | | | | |
| 49502069730 | 550 | $6,417 | | | | |
| 49502069733 | 280 | $4,621 | | | | |
| 49502069760 | 20 | $158 | | | | |
| 49502069761 | 24,839 | $434,402 | | | | |
| Total | 77,372 | $1,133,519 | | | | |

**Table 16A: Breakdown of Georgia Medicaid Spending by NDC and Year-Quarter for 2000-2006**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 1,026 | $18,959 | 2000 | 4 | 20,069 | $939,862 |
| 49502019620 | 597 | $7,428 | 2001 | 1 | 20,106 | $853,511 |
| 49502030317 | 783 | $16,184 | 2001 | 2 | 15,888 | $709,265 |
| 49502030327 | 6 | $117 | 2001 | 3 | 14,735 | $655,957 |
| 49502033317 | 16,866 | $382,295 | 2001 | 4 | 19,004 | $797,284 |
| 49502033327 | 26 | $605 | 2002 | 1 | 19,325 | $739,566 |
| 49502068503 | 37,386 | $1,986,122 | 2002 | 2 | 16,513 | $622,960 |
| 49502068524 | 33,576 | $622,920 | 2002 | 3 | 15,870 | $589,754 |
| 49502068526 | 1,647 | $25,917 | 2002 | 4 | 20,719 | $699,838 |
| 49502068529 | 2,367 | $44,968 | 2003 | 1 | 19,776 | $673,116 |
| 49502068530 | 7 | $150 | 2003 | 2 | 15,494 | $402,414 |
| 49502068531 | 763 | $12,017 | 2003 | 3 | 15,043 | $441,674 |
| 49502068533 | 5,904 | $265,305 | 2003 | 4 | 20,058 | $524,803 |
| 49502068560 | 13,923 | $1,364,759 | 2004 | 1 | 20,292 | $537,809 |
| 49502068561 | 3,126 | $158,391 | 2004 | 2 | 22,080 | $609,773 |
| 49502068562 | 1,828 | $54,079 | 2004 | 3 | 18,821 | $532,557 |
| 49502068902 | 8,369 | $364,832 | 2004 | 4 | 23,732 | $592,872 |
| 49502068912 | 3,362 | $215,137 | 2005 | 1 | 26,958 | $588,748 |
| 49502068961 | 626 | $25,055 | 2005 | 2 | 23,757 | $459,834 |
| 49502069703 | 145,664 | $3,346,558 | 2005 | 3 | 21,519 | $393,103 |
| 49502069724 | 97,819 | $1,782,280 | 2005 | 4 | 27,002 | $489,895 |
| 49502069729 | 6,698 | $136,602 | 2006 | 1 | 13,726 | $286,470 |
| 49502069730 | 157 | $3,907 | 2006 | 2 | 9,626 | $213,105 |
| 49502069733 | 9,073 | $264,458 | 2006 | 3 | 6,421 | $145,111 |
| 49502069760 | 47,037 | $2,054,582 | 2006 | 4 | 7,096 | $153,804 |
| 49502069761 | 14,994 | $499,459 | | | | |
| Total | 453,630 | $13,653,087 | Total | | 453,630 | $13,653,087 |

**Table 16B: Georgia SMRFMAX Medicaid Spending by NDC and Year-Quarter for 1993-2000**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 407 | $12,966 | 1993 | 1 | 1,035 | $66,684 |
| 49502019620 | 5,255 | $121,447 | 1993 | 2 | 1,042 | $74,283 |
| 49502030317 | 15,032 | $281,478 | 1993 | 3 | 1,134 | $85,798 |
| 49502030327 | 91 | $1,461 | 1993 | 4 | 1,673 | $117,230 |
| 49502033317 | 184 | $2,526 | 1994 | 1 | 2,055 | $144,333 |
| 49502033327 | 1 | $12 | 1994 | 2 | 1,684 | $139,513 |
| 49502068503 | 15,340 | $1,433,368 | 1994 | 3 | 2,174 | $169,376 |
| 49502068533 | 871 | $74,684 | 1994 | 4 | 4,313 | $293,500 |
| 49502068560 | 4,418 | $669,681 | 1995 | 1 | 5,390 | $363,690 |
| 49502068902 | 57,810 | $2,821,513 | 1995 | 2 | 5,247 | $382,166 |
| 49502068912 | 19,961 | $1,388,949 | 1995 | 3 | 5,335 | $390,815 |
| 49502069703 | 110,060 | $6,181,965 | 1995 | 4 | 8,894 | $609,890 |
| 49502069733 | 7,669 | $326,075 | 1996 | 1 | 9,596 | $674,388 |
| 49502069760 | 37,625 | $2,834,660 | 1996 | 2 | 9,348 | $676,263 |
| | | | 1996 | 3 | 7,682 | $559,725 |
| Total | 274,724 | $16,150,785 | 1996 | 4 | 11,346 | $763,211 |
| | | | 1997 | 1 | 11,241 | $725,342 |
| | | | 1997 | 2 | 10,894 | $704,369 |
| | | | 1997 | 3 | 9,798 | $660,785 |
| | | | 1997 | 4 | 12,605 | $624,121 |
| | | | 1998 | 1 | 12,065 | $610,706 |
| | | | 1998 | 2 | 9,964 | $532,507 |
| | | | 1998 | 3 | 9,439 | $522,715 |
| | | | 1998 | 4 | 13,860 | $731,618 |
| | | | 1999 | 1 | 14,333 | $762,331 |
| | | | 1999 | 2 | 12,813 | $697,065 |
| | | | 1999 | 3 | 12,842 | $695,978 |
| | | | 1999 | 4 | 18,879 | $932,536 |
| | | | 2000 | 1 | 18,652 | $912,557 |
| | | | 2000 | 2 | 15,488 | $791,898 |
| | | | 2000 | 3 | 13,903 | $735,392 |
| | | | | Total | 274,724 | $16,150,785 |

**Table 16C: Georgia SDUD Medicaid Spending by NDC and Year-Quarter for 1992**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502069703 | 1,077 | $68,896 | 1992 | 2 | 85 | $6,449 |
| | | | 1992 | 3 | 311 | $19,607 |
| Total | 1,077 | $68,896 | 1992 | 4 | 681 | $42,839 |
| | | | | Total | 1,077 | $68,896 |

**Table 16D: Georgia SDUD Medicaid Spending by NDC and Year-Quarter for 2007**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068524 | 297 | $5,529 | 2007 | 1 | 8,376 | $181,766 |
| 49502068526 | 4,373 | $71,410 | 2007 | 2 | 7,633 | $170,710 |
| 49502068530 | 5 | $5 | 2007 | 3 | 7,460 | $154,812 |
| 49502068531 | 534 | $10,315 | 2007 | 4 | 11,213 | $146,745 |
| 49502068561 | 27 | $205 | | | | |
| 49502068562 | 1,472 | $43,310 | | Total | 34,682 | $654,034 |
| 49502068961 | 74 | $3,212 | | | | |
| 49502069724 | 21,835 | $359,930 | | | | |
| 49502069729 | 1,318 | $23,179 | | | | |
| 49502069730 | 30 | $577 | | | | |
| 49502069761 | 4,717 | $136,364 | | | | |
| Total | 34,682 | $654,034 | | | | |

**Table 17A: Breakdown of Pennsylvania Medicaid Spending by NDC and Year-Quarter for 1997-2007**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 20,778 | $237,973 | 1997 | 1 | 2 | $104 |
| 49502019620 | 29,526 | $530,792 | 1997 | 2 | 2 | $151 |
| 49502030317 | 6,795 | $108,196 | 1997 | 3 | 20 | $597 |
| 49502030327 | 819 | $15,027 | 1997 | 4 | 65 | $1,597 |
| 49502033317 | 8,995 | $188,055 | 1998 | 1 | 244 | $5,686 |
| 49502033327 | 11 | $162 | 1998 | 2 | 4,898 | $165,245 |
| 49502068503 | 124,323 | $6,436,093 | 1998 | 3 | 14,668 | $551,310 |
| 49502068524 | 26,250 | $440,597 | 1998 | 4 | 17,150 | $806,257 |
| 49502068526 | 1,362 | $12,259 | 1999 | 1 | 21,613 | $955,996 |
| 49502068529 | 3,644 | $58,392 | 1999 | 2 | 20,422 | $817,745 |
| 49502068530 | 485 | $3,367 | 1999 | 3 | 19,047 | $622,539 |
| 49502068531 | 979 | $7,560 | 1999 | 4 | 22,566 | $759,533 |
| 49502068533 | 6,475 | $344,040 | 2000 | 1 | 23,763 | $816,905 |
| 49502068560 | 12,381 | $935,216 | 2000 | 2 | 21,671 | $712,971 |
| 49502068561 | 2,650 | $32,330 | 2000 | 3 | 20,677 | $678,012 |
| 49502068562 | 615 | $10,288 | 2000 | 4 | 22,082 | $626,782 |
| 49502068902 | 16,415 | $776,428 | 2001 | 1 | 23,664 | $726,914 |
| 49502068912 | 7,602 | $491,256 | 2001 | 2 | 22,149 | $967,011 |
| 49502068961 | 706 | $21,980 | 2001 | 3 | 20,423 | $898,996 |
| 49502069703 | 222,937 | $4,928,262 | 2001 | 4 | 22,103 | $1,019,882 |
| 49502069724 | 69,491 | $884,222 | 2002 | 1 | 23,182 | $778,415 |
| 49502069729 | 9,170 | $105,743 | 2002 | 2 | 22,217 | $686,667 |
| 49502069730 | 704 | $5,981 | 2002 | 3 | 19,264 | $579,099 |
| 49502069733 | 7,784 | $300,286 | 2002 | 4 | 19,107 | $567,044 |
| 49502069760 | 27,064 | $1,112,420 | 2003 | 1 | 18,946 | $548,413 |
| 49502069761 | 7,359 | $118,395 | 2003 | 2 | 18,546 | $536,034 |
| | | | 2003 | 3 | 17,727 | $481,094 |
| Total | 615,320 | $18,105,321 | 2003 | 4 | 18,534 | $379,207 |
| | | | 2004 | 1 | 18,312 | $352,053 |
| | | | 2004 | 2 | 16,287 | $306,529 |
| | | | 2004 | 3 | 15,517 | $282,656 |
| | | | 2004 | 4 | 15,404 | $282,367 |
| | | | 2005 | 1 | 17,071 | $302,276 |
| | | | 2005 | 2 | 15,631 | $253,999 |
| | | | 2005 | 3 | 14,671 | $175,593 |
| | | | 2005 | 4 | 15,969 | $159,353 |
| | | | 2006 | 1 | 6,864 | $65,933 |
| | | | 2006 | 2 | 5,747 | $51,096 |
| | | | 2006 | 3 | 5,699 | $53,502 |
| | | | 2006 | 4 | 7,744 | $74,901 |
| | | | 2007 | 1 | 5,652 | $54,862 |
| | | | | Total | 615,320 | $18,105,321 |

**Table 17B: Pennsylvania SMRFMAX Medicaid Spending by NDC and Year-Quarter for 1992-1998**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502019620 | 19,205 | $362,510 | 1992 | 2 | 142 | $8,685 |
| 49502030317 | 13,046 | $274,538 | 1992 | 3 | 781 | $45,893 |
| 49502030327 | 53 | $892 | 1992 | 4 | 1,345 | $78,254 |
| 49502068503 | 6,676 | $554,004 | 1993 | 1 | 1,931 | $104,517 |
| 49502068533 | 51 | $2,832 | 1993 | 2 | 2,284 | $131,644 |
| 49502068560 | 739 | $81,781 | 1993 | 3 | 2,304 | $136,740 |
| 49502068902 | 31,927 | $1,657,364 | 1993 | 4 | 3,245 | $180,381 |
| 49502068912 | 15,422 | $1,142,246 | 1994 | 1 | 3,497 | $192,115 |
| 49502069703 | 83,058 | $3,806,620 | 1994 | 2 | 3,452 | $188,683 |
| 49502069733 | 2,655 | $103,642 | 1994 | 3 | 4,653 | $243,626 |
| 49502069760 | 7,298 | $530,774 | 1994 | 4 | 6,590 | $353,673 |
| | | | 1995 | 1 | 7,611 | $404,846 |
| Total | 180,130 | $8,517,203 | 1995 | 2 | 8,015 | $418,635 |
| | | | 1995 | 3 | 7,564 | $406,343 |
| | | | 1995 | 4 | 9,017 | $463,366 |
| | | | 1996 | 1 | 10,112 | $507,565 |
| | | | 1996 | 2 | 10,242 | $487,054 |
| | | | 1996 | 3 | 10,248 | $471,859 |
| | | | 1996 | 4 | 11,380 | $542,494 |
| | | | 1997 | 1 | 11,538 | $542,004 |
| | | | 1997 | 2 | 11,971 | $547,607 |
| | | | 1997 | 3 | 12,045 | $545,551 |
| | | | 1997 | 4 | 12,968 | $505,400 |
| | | | 1998 | 1 | 13,832 | $511,904 |
| | | | 1998 | 2 | 13,363 | $498,364 |
| | | | | Total | 180,130 | $8,517,203 |

**Table 17C: Pennsylvania SDUD Medicaid Spending by NDC and Year-Quarter for 2007-2008**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 5 | $26 | 2007 | 2 | 6,258 | $70,728 |
| 49502068524 | 142 | $2,105 | 2007 | 3 | 4,754 | $54,044 |
| 49502068526 | 2,104 | $22,628 | 2007 | 4 | 7,473 | $82,343 |
| 49502068529 | 58 | $502 | 2008 | 1 | 8,444 | $90,529 |
| 49502068530 | 47 | $596 | | | | |
| 49502068531 | 609 | $6,113 | | Total | 26,929 | $297,643 |
| 49502068561 | 15 | $176 | | | | |
| 49502068562 | 357 | $6,587 | | | | |
| 49502068961 | 157 | $2,722 | | | | |
| 49502069703 | 3 | $50 | | | | |
| 49502069724 | 19,124 | $196,006 | | | | |
| 49502069729 | 1,620 | $18,091 | | | | |
| 49502069730 | 144 | $1,336 | | | | |
| 49502069761 | 2,544 | $40,705 | | | | |
| Total | 26,929 | $297,643 | | | | |

**Table 18A: Breakdown of Kentucky Medicaid Spending by NDC and Year-Quarter for 1995-2005**

| *Breakdown by National Drug Code* | | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 4,474 | $67,444 | | 1995 | 1 | 3,482 | $164,137 |
| 49502019620 | 11,412 | $293,311 | | 1995 | 2 | 2,685 | $127,000 |
| 49502030317 | 35,342 | $667,293 | | 1995 | 3 | 3,651 | $178,217 |
| 49502030327 | 55 | $1,013 | | 1995 | 4 | 4,581 | $219,817 |
| 49502033317 | 29,268 | $684,880 | | 1996 | 1 | 5,818 | $257,158 |
| 49502033327 | 123 | $2,242 | | 1996 | 2 | 6,474 | $268,338 |
| 49502068503 | 48,595 | $3,711,301 | | 1996 | 3 | 6,418 | $265,930 |
| 49502068524 | 3,916 | $109,223 | | 1996 | 4 | 7,464 | $323,611 |
| 49502068529 | 353 | $14,888 | | 1997 | 1 | 8,236 | $351,534 |
| 49502068533 | 3,105 | $279,082 | | 1997 | 2 | 8,770 | $389,863 |
| 49502068560 | 21,153 | $2,619,369 | | 1997 | 3 | 8,848 | $413,419 |
| 49502068561 | 999 | $52,044 | | 1997 | 4 | 9,551 | $366,114 |
| 49502068902 | 27,235 | $1,316,235 | | 1998 | 1 | 9,175 | $355,909 |
| 49502068912 | 15,321 | $1,024,301 | | 1998 | 2 | 7,718 | $308,207 |
| 49502068961 | 108 | $3,643 | | 1998 | 3 | 8,121 | $350,124 |
| 49502069703 | 155,825 | $5,448,820 | | 1998 | 4 | 9,593 | $441,446 |
| 49502069724 | 9,778 | $260,976 | | 1999 | 1 | 11,439 | $534,725 |
| 49502069729 | 1,253 | $35,281 | | 1999 | 2 | 10,381 | $527,989 |
| 49502069733 | 10,496 | $452,997 | | 1999 | 3 | 10,467 | $544,819 |
| 49502069760 | 66,571 | $3,974,474 | | 1999 | 4 | 11,847 | $616,911 |
| 49502069761 | 4,772 | $196,561 | | 2000 | 1 | 13,222 | $672,852 |
| | | | | 2000 | 2 | 12,707 | $638,757 |
| Total | 450,154 | $21,215,378 | | 2000 | 3 | 13,470 | $714,170 |
| | | | | 2000 | 4 | 16,136 | $843,350 |
| | | | | 2001 | 1 | 17,898 | $1,137,399 |
| | | | | 2001 | 2 | 15,182 | $996,369 |
| | | | | 2001 | 3 | 14,197 | $960,996 |
| | | | | 2001 | 4 | 15,726 | $1,070,899 |
| | | | | 2002 | 1 | 16,640 | $836,487 |
| | | | | 2002 | 2 | 17,020 | $833,570 |
| | | | | 2002 | 3 | 16,357 | $805,062 |
| | | | | 2002 | 4 | 17,196 | $799,871 |
| | | | | 2003 | 1 | 16,733 | $750,316 |
| | | | | 2003 | 2 | 13,985 | $530,778 |
| | | | | 2003 | 3 | 12,854 | $485,279 |
| | | | | 2003 | 4 | 15,198 | $478,314 |
| | | | | 2004 | 1 | 13,838 | $445,405 |
| | | | | 2004 | 2 | 10,762 | $360,323 |
| | | | | 2004 | 3 | 10,258 | $349,277 |
| | | | | 2004 | 4 | 10,424 | $334,587 |
| | | | | 2005 | 1 | 5,632 | $166,048 |
| | | | | | Total | 450,154 | $21,215,378 |

**Table 18B: Kentucky SMRFMAX Medicaid Spending by NDC and Year-Quarter for 1992-1994**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068902 | 1,169 | $56,233 | 1992 | 2 | 71 | $2,858 |
| 49502068912 | 488 | $33,874 | 1992 | 3 | 231 | $8,090 |
| 49502069703 | 11,374 | $442,862 | 1992 | 4 | 341 | $14,648 |
| 49502069760 | 726 | $43,376 | 1993 | 1 | 478 | $20,985 |
| | | | 1993 | 2 | 678 | $29,272 |
| Total | 13,757 | $576,345 | 1993 | 3 | 829 | $33,798 |
| | | | 1993 | 4 | 1,182 | $44,598 |
| | | | 1994 | 1 | 1,775 | $68,596 |
| | | | 1994 | 2 | 1,996 | $79,434 |
| | | | 1994 | 3 | 2,288 | $95,580 |
| | | | 1994 | 4 | 3,888 | $178,486 |
| | | | Total | | 13,757 | $576,345 |

**Table 18C: Kentucky SDUD Medicaid Spending by NDC and Year-Quarter for 2005-2008**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502033317 | 2 | $37 | 2005 | 2 | 13,468 | $345,363 |
| 49502068503 | 603 | $10,626 | 2005 | 3 | 11,016 | $270,056 |
| 49502068524 | 6,467 | $102,846 | 2005 | 4 | 15,049 | $363,909 |
| 49502068526 | 2,669 | $50,921 | 2006 | 1 | 10,802 | $267,845 |
| 49502068529 | 598 | $10,890 | 2006 | 2 | 8,031 | $192,133 |
| 49502068530 | 30 | $708 | 2006 | 3 | 8,934 | $229,826 |
| 49502068531 | 1,220 | $21,378 | 2006 | 4 | 11,278 | $274,500 |
| 49502068533 | 32 | $736 | 2007 | 1 | 13,897 | $325,443 |
| 49502068560 | 376 | $16,753 | 2007 | 2 | 8,166 | $193,877 |
| 49502068561 | 3,491 | $62,398 | 2007 | 3 | 9,707 | $193,579 |
| 49502068562 | 7,812 | $225,850 | 2007 | 4 | 11,262 | $201,419 |
| 49502068902 | 29 | $1,183 | 2008 | 1 | 14,451 | $249,386 |
| 49502068912 | 65 | $2,337 | | | | |
| 49502068961 | 551 | $26,175 | Total | | 136,061 | $3,107,336 |
| 49502069703 | 636 | $15,339 | | | | |
| 49502069724 | 57,626 | $1,135,607 | | | | |
| 49502069729 | 6,251 | $131,600 | | | | |
| 49502069730 | 232 | $3,738 | | | | |
| 49502069733 | 221 | $5,423 | | | | |
| 49502069760 | 1,588 | $65,001 | | | | |
| 49502069761 | 45,562 | $1,217,790 | | | | |
| Total | 136,061 | $3,107,336 | | | | |

**Table 19A: Breakdown of Louisiana Medicaid Spending by NDC and Year-Quarter for 1993-2007**

| _Breakdown by National Drug Code_ | | | _Breakdown by Service Year and Quarter_ | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 5,501 | $115,879 | 1993 | 4 | 2 | $67 |
| 49502019620 | 11,833 | $250,507 | 1994 | 1 | 5 | $228 |
| 49502030317 | 15,121 | $296,423 | 1994 | 2 | 11 | $487 |
| 49502030327 | 93 | $1,201 | 1994 | 3 | 83 | $2,702 |
| 49502033317 | 12,706 | $289,853 | 1994 | 4 | 1,192 | $63,657 |
| 49502033327 | 25 | $329 | 1995 | 1 | 6,386 | $329,758 |
| 49502068503 | 34,869 | $2,519,085 | 1995 | 2 | 6,325 | $339,366 |
| 49502068524 | 8,230 | $205,520 | 1995 | 3 | 5,944 | $329,691 |
| 49502068526 | 2,283 | $44,366 | 1995 | 4 | 7,792 | $411,876 |
| 49502068529 | 309 | $8,346 | 1996 | 1 | 8,683 | $433,957 |
| 49502068530 | 16 | $166 | 1996 | 2 | 8,470 | $412,741 |
| 49502068531 | 317 | $6,813 | 1996 | 3 | 7,921 | $373,990 |
| 49502068533 | 2,005 | $232,628 | 1996 | 4 | 10,806 | $496,097 |
| 49502068560 | 15,794 | $2,233,805 | 1997 | 1 | 11,962 | $570,454 |
| 49502068561 | 1,724 | $70,364 | 1997 | 2 | 11,728 | $609,338 |
| 49502068562 | 1,690 | $49,488 | 1997 | 3 | 10,314 | $550,425 |
| 49502068902 | 62,339 | $2,843,985 | 1997 | 4 | 12,224 | $525,578 |
| 49502068912 | 16,575 | $959,048 | 1998 | 1 | 11,123 | $558,968 |
| 49502068961 | 2,875 | $158,548 | 1998 | 2 | 9,847 | $477,691 |
| 49502069703 | 158,547 | $5,792,357 | 1998 | 3 | 9,206 | $448,349 |
| 49502069724 | 40,418 | $943,154 | 1998 | 4 | 12,138 | $565,798 |
| 49502069729 | 4,490 | $119,873 | 1999 | 1 | 13,786 | $670,198 |
| 49502069730 | 40 | $1,163 | 1999 | 2 | 12,461 | $634,273 |
| 49502069733 | 18,223 | $1,032,770 | 1999 | 3 | 12,513 | $650,915 |
| 49502069760 | 56,731 | $3,577,881 | 1999 | 4 | 15,112 | $791,685 |
| 49502069761 | 17,617 | $651,744 | 2000 | 1 | 15,810 | $817,819 |
| | | | 2000 | 2 | 13,510 | $723,233 |
| Total | 490,371 | $22,405,294 | 2000 | 3 | 11,710 | $635,319 |
| | | | 2000 | 4 | 13,393 | $688,435 |
| | | | 2001 | 1 | 13,826 | $845,021 |
| | | | 2001 | 2 | 11,731 | $791,506 |
| | | | 2001 | 3 | 10,919 | $781,073 |
| | | | 2001 | 4 | 11,318 | $798,084 |
| | | | 2002 | 1 | 88 | $1,846 |
| | | | 2002 | 2 | 1,260 | $51,964 |
| | | | 2002 | 3 | 11,123 | $462,128 |
| | | | 2002 | 4 | 14,925 | $559,882 |
| | | | 2003 | 1 | 15,762 | $602,739 |
| | | | 2003 | 2 | 11,402 | $438,059 |
| | | | 2003 | 3 | 10,244 | $420,952 |
| | | | 2003 | 4 | 11,798 | $402,119 |
| | | | 2004 | 1 | 11,024 | $375,761 |
| | | | 2004 | 2 | 8,248 | $299,666 |
| | | | 2004 | 3 | 7,526 | $271,400 |
| | | | 2004 | 4 | 8,770 | $310,757 |
| | | | 2005 | 1 | 9,584 | $307,292 |
| | | | 2005 | 2 | 7,476 | $209,139 |
| | | | 2005 | 3 | 6,273 | $160,341 |
| | | | 2005 | 4 | 7,780 | $193,950 |
| | | | 2006 | 1 | 5,113 | $133,792 |
| | | | 2006 | 2 | 3,845 | $102,275 |
| | | | 2006 | 3 | 4,092 | $112,684 |
| | | | 2006 | 4 | 6,308 | $157,446 |
| | | | 2007 | 1 | 6,539 | $163,101 |
| | | | 2007 | 2 | 4,873 | $125,866 |
| | | | 2007 | 3 | 5,220 | $159,562 |
| | | | 2007 | 4 | 1,847 | $53,794 |
| | | | Total | | 490,371 | $22,405,294 |

**Table 19B: Louisiana SMRFMAX Medicaid Spending by NDC and Year-Quarter for 2002**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 213 | $3,111 | 2002 | 1 | 13,415 | $710,102 |
| 49502030317 | 41 | $981 | | | | |
| 49502033317 | 831 | $22,184 | | Total | 13,415 | $710,102 |
| 49502068503 | 1,219 | $92,217 | | | | |
| 49502068533 | 61 | $7,915 | | | | |
| 49502068560 | 595 | $84,377 | | | | |
| 49502068902 | 820 | $39,701 | | | | |
| 49502068912 | 211 | $13,466 | | | | |
| 49502069703 | 5,324 | $178,018 | | | | |
| 49502069733 | 536 | $29,887 | | | | |
| 49502069760 | 3,564 | $238,245 | | | | |
| Total | 13,415 | $710,102 | | | | |

**Table 19C: Louisiana SMRFMAX Medicaid Spending by NDC and Year-Quarter for 2002**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 188 | $2,879 | 2002 | 2 | 12,115 | $524,153 |
| 49502033317 | 1,733 | $45,200 | | | | |
| 49502068503 | 1,084 | $82,672 | | Total | 12,115 | $524,153 |
| 49502068533 | 56 | $6,596 | | | | |
| 49502068560 | 533 | $77,098 | | | | |
| 49502068902 | 600 | $29,599 | | | | |
| 49502068912 | 145 | $9,238 | | | | |
| 49502069703 | 4,236 | $105,736 | | | | |
| 49502069733 | 506 | $20,597 | | | | |
| 49502069760 | 3,034 | $144,538 | | | | |
| Total | 12,115 | $524,153 | | | | |

**Table 19D: Louisiana SDUD Medicaid Spending by NDC and Year-Quarter for 1992-1994**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068902 | 1,753 | $76,005 | 1992 | 2 | 142 | $8,274 |
| 49502068912 | 813 | $46,820 | 1992 | 3 | 427 | $24,233 |
| 49502069703 | 15,571 | $677,891 | 1992 | 4 | 725 | $44,317 |
| 49502069733 | 15 | $638 | 1993 | 1 | 1,197 | $70,984 |
| 49502069760 | 3,274 | $426,390 | 1993 | 2 | 1,528 | $92,319 |
| | | | 1993 | 3 | 1,637 | $106,451 |
| Total | 21,426 | $1,227,743 | 1993 | 4 | 2,311 | $139,179 |
| | | | 1994 | 1 | 2,719 | $158,357 |
| | | | 1994 | 2 | 2,356 | $139,047 |
| | | | 1994 | 3 | 3,273 | $174,159 |
| | | | 1994 | 4 | 5,111 | $270,424 |
| | | | | Total | 21,426 | $1,227,743 |

**Table 19E: Louisiana SDUD Medicaid Spending by NDC and Year-Quarter for 2007-2008**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068526 | 957 | $19,289 | 2007 | 4 | 6,542 | $191,284 |
| 49502068530 | 5 | $152 | 2008 | 1 | 6,782 | $191,479 |
| 49502068531 | 81 | $1,815 | | | | |
| 49502068562 | 420 | $12,835 | | Total | 13,324 | $382,762 |
| 49502068961 | 1,101 | $77,774 | | | | |
| 49502069724 | 6,696 | $141,745 | | | | |
| 49502069729 | 897 | $25,782 | | | | |
| 49502069730 | 10 | $211 | | | | |
| 49502069761 | 3,157 | $103,159 | | | | |
| Total | 13,324 | $382,762 | | | | |

**Table 20A: Breakdown of Illinois Medicaid Spending by NDC and Year-Quarter for 1992-2006**

| *Breakdown by National Drug Code* | | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 40,022 | $619,906 | | 1992 | 2 | 1 | $128 |
| 49502019620 | 52,332 | $1,052,864 | | 1992 | 3 | 29 | $2,347 |
| 49502030317 | 86,650 | $1,447,185 | | 1992 | 4 | 99 | $4,591 |
| 49502030327 | 392 | $6,036 | | 1993 | 1 | 175 | $7,997 |
| 49502033317 | 44,093 | $767,206 | | 1993 | 2 | 247 | $12,281 |
| 49502033327 | 16 | $263 | | 1993 | 3 | 309 | $16,581 |
| 49502068503 | 102,846 | $5,319,284 | | 1993 | 4 | 450 | $19,309 |
| 49502068524 | 29,189 | $536,988 | | 1994 | 1 | 520 | $26,086 |
| 49502068526 | 1,146 | $15,620 | | 1994 | 2 | 691 | $39,876 |
| 49502068529 | 15,338 | $255,777 | | 1994 | 3 | 1,768 | $99,264 |
| 49502068530 | 24 | $322 | | 1994 | 4 | 2,890 | $159,590 |
| 49502068531 | 2,815 | $32,778 | | 1995 | 1 | 3,297 | $179,896 |
| 49502068533 | 2,902 | $265,671 | | 1995 | 2 | 3,700 | $204,722 |
| 49502068560 | 11,978 | $1,001,506 | | 1995 | 3 | 3,670 | $204,149 |
| 49502068561 | 2,315 | $69,873 | | 1995 | 4 | 4,980 | $262,193 |
| 49502068562 | 1,428 | $28,071 | | 1996 | 1 | 7,545 | $353,786 |
| 49502068902 | 68,196 | $2,979,748 | | 1996 | 2 | 11,442 | $468,082 |
| 49502068912 | 23,926 | $1,449,135 | | 1996 | 3 | 13,778 | $491,651 |
| 49502068961 | 792 | $37,157 | | 1996 | 4 | 15,787 | $565,432 |
| 49502069703 | 218,182 | $5,111,497 | | 1997 | 1 | 15,910 | $576,721 |
| 49502069724 | 89,786 | $1,075,109 | | 1997 | 2 | 17,327 | $650,196 |
| 49502069729 | 9,326 | $102,957 | | 1997 | 3 | 17,447 | $646,391 |
| 49502069730 | 35 | $952 | | 1997 | 4 | 19,246 | $613,310 |
| 49502069733 | 7,150 | $243,325 | | 1998 | 1 | 21,220 | $654,736 |
| 49502069760 | 41,075 | $1,685,173 | | 1998 | 2 | 20,445 | $641,661 |
| 49502069761 | 13,398 | $240,043 | | 1998 | 3 | 21,033 | $667,681 |
| | | | | 1998 | 4 | 23,956 | $789,894 |
| Total | 865,352 | $24,344,447 | | 1999 | 1 | 23,721 | $814,172 |
| | | | | 1999 | 2 | 22,704 | $827,960 |
| | | | | 1999 | 3 | 22,640 | $826,188 |
| | | | | 1999 | 4 | 25,663 | $923,677 |
| | | | | 2000 | 1 | 25,454 | $908,727 |
| | | | | 2000 | 2 | 24,451 | $786,464 |
| | | | | 2000 | 3 | 23,638 | $702,380 |
| | | | | 2000 | 4 | 28,424 | $675,683 |
| | | | | 2001 | 1 | 24,685 | $559,237 |
| | | | | 2001 | 2 | 20,774 | $461,813 |
| | | | | 2001 | 3 | 18,048 | $540,135 |
| | | | | 2001 | 4 | 17,607 | $542,003 |
| | | | | 2002 | 1 | 17,607 | $538,618 |
| | | | | 2002 | 2 | 18,894 | $596,378 |
| | | | | 2002 | 3 | 19,463 | $655,637 |
| | | | | 2002 | 4 | 17,380 | $513,046 |
| | | | | 2003 | 1 | 17,964 | $512,673 |
| | | | | 2003 | 2 | 17,237 | $416,387 |
| | | | | 2003 | 3 | 18,026 | $391,291 |
| | | | | 2003 | 4 | 19,803 | $425,670 |
| | | | | 2004 | 1 | 19,465 | $392,253 |
| | | | | 2004 | 2 | 17,505 | $349,921 |
| | | | | 2004 | 3 | 18,358 | $372,090 |
| | | | | 2004 | 4 | 21,409 | $446,732 |
| | | | | 2005 | 1 | 23,488 | $404,483 |
| | | | | 2005 | 2 | 23,262 | $292,493 |
| | | | | 2005 | 3 | 23,194 | $283,838 |
| | | | | 2005 | 4 | 27,699 | $338,820 |
| | | | | 2006 | 1 | 13,478 | $164,663 |
| | | | | 2006 | 2 | 9,558 | $121,766 |
| | | | | 2006 | 3 | 10,285 | $131,599 |
| | | | | 2006 | 4 | 5,506 | $69,101 |
| | | | | Total | | 865,352 | $24,344,447 |

**Table 20B: Illinois SDUD Medicaid Spending by NDC and Year-Quarter for 2007-2008**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068524 | 638 | $8,329 | 2007 | 1 | 13,034 | $166,480 |
| 49502068526 | 4,807 | $69,847 | 2007 | 2 | 11,762 | $151,098 |
| 49502068529 | 10 | $124 | 2007 | 3 | 14,783 | $199,437 |
| 49502068530 | 8 | $149 | 2007 | 4 | 8,140 | $105,008 |
| 49502068531 | 4,943 | $52,390 | 2008 | 1 | 13,793 | $174,321 |
| 49502068561 | 13 | $152 | | | | |
| 49502068562 | 2,552 | $48,317 | | Total | 61,512 | $796,343 |
| 49502068961 | 226 | $10,251 | | | | |
| 49502069724 | 31,240 | $366,639 | | | | |
| 49502069729 | 6,506 | $71,699 | | | | |
| 49502069730 | 119 | $1,432 | | | | |
| 49502069761 | 10,450 | $167,014 | | | | |
| Total | 61,512 | $796,343 | | | | |

**Table 21A: Breakdown of New Jersey Medicaid Spending by NDC and Year-Quarter for 1992-2006**

| Breakdown by National Drug Code | | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | | Year | Quarter | # of Claims | Paid Amount |
| 49502010501 | 1,040 | $14,188 | | 1992 | 2 | 8 | $562 |
| 49502019620 | 2,366 | $37,601 | | 1992 | 3 | 769 | $31,708 |
| 49502030317 | 12,335 | $203,747 | | 1992 | 4 | 1,675 | $71,911 |
| 49502030327 | 81 | $1,186 | | 1993 | 1 | 2,201 | $97,437 |
| 49502033317 | 5,724 | $123,546 | | 1993 | 2 | 2,587 | $122,338 |
| 49502033327 | 13 | $164 | | 1993 | 3 | 2,355 | $110,704 |
| 49502068503 | 71,471 | $4,552,233 | | 1993 | 4 | 3,730 | $171,503 |
| 49502068524 | 22,711 | $991,430 | | 1994 | 1 | 3,391 | $151,120 |
| 49502068526 | 480 | $14,541 | | 1994 | 2 | 3,416 | $156,254 |
| 49502068529 | 114 | $16,152 | | 1994 | 3 | 3,244 | $149,757 |
| 49502068531 | 35 | $1,300 | | 1994 | 4 | 5,175 | $254,468 |
| 49502068533 | 497 | $61,014 | | 1995 | 1 | 5,587 | $279,092 |
| 49502068560 | 3,517 | $356,022 | | 1995 | 2 | 5,927 | $301,466 |
| 49502068561 | 503 | $43,832 | | 1995 | 3 | 5,438 | $280,212 |
| 49502068562 | 43 | $3,736 | | 1995 | 4 | 6,922 | $350,371 |
| 49502068902 | 30,247 | $1,448,793 | | 1996 | 1 | 6,306 | $321,791 |
| 49502068912 | 13,723 | $965,061 | | 1996 | 2 | 5,575 | $285,232 |
| 49502068961 | 1,102 | $53,729 | | 1996 | 3 | 5,473 | $246,917 |
| 49502069703 | 240,714 | $8,991,171 | | 1996 | 4 | 6,385 | $285,967 |
| 49502069724 | 51,379 | $1,865,112 | | 1997 | 1 | 6,448 | $282,788 |
| 49502069729 | 1,545 | $56,871 | | 1997 | 2 | 7,495 | $318,783 |
| 49502069730 | 28 | $725 | | 1997 | 3 | 7,947 | $344,631 |
| 49502069733 | 1,988 | $108,360 | | 1997 | 4 | 8,854 | $384,495 |
| 49502069760 | 10,591 | $785,215 | | 1998 | 1 | 9,139 | $396,765 |
| 49502069761 | 1,768 | $144,151 | | 1998 | 2 | 7,906 | $354,329 |
| | | | | 1998 | 3 | 7,460 | $356,697 |
| Total | 474,015 | $20,839,880 | | 1998 | 4 | 9,430 | $428,989 |
| | | | | 1999 | 1 | 9,515 | $456,548 |
| | | | | 1999 | 2 | 9,712 | $524,398 |
| | | | | 1999 | 3 | 9,803 | $526,539 |
| | | | | 1999 | 4 | 11,166 | $617,093 |
| | | | | 2000 | 1 | 11,358 | $641,633 |
| | | | | 2000 | 2 | 11,795 | $505,561 |
| | | | | 2000 | 3 | 11,265 | $409,894 |
| | | | | 2000 | 4 | 12,363 | $502,493 |
| | | | | 2001 | 1 | 13,022 | $640,772 |
| | | | | 2001 | 2 | 12,433 | $594,730 |
| | | | | 2001 | 3 | 12,854 | $604,663 |
| | | | | 2001 | 4 | 15,170 | $696,041 |
| | | | | 2002 | 1 | 15,677 | $686,845 |
| | | | | 2002 | 2 | 13,227 | $513,300 |
| | | | | 2002 | 3 | 11,545 | $397,519 |
| | | | | 2002 | 4 | 10,741 | $387,878 |
| | | | | 2003 | 1 | 10,871 | $396,934 |
| | | | | 2003 | 2 | 10,895 | $335,510 |
| | | | | 2003 | 3 | 11,072 | $399,096 |
| | | | | 2003 | 4 | 12,400 | $488,037 |
| | | | | 2004 | 1 | 11,431 | $444,495 |
| | | | | 2004 | 2 | 11,092 | $422,249 |
| | | | | 2004 | 3 | 10,334 | $397,976 |
| | | | | 2004 | 4 | 11,179 | $433,272 |
| | | | | 2005 | 1 | 10,282 | $407,231 |
| | | | | 2005 | 2 | 9,395 | $378,502 |
| | | | | 2005 | 3 | 9,269 | $378,431 |
| | | | | 2005 | 4 | 9,542 | $395,565 |
| | | | | 2006 | 1 | 4,566 | $225,734 |
| | | | | 2006 | 2 | 3,158 | $173,916 |
| | | | | 2006 | 3 | 2,968 | $153,105 |
| | | | | 2006 | 4 | 3,072 | $167,629 |
| | | | | | Total | 474,015 | $20,839,880 |

**Table 21B: New Jersey SDUD Medicaid Spending by NDC and Year-Quarter for 2007-2008**

| *Breakdown by National Drug Code* | | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068524 | 280 | $18,126 | | 2007 | 1 | 3,822 | $207,864 |
| 49502068526 | 1,995 | $120,552 | | 2007 | 2 | 4,135 | $243,645 |
| 49502068530 | 45 | $1,680 | | 2007 | 3 | 3,849 | $237,064 |
| 49502068531 | 63 | $5,975 | | 2007 | 4 | 5,140 | $290,502 |
| 49502068562 | 88 | $11,888 | | 2008 | 1 | 5,605 | $357,466 |
| 49502068961 | 371 | $18,390 | | | | | |
| 49502069724 | 17,076 | $906,978 | | | Total | 22,551 | $1,336,541 |
| 49502069729 | 551 | $27,233 | | | | | |
| 49502069730 | 128 | $3,956 | | | | | |
| 49502069761 | 1,954 | $221,764 | | | | | |
| Total | 22,551 | $1,336,541 | | | | | |

**Table 22A: Breakdown of North Carolina Medicaid Spending by NDC and Year-Quarter for 2001-2007**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 2,109 | $25,117 | 2001 | 1 | 10,155 | $599,818 |
| 49502019620 | 24 | $352 | 2001 | 2 | 14,333 | $836,177 |
| 49502030317 | 170 | $3,461 | 2001 | 3 | 13,642 | $781,877 |
| 49502030327 | 43 | $1,099 | 2001 | 4 | 17,153 | $805,787 |
| 49502033317 | 24,000 | $434,143 | 2002 | 1 | 17,286 | $478,216 |
| 49502033327 | 52 | $1,423 | 2002 | 2 | 15,432 | $387,210 |
| 49502068503 | 26,589 | $1,157,217 | 2002 | 3 | 14,465 | $314,707 |
| 49502068524 | 10,304 | $171,504 | 2002 | 4 | 17,739 | $331,158 |
| 49502068526 | 616 | $7,920 | 2003 | 1 | 18,638 | $369,507 |
| 49502068529 | 1,155 | $21,883 | 2003 | 2 | 14,092 | $302,770 |
| 49502068530 | 98 | $2,276 | 2003 | 3 | 13,180 | $242,043 |
| 49502068531 | 386 | $5,653 | 2003 | 4 | 17,641 | $317,066 |
| 49502068533 | 1,066 | $46,309 | 2004 | 1 | 15,067 | $266,804 |
| 49502068560 | 9,749 | $590,418 | 2004 | 2 | 11,928 | $203,233 |
| 49502068561 | 1,144 | $25,095 | 2004 | 3 | 10,232 | $171,736 |
| 49502068562 | 1,141 | $18,453 | 2004 | 4 | 13,433 | $210,068 |
| 49502068902 | 5,314 | $213,487 | 2005 | 1 | 12,792 | $185,644 |
| 49502068912 | 1,196 | $65,700 | 2005 | 2 | 10,447 | $148,602 |
| 49502068961 | 843 | $23,739 | 2005 | 3 | 8,568 | $125,285 |
| 49502069703 | 110,012 | $2,553,443 | 2005 | 4 | 10,967 | $151,743 |
| 49502069724 | 61,124 | $776,867 | 2006 | 1 | 6,674 | $86,690 |
| 49502069729 | 3,677 | $46,134 | 2006 | 2 | 5,314 | $68,101 |
| 49502069730 | 204 | $2,580 | 2006 | 3 | 5,122 | $67,695 |
| 49502069733 | 6,950 | $162,921 | 2006 | 4 | 7,597 | $98,375 |
| 49502069760 | 30,018 | $1,099,399 | 2007 | 1 | 7,354 | $94,200 |
| 49502069761 | 11,267 | $187,915 | | | | |
| Total | 309,251 | $7,644,510 | Total | | 309,251 | $7,644,510 |

**Table 22B: North Carolina SMRFMAX Medicaid Spending by NDC and Year-Quarter for 1999-2000**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502010501 | 671 | $16,314 | 1999 | 1 | 15,790 | $792,024 |
| 49502019620 | 1,432 | $45,087 | 1999 | 2 | 13,962 | $747,883 |
| 49502030317 | 7,505 | $109,244 | 1999 | 3 | 12,548 | $716,618 |
| 49502030327 | 121 | $1,744 | 1999 | 4 | 16,538 | $883,152 |
| 49502033317 | 1,578 | $21,404 | 2000 | 1 | 15,712 | $834,214 |
| 49502033327 | 2 | $36 | 2000 | 2 | 12,011 | $639,576 |
| 49502068503 | 14,921 | $1,618,203 | 2000 | 3 | 10,459 | $576,685 |
| 49502068533 | 273 | $29,565 | 2000 | 4 | 14,504 | $729,841 |
| 49502068560 | 5,199 | $708,460 | | | | |
| 49502068902 | 13,416 | $656,727 | | Total | 111,524 | $5,919,993 |
| 49502068912 | 2,035 | $139,942 | | | | |
| 49502069703 | 47,111 | $1,666,482 | | | | |
| 49502069733 | 2,111 | $77,444 | | | | |
| 49502069760 | 15,149 | $829,341 | | | | |
| Total | 111,524 | $5,919,993 | | | | |

**Table 22C: North Carolina SDUD Medicaid Spending by NDC and Year-Quarter for 1992-1998**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502019620 | 2,413 | $64,305 | 1992 | 2 | 52 | $2,557 |
| 49502030317 | 11,594 | $282,648 | 1992 | 3 | 336 | $22,078 |
| 49502030327 | 43 | $634 | 1992 | 4 | 588 | $33,758 |
| 49502068503 | 4,387 | $480,713 | 1993 | 1 | 759 | $47,582 |
| 49502068533 | 25 | $2,989 | 1993 | 2 | 923 | $61,371 |
| 49502068560 | 1,552 | $204,010 | 1993 | 3 | 955 | $65,038 |
| 49502068902 | 30,295 | $1,481,632 | 1993 | 4 | 1,208 | $74,703 |
| 49502068912 | 5,184 | $364,149 | 1994 | 1 | 1,544 | $93,180 |
| 49502069703 | 55,056 | $3,013,660 | 1994 | 2 | 1,427 | $99,326 |
| 49502069733 | 559 | $32,560 | 1994 | 3 | 1,651 | $114,147 |
| 49502069760 | 12,570 | $870,916 | 1994 | 4 | 2,377 | $149,701 |
| | | | 1995 | 1 | 3,577 | $214,162 |
| Total | 123,678 | $6,798,214 | 1995 | 2 | 4,156 | $249,712 |
| | | | 1995 | 3 | 4,093 | $256,609 |
| | | | 1995 | 4 | 5,324 | $311,770 |
| | | | 1996 | 1 | 6,635 | $382,127 |
| | | | 1996 | 2 | 6,708 | $384,045 |
| | | | 1996 | 3 | 7,017 | $406,702 |
| | | | 1997 | 1 | 10,608 | $582,312 |
| | | | 1997 | 2 | 9,517 | $540,410 |
| | | | 1997 | 3 | 8,676 | $506,320 |
| | | | 1998 | 1 | 11,904 | $526,102 |
| | | | 1998 | 2 | 10,337 | $488,501 |
| | | | 1998 | 3 | 9,653 | $500,348 |
| | | | 1998 | 4 | 13,653 | $685,652 |
| | | | | Total | 123,678 | $6,798,214 |

**Table 22D: North Carolina SDUD Medicaid Spending by NDC and Year-Quarter for 2007-2008**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502068524 | 118 | $1,876 | 2007 | 2 | 6,292 | $82,047 |
| 49502068526 | 1,174 | $16,538 | 2007 | 3 | 6,941 | $90,940 |
| 49502068529 | 5 | $92 | 2007 | 4 | 11,739 | $145,939 |
| 49502068530 | 20 | $373 | 2008 | 1 | 14,395 | $176,967 |
| 49502068531 | 232 | $3,577 | | | | |
| 49502068562 | 913 | $12,585 | | Total | 39,367 | $495,892 |
| 49502068961 | 131 | $2,393 | | | | |
| 49502069724 | 30,876 | $366,139 | | | | |
| 49502069729 | 1,179 | $14,044 | | | | |
| 49502069730 | 330 | $3,921 | | | | |
| 49502069761 | 4,389 | $74,354 | | | | |
| Total | 39,367 | $495,892 | | | | |

**Table 23A: Breakdown of Virginia Medicaid Spending by NDC and Year-Quarter for 1996-2006**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 223 | $3,197 | 1996 | 4 | 2 | $47 |
| 49502019620 | 909 | $10,496 | 1997 | 3 | 1 | $8 |
| 49502030317 | 961 | $11,092 | 1997 | 4 | 1 | $8 |
| 49502030327 | 43 | $530 | 1998 | 3 | 4 | $170 |
| 49502033317 | 6,726 | $132,245 | 1998 | 4 | 5 | $229 |
| 49502033327 | 142 | $2,655 | 1999 | 1 | 1 | $40 |
| 49502068503 | 46,947 | $2,975,416 | 1999 | 3 | 22 | $1,288 |
| 49502068524 | 21,586 | $388,816 | 1999 | 4 | 42 | $1,697 |
| 49502068526 | 1,008 | $15,347 | 2000 | 1 | 176 | $7,573 |
| 49502068529 | 282 | $10,763 | 2000 | 2 | 2,023 | $81,065 |
| 49502068530 | 35 | $3,336 | 2000 | 3 | 11,666 | $523,139 |
| 49502068531 | 155 | $3,534 | 2000 | 4 | 12,579 | $544,215 |
| 49502068533 | 672 | $51,235 | 2001 | 1 | 13,040 | $554,893 |
| 49502068560 | 8,099 | $710,651 | 2001 | 2 | 11,477 | $503,242 |
| 49502068561 | 1,123 | $44,760 | 2001 | 3 | 10,782 | $480,493 |
| 49502068562 | 323 | $8,906 | 2001 | 4 | 11,705 | $514,455 |
| 49502068902 | 4,126 | $198,847 | 2002 | 1 | 11,626 | $509,329 |
| 49502068912 | 1,805 | $130,338 | 2002 | 2 | 10,208 | $453,738 |
| 49502068961 | 724 | $38,425 | 2002 | 3 | 11,250 | $457,958 |
| 49502069703 | 90,796 | $2,064,973 | 2002 | 4 | 12,333 | $495,919 |
| 49502069724 | 44,658 | $826,263 | 2003 | 1 | 12,026 | $477,194 |
| 49502069729 | 1,297 | $30,640 | 2003 | 2 | 11,315 | $253,689 |
| 49502069730 | 9 | $176 | 2003 | 3 | 9,920 | $332,206 |
| 49502069733 | 1,352 | $45,319 | 2003 | 4 | 11,241 | $275,669 |
| 49502069760 | 14,294 | $482,744 | 2004 | 1 | 10,965 | $261,827 |
| 49502069761 | 2,570 | $89,064 | 2004 | 2 | 9,708 | $226,478 |
| | | | 2004 | 3 | 7,808 | $179,178 |
| Total | 250,865 | $8,279,767 | 2004 | 4 | 8,888 | $201,753 |
| | | | 2005 | 1 | 10,256 | $216,710 |
| | | | 2005 | 2 | 9,448 | $168,618 |
| | | | 2005 | 3 | 8,512 | $144,435 |
| | | | 2005 | 4 | 8,985 | $153,066 |
| | | | 2006 | 1 | 4,072 | $79,289 |
| | | | 2006 | 2 | 2,839 | $56,092 |
| | | | 2006 | 3 | 2,750 | $58,269 |
| | | | 2006 | 4 | 3,189 | $65,789 |
| | | | Total | | 250,865 | $8,279,767 |

**Table 23B: Virginia SMRFMAX Medicaid Spending by NDC and Year-Quarter for 1999-2000**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502010501 | 230 | $3,960 | 1999 | 1 | 12,790 | $479,062 |
| 49502019620 | 2,284 | $38,304 | 1999 | 2 | 12,238 | $448,650 |
| 49502030317 | 7,054 | $62,543 | 1999 | 3 | 12,141 | $467,580 |
| 49502030327 | 237 | $3,105 | 1999 | 4 | 14,016 | $541,967 |
| 49502033317 | 18 | $344 | 2000 | 1 | 14,155 | $551,099 |
| 49502068503 | 16,438 | $1,105,688 | 2000 | 2 | 12,718 | $511,370 |
| 49502068533 | 109 | $5,246 | | | | |
| 49502068560 | 2,826 | $289,953 | | Total | 78,058 | $2,999,728 |
| 49502068902 | 7,042 | $249,558 | | | | |
| 49502068912 | 2,847 | $165,583 | | | | |
| 49502069703 | 31,820 | $805,499 | | | | |
| 49502069733 | 465 | $16,994 | | | | |
| 49502069760 | 6,688 | $252,951 | | | | |
| Total | 78,058 | $2,999,728 | | | | |

**Table 23C: Virginia SDUD Medicaid Spending by NDC and Year-Quarter for 1992-1998**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502019620 | 3,006 | $56,210 | 1992 | 2 | 85 | $4,620 |
| 49502030317 | 13,611 | $241,370 | 1992 | 3 | 346 | $15,229 |
| 49502030327 | 3 | $38 | 1992 | 4 | 740 | $39,763 |
| 49502068503 | 7,929 | $530,051 | 1993 | 1 | 883 | $46,790 |
| 49502068560 | 674 | $84,365 | 1993 | 2 | 1,358 | $68,012 |
| 49502068902 | 18,562 | $906,498 | 1993 | 3 | 1,323 | $61,682 |
| 49502068912 | 7,270 | $524,703 | 1993 | 4 | 2,044 | $95,697 |
| 49502069703 | 73,573 | $3,079,823 | 1994 | 1 | 1,963 | $96,116 |
| 49502069733 | 216 | $12,996 | 1994 | 2 | 1,900 | $101,105 |
| 49502069760 | 9,695 | $735,345 | 1994 | 3 | 2,314 | $129,477 |
| | | | 1994 | 4 | 3,187 | $170,098 |
| Total | 134,539 | $6,171,398 | 1995 | 1 | 3,837 | $203,749 |
| | | | 1995 | 2 | 5,001 | $254,703 |
| | | | 1995 | 3 | 4,661 | $243,460 |
| | | | 1995 | 4 | 5,890 | $316,072 |
| | | | 1996 | 1 | 5,909 | $306,120 |
| | | | 1996 | 2 | 6,060 | $304,430 |
| | | | 1996 | 3 | 5,784 | $291,142 |
| | | | 1996 | 4 | 7,294 | $358,210 |
| | | | 1997 | 1 | 8,349 | $390,417 |
| | | | 1997 | 2 | 8,535 | $400,573 |
| | | | 1997 | 3 | 7,655 | $373,258 |
| | | | 1997 | 4 | 9,024 | $355,965 |
| | | | 1998 | 1 | 10,471 | $386,696 |
| | | | 1998 | 2 | 10,007 | $380,027 |
| | | | 1998 | 3 | 8,859 | $341,630 |
| | | | 1998 | 4 | 11,060 | $436,358 |
| | | | | Total | 134,539 | $6,171,398 |

**Table 23D: Virginia SDUD Medicaid Spending by NDC and Year-Quarter for 2007-2008**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502068524 | 77 | $1,197 | 2007 | 1 | 4,112 | $79,568 |
| 49502068526 | 3,085 | $49,064 | 2007 | 2 | 3,627 | $73,548 |
| 49502068530 | 22 | $569 | 2007 | 3 | 3,559 | $73,148 |
| 49502068531 | 206 | $4,411 | 2007 | 4 | 4,950 | $97,386 |
| 49502068562 | 741 | $11,233 | 2008 | 1 | 5,773 | $111,289 |
| 49502068961 | 163 | $6,371 | | | | |
| 49502069724 | 15,564 | $302,986 | | Total | 22,021 | $434,939 |
| 49502069729 | 730 | $13,258 | | | | |
| 49502069730 | 27 | $539 | | | | |
| 49502069761 | 1,406 | $45,311 | | | | |
| Total | 22,021 | $434,939 | | | | |

**Table 24A: Breakdown of Michigan Medicaid Spending by NDC and Year-Quarter for 2000-2007**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 5,060 | $44,103 | 2000 | 1 | 97 | $1,079 |
| 49502019620 | 249 | $2,536 | 2000 | 2 | 328 | $5,986 |
| 49502030317 | 259 | $3,559 | 2000 | 3 | 855 | $18,052 |
| 49502030327 | 16 | $248 | 2000 | 4 | 10,524 | $369,845 |
| 49502033317 | 15,528 | $264,614 | 2001 | 1 | 11,870 | $398,475 |
| 49502033327 | 36 | $624 | 2001 | 2 | 10,496 | $320,966 |
| 49502068503 | 27,437 | $1,216,672 | 2001 | 3 | 10,046 | $305,417 |
| 49502068524 | 24,409 | $219,685 | 2001 | 4 | 11,104 | $334,207 |
| 49502068526 | 1,548 | $18,425 | 2002 | 1 | 12,337 | $354,935 |
| 49502068529 | 1,192 | $11,080 | 2002 | 2 | 14,115 | $377,528 |
| 49502068530 | 5 | $77 | 2002 | 3 | 12,415 | $337,190 |
| 49502068531 | 456 | $4,233 | 2002 | 4 | 11,457 | $310,164 |
| 49502068533 | 2,983 | $158,240 | 2003 | 1 | 10,636 | $210,067 |
| 49502068560 | 3,560 | $237,552 | 2003 | 2 | 10,244 | $183,788 |
| 49502068561 | 949 | $18,695 | 2003 | 3 | 12,500 | $249,441 |
| 49502068562 | 464 | $8,131 | 2003 | 4 | 15,073 | $215,812 |
| 49502068902 | 2,782 | $98,316 | 2004 | 1 | 13,792 | $150,444 |
| 49502068912 | 3,520 | $154,029 | 2004 | 2 | 9,726 | $140,673 |
| 49502068961 | 1,237 | $26,255 | 2004 | 3 | 9,636 | $258,653 |
| 49502069703 | 98,121 | $1,630,291 | 2004 | 4 | 13,348 | $225,345 |
| 49502069724 | 73,296 | $954,498 | 2005 | 1 | 15,990 | $145,518 |
| 49502069729 | 1,737 | $19,047 | 2005 | 2 | 15,078 | $138,992 |
| 49502069730 | 24 | $275 | 2005 | 3 | 13,561 | $102,002 |
| 49502069733 | 16,124 | $257,264 | 2005 | 4 | 14,938 | $119,123 |
| 49502069760 | 5,814 | $184,167 | 2006 | 1 | 5,369 | $53,136 |
| 49502069761 | 3,972 | $50,726 | 2006 | 2 | 3,928 | $40,577 |
| | | | 2006 | 3 | 4,087 | $41,665 |
| Total | 290,778 | $5,583,342 | 2006 | 4 | 5,939 | $58,854 |
| | | | 2007 | 1 | 7,101 | $71,599 |
| | | | 2007 | 2 | 4,188 | $43,811 |
| | | | Total | | 290,778 | $5,583,342 |

**Table 24B: Michigan SMRFMAX Medicaid Spending by NDC and Year-Quarter for 1994-2000**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 1,550 | $16,561 | 1994 | 1 | 3,220 | $141,781 |
| 49502019620 | 5,103 | $66,984 | 1994 | 2 | 3,462 | $151,899 |
| 49502030317 | 22,981 | $369,915 | 1994 | 3 | 4,448 | $201,605 |
| 49502030327 | 239 | $2,842 | 1994 | 4 | 6,500 | $294,496 |
| 49502033317 | 232 | $2,318 | 1995 | 1 | 8,352 | $360,542 |
| 49502068503 | 16,063 | $1,353,922 | 1995 | 2 | 9,153 | $400,584 |
| 49502068533 | 9,946 | $291,621 | 1995 | 3 | 8,182 | $394,074 |
| 49502068560 | 2,395 | $270,059 | 1995 | 4 | 9,881 | $523,653 |
| 49502068902 | 26,262 | $1,197,521 | 1996 | 1 | 11,050 | $569,025 |
| 49502068912 | 33,189 | $2,143,342 | 1996 | 2 | 10,996 | $522,934 |
| 49502069703 | 115,492 | $3,864,475 | 1996 | 3 | 10,623 | $472,010 |
| 49502069733 | 2,547 | $94,560 | 1996 | 4 | 12,617 | $549,291 |
| 49502069760 | 11,704 | $575,789 | 1997 | 1 | 11,625 | $506,529 |
| | | | 1997 | 2 | 10,577 | $457,634 |
| Total | 247,703 | $10,249,909 | 1997 | 3 | 9,646 | $379,324 |
| | | | 1997 | 4 | 10,641 | $438,307 |
| | | | 1998 | 1 | 10,564 | $405,165 |
| | | | 1998 | 2 | 9,418 | $361,762 |
| | | | 1998 | 3 | 9,010 | $334,611 |
| | | | 1998 | 4 | 8,838 | $325,430 |
| | | | 1999 | 1 | 9,106 | $315,151 |
| | | | 1999 | 2 | 8,795 | $303,261 |
| | | | 1999 | 3 | 8,893 | $309,443 |
| | | | 1999 | 4 | 10,481 | $387,318 |
| | | | 2000 | 1 | 11,104 | $395,579 |
| | | | 2000 | 2 | 10,240 | $363,231 |
| | | | 2000 | 3 | 10,281 | $385,270 |
| | | | Total | | 247,703 | $10,249,909 |

**Table 24C: Michigan SDUD Medicaid Spending by NDC and Year-Quarter for 1992-1993**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502069703 | 10,286 | $491,852 | 1992 | 2 | 62 | $2,927 |
| 49502069760 | 149 | $11,604 | 1992 | 3 | 509 | $30,036 |
| | | | 1992 | 4 | 1,201 | $62,242 |
| Total | 10,435 | $503,456 | 1993 | 1 | 1,415 | $71,299 |
| | | | 1993 | 2 | 1,762 | $87,248 |
| | | | 1993 | 3 | 2,288 | $111,998 |
| | | | 1993 | 4 | 3,198 | $137,705 |
| | | | Total | | 10,435 | $503,456 |

**Table 24D: Michigan SDUD Medicaid Spending by NDC and Year-Quarter for 2007-2008**

| *Breakdown by National Drug Code* | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068524 | 5 | $57 | 2007 | 3 | 4,371 | $49,281 |
| 49502068526 | 1,596 | $20,228 | 2007 | 4 | 6,086 | $66,295 |
| 49502068530 | 13 | $153 | 2008 | 1 | 6,019 | $65,820 |
| 49502068531 | 138 | $1,810 | | | | |
| 49502068562 | 252 | $3,896 | Total | | 16,476 | $181,396 |
| 49502068961 | 103 | $2,131 | | | | |
| 49502069724 | 12,796 | $131,292 | | | | |
| 49502069729 | 545 | $6,575 | | | | |
| 49502069730 | 58 | $583 | | | | |
| 49502069761 | 970 | $14,673 | | | | |
| Total | 16,476 | $181,396 | | | | |

**Table 25A: Breakdown of Massachusetts Medicaid Spending by NDC and Year-Quarter for 1995-2007**

| *Breakdown by National Drug Code* | | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 8,000 | $76,912 | | 1995 | 3 | 74 | $1,291 |
| 49502019620 | 19,185 | $226,718 | | 1995 | 4 | 277 | $3,491 |
| 49502030317 | 44,645 | $560,747 | | 1996 | 1 | 552 | $8,742 |
| 49502030327 | 67 | $492 | | 1996 | 2 | 3,972 | $129,701 |
| 49502033317 | 11,699 | $124,685 | | 1996 | 3 | 9,906 | $347,307 |
| 49502033327 | 36 | $272 | | 1996 | 4 | 11,079 | $397,346 |
| 49502068503 | 86,228 | $3,668,525 | | 1997 | 1 | 10,328 | $374,517 |
| 49502068524 | 11,869 | $162,094 | | 1997 | 2 | 9,902 | $359,528 |
| 49502068526 | 2,775 | $21,563 | | 1997 | 3 | 8,779 | $338,811 |
| 49502068529 | 225 | $3,833 | | 1997 | 4 | 11,181 | $453,992 |
| 49502068530 | 17 | $227 | | 1998 | 1 | 13,829 | $394,026 |
| 49502068531 | 609 | $6,466 | | 1998 | 2 | 13,165 | $358,139 |
| 49502068533 | 2,809 | $167,590 | | 1998 | 3 | 12,695 | $354,464 |
| 49502068560 | 7,308 | $396,647 | | 1998 | 4 | 15,169 | $449,446 |
| 49502068561 | 253 | $3,830 | | 1999 | 1 | 17,538 | $441,151 |
| 49502068562 | 215 | $3,073 | | 1999 | 2 | 17,696 | $454,569 |
| 49502068902 | 39,311 | $1,327,411 | | 1999 | 3 | 16,630 | $469,714 |
| 49502068912 | 18,356 | $885,069 | | 1999 | 4 | 19,147 | $531,741 |
| 49502068961 | 1,103 | $15,905 | | 2000 | 1 | 18,586 | $525,668 |
| 49502069703 | 198,702 | $3,730,520 | | 2000 | 2 | 17,676 | $514,451 |
| 49502069724 | 66,014 | $593,216 | | 2000 | 3 | 16,145 | $508,880 |
| 49502069729 | 544 | $4,544 | | 2000 | 4 | 20,142 | $573,313 |
| 49502069730 | 90 | $989 | | 2001 | 1 | 19,988 | $564,273 |
| 49502069733 | 3,218 | $69,638 | | 2001 | 2 | 16,956 | $423,675 |
| 49502069760 | 19,092 | $454,281 | | 2001 | 3 | 14,678 | $339,627 |
| 49502069761 | 1,424 | $17,882 | | 2001 | 4 | 16,116 | $357,595 |
| | | | | 2002 | 1 | 16,377 | $308,234 |
| Total | 543,794 | $12,523,127 | | 2002 | 2 | 14,990 | $272,263 |
| | | | | 2002 | 3 | 12,566 | $233,363 |
| | | | | 2002 | 4 | 13,618 | $253,189 |
| | | | | 2003 | 1 | 12,504 | $208,150 |
| | | | | 2003 | 2 | 11,177 | $166,096 |
| | | | | 2003 | 3 | 10,561 | $153,504 |
| | | | | 2003 | 4 | 12,862 | $169,719 |
| | | | | 2004 | 1 | 11,611 | $133,247 |
| | | | | 2004 | 2 | 9,563 | $113,609 |
| | | | | 2004 | 3 | 7,694 | $97,713 |
| | | | | 2004 | 4 | 8,876 | $93,926 |
| | | | | 2005 | 1 | 8,822 | $83,889 |
| | | | | 2005 | 2 | 7,729 | $76,884 |
| | | | | 2005 | 3 | 6,492 | $67,085 |
| | | | | 2005 | 4 | 7,116 | $69,562 |
| | | | | 2006 | 1 | 4,576 | $44,295 |
| | | | | 2006 | 2 | 3,874 | $36,433 |
| | | | | 2006 | 3 | 3,492 | $33,869 |
| | | | | 2006 | 4 | 5,021 | $43,570 |
| | | | | 2007 | 1 | 5,036 | $43,817 |
| | | | | 2007 | 2 | 5,256 | $43,691 |
| | | | | 2007 | 3 | 5,270 | $43,912 |
| | | | | 2007 | 4 | 6,525 | $57,650 |
| | | | | | Total | 543,794 | $12,523,127 |

**Table 25B: Massachusetts SDUD Medicaid Spending by NDC and Year-Quarter for 1992-1996**

| *Breakdown by National Drug Code* | | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502019620 | 4 | $55 | | 1992 | 2 | 12 | $647 |
| 49502030317 | 4,601 | $99,687 | | 1992 | 3 | 337 | $16,619 |
| 49502068902 | 13,154 | $561,881 | | 1992 | 4 | 834 | $39,449 |
| 49502068912 | 5,334 | $329,373 | | 1993 | 1 | 1,240 | $57,684 |
| 49502069703 | 30,602 | $1,363,811 | | 1993 | 2 | 1,261 | $60,448 |
| 49502069733 | 144 | $6,287 | | 1993 | 3 | 2,026 | $102,755 |
| 49502069760 | 940 | $57,899 | | 1993 | 4 | 2,384 | $104,885 |
| | | | | 1994 | 1 | 2,673 | $107,167 |
| Total | 54,779 | $2,418,994 | | 1994 | 2 | 2,189 | $88,459 |
| | | | | 1994 | 3 | 2,828 | $124,513 |
| | | | | 1994 | 4 | 3,994 | $184,878 |
| | | | | 1995 | 2 | 5,448 | $252,411 |
| | | | | 1995 | 3 | 7,365 | $346,084 |
| | | | | 1995 | 4 | 4,812 | $220,359 |
| | | | | 1996 | 1 | 7,397 | $337,470 |
| | | | | 1996 | 2 | 9,979 | $375,166 |
| | | | | | Total | 54,779 | $2,418,994 |

**Table 25C: Massachusetts SDUD Medicaid Spending by NDC and Year-Quarter for 2008**

| *Breakdown by National Drug Code* | | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502068526 | 430 | $4,580 | | 2008 | 1 | 6,290 | $61,163 |
| 49502068531 | 11 | $208 | | | | | |
| 49502068562 | 13 | $211 | | | Total | 6,290 | $61,163 |
| 49502068961 | 38 | $720 | | | | | |
| 49502069724 | 5,600 | $53,079 | | | | | |
| 49502069729 | 66 | $584 | | | | | |
| 49502069730 | 13 | $170 | | | | | |
| 49502069761 | 119 | $1,609 | | | | | |
| Total | 6,290 | $61,163 | | | | | |

**Table 26A: Breakdown of Missouri Medicaid Spending by NDC and Year-Quarter for 1993-2005**

| *Breakdown by National Drug Code* | | | | *Breakdown by Service Year and Quarter* | | | |
|---|---|---|---|---|---|---|---|
| **NDC** | **# of Claims** | **Paid Amount** | | **Year** | **Quarter** | **# of Claims** | **Paid Amount** |
| 49502010501 | 28,318 | $389,654 | | 1993 | 2 | 7 | $525 |
| 49502019620 | 38,359 | $743,304 | | 1993 | 3 | 9 | $545 |
| 49502030317 | 24,824 | $406,063 | | 1993 | 4 | 107 | $7,086 |
| 49502030327 | 886 | $13,285 | | 1994 | 1 | 1,054 | $52,665 |
| 49502033317 | 21,981 | $392,347 | | 1994 | 2 | 1,107 | $59,294 |
| 49502033327 | 35 | $883 | | 1994 | 3 | 1,035 | $55,385 |
| 49502068503 | 65,763 | $3,948,329 | | 1994 | 4 | 1,108 | $66,357 |
| 49502068524 | 5,308 | $107,457 | | 1995 | 1 | 1,537 | $90,800 |
| 49502068529 | 485 | $11,609 | | 1995 | 2 | 1,775 | $102,829 |
| 49502068533 | 2,000 | $105,283 | | 1995 | 3 | 1,647 | $99,708 |
| 49502068560 | 12,059 | $1,145,920 | | 1995 | 4 | 1,880 | $107,233 |
| 49502068561 | 1,298 | $31,512 | | 1996 | 1 | 3,101 | $144,130 |
| 49502069703 | 117,522 | $3,466,004 | | 1996 | 2 | 3,521 | $148,525 |
| 49502069724 | 7,737 | $126,237 | | 1996 | 3 | 3,784 | $155,046 |
| 49502069729 | 1,599 | $28,411 | | 1996 | 4 | 4,795 | $181,241 |
| 49502069733 | 8,550 | $231,398 | | 1997 | 1 | 5,871 | $223,470 |
| 49502069760 | 38,253 | $1,624,015 | | 1997 | 2 | 7,795 | $304,757 |
| 49502069761 | 3,287 | $72,510 | | 1997 | 3 | 8,148 | $348,215 |
| | | | | 1997 | 4 | 9,637 | $329,089 |
| Total | 378,264 | $12,844,220 | | 1998 | 1 | 11,598 | $381,951 |
| | | | | 1998 | 2 | 10,799 | $378,526 |
| | | | | 1998 | 3 | 10,807 | $397,045 |
| | | | | 1998 | 4 | 12,437 | $456,280 |
| | | | | 1999 | 1 | 14,232 | $520,080 |
| | | | | 1999 | 2 | 13,189 | $513,463 |
| | | | | 1999 | 3 | 12,386 | $536,610 |
| | | | | 1999 | 4 | 13,873 | $585,627 |
| | | | | 2000 | 1 | 14,415 | $603,277 |
| | | | | 2000 | 2 | 13,120 | $571,932 |
| | | | | 2000 | 3 | 11,669 | $517,967 |
| | | | | 2000 | 4 | 13,327 | $501,085 |
| | | | | 2001 | 1 | 14,238 | $598,824 |
| | | | | 2001 | 2 | 12,426 | $548,531 |
| | | | | 2001 | 3 | 11,456 | $267,975 |
| | | | | 2001 | 4 | 13,618 | $313,622 |
| | | | | 2002 | 1 | 14,099 | $292,317 |
| | | | | 2002 | 2 | 13,390 | $326,779 |
| | | | | 2002 | 3 | 10,927 | $314,602 |
| | | | | 2002 | 4 | 10,265 | $254,244 |
| | | | | 2003 | 1 | 10,328 | $252,243 |
| | | | | 2003 | 2 | 8,134 | $188,123 |
| | | | | 2003 | 3 | 6,883 | $158,488 |
| | | | | 2003 | 4 | 7,730 | $176,337 |
| | | | | 2004 | 1 | 7,151 | $164,618 |
| | | | | 2004 | 2 | 5,943 | $134,912 |
| | | | | 2004 | 3 | 5,460 | $119,009 |
| | | | | 2004 | 4 | 5,983 | $114,473 |
| | | | | 2005 | 1 | 9,627 | $163,955 |
| | | | | 2005 | 2 | 836 | $14,427 |
| | | | | Total | | 378,264 | $12,844,220 |

**Table 26B: Missouri SMRFMAX Medicaid Spending by NDC and Year-Quarter for 1992-1993**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502069703 | 2,962 | $147,558 | 1992 | 2 | 97 | $4,226 |
| 49502069760 | 94 | $7,295 | 1992 | 3 | 246 | $11,046 |
| | | | 1992 | 4 | 295 | $14,709 |
| Total | 3,056 | $154,853 | 1993 | 1 | 334 | $16,615 |
| | | | 1993 | 2 | 535 | $26,988 |
| | | | 1993 | 3 | 654 | $35,360 |
| | | | 1993 | 4 | 895 | $45,909 |
| | | | | Total | 3,056 | $154,853 |

**Table 26C: Missouri MSIS Medicaid Spending by NDC and Year-Quarter for 2005**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502010501 | 50 | $558 | 2005 | 2 | 10,986 | $142,329 |
| 49502033317 | 111 | $1,039 | 2005 | 3 | 9,251 | $128,297 |
| 49502068503 | 647 | $10,174 | | | | |
| 49502068524 | 4,866 | $60,633 | | Total | 20,237 | $270,626 |
| 49502068529 | 424 | $7,108 | | | | |
| 49502068530 | 12 | $102 | | | | |
| 49502068531 | 39 | $783 | | | | |
| 49502068533 | 37 | $854 | | | | |
| 49502068560 | 219 | $4,476 | | | | |
| 49502068561 | 930 | $15,840 | | | | |
| 49502068562 | 344 | $5,615 | | | | |
| 49502068902 | 61 | $614 | | | | |
| 49502068912 | 22 | $427 | | | | |
| 49502068961 | 168 | $2,942 | | | | |
| 49502069703 | 401 | $4,764 | | | | |
| 49502069724 | 7,003 | $82,020 | | | | |
| 49502069729 | 1,715 | $22,061 | | | | |
| 49502069730 | 52 | $27 | | | | |
| 49502069733 | 20 | $256 | | | | |
| 49502069760 | 303 | $5,107 | | | | |
| 49502069761 | 2,813 | $45,226 | | | | |
| Total | 20,237 | $270,626 | | | | |

**Table 26D: Missouri SDUD Medicaid Spending by NDC and Year-Quarter for 2005-2008**

| Breakdown by National Drug Code | | | Breakdown by Service Year and Quarter | | | |
|---|---|---|---|---|---|---|
| NDC | # of Claims | Paid Amount | Year | Quarter | # of Claims | Paid Amount |
| 49502010501 | 1 | $12 | 2005 | 4 | 9,702 | $165,228 |
| 49502068503 | 364 | $6,266 | 2006 | 1 | 5,429 | $96,988 |
| 49502068524 | 4,244 | $67,633 | 2006 | 2 | 3,499 | $66,053 |
| 49502068526 | 2,989 | $50,683 | 2006 | 3 | 4,164 | $82,483 |
| 49502068529 | 155 | $3,598 | 2006 | 4 | 6,339 | $117,006 |
| 49502068530 | 52 | $987 | 2007 | 1 | 7,517 | $134,776 |
| 49502068531 | 674 | $17,263 | 2007 | 2 | 5,595 | $103,205 |
| 49502068533 | 26 | $583 | 2007 | 3 | 4,883 | $94,986 |
| 49502068560 | 96 | $2,086 | 2008 | 1 | 7,050 | $136,980 |
| 49502068561 | 243 | $5,317 | | | | |
| 49502068562 | 5,137 | $113,783 | | Total | 54,178 | $997,705 |
| 49502068902 | 19 | $238 | | | | |
| 49502068912 | 8 | $95 | | | | |
| 49502068961 | 279 | $5,917 | | | | |
| 49502069703 | 95 | $1,529 | | | | |
| 49502069724 | 21,301 | $339,786 | | | | |
| 49502069729 | 3,243 | $62,629 | | | | |
| 49502069730 | 41 | $745 | | | | |
| 49502069733 | 24 | $586 | | | | |
| 49502069760 | 115 | $2,311 | | | | |
| 49502069761 | 15,072 | $315,657 | | | | |
| Total | 54,178 | $997,705 | | | | |

**Table 27: Medicaid Summary for First Fourteen Medicaid States**

| State | Source | Time Period | # Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Ph Payments |
|---|---|---|---|---|---|---|---|---|
| New York | State Claims | 19934-20072 | 778,036 | 1,536,294 | $21,252,191 | $66,196,255 | $10,642,559 | 365,410 |
| New York | SDUD | 19922-19933,20073-20081 | 36,619 | 53,889 | $809,037 | $2,707,733 | $404,519 | - |
| California | State Claims | 19942-20073 | 1,116,664 | 1,180,288 | $29,277,564 | $56,432,682 | $15,017,053 | 350,492 |
| California | SDUD | 20074-20081 | 30,035 | 41,726 | $451,331 | $1,107,044 | $225,666 | - |
| Florida | State Claims | 19934-20054 | 1,006,431 | 1,032,518 | $14,642,919 | $38,058,439 | $8,291,562 | 291,176 |
| Florida | SDUD | 19922-19933,20061-20081 | 82,844 | 98,454 | $498,165 | $2,581,660 | $281,277 | - |
| Georgia | State Claims | 20004-20064 | 384,748 | 453,630 | $7,090,473 | $13,653,087 | $4,269,036 | 130,603 |
| Georgia | SMRF-MAX | 19931-20003 | 175,901 | 274,724 | $5,844,899 | $16,150,785 | $3,556,072 | 82,408 |
| Georgia | SDUD | 19922-19924,20071-20074 | 27,469 | 35,759 | $333,852 | $722,930 | $207,695 | - |
| Pennsylvania | State Claims | 19983-20071 | 544,801 | 610,089 | $11,076,328 | $17,931,941 | $6,033,263 | 106,817 |
| Pennsylvania | SMRF-MAX | 19922-19982 | 127,295 | 180,130 | $2,971,542 | $8,517,203 | $1,587,510 | 40,301 |
| Pennsylvania | SDUD | 20072-20081 | 23,563 | 26,929 | $85,570 | $297,643 | $46,386 | - |
| Illinois | State Claims | 19922-20064 | 794,254 | 865,352 | $9,753,355 | $24,344,447 | $4,898,550 | 263,139 |
| Illinois | SDUD | 20071-20081 | 48,852 | 61,512 | $155,633 | $796,343 | $77,816 | - |
| Louisiana | State Claims | 19951-20073 | 474,173 | 485,883 | $11,626,140 | $22,230,550 | $8,260,625 | 80,718 |
| Louisiana | SMRF-MAX | 20021-20022 | 24,628 | 25,530 | $821,903 | $1,234,255 | $577,798 | 7,302 |
| Louisiana | SDUD | 19922-19944,20074-20081 | 28,216 | 34,750 | $611,804 | $1,610,506 | $447,176 | - |
| Kentucky | State Claims | 19951-20051 | 434,289 | 450,154 | $11,772,488 | $21,215,377 | $8,303,338 | 113,300 |
| Kentucky | SMRF-MAX | 19922-19944 | 11,198 | 13,757 | $185,171 | $576,345 | $130,908 | 192 |
| Kentucky | SDUD | 20052-20081 | 123,842 | 136,061 | $1,749,201 | $3,107,336 | $1,215,711 | - |
| New Jersey | State Claims | 19922-20064 | 463,319 | 474,015 | $13,470,765 | $20,839,880 | $6,783,488 | 118,504 |
| New Jersey | SDUD | 20071-20081 | 20,232 | 22,551 | $1,001,784 | $1,336,541 | $500,892 | - |
| North Carolina | State Claims | 20011-20071 | 276,425 | 309,251 | $3,366,224 | $7,644,510 | $2,109,187 | 93,163 |
| North Carolina | SMRF-MAX | 19991-20004 | 84,924 | 111,524 | $2,924,550 | $5,919,993 | $1,833,194 | 30,533 |
| North Carolina | SDUD | 19922-19984,20072-20081 | 96,351 | 163,045 | $2,288,041 | $7,294,107 | $1,461,997 | - |
| Virginia | State Claims | 20003-20064 | 237,655 | 248,588 | $5,167,179 | $8,187,643 | $2,665,559 | 55,154 |
| Virginia | SMRF-MAX | 19991-20002 | 58,685 | 78,058 | $1,477,613 | $2,999,728 | $763,032 | 18,973 |
| Virginia | SDUD | 19922-19984,20071-20081 | 93,292 | 156,560 | $2,127,855 | $6,606,337 | $1,086,833 | - |
| Michigan | State Claims | 20004-20072 | 239,731 | 289,498 | $2,699,088 | $5,558,225 | $1,528,146 | 73,935 |
| Michigan | SMRF-MAX | 19941-20003 | 147,873 | 247,703 | $2,997,707 | $10,249,909 | $1,646,832 | 54,016 |
| Michigan | SDUD | 19922-19934,20073-20081 | 17,480 | 26,911 | $114,263 | $684,852 | $64,718 | - |
| Massachusetts | State Claims | 19963-20074 | 484,032 | 538,919 | $3,729,250 | $12,379,903 | $1,868,272 | 142,081 |
| Massachusetts | SDUD | 19922-19962,20081-20081 | 50,648 | 61,069 | $731,018 | $2,480,157 | $365,509 | - |
| Missouri | State Claims | 19941-20051 | 338,039 | 377,305 | $5,708,973 | $12,821,638 | $3,463,915 | 50,450 |
| Missouri | SMRF-MAX | 19922-19934 | 2,846 | 3,056 | $52,028 | $154,853 | $31,440 | 50 |
| Missouri | SDUD | 20054-20081 | 44,857 | 54,178 | $182,021 | $997,705 | $112,586 | - |
| Missouri | MSIS | 20052-20053 | 16,187 | 20,237 | $53,023 | $270,626 | $32,424 | 2,923 |
| Sub-Total for First Fourteen States | | 19922-20081 | 8,946,434 | 10,779,897 | $179,100,948 | $405,899,168 | $100,792,544 | 2,471,640 |
| Sub-Total for Other 33 States & D.C. | | 19922-20081 | 5,305,685 | 6,357,538 | $93,851,436 | $208,502,630 | $59,412,315 | 1,312,376 |
| **Total for All 47 States & D.C.** | | **19922-20081** | **14,252,119** | **17,137,435** | **$272,952,384** | **$614,401,798** | **$160,204,859** | **3,784,016** |

Table 28A: SMRF-MAX Spending and Utilization for Other 33 States and D.C.

| State | Rank | Total Paid | Total Clms | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Indiana | 16 | $21,956,200 | 494,106 | $286,997 | $884,142 | $1,502,737 | $1,406,763 | $1,817,700 | $2,057,694 | $2,264,951 | $3,236,080 | $3,095,583 | $2,511,411 | $1,820,069 | $1,072,073 |
| Mississippi | 17 | $11,703,151 | 177,852 | | $207,629 | $358,885 | $924,074 | $1,288,932 | $1,558,462 | $865,118 | $1,060,979 | $1,340,325 | $2,069,515 | $1,229,234 | $799,998 |
| Washington | 18 | $11,091,695 | 242,957 | $69,827 | $225,226 | $409,652 | $698,913 | $975,060 | $1,397,201 | $1,634,820 | $1,544,938 | $1,350,958 | $1,089,806 | $898,420 | $796,874 |
| Alabama | 19 | $6,214,912 | 214,051 | $17,443 | $120,748 | $277,812 | $608,102 | | | | $1,055,758 | $1,114,899 | $1,017,786 | $977,808 | $1,024,556 |
| West Virginia | 20 | $5,071,885 | 108,294 | | | | | | | | $1,040,326 | $1,235,785 | $979,790 | $936,118 | $879,866 |
| Iowa | 21 | $9,256,936 | 225,384 | $115,319 | $334,541 | $457,898 | $609,182 | $730,335 | $872,128 | $827,277 | $1,080,861 | $1,166,919 | $1,448,825 | $1,011,021 | $602,630 |
| Wisconsin | 22 | $8,587,087 | 250,605 | $62,805 | $254,680 | $428,904 | $455,845 | $684,662 | $786,798 | $827,676 | $1,163,030 | $1,488,643 | $1,192,726 | $731,913 | $509,405 |
| Tennessee | 23 | $3,076,334 | 102,542 | | | | | | | | | | | $1,166,449 | $1,909,885 |
| Oklahoma | 24 | $5,040,860 | 130,570 | | | | | | | | $1,220,973 | $1,050,184 | $1,087,608 | $1,139,397 | $542,698 |
| Minnesota | 25 | $7,129,576 | 297,594 | | $66,256 | $381,543 | $664,493 | $675,523 | $849,251 | $732,365 | $910,872 | $854,180 | $989,849 | $577,946 | $427,298 |
| South Carolina | 26 | $3,915,435 | 98,753 | | | | | | | | $908,309 | $983,247 | $823,729 | $631,249 | $568,901 |
| Arkansas | 27 | $5,873,846 | 138,120 | $40,689 | $105,141 | $208,971 | $423,326 | $558,176 | $692,702 | $612,646 | $812,919 | $749,182 | $641,323 | $588,811 | $439,960 |
| Maine | 28 | $5,857,135 | 121,789 | $19,590 | $85,909 | $130,520 | $661,694 | $379,130 | $609,851 | $798,307 | $832,679 | $895,651 | $743,491 | $427,334 | $272,979 |
| Connecticut | 29 | $4,359,100 | 98,759 | | | | | | | | $1,151,247 | $1,219,077 | $792,816 | $696,974 | $498,986 |
| Colorado | 30 | $5,527,119 | 131,445 | | | $84,125 | $239,238 | $266,270 | $406,666 | $569,890 | $1,003,336 | $947,291 | $950,012 | $615,753 | $444,538 |
| Maryland | 31 | $2,376,121 | 217,486 | | | | | | | | $476,970 | $557,582 | $547,976 | $457,284 | $336,309 |
| Kansas | 32 | $5,411,544 | 143,705 | $4,766 | $26,490 | $87,939 | $186,753 | $318,002 | $580,750 | $684,569 | $830,667 | $787,431 | $805,928 | $654,100 | $444,149 |
| Nebraska | 33 | $2,519,652 | 74,730 | | | | | | | | $610,193 | $573,208 | $688,113 | $357,173 | $290,965 |
| Oregon | 34 | $1,994,301 | 58,549 | | | | | | | | $362,275 | $456,529 | $535,228 | $389,863 | $250,406 |
| New Hampshire | 35 | $2,834,651 | 71,343 | $18,973 | $71,352 | $100,384 | $126,879 | $187,497 | $197,378 | $252,250 | $511,772 | $475,624 | $441,133 | $317,164 | $134,245 |
| Idaho | 36 | $2,597,837 | 63,823 | | | | | $231,814 | $293,888 | $355,954 | $446,606 | $441,845 | $328,097 | $273,251 | $226,382 |
| Montana | 37 | $2,647,051 | 54,564 | $20,217 | $50,657 | $97,819 | $157,322 | $192,492 | $233,067 | $271,702 | $373,708 | $386,038 | $361,899 | $306,547 | $195,583 |
| Delaware | 38 | $2,369,636 | 69,862 | | $43,594 | $76,644 | $192,900 | $358,524 | $370,807 | $361,663 | $308,867 | $229,990 | $198,214 | $119,988 | $108,445 |
| South Dakota | 39 | $1,616,796 | 45,471 | | | | | | | | $330,985 | $336,738 | $414,511 | $341,179 | $193,383 |
| New Mexico | 40 | $1,979,735 | 85,907 | | | | | $502,909 | $489,872 | $174,541 | $158,465 | $149,330 | $175,532 | $230,762 | $98,324 |
| Vermont | 41 | $2,367,497 | 61,556 | $6,858 | $27,786 | $67,316 | $124,666 | $121,691 | $115,158 | $169,747 | $350,131 | $413,665 | $476,947 | $328,690 | $164,842 |
| Utah | 42 | $1,706,373 | 50,567 | $6,047 | $11,424 | $37,567 | $90,980 | $131,868 | $148,039 | $208,223 | $228,203 | $250,268 | $199,123 | $219,442 | $175,189 |
| Nevada | 43 | $1,190,388 | 30,821 | | | | | | | | $174,419 | $221,409 | $246,652 | $286,439 | $261,469 |
| Alaska | 44 | $1,599,814 | 33,045 | $12,691 | $41,051 | $61,943 | $72,361 | $98,808 | $144,380 | $152,423 | $196,301 | $226,630 | $215,784 | $215,197 | $162,245 |
| Hawaii | 45 | $823,897 | 70,328 | $7,846 | $44,690 | | | | | | $154,415 | $174,240 | $165,051 | $147,988 | $129,667 |
| Rhode Island | 46 | $964,425 | 48,731 | | | | $94,904 | | | | $196,925 | $238,979 | $218,319 | $136,319 | $78,979 |
| North Dakota | 47 | $1,139,936 | 28,164 | $6,028 | $19,411 | $26,191 | $52,882 | $66,951 | $126,862 | $140,794 | $184,385 | $154,703 | $184,673 | $123,406 | $53,650 |
| Wyoming | 48 | $1,004,028 | 21,294 | $834 | $6,903 | $21,547 | $46,225 | $76,383 | $88,225 | $98,542 | $131,125 | $128,576 | $173,397 | $136,641 | $95,630 |
| District of Columbia | 49 | $466,941 | 14,651 | | | | | | | | $126,683 | $113,426 | $84,350 | $80,791 | $61,691 |
| Total | - | $152,271,894 | 4,077,418 | $696,930 | $2,627,630 | $4,818,397 | $7,837,502 | $9,662,727 | $12,019,179 | $12,003,458 | $23,175,402 | $23,808,135 | $22,799,614 | $18,570,720 | $14,252,200 |

Table 28B: SDUD Spending and Utilization for Remaining State-Years of Other 33 States and D.C.

| State | Rank | Total Paid | Total Clms | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Indiana | 11 | $570,486 | 47,892 | | | | | | | | | | | | | $170,443 | $203,864 | $196,180 |
| Mississippi | 16 | $1,305,273 | 44,590 | $30,133 | | | | | | | | | | | | $224,485 | $636,715 | $413,941 |
| Washington | 17 | $1,038,998 | 32,956 | | | | | | | | | | | | | $216,955 | $563,846 | $258,196 |
| Alabama | 18 | $5,102,876 | 167,369 | | | | | $1,232,197 | $1,451,862 | $963,291 | | | | | | $275,522 | $654,900 | $525,104 |
| West Virginia | 19 | $4,844,942 | 124,750 | $46,561 | $347,050 | $457,433 | $523,861 | $624,079 | $752,528 | $882,580 | | | | | | $224,779 | $513,791 | $472,279 |
| Iowa | 20 | $329,970 | 26,190 | | | | | | | | | | | | | $79,002 | $107,583 | $143,385 |
| Wisconsin | 21 | $407,275 | 29,680 | | | | | | | | | | | | | $109,894 | $131,892 | $165,488 |
| Tennessee | 22 | $2,937,732 | 85,916 | $49,267 | $171,945 | $15,285 | | | | | $675 | $462,264 | $1,215,452 | $337,121 | | $81,035 | $206,021 | $398,668 |
| Oklahoma | 23 | $3,259,059 | 75,117 | $15,526 | $84,874 | $163,971 | $390,136 | $517,606 | $713,643 | $831,590 | | | | | | $54,397 | $178,546 | $308,771 |
| Minnesota | 24 | $402,238 | 17,262 | $64,424 | $134,044 | | | | | | | | | | | $20,076 | $80,053 | $103,642 |
| South Carolina | 25 | $2,834,473 | 75,157 | $21,559 | $85,881 | $127,242 | $323,767 | $384,876 | $575,751 | $588,808 | | | | | | $133,739 | $266,788 | $326,062 |
| Arkansas | 26 | $349,112 | 13,447 | | | | | | | | | | | | | | $123,463 | $225,649 |
| Maine | 27 | $227,732 | 18,636 | | | | | | | | | | | | | $65,563 | $94,804 | $67,365 |
| Connecticut | 28 | $1,778,658 | 48,622 | | $1,595 | $54,652 | $233,920 | $184,724 | $350,615 | $741,510 | | | | | | $35,441 | $86,156 | $90,044 |
| Colorado | 29 | $389,089 | 22,995 | $10,835 | $21,106 | | | | | | | | | | | $55,736 | $127,130 | $174,282 |
| Maryland | 30 | $2,922,805 | 94,007 | $52,662 | $192,372 | $297,441 | $631,942 | $889,091 | $637,254 | | | | | | | $79,834 | $79,964 | $62,246 |
| Kansas | 31 | $317,242 | 15,614 | | | | | | | | | | | | | $73,785 | $128,320 | $115,137 |
| Nebraska | 32 | $1,644,227 | 45,867 | $2,512 | $7,429 | $48,480 | $125,897 | $148,617 | $436,095 | $570,909 | | | | | | $50,610 | $106,978 | $146,700 |
| Oregon | 33 | $1,337,419 | 32,968 | $33,639 | $123,477 | $216,049 | $224,860 | $183,195 | $205,124 | $217,302 | | | | | | $33,550 | $48,415 | $51,808 |
| New Hampshire | 34 | $244,183 | 6,937 | | | | | | | | | | | | | $46,680 | $91,888 | $105,614 |
| Idaho | 35 | $406,473 | 15,252 | $16,151 | $53,247 | $74,092 | $116,920 | | | | | | | | | $15,203 | $48,273 | $82,587 |
| Montana | 36 | $111,652 | 5,306 | | | | | | | | | | | | | $20,119 | $49,896 | $41,637 |
| Delaware | 37 | $251,290 | 17,391 | $16,418 | | | | | | | | | | | | $39,530 | $90,831 | $104,511 |
| South Dakota | 38 | $728,637 | 20,177 | $1,541 | $11,479 | $27,180 | $55,434 | $122,322 | $198,383 | $228,128 | | | | | | $27,446 | $56,725 | |
| New Mexico | 39 | $442,318 | 9,905 | $8,498 | $46,871 | $98,611 | $268,766 | | | | | | | | | $7,446 | $6,889 | $5,236 |
| Vermont | 40 | $19,083 | 1,174 | | | | | | | | | | | | | $8,758 | $8,473 | $1,852 |
| Utah | 41 | $186,102 | 10,489 | | | | | | | | | | | | | $28,722 | $65,364 | $92,016 |
| Nevada | 42 | $538,284 | 16,968 | $216 | $8,279 | $23,492 | $49,290 | $69,383 | $63,013 | $147,192 | | | | | | $50,600 | $100,890 | $25,928 |
| Alaska | 43 | $113,734 | 4,935 | | | | | | | | | | | | | $20,962 | $45,329 | $47,443 |
| Hawaii | 44 | $689,499 | 24,779 | | | $71,646 | $40,604 | $142,917 | $161,336 | $132,553 | | | | | | $30,638 | $49,785 | $60,020 |
| Rhode Island | 45 | $566,063 | 22,046 | | $26,172 | $45,148 | | $121,638 | $125,588 | $144,767 | | | | | $50,160 | $34,131 | $10,055 | $8,405 |
| North Dakota | 46 | $25,720 | 1,937 | | | | | | | | | | | | | $5,551 | $9,594 | $10,575 |
| Wyoming | 47 | $74,591 | 4,631 | | | | | | | | | | | | | $14,024 | $38,505 | $22,062 |
| District of Columbia | 48 | $592,826 | 15,437 | $1,705 | $15,203 | $50,372 | $95,036 | $110,945 | $115,196 | $133,705 | | | | | | $7,860 | $39,213 | $23,591 |
| Total | - | $36,491,240 | 1,223,455 | $371,645 | $1,331,023 | $1,771,094 | $3,080,434 | $4,731,591 | $5,786,389 | $5,582,335 | $675 | $462,264 | $1,214,979 | $336,751 | $50,160 | $2,342,497 | $5,040,344 | $4,389,063 |

**Table 28C: MSIS Spending and Utilization for Remaining State-Years of Other States and D.C.**

| State | Rank | Total Paid | Total Clms | 1997 | 1998 | 2002 | 2004 | 2005 |
|-------|------|-----------|-----------|------|------|------|------|------|
| Indiana | 11 | $1,522,007 | 104,586 | | | | $971,206 | $550,801 |
| Mississippi | 16 | $1,172,006 | 41,086 | | | | $577,384 | $594,622 |
| Washington | 17 | $1,191,055 | 42,356 | | | | $583,780 | $607,275 |
| Alabama | 18 | $1,778,861 | 93,013 | | | | $1,123,159 | $655,702 |
| West Virginia | 19 | $1,223,022 | 58,916 | | | | $686,220 | $536,802 |
| Iowa | 20 | $435,240 | 26,697 | | | | $349,205 | $86,035 |
| Wisconsin | 21 | $642,912 | 54,255 | | | | $366,153 | $276,759 |
| Tennessee | 22 | $3,247,636 | 135,450 | | | $650,202 | $1,590,450 | $1,006,984 |
| Oklahoma | 23 | $538,319 | 35,733 | | | | $355,075 | $183,244 |
| Minnesota | 24 | $338,182 | 40,217 | | | | $237,587 | $100,595 |
| South Carolina | 25 | $730,429 | 32,995 | | | | $455,923 | $274,506 |
| Arkansas | 26 | $353,744 | 12,137 | | | | $246,089 | $107,655 |
| Maine | 27 | $461,593 | 29,045 | | | | $264,475 | $197,118 |
| Connecticut | 28 | $353,699 | 18,535 | | | | $223,395 | $130,304 |
| Colorado | 29 | $509,126 | 23,759 | | | | $324,654 | $184,472 |
| Maryland | 30 | $1,113,334 | 130,384 | $91,971 | $540,118 | | $290,405 | $190,840 |
| Kansas | 31 | $566,102 | 30,096 | | | | $344,910 | $221,192 |
| Nebraska | 32 | $405,182 | 17,290 | | | | $280,621 | $124,561 |
| Oregon | 33 | $304,186 | 12,006 | | | | $193,491 | $110,695 |
| New Hampshire | 34 | $243,773 | 7,635 | | | | $125,402 | $118,371 |
| Idaho | 35 | $188,007 | 9,904 | | | | $133,156 | $54,851 |
| Montana | 36 | $156,632 | 6,411 | | | | $106,424 | $50,208 |
| Delaware | 37 | $201,031 | 11,899 | | | | $113,258 | $87,773 |
| South Dakota | 38 | $253,953 | 11,653 | | | | $166,338 | $87,615 |
| New Mexico | 39 | $96,806 | 17,086 | | | | $69,727 | $27,079 |
| Vermont | 40 | $117,493 | 6,482 | | | | $68,637 | $48,856 |
| Utah | 41 | $199,698 | 12,001 | | | | $120,551 | $79,147 |
| Nevada | 42 | $338,245 | 15,415 | | | | $208,508 | $129,737 |
| Alaska | 43 | $193,824 | 7,088 | | | | $118,801 | $75,023 |
| Hawaii | 44 | $126,061 | 28,467 | | | | $81,604 | $44,457 |
| North Dakota | 45 | $77,845 | 3,065 | | | | $53,193 | $24,652 |
| Wyoming | 47 | $80,607 | 4,300 | | | | $52,817 | $27,790 |
| District of Columbia | 48 | $80,066 | 3,759 | | | | $49,790 | $30,276 |
| Total | - | $19,240,676 | 1,083,721 | $91,971 | $540,118 | $650,202 | $10,932,388 | $7,025,997 |

**Table 29A: Medicaid Summary for Next 17 States**

| State | Source | Time Period | Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Payments |
|---|---|---|---|---|---|---|---|---|
| Indiana | SMRF-MAX | 19922-20034 | 440,767 | 494,106 | $9,637,249 | $21,956,200 | $5,980,903 | 109,693 |
| Indiana | SDUD | 20054-20074 | 40,179 | 47,892 | $202,286 | $570,486 | $127,140 | - |
| Indiana | MSIS | 20041-20053 | 77,487 | 104,586 | $704,235 | $1,522,007 | $447,010 | 18,536 |
| Mississippi | SMRF-MAX | 19931-20034 | 169,681 | 177,852 | $5,603,072 | $11,703,151 | $4,331,740 | 69,959 |
| Mississippi | SDUD | 19922-19924,20054-20073 | 39,225 | 44,590 | $513,318 | $1,305,273 | $390,147 | - |
| Mississippi | MSIS | 20041-20053 | 34,269 | 41,086 | $572,474 | $1,172,006 | $445,915 | 14,453 |
| Washington | SMRF-MAX | 19922-20034 | 222,394 | 242,957 | $4,994,038 | $11,091,695 | $2,569,059 | 68,725 |
| Washington | SDUD | 20054-20074 | 27,786 | 32,956 | $386,013 | $1,038,998 | $193,374 | - |
| Washington | MSIS | 20041-20053 | 31,713 | 42,356 | $584,363 | $1,191,055 | $296,820 | 13,069 |
| Alabama | SMRF-MAX | 19922-19954,19991-20034 | 200,804 | 214,051 | $2,967,201 | $6,214,912 | $2,090,739 | 48,771 |
| Alabama | SDUD | 19961-19984,20054-20073 | 152,533 | 167,369 | $2,107,533 | $5,102,875 | $1,463,632 | - |
| Alabama | MSIS | 20041-20053 | 81,999 | 93,013 | $831,924 | $1,778,861 | $596,770 | 18,518 |
| West Virginia | SMRF-MAX | 19991-20034 | 100,724 | 108,294 | $2,622,673 | $5,071,885 | $1,978,123 | 26,787 |
| West Virginia | SDUD | 19922-19984,20054-20074 | 114,588 | 124,750 | $1,858,482 | $4,844,942 | $1,369,938 | - |
| West Virginia | MSIS | 20041-20053 | 47,516 | 58,916 | $596,889 | $1,223,022 | $452,229 | 11,092 |
| Iowa | SMRF-MAX | 19922-20034 | 209,880 | 225,384 | $4,384,777 | $9,256,936 | $2,774,280 | 74,351 |
| Iowa | SDUD | 20053-20074 | 22,947 | 26,190 | $120,129 | $329,970 | $75,389 | - |
| Iowa | MSIS | 20041-20052 | 22,060 | 26,697 | $224,231 | $435,240 | $146,741 | 6,751 |
| Wisconsin | SMRF-MAX | 19922-20034 | 215,726 | 250,665 | $3,907,466 | $8,587,087 | $2,312,390 | 64,024 |
| Wisconsin | SDUD | 20054-20074 | 24,643 | 29,680 | $143,408 | $407,275 | $82,576 | - |
| Wisconsin | MSIS | 20041-20053 | 40,106 | 54,255 | $297,943 | $642,912 | $176,826 | 10,397 |
| Tennessee | SMRF-MAX | 20022-20023,20031-20034 | 42,093 | 102,542 | $853,384 | $3,076,334 | $551,776 | 2,262 |
| Tennessee | SDUD | 19922-20021,20054-20073 | 79,074 | 85,916 | $1,493,666 | $2,937,732 | $954,292 | - |
| Tennessee | MSIS | 20024-20024,20041-20053 | 112,534 | 135,450 | $1,518,502 | $3,247,636 | $993,634 | 39,809 |
| Oklahoma | SMRF-MAX | 19991-20034 | 106,472 | 130,570 | $2,612,368 | $5,040,860 | $1,854,743 | 42,286 |
| Oklahoma | SDUD | 19922-19984,20054-20074 | 69,141 | 75,117 | $1,274,439 | $3,259,059 | $890,283 | - |
| Oklahoma | MSIS | 20041-20053 | 29,528 | 35,733 | $538,319 | $993,634 | $193,291 | 12,306 |
| Minnesota | SMRF-MAX | 19934-20034 | 159,135 | 297,594 | $3,022,471 | $7,129,576 | $1,575,345 | 48,778 |
| Minnesota | SDUD | 19922-19933,20054-20074 | 15,600 | 17,262 | $133,299 | $402,238 | $69,534 | - |
| Minnesota | MSIS | 20041-20053 | 13,051 | 40,217 | $146,713 | $338,182 | $75,098 | 4,317 |
| South Carolina | SMRF-MAX | 19991-20034 | 92,400 | 98,753 | $1,928,457 | $3,915,435 | $1,353,963 | 45,111 |
| South Carolina | SDUD | 19922-19984,20054-20074 | 69,398 | 75,157 | $1,076,832 | $2,834,473 | $756,061 | - |
| South Carolina | MSIS | 20041-20053 | 27,352 | 32,995 | $335,011 | $730,429 | $237,360 | 13,615 |
| Arkansas | SMRF-MAX | 19922-20034 | 130,231 | 138,120 | $2,645,523 | $5,873,846 | $1,942,242 | 58,222 |
| Arkansas | SDUD | 20061-20074 | 11,488 | 13,447 | $124,288 | $349,112 | $91,230 | - |
| Arkansas | MSIS | 20041-20053 | 10,826 | 12,137 | $165,181 | $353,744 | $125,567 | 6,352 |
| Maine | SMRF-MAX | 19922-20034 | 114,833 | 121,789 | $2,610,410 | $5,857,135 | $1,713,909 | 29,333 |
| Maine | SDUD | 20054-20073 | 16,168 | 18,636 | $85,015 | $227,732 | $53,588 | - |
| Maine | MSIS | 20041-20053 | 24,114 | 29,045 | $204,507 | $461,593 | $135,932 | 5,465 |
| Connecticut | SMRF-MAX | 19991-20034 | 90,690 | 98,759 | $2,183,249 | $4,359,100 | $1,096,503 | 14,888 |
| Connecticut | SDUD | 19932-19984,20054-20074 | 46,048 | 48,622 | $601,242 | $1,778,658 | $300,621 | - |
| Connecticut | MSIS | 20041-20053 | 15,278 | 18,535 | $156,370 | $353,699 | $79,735 | 2,722 |
| Colorado | SMRF-MAX | 19941-20034 | 120,463 | 131,445 | $2,560,094 | $5,527,119 | $1,298,159 | 38,692 |
| Colorado | SDUD | 19922-19934,20054-20074 | 20,229 | 22,995 | $134,452 | $389,089 | $67,661 | - |
| Colorado | MSIS | 20041-20053 | 20,936 | 23,759 | $225,502 | $509,126 | $115,225 | 8,732 |
| Maryland | SMRF-MAX | 19991-20034 | 131,695 | 217,486 | $1,209,211 | $2,376,121 | $607,947 | 24,314 |
| Maryland | SDUD | 19922-19973,20054-20074 | 89,433 | 94,007 | $1,095,365 | $2,922,805 | $547,682 | - |
| Maryland | MSIS | 19974-19984,20041-20053 | 72,807 | 130,384 | $451,165 | $1,113,334 | $227,680 | 9,811 |
| Kansas | SMRF-MAX | 19922-20034 | 126,918 | 143,705 | $2,519,754 | $5,411,544 | $1,512,416 | 35,002 |
| Kansas | SDUD | 20054-20074 | 13,409 | 15,614 | $117,175 | $317,242 | $70,649 | - |
| Kansas | MSIS | 20041-20053 | 23,127 | 30,096 | $272,503 | $566,102 | $168,653 | 8,488 |
| Sub-Total | | 19922-20081 | 4,211,498 | 5,043,472 | $75,286,118 | $167,644,162 | $47,962,520 | 1,005,641 |

**Table 29B: Medicaid Summary for Remaining 16 States and D.C.**

| State | Source | Time Period | Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Payments |
|---|---|---|---|---|---|---|---|---|
| Nebraska | SMRF-MAX | 19991-20034 | 70,146 | 74,730 | $1,272,475 | $2,519,652 | $771,187 | 26,954 |
| Nebraska | SDUD | 19923-19984,20054-20074 | 42,042 | 45,867 | $621,040 | $1,644,227 | $373,170 | - |
| Nebraska | MSIS | 20041-20053 | 14,545 | 17,290 | $194,903 | $405,182 | $118,688 | 5,840 |
| Oregon | SMRF-MAX | 19991-20034 | 54,668 | 58,549 | $1,043,772 | $1,994,301 | $627,730 | 24,442 |
| Oregon | SDUD | 19922-19984,20054-20074 | 31,153 | 32,968 | $516,436 | $1,337,419 | $317,552 | - |
| Oregon | MSIS | 20041-20053 | 9,896 | 12,006 | $140,925 | $304,186 | $87,421 | 4,866 |
| New Hampshire | SMRF-MAX | 19922-20034 | 67,581 | 71,343 | $1,336,396 | $2,834,651 | $669,449 | 14,393 |
| New Hampshire | SDUD | 20054-20074 | 6,210 | 6,937 | $83,794 | $244,183 | $41,897 | - |
| New Hampshire | MSIS | 20041-20053 | 6,475 | 7,635 | $117,734 | $243,773 | $60,028 | 1,898 |
| Idaho | SMRF-MAX | 19961-20034 | 60,632 | 63,823 | $1,231,246 | $2,597,837 | $864,957 | 18,347 |
| Idaho | SDUD | 19922-19954,20054-20074 | 13,318 | 15,252 | $135,437 | $406,473 | $95,149 | - |
| Idaho | MSIS | 20041-20053 | 8,586 | 9,904 | $86,635 | $188,007 | $62,525 | 4,055 |
| Montana | SMRF-MAX | 19922-20034 | 52,032 | 54,564 | $1,285,016 | $2,647,051 | $924,598 | 16,533 |
| Montana | SDUD | 20054-20073 | 4,575 | 5,306 | $42,971 | $111,652 | $30,027 | - |
| Montana | MSIS | 20041-20053 | 5,295 | 6,411 | $78,965 | $156,632 | $58,162 | 2,354 |
| Delaware | SMRF-MAX | 19931-20034 | 66,093 | 69,862 | $952,423 | $2,369,636 | $477,664 | 8,960 |
| Delaware | SDUD | 19922-19924,20054-20074 | 15,471 | 17,391 | $85,838 | $251,290 | $42,957 | - |
| Delaware | MSIS | 20041-20053 | 9,998 | 11,899 | $89,987 | $201,031 | $45,990 | 2,945 |
| South Dakota | SMRF-MAX | 19991-20034 | 42,671 | 45,471 | $826,519 | $1,616,796 | $558,336 | 13,569 |
| South Dakota | SDUD | 19922-19984,20054-20064 | 19,292 | 20,177 | $280,496 | $728,637 | $186,577 | - |
| South Dakota | MSIS | 20041-20053 | 9,915 | 11,653 | $117,528 | $253,953 | $78,674 | 3,395 |
| New Mexico | SMRF-MAX | 19961-20034 | 48,366 | 85,907 | $828,258 | $1,979,735 | $606,489 | 20,114 |
| New Mexico | SDUD | 19922-19954,20054-20074 | 9,584 | 9,905 | $117,809 | $442,318 | $86,292 | - |
| New Mexico | MSIS | 20041-20053 | 6,306 | 17,086 | $46,018 | $96,806 | $34,926 | 2,440 |
| Vermont | SMRF-MAX | 19922-20034 | 57,136 | 61,556 | $1,141,951 | $2,367,497 | $711,452 | 21,419 |
| Vermont | SDUD | 20054-20073 | 1,037 | 1,174 | $7,116 | $19,083 | $4,167 | - |
| Vermont | MSIS | 20041-20053 | 5,324 | 6,482 | $50,547 | $117,493 | $31,342 | 1,683 |
| Utah | SMRF-MAX | 19922-20034 | 47,934 | 50,567 | $770,014 | $1,706,373 | $553,253 | 20,380 |
| Utah | SDUD | 20054-20074 | 9,173 | 10,489 | $66,605 | $186,102 | $46,984 | - |
| Utah | MSIS | 20041-20053 | 9,754 | 12,001 | $101,406 | $199,698 | $73,991 | 4,922 |
| Nevada | SMRF-MAX | 19991-20034 | 28,464 | 30,821 | $625,991 | $1,190,388 | $321,044 | 8,388 |
| Nevada | SDUD | 19924-19984,20054-20071 | 15,590 | 16,968 | $194,389 | $538,284 | $100,316 | - |
| Nevada | MSIS | 20041-20053 | 12,339 | 15,415 | $151,702 | $338,245 | $85,708 | 3,595 |
| Alaska | SMRF-MAX | 19922-20034 | 31,416 | 33,045 | $761,305 | $1,599,814 | $426,060 | 13,058 |
| Alaska | SDUD | 20054-20074 | 4,315 | 4,935 | $41,372 | $113,734 | $23,679 | - |
| Alaska | MSIS | 20041-20053 | 6,221 | 7,088 | $90,002 | $193,824 | $53,023 | 2,879 |
| Hawaii | SMRF-MAX | 19922-19934,19991-20034 | 22,261 | 70,328 | $407,037 | $823,897 | $222,470 | 9,679 |
| Hawaii | SDUD | 19941-19984,20053-20074 | 23,123 | 24,779 | $282,470 | $689,499 | $145,322 | - |
| Hawaii | MSIS | 20041-20052 | 4,591 | 28,467 | $58,681 | $126,061 | $35,064 | 1,007 |
| Rhode Island | SMRF-MAX | 19951-19954,19991-20034 | 32,219 | 48,731 | $480,414 | $964,425 | $259,385 | 15,169 |
| Rhode Island | | -19944,19962-19984,20041 | 20,686 | 22,046 | $225,640 | $566,063 | $122,380 | - |
| North Dakota | SMRF-MAX | 19922-20034 | 25,624 | 28,164 | $508,255 | $1,139,936 | $355,011 | 13,918 |
| North Dakota | SDUD | 20054-20074 | 1,681 | 1,937 | $9,412 | $25,720 | $6,138 | - |
| North Dakota | MSIS | 20041-20053 | 2,248 | 3,065 | $38,054 | $77,845 | $26,271 | 1,394 |
| Wyoming | SMRF-MAX | 19923-20034 | 19,492 | 21,294 | $481,586 | $1,004,028 | $303,176 | 9,682 |
| Wyoming | SDUD | 20054-20073 | 4,067 | 4,631 | $30,109 | $74,591 | $16,175 | - |
| Wyoming | MSIS | 20041-20053 | 3,428 | 4,300 | $42,218 | $80,607 | $25,668 | 1,849 |
| District of Columbia | SMRF-MAX | 19991-20034 | 13,449 | 14,651 | $222,022 | $466,941 | $156,069 | 4,834 |
| District of Columbia | SDUD | 19922-19984,20054-20073 | 14,556 | 15,437 | $207,718 | $592,826 | $99,182 | - |
| District of Columbia | MSIS | 20041-20053 | 3,209 | 3,759 | $36,681 | $80,066 | $26,020 | 1,774 |
| Sub-Total | | 19922-20074 | 1,094,187 | 1,314,066 | $18,565,318 | $40,858,468 | $11,449,795 | 306,735 |

**Table 30: Summary of Dey Medicare DME Claims: 1991Q1 - 2003Q4**

| | Code | # Claims | Medicare $ | | Year-Quarter | # Claims | Medicare $ |
|---|---|---|---|---|---|---|---|
| 1 | J7644* | 11,434,520 | $1,662,488,554 | 1 | 1991Q1 | 69 | $0 |
| 2 | J7619 | 15,595,624 | $1,187,500,350 | 2 | 1991Q2 | 29 | $0 |
| 3 | K0505 | 5,961,645 | $511,972,650 | 3 | 1991Q3 | 28 | $0 |
| 4 | K0518* | 3,127,203 | $449,441,430 | 4 | 1991Q4 | 30 | $0 |
| 5 | J7620 | 4,076,949 | $417,444,362 | 5 | 1992Q1 | 307 | $0 |
| 6 | J7645* | 451,776 | $64,051,549 | 6 | 1992Q2 | 242 | $0 |
| 7 | J7625 | 399,186 | $23,497,490 | 7 | 1992Q3 | 379 | $0 |
| 8 | J7630 | 178,273 | $13,410,349 | 8 | 1992Q4 | 1,421 | $0 |
| 9 | J7618 | 423,432 | $10,552,349 | 9 | 1993Q1 | 7,608 | $461,004 |
| 10 | J7631 | 244,081 | $9,091,422 | 10 | 1993Q2 | 8,824 | $616,397 |
| 11 | K0511 | 192,850 | $7,678,512 | 11 | 1993Q3 | 16,252 | $1,289,343 |
| 12 | K0504 | 217,973 | $5,373,226 | 12 | 1993Q4 | 71,859 | $6,802,343 |
| 13 | J7611 | 1 | $0 | 13 | 1994Q1 | 220,561 | $20,889,140 |
| 14 | J7613 | 108 | $0 | 14 | 1994Q2 | 257,165 | $26,679,742 |
| | | | | 15 | 1994Q3 | 295,824 | $31,400,023 |
| | Total | 42,303,621 | $4,362,502,243 | 16 | 1994Q4 | 308,842 | $32,972,632 |
| | | | | 17 | 1995Q1 | 361,968 | $35,524,567 |
| | | | | 18 | 1995Q2 | 370,117 | $39,808,307 |
| | | | | 19 | 1995Q3 | 366,201 | $39,716,346 |
| | | | | 20 | 1995Q4 | 384,145 | $42,368,807 |
| | | | | 21 | 1996Q1 | 433,192 | $42,877,953 |
| | | | | 22 | 1996Q2 | 476,338 | $47,494,364 |
| | | | | 23 | 1996Q3 | 477,922 | $49,252,304 |
| | | | | 24 | 1996Q4 | 490,560 | $50,239,792 |
| | | | | 25 | 1997Q1 | 546,570 | $51,329,752 |
| | | | | 26 | 1997Q2 | 678,545 | $66,282,871 |
| | | | | 27 | 1997Q3 | 666,049 | $68,909,220 |
| | | | | 28 | 1997Q4 | 681,090 | $71,726,896 |
| | | | | 29 | 1998Q1 | 775,062 | $72,601,248 |
| | | | | 30 | 1998Q2 | 774,966 | $78,764,450 |
| | | | | 31 | 1998Q3 | 788,452 | $81,806,216 |
| | | | | 32 | 1998Q4 | 801,856 | $84,304,391 |
| | | | | 33 | 1999Q1 | 910,700 | $89,471,606 |
| | | | | 34 | 1999Q2 | 924,265 | $98,064,161 |
| | | | | 35 | 1999Q3 | 952,576 | $101,613,546 |
| | | | | 36 | 1999Q4 | 1,014,759 | $108,604,884 |
| | | | | 37 | 2000Q1 | 1,168,293 | $115,953,882 |
| | | | | 38 | 2000Q2 | 1,202,596 | $126,660,939 |
| | | | | 39 | 2000Q3 | 1,233,325 | $132,783,720 |
| | | | | 40 | 2000Q4 | 1,316,688 | $141,363,005 |
| | | | | 41 | 2001Q1 | 1,498,624 | $150,159,556 |
| | | | | 42 | 2001Q2 | 1,514,951 | $161,401,150 |
| | | | | 43 | 2001Q3 | 1,599,505 | $167,316,300 |
| | | | | 44 | 2001Q4 | 1,663,568 | $176,029,975 |
| | Carrier # | # Claims | Medicare $ | 45 | 2002Q1 | 1,844,524 | $183,691,140 |
| | | | | 46 | 2002Q2 | 1,897,986 | $198,590,951 |
| 1 | 00885 | 22,142,969 | $2,337,339,113 | 47 | 2002Q3 | 1,970,776 | $205,719,999 |
| 2 | 00635 | 8,195,847 | $838,784,891 | 48 | 2002Q4 | 2,101,004 | $217,156,828 |
| 3 | 05655 | 7,559,216 | $734,808,185 | 49 | 2003Q1 | 2,220,488 | $214,280,656 |
| 4 | 00811 | 2,692,896 | $271,966,921 | 50 | 2003Q2 | 2,250,786 | $233,243,010 |
| 5 | 10555 | 1,712,655 | $179,602,521 | 51 | 2003Q3 | 2,312,185 | $241,833,470 |
| 6 | 17003 | 38 | $612 | 52 | 2003Q4 | 2,443,549 | $254,445,355 |
| | Total | 42,303,621 | $4,362,502,243 | | Total | 42,303,621 | $4,362,502,243 |

* These codes are associated with both Dey and Roxane.

**Table 31: Summary of Dey Medicare DME Claims for Palmetto (C - 00885):**

| | Code | # Claims | Medicare $ | | Year-Quarter | # Claims | Medicare $ |
|---|---|---|---|---|---|---|---|
| 1 | J7644 | 5,927,642 | $870,698,655 | 1 | 1991Q1 | 27 | $0 |
| 2 | J7619 | 8,108,482 | $652,134,455 | 2 | 1991Q2 | 10 | $0 |
| 3 | K0505 | 3,333,114 | $290,446,283 | 3 | 1991Q3 | 4 | $0 |
| 4 | K0518 | 1,628,766 | $237,332,202 | 4 | 1991Q4 | 10 | $0 |
| 5 | J7620 | 2,315,162 | $232,350,404 | 5 | 1992Q1 | 163 | $0 |
| 6 | J7645 | 154,353 | $19,765,748 | 6 | 1992Q2 | 127 | $0 |
| 7 | J7625 | 166,991 | $13,695,020 | 7 | 1992Q3 | 161 | $0 |
| 8 | J7630 | 105,121 | $7,609,450 | 8 | 1992Q4 | 699 | $0 |
| 9 | J7631 | 119,831 | $4,555,776 | 9 | 1993Q1 | 4,173 | $289,182 |
| 10 | K0511 | 102,554 | $4,141,751 | 10 | 1993Q2 | 4,946 | $381,588 |
| 11 | J7618 | 111,565 | $2,819,195 | 11 | 1993Q3 | 8,178 | $703,925 |
| 12 | K0504 | 69,318 | $1,790,173 | 12 | 1993Q4 | 30,498 | $3,022,490 |
| 13 | J7613 | 70 | $0 | 13 | 1994Q1 | 106,103 | $10,371,572 |
| | | | | 14 | 1994Q2 | 133,388 | $14,339,915 |
| | Total | 22,142,969 | $2,337,339,113 | 15 | 1994Q3 | 164,258 | $18,279,949 |
| | | | | 16 | 1994Q4 | 171,301 | $19,279,031 |
| | | | | 17 | 1995Q1 | 197,249 | $19,871,141 |
| | | | | 18 | 1995Q2 | 195,533 | $21,524,213 |
| | | | | 19 | 1995Q3 | 192,155 | $20,847,873 |
| | | | | 20 | 1995Q4 | 201,422 | $22,096,092 |
| | | | | 21 | 1996Q1 | 226,127 | $21,936,065 |
| | | | | 22 | 1996Q2 | 268,197 | $24,520,077 |
| | | | | 23 | 1996Q3 | 265,204 | $25,231,098 |
| | | | | 24 | 1996Q4 | 270,012 | $25,413,235 |
| | | | | 25 | 1997Q1 | 296,701 | $26,069,530 |
| | | | | 26 | 1997Q2 | 361,354 | $35,610,392 |
| | | | | 27 | 1997Q3 | 363,052 | $36,918,811 |
| | | | | 28 | 1997Q4 | 367,034 | $38,668,764 |
| | | | | 29 | 1998Q1 | 417,404 | $39,670,712 |
| | | | | 30 | 1998Q2 | 423,873 | $43,348,581 |
| | | | | 31 | 1998Q3 | 429,659 | $44,783,855 |
| | | | | 32 | 1998Q4 | 427,504 | $45,527,455 |
| | | | | 33 | 1999Q1 | 493,603 | $49,168,252 |
| | | | | 34 | 1999Q2 | 498,633 | $54,090,453 |
| | | | | 35 | 1999Q3 | 513,672 | $56,166,380 |
| | | | | 36 | 1999Q4 | 545,240 | $59,760,795 |
| | | | | 37 | 2000Q1 | 618,842 | $63,719,820 |
| | | | | 38 | 2000Q2 | 625,917 | $68,696,285 |
| | | | | 39 | 2000Q3 | 636,147 | $71,664,112 |
| | | | | 40 | 2000Q4 | 679,084 | $76,273,993 |
| | | | | 41 | 2001Q1 | 781,497 | $81,281,188 |
| | | | | 42 | 2001Q2 | 778,082 | $85,911,873 |
| | | | | 43 | 2001Q3 | 823,772 | $89,282,581 |
| | | | | 44 | 2001Q4 | 853,048 | $93,936,346 |
| | | | | 45 | 2002Q1 | 951,423 | $98,285,761 |
| | | | | 46 | 2002Q2 | 973,700 | $105,978,582 |
| | | | | 47 | 2002Q3 | 1,010,788 | $109,874,794 |
| | | | | 48 | 2002Q4 | 1,081,702 | $116,214,673 |
| | | | | 49 | 2003Q1 | 1,145,143 | $114,782,759 |
| | | | | 50 | 2003Q2 | 1,156,617 | $122,999,400 |
| | | | | 51 | 2003Q3 | 1,192,768 | $127,375,636 |
| | | | | 52 | 2003Q4 | 1,256,765 | $133,169,884 |
| | | | | | Total | 22,142,969 | $2,337,339,113 |

**Table 32: Summary of Dey Medicare DME Claims for AdminaStar (B - 00635):**

| | Code | # Claims | Medicare $ | | Year-Quarter | # Claims | Medicare $ |
|---|---|---|---|---|---|---|---|
| 1 | J7644 | 2,302,192 | $330,233,199 | 1 | 1991Q1 | 36 | $0 |
| 2 | J7619 | 3,161,900 | $238,196,503 | 2 | 1991Q2 | 16 | $0 |
| 3 | K0505 | 1,027,336 | $89,381,130 | 3 | 1991Q3 | 13 | $0 |
| 4 | K0518 | 576,177 | $81,498,369 | 4 | 1991Q4 | 8 | $0 |
| 5 | J7620 | 651,990 | $69,200,440 | 5 | 1992Q1 | 65 | $0 |
| 6 | J7645 | 108,946 | $16,717,923 | 6 | 1992Q2 | 50 | $0 |
| 7 | J7625 | 80,537 | $4,029,463 | 7 | 1992Q3 | 76 | $0 |
| 8 | J7618 | 120,497 | $2,987,733 | 8 | 1992Q4 | 359 | $0 |
| 9 | J7630 | 23,188 | $1,962,319 | 9 | 1993Q1 | 1,127 | $53,816 |
| 10 | J7631 | 48,772 | $1,801,270 | 10 | 1993Q2 | 1,156 | $73,340 |
| 11 | K0504 | 62,849 | $1,544,982 | 11 | 1993Q3 | 2,440 | $168,348 |
| 12 | K0511 | 31,452 | $1,231,559 | 12 | 1993Q4 | 14,584 | $1,257,577 |
| 13 | J7613 | 11 | $0 | 13 | 1994Q1 | 39,427 | $3,492,348 |
| | | | | 14 | 1994Q2 | 42,032 | $4,153,907 |
| | Total | 8,195,847 | $838,784,891 | 15 | 1994Q3 | 45,642 | $4,629,706 |
| | | | | 16 | 1994Q4 | 48,164 | $4,918,835 |
| | | | | 17 | 1995Q1 | 56,663 | $5,558,697 |
| | | | | 18 | 1995Q2 | 62,589 | $6,740,875 |
| | | | | 19 | 1995Q3 | 63,227 | $7,041,758 |
| | | | | 20 | 1995Q4 | 67,036 | $7,563,053 |
| | | | | 21 | 1996Q1 | 76,399 | $7,993,225 |
| | | | | 22 | 1996Q2 | 78,345 | $8,933,148 |
| | | | | 23 | 1996Q3 | 81,743 | $9,466,524 |
| | | | | 24 | 1996Q4 | 84,683 | $9,864,107 |
| | | | | 25 | 1997Q1 | 96,280 | $10,258,706 |
| | | | | 26 | 1997Q2 | 115,460 | $12,150,382 |
| | | | | 27 | 1997Q3 | 115,230 | $12,841,704 |
| | | | | 28 | 1997Q4 | 122,760 | $13,047,064 |
| | | | | 29 | 1998Q1 | 141,486 | $13,084,983 |
| | | | | 30 | 1998Q2 | 139,570 | $14,063,845 |
| | | | | 31 | 1998Q3 | 143,183 | $14,590,945 |
| | | | | 32 | 1998Q4 | 148,602 | $15,190,541 |
| | | | | 33 | 1999Q1 | 164,490 | $15,732,811 |
| | | | | 34 | 1999Q2 | 166,331 | $17,147,138 |
| | | | | 35 | 1999Q3 | 173,077 | $18,084,100 |
| | | | | 36 | 1999Q4 | 184,788 | $19,546,957 |
| | | | | 37 | 2000Q1 | 215,202 | $20,896,644 |
| | | | | 38 | 2000Q2 | 228,801 | $23,636,121 |
| | | | | 39 | 2000Q3 | 242,604 | $25,566,647 |
| | | | | 40 | 2000Q4 | 262,167 | $27,391,768 |
| | | | | 41 | 2001Q1 | 293,716 | $29,184,860 |
| | | | | 42 | 2001Q2 | 305,487 | $32,196,213 |
| | | | | 43 | 2001Q3 | 327,335 | $33,389,852 |
| | | | | 44 | 2001Q4 | 341,874 | $35,158,793 |
| | | | | 45 | 2002Q1 | 372,992 | $36,257,218 |
| | | | | 46 | 2002Q2 | 389,732 | $39,695,368 |
| | | | | 47 | 2002Q3 | 403,288 | $41,079,701 |
| | | | | 48 | 2002Q4 | 433,533 | $43,563,901 |
| | | | | 49 | 2003Q1 | 452,582 | $42,822,349 |
| | | | | 50 | 2003Q2 | 465,996 | $47,692,997 |
| | | | | 51 | 2003Q3 | 480,805 | $49,835,585 |
| | | | | 52 | 2003Q4 | 502,596 | $52,768,435 |
| | | | | | Total | 8,195,847 | $838,784,891 |

**Table 33: Summary of Dey Medicare DME Claims for CIGNA (D - 05655):**

|  | Code | # Claims | Medicare $ |  | Year-Quarter | # Claims | Medicare $ |
|---|---|---|---|---|---|---|---|
| 1 | J7644 | 2,004,001 | $286,784,402 | 1 | 1991Q1 | 6 | $0 |
| 2 | J7619 | 2,668,163 | $175,248,489 | 2 | 1991Q2 | 3 | $0 |
| 3 | K0518 | 596,254 | $83,375,351 | 3 | 1991Q3 | 9 | $0 |
| 4 | K0505 | 1,028,670 | $82,733,490 | 4 | 1991Q4 | 10 | $0 |
| 5 | J7620 | 697,943 | $74,565,590 | 5 | 1992Q1 | 67 | $0 |
| 6 | J7645 | 114,096 | $16,731,553 | 6 | 1992Q2 | 47 | $0 |
| 7 | J7625 | 118,209 | $4,261,978 | 7 | 1992Q3 | 74 | $0 |
| 8 | J7618 | 133,923 | $3,223,951 | 8 | 1992Q4 | 218 | $0 |
| 9 | J7630 | 36,978 | $2,875,242 | 9 | 1993Q1 | 1,758 | $87,881 |
| 10 | J7631 | 54,486 | $1,907,841 | 10 | 1993Q2 | 1,972 | $110,419 |
| 11 | K0511 | 43,927 | $1,648,468 | 11 | 1993Q3 | 4,219 | $312,924 |
| 12 | K0504 | 62,558 | $1,451,831 | 12 | 1993Q4 | 20,765 | $1,927,989 |
| 13 | J7611 | 1 | $0 | 13 | 1994Q1 | 56,302 | $5,212,030 |
| 14 | J7613 | 7 | $0 | 14 | 1994Q2 | 56,529 | $5,620,670 |
|  |  |  |  | 15 | 1994Q3 | 57,182 | $5,610,291 |
|  | Total | 7,559,216 | $734,808,185 | 16 | 1994Q4 | 58,371 | $5,768,951 |
|  |  |  |  | 17 | 1995Q1 | 71,193 | $6,602,776 |
|  |  |  |  | 18 | 1995Q2 | 71,616 | $7,468,815 |
|  |  |  |  | 19 | 1995Q3 | 71,395 | $7,675,460 |
|  |  |  |  | 20 | 1995Q4 | 73,453 | $8,055,058 |
|  |  |  |  | 21 | 1996Q1 | 83,061 | $8,144,848 |
|  |  |  |  | 22 | 1996Q2 | 81,070 | $8,734,500 |
|  |  |  |  | 23 | 1996Q3 | 80,975 | $8,988,204 |
|  |  |  |  | 24 | 1996Q4 | 82,060 | $9,128,371 |
|  |  |  |  | 25 | 1997Q1 | 92,228 | $9,145,769 |
|  |  |  |  | 26 | 1997Q2 | 126,224 | $11,541,616 |
|  |  |  |  | 27 | 1997Q3 | 116,205 | $12,065,101 |
|  |  |  |  | 28 | 1997Q4 | 121,141 | $12,751,973 |
|  |  |  |  | 29 | 1998Q1 | 137,085 | $12,472,591 |
|  |  |  |  | 30 | 1998Q2 | 136,993 | $13,596,785 |
|  |  |  |  | 31 | 1998Q3 | 142,915 | $14,389,934 |
|  |  |  |  | 32 | 1998Q4 | 150,082 | $15,066,996 |
|  |  |  |  | 33 | 1999Q1 | 167,541 | $15,615,004 |
|  |  |  |  | 34 | 1999Q2 | 172,414 | $17,089,618 |
|  |  |  |  | 35 | 1999Q3 | 176,176 | $17,526,463 |
|  |  |  |  | 36 | 1999Q4 | 185,995 | $18,542,708 |
|  |  |  |  | 37 | 2000Q1 | 218,705 | $19,656,921 |
|  |  |  |  | 38 | 2000Q2 | 224,858 | $21,341,565 |
|  |  |  |  | 39 | 2000Q3 | 227,687 | $22,034,233 |
|  |  |  |  | 40 | 2000Q4 | 240,565 | $23,348,973 |
|  |  |  |  | 41 | 2001Q1 | 268,818 | $24,289,799 |
|  |  |  |  | 42 | 2001Q2 | 271,273 | $26,506,996 |
|  |  |  |  | 43 | 2001Q3 | 278,639 | $27,115,626 |
|  |  |  |  | 44 | 2001Q4 | 292,666 | $28,649,308 |
|  |  |  |  | 45 | 2002Q1 | 326,009 | $30,136,621 |
|  |  |  |  | 46 | 2002Q2 | 328,042 | $31,969,532 |
|  |  |  |  | 47 | 2002Q3 | 340,406 | $33,094,138 |
|  |  |  |  | 48 | 2002Q4 | 356,159 | $34,404,191 |
|  |  |  |  | 49 | 2003Q1 | 386,363 | $34,309,093 |
|  |  |  |  | 50 | 2003Q2 | 388,634 | $38,095,493 |
|  |  |  |  | 51 | 2003Q3 | 392,196 | $39,097,094 |
|  |  |  |  | 52 | 2003Q4 | 420,842 | $41,504,859 |
|  |  |  |  |  | Total | 7,559,216 | $734,808,185 |

**Table 34: Summary of Dey Medicare DME Claims for Travelers (A - 10555) and Western NY (A - 00811):**

| | | Travelers and West NY | | | | Travelers (A - 10555) | | West NY (A - 00811) | |
|---|---|---|---|---|---|---|---|---|---|
| | Code | # Claims | Medicare $ | | Year-Quarter | # Claims | Medicare $ | # Claims | Medicare $ |
| 1 | J7644 | 1,200,668 | $174,772,076 | 1 | 1991Q3 | 2 | $0 | 0 | $0 |
| 2 | J7619 | 1,657,058 | $121,920,513 | 2 | 1991Q4 | 2 | $0 | 0 | $0 |
| 3 | K0505 | 572,525 | $49,411,747 | 3 | 1992Q1 | 12 | $0 | 0 | $0 |
| 4 | K0518 | 326,006 | $47,235,508 | 4 | 1992Q2 | 18 | $0 | 0 | $0 |
| 5 | J7620 | 411,854 | $41,327,928 | 5 | 1992Q3 | 68 | $0 | 0 | $0 |
| 6 | J7645 | 74,381 | $10,836,325 | 6 | 1992Q4 | 145 | $0 | 0 | $0 |
| 7 | J7618 | 57,447 | $1,521,471 | 7 | 1993Q1 | 550 | $30,125 | 0 | $0 |
| 8 | J7625 | 33,449 | $1,511,028 | 8 | 1993Q2 | 750 | $51,049 | 0 | $0 |
| 9 | J7630 | 12,986 | $963,338 | 9 | 1993Q3 | 1,415 | $104,146 | 0 | $0 |
| 10 | J7631 | 20,992 | $826,535 | 10 | 1993Q4 | 6,012 | $594,288 | 0 | $0 |
| 11 | K0511 | 14,917 | $656,734 | 11 | 1994Q1 | 18,729 | $1,813,190 | 0 | $0 |
| 12 | K0504 | 23,248 | $586,240 | 12 | 1994Q2 | 25,216 | $2,565,250 | 0 | $0 |
| 13 | J7613 | 20 | $0 | 13 | 1994Q3 | 28,742 | $2,880,078 | 0 | $0 |
| | | | | 14 | 1994Q4 | 31,006 | $3,005,816 | 0 | $0 |
| | Total | 4,405,551 | $451,569,442 | 15 | 1995Q1 | 36,863 | $3,491,953 | 0 | $0 |
| | | | | 16 | 1995Q2 | 40,379 | $4,074,404 | 0 | $0 |
| | | | | 17 | 1995Q3 | 39,424 | $4,151,255 | 0 | $0 |
| | | | | 18 | 1995Q4 | 42,234 | $4,654,604 | 0 | $0 |
| | | | | 19 | 1996Q1 | 47,605 | $4,803,815 | 0 | $0 |
| | | | | 20 | 1996Q2 | 48,726 | $5,306,639 | 0 | $0 |
| | | | | 21 | 1996Q3 | 50,000 | $5,566,479 | 0 | $0 |
| | | | | 22 | 1996Q4 | 53,805 | $5,834,079 | 0 | $0 |
| | | | | 23 | 1997Q1 | 61,330 | $5,855,063 | 31 | $685 |
| | | | | 24 | 1997Q2 | 75,468 | $6,979,754 | 39 | $728 |
| | | | | 25 | 1997Q3 | 71,459 | $7,083,603 | 103 | $0 |
| | | | | 26 | 1997Q4 | 70,046 | $7,257,130 | 109 | $1,967 |
| | | | | 27 | 1998Q1 | 79,045 | $7,371,184 | 42 | $1,778 |
| | | | | 28 | 1998Q2 | 74,454 | $7,752,362 | 76 | $2,877 |
| | | | | 29 | 1998Q3 | 72,628 | $8,037,012 | 67 | $4,469 |
| | | | | 30 | 1998Q4 | 75,464 | $8,509,035 | 204 | $10,365 |
| | | | | 31 | 1999Q1 | 84,533 | $8,923,750 | 533 | $31,788 |
| | | | | 32 | 1999Q2 | 85,823 | $9,661,646 | 1,064 | $75,305 |
| | | | | 33 | 1999Q3 | 88,607 | $9,780,200 | 1,044 | $56,402 |
| | | | | 34 | 1999Q4 | 96,400 | $10,579,840 | 2,336 | $174,585 |
| | | | | 35 | 2000Q1 | 109,738 | $11,342,427 | 5,806 | $338,071 |
| | | | | 36 | 2000Q2 | 111,966 | $12,179,494 | 11,054 | $807,475 |
| | | | | 37 | 2000Q3 | 83,991 | $9,362,851 | 42,896 | $4,155,877 |
| | | | | 38 | 2000Q4 | 0 | $0 | 134,872 | $14,348,271 |
| | | | | 39 | 2001Q1 | 0 | $0 | 154,593 | $15,403,709 |
| | | | | 40 | 2001Q2 | 0 | $0 | 160,109 | $16,786,068 |
| | | | | 41 | 2001Q3 | 0 | $0 | 169,759 | $17,528,242 |
| | | | | 42 | 2001Q4 | 0 | $0 | 175,980 | $18,285,528 |
| | | | | 43 | 2002Q1 | 0 | $0 | 194,100 | $19,011,540 |
| | | | | 44 | 2002Q2 | 0 | $0 | 206,512 | $20,947,469 |
| | | | | 45 | 2002Q3 | 0 | $0 | 216,294 | $21,671,367 |
| | | | | 46 | 2002Q4 | 0 | $0 | 229,610 | $22,974,063 |
| | | | | 47 | 2003Q1 | 0 | $0 | 236,393 | $22,366,080 |
| | | | | 48 | 2003Q2 | 0 | $0 | 239,532 | $24,455,038 |
| | | | | 49 | 2003Q3 | 0 | $0 | 246,412 | $25,525,071 |
| | | | | 50 | 2003Q4 | 0 | $0 | 263,326 | $27,002,105 |
| | | | | | Total | 1,712,655 | $179,602,521 | 2,692,896 | $271,966,921 |

**Table 35: Summary of Medicare DME Ipratropium Bromide Results**

*A. Dey Only*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $128,832,369 | $1,075,878,401 | 2,891,224 | 6,590,245 | 305,852 |
| AdminaStar | $19,567,739 | $391,394,534 | 472,716 | 2,536,711 | 70,405 |
| CIGNA | $35,043,368 | $357,608,096 | 974,779 | 2,347,762 | 104,070 |
| DMERC-A | $29,913,421 | $214,339,752 | 570,672 | 1,361,541 | 68,909 |
| Total | $213,356,897 | $2,039,220,783 | 4,909,391 | 12,836,259 | 549,236 |
| Percentage | 10.46% | | 38.25% | | |

*B. Roxanne Only - With Novaplus*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $607,247,210 | $1,075,878,401 | 6,083,604 | 6,590,245 | 586,447 |
| AdminaStar | $260,804,702 | $391,394,534 | 2,503,069 | 2,536,711 | 260,000 |
| CIGNA | $206,725,634 | $357,608,096 | 2,252,089 | 2,347,762 | 214,425 |
| DMERC-A | $91,421,554 | $214,339,752 | 1,335,160 | 1,361,541 | 137,793 |
| Total | $1,166,199,100 | $2,039,220,783 | 12,173,922 | 12,836,259 | 1,198,665 |
| Percentage | 57.19% | | 94.84% | | |

*C. Roxanne Only - No Novaplus*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $132,307,976 | $1,075,878,401 | 2,956,249 | 6,590,245 | 324,356 |
| AdminaStar | $29,097,631 | $391,394,534 | 571,389 | 2,536,711 | 86,598 |
| CIGNA | $42,956,873 | $357,608,096 | 981,300 | 2,347,762 | 106,196 |
| DMERC-A | $29,937,624 | $214,339,752 | 570,656 | 1,361,541 | 68,906 |
| Total | $234,300,104 | $2,039,220,783 | 5,079,594 | 12,836,259 | 586,056 |
| Percentage | 11.49% | | 39.57% | | |

*D. Dey and Roxanne - With Novaplus*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $738,772,416 | $1,075,878,401 | 6,530,331 | 6,590,245 | 616,753 |
| AdminaStar | $279,316,360 | $391,394,534 | 2,510,164 | 2,536,711 | 262,359 |
| CIGNA | $246,179,146 | $357,608,096 | 2,273,191 | 2,347,762 | 221,812 |
| DMERC-A | $148,702,735 | $214,339,752 | 1,344,194 | 1,361,541 | 140,823 |
| Total | $1,412,970,657 | $2,039,220,783 | 12,657,880 | 12,836,259 | 1,241,747 |
| Percentage | 69.29% | | 98.61% | | |

*E. Dey and Roxanne - No Novaplus*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $584,002,597 | $1,075,878,401 | 6,516,669 | 6,590,245 | 611,835 |
| AdminaStar | $190,140,045 | $391,394,534 | 2,298,945 | 2,536,711 | 242,015 |
| CIGNA | $200,039,184 | $357,608,096 | 2,263,029 | 2,347,762 | 218,254 |
| DMERC-A | $128,918,211 | $214,339,752 | 1,342,147 | 1,361,541 | 139,833 |
| Total | $1,103,100,037 | $2,039,220,783 | 12,420,790 | 12,836,259 | 1,211,937 |
| Percentage | 54.09% | | 96.76% | | |

**Table 36: Number of Medicaid-Reimbursed Ipratropium Bromide Prescriptions by Firm and by NDC**

| Year-Quarter | Dey Total | Roxane Total | Other Total | Dey Share | Roxane Share | 49502068503 | 49502068533 | 49502068560 | 00054840211 | 00054840213 | 00054840221 | 00054840411 | 00054840413 | 00054840421 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19981 | 40,916 | 58,475 | 9,658 | 37.5% | 53.6% | 34,917 | 454 | 5,545 | 57,284 | 1,175 | 16 | - | - | - |
| 19982 | 51,242 | 59,616 | 8,120 | 43.1% | 50.1% | 43,284 | 629 | 7,329 | 58,150 | 1,403 | 63 | - | - | - |
| 19983 | 53,340 | 56,488 | 6,456 | 45.9% | 48.6% | 44,398 | 1,277 | 7,665 | 55,138 | 1,253 | 97 | - | - | - |
| 19984 | 63,437 | 55,762 | 5,361 | 50.9% | 44.8% | 52,233 | 2,314 | 8,890 | 53,543 | 1,978 | 241 | - | - | - |
| 19991 | 79,101 | 59,722 | 4,923 | 55.0% | 41.5% | 63,105 | 4,980 | 11,016 | 56,660 | 2,578 | 484 | - | - | - |
| 19992 | 88,914 | 54,708 | 4,181 | 60.2% | 37.0% | 70,689 | 5,197 | 13,028 | 51,722 | 2,259 | 727 | - | - | - |
| 19993 | 92,456 | 49,590 | 3,796 | 63.4% | 34.0% | 73,978 | 4,950 | 13,528 | 46,193 | 2,548 | 849 | - | - | - |
| 19994 | 108,297 | 49,706 | 3,928 | 66.9% | 30.7% | 87,636 | 5,366 | 15,295 | 45,736 | 2,861 | 1,109 | - | - | - |
| 20001 | 109,364 | 45,449 | 3,215 | 69.2% | 28.8% | 87,611 | 6,648 | 15,105 | 40,616 | 3,195 | 1,638 | - | - | - |
| 20002 | 115,611 | 44,966 | 4,129 | 70.2% | 27.3% | 93,529 | 5,866 | 16,216 | 39,207 | 3,717 | 2,042 | - | - | - |
| 20003 | 116,714 | 45,891 | 5,630 | 69.4% | 27.3% | 92,972 | 7,369 | 16,373 | 40,096 | 3,556 | 2,239 | - | - | - |
| 20004 | 114,657 | 46,496 | 21,013 | 62.9% | 25.5% | 89,666 | 7,765 | 17,226 | 40,513 | 3,361 | 2,622 | - | - | - |
| 20011 | 120,146 | 44,699 | 36,396 | 59.7% | 22.2% | 94,372 | 6,849 | 18,925 | 37,933 | 3,720 | 3,046 | - | - | - |
| 20012 | 116,348 | 43,136 | 44,493 | 57.0% | 21.1% | 89,993 | 7,198 | 19,157 | 35,958 | 4,016 | 3,157 | 5 | - | - |
| 20013 | 111,632 | 39,195 | 50,153 | 55.5% | 19.5% | 86,619 | 6,935 | 18,078 | 32,934 | 3,390 | 2,858 | 13 | - | - |
| 20014 | 116,473 | 36,015 | 61,734 | 54.4% | 16.8% | 89,266 | 6,194 | 21,013 | 30,019 | 3,008 | 2,978 | 5 | 5 | - |
| 20021 | 116,951 | 36,120 | 66,968 | 53.2% | 16.4% | 90,962 | 5,945 | 20,044 | 30,467 | 3,193 | 2,458 | 1 | 1 | - |
| 20022 | 110,217 | 31,269 | 70,280 | 52.0% | 14.8% | 85,565 | 5,665 | 18,987 | 25,557 | 2,501 | 3,210 | - | 1 | - |
| 20023 | 105,861 | 32,514 | 72,064 | 50.3% | 15.5% | 80,992 | 6,221 | 18,648 | 25,151 | 2,305 | 5,057 | - | 1 | - |
| 20024 | 100,919 | 32,646 | 73,319 | 48.8% | 15.8% | 76,294 | 5,871 | 18,754 | 24,146 | 2,086 | 6,407 | - | 7 | - |
| 20031 | 95,208 | 30,760 | 70,870 | 48.4% | 15.6% | 73,965 | 4,863 | 16,380 | 22,124 | 2,038 | 6,596 | - | - | 2 |
| 20032 | 92,460 | 28,691 | 77,964 | 46.4% | 14.4% | 71,161 | 5,068 | 16,231 | 20,245 | 1,698 | 6,744 | 2 | 2 | - |
| 20033 | 98,547 | 25,746 | 71,398 | 50.4% | 13.2% | 77,359 | 4,921 | 16,267 | 17,589 | 1,480 | 6,676 | - | 1 | - |
| 20034 | 114,905 | 19,041 | 60,919 | 59.0% | 9.8% | 92,657 | 5,009 | 17,239 | 12,779 | 1,151 | 5,109 | - | 2 | - |
| Total | 2,333,716 | 1,026,701 | 836,968 | 55.6% | 24.5% | 1,843,223 | 123,554 | 366,939 | 899,760 | 60,470 | 66,423 | 26 | 20 | 2 |

* other presriptions in 2000Q4 is linearly interpolated because of an apparent data error in SDUD

**Table 37: Summary of Medicare DME Albuterol Sulfate Results**

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $1,425,150 | $680,482,119 | 87,876 | 6,754,866 | 30,176 |
| AdminaStar | $468,139 | $310,676,878 | 62,804 | 3,590,354 | 15,648 |
| CIGNA | $357,534 | $260,052,698 | 32,059 | 2,487,400 | 10,759 |
| DMERC-A | $0 | $109,163,707 | 0 | 1,040,119 | 0 |
| Total | $2,250,823 | $1,360,375,402 | 182,739 | 13,872,739 | 56,583 |
| Percentage | 0.17% | | 1.32% | | |