# Exhibit 4

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc.,
et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the Declaration of Marisa A. Lorenzo in Support of Dey's
Motion to Exclude the Opinions of Mark Duggan, Ph.D.**



LexisNexis File & Serve
20344293
E-Service
Jun 20 2008
4:12PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,*<br>CIVIL ACTION NO. 06-CV-11337-PBS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| | | |

Report of Mark G. Duggan, Ph.D., June 19, 2008.                                      1

classes of trade rather than considering the average price to wholesalers of acquiring products for all classes of trade, the discrepancy between actual and published prices will tend to be lower. This is because, as I demonstrate below, pharmacy prices in both Abbott's direct and indirect transaction data tend to exceed prices to other customers (most notably hospitals for the products in this Complaint).

An examination of the published prices for the Abbott products listed in the Complaint indicates that the AWP is typically 125 percent of the WAC. My own analysis of Abbott's indirect and direct transaction data reveals the difference between the price at which wholesalers and distributors acquire Abbott products and the corresponding price at which they sell the products is on average much less than 25 percent. Despite this, I take the conservative approach of replacing the AWP with 125 percent of the average pharmacy indirect price for each NDC in each quarter, and determine how spending by the Medicaid and Medicare programs would have changed if these alternative prices had been used when adjudicating claims for both programs. I do the same for the Direct Price, though in this case I replace it with Abbott's average, pharmacy-specific price in the direct transaction data.

There are approximately 3.354 million NDC-based Medicaid claims for the Abbott products listed in the Complaint.[1] In the analyses below, I find that Medicaid spending for 3.147 million of these claims (93.8 percent) would have been lower if the alternative prices described above had been used for the AWP, WAC, and DP. Similarly, my results indicate that there were 521,695 payments to pharmacies and other health care providers with at least one NDC-based Medicaid claim that would have been paid at a lower amount. Additionally, I find that Medicaid spending would have been lower by $113.8 million, with this representing 72.4 percent of the

---

[1] It is important to note that I exclude Medicaid HCPCS claims from my analyses. Thus when I refer to Medicaid claims in the sections that follow, this represents NDC-based Medicaid claims.

Report of Mark G. Duggan, Ph.D., June 19, 2008.                                    9

$157.1 million in spending for these products during the 1991 to 2001 period. Because Medicaid is financed both by the federal government and by the individual state governments, part of this spending represents that paid by state governments. I determine that the federal share of the $113.8 million is $65.8 million.

I perform a similar set of analyses for the federal Medicare program. During the 1991 to 2001 period, I find that the Medicare program spent more than $211.6 million on the 11 J-codes listed in the Complaint. I focus exclusively on the 5 (out of 11) J-codes that account for approximately 90 percent of this spending, and find that Medicare spending would have been lower by approximately $42.4 million if alternative values had been used for Abbott products' AWPs as described above. My results further indicate that Medicare spending would have been lower for 10.063 million of the 15.684 million claims that I consider, and that the total number of provider payments with at least one claim with a reduced payment amount is equal to 1.777 million. To the extent that there was a similar effect for the six J-codes that I do not consider, the number of claims, payments, and the total impact on Medicare spending would be greater.

Taken together, my results indicate that spending by the federal government for both the Medicaid and Medicare programs would have been lower by at least $108.2 million during the 1991 to 2001 period if alternative prices had been used for the AWP, WAC, and DP of Abbott products as described above. The total number of payments to health care providers that would have had lower Medicaid or Medicare spending is approximately 2.30 million and the total number of claims on which spending would have been lower is 13.21 million. The expenditure impact for the federal government does not include the $48 million impact on Medicaid spending by state governments. Additionally, it does not include the impact on Medicare recipients' co-

Report of Mark G. Duggan, Ph.D., June 19, 2008.                                            10