# Exhibit 5

United States of America ex rel. Ven-A-Care of the Florida Keys, Inc.,
et al. v. Dey, Inc., et al., Civil Action No. 05-11084-PBS

Exhibit to the Declaration of Marisa A. Lorenzo in Support of Dey's
Motion to Exclude the Opinions of Mark Duggan, Ph.D.

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3       - - - - - - - - - - - - - - - -

 4     IN RE: PHARMACEUTICAL        )   MDL NO. 1456

 5     INDUSTRY AVERAGE WHOLESALE   )   CIVIL ACTION

 6     PRICE LITIGATION             )   01-CV-12257-PBS

 7     THIS DOCUMENT RELATES TO     )

 8     U.S. ex rel. Ven-a-Care of   )   Judge Patti B. Saris

 9     the Florida Keys, Inc.       )

10          v.                      )   Chief Magistrate

11     Abbott Laboratories, Inc.,   )   Judge Marianne B.

12     No. 06-CV-11337-PBS          )   Bowler

13       - - - - - - - - - - - - - - - -

14

15        Videotaped deposition of MARK G. DUGGAN PH.D.

16                       Volume III

17

18                       Washington, D.C.

19                       Friday, July 25, 2008

20                       9:00 a.m.

21

22
```

Page 613

1  indirect data.
2  Q.  Most of the 44 NDCs at issue in this case
3  are a dollar or less on your average price
4  calculations; is that right?
5      MR. LAVINE:  Object to form.
6  A.  Let's go to the --
7  Q.  Table 1.  At least as of 1996.
8  A.  It looks like many of them hover around a
9  dollar and then there are a decent number above a
10 dollar and also a decent number below.  I don't know
11 if there are 22 less than a dollar.  But yeah, it
12 looks plausible that more are below a dollar than
13 above a dollar per package.
14 Q.  Are you familiar with when manufacturers
15 calculate AMP whether they include or exclude the
16 impact of prompt pay discounts?
17     MS. THOMAS:  Objection to form.
18 Q.  Strike that.  Bad question.
19     Do you know under current CMS guidance
20 whether when calculating AMPs manufacturers include
21 the impact of prompt pay discounts?
22     MS. THOMAS:  Objection to form.

Page 614

1  A.  I'm not sure.
2  Q.  Now, you also -- the second reason you
3  indicated that you were quite conservative was the
4  scaling up of your average prices by 25 percent,
5  right?
6      MR. LAVINE:  Object to form.
7  A.  Yes.
8  Q.  Why did you scale up by 25 percent?
9  A.  I believe that I discussed this earlier in
10 the report, that my examination of the data revealed
11 that for most of the 44 products in most periods the
12 AWP was 25 percent greater than the WAC, wholesaler
13 acquisition cost.  And so even though -- so basically
14 here even though the average price at which
15 wholesalers are selling is typically much less than 25
16 percent greater than the price at which wholesalers
17 are acquiring products, I used this 25 percent scaling
18 factor that First Databank had in effect.
19     So in general actually if one looks at the
20 price at which wholesalers sell the products and the
21 price they pay for them, there's very little
22 difference between those two, certainly not close to

Page 615

1  25 percent on average.
2  Q.  Well, the 25 percent was a scaling factor
3  that First Databank had in effect, correct, as you
4  just testified?
5      MR. LAVINE:  Object to form.
6  A.  So I am not the person who -- whether
7  Abbott reported multiple prices -- I raised the
8  possibility earlier that Abbott reported not just one,
9  but multiple prices.  So it seems possible that Abbott
10 reported prices with, you know, a WAC of 40 and an AWP
11 of 50.  So whether in some cases that 25 percent
12 margin was First Databank induced or Abbott induced
13 I'm not a hundred percent sure.  But yeah, my
14 understanding is that First Databank often applied
15 this 25 percent markup.
16 Q.  So it wouldn't be fair in your view to hold
17 Abbott responsible for an additional 25 percent
18 scaling factor that it may not have had influence
19 upon?
20     MR. LAVINE:  Object to form.
21 A.  I don't know about fair.  I think, though,
22 that I am saying here suppose the WAC had been

Page 616

1  reported more accurately and then we -- although it
2  won't have all of the -- it is missing some things.
3  It seems plausible to me that Abbott was aware of this
4  125 percent scaling factor.  So it's -- the issue of
5  fair or not, I'm not really sure how to respond to
6  that.
7  Q.  Well, what was Abbott supposed to do about
8  the 25 percent scaling factor?
9      MR. LAVINE:  Object to form.
10 A.  That's not an issue that I've looked into.
11 Perhaps Abbott could have reported, in my earlier
12 example, a WAC of 40 and an AWP of 41 instead of 40
13 and having 50 result.  I'm not sure what -- that's
14 just not something I've looked into much.
15 Q.  You found that the difference between WAC
16 and -- or the price at which purchasers or providers
17 purchased the drugs from wholesalers were only 2 to 3
18 percent higher than what again?
19 A.  What wholesalers --
20 Q.  Purchased it from manufacturers?
21 A.  Right.  It's first order.  It's going to
22 vary across products and all that.