# Exhibit 11

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc.,
et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the Declaration of Marisa A. Lorenzo in Support of Dey's
Motion to Exclude the Opinions of Mark Duggan, Ph.D.**

Duzor, Deidre - Vol. III                                          March 26, 2008

Washington, DC

Page 535

1              UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - - - -

4    IN RE:  PHARMACEUTICAL        )   MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE    )   CIVIL ACTION

6    PRICE LITIGATION              )   01-CV-12257-PBS

7    THIS DOCUMENT RELATES TO      )

8    U.S. ex rel. Ven-a-Care of    )   Judge Patti B. Saris

9    the Florida Keys, Inc.        )

10        v.                       )   Chief Magistrate

11   Abbott Laboratories, Inc.,    )   Judge Marianne B.

12   No. 06-CV-11337-PBS           )   Bowler

13   - - - - - - - - - - - - - - - -

14            (cross-captions on following pages)

15

16                            Washington, D.C.

17                            Wednesday, March 26, 2008

18                            9:22 a.m.

19

20        Videotaped deposition of DEIRDRE DUZOR

21                        Volume III

22

Page 904

1      MS. MARTINEZ: Object to form.
2      THE WITNESS: Yes, and most don't
3  distinguish between their payments rates for
4  generics and brands.
5  BY MR. COOK:
6      Q. If, tomorrow, the AWPs published in
7  Redbook were -- instead of as they are today
8  were, instead, empirical averages of the amounts
9  that pharmacies and providers paid for drugs --
10 do you understand the premise of my question
11 there?
12     A. I think so.
13     Q. Do you have any opinion about whether
14 there would be access problems for beneficiaries
15 of Medicaid if that were to happen overnight?
16     MS. MARTINEZ: Objection. Form.
17     THE WITNESS: I will restate your
18 question; you can tell me if it's accurate. If
19 Medicaid was paying pharmacies at a rate lower
20 than what their purchase price of the drug is --
21 BY MR. COOK:
22     Q. Yes, ma'am.

Page 905

1      A. -- would there be access problems?
2      Q. Yes.
3      A. I would guess there would be.
4      Q. Why?
5      A. Why?
6      Q. Yes, ma'am.
7      A. Because pharmacies would stop serving
8  Medicaid in order to try to get the reimbursement
9  to be raised.
10     Q. Do you have any opinion about what
11 would be the consequence if the various state
12 Medicaid programs were paying based upon an AWP
13 that was an empirical average of what pharmacies
14 were obtaining drugs for?
15     A. Well, states don't want to cause access
16 problems any more than the federal government
17 does, so if the new AWPs would turn out to be
18 actual purchasing -- the price at which the drug
19 could be purchased, I think states -- we would
20 have a run on state plan amendments to change
21 their formula for reimbursement.
22     Q. In what way?

Page 906

1      A. To increase it so that -- you know,
2  pharmacies are for-profit businesses. I think
3  Medicaid doesn't -- its goal is not to not
4  reimburse appropriately; it is to reimburse
5  appropriately.
6      Q. And just to follow up on that theme a
7  little bit, when you talk about reimbursing
8  appropriately, part of the difficulty of figuring
9  out what it is to reimburse appropriately is the
10 fact that by virtue of it being a formula, you
11 are having one price that applies to several
12 types of providers, right?
13     A. Several types of providers? What do
14 you mean by --
15     Q. Or several types of pharmacies. The
16 same price to Joe's Pharmacy as it is to
17 Walgreens as to CVS as to an infusion pharmacy as
18 to a nursing home pharmacy, for example.
19     A. If that's the way the state has done
20 their formula, which most states do.
21     Q. And most states also --
22     A. They could differentiate, but most

Page 907

1  states do not.
2      Q. And most states also have a formula
3  that applies the same formula to pills as it does
4  to IV drugs or infusion drugs as it does to a
5  compounded drug for a pediatric purpose, right?
6      A. Yes. Some states have different
7  compound drug reimbursements -- or, actually,
8  it's dispensing fees that differ for compound
9  drugs, yes, you're right.
10     Q. But in various ways there is a one size
11 fits all aspect to this payment system that
12 Medicaid uses for drugs, right?
13     A. Yes. We cover -- the Medicaid program
14 covers probably close to 50,000 drugs, so these
15 are not priced on an individual basis. That
16 would be very impractical.
17     Q. And so by the very nature of the
18 program, some drugs will be priced at larger gaps
19 from acquisition cost than other drugs depending
20 upon what the drug is, who the provider is, where
21 the pharmacy is located, and probably more
22 factors than I could think of right now, right?