# Exhibit 18

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc.,
et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

**Exhibit to the Declaration of Marisa A. Lorenzo in Support of Dey's
Motion to Exclude the Opinions of Mark Duggan, Ph.D.**

```
                                                                    Page 1
 1    UNITED STATES DISTRICT COURT

 2    FOR THE DISTRICT OF MASSACHUSETTS

 3    ----------------------------X

 4    IN RE: PHARMACEUTICAL           MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE      CIVIL ACTION

 6    PRICE LITIGATION                01-CV-12257-PBS

 7                                    Judge Patti B. Saris

 8    THIS DOCUMENT RELATES TO        Subcategory No: 03-10643

 9    THE CONSOLIDATED NEW YORK

10    COUNTY ACTIONS

11    ----------------------------X

12        (cross caption appear on following page)

13

14        Videotaped Deposition of MARK-RICHARD BUTT

15                      Volume I

16                    Albany, NY

17                    Tuesday, January 26, 2010

18                    10:00 a.m.

19

20

21

22
```

Butt, Mark-Richard                                                January 26, 2010
                            Albany, NY

Page 199

```
 1   reimbursement have been discussed with the PAC?
 2        A.    They could.
 3        Q.    Do you recall any such discussions with PAC
 4   members regarding any changes to pharmacy
 5   reimbursement?
 6        A.    Before 1995 between -- or after or any time?
 7        Q.    Sure, '89 to 1995 do you recall any
 8   discussions with the PAC regarding changes to Medicaid
 9   drug reimbursement?
10        A.    Well, the Medicaid reimbursement didn't
11   change at any time during that time.  So my best
12   recollection would be there wasn't much discussion
13   about that.  There may have been, but I don't remember
14   anything or any reason why there would have been.
15        Q.    What about post 1995?
16        A.    Well, 1995 was when it was -- the structure
17   was put into state law.  There was discussion with the
18   pharmacists.  What their input was, not from the
19   Pharmacy Advisory Committee, but later on, I don't
20   know, other than the fact that we looked at both
21   acquisition costs, and we also looked at the
22   dispensing fee; separate from each other, but we
```

Page 311

```
 1    right to call back Mr. Butt and continue.  Thank you.
 2              THE WITNESS:  Thank you.
 3              MS. WENDEL:  Okay, thank you.
 4              THE VIDEOGRAPHER:  Okay, this marks the end
 5    of tape No. 5 and the end of the deposition of
 6    Mark-Richard Butt.
 7              Our time is 5:35, and we are off the record.
 8              (Whereupon, the deposition of Mark-Richard
 9    Butt was adjourned at 5:35 p.m.)
10                         *  *  *  *  *
11
12
13                              _____
14                              SIGNATURE OF THE WITNESS
15
16    Subscribed and sworn to and before me
17    this _____ day of _____, 20_____.
18
19
20    _____
21           Notary Public
22
```

```
 1              C E R T I F I C A T I O N
 2
 3         I, Karen Schmieder, a Certified Shorthand
 4   Reporter in the State of New York, Certificate
 5   No. 768, and Notary Public, do hereby certify
 6   that I recorded stenographically the proceedings
 7   herein at the time and place noted in the heading
 8   hereof, and that the foregoing transcript is true
 9   and accurate to the best of my knowledge, skill
10   and ability.
11
12         IN WITNESS WHEREOF, I have hereunto set my
13   hand this 6th day of February 2010.
14
15
16             KAREN SCHMIEDER, CSR, RMR
17             Registered Diplomate Reporter
18
19
20
21
22
```