# Exhibit 20

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc.,*
*et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

**Exhibit to the Declaration of Marisa A. Lorenzo in Support of Dey's**
**Motion to Exclude the Opinions of Mark Duggan, Ph.D.**

November 30, 2009

Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division-Fraud Section
601 D Street, NW
Suite 9918
Washington, DC 20530

Re:    United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
MDL 1456.

Dear Ms. Brooker,

The materials presented by Dey in connection with the summary judgment pleadings
included an affidavit from David Bradford, Ph.D. which suggested that the extrapolation
methodology I used in determining Medicaid damages over-stated damages by more than 20
percent for Dey. In light of this, I decided to take another look at these issues. I will forward to
you separately the work papers containing the underlying calculations.

A.  Additional Medicaid Analyses

1.      I have performed claim-by-claim analysis for an additional 15 states for which we
originally had state-produced claims data for Dey (comparable to the analysis I performed for the
14 states in my original data set). The results confirmed the reliability of my extrapolation
methodology as the claim-by-claim results varied therefrom by less than 5.7% ($16.9 million
versus $17.9 million). These results are summarized in Table A in the attached "Dey Letter
Tables.xls" spreadsheets.

2.      The defendant also provided claims data for the state of Alabama which was not
originally available to me. In contrast to most states, Alabama used WAC as a basis of payment
during the time period of interest. As discussed in my initial report, this results in a lower ratio
of difference to total spending because Dey's WACs were considerably closer to its true
transaction prices than were its AWPs. Not surprisingly the total value of difference for this
state is lower in a claim-by-claim analysis than is suggested by an extrapolation ($2.9 versus
$4.2 million). However, only one of the remaining 18 states (Maryland) for which I have not
performed a claim-by-claim analysis is also a WAC state. Because Maryland accounts for only
4.1% of Medicaid spending in these states, the relevance of the disparity in Alabama in assessing
the accuracy of the remaining extrapolation is very limited. [1]

B.  Summary of Previous Supplements to My January 23, 2009 Report

1.      On February 25, 2009, I provided a supplement to my January 23, 2009 report.

---

[1] In contrast, the three WAC states (Alabama, Delaware and Rhode Island) account for more than 22% of spending
among the additional 16 states for which I have performed claim-by-claim analyses (including Alabama).

This supplement updated the Medicare damages portion of my report in two respects. First, the Medicare damage calculations for ipratropium bromide were updated to take into account the final average price calculations for the Roxane ipratropium bromide products that were set forth in the February 6, 2009 report in the Roxane case. Second, the supplement more clearly set forth my calculations of damages in the combined Dey and Roxane scenarios (NovaPlus and non-NovaPlus scenarios), including a proposed allocation between Dey and Roxane. The supplement provided revised versions of Tables 35 and 36, and new Tables 38A and 38B. This supplement was marked as Exhibit 8 to my deposition of February 27, 2009.

      2.     On April 23, 2009, I produced a Rebuttal Report of Mark G. Duggan, Ph.D. The last page of that report made an adjustment to the calculation of DIFFERENCE in the no-NovaPlus combined scenario. In my original report, in the no-NovaPlus combined scenario, I had removed the Roxane NovaPlus products from the generic portion of the DMERC-A arrays for purposes of calculating Medicare payments using alternative Dey and Roxane AWPs. Unlike the other three DMERCs, DMERC-A treated the NovaPlus products as generic products and included them in the generic portion of its arrays. I subsequently concluded that it was not appropriate to remove those products from the DMERC-A arrays. The rebuttal report explained:

> In my original report, I removed the Roxane NovaPlus products from the generic portion of the DMERC-A arrays. I have determined that it is more appropriate to leave Roxane's NovaPlus products in the generic portion of the Medicare DMERC-A arrays and leave their prices unchanged in the no-NovaPlus combined scenario for Ipratropium Bromide. As a result of this, the combined value of DIFFERENCE declines from $1.103 billion to $1.093 billion. Dey's share of this DIFFERENCE, using its relative market share, falls as a result from $790 million to $782 million. This revision is summarized in the attached Tables 35rev and 38B-rev.

      3.     In a further supplement dated May 20, 2009, I made further adjustments to my damages calculations in the Dey case. This supplement was marked as part of Exhibit 13 to my deposition of May 20, 2009 and included the following corrections:

- First, I corrected an error in which damages were calculated for J7625 although no arrays referenced this J code. The correction of this error reduced the value of DIFFERENCE by $0.53 million. This issue was observed in paragraph 306 of Dr. Bradford's report.
- Second, I corrected a Palmetto 2001 Q2 array for albuterol sulfate in which two calculation errors occurred in the original DMERC array. In the original array, the median was calculated only on a subset of NDCs in the array. The original array also had an error in converting the package size AWP into a unit AWP. I corrected both of the errors in the array used to calculate the DIFFERENCE. The correction of these errors reduced the value of DIFFERENCE by $1.06 million. These issues were noted in paragraph 307 of Dr. Bradford's report.
- Third, I corrected an error involving two Palmetto arrays for albuterol where the original calculations incorrectly calculated a DIFFERENCE even though no Dey NDCs were in

the arrays for certain quarters. Correcting this error reduced the DIFFERENCE an additional $0.61 million. This issue was addressed in paragraph 308 of Dr. Bradford's report.

- Fourth, I corrected the ipratropium bromide analysis to eliminate damages for an AdminaStar quarter in which no Dey products were included in the array. The correction reduced the value of DIFFERENCE by $0.08 million. This issue was noted in paragraph 310 of Dr. Bradford's report.

C.  Additional Technical Corrections

1.      A technical error was discovered relating to the Medicare damages calculation for both albuterol sulfate and ipratropium bromide. In the Medicare claims data, there are a small number of payments made at the submitted amount where the entire amount of these claims was counted as overpayment. I have corrected this issue and re-calculated damages for albuterol sulfate and all ipratropium bromide scenarios. The correction reduced the value of DIFFERENCE for each ipratropium bromide scenario by approximately $0.18 million and the value of DIFFERENCE for albuterol sulfate by $0.25 million. The revised calculations are summarized in the attached "Dey Letter Tables.xls" spreadsheets.

2.      Finally, I have made a technical correction to the DIFFERENCE calculations relating to the Palmetto arrays for ipratropium bromide for the first, second, and third quarters of 2000. In the original arrays provided by the DMERC, an Alpharma product was listed in the array but the Alpharma AWP was omitted from the median calculation. I have now corrected for this apparent DMERC error. This correction reduces the value of DIFFERENCE for the combined impact, non-NovaPlus scenario by $0.1 million and the Dey only and Roxane only non-NovaPlus scenarios by $4.4 million, as summarized in Tables 35rev, 38A-rev and 38B-rev in the attached "Dey Letter Tables.xls" spreadsheets. This issue was noted in paragraph 310 of Dr. Bradford's report.

Sincerely,

Mark G. Duggan, Ph.D.

*Attorney Work Product*
*Privileged and Confidential*

**Table A: Dey Medicaid Additional State Claim-by-Claim Analyses**

| State | Extrapolation | | Bradford Figure 42 | | Claim-by-Claim | |
|---|---|---|---|---|---|---|
| | Medicaid Paid Amount ($) | Federal Difference ($) | Medicaid Paid Amount ($) | Federal Difference ($) | Medicaid Paid Amount ($) | Federal Difference ($) |
| AK | 1,907,372 | 502,762 | 2,063,916 | 526,951 | 2,107,222 | 558,064 |
| AL | 13,096,648 | 4,151,141 | 12,948,693 | 2,517,278 | 12,579,835 | 2,913,633 |
| AR | 6,576,702 | 2,159,039 | 6,434,067 | 1,804,298 | 6,491,654 | 1,908,772 |
| CT | 6,491,457 | 1,476,859 | 6,505,664 | 1,613,933 | 6,832,448 | 1,820,891 |
| DE | 2,821,957 | 566,611 | 2,494,334 | 321,544 | 2,523,820 | 325,583 |
| HI | 1,639,457 | 402,856 | 1,434,953 | 335,372 | 1,575,747 | 428,567 |
| ID | 3,192,317 | 1,022,631 | 3,363,145 | 1,025,634 | 3,158,194 | 962,794 |
| KS | 6,294,888 | 1,751,718 | 5,417,365 | 1,402,984 | 5,773,744 | 1,777,641 |
| MN | 7,869,996 | 1,719,977 | 7,425,305 | 1,597,748 | 7,435,837 | 1,605,387 |
| NE | 4,569,061 | 1,263,045 | 4,392,841 | 857,581 | 4,416,023 | 885,466 |
| NM | 2,518,859 | 727,707 | 2,086,666 | 545,103 | 2,604,388 | 734,018 |
| RI | 1,530,488 | 381,765 | 1,416,186 | 234,558 | 1,369,547 | 242,135 |
| SC | 7,480,337 | 2,347,384 | 6,143,111 | 1,891,562 | 7,195,026 | 2,307,950 |
| UT | 2,092,173 | 674,228 | 1,573,955 | 508,171 | 2,103,232 | 739,781 |
| WI | 9,637,274 | 2,571,792 | 8,221,208 | 2,041,233 | 9,686,146 | 2,284,903 |
| WY | 1,159,226 | 345,019 | 1,130,640 | 315,626 | 1,026,495 | 320,198 |
| Total | 78,878,212 | 22,064,534 | 73,052,048 | 17,539,575 | 76,879,360 | 19,815,784 |
| Differences as Percent of Extrapolation | | | | | 2.53% | 10.19% |
| | | | | | | |
| w/o AL | 65,781,564 | 17,913,393 | 60,103,355 | 15,022,298 | 64,299,525 | 16,902,151 |
| Differences as Percent of Extrapolation | | | | | 2.25% | 5.65% |

**Table 35rev: Summary of Medicare DME Ipratropium Bromide Results**

*A. Roxanne Only - With Novaplus*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $603,282,577 | $1,075,878,401 | 6,082,322 | 6,590,245 | 585,957 |
| AdminaStar | $261,316,131 | $391,394,534 | 2,503,143 | 2,536,711 | 260,044 |
| CIGNA | $207,072,869 | $357,608,096 | 2,252,198 | 2,347,762 | 214,466 |
| DMERC-A | $91,421,554 | $214,339,752 | 1,335,160 | 1,361,541 | 137,793 |
| Total | $1,163,093,131 | $2,039,220,783 | 12,172,823 | 12,836,259 | 1,198,260 |
| Percentage | 57.04% | | 94.83% | | |

*B. Roxanne Only - No Novaplus*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $127,799,934 | $1,075,878,401 | 2,946,405 | 6,590,245 | 321,155 |
| AdminaStar | $29,097,631 | $391,394,534 | 571,389 | 2,536,711 | 86,598 |
| CIGNA | $42,956,873 | $357,608,096 | 981,300 | 2,347,762 | 106,196 |
| DMERC-A | $29,937,624 | $214,339,752 | 570,656 | 1,361,541 | 68,906 |
| Total | $229,792,062 | $2,039,220,783 | 5,069,750 | 12,836,259 | 582,855 |
| Percentage | 11.27% | | 39.50% | | |

*C. Dey Only*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $124,324,319 | $1,075,878,401 | 2,881,310 | 6,590,245 | 302,613 |
| AdminaStar | $19,488,631 | $391,394,534 | 472,164 | 2,536,711 | 70,190 |
| CIGNA | $35,043,368 | $357,608,096 | 974,779 | 2,347,762 | 104,070 |
| DMERC-A | $29,913,421 | $214,339,752 | 570,672 | 1,361,541 | 68,909 |
| Total | $208,769,739 | $2,039,220,783 | 4,898,925 | 12,836,259 | 545,782 |
| Percentage | 10.24% | | 38.16% | | |

*D. Dey and Roxanne - With Novaplus*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $741,061,119 | $1,075,878,401 | 6,530,150 | 6,590,245 | 616,639 |
| AdminaStar | $279,748,683 | $391,394,534 | 2,510,238 | 2,536,711 | 262,403 |
| CIGNA | $246,526,382 | $357,608,096 | 2,273,300 | 2,347,762 | 221,853 |
| DMERC-A | $148,887,315 | $214,339,752 | 1,344,218 | 1,361,541 | 140,834 |
| Total | $1,416,223,498 | $2,039,220,783 | 12,657,906 | 12,836,259 | 1,241,729 |
| Percentage | 69.45% | | 98.61% | | |

*E. Dey and Roxanne - No Novaplus*

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $583,902,030 | $1,075,878,401 | 6,516,329 | 6,590,245 | 611,648 |
| AdminaStar | $190,060,936 | $391,394,534 | 2,298,945 | 2,536,711 | 242,015 |
| CIGNA | $200,039,185 | $357,608,096 | 2,263,029 | 2,347,762 | 218,254 |
| DMERC-A | $119,500,669 | $214,339,752 | 1,341,333 | 1,361,541 | 139,606 |
| Total | $1,093,502,821 | $2,039,220,783 | 12,419,636 | 12,836,259 | 1,211,523 |
| Percentage | 53.62% | | 96.75% | | |

**Table 37rev: Summary of Medicare DME Albuterol Sulfate Results**

|  | Difference | Medicare Paid | Clms w/Diff>0 | Total Claims | Prov Payments |
|---|---|---|---|---|---|
| Palmetto | $64,409 | $680,482,119 | 28,043 | 6,754,866 | 12,688 |
| AdminaStar | $271,217 | $310,676,878 | 48,630 | 3,590,354 | 10,493 |
| CIGNA | $0 | $260,052,698 | 0 | 2,487,400 | 0 |
| DMERC-A | $0 | $109,163,707 | 0 | 1,040,119 | 0 |
| Total | $335,626 | $1,360,375,402 | 76,673 | 13,872,739 | 23,181 |
| Percentage | 0.02% | | | 0.55% | |

**Table 38A-rev: Dey/Roxane Combined, With NovaPlus: Diffs by DMERC and YrQuart**

| YrQuart | Total Difference | | | | | Dey Share of Difference | | | |
|---|---|---|---|---|---|---|---|---|---|
| | AdminaStar | CIGNA | DMERC-A | Palmetto | Dey rel share | AdminaStar | CIGNA | DMERC-A | Palmetto |
| 19951 | $0 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 19961 | $0 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 19962 | $0 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 19963 | $0 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 19964 | $0 | $0 | $0 | $1,402,037 | 0.0% | $0 | $0 | $0 | $0 |
| 19971 | $0 | $0 | $0 | $1,858,709 | 2.0% | $0 | $0 | $0 | $36,517 |
| 19972 | $1,898,496 | $1,903,721 | $1,133,594 | $0 | 19.3% | $365,515 | $366,521 | $218,249 | $0 |
| 19973 | $2,315,717 | $2,316,293 | $1,209,763 | $5,854,096 | 27.4% | $634,675 | $634,833 | $331,563 | $1,604,449 |
| 19974 | $2,490,804 | $2,650,759 | $1,332,916 | $6,640,712 | 35.8% | $891,948 | $949,227 | $477,312 | $2,378,015 |
| 19981 | $174,611 | $408,424 | $1,421,551 | $7,645,394 | 41.2% | $71,882 | $168,135 | $585,206 | $3,147,357 |
| 19982 | $282,080 | $709,642 | $1,649,817 | $9,042,595 | 46.2% | $130,386 | $328,018 | $762,596 | $4,179,767 |
| 19983 | $3,398,839 | $3,526,310 | $1,806,756 | $10,140,264 | 48.6% | $1,650,709 | $1,712,618 | $877,485 | $4,924,807 |
| 19984 | $3,841,420 | $3,987,694 | $2,055,521 | $11,112,622 | 53.2% | $2,044,381 | $2,122,227 | $1,093,936 | $5,914,071 |
| 19991 | $4,056,716 | $4,120,050 | $2,232,750 | $11,846,619 | 57.0% | $2,311,507 | $2,347,594 | $1,272,216 | $6,750,117 |
| 19992 | $4,510,971 | $4,255,213 | $2,323,837 | $12,391,550 | 61.9% | $2,792,667 | $2,634,332 | $1,438,649 | $7,671,403 |
| 19993 | $5,219,941 | $4,669,854 | $2,478,162 | $15,489,749 | 65.1% | $3,397,595 | $3,039,550 | $1,613,005 | $10,082,088 |
| 19994 | $5,534,031 | $6,205,072 | $3,195,133 | $18,372,164 | 68.5% | $3,793,086 | $4,253,024 | $2,189,979 | $12,592,484 |
| 20001 | $5,783,608 | $6,445,448 | $3,574,239 | $19,855,934 | 70.6% | $4,085,693 | $4,553,235 | $2,524,937 | $14,026,757 |
| 20002 | $7,995,928 | $7,803,993 | $4,497,863 | $21,157,500 | 72.0% | $5,756,847 | $5,618,659 | $3,238,337 | $15,232,815 |
| 20003 | $9,542,790 | $8,449,123 | $4,935,459 | $23,322,684 | 71.8% | $0 | $6,064,579 | $3,542,555 | $16,740,468 |
| 20004 | $10,574,793 | $9,527,198 | $5,288,193 | $27,623,758 | 71.1% | $0 | $6,778,403 | $3,762,439 | $19,653,728 |
| 20011 | $11,180,864 | $8,637,414 | $5,901,864 | $31,532,392 | 72.9% | $0 | $6,295,312 | $4,301,527 | $0 |
| 20012 | $13,103,708 | $11,498,997 | $6,274,919 | $35,056,520 | 73.0% | $0 | $0 | $4,577,727 | $0 |
| 20013 | $13,839,124 | $11,904,812 | $6,704,073 | $36,999,120 | 74.0% | $0 | $0 | $4,961,904 | $0 |
| 20014 | $14,786,244 | $12,616,223 | $7,800,873 | $39,357,824 | 76.4% | $0 | $0 | $5,958,443 | $0 |
| 20021 | $14,527,767 | $13,062,125 | $7,899,667 | $41,294,576 | 76.4% | $0 | $0 | $6,035,591 | $0 |
| 20022 | $17,517,344 | $14,817,492 | $9,379,406 | $45,743,356 | 77.9% | $0 | $0 | $7,306,518 | $0 |
| 20023 | $19,000,140 | $16,144,859 | $9,974,990 | $49,818,556 | 76.5% | $0 | $0 | $7,631,165 | $0 |
| 20024 | $20,216,046 | $16,883,706 | $10,627,188 | $52,983,644 | 75.6% | $0 | $0 | $8,029,687 | $0 |
| 20031 | $18,820,728 | $15,737,486 | $9,782,158 | $50,266,676 | 75.6% | $0 | $0 | $7,393,463 | $0 |
| 20032 | $21,846,544 | $18,542,584 | $11,180,853 | $40,183,928 | 76.3% | $0 | $0 | $8,533,002 | $30,667,563 |
| 20033 | $22,949,300 | $19,246,622 | $11,778,759 | $55,781,496 | 79.3% | $0 | $0 | $9,338,912 | $0 |
| 20034 | $24,340,130 | $20,455,270 | $12,447,015 | $58,286,744 | 85.8% | $0 | $0 | $10,677,618 | $0 |
| Total | $279,748,683 | $246,526,382 | $148,887,315 | $741,061,119 | - | $27,926,891 | $47,866,268 | $108,674,020 | $155,602,407 |

| | | |
|---|---|---|
| Dey Total | $340,069,586 |
| Roxane Total | $1,076,153,912 |
| Total Difference | $1,416,223,498 |

### Table 38B-rev: Dey/Roxane Combined, No NovaPlus: Diffs by DMERC and YrQuart

| YrQuart | Total Difference | | | | Dey rel share | Dey Share of Difference | | | |
|---|---|---|---|---|---|---|---|---|---|
| | AdminaStar | CIGNA | DMERC-A | Palmetto | | AdminaStar | CIGNA | DMERC-A | Palmetto |
| 19951 | $0 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 19961 | $0 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 19962 | $0 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 19963 | $0 | $0 | $0 | $0 | 0.0% | $0 | $0 | $0 | $0 |
| 19964 | $0 | $0 | $0 | $1,402,037 | 0.0% | $0 | $0 | $0 | $0 |
| 19971 | $0 | $0 | $0 | $1,858,709 | 2.0% | $0 | $0 | $0 | $36,517 |
| 19972 | $1,898,496 | $1,903,721 | $1,133,594 | $0 | 19.3% | $365,515 | $366,521 | $218,249 | $0 |
| 19973 | $2,315,717 | $2,316,293 | $1,209,763 | $5,854,096 | 27.4% | $634,675 | $634,833 | $331,563 | $1,604,449 |
| 19974 | $2,490,804 | $2,650,759 | $1,332,916 | $6,640,712 | 35.8% | $891,948 | $949,227 | $477,312 | $2,378,015 |
| 19981 | $174,611 | $408,424 | $1,421,551 | $7,645,394 | 41.2% | $71,882 | $168,135 | $585,206 | $3,147,357 |
| 19982 | $282,080 | $709,642 | $1,649,817 | $9,042,595 | 46.2% | $130,386 | $328,018 | $762,596 | $4,179,767 |
| 19983 | $3,398,839 | $3,526,310 | $1,806,756 | $10,140,264 | 48.6% | $1,650,709 | $1,712,618 | $877,485 | $4,924,807 |
| 19984 | $3,841,420 | $3,987,694 | $2,055,521 | $11,112,622 | 53.2% | $2,044,381 | $2,122,227 | $1,093,936 | $5,914,071 |
| 19991 | $4,056,716 | $4,120,050 | $2,232,750 | $11,846,519 | 57.0% | $2,311,507 | $2,347,594 | $1,272,216 | $6,750,117 |
| 19992 | $4,510,971 | $4,255,213 | $2,323,837 | $12,391,550 | 61.9% | $2,792,667 | $2,634,332 | $1,438,649 | $7,671,403 |
| 19993 | $5,219,941 | $4,669,854 | $2,478,162 | $15,489,749 | 65.1% | $3,397,595 | $3,039,550 | $1,613,005 | $10,082,088 |
| 19994 | $5,534,031 | $6,205,072 | $3,195,133 | $18,372,164 | 68.5% | $3,793,086 | $4,253,024 | $2,189,979 | $12,592,484 |
| 20001 | $5,783,608 | $6,445,448 | $3,574,239 | $19,855,934 | 70.6% | $4,085,693 | $4,553,235 | $2,524,937 | $14,026,757 |
| 20002 | $7,995,928 | $7,803,993 | $4,497,863 | $21,157,500 | 72.0% | $5,756,847 | $5,618,659 | $3,238,337 | $15,232,815 |
| 20003 | $6,707,183 | $8,449,123 | $4,935,459 | $23,322,684 | 71.8% | $4,814,256 | $6,064,579 | $3,542,555 | $16,740,468 |
| 20004 | $7,270,027 | $9,527,198 | $5,288,193 | $27,135,822 | 71.1% | $5,172,472 | $6,778,403 | $3,762,439 | $19,306,572 |
| 20011 | $7,519,841 | $8,637,414 | $5,901,864 | $28,493,044 | 72.9% | $5,480,777 | $6,295,312 | $4,301,527 | $20,766,934 |
| 20012 | $8,743,262 | $10,348,779 | $6,274,919 | $31,589,730 | 73.0% | $6,378,452 | $7,549,721 | $4,577,727 | $23,045,584 |
| 20013 | $9,235,948 | $10,815,116 | $6,704,073 | $33,645,772 | 74.0% | $6,835,827 | $8,004,621 | $4,961,904 | $24,902,337 |
| 20014 | $9,880,166 | $10,310,303 | $5,544,012 | $32,228,860 | 76.4% | $7,546,644 | $7,875,190 | $4,234,613 | $24,616,967 |
| 20021 | $9,568,797 | $10,284,037 | $5,498,875 | $32,596,950 | 76.4% | $7,310,858 | $7,857,324 | $4,201,311 | $24,905,083 |
| 20022 | $11,195,608 | $11,665,945 | $6,421,182 | $36,110,944 | 77.9% | $8,721,332 | $9,087,722 | $5,002,073 | $28,130,274 |
| 20023 | $13,847,179 | $12,217,928 | $6,695,414 | $37,821,656 | 76.5% | $10,593,505 | $9,347,079 | $5,122,191 | $28,934,694 |
| 20024 | $14,670,840 | $12,782,199 | $7,132,497 | $40,216,628 | 75.6% | $11,084,989 | $9,657,970 | $5,389,170 | $30,386,867 |
| 20031 | $13,725,362 | $11,913,023 | $6,561,198 | $38,145,224 | 75.6% | $10,373,780 | $9,003,994 | $4,959,026 | $28,830,580 |
| 20032 | $15,942,774 | $10,832,216 | $7,505,046 | $16,137,305 | 76.3% | $12,167,204 | $8,266,929 | $5,727,700 | $12,315,666 |
| 20033 | $46 | $11,262,167 | $7,837,128 | $19,396,134 | 79.3% | $37 | $8,929,326 | $6,213,748 | $15,378,427 |
| 20034 | $14,250,744 | $11,991,266 | $8,288,913 | $34,251,432 | 85.8% | $12,224,939 | $10,286,656 | $7,110,608 | $29,382,444 |
| Total | $190,060,936 | $200,039,185 | $119,500,669 | $583,902,030 | - | $136,631,963 | $143,732,801 | $85,730,062 | $416,183,543 |

| | | |
|---|---|---|
| Dey Total | | $782,278,368 |
| Roxane Total | | $311,224,453 |
| Total Difference | | $1,093,502,821 |