# Exhibit 21

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc.,
et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

**Exhibit to the Declaration of Marisa A. Lorenzo in Support of Dey's
Motion to Exclude the Opinions of Mark Duggan, Ph.D.**

February 5, 2010

Renée Brooker
Assistant Director
U.S. Department of Justice
Civil Division-Fraud Section
610 D Street, NW
Suite 9918
Washington, DC 20530

Re:  United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, MDL 1456
United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc. et al., MDL 1456
and
United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al., MDL 1456.

Dear Ms. Brooker,

Abbott Confidence Intervals

1.  My June 19, 2008 Abbott report and the January 23, 2009 supplemental report included a typographical error in the final row of Table 27B, which was the total of all values for 19 states. Specifically, the Excel sum formula inadvertently omitted the data for Nevada, which was the first state listed in this table. The corrected version of Table 27B is attached to this document. This also affects the totals in Table 25, and thus a corrected version of this table is attached to this document as well.

2.  Per the court's request, the following summarizes the calculations of the 90 and 95 percent confidence intervals for the total value of federal DIFFERENCE. In my initial report, I estimated this for the 38 states for which I did not use state claims data as follows.

$$(1) \quad FED\_DIFFERENCE_{38} = \sum_{s=1}^{38} \sum_{n=1}^{44} \sum_{t=1}^{44} \overline{d}_{nt} F_{snt}$$

3.  In this equation, $\overline{d}_{nt}$ is equal to the average DIFF_FRAC for product $n$ in quarter $t$ in the states (up to 10) for which I used state-produced claims data. $F_{snt}$ is equal to federal spending in state $s$, on product $n$, in quarter $t$, calculated using SMRF/MAX or SDU data multiplied by the federal Medicaid assistance percentage in effect for that state in that quarter.

4.  With 38 states, 44 products, and 44 quarters, there are potentially 73,568 different values of $F_{snt}$. Because not all state-product-quarter combinations have claims, the actual number is 34,434. Additionally, for 425 of these there is no $\overline{d}_{nt}$ because none of the 10 states have a DIFF_FRAC, and thus the number of $F_{snt}$ values considered is 34,009.

5.  The variance of the sum in equation 1 can be written as follows.

$$(2) \quad \text{var}\left\{ \sum_{s=1}^{38} \sum_{n=1}^{44} \sum_{t=1}^{44} \overline{d}_{nt} F_{snt} \right\}$$

6.  Each value of $\overline{d}_{nt}$ is calculated as follows.

(3) $$\bar{d}_{nt} = \frac{1}{10}(d_{39,n,t} + \ldots + d_{48,n,t})$$

7. The subscripts $s = 39$ through 48 correspond to the 10 states for which I used state-produced claims data. In many instances, the number of states is less than 10, in which case equation 3 is revised to reflect this.

8. The value of $d_{snt}$ varies across states, products and quarters and is calculated using a large number of claims in each state. If one assumes that these variables, $d_{snt}$, are uncorrelated and that they have the same standard deviation, $\sigma_{nt}$, then the variance of the average of these values can be calculated as follows.

(4) $$\text{var}(\bar{d}_{nt}) = \frac{1}{10}\text{var}(d_{nt})$$

9. To account for the possibility that the values of $d_{nt}$ vary systematically across states, one can introduce a state-specific shift factor, $\mu_s$, that allows each state to differ systematically from the average, $\bar{d}_{nt}$.

10. With these assumptions one can estimate the variation of diff as follows.

(5) $$\text{var} = \left(\sum_{s=1}^{38} F_{snt}\right)^2 \text{var}(\bar{d}_{nt}) + \left(\sum_{n=1}^{44}\sum_{t=1}^{44} F_{snt}\right)^2 \text{var}(\mu_s)$$

(6) $$\text{var} = F_{nt}^2 \text{var}(\bar{d}_{nt}) + F_s^2 \text{var}(\mu_s)$$

11. To estimate this variance, one can calculate the sample standard deviation for each $d_{nt}$ using the 10 states. To increase the precision of this estimate one can use observations for all state $d_{snt}$ values within a year (thus considering up to 40 observations to estimate the sample $\sigma_{nt}$), though the results are similar if calculated quarterly.

12. To estimate var($\mu_s$), one can begin by fitting a regression of the following type based on the 10 states.

(7) $$d_{snt} = \sum_{n=1}^{44}\sum_{t=1}^{44} \beta_{nt} I_{nt} + \sum_{s=1}^{10} \mu_s I_s + \varepsilon_{snt}$$

13. In equation 7, $I$ is an indicator variable. In the first pair of sums, each of these 1,775 variables takes on the value 1 if the product and quarter considered are $n$ and $t$. In the second sum, each of the 10 variables takes on the value 1 if the state is $s$.

14. The estimated variance of $\mu_s$ from this regression sheds light on whether and to what extent states in the sample differ systematically from one another. The $R^2$ of the regression with just the $I_{nt}$ terms is 0.6435 whereas adding the state indicators, $I_s$, increases this to 0.6737. Eight of the state-effect regression coefficients are statistically significant at the 95% level, indicating that there is systematic variation across states. The standard deviation of these 10 state effects is 0.0402426, including a value of 0 for the state omitted from the regression.

15. Using this, one can then calculate 90 and 95 percent confidence intervals for the total value of difference in the 38 states. The point estimate for the difference is $21.055 million

and the standard deviation of the estimate is $0.218 million. Thus the 90% confidence interval (1.65$\sigma$) is [$20.695 million, $21.416 million] and the 95% confidence interval (1.96$\sigma$) is [$20.627 million, $21.483 million]. Stated another way, with 90% probability the true federal difference is between $20.695 million and $21.416 million, and with 95% probability it is between $20.627 million and $21.483 million. The 90 percent confidence interval is depicted graphically below.

**Confidence Interval of The Estimate, with State Effects**



Dollar Amount (in Millions)
Red Vertical Bars Show the 90% Confidence Interval
**Figure 1. Abbott 90% Confidence Interval.**

16. Even if one were to double the variance of $\mu$ to account for the possibility that var($\mu_s$) is larger for the 38 states than the 10, the standard deviation increases to just $0.287 million. Thus, the 90% confidence interval would change to [$20.582 million, $21.527 million].

17. It is instructive to compare this estimate with the federal differences calculated when using state claims data for 9 additional states when state-produced data was provided to me. In that case, the point estimate of the difference is $4.106 million and the value obtained using claims data is $4.030 million, with a difference from the extrapolation of $0.077 million. The standard deviation of the estimate is approximately $0.067 million, less than 1.15 standard deviations from the point estimate.

18. Additionally, one can calculate confidence intervals of the extrapolation from the 10 states to the remaining 29 states. In this case, the estimate is $14.662 million, the standard deviation is $0.190 million, the 90 percent confidence interval is [$14.349 million, $14.975 million], and the 95 percent confidence interval is [$14.290 million, $15.035 million].

Dey Confidence Intervals

19. In my Dey report of January 23, 2009, I performed a similar extrapolation to the one I performed for Abbott. Using an analogous approach to that described above, one can calculate 90 and 95 percent confidence intervals for the total value of difference in the 34 states in the Dey extrapolation. The point estimate for the difference is $59.412 million and the standard

3

deviation of the estimate is $2.508 million. Thus the 90% confidence interval (1.65$\sigma$) is [$55.274 million, $63.550 million] and the 95% confidence interval (1.96$\sigma$) is [$54.497 million, $64.328 million]. Stated another way, with 90% probability the true federal difference is between $55.274 million and $63.550 million, and with 95% probability it is between $54.497 million and $64.328 million. The 90 percent confidence interval is depicted graphically in Figure 2, attached.

      20.    It is instructive to compare this estimate with the federal differences calculated when using state claims data for 16 additional states when state-produced data was provided to me. In that case, the point estimate of the difference is $18.244 million and the value obtained using claims data is $17.043 million, with a difference from the extrapolation of $1.201 million. The standard deviation of the estimate is approximately $1.146 million, less than 1.05 standard deviations from the point estimate.

Roxane Confidence Intervals

      21.    In my Roxane report of February 9, 2009, I again performed a similar extrapolation to those I performed for Abbott and Dey. Using an analogous approach to that described above, one can calculate 90 and 95 percent confidence intervals for the total value of difference in the 33 states in the Roxane extrapolation. The point estimate for the difference is $20.304 million and the standard deviation of the estimate is $0.703 million. Thus the 90% confidence interval (1.65$\sigma$) is [$19.144 million, $21.463 million] and the 95% confidence interval (1.96$\sigma$) is [$18.927 million, $21.681 million]. Stated another way, with 90% probability the true federal difference is between $19.144 million and $21.463 million, and with 95% probability it is between $18.927 million and $21.681 million. The 90 percent confidence interval is depicted graphically in Figure 3, attached.

      22.    It is instructive to compare this estimate with the federal differences calculated when using state claims data for 9 additional states when state-produced data was provided to me. In that case, the point estimate of the difference is $4.686 million and the value obtained using claims data is $4.690 million, with a difference from the extrapolation of $0.004 million. The standard deviation of the estimate is approximately $0.303 million, less than 0.014 standard deviations from the point estimate.

Summary

      23.    These confidence interval calculations provide further support for the appropriateness of the methodology I used in my Abbott, Dey and Roxane reports. Moreover, it goes beyond what much related peer-reviewed research has done when estimating similar outcome variables of interest. For example, in the *Journal of Health Economics* paper by Gruber and Rodriguez, that I discussed extensively at the court hearing, in which the authors used data from a non-random sample of physicians to estimate uncompensated care provided by all physicians in the U.S., no similar confidence intervals are calculated.

Sincerely,

*[signature: Mark M. Duggan]*

Mark G. Duggan, Ph.D.

4



Figure 2. Dey 90% Confidence Interval.



Figure 3. Roxane 90% Confidence Interval.

5

Table 25: Medicaid Summary for Top Nine States, Louisiana (#11), and Wisconsin (#16)

| State | Source | Time Period | # Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Pharm. Payments |
|---|---|---|---|---|---|---|---|---|
| Illinois | State Claims | 1991Q2-2001Q4 | 519,450 | 534,183 | $12,029,039 | $16,527,505 | $6,014,519 | 58,631 |
| Florida | State Claims | 1993Q4-2001Q4 | 278,623 | 287,959 | $11,700,280 | $15,561,037 | $6,532,311 | 67,076 |
| Florida | SDUD Data | 1991Q1-1993Q3 | 34,802 | 39,861 | $939,551 | $1,379,301 | $514,820 | - |
| California | State Claims | 1994Q2-2001Q4 | 267,167 | 280,994 | $7,044,315 | $9,172,917 | $3,585,421 | 56,269 |
| New Jersey | State Claims | 1992Q1-2001Q4 | 124,513 | 126,067 | $7,191,020 | $8,453,921 | $3,595,511 | 11,446 |
| New Jersey | SDUD | 1991Q1-1991Q4 | 12,374 | 13,798 | $727,856 | $915,392 | $363,928 | - |
| New York | State Claims | 1993Q1-2001Q4 | 108,386 | 120,315 | $6,877,666 | $8,921,858 | $3,438,833 | 38,184 |
| New York | SDUD | 1991Q1-1992Q4 | 5,263 | 5,791 | $149,690 | $192,898 | $74,845 | - |
| Indiana | SMRF / MAX | 1992Q1-2001Q4 | 175,577 | 182,042 | $11,214,412 | $14,812,193 | $6,936,732 | 28,880 |
| Indiana | SDUD | 1991Q1-1991Q4 | 8,572 | 9,044 | $137,297 | $249,529 | $86,826 | - |
| Kentucky | State Claims | 1995Q1-2001Q4 | 96,452 | 100,007 | $4,737,344 | $6,190,786 | $3,331,076 | 16,044 |
| Kentucky | SMRF / MAX | 1992Q1-1994Q4 | 17,559 | 20,725 | $545,830 | $910,013 | $390,572 | 3,589 |
| Kentucky | SDUD | 1991Q1-1991Q4 | 2,961 | 3,401 | $77,795 | $128,833 | $56,759 | - |
| Missouri | State Claims | 1998Q1-2001Q4 | 70,680 | 75,389 | $3,448,247 | $4,263,226 | $2,087,491 | 8,304 |
| Missouri | SMRF / MAX | 1992Q1-1997Q4 | 54,763 | 66,684 | $2,070,637 | $3,184,492 | $1,246,043 | 8,024 |
| Missouri | SDUD | 1991Q1-1991Q4 | 1,568 | 2,136 | $35,736 | $63,533 | $21,377 | - |
| Michigan | State Claims | 2000Q4-2001Q4 | 14,389 | 15,986 | $537,789 | $792,346 | $300,440 | 4,479 |
| Michigan | SMRF / MAX | 1994Q1-2000Q3 | 66,339 | 81,215 | $2,551,829 | $4,222,782 | $1,393,735 | 14,000 |
| Michigan | SDUD | 1991Q1-1993Q4 | 6,844 | 9,722 | $66,162 | $157,114 | $36,565 | - |
| Louisiana | State Claims | 1995Q1-2001Q4 | 73,705 | 76,520 | $2,970,914 | $3,834,631 | $2,102,350 | 7,211 |
| Louisiana | SDUD | 1991Q1-1994Q4 | 8,417 | 9,408 | $257,830 | $407,099 | $190,429 | - |
| Wisconsin | State Claims | 1993Q2-2001Q4 | 63,647 | 70,145 | $1,683,017 | $2,440,008 | $998,395 | 13,988 |
| Wisconsin | SDUD | 1991Q1-1993Q1 | 2,976 | 3,248 | $73,335 | $105,891 | $44,110 | - |
| Total for First 11 States | | 1991-2001 | 2,015,027 | 2,134,640 | $77,067,591 | $102,887,305 | $43,343,090 | 336,125 |
| Total for Remaining 38 States | | | 851,097 | 900,501 | $34,433,402 | $48,451,768 | $21,055,294 | 148,081 |
| **Total for All 49 States** | | | **2,866,124** | **3,035,141** | **$111,500,993** | **$151,339,073** | **$64,398,384** | **484,206** |

**Table 27B: Medicaid Summary for States 31 through 49**

| State | Source | Time Period | # Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Pharm. Payments |
|---|---|---|---|---|---|---|---|---|
| Nevada | SMRF / MAX | 1999-2001 | 3,151 | 3,333 | $313,653 | $422,338 | $156,916 | 711 |
| Nevada | SDUD | 1991-1998 | 2,413 | 2,601 | $230,364 | $327,451 | $115,912 | |
| Nebraska | SMRF / MAX | 1999-2001 | 6,286 | 6,629 | $183,483 | $273,719 | $112,073 | 2,250 |
| Nebraska | SDUD | 1991-1998 | 12,779 | 13,484 | $349,284 | $484,720 | $212,924 | |
| Kansas | SMRF / MAX | 1992-2001 | 24,239 | 25,749 | $539,427 | $826,369 | $319,822 | 5,416 |
| Kansas | SDUD | 1991 | 521 | 733 | $3,784 | $10,510 | $2,170 | |
| Iowa | SMRF / MAX | 1992-2001 | 21,315 | 22,714 | $748,339 | $1,061,276 | $473,722 | 8,249 |
| Iowa | SDUD | 1991 | 682 | 864 | $20,242 | $32,121 | $12,835 | |
| South Dakota | SMRF / MAX | 1999-2001 | 3,523 | 3,716 | $121,249 | $173,158 | $82,919 | 1,018 |
| South Dakota | SDUD | 1991-1998 | 7,492 | 7,816 | $199,782 | $269,774 | $134,959 | |
| Rhode Island | SMRF / MAX | 1995,1999-01 | 3,320 | 3,544 | $146,362 | $224,157 | $79,411 | 548 |
| Rhode Island | SDUD | 1991-94,1996-98 | 2,921 | 3,054 | $162,159 | $205,523 | $86,912 | |
| Montana | SMRF / MAX | 1992-2001 | 6,811 | 7,204 | $232,208 | $327,431 | $164,312 | 1,914 |
| Montana | SDUD | 1991 | 128 | 171 | $4,709 | $7,883 | $3,378 | |
| Hawaii | SMRF / MAX | 1999-01,1992-93 | 4,676 | 5,003 | $42,857 | $72,730 | $21,989 | 451 |
| Hawaii | SDUD | 1991,1994-98 | 5,074 | 5,527 | $141,798 | $198,849 | $70,989 | |
| Maine | SMRF / MAX | 1992-2001 | 5,101 | 5,419 | $257,479 | $364,368 | $167,290 | 2,437 |
| Maine | SDUD | 1991 | 48 | 81 | $1,659 | $3,021 | $1,054 | |
| Wyoming | SMRF / MAX | 1992-2001 | 5,010 | 5,235 | $256,674 | $360,392 | $162,206 | 1,873 |
| Wyoming | SDUD | 1991 | 12 | 21 | $350 | $615 | $239 | |
| Tennessee | SDUD | 1991-1994 | 863 | 918 | $81,949 | $116,412 | $55,695 | |
| Delaware | SMRF / MAX | 1993-2001 | 5,962 | 6,381 | $206,399 | $305,021 | $103,282 | 1,299 |
| Delaware | SDUD | 1991-1992 | 171 | 221 | $4,375 | $8,418 | $2,189 | |
| North Dakota | SMRF / MAX | 1992-2001 | 3,174 | 3,362 | $147,621 | $222,881 | $103,241 | 1,925 |
| North Dakota | SDUD | 1991 | 82 | 95 | $1,359 | $2,628 | $951 | |
| Idaho | SMRF / MAX | 1996-2001 | 176 | 180 | $20,409 | $27,036 | $14,085 | 184 |
| Idaho | SDUD | 1991-1995 | 80 | 85 | $25,988 | $38,046 | $18,538 | |
| New Hampshire | SMRF / MAX | 1992-2001 | 3,424 | 3,607 | $74,806 | $112,152 | $37,403 | 1,496 |
| New Hampshire | SDUD | 1991 | 47 | 89 | $760 | $2,151 | $380 | |
| New Mexico | SMRF / MAX | 1996-2001 | 554 | 590 | $20,076 | $27,284 | $14,615 | 559 |
| New Mexico | SDUD | 1991-1995 | 415 | 453 | $4,812 | $7,921 | $3,548 | |
| Alaska | SMRF / MAX | 1992-2001 | 2,280 | 2,456 | $37,159 | $59,789 | $19,485 | 578 |
| Alaska | SDUD | 1991 | 26 | 38 | $302 | $765 | $151 | |
| Vermont | SMRF / MAX | 1992-2001 | 1,683 | 1,797 | $42,645 | $63,732 | $26,400 | 422 |
| Vermont | SDUD | 1991 | 157 | 192 | $1,806 | $4,702 | $1,119 | |
| Washington, D.C. | SMRF / MAX | 1999-2001 | 436 | 458 | $15,415 | $23,509 | $7,708 | 246 |
| Washington, D.C. | SDUD | 1991-1998 | 962 | 994 | $18,654 | $25,640 | $9,327 | |
| Total | | 1991-2001 | 135,994 | 144,814 | $4,660,397 | $6,694,492 | $2,800,149 | 31,576 |