# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : : : : | MDL NO. 1456<br><br>CIVIL ACTION NO. 1:01-cv-12257-PBS<br>1:06-cv-11337-PBS |
|  | : : : | **Judge Patti B. Saris** |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel.*<br>*Ven-A-Care of the Florida Keys, Inc. et al.*<br>*v. Abbott Laboratories Inc., et al.,*<br><br>*United States of America ex rel.*<br>*Ven-A-Care of the Florida Keys,*<br>*Inc., et al., v. Dey, Inc., et al.*<br>*Civil Action No. 05-11084-PBS*<br><br>*State of California, ex rel. Ven-A-Care*<br>*of the Florida Keys, Inc., et al., v. Abbott*<br>*Laboratories, Inc., et al.*<br>*Civil Action No. 03-cv-11226-PBS*<br><br>*United States of America ex rel.*<br>*Ven-A-Care of the Florida Keys,*<br>*Inc., et al., v. Boehringer Ingelheim, et al.*<br>*Civil Action No. 07-10258-PBS* | : : : : : : : : : : : : : : : : : : : : : : : |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Marjory P. Albee hereby withdraws her appearance as counsel for the Relator, Ven-C-Care of the Florida Keys, Inc. in all the above-captioned matters. All other counsel of record for the Relator, Ven-A-Care of the Florida Keys, Inc. will continue to appear as counsel for the plaintiff in these matters.

Dated: March 23, 2010

Respectfully Submitted,
**VEN-A-CARE OF THE FLORIDA KEYS, INC.**

By its attorneys,

BERGER & MONTAGUE, P.C

By:   ss://MARJORY P. ALBEE
Marjory P. Albee, Esquire
Sherrie R. Savett, Esquire
Susan Schneider Thomas, Esquire
Gary L. Azorsky, Esquire
Roslyn G. Pollack, Esquire
Berger & Montague, P.C
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

THE BREEN LAW FIRM
James J. Breen
Florida Bar No. 297178
Alison W. Simon
Florida Bar No. 0109568
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: (954) 874-1635
Fax: (954) 874-1705

Case 1:01-cv-12257-PBS   Document 6994   Filed 03/23/10   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on March 23 2010, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAW OF APPEARANCE to be served via LEXIS File & Serve electronic filing service pursuant to CMO #2 in this case.

    /s/ Marjory P. Albee
    Marjory P. Albee