/s/ Laurie A. Oberembt