UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)  MDL No. 1456<br>)  Civil Action No. 01-12257-PBS<br>) |
| **THIS DOCUMENT RELATES TO:** | )  Hon. Patti B. Saris<br>) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* C.A. No. 05-11084-PBS | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel for the Plaintiff United States of America in the above-captioned matter.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney

By:  /s/ *Barbara Healy Smith*
    Barbara Healy Smith
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3263

Dated: 25 March 2010

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: 25 March 2010

/s/ *Barbara Healy Smith*
Barbara Healy Smith
Assistant U.S. Attorney