# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378001401 | METHOTREXATE 2.5MG TABLET | 4/1/1991 | |
| 00378001801 | METOPROLOL 25 MG TABLET | 4/1/1991 | |
| 00378002301 | DILTIAZEM 30MG TABLET | 4/1/1991 | |
| 00378002305 | DILTIAZEM 30MG TABLET | 4/1/1991 | |
| 00378002801 | NADOLOL 20MG TABLET | 4/1/1991 | |
| 00378003001 | CLORAZEPATE 3.75MG TABLET | 4/1/1991 | |
| 00378003005 | CLORAZEPATE 3.75MG TABLET | 4/1/1991 | |
| 00378003201 | METOPROLOL 50MG TABLET | 4/1/1991 | |
| 00378003210 | METOPROLOL 50MG TABLET | 4/1/1991 | |
| 00378004001 | CLORAZEPATE 7.5MG TABLET | 4/1/1991 | |
| 00378004005 | CLORAZEPATE 7.5MG TABLET | 4/1/1991 | |
| 00378004201 | AMITRIP/PERPHEN 10-4 TABLET | 4/1/1991 | |
| 00378004501 | DILTIAZEM 60MG TABLET | 4/1/1991 | |
| 00378004505 | DILTIAZEM 60MG TABLET | 4/1/1991 | |
| 00378004701 | METOPROLOL 100MG TABLET | 4/1/1991 | |
| 00378004710 | METOPROLOL 100MG TABLET | 4/1/1991 | |
| 00378005201 | PINDOLOL 5MG TABLET | 4/1/1991 | |
| 00378005301 | CIMETIDINE 200MG TABLET | 4/1/1991 | |
| 00378005501 | TIMOLOL MALEATE 5MG TABLET | 4/1/1991 | |
| 00378006001 | MAPROTILINE 25MG TABLET | 4/1/1991 | |
| 00378006901 | INDAPAMIDE 1.25MG TABLET | 4/1/1991 | |
| 00378006905 | INDAPAMIDE 1.25MG TABLET | 4/1/1991 | |
| 00378007001 | CLORAZEPATE 15MG TABLET | 4/1/1991 | |
| 00378007301 | AMITRIP/PERPHEN 50-4 TABLET | 4/1/1991 | |
| 00378007601 | FLURBIPROFEN 50MG TABLET | 4/1/1991 | |
| 00378008001 | INDAPAMIDE 2.5MG TABLET | 4/1/1991 | |
| 00378008010 | INDAPAMIDE 2.5MG TABLET | 4/1/1991 | |
| 00378008101 | CAPTOPRIL/HCTZ 25/15 TABLET | 4/1/1991 | |
| 00378008301 | CAPTOPRIL/HCTZ 25/25 TABLET | 4/1/1991 | |
| 00378008401 | CAPTOPRIL/HCTZ 50/15 TABLET | 4/1/1991 | |
| 00378008601 | CAPTOPRIL/HCTZ 50/25 TABLET | 4/1/1991 | |
| 00378008701 | MAPROTILINE 50MG TABLET | 4/1/1991 | |
| 00378008801 | CARBIDOPA/LEVO 25/100 TB SA | 4/1/1991 | |
| 00378009201 | MAPROTILINE 75MG TABLET | 4/1/1991 | |
| 00378009301 | FLURBIPROFEN 100MG TABLET | 4/1/1991 | |
| 00378009305 | FLURBIPROFEN 100MG TABLET | 4/1/1991 | |
| 00378009401 | CARBIDOPA/LEVO 50/200 TB SA | 4/1/1991 | |
| 00378010110 | TETRACYCLINE 250MG CAPSULE | 4/1/1991 | |
| 00378010201 | TETRACYCLINE 500MG CAPSULE | 4/1/1991 | |
| 00378010205 | TETRACYCLINE 500MG CAPSULE | 4/1/1991 | |
| 00378010601 | ERYTHROMYCIN ST 250MG TAB | 4/1/1991 | |
| 00378010605 | ERYTHROMYCIN ST 250MG TAB | 4/1/1991 | |
| 00378010701 | ERYTHROMYCIN ST 500MG TAB | 4/1/1991 | |
| 00378011201 | PENICILLIN VK 500MG TABLET | 4/1/1991 | |
| 00378011210 | PENICILLIN VK 500MG TABLET | 4/1/1991 | |
| 00378011601 | AMPICILLIN TR 500MG CAPSULE | 4/1/1991 | |
| 00378011605 | AMPICILLIN TR 500MG CAPSULE | 4/1/1991 | |
| 00378012701 | PINDOLOL 10MG TABLET | 4/1/1991 | |
| 00378012901 | PROPOXYPHENE HCL 65MG CAP | 4/1/1991 | |
| 00378012905 | PROPOXYPHENE HCL 65MG CAP | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378013001 | PROPOXYPHENE/APAP 65/650 TB | 4/1/1991 | |
| 00378013005 | PROPOXYPHENE/APAP 65/650 TB | 4/1/1991 | |
| 00378013101 | PROPOXYPHENE COMP-65 CAP | 4/1/1991 | |
| 00378013501 | DILTIAZEM 90MG TABLET | 4/1/1991 | |
| 00378013505 | DILTIAZEM 90MG TABLET | 4/1/1991 | |
| 00378013701 | ALLOPURINOL 100MG TABLET | 4/1/1991 | |
| 00378013710 | ALLOPURINOL 100MG TABLET | 4/1/1991 | |
| 00378014101 | SPIRONOLACT/HCTZ 25/25 TAB | 4/1/1991 | |
| 00378014105 | SPIRONOLACT/HCTZ 25/25 TAB | 4/1/1991 | |
| 00378014301 | INDOMETHACIN 25MG CAPSULE | 4/1/1991 | |
| 00378014310 | INDOMETHACIN 25MG CAPSULE | 4/1/1991 | |
| 00378014491 | TAMOXIFEN 10MG TABLET | 4/1/1991 | |
| 00378014589 | DOXYCYCLINE 50MG CAPSULE | 4/1/1991 | |
| 00378014701 | INDOMETHACIN 50MG CAPSULE | 4/1/1991 | |
| 00378014705 | INDOMETHACIN 50MG CAPSULE | 4/1/1991 | |
| 00378014805 | DOXYCYCLINE 100MG CAPSULE | 4/1/1991 | |
| 00378015001 | CHLOROTHIAZIDE 250MG TABLET | 4/1/1991 | |
| 00378015201 | CLONIDINE HCL 0.1MG TABLET | 4/1/1991 | |
| 00378015210 | CLONIDINE HCL 0.1MG TABLET | 4/1/1991 | |
| 00378015501 | PROPOXY-N/APAP 100-650 TAB | 4/1/1991 | |
| 00378015505 | PROPOXY-N/APAP 100-650 TAB | 4/1/1991 | |
| 00378015601 | PROBENECID 500MG TABLET | 4/1/1991 | |
| 00378016001 | METHYCLOTHIAZIDE 5MG TABLET | 4/1/1991 | |
| 00378016201 | CHLOROTHIAZIDE 500MG TABLET | 4/1/1991 | |
| 00378016210 | CHLOROTHIAZIDE 500MG TABLET | 4/1/1991 | |
| 00378016705 | DOXYCYCLINE 100MG TABLET | 4/1/1991 | |
| 00378016789 | DOXYCYCLINE 100MG TABLET | 4/1/1991 | |
| 00378018101 | ALLOPURINOL 300MG TABLET | 4/1/1991 | |
| 00378018105 | ALLOPURINOL 300MG TABLET | 4/1/1991 | |
| 00378018201 | PROPRANOLOL 10MG TABLET | 4/1/1991 | |
| 00378018210 | PROPRANOLOL 10MG TABLET | 4/1/1991 | |
| 00378018301 | PROPRANOLOL 20MG TABLET | 4/1/1991 | |
| 00378018310 | PROPRANOLOL 20MG TABLET | 4/1/1991 | |
| 00378018401 | PROPRANOLOL 40MG TABLET | 4/1/1991 | |
| 00378018410 | PROPRANOLOL 40MG TABLET | 4/1/1991 | |
| 00378018501 | PROPRANOLOL 80MG TABLET | 4/1/1991 | |
| 00378018505 | PROPRANOLOL 80MG TABLET | 4/1/1991 | |
| 00378018601 | CLONIDINE HCL 0.2MG TABLET | 4/1/1991 | |
| 00378018610 | CLONIDINE HCL 0.2MG TABLET | 4/1/1991 | |
| 00378019701 | CHLORPROPAMIDE 100MG TABLET | 4/1/1991 | |
| 00378019705 | CHLORPROPAMIDE 100MG TABLET | 4/1/1991 | |
| 00378019801 | PENICILLIN VK 500MG TABLET | 4/1/1991 | |
| 00378019810 | PENICILLIN VK 500MG TABLET | 4/1/1991 | |
| 00378019901 | CLONIDINE HCL 0.3MG TABLET | 4/1/1991 | |
| 00378020505 | AMOXICILLIN 500MG CAPSULE | 4/1/1991 | |
| 00378020589 | AMOXICILLIN 500MG CAPSULE | 4/1/1991 | |
| 00378020801 | FUROSEMIDE 20MG TABLET | 4/1/1991 | |
| 00378020810 | FUROSEMIDE 20MG TABLET | 4/1/1991 | |
| 00378021001 | CHLORPROPAMIDE 250MG TABLET | 4/1/1991 | |
| 00378021010 | CHLORPROPAMIDE 250MG TABLET | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378021101 | AMITRIP/CDP 12.5-5 TABLET | 4/1/1991 | |
| 00378021105 | AMITRIP/CDP 12.5-5 TABLET | 4/1/1991 | |
| 00378021301 | CHLORTHALIDONE 50MG TABLET | 4/1/1991 | |
| 00378021310 | CHLORTHALIDONE 50MG TABLET | 4/1/1991 | |
| 00378021401 | HALOPERIDOL 2MG TABLET | 4/1/1991 | |
| 00378021410 | HALOPERIDOL 2MG TABLET | 4/1/1991 | |
| 00378021501 | TOLBUTAMIDE 500MG TABLET | 4/1/1991 | |
| 00378021505 | TOLBUTAMIDE 500MG TABLET | 4/1/1991 | |
| 00378021601 | FUROSEMIDE 40MG TABLET | 4/1/1991 | |
| 00378021610 | FUROSEMIDE 40MG TABLET | 4/1/1991 | |
| 00378021701 | TOLAZAMIDE 250MG TABLET | 4/1/1991 | |
| 00378021801 | ATENOLOL 25MG TABLET | 4/1/1991 | |
| 00378021810 | ATENOLOL 25MG TABLET | 4/1/1991 | |
| 00378022101 | TIMOLOL MALEATE 10MG TABLET | 4/1/1991 | |
| 00378022201 | CHLORTHALIDONE 25MG TABLET | 4/1/1991 | |
| 00378022210 | CHLORTHALIDONE 25MG TABLET | 4/1/1991 | |
| 00378023101 | ATENOLOL 50MG TABLET | 4/1/1991 | |
| 00378023110 | ATENOLOL 50MG TABLET | 4/1/1991 | |
| 00378023201 | FUROSEMIDE 80MG TABLET | 4/1/1991 | |
| 00378023205 | FUROSEMIDE 80MG TABLET | 4/1/1991 | |
| 00378023405 | METFORMIN HCL 500 MG TABLET | 4/1/1991 | |
| 00378023701 | ETODOLAC 400MG TABLET | 4/1/1991 | |
| 00378023705 | ETODOLAC 400MG TABLET | 4/1/1991 | |
| 00378024301 | SPIRONOLACTONE 50 MG TABLET | 4/1/1991 | |
| 00378024501 | BUMETANIDE 0.5MG TABLET | 4/1/1991 | |
| 00378025301 | ACYCLOVIR 400MG TABLET | 4/1/1991 | |
| 00378025501 | ALBUTEROL SULFATE 2MG TAB | 4/1/1991 | |
| 00378025505 | ALBUTEROL SULFATE 2MG TAB | 4/1/1991 | |
| 00378025701 | HALOPERIDOL 1MG TABLET | 4/1/1991 | |
| 00378025710 | HALOPERIDOL 1MG TABLET | 4/1/1991 | |
| 00378026101 | KETOCONAZOLE 200MG TABLET | 4/1/1991 | |
| 00378027101 | DIAZEPAM 2MG TABLET | 4/1/1991 | |
| 00378027105 | DIAZEPAM 2MG TABLET | 4/1/1991 | |
| 00378027401 | TAMOXIFEN 20MG TABLET | 4/1/1991 | |
| 00378027493 | TAMOXIFEN 20MG TABLET | 4/1/1991 | |
| 00378027701 | AMITRIP/CDP 25-10 TABLET | 4/1/1991 | |
| 00378030201 | ACYCLOVIR 800MG TABLET | 4/1/1991 | |
| 00378030501 | SOTALOL 80MG TABLET | 4/1/1991 | |
| 00378031301 | TOLMETIN SODIUM 600MG TAB | 4/1/1991 | |
| 00378031701 | CIMETIDINE 300MG TABLET | 4/1/1991 | |
| 00378031705 | CIMETIDINE 300MG TABLET | 4/1/1991 | |
| 00378032101 | LORAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 00378032105 | LORAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 00378032701 | HALOPERIDOL 5MG TABLET | 4/1/1991 | |
| 00378032710 | HALOPERIDOL 5MG TABLET | 4/1/1991 | |
| 00378033001 | AMITRIP/PERPHEN 10-2 TABLET | 4/1/1991 | |
| 00378033005 | AMITRIP/PERPHEN 10-2 TABLET | 4/1/1991 | |
| 00378034501 | DIAZEPAM 5MG TABLET | 4/1/1991 | |
| 00378034505 | DIAZEPAM 5MG TABLET | 4/1/1991 | |
| 00378034701 | PROPRANOLOL/HCTZ 80/25 TAB | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378035101 | HALOPERIDOL 0.5MG TABLET | 4/1/1991 | |
| 00378035110 | HALOPERIDOL 0.5MG TABLET | 4/1/1991 | |
| 00378035501 | DICLOFENAC SOD 100MG TAB SA | 4/1/1991 | |
| 00378035701 | PENTOXIFYLLINE 400MG TAB SA | 4/1/1991 | |
| 00378035705 | PENTOXIFYLLINE 400 MG TAB SA | 4/1/1991 | |
| 00378037001 | BUMETANIDE 1MG TABLET | 4/1/1991 | |
| 00378037201 | CIMETIDINE 400MG TABLET | 4/1/1991 | |
| 00378037205 | CIMETIDINE 400MG TABLET | 4/1/1991 | |
| 00378037301 | HYDROXYCHLOROQUINE 200MG TB | 4/1/1991 | |
| 00378037701 | NAPROXEN 250MG TABLET | 4/1/1991 | |
| 00378037705 | NAPROXEN 250MG TABLET | 4/1/1991 | |
| 00378041101 | VERAPAMIL 240MG TABLET SA | 4/1/1991 | |
| 00378041105 | VERAPAMIL 240MG TABLET SA | 4/1/1991 | |
| 00378041501 | DIPHENOXYLATE/ATROPINE TAB | 4/1/1991 | |
| 00378041510 | DIPHENOXYLATE/ATROPINE TAB | 4/1/1991 | |
| 00378041701 | BUMETANIDE 2MG TABLET | 4/1/1991 | |
| 00378042101 | METHYLDOPA 500MG TABLET | 4/1/1991 | |
| 00378042105 | METHYLDOPA 500MG TABLET | 4/1/1991 | |
| 00378042401 | METOPROLOL-HCTZ 50/25MG TAB | 4/1/1991 | |
| 00378042701 | SULINDAC 150MG TABLET | 4/1/1991 | |
| 00378043301 | BUPROPION HCL 75MG TABLET | 4/1/1991 | |
| 00378043401 | METOPROLOL-HCTZ 100/25MG TAB | 4/1/1991 | |
| 00378043501 | BUPROPION HCL 100MG TABLET | 4/1/1991 | |
| 00378043701 | SPIRONOLACTONE 100MG TABLET | 4/1/1991 | |
| 00378044201 | AMITRIP/PERPHEN 25-2 TABLET | 4/1/1991 | |
| 00378044205 | AMITRIP/PERPHEN 25-2 TABLET | 4/1/1991 | |
| 00378044501 | METOPROLOL-HCTZ 100/50MG TAB | 4/1/1991 | |
| 00378045101 | NAPROXEN 500MG TABLET | 4/1/1991 | |
| 00378045105 | NAPROXEN 500MG TABLET | 4/1/1991 | |
| 00378045701 | LORAZEPAM 1MG TABLET | 4/1/1991 | |
| 00378045705 | LORAZEPAM 1MG TABLET | 4/1/1991 | |
| 00378045710 | LORAZEPAM 1MG TABLET | 4/1/1991 | |
| 00378047101 | FENOPROFEN 600MG TABLET | 4/1/1991 | |
| 00378047701 | DIAZEPAM 10MG TABLET | 4/1/1991 | |
| 00378047705 | DIAZEPAM 10MG TABLET | 4/1/1991 | |
| 00378050101 | BISOPROLOL/HCTZ 2.5/6.25 TB | 4/1/1991 | |
| 00378050301 | BISOPROLOL/HCTZ 5/6.25 TAB | 4/1/1991 | |
| 00378050501 | BISOPROLOL/HCTZ 10/6.25 TAB | 4/1/1991 | |
| 00378050701 | METHYLDOPA/HCTZ 250-15 TAB | 4/1/1991 | |
| 00378051201 | VERAPAMIL 80MG TABLET | 4/1/1991 | |
| 00378051210 | VERAPAMIL 80MG TABLET | 4/1/1991 | |
| 00378052501 | DILTIAZEM 120MG TABLET | 4/1/1991 | |
| 00378053101 | SULINDAC 200MG TABLET | 4/1/1991 | |
| 00378053701 | NAPROXEN SODIUM 275MG TAB | 4/1/1991 | |
| 00378053705 | NAPROXEN SODIUM 275MG TAB | 4/1/1991 | |
| 00378054101 | CIMETIDINE 800MG TABLET | 4/1/1991 | |
| 00378055101 | TOLAZAMIDE 500MG TABLET | 4/1/1991 | |
| 00378055501 | NAPROXEN 375MG TABLET | 4/1/1991 | |
| 00378055505 | NAPROXEN 375MG TABLET | 4/1/1991 | |
| 00378057201 | ALBUTEROL SULFATE 4MG TAB | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378057205 | ALBUTEROL SULFATE 4MG TAB | 4/1/1991 | |
| 00378057401 | AMITRIP/PERPHEN 25-4 TABLET | 4/1/1991 | |
| 00378057405 | AMITRIP/PERPHEN 25-4 TABLET | 4/1/1991 | |
| 00378057701 | AMILORIDE HCL/HCTZ 5/50 TAB | 4/1/1991 | |
| 00378057705 | AMILORIDE HCL/HCTZ 5/50 TAB | 4/1/1991 | |
| 00378061101 | METHYLDOPA 250MG TABLET | 4/1/1991 | |
| 00378061110 | METHYLDOPA 250MG TABLET | 4/1/1991 | |
| 00378061201 | THIORIDAZINE 10MG TABLET | 4/1/1991 | |
| 00378061210 | THIORIDAZINE 10MG TABLET | 4/1/1991 | |
| 00378061401 | THIORIDAZINE 25MG TABLET | 4/1/1991 | |
| 00378061410 | THIORIDAZINE 25MG TABLET | 4/1/1991 | |
| 00378061601 | THIORIDAZINE 50MG TABLET | 4/1/1991 | |
| 00378061610 | THIORIDAZINE 50MG TABLET | 4/1/1991 | |
| 00378061801 | THIORIDAZINE 100MG TABLET | 4/1/1991 | |
| 00378061810 | THIORIDAZINE 100MG TABLET | 4/1/1991 | |
| 00378071101 | METHYLDOPA/HCTZ 250-25 TAB | 4/1/1991 | |
| 00378071110 | METHYLDOPA/HCTZ 250-25 TAB | 4/1/1991 | |
| 00378071201 | ENALAPRIL/HCTZ 5-12.5MG TAB | 4/1/1991 | |
| 00378071501 | TIMOLOL MALEATE 20MG TABLET | 4/1/1991 | |
| 00378072301 | ENALAPRIL/HCTZ 10-25MG TAB | 4/1/1991 | |
| 00378072419 | TIZANIDINE HCL 4 MG TABLET | 4/1/1991 | |
| 00378073101 | PROPRANOLOL/HCTZ 40/25 TAB | 4/1/1991 | |
| 00378073301 | NAPROXEN SODIUM 550MG TAB | 4/1/1991 | |
| 00378073305 | NAPROXEN SODIUM 550MG TAB | 4/1/1991 | |
| 00378075101 | CYCLOBENZAPRINE 10MG TABLET | 4/1/1991 | |
| 00378075110 | CYCLOBENZAPRINE 10MG TABLET | 4/1/1991 | |
| 00378075701 | ATENOLOL 100MG TABLET | 4/1/1991 | |
| 00378075710 | ATENOLOL 100 MG TABLET | 4/1/1991 | |
| 00378077201 | VERAPAMIL 120MG TABLET | 4/1/1991 | |
| 00378077205 | VERAPAMIL 120MG TABLET | 4/1/1991 | |
| 00378077701 | LORAZEPAM 2MG TABLET | 4/1/1991 | |
| 00378077705 | LORAZEPAM 2MG TABLET | 4/1/1991 | |
| 00378081001 | HCTZ 12.5MG CAPSULE | 4/1/1991 | |
| 00378082501 | CLOZAPINE 25MG TABLET | 4/1/1991 | |
| 00378086001 | CLOZAPINE 100MG TABLET | 4/1/1991 | |
| 00378086005 | CLOZAPINE 100MG TABLET | 4/1/1991 | |
| 00378100101 | THIOTHIXENE 1MG CAPSULE | 4/1/1991 | |
| 00378100501 | AZATHIOPRINE 50MG TABLET | 4/1/1991 | |
| 00378101001 | PIROXICAM 10MG CAPSULE | 4/1/1991 | |
| 00378102005 | NICARDIPINE 20MG CAPSULE | 4/1/1991 | |
| 00378102077 | NICARDIPINE 20MG CAPSULE | 4/1/1991 | |
| 00378104901 | DOXEPIN 10MG CAPSULE | 4/1/1991 | |
| 00378104910 | DOXEPIN 10MG CAPSULE | 4/1/1991 | |
| 00378105101 | ENALAPRIL MALEATE 2.5MG TAB | 4/1/1991 | |
| 00378105105 | ENALAPRIL MALEATE 2.5MG TAB | 4/1/1991 | |
| 00378105201 | ENALAPRIL MALEATE 5MG TAB | 4/1/1991 | |
| 00378105210 | ENALAPRIL MALEATE 5MG TAB | 4/1/1991 | |
| 00378105301 | ENALAPRIL MALEATE 10MG TAB | 4/1/1991 | |
| 00378105310 | ENALAPRIL MALEATE 10MG TAB | 4/1/1991 | |
| 00378105401 | ENALAPRIL MALEATE 20MG TAB | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378105405 | ENALAPRIL MALEATE 20MG TAB | 4/1/1991 | |
| 00378110101 | PRAZOSIN 1MG CAPSULE | 4/1/1991 | |
| 00378110110 | PRAZOSIN 1MG CAPSULE | 4/1/1991 | |
| 00378110125 | PRAZOSIN 1MG CAPSULE | 4/1/1991 | |
| 00378110501 | GLIPIZIDE 5MG TABLET | 4/1/1991 | |
| 00378110505 | GLIPIZIDE 5MG TABLET | 4/1/1991 | |
| 00378111001 | GLIPIZIDE 10MG TABLET | 4/1/1991 | |
| 00378111005 | GLIPIZIDE 10MG TABLET | 4/1/1991 | |
| 00378111301 | GLYBURIDE MICRO 1.5MG TAB | 4/1/1991 | |
| 00378112001 | VERAPAMIL 120MG TABLET SA | 4/1/1991 | |
| 00378112501 | GLYBURIDE MICRO 3MG TABLET | 4/1/1991 | |
| 00378112510 | GLYBURIDE MICRO 3MG TABLET | 4/1/1991 | |
| 00378113201 | NADOLOL 80MG TABLET | 4/1/1991 | |
| 00378113210 | NADOLOL 80MG TABLET | 4/1/1991 | |
| 00378113401 | KETOROLAC 10MG TABLET | 4/1/1991 | |
| 00378113405 | KETOROLAC 10MG TABLET | 4/1/1991 | |
| 00378114001 | BUSPIRONE HCL 5 MG TABLET | 4/1/1991 | |
| 00378114201 | GLYBURIDE MICRO 6MG TABLET | 4/1/1991 | |
| 00378115001 | BUSPIRONE HCL 10 MG TABLET | 4/1/1991 | |
| 00378115505 | PROPOXY-N/APAP 100-650 TAB | 4/1/1991 | |
| 00378116001 | GUANFACINE 1MG TABLET | 4/1/1991 | |
| 00378116580 | BUSPIRONE HCL 15MG TABLET | 4/1/1991 | |
| 00378116591 | BUSPIRONE HCL 15MG TABLET | 4/1/1991 | |
| 00378117101 | NADOLOL 40MG TABLET | 4/1/1991 | |
| 00378117110 | NADOLOL 40MG TABLET | 4/1/1991 | |
| 00378117591 | BUSPIRONE HCL 30MG TABLET | 4/1/1991 | |
| 00378117701 | OXAPROZIN 600MG TABLET | 4/1/1991 | |
| 00378118001 | VERAPAMIL 180MG TABLET SA | 4/1/1991 | |
| 00378118005 | VERAPAMIL 180MG TABLET SA | 4/1/1991 | |
| 00378119001 | GUANFACINE 2MG TABLET | 4/1/1991 | |
| 00378120001 | ACEBUTOLOL 200MG CAPSULE | 4/1/1991 | |
| 00378124201 | ETODOLAC 500MG TABLET | 4/1/1991 | |
| 00378124205 | ETODOLAC 500MG TABLET | 4/1/1991 | |
| 00378135201 | TRIAMTERENE/HCTZ 37.5/25 TB | 4/1/1991 | |
| 00378135205 | TRIAMTERENE/HCTZ 37.5/25 TB | 4/1/1991 | |
| 00378135501 | TRIAMTERENE/HCTZ 75/50 TAB | 4/1/1991 | |
| 00378135505 | TRIAMTERENE/HCTZ 75/50 TAB | 4/1/1991 | |
| 00378140001 | ACEBUTOLOL 400MG CAPSULE | 4/1/1991 | |
| 00378141001 | NORTRIPTYLINE HCL 10MG CAP | 4/1/1991 | |
| 00378143005 | NICARDIPINE 30MG CAPSULE | 4/1/1991 | |
| 00378143077 | NICARDIPINE 30MG CAPSULE | 4/1/1991 | |
| 00378145201 | ESTRADIOL 0.5MG TABLET | 4/1/1991 | |
| 00378145205 | ESTRADIOL 0.5MG TABLET | 4/1/1991 | |
| 00378145401 | ESTRADIOL 1MG TABLET | 4/1/1991 | |
| 00378145405 | ESTRADIOL 1MG TABLET | 4/1/1991 | |
| 00378145801 | ESTRADIOL 2MG TABLET | 4/1/1991 | |
| 00378145805 | ESTRADIOL 2MG TABLET | 4/1/1991 | |
| 00378146401 | ACYCLOVIR 400MG TABLET | 4/1/1991 | |
| 00378146801 | ACYCLOVIR 800MG TABLET | 4/1/1991 | |
| 00378156001 | PHENYTOIN SOD EXT 100MG CAP | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378156010 | PHENYTOIN SOD EXT 100MG CAP | 4/1/1991 | |
| 00378157001 | TERAZOSIN 10MG CAPSULE | 4/1/1991 | |
| 00378161001 | DICYCLOMINE 10MG CAPSULE | 4/1/1991 | |
| 00378161005 | DICYCLOMINE 10MG CAPSULE | 4/1/1991 | |
| 00378162001 | DICYCLOMINE 20MG TABLET | 4/1/1991 | |
| 00378162005 | DICYCLOMINE 20MG TABLET | 4/1/1991 | |
| 00378165001 | NITROFURANTOIN MCR 50MG CAP | 4/1/1991 | |
| 00378165005 | NITROFURANTOIN MCR 50MG CAP | 4/1/1991 | |
| 00378170001 | NITROFURANTOIN MCR 100MG CP | 4/1/1991 | |
| 00378180001 | LEVOTHYROXINE 25MCG TAB | 4/1/1991 | |
| 00378180301 | LEVOTHYROXINE 50MCG TABLET | 4/1/1991 | |
| 00378180501 | LEVOTHYROXINE 75MCG TABLET | 4/1/1991 | |
| 00378180701 | LEVOTHYROXINE 88MCG TABLET | 4/1/1991 | |
| 00378180901 | LEVOTHYROXINE 100MCG TABLET | 4/1/1991 | |
| 00378181101 | LEVOTHYROXINE 112MCG TABLET | 4/1/1991 | |
| 00378181301 | LEVOTHYROXINE 125MCG TABLET | 4/1/1991 | |
| 00378181501 | LEVOTHYROXINE 150MCG TABLET | 4/1/1991 | |
| 00378181701 | LEVOTHYROXINE 175MCG TABLET | 4/1/1991 | |
| 00378181901 | LEVOTHYROXINE 200MCG TABLET | 4/1/1991 | |
| 00378182101 | LEVOTHYROXINE 300 MCG TABLET | 4/1/1991 | |
| 00378191001 | CLONAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 00378191010 | CLONAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 00378191201 | CLONAZEPAM 1MG TABLET | 4/1/1991 | |
| 00378191210 | CLONAZEPAM 1MG TABLET | 4/1/1991 | |
| 00378191401 | CLONAZEPAM 2MG TABLET | 4/1/1991 | |
| 00378191405 | CLONAZEPAM 2MG TABLET | 4/1/1991 | |
| 00378200201 | THIOTHIXENE 2MG CAPSULE | 4/1/1991 | |
| 00378200210 | THIOTHIXENE 2MG CAPSULE | 4/1/1991 | |
| 00378202001 | PIROXICAM 20MG CAPSULE | 4/1/1991 | |
| 00378202005 | PIROXICAM 20MG CAPSULE | 4/1/1991 | |
| 00378204201 | BROMOCRIPTINE 2.5 MG TABLET | 4/1/1991 | |
| 00378204293 | BROMOCRIPTINE 2.5 MG TABLET | 4/1/1991 | |
| 00378206301 | ATENOLOL/CHLORTHAL 50/25 TB | 4/1/1991 | |
| 00378206401 | ATENOLOL/CHLORTHAL 100/25 | 4/1/1991 | |
| 00378210001 | LOPERAMIDE 2MG CAPSULE | 4/1/1991 | |
| 00378210005 | LOPERAMIDE 2MG CAPSULE | 4/1/1991 | |
| 00378214601 | SPIRONOLACTONE 25MG TABLET | 4/1/1991 | |
| 00378214605 | SPIRONOLACTONE 25MG TABLET | 4/1/1991 | |
| 00378215001 | MECLOFENAMATE 50MG CAPSULE | 4/1/1991 | |
| 00378215005 | MECLOFENAMATE 50MG CAPSULE | 4/1/1991 | |
| 00378220001 | ACYCLOVIR 200MG CAPSULE | 4/1/1991 | |
| 00378220005 | ACYCLOVIR 200MG CAPSULE | 4/1/1991 | |
| 00378225291 | SELEGILINE HCL 5 MG CAPSULE | 4/1/1991 | |
| 00378226001 | TERAZOSIN 1MG CAPSULE | 4/1/1991 | |
| 00378226401 | TERAZOSIN 2MG CAPSULE | 4/1/1991 | |
| 00378226801 | TERAZOSIN 5MG CAPSULE | 4/1/1991 | |
| 00378230201 | PRAZOSIN 2MG CAPSULE | 4/1/1991 | |
| 00378230210 | PRAZOSIN 2MG CAPSULE | 4/1/1991 | |
| 00378230225 | PRAZOSIN 2MG CAPSULE | 4/1/1991 | |
| 00378232501 | NORTRIPTYLINE HCL 25MG CAP | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378240101 | TRIFLUOPERAZINE 1MG TABLET | 4/1/1991 | |
| 00378240201 | TRIFLUOPERAZINE 2MG TABLET | 4/1/1991 | |
| 00378240501 | TRIFLUOPERAZINE 5MG TABLET | 4/1/1991 | |
| 00378240505 | TRIFLUOPERAZINE 5MG TABLET | 4/1/1991 | |
| 00378241001 | TRIFLUOPERAZINE 10MG TABLET | 4/1/1991 | |
| 00378241005 | TRIFLUOPERAZINE 10MG TABLET | 4/1/1991 | |
| 00378247401 | DICLOFENAC POT 50MG TABLET | 4/1/1991 | |
| 00378253701 | TRIAMTERENE/HCTZ 37.5/25 CP | 4/1/1991 | |
| 00378253710 | TRIAMTERENE/HCTZ 37.5/25 CP | 4/1/1991 | |
| 00378261001 | AMITRIPTYLINE HCL 10MG TAB | 4/1/1991 | |
| 00378261010 | AMITRIPTYLINE HCL 10MG TAB | 4/1/1991 | |
| 00378262501 | AMITRIPTYLINE HCL 25MG TAB | 4/1/1991 | |
| 00378262510 | AMITRIPTYLINE HCL 25MG TAB | 4/1/1991 | |
| 00378265001 | AMITRIPTYLINE HCL 50MG TAB | 4/1/1991 | |
| 00378265010 | AMITRIPTYLINE HCL 50MG TAB | 4/1/1991 | |
| 00378267501 | AMITRIPTYLINE HCL 75MG TAB | 4/1/1991 | |
| 00378268501 | AMITRIPTYLINE HCL 100MG TAB | 4/1/1991 | |
| 00378269501 | AMITRIPTYLINE HCL 150MG TAB | 4/1/1991 | |
| 00378300001 | MECLOFENAMATE 100MG CAPSULE | 4/1/1991 | |
| 00378300005 | MECLOFENAMATE 100MG CAPSULE | 4/1/1991 | |
| 00378300501 | THIOTHIXENE 5MG CAPSULE | 4/1/1991 | |
| 00378300510 | THIOTHIXENE 5MG CAPSULE | 4/1/1991 | |
| 00378300701 | CAPTOPRIL 12.5MG TABLET | 4/1/1991 | |
| 00378300710 | CAPTOPRIL 12.5MG TABLET | 4/1/1991 | |
| 00378301201 | CAPTOPRIL 25MG TABLET | 4/1/1991 | |
| 00378301210 | CAPTOPRIL 25MG TABLET | 4/1/1991 | |
| 00378301701 | CAPTOPRIL 50MG TABLET | 4/1/1991 | |
| 00378301710 | CAPTOPRIL 50MG TABLET | 4/1/1991 | |
| 00378302201 | CAPTOPRIL 100MG TABLET | 4/1/1991 | |
| 00378302501 | CLOMIPRAMINE 25MG CAPSULE | 4/1/1991 | |
| 00378305001 | CLOMIPRAMINE 50MG CAPSULE | 4/1/1991 | |
| 00378307501 | CLOMIPRAMINE 75MG CAPSULE | 4/1/1991 | |
| 00378312501 | DOXEPIN 25MG CAPSULE | 4/1/1991 | |
| 00378312510 | DOXEPIN 25MG CAPSULE | 4/1/1991 | |
| 00378320501 | PRAZOSIN 5MG CAPSULE | 4/1/1991 | |
| 00378320505 | PRAZOSIN 5MG CAPSULE | 4/1/1991 | |
| 00378320525 | PRAZOSIN 5MG CAPSULE | 4/1/1991 | |
| 00378325001 | NORTRIPTYLINE HCL 50MG CAP | 4/1/1991 | |
| 00378325201 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 00378325205 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 00378325291 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 00378325401 | RANITIDINE 300MG TABLET | 4/1/1991 | |
| 00378325405 | RANITIDINE 300MG TABLET | 4/1/1991 | |
| 00378325493 | RANITIDINE 300MG TABLET | 4/1/1991 | |
| 00378326694 | ETOPOSIDE 50MG CAPSULE | 4/1/1991 | |
| 00378333170 | LACTULOSE 10GM/15ML SOLN | 4/1/1991 | |
| 00378333172 | LACTULOSE 10GM/15ML SOLN | 4/1/1991 | |
| 00378333174 | LACTULOSE 10GM/15ML SOLN | 4/1/1991 | |
| 00378335099 | ESTRADIOL 0.05MG/DAY PATCH | 4/1/1991 | |
| 00378335299 | ESTRADIOL 0.1MG/DAY PATCH | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378335401 | ORPHENADRINE COMP TABLET | 4/1/1991 | |
| 00378335601 | ORPHENADRINE COMP FORTE TAB | 4/1/1991 | |
| 00378335801 | ORPHENADRINE 100MG TAB SA | 4/1/1991 | |
| 00378335805 | ORPHENADRINE 100MG TAB SA | 4/1/1991 | |
| 00378340172 | ALBUTEROL SULF 2MG/5ML SYRP | 4/1/1991 | |
| 00378342201 | NITROFURANTOIN-MACRO 100 MG | 4/1/1991 | |
| 00378342524 | PREDNISOLONE 15MG/5ML SYRUP | 4/1/1991 | |
| 00378342548 | PREDNISOLONE 15MG/5ML SYRUP | 4/1/1991 | |
| 00378347501 | NIFEDIPINE ER 30MG TAB SA | 4/1/1991 | |
| 00378347530 | NIFEDIPINE ER 30MG TAB SA | 4/1/1991 | |
| 00378348201 | NIFEDIPINE ER 60MG TAB SA | 4/1/1991 | |
| 00378348230 | NIFEDIPINE ER 60MG TAB SA | 4/1/1991 | |
| 00378349501 | NIFEDIPINE ER 90MG TAB SA | 4/1/1991 | |
| 00378351593 | MIRTAZAPINE 15MG TABLET | 4/1/1991 | |
| 00378353093 | MIRTAZAPINE 30MG TABLET | 4/1/1991 | |
| 00378354593 | MIRTAZAPINE 45MG TABLET | 4/1/1991 | |
| 00378400101 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00378400105 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00378400301 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 00378400305 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 00378400501 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 00378400505 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 00378400701 | ALPRAZOLAM 2MG TABLET | 4/1/1991 | |
| 00378401001 | TEMAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 00378401005 | TEMAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 00378402101 | DOXAZOSIN MESYLATE 1MG TAB | 4/1/1991 | |
| 00378402201 | DOXAZOSIN MESYLATE 2MG TAB | 4/1/1991 | |
| 00378402401 | DOXAZOSIN MESYLATE 4MG TAB | 4/1/1991 | |
| 00378402801 | DOXAZOSIN MESYLATE 8MG TAB | 4/1/1991 | |
| 00378407001 | KETOPROFEN 50MG CAPSULE | 4/1/1991 | |
| 00378417501 | NORTRIPTYLINE HCL 75MG CAP | 4/1/1991 | |
| 00378421001 | FLUOXETINE 10MG CAPSULE | 4/1/1991 | |
| 00378422001 | FLUOXETINE 20MG CAPSULE | 4/1/1991 | |
| 00378425001 | DOXEPIN 50MG CAPSULE | 4/1/1991 | |
| 00378425010 | DOXEPIN 50MG CAPSULE | 4/1/1991 | |
| 00378441501 | FLURAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 00378441505 | FLURAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 00378443001 | FLURAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 00378443005 | FLURAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 00378455101 | ESTROPIPATE 0.625 TABLET | 4/1/1991 | |
| 00378455301 | ESTROPIPATE 1.25 TABLET | 4/1/1991 | |
| 00378501001 | THIOTHIXENE 10MG CAPSULE | 4/1/1991 | |
| 00378501010 | THIOTHIXENE 10MG CAPSULE | 4/1/1991 | |
| 00378505001 | TEMAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 00378505005 | TEMAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 00378510501 | PROCHLORPERAZINE 5MG TABLET | 4/1/1991 | |
| 00378511001 | PROCHLORPERAZINE 10MG TAB | 4/1/1991 | |
| 00378520001 | TOLMETIN SODIUM 400MG CAP | 4/1/1991 | |
| 00378522001 | DILTIAZEM ER 120MG CAP SA | 4/1/1991 | |
| 00378522005 | DILTIAZEM ER 120MG CAP SA | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00378528001 | DILTIAZEM ER 180MG CAP SA | 4/1/1991 | |
| 00378528005 | DILTIAZEM ER 180MG CAP SA | 4/1/1991 | |
| 00378534001 | DILTIAZEM ER 240MG CAP SA | 4/1/1991 | |
| 00378534005 | DILTIAZEM ER 240MG CAP SA | 4/1/1991 | |
| 00378537501 | DOXEPIN 75MG CAPSULE | 4/1/1991 | |
| 00378537510 | DOXEPIN 75MG CAPSULE | 4/1/1991 | |
| 00378575001 | KETOPROFEN 75MG CAPSULE | 4/1/1991 | |
| 00378600401 | FLUPHENAZINE 1MG TABLET | 4/1/1991 | |
| 00378600405 | FLUPHENAZINE 1MG TABLET | 4/1/1991 | |
| 00378600901 | FLUPHENAZINE 2.5MG TABLET | 4/1/1991 | |
| 00378600905 | FLUPHENAZINE 2.5MG TABLET | 4/1/1991 | |
| 00378602501 | CEPHALEXIN 250MG CAPSULE | 4/1/1991 | |
| 00378605001 | CEPHALEXIN 500MG CAPSULE | 4/1/1991 | |
| 00378605005 | CEPHALEXIN 500MG CAPSULE | 4/1/1991 | |
| 00378606001 | DILTIAZEM ER 60MG CAP SA | 4/1/1991 | |
| 00378607401 | FLUPHENAZINE 5MG TABLET | 4/1/1991 | |
| 00378607405 | FLUPHENAZINE 5MG TABLET | 4/1/1991 | |
| 00378609001 | DILTIAZEM ER 90MG CAP SA | 4/1/1991 | |
| 00378609701 | FLUPHENAZINE 10MG TABLET | 4/1/1991 | |
| 00378609705 | FLUPHENAZINE 10MG TABLET | 4/1/1991 | |
| 00378612001 | DILTIAZEM ER 120MG CAP SA | 4/1/1991 | |
| 00378632001 | VERAPAMIL 120MG CAP PELLET | 4/1/1991 | |
| 00378638001 | VERAPAMIL 180MG CAP PELLET | 4/1/1991 | |
| 00378640001 | ERYTHROMYCIN ES 400MG TAB | 4/1/1991 | |
| 00378640005 | ERYTHROMYCIN ES 400MG TAB | 4/1/1991 | |
| 00378641001 | DOXEPIN 100MG CAPSULE | 4/1/1991 | |
| 00378641010 | DOXEPIN 100MG CAPSULE | 4/1/1991 | |
| 00378644001 | VERAPAMIL 240MG CAP PELLET | 4/1/1991 | |
| 00378720001 | ETODOLAC 200MG CAPSULE | 4/1/1991 | |
| 00378723301 | ETODOLAC 300MG CAPSULE | 4/1/1991 | |
| 00378723305 | ETODOLAC 300MG CAPSULE | 4/1/1991 | |
| 00378725001 | CEFACLOR 250MG CAPSULE | 4/1/1991 | |
| 00378750001 | CEFACLOR 500MG CAPSULE | 4/1/1991 | |
| 00378760206 | CEFACLOR 125MG/5ML SUSPEN | 4/1/1991 | |
| 00378760212 | CEFACLOR 125MG/5ML SUSPEN | 4/1/1991 | |
| 00378760402 | CEFACLOR 187MG/5ML SUSPEN | 4/1/1991 | |
| 00378760409 | CEFACLOR 187MG/5ML SUSPEN | 4/1/1991 | |
| 00378761006 | CEFACLOR 250MG/5ML SUSPEN | 4/1/1991 | |
| 00378761012 | CEFACLOR 250MG/5ML SUSPEN | 4/1/1991 | |
| 00378761202 | CEFACLOR 375MG/5ML SUSPEN | 4/1/1991 | |
| 00378761209 | CEFACLOR 375MG/5ML SUSPEN | 4/1/1991 | |
| 00378820001 | KETOPROFEN 200MG CAPSULE SA | 4/1/1991 | |
| 00378900493 | NITROGLYCERIN .2MG/HR PATCH | 4/1/1991 | |
| 00378901293 | NITROGLYCERIN .4MG/HR PATCH | 4/1/1991 | |
| 00378901693 | NITROGLYCERIN .6MG/HR PATCH | 4/1/1991 | |
| 00378910293 | NITROGLYCERIN 0.1MG/HR PTCH | 4/1/1991 | |
| 00378910493 | NITROGLYCERIN .2MG/HR PATCH | 4/1/1991 | |
| 00378911293 | NITROGLYCERIN .4MG/HR PATCH | 4/1/1991 | |
| 00378911693 | NITROGLYCERIN .6MG/HR PATCH | 4/1/1991 | |
| 00378963943 | BUTORPHANOL 10MG/ML SPRAY | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 59911594401 | BUTORPHANOL 10MG/ML SPRAY | 4/1/1991 | |
| 51079000220 | ACETAMINOPHEN 325MG TABLET | 4/1/1991 | |
| 51079000222 | ACETAMINOPHEN 325MG TABLET | 4/1/1991 | |
| 51079000240 | ACETAMINOPHEN 325MG TABLET | 4/1/1991 | |
| 51079000420 | VITAMIN C 500MG TABLET | 4/1/1991 | |
| 51079000520 | ASPIRIN 325MG TABLET | 4/1/1991 | |
| 51079001520 | NEOMYCIN 500MG TABLET | 4/1/1991 | |
| 51079001820 | ASPIRIN 325MG TABLET EC | 4/1/1991 | |
| 51079001920 | DOCUSATE SODIUM 100MG CAP | 4/1/1991 | |
| 51079001940 | DOCUSATE SODIUM 100MG CAP | 4/1/1991 | |
| 51079001960 | DOCUSATE SODIUM 100MG CAP | 4/1/1991 | |
| 51079004120 | FOLIC ACID 1MG TABLET | 4/1/1991 | |
| 51079004920 | HYDROCHLOROTHIAZIDE 25MG TB | 4/1/1991 | |
| 51079006020 | CHLOROTHIAZIDE 250MG TABLET | 4/1/1991 | |
| 51079006120 | CHLOROTHIAZIDE 500MG TABLET | 4/1/1991 | |
| 51079006620 | DIPHENHYDRAMINE 50MG CAPS | 4/1/1991 | |
| 51079006820 | DIPYRIDAMOLE 25MG TABLET | 4/1/1991 | |
| 51079006920 | DIPYRIDAMOLE 50MG TABLET | 4/1/1991 | |
| 51079007220 | FUROSEMIDE 20MG TABLET | 4/1/1991 | |
| 51079007320 | FUROSEMIDE 40MG TABLET | 4/1/1991 | |
| 51079008220 | ISONIAZID 100MG TABLET | 4/1/1991 | |
| 51079010320 | SPIRONOLACTONE 25MG TABLET | 4/1/1991 | |
| 51079010420 | SPIRONOLACT/HCTZ 25/25 TAB | 4/1/1991 | |
| 51079010720 | AMITRIPTYLINE HCL 25MG TAB | 4/1/1991 | |
| 51079011120 | HYDROCHLOROTHIAZIDE 50MG TB | 4/1/1991 | |
| 51079011520 | TRIHEXYPHENIDYL 2MG TABLET | 4/1/1991 | |
| 51079012420 | TRIHEXYPHENIDYL 5MG TABLET | 4/1/1991 | |
| 51079012620 | METRONIDAZOLE 500MG TABLET | 4/1/1991 | |
| 51079013020 | CHLORPROMAZINE 50MG TABLET | 4/1/1991 | |
| 51079013120 | AMITRIPTYLINE HCL 10MG TAB | 4/1/1991 | |
| 51079013320 | AMITRIPTYLINE HCL 50MG TAB | 4/1/1991 | |
| 51079014121 | CHLORDIAZEPOXIDE 25MG CAP | 4/1/1991 | |
| 51079016120 | ACETAMINOPHEN/COD #3 TABLET | 4/1/1991 | |
| 51079016121 | ACETAMINOPHEN/COD #3 TABLET | 4/1/1991 | |
| 51079019020 | INDOMETHACIN 25MG CAPSULE | 4/1/1991 | |
| 51079019120 | INDOMETHACIN 50MG CAPSULE | 4/1/1991 | |
| 51079020020 | METHYLDOPA 250MG TABLET | 4/1/1991 | |
| 51079020120 | METHYLDOPA 500MG TABLET | 4/1/1991 | |
| 51079020620 | ALLOPURINOL 300MG TABLET | 4/1/1991 | |
| 51079022020 | BENZTROPINE MES 0.5MG TAB | 4/1/1991 | |
| 51079022120 | BENZTROPINE MES 1MG TABLET | 4/1/1991 | |
| 51079022220 | BENZTROPINE MES 2MG TABLET | 4/1/1991 | |
| 51079027720 | PROPRANOLOL 10MG TABLET | 4/1/1991 | |
| 51079027820 | PROPRANOLOL 20MG TABLET | 4/1/1991 | |
| 51079027920 | PROPRANOLOL 40MG TABLET | 4/1/1991 | |
| 51079028120 | IBUPROFEN 400MG TABLET | 4/1/1991 | |
| 51079028220 | IBUPROFEN 600MG TABLET | 4/1/1991 | |
| 51079028298 | IBUPROFEN 600MG TABLET | 4/1/1991 | |
| 51079028320 | METOCLOPRAMIDE 10MG TAB | 4/1/1991 | |
| 51079028520 | DIAZEPAM 5MG TABLET | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 51079028521 | DIAZEPAM 5MG TABLET | 4/1/1991 | |
| 51079029820 | VALPROIC ACID 250MG CAPSULE | 4/1/1991 | |
| 51079029920 | CLONIDINE HCL 0.1MG TABLET | 4/1/1991 | |
| 51079030020 | CLONIDINE HCL 0.2MG TABLET | 4/1/1991 | |
| 51079030120 | CLONIDINE HCL 0.3MG TABLET | 4/1/1991 | |
| 51079032220 | PROPOXY-N/APAP 100-650 TAB | 4/1/1991 | |
| 51079032221 | PROPOXY-N/APAP 100-650 TAB | 4/1/1991 | |
| 51079037420 | CHLORDIAZEPOXIDE 5MG CAP | 4/1/1991 | |
| 51079037421 | CHLORDIAZEPOXIDE 5MG CAP | 4/1/1991 | |
| 51079038520 | CARBAMAZEPINE 200MG TABLET | 4/1/1991 | |
| 51079038620 | LORAZEPAM 1MG TABLET | 4/1/1991 | |
| 51079038720 | LORAZEPAM 2MG TABLET | 4/1/1991 | |
| 51079039620 | ACETAMINOPHEN 500MG CAPLET | 4/1/1991 | |
| 51079041720 | LORAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 51079041820 | TEMAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 51079041821 | TEMAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 51079041920 | TEMAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 51079041921 | TEMAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 51079042020 | HYDROCODONE/APAP 5/500 TAB | 4/1/1991 | |
| 51079042910 | METOCLOPRAMIDE 5MG/5ML SYRP | 4/1/1991 | |
| 51079043420 | MEGESTROL 20MG TABLET | 4/1/1991 | |
| 51079043520 | MEGESTROL 40MG TABLET | 4/1/1991 | |
| 51079047920 | OXAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 51079048120 | AMANTADINE 100MG CAPSULE | 4/1/1991 | |
| 51079048520 | FLUPHENAZINE 1MG TABLET | 4/1/1991 | |
| 51079048620 | FLUPHENAZINE 2.5MG TABLET | 4/1/1991 | |
| 51079048720 | FLUPHENAZINE 5MG TABLET | 4/1/1991 | |
| 51079048820 | FLUPHENAZINE 10MG TABLET | 4/1/1991 | |
| 51079051620 | CHLORPROMAZINE 100MG TABLET | 4/1/1991 | |
| 51079051720 | CHLORPROMAZINE 200MG TABLET | 4/1/1991 | |
| 51079051820 | CHLORPROMAZINE 10MG TABLET | 4/1/1991 | |
| 51079051920 | CHLORPROMAZINE 25MG TABLET | 4/1/1991 | |
| 51079052720 | FUROSEMIDE 80MG TABLET | 4/1/1991 | |
| 51079056320 | AMITRIPTYLINE HCL 100MG TAB | 4/1/1991 | |
| 51079056420 | AMITRIPTYLINE HCL 150MG TAB | 4/1/1991 | |
| 51079056520 | THIORIDAZINE 10MG TABLET | 4/1/1991 | |
| 51079056620 | THIORIDAZINE 25MG TABLET | 4/1/1991 | |
| 51079056720 | THIORIDAZINE 50MG TABLET | 4/1/1991 | |
| 51079058020 | THIORIDAZINE 100MG TABLET | 4/1/1991 | |
| 51079058106 | LEUCOVORIN CALCIUM 5MG TAB | 4/1/1991 | |
| 51079058205 | LEUCOVORIN CALCIUM 25MG TAB | 4/1/1991 | |
| 51079058420 | NITROFURANTOIN MCR 50MG CAP | 4/1/1991 | |
| 51079058520 | NITROFURANTOIN MCR 100MG CP | 4/1/1991 | |
| 51079058720 | THIOTHIXENE 2MG CAPSULE | 4/1/1991 | |
| 51079058820 | THIOTHIXENE 5MG CAPSULE | 4/1/1991 | |
| 51079058920 | THIOTHIXENE 10MG CAPSULE | 4/1/1991 | |
| 51079059010 | METOCLOPRAMIDE 5MG/5ML SYRP | 4/1/1991 | |
| 51079059620 | IBUPROFEN 800MG TABLET | 4/1/1991 | |
| 51079059698 | IBUPROFEN 800MG TABLET | 4/1/1991 | |
| 51079059819 | CLINDAMYCIN HCL 150MG CAPS | 4/1/1991 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 51079060120 | AMOXICILLIN 500MG CAPSULE | 4/1/1991 | |
| 51079060420 | CEPHALEXIN 250MG CAPSULE | 4/1/1991 | |
| 51079060520 | CEPHALEXIN 500MG CAPSULE | 4/1/1991 | |
| 51079061520 | PENICILLIN VK 250MG TABLET | 4/1/1991 | |
| 51079061620 | PENICILLIN VK 500MG TABLET | 4/1/1991 | |
| 51079062820 | OXYBUTYNIN 5MG TABLET | 4/1/1991 | |
| 51079062920 | METOCLOPRAMIDE 5MG TABLET | 4/1/1991 | |
| 51079063020 | PRAZOSIN 1MG CAPSULE | 4/1/1991 | |
| 51079063120 | PRAZOSIN 2MG CAPSULE | 4/1/1991 | |
| 51079064520 | DOXEPIN 75MG CAPSULE | 4/1/1991 | |
| 51079065120 | DOXEPIN 100MG CAPSULE | 4/1/1991 | |
| 51079065720 | ALBUTEROL SULFATE 2MG TAB | 4/1/1991 | |
| 51079065820 | ALBUTEROL SULFATE 4MG TAB | 4/1/1991 | |
| 51079067005 | METHOTREXATE 2.5MG TABLET | 4/1/1991 | |
| 51079067410 | PHENYTOIN 100MG/4ML SUSP | 4/1/1991 | |
| 51079068420 | ATENOLOL 50MG TABLET | 4/1/1991 | |
| 51079068520 | ATENOLOL 100MG TABLET | 4/1/1991 | |
| 51079069020 | LOPERAMIDE 2MG CAPSULE | 4/1/1991 | |
| 51079069120 | PYRAZINAMIDE 500MG TABLET | 4/1/1991 | |
| 51079074020 | PERPHENAZINE 8MG TABLET | 4/1/1991 | |
| 51079074320 | PIROXICAM 20MG CAPSULE | 4/1/1991 | |
| 51079074520 | DILTIAZEM 30MG TABLET | 4/1/1991 | |
| 51079074620 | DILTIAZEM 60MG TABLET | 4/1/1991 | |
| 51079075520 | CARBIDOPA/LEVO 10/100 TAB | 4/1/1991 | |
| 51079075620 | CARBIDOPA/LEVO 25/100 TAB | 4/1/1991 | |
| 51079075920 | ATENOLOL 25MG TABLET | 4/1/1991 | |
| 51079076909 | ZANTAC 15MG/ML SYRUP | 4/1/1991 | |
| 51079077010 | CIMETIDINE 300MG/5ML LIQUID | 4/1/1991 | |
| 51079078320 | CARBIDOPA/LEVO 25/250 TAB | 4/1/1991 | |
| 51079078720 | GEMFIBROZIL 600MG TABLET | 4/1/1991 | |
| 51079079910 | HALOPERIDOL 1MG/ML SOLUTION | 4/1/1991 | |
| 51079080120 | METOPROLOL 50MG TABLET | 4/1/1991 | |
| 51079084910 | SOD CITRATE/CITRIC ACID SOL | 4/1/1991 | |
| 51079085010 | SOD CITRATE/CITRIC ACID SOL | 4/1/1991 | |
| 51079085138 | SOD CITRATE/CITRIC ACID SOL | 4/1/1991 | |
| 51079087020 | CARBAMAZEPINE 100MG TAB CHW | 4/1/1991 | |
| 51079094708 | DILTIAZEM ER 120MG CAPSULE | 4/1/1991 | |
| 51079097720 | ENALAPRIL/HCTZ 10-25MG TAB | 4/1/1991 | |
| 51079098520 | BUSPIRONE HCL 5 MG TABLET | 4/1/1991 | |
| 51079098620 | BUSPIRONE HCL 10MG TABLET | 4/1/1991 | |
| 25074013106 | ACTICIN 5% CREAM | 4/1/1998 | |
| 25074015103 | MENTAX 1% CREAM | 4/1/1998 | |
| 62794000101 | CLORPRES 0.1/15 TABLET | 4/1/1998 | |
| 62794000250 | GRANULEX SPRAY | 4/1/1998 | |
| 62794000251 | GRANULEX SPRAY | 4/1/1998 | |
| 62794002701 | CLORPRES 0.2/15 TABLET | 4/1/1998 | |
| 62794007201 | CLORPRES 0.3/15 TABLET | 4/1/1998 | |
| 62794010154 | SULFAMYLON 8.5% CREAM | 4/1/1998 | |
| 62794013106 | ACTICIN 5% CREAM | 4/1/1998 | |
| 62794014501 | DIGITEK 125MCG TABLET | 4/1/1998 | |

# MYLAN EPIC STIPULATION
# EXHIBIT A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 62794014510 | DIGITEK 125MCG TABLET | 4/1/1998 | |
| 62794014556 | DIGITEK 125MCG TABLET | 4/1/1998 | |
| 62794014601 | DIGITEK 250MCG TABLET | 4/1/1998 | |
| 62794014610 | DIGITEK 250MCG TABLET | 4/1/1998 | |
| 62794014656 | DIGITEK 250MCG TABLET | 4/1/1998 | |
| 62794015102 | MENTAX 1% CREAM | 4/1/1998 | |
| 62794015103 | MENTAX 1% CREAM | 4/1/1998 | |
| 62794020293 | NITREK 0.2MG/HR PATCH | 4/1/1998 | |
| 62794020493 | NITREK 0.4MG/HR PATCH | 4/1/1998 | |
| 62794020693 | NITREK 0.6MG/HR PATCH | 4/1/1998 | |
| 62794040197 | ACYCLOVIR SODIUM 50MG/ML | 4/1/1998 | |
| 62794040397 | ACYCLOVIR SODIUM 50MG/ML | 4/1/1998 | |
| 62794050193 | KRISTALOSE PACKET | 4/1/1998 | |
| 62794050293 | KRISTALOSE PACKET | 4/1/1998 | |
| 62794067001 | PHENYTEK 200MG CAPSULE | 4/1/1998 | |
| 62794075093 | PHENYTEK 300MG CAPSULE | 4/1/1998 | |