UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Master Case No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | Subcategory Case No. 06-11337-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS, and | ) ) ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corporation, Inc., et al.,* Civil Action No. 07-10248-PBS | ) ) ) ) ) | |

**MOTION BY PLAINTIFFS AND ROXANE DEFENDANTS
FOR EMERGENCY STATUS CONFERENCE**

Plaintiffs United States of America and Relator Ven-A-Care of the Florida Keys, Inc., together with defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., and Roxane Laboratories, Inc. n/k/a Boehringer Ingelheim Roxane, Inc. (the "Roxane defendants"), hereby request an immediate emergency status conference for all parties, to be held at the earliest possible time that can be scheduled, by telephone if acceptable or necessary, so that the parties can discuss with the Court some recent developments in the case.

Counsel for the Dey defendants has been informed of this development, and the request by plaintiffs and the Roxane defendants for an emergency status conference.

WHEREFORE plaintiffs request that the Court set an emergency status conference for today or tomorrow. If the Court is available, the undersigned can assist in coordinating a

mutually agreeable time with counsel for the other parties.

                 Respectfully submitted,

| | |
|---|---|
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL | CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY |
| | By: /s/ s/*Barbara Healy Smith* |
| Joyce R. Branda<br>Daniel R. Anderson<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 514-3345 | George B. Henderson, II<br>Barbara Healy Smith<br>James J. Fauci<br>Assistant U.S. Attorneys<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3272 |
| *For the Relator*, | |
| James J. Breen<br>The Breen Law Firm, P.A.<br>5755 Northpoint Parkway, Suite 260<br>Alpharetta, GA 30022<br>Tel. (770) 740-000<br>fax: (954) 499-1173 | Gary Azorsky.<br>Susan Schneider Thomas<br>Roslyn G. Pollack<br>Berger & Montague, P.C.<br>1622 Locust St.<br>Philadelphia, PA 19103<br>(215) 875-3090 |

*For Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

/s/  Helen E. Witt, P.C.
Helen E. Witt, P.C.
Eric T. Gortner
John Reale
KIRKLAND & ELLIS LLP
Kirkland & Ellis LLP
300 N. LaSalle St.
Chicago, IL 60654
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

## CERTIFICATION

The undersigned certifies pursuant to LR 7.1(A)(2) that counsel have conferred concerning the above motion.

      /s/ George B. Henderson, II
George B. Henderson, II

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      /s/ George B. Henderson, II
George B. Henderson, II
Dated: March 25, 2010      Assistant U.S. Attorney