# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
|  | ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL ACTIONS | ) ) ) |

**MDL No. 1456**
**Master File No. 01-CV-12257-PBS**
**Subcategory Case Nos.  03-10643**
                                         **06-11337**
                                         **06-11069**

**Hon. Patti B. Saris**

**Magistrate Judge**
**Marianne B. Bowler**

## CORPORATE DISCLOSURE STATEMENT FOR DEY PHARMA, L.P.

Pursuant to Fed. R. Civ. P. 7.1  and Local Rule 7.3, Defendant Dey, L.P. hereby discloses that it legally changed its name to Dey Pharma, L.P., effective September 10, 2009.

Dey Pharma, L.P. (f/k/a Dey, L.P.) hereby discloses that: ninety-nine percent (99%) of the limited partnership interest in Dey Pharma, L.P. is owned by Dey Limited Partner, Inc.; one percent (1%) of the limited partnership interest in Dey Pharma, L.P. is owned by Dey, Inc.; one hundred percent (100%) of the shares of Dey Limited Partner, Inc. are owned by Dey, Inc.; one hundred percent (100%) of the shares of Dey, Inc. are owned by EMD, Inc.; one hundred percent (100%) of the shares of EMD, Inc. are owned by Mylan Delaware Inc.; one hundred percent (100%) of the shares of Mylan Delaware Inc. are owned by Mylan Pharmaceuticals Inc.; one hundred percent (100%) of the shares of Mylan Pharmaceuticals Inc. are owned by Mylan Inc.; and Mylan Inc. is a publicly held company.

Dated:  March 25, 2010

Respectfully submitted,


    /s/  Philip D. Robben
Paul F. Doyle (BBO # 133460)
William Escobar (*pro hac vice*)
Neil Merkl (*pro hac vice*)
Christopher C. Palermo (*pro hac vice*)
Philip D. Robben (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

-and-

Martin F. Murphy (BBO # 363250)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02110
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000

*Attorneys for Defendants*
*Dey, Inc., Dey L.P., Inc., and Dey Pharma, L.P.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 25, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

_/s/ Philip D. Robben_____