UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>) | MDL No. 1456<br>Master Case No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | )<br>)<br>) | Subcategory Case No. 06-11337-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS, and | )<br>)<br>)<br>) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corporation, Inc., et al.,* Civil Action No. 07-10248-PBS | )<br>)<br>)<br>)<br>) | |

**MOTION BY PLAINTIFFS AND ROXANE DEFENDANTS
TO STAY BRIEFING ON PENDING MOTIONS**

In light of the Court's orders today, plaintiffs United States of America and Relator Ven-A-Care of the Florida Keys, Inc., and defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., and Roxane Laboratories, Inc. n/k/a Boehringer Ingelheim Roxane, Inc. (the "Roxane defendants"), move to stay further briefing on the following motions:

- Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharaceuticals, Inc.'s Motion to Bifurcate the Corporate Veil-Piercing Issues for Trial (Master Dkt# 6930, Subcategory # 699)

- The Roxane Defendants' Motion *In Limine* to Exclude Certain Evidence and Argument Related to Plaintiffs' Damages Claims (Master Dkt# 6969, Subcategory # 716)

- The Roxane Defendants' Motion *In Limine* to Exclude Certain Expert Opinions Proffered by Plaintiffs' Expert Mark G. Duggan (Master Dkt# 6974, Subcategory # 718)

Respectfully submitted,

TONY WEST                                          CARMEN M. ORTIZ
ASSISTANT ATTORNEY GENERAL                         UNITED STATES ATTORNEY

                                              By:  /s/ *James J. Fauci*
Joyce R. Branda                                    George B. Henderson, II
Daniel R. Anderson                                 Barbara Healy Smith
Laurie A. Oberembt                                 James J. Fauci
Civil Division                                     Assistant U.S. Attorneys
Commercial Litigation Branch                       United States Courthouse
P. O. Box 261                                      1 Courthouse Way, Suite 9200
Ben Franklin Station                               Boston, MA 02210
Washington, D.C.  20044                            (617) 748-3272
(202) 514-3345

*For the Relator*,
                                                   Gary Azorsky.
James J. Breen                                     Susan Schneider Thomas
The Breen Law Firm, P.A.                           Roslyn G. Pollack
5755 Northpoint Parkway, Suite 260                 Berger & Montague, P.C.
Alpharetta, GA 30022                               1622 Locust St.
Tel.  (770) 740-000                                Philadelphia, PA 19103
fax:  (954) 499-1173                               (215) 875-3090

*For Defendants Boehringer Ingelheim*
*Corp., Boehringer Ingelheim*
*Pharmaceuticals, Inc., Boehringer*
*Ingelheim Roxane, Inc., and Roxane*
*Laboratories, Inc.*

/s/  Helen E. Witt, P.C.
Helen E. Witt, P.C.
Eric T. Gortner
John Reale
KIRKLAND & ELLIS LLP
Kirkland & Ellis LLP
300 N. LaSalle St.
Chicago, IL 60654
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

## CERTIFICATION

The undersigned certifies pursuant to LR 7.1(A)(2) that counsel have conferred concerning the above motion.

/s/ George B. Henderson, II
George B. Henderson, II

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ George B. Henderson, II
George B. Henderson, II
Assistant U.S. Attorney

Dated: March 26, 2010