UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) ) ) ) | **MDL NO. 1456**<br>**Master File No.  No. 01-12257-PBS** |
| **THIS DOCUMENT RELATES TO:**<br><br>ALL ACTIONS | ) ) ) ) ) ) | **Judge Patti B. Saris** |

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel moves that Amy L. Festante be permitted to appear and participate in this action *pro hac vice* as counsel for Defendants Mylan Inc. (formerly known as Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc., and UDL Laboratories, Inc. (collectively "Mylan").  The undersigned counsel also states as follows:

1. Ms. Festante is an attorney with the law firm of Kelley Drye & Warren LLP, 101 Park Ave, New York, New York, 10178.

2. The accompanying declaration of counsel, attached hereto as Exhibit A, certifies that this attorney have met the requirements to practice before the United States District Court for the District of Massachusetts.

3. A check in the amount of $50.00 is being forwarded simultaneously with this motion for this attorney's admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit Ms. Festante *pro hac vice*.

Dated:  March 26, 2010

                        Respectfully submitted,

                                    /s/  Thomas J. Bone
                                Thomas J. Bone (BBO# 666688)
                                Martin F. Murphy (BBO# 363250)
                                FOLEY HOAG LLP
                                155 Seaport Boulevard
                                Boston, MA 02210
                                617-832-1213 (ph)
                                617-832-7000 (f)

*Attorneys for Defendant Mylan Inc., f/k/a Mylan Laboratories Inc., Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

        I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on March 26, 2010, a copy to LexisNexis File and Serve for posting and notification to all parties.

        /s/ Thomas J. Bone
        Thomas J. Bone