## DECLARATION OF AMY L. FESTANTE

I, Amy L. Festante, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following courts on the date indicated:

| ADMITTED | DATE |
| --- | --- |
| State of New York | 01/12/09 |
| State of New Jersey | 11/18/08 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the New York Appellate Division, First Department, and a certificate of admission to practice in the Court of Appeals, State of New York are attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 26, 2010.

By: *Amy L. Festante*
Amy L. Festante

NY01/FESTA/1406976.1