

# Court of Appeals

STATE OF NEW YORK
CLERK'S OFFICE

I, RICHARD A. REED, Deputy Clerk of the Court of Appeals of the State of New York, CERTIFY, that

### AMY LYNN FESTANTE

was admitted to practice law in all of the courts of the State of New York at the Appellate Division of the Supreme Court, held at New York, New York, on **January 12, 2009**, and that that name has been entered and appears in the Official Register of Attorneys and Counselors at Law in the State of New York.



*As Witness,*

I have signed this certificate and affixed the seal of the Court of Appeals at the City of Albany in the State of New York this 25th day of March, 2010.

Richard A. Reed
Deputy Clerk of the Court

I, JONATHAN LIPPMAN, Chief Judge of the Court of Appeals of the State of New York, CERTIFY, that the certification of RICHARD A. REED, Deputy Clerk of the Court of Appeals, is in proper form and that it is entitled to full faith and credit.

Jonathan Lippman
Chief Judge

Dated at Albany, NY,
March 25, 2010

### Appellate Division of the Supreme Court
### of the State of New York
### First Judicial Department

I, David Spokony, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# AMY LYNN FESTANTE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 12, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 24, 2010

*[signature]*

5835

Clerk of the Court