**PAR EPIC STIPULATION**

**EXHIBIT A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|-----|------|-----------------|---------------|
| 00044210070 | SSD 1% CREAM | 4/1/1991 | |
| 00044210071 | SSD 1% CREAM | 4/1/1991 | |
| 00087944211 | QUESTRAN LIGHT POWDER | 4/1/1991 | |
| 49884000901 | ISOSORBIDE DN 30MG TABLET | 4/1/1991 | |
| 49884000910 | ISOSORBIDE DN 30MG TABLET | 4/1/1991 | |
| 49884002001 | ISOSORBIDE DN 5MG TABLET | 4/1/1991 | |
| 49884002010 | ISOSORBIDE DN 5MG TABLET | 4/1/1991 | |
| 49884002101 | ISOSORBIDE DN 10MG TABLET | 4/1/1991 | |
| 49884002110 | ISOSORBIDE DN 10MG TABLET | 4/1/1991 | |
| 49884002201 | ISOSORBIDE DN 20MG TABLET | 4/1/1991 | |
| 49884002210 | ISOSORBIDE DN 20MG TABLET | 4/1/1991 | |
| 49884002701 | HYDRALAZINE 25MG TABLET | 4/1/1991 | |
| 49884002710 | HYDRALAZINE 25MG TABLET | 4/1/1991 | |
| 49884002801 | HYDRALAZINE 50MG TABLET | 4/1/1991 | |
| 49884002810 | HYDRALAZINE 50MG TABLET | 4/1/1991 | |
| 49884002901 | HYDRALAZINE 10MG TABLET | 4/1/1991 | |
| 49884002910 | HYDRALAZINE 10MG TABLET | 4/1/1991 | |
| 49884003401 | MECLIZINE 12.5MG TABLET | 4/1/1991 | |
| 49884003410 | MECLIZINE 12.5MG TABLET | 4/1/1991 | |
| 49884003501 | MECLIZINE 25MG TABLET | 4/1/1991 | |
| 49884003510 | MECLIZINE 25MG TABLET | 4/1/1991 | |
| 49884004301 | CYPROHEPTADINE 4MG TABLET | 4/1/1991 | |
| 49884004310 | CYPROHEPTADINE 4MG TABLET | 4/1/1991 | |
| 49884005401 | IMIPRAMINE HCL 10MG TABLET | 4/1/1991 | |
| 49884005410 | IMIPRAMINE HCL 10MG TABLET | 4/1/1991 | |
| 49884005501 | IMIPRAMINE HCL 25MG TABLET | 4/1/1991 | |
| 49884005510 | IMIPRAMINE HCL 25MG TABLET | 4/1/1991 | |
| 49884005601 | IMIPRAMINE HCL 50MG TABLET | 4/1/1991 | |
| 49884005610 | IMIPRAMINE HCL 50MG TABLET | 4/1/1991 | |
| 49884005972 | NICOTINE 14MG/24HR PATCH | 4/1/1991 | |
| 49884006101 | FLUPHENAZINE 1MG TABLET | 4/1/1991 | |
| 49884006105 | FLUPHENAZINE 1MG TABLET | 4/1/1991 | |
| 49884006201 | FLUPHENAZINE 2.5MG TABLET | 4/1/1991 | |
| 49884006205 | FLUPHENAZINE 2.5MG TABLET | 4/1/1991 | |
| 49884006372 | NICOTINE 21MG/24HR PATCH | 4/1/1991 | |
| 49884006401 | FLUPHENAZINE 10MG TABLET | 4/1/1991 | |
| 49884006405 | FLUPHENAZINE 10MG TABLET | 4/1/1991 | |
| 49884007601 | FLUPHENAZINE 5MG TABLET | 4/1/1991 | |
| 49884007605 | FLUPHENAZINE 5MG TABLET | 4/1/1991 | |
| 49884008301 | DEXAMETHASONE 0.25MG TABLET | 4/1/1991 | |
| 49884008310 | DEXAMETHASONE 0.25MG TABLET | 4/1/1991 | |
| 49884008401 | DEXAMETHASONE 0.5MG TABLET | 4/1/1991 | |
| 49884008410 | DEXAMETHASONE 0.5MG TABLET | 4/1/1991 | |
| 49884008501 | DEXAMETHASONE 0.75MG TABLET | 4/1/1991 | |

**PAR EPIC STIPULATION**

**EXHIBIT A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 49884008510 | DEXAMETHASONE 0.75MG TABLET | 4/1/1991 | |
| 49884008601 | DEXAMETHASONE 1.5MG TABLET | 4/1/1991 | |
| 49884008610 | DEXAMETHASONE 1.5MG TABLET | 4/1/1991 | |
| 49884008701 | DEXAMETHASONE 4MG TABLET | 4/1/1991 | |
| 49884008703 | DEXAMETHASONE 4MG TABLET | 4/1/1991 | |
| 49884008710 | DEXAMETHASONE 4MG TABLET | 4/1/1991 | |
| 49884010401 | ALLOPURINOL 100MG TABLET | 4/1/1991 | |
| 49884010410 | ALLOPURINOL 100MG TABLET | 4/1/1991 | |
| 49884010501 | ALLOPURINOL 300MG TABLET | 4/1/1991 | |
| 49884010505 | ALLOPURINOL 300MG TABLET | 4/1/1991 | |
| 49884010510 | ALLOPURINOL 300MG TABLET | 4/1/1991 | |
| 49884011701 | AMILORIDE HCL 5MG TABLET | 4/1/1991 | |
| 49884011705 | AMILORIDE HCL 5MG TABLET | 4/1/1991 | |
| 49884011710 | AMILORIDE HCL 5MG TABLET | 4/1/1991 | |
| 49884012101 | HYDRALAZINE 100MG TABLET | 4/1/1991 | |
| 49884012110 | HYDRALAZINE 100MG TABLET | 4/1/1991 | |
| 49884012901 | DEXAMETHASONE 6MG TABLET | 4/1/1991 | |
| 49884012903 | DEXAMETHASONE 6MG TABLET | 4/1/1991 | |
| 49884014301 | HYDRA-ZIDE 25/25 CAPSULE | 4/1/1991 | |
| 49884014401 | HYDRA-ZIDE 50/50 CAPSULE | 4/1/1991 | |
| 49884014501 | HYDRA-ZIDE 100/50 CAPSULE | 4/1/1991 | |
| 49884016205 | IBUPROFEN 400MG TABLET | 4/1/1991 | |
| 49884016401 | BENZTROPINE MES 0.5MG TAB | 4/1/1991 | |
| 49884016501 | BENZTROPINE MES 1MG TABLET | 4/1/1991 | |
| 49884016510 | BENZTROPINE MES 1MG TABLET | 4/1/1991 | |
| 49884016601 | BENZTROPINE MES 2MG TABLET | 4/1/1991 | |
| 49884016610 | BENZTROPINE MES 2MG TABLET | 4/1/1991 | |
| 49884019401 | FLURAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 49884019405 | FLURAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 49884021605 | IBUPROFEN 800MG TABLET | 4/1/1991 | |
| 49884021701 | DOXEPIN 10MG CAPSULE | 4/1/1991 | |
| 49884021710 | DOXEPIN 10MG CAPSULE | 4/1/1991 | |
| 49884021801 | DOXEPIN 25MG CAPSULE | 4/1/1991 | |
| 49884021810 | DOXEPIN 25MG CAPSULE | 4/1/1991 | |
| 49884021901 | DOXEPIN 50MG CAPSULE | 4/1/1991 | |
| 49884021910 | DOXEPIN 50MG CAPSULE | 4/1/1991 | |
| 49884022001 | DOXEPIN 75MG CAPSULE | 4/1/1991 | |
| 49884022010 | DOXEPIN 75MG CAPSULE | 4/1/1991 | |
| 49884022101 | DOXEPIN 100MG CAPSULE | 4/1/1991 | |
| 49884022110 | DOXEPIN 100MG CAPSULE | 4/1/1991 | |
| 49884022201 | DOXEPIN 150MG CAPSULE | 4/1/1991 | |
| 49884022203 | DOXEPIN 150MG CAPSULE | 4/1/1991 | |
| 49884022205 | DOXEPIN 150MG CAPSULE | 4/1/1991 | |
| 49884022301 | HALOPERIDOL 0.5MG TABLET | 4/1/1991 | |

**PAR EPIC STIPULATION**

**EXHIBIT A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 49884022401 | HALOPERIDOL 1MG TABLET | 4/1/1991 | |
| 49884022501 | HALOPERIDOL 2MG TABLET | 4/1/1991 | |
| 49884022510 | HALOPERIDOL 2MG TABLET | 4/1/1991 | |
| 49884022601 | HALOPERIDOL 5MG TABLET | 4/1/1991 | |
| 49884022605 | HALOPERIDOL 5MG TABLET | 4/1/1991 | |
| 49884022610 | HALOPERIDOL 5MG TABLET | 4/1/1991 | |
| 49884022701 | HALOPERIDOL 10MG TABLET | 4/1/1991 | |
| 49884022705 | HALOPERIDOL 10MG TABLET | 4/1/1991 | |
| 49884024001 | TEMAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 49884024005 | TEMAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 49884024101 | TEMAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 49884024105 | TEMAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 49884024601 | CARISOPRODOL COMPOUND TAB | 4/1/1991 | |
| 49884024605 | CARISOPRODOL COMPOUND TAB | 4/1/1991 | |
| 49884025601 | MINOXIDIL 2.5MG TABLET | 4/1/1991 | |
| 49884025701 | MINOXIDIL 10MG TABLET | 4/1/1991 | |
| 49884025705 | MINOXIDIL 10MG TABLET | 4/1/1991 | |
| 49884028901 | MEGESTROL 20MG TABLET | 4/1/1991 | |
| 49884029001 | MEGESTROL 40MG TABLET | 4/1/1991 | |
| 49884029004 | MEGESTROL 40MG TABLET | 4/1/1991 | |
| 49884029005 | MEGESTROL 40MG TABLET | 4/1/1991 | |
| 49884036148 | METAPROTERENOL 0.6% SOLN | 4/1/1991 | |
| 49884044801 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 49884044805 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 49884044901 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 49884044905 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 49884045001 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 49884045005 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 49884045305 | TRIAZOLAM 0.125MG TABLET | 4/1/1991 | |
| 49884045312 | TRIAZOLAM 0.125MG TABLET | 4/1/1991 | |
| 49884045405 | TRIAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 49884045412 | TRIAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 49884045462 | TRIAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 49884045802 | AMIODARONE HCL 200MG TABLET | 4/1/1991 | |
| 49884046701 | IBUPROFEN 400MG TABLET | 4/1/1991 | |
| 49884046705 | IBUPROFEN 400MG TABLET | 4/1/1991 | |
| 49884046801 | IBUPROFEN 600MG TABLET | 4/1/1991 | |
| 49884046805 | IBUPROFEN 600MG TABLET | 4/1/1991 | |
| 49884046901 | IBUPROFEN 800MG TABLET | 4/1/1991 | |
| 49884046905 | IBUPROFEN 800MG TABLET | 4/1/1991 | |
| 49884047201 | ORPHENGESIC TABLET | 4/1/1991 | |
| 49884047301 | ORPHENGESIC FORTE TABLET | 4/1/1991 | |
| 49884047401 | ACYCLOVIR 800MG TABLET | 4/1/1991 | |
| 49884049001 | METHYLPREDNISOLONE 4MG TAB | 4/1/1991 | |

**PAR EPIC STIPULATION**

**EXHIBIT A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 49884049059 | METHYLPREDNISOLONE 4MG TAB | 4/1/1991 | |
| 49884049501 | CLONAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 49884049601 | CLONAZEPAM 1MG TABLET | 4/1/1991 | |
| 49884049605 | CLONAZEPAM 1MG TABLET | 4/1/1991 | |
| 49884049701 | CLONAZEPAM 2MG TABLET | 4/1/1991 | |
| 49884049801 | NICARDIPINE 20MG CAPSULE | 4/1/1991 | |
| 49884049901 | NICARDIPINE 30MG CAPSULE | 4/1/1991 | |
| 49884054401 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 49884054402 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 49884054405 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 49884054410 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 49884054501 | RANITIDINE 300MG TABLET | 4/1/1991 | |
| 49884054504 | RANITIDINE 300MG TABLET | 4/1/1991 | |
| 49884054511 | RANITIDINE 300MG TABLET | 4/1/1991 | |
| 49884054901 | PROCHLORPERAZINE 5MG TABLET | 4/1/1991 | |
| 49884055001 | PROCHLORPERAZINE 10MG TAB | 4/1/1991 | |
| 49884055301 | DOXAZOSIN MESYLATE 2MG TAB | 4/1/1991 | |
| 49884055401 | DOXAZOSIN MESYLATE 4MG TAB | 4/1/1991 | |
| 49884055501 | DOXAZOSIN MESYLATE 8MG TAB | 4/1/1991 | |
| 49884056501 | ACYCLOVIR 200MG CAPSULE | 4/1/1991 | |
| 49884056601 | ACYCLOVIR 400MG TABLET | 4/1/1991 | |
| 49884056701 | ACYCLOVIR 800MG TABLET | 4/1/1991 | |
| 49884056905 | AMOXICILLIN 500MG CAPSULE | 4/1/1991 | |
| 49884057201 | GUANFACINE 1MG TABLET | 4/1/1991 | |
| 49884057301 | GUANFACINE 2MG TABLET | 4/1/1991 | |
| 49884057647 | AMPICILLIN 125MG/5ML SUSP | 4/1/1991 | |
| 49884057747 | AMPICILLIN 250MG/5ML SUSP | 4/1/1991 | |
| 49884057801 | PENICILLIN VK 250MG TABLET | 4/1/1991 | |
| 49884057901 | PENICILLIN VK 500MG TABLET | 4/1/1991 | |
| 49884057910 | PENICILLIN VK 500MG TABLET | 4/1/1991 | |
| 49884058201 | SOTALOL 80MG TABLET | 4/1/1991 | |
| 49884058301 | SOTALOL 120MG TABLET | 4/1/1991 | |
| 49884058401 | SOTALOL 160MG TABLET | 4/1/1991 | |
| 49884058501 | SOTALOL 240MG TABLET | 4/1/1991 | |
| 49884058701 | ACEBUTOLOL 200MG CAPSULE | 4/1/1991 | |
| 49884058801 | ACEBUTOLOL 400MG CAPSULE | 4/1/1991 | |
| 49884058901 | INDAPAMIDE 1.25MG TABLET | 4/1/1991 | |
| 49884058910 | INDAPAMIDE 1.25MG TABLET | 4/1/1991 | |
| 49884059001 | INDAPAMIDE 2.5MG TABLET | 4/1/1991 | |
| 49884059010 | INDAPAMIDE 2.5MG TABLET | 4/1/1991 | |
| 49884059101 | ENALAPRIL MALEATE 2.5MG TAB | 4/1/1991 | |
| 49884059110 | ENALAPRIL MALEATE 2.5MG TAB | 4/1/1991 | |
| 49884059201 | ENALAPRIL MALEATE 5MG TAB | 4/1/1991 | |
| 49884059210 | ENALAPRIL MALEATE 5MG TAB | 4/1/1991 | |

**PAR EPIC STIPULATION**

**EXHIBIT A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 49884059301 | ENALAPRIL MALEATE 10MG TAB | 4/1/1991 | |
| 49884059310 | ENALAPRIL MALEATE 10 MG TAB | 4/1/1991 | |
| 49884059401 | ENALAPRIL MALEATE 20MG TAB | 4/1/1991 | |
| 49884059410 | ENALAPRIL MALEATE 20 MG TAB | 4/1/1991 | |
| 49884059601 | ETODOLAC 500MG TABLET | 4/1/1991 | |
| 49884059902 | TICLOPIDINE 250MG TABLET | 4/1/1991 | |
| 49884059905 | TICLOPIDINE 250MG TABLET | 4/1/1991 | |
| 49884059911 | TICLOPIDINE 250MG TABLET | 4/1/1991 | |
| 49884060036 | SSD 1% CREAM | 4/1/1991 | |
| 49884060040 | SSD 1% CREAM | 4/1/1991 | |
| 49884060057 | SSD 1% CREAM | 4/1/1991 | |
| 49884060058 | SSD 1% CREAM | 4/1/1991 | |
| 49884060085 | SSD 1% CREAM | 4/1/1991 | |
| 49884060136 | SSD AF 1% CREAM | 4/1/1991 | |
| 49884060140 | SSD AF 1% CREAM | 4/1/1991 | |
| 49884060201 | ALLOPURINOL 100MG TABLET | 4/1/1991 | |
| 49884060210 | ALLOPURINOL 100MG TABLET | 4/1/1991 | |
| 49884060301 | ALLOPURINOL 300MG TABLET | 4/1/1991 | |
| 49884060305 | ALLOPURINOL 300MG TABLET | 4/1/1991 | |
| 49884060310 | ALLOPURINOL 300MG TABLET | 4/1/1991 | |
| 49884061002 | SELEGILINE HCL 5MG TABLET | 4/1/1991 | |
| 49884061901 | CAPTOPRIL 12.5MG TABLET | 4/1/1991 | |
| 49884061910 | CAPTOPRIL 12.5MG TABLET | 4/1/1991 | |
| 49884062001 | CAPTOPRIL 25MG TABLET | 4/1/1991 | |
| 49884062010 | CAPTOPRIL 25MG TABLET | 4/1/1991 | |
| 49884062101 | CAPTOPRIL 50MG TABLET | 4/1/1991 | |
| 49884062201 | CAPTOPRIL 100MG TABLET | 4/1/1991 | |
| 49884063701 | CIPROFLOXACIN HCL 250 MG TAB | 4/1/1991 | |
| 49884063801 | CIPROFLOXACIN HCL 500 MG TAB | 4/1/1991 | |
| 49884063805 | CIPROFLOXACIN HCL 500 MG TAB | 4/1/1991 | |
| 49884063903 | CIPROFLOXACIN HCL 750 MG TAB | 4/1/1991 | |
| 49884063905 | CIPROFLOXACIN HCL 750 MG TAB | 4/1/1991 | |
| 49884064001 | METHIMAZOLE 5MG TABLET | 4/1/1991 | |
| 49884064101 | METHIMAZOLE 10MG TABLET | 4/1/1991 | |
| 49884064702 | RANITIDINE 150MG CAP | 4/1/1991 | |
| 49884064705 | RANITIDINE 150MG CAPSULE | 4/1/1991 | |
| 49884064801 | RANITIDINE 300MG CAPSULE | 4/1/1991 | |
| 49884064811 | RANITIDINE 300MG CAP | 4/1/1991 | |
| 49884065701 | ZORPRIN 800MG TABLET SA | 4/1/1991 | |
| 49884068701 | ENALAPRIL/HCTZ 10-25MG TAB | 4/1/1991 | |
| 49884070701 | BUSPIRONE HCL 5MG TABLET | 4/1/1991 | |
| 49884070801 | BUSPIRONE HCL 10MG TABLET | 4/1/1991 | |
| 49884070805 | BUSPIRONE HCL 10 MG TABLET | 4/1/1991 | |
| 49884072101 | BUSPIRONE HCL 15MG TABLET | 4/1/1991 | |

**PAR EPIC STIPULATION**

**EXHIBIT A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 49884072102 | BUSPIRONE HCL 15MG TABLET | 4/1/1991 | |
| 49884072113 | BUSPIRONE HCL 15MG TABLET | 4/1/1991 | |
| 49884072301 | OXAPROZIN 600MG TABLET | 4/1/1991 | |
| 49884072305 | OXAPROZIN 600MG TABLET | 4/1/1991 | |
| 49884072401 | HYDROXYUREA 500MG CAPSULE | 4/1/1991 | |
| 49884072501 | BUSPIRONE HCL 7.5MG TABLET | 4/1/1991 | |
| 49884072505 | BUSPIRONE HCL 7.5 MG TABLET | 4/1/1991 | |
| 49884072601 | DOXYCYCLINE MONO 50MG CAP | 4/1/1991 | |
| 49884072703 | DOXYCYCLINE MONO 100MG CAP | 4/1/1991 | |
| 49884072704 | DOXYCYCLINE MONO 100MG CAP | 4/1/1991 | |
| 49884073201 | FLUOXETINE 10MG CAPSULE | 4/1/1991 | |
| 49884073210 | FLUOXETINE 10MG CAPSULE | 4/1/1991 | |
| 49884073301 | FLUOXETINE 20MG CAPSULE | 4/1/1991 | |
| 49884073310 | FLUOXETINE 20MG CAPSULE | 4/1/1991 | |
| 49884073401 | FLUOXETINE HCL 10MG TABLET | 4/1/1991 | |
| 49884073410 | FLUOXETINE HCL 10MG TABLET | 4/1/1991 | |
| 49884073411 | FLUOXETINE HCL 10MG TABLET | 4/1/1991 | |
| 49884073482 | FLUOXETINE HCL 10MG TABLET | 4/1/1991 | |
| 49884073501 | FLUOXETINE HCL 20MG TABLET | 4/1/1991 | |
| 49884073510 | FLUOXETINE HCL 20MG TABLET | 4/1/1991 | |
| 49884073511 | FLUOXETINE HCL 20MG TABLET | 4/1/1991 | |
| 49884073582 | FLUOXETINE HCL 20MG TABLET | 4/1/1991 | |
| 49884073905 | METFORMIN HCL 500 MG TABLET | 4/1/1991 | |
| 49884074005 | METFORMIN HCL 850MG TABLET | 4/1/1991 | |
| 49884074301 | FLUOXETINE 40MG CAPSULE | 4/1/1991 | |
| 49884074311 | FLUOXETINE HCL 40MG CAPSULE | 4/1/1991 | |
| 49884075101 | FLUOXETINE 20MG CAPSULE | 4/1/1991 | |
| 49884075110 | FLUOXETINE 20MG CAPSULE | 4/1/1991 | |
| 49884077101 | DIPHENOXYLATE/ATROPINE TAB | 4/1/1991 | |
| 49884077110 | DIPHENOXYLATE/ATROPINE TAB | 4/1/1991 | |
| 49884077701 | IBUPROFEN 400MG TABLET | 4/1/1991 | |
| 49884077705 | IBUPROFEN 400MG TABLET | 4/1/1991 | |
| 49884077801 | IBUPROFEN 600MG TABLET | 4/1/1991 | |
| 49884077805 | IBUPROFEN 600MG TABLET | 4/1/1991 | |
| 49884077901 | IBUPROFEN 800MG TABLET | 4/1/1991 | |
| 49884077905 | IBUPROFEN 800MG TABLET | 4/1/1991 | |
| 49884078253 | TIZANIDINE HCL 2 MG TABLET | 4/1/1991 | |
| 49884078353 | TIZANIDINE HCL 4MG TABLET | 4/1/1991 | |
| 49884079166 | QUESTRAN POWDER | 4/1/1991 | |
| 49884079289 | QUESTRAN LIGHT POWDER | 4/1/1991 | |
| 49884079701 | SUMYCIN 250MG TABLET | 4/1/1991 | |
| 49884079801 | SUMYCIN 500MG TABLET | 4/1/1991 | |
| 49884079933 | SUMYCIN 125 MG/5 ML ORAL SUSP | 4/1/1991 | |
| 49884087311 | MIRTAZAPINE 45MG TABLET | 4/1/1991 | |

**PAR EPIC STIPULATION**

**EXHIBIT A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 49884087605 | PAROXETINE HCL 10 MG TABLET | 4/1/1991 | |
| 49884087611 | PAROXETINE HCL 10 MG TABLET | 4/1/1991 | |
| 49884087701 | PAROXETINE HCL 20 MG TABLET | 4/1/1991 | |
| 49884087705 | PAROXETINE HCL 20 MG TABLET | 4/1/1991 | |
| 49884087711 | PAROXETINE HCL 20 MG TABLET | 4/1/1991 | |
| 49884087805 | PAROXETINE HCL 30 MG TABLET | 4/1/1991 | |
| 49884087811 | PAROXETINE HCL 30 MG TABLET | 4/1/1991 | |
| 49884087905 | PAROXETINE HCL 40 MG TABLET | 4/1/1991 | |
| 49884087911 | PAROXETINE HCL 40 MG TABLET | 4/1/1991 | |
| 49884090738 | MEGESTROL ACET 40MG/ML SUSP | 4/1/1991 | |
| 49884090761 | MEGESTROL ACET 40 MG/ML SUSP | 4/1/1991 | |
| 49884096701 | GLYBURID-METFORMIN 1.25/250 MG | 4/1/1991 | |
| 49884096801 | GLYBURIDE-METFORMIN 2.5/500 MG | 4/1/1991 | |
| 49884096901 | GLYBURIDE-METFORMIN 5/500 MG | 4/1/1991 | |