## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### SUGGESTION OF DEATH ON THE RECORD

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the undersigned hereby suggest upon the record that Plaintiff Therese Shepley died on October 2, 2009.

Dated: March 26, 2010          By:      /s/ Donald E. Haviland, Jr.
                                        Donald E. Haviland, Jr., Esquire
                                        **HAVILAND HUGHES, LLC**
                                        111 S. Independence Mall East
                                        The Bourse, Suite 1000
                                        Philadelphia, PA 19106
                                        Telephone: (215) 609-4661
                                        Facsimile:  (215) 392-4400

                                        Counsel for the estate of Therese Shepley

## CERTIFICATE OF SERVICE

I, Donald E. Haviland, Jr., Esquire, hereby certify that on, March 26, 2010, I filed the Suggestion of Death on the Record with the Clerk of this Court and used the CM/ECF system to send notification of such filing to all registered person(s).

/s/ Donald E. Haviland, Jr.