# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs Larry Young, on behalf of the Estate of Patricia Young, and Therese Shepley, on behalf of the Estate of James Shepley, by and through the undersigned counsel for Mr. Young and the co-executor of the Estate of Therese Shepley, Ken Wright, hereby dismiss their individual claims in the above-captioned action without prejudice.

Dated: March 26, 2010     By:     /s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
**HAVILAND HUGHES, LLC**
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

Counsel for Larry Young and Ken Wright, co-executor of the estate of Therese Shepley

**CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., Esquire, hereby certify that on, March 26, 2010, I filed the Notice of Voluntary Dismissal with the Clerk of this Court and used the CM/ECF system to send notification of such filing to all registered person(s).

/s/ Donald E. Haviland, Jr.