**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### MOTION TO ADMIT DAVID A. SCHARFSTEIN PRO HAC VICE

Pursuant to Local Rule 83.5.3 and Case Management Order ("CMO") No. 1, Melissa B. Coffey, a member in good standing of the bar of this Court, moves for the admission in this case of David. A. Scharfstein of Kaye Scholer LLP as counsel for defendant Novartis Pharmaceuticals Corporation ("Novartis").   Mr. Scharfstein's business address is 425 Park Avenue, New York, NY, 10022, and his business telephone number is 212-836-7432.

As set forth in the accompanying certificate attached as Exhibit A, Mr. Scharfstein certifies that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and (2) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in this action on behalf of Novartis as required by Local Rule 83.5.3(b).

2

Respectfully Submitted,

/s/ Melissa B. Coffey
Melissa B. Coffey (BBO # 660750)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617-526-5000

*Attorney for Novartis Pharmaceuticals
Corporation*

Dated:  March 26, 2010

## **CERTIFICATE OF SERVICE**

I, Melissa Coffey, certify that, on March 26, 2010, I caused a copy of the foregoing document to be delivered to all counsel of record by electronic service pursuant to Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Melissa B. Coffey
Melissa B. Coffey

US1DOCS 7492955v1