# SCOTT YUNG LLP

A Registered Limited Liability Partnership
208 N. Market Street, Suite 200
Dallas, Texas 75202
Phone: 214-220-0422
Fax: 214-220-9932

JOHN SCOTT
DIRECT: (214) 220-9922
jscott@scottyung.com

ANDREW YUNG
DIRECT: (214) 220-9955
ayung@scottyung.com

March 25, 2010

Clerk to the Hon. Patti B. Saris
John Joseph Moakely U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Case No. 01-CV-12257-PBS, MDL No. 1456

Dear Clerk of the Court:

Our firm has been serving as counsel on behalf of a third-party class member in the above referenced litigation. As preceded your tenure, the settlement of the third-party payor litigation was preliminarily approved by Judge Saris on November 15, 2006 and granted final approval on August 7, 2007. It is our understanding that the last step before the distribution of funds can be made to third-party payors is awaiting the judge's signature. We are seeking clarification as to the accuracy of this information and any guidance we may get on actual distribution to the class members.

This inquiry is solely an attempt to acquire information so that we may better advise our client on the status of this matter. We would appreciate any additional information that you could provide concerning the timeline for the distribution of funds. Specifically, we are interested in the dates of any hearings scheduled that relate to the third-party payor settlement and distribution of funds.

Respectfully,

Dennis J. Keithly