# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 04-CV-06054)<br>*County of Suffolk v. Abbott Labs., et al.*<br>(E.D.N.Y. No. 03-CV-229)<br>*County of Westchester v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 03-CV-6178)<br>*County of Rockland v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 03-CV-7055)<br>*County of Dutchess v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 05-CV-06458)<br>*County of Putnam v. Abbott Labs., et al.*<br>(S.D.N.Y. No. 05-CV-04740)<br>*County of Washington v. Abbott Labs., et al.*<br>(N.D.N.Y. No. 05-CV-00408)<br>*County of Rensselaer v. Abbott Labs., et al.*<br>(N.D.N.Y. No. 05-CV-00422)<br>*County of Albany v. Abbott Labs., et al.*<br>(N.D.N.Y. No. 05-CV-00425) | |

[Caption Continues on Next Page]

## STIPULATION REGARDING THE
## NEW YORK EPIC PROGRAM'S RECEIPT OF AMP DATA

*County of Warren v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00468) )
*County of Greene v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00474) )
*County of Saratoga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00478) )
*County of Columbia v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00867) )
*Essex County v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00878) )
*County of Chenango v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00354) )
*County of Broome v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00456) )
*County of Onondaga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00088) )
*County of Tompkins v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00397) )
*County of Cayuga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00423) )
*County of Madison v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00714) )
*County of Cortland v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00881) )
*County of Herkimer v. Abbott Labs. et al.* )
(N.D.N.Y. No. 05-CV-00415) )
*County of Oneida v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00489) )
*County of Fulton v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00519) )
*County of St. Lawrence v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00479) )
*County of Jefferson v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00715) )
*County of Lewis v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00839) )
*County of Chautauqua v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06204) )
*County of Allegany v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06231) )
*County of Cattaraugus v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06242) )
*County of Genesee v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06206) )
*County of Wayne v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06138) )

| | |
|---|---|
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |

WHEREAS Defendants Pfizer Inc., Pharmacia Corporation, Greenstone Ltd., and Agouron Pharmaceuticals, Inc. have sought discovery relating to the receipt of Average Manufacturer Price ("AMP") data by the New York EPIC Program for the drugs at issue in these actions for the above listed manufacturers, as listed in Revised Exhibit B to Plaintiffs' First Amended Consolidated Complaint; and,

WHEREAS the New York EPIC Program has stated that producing the requested discovery would be unduly burdensome;

WHEREFORE the above listed manufacturers and Plaintiffs, by their respective attorneys, hereby stipulate and agree, for the purposes of these cases only, as follows:

> The New York EPIC Program has received Average Manufacturer
> Prices ("AMPs") from certain prescription drug manufacturers,
> including defendants in the case styled *City of New York, et al.* v.
> *Abbott Labs., Inc., et al.* (MDL 1456). The EPIC Rebate
> Agreement instructions manufacturers to certify "that Average

3

Manufacturer Price (AMP), Best Price and Baseline AMP data reported to EPIC are identical to the data reported to the Centers for Medicare and Medicaid Services under Section 1927 of the Federal Social Security Act, if the Manufacturer is required to report such data to the Centers for Medicare and Medicaid Services." Plaintiffs hereby stipulate and agree that defendants Pfizer Inc., Pharmacia Corporation, Greenstone Ltd., and Agouron Pharmaceuticals, Inc. reported AMPs to EPIC on a quarterly basis beginning in the year identified and for the NDCs identified in Exhibits A, B, and C attached hereto. This stipulation is solely for the purpose of identifying those NDCs that were provided to EPIC for the time periods specified in Exhibits A, B, and C, and it does not constitute an admission by any party that the NDCs identified in Exhibits A, B, and C are properly at issue in this litigation or otherwise properly attributed to the listed defendant manufacturer.

Respectfully submitted,

| City of New York and New York Counties in MDL 1456 except Nassau and Orange | Pfizer Inc., Pharmacia Corporation, Greenstone Ltd., and Agouron Pharmaceuticals, Inc. |
|---|---|
| /s/ Joanne M. Cicala | /s/ Mark D. Smith |
| Joanne M. Cicala<br>James P. Carroll, Jr.<br>Jocelyn R. Normand<br>Kathryn B. Allen<br>KIRBY MCINERNEY, LLP<br>825 Third Avenue<br>New York, New York 10022<br>(212) 371-6600 (telephone)<br><br>*Attorneys for Plaintiffs*<br><br><br>Dated: March 26, 2010 | Mark D. Smith (BBO #542676)<br>Laredo & Smith LLP<br>15 Broad Street, Suite 600<br>Boston, MA 02109<br>(617) 367-7984 (telephone)<br>(617) 367-6475 (facsimile)<br><br>John C. Dodds, Esq.<br>Erica Smith-Klocek, Esq.<br>Abby J. Kaplan, Esq.<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-5000 (telephone)<br>(215) 963-5001 (facsimile)<br><br>*Attorneys for Defendants Pfizer Inc., Pharmacia Corporation, Greenstone Ltd., and Agouron Pharmaceuticals, Inc.*<br><br>Dated: March 29, 2010 |

## CERTIFICATE OF SERVICE

I, Mark D. Smith, certify that a true and correct copy of the foregoing Stipulation was served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 on March 29, 2010.

/s/ Mark D. Smith
Mark D. Smith
