**Pfizer EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00049001383 | UNASYN 1.5GM VIAL | 1/1/1990 | ongoing |
| 00049001483 | UNASYN 3GM VIAL | 1/1/1990 | ongoing |
| 00049002383 | UNASYN 3GM PIGGYBACK VIAL | 1/1/1990 | ongoing |
| 00049002428 | UNASYN 15GM VIAL | 4/13/1994 | ongoing |
| 00049003183 | UNASYN 1.5GM ADD-VANTAGE VL | 1/1/1990 | ongoing |
| 00049003283 | UNASYN 3GM ADD-VANTAGE VIAL | 7/1/1992 | ongoing |
| 00049052083 | PFIZERPEN 5MMU VIAL | 1/1/1990 | ongoing |
| 00049053028 | PFIZERPEN 20MMU VIAL | 1/1/1990 | ongoing |
| 00049080108 | TERRAMYCIN/POLYMYX EYE OINT | 1/1/1990 | 9/1/06 |
| 00049143066 | GEOCILLIN 382 MG TABLET | 1/1/1990 | 6/1/09 |
| 00049155066 | GLUCOTROL XL 5MG TABLET SA | 5/11/1994 | ongoing |
| 00049155073 | GLUCOTROL XL 5MG TABLET SA | 5/11/1994 | ongoing |
| 00049156066 | GLUCOTROL XL 10MG TABLET SA | 5/11/1994 | ongoing |
| 00049156073 | GLUCOTROL XL 10MG TABLET SA | 5/11/1994 | ongoing |
| 00049276066 | CARDURA 2MG TABLET | 2/1/1991 | ongoing |
| 00049319028 | VFEND IV 200MG VIAL | 7/22/2002 | ongoing |
| 00049337126 | DIFLUCAN/SALINE 0.2G/100ML | 1/1/1990 | ongoing |
| 00049341030 | DIFLUCAN 50MG TABLET | 1/1/1990 | ongoing |
| 00049342030 | DIFLUCAN 100MG TABLET | 1/1/1990 | ongoing |
| 00049343526 | DIFLUCAN/SALINE 0.2G/100ML | 1/1/1990 | ongoing |
| 00049343626 | DIFLUCAN/SALINE 0.4G/200ML | 1/1/1990 | ongoing |
| 00049343726 | DIFLUCAN/DEXTRSE 0.2G/100ML | 4/4/1993 | ongoing |
| 00049343826 | DIFLUCAN/DEXTRSE 0.4G/200ML | 7/1/1993 | ongoing |
| 00049345019 | DIFLUCAN 40MG/ML SUSPENSION | 2/17/1995 | ongoing |
| 00049350079 | DIFLUCAN 150 MG TABLET | 8/22/1994 | ongoing |
| 00049378030 | TROVAN 100MG TABLET | 1/19/1998 | 5/31/04 |
| 00049412073 | GLUCOTROL 10MG TABLET | 1/1/1990 | 6/1/08 |
| 00049491041 | ZOLOFT 100MG TABLET | 3/1/1992 | ongoing |
| 00049491073 | ZOLOFT 100MG TABLET | 3/1/1992 | 8/1/09 |

**Pfizer EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00049494023 | ZOLOFT 20MG/ML ORAL CONC | 4/20/2000 | ongoing |
| 00049496050 | ZOLOFT 25MG TABLET | 2/18/1997 | 6/1/08 |
| 00049535066 | SINEQUAN 25MG CAPSULE | 1/1/1990 | 12/1/09 |
| 00049537050 | SINEQUAN 150MG CAPSULE | 1/1/1990 | 11/1/05 |
| 00049546074 | VISTARIL 50MG/ML VIAL | 1/1/1990 | 1/1/07 |
| 00049561066 | ATARAX 25MG TABLET | 1/1/1990 | 10/1/04 |
| 00049563066 | ATARAX 100MG TABLET | 1/1/1990 | 5/1/04 |
| 00049577066 | NAVANE 20MG CAPSULE | 1/1/1990 | ongoing |
| 00049577073 | NAVANE 20MG CAPSULE | 1/1/1990 | 12/31/00 |
| 00069097065 | VIBRAMYCIN 25MG/5ML SUSP | 1/1/1990 | ongoing |
| 00069097193 | VIBRAMYCIN 50MG/5ML SYRUP | 1/1/1990 | ongoing |
| 00069144003 | ZYRTEC 5 MG CHEWABLE TABLET | 5/7/2004 | ongoing |
| 00069145003 | ZYRTEC 10 MG CHEWABLE TABLET | 5/7/2004 | ongoing |
| 00069152066 | NORVASC 2.5MG TABLET | 10/1/1992 | 12/31/00 |
| 00069152068 | NORVASC 2.5MG TABLET | 10/1/1992 | ongoing |
| 00069153068 | NORVASC 5MG TABLET | 10/1/1992 | ongoing |
| 00069153072 | NORVASC 5MG TABLET | 10/1/1992 | ongoing |
| 00069154068 | NORVASC 10MG TABLET | 10/1/1992 | ongoing |
| 00069163066 | ZYRTEC-D TABLET | 8/29/2001 | ongoing |
| 00069260066 | PROCARDIA 10 MG CAPSULE | 1/1/1990 | ongoing |
| 00069261066 | PROCARDIA 20MG CAPSULE | 1/1/1990 | 5/1/06 |
| 00069265066 | PROCARDIA XL 30MG TABLET SA | 1/1/1990 | ongoing |
| 00069265072 | PROCARDIA XL 30MG TABLET SA | 1/1/1990 | ongoing |
| 00069265094 | PROCARDIA XL 30MG TABLET SA | 1/1/1990 | 5/31/02 |
| 00069266066 | PROCARDIA XL 60MG TABLET SA | 1/1/1990 | ongoing |
| 00069266072 | PROCARDIA XL 60MG TABLET SA | 1/1/1990 | ongoing |
| 00069267066 | PROCARDIA XL 90MG TABLET SA | 1/1/1990 | ongoing |
| 00069305034 | ZITHROMAX 250MG Z-PAK | 3/3/1992 | 10/1/01 |
| 00069305107 | ZITHROMAX 1GM POWDER PACKET | 6/23/1995 | ongoing |

**Pfizer EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00069305175 | ZITHROMAX 1GM POWDER PACKET | 6/23/1995 | ongoing |
| 00069306030 | ZITHROMAX 250MG TABLET | 4/4/1997 | ongoing |
| 00069306075 | ZITHROMAX 250MG Z-PAK TAB | 4/4/1997 | ongoing |
| 00069307030 | ZITHROMAX 500 MG TABLET | 8/12/2002 | ongoing |
| 00069307075 | ZITHROMAX 500MG TABLET | 8/12/2002 | ongoing |
| 00069308030 | ZITHROMAX 600MG TABLET | 7/15/1996 | ongoing |
| 00069311019 | ZITHROMAX 100MG/5ML SUSP | 11/13/1995 | ongoing |
| 00069312019 | ZITHROMAX 200MG/5ML SUSP | 11/13/1995 | ongoing |
| 00069313019 | ZITHROMAX 200MG/5ML SUSP | 11/13/1995 | ongoing |
| 00069314019 | ZITHROMAX 200MG/5ML SUSP | 5/21/1996 | ongoing |
| 00069315014 | ZITHROMAX I.V. 500MG VIAL | 6/9/1997 | ongoing |
| 00069315083 | ZITHROMAX I.V. 500MG VIAL | 6/9/1997 | ongoing |
| 00069323066 | FELDENE 20MG CAPSULE | 1/1/1990 | ongoing |
| 00069420030 | VIAGRA 25MG TABLET | 4/6/1998 | ongoing |
| 00069421030 | VIAGRA 50MG TABLET | 4/6/1998 | ongoing |
| 00069421066 | VIAGRA 50 MG TABLET | 4/6/1998 | ongoing |
| 00069422030 | VIAGRA 100MG TABLET | 4/6/1998 | ongoing |
| 00069422066 | VIAGRA 100MG TABLET | 4/6/1998 | ongoing |
| 00069430066 | MINIZIDE 1 CAPSULE | 1/1/1990 | 6/1/08 |
| 00069431071 | MINIPRESS 1MG CAPSULE | 1/1/1990 | ongoing |
| 00069432066 | MINIZIDE 2 CAPSULE | 1/1/1990 | 6/1/08 |
| 00069436066 | MINIZIDE 5 CAPSULE | 1/1/1990 | 6/1/08 |
| 00069437071 | MINIPRESS 2MG CAPSULE | 1/1/1990 | ongoing |
| 00069438071 | MINIPRESS 5MG CAPSULE | 1/1/1990 | ongoing |
| 00069543066 | VISTARIL 100MG CAPSULE | 1/1/1990 | 10/1/07 |
| 00069544093 | VISTARIL 25MG/5ML ORAL SUSP | 1/1/1990 | ongoing |
| 00069544097 | VISTARIL 25MG/5ML ORAL SUSP | 1/1/1990 | 3/1/09 |
| 00069550066 | ZYRTEC 5MG TABLET | 1/5/1996 | 11/1/08 |
| 00069551066 | ZYRTEC 10MG TABLET | 1/5/1996 | 3/1/09 |

**Pfizer EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00069553047 | ZYRTEC 1MG/ML SYRUP | 11/11/1996 | ongoing |
| 00069553093 | ZYRTEC 1MG/ML SYRUP | 11/11/1996 | ongoing |
| 00069580060 | TIKOSYN 0.125 MG CAPSULE | 1/27/2000 | ongoing |
| 00069581060 | TIKOSYN .250MG CAPSULE | 1/27/2000 | ongoing |
| 00069582060 | TIKOSYN .5MG CAPSULE | 1/27/2000 | ongoing |
| 00071014445 | FEMHRT 1/5 TABLET | 1/10/2000 | 3/31/06 |
| 00071015623 | LIPITOR 20 MG TABLET | 1/27/1997 | ongoing |
| 00071015694 | LIPITOR 20 MG TABLET | 1/27/1997 | ongoing |
| 00071015723 | LIPITOR 40MG TABLET | 6/1/1997 | ongoing |
| 00071015773 | LIPITOR 40MG TABLET | 6/1/1997 | ongoing |
| 00071015823 | LIPITOR 80MG TABLET | 6/26/2000 | ongoing |
| 00071022023 | ACCURETIC 20-12.5MG TABLET | 2/4/2000 | ongoing |
| 00071022223 | ACCURETIC 10-12.5MG TABLET | 2/4/2000 | ongoing |
| 00071022323 | ACCURETIC 20-25 MG TABLET | 2/4/2000 | ongoing |
| 00071035024 | NARDIL 15MG TABLET | 8/11/2003 | 8/1/08 |
| 00071036232 | DILANTIN 100MG KAPSEAL | 9/30/1990 | ongoing |
| 00071036524 | DILANTIN 30MG KAPSEAL | 9/30/1990 | ongoing |
| 00071040124 | NEURONTIN 800MG TABLET | 1/2/2004 | ongoing |
| 00071041624 | NEURONTIN 600 MG TABLET | 1/10/2000 | 12/31/06 |
| 00071041724 | NITROSTAT 0.3MG TABLET SL | 8/15/2000 | ongoing |
| 00071041813 | NITROSTAT 0.4MG TABLET SL | 8/15/2000 | ongoing |
| 00071041824 | NITROSTAT 0.4MG TABLET SL | 8/15/2000 | ongoing |
| 00071041924 | NITROSTAT 0.6 MG TABLET SL | 8/15/2000 | ongoing |
| 00071042624 | NEURONTIN 800MG TABLET | 1/10/2000 | 1/1/05 |
| 00071051324 | NEURONTIN 600MG TABLET | 1/2/2004 | ongoing |
| 00071053023 | ACCUPRIL 10MG TABLET | 12/1/1991 | ongoing |
| 00071091348 | LOESTRIN FE 1/20 TABLET | 9/30/1990 | 1/31/06 |
| 00071091548 | LOESTRIN 21 1/20 TABLET | 9/30/1990 | 10/31/06 |
| 00071091648 | LOESTRIN 21 1.5/30 TABLET | 9/30/1990 | 9/30/06 |

**Pfizer EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00071201223 | NEURONTIN 250MG/5ML SOLN | 5/30/2001 | ongoing |
| 00071241823 | ZARONTIN 250MG/5ML SYRUP | 9/30/1990 | ongoing |
| 00071400810 | CEREBYX 50MG PE/ML VIAL | 8/15/1996 | ongoing |
| 00662411066 | GLUCOTROL 5MG TABLET | 1/1/1990 | 12/31/00 |
| 00662412066 | GLUCOTROL 10MG TABLET | 1/1/1990 | 12/31/00 |
| 00049162030 | GLUCOTROL XL 2.5MG TAB SA | 10/4/1999 | ongoing |
| 00049214066 | ANTIVERT 50MG TABLET | 1/1/1990 | ongoing |
| 00049275066 | CARDURA 1MG TABLET | 2/1/1991 | ongoing |
| 00049277066 | CARDURA 4MG TABLET | 2/1/1991 | ongoing |
| 00049278066 | CARDURA 8MG TABLET | 2/1/1991 | ongoing |
| 00049337226 | DIFLUCAN/SALINE 0.4G/200ML | 1/1/1990 | ongoing |
| 00049343030 | DIFLUCAN 200MG TABLET | 1/1/1990 | ongoing |
| 00049344019 | DIFLUCAN 10MG/ML SUSPENSION | 2/17/1995 | ongoing |
| 00049379030 | TROVAN 200MG TABLET | 1/19/1998 | 5/31/04 |
| 00049490066 | ZOLOFT 50MG TABLET | 3/1/1992 | 8/1/09 |
| 00049490073 | ZOLOFT 50MG TABLET | 3/1/1992 | 7/1/09 |
| 00049491066 | ZOLOFT 100MG TABLET | 3/1/1992 | 8/1/09 |
| 00049536066 | SINEQUAN 50MG CAPSULE | 1/1/1990 | 8/1/09 |
| 62856024530 | ARICEPT 5MG TABLET | 12/1/1996 | ongoing |
| 62856024590 | ARICEPT 5MG TABLET | 12/1/1996 | ongoing |
| 62856024630 | ARICEPT 10MG TABLET | 12/1/1996 | ongoing |
| 62856024641 | ARICEPT 10MG TABLET | 12/1/1996 | ongoing |
| 62856024690 | ARICEPT 10MG TABLET | 12/1/1996 | ongoing |
| 00071000724 | DILANTIN 50MG INFATAB | 9/30/1990 | ongoing |
| 00071000740 | DILANTIN 50MG INFATAB | 9/30/1990 | ongoing |
| 00071014423 | FEMHRT 1/5 TABLET | 1/10/2000 | 3/31/06 |
| 00071015523 | LIPITOR 10MG TABLET | 1/27/1997 | ongoing |
| 00071015534 | LIPITOR 10MG TABLET | 1/27/1997 | ongoing |
| 00071015540 | LIPITOR 10MG TABLET | 1/27/1997 | ongoing |

**Pfizer EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00071022006 | ACCURETIC 20-12.5MG TABLET | 2/4/2000 | 6/29/04 |
| 00071022306 | ACCURETIC 20-25MG TABLET | 2/4/2000 | 2/28/04 |
| 00071023724 | ZARONTIN 250MG CAPSULE | 9/30/1990 | ongoing |
| 00071027024 | NARDIL 15MG TABLET | 9/30/1990 | 1/1/05 |
| 00071036224 | DILANTIN 100MG KAPSEAL | 9/30/1990 | ongoing |
| 00071052524 | CELONTIN 300MG KAPSEAL | 9/30/1990 | ongoing |
| 00071052723 | ACCUPRIL 5MG TABLET | 12/1/1991 | ongoing |
| 00071053040 | ACCUPRIL 10MG TABLET | 12/1/1991 | ongoing |
| 00071053223 | ACCUPRIL 20MG TABLET | 12/1/1991 | ongoing |
| 00071053240 | ACCUPRIL 20MG TABLET | 12/1/1991 | ongoing |
| 00071053523 | ACCUPRIL 40MG TABLET | 12/31/1991 | ongoing |
| 00071053724 | CELONTIN KAPSEAL 150MG | 9/30/1990 | 4/30/05 |
| 00071057013 | NITROSTAT 0.4MG TABLET SL | 9/30/1990 | 12/4/02 |
| 00071073720 | LOPID 600MG TABLET | 9/30/1990 | ongoing |
| 00071073730 | LOPID 600MG TABLET | 9/30/1990 | ongoing |
| 00071080324 | NEURONTIN 100MG CAPSULE | 1/10/1994 | ongoing |
| 00071080524 | NEURONTIN 300MG CAPSULE | 1/10/1994 | ongoing |
| 00071080624 | NEURONTIN 400MG CAPSULE | 1/10/1994 | ongoing |
| 00071092815 | ESTROSTEP FE-28 TABLET | 3/3/1997 | 3/31/06 |
| 00071092847 | ESTROSTEP FE-28 TABLET | 3/3/1997 | 2/28/07 |
| 00071221420 | DILANTIN 125MG/5ML SUSP | 9/30/1990 | ongoing |
| 00071400705 | CEREBYX 50MG PE/ML VIAL | 8/15/1996 | ongoing |
| 00071425903 | BENADRYL 50MG/ML AMPUL | 9/30/1990 | 4/30/08 |
| 00071425913 | BENADRYL 50MG/ML VIAL | 9/30/1990 | 12/31/07 |
| 00071425945 | BENADRYL 50MG/ML SYRINGE | 9/30/1990 | 9/30/06 |
| 00071440210 | BENADRYL 50MG/ML VIAL | 9/30/1990 | 2/28/09 |
| 63010001030 | VIRACEPT 250MG TABLET | 3/14/1997 | ongoing |
| 63010001190 | VIRACEPT POWDER | 3/14/1997 | ongoing |
| 63010002118 | RESCRIPTOR 200 MG TABLET | 11/3/1999 | ongoing |

**Pfizer EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 63010002770 | VIRACEPT 625 MG TABLET | 5/7/2004 | ongoing |