# Pharmacia EPIC Stipulation
# Exhibit B

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00009074634 | DEPO-PROVERA 150MG/ML VIAL | 12/1/1992 | 2/29/00 |
| 00009000402 | MIRAPEX 0.25MG TABLET | 7/8/1997 | 11/30/05 |
| 00009001201 | CORTEF 5MG TABLET | 9/30/1990 | ongoing |
| 00009001401 | HALOTESTIN 2MG TABLET | 9/30/1990 | 11/30/06 |
| 00009001501 | CORTISONE 5MG TABLET | 9/30/1990 | 10/31/02 |
| 00009001702 | HALCION 0.25MG TABLET | 9/30/1990 | 4/30/09 |
| 00009001758 | HALCION 0.25MG TABLET | 9/30/1990 | 3/31/01 |
| 00009001759 | HALCION 0.25MG TABLET | 9/30/1990 | ongoing |
| 00009001906 | HALOTESTIN 5MG TABLET | 9/30/1990 | 4/1/06 |
| 00009002201 | MEDROL 8MG TABLET | 9/30/1990 | ongoing |
| 00009002301 | CORTISONE 10MG TABLET | 9/30/1990 | 11/1/03 |
| 00009003101 | CORTEF 10MG TABLET | 9/30/1990 | ongoing |
| 00009003201 | DELTASONE 2.5MG TABLET | 9/30/1990 | 2/28/07 |
| 00009003603 | HALOTESTIN 10MG TABLET | 9/30/1990 | 2/28/04 |
| 00009003604 | HALOTESTIN 10MG TABLET | 9/30/1990 | 2/28/04 |
| 00009004401 | CORTEF 20MG TABLET | 9/30/1990 | ongoing |
| 00009004501 | DELTASONE 5MG TABLET | 9/30/1990 | 12/1/04 |
| 00009004502 | DELTASONE 5MG TABLET | 9/30/1990 | 3/31/07 |
| 00009004516 | DELTASONE 5MG TABLET | 9/30/1990 | 4/30/07 |
| 00009004902 | MEDROL 2MG TABLET | 9/30/1990 | ongoing |
| 00009005002 | PROVERA 10MG TABLET | 9/30/1990 | ongoing |
| 00009005011 | PROVERA 10MG TABLET | 9/30/1990 | ongoing |
| 00009005604 | MEDROL 4MG DOSEPAK | 9/30/1990 | ongoing |
| 00009005707 | XANAX XR 0.5 MG TABLET | 4/1/2003 | ongoing |
| 00009005907 | XANAX XR 1 MG TABLET | 4/1/2003 | ongoing |
| 00009006404 | PROVERA 2.5MG TABLET | 9/30/1990 | ongoing |
| 00009006406 | PROVERA 2.5MG TABLET | 9/30/1990 | 10/31/08 |
| 00009006607 | XANAX XR 2 MG TABLET | 4/1/2003 | ongoing |
| 00009006807 | XANAX XR 3 MG TABLET | 4/1/2003 | ongoing |

# Pharmacia EPIC Stipulation
## Exhibit B

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00009007002 | TOLINASE 100MG TABLET | 9/30/1990 | 2/28/06 |
| 00009007301 | MEDROL 16MG TABLET | 9/30/1990 | ongoing |
| 00009009401 | XANAX 2MG TABLET | 10/2/1990 | ongoing |
| 00009009403 | XANAX 2MG TABLET | 10/2/1990 | 8/31/08 |
| 00009011312 | SOLU-MEDROL 40MG VIAL | 9/30/1990 | 2/28/04 |
| 00009011319 | SOLU-MEDROL 40MG VIAL | 9/30/1990 | ongoing |
| 00009013101 | MICRONASE 1.25MG TABLET | 9/30/1990 | ongoing |
| 00009014101 | MICRONASE 2.5MG TABLET | 9/30/1990 | ongoing |
| 00009014102 | MICRONASE 2.5MG TABLET | 9/30/1990 | 4/30/06 |
| 00009014201 | CORTEF 10MG/5ML ORAL SUSP | 9/30/1990 | 11/30/02 |
| 00009016501 | DELTASONE 20MG TABLET | 9/30/1990 | 7/31/07 |
| 00009016502 | DELTASONE 20MG TABLET | 9/30/1990 | 7/31/07 |
| 00009017007 | ANSAID 50MG TABLET | 9/30/1990 | 8/31/04 |
| 00009017103 | MICRONASE 5MG TABLET | 9/30/1990 | 2/28/06 |
| 00009017105 | MICRONASE 5MG TABLET | 9/30/1990 | 2/28/10 |
| 00009017106 | MICRONASE 5MG TABLET | 9/30/1990 | 12/1/09 |
| 00009017107 | MICRONASE 5MG TABLET | 9/30/1990 | ongoing |
| 00009017112 | MICRONASE 5MG TABLET | 9/30/1990 | 3/31/09 |
| 00009017601 | MEDROL 32MG TABLET | 9/30/1990 | ongoing |
| 00009019009 | SOLU-MEDROL 125MG VIAL | 9/30/1990 | 2/28/05 |
| 00009019016 | SOLU-MEDROL 125MG VIAL | 9/30/1990 | ongoing |
| 00009019301 | DELTASONE 10MG TABLET | 9/30/1990 | 4/30/07 |
| 00009019302 | DELTASONE 10MG TABLET | 9/30/1990 | 6/30/07 |
| 00009023301 | BACITRACIN STER POWD 50MU | 9/30/1990 | ongoing |
| 00009025302 | DEPO-TESTADIOL VIAL | 9/30/1990 | 9/30/08 |
| 00009026001 | COLESTID GRANULES PACKET | 9/30/1990 | ongoing |
| 00009026002 | COLESTID GRANULES | 9/30/1990 | ongoing |
| 00009026004 | COLESTID GRANULES PACKET | 9/30/1990 | ongoing |
| 00009026017 | COLESTID GRANULES | 9/30/1990 | ongoing |

**Pharmacia EPIC Stipulation**
**Exhibit B**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00009026801 | HEPARIN SODIUM 1MU/ML VIAL | 9/30/1990 | 12/31/05 |
| 00009026802 | HEPARIN SODIUM 1MU/ML VIAL | 9/30/1990 | 3/3/06 |
| 00009026812 | HEPARIN SODIUM 1MU/ML VIAL | 9/30/1990 | 3/31/06 |
| 00009027101 | DEPO-ESTRADIOL 5MG/ML VIAL | 9/30/1990 | ongoing |
| 00009027401 | DEPO-MEDROL 20MG/ML VIAL | 9/30/1990 | ongoing |
| 00009028002 | DEPO-MEDROL 40MG/ML VIAL | 9/30/1990 | ongoing |
| 00009028003 | DEPO-MEDROL 40MG/ML VIAL | 9/30/1990 | ongoing |
| 00009028051 | DEPO-MEDROL 40MG/ML VIAL | 9/30/1990 | ongoing |
| 00009028052 | DEPO-MEDROL 40MG/ML VIAL | 9/30/1990 | ongoing |
| 00009028603 | PROVERA 5MG TABLET | 9/30/1990 | ongoing |
| 00009029101 | HEPARIN SODIUM 5MU/ML VIAL | 9/30/1990 | 11/30/06 |
| 00009030602 | DEPO-MEDROL 80MG/ML VIAL | 9/30/1990 | ongoing |
| 00009030612 | DEPO-MEDROL 80MG/ML VIAL | 9/30/1990 | ongoing |
| 00009031702 | HEPARIN SODIUM 10MU/ML VIAL | 9/30/1990 | 9/30/05 |
| 00009031710 | HEPARIN SODIUM 10MU/ML VIAL | 9/30/1990 | 1/30/06 |
| 00009033102 | CLEOCIN HCL 75MG CAPSULE | 9/30/1990 | ongoing |
| 00009034702 | DEPO-TESTOSTERONE 100MG/ML | 9/30/1990 | ongoing |
| 00009035201 | GLYNASE 3MG PRESTAB | 3/10/1992 | ongoing |
| 00009037003 | COLESTID FLAVORED GRANULES | 2/1/1994 | ongoing |
| 00009037005 | COLESTID FLAVORED GRANULES | 2/1/1994 | ongoing |
| 00009037301 | CYTOSAR-U 100MG VIAL | 9/30/1990 | 12/31/06 |
| 00009038801 | DELTASONE 50MG TABLET | 9/30/1990 | 2/28/07 |
| 00009039513 | CLEOCIN HCL 300MG CAPSULE | 9/30/1990 | 9/30/06 |
| 00009039514 | CLEOCIN HCL 300MG CAPSULE | 9/30/1990 | ongoing |
| 00009041701 | DEPO-TESTOSTERONE 200MG/ML | 9/30/1990 | ongoing |
| 00009041702 | DEPO-TESTOSTERONE 200MG/ML | 9/30/1990 | ongoing |
| 00009045003 | COLESTID 1GM TABLET | 10/1/1994 | ongoing |
| 00009047301 | CYTOSAR-U 500MG VIAL | 9/30/1990 | 12/31/06 |
| 00009055501 | LINCOCIN 300MG/ML VIAL | 9/30/1990 | ongoing |

**Pharmacia EPIC Stipulation**
**Exhibit B**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00009055502 | LINCOCIN 300MG/ML VIAL | 9/30/1990 | ongoing |
| 00009062601 | DEPO-PROVERA 400MG/ML VIAL | 9/30/1990 | ongoing |
| 00009062602 | DEPO-PROVERA 400MG/ML VIAL | 9/30/1990 | 5/1/04 |
| 00009069801 | SOLU-MEDROL 1000MG VIAL | 9/30/1990 | ongoing |
| 00009072809 | CLEOCIN PHOS 150MG/ML VIAL | 9/30/1990 | ongoing |
| 00009074630 | DEPO-PROVERA 150MG/ML VIAL | 12/1/1992 | ongoing |
| 00009074635 | DEPO-PROVERA 150MG/ML VIAL | 12/1/1992 | ongoing |
| 00009075801 | SOLU-MEDROL 500MG VIAL | 9/30/1990 | ongoing |
| 00009076004 | CLEOCIN 75MG/5ML GRANULES | 9/30/1990 | ongoing |
| 00009076502 | SOLU-MEDROL 500MG VIAL | 8/1/1994 | ongoing |
| 00009077526 | CLEOCIN PHOS 150MG/ML VIAL | 9/30/1990 | ongoing |
| 00009079601 | SOLU-MEDROL 2000MG VIAL | 9/30/1990 | ongoing |
| 00009082501 | SOLU-CORTEF 100MG VIAL | 9/30/1990 | ongoing |
| 00009084401 | ZANOSAR 1GM STERILE POWDER | 9/30/1990 | 2/29/04 |
| 00009087026 | CLEOCIN PHOS 150MG/ML VIAL | 9/30/1990 | ongoing |
| 00009090013 | SOLU-CORTEF 100MG ACT-O-VL | 9/30/1990 | ongoing |
| 00009090020 | SOLU-CORTEF 100MG ACT-O-VL | 9/30/1990 | ongoing |
| 00009090218 | CLEOCIN PHOS 150MG/ML VIAL | 9/30/1990 | ongoing |
| 00009090908 | SOLU-CORTEF 250MG ACT-O-VL | 9/30/1990 | ongoing |
| 00009090916 | SOLU-CORTEF 250MG ACT-O-VL | 9/30/1990 | ongoing |
| 00009091205 | SOLU-CORTEF 500MG ACT-O-VL | 9/30/1990 | ongoing |
| 00009092003 | SOLU-CORTEF 1000MG ACT-O-VL | 9/30/1990 | ongoing |
| 00009307301 | DEPO-MEDROL 40MG/ML VIAL | 12/10/1991 | ongoing |
| 00009307303 | DEPO-MEDROL 40MG/ML VIAL | 12/10/1991 | ongoing |
| 00009311614 | CLEOCIN T 1% PLEDGETS | 9/30/1990 | ongoing |
| 00009312403 | CLEOCIN 150MG/ML ADDVN VIAL | 9/30/1990 | ongoing |
| 00009329501 | CYTOSAR-U 1GM VIAL | 9/30/1990 | 8/31/04 |
| 00009329601 | CYTOSAR-U 2GM VIAL | 9/30/1990 | 4/30/04 |
| 00009332901 | CLEOCIN T 1% LOTION | 9/30/1990 | ongoing |

**Pharmacia EPIC Stipulation**
**Exhibit B**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00009333101 | CLEOCIN T 1% GEL | 9/30/1990 | ongoing |
| 00009333102 | CLEOCIN T 1% GEL | 9/30/1990 | ongoing |
| 00009337502 | CLEOCIN 600MG/D5W/GALAXY | 9/30/1990 | ongoing |
| 00009338102 | CLEOCIN 300MG/D5W/GALAXY | 9/30/1990 | ongoing |
| 00009338202 | CLEOCIN 900MG/D5W/GALAXY | 5/10/1991 | ongoing |
| 00009338901 | SOLU-MEDROL 1000MG VIAL | 9/30/1990 | ongoing |
| 00009344801 | CLEOCIN 2% VAGINAL CREAM | 9/10/1992 | ongoing |
| 00009344901 | GLYNASE 6MG PRESTAB | 12/1/1993 | ongoing |
| 00009344903 | GLYNASE 6MG PRESTAB | 12/1/1993 | ongoing |
| 00009347501 | DEPO-MEDROL 80MG/ML VIAL | 12/1/1991 | ongoing |
| 00009347503 | DEPO-MEDROL 80MG/ML VIAL | 12/1/1991 | ongoing |
| 00009348404 | LUNELLE CONTRACEPTIVE VIAL | 10/1/2000 | 2/28/06 |
| 00009348405 | LUNELLE CONTRACEPTIVE VIAL | 10/1/2000 | 7/31/04 |
| 00009348410 | LUNELLE CONTRACEPTIVE VIAL | 10/1/2000 | 2/29/04 |
| 00009353101 | VANTIN 50MG/5ML SUSPENSION | 9/10/1992 | 6/30/09 |
| 00009353102 | VANTIN 50MG/5ML SUSPENSION | 9/10/1992 | 6/1/03 |
| 00009353103 | VANTIN 50MG/5ML SUSPENSION | 9/10/1992 | 6/30/09 |
| 00009361501 | VANTIN 100MG/5ML SUSPENSION | 9/10/1992 | 6/30/09 |
| 00009361502 | VANTIN 100MG/5ML SUSPENSION | 9/10/1992 | 11/30/04 |
| 00009361503 | VANTIN 100MG/5ML SUSPENSION | 9/10/1992 | 6/30/09 |
| 00009361701 | VANTIN 100MG TABLET | 9/10/1992 | 12/31/09 |
| 00009361702 | VANTIN 100MG TABLET | 9/10/1992 | ongoing |
| 00009361801 | VANTIN 200MG TABLET | 9/10/1992 | ongoing |
| 00009361802 | VANTIN 200MG TABLET | 9/10/1992 | 10/30/09 |
| 00009370101 | CAVERJECT 20MCG KIT | 8/10/1995 | 10/31/04 |
| 00009370105 | CAVERJECT 20MCG VIAL | 8/10/1995 | ongoing |
| 00009377401 | OGEN 2.5 TABLET | 12/1/1977 | ongoing |
| 00009377805 | CAVERJECT 10MCG VIAL | 8/10/1995 | 5/31/05 |
| 00009377808 | CAVERJECT 10MCG KIT | 8/10/1995 | 5/30/05 |

**Pharmacia EPIC Stipulation**
**Exhibit B**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00009454102 | DETROL 1MG TABLET | 4/2/1998 | ongoing |
| 00009454103 | DETROL 1MG TABLET | 4/2/1998 | ongoing |
| 00009454401 | DETROL 2MG TABLET | 4/2/1998 | ongoing |
| 00009454402 | DETROL 2MG TABLET | 4/2/1998 | ongoing |
| 00009454403 | DETROL 2MG TABLET | 4/2/1998 | ongoing |
| 00009501201 | GLYSET 25MG TABLET | 1/1/1999 | ongoing |
| 00009501301 | GLYSET 50MG TABLET | 1/1/1999 | ongoing |
| 00009501401 | GLYSET 100MG TABLET | 1/1/1999 | ongoing |
| 00009513502 | ZYVOX 600MG TABLET | 5/2/2000 | ongoing |
| 00009513601 | ZYVOX 100MG/5ML SUSPENSION | 5/2/2000 | ongoing |
| 00009514001 | ZYVOX 600MG/300ML IV SOLN | 5/2/2000 | ongoing |
| 00009517302 | VAGIFEM 25MCG VAGINAL TAB | 6/28/2000 | 1/31/04 |
| 00009517303 | VAGIFEM 25MCG VAGINAL TAB | 6/28/2000 | 12/31/05 |
| 00009517304 | VAGIFEM 25MCG VAGINAL TAB | 6/28/2000 | 1/31/05 |
| 00009517401 | ACTIVELLA TABLET | 6/28/2000 | 5/1/05 |
| 00009518101 | CAVERJECT IMPULSE 10 MCG KIT | 7/1/2002 | ongoing |
| 00009518201 | CAVERJECT IMPULSE 20MCG KIT | 9/23/2002 | ongoing |
| 00009519001 | DETROL LA 2MG CAPSULE SA | 1/1/2001 | ongoing |
| 00009519002 | DETROL LA 2MG CAPSULE SA | 1/1/2001 | ongoing |
| 00009519003 | DETROL LA 2MG CAPSULE SA | 1/1/2001 | ongoing |
| 00009519101 | DETROL LA 4MG CAPSULE SA | 2/1/2001 | ongoing |
| 00009519102 | DETROL LA 4MG CAPSULE SA | 2/1/2001 | ongoing |
| 00009519103 | DETROL LA 4 MG CAPSULE SA | 2/1/2001 | ongoing |
| 00009519104 | DETROL LA 4MG CAPSULE SA | 2/1/2001 | ongoing |
| 00009721203 | CAVERJECT 5MCG KIT | 2/19/1997 | 2/28/05 |
| 00009722402 | ATGAM 50MG/ML AMPUL | 8/28/1997 | ongoing |
| 00009737601 | DEPO-PROVERA 150MG/ML SYRN | 4/8/1996 | 6/30/05 |
| 00009737602 | DEPO-PROVERA 150MG/ML SYRN | 4/8/1996 | 5/31/05 |
| 00009737603 | DEPO-PROVERA 150MG/ML SYRN | 4/8/1996 | 4/30/05 |

**Pharmacia EPIC Stipulation**
**Exhibit B**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00009737604 | DEPO-PROVERA 150MG/ML SYRN | 4/8/1996 | ongoing |
| 00009738501 | MOTRIN 400MG TABLET | 4/8/1996 | 10/31/09 |
| 00009738502 | MOTRIN 400MG TABLET | 4/8/1996 | 10/31/09 |
| 00009738503 | MOTRIN 400MG TABLET | 4/8/1996 | 10/31/06 |
| 00009738601 | MOTRIN 600MG TABLET | 4/8/1996 | 1/31/09 |
| 00009738602 | MOTRIN 600MG TABLET | 4/8/1996 | 10/31/09 |
| 00009738603 | MOTRIN 600MG TABLET | 4/8/1996 | 10/31/06 |
| 00009738605 | MOTRIN 600MG TABLET | 4/8/1996 | 11/30/07 |
| 00009738701 | MOTRIN 800MG TABLET | 4/8/1996 | 4/30/09 |
| 00009738702 | MOTRIN 800MG TABLET | 4/8/1996 | 12/31/09 |
| 00009738703 | MOTRIN 800MG TABLET | 4/8/1996 | 10/31/09 |
| 00009738705 | MOTRIN 800MG TABLET | 4/8/1996 | 7/30/08 |
| 00009752901 | CAMPTOSAR 20MG/ML VIAL | 7/26/1996 | ongoing |
| 00009752902 | CAMPTOSAR 20MG/ML VIAL | 7/26/1996 | ongoing |
| 00009765002 | CAVERJECT 40MCG/2ML AMPUL | 12/15/1998 | 10/31/03 |
| 00009766304 | AROMASIN 25MG TABLET | 1/14/2000 | ongoing |
| 00009766701 | CLEOCIN 100MG VAGINAL OVULE | 6/23/2000 | ongoing |
| 00009768604 | CAVERJECT 40MCG VIAL | 8/8/1997 | ongoing |
| 00013010201 | AZULFIDINE ENTAB 500MG | 9/30/1990 | ongoing |
| 00013010220 | AZULFIDINE ENTAB 500MG | 9/30/1990 | ongoing |
| 00013010501 | DIPENTUM 250MG CAPSULE | 10/1/1990 | 8/31/06 |
| 00013010520 | DIPENTUM 250MG CAPSULE | 10/1/1990 | 10/31/06 |
| 00013013202 | EMCYT 140MG CAPSULE | 9/30/1990 | ongoing |
| 00013103691 | ADRUCIL 50MG/ML VIAL | 9/30/1990 | 4/30/05 |
| 00013108691 | ADRIAMYCIN RDF 10MG VIAL | 9/30/1990 | 4/30/06 |
| 00013109691 | ADRIAMYCIN RDF 20MG VIAL | 9/30/1990 | 4/30/06 |
| 00013110679 | ADRIAMYCIN RDF 50MG VIAL | 9/30/1990 | 4/30/06 |
| 00013111683 | ADRIAMYCIN RDF 150MG VIAL | 9/30/1990 | 5/30/06 |
| 00013113691 | ADRIAMYCIN-PFS 2MG/ML VIAL | 9/30/1990 | 11/30/02 |

**Pharmacia EPIC Stipulation**
**Exhibit B**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00013114691 | ADRIAMYCIN-PFS 2MG/ML VIAL | 9/30/1990 | 9/30/02 |
| 00013115679 | ADRIAMYCIN-PFS 2MG/ML VIAL | 9/30/1990 | 11/30/02 |
| 00013116683 | ADRIAMYCIN-PFS 2MG/ML VIAL | 9/30/1990 | 11/30/02 |
| 00013117687 | ADRIAMYCIN-PFS 2MG/ML VIAL | 4/1/1994 | 7/30/04 |
| 00013123691 | ADRIAMYCIN-PFS 2MG/ML VIAL | 11/19/2001 | 10/31/04 |
| 00013124691 | ADRIAMYCIN-PFS 2MG/ML VIAL | 11/19/2001 | 5/31/04 |
| 00013125679 | ADRIAMYCIN-PFS 2MG/ML VIAL | 11/19/2001 | 4/30/05 |
| 00013140544 | AMPHOCIN 50MG VIAL | 10/1/1992 | 8/31/08 |
| 00013161678 | BLEOMYCIN SULFATE 15U VIAL | 7/2/1996 | 2/28/02 |
| 00013215036 | ESTRING 2MG VAGINAL RING | 11/15/1996 | ongoing |
| 00013240691 | FRAGMIN 2500U SYRINGE | 10/30/1995 | 1/31/10 |
| 00013242601 | FRAGMIN 7,500 UNITS SYRINGE | 7/2/1996 | 10/31/08 |
| 00013242691 | FRAGMIN 5000U SYRINGE | 7/2/1996 | 12/31/09 |
| 00013243606 | FRAGMIN 10000IU/ML VIAL | 3/16/1998 | 11/30/08 |
| 00013260694 | GENOTROPIN 1.5 MG CARTRIDGE | 1/1/1996 | 9/30/07 |
| 00013261681 | GENOTROPIN 5.8 MG CARTRIDGE | 1/1/1996 | 3/31/07 |
| 00013261694 | GENOTROPIN 5.8 MG CARTRIDGE | 1/1/1996 | 3/31/07 |
| 00013262681 | GENOTROPIN 5.8MG CARTRIDGE | 1/1/1996 | ongoing |
| 00013262694 | GENOTROPIN 5.8MG CARTRIDGE | 1/1/1996 | ongoing |
| 00013264681 | GENOTROPIN 13.8MG CARTRIDGE | 4/11/1997 | ongoing |
| 00013264694 | GENOTROPIN 13.8MG CARTRIDGE | 4/11/1997 | ongoing |
| 00013264902 | GENOTROPIN MINIQUICK 0.2MG | 7/1/2000 | ongoing |
| 00013265002 | GENOTROPIN MINIQUICK 0.4 MG | 7/1/2000 | ongoing |
| 00013265102 | GENOTROPIN MINIQUICK 0.6 MG | 7/1/2000 | ongoing |
| 00013265202 | GENOTROPIN MINIQUICK 0.8 MG | 12/13/2000 | ongoing |
| 00013265302 | GENOTROPIN MINIQUICK 1MG | 7/1/2000 | ongoing |
| 00013265402 | GENOTROPIN MINIQUICK 1.2MG | 7/1/2000 | ongoing |
| 00013265502 | GENOTROPIN MINIQUICK 1.4MG | 7/1/2000 | ongoing |
| 00013265602 | GENOTROPIN MINIQUICK 1.6MG | 7/1/2000 | ongoing |

**Pharmacia EPIC Stipulation**
**Exhibit B**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00013265702 | GENOTROPIN MINIQUICK 1.8MG | 7/1/2000 | ongoing |
| 00013265802 | GENOTROPIN MINIQUICK 2MG | 7/1/2000 | ongoing |
| 00013519001 | FRAGMIN 10,000 UNITS SYRINGE | 4/1/2002 | 8/31/09 |
| 00013519101 | FRAGMIN 25000U/ML VIAL | 4/1/2002 | 10/31/08 |
| 00013530117 | MYCOBUTIN 150MG CAPSULE | 2/1/1993 | ongoing |
| 00013700112 | DOSTINEX 0.5MG TABLET | 1/15/1997 | 5/31/08 |
| 00013733691 | TOPOSAR 20MG/ML VIAL | 4/10/1995 | 11/30/02 |
| 00013734694 | TOPOSAR 20MG/ML VIAL | 4/10/1995 | 11/30/02 |
| 00013745686 | VINCASAR PFS 1MG/ML VIAL | 9/30/1990 | 5/31/05 |
| 00013746686 | VINCASAR PFS 1MG/ML VIAL | 9/30/1990 | 5/31/05 |
| 00013830301 | XALATAN 0.005% EYE DROPS | 8/22/1996 | ongoing |
| 00013830304 | XALATAN 0.005% EYE DROPS | 8/22/1996 | ongoing |
| 00013871562 | ZINECARD 250MG VIAL | 6/19/1995 | ongoing |
| 00013872589 | ZINECARD 500MG VIAL | 6/19/1995 | ongoing |
| 00025006602 | LOMOTIL LIQUID | 9/30/1990 | ongoing |
| 00025008109 | DEMULEN 1/50-28 TABLET | 9/30/1990 | 6/30/08 |
| 00025016109 | DEMULEN 1/35-28 TABLET | 9/30/1990 | 8/31/08 |
| 00025016124 | DEMULEN 1/35-28 TABLET | 9/30/1990 | 3/31/07 |
| 00025016608 | SYNAREL 2MG/ML NASAL SPRAY | 9/30/1990 | ongoing |
| 00025145160 | CYTOTEC 100 MCG TABLET | 9/30/1990 | ongoing |
| 00025152051 | CELEBREX 100 MG CAPSULE | 1/19/1999 | ongoing |
| 00025153002 | CELEBREX 400MG CAPSULE | 12/16/2002 | ongoing |
| 00025197531 | BEXTRA 10MG TABLET | 3/28/2002 | 9/30/08 |
| 00025197551 | BEXTRA 10MG TABLET | 3/28/2002 | 9/30/08 |
| 00025198031 | BEXTRA 20MG TABLET | 3/28/2002 | 8/31/07 |
| 00025198051 | BEXTRA 20MG TABLET | 3/28/2002 | 10/31/08 |
| 00025273251 | NORPACE CR 100 MG CAPSULE SA | 9/30/1990 | ongoing |
| 00025275231 | NORPACE 100MG CAPSULE | 9/30/1990 | ongoing |
| 00025276231 | NORPACE 150MG CAPSULE | 9/30/1990 | ongoing |

**Pharmacia EPIC Stipulation**
**Exhibit B**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00009519401 | NICOTROL NS 10MG/ML SPRAY | 7/1/1996 | 2/28/06 |
| 00009519402 | NICOTROL NS 10MG/ML SPRAY | 7/1/1996 | 1/31/08 |
| 00009519501 | NICOTROL CARTRIDGE INHALER | 11/19/1997 | 2/28/06 |
| 00009519508 | NICOTROL CARTRIDGE INHALER | 11/19/1997 | 1/31/09 |
| 00025102131 | ALDACTAZIDE 50/50 TABLET | 9/30/1990 | ongoing |
| 00025103131 | ALDACTONE 100MG TABLET | 9/30/1990 | ongoing |
| 00025104131 | ALDACTONE 50MG TABLET | 9/30/1990 | ongoing |
| 00025138131 | DAYPRO 600MG CAPLET | 1/5/1993 | ongoing |
| 00025138151 | DAYPRO 600MG CAPLET | 1/5/1993 | ongoing |
| 00025141160 | ARTHROTEC 50 TABLET EC | 1/7/1998 | ongoing |
| 00025141190 | ARTHROTEC 50 TABLET EC | 1/7/1998 | ongoing |
| 00025142160 | ARTHROTEC 75 TABLET EC | 1/7/1998 | ongoing |
| 00025145120 | CYTOTEC 100MCG TABLET | 9/30/1990 | ongoing |
| 00025146131 | CYTOTEC 200MCG TABLET | 9/30/1990 | ongoing |
| 00025146160 | CYTOTEC 200MCG TABLET | 9/30/1990 | ongoing |
| 00025152031 | CELEBREX 100MG CAPSULE | 1/19/1999 | ongoing |
| 00025152531 | CELEBREX 200MG CAPSULE | 1/19/1999 | ongoing |
| 00025152551 | CELEBREX 200MG CAPSULE | 1/19/1999 | ongoing |
| 00025190131 | CALAN SR 120MG CAPLET SA | 5/1/1991 | ongoing |
| 00025194250 | FLAGYL 375 CAPSULE | 8/10/1995 | ongoing |
| 00025196130 | FLAGYL ER 750MG TABLET SA | 3/26/1998 | ongoing |
| 00025201131 | COVERA-HS 180MG TABLET SA | 4/22/1996 | ongoing |
| 00025202131 | COVERA-HS 240MG TABLET SA | 4/22/1996 | ongoing |
| 00025273231 | NORPACE CR 100MG CAPSULE SA | 9/30/1990 | ongoing |
| 00025274231 | NORPACE CR 150MG CAPSULE SA | 9/30/1990 | ongoing |
| 00025520131 | KERLONE 20MG TABLET | 9/30/1990 | 6/30/09 |
| 00905576231 | PIROXICAM 20MG CAPSULE | 8/1/1992 | 11/30/00 |
| 00009376103 | RESCRIPTOR 100MG TABLET | 4/18/1997 | 9/30/02 |