# Greenstone EPIC Stipulation
## Exhibit C

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 59148000216 | PLETAL 100MG TABLET | 5/1/1999 | 4/30/07 |
| 59148000316 | PLETAL 50MG TABLET | 4/1/1999 | 1/31/07 |
| 59762332701 | METHYLPREDNISOLONE 4MG TAB | 9/30/1990 | 4/30/09 |
| 59762332702 | METHYLPREDNISOLONE 4MG TAB | 9/30/1990 | 4/30/09 |
| 59762332801 | CLINDAMYCIN HCL 150MG CAPS | 9/30/1990 | ongoing |
| 59762371701 | TRIAZOLAM 0.125MG TABLET | 9/30/1990 | 12/31/00 |
| 59762371703 | TRIAZOLAM 0.125MG TABLET | 9/30/1990 | 12/31/00 |
| 59762371704 | TRIAZOLAM 0.125MG TABLET | 9/30/1990 | ongoing |
| 59762371801 | TRIAZOLAM 0.25MG TABLET | 9/30/1990 | 6/30/01 |
| 59762371803 | TRIAZOLAM 0.25MG TABLET | 9/30/1990 | ongoing |
| 59762371804 | TRIAZOLAM 0.25MG TABLET | 9/30/1990 | ongoing |
| 59762371901 | ALPRAZOLAM 0.25MG TABLET | 9/30/1990 | ongoing |
| 59762371903 | ALPRAZOLAM 0.25MG TABLET | 9/30/1990 | ongoing |
| 59762371904 | ALPRAZOLAM 0.25MG TABLET | 9/30/1990 | ongoing |
| 59762372001 | ALPRAZOLAM 0.5MG TABLET | 9/30/1990 | ongoing |
| 59762372003 | ALPRAZOLAM 0.5MG TABLET | 9/30/1990 | ongoing |
| 59762372004 | ALPRAZOLAM 0.5MG TABLET | 9/30/1990 | ongoing |
| 59762372101 | ALPRAZOLAM 1MG TABLET | 9/30/1990 | ongoing |
| 59762372103 | ALPRAZOLAM 1MG TABLET | 9/30/1990 | ongoing |
| 59762372104 | ALPRAZOLAM 1MG TABLET | 9/30/1990 | ongoing |
| 59762372201 | ALPRAZOLAM 2MG TABLET | 10/2/1990 | ongoing |
| 59762372203 | ALPRAZOLAM 2MG TABLET | 10/2/1990 | ongoing |
| 59762372401 | FLURBIPROFEN 100MG TABLET | 9/30/1990 | 7/31/09 |
| 59762372403 | FLURBIPROFEN 100MG TABLET | 9/30/1990 | 4/30/09 |
| 59762372501 | GLYBURIDE 1.25MG TABLET | 9/30/1990 | ongoing |
| 59762372603 | GLYBURIDE 2.5MG TABLET | 9/30/1990 | ongoing |
| 59762372704 | GLYBURIDE 5MG TABLET | 9/30/1990 | ongoing |
| 59762372706 | GLYBURIDE 5MG TABLET | 9/30/1990 | ongoing |
| 59762372707 | GLYBURIDE 5MG TABLET | 9/30/1990 | ongoing |

# Greenstone EPIC Stipulation
## Exhibit C

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 59762372801 | CLINDAMYCIN PH 1% SOLUTION | 9/30/1990 | ongoing |
| 59762372802 | CLINDAMYCIN PH 1% SOLUTION | 9/30/1990 | ongoing |
| 59762372803 | CLINDAMYCIN PHOS 1% PLEDGET | 9/30/1990 | ongoing |
| 59762374001 | MEDROXYPROGESTERONE 2.5MG | 9/30/1990 | ongoing |
| 59762374005 | MEDROXYPROGESTERONE 2.5MG | 9/30/1990 | ongoing |
| 59762374101 | MEDROXYPROGESTERONE 5MG TAB | 9/30/1990 | ongoing |
| 59762374104 | MEDROXYPROGESTERONE 5MG TAB | 9/30/1990 | ongoing |
| 59762374202 | MEDROXYPROGESTERONE 10MG TB | 9/30/1990 | ongoing |
| 59762374208 | MEDROXYPROGESTERONE 10MG TB | 9/30/1990 | ongoing |
| 59762374301 | CLINDAMYCIN PH 1% GEL | 9/30/1990 | ongoing |
| 59762374302 | CLINDAMYCIN PH 1% GEL | 9/30/1990 | ongoing |
| 59762374401 | CLINDAMYCIN PHOS TOP LOTION | 9/30/1990 | ongoing |
| 59762378101 | GLYBURIDE MICRO 1.5MG TAB | 3/1/1992 | ongoing |
| 59762378201 | GLYBURIDE MICRO 3MG TABLET | 3/10/1992 | 7/31/08 |
| 59762378203 | GLYBURIDE MICRO 3MG TABLET | 3/10/1992 | 7/31/08 |
| 59762378301 | GLYBURIDE MICRO 6MG TABLET | 12/1/1993 | ongoing |
| 59762378302 | GLYBURIDE MICRO 6MG TABLET | 12/1/1993 | ongoing |
| 59762378303 | GLYBURIDE MICRO 6MG TABLET | 12/1/1993 | ongoing |
| 59762388602 | IBUPROFEN 400MG TABLET | 4/8/1996 | 4/30/01 |
| 59762388702 | IBUPROFEN 600MG TABLET | 4/8/1995 | 5/31/01 |
| 59762500001 | SULFASALAZINE 500MG TABLET | 9/30/1990 | ongoing |
| 59762500002 | SULFASALAZINE 500MG TABLET | 9/30/1990 | ongoing |
| 59762500201 | OXAPROZIN 600MG CAPLET | 1/5/1993 | 4/30/05 |
| 59762501001 | CLINDAMYCIN HCL 300MG CAPS | 9/30/1990 | ongoing |
| 59762501002 | CLINDAMYCIN HCL 300MG CAPS | 9/30/1990 | ongoing |
| 59762501101 | SPIRONOLACTONE 25 MG TABLET | 9/30/1990 | ongoing |
| 59762501102 | SPIRONOLACTONE 25 MG TABLET | 9/30/1990 | ongoing |
| 59762501201 | SPIRONOLACTONE 50MG TABLET | 9/30/1990 | ongoing |
| 59762501301 | SPIRONOLACTONE 100 MG TABLET | 9/30/1990 | ongoing |

**Greenstone EPIC Stipulation**
**Exhibit C**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 59762501401 | SPIRONOLACT/HCTZ 25/25 TAB | 9/30/1990 | ongoing |
| 59762503101 | GLIPIZIDE XL 2.5 MG TABLET | 10/4/1999 | ongoing |
| 59762503201 | GLIPIZIDE XL 5 MG TABLET | 5/11/1994 | ongoing |
| 59762503202 | GLIPIZIDE XL 5 MG TABLET | 5/11/1994 | ongoing |
| 59762503301 | GLIPIZIDE XL 10 MG TABLET | 5/11/1994 | ongoing |
| 59762503302 | GLIPIZIDE XL 10 MG TABLET | 5/11/1994 | ongoing |
| 59762737801 | IBUPROFEN 400MG TABLET | 4/1/1996 | 9/30/08 |
| 59762737802 | IBUPROFEN 400MG TABLET | 4/1/1996 | 3/31/09 |
| 59762737901 | IBUPROFEN 600MG TABLET | 4/1/1996 | 1/1/09 |
| 59762737902 | IBUPROFEN 600MG TABLET | 4/1/1996 | 4/30/09 |
| 59762738001 | IBUPROFEN 800MG TABLET | 4/1/1996 | 3/1/08 |
| 59762738002 | IBUPROFEN 800MG TABLET | 4/1/1996 | 1/31/10 |