Roche EPIC Stipulation Exhibit A

| NDC | Drug |
|---|---|
| 00004001814 | TICLID 250MG TABLET |
| 00004001822 | TICLID 250MG TABLET |
| 00004002828 | NAPROSYN 125MG/5ML SUSPEN |
| 00004012101 | BUMEX 1MG TABLET |
| 00004014301 | ROCALTROL 0.25MCG CAPSULE |
| 00004014323 | ROCALTROL 0.25MCG CAPSULE |
| 00004014401 | ROCALTROL 0.5MCG CAPSULE |
| 00004015549 | ACCUTANE 10MG CAPSULE |
| 00004015649 | ACCUTANE 40MG CAPSULE |
| 00004016103 | FANSIDAR 500/25 TABLET |
| 00004016949 | ACCUTANE 20MG CAPSULE |
| 00004017202 | LARIAM 250MG TABLET |
| 00004018022 | CARDENE SR 30MG CAPSULE SA |
| 00004018091 | CARDENE SR 30MG CAPSULE SA |
| 00004018122 | CARDENE SR 45MG CAPSULE SA |
| 00004018191 | CARDENE SR 45MG CAPSULE SA |
| 00004018222 | CARDENE SR 60MG CAPSULE SA |
| 00004021357 | SORIATANE 10MG CAPSULE |
| 00004021457 | SORIATANE 25MG CAPSULE |
| 00004022001 | HIVID 0.375MG TABLET |
| 00004022101 | HIVID 0.750MG TABLET |
| 00004023709 | KYTRIL 2MG/10ML SOLUTION |
| 00004023909 | KYTRIL 1MG/ML VIAL |
| 00004024009 | KYTRIL 1MG/ML VIAL |
| 00004024126 | KYTRIL 1MG TABLET |
| 00004024133 | KYTRIL 1MG TABLET |
| 00004024515 | INVIRASE 200MG CAPSULE |
| 00004024648 | FORTOVASE 200MG SOFTGEL CAP |
| 00004025001 | VESANOID 10MG CAPSULE |
| 00004025901 | CELLCEPT 250MG CAPSULE |
| 00004025905 | CELLCEPT 250MG CAPSULE |
| 00004025943 | CELLCEPT 250 MG CAPSULE |
| 00004026001 | CELLCEPT 500MG TABLET |
| 00004026043 | CELLCEPT 500MG TABLET |
| 00004026129 | CELLCEPT 200MG/ML ORAL SUSP |
| 00004026201 | DEMADEX 5MG TABLET |
| 00004026301 | DEMADEX 10MG TABLET |
| 00004026401 | DEMADEX 20MG TABLET |
| 00004026501 | DEMADEX 100MG TABLET |
| 00004026706 | DEMADEX 10MG/ML AMPUL |
| 00004026806 | DEMADEX 10MG/ML AMPUL |
| 00004026948 | CYTOVENE 250MG CAPSULE |
| 00004027848 | CYTOVENE 500MG CAPSULE |
| 00004027922 | KLONOPIN WAFERS 0.125MG |
| 00004028022 | KLONOPIN WAFERS 0.25MG |
| 00004028122 | KLONOPIN WAFERS 0.5MG |
| 00004028222 | KLONOPIN WAFERS 1MG |
| 00004028322 | KLONOPIN WAFERS 2MG |
| 00004028857 | SORIATANE 10MG CAPSULE |
| 00004028957 | SORIATANE 25MG CAPSULE |
| 00004080085 | TAMIFLU 75MG GELCAP |
| 00004081095 | TAMIFLU ORAL SUSPENSION |
| 00004100328 | GANTRISIN PED 500MG/5ML SUS |
| 00004110020 | XELODA 150 MG TABLET |
| 00004110051 | XELODA 150MG TABLET |
| 00004110116 | XELODA 500MG TABLET |
| 00004110150 | XELODA 500MG TABLET |
| 00004193508 | FUDR 500MG VIAL |
| 00004196201 | ROCEPHIN 250MG VIAL |
| 00004196202 | ROCEPHIN 250MG VIAL |
| 00004196301 | ROCEPHIN 500MG VIAL |
| 00004196302 | ROCEPHIN 500MG VIAL |
| 00004196401 | ROCEPHIN 1GM VIAL |
| 00004196402 | ROCEPHIN 1 GM PIGGYBACK |
| 00004196404 | ROCEPHIN 1GM VIAL |
| 00004196405 | ROCEPHIN ADD-VANTAGE 1GM VL |
| 00004196501 | ROCEPHIN 2GM VIAL |

Roche EPIC Stipulation Exhibit A

| NDC | Drug |
|---|---|
| 00004196502 | ROCEPHIN 2GM PIGGYBACK |
| 00004196505 | ROCEPHIN ADD-VANTAGE 2GM VL |
| 00004196801 | BUMEX 0.25MG/ML VIAL |
| 00004197101 | ROCEPHIN 10GM VIAL |
| 00004198809 | ROFERON-A 6MMU/ML VIAL |
| 00004201209 | ROFERON-A 36MMU/ML VIAL |
| 00004201507 | ROFERON-A 3MMU/0.5ML KIT |
| 00004201509 | ROFERON-A 3MMU/0.5ML KIT |
| 00004201607 | ROFERON-A 6MMU/0.5ML KIT |
| 00004201609 | ROFERON-A 6MMU/0.5ML KIT |
| 00004201707 | ROFERON-A 9MM UNITS/0.5ML KIT |
| 00004201709 | ROFERON-A 9MMU/0.5ML KIT |
| 00004592001 | TASMAR 100MG TABLET |
| 00004592101 | TASMAR 200MG TABLET |
| 00004620001 | ANAPROX DS 550MG TABLET |
| 00004620201 | ANAPROX 275MG TABLET |
| 00004641601 | EC-NAPROSYN 500MG TABLET EC |
| 00004692506 | TORADOL IV/IM 15MG/ML VIAL |
| 00004692606 | TORADOL IV/IM 30MG/ML VIAL |
| 00004692709 | TORADOL IV/IM 30MG/ML VIAL |
| 00004694003 | CYTOVENE 500MG VIAL |
| 00004911500 | ROCALTROL 1MCG/ML ORAL SOLN |
| 00029415105 | KYTRIL 1MG TABLET |
| 00029415139 | KYTRIL 1MG TABLET |
| 18393025642 | EC-NAPROSYN 500MG TABLET EC |