UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No.: 07-12141-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST PURDUE PHARMA L.P., THE PURDUE FREDERICK COMPANY, AND THE PURDUE PHARMA COMPANY**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41, that all claims in this action against Defendants Purdue Pharma L.P., The Purdue Frederick Company, and The Purdue Pharma Company are dismissed with prejudice and without costs to any party.

A Proposed Order is attached hereto for the Court's convenience.

| | |
|---|---|
| Dated: March 29, 2010 | /s/ Daniel Hume<br>Joanne M. Cicala<br>Daniel Hume<br>**KIRBY MCINERNEY LLP**<br>825 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 371-6600<br><br>Counsel for the State of Iowa |
| Dated: March 29, 2010 | /s/ Tiffany Cheung<br>Lori A. Schechter<br>Tiffany Cheung<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Counsel for Defendants Purdue Pharma L.P., The Purdue Frederick Company, and The Purdue Pharma Co. |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2010, I caused a true and correct copy of the foregoing, NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST PURDUE PHARMA L.P., THE PURDUE FREDERICK COMPANY, AND THE PURDUE PHARMA COMPANY, to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties in this action pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Tiffany Cheung
Tiffany Cheung

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No.: 07-12141-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | |

### [PROPOSED] ORDER OF DISMISSAL OF PURDUE PHARMA L.P., THE PURDUE FREDERICK COMPANY, AND THE PURDUE PHARMA COMPANY

The stipulation and request for dismissal is hereby GRANTED. All claims in this action against Defendants Purdue Pharma L.P., The Purdue Frederick Company, and The Purdue Pharma Company are dismissed with prejudice and without costs to any party.

SO ORDERED.


DATED: _____, 2010


_____
The Honorable Patti B. Saris
Judge