THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-12257-PBS<br>Subcategory Case No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories Inc., et al.* | Judge Patti B. Saris |

### NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST BAYER CORPORATION AND BAYER PHARMACEUTICALS CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff the State of Iowa (the "State") and defendants Bayer Corporation and Bayer Pharmaceuticals Corporation ("Bayer"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State and Bayer, that all claims in this action against Bayer Corporation and Bayer Pharmaceuticals Corporation are dismissed with prejudice and without costs to any party.

Dated: March 30, 2010

KIRBY McINERNEY & SQUIRE, LLP

By: _____
Joanne M. Cicala
Daniel Hume
825 Third Avenue
New York, NY 10022

*On Behalf of the State of Iowa*

**SIDLEY AUSTIN LLP**

By: _____
Richard D. Raskin
Michael P. Doss
One South Dearborn Street
Chicago, IL 60603

*On Behalf of Bayer Corporation and Bayer Pharmaceuticals Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2010, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal of Plaintiff's Claims Against Bayer Corporation and Bayer Pharmaceuticals Corporation to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                           /s/
                                     Daniel Hume

5220198v.1