# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) Master File No. 01-12257-PBS ) Subcategory Case No. 07-12141-PBS ) |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories, Inc., et al.* | ) ) ) Judge Patti B. Saris ) ) |

## [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST BAYER CORPORATION AND BAYER PHARMACEUTICALS CORPORATION

The Motion for Dismissal is hereby GRANTED. All Claims in this action against Defendants Bayer Corporation and Bayer Pharmaceuticals Corporation are dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

DATED: _____, 2010

_____
The Honorable Patti B. Saris
Judge