# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 03-10643 |

) ) )

THIS DOCUMENT RELATES TO: )
)   Judge Patti B. Saris

*The City of New York v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 04-CV-06054)   )
*County of Albany v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00425)   )
*County of Allegany v. Abbott Labs., et al.*   )
(W.D.N.Y. No. 05-CV-06231)   )
*County of Broome v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00456)   )
*County of Cattaraugus v. Abbott Labs., et al.*   )
(W.D.N.Y. No. 05-CV-06242)   )
*County of Cayuga v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00423)   )
*County of Chautauqua v. Abbott Labs., et al.*   )
(W.D.N.Y. No. 05-CV-06204)   )
*County of Chemung v. Abbott Labs., et al.*   )
(W.D.N.Y. No. 05-CV-06744)   )
*County of Chenango v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00354)   )
*County of Columbia v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00867)   )
*County of Cortland v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00881)   )
*County of Dutchess v. Abbott Labs., et al.*   )
(S.D.N.Y. No. 05-CV-06458)   )
*County of Essex County v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00878)   )
*County of Fulton v. Abbott Labs., et al.*   )
(N.D.N.Y. No. 05-CV-00519)   )

[Caption Continues on Next Page]

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST
## CERTAIN DEFENDANTS

*County of Genesee v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06206)  )
*County of Greene v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00474)  )
*County of Herkimer v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00415)  )
*County of Jefferson v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00715)  )
*County of Lewis v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00839)  )
*County of Madison v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00714)  )
*County of Monroe v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06148)  )
*County of Nassau v. Abbott Labs., et al.*  )
(E.D.N.Y. No. 04-CV-5126)  )
*County of Niagara v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06296)  )
*County of Oneida v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00489)  )
*County of Onondaga v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00088)  )
*County of Ontario v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06373)  )
*County of Orange v. Abbott Labs., et al.*  )
(S.D.N.Y. No. 07-CV-2777)  )
*County of Orleans v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06371)  )
*County of Putnam v. Abbott Labs., et al.*  )
(S.D.N.Y. No. 05-CV-04740)  )
*County of Rensselaer v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00422)  )
*County of Rockland v. Abbott Labs., et al.*  )
(S.D.N.Y. No. 03-CV-7055)  )
*County of Saratoga v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00478)  )
*County of Schuyler v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06387)  )
*County of Seneca v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06370)  )
*County of St. Lawrence v. Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00479)  )
*County of Steuben v. Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06223)  )
*County of Suffolk v. Abbott Labs., et al.*  )
(E.D.N.Y. No. CV-03-229)  )

*County of Tompkins v. Abbott Labs., et al.*       )
(N.D.N.Y. No. 05-CV-00397)                          )
*County of Ulster v. Abbott Labs., et al.*          )
(N.D.N.Y. No. 06-CV-0123)                           )
*County of Warren v. Abbott Labs., et al.*          )
(N.D.N.Y. No. 05-CV-00468)                          )
*County of Washington v. Abbott Labs., et al.*      )
(N.D.N.Y. No. 05-CV-00408)                          )
*County of Wayne v. Abbott Labs., et al.*           )
(W.D.N.Y. No. 05-CV-06138)                          )
*County of Westchester v. Abbott Labs., et al.*     )
(S.D.N.Y. No. 03-CV-6178)                           )
*County of Wyoming v. Abbott Labs., et al.*         )
(W.D.N.Y. No. 05-CV-6379)                           )
*County of Yates v. Abbott Labs., et al.*           )
(W.D.N.Y. No. 05-CV-06172)                          )

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Fed. R. Civ. Pro. 41, that all claims in this action against Amgen Inc. and Immunex Corporation are dismissed with prejudice and without costs to any party.

**KIRBY McINERNEY & SQUIRE, LLP**

By: _____
       Joanne M. Cicala
       Daniel Hume
       825 Third Avenue
       New York, NY 10022
*On Behalf of the Plaintiffs*


**HOGAN & HARTSON LLP**

By: _____
       Steven F. Barley
       100 International Drive, Suite 2000
       Baltimore, Maryland 21202
*On Behalf of Amgen Inc.*

3

PERKINS COIE

By: _K O'Sullivan /wc_____

Kathleen M. O'Sullivan
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
*On Behalf of Immunex Corporation*

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2010, I caused a copy of the Notice of Voluntary Dismissal of Plaintiff's Claims Against Certain Defendants to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Lexis File & Serve for posting and notification to all parties.

Laurie Y. Chen