AstraZeneca EPIC Stipulation
Exhibit A

| NDC | Drug |
|---|---|
| 00038014110 | ZESTORETIC 10/12.5 TABLET |
| 00038014510 | ZESTORETIC 20/25 TABLET |
| 00186000131 | LEXXEL 5-5MG TABLET SA |
| 00186000168 | LEXXEL 5-5MG TABLET SA |
| 00186000231 | LEXXEL 5-2.5MG TABLET SA |
| 00186000431 | ATACAND 4MG TABLET |
| 00186000831 | ATACAND 8MG TABLET |
| 00186001631 | ATACAND 16MG TABLET |
| 00186001654 | ATACAND 16MG TABLET |
| 00186003231 | ATACAND 32MG TABLET |
| 00186003254 | ATACAND 32MG TABLET |
| 00186011001 | XYLOCAINE 1% VIAL |
| 00186011201 | XYLOCAINE 1% VIAL |
| 00186011501 | XYLOCAINE 1%/EPI 1:100000 |
| 00186012001 | XYLOCAINE 2% DENTAL VIAL |
| 00186012201 | XYLOCAINE 2%/EPI 1:200000 |
| 00186012501 | XYLOCAINE 2%/EPI 1:100000 |
| 00186013501 | XYLOCAINE 0.5% VIAL |
| 00186013701 | XYLOCAINE 0.5% VIAL |
| 00186014501 | XYLOCAINE 1% VIAL |
| 00186015001 | XYLOCAINE 1%/EPI 1:100000 |
| 00186015501 | XYLOCAINE 2% VIAL |
| 00186016001 | XYLOCAINE 2%/EPI 1:100000 |
| 00186016254 | ATACAND HCT 16/12.5MG TAB |
| 00186023003 | XYLOCAINE-MPF 1% AMPUL |
| 00186023203 | XYLOCAINE IV 2% AMPUL |
| 00186031521 | XYLOCAINE 5% OINTMENT |
| 00186032001 | XYLOCAINE 4% SOLUTION |
| 00186032254 | ATACAND HCT 32/12.5MG TAB |
| 00186033001 | XYLOCAINE 2% JELLY |
| 00186033036 | XYLOCAINE 2% JELLY |
| 00186033043 | XYLOCAINE 2% JELLY SYRINGE |
| 00186033053 | XYLOCAINE 2% JELLY SYRINGE |
| 00186033653 | XYLOCAINE 2% JELLY SYRINGE |
| 00186035003 | XYLOCAINE 5% FLAVORED OINT |
| 00186036011 | XYLOCAINE 2% VISCOUS SOLN |
| 00186045031 | PLENDIL 2.5MG TABLET SA |
| 00186045058 | PLENDIL 2.5MG TABLET SA |
| 00186045131 | PLENDIL 5MG TABLET SA |
| 00186045158 | PLENDIL 5MG TABLET SA |
| 00186045231 | PLENDIL 10MG TABLET SA |
| 00186045258 | PLENDIL 10MG TABLET SA |
| 00186060631 | PRILOSEC 10 MG CAPSULE DR |
| 00186060668 | PRILOSEC 10MG CAPSULE DR |
| 00186060682 | PRILOSEC 10MG CAPSULE DR |
| 00186074231 | PRILOSEC 20 MG CAPSULE DR |
| 00186074282 | PRILOSEC 20MG CAPSULE DR |
| 00186074331 | PRILOSEC 40 MG CAPSULE DR |
| 00186074368 | PRILOSEC 40MG CAPSULE DR |
| 00186074382 | PRILOSEC 40 MG CAPSULE DR |
| 00186091542 | PULMICORT 200MCG TURBUHALER |
| 00186102603 | SENSORCAINE/DEXTR 0.75% AMP |
| 00186103101 | SENSORCAINE 0.25% VIAL |

AstraZeneca EPIC Stipulation
Exhibit A

| NDC | Drug |
|---|---|
| 00186103301 | SENSORCAINE 0.5% VIAL |
| 00186103401 | SENSORCAINE/EPI 0.5%/0.0005 |
| 00186103501 | SENSORCAINE 0.5% VIAL |
| 00186107006 | RHINOCORT AQUA NASAL SPRAY |
| 00186107008 | RHINOCORT AQUA NASAL SPRAY |
| 00186107509 | RHINOCORT NASAL INHALER |
| 00186108805 | TOPROL XL 25MG TABLET SA |
| 00186109005 | TOPROL XL 50MG TABLET SA |
| 00186109205 | TOPROL XL 100MG TABLET SA |
| 00186112385 | MORPHINE SULF 20MG/ML SOLN |
| 00186112495 | MORPHINE SULF 10MG/5ML SOLN |
| 00186115802 | MORPHINE 15MG/ML VIAL |
| 00186119910 | M.V.I. 12 COMBO PACKAGE |
| 00186119931 | M.V.I. 12 COMBO PACKAGE |
| 00186126212 | NALBUPHINE 10MG/ML VIAL |
| 00186126612 | NALBUPHINE 20MG/ML VIAL |
| 00186128401 | MEPERIDINE 50MG/ML VIAL |
| 00186149001 | ARM-A-MED 5MG/ML(ALBUTEROL) |
| 00186149104 | ARM-A-MED .83MG/ML(ALBUTER) |
| 00186151501 | EMLA CREAM W/TEGADERM |
| 00186151503 | EMLA CREAM W/TEGADERM |
| 00186151601 | EMLA CREAM |
| 00186160813 | CALCITONIN-SALMON 200IU/ML |
| 00186183935 | M.V.I. PEDIATRIC VIAL |
| 00186190501 | FOSCAVIR 24MG/ML INFUS BTTL |
| 00186190601 | FOSCAVIR 24MG/ML INFUS BTTL |
| 00186193101 | DOBUTAMINE 12.5MG/ML VIAL |
| 00186198804 | PULMICORT .25MG/2ML RESPULE |
| 00186198904 | PULMICORT 0.5MG/2ML RESPULE |
| 00186410001 | ARM-A-VIAL 0.9% (SALINE) |
| 00310004910 | ELAVIL 10MG/ML VIAL |
| 00310013010 | ZESTRIL 5MG TABLET |
| 00310013034 | ZESTRIL 5MG TABLET |
| 00310013110 | ZESTRIL 10MG TABLET |
| 00310013134 | ZESTRIL 10MG TABLET |
| 00310013173 | ZESTRIL 10MG TABLET |
| 00310013210 | ZESTRIL 20MG TABLET |
| 00310013234 | ZESTRIL 20MG TABLET |
| 00310013273 | ZESTRIL 20MG TABLET |
| 00310013310 | ZESTRIL 30MG TABLET |
| 00310013410 | ZESTRIL 40MG TABLET |
| 00310013510 | ZESTRIL 2.5MG TABLET |
| 00310014110 | ZESTORETIC 10/12.5 TABLET |
| 00310014210 | ZESTORETIC 20/12.5 TABLET |
| 00310014510 | ZESTORETIC 20/25 TABLET |
| 00310020130 | ARIMIDEX 1MG TABLET |
| 00310020920 | ZOMIG ZMT 2.5MG TABLET |
| 00310021020 | ZOMIG 2.5MG TABLET |
| 00310021125 | ZOMIG 5MG TABLET |
| 00310021321 | ZOMIG ZMT 5MG TABLET |
| 00310027110 | SEROQUEL 100MG TABLET |
| 00310027210 | SEROQUEL 200MG TABLET |
| 00310027460 | SEROQUEL 300MG TABLET |

**AstraZeneca EPIC Stipulation**
**Exhibit A**

| NDC | Drug |
|---|---|
| 00310027510 | SEROQUEL 25MG TABLET |
| 00310027539 | SEROQUEL 25MG TABLET |
| 00310030020 | DIPRIVAN 10MG/ML AMPUL |
| 00310030022 | DIPRIVAN 10MG/ML VIAL |
| 00310030054 | DIPRIVAN 10MG/ML SYRINGE |
| 00310032115 | MERREM 1GM ADD-VANTAGE VL |
| 00310037510 | CEFOTAN 10GM VIAL |
| 00310037610 | CEFOTAN 1GM VIAL |
| 00310037611 | CEFOTAN 1GM PIGGYBACK |
| 00310037720 | CEFOTAN 2GM VIAL |
| 00310037721 | CEFOTAN 2GM PIGGYBACK |
| 00310037851 | CEFOTAN 1GM/50ML PIGGYBACK |
| 00310037951 | CEFOTAN 2GM/50ML PIGGYBACK |
| 00310040160 | ACCOLATE 10MG TABLET |
| 00310040260 | ACCOLATE 20MG TABLET |
| 00310060018 | NOLVADEX 10MG TABLET |
| 00310060025 | NOLVADEX 10MG TABLET |
| 00310060060 | NOLVADEX 10MG TABLET |
| 00310060430 | NOLVADEX 20MG TABLET |
| 00310060490 | NOLVADEX 20MG TABLET |
| 00310070510 | CASODEX 50MG TABLET |
| 00310070530 | CASODEX 50MG TABLET |
| 00310073060 | TAMOXIFEN 10MG TABLET |
| 00310073130 | TAMOXIFEN 20MG TABLET |
| 00310089110 | SULAR 10MG TABLET SA |
| 00310089210 | SULAR 20MG TABLET SA |
| 00310089310 | SULAR 30MG TABLET SA |
| 00310089410 | SULAR 40MG TABLET SA |
| 00310096036 | ZOLADEX 3.6MG IMPLANT SYRN |
| 00310096130 | ZOLADEX 10.8MG IMPLANT SYRN |
| 61113074231 | PRILOSEC 20MG CAPSULE DR |