UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL No. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | Master Docket 01-cv-12257 |
| PRICE LITIGATION | ) | |
| _____ | ) | |
| | ) | Subcategory 06-11337 |
| THIS DOCUMENT RELATES TO: | ) | Civil Action No. 08-cv-10852 |
| | ) | |
| *United States of America Ex Rel.* | ) | |
| *Ven-A-Care of the Florida Keys, Inc.,* | ) | Judge Patti B. Saris |
| *a Florida Corporation, by and through* | ) | |
| *its principal officers and directors,* | ) | |
| *ZACHARY T. BENTLEY and T. MARK JONES,* | ) | |
| *vs. Actavis Mid Atlantic LLC,* | ) | |
| *et al.* | ) | |

_____

<u>Status Report April 1, 2010</u>

Pursuant to the Court's July 17, 2004 Procedural Order, the undersigned counsel for the

Plaintiffs hereby submits the following status report to the court listing the status of all motions

to date.

Respectfully submitted,

Dated: 4/1/10

By: <u>/s/ Susan Schneider Thomas</u>
Susan Schneider Thomas (PA Bar No. 32799)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone (215) 875-3000
Facsimile (215) 875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN**
90 Canal Street, Suite 500
Boston, MA 02114-2022
Telephone (617)742-5800
Facsimile (617) 742-5858

**Attorneys for Ven-A-Care of the Florida Keys, Inc.**

**MDL 1456 Status Report**
**USA *ex rel*. Ven-A-Care v. Actavis, *et al.***
**Case No. 08-cv-10852**

**Pending Motions**

None.

Case Management Order No. 32 was signed on February 25, 2010. The parties are working toward exchanging their Rule 26 disclosures and will commence discovery pursuant to the Case Management Order.

**CERTIFICATE OF SERVICE**

I hereby certify that I, Carol Brotstein, paralegal with Berger & Montague caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on April 1, 2010, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

Respectfully submitted,

Dated: 4/1/10

By: /s/ Carol Brotstein_____

**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone (215) 875-3000
Facsimile (215) 875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN**
90 Canal Street, Suite 500
Boston, MA 02114-2022
Telephone (617)742-5800
Facsimile (617) 742-5858

**Attorneys for Ven-A-Care of the Florida Keys, Inc.**