**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *The City of New York v. Abbott Labs., et al.* ) (S.D.N.Y. No. 04-CV-06054) ) *County of Suffolk v. Abbott Labs., et al.* ) (E.D.N.Y. No. 03-CV-229) ) *County of Westchester v. Abbott Labs., et al.* ) (S.D.N.Y. No. 03-CV-6178) ) *County of Rockland v. Abbott Labs., et al.* ) (S.D.N.Y. No. 03-CV-7055) ) *County of Dutchess v. Abbott Labs., et al.* ) (S.D.N.Y. No. 05-CV-06458) ) *County of Putnam v. Abbott Labs., et al.* ) (S.D.N.Y. No. 05-CV-04740) ) *County of Washington v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00408) ) *County of Rensselaer v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00422) ) *County of Albany v. Abbott Labs., et al.* ) (N.D.N.Y. No. 05-CV-00425) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris |

[Caption Continues on Next Page]

**STIPULATION REGARDING THE**
**NEW YORK EPIC PROGRAM'S RECEIPT OF AMP DATA**

| | |
|---|---|
| *County of Warren v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00468) | ) |
| *County of Greene v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00474) | ) |
| *County of Saratoga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00478) | ) |
| *County of Columbia v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00867) | ) |
| *Essex County v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00878) | ) |
| *County of Chenango v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00354) | ) |
| *County of Broome v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs. et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |

| | |
|---|---|
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |

WHEREAS Defendant Sandoz Inc. ("Sandoz") (formerly known as Geneva Pharmaceuticals, Inc.), has sought discovery relating to the receipt of Average Manufacturer Price ("AMP") data by the New York EPIC Program for Sandoz drugs at issue in these actions, as listed in Revised Exhibit B to Plaintiffs' First Amended Consolidated Complaint; and,

WHEREAS the New York EPIC Program has stated that producing the requested discovery would be unduly burdensome;

NOW THEREFORE Sandoz and Plaintiffs, by their respective attorneys, hereby stipulate and agree, for the purposes of these cases only, as follows:

1. The New York EPIC Program has received Average Manufacturer Prices ("AMPs") from certain prescription drug manufacturers, including defendants in the case styled *City of New York, et al.* v. *Abbott Labs., Inc., et al.* (MDL 1456). The EPIC Rebate Agreement instructs manufacturers to certify "that Average Manufacturer Price (AMP), Best Price and Baseline AMP data reported to EPIC are identical to the data reported to the Centers for Medicare and Medicaid

   Services under Section 1927 of the Federal Social Security Act, if the Manufacturer is required to report such data to the Centers for Medicare and Medicaid Services."

2. Plaintiffs hereby stipulate and agree that Sandoz reported AMPs to EPIC on a quarterly basis beginning in the year identified (or from drug launch if later) and for the NDCs identified in Exhibit A attached hereto.

3. This stipulation is solely for the purpose of identifying those NDCs that were provided to EPIC for the time periods specified in Exhibit A, and it does not constitute an admission by any party that the NDCs identified in Exhibit A are properly at issue in this litigation or otherwise properly attributed to the listed defendant manufacturer, or that the appropriate time period for this litigation is 1991 forward. Sandoz reserves the right to establish through affirmative evidence that it reported AMPs to EPIC for drugs and time periods beyond those specified in Exhibit A.

Respectfully submitted,

| City of New York and New York Counties in MDL 1456 except Nassau and Orange | Sandoz Inc. |
|---|---|
| /s/ Joanne M. Cicala | /s/ Michael J. Gallagher |
| Joanne M. Cicala | Vincent R. Fitzpatrick Jr. (admitted *pro hac vice*) |
| James P. Carroll, Jr. | Michael J. Gallagher (admitted *pro hac vice*) |
| Jocelyn R. Normand | Heather K. McDevitt (admitted *pro hac vice*) |
| Kathryn B. Allen | |
| KIRBY MCINERNEY, LLP | WHITE & CASE LLP |
| 825 Third Avenue | 1155 Avenue of the Americas |
| New York, New York 10022 | New York, NY 10036 |
| (212) 371-6600 | Tele: (212) 819-8200 |
| | Fax: 212) 354-8113 |

Dated: March 31, 2010

## CERTIFICATE OF SERVICE

I, Daniel Cohen, hereby certify that on this 31st day of March, 2010, a true and correct copy of the foregoing STIPULATION REGARDING THE NEW YORK EPIC PROGRAM'S RECEIPT OF AMP DATA was delivered to all counsel of record by Lexis Nexis File & Serve for posting and notification to all parties.

/s/ Daniel Cohen
Daniel Cohen