Sandoz EPIC Stipulation
Exhibit A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00003011550 | VEETIDS 250MG TABLET | 5/1/2001 | |
| 00003011575 | VEETIDS 250MG TABLET | 5/1/2001 | |
| 00003011650 | VEETIDS 500MG TABLET | 5/1/2001 | |
| 00003011675 | VEETIDS 500MG TABLET | 5/1/2001 | |
| 00003012250 | PRINCIPEN 250MG CAPSULE | 5/1/2001 | |
| 00003012260 | PRINCIPEN 250MG CAPSULE | 5/1/2001 | |
| 00003013450 | PRINCIPEN 500MG CAPSULE | 5/1/2001 | |
| 00003013460 | PRINCIPEN 500MG CAPSULE | 5/1/2001 | |
| 00003068144 | VEETIDS 125MG/5ML ORAL SUSP | 5/1/2001 | |
| 00003068154 | VEETIDS 125MG/5ML ORAL SUSP | 5/1/2001 | |
| 00003068244 | VEETIDS 250MG/5ML ORAL SUSP | 5/1/2001 | |
| 00003068254 | VEETIDS 250MG/5ML ORAL SUSP | 5/1/2001 | |
| 00003097261 | PRINCIPEN 250MG/5ML SUSP | 5/1/2001 | |
| 00003173840 | TRIMOX 250MG/5ML SUSPENSION | 5/1/2001 | |
| 00003173845 | TRIMOX 250MG/5ML SUSPENSION | 5/1/2001 | |
| 00015564520 | STADOL 1MG/ML VIAL | 5/1/2001 | |
| 00015564615 | STADOL 2MG/ML VIAL | 5/1/2001 | |
| 00015564820 | STADOL 2MG/ML VIAL | 5/1/2001 | |
| 00015710328 | OXACILLIN 10GM VIAL | 5/1/2001 | |
| 00015710398 | OXACILLIN 10GM VIAL | 5/1/2001 | |
| 00015722618 | NAFCILLIN 2GM ADD-VANT VIAL | 5/1/2001 | |
| 00015733912 | CEFAZOLIN 1GM VIAL | 5/1/2001 | |
| 00015734697 | CEFAZOLIN 10GM BULK VIAL | 5/1/2001 | |
| 00015740320 | AMPICILLIN 500MG VIAL | 5/1/2001 | |
| 00015740399 | AMPICILLIN 500MG VIAL | 5/1/2001 | |
| 00015740418 | AMPICILLIN 1GM A/V VIAL | 5/1/2001 | |
| 00015740420 | AMPICILLIN 1GM VIAL | 5/1/2001 | |
| 00015740489 | AMPICILLIN 1GM A/V VIAL | 5/1/2001 | |
| 00015740518 | AMPICILLIN 2GM A/V VIAL | 5/1/2001 | |
| 00015740520 | AMPICILLIN 2GM VIAL | 5/1/2001 | |
| 00015740589 | AMPICILLIN 2GM A/V VIAL | 5/1/2001 | |
| 00015797018 | OXACILLIN 2GM ADD-VAN VIAL | 5/1/2001 | |
| 00015798120 | OXACILLIN 1GM VIAL | 5/1/2001 | |
| 00087057009 | MUCOMYST 20% VIAL | 5/1/2001 | |
| 00087057202 | MUCOMYST-10 VIAL | 5/1/2001 | |
| 00087057203 | MUCOMYST-10 VIAL | 5/1/2001 | |
| 00185001001 | LABETALOL HCL 100MG TABLET | 4/1/1991 | |
| 00185001005 | LABETALOL HCL 100MG TABLET | 4/1/1991 | |
| 00185001901 | DESIPRAMINE 25MG TABLET | 4/1/1991 | |
| 00185001905 | DESIPRAMINE 25MG TABLET | 4/1/1991 | |
| 00185001910 | DESIPRAMINE 25MG TABLET | 4/1/1991 | |
| 00185002010 | MIRTAZAPINE 15 MG TABLET | 4/1/1991 | |
| 00185002030 | MIRTAZAPINE 15MG TABLET | 4/1/1991 | |
| 00185002201 | ORPHENADRINE 100MG TAB SA | 4/1/1991 | |
| 00185002210 | ORPHENADRINE 100MG TAB SA | 4/1/1991 | |
| 00185002401 | DIPHENOXYLATE/ATROPINE TAB | 4/1/1991 | |
| 00185002405 | DIPHENOXYLATE/ATROPINE TAB | 4/1/1991 | |
| 00185002410 | DIPHENOXYLATE/ATROPINE TAB | 4/1/1991 | |
| 00185002901 | DESIPRAMINE 10MG TABLET | 4/1/1991 | |
| 00185003901 | NALTREXONE 50MG TABLET | 4/1/1991 | |
| 00185003930 | NALTREXONE 50MG TABLET | 4/1/1991 | |

## Sandoz EPIC Stipulation
### Exhibit A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00185006301 | CLONAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 00185006305 | CLONAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 00185006310 | CLONAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 00185006401 | CLONAZEPAM 1MG TABLET | 4/1/1991 | |
| 00185006405 | CLONAZEPAM 1MG TABLET | 4/1/1991 | |
| 00185006410 | CLONAZEPAM 1MG TABLET | 4/1/1991 | |
| 00185006501 | CLONAZEPAM 2MG TABLET | 4/1/1991 | |
| 00185006505 | CLONAZEPAM 2MG TABLET | 4/1/1991 | |
| 00185006510 | CLONAZEPAM 2MG TABLET | 4/1/1991 | |
| 00185011201 | SULFAMETHOXAZOLE/TMP DS TAB | 4/1/1991 | |
| 00185011205 | SULFAMETHOXAZOLE/TMP DS TAB | 4/1/1991 | |
| 00185011401 | ENALAPRIL MALEATE 2.5MG TAB | 4/1/1991 | |
| 00185011410 | ENALAPRIL MALEATE 2.5MG TAB | 4/1/1991 | |
| 00185011560 | TICLOPIDINE 250MG TABLET | 4/1/1991 | |
| 00185011701 | LABETALOL HCL 200MG TABLET | 4/1/1991 | |
| 00185011705 | LABETALOL HCL 200MG TABLET | 4/1/1991 | |
| 00185011801 | LABETALOL HCL 300MG TABLET | 4/1/1991 | |
| 00185011805 | LABETALOL HCL 300MG TABLET | 4/1/1991 | |
| 00185012701 | ENALAPRIL MALEATE 5MG TAB | 4/1/1991 | |
| 00185012710 | ENALAPRIL MALEATE 5MG TAB | 4/1/1991 | |
| 00185012750 | ENALAPRIL MALEATE 5MG TAB | 4/1/1991 | |
| 00185012801 | BUMETANIDE 0.5MG TABLET | 4/1/1991 | |
| 00185012901 | BUMETANIDE 1MG TABLET | 4/1/1991 | |
| 00185012905 | BUMETANIDE 1MG TABLET | 4/1/1991 | |
| 00185013001 | BUMETANIDE 2MG TABLET | 4/1/1991 | |
| 00185013901 | ETODOLAC 500MG TABLET | 4/1/1991 | |
| 00185013905 | ETODOLAC 500MG TABLET | 4/1/1991 | |
| 00185014001 | ETODOLAC 400MG TABLET | 4/1/1991 | |
| 00185014101 | OXAPROZIN 600MG TABLET | 4/1/1991 | |
| 00185014105 | OXAPROZIN 600MG TABLET | 4/1/1991 | |
| 00185014405 | AMIODARONE HCL 200MG TABLET | 4/1/1991 | |
| 00185014460 | AMIODARONE HCL 200MG TABLET | 4/1/1991 | |
| 00185014701 | ENALAPRIL MALEATE 10MG TAB | 4/1/1991 | |
| 00185014710 | ENALAPRIL MALEATE 10MG TAB | 4/1/1991 | |
| 00185015101 | ENALAPRIL/HCTZ 5-12.5MG TAB | 4/1/1991 | |
| 00185017001 | SOTALOL 120MG TABLET | 4/1/1991 | |
| 00185017101 | SOTALOL 80MG TABLET | 4/1/1991 | |
| 00185017105 | SOTALOL 80MG TABLET | 4/1/1991 | |
| 00185017210 | ENALAPRIL/HCTZ 10-25MG TAB | 4/1/1991 | |
| 00185017401 | SOTALOL 240MG TABLET | 4/1/1991 | |
| 00185017701 | SOTALOL 160MG TABLET | 4/1/1991 | |
| 00185020501 | METHIMAZOLE 5MG TABLET | 4/1/1991 | |
| 00185020510 | METHIMAZOLE 5MG TABLET | 4/1/1991 | |
| 00185021001 | METHIMAZOLE 10MG TABLET | 4/1/1991 | |
| 00185021010 | METHIMAZOLE 10MG TABLET | 4/1/1991 | |
| 00185021230 | MIRTAZAPINE 30MG TABLET | 4/1/1991 | |
| 00185021401 | ENALAPRIL MALEATE 20MG TAB | 4/1/1991 | |
| 00185021410 | ENALAPRIL MALEATE 20MG TAB | 4/1/1991 | |
| 00185021450 | ENALAPRIL MALEATE 20MG TAB | 4/1/1991 | |
| 00185041060 | BUPROPION HCL ER 100 MG TAB | 4/1/1991 | |
| 00185041505 | BUPROPION SR 150 MG TABLET | 4/1/1991 | |

Sandoz EPIC Stipulation
Exhibit A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00185041560 | BUPROPION SR 150 MG TABLET | 4/1/1991 | |
| 00185061301 | HYDROXYZINE PAM 25MG CAP | 4/1/1991 | |
| 00185061305 | HYDROXYZINE PAM 25MG CAP | 4/1/1991 | |
| 00185061501 | HYDROXYZINE PAM 50MG CAP | 4/1/1991 | |
| 00185061505 | HYDROXYZINE PAM 50MG CAP | 4/1/1991 | |
| 00185064901 | DIPHENHYDRAMINE 50MG CAPS | 4/1/1991 | |
| 00185064910 | DIPHENHYDRAMINE 50MG CAPS | 4/1/1991 | |
| 00185070101 | BISOPROLOL/HCTZ 2.5/6.25 TB | 4/1/1991 | |
| 00185070105 | BISOPROLOL/HCTZ 2.5/6.25 TB | 4/1/1991 | |
| 00185070130 | BISOPROLOL/HCTZ 2.5/6.25 TB | 4/1/1991 | |
| 00185070401 | BISOPROLOL/HCTZ 5/6.25 TAB | 4/1/1991 | |
| 00185070405 | BISOPROLOL/HCTZ 5/6.25 TAB | 4/1/1991 | |
| 00185070430 | BISOPROLOL/HCTZ 5/6.25 TAB | 4/1/1991 | |
| 00185070701 | BISOPROLOL/HCTZ 10/6.25 TAB | 4/1/1991 | |
| 00185070705 | BISOPROLOL/HCTZ 10/6.25 TAB | 4/1/1991 | |
| 00185070730 | BISOPROLOL/HCTZ 10/6.25 TAB | 4/1/1991 | |
| 00185071401 | ORPHENADRINE COMP FORTE TAB | 4/1/1991 | |
| 00185071601 | MEPROBAMATE 200MG TABLET | 4/1/1991 | |
| 00185071610 | MEPROBAMATE 200MG TABLET | 4/1/1991 | |
| 00185071701 | MEPROBAMATE 400MG TABLET | 4/1/1991 | |
| 00185071710 | MEPROBAMATE 400MG TABLET | 4/1/1991 | |
| 00185072001 | INDOMETHACIN 75MG CAP SA | 4/1/1991 | |
| 00185072005 | INDOMETHACIN 75MG CAP SA | 4/1/1991 | |
| 00185072060 | INDOMETHACIN 75MG CAP SA | 4/1/1991 | |
| 00185072201 | DESIPRAMINE 75MG TABLET | 4/1/1991 | |
| 00185072401 | CARISOPRODOL COMPOUND TAB | 4/1/1991 | |
| 00185072405 | CARISOPRODOL COMPOUND TAB | 4/1/1991 | |
| 00185073601 | DESIPRAMINE 100MG TABLET | 4/1/1991 | |
| 00185073605 | DESIPRAMINE 100MG TABLET | 4/1/1991 | |
| 00185074901 | CARISOPRODOL CPD/CODEINE TB | 4/1/1991 | |
| 00185075701 | SULFADIAZINE 500MG TABLET | 4/1/1991 | |
| 00185075710 | SULFADIAZINE 500MG TABLET | 4/1/1991 | |
| 00185077101 | BISOPROLOL FUMARATE 5MG TAB | 4/1/1991 | |
| 00185077130 | BISOPROLOL FUMARATE 5MG TAB | 4/1/1991 | |
| 00185077401 | BISOPROLOL FUMARATE 10MG TB | 4/1/1991 | |
| 00185077430 | BISOPROLOL FUMARATE 10MG TB | 4/1/1991 | |
| 00185079901 | RIFAMPIN 300MG CAPSULE | 4/1/1991 | |
| 00185079905 | RIFAMPIN 300MG CAPSULE | 4/1/1991 | |
| 00185079930 | RIFAMPIN 300MG CAPSULE | 4/1/1991 | |
| 00185079960 | RIFAMPIN 300MG CAPSULE | 4/1/1991 | |
| 00185080101 | RIFAMPIN 150MG CAPSULE | 4/1/1991 | |
| 00185080130 | RIFAMPIN 150MG CAPSULE | 4/1/1991 | |
| 00185080501 | DOXYCYCLINE MONO 50MG CAP | 4/1/1991 | |
| 00185081001 | DOXYCYCLINE MONO 100MG CAP | 4/1/1991 | |
| 00185081052 | DOXYCYCLINE MONO 100MG CAP | 4/1/1991 | |
| 00185081053 | DOXYCYCLINE MONO 100MG CAP | 4/1/1991 | |
| 00185093997 | CHOLESTYRAMINE LIGHT POWDER | 4/1/1991 | |
| 00185093998 | CHOLESTYRAMINE LIGHT PACKET | 4/1/1991 | |
| 00185094097 | CHOLESTYRAMINE POWDER | 4/1/1991 | |
| 00185094098 | CHOLESTYRAMINE PACKET | 4/1/1991 | |
| 00185104701 | QUINIDINE SULFATE 300MG TAB | 4/1/1991 | |

Sandoz EPIC Stipulation
Exhibit A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00185121701 | NITROGLYCERIN 9MG CAP SA | 4/1/1991 | |
| 00185121760 | NITROGLYCERIN 9MG CAP SA | 4/1/1991 | |
| 00185123501 | NITROGLYCERIN 6.5MG CAP SA | 4/1/1991 | |
| 00185123560 | NITROGLYCERIN 6.5MG CAP SA | 4/1/1991 | |
| 00185210001 | SUCRALFATE 1GM TABLET | 4/1/1991 | |
| 00185434601 | QUINIDINE SULFATE 200MG TAB | 4/1/1991 | |
| 00185435001 | ISONIAZID 300MG TABLET | 4/1/1991 | |
| 00185435010 | ISONIAZID 300MG TABLET | 4/1/1991 | |
| 00185435101 | ISONIAZID 100MG TABLET | 4/1/1991 | |
| 00185435110 | ISONIAZID 100MG TABLET | 4/1/1991 | |
| 00185435130 | ISONIAZID 100MG TABLET | 4/1/1991 | |
| 00185440010 | TIZANIDINE HCL 4MG TABLET | 4/1/1991 | |
| 00185440051 | TIZANIDINE HCL 4MG TABLET | 4/1/1991 | |
| 00185515601 | PAPAVERINE 150MG CAPSULE SA | 4/1/1991 | |
| 00185515610 | PAPAVERINE 150MG CAPSULE SA | 4/1/1991 | |
| 00185517401 | NITROGLYCERIN 2.5MG CAP SA | 4/1/1991 | |
| 00185517460 | NITROGLYCERIN 2.5MG CAP SA | 4/1/1991 | |
| 00781035207 | WARFARIN SODIUM 1MG TABLET | 4/1/1991 | |
| 00781036307 | WARFARIN SODIUM 2MG TABLET | 4/1/1991 | |
| 00781036407 | WARFARIN SODIUM 2.5MG TAB | 4/1/1991 | |
| 00781036907 | WARFARIN SODIUM 4MG TABLET | 4/1/1991 | |
| 00781037707 | WARFARIN SODIUM 5MG TABLET | 4/1/1991 | |
| 00781038607 | WARFARIN SODIUM 7.5MG TAB | 4/1/1991 | |
| 00781038707 | WARFARIN SODIUM 10MG TABLET | 4/1/1991 | |
| 00781100401 | THEOPHYLLINE 200MG TAB SA | 4/1/1991 | |
| 00781100501 | THEOPHYLLINE 300MG TAB SA | 4/1/1991 | |
| 00781100801 | TRIAMTERENE/HCTZ 75/50 TAB | 4/1/1991 | |
| 00781100805 | TRIAMTERENE/HCTZ 75/50 TAB | 4/1/1991 | |
| 00781101401 | VERAPAMIL 40MG TABLET | 4/1/1991 | |
| 00781101701 | VERAPAMIL 120MG TABLET | 4/1/1991 | |
| 00781101705 | VERAPAMIL 120MG TABLET | 4/1/1991 | |
| 00781101801 | VERAPAMIL 240MG TABLET SA | 4/1/1991 | |
| 00781103001 | TRIFLUOPERAZINE 1MG TABLET | 4/1/1991 | |
| 00781103201 | TRIFLUOPERAZINE 2MG TABLET | 4/1/1991 | |
| 00781103210 | TRIFLUOPERAZINE 2MG TABLET | 4/1/1991 | |
| 00781103301 | FLURBIPROFEN 100MG TABLET | 4/1/1991 | |
| 00781103305 | FLURBIPROFEN 100MG TABLET | 4/1/1991 | |
| 00781103401 | TRIFLUOPERAZINE 5MG TABLET | 4/1/1991 | |
| 00781103410 | TRIFLUOPERAZINE 5MG TABLET | 4/1/1991 | |
| 00781103601 | TRIFLUOPERAZINE 10MG TABLET | 4/1/1991 | |
| 00781103610 | TRIFLUOPERAZINE 10MG TABLET | 4/1/1991 | |
| 00781104601 | PERPHENAZINE 2MG TABLET | 4/1/1991 | |
| 00781104610 | PERPHENAZINE 2MG TABLET | 4/1/1991 | |
| 00781104701 | PERPHENAZINE 4MG TABLET | 4/1/1991 | |
| 00781104710 | PERPHENAZINE 4MG TABLET | 4/1/1991 | |
| 00781104801 | PERPHENAZINE 8MG TABLET | 4/1/1991 | |
| 00781104810 | PERPHENAZINE 8MG TABLET | 4/1/1991 | |
| 00781104901 | PERPHENAZINE 16MG TABLET | 4/1/1991 | |
| 00781105001 | CARISOPRODOL 350MG TABLET | 4/1/1991 | |
| 00781105005 | CARISOPRODOL 350MG TABLET | 4/1/1991 | |
| 00781105301 | BUPROPION HCL 75MG TABLET | 4/1/1991 | |

**Sandoz EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781105310 | BUPROPION HCL 75MG TABLET | 4/1/1991 | |
| 00781105901 | AZATHIOPRINE 50MG TABLET | 4/1/1991 | |
| 00781106101 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00781106105 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00781106110 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00781106401 | BUPROPION HCL 100MG TABLET | 4/1/1991 | |
| 00781106410 | BUPROPION HCL 100MG TABLET | 4/1/1991 | |
| 00781107101 | METHAZOLAMIDE 50MG TABLET | 4/1/1991 | |
| 00781107201 | METHAZOLAMIDE 25MG TABLET | 4/1/1991 | |
| 00781107701 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 00781107705 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 00781107710 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 00781107801 | ATENOLOL 25MG TABLET | 4/1/1991 | |
| 00781107810 | ATENOLOL 25MG TABLET | 4/1/1991 | |
| 00781107901 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 00781107905 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 00781107910 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 00781108901 | ALPRAZOLAM 2MG TABLET | 4/1/1991 | |
| 00781108905 | ALPRAZOLAM 2MG TABLET | 4/1/1991 | |
| 00781110801 | SALSALATE 500MG TABLET | 4/1/1991 | |
| 00781110901 | SALSALATE 750MG TABLET | 4/1/1991 | |
| 00781110905 | SALSALATE 750MG TABLET | 4/1/1991 | |
| 00781111010 | PHENOBARBITAL 30MG TABLET | 4/1/1991 | |
| 00781112301 | TRIAMTERENE/HCTZ 37.5/25 TB | 4/1/1991 | |
| 00781112305 | TRIAMTERENE/HCTZ 37.5/25 TB | 4/1/1991 | |
| 00781113801 | GLYBURIDE 1.25 MG TABLET | 4/1/1991 | |
| 00781114601 | GLYBURIDE 2.5MG TABLET | 4/1/1991 | |
| 00781116301 | NAPROXEN 250MG TABLET | 4/1/1991 | |
| 00781116305 | NAPROXEN 250MG TABLET | 4/1/1991 | |
| 00781116310 | NAPROXEN 250MG TABLET | 4/1/1991 | |
| 00781116401 | NAPROXEN 375MG TABLET | 4/1/1991 | |
| 00781116405 | NAPROXEN 375MG TABLET | 4/1/1991 | |
| 00781116410 | NAPROXEN 375MG TABLET | 4/1/1991 | |
| 00781116501 | NAPROXEN 500MG TABLET | 4/1/1991 | |
| 00781116505 | NAPROXEN 500MG TABLET | 4/1/1991 | |
| 00781116510 | NAPROXEN 500MG TABLET | 4/1/1991 | |
| 00781118701 | NAPROXEN SODIUM 275MG TAB | 4/1/1991 | |
| 00781118710 | NAPROXEN SODIUM 275MG TAB | 4/1/1991 | |
| 00781118801 | NAPROXEN SODIUM 550MG TAB | 4/1/1991 | |
| 00781118810 | NAPROXEN SODIUM 550MG TAB | 4/1/1991 | |
| 00781119101 | GLYBURIDE 5 MG TABLET | 4/1/1991 | |
| 00781119110 | GLYBURIDE 5 MG TABLET | 4/1/1991 | |
| 00781120305 | AMIODARONE HCL 200MG TABLET | 4/1/1991 | |
| 00781120360 | AMIODARONE HCL 200MG TABLET | 4/1/1991 | |
| 00781120392 | AMIODARONE HCL 200MG TABLET | 4/1/1991 | |
| 00781120501 | PENICILLIN VK 250MG TABLET | 4/1/1991 | |
| 00781120510 | PENICILLIN VK 250MG TABLET | 4/1/1991 | |
| 00781121101 | FERROUS GLUCONATE 325MG TAB | 4/1/1991 | |
| 00781121401 | AMINOPHYLLINE 100MG TABLET | 4/1/1991 | |
| 00781122301 | METOPROLOL 50MG TABLET | 4/1/1991 | |
| 00781122310 | METOPROLOL 50MG TABLET | 4/1/1991 | |

**Sandoz EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781122801 | METOPROLOL 100MG TABLET | 4/1/1991 | |
| 00781122810 | METOPROLOL 100MG TABLET | 4/1/1991 | |
| 00781122901 | ENALAPRIL MALEATE 2.5MG TAB | 4/1/1991 | |
| 00781122910 | ENALAPRIL MALEATE 2.5MG TAB | 4/1/1991 | |
| 00781123101 | ENALAPRIL MALEATE 5MG TAB | 4/1/1991 | |
| 00781123110 | ENALAPRIL MALEATE 5MG TAB | 4/1/1991 | |
| 00781123201 | ENALAPRIL MALEATE 10MG TAB | 4/1/1991 | |
| 00781123210 | ENALAPRIL MALEATE 10MG TAB | 4/1/1991 | |
| 00781123301 | ENALAPRIL MALEATE 20MG TAB | 4/1/1991 | |
| 00781123310 | ENALAPRIL MALEATE 20MG TAB | 4/1/1991 | |
| 00781126201 | LONOX TABLET | 4/1/1991 | |
| 00781126205 | LONOX TABLET | 4/1/1991 | |
| 00781126210 | LONOX TABLET | 4/1/1991 | |
| 00781126501 | AMITRIP/PERPHEN 10-2 TABLET | 4/1/1991 | |
| 00781126505 | AMITRIP/PERPHEN 10-2 TABLET | 4/1/1991 | |
| 00781126601 | AMITRIP/PERPHEN 10-4 TABLET | 4/1/1991 | |
| 00781126701 | AMITRIP/PERPHEN 25-4 TABLET | 4/1/1991 | |
| 00781127301 | AMITRIP/PERPHEN 25-2 TABLET | 4/1/1991 | |
| 00781127305 | AMITRIP/PERPHEN 25-2 TABLET | 4/1/1991 | |
| 00781128701 | DICLOFENAC SOD 50MG TAB EC | 4/1/1991 | |
| 00781128901 | DICLOFENAC SOD 75MG TAB EC | 4/1/1991 | |
| 00781129401 | ACETAMINOPHEN 325MG TABLET | 4/1/1991 | |
| 00781129410 | ACETAMINOPHEN 325MG TABLET | 4/1/1991 | |
| 00781129701 | DICLOFENAC POT 50MG TABLET | 4/1/1991 | |
| 00781130105 | METOCLOPRAMIDE 10MG TABLET | 4/1/1991 | |
| 00781132401 | CYCLOBENZAPRINE 10MG TABLET | 4/1/1991 | |
| 00781132405 | CYCLOBENZAPRINE 10MG TABLET | 4/1/1991 | |
| 00781132601 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00781132605 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00781132610 | ALPRAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00781132701 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 00781132705 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 00781132710 | ALPRAZOLAM 0.5MG TABLET | 4/1/1991 | |
| 00781132801 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 00781132805 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 00781132810 | ALPRAZOLAM 1MG TABLET | 4/1/1991 | |
| 00781132901 | ALPRAZOLAM 2MG TABLET | 4/1/1991 | |
| 00781132905 | ALPRAZOLAM 2MG TABLET | 4/1/1991 | |
| 00781133401 | HYDROXYZINE HCL 25MG TABLET | 4/1/1991 | |
| 00781133405 | HYDROXYZINE HCL 25MG TABLET | 4/1/1991 | |
| 00781133410 | HYDROXYZINE HCL 25MG TABLET | 4/1/1991 | |
| 00781133601 | HYDROXYZINE HCL 50MG TABLET | 4/1/1991 | |
| 00781134501 | MECLIZINE 12.5MG TABLET | 4/1/1991 | |
| 00781134510 | MECLIZINE 12.5MG TABLET | 4/1/1991 | |
| 00781135201 | IBUPROFEN 400MG TABLET | 4/1/1991 | |
| 00781135205 | IBUPROFEN 400MG TABLET | 4/1/1991 | |
| 00781135901 | CLEMASTINE FUM 2.68MG TAB | 4/1/1991 | |
| 00781136201 | IBUPROFEN 600MG TABLET | 4/1/1991 | |
| 00781136205 | IBUPROFEN 600MG TABLET | 4/1/1991 | |
| 00781136301 | IBUPROFEN 800MG TABLET | 4/1/1991 | |
| 00781136305 | IBUPROFEN 800MG TABLET | 4/1/1991 | |

## Sandoz EPIC Stipulation
### Exhibit A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781137101 | METOPROLOL 50MG TABLET | 4/1/1991 | |
| 00781137110 | METOPROLOL 50MG TABLET | 4/1/1991 | |
| 00781137201 | METOPROLOL 100MG TABLET | 4/1/1991 | |
| 00781137210 | METOPROLOL 100MG TABLET | 4/1/1991 | |
| 00781137510 | MECLIZINE 25MG TABLET | 4/1/1991 | |
| 00781138101 | DICLOFENAC SOD 100MG TAB SA | 4/1/1991 | |
| 00781139101 | HALOPERIDOL 0.5MG TABLET | 4/1/1991 | |
| 00781139110 | HALOPERIDOL 0.5MG TABLET | 4/1/1991 | |
| 00781139201 | HALOPERIDOL 1MG TABLET | 4/1/1991 | |
| 00781139210 | HALOPERIDOL 1MG TABLET | 4/1/1991 | |
| 00781139301 | HALOPERIDOL 2MG TABLET | 4/1/1991 | |
| 00781139310 | HALOPERIDOL 2MG TABLET | 4/1/1991 | |
| 00781139601 | HALOPERIDOL 5MG TABLET | 4/1/1991 | |
| 00781139610 | HALOPERIDOL 5MG TABLET | 4/1/1991 | |
| 00781139701 | HALOPERIDOL 10MG TABLET | 4/1/1991 | |
| 00781139710 | HALOPERIDOL 10MG TABLET | 4/1/1991 | |
| 00781139801 | HALOPERIDOL 20MG TABLET | 4/1/1991 | |
| 00781140001 | NEOMYCIN 500MG TABLET | 4/1/1991 | |
| 00781140201 | METHYLPREDNISOLONE 4MG TAB | 4/1/1991 | |
| 00781140301 | LORAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 00781140305 | LORAZEPAM 0.5MG TABLET | 4/1/1991 | |
| 00781140401 | LORAZEPAM 1MG TABLET | 4/1/1991 | |
| 00781140405 | LORAZEPAM 1MG TABLET | 4/1/1991 | |
| 00781140410 | LORAZEPAM 1MG TABLET | 4/1/1991 | |
| 00781140501 | LORAZEPAM 2MG TABLET | 4/1/1991 | |
| 00781140505 | LORAZEPAM 2MG TABLET | 4/1/1991 | |
| 00781140701 | HYDROXYCHLOROQUINE 200MG TB | 4/1/1991 | |
| 00781140705 | HYDROXYCHLOROQUINE 200MG TB | 4/1/1991 | |
| 00781141701 | ISOSORBIDE DN 40MG TAB SA | 4/1/1991 | |
| 00781143601 | FLUPHENAZINE 1MG TABLET | 4/1/1991 | |
| 00781143605 | FLUPHENAZINE 1MG TABLET | 4/1/1991 | |
| 00781143650 | FLUPHENAZINE 1MG TABLET | 4/1/1991 | |
| 00781143701 | FLUPHENAZINE 2.5MG TABLET | 4/1/1991 | |
| 00781143705 | FLUPHENAZINE 2.5MG TABLET | 4/1/1991 | |
| 00781143750 | FLUPHENAZINE 2.5MG TABLET | 4/1/1991 | |
| 00781143801 | FLUPHENAZINE 5MG TABLET | 4/1/1991 | |
| 00781143805 | FLUPHENAZINE 5MG TABLET | 4/1/1991 | |
| 00781143850 | FLUPHENAZINE 5MG TABLET | 4/1/1991 | |
| 00781143901 | FLUPHENAZINE 10MG TABLET | 4/1/1991 | |
| 00781143905 | FLUPHENAZINE 10MG TABLET | 4/1/1991 | |
| 00781143950 | FLUPHENAZINE 10MG TABLET | 4/1/1991 | |
| 00781144105 | TRIAZOLAM 0.125MG TABLET | 4/1/1991 | |
| 00781144183 | TRIAZOLAM 0.125MG TABLET | 4/1/1991 | |
| 00781144205 | TRIAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00781144283 | TRIAZOLAM 0.25MG TABLET | 4/1/1991 | |
| 00781144401 | CIMETIDINE 800MG TABLET | 4/1/1991 | |
| 00781144431 | CIMETIDINE 800MG TABLET | 4/1/1991 | |
| 00781144601 | FUROSEMIDE 80MG TABLET | 4/1/1991 | |
| 00781144605 | FUROSEMIDE 80MG TABLET | 4/1/1991 | |
| 00781144701 | CIMETIDINE 200MG TABLET | 4/1/1991 | |
| 00781144801 | CIMETIDINE 300MG TABLET | 4/1/1991 | |

**Sandoz EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781144805 | CIMETIDINE 300MG TABLET | 4/1/1991 | |
| 00781144901 | CIMETIDINE 400MG TABLET | 4/1/1991 | |
| 00781144905 | CIMETIDINE 400MG TABLET | 4/1/1991 | |
| 00781144960 | CIMETIDINE 400MG TABLET | 4/1/1991 | |
| 00781145201 | GLIPIZIDE 5MG TABLET | 4/1/1991 | |
| 00781145210 | GLIPIZIDE 5MG TABLET | 4/1/1991 | |
| 00781145301 | GLIPIZIDE 10MG TABLET | 4/1/1991 | |
| 00781145310 | GLIPIZIDE 10MG TABLET | 4/1/1991 | |
| 00781145501 | GLYBURIDE 1.25MG TABLET | 4/1/1991 | |
| 00781145601 | GLYBURIDE 2.5MG TABLET | 4/1/1991 | |
| 00781145701 | GLYBURIDE 5MG TABLET | 4/1/1991 | |
| 00781145705 | GLYBURIDE 5MG TABLET | 4/1/1991 | |
| 00781145710 | GLYBURIDE 5MG TABLET | 4/1/1991 | |
| 00781148001 | HYDROCHLOROTHIAZIDE 25MG TB | 4/1/1991 | |
| 00781148010 | HYDROCHLOROTHIAZIDE 25MG TB | 4/1/1991 | |
| 00781148501 | PREDNISONE 20MG TABLET | 4/1/1991 | |
| 00781148601 | AMITRIPTYLINE HCL 10MG TAB | 4/1/1991 | |
| 00781148610 | AMITRIPTYLINE HCL 10MG TAB | 4/1/1991 | |
| 00781148701 | AMITRIPTYLINE HCL 25MG TAB | 4/1/1991 | |
| 00781148710 | AMITRIPTYLINE HCL 25MG TAB | 4/1/1991 | |
| 00781148801 | AMITRIPTYLINE HCL 50MG TAB | 4/1/1991 | |
| 00781148810 | AMITRIPTYLINE HCL 50MG TAB | 4/1/1991 | |
| 00781148901 | AMITRIPTYLINE HCL 75MG TAB | 4/1/1991 | |
| 00781149001 | AMITRIPTYLINE HCL 100MG TAB | 4/1/1991 | |
| 00781149101 | AMITRIPTYLINE HCL 150MG TAB | 4/1/1991 | |
| 00781150601 | ATENOLOL 50MG TABLET | 4/1/1991 | |
| 00781150610 | ATENOLOL 50MG TABLET | 4/1/1991 | |
| 00781150701 | ATENOLOL 100MG TABLET | 4/1/1991 | |
| 00781150710 | ATENOLOL 100MG TABLET | 4/1/1991 | |
| 00781151001 | PHENAZOPYRIDINE 100MG TAB | 4/1/1991 | |
| 00781151201 | PHENAZOPYRIDINE 200MG TAB | 4/1/1991 | |
| 00781151305 | HYDROCODONE/APAP 7.5/500 TB | 4/1/1991 | |
| 00781151405 | TICLOPIDINE 250MG TABLET | 4/1/1991 | |
| 00781151431 | TICLOPIDINE 250MG TABLET | 4/1/1991 | |
| 00781151460 | TICLOPIDINE 250MG TABLET | 4/1/1991 | |
| 00781151601 | POTASSIUM CL 8MEQ TABLET SA | 4/1/1991 | |
| 00781152401 | HYDROCODONE/APAP 10/650 TAB | 4/1/1991 | |
| 00781152531 | POTASSIUM 25MEQ TABLET EFF | 4/1/1991 | |
| 00781152601 | POTASSIUM CL 10MEQ TAB SA | 4/1/1991 | |
| 00781152610 | POTASSIUM CL 10MEQ TAB SA | 4/1/1991 | |
| 00781153201 | HYDROCODONE/APAP 7.5/750 TB | 4/1/1991 | |
| 00781153205 | HYDROCODONE/APAP 7.5/750 TB | 4/1/1991 | |
| 00781154101 | TERAZOSIN HCL 10MG TABLET | 4/1/1991 | |
| 00781154110 | TERAZOSIN HCL 10MG TABLET | 4/1/1991 | |
| 00781154201 | MECLIZINE 12.5MG TABLET | 4/1/1991 | |
| 00781154210 | MECLIZINE 12.5MG TABLET | 4/1/1991 | |
| 00781154401 | MECLIZINE 25MG TABLET | 4/1/1991 | |
| 00781154410 | MECLIZINE 25MG TABLET | 4/1/1991 | |
| 00781154601 | PRENATAL/FOLIC NEW FORM TAB | 4/1/1991 | |
| 00781155101 | TERAZOSIN HCL 1MG TABLET | 4/1/1991 | |
| 00781155110 | TERAZOSIN HCL 1MG TABLET | 4/1/1991 | |

**Sandoz EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781155601 | ISOSORBIDE DN 10MG TABLET | 4/1/1991 | |
| 00781155605 | ISOSORBIDE DN 10MG TABLET | 4/1/1991 | |
| 00781155610 | ISOSORBIDE DN 10MG TABLET | 4/1/1991 | |
| 00781156101 | TERAZOSIN HCL 2MG TABLET | 4/1/1991 | |
| 00781156110 | TERAZOSIN HCL 2MG TABLET | 4/1/1991 | |
| 00781157101 | TERAZOSIN HCL 5MG TABLET | 4/1/1991 | |
| 00781157110 | TERAZOSIN HCL 5MG TABLET | 4/1/1991 | |
| 00781159901 | SPIRONOLACTONE 25MG TABLET | 4/1/1991 | |
| 00781159910 | SPIRONOLACTONE 25MG TABLET | 4/1/1991 | |
| 00781160301 | ASPIRIN 325MG TABLET EC | 4/1/1991 | |
| 00781160310 | ASPIRIN 325MG TABLET EC | 4/1/1991 | |
| 00781160401 | THIORIDAZINE 10MG TABLET | 4/1/1991 | |
| 00781160410 | THIORIDAZINE 10MG TABLET | 4/1/1991 | |
| 00781160601 | HYDROCODONE/APAP 5/500 TAB | 4/1/1991 | |
| 00781160605 | HYDROCODONE/APAP 5/500 TAB | 4/1/1991 | |
| 00781161201 | CALCIUM LACTATE 650MG TABS | 4/1/1991 | |
| 00781161401 | THIORIDAZINE 15MG TABLET | 4/1/1991 | |
| 00781161966 | AMOX TR-K CLV 200-28.5 TAB CHW | 4/1/1991 | |
| 00781162401 | THIORIDAZINE 25MG TABLET | 4/1/1991 | |
| 00781162410 | THIORIDAZINE 25MG TABLET | 4/1/1991 | |
| 00781162701 | CARBIDOPA/LEVO 25/100 TAB | 4/1/1991 | |
| 00781162901 | OXYBUTYNIN 5MG TABLET | 4/1/1991 | |
| 00781163401 | THIORIDAZINE 50MG TABLET | 4/1/1991 | |
| 00781163410 | THIORIDAZINE 50MG TABLET | 4/1/1991 | |
| 00781163501 | ISOSORBIDE DN 5MG TABLET | 4/1/1991 | |
| 00781163510 | ISOSORBIDE DN 5MG TABLET | 4/1/1991 | |
| 00781163701 | CHOLINE MAG TRISAL 500MG TB | 4/1/1991 | |
| 00781163801 | CHOLINE MAG TRISAL 750MG TB | 4/1/1991 | |
| 00781164101 | BACLOFEN 10MG TABLET | 4/1/1991 | |
| 00781164366 | AMOX TR-K CLV 400-57 TAB CHEW | 4/1/1991 | |
| 00781164401 | THIORIDAZINE 100MG TABLET | 4/1/1991 | |
| 00781164410 | THIORIDAZINE 100MG TABLET | 4/1/1991 | |
| 00781164601 | NAPROXEN 375MG TABLET EC | 4/1/1991 | |
| 00781164901 | ORPHENADRINE 100MG TAB SA | 4/1/1991 | |
| 00781164905 | ORPHENADRINE 100MG TAB SA | 4/1/1991 | |
| 00781165301 | NAPROXEN 500MG TABLET EC | 4/1/1991 | |
| 00781165501 | PENICILLIN VK 500MG TABLET | 4/1/1991 | |
| 00781165510 | PENICILLIN VK 500 MG TABLET | 4/1/1991 | |
| 00781166401 | THIORIDAZINE 150MG TABLET | 4/1/1991 | |
| 00781167101 | ALBUTEROL SULFATE 2MG TAB | 4/1/1991 | |
| 00781167201 | ALBUTEROL SULFATE 4MG TAB | 4/1/1991 | |
| 00781167401 | THIORIDAZINE 200MG TABLET | 4/1/1991 | |
| 00781169501 | ISOSORBIDE DN 20MG TABLET | 4/1/1991 | |
| 00781169510 | ISOSORBIDE DN 20MG TABLET | 4/1/1991 | |
| 00781171501 | CHLORPROMAZINE 10MG TABLET | 4/1/1991 | |
| 00781171601 | CHLORPROMAZINE 25MG TABLET | 4/1/1991 | |
| 00781171610 | CHLORPROMAZINE 25MG TABLET | 4/1/1991 | |
| 00781171701 | CHLORPROMAZINE 50MG TABLET | 4/1/1991 | |
| 00781171710 | CHLORPROMAZINE 50MG TABLET | 4/1/1991 | |
| 00781171801 | CHLORPROMAZINE 100MG TABLET | 4/1/1991 | |
| 00781171810 | CHLORPROMAZINE 100MG TABLET | 4/1/1991 | |

Sandoz EPIC Stipulation
Exhibit A

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781171901 | CHLORPROMAZINE 200MG TABLET | 4/1/1991 | |
| 00781171910 | CHLORPROMAZINE 200MG TABLET | 4/1/1991 | |
| 00781172005 | PROPOXY-N/APAP 100-650 TAB | 4/1/1991 | |
| 00781173101 | PEMOLINE 18.75MG TABLET | 4/1/1991 | |
| 00781174101 | PEMOLINE 37.5MG TABLET | 4/1/1991 | |
| 00781174801 | METHYLPHENIDATE 5MG TABLET | 4/1/1991 | |
| 00781174901 | METHYLPHENIDATE 10MG TABLET | 4/1/1991 | |
| 00781174910 | METHYLPHENIDATE 10MG TABLET | 4/1/1991 | |
| 00781175001 | METHOCARBAMOL 750MG TABLET | 4/1/1991 | |
| 00781175005 | METHOCARBAMOL 750MG TABLET | 4/1/1991 | |
| 00781175101 | PEMOLINE 75MG TABLET | 4/1/1991 | |
| 00781175201 | ACETAMINOPHEN/COD #3 TABLET | 4/1/1991 | |
| 00781175210 | ACETAMINOPHEN/COD #3 TABLET | 4/1/1991 | |
| 00781175301 | METHYLPHENIDATE 20MG TABLET | 4/1/1991 | |
| 00781175401 | METHYLPHENIDATE 20MG TAB SA | 4/1/1991 | |
| 00781175410 | METHYLPHENIDATE 20MG TAB SA | 4/1/1991 | |
| 00781176001 | METHOCARBAMOL 500MG TABLET | 4/1/1991 | |
| 00781176005 | METHOCARBAMOL 500MG TABLET | 4/1/1991 | |
| 00781176201 | IMIPRAMINE HCL 10MG TABLET | 4/1/1991 | |
| 00781176401 | IMIPRAMINE HCL 25MG TABLET | 4/1/1991 | |
| 00781176410 | IMIPRAMINE HCL 25MG TABLET | 4/1/1991 | |
| 00781176601 | IMIPRAMINE HCL 50MG TABLET | 4/1/1991 | |
| 00781176610 | IMIPRAMINE HCL 50MG TABLET | 4/1/1991 | |
| 00781178501 | DICLOFENAC SOD 25MG TAB EC | 4/1/1991 | |
| 00781178560 | DICLOFENAC SOD 25MG TAB EC | 4/1/1991 | |
| 00781178701 | DICLOFENAC SOD 50MG TAB EC | 4/1/1991 | |
| 00781178710 | DICLOFENAC SOD 50MG TAB EC | 4/1/1991 | |
| 00781178760 | DICLOFENAC SOD 50MG TAB EC | 4/1/1991 | |
| 00781178901 | DICLOFENAC SOD 75MG TAB EC | 4/1/1991 | |
| 00781178910 | DICLOFENAC SOD 75MG TAB EC | 4/1/1991 | |
| 00781178960 | DICLOFENAC SOD 75MG TAB EC | 4/1/1991 | |
| 00781180701 | TRAZODONE 50MG TABLET | 4/1/1991 | |
| 00781180705 | TRAZODONE 50MG TABLET | 4/1/1991 | |
| 00781180710 | TRAZODONE 50MG TABLET | 4/1/1991 | |
| 00781180801 | TRAZODONE 100MG TABLET | 4/1/1991 | |
| 00781181701 | BROMOCRIPTINE 2.5MG TABLET | 4/1/1991 | |
| 00781181731 | BROMOCRIPTINE 2.5MG TABLET | 4/1/1991 | |
| 00781181801 | FUROSEMIDE 20MG TABLET | 4/1/1991 | |
| 00781181810 | FUROSEMIDE 20MG TABLET | 4/1/1991 | |
| 00781182401 | BISOPROLOL/HCTZ 5/6.25 TAB | 4/1/1991 | |
| 00781182601 | TRAZODONE 150MG TABLET | 4/1/1991 | |
| 00781182901 | CAPTOPRIL 25MG TABLET | 4/1/1991 | |
| 00781182910 | CAPTOPRIL 25MG TABLET | 4/1/1991 | |
| 00781183001 | PROMETHAZINE 25MG TABLET | 4/1/1991 | |
| 00781183010 | PROMETHAZINE 25MG TABLET | 4/1/1991 | |
| 00781183120 | AMOX TR-K CLV 500-125 MG TAB | 4/1/1991 | |
| 00781183201 | PROMETHAZINE 50MG TABLET | 4/1/1991 | |
| 00781183301 | BISOPROLOL/HCTZ 10/6.25 TAB | 4/1/1991 | |
| 00781183401 | ACETAMINOPHEN 500MG TABLET | 4/1/1991 | |
| 00781183801 | CAPTOPRIL 50MG TABLET | 4/1/1991 | |
| 00781184101 | BISOPROLOL/HCTZ 2.5/6.25 TB | 4/1/1991 | |

**Sandoz EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781184401 | AMOXAPINE 25MG TABLET | 4/1/1991 | |
| 00781184501 | AMOXAPINE 50MG TABLET | 4/1/1991 | |
| 00781184601 | AMOXAPINE 100MG TABLET | 4/1/1991 | |
| 00781185220 | AMOX TR-K CLV 875-125 MG TAB | 4/1/1991 | |
| 00781188301 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 00781188305 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 00781188310 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 00781188360 | RANITIDINE 150MG TABLET | 4/1/1991 | |
| 00781188410 | RANITIDINE 300MG TABLET | 4/1/1991 | |
| 00781188425 | RANITIDINE 300MG TABLET | 4/1/1991 | |
| 00781188431 | RANITIDINE 300MG TABLET | 4/1/1991 | |
| 00781190510 | LEVOTHYROXINE 0.1MG TABLET | 4/1/1991 | |
| 00781196601 | FUROSEMIDE 40MG TABLET | 4/1/1991 | |
| 00781196610 | FUROSEMIDE 40MG TABLET | 4/1/1991 | |
| 00781197101 | DESIPRAMINE 10MG TABLET | 4/1/1991 | |
| 00781197201 | DESIPRAMINE 25MG TABLET | 4/1/1991 | |
| 00781197210 | DESIPRAMINE 25MG TABLET | 4/1/1991 | |
| 00781197301 | DESIPRAMINE 50MG TABLET | 4/1/1991 | |
| 00781197310 | DESIPRAMINE 50MG TABLET | 4/1/1991 | |
| 00781197401 | DESIPRAMINE 75MG TABLET | 4/1/1991 | |
| 00781197501 | DESIPRAMINE 100MG TABLET | 4/1/1991 | |
| 00781197650 | DESIPRAMINE 150MG TABLET | 4/1/1991 | |
| 00781199501 | ERCAF TABLET | 4/1/1991 | |
| 00781200001 | PAPAVERINE 150MG CAPSULE SA | 4/1/1991 | |
| 00781201801 | RIMACTANE 300MG CAPSULE | 4/1/1991 | |
| 00781202005 | AMOXICILLIN 250MG CAPSULE | 4/1/1991 | |
| 00781202701 | CLOMIPRAMINE 25MG CAPSULE | 4/1/1991 | |
| 00781203701 | CLOMIPRAMINE 50MG CAPSULE | 4/1/1991 | |
| 00781204701 | CLOMIPRAMINE 75MG CAPSULE | 4/1/1991 | |
| 00781204801 | AMANTADINE 100 MG CAPSULE | 4/1/1991 | |
| 00781204805 | AMANTADINE 100 MG CAPSULE | 4/1/1991 | |
| 00781205101 | TERAZOSIN 1MG CAPSULE | 4/1/1991 | |
| 00781205105 | TERAZOSIN 1MG CAPSULE | 4/1/1991 | |
| 00781205201 | TERAZOSIN 2MG CAPSULE | 4/1/1991 | |
| 00781205205 | TERAZOSIN 2MG CAPSULE | 4/1/1991 | |
| 00781205301 | TERAZOSIN 5MG CAPSULE | 4/1/1991 | |
| 00781205305 | TERAZOSIN 5MG CAPSULE | 4/1/1991 | |
| 00781205401 | TERAZOSIN 10MG CAPSULE | 4/1/1991 | |
| 00781205405 | TERAZOSIN 10MG CAPSULE | 4/1/1991 | |
| 00781205601 | TRIAMTERENE/HCTZ 37.5/25 CP | 4/1/1991 | |
| 00781205610 | TRIAMTERENE/HCTZ 37.5/25 CP | 4/1/1991 | |
| 00781207401 | TRIAMTERENE/HCTZ 37.5/25 CP | 4/1/1991 | |
| 00781207410 | TRIAMTERENE/HCTZ 37.5/25 CP | 4/1/1991 | |
| 00781207701 | RIFAMPIN 300MG CAPSULE | 4/1/1991 | |
| 00781210001 | LITHIUM CARBONATE 300MG CAP | 4/1/1991 | |
| 00781212001 | FIORTAL CAPSULE | 4/1/1991 | |
| 00781213001 | MEXILETINE 150MG CAPSULE | 4/1/1991 | |
| 00781213101 | MEXILETINE 200MG CAPSULE | 4/1/1991 | |
| 00781213201 | MEXILETINE 250MG CAPSULE | 4/1/1991 | |
| 00781214401 | AMPICILLIN TR 250MG CAPSULE | 4/1/1991 | |
| 00781214501 | AMPICILLIN TR 500MG CAPSULE | 4/1/1991 | |

**Sandoz EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781220101 | TEMAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 00781220105 | TEMAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 00781220201 | TEMAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 00781220205 | TEMAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 00781220301 | VALPROIC ACID 250MG CAPSULE | 4/1/1991 | |
| 00781220901 | TEMAZEPAM 7.5MG CAPSULE | 4/1/1991 | |
| 00781222101 | FIORTAL/CODEINE #3 CAPSULE | 4/1/1991 | |
| 00781222601 | THIOTHIXENE 1MG CAPSULE | 4/1/1991 | |
| 00781222701 | THIOTHIXENE 2MG CAPSULE | 4/1/1991 | |
| 00781222710 | THIOTHIXENE 2MG CAPSULE | 4/1/1991 | |
| 00781222801 | THIOTHIXENE 5MG CAPSULE | 4/1/1991 | |
| 00781222810 | THIOTHIXENE 5MG CAPSULE | 4/1/1991 | |
| 00781222901 | THIOTHIXENE 10MG CAPSULE | 4/1/1991 | |
| 00781222910 | THIOTHIXENE 10MG CAPSULE | 4/1/1991 | |
| 00781224801 | DICLOXACILLIN 250 MG CAPSULE | 4/1/1991 | |
| 00781225201 | HYDROXYZINE PAM 25MG CAP | 4/1/1991 | |
| 00781225401 | HYDROXYZINE PAM 50MG CAP | 4/1/1991 | |
| 00781225801 | DICLOXACILLIN 500 MG CAPSULE | 4/1/1991 | |
| 00781240801 | DOCUSATE SODIUM 100MG CAP | 4/1/1991 | |
| 00781240810 | DOCUSATE SODIUM 100MG CAP | 4/1/1991 | |
| 00781241101 | KETOPROFEN 75MG CAPSULE | 4/1/1991 | |
| 00781249810 | DIPHENHYDRAMINE 50MG CAPS | 4/1/1991 | |
| 00781250201 | NITROFURANTOIN MCR 50MG CAP | 4/1/1991 | |
| 00781250205 | NITROFURANTOIN MCR 50MG CAP | 4/1/1991 | |
| 00781250210 | NITROFURANTOIN MCR 50MG CAP | 4/1/1991 | |
| 00781250301 | NITROFURANTOIN MCR 100MG CP | 4/1/1991 | |
| 00781254001 | TRIAMTERENE/HCTZ 50/25 CAP | 4/1/1991 | |
| 00781254010 | TRIAMTERENE/HCTZ 50/25 CAP | 4/1/1991 | |
| 00781261305 | AMOXICILLIN 500MG CAPSULE | 4/1/1991 | |
| 00781263001 | NORTRIPTYLINE HCL 10MG CAP | 4/1/1991 | |
| 00781263101 | NORTRIPTYLINE HCL 25MG CAP | 4/1/1991 | |
| 00781263105 | NORTRIPTYLINE HCL 25MG CAP | 4/1/1991 | |
| 00781263201 | NORTRIPTYLINE HCL 50MG CAP | 4/1/1991 | |
| 00781263301 | NORTRIPTYLINE HCL 75MG CAP | 4/1/1991 | |
| 00781271101 | LOXAPINE SUCCINATE 10MG CAP | 4/1/1991 | |
| 00781271201 | LOXAPINE SUCCINATE 25MG CAP | 4/1/1991 | |
| 00781271301 | LOXAPINE SUCCINATE 50MG CAP | 4/1/1991 | |
| 00781271501 | TRIAMTERENE/HCTZ 50/25 CAP | 4/1/1991 | |
| 00781271510 | TRIAMTERENE/HCTZ 50/25 CAP | 4/1/1991 | |
| 00781271513 | TRIAMTERENE/HCTZ 50/25 CAP | 4/1/1991 | |
| 00781276101 | LOPERAMIDE 2MG CAPSULE | 4/1/1991 | |
| 00781280601 | FLURAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 00781280701 | FLURAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 00781280901 | OXAZEPAM 10MG CAPSULE | 4/1/1991 | |
| 00781281001 | OXAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 00781281005 | OXAZEPAM 15MG CAPSULE | 4/1/1991 | |
| 00781281101 | OXAZEPAM 30MG CAPSULE | 4/1/1991 | |
| 00781281901 | BROMOCRIPTINE 5MG CAPSULE | 4/1/1991 | |
| 00781281931 | BROMOCRIPTINE 5MG CAPSULE | 4/1/1991 | |
| 00781282201 | FLUOXETINE 20MG CAPSULE | 4/1/1991 | |
| 00781282301 | FLUOXETINE 10MG CAPSULE | 4/1/1991 | |

**Sandoz EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781282401 | FLUOXETINE 40MG CAPSULE | 4/1/1991 | |
| 00781285505 | RANITIDINE 150MG CAPSULE | 4/1/1991 | |
| 00781285560 | RANITIDINE 150MG CAPSULE | 4/1/1991 | |
| 00781286505 | RANITIDINE 300MG CAPSULE | 4/1/1991 | |
| 00781286531 | RANITIDINE 300MG CAPSULE | 4/1/1991 | |
| 00781307075 | METOPROLOL 1MG/ML AMPUL | 4/1/1991 | |
| 00781312495 | NAFCILLIN 1 GM VIAL | 4/1/1991 | |
| 00781312695 | NAFCILLIN 10 GM VIAL | 4/1/1991 | |
| 00781315796 | CEFAZOLIN 1 GM VIAL | 4/1/1991 | |
| 00781372270 | CEFAZOLIN 1GM VIAL | 4/1/1991 | |
| 00781372446 | CEFAZOLIN 1GM PIGGYBACK VL | 4/1/1991 | |
| 00781377272 | TOBRAMYCIN 40MG/ML VIAL | 4/1/1991 | |
| 00781392695 | CEFUROXIME SOD 7.5GM VIAL | 4/1/1991 | |
| 00781500101 | DOXAZOSIN MESYLATE 1MG TAB | 4/1/1991 | |
| 00781500201 | DOXAZOSIN MESYLATE 2MG TAB | 4/1/1991 | |
| 00781500301 | DOXAZOSIN MESYLATE 4MG TAB | 4/1/1991 | |
| 00781500401 | DOXAZOSIN MESYLATE 8MG TAB | 4/1/1991 | |
| 00781500501 | CARISOPRODOL 350MG TABLET | 4/1/1991 | |
| 00781500505 | CARISOPRODOL 350MG TABLET | 4/1/1991 | |
| 00781501701 | DICLOFENAC POT 50MG TABLET | 4/1/1991 | |
| 00781502001 | PROCHLORPERAZINE 5 MG TAB | 4/1/1991 | |
| 00781502101 | PROCHLORPERAZINE 10 MG TAB | 4/1/1991 | |
| 00781502201 | METHYLPREDNISOLONE 4MG TAB | 4/1/1991 | |
| 00781502207 | METHYLPREDNISOLONE 4MG TAB | 4/1/1991 | |
| 00781503001 | METOCLOPRAMIDE 5MG TABLET | 4/1/1991 | |
| 00781503005 | METOCLOPRAMIDE 5MG TABLET | 4/1/1991 | |
| 00781507501 | AZATHIOPRINE 50MG TABLET | 4/1/1991 | |
| 00781518001 | LEVOTHYROXINE 25 MCG TABLET | 4/1/1991 | |
| 00781518010 | LEVOTHYROXINE 25 MCG TABLET | 4/1/1991 | |
| 00781518101 | LEVOTHYROXINE 50 MCG TABLET | 4/1/1991 | |
| 00781518110 | LEVOTHYROXINE 50 MCG TABLET | 4/1/1991 | |
| 00781518201 | LEVOTHYROXINE 75 MCG TABLET | 4/1/1991 | |
| 00781518210 | LEVOTHYROXINE 75 MCG TABLET | 4/1/1991 | |
| 00781518301 | LEVOTHYROXINE 88 MCG TABLET | 4/1/1991 | |
| 00781518401 | LEVOTHYROXINE 100 MCG TABLET | 4/1/1991 | |
| 00781518501 | LEVOTHYROXINE 112 MCG TABLET | 4/1/1991 | |
| 00781518601 | LEVOTHYROXINE 125 MCG TABLET | 4/1/1991 | |
| 00781518610 | LEVOTHYROXINE 125 MCG TABLET | 4/1/1991 | |
| 00781518701 | LEVOTHYROXINE 150 MCG TABLET | 4/1/1991 | |
| 00781518801 | LEVOTHYROXINE 175 MCG TABLET | 4/1/1991 | |
| 00781518901 | LEVOTHYROXINE 200 MCG TABLET | 4/1/1991 | |
| 00781519001 | LEVOTHYROXINE 300 MCG TABLET | 4/1/1991 | |
| 00781519101 | LEVOTHYROXINE 137 MCG TABLET | 4/1/1991 | |
| 00781601256 | DICLOFENAC 0.1% EYE DROPS | 4/1/1991 | |
| 00781604016 | POTASSIUM CHLORIDE 10% LIQ | 4/1/1991 | |
| 00781606716 | ALBUTEROL SULF 2MG/5ML SYRP | 4/1/1991 | |
| 00781610016 | LITHIUM CIT 8MEQ/5ML SYRUP | 4/1/1991 | |
| 00781610246 | AMOX TR-K CLV 200-28.5/5 SUSP | 4/1/1991 | |
| 00781610446 | AMOX TR-K CLV 400-57/5 SUSP | 4/1/1991 | |
| 00781610516 | NYSTATIN 100000U/ML SUSP | 4/1/1991 | |
| 00781610561 | NYSTATIN 100000U/ML SUSP | 4/1/1991 | |

**Sandoz EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 00781613016 | PAREGORIC LIQUID | 4/1/1991 | |
| 00781613104 | CLEMASTINE 0.67MG/5ML SYRUP | 4/1/1991 | |
| 00781613116 | CLEMASTINE 0.67MG/5ML SYRUP | 4/1/1991 | |
| 00781613595 | PENICILLIN G POT 5MMU VIAL | 4/1/1991 | |
| 00781615395 | PENICILLIN G SOD 5MMU VIAL | 4/1/1991 | |
| 00781615397 | PENICILLIN G SOD 5MMU VIAL | 4/1/1991 | |
| 00781630116 | METOCLOPRAMIDE 5MG/5ML SYRP | 4/1/1991 | |
| 00781637704 | ACETAMINOPHEN 160MG/5ML SOL | 4/1/1991 | |
| 00781640516 | LACTULOSE 10GM/15ML SOLN | 4/1/1991 | |
| 00781653342 | MYGEL II LIQUID | 4/1/1991 | |
| 00781660016 | THEOPHYLLINE 80MG/15ML ELIX | 4/1/1991 | |
| 00781660516 | CHLORAL HYDRATE 500MG/5ML | 4/1/1991 | |
| 00781670116 | VALPROIC ACID 250MG/5ML SYR | 4/1/1991 | |
| 00781680061 | CLINDAMYCIN PH 1% SOLUTION | 4/1/1991 | |
| 00781703616 | TRIAMCINOLONE 0.1% CREAM | 4/1/1991 | |
| 00781704346 | ERYTHROMYCIN/SULFISOX SUSP | 4/1/1991 | |
| 00781704348 | ERYTHROMYCIN/SULFISOX SUSP | 4/1/1991 | |
| 00781704355 | ERYTHROMYCIN/SULFISOX SUSP | 4/1/1991 | |
| 00781705449 | ERYTHROMYCIN-BENZOYL GEL | 4/1/1991 | |
| 00781705459 | ERYTHROMYCIN-BENZOYL GEL | 4/1/1991 | |
| 00781705803 | LIDOCAINE-PRILOCAINE CREAM | 4/1/1991 | |
| 00781707450 | BETAMETHASONE DP 0.05% CRM | 4/1/1991 | |
| 00781710335 | FLUOCINONIDE-E 0.05% CREAM | 4/1/1991 | |
| 00781711075 | GENTAMICIN 3MG/ML EYE DROPS | 4/1/1991 | |
| 00781715002 | LINDANE 1% LOTION | 4/1/1991 | |
| 00781715016 | LINDANE 1% LOTION | 4/1/1991 | |
| 00781716016 | LINDANE 1% SHAMPOO | 4/1/1991 | |
| 00781740970 | ANTIBIOTIC EAR SOLUTION | 4/1/1991 | |
| 00781750287 | ALBUTEROL 90MCG INHALER | 4/1/1991 | |
| 00781753580 | ALBUTEROL 5MG/ML SOLUTION | 4/1/1991 | |
| 00781801030 | POTASSIUM CL 20MEQ PACKET | 4/1/1991 | |
| 00781884001 | METHYLPHENIDATE 5MG TABLET | 4/1/1991 | |
| 00781884010 | METHYLPHENIDATE 5MG TABLET | 4/1/1991 | |
| 00781884101 | METHYLPHENIDATE 10MG TABLET | 4/1/1991 | |
| 00781884110 | METHYLPHENIDATE 10MG TABLET | 4/1/1991 | |
| 00781884201 | METHYLPHENIDATE 20MG TABLET | 4/1/1991 | |
| 00781884210 | METHYLPHENIDATE 20MG TABLET | 4/1/1991 | |
| 00781884301 | METHYLPHENIDATE 20MG TAB SA | 4/1/1991 | |
| 54643105600 | ARISTOSPAN 20 MG/ML VIAL | 10/1/2002 | |
| 59772246101 | NADOLOL 20MG TABLET | 5/1/2001 | |
| 59772246501 | NADOLOL 160MG TABLET | 5/1/2001 | |
| 59772317102 | TRAZODONE 150MG TABLET | 5/1/2001 | |
| 59772516105 | CAPTOPRIL/HCTZ 25/25 TABLET | 5/1/2001 | |
| 59772516205 | CAPTOPRIL/HCTZ 50/15 TABLET | 5/1/2001 | |
| 59772558501 | CHOLESTYRAMINE PACKET | 5/1/2001 | |
| 59772558901 | CHOLESTYRAMINE LIGHT PACKET | 5/1/2001 | |
| 59772558902 | CHOLESTYRAMINE LIGHT POWDER | 5/1/2001 | |
| 59772605801 | DICLOXACILLIN 500MG CAPSULE | 5/1/2001 | |
| 59772727103 | CEFADROXIL 500MG CAPSULE | 5/1/2001 | |
| 59772727104 | CEFADROXIL 500MG CAPSULE | 5/1/2001 | |
| 59772780002 | HYDROCORTISONE 0.2% OINT | 5/1/2001 | |

**Sandoz EPIC Stipulation**
**Exhibit A**

| NDC | Drug | EPIC Start Date | EPIC End Date |
|---|---|---|---|
| 59772780007 | HYDROCORTISONE 0.2% OINT | 5/1/2001 | |
| 59772810005 | HYDROCORTISONE 0.2% CREAM | 5/1/2001 | |
| 59772810007 | HYDROCORTISONE 0.2% CREAM | 5/1/2001 | |
| 59772884003 | METHYLPHENIDATE 5MG TABLET | 5/1/2001 | |
| 59772884203 | METHYLPHENIDATE 20MG TABLET | 5/1/2001 | |
| 62269020824 | BENZTROPINE MES 0.5MG TAB | 5/1/2001 | |
| 62269020924 | BENZTROPINE MES 1MG TABLET | 5/1/2001 | |
| 62269020930 | BENZTROPINE MES 1MG TABLET | 5/1/2001 | |
| 62269021024 | BENZTROPINE MES 2MG TABLET | 5/1/2001 | |
| 62269021030 | BENZTROPINE MES 2MG TABLET | 5/1/2001 | |
| 62269021124 | AMANTADINE 100MG CAPSULE | 5/1/2001 | |
| 62269021129 | AMANTADINE 100MG CAPSULE | 5/1/2001 | |
| 62269027824 | TRIFLUOPERAZINE 1MG TABLET | 5/1/2001 | |