UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456<br>Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | ) ) ) ) ) Hon. Patti B. Saris |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Jennifer A. Walker as counsel for Amgen Inc. in this matter.

Respectfully submitted,

_____/s/_____
Frank A. Libby, Jr.
Douglas S. Brooks
Kelly, Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, Massachusetts 02110
Telephone: (617) 338-9300
Facsimile: (617) 338-9911

Joseph H. Young
Steven F. Barley
Hogan & Hartson LLP
100 International Dr., Suite 2000
Baltimore, Maryland 21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701

Dated: April 1, 2010

\\\BA - 058360/000066 - 280288 v1

## Certificate of Service

I hereby certify that on April 2, 2010, I caused a true and correct copy of the foregoing Notice of Withdrawal to be served via Lexis Nexis File & Service electronic filing service pursuant to CMO #2 in this case.

_____