# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-CV-12257-PBS<br>Subcategory Case. No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>*Abbott Laboratories, Inc., et al.,*<br><br>*Defendants.* | Hon. Patti B. Saris |

### [PROPOSED] ORDER AMENDING THE FEBRUARY 9, 2010 AMENDED MEMORANDUM AND ORDER

Prior to the issuance of this Court's January 27, 2010 memorandum and order in the above-captioned action on the parties' cross-motions for summary judgment relating to FUL allegations, Defendants Dey, Inc. and Dey Pharma, L.P. (formerly known as Dey, L.P.) (collectively, "Dey") reached a settlement agreement in principle resolving all of the plaintiffs' claims against Dey. The settlement agreement has now been fully executed and Dey has paid the settlement amount. Accordingly, this Court's January 27, 2010 memorandum and order (Docket No. 6863), as amended on February 9, 2010, (Docket No. 6905), is further amended as follows to delete all references to Dey:

| Page Location | Amendment |
|---|---|
| Page 2, footnote 2 | The last sentence is revised to read "Ethex, Boehringer Ingelheim Roxane, Dey, Inc., and Dey, L.P. have |

|  | subsequently settled." |
|---|---|
| Page 2 | Delete "3998% for Dey" |
| Page 14, footnote 10 | Delete "Dey 56.1 at ¶ 3" |
| Page 14, footnote 11 | Delete "Dey 56.1 at ¶¶ 13-14" |
| Page 15, footnote 12 | Delete "Dey 56.1 at ¶¶ 17-23" |
| Page 15, footnote 13 | Delete "Dey 56.1 at ¶¶ 17-23" |
| Page 15, footnote 14 | Delete "Dey 56.1 at ¶¶ 17-23" |
| Page 16, footnote 15 | Delete "Dey 56.1 at ¶ 16" |
| Page 16, footnote 16 | Delete "Dey 56.1 at ¶¶ 4-5, 11" |

This order does not affect the effective date of the this Court's original January 27, 2010 order, or reset any filing deadlines associated with that order or otherwise affect any party's right to appeal or otherwise seek relief from it.

Entered this \_\_\_\_\_ day of _____, 2010.

_____
Patti B. Saris, J.
United States District Court