# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS<br>Judge Patti B. Saris |

## REQUEST FOR ADMISSION PRO HAC VICE FOR DANIEL R. COHEN

Undersigned counsel requests admission pro hac vice pursuant to Case Management Order ("CMO") No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A is the Declaration of Daniel R. Cohen in Support of the Application for Admission Pro Hac Vice.

Dated: April 8 2010

Respectfully Submitted,

*[signature]*

Daniel R. Cohen
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorneys for Sandoz Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 8, 2010, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR DANIEL R. COHEN and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                /s/ Jacqueline Chung
                                                Jacqueline Chung