# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS<br>Judge Patti B. Saris |

**DECLARATION OF DANIEL R. COHEN IN SUPPORT OF APPLICATION FOR
ADMISSION PRO HAC VICE**

Daniel R. Cohen, an attorney with the firm of White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, hereby declares:

1. I am a member in good standing of the State Bar of New York;

2. I am currently licensed in good standing to practice law in each jurisdiction in which I have been admitted;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. Attached hereto as Exhibit B is a Certificate of Good Standing for the Appellate Division of the Supreme Court of the State of New York Second Judicial Department.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts.

_____
Daniel R. Cohen, Esq.