UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators* *v.* *Baxter Hemoglobin Therapeutics and Baxter International Inc.* | ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

## BAXTER INTERNATIONAL INC.'S REQUEST
## FOR EXTENSION OF TIME TO FILE ANSWER

Relators Linnette Sun and Greg Hamilton ("Relators") filed a Complaint in the District of

Colorado on April 22, 2005; and an amended Complaint on June 14, 2005. This Complaint was

unsealed on January 15, 2008 and the matter transferred to MDL 1456 by the Judicial Panel for

Multidistrict Litigation on July 14, 2008. Baxter International Inc. ("Baxter") moved to dismiss

the Relators' amended Complaint. Oral argument was heard by this Court on that motion on

February 9, 2010, and a decision was rendered on March 25, 2010.

Under Fed. R. Civ. P. 12(a)(4) Baxter's Answer to the Amended Complaint is due April

9, 2010. However, counsel for Baxter. respectfully requests a 10-day extension of time to April

19, 2010 for filing its answer. Counsel for Relators have been consulted regarding this request

and do not object to this extension.

DSMDB-2776338v01

Respectfully submitted,

| Dated: April 8, 2010 | /s/ **Tina D. Reynolds** |
| --- | --- |
| | Merle M. DeLancey |
| | Tina D. Reynolds |
| | Ruchi Jain |
| | *Admitted pro hac* |
| | **DICKSTEIN SHAPIRO LLP** |
| | 1825 Eye Street NW |
| | Washington, DC 20006 |
| | Telephone:  (202) 420-2200 |
| | Facsimile:   (202) 420-2201 |
| | |
| | /s/ **Peter E. Gelhaar** |
| | Peter E. Gelhaar (BBO #188310) |
| | **DONNELLY, CONROY & GELHAAR, LLP** |
| | One Beacon Street, 33rd Floor |
| | Boston, MA 02108 |
| | Telephone: (617) 720-2880 |
| | Facsimile:  (617) 720-3554 |
| | |
| | Counsel for Defendant Baxter International Inc. |

DSMDB-2776338v01

## CERTIFICATE OF SERVICE

I hereby certify that I, Tina D. Reynolds, an attorney, caused a true and correct copy of the foregoing **BAXTER INTERNATIONAL INC.'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER** to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on April 8, 2010, for posting and notification to all parties.

/s/ **Tina D. Reynolds**
Tina D. Reynolds
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200

DSMDB-2776338v01