UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>) | MDL No. 1456<br>Master Case No. 01-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Subcategory Case No. 06-11337-PBS |
| ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS, and )<br>)<br>)<br>)<br>) | |

**PLAINTIFFS' MOTION
TO BIFURCATE MEDICARE AND MEDICAID CLAIMS**[1]

Pursuant to Fed. R. Civ. P. 42(b), plaintiffs hereby move to bifurcate the trial of the plaintiffs' claims concerning the Medicare program from the claims concerning the Medicaid program. As set forth more fully in the accompanying memorandum of law, separate trials on these claims would provide a reasonable, and feasible, means of efficiently conducting trial in this cumbersome litigation, and would promote efficiency and juror comprehension of complex issues, with no unfair prejudice to defendants.

WHEREFORE plaintiffs request that this Court order that trial will proceed on the Medicare claims against the Dey defendants and then, if necessary, a subsequent trial on the Medicaid claims will be scheduled.

---

[1] Plaintiffs have filed this Motion and Memorandum only in the Dey case. Should the Roxane case not be resolved, plaintiffs would file the identical Motion in that case as well.

Respectfully submitted,

| | |
|---|---|
| TONY WEST | CARMEN M. ORTIZ |
| ASSISTANT ATTORNEY GENERAL | UNITED STATES ATTORNEY |
| | By:  /s/ *Barbara Healy Smith* |
| Joyce R. Branda | George B. Henderson, II |
| Daniel R. Anderson | Barbara Healy Smith |
| Laurie A. Oberembt | James J. Fauci |
| Civil Division | Assistant U.S. Attorneys |
| Commercial Litigation Branch | United States Courthouse |
| P. O. Box 261 | 1 Courthouse Way, Suite 9200 |
| Ben Franklin Station | Boston, MA 02210 |
| Washington, D.C.  20044 | (617) 748-3272 |
| (202) 514-3345 | |
| FOR THE RELATOR, | |
| | Gary Azorsky. |
| James J. Breen | Susan Schneider Thomas |
| The Breen Law Firm, P.A. | Roslyn G. Pollack |
| 5755 Northpoint Parkway, Suite 260 | Berger & Montague, P.C. |
| Alpharetta, GA 30022 | 1622 Locust St. |
| Tel.  (770) 740-000 | Philadelphia, PA 19103 |
| fax:  (954) 499-1173 | (215) 875-3090 |

## CERTIFICATION

The undersigned certifies pursuant to LR 7.1(A)(2) that counsel have conferred concerning the above motion.

 */s/ George B. Henderson*
George B. Henderson, II

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

*/s/ James J. Fauci*
James J. Fauci

April 12, 2010              Assistant U.S. Attorney