**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Aaron D. Hovan as counsel for the State of Iowa, the City of New York and All New York Counties in the above captioned actions.

          Respectfully submitted,

          /s/Joanne M. Cicala
          Joanne M. Cicala
          Kirby McInerney LLP
          825 Third Avenue
          New York, NY 10022
          (BBO#: 5032)

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on the 13th day of April, 2010, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order no. 2 entered by the honorable Patti B. Saris in MDL no.1456.

                /s/Joanne M. Cicala
                Joanne M. Cicala

Dated: April 13, 2010