**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No.  01-CV-12257- PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Michael Coons as counsel for the City of New York and All New York Counties in the above captioned actions.

Respectfully submitted,

/s/Joanne M. Cicala
Joanne M. Cicala
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(BBO#: 5032)

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 13th day of April, 2010, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order no. 2 entered by the honorable Patti B. Saris in MDL no.1456.

                                                /s/Joanne M. Cicala  
                                                Joanne M. Cicala

Dated: April 13, 2010