UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry<br>Average Wholesale Price Litigation,<br><br><br>THIS DOCUMENT RELATES TO ALL<br>CONSOLIDATED ACTIONS | ) <br>) No. MDL Docket No. 1456<br>)<br>) CIVIL ACTION: 01-CV-12257-PBS<br>)<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of John F. Nagle (jfnagle@sherin.com) as counsel of record for defendants Watson Pharma, Inc. and Watson Pharmaceuticals, Inc.

                                               Watson Pharma, Inc. and,
                                               Watson Pharmaceuticals, Inc.
                                               By their attorneys,

                                               /s/ John F. Nagle
                                               James W. Matthews, BBO#: 560560
                                               Sara Jane Shanahan, BBO#: 567837
                                               Katy E. Koski, BBO#: 650613
                                               John F. Nagle, BBO#: 670396
                                               Sherin and Lodgen LLP
                                               101 Federal Street
                                               Boston, MA 02110
                                               (617) 646-2000

Dated: April 13, 2010

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 13, 2010, copies of the foregoing document was served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

/s/ John F. Nagle

00207333.DOC /