UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | ) MDL No. 1456 ) Master Case No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ) | ) Subcategory Case No. 06-11337-PBS ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) ) ) ) | |

**UNITED STATES' ASSENTED-TO MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION
TO EXCLUDE CERTAIN TESTIMONY OF W. DAVID BRADFORD, PH.D**

The United States respectfully moves for leave to file the accompanying Reply Memorandum of United States in Support of Motion To Exclude Certain Opinions of W. David Bradford, Ph.D and Request For Hearing. In support of this motion, the plaintiff states that the arguments presented by Dey in its opposition warrant a response and that the Court would benefit from further argument. The proposed reply memorandum is attached as Exhibit 1.

Respectfully submitted,

| | |
|---|---|
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL | CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY |
| /s/ Laurie A. Oberembt<br>Joyce R. Branda<br>Daniel R. Anderson<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 514-3345 | By:  /s/ George B. Henderson, II<br>George B. Henderson, II<br>Barbara Healy Smith<br>James J. Fauci<br>Assistant U.S. Attorneys<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3272 |
| FOR THE RELATOR, | |
| James J. Breen<br>Allison Warren Simon<br>The Breen Law Firm, P.A.<br>5755 Northpoint Parkway, Suite 260<br>Alpharetta, GA 30022<br>Tel.  (770) 740-000 | Gary Azorsky, Esq.<br>Susan Schneider Thomas, Esq.<br>Berger & Montague, P.C.<br>1622 Locust St.<br>Philadelphia, PA 19103<br>(215) 875-3090 |

## CERTIFICATION

The undersigned certifies that counsel have conferred pursuant to LR 7.1(A)(2), and that counsel for the Dey defendants assent to this motion.

/s/ George B. Henderson, II
George B. Henderson, II

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

April 15, 2010                    /s/ George B. Henderson, II