# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>J&J Class 1 | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Class Counsel respectfully move this Court for leave to file Exhibits C and D to the Declaration of Jennifer Fountain Connolly ("Connolly Declaration") under seal. In support of this Motion, Plaintiffs state as follows:

Exhibit C contains confidential e-mails between Class Counsel and Don Haviland discussing Plaintiffs' settlement positions with J&J. Exhibit D is a letter from Class Counsel to the Withdrawing Plaintiffs, and is protected by the attorney-client privilege. Therefore, both Exhibits should remain under seal.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file these exhibits to the Connolly Declaration under seal.

DATED: April 16, 2010

By: /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

*Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman attorney, caused a true and correct copy of the foregoing *Plaintiffs' Motion For Leave To File Under Seal* be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 16, 2010 a copy to LexisNexis File and Serve for Posting and notification to all parties

By: /s/ **Steve W. Berman**
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594