# Combined Exhibit C

# FILED UNDER SEAL