# Exhibit E

# WEXLER WALLACE LLP

Chicago, IL • Sacramento, CA

January 18, 2010

*Via Federal Express*

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106

      Re:   *In re Pharmaceutical Industry Average Wholesale Price Litigation*
             Case No. 01-cv-12257, MDL 1456 (D. Mass.)

Dear Don:

As you may have seen on ECF, we filed our combined opposition to J&J's post-remand motions for summary judgment last week. Copies of the brief and Local Rule 56.1 counter-statement are enclosed. Please provide copies to our clients for their review. We are available to answer any questions about the brief.

Very truly yours,

Jennifer Fountain Connolly

JFC/lmv
Enclosures

Contact Information:   Jennifer Fountain Connolly    55 West Monroe Street    (312) 346-2222
(312) 589-6274 Direct Dial    Suite 3300    (312) 346-0022 fax
(312) 589-6275 Direct Fax    Chicago, IL 60603    www.wexlerwallace.com
jfc@wexlerwallace.com