UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| GSK SETTLEMENT | Judge Patti B. Saris |

**AFFIDAVIT OF ERIC J. MILLER REGARDING THE DISTRIBUTION OF ADDITIONAL FUNDS TO CONSUMERS IN THE GSK SETTLEMENT**

STATE OF FLORIDA          )
                          ) ss:
COUNTY OF PALM BEACH )

The undersigned, Eric J. Miller, being duly sworn, deposes and states as follows:

1.     I am a Managing Senior Project Administrator at Rust Consulting, Inc. (formerly Complete Claim Solutions, LLC. ("CCS")).  CCS was appointed the Claims Administrator in the GlaxoSmithKline Settlement (the "Settlement") by Order Granting Preliminary Approval of the GlaxoSmithKline Settlement, Certifying Class for Purposes of Settlement, Directing Notice to the Class and Scheduling Fairness Hearing ("Preliminary Approval Order") dated November 15, 2006.  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     I submit this affidavit in order to provide the Court and the parties with information about the distribution of additional funds to Consumers in accordance with Class Plaintiffs' Report dated July 24, 2009 (the "Report") [Docket No. 6300] and the Order dated August 4, 2009 (the "Order").

3.     The Current Valid Claims are comprised of 3,192 claimants who received payments for their out-of-pockets expenses for Class A drugs and their recognized claim amount for Class B

drugs. In accordance with the Order, these claims were recalculated to reflect payment to these claims in an amount three times the original award amount. Checks were issued to this group of claimants reflecting the 'new' award amount minus the original award, resulting in an additional distribution to this group of consumers of $3,687,856.55.

4.   In accordance with the Order, CCS mailed detailed letters to 41 claimants whose claims were unsigned. A sample of the letter is attached as Exhibit A. CCS also attempted to contact those claimants by telephone in an effort to assist the claimant in curing their deficiency. Of the 41 claimants whose claims were unsigned, 25 claimants cured their deficiency and 16 remain deficient. Payment of these 25 claims will result in an additional distribution of $14,540.34 to these consumers. CCS is in the process of issuing and mailing checks to these claimants.

5.   As indicated in the Report, there were approximately 6,420 invalid claims. CCS issued the minimum payment of $100 to each of the 6,420 invalid claims along with an explanation of what the check was for and how the claimant could obtain additional funds by filing a new claim. A sample of the check with the explanation is attached as Exhibit B. Of the 6,420 checks issued to this group, a number of them remain uncashed.

6.   Of the 6,420 claimants whose claims were invalid, 582 claimants requested claim forms and 510 filed new claims. It should be noted that of the 510 new claims filed, 229 claimants remain ineligible; 62 claims calculated to an amount less than the already distributed $100; and Of the 219 remaining claims, 166 claims are eligible and 53 claims are currently under audit review. (See ¶ 7, below.) Attached as Exhibits C and D are the listings of the eligible claims and under audit review claims, respectively.

7.   In an effort to maintain consistency and fairness as well as our normal claim processing procedures, the 18 claims which sustained an award amount in excess of $10,000 will be sent a letter which will require additional documentation to be submitted to substantiate their claimed purchases. We also selected several additional claims for further review in order to check the integrity of their claims documentation. A sample of the letter to be sent is attached as Exhibit E. CCS anticipates these audits will be complete by late April 2010.

8. The total additional distribution of the 219 new consumer claimants, assuming all 18 claims greater than $10,000 are found to be valid and payable and that no other audited claims are disallowed, will be $1,262,401.49.

9. As of March 10, 2010, there remains a balance of approximately $7,294,382.90 for distribution to Consumers. Payment of an additional $1,262,401.49 to the consumers who cured prior deficiencies and who have submitted new claims will result in a balance of approximately $6,031,981.41. Once all checks have been issued and have been either cashed or outstanding for 90 days, CCS will be in a position to determine the exact amount of any monies remaining in the consumer settlement pool.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                                         Eric J. Miller

Sworn to before me this
1st day of April, 2010

Notary Public

LARA I. KASHDAN
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD949157
EXPIRES 12/29/2013
BONDED THRU 1-888-NOTARY1

3

# EXHIBIT A



GSK AWP Litigation Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24743
West Palm Beach, FL 33416
Toll-free Telephone: 1-888-568-7645

September XX, 2009

RESPONSE DUE DATE: October XX, 2009

«compute_0007»
«compute_0008»
«compute_0009»«compute_0010»
«compute_0011»
«compute_0012», «compute_0013»  «compute_0014»

REQUEST FOR INFORMATION  - Claim No.  «clm_no»

Dear Claimant:

We received and processed your claim in the GlaxoSmithKline AWP Settlement.  Unfortunately, there is a problem with your claim.

You did not sign the Proof of Claim form.

The U.S. District Court has approved a payment to you in the amount of $ <<CLS MBR NAME>>.  In order to receive this money you must sign and date this letter where indicated below and return it to the address listed above by the October XX, 2009. Your signature will be treated as the proper execution of your previously submitted Proof of Claim, which will allow us to send you a check immediately.

If for any reason you are unable to provide your signature on this form (for example because of illness or because the person to whom this letter is addressed has passed away), please provide this information in the space provided below and return it to us.

If you do not respond in some way your claim will be disallowed and you will not receive any money.

If you have any questions, please call us at 1-888-568-7645.  You can review the court Order authorizing this payment on the internet at www.gsksettlement.com.

We have provided a self-addressed postage paid envelope with this letter in order to make it more convenient for you to respond.

Sincerely yours,

Claims Administrator

| | |
|---|---|
| Claimant Signature | Date |

IF YOU ARE UNABLE TO PROVIDE THE REQUIRED SIGNATURE, PLEASE TELL US WHY IN THE SPACE BELOW:

_____
_____
_____
_____
_____
_____
_____

# EXHIBIT B

IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION
GLAXOSMITHKLINE
c/o Complete Claim Solutions, LLC
P.O. Box 24743
West Palm Beach, FL 33416

                                                <<Chk Date>>
                                                **Claim Number:**     <>

|||||||||| (barcode) ||||||||||
*(this bar code includes clmt_idno then a dash then the chk no)*

<<Clmnt_Idno>>   <<chk no>>   <<seq no>>
<<NA1>>
<<NA2>>
<<NA3>>
<<NA4>>
<<NA5>>
<<city>>, <<state>> <<zip10>>  OR <<country>>

**NOTICE OF SECOND DISTRIBUTION FROM NET SETTLEMENT FUND**

Dear Class Member –

Please find enclosed a check for $100.00 from the Settlement in the GSK AWP Litigation.  This letter and check are sent in response to your submission of a claim originally deemed ineligible due to not properly filling out your claim.  If you believe you are eligible for more than the enclosed check of $100 you may submit a second claim form.

If you need assistance to obtain or to fill out a claim form please contact the settlement administrator at 1-888-568-7645 or see the court approved website at www.gsksettlement.com.  You must have the claim postmarked by

Please note that you must cash the enclosed check within six months (90 days) of the date of the check.

                                                         Sincerely yours,

                                                         Claims Administrator

---

Detach and sign the back of this instrument. In doing so, you are indicating that you have read and understand the terms and conditions of the settlement and agree to be bound by them.

| | | |
|---|---|---|
| IN RE PHARMACUETICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION GLAXOSMITHKLINE c/o Complete Claim Solutions, LLC P.O. Box 24611 West Palm Beach, FL 33416 | CITIZENS BANK      29-1310 / 0213 | <<Chk no>> |

| Date | Control Number | Amount |
|---|---|---|
| <<Chk Date>> | <<Claim_no>> | <<chk Amt>> |

*CASH PROMPLTY - VOID AND SUBJECT TO RE-DISTRIBUTION 90 DAYS AFTER ISSUE DATE - NOT VALID OTHER THAN AMOUNT $<<chk Amt>>*
*Payee's signature required on back in order for this check to be valid*

Pay
Payable to:    <<NA1>>
                      <<NA2>>

*(signature)*

# EXHIBIT C

## ELIGIBLE CLAIMS

| Claim No. | Name | Award Amount |
|---|---|---:|
| 407 | NANCY LUTTRELL | $ 0.50 |
| 1484 | ROSALIND S MARGULIES | 980.00 |
| 2261 | KIM D JOHNSON | 44.75 |
| 2594 | PAULA J BARTOSEVICH | 3,577.50 |
| 2618 | DOROTHY L SCHNEIDER | 152.00 |
| 2792 | FRANK M LARA | 90.60 |
| 2806 | ANNETTE J BROOKS | 228.15 |
| 3098 | MAYRA ROQUE OSORIO | 2,198.43 |
| 3927 | JOE L QUINN | 450.00 |
| 4257 | DAVID COLUMBUS | 2,092.50 |
| 4650 | DOROTHY R BROWN | 900.00 |
| 4788 | JACQUELINE M ADAMS | 1,123.88 |
| 5197 | EILEEN ALLENDER | 90.00 |
| 5324 | BETTY FRAZIER | 240.00 |
| 6294 | LIZBETH I VIERA | 273.59 |
| 6686 | SARA P OWENS | 12.75 |
| 6894 | RUTH A PENDERGRAFT | 40.65 |
| 6928 | NELINDA A RODRIGUEZ | 40.25 |
| 7326 | PATRICIA A DADICH | 4,544.78 |
| 8482 | BRENDA F FORD | 331,253.89 |
| 8762 | ANNIE W HOUSE | 215.22 |
| 9367 | ROSIE M DAILEY | 6,340.10 |
| 9601 | MARK GADLIN | 1,145.25 |
| 10186 | MARTICIA SCHRADER | 161.89 |
| 12106 | BERTHA L NORTON | 439.60 |
| 12395 | PEARL KERSEY | 450.00 |
| 12832 | MARILYN ARRINGTON | 310.63 |
| 12996 | GERALD F HESLIN | 1,107.90 |
| 13456 | PEARL WRIGHT | 225.00 |
| 13475 | CEDRIC C MITCHELL | 2,250.00 |
| 13477 | MANDA V WILLIAMS | 1,700.55 |
| 13479 | MARILYN TYE | 84.76 |
| 13483 | DEREK V MOTT | 7,607.46 |
| 13486 | WILLIAM D FERGUSON | 1,434.00 |
| 13487 | ANTHONY C PIERRE SR | 126.00 |
| 13488 | CARMEN MCLAURIN | 2,167.50 |
| 13491 | CARRIE M GRIGGS | 1,795.05 |
| 13493 | KATHLEEN IMBERT | 648.33 |
| 13495 | SHIQUITA FRIESON | 968.15 |
| 13499 | JOSHUA FRIESON | 37.50 |
| 13501 | ODESSA WHITERS | 101.00 |
| 13505 | GEORGE F JUMP | 1,260.00 |
| 13508 | CHARLES M KEMP | 650.00 |
| 13509 | JOANNA M LAWSON | 2,016.95 |
| 13510 | C J PERSON | 650.00 |
| 13512 | VERONICA B MORRISON | 223.60 |

# ELIGIBLE CLAIMS

| Claim No. | Name | Award Amount |
|---|---|---:|
| 13527 | SUSANA R STASSI | 278.00 |
| 13529 | DAVID W SHEPARD | 302.60 |
| 13534 | JANET C PALMER | 196.95 |
| 13539 | ELLA L COLEY | 13.50 |
| 13544 | CHARLOTTE WILLIAMS | 2,300.00 |
| 13553 | REBECCA SHORT | 48.50 |
| 13561 | GEORGE FRANZ | 1,743.95 |
| 13566 | LEETA M PHILLIPS | 224.00 |
| 13572 | MICHAEL D COOLEY | 215.37 |
| 13589 | BOBBIE W PHILLIPS | 370.88 |
| 13590 | CALEB CUNNINGHAM | 171.13 |
| 13592 | LINDA S JIMENEZ | 1,331.01 |
| 13593 | ZATIE L DONALD | 8,902.37 |
| 13604 | BRENDA POMERLEAU | 2,556.03 |
| 13605 | JEWEL BALDWIN | 10.40 |
| 13612 | NEIL M CLARK | 2,600.00 |
| 13620 | GEORGE L MITCHELL | 1,341.20 |
| 13623 | JOYLIE V WHITE | 2.60 |
| 13633 | HECTOR E COIRA | 5,564.05 |
| 13637 | GALE PINK | 9,350.00 |
| 13646 | RICHARD C GILLINGHAM | 209.00 |
| 13647 | EDNA J BAILEY | 9,059.00 |
| 13649 | GAYLE D BRIM | 189.33 |
| 13659 | CHARLES W SMALLWOOD | 300.95 |
| 13661 | HELEN DAVIS | 220.52 |
| 13666 | DULCENA T MARDIS | 1,973.75 |
| 13668 | NITA F ARMSTRONG | 115.70 |
| 13676 | MARGREE ADAMS | 5.41 |
| 13677 | JOHN L HROVAT | 39.00 |
| 13678 | C PAULINE DYER | 182.00 |
| 13680 | FLORA L MCCARTY | 1,571.01 |
| 13684 | MARCI DAMBERT | 207.50 |
| 13694 | LORA T SINGLETON | 125.00 |
| 13696 | THELMA L MOSS | 261.41 |
| 13697 | TRACEY PAYTON | 422.00 |
| 13711 | MILDRED T MITCHELL | 1,175.00 |
| 13713 | LINDA L FALLETTE | 240.00 |
| 13723 | EARNESTINE LANGLEY | 30.61 |
| 13725 | MARY BOYD | 582.80 |
| 13730 | DIANE M MUNSON | 95.00 |
| 13731 | NANCY L ROBINSON | 1,419.50 |
| 13737 | SANDRA F CLEVENGER | 549.89 |
| 13738 | CECIL E CORGEY | 56.19 |
| 13741 | KATHY S OPARA | 423.50 |
| 13742 | CLARENCE W VAUGHN | 29.68 |
| 13746 | RAYMOND A SAYLES | 1,539.05 |

# ELIGIBLE CLAIMS

| Claim No. | Name | Award Amount |
|---|---|---:|
| 13748 | MARY EASON | 3,294.17 |
| 13749 | BOBBY J FORD | 0.62 |
| 13750 | KENNETH L ARNOLD | 443.00 |
| 13756 | ELLEN FERRELL | 130.40 |
| 13759 | LENA FUMANTI | 2.00 |
| 13765 | GAIL M QUENZER | 1,196.00 |
| 13768 | KAREN D CLAUSEN | 571.30 |
| 13769 | LOTTIE M SCOTT | 4,520.00 |
| 13783 | KAY KARLEE FLOM | 310.40 |
| 13787 | PATRICIA L RICHARDS | 75.00 |
| 13793 | PATSY K WILSON HOOD | 1,097.00 |
| 13796 | ANTHONY F ALTIERI | 50.00 |
| 13799 | ROBERT A EUSTICE | 76.01 |
| 13803 | CAROLYN LLOYD | 7,500.00 |
| 13804 | BETTY J BETZ | 20.00 |
| 13806 | RICHARD K CARDER | 450.50 |
| 13809 | TANYA R HOLIDAY | 112.50 |
| 13813 | JEROME B RICHARDS | 50.00 |
| 13819 | JORGE L SANTIAGO | 431.43 |
| 13832 | DAISY L WRIGHT | 158.20 |
| 13833 | PATRICIA GRAYSON | 172.95 |
| 13837 | CLARENCE MILLER | 350.00 |
| 13841 | JIMMY J RUMFELT | 511.40 |
| 13850 | ANGELINA S HAGGINS | 260.00 |
| 13852 | HELEN L LOVINGOOD | 110.00 |
| 13855 | LOUISE GATLIN | 1,650.00 |
| 13857 | EMMA S WHITLOW | 53.31 |
| 13860 | ROGER TUSSEY | 461.60 |
| 13863 | DEBRA HIGH | 3,586.40 |
| 13866 | PHYLLIS M HENNING | 34.70 |
| 13872 | MARY L WHITE | 600.00 |
| 13874 | VIOLA M PASS | 623.90 |
| 13877 | ANTHONY WALTON | 5,381.65 |
| 13881 | VIRGINIA C VOCE | 102.50 |
| 13885 | BABY B ANDERS | 567.05 |
| 13886 | RICHARD T JENKINS SR | 125.60 |
| 13892 | EDWIN MERCADO AREVALO | 872.00 |
| 13894 | ANNIE M BYRD | 50.75 |
| 13895 | CHARLES E DUNHAM | 325.19 |
| 13900 | DESSIE M LEE | 845.00 |
| 13904 | PATRICIA WILLIAMS | 1,880.00 |
| 13905 | JAMIE L BUTTS | 65.00 |
| 13908 | REBECCA J NOLEN | 43.80 |
| 13911 | IDELIA NEAL | 2,330.00 |
| 13913 | MARY JANE PETERS | 28.90 |
| 13922 | JACQUELINE PARKER | 809.75 |

**ELIGIBLE CLAIMS**

| Claim No. | Name | Award Amount |
|---|---|---:|
| 13924 | WILLIE C WILLIAMS | 161.00 |
| 13929 | RUTH SCHWARTZ | 305.00 |
| 13930 | LINDA GONZALEZ | 149.85 |
| 13938 | ZAKARRI DOWD | 1,363.65 |
| 13945 | NORMA MONTOYA | 2,900.00 |
| 13953 | DOROTHY MCGOWAN | 8,015.10 |
| 13955 | MILDRED GRIFFIN | 99.00 |
| 13963 | CHRISTHIA TAYLOR | 1,007.00 |
| 13966 | MYRA L GOODSON | 81.72 |
| 13970 | ETHERIDGE AYERS SR | 2,293.36 |
| 13971 | LENA M BELLON | 542.33 |
| 13973 | MARY BOND | 332.00 |
| 13975 | BARBARA HARMON | 359.00 |
| 13980 | BRIAN A HAYES | 9,945.00 |
| 13983 | NICHOLAS IMBRIALE | 1,954.84 |
| 13985 | MICHAEL COLE | 470.00 |
| 13990 | ANTIONETTE RICHEY | 260.00 |
| 13995 | JESSIE TYLER | 68.60 |
| 14003 | TOMMY RAY DOYLE | 180.00 |
| 14010 | SIDNEY BUCKNER | 450.00 |
| 14013 | CAROLYN DAVIS | 119.23 |
| 14016 | ANNIE W HOWEL | 409.67 |
| 14023 | BOBBY WISE | 12,081.18 |
| 14031 | RUBEN I MERCADO | 2,049.30 |
| 14032 | ADELINE GRENON | 366.90 |
| 14044 | VICKI MCLAIN | 912.50 |
| 14048 | OTIS HENSON | 1,242.00 |
| 14050 | THOMAS A BOYD | 26.00 |
| **166 Claims** | **TOTAL** | **$ 531,470.21** |

# EXHIBIT D

## CLAIMS UNDER AUDIT REVIEW

| Claim No. | Name | Award Amount |
|---|---|---|
| 1918 | GLORIA G BELL | $ 343.40 |
| 9386 | RAFAEL LOPEZ | 5,803.61 |
| 13343 | TINA L KRANC | 10,626.90 |
| 13489 | REMONA LEWIS | 3,803.40 |
| 13490 | GLORIA D HAYES | 15,000.00 |
| 13500 | CHARLINE PAYNE | 17,503.52 |
| 13515 | BLAIR SMITH | 5,300.00 |
| 13545 | RODERICK JONES | 3,500.00 |
| 13547 | JOSE LAMA | 20,274.00 |
| 13599 | JULIA B NEOELS | 3,136.20 |
| 13607 | CHARLES J CONTEE | 108,425.00 |
| 13618 | WALTER A CORLEY JR | 2,430.00 |
| 13621 | SHIRLEY J HACKETT | 5,732.00 |
| 13622 | JANNIE BELL | 2,422.50 |
| 13626 | VALERIE IVY | 109,790.00 |
| 13628 | JOHN L WILSON II | 3,200.00 |
| 13631 | CHARLES HACKETT | 2,151.00 |
| 13632 | ALONZO BELL | 5,184.00 |
| 13634 | NATRON BELL | 1,380.00 |
| 13638 | LAWANDA KNOWLES | 915.00 |
| 13663 | CLIFFORD DIXON | 2,557.50 |
| 13679 | SABRINA DENISE CORLEY | 2,385.00 |
| 13681 | BEA G WEEMS | 1,004.07 |
| 13686 | MARY J BELL | 3,159.00 |
| 13710 | DORA M REGISTER | 15,200.00 |
| 13715 | LILLIAN DANIEL | 2,700.00 |
| 13720 | MARK CORLEY JR | 3,435.00 |
| 13727 | SHERONDA R CORLEY | 2,394.00 |
| 13733 | MARY C HOWZELL | 2,625.00 |
| 13734 | CARL ADDISON CORLEY | 3,024.00 |
| 13735 | SONYA HERNANDEZ CORLEY | 1,927.50 |
| 13747 | BERNICE B MOORE | 3,467.00 |
| 13751 | THERESA THOMAS | 1,224.00 |
| 13757 | MARK D CORLEY | 7,297.50 |
| 13762 | ANGELA WILLIAMS | 3,405.00 |
| 13763 | ROGER C HOWZELL JR | 2,025.00 |
| 13764 | ETHEL WRIGHT | 1,323.00 |
| 13770 | DEIDRE MITCHELL | 13,182.21 |
| 13771 | HERBERT H WRAMP | 10,400.00 |
| 13773 | KASHAY JACKSON | 1,197.00 |
| 13811 | DONALD M JESS | 10,700.00 |
| 13812 | SHERETTA L HACKETT JONES | 2,452.50 |
| 13817 | JOHN BRODIE | 2,900.00 |
| 13867 | RONALD SHELPMAN | 14,900.00 |
| 13912 | MICHAEL L HILL | 132,950.00 |
| 13942 | JANET H REESE | 13,210.25 |

## CLAIMS UNDER AUDIT REVIEW

| Claim No. | Name | Award Amount |
|---|---|---:|
| 13946 | AGATHA MOORE | 6,180.00 |
| 13952 | ARMANDO A ADAME | 30,485.83 |
| 13976 | PEARLINA WARD | 58,100.00 |
| 14005 | AVILDA QUINTANTA RIVERA | 15,000.00 |
| 14017 | JULIA J FORD | 18,906.14 |
| 14020 | WILLIE G WASHINGTON JR | 794.25 |
| 14041 | DEMITA ANDERSON | 13,500.00 |
| **53 Claims** | **TOTAL** | **$ 730,931.28** |

# EXHIBIT E

GSK AWP Litigation Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24743
West Palm Beach, FL 33416
Toll Free Telephone 1-888-568-7645

March XX, 2010

**RESPONSE DUE DATE:  April XX, 2010**

<<compute_0007>>
<<compute_0008>>
<<compute_0009>><<compute_0010>>
<<compute_0011>>
<<compute_0012>>, <<compute_0013>> <<compute_0014>>

**REQUEST FOR ADDITIONAL INFORMATION  *  *  *   Claim No. <>**

Dear Claimant:

We have received and processed the Proof of Claim you submitted in the GlaxoSmithKline Settlement.  You claimed purchases of GlaxoSmithKline drugs during the Medicare Class Period January 1, 1991 through January 1, 2005 or Private Payor Class Period January 1, 1991 through August 10, 2006 totaling $<>.

The claim that you submitted was signed under penalty of perjury and in so doing you affirmed that all of the information provided in the claim was true, correct, and accurate.  We write to request that you provide whatever documentation you may have or can obtain which supports the amount you have claimed.

Such proof might include copies of, among other things: (1) written prescriptions for the GlaxoSmithKline drugs; (2) pharmacy receipts or computer statements, cancelled checks, or credit card statements showing your payments for GlaxoSmithKline drugs; and/or (3) an Explanation of Benefits (EOB) from your insurance company that shows your co-payments for the medication.  Please submit the requested documentation by the Response Due Date listed above.

If you wish to revise the amount of your claim, please provide the information requested on the backside of this letter, sign and date the letter, and return it to the address listed above not later than the Response Due Date listed above.

FAILURE TO RESPOND TO THIS REQUEST MAY RESULT IN THE DISALLOWANCE OF YOUR CLAIM.

Of course, if you have any questions about this, or if you are uncertain about what kinds of documents you might submit for our review, please call our toll-free number **1-888-568-7645**.

Sincerely yours,

Claims Administrator

AUD

## Instructions

**Please write the total amount(s) spent on each GSK drug(s) during the class period(s) you made percentage co-payments for in the following table. If you cannot calculate the exact amount you paid out-of-pocket for each of the GSK AWP drugs, please estimate to the best of your ability.**

|  | Drug Name | Medicare Part B Class<br>**January 1, 1991 - January 1, 2005** | Private Payor Class<br>**January 1, 1991 – August 10, 2006** |
|---|---|---|---|
| **GSK Category A Drugs** | **Kytril Injection (granisetron HCL)** | $ | $ |
|  | **Zofran Injection (ondansetron HCL)** | $ | $ |
|  |  |  |  |
| **GSK Category B Drugs** | **Alkeran (melphalan)** | $ | $ |
|  | **Imitrex (sumatriptan)** | $ | $ |
|  | **Kytril Tablets (granisetron HCL)** | $ | $ |
|  | **Lanoxin (digoxin)** | $ | $ |
|  | **Myleran (busulfan)** | $ | $ |
|  | **Navelbine (vinorelbine)** | $ | $ |
|  | **Retrovir (zidovudine)** | $ | $ |
|  | **Ventolin (albuterol)** | $ | $ |
|  | **Zofran Orals (ondansetron HCL)** | $ | $ |
|  | **Zovirax (acyclovir)** | $ | $ |
|  | **Zantac (rantidine HCL)** | $ | $ |

AUD