UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>　　　*The State of Iowa.*<br>*v.*<br>　　　*Abbott Laboratories, et al.* | **MDL NO. 1456**<br>**Master File No.: 01-12257-PBS**<br>**Subcategory Case No: 03-10643-PBS**<br><br><br>**Judge Patti B. Saris** |

### NOTICE OF VOLUNTARY DISMISSAL OF THE STATE OF IOWA'S CLAIMS AGAINST DEFENDANT ETHEX CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective attorneys, pursuant to Fed. R. Civ. Pro. 41, that all claims in this action against ETHEX Corporation are dismissed with prejudice and without costs to any party.

By:　　/s/ Joanne M. Cicala
　　　　Joanne M. Cicala
　　　　Daniel Hume
　　　　**KIRBY McINERNEY & SQUIRE, LLP**
　　　　825 Third Avenue
　　　　New York,  New York 10022

　　　　*On Behalf of  the State of Iowa*

By:     /s/ C. Michael Moore
        C. Michael Moore
        Margaret Donahue Hall
        **SONNENSCHEIN NATH &**
        **ROSENTHAL LLP**
        2000 McKinney Avenue, Suite 1900
        Dallas, TX  75201

        *On Behalf of Defendant ETHEX Corporation*

Dated:  April 19, 2010

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing  Notice of Voluntary Dismissal of
the State of Iowa's Claims against Defendant ETHEX Corporation, together with a
Proposed Order, was delivered to all counsel of record by electronic service pursuant to
Paragraph 11 of Case Management Order No. 2 by causing to be sent, on April 19, 2010,
a copy to LexisNexis File & Serve for posting and notification to all parties.

        /s/ C. Michael Moore
        C. Michael Moore

**NOTICE OF VOLUNTARY DISMISSAL OF THE STATE OF IOWA'S
CLAIMS AGAINST DEFENDANT ETHEX CORPORATION                    PAGE 2**