UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | |

MDL No. 1456
Master Case No. 01-12257-PBS

Subcategory Case No. 06-11337-PBS

Hon. Patti B. Saris

**UNITED STATES' ASSENTED-TO MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM IN SUPPORT OF EXPEDITED MOTION
TO STRIKE DEY'S EXHIBIT AND WITNESS LISTS**

The United States respectfully moves for leave to file the accompanying three-page Reply Memorandum In Support of its Motion to Strike Dey's Exhibit and Witness Lists.  In support of this motion, plaintiffs state that the arguments presented by Dey in its opposition warrant a response and that plaintiffs believe the further argument in the attached brief memorandum will assist the Court in resolution of the issues presented. The proposed reply memorandum is attached as Exhibit 1.

WHEREFORE, plaintiffs ask that the Court allow this motion and grant leave to file the Reply.

Respectfully submitted,

| | |
|---|---|
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL | CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY |
| /s/ Laurie A. Oberembt | By:   /s/ George B. Henderson, II |
| Joyce R. Branda<br>Daniel R. Anderson<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 514-3345 | George B. Henderson, II<br>Barbara Healy Smith<br>James J. Fauci<br>Assistant U.S. Attorneys<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3272 |

FOR THE RELATOR,

| | |
|---|---|
| James J. Breen<br>Allison Warren Simon<br>The Breen Law Firm, P.A.<br>5755 Northpoint Parkway, Suite 260<br>Alpharetta, GA 30022<br>Tel.  (770) 740-000 | Gary Azorsky, Esq.<br>Susan Schneider Thomas, Esq.<br>Berger & Montague, P.C.<br>1622 Locust St.<br>Philadelphia, PA 19103<br>(215) 875-3090 |

## CERTIFICATION

The undersigned certifies that counsel have conferred pursuant to LR 7.1(A)(2), and that counsel for the Dey defendants assent to this motion.

/s/ George B. Henderson, II
George B. Henderson, II

### CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

April 19, 2010                                /s/ George B. Henderson, II