# Exhibit 2

to
Memorandum of United States in Opposition
To Dey Defendants' Motion in Limine
To Exclude Opinions of Mark Duggan, Ph.D

Page 247

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| United States of America ex | ) | Judge Patti B. Saris |
| rel. Ven-a-Care of the | ) | |
| Florida Keys, Inc., et al. | ) | |
| v. | ) | |
| Boehringer Ingelheim Corp., | ) | Chief Magistrate |
| et al., Civil Action No. | ) | Judge Marianne B. |
| 07-CV-10248-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

CONFIDENTIAL

Videotaped deposition of MARK G. DUGGAN, PH.D.

Volume II

Washington, D.C.

Friday, March 6, 2009

9:30 a.m.

Page 253

1   oath today?

2       A.  I do understand that.

3       Q.  I have a few follow-up questions from
4   yesterday that I want to come back to.  Your
5   alternative AWP price that you calculated, you
6   replaced with 125 percent or used a 25 percent
7   markup.  Can you explain how you came up with that
8   25 percent?

9       A.  I introduced this margin between actual
10  average prices and the prices that I used, this 25
11  percent margin, with an eye toward the -- one of
12  the factors that I considered in using 125 as
13  opposed to a different -- 100 percent or 150
14  percent or what have you -- was that if you look
15  over the time period of interest in this case, a
16  number of state Medicaid programs and the federal
17  Medicare program later employed adjudication
18  methodologies that used AWP minus a certain
19  amount.

20          At some level the most natural price at
21  first blush without sort of drilling down and
22  thinking about the complexities, would be the

1   actual average price.  That's actually the first
2   price that I use in -- I think California is the
3   first state where I go through several alternative
4   calculations.  However, I -- and that is, in my
5   judgment, not an entirely unreasonable thing to
6   do.
7              However, in the interests of being
8   conservative, recognizing that many states employ
9   formulas that reimburse AWP minus 5 percent, AWP
10  minus 10 percent, and so forth, this 25 percent
11  cushion, this 25 percent markup over the actual
12  average price had resulted in the ingredient cost
13  being in virtually every case -- the ingredient
14  cost reimbursement in virtually every case greater
15  than the actual average price.  So that was sort
16  of one of the factors that I considered.
17             I didn't -- my goal in the analysis was
18  to determine to what extent Medicare and Medicaid
19  would have paid less if prices that were more
20  reflective of actual transaction prices had been
21  used as the AWPs and the WACs.
22       Q.    Where did the actual 25 percent come