# Exhibit 3

to
Memorandum of United States in Opposition
To Dey Defendants' Motion in Limine
To Exclude Opinions of Mark Duggan, Ph.D

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

Magistrate Judge Marianne B. Bowler

IN RE: PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

---

THIS DOCUMENT RELATES TO:

U.S. Ex rel. Ven-A-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., et al., No. 06-CV-11337-PBS

VOLUME I OF II

VIDEOTAPE 30(B)(6) DEPOSITION OF PALMETTO

(ROBIN KREUSH STONE)

Thursday, February 28, 2008

9:00 AM to 5:00 PM

Columbia, South Carolina

Reported by: Jane G. LaPorte

Merit and Professional Certifications

Q. Ms. Stone, is what I have marked as Abbott Exhibit 522, the document that you prepared to summarize your review into the array files for purposes of this litigation?

A. Yes.

Q. It's a document that you prepared?

A. Yes.

Q. And it was something that you did for purposes of this litigation; is that right?

A. Yes.

Q. It's not a document that you already had --

A. No.

Q. -- developed?

A. No.

Q. Correct?

A. (no response.)

MR. TORBORG: I'll ask you some questions about that later. I just wanted to get that marked.

Q. Anything that you did to prepare for today's deposition, apart from reviewing the array files and preparing Abbott Exhibit 522?

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

Magistrate Judge Marianne B. Bowler

IN RE: PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

---

THIS DOCUMENT RELATES TO:

U.S. Ex rel. Ven-A-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., et al., No. 06-CV-11337-PBS

VOLUME II OF II

VIDEOTAPE 30(B)(6) DEPOSITION OF PALMETTO

(ROBIN KREUSH STONE)

Friday, February 29, 2008

9:00 AM to 4:00 PM

Columbia, South Carolina

Reported by: Jane G. LaPorte

Merit and Professional Certifications

and Roxane was a generic, would that have anything to do with explaining why the Burroughs Wellcome product no longer appeared in the arrays after a certain point in time?

MR. HECK: Objection; form.

A. Without seeing the source material, it looks to me like it was due to the change in the code -- or, wait a minute, I'm sorry. I'm confusing myself with J 7500 and K 0199.

Okay. Repeat the question again, please.

MR. HENDERSON: Just a minute, I will withdraw the question.

Q. I would like to turn your attention to Exhibit 522, which is the document that you prepared, Abbott Exhibit 522, the 67-page document.

Now, approximately how much time did you spend preparing this document, Ms. Stone?

A. A lot.

Q. Roughly how many hours?

A. I'm trying to think. Gosh, probably at least three to four days, when you combine the time together.

73e221d0-375b-439e-8a5a-ebece59aa9db

Q. Did you review hard copied materials?

A. Yes.

Q. And did you review electronic array materials?

A. Yes.

Q. Did you review comparison pricing sheets that compared Palmetto pricing information against pricing information from other DMERCS?

A. Yes.

Q. Did you review a number of Palmetto advisory publications?

A. Yes.

Q. And does this document represent your best determination about which arrays represent final arrays that were used for pricing determinations?

A. Yes.

MR. HECK: Objection; form.

Q. Now, the column that is entitled: Final fee/array, has that heading to it; is that correct?

A. I'm sorry. Repeat that.

Q. You have a column entitled: Final

fee/array.

A. Yes.

Q. What does the Y indicate?

A. The Y indicates that I was able to confirm that that was the final array and/or fee.

Q. For that particular time period?

A. For that particular time period.

Q. And the comments to the right are your comments; is that correct?

A. That is correct.

Q. And what do they just --

MR. HENDERSON: I'll withdraw that question.

Q. You were asked some questions by Mr. Torborg -- I think asked you some questions about the information shown on page five of Exhibit 522 and this relates to J 3370.

And I think in response to a question by Mr. Torborg, you indicated that beginning the first quarter of 1997, there were no arrays prepared for -- no DMERC array prepared for J 3370; is that right?

# A4712

Palmetto GBA Drug Code Array Review
CD: AWQCD028 - 12/18/07 and New CD containing Medicare Advisories

**DMERC**

| CODE | Pricing Year | Quarter | Path | Final Fee/Array | Comments |
|---|---|---|---|---|---|
| A4712 | NA | NA | No DMERC Arrays | NA | NA |

**PARTB**

| CODE | Pricing Year | Quarter | Path | Final Fee/Array | Comments |
|---|---|---|---|---|---|
| A4712 | NA | NA | No Part B Arrays | NA | NA |

**Pages Omitted**

# K0518 J7644

Palmetto GBA Drug Code Array Review
CD: AWQCD028 - 12/18/07 and New CD containing Medicare Advisories
**DMERC**

| CODE | Pricing Year | Quarter | Path | Final Fee/Array | Comments |
|---|---|---|---|---|---|
| K0518 | Prior to 4/97 | NA | NA | NA | K code appears to be invalid prior to 4/1/97. |
| K0518 | 1997 | QTR2 | No array files located. | Y | Fee publication located in E:\Archived Advisories\DMERC Advisories Part 2\Sum97Advpart6.pdf |
| K0518 | 1997 | QTR3 | No array files located. | Y | Advisory article published fee changes only. K0518 was not listed as a change. |
| K0518 | 1997 | QTR4 | No array files located. | Y | Advisory article published fee changes only. K0518 was not listed as a change. |
| K0518 | 1998 | QTR1 | Hard copy documents | Y | See 1998 hard copy array files. QWQ037-0018. |
| K0518 | 1998 | QTR2 | Hard copy documents | Y | See 1998 hard copy array files. |
| K0518 | 1998 | QTR3 | Hard copy documents | Y | See 1998 hard copy array files. |
| K0518 | 1998 | QTR4 | Hard copy documents | Y | See 1998 hard copy array files. |
| K0518 | 1999 | QTR1 | No array files located. | Y | Based on E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip, it is most likely QTR1 & QTR2 1999 arrays are the same as either QTR4 1998 or QTR3 1999 since the fees remained the same. |
| K0518 | 1999 | QTR2 | No array files located. | Y | It is likely that the KO and KP array would match QTR1 1999 and QTR3 1999 since these fees are the same. The KQ difference for QTR2 1999 in E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip could be a rounding issue, or the incorrect J7051 fee could have been used, e.g., 100% vs. 95%. |

| | | | | | |
|---|---|---|---|---|---|
| K0518 | 1999 | QTR3 | E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\1999 Drug Files\K0000 7-1-99.zip | Y | Appears to be final array based on the DMERC Comparison File E:\nonPrivDATA\Items 2 & 7 Communication (Contractors Providers Manufacturers)\99 Jul DMERC Updates.xls and E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip. Note: when opening workbook be sure to select "NO" when prompted to update workbook with links. Also, noted that KQ price is listed in the latter file as $3.00 instead of $3.04. I strongly believe the $3.04 is correct and that the $3.00 was the result of a typo or overlay of a formula. |
| K0518 | 1999 | QTR4 | E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\1999 Drug Files\K0000 10-1-99.zip | Y | Appears to be final array based on the comparison to E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip file. Note: when opening workbook be sure to select "NO" when prompted to update workbook with links. |
| K0518/ J7644 | 2000 | QTR1 | E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2000 Drug Files\K0000 1-1-00rev.zip | Y | Array matches E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip. |

# K0518 J7644

| | | | | | |
|---|---|---|---|---|---|
| K0518/ J7644 | 2000 | QTR2 | E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2000 Drug Files\K0000 4-1-00.zip | Y | File E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip appears to reflect the correct fees. However, the QTR2 2000 array file appears to reflect the QTR1 2000 J7051 fee. The fees match up when you use the correct J7051 final fee. File E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip matches E:\Archived Advisories\DMERC Advisories\Summer2000Advisory.pdf. |
| K0518/ J7644 | 2000 | QTR3 | E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2000 Drug Files\J7000oldk_codes 7-1-00.zip | Y | File E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip appears to reflect the correct fees. The difference in the array and the final fee appears to be the use of J7051 fee at 95% when 100% should have been used. The fees match when using the correct J7051 fee. File E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip matches E:\Archived Advisories\DMERC Advisories\Autumn2000Advisory.pdf. |
| K0518/ J7644 | 2000 | QTR4 | No array files located. | Y | QTR4 2000 fee is the same as QTR3 2000 and QTR1 2001. It is most most likely the array for QTR4 2000 would be the same as the QTR3 2000 and/or QTR1 2001 arrays. Final fees listed in E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip and E:\Archived Advisories\DMERC Advisories\Winter2000Advisory.pdf. |

# K0518 J7644

| | | | | | |
|---|---|---|---|---|---|
| K0518/ J7644 | 2001 | QTR1 | Hard copy documents | Y | See hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2001 1st Quarter Calculations. |
| K0518/ J7644 | 2001 | QTR2 | Hard copy documents and "drugs2002.mdb" access database file. | Y | See hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2001 2nd Quarter Calculations. Calculations match E:\Archived Advisories\DMERC Advisories\Summer2001Advisory.pdf. |
| K0518/ J7644 | 2001 | QTR3 | Hard copy documents and "drugs2002.mdb" access database file. | Y | See hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2001 3rd Quarter Calculations. Calculations match E:\Archived Advisories\DMERC Advisories\Autumn2001Advisory.pdf. |
| K0518/ J7644 | 2001 | QTR4 | Hard copy documents and "drugs2002.mdb" access database file. | Y | See hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2001 4th Quarter Calculations. Arrays match E:\Archived Advisories\DMERC Advisories\Winter2001Advisory.pdf and E:\nonPrivDATA\Item 1 Drug Files (Pricing information)\2001 DMERC Drugs\95 thru Current Qtrly Updates.zip; however, the Summary Report is different from from the detail report produced from "drugs2002.mdb", I'm not sure why. |
| K0518/ J7644 | 2002 | QTR1 | Hard copy documents and "drugs2002.mdb" access database file. | Y | See hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2002 1st Quarter Calculations. Calculations match E:\Archived Advisories\DMERC Advisories\Spring2002Advisory.pdf |

| | | | | | |
|---|---|---|---|---|---|
| K0518/ J7644 | 2002 | QTR2 | Hard copy documents and "drugs2002.mdb" access database file. | Y | See hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2002 2nd Quarter Calculations. Calculations match E:\Archived Advisories\DMERC Advisories\Summer2002Advisory.pdf |
| K0518/ J7644 | 2002 | QTR3 | Hard copy documents and "drugs2002.mdb" access database file. | Y | See hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2002 3rd Quarter Calculations. Calculations match E:\Archived Advisories\DMERC Advisories\Autumn2002Advisory.pdf |
| K0518/ J7644 | 2002 | QTR4 | "Drugs2002.mdb" access database file. Contains drug sources, but not final calculations. | Y | QTR3/QTR4 2002 and QTR1/QTR2 2003 fees ($3.34, 3.34 and $2.98) match. It is most likely that QTR4 2002 arrays match the QTR3 2002 or QTR1 2003 array since the fees remained the same.. Final fees located in E:\Archived Advisories\DMERC Advisories\Autumn+2002.pdf, Winter2002 Advisory.pdf, and Spring03Advisory.pdf. |
| K0518/ J7644 | 2003 | QTR1 | Hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2003 1st Quarter Calculations" | Y | Array matches E:\Archived Advisories\DMERC Advisories\Spring03Advisory.pdf. |
| K0518/ J7644 | 2003 | QTR2 | Hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2003 2nd Quarter Calculations" and "April 2003 (Q2) DMERC Drug Update" | Y | Array matches E:\Archived Advisories\DMERC Advisories\Summer03Advisory.pdf. |
| K0518/ J7644 | 2003 | QTR3 | Hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2003 2nd Quarter Calculations" and "July 2003 (Q3) DMERC Drug Update" | N | Notes in hard copy files indicates there was a data migration problem with the database for this update. Based on E:\Archived Advisories\DMERC Advisories\Autumn03Advisory.pdf, the fee for QTR3 2003 was $3.34, $3.34 and $3.06. Palmetto adopted CIGNA's fees. |

| | | | | | |
|---|---|---|---|---|---|
| K0518/ J7644 | 2003 | QTR4 | Hard copy documents titled "Drug Arrays for Inhalation Solutions 1995 - 2004/2003 2nd Quarter Calculations" and "October 2003 (Q4) DMERC Drug Update" | Y | Array calculation differs from fee in E:\Archived Advisories\DMERC Advisories\Winter03Advisory.pdf. Based on E:\nonPrivDATA\Items 2 & 7 Communication (Contractors Providers Manufacturers)\2003 QTR4 Regional Quarterly Update Comparison Final.xls file, KQ fee was changed to reconcile differences. It appears that the 95% J7051 was used in the array when 100% should have been used. |

**PARTB**

| CODE | Pricing Year | Quarter | Path | Final Fee/Array | Comments |
|---|---|---|---|---|---|
| J7644 | NA | NA | Inhalation drugs not normally paid under Part B | NA | NA |