# Exhibit 4

to
Memorandum of United States in Opposition
To Dey Defendants' Motion in Limine
To Exclude Opinions of Mark Duggan, Ph.D

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS, and *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS, | ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 06-11337-PBS ) Hon. Patti B. Saris ) |

**DECLARATION OF COLLEEN M. KING**

I, Colleen M. King, do hereby declare as follows:

1.  My name is Colleen M. King.  Before my marriage in 1998, my name was Colleen Finn. I live in Wilkes-Barre, Pennsylvania.  I am currently unemployed.  Except as expressly stated in this declaration, I have personal knowledge of the matters stated below.

2.  During the period from approximately June 1993 to October 7, 2005, I was employed successively by The Travelers Insurance Co., United Healthcare, and HealthNow, Inc.  While the name of my employer changed twice during that time, the location where I worked, the employees I worked with, and the general nature of my work did not significantly change as a result of the corporate name changes.  For convenience, I refer to Travelers Insurance Co., United Healthcare, and HealthNow, Inc. collectively as "Healthnow" or "DMERC A."  During my tenure at HealthNow, I understood that, from the time I started work there (or earlier) until at least December 31, 2003, HealthNow was the Region A Durable Medical Equipment Regional Carrier ("DMERC A") under a contract with the federal Health Care Finance Administration ("HCFA"), later renamed the Center for Medicare and Medicaid Services ("CMS"), part of the United States Department of Health and Human Services.

1

3.   From approximately June 1993 to July 2001, I was a Benefits Specialist in the Pricing Unit. Before mid-1996, my responsibilities did not include pricing for DME drug products. Drug pricing was done by the Nursing Unit, which I was not a part of. In mid-1996 I was assigned responsibility for determining the allowable amounts for Medicare-covered drugs used in connection with durable medical equipment ("DME"). In this position I continued to perform DME pricing until July 16, 2001, when I was promoted to the Technical Services (TS) Unit.

4.   After I stopped doing pricing work in July 2001, HealthNow employee Jennifer Golaszewski did the pricing work for a period of time. Later, HealthNow employee Gina Josefowicz took over the DME pricing work. (See AWQ0757-1023, 12/2002). I shared what knowledge I had of the drug pricing with them. All drug pricing files, spreadsheets and pricing sources developed by me were made available to them as well. To my knowledge, the pricing arrays and updated spreadsheets for the quarters after I left the Pricing Unit were developed by those Healthnow employees.

5.   In the paragraphs below, I describe how I determined the allowable amounts for Medicare-covered drugs used with DME, and I provide certain conclusions concerning documents that I do not have personal knowledge of.

6.   Medicare Part B classified drugs according to the Healthcare Common Procedure Coding System (HCPCS). Medicare assigned individual HCPCS codes for most drugs. These codes usually included a prefix of "J" or "K." HCFA/CMS from time to time issued guidance to the DMERCs regarding how to determine the allowable amounts for DME drugs. I followed that guidance.

7.   I performed drug pricing calculations using average wholesale price (AWP) data drawn from the Drug Topics Red Book. This publication provided the national drug code (NDC) and the AWP for each listed drug product. For a number of years I used the Red Book published in hard copy format. As some point I switched to using Red Book data published in electronic format on a CD ROM. In general, I calculated the allowable reimbursement rate for a covered DME drug by determining the median AWP for the NDCs of drug products within the description of the pertinent HCPCS code. The following two paragraphs provide a more specific

2

description of how I determined the allowable amounts. However, as noted below, during my first several years doing the pricing work I sometimes relied on the pricing determinations made by pricing analysts at the other three DMERCs (AdminaStar Federal, CIGNA, and Palmetto).

8. The allowable amounts were normally determined on a quarterly basis. First, I would determine which NDCs were covered under the particular HCPCS code, using the Red Book. If only the brand-name product was available, I used the pricing information for that product to determine the allowed amount. If one or more generic products were available, I selected only the generic sources of the drug, except, however, that after approximately the first or second quarter of 1999 (per Transmittal AB-97-25, Change Request (CR) 298), if the lowest priced brand-name product was priced lower than the median of the generic products, I used the AWP of the lowest priced brand-name product to set the allowable amount.

9. Once I determine the NDCs to be used, I then used the annual and monthly (and later quarterly) updates of the Red Book to determine the AWP for each NDC. I normally copied the pricing information into a spreadsheet that listed each product and AWP for the HCPCS code. (However, during my early years on the job I sometimes did not copy all of the pricing information to a schedule.) I arrayed the AWPs in the spreadsheet and determined the median price. If there was an odd number of AWPs in the array, I selected the middle AWP. If there was an even number of AWPs in the array, I averaged the middle two AWPs. If there was only one published AWP in the array, I selected that AWP. As indicated above, beginning approximately, the first or second quarter of 1999, the DMERCs added another step to this process. Specifically, I compared the selected median AWP to the AWP of the lowest price brand-name product. If the AWP of the lowest price brand-name product was lower than the median of the generic products, I used the brand name product to determine the allowable amount.

10. Beginning in approximately the late 1990s, I used Microsoft Excel spreadsheets to array the drug prices and calculate the allowed amount. See AWQ057-1228-1229, compared to 1998 documents starting at AWQ057-0518.

11. Once the median AWP was determined, I then calculated the allowable amount for

3

Medicare participating providers.  From the time I began doing pricing in mid-1996 through December 31, 1997, this amount was 100% of the median AWP.  Beginning January 1, 1998, the allowance was reduced to 95 percent of the median AWP.  (CMS Transmittal AB-02-075, CR 2123.)

12. Sometimes drug prices did not change over two or more quarters for a particular HCPCS code.  In that event, I often did not create a new array sheet.  Instead, I typically would make a copy of the prior quarter's array sheet and place it in the file folder for the new quarter.  When drug prices did change, I usually modified the prior quarter's spreadsheet to update the new pricing information, often without changing the "Effective Date" or the date of the Red Book source.  Therefore it would not be unexpected to see an array spreadsheet for, say, Q1 of 2002 with an "Effective Date" shown on the document of 4/1/2000.  A printed copy of the updated spreadsheet would then be put in that quarterly's file.

13. Once I updated the allowable amounts, the new pricing information was input into the VMS (VIPS Medicare System).  At first I personally input the updated prices. Later this was done by personnel in the SBS (System and Business Support) Unit, and later by the Technical Services Unit. I understood that price updates made during a calendar year were applied to unprocessed claims for dates of service on or after January 1 of the calendar year.  For example, if there was a change in the allowed amount for a DME drug as of the third quarter of the calendar year (effective September 1), the new allowed amount would be applied to all unprocessed claims having dates of service on or after January 1 of that year.  Later the VMS system was updated to retain four allowable amounts during a calendar year. (CMS Transmittal 509, CR 3584).

14. My best recollection is that, when I first began to do DME drug pricing work in 1996, I received files from the Nursing Unit concerning their prior pricing determinations.  I recall that the documentation was poor.

15. I have been asked by the Department of Justice to review certain documents and explain the basis for HealthNow's determination of the Medicare allowable amounts for HCPCS codes J7645, K0518, and J7644.  Each of these codes was used for reimbursement of Ipratropium

Bromide Inhalation Solution Administered Through DME, Unit Dose Form, per milligram. I have received and reviewed documents numbered AWQ057-0001 through AWQ057-1260. I have also reviewed a Declaration of Katherine A. McAllister dated July 22, 2008. I have also reviewed two Excel spreadsheet summaries of Medicare claims data sent to me by Mr. Ian M. Dew, Steck Consulting LLC, named "2008 0724 Dey-Roxane DME Allowed Unit Amount DMERC A Trav.xls," and "2008 0724 Dey-Roxane DME Allowed Unit Amount DMERC A WNY.xls," which according to Mr. Dew showed the number of units paid at each allowed amount on a quarterly basis for certain HCPCS codes, including K0518 and J7644. In addition, I have looked at historic *Medicare News* bulletins published by DMERC Region A, which are available on an internet web site of the current DME MAC Jurisdiction A contractor, NHIC Corp., *at http://www.medicarenhic.com/dme/dme_pub_download.shtml*.

Finally, I have reviewed a few CMS Transmittals (identified above) to refresh my memory about certain dates.

16. The documents at AWQ057-0001 through AWQ057-1260 are generally familiar to me. My name appears on some documents, and my handwriting appears on certain documents. See AWQ057-0830, AWQ057-0829. I recognize some of the spreadsheet arrays as arrays that I prepared. I generally recognize the documents at AWQ057-0001 through AWQ057-1260 as documents from the files of the entity that was acting as DMERC Region A (whether it be Travelers Insurance Co. (MetraHealth), United Healthcare, or HealthNow, Inc.).

17. When I began doing pricing work for DMERC A, I did not have much training or experience in DME drug pricing determinations. Consequently, I often called upon my counterparts at the other DMERC Regions for assistance. At times I simply adopted the prices arrived at by one or more of the other DMERCs. In addition, during the period approximately 1997 through at least when I stopped doing pricing work in 2001, the pricing analysts for the four DMERCs (myself, Cheryl Eiler (AdminaStar Federal), Robin Stone (Palmetto GBA), and Carolyn Helton (CIGNA)) coordinated closely to ensure consistency in our pricing. We had quarterly conference calls to discuss our proposed allowed amounts, and we compared our proposed price changes amongst the DMERCs. We discussed the specific prices and products that we relied upon to calculate the allowed amounts. This practice of coordinating pricing

5

determinations continued after I ceased my involvement in July 2001.

18. For the period 1996 (and probably earlier) through April 1, 1997, Ipratropium Bromide inhalation solution administered through DME was most commonly reimbursed under HCPCS code J7645. Based on my review of the documents, pricing documentation relating to the DMERC A determination of allowed amounts appears at AWQ057-0657, AWQ057-0807, and AWQ057-0686. The first two documents make reference to the brand-name drug Atrovent (manufactured by Boehringer Ingelheim). The third document is a list of drug fees for the quarter beginning July 1, 1997. Based on these documents, I conclude that the fees for J7645 were based on the AWP for Atrovent. I do not see any indication that generic drugs manufactured by Roxane Laboratories or Dey Laboratories were used in the DMERC A fee determinations for J7645.

19. Beginning April 1, 1997, the DMERCs implemented new temporary "K" codes for nebulizer drugs, including ipratropium bromide (K0158), with KO, KP, and KQ modifiers. See *Medicare News* No. 35 (December 1997) at p.8. The implementation of these new codes was done under the initiative and guidance of one or more of the other DMERC, including AdminaStar Federal. See documents at pages AWQ057-0622 and AWQ057-0651. I was not significantly involved in the development of these new codes, and because of my lack of training and experience in these pricing determinations, during the first few years when the K0518 codes were used, I believe I relied heavily on the other DMERCs in determining the allowed amounts. I have not found any spreadsheet array sheet that I prepared for K0518 during the period 1997 through the end of 1999.

20. Although the documentation available to me does not show actual spreadsheet arrays I prepared for K0518 during the 1997 - 1999 time period, I nonetheless can draw certain conclusions about the AWPs used to support the DMERC A fee determinations for K0518 during that time period. Starting at AWQ057-0674 there appear several arrays for nebulizer drugs, including K0518 (AWQ057-0677), for the second quarter of 1997, which was the first quarter when the temporary K-codes were implemented. The documents indicate they were faxed to me by AdminaStar Federal on April 23, 1997. (An array at AWQ057-1227 is an earlier version of the same array containing the same pricing information.) The allowed amounts are

6

$3.52/mg for the KO and KP modifiers and $3.06/mg for the KQ modifier. I believe I adopted this pricing for K0518 beginning April 1, 1997. The Medicare claims data for DMERC A (as summarized in the Excel file "DME Allowed Unit Amount DMERC A Trav.xls") shows the most frequently paid amounts for K0518KO and KP during the second quarter of 1997 were $3.52 and $3.06, respectively, which confirms my belief. I conclude the array appearing at AWQ057-0358 is not an array used by DMERC A because it is dated earlier than the array at pageAWQ057-0677, and because the amounts most commonly paid do not include $3.92. Based on my discussion in the following paragraph, I believe the array at AWQ057-0677 remained operative for DMERC A for the KO and KP modifiers until the third or fourth quarter of 1999. With regard to the KQ modifier, I note the DMERC A fee for this code changed at least once during the 1998 - 1999 time period, including in 1999 Q1 when it was set at $2.98 (see AWQ057-0396). But this would have been a result of a change in the amount for the J7051 product, and it is unlikely that this reflects any change in the products used in the pricing determinations for the KO and KP modifiers. I have no other documentation to indicate the basis for this KQ change. I may have simply changed the KQ price to bring it in line with the other DMERCs.

21. The document at AWQ057-1226 consists of a printout from the July 1999 Red Book CD ROM publication. I believe this indicates the prices that I used to determine the allowable amount for K0518 in either Q3 or Q4 of 1999. My handwritten notes next to the AWP prices state "add" or "OK" next to certain of the product AWPs. These notes indicate that I considered four products (two Dey products and two Roxane products) to be "OK" – meaning that they were already included in the 1997 AdminaStar array that I had been relying on (which is at AWQ057-0677 and which is duplicated in substance immediately following the July 1999 Red Book printout at AWQ057-1227) and that those prices were still valid. The handwritten notes also indicate that I added to my list of prices the following five new ipratropium bromide products:

7

| Alpharma USPD | 00472-0751-60 | 118.80 |
|---|---|---|
| Dey | 49502–0685-33 | 52.80 |
| Phys Total Care | 54868-4082-01 | 26.31 |
| Phys Total Care | 54868-4082-00 | 53.95 |
| Roxane | 00054-8402-21 | 105.74 |

My conclusion regarding the addition of these new prices is supported by the array that I created for Q1 of 2000, discussed in the next paragraph below. If one arrays all of the above-referenced products, converts the prices to the appropriate per-unit price, and calculates the median, the result is $3.52. Ninety-five percent of that is $3.34, which is consistent with the fees for K0518, KO and KP, shown in the schedule at AWQ057-0421 - AWQ057-0423. I am unable to determine how I calculated the fee for the KQ modifier ($3.04) based on the available documentation.

22. Beginning January 1, 2000, the temporary HCPCS code K0518 ceased being effective and a new code, J7644 (with KO, KP, and KQ modifiers) was used for ipratropium bromide inhalation solution administered through DME. See *Medicare News* #48 (December 1999). The array for Q1 of 2000 is at AWQ057-0499. I conclude this for several reasons. First, the "Effective Date" is "1/1/00," and that date would indicate the earliest date when the array was effective. Second, I find no other array with an "Effective Date" of 1/1/00. Third, the information in the array is consistent with the information in the July 1999 printout from the Red Book at AWQ057-1226 discussed above, which indicates that I continued to use the same pricing information. Fourth, the fee schedule for 2000 Q1, at AWQ057-0511, shows fees consistent with the array at AWQ057-0499.

8

23. The J7644 array for Q2 of 2000 is at AWQ057-0501.  I conclude this to be the case because (a) the "Effective Date" is "4/1/00," which would be the earliest date when the array was effective, (b) the fee schedule for 2000 Q2, located at AWQ057-0434, shows fees consistent with this array, and (c) typographical errors, consisting of letters "O" in certain NDC numbers, indicate that this is an early array (with the errors carried over from the 2000 Q1 array), whereas later arrays for J7644 show these errors corrected.

24. The second quarter 2000 array (AWQ057-0501) is reproduced (including the typographical errors) in the folder entitled "2000 3rd Quarter Drug Quarterly Updates" at AWQ057-1181, which leads me to conclude that this array was also used for the third quarter of 2000. (See the folder title at AWQ057-1174.) The fee schedule for this quarter, located at AWQ057-0434 (which similarly is a duplicate of the 2000 Q2 fee schedule), confirms this conclusion, as it indicates no change in the fees for J7644.  It was frequently my practice to not change or create a new array if pricing information did not change.  Instead I would simply make a copy of the earlier array and put the copy into the new quarterly update file.  Similarly, I often did not update the "Effective Date" on an array, or the date of the Red Book given to the right of the "Source" box, even though I might update the pricing information in the array.

25. The array for the first quarter of 2001 is at AWQ057-0047, within the file folder entitled, "2001 1st Drug Quarter" (see folder title at AWQ057-0040). This appears at first glance to be a reproduction of 2000 second quarter array, but the typographical errors in the NDC numbers have been corrected, and the price for the brand-name drug (Atrovent) has been updated. The fee schedule for the first quarter of 2001, at AWQ057-0049, shows prices for K0518 consistent with the prices in the array, which supports my belief that this array was used in 2001, Quarter 1.

26. My identification of the arrays for the second, third, and fourth quarters of 2001 (at pages AWQ057-0077, AWQ057-0099, and AWQ057-0108) follows similar reasoning. The arrays are located in file folders indicating the applicable quarter (at pages AWQ057-0070, AWQ057-0092, and AWQ057-0100). The folder covers do not expressly identify the year as 2001, but the organization of these quarterly files (located immediately after the "2001 1st Drug

9

Quarter" file), and the dates of certain documents within each folder (see, for example, pp. AWQ057-0078, AWQ057-0109), indicate that these folders are for 2001. The prices in the arrays match the prices shown in the available price lists for those quarters. See pages AWQ057-0080 (second quarter) and AWQ057-0111 (fourth quarter).

27. I have identified the DMERC A arrays used for 2002 and 2003 using similar reasoning as above. The following table summarizes my conclusions:

| Year/Qtr | Array | Comments |
|---|---|---|
| 2002, Q1 | AWQ057-0140 - AWQ057-0141 | See folder cover at AWQ057-0132 ("1st Quarterly Drug Update 2002"). Array fees match those in the fee schedule for January 2002 at AWQ057-0143. |
| 2002, Q2 | AWQ057-0034 - AWQ057-00035 | See folder cover at AWQ057-0020 ("2nd Quarter Drug Update 2002"). Array fees match those in the fee schedule for April 2002 at AWQ057-0037 - AWQ057-0038 (the top of the second page of this fee schedule incorrectly states "01/01/02"; it appears the date on this page was not updated). |
| 2002, Q3 | AWQ057-0156 | See folder cover at AWQ057-0148 ("3rd Quarter Drug Update 2002"). Array fees match those in the fee schedule for July 2002 at AWQ057- 0158 |
| 2002, Q4 | AWQ057-1161 | See folder cover at AWQ057-1155 ("4th Quarter 2002 Drug Updates"). I do not find any fee schedule for this quarter. |
| 2003, Q1 | AWQ057-1019 | See folder cover at AWQ057-1013 ("1st Quarter Drug Update 2003"). Array fees match those in the fee schedule for January 2002 at AWQ057-1026. |
| 2003, Q2 | AWQ057-1049 | See folder cover at AWQ057-1043 ("2nd Quarter Drug Update 2003"). I do not find any fee schedule for this quarter. |

| 2003, Q3 | AWQ057-1129 - AWQ057-1130 | See folder cover at AWQ057-1120 ("07/2003 Drugs"). I do not find any fee schedule for this quarter. |
| 2003, Q4 | AWQ057-0996 - AWQ057-0997 | See folder cover at AWQ057-0989 ("Oct. 2003 4th Quarter Drug Updates"). Array fees match those in the fee schedule for October 2003 at AWQ057-1000 |

28. My conclusions above regarding the arrays for 2001 Q3 through 2003 Q4 are not based on my personal knowledge because I stopped doing DME drug pricing work in July 2001. Instead my conclusions concerning these arrays are based upon my review of the documents, my general familiarity with the DMERC A pricing practice as it existed at the time I ceased doing that work, and the knowledge I shared with my successors.

29. The operative arrays that I have identified above (including the July 1999 printout from Red Book), together with associated file folders and fee schedules, are attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: February 2, 2009

Colleen M. King

11

# Exhibit A
to Declaration of Colleen M. King


DMERC A
Ipratropium Bromide

DMERC A
Ipratropium Bromide

1997 Q2

# HCPCS CODE: K0518

**NAME OF DRUG:** Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram

**SOURCE:** 97 Redbook Updates (see updates listed by product)

**EFFECTIVE DATE:** 4/1/97

| | |
|---|---|
| K0518KO | $ 3.52 |
| K0518KP | $ 3.52 |
| K0518KQ | $ 3.06 |

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL |
|---|---|---|---|---|---|---|
| Dey (Redbook update Feb. 97 pg45) | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 |
| Dey (Redbook update Feb. 97 pg45) | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 |
| Roxane (Redbook update March 97 pg43) | SOL, IH | 0.02% | 2.5ml 25s | 44.08 | 3.52 | 3.52 |
| Roxane (Redbook update March 97 pg43) | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 |
| | | | | | MEDIAN | $ 3.52 |

| | | |
|---|---|---|
| KO & KP | $ | 3.52 |
| UD(mg) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.23 |
| = | | 1.53 |
| UD(mg) + | | 0.5 |
| KQ | $ | 3.06 |

Unit dose form: SOL, IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form:  Calculation Memo 3/5/97 Dr. Oleck

DMERC RegB 3/23/97/K0518.XLS

AWQ057-0677

DMERC A
Ipratropium Bromide

1999 Q3 or Q4

**HCPCS CODE:** K0518

**DESCRIPTION:** IPRATROPIUM BROMIDE, INHALATION SOLUTION ADMINISTERED THROUGH DME UNIT DOSE FORM, PER MILLIGRAM

**EFFECTIVE DATE:**
**CURRENT**
**PREV.**

**95%**

**SOURCE:**

| GENERIC: | FORM | STRENGTH | QUANTITY | AWP | PRICE PER UNIT | ARRAY | STATUS | 95% |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| BRAND NAMES: | | | | | | | MEDIAN: | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

AWQ057-1225

Red Book(TM) for Windows®

Release: JULY, 1999

## Product Information

| Product | Manuf/Dist | NDC/HRI/UPC | Form | Strength | Size | UD | AWP | WAC |
|---------|-----------|-------------|------|----------|------|----|-----|-----|
| ATROVENT | Boehr Ingelheim | 00597-0080-62 | SOL | 0.02% | 2.5 ml 25s | | 58.40 | 48.67 |
| ATROVENT | | | | | | | | |
| IPRATROPIUM BROMIDE | Compumed | 00403-0645-18 | SOL | 0.02% | 2.5 ml 25s | | 49.95 | 0.00 |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-60 | SOL | 0.02% | 2.5 ml 60s | | 118.80 | |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-03 | SOL | 0.02% | 2.5 ml 25s | U | 44.10 | 19.10 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-33 | SOL | 0.02% | 2.5 ml 30s | U | 52.80 | 22.92 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-60 | SOL | 0.02% | 2.5 ml 60s | U | 105.60 | 45.84 |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-01 | SOL | 0.02% | 2.5 ml 25s | U | 26.31 | |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-00 | SOL | 0.02% | 2.5 ml 60s | U | 53.95 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-11 | SOL | 0.02% | 2.5 ml 25s | | 44.06 | 0.00 |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-13 | SOL | 0.02% | 2.5 ml 30s | | 52.87 | 0.00 |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-21 | SOL | 0.02% | 2.5 ml 60s | | 105.74 | 0.00 |

Copyright © 1999, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

AWQ057-1226

MAR 20 '97 09:49

| UPDATE APPL/2 FILES FOR: | MED-B | | DMERC | X | EFFECTIVE DATE: | | | |
|---|---|---|---|---|---|---|---|---|
| CODE: K0518 | | | | | | | | 4/1/97 |
| | | | | | | K0518KO | $ | 3.52 |
| | | | | | | K0518KP | $ | 3.52 |
| | | | | | | K0518KQ | $ | 3.06 |

NAME OF DRUG: Ipratropium bromide, Inhalation solution administered through DME, unit dose form, per milligram

SOURCE: 97 Redbook Updates (see updates listed by product)

| MANUFACTURER | FORM | STRENGTH | QUALITY | AWP PRICE | PER UNIT PRICE | ARRAY ALL |
|---|---|---|---|---|---|---|
| Dey (Redbook update Feb. 97 pg45) | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 |
| Dey (Redbook update Feb. 97 pg45) | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 |
| Roxane (Redbook update March 97 pg43) | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 |
| Roxane (Redbook update March 97 pg43) | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 |
| | | | | MEDIAN | $ 3.52 | 3.52 |
| Unit dose form: SOL, IH - 0.02% | | | | KO & KP | | 3.52 |
| Unit dose amt: 0.5mg | | | | UD(mg) x = | | 0.5 |
| Concentrate form: Calculation Memo 3/5/97 Dr. Oleck | | | | J7051 - | | 1.76 |
| | | | | | | 0.23 |
| | | | | UD(mg) = | | 1.53 |
| | | | | | | 0.5 |
| (Generic form now available.) | | | | KQ | | 3.06 |

3/20/97K0518.XLS

AWQ057-1227   L

Sheet1

| HCPCS CODE | | | | | | | | FEE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | DMERC REGION A | | | | | | |
| | | | NEBULIZER DRUG FEES 10-1-99 | | | | | | |
| J7051 | | | | | | | | $ | 0.15 |
| K0503 | KO | | | | | | | $ | 8.13 |
| K0503 | KP | | | | | | | $ | 8.13 |
| K0503 | KQ | | | | | | | $ | 7.74 |
| K0504 | | | | | | | | $ | 0.14 |
| K0505 | KO | | | | | | | $ | 0.47 |
| K0505 | KP | | | | | | | $ | 0.47 |
| K0505 | KQ | | | | | | | $ | 0.14 |
| K0506 | | | | | | | | $ | 0.40 |
| K0507 | KO | | | | | | | $ | 0.55 |
| K0507 | KP | | | | | | | $ | 0.55 |
| K0507 | KQ | | | | | | | $ | 0.40 |
| K0508 | | | | | | | | $ | 0.21 |
| K0509 | KO | | | | | | | $ | 0.27 |
| K0509 | KP | | | | | | | $ | 0.27 |
| K0509 | KQ | | | | | | | $ | 0.21 |
| K0511 | KO | | | | | | | $ | 0.21 |
| K0511 | KP | | | | | | | $ | 0.21 |
| K0511 | KQ | | | | | | | $ | 0.13 |
| K0512 | | | | | | | | $ | 0.10 |
| K0513 | KO | | | | | | | $ | 0.18 |
| K0513 | KP | | | | | | | $ | 0.18 |
| K0513 | KQ | | | | | | | $ | 0.10 |
| K0514 | KO | | | | | | | $ | 14.40 |
| K0514 | KP | | | | | | | $ | 14.40 |
| K0514 | KQ | | | | | | | $ | 14.35 |
| K0515 | | | | | | | | $ | 1.09 |
| K0516 | KO | | | | | | | $ | 1.47 |
| K0516 | KP | | | | | | | $ | 1.47 |
| K0516 | KQ | | | | | | | $ | 1.09 |
| K0518 | KO | | | | | | | $ | 3.34 |
| K0518 | KP | | | | | | | $ | 3.34 |
| K0518 | KQ | | | | | | | $ | 3.04 |
| K0519 | | | | | | | | $ | 0.17 |
| K0520 | KO | | | | | | | $ | 0.20 |
| K0520 | KP | | | | | | | $ | 0.20 |
| K0520 | KQ | | | | | | | $ | 0.17 |
| K0521 | | | | | | | | $ | 0.26 |
| K0522 | KO | | | | | | | $ | 0.32 |
| K0522 | KP | | | | | | | $ | 0.32 |
| K0522 | KQ | | | | | | | $ | 0.26 |
| K0523 | | | | | | | | $ | 0.25 |
| K0524 | KO | | | | | | | $ | 0.88 |
| K0524 | KP | | | | | | | $ | 0.88 |
| K0524 | KQ | | | | | | | $ | 0.25 |
| K0525 | | | | | | | | $ | 1.78 |

AWQ057-0422

DMERC A
Ipratropium Bromide

2000 Q1

**HCPCS CODE:** J7644
**DESCRIPTION:** IPRATROPIUM BROMIDE, INHALATION
SOLUTION ADMINISTERED THROUGH DME
UNIT DOSE FORM, PER MILLIGRAM

**EFFECTIVE DATE:** 01/01/2000
J7644KO   $   3.34
J7644KP   $   3.34
J7644KQ   $   3.19

**SOURCE:** 1999 REDBOOK CD ROM

| GENERIC | FORM | STRENGTH | QUANTITY | AWP | PRICE PER UNIT | ARRAY | STATUS | 95% | NDC# |
|---|---|---|---|---|---|---|---|---|---|
| ALPHARMA | SOL | 0.02% | 2.5ml 60s | $ 118.80 | | | | $ 3.76 | OO472075160 |
| DEY | SOL | 0.02% | 2.5ml 25s | $ 44.10 | | | | $ 3.34 | 49502068503 |
| DEY | SOL | 0.02% | 2.5ml 30s | $ 52.80 | | | | $ 3.34 | 49502068533 |
| DEY | SOL | 0.02% | 2.5ml 60s | $ 105.60 | | | | $ 3.34 | 49502068560 |
| PHYS TOTAL CARE | SOL | 0.02% | 2.5ml 25s | $ 26.31 | | | | $ 2.00 | 54868408201 |
| PHYS TOTAL CARE | SOL | 0.02% | 2.5ml 60s | $ 53.95 | | | | $ 1.71 | 54868408200 |
| ROXANE | SOL | 0.02% | 2.5ml 25s | $ 44.06 | | | | $ 3.34 | OO05840211 |
| ROXANE | SOL | 0.02% | 2.5ml 30s | $ 52.87 | | | | $ 3.34 | OO05840213 |
| ROXANE | SOL | 0.02% | 2.5ml 60s | $ 105.74 | | | | $ 3.34 | OO05840221 |
| | | | | | | | MEDIAN | $ 4.62 | OO597008062 |
| **BRAND NAMES:** | | | | | | | | | |
| ATROVENT | SOL | 0.02% | 2.5ml 25s | $ 60.74 | | EX | KO&KP | $ | 3.34 |
| | | | | | | $ 52.80 | UD (mg)X | | 0.5 |
| | | | | | | DIV  30S | | | 1.67 |
| | | | | | | $ 1.76 | | | 0.08 |
| | | | | X | | 2 | J7051 - | | |
| | | | | | | $ 3.52 | | | 1.59 |
| | | | | | | -5% | DIV | | 0.5 |
| | | | | | | $ 3.34 | | | 3.19 |

AWQ057-0499

Sheet1

| HCPCS CODE | | DMERC REGION A | | | | | FEE | |
|---|---|---|---|---|---|---|---|---|
| | | NEBULIZER DRUG FEES 1-1-2000 | | | | | | |
| J7051 | | STERILE SALINE OR WATER | | | | | $ | 0.08 |
| J7608 | KO | ACETYLCYSTEINE INHALATION SOLUTION UNIT DOSE FORM | | | | | $ | 5.05 |
| J7608 | KP | ACETYLCYSTEINE INHALATION SOLUTION UNIT DOSE FORM | | | | | $ | 5.05 |
| J7608 | KQ | ACETYLCYSTEINE INHALATION SOLUTION UNIT DOSE FORM | | | | | $ | 4.87 |
| J7618 | | ALBUTEROL, CONCENTRATED FORM | | | | | $ | 0.14 |
| J7619 | KO | ALBUTEROL, UNIT DOSE FORM | | | | | $ | 0.47 |
| J7619 | KP | ALBUTEROL, UNIT DOSE FORM | | | | | $ | 0.47 |
| J7619 | KQ | ALBUTEROL, UNIT DOSE FORM | | | | | $ | 0.14 |
| J7635 | | ATROPINE, CONCENTRATED FORM | | | | | $ | 0.17 |
| J7636 | KO | ATROPINE, UNIT DOSE FORM | | | | | $ | 0.24 |
| J7636 | KP | ATROPINE, UNIT DOSE FORM | | | | | $ | 0.24 |
| J7636 | KQ | ATROPINE, UNIT DOSE FORM | | | | | $ | 0.17 |
| J7628 | | BITOLTEROL MESYLATE, CONCENTRATED FORM | | | | | $ | 0.25 |
| J7629 | KO | BITOLTEROL MESYLATE, UNIT DOSE FORM | | | | | $ | 0.28 |
| J7629 | KP | BITOLTEROL MESYLATE, UNIT DOSE FORM | | | | | $ | 0.28 |
| J7629 | KQ | BITOLTEROL MESYLATE, UNIT DOSE FORM | | | | | $ | 0.25 |
| J7631 | KO | CROMOLYN SODIUM, UNIT DOSE FORM | | | | | $ | 0.23 |
| J7631 | KP | CROMOLYN SODIUM, UNIT DOSE FORM | | | | | $ | 0.23 |
| J7631 | KQ | CROMOLYN SODIUM, UNIT DOSE FORM | | | | | $ | 0.18 |
| J7637 | | DEXAMETHASONE, CONCENTRATED FORM | | | | | $ | 0.10 |
| J7638 | KO | DEXAMETHASONE, UNIT DOSE FORM | | | | | $ | 0.14 |
| J7638 | KP | DEXAMETHASONE, UNIT DOSE FORM | | | | | $ | 0.14 |
| J7638 | KQ | DEXAMETHASONE, UNIT DOSE FORM | | | | | $ | 0.10 |
| J7639 | KO | DORNASE ALPHA, UNIT DOSE FORM | | | | | $ | 15.12 |
| J7639 | KP | DORNASE ALPHA, UNIT DOSE FORM | | | | | $ | 15.12 |
| J7639 | KQ | DORNASE ALPHA, UNIT DOSE FORM | | | | | $ | 15.10 |
| J7642 | | GLYCOPYRROLATE, CONCENTRATED FORM | | | | | $ | 0.31 |
| J7643 | KO | GLYCOPYRROLATE, UNIT DOSE FORM | | | | | $ | 0.50 |
| J7643 | KP | GLYCOPYRROLATE, UNIT DOSE FORM | | | | | $ | 0.50 |
| J7643 | KQ | GLYCOPYRROLATE, UNIT DOSE FORM | | | | | $ | 0.31 |
| J7644 | KO | IPRATROPIUM BROMIDE, UNIT DOSE FORM | | | | | $ | 3.34 |
| J7644 | KP | IPRATROPIUM BROMIDE, UNIT DOSE FORM | | | | | $ | 3.34 |
| J7644 | KQ | IPRATROPIUM BROMIDE, UNIT DOSE FORM | | | | | $ | 3.19 |
| J7648 | | ISOETHARINE HCL, CONCENTRATED FORM | | | | | $ | 0.17 |
| J7649 | KO | ISOETHARINE HCL, UNIT DOSE FORM | | | | | $ | 0.19 |
| J7649 | KP | ISOETHARINE HCL, UNIT DOSE FORM | | | | | $ | 0.19 |
| J7649 | KQ | ISOETHARINE HCL, UNIT DOSE FORM | | | | | $ | 0.17 |
| J7658 | | ISOPROTERENOL HCL, CONCENTRATED FORM | | | | | $ | 0.31 |
| J7659 | KO | ISOPROTERENOL HCL, UNIT DOSE FORM | | | | | $ | 0.34 |
| J7659 | KP | ISOPROTERENOL HCL, UNIT DOSE FORM | | | | | $ | 0.34 |
| J7659 | KQ | ISOPROTERENOL HCL, UNIT DOSE FORM | | | | | $ | 0.31 |
| J7668 | | METAPROTERENOL SULFATE, CONCENTRATED FORM | | | | | $ | 0.25 |
| J7669 | KO | METAPROTERENOL SULFATE, UNIT DOSE FORM | | | | | $ | 1.10 |
| J7669 | KP | METAPROTERENOL SULFATE, UNIT DOSE FORM | | | | | $ | 1.10 |
| J7669 | KQ | METAPROTERENOL SULFATE, UNIT DOSE FORM | | | | | $ | 0.25 |
| J7680 | | TERBUTALINE SULFATE, CONCENTRATED FORM | | | | | $ | 1.86 |
| J7681 | KO | TERBUTALINE SULFATE, UNIT DOSE FORM | | | | | $ | 1.94 |
| J7681 | KP | TERBUTALINE SULFATE, UNIT DOSE FORM | | | | | $ | 1.94 |
| J7681 | KQ | TERBUTALINE SULFATE, UNIT DOSE FORM | | | | | $ | 1.86 |

AWQ057-0511

DMERC A
Ipratropium Bromide

2000 Q2

**HCPCS CODE:** J7644

**DESCRIPTION:** IPRATROPIUM BROMIDE, INHALATION SOLUTION ADMINISTERED THROUGH DME UNIT DOSE FORM, PER MILLIGRAM

**EFFECTIVE DATE:** 04/01/2000

| | |
|---|---|
| J7644KO | $ 3.34 |
| J7644KP | $ 3.34 |
| J7644KQ | $ 2.92 |

**SOURCE:** 1999 REDBOOK CD ROM

| GENERIC | FORM | STRENGTH | QUANTITY | AWP | PRICE PER UNIT | ARRAY | STATUS | 95% | NDC# |
|---|---|---|---|---|---|---|---|---|---|
| ALPHARMA | SOL | 0.02% | 2.5ml 60s | $ 118.80 | $ 3.96 | | | $ 3.76 | OO472075160 |
| DEY | SOL | 0.02% | 2.5ml 25s | $ 44.10 | $ 3.52 | | | $ 3.34 | 49502068503 |
| DEY | SOL | 0.02% | 2.5ml 30s | $ 52.80 | $ 3.52 | | | $ 3.34 | 49502068533 |
| DEY | SOL | 0.02% | 2.5ml 60s | $ 105.60 | $ 3.52 | | | $ 3.34 | 49502068560 |
| PHYS TOTAL CARE | SOL | 0.02% | 2.5ml 25s | $ 26.31 | $ 2.10 | | | $ 2.00 | 54868408201 |
| PHYS TOTAL CARE | SOL | 0.02% | 2.5ml 60s | $ 53.95 | $ 1.80 | | | $ 1.71 | 54868408200 |
| ROXANE | SOL | 0.02% | 2.5ml 25s | $ 44.06 | $ 3.56 | | | $ 3.34 | OOO54840211 |
| ROXANE | SOL | 0.02% | 2.5ml 30s | $ 52.87 | $ 3.56 | | | $ 3.34 | OOO54840213 |
| ROXANE | SOL | 0.02% | 2.5ml 60s | $ 105.74 | $ 3.56 | | | $ 3.34 | OOO54840221 |
| | | | | | | | | | |
| | | | | | | | MEDIAN | $ 3.34 | |
| **BRAND NAMES:** | | | | | | | | | |
| ATROVENT | SOL | 0.02% | 2.5ml 25s | $ 63.48 | $ 5.08 | | | $ 4.83 | OO597008062 |

| PRICE PER UNIT | ARRAY | STATUS | 95% |
|---|---|---|---|
| EX | $ 52.80 | KO&KP | $ 3.34 |
| DIV | 30S | UD (mg)X | 0.5 |
| | $ 1.76 | | 1.67 |
| X | 2 | J7051 - | 0.21 |
| | $ 3.52 | | 1.59 |
| | -5% | DIV | 0.5 |
| | $ 3.34 | | 2.92 |

AWQ057-0501

Sheet1

| HCPCS CODE | | | DMERC REGION A | | | | FEE | |
| | | | NEBULIZER DRUG FEES 4-1-00 | | | | | |
|---|---|---|---|---|---|---|---|---|
| J7051 | | STERILE SALINE OR WATER | | | | | $ | 0.21 |
| J7608 | KO | ACETYLCYSTEINE INHALATION SOLUTION UNIT DOSE FORM | | | | | $ | 5.06 |
| J7608 | KP | ACETYLCYSTEINE INHALATION SOLUTION UNIT DOSE FORM | | | | | $ | 5.06 |
| J7608 | KQ | ACETYLCYSTEINE INHALATION SOLUTION UNIT DOSE FORM | | | | | $ | 4.53 |
| J7618 | | ALBUTEROL, CONCENTRATED FORM | | | | | $ | 0.14 |
| J7619 | KO | ALBUTEROL, UNIT DOSE FORM | | | | | $ | 0.47 |
| J7619 | KP | ALBUTEROL, UNIT DOSE FORM | | | | | $ | 0.47 |
| J7619 | KQ | ALBUTEROL, UNIT DOSE FORM | | | | | $ | 0.14 |
| J7628 | | BITOLTEROL MESYLATE, CONCENTRATED FORM | | | | | $ | 0.25 |
| J7629 | KO | BITOLTEROL MESYLATE, UNIT DOSE FORM | | | | | $ | 0.33 |
| J7629 | KP | BITOLTEROL MESYLATE, UNIT DOSE FORM | | | | | $ | 0.33 |
| J7629 | KQ | BITOLTEROL MESYLATE, UNIT DOSE FORM | | | | | $ | 0.25 |
| J7631 | KO | CROMOLYN SODIUM, UNIT DOSE FORM | | | | | $ | 0.23 |
| J7631 | KP | CROMOLYN SODIUM, UNIT DOSE FORM | | | | | $ | 0.23 |
| J7631 | KQ | CROMOLYN SODIUM, UNIT DOSE FORM | | | | | $ | 0.12 |
| J7635 | | ATROPINE, CONCENTRATED FORM | | | | | $ | 0.13 |
| J7636 | KO | ATROPINE, UNIT DOSE FORM | | | | | $ | 0.34 |
| J7636 | KP | ATROPINE, UNIT DOSE FORM | | | | | $ | 0.34 |
| J7636 | KQ | ATROPINE, UNIT DOSE FORM | | | | | $ | 0.13 |
| J7637 | | DEXAMETHASONE, CONCENTRATED FORM | | | | | $ | 0.10 |
| J7638 | KO | DEXAMETHASONE, UNIT DOSE FORM | | | | | $ | 0.21 |
| J7638 | KP | DEXAMETHASONE, UNIT DOSE FORM | | | | | $ | 0.21 |
| J7638 | KQ | DEXAMETHASONE, UNIT DOSE FORM | | | | | $ | 0.10 |
| J7639 | KO | DORNASE ALPHA, UNIT DOSE FORM | | | | | $ | 15.12 |
| J7639 | KP | DORNASE ALPHA, UNIT DOSE FORM | | | | | $ | 15.12 |
| J7639 | KQ | DORNASE ALPHA, UNIT DOSE FORM | | | | | $ | 15.04 |
| J7642 | | GLYCOPYRROLATE, CONCENTRATED FORM | | | | | $ | 0.31 |
| J7643 | KO | GLYCOPYRROLATE, UNIT DOSE FORM | | | | | $ | 0.83 |
| J7643 | KP | GLYCOPYRROLATE, UNIT DOSE FORM | | | | | $ | 0.83 |
| J7643 | KQ | GLYCOPYRROLATE, UNIT DOSE FORM | | | | | $ | 0.31 |
| J7644 | KO | IPRATROPIUM BROMIDE, UNIT DOSE FORM | | | | | $ | 3.34 |
| J7644 | KP | IPRATROPIUM BROMIDE, UNIT DOSE FORM | | | | | $ | 3.34 |
| J7644 | KQ | IPRATROPIUM BROMIDE, UNIT DOSE FORM | | | | | $ | 2.92 |
| J7648 | | ISOETHARINE HCL, CONCENTRATED FORM | | | | | $ | 0.17 |
| J7649 | KO | ISOETHARINE HCL, UNIT DOSE FORM | | | | | $ | 0.21 |
| J7649 | KP | ISOETHARINE HCL, UNIT DOSE FORM | | | | | $ | 0.21 |
| J7649 | KQ | ISOETHARINE HCL, UNIT DOSE FORM | | | | | $ | 0.17 |
| J7658 | | ISOPROTERENOL HCL, CONCENTRATED FORM | | | | | $ | 0.31 |
| J7659 | KO | ISOPROTERENOL HCL, UNIT DOSE FORM | | | | | $ | 0.40 |
| J7659 | KP | ISOPROTERENOL HCL, UNIT DOSE FORM | | | | | $ | 0.40 |
| J7659 | KQ | ISOPROTERENOL HCL, UNIT DOSE FORM | | | | | $ | 0.31 |
| J7668 | | METAPROTERENOL SULFATE, CONCENTRATED FORM | | | | | $ | 0.25 |
| J7669 | KO | METAPROTERENOL SULFATE, UNIT DOSE FORM | | | | | $ | 1.10 |
| J7669 | KP | METAPROTERENOL SULFATE, UNIT DOSE FORM | | | | | $ | 1.10 |
| J7669 | KQ | METAPROTERENOL SULFATE, UNIT DOSE FORM | | | | | $ | 0.25 |
| J7680 | | TERBUTALINE SULFATE, CONCENTRATED FORM | | | | | $ | 1.96 |
| J7681 | KO | TERBUTALINE SULFATE, UNIT DOSE FORM | | | | | $ | 2.17 |
| J7681 | KP | TERBUTALINE SULFATE, UNIT DOSE FORM | | | | | $ | 2.17 |
| J7681 | KQ | TERBUTALINE SULFATE, UNIT DOSE FORM | | | | | $ | 1.96 |

AWQ057-0434

DMERC A
Ipratropium Bromide

2000 Q3

**Pages Omitted**