# EXHIBIT 1

**to Plaintiff's Memorandum of Law
in Opposition to Dey Defendants' Motion in Limine
to Exclude from Evidence
the Reports and Testimony of Stephen W. Schondelmeyer**

0001
 1         UNITED STATES DISTRICT COURT
 2       FOR THE DISTRICT OF MASSACHUSETTS
 3  - - - - - - - - - - - - - - -
 4  IN RE: PHARMACEUTICAL            ) MDL NO. 1456
 5  INDUSTRY AVERAGE WHOLESALE       ) CIVIL ACTION
 6  PRICE LITIGATION                 ) 01-CV-12257-PBS
 7  THIS DOCUMENT RELATES TO         )
 8  U.S. ex rel. Ven-a-Care of       ) Judge Patti B. Saris
 9  the Florida Keys, Inc.           )
10     v.                            ) Chief Magistrate
11  Abbott Laboratories, Inc.,       ) Judge Marianne B.
12  No. 06-CV-11337-PBS              ) Bowler
13  - - - - - - - - - - - - - - -
14
15         Videotaped deposition of STEPHEN W.
16         SCHONDELMEYER, PHARM.D., PH.D.
17                    Volume I
18
19
20                        Washington, D.C.
21                        Wednesday, February 25, 2009
22                        9:00 a.m.


0002
 1      Videotaped deposition of STEPHEN W.
 2  SCHONDELMEYER, PHARM.D., PH.D., held at the law
 3  offices of Jones Day, 51 Louisiana Avenue, N.W.,
 4  Washington, D.C. 20001-2113, the proceedings being
 5  recorded stenographically by Jonathan Wonnell, a
 6  Registered Professional Court Reporter and Notary
 7  Public of the District of Columbia, and transcribed
 8  under his direction.

0200
22     Q.   What expertise do you have to interpret for

0201
1   this jury statutes, regulations and official
2   documents?
3      A.   Well, I don't do so as a lawyer in the
4   legal sense.  However, my master's degree is in public
5   administration and public policy from Ohio State
6   University.  And that master's program, the core of
7   that was based on three major courses.  One was the
8   policy formulation.  One was policy implementation.
9   And one was policy evaluation.
10          And as a part of that master's program in
11  addition to the methods of each of those processes we
12  had to pick a particular piece of legislation and do a
13  complete legislative history and documentation and
14  interpretation of what were the factors involved in
15  the formulation of that policy, what were the factors
16  involved in implementation of that policy and what
17  were the factors involved in evaluation of that
18  policy, and to what degree did the reasons it was
19  brought about and the ways it was implemented have
20  concurrence with what actually occurred at the end.
21          I looked at -- I believe it was Public Law
22  93641, which was -- I believe that was a health

0202
1   planning act or something back in the early 1970s, is
2   the one I looked at.  So I have experience with and
3   have been trained in methods for evaluating public
4   policy and legislative histories and putting them in a
5   context.

```
01090
 1              UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF MASSACHUSETTS
 3    - - - - - - - - - - - - - - -
 4    IN RE:  PHARMACEUTICAL              ) MDL NO. 1456
 5    INDUSTRY AVERAGE WHOLESALE          ) CIVIL ACTION
 6    PRICE LITIGATION                    ) 01-CV-12257-PBS
 7    THIS DOCUMENT RELATES TO            )
 8    U.S. ex rel. Ven-a-Care of          ) Judge Patti B. Saris
 9    the Florida Keys, Inc.              )
10        v.                              ) Chief Magistrate
11    Abbott Laboratories, Inc.,          ) Judge Marianne B.
12    No. 06-CV-11337-PBS                 ) Bowler
13    (caption continues)                 )
14    - - - - - - - - - - - - - - -
15
16         Videotaped deposition of
17      STEPHEN W. SCHONDELMEYER, PHARM.D., PH.D.
18              Volume IV
19
20            Washington, D.C.
21           Thursday, May 21, 2009
22              9:00 a.m.

01091
 1    - - - - - - - - - - - - - - -
 2    THIS DOCUMENT RELATES TO            )
 3    U.S. ex rel. Ven-a-Care of          ) Judge Patti B. Saris
 4    the Florida Keys, Inc.              )
 5        v.                              ) Chief Magistrate
 6    Dey, Inc., et al.                   ) Judge Marianne B.
 7    No. 05-CV-11084-PBS; and            ) Bowler
 8    - - - - - - - - - - - - - - -
 9    U.S. ex rel. Ven-a-Care of          ) Judge Patti B. Saris
10    the Florida Keys, Inc.              )
11        v.                              ) Chief Magistrate
12    Boehringer Ingelhaim                ) Judge Marianne B.
13    Corporation, et al.                 ) Bowler
14    No. 07-CV-10248-PBS                 )
15    - - - - - - - - - - - - - - -
16
17
18
19
20
21
```

22

01092
1     Videotaped deposition of STEPHEN W.
2  SCHONDELMEYER, PHARM.D., PH.D., held at the law
3  offices of Jones Day, 51 Louisiana Avenue, N.W.,
4  Washington, D.C. 20001-2113, the proceedings being
5  recorded stenographically by Jonathan Wonnell, a
6  Registered Professional Court Reporter and Notary
7  Public of the District of Columbia, and transcribed
8  under his direction.
9
10
11
12
13
14
15
16
17
18
19
20
21
22

01217
17    Q.  Leaving aside why they chose to pay that
18  spread though those providers, is it your
19  contention that those state Medicaid programs were
20  acting unlawfully when they paid a spread to those
21  providers?
22         MR. HENDERSON:  Objection.

01218
 1    A.  Again, I wouldn't want to comment on
 2  what was lawful.  I'm not here as a judge or a
 3  lawyer to interpret the law in that sense.


01346
12    Q.  And what is the role of the Departmental
13  Appeals Board in adjudicating what the intent of
14  regulations promulgated by the Department of
15  Health and Human Services is?
16    A.  Again, I'm not holding myself out to be
17  a lawyer or legal expert on their administrative
18  procedures.  But I believe that it's an
19  administrative procedure within the agency that
20  has to be exhausted before a state agency can take
21  them to court, or that should be exhausted.  I
22  don't know if it has to be.

01479
```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - -
 4   IN RE:  PHARMACEUTICAL          ) MDL NO. 1456
 5   INDUSTRY AVERAGE WHOLESALE      ) CIVIL ACTION
 6   PRICE LITIGATION                ) 01-CV-12257-PBS
 7   THIS DOCUMENT RELATES TO        )
 8   U.S. ex rel. Ven-a-Care of      ) Judge Patti B. Saris
 9   the Florida Keys, Inc.          )
10     v.                            ) Chief Magistrate
11   Abbott Laboratories, Inc.,      ) Judge Marianne B.
12   No. 06-CV-11337-PBS             ) Bowler
13   (caption continues)             )
14   - - - - - - - - - - - - - - -
15
16           Videotaped deposition of STEPHEN W.
17             SCHONDELMEYER, PHARM.D., PH.D.
18                   Volume V
19
20                   Washington, D.C.
21                   Friday, May 22, 2009
22                   9:00 a.m.
```

01480
```
 1   - - - - - - - - - - - - - - -
 2   THIS DOCUMENT RELATES TO        )
 3   U.S. ex rel. Ven-a-Care of      ) Judge Patti B. Saris
 4   the Florida Keys, Inc.          )
 5     v.                            ) Chief Magistrate
 6   Dey, Inc., et al.               ) Judge Marianne B.
 7   No. 05-CV-11084-PBS; and        ) Bowler
 8   - - - - - - - - - - - - - - -
 9   U.S. ex rel. Ven-a-Care of      ) Judge Patti B. Saris
10   the Florida Keys, Inc.          )
11     v.                            ) Chief Magistrate
12   Boehringer Ingelheim            ) Judge Marianne B.
13   Corporation, et al.             ) Bowler
14   No. 07-CV-10248-PBS             )
15   - - - - - - - - - - - - - - -
16
17
18
19
20
21
```

       22

01481
 1      Videotaped deposition of STEPHEN W.
 2  SCHONDELMEYER, PHARM.D., PH.D., held at the law
 3  offices of Jones Day, 51 Louisiana Avenue, N.W.,
 4  Washington, D.C. 20001-2113, the proceedings being
 5  recorded stenographically by Jonathan Wonnell, a
 6  Registered Professional Court Reporter and Notary
 7  Public of the District of Columbia, and transcribed
 8  under his direction.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22

01539
19     Q.  But you're not an expert in determining
20  the applicability of regulations to legal issues,
21  are you, sir?
22         MS. ST. PETER-GRIFFITH:  Object to the

01540
 1  form.
 2     A.  I'm an expert in public policy and its
 3  evaluation.
 4     Q.  But not an expert in determining the
 5  applicability of regulations to legal issues,
 6  correct?
 7         MS. ST. PETER-GRIFFITH:  Object to the
 8  form.
 9     Q.  That's not part of your expertise?
10     A.  The public policy evaluation is my
11  expertise.
12     Q.  And here we're not talking about public
13  policy, we're talking about regulations as they
14  relate to the classification of NovaPlus
15  ipratropium bromide under Medicare Part B,
16  correct, sir?
17     A.  This definitely has public policy
18  implications and impact and evaluation.
19     Q.  But what you are basing your testimony
20  on in part is an interpretation of the federal
21  regulation, correct?
22         MS. ST. PETER-GRIFFITH:  Object to the

01541
 1  form.
 2     A.  I'm basing it upon evaluating the
 3  implementation of a policy based on what was
 4  described by the agency and the tools and
 5  techniques I've been trained in in terms of
 6  public policy evaluation.
 7     Q.  Does your interpretation of the
 8  regulation govern any aspect of your opinion on
 9  NovaPlus ipratropium bromide?
10     A.  I don't understand your question.
11     Q.  Are you interpreting the federal
12  regulation 42 C.F.R. Section 405.517?  Isn't that
13  what you're doing in your written rebuttal
14  report?
15         MS. ST. PETER-GRIFFITH:  Object to the

 16  form.
 17      A.  I believe what I've stated in my report
 18  is appropriate opinion, appropriately justified,
 19  and I hold to that opinion.
 20      Q.  So in fact you are interpreting the
 21  federal regulation, correct?
 22          MS. ST. PETER-GRIFFITH:  Object to the

01542
 1  form.
 2      A.  I would not describe it that way.