# Dey's Medicare-Only Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare-Only Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Berenson, Robert | 3453 Newark Street NW, Washington, D.C. 20016 202-686-2727 | CMS | Listed as May Call by the DOJ; if not, Dey Will Call by Deposition Designations | 12/18/2007 |
| Booth, Charles | 8024 Ridgely Oak Road Baltimore, MD 410-668-2048 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 4/23/2007, 10/29/2007 |
| Bowen, Marianne | | CMS | May Call by Deposition Designations | 6/5/2007 |
| Bradford, W. David, Ph.D. | 201C Baldwin Hall Department of Public Administration & Policy University of Georgia Athens, GA 30602 706-542-2731 | Expert | Will Call Live | |
| Bronstein, Debra | 120 Canyon Drive Napa, CA 94558 707-224-1153 | Dey | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 3/11/2003 |
| Bryant, Joseph | | CMS | May Call by Deposition Designations | 11/15/2007 |
| Buto, Kathleen, | 7500 Security Boulevard Baltimore, MD 21244 410-786-3000 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 9/12/20007, 9/13/2007 |
| Chesser, Paul | 48 Hickory Bend Drive Cabot, AR 72023 501-225-8114 | OIG | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 6/24/2008, 10/28/2008 |
| Cobo, Luis | 3426 Duck Avenue Key West, FL 33040 305-292-1635 | Ven-A-Care | Listed as May Call by the DOJ; if not, Dey May Call Live or by Deposition Designations | 1/18/2008, 7/31/2008 |
| Cottrell, Danny | | Pharmacist | May Call by Deposition Designations | 8/30/2007 |
| Decker, Christopher | | Pharmacist | May Call by Deposition Designations | 12/11/2006 |

## Dey's Medicare-Only Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare-Only Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Denemark, Cynthia | | State Medicaid: Delaware | Listed as Expect to Call by the DOJ; if not, Dey Will Call by Deposition Designations | 12/09/2008, 12/10/2008 |
| DeParle, Nancy Ann | 4229 Leland Street<br>Chevy Chase, MD 20815<br>301-656-4104 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 5/18/2007, 12/5/2007 |
| Dubberly, Jerry | 2 Peachtree Street<br>Atlanta, GA 30303<br>404-656-4507 | State Medicaid: Georgia | Will Call Live or by Deposition Designations | 12/15/2008 |
| Duzor, Deidre | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 2/27/2008, 3/26/2008, 10/30/2007 |
| Eiler, Cheryl | 4150 Iowa Street<br>Indianapolis, Indiana, 46203<br>317-356-5998 | DMERC (Administar) | Will Call Live or by Deposition Designations | 8/26/2008, 8/27/2008, 8/28/2008, 9/23/2008 |
| Erick, Matthew | 782 Tim Tam Avenue<br>Gahanna, OH 43230<br>614-855-0819 | Wholesaler (Cardinal) | May Call by Deposition Designations | 6/17/2008, 6/27/2008 |
| Factor, Saul | 460 Silver Hollow Drive<br>Walnut Creek, CA 94598<br>925-947-2680 | Wholesaler (McKesson) | May Call by Deposition Designations | 6/20/2008, 9/4/2008 |
| Galles, Todd | 4267 Kingsford Drive<br>Napa, CA 94558<br>707-255-2565 | Dey | Listed as Expect to Call by the DOJ; if not, Dey May Call Live or by Deposition Designations | 2/28/2006, 3/1/2006 |
| Gaston, Sue | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | Listed as May Call by the DOJ; if not, Dey May Call Live or by Deposition Designations | 1/24/2008, 3/19/2008 |
| Gmeiner, Eve | 819 Garfield Drive<br>Petaluma, CA 94954<br>707-766-1729 | Dey | May Call by Deposition Designations | 1/20/2003 |
| Gottrich, Ron | 2300 W. White Oaks Drive<br>Springfield, IL 62704<br>217-698-5938 | State Medicaid: Illinois | May Call Live | |

## Dey's Medicare-Only Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare-Only Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Grossman, Steven | | Pharmacist | May Call by Deposition Designations | 10/24/2007 |
| Gurchiek, Christopher | 960 Water Grove Court<br>Roswell, GA 30075<br>678-297-2070 | Dey | May Call Live or by Deposition Designations | 5/3/2002 |
| Gustafson, Thomas | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 9/28/2007, 12/17/2007 |
| Hansen, Allan Tracy | 14400 Tomahawk Creek Parkway<br>Leawood, KS 66211<br>913-938-4711 | Myers & Stauffer | May Call Live or by Deposition Designations | 12/10/2008, 12/11/2008 |
| Helms, Robert, Ph.D. | American Enterprise Institute<br>1150 17th St., N.W.<br>Washington, D.C. 20036<br>202-862-5877 | Expert | Will Call Live | |
| Helton, Carolyn | 2 Vantage Way<br>Nashville, TN 37228<br>615-782-4500 | DMERC (CIGNA) | Listed as Expect to Call by the DOJ; if not, Dey will Call Live or by Deposition Designations | 3/13/2008, 10/16/2009 |
| Jackson, Milton | 10014 Fox Den Road<br>Ellicott City, MD 21042<br>410-465-6003 | OIG | May Call by Deposition Designations | 12/12/2008 |
| Johnston, Russell | 540 S Almond Street<br>Dixon, CA 95620<br>916-678-3467 | Dey | Will Call Live | |
| Jones, Mark | 3426 Duck Avenue<br>Key West, FL 33040<br>305-292-1635 | Ven-A-Care | Listed as May Call by the DOJ; if not, Dey May Call Live or by Deposition Designations | 12/8/2008, 12/9/2008 |
| Marrs, Pamela | 3185 Sonoma Valley Drive<br>Fairfield, CA 94534<br>707-429-5991 | Dey | Will Call Live | |
| Maxwell, Ann | | CMS | Will Call by Deposition Designations | 6/10/2009 |
| McNeill, Martha | | State Medicaid: Texas | May Call by Deposition Designations | 01/13/2009, 01/14/2009, 02/08/2007 |

## Dey's Medicare-Only Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare-Only Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Minne, Kristen | 10519 Oakmoor Lane<br>Parker, CO 80134<br>303-805-1665 | Compendia (RedBook) | May Call by Deposition Designations | 11/18/2008, 11/19/2008 |
| Molyneaux, Nancy | 330 Independence Avenue, SW<br>Room 5660<br>Washington, D.C. 20201<br>202-619-0480 | OIG | May Call by Deposition Designations | 1/11/2007 |
| Morgan, Patricia Kay | 700 South Harbour Island Blvd.<br>Tampa, Florida 33602<br>813-929-3615 | First DataBank | Will Call Live or by Deposition Designations | 1/11/2005, 8/27/2007, 11/30/2007 |
| Morris, Richard | 774 Exchange Mill Place<br>Dacula, GA 30019<br>770-338-2750 | CMS | May Call by Deposition Designations | 8/29/2007 |
| Niemann, Robert | 901 Timber Run Road<br>Reisterstown, MD 21136<br>410-833-0766 | CMS | Will Call Live or by Deposition Designations | 9/14/2007, 10/11/2007, 11/19/2009 |
| Oberting, Joseph | 2721 Laurel Street<br>Napa, CA 94558<br>707-256-3686 | Dey | May Call Live | |
| Ragone, Linda | 330 Independence Avenue, SW<br>Room 5660<br>Washington, D.C. 20201<br>202-619-0480 | OIG | Listed as Expect to Call by the DOJ; if not, Dey May Call Live or by Deposition Designations | 4/17/2007, 4/18/2007 |
| Rector, John | 11729 Crest Maple Drive<br>Lake Ridge, VA 22192<br>703-878-2626 | NCPA | Will Call Live or by Deposition Designations | 7/28/2009 |
| Reed, Charles Joseph III | 4000 Metropolitan Drive<br>Orange, CA 92868<br>916-363-8406 | Wholesaler (Amerisourcebergen) | May Call by Deposition Designations | 8/28/2007 |
| Reich, Ron | | Wholesaler (Cardinal) | May Call by Deposition Designations | 6/7/2007 |

4

## Dey's Medicare-Only Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare-Only Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Reid, Robert | c/o Jean M. Geoppinger<br>Waite, Schneider, Bayless & Chesley<br>1513 Fourth & Vine Tower<br>1 West Fourth Street<br>Cincinnati, OH 45202 | State Medicaid: Ohio | May Call by Deposition Designations | 12/15/2008 |
| Rice, Charles | 429 N. Mosley Road<br>Creve Coeur, MO 63141<br>314-997-7906 | Dey | May Call Live | |
| Richter, Elizabeth | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | Will Call Live or by Deposition Designations | 12/7/2007 |
| Robey, Victoria | | CMS | May Call by Deposition Designations | 3/20/2007 |
| Scully, Thomas | 1801 Edgehill Drive<br>Alexandria, VA 22307<br>703-683-3429 | CMS | Listed as May Call by the DOJ; if not, Will Call Live or by Deposition Designations | 5/15/2007, 7/13/2007 |
| Selenati, Helen | | Dey | Listed as Expect to Call by the DOJ; if not, Dey May Call by Deposition Designations | 05/04/2005, 05/05/2005 |
| Sernyak, Amy | 330 Independence Avenue, SW<br>Room 5660<br>Washington, D.C. 20201<br>202-619-0480 | OIG | May Call by Deposition Designations | 3/6/2007 |
| Stiroh, Lauren, Ph.D. | 50 Main St.<br>White Plains, NY 10606<br>914-448-4000 | Expert | May Call Live | |
| Stone, Robin | 190 Parkridge Drive, Suite 108<br>Columbia, SC 29212<br>803-407-4950 | DMERC (Palmetto) | Listed as Expect to Call by the DOJ; if not, Dey will Call Live or by Deposition Designations | 02/28/2008, 02/29/2008, 10/14/2009 |
| Sullivan, Leo | 1850 Memorial Blvd., Suite 202<br>Murfreesboro, TN<br>615-896-3876 | State Medicaid: Tennessee | Will Call Live or by Deposition Designations | 3/12/2008 |

## Dey's Medicare-Only Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare-Only Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Tawes, David | 330 Independence Avenue, SW Room 5660 Washington, D.C. 20201 202-619-0480 | OIG | Will Call Live or by Deposition Designations | 04/24/2007, 04/25/2007, 12/02/2008, 12/13/2007 |
| Teringer, Kate | | Wholesaler (Amerisourcebergen) | May Call by Deposition Designations | 4/4/2007 |
| Terrebonne, Mary | | State Medicaid: Louisiana | May Call by Deposition Designations | 11/7/2008 |
| Thompson, Francis | | CMS | Listed as Expect to Call by the DOJ; if not, May Call by Deposition Designations | 9/30/2008 |
| Tipton, Bruce | | Dey | May Call by Deposition Designations | 3/21/2006 |
| Vito, Robert | 330 Independence Avenue, SW Room 5660 Washington, D.C. 20201 202-619-0480 | OIG | Listed as May Call by the DOJ; if not, May Call by Deposition Designations | 02/05/2008, 02/06/2008, 06/19/2007, 06/20/2007, 12/02/2008 |
| Vladeck, Bruce | 65 Bergen Street, Suite 1535 Newark, NJ 07101 212-971-7243 | CMS | Listed as May Call by the DOJ; if not, Will Call Live or by Deposition Designations | 05/04/2007, 06/21/2007 |
| Walker, Gary | 2933 Laurel Street Napa, CA 94558 707-224-3200 | Dey | May Call Live | |
| Wiberg, Cody | 2829 University Avenue Southeast, Suite 530 Minneapolis, MN 55414 | State Medicaid: Minnesota | May Call by Deposition Designations | 3/14/2008 |