# Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Anderson, Jesse | | State Medicaid: Oregon | May Call by Deposition Designations | 12/16/2008 |
| Avarista, Paula | | State Medicaid: Rhode Island | Will Call by Deposition Designations | 12/4/2008 |
| Bahr, Debra | | State Medicaid: Kentucky | Listed as May Call by the DOJ; if not, Dey Will Call by Deposition Designations | 01/29/2008, 01/30/2008 |
| Berenson, Robert | 3453 Newark Street NW, Washington, D.C. 20016 202-686-2727 | CMS | Listed as May Call by the DOJ; if not, Dey Will Call by Deposition Designations | 12/18/2007 |
| Booth, Charles | 8024 Ridgely Oak Road Baltimore, MD 410-668-2048 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 4/23/2007, 10/29/2007 |
| Bowen, Marianne | | CMS | May Call by Deposition Designations | 6/5/2007 |
| Boyd, Dennis | | State Medicaid: Kentucky | May Call by Deposition Designations | 6/4/2008 |
| Bradford, W. David, Ph.D. | 201C Baldwin Hall Department of Public Administration & Policy University of Georgia Athens, GA 30602 706-542-2731 | Expert | Will Call Live | |
| Bridges, Suzette | | State Medicaid: Arkansas | Will Call by Deposition Designations | 12/10/2008, 12/11/2008 |
| Bronstein, Debra | 120 Canyon Drive Napa, CA 94558 707-224-1153 | Dey | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 3/11/2003 |
| Bruce, Tamara | | CMS | May Call by Deposition Designations | 11/6/2008 |
| Bryant, Joseph | | CMS | May Call by Deposition Designations | 11/15/2007 |
| Burridge, Craig | 11 Suncrest Drive Waterford, NY 12188 518-869-6595 | PSSNY | Will Call Live or by Deposition Designations | 4/22/2008 |
| Buto, Kathleen, | 7500 Security Boulevard Baltimore, MD 21244 410-786-3000 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 9/12/20007, 9/13/2007 |

## Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Campana, David | | State Medicaid: Alaska | Will Call by Deposition Designations | 08/19/2008, 08/20/2008, 08/21/2008 |
| Chadwick, Kathy | | Compendia (First DataBank) | May Call by Deposition Designations | 10/24/2007 |
| Chapman, Allen | | State Medicaid: Colorado | Will Call by Deposition Designations | 12/15/2008 |
| Cheloha, Gary | | State Medicaid: Nebraska | Will Call by Deposition Designations | 12/02/2008, 12/03/2008 |
| Chesser, Paul | 48 Hickory Bend Drive Cabot, AR 72023 501-225-8114 | OIG | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 6/24/2008, 10/28/2008 |
| Cioppa, Carl | | State Medicaid: New York | Listed as May Call by the DOJ; if not, Dey Will Call by Deposition Designations | 3/10/10, 3/11/10 |
| Cobo, Luis | 3426 Duck Avenue Key West, FL 33040 305-292-1635 | Ven-A-Care | Listed as May Call by the DOJ; if not, Dey May Call Live or by Deposition Designations | 1/18/2008, 3/4/2008, 7/31/2008 |
| Collins, Theodore | | State Medicaid: Wisconsin | May Call by Deposition Designations | 10/30/2007, 12/20/2007 |
| Cottrell, Danny | | Pharmacist | May Call by Deposition Designations | 8/30/2007 |
| Davis, Myra | | State Medicaid: Washington | May Call by Deposition Designations | 12/3/2008 |
| Decker, Christopher | | Pharmacist | May Call by Deposition Designations | 12/11/2006 |
| Denemark, Cynthia | | State Medicaid: Delaware | Listed as Expect to Call by the DOJ; if not, Dey Will Call by Deposition Designations | 12/09/2008, 12/10/2008 |
| DeParle, Nancy Ann | 4229 Leland Street Chevy Chase, MD 20815 301-656-4104 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 5/18/2007, 12/5/2007 |
| Donovan, Lynn | | State Medicaid: Hawaii | Will Call by Deposition Designations | 04/29/2008, 07/20/2009, 08/26/2009 |
| Driver, Rhonda | | State Medicaid: Missouri | May Call by Deposition Designations | 10/18/2007 |

## Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Dubberly, Jerry | 2 Peachtree Street<br>Atlanta, GA 30303<br>404-656-4507 | State Medicaid: Georgia | Will Call Live or by Deposition Designations | 12/15/2008 |
| Dudley, Evelyn | | State Medicaid: Connecticut | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 05/16/2005, 06/22/2005 |
| Duerr, Gary | | State Medicaid: Idaho | Will Call by Deposition Designations | 12/3/2009 |
| Duzor, Deidre | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | Listed as May Call by the DOJ; if not, Dey Will Call by Deposition Designations | 2/27/2008, 3/26/2008, 10/30/2007 |
| Eiler, Cheryl | 4150 Iowa Street<br>Indianapolis, Indiana, 46203<br>317-356-5998 | DMERC (Administar) | Will Call Live or by Deposition Designations | 8/26/2008, 8/27/2008, 8/28/2008, 9/23/2008 |
| Erick, Matthew | 782 Tim Tam Avenue<br>Gahanna, OH 43230<br>614-855-0819 | Wholesaler (Cardinal) | May Call by Deposition Designations | 6/17/2008, 6/27/2008 |
| Factor, Saul | 460 Silver Hollow Drive<br>Walnut Creek, CA 94598<br>925-947-2680 | Wholesaler (McKesson) | May Call by Deposition Designations | 6/20/2008, 9/4/2008 |
| Farrand, Lise | | State Medicaid: New Hampshire | Listed as Expect to Call by the DOJ; if not, Dey Will Call by Deposition Designations | 10/28/2008 |
| Finch, Mary | | State Medicaid: Alabama | May Call by Deposition Designations | 05/23/2007, 05/24/2007, 08/08/2007, 08/09/2007 |
| Fine, Joseph | | State Medicaid: Maryland | May Call by Deposition Designations | 12/9/2008 |
| Frawley, Stephanie | | State Medicaid: Alabama | May Call by Deposition Designations | 6/26/2007 |
| Galles, Todd | 4267 Kingsford Drive<br>Napa, CA 94558<br>707-255-2565 | Dey | Listed as Expect to Call by the DOJ; if not, Dey May Call Live or by Deposition Designations | 2/28/2006, 3/1/2006 |
| Gaston, Sue | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | Listed as May Call by the DOJ; if not, Dey Will Call Live or by Deposition Designations | 1/24/2008, 3/19/2008 |

## Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| George, Brenda | | State Medicaid: Alabama | May Call by Deposition Designations | 6/12/2008 |
| Gilmore, Gary | | State Medicaid: Massachusetts | May Call by Deposition Designations | 7/26/2007 |
| Gladden, Patricia | | State Medicaid: Texas | May Call by Deposition Designations | 1/15/2009 |
| Gmeiner, Eve | 819 Garfield Drive<br>Petaluma, CA 94954<br>707-766-1729 | Dey | May Call by Deposition Designations | 1/20/2003 |
| Gorospe, Kevin | | State Medicaid: California | Listed as Expect to Call by the DOJ; if not, Dey Will Call by Deposition Designations | 03/19/2008, 05/06/2009, 09/22/2008, 12/03/2008 |
| Gottrich, Ron | 2300 W. White Oaks Drive<br>Springfield, IL 62704<br>217-698-5938 | State Medicaid: Illinois | May Call Live | |
| Grossman, Steven | | Pharmacist | May Call by Deposition Designations | 10/24/2007 |
| Gurchiek, Christopher | 960 Water Grove Court<br>Roswell, GA 30075<br>678-297-2070 | Dey | May Call Live or by Deposition Designations | 5/3/2002 |
| Gustafson, Thomas | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 9/28/2007, 12/17/2007 |
| Hansen, Allan Tracy | 14400 Tomahawk Creek Parkway<br>Leawood, KS 66211<br>913-938-4711 | Myers & Stauffer | Will Call Live or by Deposition Designations | 12/10/2008, 12/11/2008 |
| Harper, Leslie | | State Medicaid: Texas | May Call by Deposition Designations | 1/27/2009 |
| Hautea-Wimpee, Ayuni | | State Medicaid: Washington | Will Call by Deposition Designations | 11/24/2008, 12/02/2008 |
| Hayashi, Keith | | State Medicaid: Virginia | May Call by Deposition Designations | 12/4/2008 |
| Hazelwood, Marvin | 1812 S. Cog Mill Ct.<br>Springfield, IL 62704<br>(217) 787-6252 | State Medicaid: Illinois | May Call Live | |

## Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Helms, Robert, Ph.D. | American Enterprise Institute 1150 17th St., N.W. Washington, D.C. 20036 202-862-5877 | Expert | Will Call Live | |
| Helton, Carolyn | 2 Vantage Way Nashville, TN 37228 615-782-4500 | DMERC (CIGNA) | Listed as Expect to Call by the DOJ; if not, Dey will Call Live or by Deposition Designations | 3/13/2008, 10/16/2009 |
| Hillblom, Douglas | | State Medicaid: California | May Call by Deposition Designations | 9/23/2008 |
| Hiramatsu, Aileen | | State Medicaid: Hawaii | May Call by Deposition Designations | 05/01/2008, 05/02/2008, 06/11/2009, 07/14/2009 |
| Homar, Roxanne | | State Medicaid: Wyoming | Listed as May Call by the DOJ; if not, Dey Will Call by Deposition Designations | 12/2/2008 |
| Iversen, Larry | | State Medicaid: South Dakota | Will Call by Deposition Designations | 12/15/2008 |
| Jackson, Milton | 10014 Fox Den Road Ellicott City, MD 21042 410-465-6003 | OIG | May Call by Deposition Designations | 12/12/2008 |
| Jeffrey, Paul | | State Medicaid: Massachusetts | Listed as May Call by the DOJ; if not, Dey Will Call by Deposition Designations | 06/14/2007, 10/19/2007 |
| Johnston, Russell | 540 S Almond Street Dixon, CA 95620 916-678-3467 | Dey | Will Call Live | |
| Jones, Collen | | State Medicaid: Wyoming | May Call by Deposition Designations | 12/3/2008 |
| Jones, Mark | 3426 Duck Avenue Key West, FL 33040 305-292-1635 | Ven-A-Care | Listed as May Call by the DOJ; if not, Dey May Call Live or by Deposition Designations | 12/8/2008, 12/9/2008 |
| Joyce, Brendan | | State Medicaid: North Dakota | Will Call by Deposition Designations | 12/12/2008 |
| Kenyon, James | | State Medicaid: Michigan | May Call by Deposition Designations | 3/25/2008 |

## Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Ketchum, Kathy | | State Medicaid: Oregon | May Call by Deposition Designations | 12/15/2008 |
| King, Peggy | | State Medicaid: West Virginia | Will Call by Trial Testimony Designations | 11/30/2005 |
| Kramer, Sandra | | State Medicaid: Michigan | Will Call by Deposition Designations | 3/25/2008 |
| Lasky, Elizabeth | 3 Burton Lane<br>Loudonville, NY 12211<br>518-436-7951 | PSSNY | May Call by Deposition Designations | 4/23/2008 |
| Leary, Paul | | State Medicaid: Idaho | Will Call by Deposition Designations | 12/1/2009 |
| Mankin, Rebecca | | State Medicaid: Missouri | May Call by Deposition Designations | 10/17/2007 |
| Marrs, Pamela | 3185 Sonoma Valley Drive<br>Fairfield, CA 94534<br>707-429-5991 | Dey | Will Call Live | |
| Maxwell, Ann | | CMS | Will Call by Deposition Designations | 6/10/2009 |
| McCann, Susan | | State Medicaid: Missouri | May Call by Deposition Designations | 10/03/2007, 11/07/2007 |
| McNeill, Martha | | State Medicaid: Texas | May Call by Deposition Designations | 01/13/2009, 01/14/2009, 02/07/2007, 02/08/2007 |
| Minne, Kristen | 10519 Oakmoor Lane<br>Parker, CO 80134<br>303-805-1665 | Compendia (RedBook) | May Call by Deposition Designations | 11/18/2008, 11/19/2008 |
| Molyneaux, Nancy | 330 Independence Avenue, SW<br>Room 5660<br>Washington, D.C. 20201<br>202-619-0480 | OIG | May Call by Deposition Designations | 1/11/2007 |
| Morgan, Marcia | | State Medicaid: Kentucky | May Call by Deposition Designations | 10/8/2008 |
| Morgan, Patricia Kay | 700 South Harbour Island Blvd.<br>Tampa, Florida 33602<br>813-929-3615 | First DataBank | Will Call Live or by Deposition Designations | 1/11/2005, 8/27/2007, 11/30/2007 |

## Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Morris, Richard | 774 Exchange Mill Place<br>Dacula, GA 30019<br>770-338-2750 | CMS | May Call by Deposition Designations | 8/29/2007 |
| Murphy, Heather | | State Medicaid: Texas | May Call by Deposition Designations | 3/31/2009 |
| Nesser, Nancy | | State Medicaid: Oklahoma | Will Call by Deposition Designations | 12/12/2008 |
| Niemann, Robert | 901 Timber Run Road<br>Reisterstown, MD 21136<br>410-833-0766 | CMS | Will Call Live or by Deposition Designations | 9/14/2007, 10/11/2007, 11/19/2009 |
| Oberting, Joseph | 2721 Laurel Street<br>Napa, CA 94558<br>707-256-3686 | Dey | May Call Live | |
| O'Connor, Frank | | State Medicaid: Delaware | May Call by Deposition Designations | 12/10/2008 |
| Oestreich, George | | State Medicaid: Missouri | May Call by Deposition Designations | 11/27/2007, 11/28/2007 |
| Parker, James | | State Medicaid: Illinois | Listed as Expect Call by the DOJ; if not, Dey May Call by Deposition Designations | 11/18/2008 |
| Parrella, David | | State Medicaid: Connecticut | May Call by Deposition Designations | 6/3/2005 |
| Poulsen, Dorothy | | State Medicaid: Montana | Will Call by Deposition Designations | 2/22/2006 |
| Ragone, Linda | 330 Independence Avenue, SW Room 5660<br>Washington, D.C. 20201<br>202-619-0480 | OIG | Listed as Expect to Call by the DOJ; if not, Dey May Call Live or by Deposition Designations | 4/17/2007, 4/18/2007 |
| Rector, John | 11729 Crest Maple Drive<br>Lake Ridge, VA 22192<br>703-878-2626 | NCPA | Will Call Live or by Deposition Designations | 7/28/2009 |
| Reed, Charles Joseph III | 4000 Metropolitan Drive<br>Orange, CA 92868<br>916-363-8406 | Wholesaler (Amerisourcebergen) | May Call by Deposition Designations | 8/28/2007 |

## Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Reed, Larry | 7500 Security Boulevard<br>Baltimore, MD  21244<br>410-786-3000 | CMS | Listed as May Call by the DOJ; if not, Dey May Call by Deposition Designations | 03/18/2008, 09/26/2007, 09/27/2007, 10/02/2008, 10/22/2008, 11/19/2009, 03/20/2008 |
| Reich, Ron | | Wholesaler (Cardinal) | May Call by Deposition Designations | 6/7/2007 |
| Reid, Robert | c/o Jean M. Geoppinger<br>Waite, Schneider, Bayless & Chesley<br>1513 Fourth & Vine Tower<br>1 West Fourth Street<br>Cincinnati, OH 45202 | State Medicaid: Ohio | Will Call by Deposition Designations | 12/15/2008 |
| Rice, Charles | 429 N. Mosley Road<br>Creve Coeur, MO 63141<br>314-997-7906 | Dey | May Call Live | |
| Richter, Elizabeth | 7500 Security Boulevard<br>Baltimore, MD 21244<br>410-786-3000 | CMS | Will Call Live or by Deposition Designations | 12/7/2007 |
| Ridout, Benny | | State Medicaid: New Jersey | May Call by Deposition Designations | 12/5/2008 |
| Robey, Victoria | | CMS | May Call by Deposition Designations | 3/20/2007 |
| Robinson, Mike | | State Medicaid: Kentucky | May Call by Deposition Designations | 2/7/2008 |
| Rosenstein, Stanley | | State Medicaid: California | May Call by Deposition Designations | 05/19/2009, 11/06/2008 |
| Rowlands, Mary | | State Medicaid: Wisconsin | May Call by Deposition Designations | 11/1/2007 |
| Rugg, Ann | | State Medicaid: Vermont | Listed as May Call by the DOJ; if not, Dey Will Call by Deposition Designations | 12/15/2008 |
| Scully, Thomas | 1801 Edgehill Drive<br>Alexandria, VA 22307<br>703-683-3429 | CMS | Listed as May Call by the DOJ; if not, Will Call Live or by Deposition Designations | 5/15/2007, 7/13/2007 |

8

# Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Selenati, Helen | | Dey | Listed as Expect to Call by the DOJ; if not, Dey May Call by Deposition Designations | 05/04/2005, 05/05/2005 |
| Sernyak, Amy | 330 Independence Avenue, SW Room 5660 Washington, D.C. 20201 202-619-0480 | OIG | May Call by Deposition Designations | 3/6/2007 |
| Sexton, Gail | 7500 Security Boulevard Baltimore, MD 21244 410-786-3000 | CMS | May Call by Deposition Designations | 5/20/2008 |
| Sharp, Michael | 9791 Wentworth Ct Carmel, IN 46032-9383 317-879-1370 | State Medicaid: Indiana | Will Call by Deposition Designations | 3/28/2008 |
| Sharpe, Robert | | State Medicaid: Florida | May Call by Deposition Designations | 06/15/2006, 06/14/2006 |
| Shirley, Carl | | State Medicaid: Indiana | May Call by Deposition Designations | 12/02/2008, 12/03/2008 |
| Squartsoff, Laurie | | State Medicaid: Nevada | Will Call by Deposition Designations | 3/6/2006 |
| Steckel, Carol Herrmann | | State Medicaid: Alabama | May Call by Deposition Designations | 03/28/2007, 04/18/2007 |
| Stevens, Robert | | State Medicaid: New Mexico | Will Call by Deposition Designations | 12/15/2008 |
| Stiroh, Lauren, Ph.D. | 50 Main St. White Plains, NY 10606 914-448-4000 | Expert | May Call Live | |
| Stone, Robin | 190 Parkridge Drive, Suite 108 Columbia, SC 29212 803-407-4950 | DMERC (Palmetto) | Listed as Expect to Call by the DOJ; if not, Dey will Call Live or by Deposition Designations | 02/28/2008, 02/29/2008, 10/14/2009 |
| Sullivan, Leo | 1850 Memorial Blvd., Suite 202 Murfreesboro, TN 615-896-3876 | State Medicaid: Tennessee | Will Call Live or by Deposition Designations | 3/12/2008 |

# Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Tawes, David | 330 Independence Avenue, SW Room 5660 Washington, D.C. 20201 202-619-0480 | OIG | Will Call Live or by Deposition Designations | 04/24/2007, 04/25/2007, 12/02/2008, 12/13/2007 |
| Teringer, Kate | | Wholesaler (Amerisourcebergen) | May Call by Deposition Designations | 4/4/2007 |
| Terra, James | | State Medicaid: California | May Call by Deposition Designations | 12/4/2008 |
| Terrebonne, Mary | | State Medicaid: Louisiana | Will Call by Deposition Designations | 11/7/2008 |
| Tetkoski, Frank | | State Medicaid: Maryland | May Call by Deposition Designations | 12/11/2009 |
| Thompson, Francis | | CMS | Listed as Expect to Call by the DOJ; if not, May Call by Deposition Designations | 9/30/2008 |
| Tipton, Bruce | | Dey | May Call by Deposition Designations | 3/21/2006 |
| Tomlison, Howard | | State Medicaid: Virginia | May Call by Deposition Designations | 11/03/2008, 11/04/2008 |
| Toney, David | | State Medicaid: Alabama | May Call by Deposition Designations | 6/6/2007 |
| Vaccaro, Ed | | State Medicaid: New Jersey | Listed as May Call by the DOJ; if not, Will Call by Deposition Designations | 12/03/2008, 12/02/2008 |
| Vavra, James | | State Medicaid: Wisconsin | May Call by Deposition Designations | 08/16/2007, 09/26/2007, 09/27/2007 |
| Vito, Robert | 330 Independence Avenue, SW Room 5660 Washington, D.C. 20201 202-619-0480 | OIG | Listed as May Call by the DOJ; if not, May Call by Deposition Designations | 02/05/2008, 02/06/2008, 06/19/2007, 06/20/2007, 12/02/2008 |
| Vladeck, Bruce | 65 Bergen Street, Suite 1535 Newark, NJ 07101 212-971-7243 | CMS | Listed as May Call by the DOJ; if not, Will Call Live or by Deposition Designations | 05/04/2007, 06/21/2007 |
| Walker, Gary | 2933 Laurel Street Napa, CA 94558 707-224-3200 | Dey | May Call Live | |

## Dey's Medicare/Medicaid Witness List

| Name | Last Known Address/Phone # (if witness may be called live) | Affiliation | Intent to Call in Medicare/Medicaid Trial | Date of Designation (if Witness May be Called by Deposition) |
|---|---|---|---|---|
| Walsh, Jude | | State Medicaid: Maine | Will Call by Deposition Designations | 03/26/2008 |
| Weeks, Lisa | | State Medicaid: North Carolina | Listed as May Call by the DOJ; if not, May Call by Deposition Designations | 10/21/2008 |
| Wells, Jerry | | State Medicaid: Florida | Listed as May Call by the DOJ; if not, Will Call by Deposition Designations | 05/25/2005, 05/26/2005, 08/15/2006, 12/15/2004, 12/15/2008, 12/16/2004 |
| Wiberg, Cody | 2829 University Avenue Southeast, Suite 530 Minneapolis, MN 55414 | State Medicaid: Minnesota | Will Call Live or by Deposition Designations | 3/14/2008 |
| Young, John | | State Medicaid: Rhode Island | May Call by Deposition Designations | 12/3/2008 |