UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>Cause No. 1:06-CV-11069-PBS | |

**[PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL OF
DEY, INC. WITH PREJUDICE**

The Motion for Dismissal of Dey, Inc. (Dey) with Prejudice is hereby GRANTED.

Defendant Dey is hereby dismissed from the above-referenced action.

The parties shall each bear their own costs.

This dismissal has no effect on the State of Arizona's claims or allegations against any parties other than Dey.

SO ORDERED this 28 day of April, 2010.

_____
HON. PATTI B. SARIS, USDJ

- 1 -

001534-14 364984 V1

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 19th day of April, 2010.

> By   s/ Steve W. Berman
> Steve W. Berman
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA 98101
> (206) 623-7292