UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The State of Iowa,*<br>v.<br>*Abbott Laboratories, et al.* | MDL NO. 1456<br>Master File No.: 01-12257-PBS<br>Subcategory Case No: 03-10643-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS BROUGHT BY
THE STATE OF IOWA AGAINST DEFENDANT ETHEX CORPORATION**

The Motion for Dismissal filed by the State of Iowa and ETHEX Corporation is hereby GRANTED. All claims in this action brought by the State of Iowa against ETHEX Corporation are dismissed with prejudice and without costs to any party.

SO ORDERED

DATED: April 28, 2010.

_____
Judge Patti B. Saris