UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>United States of America ex rel. Ven-A-Care of the<br>Florida Keys, Inc., el al. v. Dey, Inc., et at.,<br>Civil Action No. 05-11084-PBS | CIVIL ACTION NO.<br>01-12257-PBS<br>06-11337-PBS<br>MDL 1456 |

**<u>PRETRIAL ORDER</u>**

SARIS, D.J.                                                                                                              May 3, 2010

The above action has been set down for a JURY TRIAL on 9/13/10, at 9:00 AM

A FINAL PRETRIAL CONFERENCE has been scheduled for 9/8/10, at 3:00 PM.

By <u>8/9/10</u>, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

Objections to the pretrial disclosures shall be served and filed by <u>8/23/10</u>.

By <u>8/25/10</u>, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

By <u>9/1/10</u>, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fourteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

---

[1] Exhibits shall be <u>premarked</u> with <u>one</u> set of exhibit numbers, and the <u>case number</u> is also to appear on each exhibit sticker. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By 9/1/10, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 9/7/10.

**NOTE**:   **IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk