DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456 ) |
| THIS DOCUMENT RELATES TO: | ) Master Case No. 01-12257-PBS ) Subcategory Case No. 06-11337-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | ) ) ) |

**ORDER**

Upon consideration of the United States' Motion for Expedited Order Permitting Use of Depositions of Witnesses More than 100 Miles from the Courthouse and for Leave to Subpoena Witnesses (Doc. #6943, Sub. #704), and the responses thereto, and pursuant to 31 U.S.C. § 3731(a), and Fed. R. Civ. P. 45(b)(2)(A)-(D), it is hereby ORDERED that the parties are granted leave to serve trial subpoenas upon witnesses located more than 100 miles from Boston.

DATED: This 3rd day of May, 2010

/s/ Patti B. Saris
Patti B. Saris
United States District Judge

(at each party's own expense)