UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF FIRM NAME CHANGE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE THAT effective May 1, 2010, Hogan & Hartson LLP has changed its name to Hogan Lovells US LLP.  All future reference to the firm in this matter should be to Hogan Lovells US LLP.  The address, phone numbers and fax numbers of lawyers on this matter have not changed.  Lawyers' e-mail addresses are as follows:

      Steven M. Edwards – steven.edwards@hoganlovells.com
      Lyndon M. Tretter – lyndon.tretter@hoganlovells.com
      Thomas J. Sweeney, III – thomas.sweeney@hoganlovells.com
      James S. Zucker – james.zucker@hoganlovells.com
      Hoa T.T. Hoang – hoa.hoang@hoganlovells.com

Dated:  May 5, 2010

**HOGAN LOVELLS US LLP**

By:/s/ Hoa. T.T. Hoang

Steven M. Edwards
Lyndon M. Tretter
Thomas J. Sweeney, III

\\\NY - 058559/000059 - 2200650 v1

      James S. Zucker
      Hoa T.T. Hoang
      Admitted *pro hac vice*
      875 Third Avenue
      New York, NY  10022
      Tel: (212) 918- 3000
      Fax: (212) 918-3100
      hoa.hoang@hoganlovells.com

      **DWYER & COLLORA, LLP**
      Thomas E. Dwyer
      Jennifer M. Ryan
      600 Atlantic Avenue
      Boston, MA  02210
      Tel: (617) 371-1000
      Fax: (617) 371-1037
      tdwyer@dwyercollora.com
      jryan@dwyercollora.com

      *Attorneys for Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on May 5, 2010 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                      /s/ Hoa T.T. Hoang
                         Hoa T.T. Hoang