UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | Master Civil No. 01-cv-12257<br><br>MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that attorney Jennifer Fountain Connolly hereby withdraws as counsel of record for Class Plaintiffs in this action as she will no longer be practicing with the firm of Wexler Wallace LLP effective May 7, 2010.  Ms. Connolly's withdrawal will not cause any delay in the prosecution of this action because the law firm of Wexler Wallace LLP continues to represent Plaintiffs.

Dated:  May 7, 2010

By: /s/ *Jennifer Fountain Connolly*
Kenneth A. Wexler
Jennifer Fountain Connolly
Amber M Nesbitt
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

*In re Pharmaceutical Industry Average Wholesale Price Litigation*
Master Case No. 01-cv-12257, MDL 1456

I, Jennifer Fountain Connolly hereby certify that I am one of Class Plaintiffs' attorneys and that, on May 7, 2010, I caused a copy of the foregoing **Notice of Withdrawal of Counsel** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ *Jennifer Fountain Connolly*
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile