# EXHIBIT 2

Page 563

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3     - - - - - - - - - - - - - - - -

 4     IN RE:  PHARMACEUTICAL       )   MDL NO. 1456

 5     INDUSTRY AVERAGE WHOLESALE   )   CIVIL ACTION

 6     PRICE LITIGATION             )   01-CV-12257-PBS

 7     THIS DOCUMENT RELATES TO     )

 8     U.S. ex rel. Ven-a-Care of   )   Judge Patti B. Saris

 9     the Florida Keys, Inc.       )

10         v.                       )   Chief Magistrate

11     Abbott Laboratories, Inc.,   )   Judge Marianne B.

12     No. 06-CV-11337-PBS          )   Bowler

13     (caption continues)          )

14     - - - - - - - - - - - - - - - -

15

16         Videotaped deposition of ROBERT A. NIEMANN

17                         Volume 3

18

19

20                         Baltimore, Maryland

21                         Thursday, November 19, 2009

22                         9:00 a.m.
```

```
 1      Q.    Let me strike it.  Let's start over.  I see
 2  your concern.
 3      A.    It was a concern.  I don't know how
 4  predominant it was.  It was a concern.
 5      Q.    It was discussed more than once?
 6      A.    Probably.
 7      Q.    And why do you say that?
 8      A.    I don't recall anything in my 30 year
 9  career that wasn't discussed more than once.
10      Q.    Fair enough.  And you do recall having
11  conversations about how moving away from AWP and going
12  to estimated acquisition cost might have impact on
13  beneficiaries' access to care, right?
14      A.    That concern was raised.
15            I'm sorry.  Would you ask your question
16  again?
17      Q.    I think you answered it.
18      A.    Okay.
19      Q.    You don't recall who it was raised by?
20      A.    Right.
21      Q.    But it was a conversation that you had
22  within HCFA?
```

Niemann, Robert A. - Vol. III                                    November 19, 2009
                          Baltimore, MD

Page 605

1       A.      Right.

2       Q.      And you don't recall any other -- you can't

3  tell me anything else about the content of those

4  discussions as you sit here today; is that right?

5       A.      Yes.

6       Q.      And it's been some time since you've had

7  those conversations, right?

8       A.      Yes.

9       Q.      Your memory has faded over time?

10      A.      Yes, it has.

11      Q.      If I had the opportunity to ask you these

12 questions closer in time to when you had the

13 discussions you might be able to share with the jury

14 more information about what was discussed, right?

15              MS. OBEREMBT:  Objection.  Calls for

16 speculation.

17      A.      That's what I was going to say.  I don't

18 know.

19      Q.      Well, what do you think, Mr. Niemann?  Do

20 you think if I was able to ask you these questions

21 closer in time to the conversations you would remember

22 more about them?

Niemann, Robert A. - Vol. III                                    November 19, 2009
                            Baltimore, MD

Page 626

1   UNITED STATES OF AMERICA    )

2

3   STATE OF MARYLAND           )

4           I, JONATHAN WONNELL, a Notary Public in and

5   for the State of Maryland, do hereby certify that the

6   within transcript is a true and accurate record of the

7   testimony under oath and other proceedings in the

8   above-entitled matter.

9           I further certify that I am not a relative,

10  employee, attorney or counsel of any of the parties to

11  this action and that I am in no way interested in the

12  outcome of this matter.

13          IN WITNESS WHEREOF, I have hereunto set my

14  hand this _____ day of _____, 20____.

15

16

17          _____

18                    JONATHAN WONNELL

19

20  My Commission expires:

21  November 21, 2011

22