UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) ) Master Case No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) Subcategory Case No. 06-11337-PBS ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | ) ) ) |

**UNITED STATES' WITNESS LIST AND IDENTIFICATION OF DEPOSITIONS IT EXPECTS TO PRESENT FOR MEDICARE-ONLY TRIAL**

The United States submits the Witness List attached as Attachment A hereto, identifying the witnesses the United States expects to call or may call to testify at a Medicare-only trial against the Dey defendants. The United States may also call any witness identified by the defendants.

The United States submits as Attachment B hereto a list of witnesses whose testimony the United States expects to present by deposition at a Medicare-only trial. The United States reserves the right to supplement these designations, including in response to evidence offered by the defendants.

Respectfully submitted,

| | |
|---|---|
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL | CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY |
| /s/ *Laurie A. Oberembt*<br>Joyce R. Branda<br>Daniel R. Anderson<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 514-3345 | By:  /s/ *George B. Henderson, II*<br>George B. Henderson, II<br>Barbara Healy Smith<br>James J. Fauci<br>Assistant U.S. Attorneys<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3272 |

FOR THE RELATOR,

| | |
|---|---|
| James J. Breen<br>The Breen Law Firm, P.A.<br>5755 Northpoint Parkway, Suite 260<br>Alpharetta, GA 30022<br>Tel.  (770) 740-000 | Susan Schneider Thomas, Esq.<br>Gary Azorsky, Esq.<br>Berger & Montague, P.C.<br>1622 Locust St.<br>Philadelphia, PA 19103<br>(215) 875-3000 |

CERTIFICATE OF SERVICE

   I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

         /s/ *George B. Henderson, II*
         George B. Henderson, II

Dated: May 11, 2010         Assistant U.S. Attorney