**Attachment A**

**List of Witnesses Whom the United States Expects to Call or May Call Live (Medicare-only trial)**

| Name | Address/Phone # (if not previously provided) | Affiliation | Intent to Call | Objection |
|---|---|---|---|---|
| Dew, Ian | Steck Consulting, LLC, 1730 Rhode Island Ave, N.W., Suite 507, Washington, DC 20036. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Consultant | Expect | |
| Duggan, Mark (Dey/ Roxane) | University of Maryland, Department of Economics, 3105 Tydings Hall, College Park, MD 20742. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Expert | Expect | |
| Galles, Todd Christopher | 215 Alchemy Way, Napa, CA 94558 / (707) 255-2565 or (707) 226-2565. | Dey | Expect | |
| Guerrant, Timothy | Contact through: Bruce A. Roby, Esq., Waggener, Arterburn & Standiferd 1400 SW Topeka Blvd. Topeka, KS 66612-1819 / (785) 235-2361 barlaw@sbcglobal.net | Consultant | Expect | |
| Helton, Carolyn | Carolyn Helton, CIGNA, 2 Vantage Way, Nashville, TN 37228, (615) 782-4500. To be contacted through carrier counsel: Michael Wade, Office of Counsel, CIGNA Government Services, Two Vantage Way, Nashville, TN 37228 / (860) 226-2457. Michael.Wade@CIGNA.com | DMERC | Expect | |
| King, Colleen | 75 Kelly Ave. Wilkes-Barre, PA 18705 570-825-4716. Contact through counsel for the United States, Rebecca Ford / (202) 514-1511. | DMERC | Expect | |
| Perri, Matthew | Department of Clinical and Administrative Pharmacy, University of Georgia College of Pharmacy, Athens, GA 30602. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Expert | Expect | |
| Platt, Simon | 60 State Street, Suite 3500, 35th Floor, Boston, MA 02109. Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Expert | Expect | |

**Attachment A**

**List of Witnesses Whom the United States Expects to Call or May Call Live (Medicare-only trial)**

| | | | | |
|---|---|---|---|---|
| Selenati, Helen | Helen Burnham Selenati 106 Mendocino Way Redwood City, CA 94065 / (650) 596-0807. | Dey | Expect | |
| Stone, Robin Kruesh | Palmetto GBA, Carolina Research Park, 17 Technology Circle, Columbia, SC  29203 / (803) 763-1098. robin.stone@palmettogba.com. Contact through counsel Rodney A. Johnson, Palmetto GBA, (803) 763-7368. | DMERC | Expect | |
| Thompson, Don | 7500 Security Boulevard Baltimore, MD  21244 / 410-786-3000.  Contact through counsel for the United States:  Rebecca Ford / (202) 514-1511. | HHS | Expect | |
| Tupa, Edward J | 130 County Road, P.O. Box 1094, Granby, CO 80446 / (970) 887-3011. | Boehringer | Expect | |
| Uhl, Ross | 28499 Ono Blvd. Orange Beach, AL 36561 251-981-1967 | Dey | Expect | |
| Via, Thomas | 12065 Silver Shore Court Indianapolis, IN 46236 317-826-8409.  Contact through counsel for Roxane: Helen Witt, (312) 862-2000 | Boehringer | Expect | |
| Winter, Raymond | Chief, Civil Medicaid Fraud Division, PO Box 12548 Austin, Texas 78711-2548 / (512) 936-1709. | Third party | Expect | |
| Berenson, Robert | Urban Institute, 2100 M Street, N.W., Washington, DC 20037.  Contact through counsel for the United States: Rebecca Ford (202) 514-1511. | HHS | May | |
| Booth, Charles | 8024 Ridgely Oak Road, Baltimore, MD  21234  / (410) 668-2048.  Contact through counsel for the United States,   Rebecca Ford / (202) 514-1511. | HHS | May | |
| Bronstein, Debra Jane | 11955 E LA Posada Circle, Scottsdale, AZ  / (480) 502-8135. | Dey | May | |
| Buto, Kathleen | 2032 North Stafford Street, Arlington, VA 22207.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May | |

**Attachment A**

**List of Witnesses Whom the United States Expects to Call or May Call Live (Medicare-only trial)**

| | | | | |
|---|---|---|---|---|
| Cobo, Luis | 615 1/2 Duval Street, Unit 4, Key West, FL  33040.  Contact through counsel:  James J. Breen, (770) 740-0009. | Relator | May | |
| Davis, Marilyn K. | Contact through counsel John Kern, Esq., Manatt Phelps & Phillips, 111 Sutters St., Suite 700, San Francisco CA 94104, (415) 291-7407, jkern@manatt.com | First Data Bank | May | |
| DeParle, Nancy Ann | 4229 Leland Street, Chevy Chase, MD 20815.  Contact through counsel for the United States: Rebecca Ford (202) 514-1511. | HHS | May | |
| Gustafson, Tom | Arnold and Porter, 555 Twelfth Street, N.W., Washington, DC 20004.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May | |
| Jones, T. Mark | 615 1/2 Duval Street, Unit 4, Key West, FL  33040.  Contact through counsel:  James J. Breen /  (770) 740-0009. | Relator | May | |
| Kutner, Deborah B | Roxane Laboratories, 300 Northfield Road, Bedford OH, 44146 / 614-276-4000.  Contact through Roxane counsel Helen Witt, (312) 862-2000. | Boehringer | May | |
| Lockwood, John | 615 1/2 Duval Street, Unit 4, Key West, FL  33040.  Contact through counsel:  James J. Breen /  (770) 740-0009. | Relator | May | |
| Marmor, Theodore R | Yale School of Management, 135 Prospect Street, P. O. Box 208200, New Haven, CT  06520-8200.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Expert | May | |
| O'Connor, Brien | Ropes & Gray, One International Place, Boston, MA 02110-2624 / (617) 951-7385. | Third party | May | |
| Ragone, Linda | Suite 436, Public Ledger Building, 150 S. Independence Mall West, Philadelphia, PA 19106-3499.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS OIG | May | |

**Attachment A**

**List of Witnesses Whom the United States Expects to Call or May Call Live (Medicare-only trial)**

| | | | | |
|---|---|---|---|---|
| Rowenhorst, James Allen | Boehringer Ingelheim Pharmaceuticals, Inc., 900 Ridgebury Road P.O. Box 368. Ridgefield, CT 06877 (203) 798-9988.  Contact through counsel for Roxane: Hellen Witt, (312) 862-2000. | Boehringer | May | |
| Schondelmeyer, Stephen | PRIME Institute, 7-159 Weaver-Densford Hall, 308 Harvard Street, SE, Minneapolis, MN  55455, College of Pharmacy, University of Minnesota, Minneapolis, MN  55455.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | Expert | May | |
| Scully, Thomas | Alston + Bird, 950 F Street, N.W., Washington, D.C. 20004-1404 / (202) 756-3459. | HHS | May | |
| Vito, Robert | 150 S. Independence Mall West, Public Ledger Bldg, Philadelphia, PA 19106-9111.  Contact through Counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS OIG | May | |
| Vladeck, Bruce | 38360 West 36th Street, New York, New York, 10018.  Contact through counsel for the United States: Rebecca Ford / (202) 514-1511. | HHS | May | |