**Attachment B**
**List of Witnesses Whose Testimony**
**the United States Expects to Present By Deposition**

| | |
|---|---|
| Collie Daulong, Cynthia | Dey |
| Eiler, Cheryl | Carrier (AdminaStar Federal) |
| Erick, Matthew | Wholesaler (Cardinal Health) |
| Factor, Saul D. | Wholesaler (McKesson) |
| Gmeiner, Eve | Dey |
| Hill, William | Dey |
| Jackson, Carrie-Jean | Dey |
| Johnston, Russell | Dey |
| Lyle, Donald | Wholesaler (Cardinal Health) |
| Marrs, Pamela | Dey |
| Minne, Kristen | Publisher (Thompson PDR Inc.) |
| Mozak, Robert Francis | Dey |
| Pope, Mark | Boehringer  / Dey |
| Rice, Charles | Dey |
| Ricks-Bey, Michael T | Dey |
| Walker, Gary | Dey |