UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>) MDL No. 1456<br>)<br>) Master Case No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) Subcategory Case No. 06-11337-PBS<br>) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | )<br>)<br>) |

**UNITED STATES' EXHIBIT LIST FOR MEDICARE-ONLY TRIAL**

The United States submits the Exhibit List attached as Attachment A hereto, identifying the exhibits the United States expects to use or may use if the need arises (other than solely for impeachment) at a Medicare-only trial against the Dey defendants. The United States may also use any exhibit identified by the defendants. The United States reserves the right to supplement its exhibit list in order to rebut any additional evidence or argument offered by the defendants at trial.

Respectfully submitted,

| | |
|---|---|
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL | CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY |
| /s/ *Laurie A. Oberembt*<br>Joyce R. Branda<br>Daniel R. Anderson<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 514-3345 | By:  /s/ *George B. Henderson, II*<br>George B. Henderson, II<br>Barbara Healy Smith<br>James J. Fauci<br>Assistant U.S. Attorneys<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3272 |

FOR THE RELATOR,

| | |
|---|---|
| James J. Breen<br>The Breen Law Firm, P.A.<br>5755 Northpoint Parkway, Suite 260<br>Alpharetta, GA 30022<br>Tel.  (770) 740-000 | Susan Schneider Thomas, Esq.<br>Gary Azorsky, Esq.<br>Berger & Montague, P.C.<br>1622 Locust St.<br>Philadelphia, PA 19103<br>(215) 875-3000 |

CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

 /s/ *George B. Henderson, II*
George B. Henderson, II
Dated: May 11, 2010     Assistant U.S. Attorney