**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| Trial Exhibit # | Date of Document | Title or Brief Description | Depo Exhibit -deponent name, depo Ex. #, date of depo | Beginning Bates # | Intent to Offer | Objection |
|---|---|---|---|---|---|---|
| 00003 | 12/11/1995 | Memo from Ross Uhl re Gerimed and RxMed proposals | Rice Ex. 74, 10/30/01 | DL1584 | Expect | |
| 00004 | 10/14/1997 | Memo from Ross Uhl re: Gerimed Rebate Clarification | Mozak Ex. 91, 11/1/01 | DL-TX-0020864 | Expect | |
| 00005 | 8/26/1996 | Ipratropium Bromide Launch Manual | Galles, Ex. 274, 3/1/06 | DL-TX-0076144 | Expect | |
| 00006 | 8/12/1993 | Memo from Carrie Jackson re Medicare Update | Mozak Ex. 230, 4/30/02 | DL-0050001 | Expect | |
| 00007 | 2/2/1994 | Memo from Carrie Jackson re Medicare/Medicaid/Formulary Update | Mozak Ex. 231, 4/30/02 | DL-0050028 | Expect | |
| 00008 | 07/??/1998 | Memo from Susan Rhodes re Award Notification | Mozak, Ex. 233, 4/30/02 | DL-TX-0020678 | Expect | |
| 00009 | 6/11/1999 | Ltr from Russell Johnston re Proposed Contract Modification | Mozak, Ex. 234, 4/30/02 | DL-TX-0020527 | Expect | |
| 00010 | 9/13/1999 | Ltr from Russell Johnston re: CFI of New Jersey, Inc. & Central Fill, Inc. of New Jersey Inc. and Central FILL, Inc. | Mozak, Ex. 236, 4/30/02 | DL-TX-0013451 | Expect | |
| 00011 | 7/14/1999 | Ltr from Russell Johnson re: Purchase & Rebate Agreement Proposal Between CFI of New Jersey, Inc. & Central Fill, Inc. of NJ & Dey | Mozak, Ex. 237, 4/30/02 | DL-TX-0013503 | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00012 | 2/5/1999 | Memo from Jackie Perkins re: Bid Price Worksheets | Mozak Ex. 245, 4/30/02 | DL-BO-118079 | Expect | |
| 00014 | 1/21/1995 | Rick Upp manager's weekly recap | Mozak Ex. 344, 11/6/02 | DL-TX-0407111 | May | |
| 00015 | 8/3/1995 | Proposal to Managed Healthcare Assoc | Gist Ex. 328, 11/5/02 | DL-TX-0029703 | Expect | |
| 00016 | 3/4/1996 | Memo from Todd Galles re: New Product Announcement | Gist Ex. 338, 11/5/02 | DL-TX-0076226 | Expect | |
| 00017 | 2/24/1992 | Memo from Robert Mozak to Pam Marrs, Charles Rice, Jean-Pierre Termier re: Albuterol pricing strategies | Marrs Ex. 022, 5/15/08 | DL-TX-0090851 | Expect | |
| 00018 | 02/??/1995 | Building on Success presentation; Albuterol Worksheets | Galles Ex. 460, 2/6/03 | DL-TX-0090875 | Expect | |
| 00019 | 10/6/1997 | OIG Subpoena to Dey Labs | Mozak Ex. 555, 3/13/03 | n/a | Expect | |
| 00020 | 7/27/2000 | OIG Subpoena to Dey Labs | Mozak Ex. 556, 3/13/03 | n/a | Expect | |
| 00021 | 7/11/2001 | Dey Bid Price Worksheet and Memo from Mike Wilson re Caremark | Mozak Ex. 557, 3/13/03 | DL-TX-0134058 | Expect | |
| 00022 | 1/11/2002 | Memo from Bob Mozak re Albuterol & Ipratropium at Managed HealthCare Associates | Mozak Ex. 558, 3/13/03 | DL-TX-0164082 | Expect | |
| 00023 | 10/24/2000 | Ltr from Janet Penner to Joseph Ruhmel | Johnston Ex. 55, 12/11/08 | DL-TX-0159097 | Expect | |
| 00024 | 02/??/1995 | Reimbursement Comparison Worksheet | Galles Ex. 461, 2/6/03 | DL-TX-076254 | Expect | |
| 00025 | 6/4/1995 | Memo from Rick Upp re Work-With | Gist  Ex. 329, 11/5/02 | DL-TX-0407069 | Expect | |
| 00026 | 5/1/1998 | Ltr re:  Dey Laboratories Sales Commentary | Rice Ex. 349, 11/7/02 | DL-TX-0082805 | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00027 | 3/18/2002 | Memo from Charles Rice re Advanced PCS Contract Membership Listings | Tate Ex. 475, 2/7/03 | DL-TX-0091114 | Expect | |
| 00028 | 6/19/2001 | Memo from Mike Wilson re Caremark | Rice Ex. 569, 3/24/03 | DL-TX-0064705 | Expect | |
| 00029 | 7/11/2001 | Dey Bid Price Worksheet | Rice Ex. 570, 3/24/03 | DL-TX-0134058 | Expect | |
| 00030 | 4/5/1995 | Memo from Todd Galles re Marketing Update: AWP Pricing & Profit Gain Worksheet | Galles Ex. 462, 2/6/03 | DL-TX-0091109 | Expect | |
| 00033 | 1/1/1994 | Abridged Marketing Plan | Galles Ex. 261, 2/28/06 | DL-TX-0090967 | Expect | |
| 00034 | TBD | Tate Exhibit 471 -- Retail Questions | Tate Ex.471, 2/7/03 | DL-TX-0090869 | Expect | |
| 00035 | 8/4/1995 | Sales Call Protocol | Galles Ex. 271, 3/1/06 | DL-TX-0091390 | Expect | |
| 00036 | 1/24/1994 | Ross Uhl Re:  Working a Homecare Pharmacy | Uhl Ex. 778, 2/24/03 | DL-TX-0075972 | Expect | |
| 00038 | 2/3/1995 | Memo from Robert Mozak re Building of Success | Hill Ex. 9, 11/11/08 | DL-TX-0096741 | Expect | |
| 00039 | 12/11/1995 | Memo from Ross Uhl re Gerimed & RxMed Proposals | Tipton Ex. 489, 2/13/03 | DL1584 | Expect | |
| 00040 | 1/4/1996 | Memo from Ross Uhl Re Gerimed and Rx Med Promotion | Tipton Ex. 490, 2/13/03 | DL1215 | Expect | |
| 00041 | 1/4/1996 | Memo from Ross Uhl re: Managed HealthCare Associates Promotion | Tipton Ex. 491, 2/13/03 | DL-TX-0029646 | Expect | |
| 00042 | 4/8/1996 | Memo from Ross Uhl re: Gerimed and Rx Med Promotion | Tipton Ex. 492, 2/13/03 | DL-TX-0046136 | Expect | |
| 00043 | 10/14/1997 | Memo from Ross Uhl re Gerimed Rebate Clarification | Uhl Ex. 779, 2/24/03 | DL-TX-0020864 | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00044 | 8/3/1995 | Fax from Cindy Daulong re: Reimbursement Comparison Worksheet | Uhl Ex. 780, 2/24/03 | DL-TX-0029712 | Expect | |
| 00045 | 3/25/1999 | Dey Bid Price Worksheet | n/a | DL-TX-0041085 | Expect | |
| 00046 | 8/11/1997 | Dey Bid Price Worksheet | n/a | DL-BO-085585 | Expect | |
| 00047 | 6/15/1997 | Dey Bid Price Worksheet | n/a | DL-BO-086434 | Expect | |
| 00048 | 10/25/1995 | Ltr from Todd Galles re Redbook Product Listing | Galles Ex. 467, 2/6/03 | DL-TX-010325 | Expect | |
| 00049 | 1995 | Reimbursement Comparison Worksheet | Barnes Ex. 010, 10/30/08 | DL-TX-0076254 | Expect | |
| 00050 | 1/31/1995 | Dey Lab Advertising Approval Record | Marrs Ex. 37, 3/11/05 | DL-TX-0170961 | Expect | |
| 00051 | 11/??/1995 | Marketing Launch Plan | n/a | DL-TX-0093357 | Expect | |
| 00052 | 3/4/1996 | Memo from Todd Galles re new product announcement | Selenati Ex. 44, 5/4/05 | DL-TX-0076226 | Expect | |
| 00054 | 6/28/1996 | Dey Lab Marketing Plan for Ipratopium Bromide | n/a | DL-TX-0092981 | Expect | |
| 00055 | 7/23/1999 | Memo from Debbie Bronstein re AWP | n/a | DL-TX-0078198 | May | |
| 00056 | TBD | Ipratropium Pricing guidelines | Galles Ex. 276, 3/1/06 | DL-TX-0093185 | Expect | |
| 00057 | 1/13/1997 | Memo from Todd Galles re Ipratropium Bromide Inhalation Solution Launch | Rice Ex. 79, 10/30/01 | DL0050064 | Expect | |
| 00058 | 1/13/1996 | Letter from Todd Galles re: New Production Announcement | Galles Ex. 275, 3/1/06 | DL-TX-0093217 | Expect | |
| 00059 | 3/17/1997 | Fax from Kristine Lawton re: AWP/WAC Pricing | Gmeiner Ex. 623, 1/20/03 | DL-010 | Expect | |
| 00060 | 3/20/1997 | Fax from Eve Gmeiner Re Dey Product Pricing | Gmeiner Ex. 626, 1/20/03 | DL-008 | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00061 | 8/6/1997 | Memo from Todd Galles re New Product Launch Ipratropium 30's | n/a | DL-TX-0093567 | Expect | |
| 00064 | 1/7/1999 | Memo from Todd Galles re Future Medicaid Mailings | Galles Ex. 273, 3/1/06 | DL-TX-0092446 | May | |
| 00065 | 8/10/1999 | Memo from Todd Galles re Future Medicaid Mailings | n/a | DEY-LABS-0415380 | May | |
| 00066 | 3/1/2000 | Memo from Todd Galles re Advance Notification of WAC & AWP Price Changes | Bronstein Ex. 537, 3/11/03 | DL-TX-0091953 | May | |
| 00068 | 7/18/2000 | Ltr from Robert Mozak re Albuterol Inhalation Aerosol | Jonston Ex. 52, 12/11/08 | DEY-BO0018899 | May | |
| 00069 | 1/4/1996 | Memo from Ross Uhl re Managed HealthCare Associates promotion | Galles Ex. 470, 2/6/03 | DL-TX-0029646 | Expect | |
| 00070 | 4/24/1995 | Folder entitled, "Sales Managers Meeting, April 24-27, 1995," with accompanying documents. | TX Ex. 741 | DL-TX-0097748 | Expect | |
| 00071 | TBD | Dey Lab Price Evaluation | TX Ex. 742 | DL-TX-0105138 | Expect | |
| 00072 | 1/6/1998 | Dey Lab 1997 Net Sales by Customer Type | TX Ex. 743 | DL-TX-0099420 | Expect | |
| 00073 | 6/2/1998 | Dey Lab 1998 Sales | TX Ex. 746 | DL-TX-0099027 | Expect | |
| 00076 | 2/5/1995 | Agenda, National Sales Meeting | Barnes Ex. 003, 10/30/08 | DL-TX-0096749 | Expect | |
| 00093 | 2/2/1994 | Memo from Carrie Jackson re Medicare/Medicaid/Formulary Update | n/a | DL-TX-0090898 | Expect | |
| 00094 | 02/??/1992 | Dey New Marketing Plan re: Albuterol Sulfate Inhalation Solution | Selenati Ex. 51, 5/5/05 | DL-60109 | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00095 | 5/29/1992 | Memo from Helen Burnham re: Albuterol 60's pack and price change | Selenati Ex. 39, 5/4/05 | DL-TX-0091112 | Expect | |
| 00096 | 7/20/1993 | Memo from Rob Ellis re Copley's Albuterol Pricing | Marrs Ex. 33, 3/11/05 | DL-TX-0091094 | Expect | |
| 00097 | 11/5/2001 | Audio recording of two voicemail messages from Robert Mozak to Helen Burnham Selenati aka Helen Burnham | FL Ex. 0047 | n/a | May | |
| 00097A | 11/5/2001 | Transcript of Depo of Helen Burnham Selenati | FL Ex. 0047 transcript | n/a | May | |
| 00100 | 12/15/1993 | Marketing Plan for Cromolyn sodium nebulizer solution | Ellis Ex. 476, 2/10/03 | DL-TX-0091006 | Expect | |
| 00102 | 03/??/1995 | Reimbursement Comparison Worksheet | Marrs Ex. 44, 10/2/08 | DL-TX-0076254 | May | |
| 00103 | 5/30/1995 | Memo from Helen burnham re Albuterol WAC Pricing | Selenati Ex. 46, 5/4/05 | DL-TX-0122497 | May | |
| 00104 | 5/3/1999 | Memo from Todd Galles re Ippy Pricing | Bronstein Ex. 535, 3/11/03 | n/a | May | |
| 00111 | 2/3/1995 | Building on Success presentation | Hill Ex. 10, 11/11/08 | DL-TX-0090875 | Expect | |
| 00112 | 2/3/1995 | Answers for Presentation Albuterol | Hill Ex. 11, 11/11/08 | DL-TX-0090878 | Expect | |
| 00113 | 03/??/1995 | Reimbursement Comparison Worksheet | Hill Ex. 12, 11/11/08 | DEY-BO-0240246 | Expect | |
| 00114 | TBD | Retail Questions | Hill Ex. 13, 11/11/08 | DL-TX-0090869 | Expect | |
| 00115 | 4/5/1995 | Memo from Todd Galles re Marketing update AWP Pricing & profit Gain Worksheet | Hill Ex. 15, 11/11/08 | DL-TX-0091109 | Expect | |
| 00116 | 5/7/1995 | Literature Request Form | Hill Ex. 16, 11/11/08 | DL-TX-0113662 | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00117 | 02/3-7/1996 | Dey Lab & Center Lab National Sales Meeting | Hill Ex. 18, 11/11/08 | DL-TX-0088738 | Expect | |
| 00118 | 3/4/1996 | Dey Albuterol Multidose Launch Manual | Hill Ex. 19, 11/11/08 | DL-TX-0092785 | Expect | |
| 00119 | 1995 | Weekly Sales Recap | Hill Ex. 20, 11/11/08 | DEY-OIG-0125368 | Expect | |
| 00120 | 2/23/1994 | Weekly Sales Recap | Hill Ex. 23, 11/11/08 | DEY-OIG-0125361 | Expect | |
| 00121 | 01/??/1995 | Account Call Report | Hill Ex. 24, 11/11/08 | DL55741 | Expect | |
| 00122 | 5/5/2003 | Federal Register, 68 FR 23731 | Johnston Ex. 6, 12/10/08 | n/a | May | |
| 00123 | 7/20/1998 | Letter from Gary Stone re Fully Executed Agreement | Johnston Ex. 7, 12/10/08 | DL-TX-0006777 | May | |
| 00124 | 1/21/1999 | Letter from Gary Stone re Contract Modification to Reduce Prices | Johnston Ex. 8, 12/10/08 | DL-TX-0006765 | May | |
| 00125 | 5/27/1999 | Letter from Jackie Perkins re Contract Modifications | Johnston Ex. 10, 12/10/08 | DL-TX-0006752 | May | |
| 00126 | 8/11/1999 | Letter from Jackie Perkins re Contract Modifications | Johnston Ex. 13, 12/10/08 | DL-TX-0006738 | May | |
| 00127 | 11/23/1999 | Letter from Jackie Perkins re Contract Modification | Johnston Ex. 14, 12/10/08 | DL-TX-0006721 | May | |
| 00128 | 12/3/1999 | Letter from Jackie Perkins re Contract Modification | Johnston Ex. 15, 12/10/08 | DL-TX-0006716 | May | |
| 00130 | 3/3/2000 | Letter from Russell Johnston re Contract Modification | Johnston Ex. 17, 12/10/08 | DL-TX-0006712 | May | |
| 00131 | 12/3/1998 | Letter from Gary Stone re Request for Quotation | Johnston Ex. 25, 12/10/08 | DL-TX-0045757 | May | |
| 00132 | 4/17/2000 | Letter from Russell Johnston re Price Adjustment on Short-Dated Product | Johnston Ex. 27, 12/10/08 | DL-TX-0043531 | May | |
| 00133 | 8/11/1997 | Letter from Cindy Daulong re Ipratropium Bromide Promotion | Johnston Ex. 29, 12/10/08 | DL-TX-0027348 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00135 | 8/10/1999 | Ltr from Todd Galles re New 105-01 Albuterol Multidose Medicaid Ltrs | Johnston Ex. 53, 12/11/08 | DL 63384 | May | |
| 00136 | 6/20/1996 | Fax from Charles Rice Re Reduction in Generic Product Margins | Rice Ex. 580, 3/24/03 | DL-TX-0162679 | May | |
| 00137 | 1/13/1997 | Addition of Dey Ipratropium Bromide Inhalation Solution | n/a | DL-TX-0093127 | Expect | |
| 00138 | 7/23/1999 | Memo from Debbie Bronstein & Todd Galles re:  AWP | Bronstein Ex. 540, 3/11/03 | DL-TX-0078198 | May | |
| 00139 | 1995 | Memo from Bruce Tipton re: Robert Covay | Marrs Ex. 46, 10/2/08 | DEY-LABS-0282769 | Expect | |
| 00140 | 11/3/1995 | Memo from Bruce Tiption re: Managed Care Spec. (Nat'l Acct Manager NAM) | n/a | DEY-LABS-0282887 | Expect | |
| 00141 | 01/??/1996 | Ross Uhl Sales Commission Worksheet | n/a | DEY-LABS-0283264 | Expect | |
| 00142 | 10/9/1995 | Memo from Bruce Tipton re Managed Care Spec. - Incentive Compensation | n/a | DEY-LABS-0282856 | Expect | |
| 00143 | 7/10/1995 | Memo from Bruce Tipton Re: Managed Care Compensation | n/a | DEY-LABS-0282830 | Expect | |
| 00144 | 02/??/1995 | "Building on Success," Memo from MozakR to Dey Sales and Marketing Team | Ricks Bey Ex. 7, 1/8/09 | DL-TX-0096741 | May | |
| 00145 | TBD | Albuterol Unit Dose Worksheet | Ricks Bey Ex. 9, 1/8/09 | DL-TX-0090875 | May | |
| 00146 | TBD | Retail Questions | Ricks Bey Ex. 11, 1/8/09 | DL-TX-0090869 | May | |
| 00147 | TBD | Reimbursement Comparison Worsheet | Ricks Bey Ex. 5, 1/8/09 | DEY-BO-0240246 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00148 | 4/5/1995 | Memo from Todd Galles re Marketing Update AWP Pricing & Profit Gain Worksheet | Ricks Bey Ex. 12, 1/8/09 | DL-TX-0091109 | May | |
| 00149 | TBD | Michael Hannon Literature Request Form | Ricks Bey Ex. 13, 1/8/09 | DL-TX-0113662 | May | |
| 00150 | 6/30/1994 | Memo from Rick Upp re Work With Letter | Ricks Bey Ex. 14, 1/8/09 | DL-TX-0109420 | May | |
| 00153 | 1994 | Account Call Record | Ricks Bey Ex. 17, 1/8/09 | DL-TX-0108725 | May | |
| 00154 | 3/18/1995 | Weekly Sales Recap | Ricks Bey Ex. 18, 1/8/09 | DL-TX-0114592 | May | |
| 00155 | 1994 | Account Call Record | Ricks Bey Ex. 20, 1/8/09 | DEY-OIG-0125324 | May | |
| 00156 | 1995 | Account Call Report | Ricks Bey Ex. 21, 1/8/09 | DL-TX-0113727 | May | |
| 00158 | 5/6/1996 | Ltr from Reuben Sandler re: First Databank System | n/a | DL-TX-0093200 | May | |
| 00161 | 10/??/1995 | Managed Care Western Region by Debi Codute | n/a | DL-TX-0096611 | May | |
| 00162 | 1/13/1997 | Memo from Todd Galles re: Ipratropium Bromide Inhalation Solution Launch | n/a | DL-TX-0093102 | Expect | |
| 00164 | 5/5/2000 | Ltr from Thomas Bliley to Charles Rice | n/a | HHD135-1045 | May | |
| 00167 | 1/4/1996 | Memo from Ross Uhl re Managed HealthCare Associates Promotion | n/a | DEY-BO-0240244 | Expect | |
| 00168 | 4/16/1996 | Cheat sheet | n/a | DEY-BO-0272527 | May | |
| 00171 | 8/3/1995 | Fax from Cindy Daulong re Reimbursement Comparison Worksheet | n/a | DEY-BO-0240245 | Expect | |
| 00172 | 3/31/2000 | Ltr from Robert Mozak re Price Changes | n/a | EDEY-BO-0751418 | May | |
| 00179 | 9/11/1998 | Redbook Product Listing Verification | Gmeiner Ex. 622, 1/30/03 | DL-TX-001014 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00180 | 1/10/1997 | Dey Lab Introduces Generic Ipratropium Bromide Inhalation Solution | n/a | DL-TX-0093562 | May | |
| 00181 | 1999 | Albuterol products, picture | n/a | DL-BO-0254646 | Expect | |
| 00182 | 03/??/1999 | Retail Reimbursement Comparison Worksheet | n/a | DEY-BO-0258459 | May | |
| 00183 | 9/8/1995 | Memo from Cindy Daulong re: Bid Reports July/Aug 1995 and Year-To-Date | Tipton Ex. 494, 2/13/03 | DL-TX-0079904 | May | |
| 00184 | 12/29/1998 | Ltr from Todd Galles re Dey WAC Price Changes | n/a | DL-TX-0092435 | May | |
| 00186 | 6/20/2005 | Ltr from Russell Johnston to Betty Reynolds re Modification to Agreement | n/a | DEY-LABS-0293726 | May | |
| 00187 | 04/??/1999 | First Data Bank Technical Bulletin | Hirschmann Ex. 367, 11/12/02 | R1-030088 | May | |
| 00190 | 1995 | Rick Upp Working Visit with Representative | Gmeiner Ex. 630, 1/20/03 | DL-TX-0407116 | May | |
| 00191 | 3/1/1996 | Albuterol Sulfate Inhalation Solution, flyer | n/a | DL-TX-0092819 | Expect | |
| 00192 | 3/22/2002 | Memo from John Ditton re Ipra NS | n/a | EDEY-BO-0173552 | May | |
| 00193 | 03/??/07 | Ltr from Russell Johnston re Important New Product Announcement | n/a | HI-HI-000012937 | May | |
| 00194 | 7/29/1999 | Memo from Juli Heath-Nevis re Contract Modification | n/a | DL-TX-0009658 | May | |
| 00195 | 11/??/03 | Ltr from Russell Johnston re product packing enhancements | n/a | DEY-LABS-0292764 | May | |
| 00196 | 02/??/07 | Ltr from Russell Johnston re Price Changes | n/a | HI-HI-000012954 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00198 | 1/5/2000 | Ltr from Steven Resnik re Lewin-Tag, Inc. | n/a | DEY-BO-0239157 | May | |
| 00200 | 1999 | Dey, Inc. Albuterol Dose Sales | n/a | DL 57093 | May | |
| 00201 | 9/1/1999 | Warning Ltr from Norman Drezin re Ipratropium Bromide Inhalation Solution | n/a | n/a | May | |
| 00202 | TBD | Pricing Tutorial Terms | Rice Ex. 598, 3/24/03 | DL-TX-0091086 | May | |
| 00203 | 1/2/1997 | Dey Lab Monthly Pricing Summary | Marrs Ex. 875, 4/16/03 | n/a | May | |
| 00206 | 3/12/2007 | First DataBank Drug Pricing Policy | n/a | n/a | May | |
| 00207 | 8/1/2006 | Compliance Manual | n/a | DEY-LABS-0416360 | May | |
| 00209 | 1/1/1999 | Generic Wholesale Service Agreement | Erick Ex. 3, 6/17/08 | CH0055539 | May | |
| 00212 | 1/3/2003 | Customer Profitability Analysis | n/a | DL-BO-159808 | May | |
| 00214 | 5/1/1994 | Average Wholesale Price (AWP) List | n/a | DL-004 | May | |
| 00215 | 1/3/2003 | Dey Customer Profitability Analysis | n/a | DL-TX-0161536 | May | |
| 00219 | 3/2/1994 | Gerimed History and Corporate Goals | n/a | TEV0106 | May | |
| 00220 | 6/7/1999 | Ltr from Laura Sanchez re Cardinal Health ACCESS membership diskette | Erick Ex. 22, 6/27/08 | DEY-BO-152856 | May | |
| 00221 | 1/13/1997 | Ltr from Todd Galles re New Product Announcement Dey Ipratropium Bromide | n/a | DL-0050268 | May | |
| 00222 | 1/1/2005 | Ltr from Russell Johnston re Pricing Database Admin. | n/a | DEY-LABS-0294389 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00224 | 1/29/1996 | Memo from Mike Mike Hannum to Mary Anderle and others re 1996 National Sales Meeting | n/a | DL-61217 | Expect | |
| 00225 | 2/18/1995 | Weekly Sales Recap | n/a | DL-TX-0112380 | Expect | |
| 00227 | 3/31/1998 | Monthly Net Sales by Product | n/a | n/a | Expect | |
| 00228 | 10/20/2000 | Letter from Ropes & Gray with Supplemental Analysis of Why the United States Should Decline Intervention. | n/a | n/a | May | |
| 00229 | 6/27/2002 | Presentation re Net Sales | n/a | DEY-BO-0031282 | Expect | |
| 00230 | 1/31/2003 | Letter from Fleckman producing documents | n/a | n/a | May | |
| 00231 | 5/15/2003 | McKesson Customer Profitability by Product Class | n/a | n/a | Expect | |
| 00232 | 10/23/2003 | Ltr from David Adams re NMPI Pooling Rebate Agreement | Dey Ex. 096 | DEY-LABS-0360178 | May | |
| 00233 | 8/18/2005 | Dey's Responses and Objections to Subpoena Duces Tecum dated July 25, 2005 | n/a | n/a | May | |
| 00234 | TBD | Letters of Dey counsel producing documents to the State of Texas | n/a | n/a | May | |
| 00237 | 5/5/1995 | Copy Clearance, 09-338-00, Albuterol Reimbursement Comparison Worksheet | | DEY-BO-029301 | May | |
| 00238 | 10/9/1995 | Albuterol Sales -- spreadsheet | Marrs Ex. 249, 5/2/03 | DL-TX-0079286 | May | |
| 00239 | 3/8/1996 | Gerimed Proposal | Uhl Ex. 785, 2/24/03 | DL-TX-0021335 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00240 | 8/7/1997 | Letter from Eve Fagrell-Gmeiner to Montcrieffe, Medical Data Institute. | Gmeiner Ex. 620, 1/20/03 | DL-TX-001032 | May | |
| 00243 | 3/6/1998 | Gerimed Bid Package | Uhl Ex. 786, 2/24/03 | DL-TX-020721 | May | |
| 00244 | 12/7/1998 | Memo from Mike Meyer re Cardinal Health Health GWSA | n/a | DL-BO-072295 | May | |
| 00245 | 3/19/1999 | Memo Re: Dey Combo | Uhl Ex. 781, 2/24/03 | DL-TX-0091089 | May | |
| 00246 | 3/29/1999 | 09-0338-02, Copy Clearance, Albuterol Reimbursement Comparison Worksheet | n/a | DEY-BO-0239334 | May | |
| 00248 | 4/30/2000 | Response to Document Requests Texas C.I.D. | Rice Ex. 70, 10/30/01 | DL-TX-000908 | May | |
| 00249 | 1/3/2001 | Memo re December 2000 Sales Reports | Mozak Ex. 240, 4/30/02 | DL-TX-0078066 | May | |
| 00250 | 1/19/2001 | Memo from Russell Johnston to all sales and marketing personnel | n/a | DEY-BO-0238116 | May | |
| 00251 | 6/24/1996 | Ipratropium UDV Home Health Care Strategy Agenda | Tupa Ex. 641, 1/31/03 | ROX-04997 | Expect | |
| 00252 | TBD | Ipratropium Bromide UDV Launch Meeting Summary | Tupa Ex. 642, 1/31/03 | ROX-04290 | Expect | |
| 00253 | 1/26/1996 | January 26, 1996 Letter From Pope & Associates | Pope Ex. 869, 4/14/03 | ROX-04596 | Expect | |
| 00254 | 2/13/1996 | February 13, 1996 Letter From Pope & Associates | Pope Ex. 870, 4/14/03 | ROX094588 | Expect | |
| 00255 | 2/23/1996 | February 23, 1996 Letter From Pope & Associates | Tupa Ex. 644, 1/31/03 | ROX-04299 | Expect | |
| 00256 | 3/4/1996 | March 4, 1996 Letter From Pope & Associates | Tupa Ex. 645, 1/31/03 | ROX-04301 | Expect | |
| 00257 | 4/9/1996 | Fax Memo re: Product Launch | Tupa Ex. 648, 1/31/03 | ROX-04606 | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00262 | 2/1/1996 | Interoffice Memo re: Ipratropium UDV Meeting Review | Dusek Ex. 13, 11/13/09 | RoxCA001987 | Expect | |
| 00263 | 1/24/1996 | Ipratropium UDV Home Health Care Strategy Meeting Agenda | n/a | RLI-AWP-00300267 | Expect | |
| 00265 | 1/26/1996 | January 26, 1996 Letter from Pope & Associates | Tupa Ex. 643, 1/31/03 | ROX-04596 | Expect | |
| 00266 | 4/17/1996 | Ipratropium Inhalation Solution UDV Marketing Plan | Via Ex. 7, 10/18/05 | RoxCT00060403 | Expect | |
| 00267 | 4/28/1996 | IBUDV Pricing Strategy for Legal Review | Via Ex. 8, 10/18/05 | ROXCA001981 | Expect | |
| 00268 | 10/11/1996 | Interoffice Memo re: Metaproterenol AWP | n/a | RLI-AWP-00431274 | May | |
| 00269 | 4/22/1996 | New From Roxane Laboratories: Ipratropium Inhalation Solution UDV | n/a | RLI-AWP-00430904 | Expect | |
| 00270 | 2/16/1996 | New From Roxane Laboratories: Azathioprine 50 mg Scored Tablets | Dusek Ex. 17, 11/13/09 | RLI-AWP-00077298 | May | |
| 00272 | 05/??/1996 | Now Available From Roxane Laboratories: Ipratropium Bromide Inhalation Solution | n/a | RLI-AWP-00068016 | Expect | |
| 00274 | TBD | Ipratropium Bromide Price Reduction Letter | n/a | RLI-AWP-00140749 | Expect | |
| 00275 | 10/2/1998 | Email re: BII Gmbh enquiry into Ipratropium Bromide Pricing | Waterer Ex. 51, 10/25/01 | ROX-6062 | Expect | |
| 00276 | 3/30/1995 | Marketing Memo # 12 re: Oramorph Price Increase | Shaffer Ex. 7, 5/21/08 | RLI-AWP-00171001 | May | |
| 00277 | 1/31/1997 | Marketing Memo #1 re: Price Change for Oramorph SR and MSContin | Shaffer Ex. 8, 5/21/08 | RLI-AWP-00164037 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00281 | 9/3/1997 | Email re: Pricing - Meperidine, Ipratropium, and Thioridazine Intensol | Paoletti Ex. 43, 11/9/04 | ROX-05632 | May | |
| 00282 | 5/10/1994 | Interoffice Memo re: Ipratropium Bromide | Feldman Ex. 252, 6/25/2002 | ROX-03792 | Expect | |
| 00284 | 3/31/1997 | Marketing Memo # 7 re: Duraclon Medicaid Reimbursement | Shaffer Ex. 4, 5/21/08 | RLI-AWP-00170424 | May | |
| 00295 | 12/??/1998 | National Accounts Monthly Report December 1998 | Russillo Ex. 18, 1/8/09 | BOEH01046914 | May | |
| 00309 | 07/??/1999 | Price Adjustment Request re: Ipratropium Bromide | Kutner Ex. 4, 12/9/08 | RLI-AWP-00198247 | Expect | |
| 00310 | 7/21/1999 | Ipratropium Bromide Price Reduction Letter | Kutner Ex. 5, 12/9/08 | RLI-AWP-00139070 | Expect | |
| 00311 | 09/??/1999 | Price Adjustment Request, Ipratropium Bromide | Kutner Ex. 6, 12/9/08 | RLI-AWP-00190136 | Expect | |
| 00312 | 9/15/1999 | Ipratropium Bromide Price Reduction Letter | Kutner Ex. 7, 12/9/08 | RLI-AWP-00190133 | Expect | |
| 00313 | 4/20/2000 | Azathioprine/Ipratropium Bromide Price Reduction Letter | Kutner Ex. 8, 12/9/08 | RLI-AWP-00212132 | May | |
| 00314 | 4/17/2000 | Price Adjustment Request Ipratropium Bromide | Kutner Ex. 9, 12/9/08 | RLI-AWP-00212135 | May | |
| 00316 | 8/11/1999 | Price Adjustment Request, Azathioprine | Kutner Ex. 11, 12/9/08 | RLI-AWP-00186321 | May | |
| 00317 | 8/12/1999 | Azathioprine Price Reduction Letter | Kutner Ex. 12, 12/9/08 | RLL-AWP-00186319 | May | |
| 00318 | 8/5/1999 | Email re: Geneva Azathioprine Competitive Info | Kutner Ex. 13, 12/9/08 | RLI-AWP-00361425 | May | |
| 00319 | 9/10/1999 | Email re: Azathioprine AWP | Kutner Ex. 14, 12/9/08 | RLI-AWP-00000438 | May | |
| 00320 | 2/14/2000 | Price Adjustment Request, Azathioprine | Kutner Ex. 15, 12/9/08 | RLI-AWP-00141940 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00321 | TBD | Price Reduction Letter, Azathioprine | Kutner Ex. 16, 12/9/08 | RLI-AWP-00141936 | May | |
| 00325 | 9/10/1999 | Telefax re: Azathioprine Price Analysis | Russillo Ex. 20, 1/8/09 | RLI-AWP-00361417 | May | |
| 00326 | 9/10/1999 | Email re: Azathioprine AWP | Russillo Ex. 21, 1/8/09 | RLI-AWP-00000438 | May | |
| 00327 | 7/5/2000 | Email re: CVS Furosemide Opportunity | Russillo Ex. 24, 1/8/09 | RLI-AWP-00434059 | May | |
| 00328 | 7/7/2000 | Email re: Cardinal Counter & Furosemide | Russillo Ex. 25, 1/8/09 | RLI-AWP-00461575 | May | |
| 00329 | 7/7/2000 | Email re: Cardinal Counter & Furosemide | Russillo Ex. 26, 1/8/09 | RoxCT0049701 | May | |
| 00330 | 7/26/2000 | Email re: Furosemide Tablet AWP Adjustment | Russillo Ex. 27, 1/8/09 | RoxCT0051341 | May | |
| 00335 | 4/18/2000 | Email re: Furosemide AWP | Paoletti Ex. 56, 11/10/04 | PAOLETTI01846 | May | |
| 00339 | 4/18/2000 | Email re: Furosemide AWP | Sykora Ex. 2, 11/2/05 | RoxCT0049706 | May | |
| 00341 | 7/7/2000 | Email re: Cardinal Counter & Furosemide | Sykora Ex. 6, 12/4/08 | RLI-AWP-00461575 | May | |
| 00342 | 7/7/2000 | Email re: Cardinal Counter & Furosemide | Sykora Ex. 7, 12/4/08 | PAOLETTI01841 | May | |
| 00343 | 7/26/2000 | Email re: Furosemide Tablet AWP Adjustment | Sykora Ex. 8, 12/4/08 | RLI-AWP-00330562 | May | |
| 00345 | 8/2/2000 | Email re: Furosemide Price Changes Approved | Sykora Ex. 10, 12/4/08 | PAOLETTI01933 | May | |
| 00347 | 8/15/2000 | Email re: RLI Price Change Furosemide - 8/16/00 | Sykora Ex. 5, 11/2/05 | ROXCT0051141 | May | |
| 00350 | 4/14/2000 | Email re: Medicare Reimbursement | Feldman Ex. 94, 11/17/04 | PAOLETTI17638 | May | |
| 00353 | 1999 | Distribution Workshop | n/a | BOEH01301724 | May | |
| 00355 | 9/8/2000 | Reimbursement Background | Shaffer Ex. 22, 5/21/08 | RLI-AWP-00083482 | May | |
| 00455 | 6/6/2000 | Email re: Combivent UDV SpreadSheet | Rowenhorst Ex. 861, 4/3/03 | ROX-TX-16255 | May | |
| 00456 | TBD | Home Health Reimbursement Slideshow | Rowenhorst Ex. 867, 4/3/03 | ROX-TX-16273 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00534 | 4/12/2000 | Email re: Medicare Reimbursement of Combivent UDV | Gordon Ex. 135, 1/25/05 | ROX-TX-16237 | May | |
| 00538 | 8/25/2000 | U.S. Subpoena, 8/25/2000 | n/a | n/a | May | |
| 00581 | 05/??/02 | First DataBank Price Probe | n/a | FDB-AWP 01823 | May | |
| 00582 | TBD | First DataBank | Davis Ex. 12, 8/7/08 | NOV-WIS-00000681 | May | |
| 00585 | 09/??/1991 | First DataBank Monthly Interest | Davis Ex. 21, 8/7/08 | FDB-AWP-28850 | May | |
| 00588 | TBD | First DataBank's Glossary of Terms | Davis Ex. 29, 8/7/08 | FDB-AWP-07014 | May | |
| 00589 | 04/??/03 | Glossary | Davis Ex. 31A, 8/7/08 | n/a | May | |
| 00590 | 7/9/2002 | Ltr from Robert Hawley re: Alpha Therapeutic Corp | Davis Ex. 35, 8/7/08 | FDB-AWP-01993 | May | |
| 00591 | 7/25/2002 | Ltr from Robert Hawley re July 11, 2002 Ltr to State Medicaid Directors | Davis Ex. 36, 8/7/08 | FDB-AWP-01991 | May | |
| 00592 | 1994 | National Drug Data File 1994 | Morgan Ex. 2, 11/30/07 | FDB-AWP 05345 | May | |
| 00596 | 09/??/1991 | Monthly Interest-- Understanding AWP | Morgan Ex. 23, 8/27/07 | n/a | May | |
| 00597 | 6/15/1999 | Price Alert-- Demystifying AWP | Morgan Ex. 24, 8/27/07 | n/a | May | |
| 00600 | 7/9/2002 | Letter re Alpha Therapeutic Corporation | Morgan Ex. 27, 8/27/07 | FDB-AWP 04992 | May | |
| 00601 | 7/25/2002 | Letter re July 11, 2002 Letter to State Medicaid Directors | Morgan Ex. 28, 8/27/07 | FDB-AWP 04990 | May | |
| 00605 | 1990 | Red Book 1990 | Minne Ex. 4, 11/18/08 | n/a | Expect | |
| 00606 | TBD | Red Book 1996 | Minne Ex. 5, 11/18/08 | n/a | Expect | |
| 00607 | 9/29/1999 | Red Book Product Listing Verification | Minne Ex. 7, 11/18/08 | Red Book 06983 | Expect | |
| 00608 | 10/11/2000 | Letter from Roxane re 2001 Red Book Roxane Products Listing Verification | Minne Ex. 8, 11/18/08 | Red Book 14214 | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00609 | 7/16/1999 | Letter from Red Book re Help Updating Product Listings in the 2000 Red Book | Minne Ex. 13, 11/18/08 | RGX 0189707 | Expect | |
| 00610 | 5/22/2003 | Thomson's AWP Policy | Minne Ex. 17, 11/18/08 | | Expect | |
| 00611 | 2/17/2004 | Thomson's Revised AWP Policy | Minne Ex. 21, 11/18/08 | Red Book 13596 | May | |
| 00612 | 9/18/2003 | Thomson--Roxane Labs Company Pricing/Markup History | Minne Ex. 25, 11/18/08 | Red Book 14160 | May | |
| 00613 | TBD | Express Scripts Generic Alliance Working Document | Lyle Ex. 7, 7/22/08 | CH053800 | Expect | |
| 00614 | 6/1/1995 | Slide show: The Power of a Partnership with Cardinal Health | Lyle Ex. 8, 7/22/08 | ABT005762 | Expect | |
| 00615 | 3/15/1993 | DMERC Region Map | n/a | DL-TX-0075978 | Expect | |
| 00616 | 01/??/1998 | Transmittal AB-97-25 | n/a | HHD051-0291 | Expect | |
| 00617 | 12/??/1998 | HCFA transmittal AB-98-76 | n/a | HHC021-0030 | Expect | |
| 00618 | 11/14/2000 | Transmittal AB-00-110 | n/a | n/a | Expect | |
| 00619 | TBD | CIGNA Government Services Ipratropium Bromide Arrays | n/a | AWQ021-0097 | Expect | |
| 00620 | TBD | CIGNA Government Services Ipratropium arrays | n/a | AWQ039-0044 | Expect | |
| 00621 | TBD | Listing of CIGNA Government Services Ipratropium Bromide arrays | n/a | n/a | Expect | |
| 00622 | TBD | CIGNA Government Services arrays | n/a | AWQ020-000887 | Expect | |
| 00623 | TBD | Red Book printouts | n/a | AWP038--1462 | Expect | |
| 00624 | TBD | CIGNA Government Services arrays for albuterol | n/a | AWQ039-0025 | Expect | |
| 00625 | 2009 | Exhibit Abbott 522 | Abbott Ex. 522, 2/28/08 | n/a | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00626 | TBD | Palmetto Arrays for Ipratropium Bromide | n/a | n/a | Expect | |
| 00627 | TBD | Palmetto Albuterol Arrays J7620 | n/a | n/a | Expect | |
| 00628 | TBD | Palmetto Albuterol Arrays K0505 J7619 | n/a | n/a | Expect | |
| 00629 | 9/22/2008 | Deposition exhibit Eiler Ex. 5 | Eiler Ex. 5, 9/23/08 | n/a | Expect | |
| 00630 | TBD | Deposition exhibit Eiler Ex. 7 | Eiler Ex. 7, 9/23/08 | n/a | Expect | |
| 00631 | 7/1/1999 | Deposition exhibit Eiler Ex. 9 | Eiler Ex. 9, 9/23/08 | n/a | Expect | |
| 00632 | TBD | AdminaStar Federal Ipratropium arrays | n/a | n/a | Expect | |
| 00633 | TBD | AdminaStar Federal Albuterol Arrays | n/a | n/a | Expect | |
| 00634 | 2009 | Exhibit A to Declaration of Colleen M. King dated 2/2/2009 | n/a | n/a | Expect | |
| 00635 | TBD | Travelers Insurance Company Albuterol Arrays J7619 | n/a | n/a | Expect | |
| 00636 | TBD | Red Book For Windows | Helton Ex. 265, 10/16/09 | n/a | Expect | |
| 00637 | 12/15/1999 | DMERC Medication Pricing Array, CIGNA Government Services | Helton Ex. 262, 10/16/09 | CIGNA-0101 | Expect | |
| 00638 | 10/??/00 | Red Book for Windows, Detailed Product Information | Helton Ex. 256, 10/16/09 | n/a | Expect | |
| 00639 | 11/2/1998 | Federal Register, 63 FR Federal Register, Vol 63, No 211, Rules and Regulations, Monday Nov 2, 1998 | n/a | 58849 | Expect | |
| 00640 | 10/??/00 | Red Book for Windows, Detailed Product Information | Helton Ex. 257, 10/16/09 | n/a | Expect | |
| 00641 | TBD | Red Book for Windows, Detailed Product Information | Helton Ex. 266, 10/16/09 | n/a | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00642 | 1999 | DMERC Medicare DMERC Medicaid Advisory--Issue 29, Summer 1999, Palmetto | n/a | n/a | Expect | |
|---|---|---|---|---|---|---|
| 00643 | 6/5/1998 | 63 FR Federal Register Vol 63, No. 108, Proposed Rule | n/a | 30846 | Expect | |
| 00644 | 10/??/00 | Red Book for Windows, Detailed Product Information | Stone ex. 258, 10/14/09 | n/a | Expect | |
| 00645 | TBD | Ex. C. to Declaration of Robin Stone dated 7/23/2009 | n/a | AWQ025-0506 | Expect | |
| 00646 | 09/??/1999 | Program Memorandum Intermediaries/Carriers, Transmittal AB-99-63 | n/a | n/a | Expect | |
| 00647 | 5/22/2002 | Transmittal AB-02-075 | n/a | n/a | May | |
| 00648 | TBD | Exhibit E to Expert Report of Simon Platt (Dey) | n/a | n/a | Expect | |
| 00649 | TBD | Exhibit F to Expert Report of Simon Platt (Dey) | n/a | DEY-BO0013944 | Expect | |
| 00650 | TBD | Exhibit G to Expert Report of Simon Platt (Dey) | n/a | DEY-BO0011412 | Expect | |
| 00651 | TBD | Exhibit H to Expert Report of Simon Platt (Dey) | n/a | DEY-BO0031281 | Expect | |
| 00652 | TBD | Graphs 1-3 to Expert Report of Simon Platt (Dey) | n/a | n/a | Expect | |
| 00653 | TBD | Graphs & Summaries A1-A13 to Expert Report of Simon Platt (Dey) | n/a | n/a | Expect | |
| 00654 | TBD | Dey Direct (Summaries 1-4) to Expert Report of Simon Platt (Dey) | n/a | n/a | Expect | |
| 00655 | TBD | Dey Direct Average Price Calculations (Summary 5) to Expert Report of Simon Platt (Dey) | n/a | n/a | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00656 | TBD | Dey - Direct Average Price Calculations (Summary 6) to Expert Report of Simon Platt | n/a | n/a | Expect | |
| 00657 | TBD | Dey InDirect (Summaries 7-10) to Expert Report of Simon Platt (Dey) | n/a | n/a | Expect | |
| 00658 | TBD | Dey - Indirect Average Price Calculations (Summary 11) to Expert Report of Simon Platt | n/a | n/a | Expect | |
| 00659 | TBD | Dey - Indirect Average Price Calculations (Summary 12) to Expert Report of Simon Platt | n/a | n/a | Expect | |
| 00660 | TBD | Exhibit E to Expert Report of Simon Platt (Roxane) | n/a | n/a | Expect | |
| 00661 | 2/6/2009 | Graphs 1-17 to Expert Report of Simon Platt (Roxane) | n/a | n/a | Expect | |
| 00662 | 7/21/2009 | Graphs & Summaries A1-A10 to Declaration of Simon Platt (Roxane) | n/a | n/a | Expect | |
| 00663 | 2/6/2009 | Summaries 1-4 to Expert Report of Simon Platt (Roxane) | n/a | n/a | Expect | |
| 00664 | 2/6/2009 | Summary 5 to Expert Report of Simon Platt (Roxane) | n/a | n/a | Expect | |
| 00665 | 2/6/2009 | Summary 6 to Expert Report of Simon Platt (Roxane) | n/a | n/a | Expect | |
| 00667 | 2/6/2009 | Summaries 7-10 to Expert Report of Simon Platt (Roxane) | n/a | n/a | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00668 | 2/6/2009 | Summary 11 to Expert Report of Simon Platt (Roxane) | n/a | n/a | Expect | |
| 00669 | 2/6/2009 | Summary 12 to Expert Report of Simon Platt (Roxane) | n/a | n/a | Expect | |
| 00674 | 1/23/2009 | Duggan Report (Dey) Figure 1A: Dey's First DataBank AWP and WAC versus Dey's Direct Avg Price for Alb Sulf (49502069703) | n/a | n/a | Expect | |
| 00675 | 1/23/2009 | Duggan Report (Dey) Figure 1B: Dey's First DataBank AWP and WAC vs. Dey's Direct Avg Price for Ipra Brom (49502068503) | n/a | n/a | Expect | |
| 00676 | 1/23/2009 | Duggan Report (Dey) Figure 2A Dey's First DataBank AWP | n/a | n/a | Expect | |
| 00677 | 1/23/2009 | Duggan Report (Dey) Figure 2B Dey's First Data Bank AWP and WAC | n/a | n/a | Expect | |
| 00678 | 1/23/2009 | Duggan Report (Dey) Tables 1 - 5, Dey Direct Transaction Data | n/a | n/a | Expect | |
| 00679 | 1/23/2009 | Duggan Report (Dey) Table 6 - Table 10 Dey Indirect Transaction Data 1992-2007 | n/a | n/a | Expect | |
| 00688 | 1/23/2009 | Duggan Report (Dey) Table 30 - Table 34 Summary of Dey Medicare | n/a | n/a | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00689 | 1/23/2009 | Duggan Report (Dey) Table 35 - Summary of Medicare DME Ipratropium Bromide Results | n/a | n/a | Expect | |
| 00690 | 1/23/2009 | Duggan Report (Dey) Table 36 Number of Medicaid Reimbursed Ipratropium Presc. by Firm & NDC | n/a | n/a | Expect | |
| 00691 | 1/23/2009 | Duggan Report (Dey) Table 35 & Table 37 Summary of Medicare DME -Ipratropium & Albuterol Results | n/a | n/a | Expect | |
| 00692 | 2/25/2009 | Duggan Supplemental Report (Dey) Table 38A Dey/Roxane Combined with NovaPlus | n/a | n/a | Expect | |
| 00693 | 2/25/2009 | Duggan Supplemental Report (Dey) Table 38B Dey/Roxane Combined with NovaPlus | n/a | n/a | Expect | |
| 00695 | 4/23/2009 | Duggan Rebuttal (Dey) Table A Dey Ipratropium Bromide: Difference by DMERC and YrQuart | n/a | n/a | Expect | |
| 00696 | 4/23/2009 | Duggan Rebuttal (Dey) Table B - Dey Albuterol: Difference by DMERC and YrQuart | n/a | n/a | Expect | |
| 00700 | TBD | Duggan Report (Roxane) Figure 1 Roxane's FBD AWP & WAC vs. Roxane's Direct Avg Price for Ipra Brom | n/a | n/a | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00701 | TBD | Duggan Report (Roxane) Figure 2: Roxane's First DataBank AWP and WAC vs. Indirect Avg Price for Pharmacy COTs for Ipra Brom | n/a | n/a | Expect | |
| 00702 | 2/6/2009 | Duggan Report (Roxane) Tables 1 -5 Roxane Direct Transaction Data | n/a | n/a | Expect | |
| 00703 | 2/6/2009 | Roxane Tables 6-10 Roxane Indirect Transaction Data | n/a | n/a | Expect | |
| 00712 | 2/6/2009 | Duggan Report, Roxane Tables 32-36 Summary of Roxanne Medicare DME claims | n/a | n/a | May | |
| 00713 | 2/6/2009 | Duggan Report, Roxane Table 37rev Summary of Medicare DME Ipratropium Bromide Results | n/a | n/a | May | |
| 00714 | 2/6/2009 | Duggan Report, Roxane Table 38 Number of Medicaid Reimbursement Ipratropium Bromide | n/a | n/a | May | |
| 00715 | 2/6/2009 | Duggan Report, Roxane Table 39A Dey/Roxane Combined with NovaPlus | n/a | n/a | May | |
| 00716 | 2/6/2009 | Duggan Report, Roxane Table 39B Dey/Roxane Combined, No NovaPlus | n/a | n/a | May | |
| 00718 | 4/23/2009 | Duggan Rebuttal (Roxane) Table A Roxane Ipratropium Bromide; Diffs by DMERC & YrQuart | n/a | n/a | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00724 | 10/1/2001 | September 2001 Sales Reports | Mozak Ex. 241, 4/30/02 | DL-TX-0078133 | May | |
| 00726 | 7/21/2009 | Ex. A to Declaration of Ian Dew dated 7/21/2009 | n/a | n/a | Expect | |
| 00727 | 7/21/2009 | Ex. B. to Declaration of Ian Dew dated 7/21/2009 | n/a | n/a | Expect | |
| 00728 | 7/21/2009 | Ex. C to Declaration of Ian Dew dated 7/21/2009 | n/a | n/a | Expect | |
| 00729 | 7/21/2009 | Ex. D to Declaration of Ian Dew, 7/21/2009 | n/a | n/a | Expect | |
| 00730 | 12/??/01 | Ltr from Robert Mozak re Notice of Price Change | n/a | DEY-FLA-0125561 | May | |
| 00732 | 6/19/2008 | Defendants Dey Responses and Objections to Plaintiff's First Set of Interrogatories | Marrs Ex. 32, 7/10/08 | n/a | May | |
| 00733 | 1/3/2008 | United States' First Amended Cross-Notice of Deposition of Dey | Marrs Ex. 1, 5/15/08 | n/a | May | |
| 00734 | 5/5/2003 | Federal Register, Vol 68, No 86, Notices, page 23731 | Marrs Ex. 38, 10/2/08 | n/a | May | |
| 00736 | 4/15/2003 | Declaration of Russell Johnston | n/a | n/a | May | |
| 00737 | 3/15/2010 | Summary entitled "Dey-Roxane DME Allowed Unit Amounts DMERC A Trav K0518 Trimmed" | n/a | n/a | Expect | |
| 00738 | 3/15/2010 | Summary entitled "Units of K0518 and J7644 per Quarter in DME Paid Claims with Different Unit Allowed Amounts by AdminaStar" | n/a | n/a | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| 00739 | 3/15/2010 | Summary entitled "Units of K0518 and J7644 per Quarter in DME Paid Claims with Different Unit Allowed Amounts by Palmetto" | n/a | n/a | Expect | |
| 00740 | 3/16/2010 | Dey-Roxane DMERC Array Gaps and Summaries of RedBook published data | n/a | n/a | Expect | |
| 00741 | 3/16/2010 | Summary of selected FDB AWP prices for Ipratropium Bromide .02%, 2.5 ml. | n/a | n/a | May | |
| 00742 | 10/14/2000 | Ltr from Walker to Neimann re CIGNA Part B Medicare | n/a | AWP-CD-104 | May | |
| 00743 | 01/??/1994 | DMERC Medicare Advisory, Issue 5 | n/a | AWQ074-0001 | May | |
| 00744 | 2/??/1994 | DMERC Dialogue from CIGNA | n/a | AWQ074-0012 | May | |
| 00745 | 1/14/1994 | HCFA Regional Medicare Letter | n/a | AWQ074-0004 | May | |
| 00746 | 3/26/1991 | HCFA Memorandum  re Reimbursement of Drugs Used in Conjunction with DME | n/a | AWQ046-0001 | May | |
| 00775 | 5/13/1992 | Ltr Re: SPA #92-08 | Hautea-Wimpee-DOJ Ex. 24, 12/2/2009 | HHC016-0586 | May | |
| 00782 | TBD | Chart - Politics of Medicaid and Medicare | n/a | n/a | May | |
| 00785 | TBD | Chart - Medicare Spending | n/a | n/a | Expect | |
| 00786 | TBD | Chart - Medicare Pt. B Drug Spending | n/a | n/a | Expect | |
| 00787 | TBD | Summary Chart of Dey Internal Company Documents | n/a | n/a | Expect | |
| 00788 | TBD | Summary Chart of Roxane Internal Company Documents | n/a | n/a | Expect | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00791 | 5/30/2002 | Ltr from Robert Hawley, Hearst Publishing to Alpha Therapeutic Corp. | n/a | n/a | May | |
| 00792 | 7/??/2000 - 8/??/2000 | FDB - "Medicaid Reimbursement Pricing Issues" | n/a | FDB-AWP-028797 | May | |
| 00794 | 4/7/2009 | Rx Watchdog Report - Trends in Manufacturer Prices of Prescription Drugs Used by Medicare Beneficiaries | n/a | n/a | May | |
| 00800 | 8/30/2004 | Medicaid and Medicare Drug Pricing: Strategy to Determine Market Prices | n/a | n/a | May | |
| 00801 | 11/16/1998 | Nam Kar Confidential Pricing | n/a | RLI-AWP-00293893 | Expect | |
| 00802 | 5/23/2002 | Roxane Laboratories, Inc. – Contract Pricing Template | n/a | BOEH01054133 | Expect | |
| 00803 | 12/??/2000 | Dey Average Price – Eaches | n/a | EXP SCH DEY/ROX-004656 | Expect | |
| 00804 | 12/??/2000 | Dey Average Price – Shelf Cartons | n/a | EXP SCH DEY/ROX-004653 | Expect | |
| 00805 | 9/8/1995 | Dey Bid Reports | n/a | EXP SCH DEY/ROX-004667 | Expect | |
| 00806 | 3/14/2002 | Statement of Thomas A. Scully Re: reimbursement/access to drugs, 2002 WL 399357 | n/a | n/a | May | |
| 00807 | 2002 | Channels of Distribution for Prescription Drugs: 2002 | n/a | n/a | May | |
| 00808 | 2002 | Sources of Payment for Prescription Drugs: 2002 | n/a | n/a | May | |
| 00809 | 9/26/1995 | Ltr from Rep. Stark to DHHS Secretary Shalala | n/a | VAC MDL 64629 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00810 | 6/24/1997 | H.R. Rep. 105-149 at 1354 | n/a | | May | |
| 00811 | 11/5/1997 | Ltr from Nancy Ann DeParle to Rep. Stark | n/a | VAC MDL 64483 | May | |
| 00812 | 12/15/1997 | Ltr from Rep. Stark to June Gibbs Brown | Roxane Ex. 12 | HHD009-0281 | May | |
| 00813 | 01/26/1998 | Ltr sent to Rep. Stark from Nancy Ann DeParle | Abbott Ex. 205 | HHC001-0363 | May | |
| 00814 | 6/3/1998 | Ltr from Rep. Stark to Nancy Ann DeParle | n/a | VAC MDL 64334 | May | |
| 00815 | 4/21/1999 | Ltr from Rep. Stark to Nancy Ann DeParle | n/a | VAC MDL 64259 | May | |
| 00816 | 1999 | DHHS Report to Congress on the AWP for Drugs Covered Under Medicare | Abbott Ex. 200 | HHC902-0801 | May | |
| 00817 | 05/05/2000 | Ltr from Rep. Bliley to Shalala | Abbott Ex. 212 | n/a | May | |
| 00818 | 05/31/2000 | Ltr from Shalala to Rep. Bliley | n/a | VAC MDL 70623 | May | |
| 00819 | 06/30/2000 | Dey Ltr to Rep. Bliley | n/a | VAC MDL 53692 | May | |
| 00820 | 09/28/2000 | Ltr from Rep. Pete Stark to PhRMA | n/a | VAC MDL 64099 | May | |
| 00821 | 10/09/2000 | Ltr from PhRMA to Rep. Stark | n/a | VAC MDL 64828 | May | |
| 00822 | 9/21/2001 | Testimony of Scully to House Energy and Commerce Subcommittees on Oversight and Investigations and Health Re: Medicare Payment for Drugs | Abbott Ex. 183 | n/a | May | |
| 00823 | 11/22/2000 | Ltr from Rep. Stark to Rep. Bliley | n/a | VAC MDL 64875 | May | |
| 00824 | 10/3/2002 | H.R. Rep. 107-84 | Abbott Ex. 191 | n/a | May | |
| 00825 | 7/15/2003 | H.R.Rep. No. 108-178, pt. 2, at 194 | n/a | n/a | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00827 | TBD | 42 C.F.R § 405.500 | n/a | n/a | May | |
| 00828 | TBD | 42 C.F.R. § 405.517 | n/a | n/a | May | |
| 00831 | 7/17/1968 | 33 Fed. Reg. 10233 | n/a | n/a | May | |
| 00832 | 1/25/1969 | 34 Fed. Reg. 1244 | n/a | n/a | May | |
| 00833 | 11/15/1974 | 39 Fed. Reg. 40302 | n/a | n/a | May | |
| 00835 | 7/31/1975 | 40 Fed. Reg. 32284 | n/a | n/a | May | |
| 00837 | 8/19/1986 | 51 Fed. Reg. 29560 | n/a | n/a | May | |
| 00838 | 9/7/1989 | 54 Fed. Reg. 37208 | n/a | n/a | May | |
| 00839 | 6/5/1991 | 56 Fed. Reg. 25792 | n/a | n/a | May | |
| 00840 | 06/05/1991 | 56 Fed. Reg. No. 108, Proposed Rules Re: Drugs | Abbott Ex. 1021 | n/a | May | |
| 00841 | 11/25/1991 | 56 Fed. Reg. 59502-01, 42 CFR Parts 405, 413, and 415 | Abbott Ex. 301 | n/a | May | |
| 00842 | 11/25/1991 | 56 Fed. Reg. No. 227 | Abbott Ex. 1020 | n/a | May | |
| 00843 | 01/07/1998 | 63 Fed. Reg. No 4 | Abbott Ex. 210 | HHC001-0606 | May | |
| 00844 | 08/20/2003 | Fed. Reg. Re: 42 CFR Part 405 Medicare Program; Payment Reform for Part B Drugs; Proposed Rule | Abbott Ex. 1023 | n/a | May | |
| 00845 | 11/07/2003 | 68 Fed. Reg. No. 216, Rules and Regulations Re: DHHS, CMS Medicare Program; Revisions to Payment Policies Under the Physician Fee Schedule for Calendar Year 2004 | Abbott Ex. 1016 | n/a | May | |
| 00846 | 01/07/2004 | Fed. Reg. Part IX, Department of Health and Human Services, CMS 42 CFR Parts 405 and 414 | Abbott Ex. 1022 | n/a | May | |
| 00847 | 04/06/2004 | 69 Fed. Reg. No. 66 | Abbott Ex. 1017 | n/a | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00852 | 09/??/1999 | Program Memorandum Intermediaries/Carriers, DHHS, HCFA Report with Transmittal No. AB-99-63 Change Request #745 | Abbott Ex. 1006 | HHD084-0665 | May | |
| 00853 | 9/8/2000 | Program Memo, Intermediaries Carriers Transmittal AB-00-86, Change Request 1232 | Roxane Ex. 55 | AWP020-0199 | May | |
| 00854 | 11/17/2000 | Program Memo AB-00-115 | n/a | HHD004-0022 | May | |
| 00855 | 01/18/2001 | Program Memo Intermediaries/Carriers DHHS, HCFA Transmittal No AB-01-04, Change Request 1441 | Abbott Ex. 1009 | HHD007-0001 | May | |
| 00856 | 05/03/2001 | Program Memo Intermediaries/Carriers DHHS, HCFA Transmittal No AB-01-66, Change Request 1653 | Abbott Ex. 1010 | HHD014-0207 | May | |
| 00857 | 12/03/2002 | Program Memo Intermediaries/Carriers DHHS, HCFA Transmittal No. AB-02-174, Change Request 2381 | Abbott Ex. 1012 | HHC014-0201 | May | |
| 00858 | 02/07/2003 | Program Memo Intermediaries/Carriers DHHS, HCFA Transmittal No. AB-03-014, Change Request 2544 | Abbott Ex. 1013 | n/a | May | |
| 00859 | 01/31/1991 | Memo from HCFA Region III to HCFA HQ | n/a | AWQ046-0003 | May | |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | |
|---|---|---|---|---|---|
| 00860 | 03/15/1994 | Faxed Memo From Director To All Associate Regional Administrators for Medicare | Roxane Ex. 105/ Dey Ex. 110 | AWP010-1339 | May |
| 00861 | 3/22/1994 | Ltr All Region II Re: Determination of Acquisition Cost | Abbott Ex. 304 | AWP041-0823 | May |
| 00862 | 6/8/1994 | Ltr All Regional Carriers Re: Determination of Cost of Drugs -- Action | Roxane Ex. 44 | AWQ025-0215 | May |
| 00864 | 9/6/1994 | State Medicaid Regional Bulletin No. 94-25 | n/a | HHC006-0428 | May |
| 00865 | 9/23/1994 | State Medicaid Regional Memo 94-63 | n/a | ATP083-3128 | May |
| 00866 | TBD | HHS State Medicaid Manual 6305 - 6305.2 | n/a | n/a | May |
| 00867 | TBD | HHS State Medicaid Manual 6305.1 | n/a | n/a | May |
| 00868 | 7/3/1990 | HCFA letter to TX, Re: Medicare Pricing | Abbott Ex. 294 | HHC906-0093 | May |
| 00872 | 7/21/1994 | Alleged Paperwork Violation | Abbott Ex. 364 | HHC026-0105 | May |
| 00873 | 9/15/1994 | State Agency Letter Number 94-43 | n/a | HHC019-0150 | May |
| 00874 | 12/05/1997 | Memo from June Gibbs Brown to DeParle | Abbott Ex. 002A | HHD009-0258 | May |
| 00875 | 12/15/1997 | Westlaw Pub. Re: The White House Office of Communications, Re: Weekly Radio Address to the Nation 12/13/97 | Abbott Ex. 156 | n/a | May |
| 00876 | 03/02/1998 | Fax from Maureen Adolph to Rob Vito | Abbott Ex. 203 | HHD042-0319 | May |

**Attachment A**

**United States' Exhibit List (Medicare-only)**

Civil Action No. 05-11084-PBS, MDL No. 1456

| | | | | | | |
|---|---|---|---|---|---|---|
| 00883 | 12/2/2002 | Pharmaceutical Mfrs Ltr to IG, Re: Draft OIG Compliance Guidance | n/a | n/a | May | |
| 00885 | 9/29/1989 | OIG Report A-06-89-00037 | n/a | n/a | May | |
| 00887 | 02/??/1996 | OIG Report OEI-03-94-00390 | Abbott Ex. 59 | HHD008-0407 | May | |
| 00888 | 05/??/1996 | OIG Report OEI-03-95-00420 | Abbott Ex. 102 | n/a | May | |
| 00889 | 06/??/1996 | OIG Report OEI-03-94-00392 | Abbott Ex. 60 | HHD014-0235 | May | |
| 00890 | 06/??/1996 | OIG Report OEI-03-94-00393 | Abbot Ex. 30 | HHD014-0254 | May | |
| 00891 | 12/??/1997 | OIG Report OEI-03-97-00290 | Abbott Ex. 49 | HHD014-0023 | May | |
| 00892 | 7/??/1998 | OIG Report OEI-03-97-00510 | Abbott Ex. 1004 | n/a | May | |
| 00893 | 08/??/1998 | OIG Report OEI-03-97-00292 | Abbott Ex. 64 | n/a | May | |
| 00894 | 11/??/1998 | OIG Report OEI-03-97-00293 | Roxane Ex. 159 | n/a | May | |
| 00895 | 01/??/2001 | OIG Report OEI-03-00-00310 | Abbott Ex. 1005 | n/a | May | |
| 00896 | 09/??/1996 | OIG Report OEI-03-94-00392 | Dey Ex. 613 | HHD014-0235 | May | |