UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 Master File No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO** | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey L.P., et al.,* Civil Action No. 05-11084 | Subcategory Case No. 06-11337 |
| | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248 | |

## VEN-A-CARE OF THE FLORIDA KEYS, INC.'S SUPPLEMENTAL EXHIBIT LIST FOR MEDICARE ONLY TRIAL

Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") submits the attached Exhibit A hereto, identifying the exhibits Ven-A-Care may use at trial if the need arises (other than solely for impeachment) at a Medicare-only trial against the Dey defendants. Ven-A-Care's exhibits are a supplement to the exhibits identified by the United States, and Ven-A-Care reserves the right to use any exhibit identified by the United States or identified by the defendants. Ven-A-Care reserves the right to supplement its exhibit list in order to rebut any additional evidence or argument offered by the defendants at trial. With respect to Ven-A-Care's supplemental Exhibit List, the inclusion of a document as an exhibit does not constitute an admission by Plaintiffs that the document is

admissible in evidence, and Plaintiffs reserve the right to object to its admission in evidence if offered by a Defendant.

Dated: MAY 11, 2010

Respectfully submitted,

/s/ Alison W. Simon
ALISON W. SIMON, P.A.
Alison W. Simon
Florida Bar No. 0109568
P. O. Box 430457
MIAMI, FL 33243
Phone: 305-663-2433
Fax: 305-665-1508

## CERTIFICATE OF SERVICE

I hereby certify that I have this 11th day of MAY, 2010 caused an electronic copy of the above VEN-A-CARE OF THE FLORIDA KEYS, INC.'S SUPPLEMENTAL EXHIBIT LIST FOR MEDICARE ONLY TRIAL to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Alison W. Simon
Alison W. Simon