UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Ex. rel.<br>　　VEN-A-CARE OF THE FLORIDA<br>　　KEYS, INC., a Florida corporation,<br>　　by and through its principal officers<br>　　and directors, ZACHARY T.<br>　　BENTLEY and T. MARK JONES,<br><br>　　　　　　Plaintiff,<br><br>ACTAVIS MID ATLANTIC LLC, et al.<br><br>　　　　　　Defendant. | MDL NO. 1456<br><br>Master File No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852<br><br>Judge Patti B. Saris |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL K. DUEFFERT**

Erik J. Frick, a member of the law firm of Eckert Seamans Cherin & Mellot, LLC, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing Paul K. Dueffert to appear *pro hac vice* in the above captioned case on behalf of Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. In support of this Motion, I submit as follow:

(1)　Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. are defendants in the above captioned matter;

(2)　Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. have retained Paul K. Dueffert, a partner in the law firm of Williams & Connolly LLP, to represent their interests in this proceeding.

(3)　Mr. Dueffert has executed a Certificate in accordance with Local Rule 83.5.3, which is attached hereto;

(4)     In accordance with Local Rule 7.1, I have conferred with Counsel for Plaintiff and Plaintiff assents to the Motion.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Paul K. Dueffert.

Dated: [ ], 2010
*May 12, 2010*

Respectfully Submitted,

_____
Erik J. Frick (BBO # 553336)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
Telephone (617) 342-6800
Facsimile (617) 342-6899

## CERTIFICATE OF SERVICE

I, Erik J. Frick, on behalf of Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc., hereby certify that I have caused a true copy of Defendants' Motion for Admission *Pro Hac Vice* of Paul K. Dueffert, Esq. to be delivered to all counsel of record by electronic filing, this [ ]th day of [ ] 2010.
*12th      May*

_____
Erik J. Frick

2