UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Ex. rel.<br>　　VEN-A-CARE OF THE FLORIDA<br>　　KEYS, INC., a Florida corporation,<br>　　by and through its principal officers<br>　　and directors, ZACHARY T.<br>　　BENTLEY and T. MARK JONES,<br><br>　　　　Plaintiff,<br><br>ACTAVIS MID ATLANTIC LLC, et al.<br><br>　　　　Defendants | MDL NO. 1456<br><br>Master File No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852<br><br>Judge Patti B. Saris |

### CERTIFICATE OF PAUL K. DUEFFERT, ESQ.

I, Paul K. Dueffert, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am a member in good standing of the Bars of the District of Columbia, Minnesota, Missouri and Pennsylvania.

2. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Signed under the pains and penalties of perjury, this 3rd day of May, 2010.

_____
Paul K. Dueffert, Esq.

3



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

PAUL K. DUEFFERT

was on the    7ᵀᴴ    day of    DECEMBER, 1992,

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 28, 2010.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

PAUL K DUEFFERT

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

December 05, 1988

Given under my hand and seal of this court on

April 23, 2010

*Frederick K. Grittner*
Frederick K. Grittner
Clerk of Appellate Courts

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 13, 1989,

## *Paul K. Dueffert*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 23rd. day of April, 2010.

_____
Clerk of the Supreme Court of Missouri

## ATTORNEY REGISTRATION OFFICE



**PENNSYLVANIA JUDICIAL CENTER**
601 Commonwealth Ave., Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625

Tel: (717) 231-3380 • Fax:(717) 231-3381 • www.padboard.org

## CERTIFICATION OF INACTIVE STATUS
*In lieu of Certificate of Good Standing*

For

### PAUL K. DUEFFERT
*PA Bar Number 61720*

I, Suzanne E. Price, as the Attorney Registrar for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that Paul K. Dueffert was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on July 1, 1991.

Mr. Dueffert is currently registered as "Voluntarily Inactive", having assumed said status as of July 1, 2002.

Dated this 27th day of April, 2010

By: _____
Suzanne E. Price
Attorney Registrar