# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| J&J Class 1 | |

## CLASS COUNSEL'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DON HAVILAND

Class Counsel respectfully request leave to file a short reply brief in support of their Motion for Sanctions Against Don Haviland ("Motion"). As grounds for the foregoing, Class Counsel state as follows:

1. Local Rule 7.1(b)(2) requires that additional papers, "whether in the form of a reply or otherwise, may be submitted only with leave of Court."

2. Class Counsel require this reply brief because, in his opposition to Class Counsel's Motion, Mr. Haviland made admissions that are relevant to this Court's decision on the Motion.

3. Class Counsel therefore respectfully request leave to file a short reply in support of their Motion, attached as Exhibit A.

WHEREFORE, Class Counsel respectfully request that this Court grant them leave to file a reply brief in support of their Motion for Sanctions against Don Haviland, and all other relief that this Court deems just and proper.

DATED:  May 12, 2010								Respectfully submitted,

By: /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
    Hagens Berman Sobol Shapiro LLP
    55 Cambridge Parkway, Suite 301
    Cambridge, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K St. NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Jeffrey L. Kodroff
John A. Macoretta
Spector, Roseman, Kodroff & Willis P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

***Co-Lead Class Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, ***Class Counsel's Motion for Leave to File Reply Brief in Support of Motion for Sanctions Against Don Haviland*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 12, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Steve W. Berman
Steve W. Berman