UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION | ) ) ) ) ) | Hon. Patti B. Saris |

## NOTICE OF CHANGE OF FIRM NAME

Please take notice that, effective May 1, 2010, Hogan & Hartson LLP, counsel for Amgen Inc. in the above-captioned matter, has changed its name to Hogan Lovells US LLP. The Firm's telephone number, facsimile number and mailing address remain the same.

Email addresses have changed for all attorneys as follows:

| Name | Current Email Address | New Email Address |
|---|---|---|
| Steven F. Barley | sfbarley@hhlaw.com | steve.barley@hoganlovells.com |
| Joseph H. Young | jhyoung@hhlaw.com | hank.young@hoganlovells.com |

Dated: May 19, 2010

/s/ Steven F. Barley
Steven F. Barley, Esq.
Joseph H. Young
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701

Frank A. Libby, Jr.
Douglas S. Brooks
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street, 8th Floor
Boston, MA 02110
Telephone: (617) 338-9300
Facsimile: (617) 338-9911

## Certificate of Service

I certify that a true and correct copy of the foregoing was delivered on May 19, 2010 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.


/s/ Laurice Y. Chen