UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, respectfully moves that Jennifer F. Connolly be admitted to practice before this Honorable Court for purposes of the above-noted case. This attorney is licensed to practice law in Illinois.

According to the attached Affidavit of Good Standing of Jennifer F. Connolly:

1. Is a member of the Bar in good standing in the jurisdiction in which she has been admitted to practice.

2. There are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

3. She is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Jennifer F. Connolly be admitted this 20th day of May, 2010.

- 2 -

DATED: May 20, 2010                By /s/ **Thomas M. Sobol**
                                                      Thomas M. Sobol (BBO #471770)
                                                      Edward Notargiacomo (BBO #567636)
                                           Hagens Berman Sobol Shapiro LLP
                                           55 Cambridge Parkway, Suite 301
                                           Cambridge, MA  02142
                                           Telephone: (617) 482-3700
                                           Facsimile: (617) 482-3003

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 20, 2010.

      /s/ Thomas M. Sobol  
      Thomas M. Sobol