UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## AFFIDAVIT OF GOOD STANDING

Jennifer Fountain Connolly, an attorney with the firm of Hagens Berman Sobol Shapiro, LLP, 1629 K St. NW, Suite 300, Washington, DC 20006, hereby certifies:

1.  I am a member of the Bar of the State of Colorado and the Bar of the State of Illinois;

2.  I am a member of the Bar in good standing in the jurisdictions in which I have been admitted to practice;

3.  There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 20th day of May, 2010.

          Respectfully submitted,

          By: /s/ Jennifer F. Connolly
          Jennifer Fountain Connolly
          HAGENS BERMAN SOBOL SHAPIRO LLP
          1629 K St. NW, Suite 300
          Washington, DC 20006
          Telephone: (202) 355-6435
          Facsimile: (202) 355-6455

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 20, 2010.

/s/ Thomas M. Sobol
Thomas M. Sobol

- 3 -

001534-16 370329 V1