**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 83.5.2(c), Defendant Novartis Pharmaceuticals Corporation ("Novartis") requests that the Court permit Melissa B. Coffey of Wilmer Cutler Pickering Hale and Dorr LLP to withdraw as counsel for Novartis in this Action and all related actions. In support of this motion, Novartis states that the existing appearances of Karen F. Green of Wilmer Cutler Pickering Hale and Dorr LLP as well the other attorneys who individually have entered *pro hac vice* appearances on behalf of Novartis remain in effect and are not affected by this withdrawal.

                                                        Respectfully Submitted,

                                                        /s/ Melissa B. Coffey
                                                        Karen F. Green (BBO #209050)
                                                        Melissa B. Coffey (BBO #660750)
                                                        WILMER CUTLER PICKERING HALE
                                                        AND DORR LLP
                                                        60 State Street
                                                        Boston, Massachusetts 02109
                                                        (617) 526-6000
                                                        *Attorneys for Novartis Pharmaceuticals Corporation*

Dated: May 25, 2010

**CERTIFICATE OF SERVICE**

      I, Melissa Coffey, certify that on May 25, 2010, a copy of the foregoing document was served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                              /s/ Melissa B. Coffey
                                              Melissa B. Coffey