UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS<br>Judge Patti B. Saris |

**REQUEST FOR ADMISSION PRO HAC VICE FOR JOSEPH ANGLAND**

Undersigned counsel requests admission pro hac vice pursuant to Case Management Orfer ("CMO") No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A is the Declaration of Joseph Angland in Support of the Application for Admission Pro Hac Vice.

Dated: May 27, 2010

Respectfully Submitted,

Joseph Angland
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorney for Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2010, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR JOSEPH ANGLAND and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Michael DeSimone
Michael DeSimone