# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS<br>Judge Patti B. Saris |

## DECLARATION OF JOSEPH ANGLAND IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Joseph Angland, an attorney with the firm of White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, hereby declares:

1. I am an attorney admitted to practice before the State Courts of New York, The District of Columbia, The U.S. Tax Court, The U.S. Court of Federal Claims, The U.S. Supreme Court, The U.S. Court of Appeals for the Second, D.C., Third, Federal and Seventh Circuits, The U.S. District Court for the Southern District of New York, Eastern District of New York, D.C., Central District of Illinois and the Eastern District of Michigan.

2. I am currently licensed in good standing to practice law in each jurisdiction in which I have been admitted;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I represent the defendant Sandoz Inc. in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts.

_____
Joseph Angland, Esq.