# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | MDL No. 1456<br>Master File No. 01- 12257-PBS<br>Subcategory Case. No. 06-11337<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge<br>Marianne B. Bowler |

### DEY DEFENDANTS' CONSENTED TO MOTION TO WITHDRAW THE MOTION *IN LIMINE* TO EXCLUDE FROM EVIDENCE THE REPORTS AND TESTIMONY OF STEPHEN W. SCHONDELMEYER

Defendants Dey Pharma, L.P (formerly known as Dey, L.P.), Dey, Inc., and Dey L.P., Inc. (collectively "Dey") move to withdraw their Motion *In Limine* to Exclude From Evidence the Reports and Testimony of Stephen W. Schondelmeyer (Docket No. 6998, Subcategory Docket No. 737) ("Motion *In Limine*") without prejudice. Plaintiff the United States has indicated that it will consent to the relief sought in this motion.

Dated: May 27, 2010

                                                Respectfully submitted,

                                                KELLEY DRYE & WARREN LLP

                                                By:      /s/ Clifford Katz
                                                   Paul F. Doyle (BBO # 133460)
                                                   Sarah L. Reid (*pro hac vice*)
                                                   Neil Merkl (*pro hac vice*)
                                                   Clifford Katz (*pro hac vice*)
                                          101 Park Avenue
                                          New York, NY 10178
                                          Telephone: (212) 808-7800
                                          Facsimile: (212) 808-7897

-and-

Martin F. Murphy, BBO #363250
Robert E. Toone, BBO #663249
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

*Attorneys for Defendants Dey Pharma, L.P. (formerly known as Dey, L.P.), Dey, Inc., and Dey L.P., Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

      I certify that I have conferred with Jeffrey Fauci, counsel for the United States in this action, who indicated that the United States would consent to the relief sought in this motion.


         /s/ Clifford Katz
         Clifford Katz

3

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the above Stipulation Concerning the Reports and Testimony of Stephen W. Schondelmeyer was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 27, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                         /s/ Clifford Katz