# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 83.5.2(c), Defendant Novartis Pharmaceuticals Corporation ("Novartis") requests that the Court permit Rohini Gandhi of KAYE SCHOLER LLP to withdraw as counsel for Novartis in this Action and all related actions. In support of this motion, Novartis states that the existing appearances of Karen F. Green of Wilmer Cutler Pickering Hale and Dorr LLP as well the other attorneys who individually have entered *pro hac vice* appearances remain in effect and are not affected by this withdrawal.

Dated this 28th day of May, 2010.

                                                  Respectfully Submitted,

                                                  /s/ Karen F. Green
                                                  Karen F. Green (BBO# 209050)
                                                  **WILMER CUTLER PICKERING**
                                                         **HALE AND DORR LLP**
                                                  60 State Street
                                                  Boston, Massachusetts 02109
                                                  Telephone: (617) 526-6000
                                                  Facsimile: (617) 526-5000

## **CERTIFICATE OF SERVICE**

      I, Karen F. Green, certify that pursuant to Case Management Order No. 2, I caused a copy of the foregoing document to be served on all counsel of record via electronic service by sending a copy to Lexis Nexis File & Serve for posting and notification to all parties in this action on this 28th day of May, 2010.

                                                  /s/ Karen F. Green\_\_\_\_\_
                                                  Karen F. Green

US1DOCS 7556681v1