UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE            ) <br> LITIGATION                                         ) <br> _____ ) <br>                                                                ) <br> THIS DOCUMENT RELATES TO:            ) <br>                                                                ) <br> *United States of America, ex rel.*           ) <br> *Ven-A-Care of the Florida Keys, Inc. v.* ) <br> *Dey, Inc., et al.,* Civil Action No.             ) <br> 05-11084-PBS                                           ) | MDL No.1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Subcategory Docket: 06-CV-11337-PBS <br><br> Hon. Patti B. Saris |

**UNITED STATES' MOTION TO EXCLUDE
CERTAIN TESTIMONY OF DR. LAUREN STIROH**

The United States of America, through its undersigned counsel, hereby moves to exclude certain expert testimony of Dr. Lauren Stiroh, an expert witness of the defendants Dey, Inc., Dey, L.P., and Dey, L.P., Inc. The specific testimony sought to be excluded and the grounds for this motion are set forth in the accompanying memorandum of law.

Case 1:01-cv-12257-PBS   Document 7125   Filed 06/07/10   Page 2 of 2

|  | Respectfully submitted, |
|---|---|
| TONY WEST | CARMEN M. ORTIZ |
| ASSISTANT ATTORNEY GENERAL | UNITED STATES ATTORNEY |
| Joyce R. Branda | By:  /s/ *James J. Fauci* |
| Daniel R. Anderson | George B. Henderson, II |
| Laurie A. Oberembt | Barbara Healy Smith |
| Civil Division | James J. Fauci |
| Commercial Litigation Branch | Assistant U.S. Attorneys |
| P. O. Box 261 | United States Courthouse |
| Ben Franklin Station | 1 Courthouse Way, Suite 9200 |
| Washington, D.C. 20044 | Boston, MA 02210 |
| (202) 514-3345 | (617) 748-3272 |
| FOR THE RELATOR, | Gary Azorsky, Esq. |
|  | Susan Schneider Thomas, Esq. |
| James J. Breen | Berger & Montague, P.C. |
| The Breen Law Firm, P.A. | 1622 Locust St. |
| 5755 Northpoint Parkway, Suite 260 | Philadelphia, PA 19103 |
| Alpharetta, GA 30022 | (215) 875-3090 |
| Tel.  (770) 740-000 |  |

## CERTIFICATION

The undersigned certifies that counsel for the United States and for Dey have conferred pursuant to LR 7.1(A)(2), in a good faith attempt to resolve or narrow the issues addressed in this motion.

 /s/ *James J. Fauci*
James J. Fauci
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:    June 7, 2010

 /s/ *James J. Fauci*
James J. Fauci
Assistant U.S. Attorney