# Exhibit D

1

1        UNITED STATES DISTRICT COURT

2         DISTRICT OF MASSACHUSETTS

3

4  IN RE: PHARMACEUTICAL     ) MDL No. 1456

5  INDUSTRY AVERAGE WHOLESALE  )

6  PRICE LITIGATION          ) Master File

7  -----------------------------) No. 01-CV-12257-PBS

8  THIS DOCUMENT RELATES TO:   )

9  -----------------------------) Subcategory

10  United States of America,   ) No. 06-CV-11337-PBS

11  ex rel. Ven-A-Care of the   )

12  Florida Keys, Inc., v.    ) Hon. Patti B. Saris

13  Abbott Laboratories, Inc.,  )

14  CIVIL ACTION NO. 05-11084-PBS) VOLUME I

15              - - - - -

16          May 12, 2009 - 9:02 a.m.

17        Deposition of LAUREN J. STIROH, Ph.D.,

18  taken by attorneys for Venacare, pursuant to

19  notice, held at the offices of Kelley Drye &

20  Warren LLP, 101 Park Avenue, New York, New York,

21  before Helen Mitchell, a Shorthand Reporter and

22  Notary Public.

2

1  A P P E A R A N C E S :

2     BARBARA HEALY SMITH, ESQ.

3     United States Department of Justice

4     United States Attorney's Office

5     Attorney for United States of

6     America

7     United States Courthouse

8     1 Courthouse Way - Suite 9200

9     Boston, Massachusetts 02210

10     Phone: (617)748-3263

11     E-mail: barbara.h.smith@usdoj.gov

12

13     BERGER & MONTAGUE PC

14     Attorneys for Ven-A-Care of the

15     Florida Keys, Inc.

16     1622 Locust Street

17     Philadelphia, Pennsylvania 19103

18     BY:   SUSAN SCHNEIDER THOMAS, ESQ.

19     Phone: (215)875-5711

20     E-mail: sthomas@bm.net

21

22

3

1  A P P E A R A N C E S : (Continued)

2      KELLEY DRYE & WARREN LLP

3         Attorneys for Dey, Inc.

4         101 Park Avenue

5         New York, New York 10178

6      BY:   SARA L. REID, ESQ.

7          Phone: (212)808-7720

8          E-mail: sreid@kelleydrye.com

9          MARISA A. LORENZO, ESQ.

10         Phone: (212)808-7697

11         E-mail: mlorenzo@kelleydrye.co

12

13

14

15

16

17

18

19

20

21

22

47

3    Q.   What understanding do you have of what
4   a company needs to do in order to give that
5   signal at launch?
6    A.   My understanding is that a company of
7   -- generic pharmaceutical manufacturer has to
8   have a pharmaceutical product that is approved by
9   the FDA, that it has to be the same dosage,
10  strength, route of administration as the brand to
11  which it is generic, and that the signal that the
12  product that is a generic and available for
13  distribution to end patients comes from a
14  published AWP at launch that is below the brand
15  AWP.
16   Q.   Any amount below?
17   A.   My understanding, there is essentially
18  an industry practice that it is 10 to 20 percent
19  below the AWP.

                                        47

20      Q.  Where does that understanding come

21   from?

22      A.  As it applies to this case, from

                                        48

 1   deposition testimony in connection with this

 2   case.

48

3    Q.  Did you have that understanding prior
4  to this case?
5    A.  I don't recall specific understanding.
6  Certainly in reading the deposition testimony
7  connected with the industry practice of
8  publishing an AWP approximately 10 percent below
9  a brand was not outside of any understanding I
10  had prior to this case.
11    Q.  Let me just make sure I understand
12  that.
13      Are you saying that you did not have
14  any particular understanding about setting a
15  generic AWP at 10 to 20 percent below the brand
16  AWP before your involvement in this litigation?
17    A.  No.  I generally had an understanding
18  of distribution chains in the pharmaceutical
19  industry.  And while I don't recall ever having a
20  fixed understanding of the amount by which AWP is
21  below the brand AWP, what I reviewed in this case
22  essentially didn't seem to me to be outside my

49

1  understanding from prior to the case.

60

17    Q.  Are you saying that to your knowledge

18  every generic product is priced within that 10 to

19  20 percent range below its corresponding brand

20  product?

21    A.  No.

22    Q.  Have you ever looked to see if there

61

1  are products that are priced at a greater

2  discount to the brand?

3    A.  I have looked at the Dey drugs that are

4  at issue in this case, and I have reviewed

5  testimony regarding other drugs that are at issue

6  in other similar types of cases, and to the best

7  of my recollection, that general industry

8  practice or industry understanding holds for the

9  drugs at issue in this case.  I'm not aware of

10  anything that falls outside of that band, but I

11  can't testify that there isn't.