# Exhibit E

1: 1                SWORN STATEMENT OF HELEN SELENATI

   2

   3              South San Francisco, California

   4

   5                 Thursday, August 15, 2002

   6

   7                  C O N F I D E N T I A L

   8

   9

  10

  11

  12

  13

  14

  15

  16

  17

  18

  19

  20

  21 Reported by:

  22 KATHY NELSON

  23 CSR No. 9796

  24 JOB No. 36100

  25

2: 1

   2

   3

   4

   5

   6

   7

   8

   9

  10

  11          Sworn statement of Helen Selenati, taken on

  12 behalf the Office of the Attorney General, State of

  13 Texas, at the Larkspur Landing Hotel, 690 Gateway

  14 Boulevard, South San Francisco, California,

  15 beginning at 10:46 a.m. and ending at 4:16 p.m.,

  16 on Thursday, August 15, 2002, before KATHY NELSON,

  17 Certified Shorthand Reporter No. 9796.

  18

  19

  20

  21

  22

  23

  24

  25 APPEARANCES:

```
3:  1
    2        OFFICE OF THE ATTORNEY GENERAL, STATE OF TEXAS BY:
RAYMOND C. WINTER
    3        Assistant Attorney General Administrative Law
Division
    4        Post Office Box 12548 Austin, Texas  78711-2548
    5        (512) 475-4208
    6   OFFICE OF THE ATTORNEY GENERAL, STATE OF TEXAS
    7        BY:  JOE CRAWFORD Special Assistant Attorney General
    8        209 West 14th Street Price Daniel, Sr. Building,
Suite 800
    9        Austin, Texas  78701 (512) 936-1878
   10
   11
   12
   13
   14
   15
   16
   17
   18
   19
   20
   21
   22
   23
   24
   25                         INDEX
4:  1 WITNESS                              EXAMINATION
    2 HELEN SELENATI
    3
    4        BY MR. WINTER                       6, 156
    5        BY MR. CRAWFORD                        142
    6
```

47:

    4       Q    And at that time, do you know whether the AWP
    5 that was set for albuterol bore any reasonable
    6 approximation to the prices that wholesalers were really
    7 charging the retail customers for albuterol?
    8       A    There was no resemblance between those two
    9 prices.  I was instructed to call up First Data Bank; in
   10 fact, I was instructed by Bob Mozak to call up First
   11 Data Bank and to speak to Ed Edelstein, who was the
   12 manager of the database operations at First Data Bank,
   13 and to ask him what is the maximum price that Dey Labs
   14 can list their AWP at and still be considered a generic
   15 product.
   16            I then got a response from Ed Edelstein, who
   17 said that it needs to be -- Dey's AWP price needs to be
   18 at least 10 percent below the branded product in order
   19 for him to consider and list us as a generic product.
   20 And we then established our AWP at 10 percent below the
   21 branded product price.  And that was what we submitted
   22 to First Data Bank as our AWP.