# Exhibit G

# Net Sales
## (Net of What?)

Joe Oberting
Revenue Accounting

6/27/02

HIGHLY CONFIDENTIAL

DEY-BO0031281
DEY094-5194

# Golden Rules

- Somewhat Entertaining
- Socially Acceptable
- Meaningful Information
- Brief

6/27/02



HIGHLY CONFIDENTIAL

DEY-BO0031282
DEY094-5195

# Agenda

- Common Terms
- Questions YOU Want Answered
- Net Sales - How Did We Get Down Here?
- Settle Down! - Odd Fluctuations
- What Did *What?!*
- Medicaid Land Mines

6/27/02



HIGHLY CONFIDENTIAL

DEY-BO0031283
DEY094-5196

# Common Terms

- ☆ Direct Sale
- ☆ Indirect Sale
- ☆ Processed
- ☆ Accrued (GAAP)
- ☆ Chargeback
- ☆ Gross Margin
- ☆ Medicaid Alphabet Soup - CMS AMP
  - BP AWP ASP URA PHS HIN CPI-U (defined on next slide)
- ☆ WAC

6/27/02

HIGHLY CONFIDENTIAL

DEY-BO0031284
DEY094-5197

# Medicaid Alphabet Soup

- CMS = Center for Medicare and Medicaid Services
- AMP = Average Manufacturer's Price
- BP = Best Price
- AWP = Average Wholesale Price
- ASP = Average Selling Price
- URA = Unit Rebate Amount (usually per mL)
- PHS = Public Health System
- HIN = Health Industry Number
- CPI-U = Consumer's Price Index for All Urban Consumers

6/27/02

HIGHLY CONFIDENTIAL

DEY-BO0031285
DEY094-5198



# Questions YOU Want Answered

## Your Turn to speak...

6/27/02

HIGHLY CONFIDENTIAL

DEY-BO0031286
DEY094-5199

# Net Sales – How Did We Get Down Here?

**INVOICES**

**LESS: Returns**

    **Pricing Adjustments / Shelf Stock Credit**

    **Chargebacks**

    **Rebates**

**= NET PROCESSED PRODUCT SALES**

**LESS: Cash Discounts**

    **Administrative Fees**

    **Medicaid Rebates**

**= NET SALES**

**LESS: Cost of Sales**

**= GROSS MARGIN**

6/27/02



HIGHLY CONFIDENTIAL

DEY-BO0031287
DEY094-5200

# DEY

## Net Sales
### May 2002
### $(000)

|  | Processed | Accrued | Difference |
|---|---:|---:|---:|
| All Invoices | $ 30,516 | $ 30,516 | $ - |
| Less *processed*: | | | |
| Chargebacks | $ 4,779 | $ 5,145 | $ (366) |
| Returns | 537 | 1,771 | (1,234) |
| Rebates | 904 | 1,451 | (547) |
| Other Credits | 68 | 68 | - |
| | 6,288 | 8,435 | (2,147) |
| **Net Processed Sales** | **$ 24,228** | | |
| Less *other accruals*: | | | |
| Cash Discounts | | $ 585 | $ (585) |
| Administrative Fees | | 219 | (219) |
| Medicaid Rebates | | 1,096 | (1,096) |
| | | 1,900 | (1,900) |
| **Net Sales** | | **$20,181** | **$ (4,047)** |

6/27/02

HIGHLY CONFIDENTIAL

DEY-BO0031288
DEY094-5201



HIGHLY CONFIDENTIAL

DEY-BO0031289
DEY094-5202

# What Did *What* ? May 2002
## Results by Product Line

**Results $(Millions)**

| Product Lines | Sales | | | Budget Gross Margin |
|---|---|---|---|---|
| | Actual | Budget | +/(-) | +/(-) |
| Ipratropium | $ 5.6 | $ 2.1 | $ 3.5 | $ 2.5 |
| Albuterol Unit Dose | 5.9 | 4.7 | 1.2 | 0.5 |
| Cromolyn | 0.6 | 0.3 | 0.3 | - |
| Easivent® | 0.6 | 0.3 | 0.3 | 0.2 |
| Curosurf® | 0.2 | 0.3 | (0.1) | (0.1) |
| DuoNeb™ | 4.8 | 5.3 | (0.5) | (0.5) |
| Albuterol Multidose | 0.1 | 0.6 | (0.5) | (0.1) |
| Ipratropium Nasal | - | 1.0 | (1.0) | (0.4) |
| Albuterol MDI | (0.2) | 1.4 | (1.6) | (1.0) |
| AccuNeb™ | - | 1.9 | (1.9) | (1.7) |
| EpiPen® | 3.6 | 6.9 | (3.3) | (2.3) |
| All Others | (1.0) | (0.7) | (0.3) | (0.3) |
| Totals | $ 20.2 | $ 24.1 | $ (3.9) | $ (3.2) |

6/27/02



HIGHLY CONFIDENTIAL

DEY-BO0031290
DEY094-5203

# What Did *What* ? 5 Months 2002
## Results by Product Line

### Results $(Millions)

| Product Lines | Sales Actual | Sales Budget | Sales +/(-) | Budget Gross Margin +/(-) |
|---|---|---|---|---|
| Ipratropium | $ 24.7 | $ 15.6 | $ 9.1 | $ 7.1 |
| Albuterol Unit Dose | 25.8 | 20.2 | 5.6 | 2.7 |
| DuoNeb™ | 22.1 | 18.6 | 3.5 | 3.1 |
| Curosurf® | 1.0 | 1.0 | - | 0.1 |
| Albuterol Multidose | 0.9 | 2.6 | (1.7) | (0.4) |
| Ipratropium Nasal | - | 2.5 | (2.5) | (1.0) |
| EpiPen® | 28.6 | 31.4 | (2.8) | (2.3) |
| Albuterol MDI | 1.8 | 6.9 | (5.1) | (4.3) |
| AccuNeb™ | 0.1 | 6.8 | (6.7) | (6.0) |
| All Others | 1.0 | 1.6 | (0.6) | (0.8) |
| **Totals** | **$106.0** | **$107.2** | **$ (1.2)** | **$ (1.8)** |

6/27/02




HIGHLY CONFIDENTIAL

DEY-BO0031291
DEY094-5204

# Medicaid Land Mines

1. Best Price
2. CPI-U
3. Administrative Fees (3% Max)
4. Bundled Sales
5. Free Goods (Strings Attached?)
6. Coupon Rebate Program
7. Nominal Price
8. Customer Types
   - (Retail vs Non-Retail)

6/27/02

HIGHLY CONFIDENTIAL

DEY-BO0031292
DEY094-5205

# Summary Discussion



6/27/02

HIGHLY CONFIDENTIAL

DEY-BO0031293
DEY094-5206

CONTRACT PROCEDURE

HIGHLY CONFIDENTIAL

DEY-BO0031294
DEY094-5207