# Exhibit H

```
00001
  1         UNITED STATES DISTRICT COURT
  2           DISTRICT OF MASSACHUSETTS
  3
  4  IN RE:  PHARMACEUTICAL    )
  5  INDUSTRY AVERAGE          ) MDL No. 1456
  6  WHOLESALE PRICE           )
  7  LITIGATION                ) No.
  8                            ) 01-CV-12257-PBS
  9  This Document Relates to  )
 10  All Actions               )
 11                            )
 12
 13           HIGHLY CONFIDENTIAL -
 14           ATTORNEYS' EYES ONLY
 15             August 19, 2004
 16               9:00 a.m.
 17       Deposition of PAM MARRS, held at Hilton
 18  Garden Inn, 3585 Solano Avenue, Napa, California,
 19  pursuant to 30(b)(6) notices, before Wendy E. Arlen, a
 20  Certified Shorthand Reporter of the State of
 21  California.
 22

00002
  1  APPEARANCES:
  2
  3      HEINS MILLS & OLSON, P.L.C.
  4      Attorneys for the Plaintiffs
  5         3550 IDS Center
  6         80 South Eighth Street
  7         Minneapolis, Minnesota  55402
  8      BY:  DAVID R. WOODWARD, Esq.
  9           MATT RUAN, Esq.
 10
 11      KELLEY DRYE & WARREN LLP
 12      Attorneys for Dey
 13         101 Park Avenue
 14         New York, New York  10178
 15      BY:  PAUL F. DOYLE, Esq.
 16           ANTONIA F. GIULIANA, Esq.
 17             And
 18      JOHN M. KLING
 19      Senior Vice President, Legal
 20         2751 Napa Valley Corporate Drive
 21         Napa, California  94558
```

```
        22

00003
   1  APPEARANCES (Continued):
   2
   3        PERKINS COIE
   4        Attorneys for Immunex
   5            1201 3rd Avenue, 40th Floor
   6            Seattle, Washington  98101
   7        BY:  ZOE PHILIPPIDES, Esq.
   8
   9
  10
  11
  12
  13
  14
  15
  16
  17
  18
  19
  20
  21
  22
```

00217
```
 4   Q.   What is average sales price?
 5   A.   Well, it has a variety of meanings to a
 6  variety of people.
 7   Q.   As used by Dey?
 8   A.   We used average selling price in some of our
 9  internal documents, and it's merely -- you know, at a
10  big picture level it's sales dollars divided by units.
11  There are some complexities within that calculation ,
12  but generally speaking, that's what it is.
13   Q.   And what are you referring to when you say
14  sales dollars?
15   A.   Pardon me?
16   Q.   What are you referring to when you say sales
17  dollars?
18   A.   You would look at our sales reports, and it
19  would be sales for that product minus returns,
20  chargebacks, rebates and the various other allowances
21  on an accrual basis divided by units.  It does not
22  include deductions for cash discounts, admin fees or
```

00218
```
 1  Medicaid rebates.
```