UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO: *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* Case No: 1:03-cv-11226-PBS | ) ) Judge Patti B. Saris ) ) Magistrate Judge ) Marianne B. Bowler ) ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL**

The undersigned attorney hereby gives notice of the withdrawal of appearance of Thomas A. Temmerman as counsel for Plaintiff State of California in the above-captioned matter. All other counsel of record for the State of California will continue to appear as counsel for Plaintiff in this matter.

Dated:  June 8, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By:  */s/ Nicholas N. Paul*
      NICHOLAS N. PAUL
      CA State Bar No. 190605
      Supervising Deputy Attorney General
      Bureau of Medi-Cal Fraud and Elder Abuse
      Office of the Attorney General
      1455 Frazee Road, Suite 315
      San Diego, CA  92108
      Telephone:  (619) 688-6099
      Fax:  (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 8, 2010, a copy to Lexis-Nexis for posting and notification to all parties.

                                            __*/s/ Nicholas N. Paul*_____
                                            NICHOLAS N. PAUL