# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| J&J CLASS 1 | Judge Patti B. Saris |

### CLASS COUNSEL'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO ADD CLASS ONE REPRESENTATIVE FOR THE JOHNSON & JOHNSON DEFENDANTS

On March 26, 2010, Don Haviland filed a Notice of Voluntary Dismissal seeking to withdraw the only Class 1 representatives in the case against J&J from the case. Pursuant to this Court's May 19, 2010 order, which entered Case Management Order No. 33, Class Counsel had until today to file a motion to add a new proposed class representative. Class Counsel have secured a client and, accordingly, hereby respectfully move for leave of Court to add Mrs. Jimmie Austed as a Class 1 representative for the J&J Defendants.

### MEMORANDUM

On March 26, 2010, Don Haviland filed a Notice of Voluntary Dismissal, seeking to dismiss without prejudice the "individual claims" of both the Class 1 J&J representatives. *See* Dkt. No. 7013. Pursuant to the Court's instructions during a March 31, 2010 status conference, on April 16, 2010, Class Counsel and the J&J Defendants each filed "Position Statements" indicating, generally, that they do not oppose dismissal of the Withdrawing Plaintiffs' claims against the J&J Defendants. *See* Dkt. Nos. 7056 and 7058. In addition, Class Counsel have moved for sanctions against Mr. Haviland pursuant to 28 U.S.C. § 1927. Dkt No. 7059. Mr. Haviland has filed an opposition to that Motion. Dkt No. 7100, and Class Counsel have moved for leave to file a reply brief in support of that Motion. Dkt. No. 7108. The motion is

returnable on June 21, 2010 at 4:00 p.m.  *See* Minute Order dated April 30, 2010.

On May 19, 2010, this Court entered Case Management Order No. 33, requiring, *inter alia*, Class Counsel to add a class representative by today.[1]  Class Counsel have secured a replacement Class 1 representative and wish to add Mrs. Austed so that the Class 1 Plaintiffs' case against the J&J Defendants may proceed.

As set forth in the attached Affidavit of John A. Macoretta, Mrs. Austed has been taking Remicade since approximately 2000.  Mrs. Austed has been a Medicare Part B beneficiary during that time and has made percentage co-payments for her Remicade infusions.  She has been advised of the status of the litigation against the J&J Defendants and wishes to serve as a class representative.  Therefore, Mrs. Austed is an appropriate representative for Class 1.

WHEREFORE Class Counsel respectfully request leave to add Mrs. Jimmie Austed as a Class 1 representative for the J&J Defendants, and all other relief that this Court deems just and appropriate.

DATED: June 9, 2010                     By      /s/ Steve W. Berman
                                            Thomas M. Sobol (BBO#471770)
                                            Edward Notargiacomo (BBO#567636)
                                        Hagens Berman Sobol Shapiro LLP
                                        55 Cambridge Parkway, Suite 301
                                        Cambridge, MA  02142
                                        Telephone: (617) 482-3700
                                        Facsimile: (617) 482-3003

                                        **LIAISON COUNSEL**

---

[1] In addition, because Mr. Haviland could not properly withdraw his clients by filing a Notice and instead needed to file a Motion, he had until June 1 to file a motion for leave to permit them to withdraw.  Not only has Mr. Haviland failed to comply with that Order, but he has failed to respond to written requests from counsel for J&J to advise the parties of Mr. Haviland's intentions with regard to the clients he once claimed wanted to withdraw.

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman, Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD CLASS COUNSEL**

Case 1:01-cv-12257-PBS   Document 7129   Filed 06/09/10   Page 4 of 4

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 9, 2010, I caused copies of **CLASS COUNSEL'S MEMORANDUM IN SUPPORT OF THEIR MOTION TO ADD CLASS ONE REPRESENTATIVE FOR THE JOHNSON & JOHNSON DEFENDANTS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

    **s/ Steve W. Berman**
Steve W. Berman

- 4 -