**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | MDL No.1456 |
| LITIGATION | ) | |
| _____ | ) | Civil Action No. 01-12257-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Subcategory Docket: 06-CV-11337-PBS |
| | ) | |
| *United States of America, ex rel.* | ) | |
| *Ven-A-Care of the Florida Keys, Inc. v.* | ) | Hon. Patti B. Saris |
| *Dey, Inc., et al.,* Civil Action No. | ) | |
| 05-11084-PBS | ) | |

**UNITED STATES' MOTION TO EXCLUDE**
**CERTAIN EVIDENCE OF "GOVERNMENT KNOWLEDGE"**

The United States of America, through its undersigned counsel, hereby moves to

exclude evidence of "government knowledge," as it is irrelevant to any element or defense under

the False Claims Act.  The specific evidence sought to be excluded includes testimony of various

government officials' understanding of what Average Wholesale Prices (AWPs) represented, and

testimony, reports and other documents demonstrating the federal government's growing

awareness that many reported AWPs exceeded market prices.  As explained in more detail in the

accompanying memorandum of law, this evidence is not relevant to any issue properly before the

jury, including whether Dey's reported AWPs were false, whether they caused false claims to be

submitted and whether Dey acted knowingly.

Respectfully submitted,

TONY WEST                                   CARMEN M. ORTIZ
ASSISTANT ATTORNEY GENERAL                  UNITED STATES ATTORNEY

Joyce R. Branda                    By:      /s/ *George B. Henderson, II*
Daniel R. Anderson                          George B. Henderson, II
Laurie A. Oberembt                          Barbara Healy Smith
Civil Division                              James J. Fauci
Commercial Litigation Branch                Assistant U.S. Attorneys
P. O. Box 261                               United States Courthouse
Ben Franklin Station                        1 Courthouse Way, Suite 9200
Washington, D.C.  20044                     Boston, MA 02210
(202) 514-3345                              (617) 748-3272


FOR THE RELATOR,                            Gary Azorsky, Esq.
                                            Susan Schneider Thomas, Esq.
James J. Breen                              Berger & Montague, P.C.
The Breen Law Firm, P.A.                    1622 Locust St.
5755 Northpoint Parkway, Suite 260          Philadelphia, PA 19103
Alpharetta, GA 30022                        (215) 875-3090
Tel.  (770) 740-000


## CERTIFICATION

    The undersigned certifies that counsel for the United States and for Dey have conferred pursuant to LR 7.1(A)(2), in a good faith attempt to resolve or narrow the issues addressed in this motion.

                                     /s/ *George B. Henderson, II*
                                    George B. Henderson, II
                                    Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

    I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:    June 10, 2010               /s/ *George B. Henderson, II*
                                    George B. Henderson, II
                                    Assistant U.S. Attorney