# EXHIBIT 5

**Palmetto Government Benefits Administrators**

# DMERC MEDICARE ADVISORY

Durable Medical Equipment Regional Carrier  P.O. Box 100141  Columbia, SC  29202-3141

**JANUARY 1994**                                                                                         **ISSUE 5**
                                                                                                        **PAGE 94-1**

### ATTENTION PHYSICIANS AND SUPPLIERS

**IN THIS ISSUE...**

OBRA 93 Changes ................................................................ 94-1-3
Physician Order ......................................................................... 94-4
Certificate of Medical Necessity: Deferred Implementation ......... 94-4
SADMERC's HCPCS Functions .............................................. 94-4-5
Recategorization of New Wheelchair Codes ............................... 94-5
Level II HCPCS Code for Elevating Leg Rests ............................ 94-5
Coding: How to Obtain Reference Material ................................ 94-6
New Level III HCPCS Codes for Enteral Products .................. 94-6-7
Grandfathering Policy ............................................................ 94-7-10
Certificate of Medical Necessity (CMN) Submission ............. 94-11-12
Medical Policy: Where DMERC Medical Policy Does Not Exist  94-13
Claim Payment ..................................................................... 94-14-15
Claims Jurisdiction .............................................................. 94-15-18
Lymphedema Pumps/Pneumatic Compressors ......................... 94-19

Workload Transition Reminder ..................................................... 94-19
Medical Policy Important Update ................................................. 94-20
Complementary Insurers ............................................................. 94-20
Electronic Media Claims (EMC) Agreements ......................... 94-21-22
DMERC Certified Software Vendors ...................................... 94-22-26
ICD-9-CM Information .................................................................. 94-26
National K Code Pricing .............................................................. 94-27
1993 Reasonable Charge Pricing K Codes ................................. 94-28
NSC Change of Address Notification ........................................... 94-28
NSC Change of Address Notification Form ................................. 94-29
Questions & Answers ............................................................ 94-30-32
1994 Pricing Matrix ................................................................ 94-33-52
Telephone Directory .................................................................... 94-53
Glossary ....................................................................................... 94-54
Index ............................................................................................ 94-55



**IMPORTANT: OBRA 93 CHANGES**

**\*OBRA 93 CHANGES**

**Category Changes**

A. Effective January 1, 1994, the law no longer requires that the following items be categorized as Items Requiring Frequent and Substantial Servicing. These items have been reclassified as Capped Rental Items.

> Intermittent assist device (E0452)
> Continuous airway pressure device (E0601)
> Nebulizer, with compressor (E0570)
> Nebulizer, with compressor and heater (E0585)
> Suction pump (E0600)

\* Omnibus Budget Reconciliation Act of 1993 (OBRA 93)



| | | | |
|---|---|---|---|
| Alabama | Georgia | New Mexico | South Carolina |
| Arkansas | Kentucky | North Carolina | Tennessee |
| Colorado | Louisiana | Oklahoma | Texas |
| Florida | Mississippi | Puerto Rico | Virgin Islands |

AWQ074-0001     F

Case 1:01-cv-12257-PBS   Document 7132-5   Filed 06/10/10   Page 3 of 4

Page 94-2                                                   January 1994 *DMERC Medicare Advisory*

**OBRA 93 CHANGES**

**Category Changes (Cont'd)**

For purposes of computing the 10-month purchase option or the 15-month rental limit for capped rental items, begin counting the first month that the beneficiary continuously rented the equipment. Therefore, if the Medicare beneficiary began renting one of these items on or after March 2, 1993, you must offer the beneficiary a purchase option because at least one day of the 10 rental month will occur on or after January 1, 1994. If, on January 1, 1994, the beneficiary has rented one of these items for 15 months or more, you must cease billing since the 15-month capped rental limitation will have been met.

Example 1 - If the equipment has been continuously rented beginning on or before, October 1992, no further rental payments are made for dates of service in 1994 since 15 months rental will have occurred before January 1994. The semi-annual maintenance and service provision begins July 1, 1994.

Example 2 - If the beneficiary began renting the equipment between March 2, 1993 and April 30, 1993, the supplier must offer the beneficiary the purchase option during January 1994 as some portion of the beneficiary's 10th rental month will be in January. If the 10th rental month has ended prior to January 1994, the purchase option provision cannot be offered to the beneficiary as this option may only be offered during the 10th rental month.

Important: If you bill in excess of the amounts permitted under the provisions stated above, Medicare will recover, as overpayments, any erroneous payments made for such bills.

B. The following item has been reclassified as Inexpensive or Other Routinely Purchased:

Nebulizer, portable (E1375)

Total payment for this item is limited to the purchase fee schedule amount. Begin calculating the total payment amount beginning with the first month the beneficiary continuously rented the equipment. Once the total rental payments for E1375 equal or exceed the fee schedule purchase price, Medicare will cease making payments for dates of service in 1994. Medicare will pay for services billed in 1994 with dates of service in 1993, even if the purchase price was exceeded on that date of service.

Important: If you bill in excess of the amounts permitted under the provisions stated above, Medicare will recover, as overpayments, any erroneous payments made for such bills.

C. For dates of service on or after January 1, 1994, accessories used with the before mentioned items or with the two new items (K0193 and K0194) as well as the ultrasonic nebulizer (code E0575) should be billed separately whether the item is being rented or has been purchased. Use the following accessory codes:

Nebulizer accessories
- K0168  Administration set, small volume non-filtered pneumatic nebulizer, disposable
- K0169  Small volume non-filtered pneumatic nebulizer, disposable
- K0170  Administration set, small volume non-filtered pneumatic nebulizer, non-disposable
- K0171  Administration set, small volume filtered pneumatic nebulizer
- K0172  Large volume nebulizer, disposable, unfilled, used with aerosol compressor
- K0173  Large volume nebulizer, disposable, prefilled, used with aerosol compressor
- K0174  Reservoir bottle, non-disposable, used with large volume ultrasonic nebulizer

Case 1:01-cv-12257-PBS   Document 7132-5   Filed 06/10/10   Page 4 of 4

**OBRA 93 CHANGES**

**Category Changes (Cont'd)**

| | |
|---|---|
| K0175 | Corrugated tubing, disposable, used with large volume nebulizer, 100 feet |
| K0176 | Corrugated tubing, non-disposable, used with large volume nebulizer, 10 feet |
| K0177 | Water collection device, used with large volume nebulizer |
| K0178 | Filter, disposable, used with aerosol compressor |
| K0179 | Filter, non-disposable, used with aerosol compressor or ultrasonic generator |
| K0180 | Aerosol mask, used with DME nebulizer |
| K0181 | Dome and mouthpiece, used with small volume ultrasonic nebulizer |
| K0182 | Water, distilled, used with large volume nebulizer, 1000 ml |

CPAP device accessories

| | |
|---|---|
| K0183 | Nasal application device, used with CPAP device |
| K0184 | Nasal pillows/seals, replacement for nasal application device, pair |
| K0185 | Headgear, used with CPAP device |
| K0186 | Chin strap, used with CPAP device |
| K0187 | Tubing, used with CPAP device |
| K0188 | Filter, disposable, used with CPAP device |
| K0189 | Filter, non-disposable, used with CPAP device |

Suction pump accessories

| | |
|---|---|
| K0190 | Canister, disposable, used with suction pump |
| K0191 | Canister, non-disposable, used with suction pump |
| K0192 | Tubing, used with suction pump |

D. Two new device codes have been established, both of which will be capped rental devices:

| | |
|---|---|
| K0193 | Continuous Positive Airway Pressure device (CPAP), with humidifier |
| K0194 | Intermittent assist device with continuous positive airway pressure, with humidifier |

E. For dates of service on or after January 1, 1994, where pharmacies provide drugs used in nebulizers, a monthly dispensing fee for each drug, in addition to the payment for the drug, may be paid. The fee may be paid regardless of whether the nebulizer is rented or owned. A new HCPCS code has been established for the billing of this fee:

| Code | Description | Allowance |
|---|---|---|
| Q0132 | Dispensing fee for covered drug administered through DME nebulizer | $5.00 |

**Timing of Claims Payment**

For claims received on or after January 1, 1994, payment will be made for claims received electronically no sooner than 13 days after receipt, and for claims submitted on paper no sooner than 26 days after receipt.