# EXHIBIT 6





**CIGNA HealthCare**

A Medicare Newsletter for Region D DMEPOS Suppliers
A Service of Connecticut General Life Insurance Company, a CIGNA company

Alaska
American Samoa
Arizona
California
Guam
Hawaii
Idaho
Iowa
Kansas
Mariana Islands
Missouri
Montana
Nebraska
Nevada
North Dakota
Oregon
South Dakota
Utah
Washington
Wyoming

DMERC General Release 94-2
February, 1994

# From the Medical Director
Robert M. Zone, M.D.

### ICD-9-CM = DMERC DIAGNOSIS CODING

The DMERC requirement that a diagnosis code be submitted for all billed items is a new one for many suppliers. In addition, the term "ICD-9-CM" has appeared in the educational seminar material and in the Supplier Manual. The abbreviation stands for the "International Classification of Diseases, Ninth Revision, Clinical Modification." The Health Care Financing Administration adopted this coding system for Medicare. The Medicare Catastrophic Coverage Act of 1988 mandated the inclusion of appropriate diagnosis codes by physician's offices. This provision remained despite the cancellation of the Act. Therefore, physician's offices have used and become familiar with those diagnoses that apply to their patient populations over the last 4 years. As examples, neurologists use 436 (stroke), surgeons use V55.3 (colostomy), and many specialties use 707.0 (pressure ulcer). It is important to note from these examples that the number of digits used varies and that the letter "V" may appear. The ICD-9-CM manual will often show a code such as 707 (chronic ulcer of skin), but this is not a correct or acceptable code without an added 0, 1, 8, or 9 specifying the subcategory of chronic skin ulcer. In addition, the manual is updated each year. For example, in 1994 there are new codes for uncontrolled diabetes (250.2 and 250.3).

Unfortunately, the ICD-9-CM system does not portray the severity of many of the diseases that have a code. In the DMERC Medical Policies there is often reference to the clinical status and functionality of a patient in addition to the diagnosis. It is important to know that a walker's need is based upon the diagnosis of osteoarthritis of the lower leg (715.6), but the degree of disability required for Medicare reimbursement is described in the policy as "a medical condition impairing ambulation and there is a potential for ambulation and; when there is a need for greater stability and security than provided by a cane or crutches."

AWQ074-0012    F

## Fee Schedule Update

The 1994 fee schedule allowables for capped rental items K0010NU, K0011NU and K0012NU are given below:

### CAPPED RENTAL, PURCHASE NEW

|  | K0010NU | K0011NU | K0012NU |
|---|---|---|---|
| Alaska | 6,864.80 | 5,814.80 | 2,789.40 |
| Arizona | 3,432.70 | 4,748.20 | 2,277.80 |
| California | 3,546.30 | 4,873.90 | 2,338.20 |
| Hawaii | 3,022.40 | 4,814.70 | 2,309.70 |
| Idaho | 3,546.30 | 5,111.20 | 2,452.10 |
| Iowa | 3,014.40 | 5,111.20 | 2,452.10 |
| Kansas | 3,546.30 | 5,111.20 | 2,452.10 |
| Missouri | 3,546.30 | 5,111.20 | 2,452.10 |
| Montana | 3,546.30 | 4,613.30 | 2,213.20 |
| Nebraska | 3,546.30 | 5,111.20 | 2,452.10 |
| Nevada | 3,546.30 | 4,863.10 | 2,333.00 |
| North Dakota | 3,546.30 | 4,606.70 | 2,210.00 |
| Oregon | 3,546.30 | 5,111.20 | 2,452.10 |
| South Dakota | 3,546.30 | 5,017.30 | 2,407.00 |
| Utah | 3,546.30 | 5,111.20 | 2,452.10 |
| Washington | 3,546.30 | 5,088.40 | 2,441.10 |
| Wyoming | 3,546.30 | 5,001.80 | 2,399.40 |

— ♦ —

## Accessories for Rented DME

Previously, Medicare has not allowed separate payment for accessories to rented DME. OBRA 1993 required a change in that policy for all covered aspirators, nebulizers (including the ultrasonic nebulizer, E0575) and those ventilator type devices that are not considered to be frequently and substantially serviced. **For dates of service on or after January 1, 1994, Medicare will pay separately for the accessories for these devices.** New K codes, K0168–K0192, have been established for these accessories (see Chapter XVI of the DMERC Region D *Supplier Manual* for the descriptions of these codes). The fee schedule amounts for these accessories are given below:

### NEBULIZER ACCESSORIES

| K0168 | 2.33 |
|---|---|
| K0169 | 1.58 |
| K0170 | 21.11 |
| K0171 | 7.56 |
| K0172 | 3.15 |
| K0173 | 7.65 |
| K0174 | 8.32 |
| K0175 | 11.09 |
| K0176 | 1.12 |
| K0177 | 2.91 |
| K0178 | 7.89 |
| K0180 | 1.30 |
| K0181 | 1.83 |
| K0182 | .27 |

### CPAP DEVICE ACCESSORIES

| K0183 | 36.84 |
|---|---|
| K0184 | 20.81 |
| K0185 | 27.61 |
| K0186 | 16.90 |
| K0187 | 32.31 |
| K0188 | 4.61 |
| K0189 | 10.65 |

### SUCTION PUMP ACCESSORIES

| K0190 | 7.06 |
|---|---|
| K0191 | 20.06 |
| K0192 | 4.18 |

— ♦ —

## Nebulizer Drug Dispensing Fee

Formerly, the costs of dispensing drugs for use in nebulizers was included in the rental allowance. As a result of the OBRA 1993 changes, fees for nebulizers are based on purchase allowances and no further rental payments will be made after the 15th month. Therefore, for dates of service on or after January 1, 1994, suppliers providing drugs used in nebulizers may bill a monthly dispensing fee for each drug, in addition to the charge for the drug itself. A new HCPCS code, Q0132—Dispensing fee for covered drug administered through DME nebulizer, has been established for the billing of this fee. The allowable for this code is $5.00 and may be paid regardless of whether the nebulizer is rented or owned.

— ♦ —

Case 1:01-cv-12257-PBS Document 7132-6 Filed 06/10/10 Page 3 of 3

AWQ074-0013    L