# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case. No. 06-11337 |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | Magistrate Judge Marianne B. Bowler |

## CONSENT MOTION TO ESTABLISH BRIEFING SCHEDULES

Defendants Dey Pharma, L.P. (formerly known as Dey, L.P.), Dey, Inc., and Dey L.P., Inc. (collectively "Dey") hereby request, with the agreement of the United States, that the Court extend the time limit to respond to Plaintiffs' Motion in Limine to Exclude Certain Testimony of Dr. Lauren Stiroh (Master Dkt. 7125) and to the United States' Motion in Limine to Preclude Evidence of Government Knowledge as Irrelevant to Falsity, Scienter, Causation or Damages Under the False Claims Act (Dkt. 7131) and to establish briefing schedules. The parties have conferred and have agreed to the following briefing schedules:

Responses/Oppositions to Dkt. 7125 due: July 9, 2010

Responses/Oppositions to Dkt. 7131 due: July 14, 2010

WHEREFORE, Dey requests that the Court grant this motion, and enter an order setting forth the agreed-upon briefing schedules.

Dated: June 11, 2010

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

2

By: /s/ Sarah L. Reid
 Paul F. Doyle (BBO # 133460)
 Sarah L. Reid (pro hac vice)
 William A. Escobar (pro hac vice)
 Neil Merkl (pro hac vice)
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897


Martin F. Murphy, BBO #363250
Robert E. Toone, BBO #663249
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000

*Attorneys for Defendants Dey Pharma, L.P., Dey, Inc., and Dey L.P., Inc*


## LOCAL RULE 7.1 CERTIFICATION

I certify that, on June 11, 2010, counsel for Dey consulted with counsel for the Government, who indicated that the Government consented to this motion.


/s Sarah L. Reid

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 11, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s Sarah L. Reid