UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS |
|  | ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) |  |

**NOTICE OF CHANGE OF ADDRESS OF ANDREW D. SCHAU**

PLEASE TAKE NOTICE that, effective June 21, 2010, Andrew D. Schau, one of the attorneys for Johnson & Johnson, Centocor, Inc. and Ortho-Biotech Products L.P. (the "J&J Defendants"), will have a new law firm affiliation and address as follows:

> Andrew D. Schau
> Covington & Burling LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY  10018
>
> Telephone: (212) 841-1007
> Fax:  (646) 441-9007
> Email:  aschau@cov.com

The J&J Defendants will continue to be represented by their existing counsel, Patterson, Belknap, Webb & Tyler LLP, in addition to being represented by Mr. Schau and Covington & Burling LLP.

Dated:  June 16, 2010

/s/ Andrew D. Schau
Andrew D. Schau
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York  10036-6710
(212) 336-2000

*Attorneys for the J&J Defendants*

**CERTIFICATE OF SERVICE**

       I certify that on June 16, 2010 a true and correct copy of the foregoing was delivered via electronic service to all counsel of record pursuant to Case Management Order No. 2.

                                    /s/ Andrew D. Schau
                                    Andrew D. Schau