# EXHIBIT A

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania,  :
               Plaintiff  :
                 :
             v.  :   No. 212 M.D. 2004
                 :
TAP Pharmaceutical Products, Inc.;  :
Abbott Laboratories; AstraZeneca PLC;  :
AstraZeneca, Holdings, Inc.;  :
AstraZeneca Pharmaceuticals LP;  :
AstraZeneca LP; Bayer AG; Bayer  :
Corporation; SmithKline Beecham  :
Corporation d/b/a GlaxoSmithKline;  :
Pfizer, Inc.; Pharmacia Corporation;  :
Johnson & Johnson; Alza Corporation;  :
Centrocor, Inc.; Ethicon, Inc.; Janssen  :
Pharmaceutical Products, L.P.;  :
McNeil-PPC, Inc.; Ortho Biotech, Inc.;  :
Ortho Biotech Products; L.P.;  :
Ortho-McNeil Pharmaceutical, Inc;  :
Amgen, Inc.; Immunex Corporation;  :
Bristol-Myers Squibb Company; Baxter  :
International Inc.; Baxter Healthcare  :
Corporation; Immuno-U.S., Inc.;  :
Aventis Pharmaceuticals, Inc.; Aventis  :
Behring, L.L.C.; Hoechst Marion  :
Roussel, Inc., Boehringer Ingelheim  :
Corporation; Boehringer Ingelheim  :
Pharmaceuticals, Inc.; Ben Venue  :
Laboratories; Bedford Laboratories;  :
Roxane Laboratories; Schering-Plough  :
Corporation; Warrick Pharmaceuticals  :
Corporation; Schering Sales  :
Corporation; Dey, Inc.,  :
               Defendants

## SCHEDULING ORDER I

AND NOW, this 20ˢᵗ day of May, 2010, it is **ORDERED and DECREED** as follows:

1. The Undersigned shall preside over the trial of the above-captioned matter.

2. The Court hereby adopts Chapter V (Case Management and Pretrial Conferences) of the Local Rules of the United States District Court for the Middle District of Pennsylvania, which, with the exception of electronic filing and identification of counsel requirements, shall apply to this case. Pursuant to these rules, a case management conference is scheduled for Wednesday, June 30, 2010, at 10:00 a.m., Courtroom #1, Ninth Floor, Widener Building, One South Penn Square, Philadelphia, Pennsylvania, 19107. The Court shall close discovery and schedule a final pretrial conference at that time. L.R. 16.3 and Appendix A of the Local Rules shall apply to the case management conference. No court reporter will be present, unless arrangements are made by interested parties.

3. Jury trial shall commence at the Northampton County Courthouse, 669 Washington Street, Easton, Pennsylvania, beginning Monday, August 9, 2010, at 9:30 a.m. Jury selection shall be held in Courtroom #1.

_____
ROBERT SIMPSON, Judge

Certified from the Record

MAY 20 2010

and Order Exit

Docket No: 212 MD 2004

File Copy

AOPC 1231
Rev. 05/20/2010
Instance: 2001304310

## Service List

Addressed To:

Jonathan L. Alder, Esq.
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Kate Carballo, Esq.
Eichen Levinson & Crutchlow
40 Ethel Road
Edison, NJ  08817

Joel M. Cohen, Esq.
Davis, Polk & Wardwell
450 Lexington Ave
26th Floor
New York, NY  10017

Walter W. Cohen, Esq.
Obermayer Rebmann Maxwell & Hippel, L.L.P.
200 Locust St Ste 400
Harrisburg, PA  17101

William O. Crutchlow, Esq.
Eichen Levinson & Crutchlow
40 Ethel Road
Edison, NJ  08817

Matthew Renwick Divelbiss, Esq.
Jones Day
500 Grant St Ste 3100
Pittsburgh, PA  15219

John Charles Dodds, Esq.
Morgan Lewis & Bockius, L.L.P.
1701 Market St
Philadelphia, PA  19103-2921

Maire Ellen Donovan, Esq.
Morgan Lewis & Bockius, L.L.P.
1701 Market St
Philadelphia, PA  19103

Steven M. Edwards, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY  10022

Docket No: 212 MD 2004                                                                 **File Copy**

## Service List

Addressed To:

Jessica P. Feingold, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022

John Daniel Goetz, Esq.
Jones Day
500 Grant St Ste 4500
Pittsburgh, PA  15219

John G. Harkins, Jr., Esq.
Harkins Cunningham, LLP
2800 1Commerce Sq
2005 Market St
Philadelphia, PA  19103-7042

Donald E. Haviland, Jr., Esq.
The Haviland Law Firm, LLC
111 S Independence Mall E
Ste 1000
Philadelphia, PA  19106

Susannah R. Henderson, Esq.
Morgan Lewis & Bockius, L.L.P.
1701 Market St
Philadelphia, PA  19103

Luz Maria Henriquez, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY  10022

Hoa Thanh Thi Hoang, Esq.
Hogan Lovells US LLP
875 Third Avenue
Newy York, NY  10022

Jonathan W. Hugg, Esq.
Obermayer, Rebmann, Mawwell & Hippel LLP
200 Locust St
Ste 400
Harrisburg, PA  17101

Fax No:                  (215) 665-3165

Docket No: 212 MD 2004                                           **File Copy**

# Service List

Addressed To:   Michael L. Koon, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO  64108-2613

Thomas H. Lee, Esq.
Dechert LLP
2929 Arch St
Cira Centre
Philadelphia, PA  19104

Stephen Allen Loney, Jr., Esq.
Hogan & Hartson, LLP
1835 Market St
29th Floor
Philadelphia, PA  19103

Robert J. McCully, Esq.
Shook, Hardy Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108-2613

Jennifer H. McGee, Esq.
Shook, Hardy & Bacon, L.L.P.
1155 F Street, NW, Suite 200
Washington, DC  20004

Mark D. Meredith, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036

Judith Pinsof Meyer, Esq.
Alternative Dispute Resolution Services
1515 Market Street
Suite 714
Philadelphia, PA  19102-1909

Bridget Elizabeth Montgomery, Esq.
Eckert Seamans Cherin & Mellott, LLC
213 Market St 8th Fl
Harrisburg, PA  17101

William J. Murray, Esq.
Vaira & Riley Suite 2650
1600 Market St
Philadelphia, PA  19103

Docket No: 212 MD 2004            **File Copy**

## Service List

Addressed To:    Lathrop Barrere Nelson, III, Esq.
Montgomery, McCracken, Walker & Rhoads, L.L.P.
123 S Broad St
Philadelphia, PA 19109

David Newmann, Esq.
Hogan Lovells US LLP
1835 Market St Ste 2800
Philadelphia, PA 19103

Christopher C. Palermo, Esq.
Kelley Drye & Warren LLP
101 Park Ave
New York, NY 10178

Sheldon L. Pollock, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Dennis Mendoza Quinio, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Joseph F. Savage, Jr., Esq.
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109

Fax No:    (617) 523-1231

Richard L. Scheff, Esq.
Montgomery, McCracken, Walker & Rhoads, L.L.P.
123 S Broad St
Avenue of The Arts
Philadelphia, PA 19109

Mark D. Seltzer, Esq.
Holland & Knight LLP
10 St James Ave
Boston, MA 02116

Amit Shah, Esq.
Fox Rothschild, L.L.P.
2000 Market St 10th Fl
Philadelphia, PA 19103

Docket No: 212 MD 2004 — File Copy

# Service List

Addressed To:   J. Sedwick Sollers, III
King & Spalding, L.L.P.
1700 Pennsylvania Ave NW
Washington, DC 20006-4706

Fax No:   (202) 626-3737

Thomas J. Sweeney, III, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022

Lyndon M. Tretter, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022

Joanna F. Wasick, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

James S. Zucker, Esq.
Hogan Lovells US LLP
875 Third Ave
New York, NY 10022

\* \* \* Communication Result Report ( May. 20. 2010  4:45PM ) \* \* \*

```
                                          1)  Commonwealth Court 717-787-9559
                                          2)
```

Date/Time: May. 20. 2010  4:33PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 4892 | Memory TX | 912156653165 | P. 3 | OK | |
| | | 916175231231 | | OK | |
| | | 912129183100 | | OK | |
| | | 912026263737 | | OK | |
| | | 913128612200 | | OK | |

Reason for error
 E. 1) Hang up or line fail          E. 2) Busy
 E. 3) No answer                     E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size

---

**COMMONWEALTH COURT OF PENNSYLVANIA**

**FACSIMILE TRANSMITTAL SHEET**

**TO:**
Jonathan Hugg (215) 665-3165
Joseph F. Savage, Jr. (617) 523-1231
Thomas Sweeney, III (212) 918-3100
J. Sedwick Sollers, III (202) 626-3737
Anne Sidrys (312) 861-2200

**FROM:**
Ramona

**FAX NUMBER:**
Listed above

**TOTAL NO. OF PAGES (including cover):**
3

**DATE:**
May 20, 2010

**RE:**
212 MD 2004

If you have any questions feel free to call me at (717) 255-1657

*601 Commonwealth Avenue, Suite 2100, P.O. Box 69185, Harrisburg, PA 17105-9185*