# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>)<br>) MDL No. 1456<br>)<br>) CIVIL ACTION: 01-CV-12257-PBS<br>) |
| THIS DOCUMENT RELATES TO ALL MASSACHUSETTS CLASS ACTIONS CONCERNING CLASSES 2 & 3 | ) Judge Patti B. Saris<br>)<br>) |

**CLASS PLAINTIFFS' AND ASTRAZENECA'S JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE ASTRAZENECA SETTLEMENT RELATED TO MASSACHUSETTS CLASS TWO AND THREE, CERTIFYING CLASSES FOR PURPOSES OF SETTLEMENT, DIRECTING NOTICE TO THE CLASSES AND SCHEDULING FAIRNESS HEARING**

Class Plaintiffs and Defendant AstraZeneca Pharmaceuticals LP (the "Parties") jointly move for entry of an order granting preliminary approval of the proposed Settlement Agreement and Release of AstraZeneca Related to Massachusetts Classes Two and Three, certification of Classes for settlement purposes and approval of the form and manner of notice to Consumer Settlement Class Members and TPP Settlement Class Members.

In support of this motion Class Plaintiffs file herewith a Memorandum of Law in Support and file the following documents:

1. Settlement Agreement and Release of AstraZeneca Related to Massachusetts Classes Two and Three

1. Exhibit A – Notice Forms to Class 3 Consumers

   - Exhibit A.1 – Short Form Publication Notice to Class 3 Consumers

   - Exhibit A.2 – Long Form Notice to Class 3 Consumers

   - Exhibit A.3 – Consumer Claim Form

- 1 -

- 2 -

2. Exhibit B – Notice Forms to TPPs

- Exhibit B.1 – Long Form Notice to TPPs
- Exhibit B.2 – TPPs Claim Form

3. Exhibit C – Intentionally Left Blank

4. Exhibit D – Full Settlement Notice Program

5. Exhibit E – [Proposed] Preliminary Approval Order

6. Exhibit F – Escrow Agreement

7. Exhibit G – [Proposed] Final Approval Order

8. Exhibit H – Claims Process Explanation

DATED: June 18, 2010

By  /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman, Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**



**/s/ Joel M. Cohen**
D. Scott Wise
Joel M. Cohen
    Davis Polk & Wardwell LLP
    450 Lexington Avenue
    New York, NY  10017

Nicholas C. Theodorou (BBO #496730)
Michael B. Keating (BBO #263360)
Michael P. Boudett (BBO #558757)
Katherine B. Schmeckpeper (BBO #663200)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210

**COUNSEL FOR DEFENDANT ASTRAZENECA PHARMACEUTICALS LP**

- 4 -

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 18, 2010, I caused copies of **CLASS PLAINTIFFS' AND ASTRAZENECA'S JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE ASTRAZENECA SETTLEMENT RELATED TO MASSACHUSETTS CLASS TWO AND THREE, CERTIFYING CLASSES FOR PURPOSES OF SETTLEMENT, DIRECTING NOTICE TO THE CLASSES AND SCHEDULING FAIRNESS HEARING** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                 /s/ Steve W. Berman
                                                Steve W. Berman