**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Melissa J. Turitz of

Wilmer Cutler Pickering Hale and Dorr LLP on behalf of Novartis Pharmaceuticals Corporation

in the above-referenced matter.

Respectfully Submitted,


/s/ Melissa J. Turitz
Karen F. Green (BBO #209050)
Melissa J. Turitz (BBO #666643)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
*Attorneys for Novartis Pharmaceuticals Corporation*

Dated: June 22, 2010

## CERTIFICATE OF SERVICE

   I, Melissa J. Turitz, certify that, on June 22, 2010, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.


         /s/ Melissa J. Turitz
         Melissa J. Turitz