UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories,* Civil Action No. 06- 11337<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey L.P., et al.,* Civil Action No. 05- 11084<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories,* Civil Action No. 07-11618<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Actavis, et al,* Civil Action No. 08-10852 | MDL NO. 1456<br>Master File No. 01-12257-PBS<br><br>Subcategory Case No. 06-11337<br><br>Hon. Patti B. Saris |

## JOINT MOTION TO EXTEND TIME FOR MEDIATION IN CMO 32

Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or "Relator") and the Defendants in this action file this Joint Motion to Extend Time for Mediation in CMO 32 and further state:

1. The parties submitted a proposed joint case management order to the Court providing for mediation to occur in front of a jointly agreed to mediator by July 1, 2010. The Court entered the parties' proposed CMO on February 17, 2010. ("CMO 32").

2. Since that time, the Relator has made progress towards resolving the claims against several individual defendants through informal, one-on-one negotiations. The Relator and the remaining Defendants continue to engage in such discussions.

3. The parties have agreed to select Professor Eric Green as the mediator for the claims at issue. However, at this time and for the next several months, the parties believe that a formal mediation with Professor Green would be premature. Rather, the parties would like to continue their informal discussions.

4. Therefore, the parties hereby request an extension of the deadline for mediation until October 29, 2010. Extending the deadline until that date, will allow the parties additional time to continue their discussions and will likely lead to a more productive formal mediation, if necessary, with Professor Green prior to October 29, 2010.

Dated: June 26, 2010

Respectfully submitted,

Attorneys for Ven-A-Care of
the Florida Keys, Inc.

/s/ Alison W. Simon
ALISON W. SIMON, P.A.
Alison W. Simon
Florida Bar No. 0109568
P. O. Box 430457
MIAMI, FL 33243
Phone: 305-663-2433
Fax: 305-665-1508

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 26th day of June, 2010 caused an electronic copy of the above JOINT MOTION TO EXTEND TIME FOR MEDIATION IN CMO 32 to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Alison W. Simon
Alison W. Simon