**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | Master Civil No. 01-cv-12257 |
| | MDL No. 1456 |
| THIS DOCUMENT RELATES TO | Judge Patti B. Saris |
| CLASS 1 J&J | |

### CLASS 1 PLAINTIFFS' STATUS REPORT REGARDING J&J DEFENDANTS

The Class 1 Plaintiffs, by undersigned Class Counsel, respectfully submit the following Status Report regarding remaining matters related to the J&J Defendants.

1.      On March 26, 2010, Don Haviland filed a Notice of Voluntary Dismissal, seeking to dismiss without prejudice the "individual claims" of both of the former Class 1 representatives for the J&J Defendants. *See* Dkt. No. 7013. Because Mr. Haviland filed that Notice, and thus deprived the Class of its representatives, this Court vacated the hearing on J&J's post-remand motions for summary judgment previously scheduled for March 31, 2010. After Mr. Haviland eventually filed a motion to withdraw the former Class 1 representatives (Dkt. No. 7136), this Court granted the motion, but held that "plaintiffs may not serve as class representatives in any proposed class action involving AWP. In addition, Mr. Haviland may not serve as class counsel in any federal litigation involving challenges to AWP." This Court denied Class Counsel's Motion for Sanctions Against Don Haviland on the same day.

2.      With the above issues now fully resolved, the only remaining issues are the J&J Defendants' Post-Remand Motions for Summary Judgment. They are fully briefed. *See* 6667-6672, 6834-6836, 6869-6870, 6947 and 6977. The Class 1 Plaintiffs believe that these Motions

may be again set for oral argument.[1]   Decisions on these motions will likely facilitate the

resolution of the Class 1 Plaintiffs' claims against the J&J Defendants.

DATED:  June 28, 2010                                      Respectfully submitted,


By:  /s/ Steve W. Berman
     Thomas M. Sobol (BBO#471770)
     Edward Notargiacomo (BBO#567636)
     Hagens Berman Sobol Shapiro LLP
     55 Cambridge Parkway, Suite 301
     Cambridge, MA  02142
     Telephone: (617) 482-3700
     Facsimile: (617) 482-3003

     *Liaison Counsel*

     Steve W. Berman
     Sean R. Matt
     Hagens Berman Sobol Shapiro LLP
     1918 8th Avenue, Suite 3300
     Seattle, WA  98101
     Telephone: (206) 623-7292
     Facsimile: (206) 623-0594

     Jennifer Fountain Connolly
     Hagens Berman Sobol Shapiro LLP
     1629 K St. NW, Suite 300
     Washington, D.C.  20006
     Telephone:  (202) 355-6435
     Facsimile:  (202) 355-6455

     Kenneth A. Wexler
     Wexler Wallace LLP
     55 W. Monroe Street, Suite 3300
     Chicago, IL  60603
     Telephone: (312) 346-2222
     Facsimile: (312) 346-0022

---

[1] The parties previously agreed that oral argument should be held.  *See* Dkt Nos. 6895, 6896 (granted by Feb. 12, 2010 electronic order).

3

Jeffrey L. Kodroff
John A. Macoretta
Spector, Roseman, Kodroff & Willis P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

*Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

*In re Pharmaceutical Industry Average Wholesale Price Litigation*
Master Case No. 01-cv-12257, MDL 1456

I, Steve W. Berman, hereby certify that I am one of the attorneys for the Class and that, on June 28, 2010, I caused a copy of **CLASS 1 PLAINTIFFS' STATUS REPORT REGARDING J&J DEFENDANTS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Steve W. Berman
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594