# Exhibit G

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to Plaintiff's Memorandum In Support of United States' Motion
In Limine Regarding Testimony of Raymond C. Winter and
Sequencing of Deposition Testimony

```
00527

 1                      CAUSE NO. GV002327

 2    THE STATE OF TEXAS            )IN THE DISTRICT COURT
      EX REL.                       )
 3       VEN-A-CARE OF THE          )
         FLORIDA KEYS, INC.,        )
 4            PLAINTIFFS,           )
                                    )
 5    VS.                           )TRAVIS COUNTY, TEXAS
                                    )
 6    DEY, INC.; ROXANE             )
      LABORATORIES, INC.; WARRICK   )
 7    PHARMACEUTICALS CORPORATION;  )
      SCHERING-PLOUGH CORPORATION;  )
 8    SCHERING CORPORATION;         )
      LIPHA, S.A.; MERCK-LIPHA, S.A.;)
 9    MERCK, KGAA; AND EMD          )
      PHARMACEUTICALS, INC.,        )
10            DEFENDANTS.           )53RD JUDICIAL DISTRICT

11       *******************************************
      ORAL AND VIDEOTAPED DEPOSITION OF
12
      CHARLES A. RICE
13    VOLUME III

14    MARCH 24TH, 2003
         *******************************************
15            ORAL AND VIDEOTAPED DEPOSITION OF

16    CHARLES A. RICE, PRODUCED AS A WITNESS AT THE INSTANCE

17    OF THE STATE OF TEXAS AND DULY SWORN, WAS TAKEN IN THE

18    ABOVE-STYLED AND NUMBERED CAUSE ON THE 24TH OF MARCH,

19    2003, FROM 8:11 A.M. TO 6:08 P.M., BEFORE

20    DEBRA L. SIETSMA, CSR IN AND FOR THE STATE OF TEXAS,

21    REPORTED BY MACHINE SHORTHAND, AT THE OFFICES OF

22    FLECKMAN & MCGLYNN, P.L.L.C., 515 CONGRESS,

23    SUITE 1800, AUSTIN, TEXAS, PURSUANT TO THE TEXAS RULES

24    OF CIVIL PROCEDURE AND THE PROVISIONS AS PREVIOUSLY

25    SET FORTH.
```

```
00528

 1    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF, STATE OF TEXAS:

 4         MR. PATRICK J. O'CONNELL,
           MR. RAYMOND C. WINTER
 5         OFFICE OF THE ATTORNEY GENERAL
           STATE OF TEXAS
 6         POST OFFICE BOX 12548
           AUSTIN, TEXAS  78711-2548
 7
      FOR THE RELATOR, VEN-A-CARE OF THE FLORIDA KEYS, INC.:
 8
           MR. JAMES JOSEPH BREEN
 9         THE BREEN LAW FIRM, P.A.
           P.O. BOX 297470
10         PEMBROKE PINES, FLORIDA  33029-7470

11              - AND -

12         MR. JOHN E. CLARK (OF COUNSEL)
           GOODE CASSEB JONES RIKLIN
13            CHOATE & WATSON, P.C.
           2122 NORTH MAIN AVENUE
14         P.O. BOX 120480
           SAN ANTONIO, TEXAS  78212-9680
15
      FOR DEFENDANT DEY, INC.:
16
           MR. STEPHEN M. HUDSPETH
17         MR. DARRELL PRESCOTT
           COUDERT BROTHERS
18         1114 AVENUE OF THE AMERICAS
           NEW YORK, NEW YORK  10036-7703
19
                - AND -
20
           MR. STEVEN A. FLECKMAN
21         FLECKMAN & MCGLYNN, P.L.L.C.
           515 CONGRESS AVENUE, SUITE 1800
22         AUSTIN, TEXAS  78701-3503

23

24

25
```

```
00529

  1   FOR DEFENDANT ROXANE LABORATORIES, INC.:

  2           MR. R. ERIC HAGENSWOLD
              MR. STEVEN J. WINGARD
  3           SCOTT, DOUGLASS & MCCONNICO, L.L.P.
              ONE AMERICAN CENTER, FIFTEENTH FLOOR
  4           600 CONGRESS AVENUE
              AUSTIN, TEXAS  78701
  5
      FOR DEFENDANTS WARRICK PHARMACEUTICALS CORPORATION,
  6   SCHERING-PLOUGH CORPORATION AND SCHERING CORPORATION:

  7           MR. C. MICHAEL MOORE
              LOCKE LIDDELL & SAPP, L.L.P.
  8           2200 ROSS AVENUE, SUITE 2200
              DALLAS, TEXAS  75201-6776
  9
      FOR THE UNITED STATES DEPARTMENT OF JUSTICE:
 10
              MR. ANDY J. MAO
 11           TRIAL ATTORNEY, CIVIL DIVISION
              P.O. BOX 261
 12           BEN FRANKLIN STATION
              WASHINGTON, DC  20044
 13
      ALSO PRESENT:
 14           MR. ZACHARY TAYLOR BENTLEY, II
              MR. BRIAN BOBBITT, VIDEOGRAPHER
 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

00760

1  Q.    THIS IS THE UNIT-DOSE ALBUTEROL, CORRECT?

2  A.    NO, SIR.  THIS IS MULTIDOSE.

3  Q.    THIS IS MULTIDOSE.  I'M SORRY.

4  A.    YES, SIR.

5  Q.    OKAY.  HAVE YOU EVER SEEN THIS DOCUMENT

6  BEFORE?

7  A.    I DON'T THINK I DID.

8  Q.    WELL, IF YOU LOOK AT THE SECOND PARAGRAPH,

9  YOU'LL SEE IN THE MIDDLE HE SAYS, "IN ADDITION, WE

10 INCLUDED THE MULTIDOSE TO UNIT-DOSE CONVERSION REPRINT

11 AND WORKSHEET AND A RETAIL PROFIT GAIN WORKSHEET.  WE

12 USED BOTH SUCCESSFULLY LAST YEAR.  REFAMILIARIZE

13 YOURSELVES WITH THESE TWO PIECES SO THAT THEY CAN WORK

14 TO YOUR ADVANTAGE AGAIN.  THESE PIECES SHOULD

15 REINFORCE THE IMPORTANCE OF OUR UNIT-DOSE BUSINESS AND

16 ALSO HELP YOU STRATEGIZE WHERE TO PICK UP MULTIDOSE

17 BUSINESS.  LET US NOT FORGET THAT UNIT DOSE SHOULD

18 REMAIN OUR TOP PRIORITY," AND THAT'S UNDERLINED.

19 DO YOU SEE THAT?

20 A.    YES, SIR, I SEE IT.

21 Q.    AND THEN IF YOU'LL GO TO THE -- ABOUT HALFWAY

22 THROUGH THE STACK, AND IT'S BATES-STAMPED

23 DL-TX-0076254, YOU'LL SEE A COPY OF THE REIMBURSEMENT

24 COMPARISON WORKSHEET --

25 A.    YES, SIR.  THAT'S MARKED HERE.

00761

1  Q.    -- THAT MR. GALLES IS REFERRING TO IN THE
2  MEMO ON FRONT.
3  DO YOU SEE THAT?
4  A.    YES, SIR.
5  Q.    NOW, WAS MR. GALLES INFORMING YOUR SALES
6  REPRESENTATIVES AND YOUR MARKETING REPRESENTATIVES
7  ABOUT DEY'S MARKETING AND SALES POLICIES IN THIS
8  MEMORANDUM?
9  A.    AGAIN, MARKETING AND SALES POLICIES WE HAVE
10 VERY, VERY FEW OF.  I DON'T SEE ANYTHING HERE THAT WAS
11 RELATED TO POLICY.
12 Q.    OKAY.  WELL, WHAT IS THIS RELATED TO, FROM
13 YOUR PERSPECTIVE AS THE PRESIDENT?
14 A.    THIS IS A MINI MARKETING PLAN, AND IT APPEARS
15 TO INCLUDE THE -- THE SUSPECT UNIT-DOSE CONVERSION AND
16 THE RETAIL PROFIT GAIN WORKSHEETS WHICH WE'VE TALKED
17 ABOUT ON PREVIOUS OCCASIONS.
18 Q.    OKAY.  AND THIS IS THE REIMBURSEMENT
19 COMPARISON WORKSHEET THAT YOU WOULD NOT HAVE CONDONED
20 THE USE OF?
21 A.    ABSOLUTELY NOT.  I WOULD NOT HAVE CONDONED
22 IT.
23 Q.    ARE YOU AWARE THAT -- THAT -- THAT ROBERT
24 MOZAK TESTIFIED THAT THIS IS THE VERY TYPE OF PLAN
25 THAT WOULD HAVE BEEN IMPLEMENTED ONLY IF YOU APPROVED

00762

1  IT?

2  MR. FLECKMAN:  OBJECTION, FORM.

3  THE WITNESS:  NO, SIR, I'M NOT AWARE

4  THAT HE TESTIFIED TO THAT.

5  Q.   (BY MR. BREEN)  DID YOU APPROVE MR. GALLES'

6  ARTICULATION OF THE MINI MARKETING PLAN DATED

7  MARCH 4TH, 1996?

8  A.   I'M NOT AWARE THAT I APPROVED IT.  I'M NOT

9  AWARE THAT I EVEN SAW IT WHEN IT WENT INTO EFFECT.

10  Q.   WELL, YOU KNEW TODD GALLES, CORRECT?

11  A.   YES, SIR.

12  Q.   BRUCE TIPTON?

13  A.   YES, SIR.

14  Q.   RICK UPP?

15  A.   YES, SIR.

16  Q.   ROSS UHL?

17  A.   YES, SIR.

18  Q.   AND BOB MOZAK?

19  A.   THAT'S CORRECT.  I DID KNOW ALL OF THOSE

20  PEOPLE.

21  Q.   AND WOULD YOU HAVE REASON TO BE DOUBT THE

22  TRUTHFULNESS OF ANY OF THOSE PEOPLE?

23  MR. FLECKMAN:  OBJECTION, FORM.

24  THE WITNESS:  THAT'S A DIFFICULT

25  QUESTION TO ASK.

00763

 1   MR. BREEN:  ALL RIGHT.  WELL, LET ME --

 2   LET ME WITHDRAW THE QUESTION.  IT'S NOT A -- LET ME

 3   JUST ASK -- ASK THIS QUESTION.

 4   Q.   (BY MR. BREEN)   IF EACH OF THOSE INDIVIDUALS

 5   WERE -- WERE TO TESTIFY THAT YOU APPROVED THE

 6   MULTIDOSE TO UNIT-DOSE CONVERSION MARKETING THROUGH

 7   THIS REIMBURSEMENT COMPARISON, WOULD YOU DISAGREE WITH

 8   THAT?

 9   A.   YES, SIR.

10   Q.   THEN HOW COULD DEY'S SALESPEOPLE HAVE BEEN

11   USING THIS REIMBURSEMENT CONVERSION WORKSHEET, TRYING

12   TO CONVINCE CUSTOMERS TO BUY DEY'S UNIT DOSE RATHER

13   THAN WARRICK'S MULTIDOSE BASED UPON REIMBURSEMENT

14   SPREAD OVER AND OVER AGAIN IF YOU, AS THE PRESIDENT,

15   WERE TOTALLY UNAWARE OF IT?

16   MR. FLECKMAN:  OBJECTION, FORM.

17   THE WITNESS:  I DON'T THINK THE

18   PRESIDENCY OF -- OF THE COMPANY CAN BE AWARE OF

19   EVERYTHING THAT GOES ON IN THE COMPANY.  I'D LIKE TO

20   THINK THAT THEY COULD, BUT I CAN TELL YOU THAT I

21   DIDN'T APPROVE OF THIS PROCESS.  I WOULD NOT CONDONE

22   IT, AND I WOULD NOT CONDONE IT TODAY.

23   MR. BREEN:  OKAY.  ALL RIGHT.  WE'VE GOT

24   TO CHANGE A TAPE IN A FEW MINUTES.  WE'VE BEEN GOING

25   FOR A WHILE.  DO YOU WANT TO TAKE THAT BREAK, BECAUSE