# Exhibit L

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to Plaintiff's Memorandum In Support of United States' Motion
In Limine Regarding Testimony of Raymond C. Winter and
Sequencing of Deposition Testimony

No. GV002327

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| *ex rel.* | § | |
| VEN-A-CARE OF THE | § | |
| FLORIDA KEYS, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| DEY, INC., DEY, L.P., A LIMITED PARTNERSHIP, ROXANE LABORATORIES, INC., WARRICK PHARMACEUTICALS CORPORATION, SCHERING-PLOUGH CORPORATION, SCHERING CORPORATION, MERCK SANTE S.A.S. (f/k/a LIPHA, S.A.), MERCK S.A. (f/k/a MERCK-LIPHA, S.A.), MERCK, KGaA, and EMD, INC., | § | |
| | § | |
| Defendants. | § | 53rd JUDICIAL DISTRICT |

## MOTION TO VACATE JANUARY 8, 2003 SANCTIONS ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

As contemplated by the Settlement Agreement resolving all claims asserted herein by Plaintiffs against Defendants Dey, Inc., Dey, L.P., a Limited Partnership, Merck Sante S.A.S. (f/k/a Lipha, S.A.), Merck S.A. (f/k/a Merck-Lipha, S.A.), Merck KGaA, and EMD, Inc., Dey, Inc. hereby moves this Court to vacate its January 8, 2003 Order Granting Sanctions against Dey, Inc. and Robert Francis Mozak.

The Settlement Agreement provides that "[t]he State and the Relator agree that they will not oppose a motion by Dey to vacate that certain Order Granting Sanctions Against Dey, Inc. and Robert Francis Mozak, dated January 8, 2003."

Respectfully submitted,

Fleckman & McGlynn, PLLC
515 Congress Avenue, Suite 1800
Austin, Texas 78701-3503
Telephone: (512) 476-7900
Facsimile: (512) 476-7644

_____
Steven A. Fleckman
State Bar No. 07118300
Jessica M. McGlynn
State Bar No. 13637410
Julia B. Kenner
State Bar No. 02008355

Attorneys for Defendants Dey, Inc.
and Dey, L.P.

## CERTIFICATE OF SERVICE

Pursuant to Rule 21, Tex.R.Civ.P., I hereby certify that a true and correct copy of the foregoing instrument has been forwarded in the manner stated to all counsel of record as indicated below, on this ~~12th~~ 11th day of June, 2003 as follows:

Mr. Patrick J. O'Connell
Chief, Civil Medicaid Fraud Section
Elder Law & Public Health Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
**(VIA HAND DELIVERY)**

Mr. James J. Breen
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, Florida 33029
**(VIA FACSIMILE)**

Mr. Steve McConnico
Mr. R. Eric Hagenswold
Scott, Douglass & McConnico, LLP
600 Congress Avenue, Suite 1500
Austin Texas 78701-2589
**(VIA FACSIMILE)**

Mr. C. Michael Moore
Locke, Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
**(VIA FACSIMILE)**

1