# Exhibit M

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to Plaintiff's Memorandum In Support of United States' Motion
In Limine Regarding Testimony of Raymond C. Winter and
Sequencing of Deposition Testimony

No. GV002327

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| *ex rel.* | § | |
| VEN-A-CARE OF THE | § | |
| FLORIDA KEYS, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | TRAVIS COUNTY, TEXAS |
| DEY, INC., DEY, L.P., A LIMITED | § | |
| PARTNERSHIP, ROXANE | § | |
| LABORATORIES, INC., | § | |
| WARRICK PHARMACEUTICALS | § | |
| CORPORATION, SCHERING-PLOUGH | § | |
| CORPORATION, SCHERING | § | |
| CORPORATION, MERCK SANTE S.A.S. | § | |
| (f/k/a LIPHA, S.A.), MERCK S.A. (f/k/a | § | |
| MERCK-LIPHA, S.A.), MERCK, KGaA, | § | |
| and EMD, INC., | § | |
| | § | |
| Defendants. | § | 53rd JUDICIAL DISTRICT |

## ORDER VACATING SANCTIONS ORDER DATED JANUARY 8, 2003

Before the Court for consideration is the Motion to Vacate Sanctions Order dated January 8, 2003 filed by Defendant Dey, Inc. The Court finds that the Movant and the Plaintiffs have entered into a Settlement Agreement that resolves all controversies in this action and that as part of the Settlement Agreement the Plaintiffs have agreed not to oppose this Motion. The Court finds that the granting of this motion is consistent with the spirit of the parties' Settlement Agreement and the parties' desire to resolve the matters in controversy between them. It is therefore

ORDERED that, prior to the dismissal of all claims asserted in the above-styled and numbered cause against Defendant Dey, Inc. and Dey, L.P., this Court hereby

FILED
03 JUN 12 AM 8:55

vacates that certain Order Granting Sanctions dated January 8, 2003, previously rendered against Dey, Inc. and Robert Francis Mozak.

Signed this 12 day of June, 2003.

_____
JUDGE PRESIDING