**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br>*v.*<br>*Abbott Laboratories, Inc., et al.* | )<br>) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 03-10643<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**JULY 2010 STATUS REPORT ON BEHALF OF
THE CITY OF NEW YORK AND NEW YORK COUNTIES**

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for July 2010, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: July 1, 2010

                                            Respectfully submitted,

                                            **City of New York and New York Counties in
MDL 1456 except Nassau and Orange, by**

                                            **KIRBY McINERNEY, LLP**
                                            825 Third Avenue
                                            New York, New York 10022
                                            (212) 371-6600

                    By:  /s/ Joanne M. Cicala_____
                           Joanne M. Cicala

1

2

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**July 2010 Status Report on Behalf of the
City of New York and New York Counties**

**Discovery**

1. **Joint Motion to Modify the Expert Discovery Schedule**

On June 14, 2010, the court granted plaintiffs' and defendants' joint motion to extend the expert discovery schedule [Docket No. 7110, Sub-docket 235]. *See* the Court's June 14, 2010, Electronic Order.

2. **Motion to Compel Discovery from Defendant Merck**

On September 4, 2009, plaintiffs filed their Motion to Compel Discovery from Defendant Merck for all at-issue drugs with annual AMP/AWP spreads over 30 percent. *See* Docket. No. 6487; Sub-docket. No.158.

On October 5, 2009, Merck filed its opposition to plaintiffs' motion to compel. *See* Docket No. 6572, Sub-docket No. 168.

On October 23, 2009, plaintiffs filed their Motion for Leave to File Reply Memorandum in Further Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc., and Exhibits to the Declaration of Joanne M. Cicala in Support Thereof Under Seal. *See* Docket No. 6609, Sub-docket No. 175.

On June 3, 2010, plaintiffs filed their Motion for Expedited Hearing re Motion to Compel Discovery from Defendant Merck. 0*See* Docket No. 7124, Sub-docket No. 237.

On June 21, 2010, the above motion was referred to Magistrate Judge Marianne B. Bowler. *See* June 21, 2010 electronic entry. Plaintiffs' motion to compel discovery from Merck remains *sub-judice*.

3. **Schering's Motion for a Protective Order**

On March 5, 2010, defendant Schering filed a Motion and Memorandum in Support for a

Protective Order in order to quash a Notice of Depositions served by plaintiffs on March 1, 2010. *See* Docket No. 6964, Sub-docket No. 213; Docket No. 6965, Sub-docket No. 214.

On March 26, 2010, plaintiffs filed their opposition to defendant Schering's Motion for Protective Order. *See* Docket No. 7009, Sub-docket No. 217. This motion remains *sub-judice*.

### 4. Defendants' Motion to Compel the production of privileged documents withheld by New York State Department of Health ("NY DOH")

On December 23, 2009, defendants filed a motion to compel production of all documents which NY DOH has withheld on the basis of the deliberative process privilege. *See* Docket No. 6810, Sub-docket No. 191.

On January 20, 2010, the office of the New York Attorney General filed its Opposition to Defendants' Joint Motion to Compel the Production of Documents from NY DOH. *See* Docket No. 6852; Sub-docket No. 197.

On June 21, 2010, the motion was referred to Magistrate Judge Marianne B. Bowler. *See* June 21, 2010 electronic entry. Defendants' motion remains *sub-judice*.

## Voluntary Dismissal of Claims

On June 15, 2010, the court granted plaintiffs' stipulation of dismissal of claims against defendant Dey. *See* Docket No. 7134, Sub-docket No. 238.

# CERTIFICATE OF SERVICE

I, Kathryn Allen, hereby certify that on the 1st day of July, 2010, I caused a true and correct copy of the above July 2010 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: July 1, 2010

                                                  /s/ Kathryn B. Allen
                                                Kathryn B. Allen
                                                Kirby McInerney LLP
                                                825 Third Avenue
                                                New York, NY 10022
                                                (212) 371-6600