UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>BMS SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS PLAINTIFF'S MOTION TO RESCHEDULE DATES RELATED TO FINAL APPROVAL OF THE BMS SETTLEMENT**

Class Plaintiff submits this motion seeking Court approval of a revised schedule establishing opt-out, objection and claims filing dates and to reschedule the date for the final fairness hearing related to the BMS Settlement, currently scheduled for July 9, 2010. A proposed form of order is attached hereto for the Court's consideration.

As the Court is aware, Class counsel have been working with the CMS data vendor to provide data to be used to provide direct mail notice of the settlement to Class 1 consumers using CMS contact and payment data. Publication notice and notice to Third Party Payors is also timed to coincide with the mailing of notice to Class 1. While the CMS vendor responsible for providing the Class 1 data has previously encountered delays in providing the data, some data has now been produced and class counsel is working with the vendor to ensure that all requested data is complete. Class counsel anticipate they will soon have the data necessary to mail notice to Class 1. Consequently, Class Plaintiffs move to amend the schedule associated with notice and the final approval of the BMS settlement so as to allow for the provision of notice to class members prior to a final approval hearing related to the Settlement. Class Plaintiffs request the schedule be entered as follows:

| Date | Event |
|---|---|
| September 17, 2010 | Mailing of individual notices; publication of notice |
| October 15, 2010 | Deadline for Class 1 members to return Claim Cards |
| October 29, 2010 | Deadline for objections, requests for exclusions, and notices of appearance |
| November 5, 2010 | Briefs in support of final approval and Class Counsel's fee petition due |
| November 12, 2010 | Final approval hearing (to be determined by the Court based on the Court's availability) |
| November 19, 2010 | Claims deadline for all Classes |

For the reasons set forth above, Class Counsel respectfully request that the Court approve the revised schedule set forth above and that the Court enter the proposed Order filed herewith.

DATED:  July 2, 2010    By   /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

        Jennifer Fountain Connolly
Hagens Berman Sobol Shaprio LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 4 -

## **CERTIFICATE OF SERVICE**

   I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFF'S MOTION TO RESCHEDULE DATES RELATED TO FINAL APPROVAL OF THE BMS SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 2, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                        **/s/ Steve W. Berman**
                                        Steve W. Berman

- 4 -