## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) ) | **MDL No. 1456** <br> **Master File No. 01- 12257-PBS** <br> **Subcategory Case. No. 06-11337** |
| ) ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | **Hon. Patti B. Saris** |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) ) ) ) | **Magistrate Judge** <br> **Marianne B. Bowler** |

## CONSENT MOTION TO ESTABLISH BRIEFING SCHEDULE

Defendants Dey Pharma, L.P. (formerly known as Dey, L.P.), Dey, Inc., and Dey

L.P., Inc. (collectively "Dey") hereby request, with the agreement of the United States, that the

Court extend the time limit to respond to the United States' Motion in Limine Regarding

Testimony of Raymond C. Winter and Sequencing of Deposition Testimony, Dkt. 7155. The

parties have conferred and have agreed to the following briefing schedule:

Responses/Oppositions due: July 30, 2010

WHEREFORE, Dey requests that the Court grant this motion, and enter an order

setting forth the agreed-upon briefing schedule.

Dated: July 7, 2010

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

By: /s/ Sarah L. Reid
    Paul F. Doyle (BBO # 133460)
    Sarah L. Reid (pro hac vice)
    William A. Escobar (pro hac vice)
    Neil Merkl (pro hac vice)
101 Park Avenue

New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897


Martin F. Murphy, BBO #363250
Robert E. Toone, BBO #663249
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000

*Attorneys for Defendants Dey Pharma, L.P., Dey, Inc., and Dey L.P., Inc*


## LOCAL RULE 7.1 CERTIFICATION

I certify that, on July 6, 2010, counsel for Dey consulted with counsel for the Government, who indicated that the Government consented to this motion.


_____/s Sarah L. Reid_____

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on July 7, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

_____/s  Sarah L. Reid_____