## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS Judge Patti B. Saris |

### REQUEST FOR ADMISSION PRO HAC VICE FOR MICHAEL DESIMONE

Undersigned counsel requests admission pro hac vice pursuant to Case Management Orfer ("CMO") No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A is the Declaration of Michael DeSimone in Support of the Application for Admission Pro Hac Vice.

Dated: July 8, 2010

Respectfully Submitted,

Michael DeSimone
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorney for Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2010, I caused a true and correct copy of the **REQUEST FOR ADMISSION PRO HAC VICE FOR MICHAEL DESIMONE and EXHIBITS A and B thereto** to be served on all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

<u>/s/ Jacqueline Chung</u>
**Jacqueline Chung**

NEWYORK 7711112 (2K)