# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, et al.*<br>Case No. 07-12141 | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br>**NOTICE OF STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST THE "GSK GROUP" DEFENDANTS, INCLUDING AGAINST NAMED DEFENDANTS SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE PLC AND GLAXO WELLCOME, INC.** |

PURSUANT TO A STIPULATION between the parties hereto, Plaintiff, through its counsel and with the agreement of the undersigned counsel for the "GSK Group" Defendants, hereby request, pursuant to Fed. R. Civ. Pro. 41(a)(2), that all claims in this action against the "GSK Group" Defendants, including against named defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline, GlaxoSmithKline, plc and Glaxo Wellcome, Inc., be dismissed with prejudice and without costs to any party.  An accompanying Proposed Order to effectuate this dismissal with prejudice is attached.

**Tom Miller, Attorney General**
**for the State of Iowa;**

By:     /s/ Eric  Tabor
          Eric Tabor
          Iowa Department of Justice
          1305 . Walnut St.
          Hoover Bldg., 2nd Floor
          Des Moines, IA 50319

On Behalf of captioned State of Iowa

**KIRBY McINERNEY LLP**

By:     /s/ Joanne M. Cicala
          Joanne M. Cicala
          Daniel Hume
          825 Third Avenue
          New York, NY 10022

*Special Counsel for the State of Iowa*

**DECHERT LLP**

By:     /s/ Frederick G. Herold
          Frederick G. Herold
          Richard J. Cutler
          2440 W. El Camino Real/Ste 700
          Mountain View, CA  94040

13839048.1

**COVINGTON & BURLING LLP**

/s/ Mark H. Lynch
Mark H. Lynch
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, D.C.  20004-2401

On Behalf of The "GSK Group" Defendants, including
Named Defendants SmithKline Beecham Corporation
d/b/a GlaxoSmithKline, GlaxoSmithKline, plc and
Glaxo Wellcome, Inc.

Dated:  July 9, 2010

13839048.1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, et al.*<br>Case No. 07-12141 | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br><br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF THE "GSK GROUP" DEFENDANTS, INCLUDING SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE PLC AND GLAXO WELLCOME, INC.** |

The Stipulated Request for Dismissal with Prejudice of Plaintiff's Claims Against the "GSK Group" Defendants is hereby GRANTED.  All claims in this action against the "GSK Group" Defendants, including against named defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline, GlaxoSmithKline, plc and Glaxo Wellcome, Inc., are DISMISSED WITH PREJUDICE and without costs to any party.


SO ORDERED.


DATED: _____, 2010          _____

                                          Judge Patti B. Saris

13839048.1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE OF STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST** THE "GSK GROUP" DEFENDANTS, INCLUDING AGAINST SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE PLC AND GLAXO WELLCOME, INC., together with a Proposed Order, was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by causing to be sent, on July 9, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Richard J. Cutler_____
Richard J. Cutler

13839048.1