UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*,<br>Civil Action No. 05-11084-PBS | Magistrate Judge<br>Marianne B. Bowler |

### DECLARATION OF SARAH L. REID IN SUPPORT OF DEY'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE CERTAIN OPINIONS OF DR. LAUREN J. STIROH

**SARAH L. REID** declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the law firm of Kelley Drye & Warren LLP, counsel to Dey Pharma, L.P. (formerly known as Dey, L.P.), Dey, Inc., and Dey L.P., Inc. (collectively "Dey"). I am admitted to practice law in the State of New York and have been admitted *pro hac vice* in this action.

2. I make this Declaration in support of Dey's Opposition to Plaintiffs' Motion in Limine to Exclude Certain Opinions of Dr. Lauren J. Stiroh.

3. The basis for my knowledge is my review of the files maintained by Kelley Drye & Warren LLP as part of its representation of Dey, including the documents attached hereto, and my own personal knowledge of the facts and circumstances set forth herein.

4. A true and correct copy of excerpts from the deposition of Lauren J. Stiroh, Ph.D., dated May 12, 2009, is attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2010.

                                                      /s/ Sarah L. Reid
                                                       Sarah L. Reid

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on July 9, 2010 , a copy to LexisNexis File & Serve for posting and notification to all parties.

                /s/ Sarah L. Reid
                Sarah L. Reid