UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY    :    MDL NO. 1456
AVERAGE WHOLESALE PRICE          :
LITIGATION                        :    CIVIL ACTION: 01-CV-12257-PBS
-------------------------------------------------------x
THIS DOCUMENT RELATES TO:         :    Judge Patti B. Saris
ALL ACTIONS                       :
-------------------------------------------------------x

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Adeel A. Mangi of Patterson Belknap Webb & Tyler LLP on behalf of Johnson & Johnson, Ortho Biotech Products LP and Centocor Inc. in the above-referenced matter.

    Respectfully Submitted,

    /s/ Adeel A. Mangi
    Adeel A. Mangi
    PATTERSON BELKNAP WEBB & TYLER LLP
    1133 Avenue of the Americas
    New York, New York 10036
    (212) 336-2000
    aamangi@pbwt.com
    *Attorneys for Johnson & Johnson, Ortho Biotech Products LP and Centocor Inc.*

Dated: July 12, 2010

4075025v.1

## **CERTIFICATE OF SERVICE**

      I, Adeel A. Mnagi, certify that, on July 12, 2010, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                          /s/ Adeel A. Mangi
                                          Adeel A. Mangi