UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris |

### CASE MANAGEMENT ORDER NO. IOWA-3

The following is modified from the Case Management Order entered by this Court on March 25, 2010:

The deadline for completion of fact discovery is extended from July 1, 2010 to September 1, 2010 solely for purposes of taking depositions of witnesses of the Plaintiff, State of Iowa, which witnesses have been identified to Plaintiff prior to July 1, 2010. Defendants may not notice any additional depositions beyond those witnesses already identified to Plaintiff prior to July 1, 2010, unless such depositions are justified by facts that could not reasonably have been known to Defendants prior to that date.

The deadline for completion of expert discovery is modified as follows:

| ACTION | DEADLINE |
|---|---|
| Plaintiff shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) | November 1, 2010 |
| All plaintiff expert depositions shall be completed. | December 15, 2010 |
| Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) | January 31, 2011 |
| All defendants expert depositions shall be completed. | March 18, 2011 |

SO ORDERERD

7/10/2010

/s/ Patti B. Saris
PATTI B. SARIS
U.S. DISTRICT COURT JUDGE