# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO CLASS 1 RESIDENTS OF THE DISTRICT OF COLUMBIA AND STATES OTHER THAN THE COMMONWEALTH OF MASSACHUSETTS | Hon. Patti B. Saris |

## NOTICE OF DOCKETING OF
## STATE-BY-STATE UDTPA COMPARISON

As directed by The Hon. Patti B. Saris, the J&J Defendants hereby give notice that they have docketed the attached "State-By-State UDTPA Comparison," which was distributed during the July 12, 2010 hearing on the J&J Defendants' motions for summary judgment.

Dated:  July 13, 2010

/s/ Adeel A. Mangi

Adeel A. Mangi
Elizabeth Shofner
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000

Andrew D. Schau
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
(212) 841-4000

*Attorneys for the J&J Defendants*

## STATE-BY-STATE UDTPA COMPARISON

| | No Right to Jury Trial | Conduct Not Prohibited By Statute | Class Actions Not Allowed | Uniquely Onerous Liability Standard | Statute Only Prohibits Deceptive Conduct | Statute Prohibits Deceptive or Unfair Conduct | Statute Prohibits Deceptive or Unconscionable Conduct | Detrimental Reliance Required | Materiality Required | Actual Damages Required |
|---|---|---|---|---|---|---|---|---|---|---|
| ARIZONA | | | | | X | | | X | | X |
| ARKANSAS | | | | | | | X | | | X |
| CALIFORNIA §1770 | | X | | | | | | | X | X |
| CALIFORNIA §17200 | X | | | | | X | | X [1] | | X |
| COLORADO | | | | | X | | | | | X |
| CONNECTICUT | | | | | | X | | | X | X |
| DELAWARE | | | | | X | | | | X | |
| DISTRICT OF COLUMBIA | | | | | X | | | | X | |
| FLORIDA | | | | | | X | X | | | X |
| HAWAII | | | | | | | X | | | |
| IDAHO | | | | | | | X | | | |
| ILLINOIS | X | | | | | X | | | | |
| INDIANA | | | | | X | | | X | | |
| KANSAS | | | | | | | X [2] | | X | X |
| MARYLAND | | | | | | X | | X | | X |
| MASSACHUSETTS | X | | | | | X | | | | |
| MICHIGAN | | | | | X | | | X [3] | | X |
| MISSOURI | | | | | | X | | | | X |
| MINNESOTA | | | | | X | | | X [4] | | |
| NEBRASKA | X | | | | | X | | | | X |
| NEVADA | | | | | X | | | | | |
| NEW HAMPSHIRE | X | | | | | X | | | | |
| NEW JERSEY | | | | | | | X | | X | X |
| NEW MEXICO | | | | | | | X | | | |
| NEW YORK | | | | | X | | | | X | X |
| NORTH CAROLINA | | | | | | | X [5] | X | | X |
| NORTH DAKOTA | | | | | X | | | | | |
| OHIO | | | | X | | | | | | |
| OKLAHOMA | | | | | | X | | | | X |
| OREGON | | | | | X | | | X | | X |
| PENNSYLVANIA | | | | | X | | | X | X | X |
| RHODE ISLAND | | | | | | X | | | | X |
| SOUTH CAROLINA | | | X | | | | | | | |
| SOUTH DAKOTA | | | | | X | | | X | | X |
| TENNESSEE | | | X | | | | | | | |
| TEXAS | | | | | | | X | | X | |
| UTAH | | | | X | X | | | | | X |
| VERMONT | | | | | | X | | | X | |
| WASHINGTON | | | | | | X | | | | |
| WEST VIRGINIA | | | | | | X | | | | |
| WISCONSIN | | | | | | X | | | | X |
| WYOMING | | | | | | X | | X | | X |

1 Actual reliance by class representatives required; 2 *Unconscionability* to be determined by the Court; 3 That reliance would have been reasonable required; 4 Reliance part of causal nexus; 5 Court determines whether conduct is unfair or deceptive.

## CERTIFICATE OF SERVICE

I certify that on July 13, 2010 I caused a true and correct copy of the foregoing to be delivered via electronic service to all counsel of record pursuant to Case Management Order No. 2.

/s/ Adeel A. Mangi
Adeel A. Mangi