UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN FILED
IN CLERKS OFFICE
2010 JUL 12 A 8: 30
U.S.
DIST

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No.: 01-CV-12257-PBS<br>Sub-Docket No. 07-12141 |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

**NOTICE OF APPEARANCE OF JANINE L. SCANCARELLI
FOR DEFENDANT PUREPAC PHARMACEUTICAL CO.
AND MOTION FOR ADMISSION PRO HAC VICE**

PLEASE TAKE NOTICE that Janine L. Scancarelli of Crowell & Moring LLP hereby appears as counsel in this action for defendant, Purepac Pharmaceutical Company ("Purepac").

Pursuant to Paragraph 16 of Case Management Order No. 1, Purepac respectfully moves the Court for the admission *pro hac vice* of Janine L. Scancarelli to practice before this Court as one of Purepac's attorneys in this action. As appears from the accompanying declaration, the undersigned is a member in good standing of the bar of several federal district and appellate courts. As Case Management Order No. 1 provides, an attorney under these circumstances "shall be deemed admitted *pro hac* vice to practice before this Court in connection with this

//
//
//
//
//
//

action upon payment of the appropriate filing fee." The appropriate filing fee is being simultaneously submitted to the Clerk of the Court with this Notice and Motion.

Dated: July 8, 2010

Respectfully submitted,

*[signature]*

Janine L. Scancarelli
Crowell & Moring LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
(415) 986-2800
(415) 986-2827
Attorneys for Defendant
Purepac Pharmaceutical Co.

106430\0000018\12257910.1