## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No.: 01-CV-12257-PBS<br>Sub-Docket No. 07-12141 |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

## PRO HAC VICE DECLARATION OF JANINE L. SCANCARELLI

1. I am an attorney with the firm Crowell & Moring LLP, counsel in this matter to defendant Purepac Pharmaceutical Company. I submit this Declaration in support of my admission *pro hac vice* to the bar of this Court, pursuant to paragraph 16 of Case Management Order No. 1.

2. I am an attorney duly licensed to practice law in the State of California. I have also been admitted to practice before the United States Courts of Appeals for the Ninth Circuit, and United States District Courts for the Northern, Central and Eastern Districts of California.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted. There have been and are no disciplinary actions pending against me, and I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of July, 2010.

Janine L. Scancarelli

106430.0000018.12258008.1