# EXHIBIT 2

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3   - - - - - - - - - - - - - - - -

 4   IN RE:  PHARMACEUTICAL         )  MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE     )  CIVIL ACTION

 6   PRICE LITIGATION               )  01-CV-12257-PBS

 7   THIS DOCUMENT RELATES TO       )

 8   U.S. ex rel. Ven-a-Care of     )  Judge Patti B.

 9   the Florida Keys, Inc.         )  Saris

10        v.                        )  Chief Magistrate

11   Abbott Laboratories, Inc.,     )  Judge Marianne B.

12   No. 06-CV-11337-PBS            )  Bowler

13   - - - - - - - - - - - - - - - -

14          (captions continue on following pages)

15

16

17        Videotaped deposition of Kathleen Buto

18                      Volume I

19

20                    Washington, D.C.

21             Wednesday, September 12, 2007

22                      9:00 a.m.
```

```
 1      A.   Pete Rodler.
 2      Q.   Rodler.
 3      A.   I don't remember where he was and
 4  whether he was in that office.  He may have been.
 5  I really don't remember.  The name rings a bell,
 6  but I can't remember where he was.
 7      Q.   Do you recall him being someone who was
 8  involved with Medicare reimbursement of drugs and
 9  Medicaid reimbursement of drugs?
10      A.   I don't recall it.  The name rings a
11  bell, but I couldn't tell you what issues he
12  worked on.
13      Q.   Moving on in your resume you left HCFA
14  -- or -- I'm sorry -- you changed your position
15  at HCFA from associate administrator of policy in
16  July of 1997 and became the deputy director of
17  center for health plans and providers?
18      A.   Yes.
19      Q.   And tell me about that position.
20      A.   Well, first, the reason I changed is we
21  eliminated the associate administrators and
22  reorganized the whole agency.  So the
```

Page 60

1   organization I just described to you kind of went
2   away.  What they created in its place were a set
3   of centers. And the center for health plans and
4   providers was intended to bring managed care and
5   fee for service Medicare under the same
6   management.
7          The idea was in part in part to respond
8   to concern that the managed care organization
9   within HCFA was sort of a stepchild, so it wasn't
10  fully staffed, it didn't have the resources, it
11  didn't have the kind of focus it should have.
12  And the idea was to bring those two together.
13  And then as well to bring in from what used to be
14  the bureau of program operations, people who
15  dealt with carriers and fiscal intermediaries,
16  the people who actually wrote the instructions to
17  carriers and intermediaries.
18          So there was an operational arm to this
19  that was really about policy communication to our
20  partners, our contractors, that had always been
21  separate.  So the idea was let's create a better
22  pathway and alignment between the regulations

1  that we write and what we tell the contractors to
2  do to implement those regulations.  So the whole
3  organization was different.
4           For instance, office of research and
5  demonstrations went to a whole different group
6  called the office of strategic -- something --
7  planning, I think.  OSP.  I can't remember now.
8  But they reorganized everything.
9      Q.   And that was in July of 1997?
10     A.   Yes.
11     Q.   And was the responsibility for
12 promulgating regulations and implementing those
13 regulations relating to Medicare reimbursement of
14 drugs, was that still within --
15     A.   Yes, that organization.
16     Q.   Your purview, the center for health
17 plans and providers?
18     A.   Now, I should say that the directors of
19 each of these centers were political appointees.
20 So it was a little bit like the associate
21 administrator structure where the political
22 appointees were kind of the key staff to the