# EXHIBIT 4

Scully, Thomas A.                                                         May 15, 2007
                              Washington, DC

Page 1

```
 1               UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL        :   MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE    :   CIVIL ACTION

 6    PRICE LITIGATION              :   01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO      :

 8    U.S. ex rel. Ven-a-Care of    :   Judge Patti B. Saris

 9    the Florida Keys, Inc.        :

10         v.                       :

11    Abbott Laboratories, Inc.,    :   Chief Magistrate

12    No. 06-CV-11337-PBS           :   Judge Marianne B.

13    - - - - - - - - - - - - - - -x    Bowler

14

15

16

17

18

19

20

21

22
```

```
 1   then.  I guess it was probably -- I can't remember
 2   who was in power, but Senator Grassley or Baucus, one
 3   of those, which committee.
 4            But you know, most of the committee staff
 5   and the relevant committees, I had known for years
 6   and the members and the ranking members and chairmen.
 7       Q.   And that would be, that would include the
 8   Ways and Means Committee?
 9       A.   Yes.
10       Q.   And the Senate Finance Committee?
11       A.   Senate Finance, and Commerce.
12       Q.   Commerce.
13       A.   Commerce.
14       Q.   And these are the folks that you would
15   have had periodic contact with throughout your tenure
16   as president and CEO of FAH?
17       A.   Yes.  And all through the first Bush
18   Administration, generally people I had known for
19   years.  All through the first Bush Administration.
20       Q.   And you stayed with FAH until 2001, is
21   that correct?
22       A.   Yep.
```

```
 1      Q.    And then you were appointed --
 2      A.    Start from scratch, we are in trouble.
 3      Q.    And then you were appointed to be the
 4  administrator of HCFA, is that correct?
 5      A.    I think I was probably nominated in
 6  February-March.  I think I was confirmed roughly in
 7  May, but I took -- basically became a consultant with
 8  HCFA, I think in probably early 2001.  Until I was
 9  confirmed.
10      Q.    All right.  So you were nominated, and
11  prior -- I just want to understand that -- prior to
12  being confirmed, you worked as a consultant?
13      A.    Prior to being confirmed, I worked as a
14  consultant.
15      Q.    So beginning in February or March?
16      A.    Yes.
17      Q.    And we are talking 2001?
18      A.    2001.
19      Q.    And insofar as you know, how is it that
20  you came to be nominated for this position?
21      A.    God knows.  I think I had a long
22  relationship with first, obviously the first Bush
```

```
 1    Administration.  And not planning to go back into the
 2    government, but I ran into Secretary Thompson or
 3    something, and a mutual friend had recommended that
 4    he encourage me to do this.  So it was largely
 5    through Secretary Thompson.  And since I had a long
 6    history with the Bush Administration, hopefully I was
 7    an acceptable choice to the White House.
 8         Q.   And you stayed there until -- you stayed
 9    as administrator of HCFA and CMS, which was one of
10    the first things you did was to change the name,
11    until what, the end of --
12         A.   Technically, it was January 4th of 2004,
13    was my technically last day.
14         Q.   Will you mark this?  This will be 181, I
15    believe.  Exhibit Abbott 181.
16              MS. MILLER:  Mary Miller on behalf of the
17    Florida Attorney General's office.  Florida reserves
18    the right to strike all testimony relating to
19    documents used as exhibits here today with respect to
20    the Mylan case and cross-noticed case, due to failure
21    to produce said documents based on properly served
22    request for production of documents.
```

1  try and reform AWP in the late '90s.  And a couple of

2  the larger hospital chains obviously also benefited

3  from the spread on outpatient drugs.  And they

4  instructed me that it was their interest to not have

5  any reforms happen.  So I was a pretty active

6  participant in trying to postpone or delay or kill

7  any reforms of the Clinton Administration.  And

8  Nancy-Ann Mindeparo was my predecessor, somebody I

9  knew quite well, spent a lot of time with Congress in

10 there trying to either modify or reduce the reforms

11 that Secretary Shalala and Nancy and others had in

12 mind.

13          And one of the reasons that I became such

14 a rabid advocate for fixing the government was

15 because when I was representing those hospitals, I

16 realized how totally outrageous the policy was.  So

17 my history at the Federation probably resulted in me

18 putting on my top one or two or three list of things

19 to fix when I became the HCFA CMS administrator.

20      Q.    And do you recall that what the Clinton

21 Administration proposed in approximately 1997 was

22 that Medicare move to actual acquisition cost for the

Page 44

1   reimbursement of Medicare Part B drugs?

2       A.   Generally, that's -- I remember that.

3       Q.   And you worked, you worked against that

4   proposal as part of your duties on behalf of the FH

5   -- FAH, correct?

6       A.   Yes.

7       Q.   And can you just sort of explain what you

8   mentioned in terms of how it is that hospitals

9   benefit in part from the spread between AWP and

10  actual acquisition costs?

11      A.   Probably from the beginning, the biggest

12  issue just because of the volume of the dollars was

13  always Procrit appropriate, and then later Aranesp,

14  and the fact that how, you know, how outpatient

15  departments usually back then for oncology would

16  acquire drugs for, let's say, a two-week dose back

17  then I think was 5 or 600 dollars, they could

18  actually buy it.  Medicare was reimbursing 95 percent

19  of average wholesale price, which was frequently 1500

20  dollars or more.  And the hospitals obviously had

21  come to rely on that spread just like physicians did.

22           And hospitals, you know, to them, revenue