# EXHIBIT 4

```
                                                                    Page 1
 1               UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL         :  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE     :  CIVIL ACTION

 6    PRICE LITIGATION               :  01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO       :

 8    U.S. ex rel. Ven-a-Care of     :  Judge Patti B. Saris

 9    the Florida Keys, Inc.         :

10         v.                        :

11    Abbott Laboratories, Inc.,     :  Chief Magistrate

12    No. 06-CV-11337-PBS            :  Judge Marianne B.

13    - - - - - - - - - - - - - - -x    Bowler

14

15

16

17

18

19

20

21

22
```

Page 48

1  then. I guess it was probably -- I can't remember
2  who was in power, but Senator Grassley or Baucus, one
3  of those, which committee.
4       But you know, most of the committee staff
5  and the relevant committees, I had known for years
6  and the members and the ranking members and chairmen.
7       Q.   And that would be, that would include the
8  Ways and Means Committee?
9       A.   Yes.
10      Q.   And the Senate Finance Committee?
11      A.   Senate Finance, and Commerce.
12      Q.   Commerce.
13      A.   Commerce.
14      Q.   And these are the folks that you would
15  have had periodic contact with throughout your tenure
16  as president and CEO of FAH?
17      A.   Yes. And all through the first Bush
18  Administration, generally people I had known for
19  years. All through the first Bush Administration.
20      Q.   And you stayed with FAH until 2001, is
21  that correct?
22      A.   Yep.

Page 49

```
 1      Q.    And then you were appointed --
 2      A.    Start from scratch, we are in trouble.
 3      Q.    And then you were appointed to be the
 4   administrator of HCFA, is that correct?
 5      A.    I think I was probably nominated in
 6   February-March.  I think I was confirmed roughly in
 7   May, but I took -- basically became a consultant with
 8   HCFA, I think in probably early 2001.  Until I was
 9   confirmed.
10      Q.    All right.  So you were nominated, and
11   prior -- I just want to understand that -- prior to
12   being confirmed, you worked as a consultant?
13      A.    Prior to being confirmed, I worked as a
14   consultant.
15      Q.    So beginning in February or March?
16      A.    Yes.
17      Q.    And we are talking 2001?
18      A.    2001.
19      Q.    And insofar as you know, how is it that
20   you came to be nominated for this position?
21      A.    God knows.  I think I had a long
22   relationship with first, obviously the first Bush
```

Page 50

```
 1   Administration.  And not planning to go back into the
 2   government, but I ran into Secretary Thompson or
 3   something, and a mutual friend had recommended that
 4   he encourage me to do this.  So it was largely
 5   through Secretary Thompson.  And since I had a long
 6   history with the Bush Administration, hopefully I was
 7   an acceptable choice to the White House.
 8       Q.   And you stayed there until -- you stayed
 9   as administrator of HCFA and CMS, which was one of
10   the first things you did was to change the name,
11   until what, the end of --
12       A.   Technically, it was January 4th of 2004,
13   was my technically last day.
14       Q.   Will you mark this?  This will be 181, I
15   believe.  Exhibit Abbott 181.
16            MS. MILLER:  Mary Miller on behalf of the
17   Florida Attorney General's office.  Florida reserves
18   the right to strike all testimony relating to
19   documents used as exhibits here today with respect to
20   the Mylan case and cross-noticed case, due to failure
21   to produce said documents based on properly served
22   request for production of documents.
```

Page 43

1  try and reform AWP in the late '90s.  And a couple of
2  the larger hospital chains obviously also benefited
3  from the spread on outpatient drugs.  And they
4  instructed me that it was their interest to not have
5  any reforms happen.  So I was a pretty active
6  participant in trying to postpone or delay or kill
7  any reforms of the Clinton Administration.  And
8  Nancy-Ann Mindeparo was my predecessor, somebody I
9  knew quite well, spent a lot of time with Congress in
10 there trying to either modify or reduce the reforms
11 that Secretary Shalala and Nancy and others had in
12 mind.
13          And one of the reasons that I became such
14 a rabid advocate for fixing the government was
15 because when I was representing those hospitals, I
16 realized how totally outrageous the policy was.  So
17 my history at the Federation probably resulted in me
18 putting on my top one or two or three list of things
19 to fix when I became the HCFA CMS administrator.
20      Q.   And do you recall that what the Clinton
21 Administration proposed in approximately 1997 was
22 that Medicare move to actual acquisition cost for the

Page 44

```
 1    reimbursement of Medicare Part B drugs?
 2         A.    Generally, that's -- I remember that.
 3         Q.    And you worked, you worked against that
 4    proposal as part of your duties on behalf of the FH
 5    -- FAH, correct?
 6         A.    Yes.
 7         Q.    And can you just sort of explain what you
 8    mentioned in terms of how it is that hospitals
 9    benefit in part from the spread between AWP and
10    actual acquisition costs?
11         A.    Probably from the beginning, the biggest
12    issue just because of the volume of the dollars was
13    always Procrit appropriate, and then later Aranesp,
14    and the fact that how, you know, how outpatient
15    departments usually back then for oncology would
16    acquire drugs for, let's say, a two-week dose back
17    then I think was 5 or 600 dollars, they could
18    actually buy it.  Medicare was reimbursing 95 percent
19    of average wholesale price, which was frequently 1500
20    dollars or more.  And the hospitals obviously had
21    come to rely on that spread just like physicians did.
22              And hospitals, you know, to them, revenue
```