EXHIBIT 5

Page 443

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL       :  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE    :  CIVIL ACTION

 6    PRICE LITIGATION             :  01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO     :  U.S. ex rel.

 8    Ven-a-Care of The Florida    :  Judge Patti B. Saris

 9    Keys, Inc.                   :

10        v.                       :

11    Abbott Laboratories, Inc.,   :  Chief Magistrate

12    No. 06-CV-11337-PBS          :  Judge Marianne B.

13    - - - - - - - - - - - - - -x  Bowler

14

15

16            THOMAS A. SCULLY - VOLUME II

17                 JULY 13, 2007

18                 WASHINGTON, DC

19

20

21

22    (CAPTION CONTINUED)
```

1    there were these kinds of spread in terms like

2    Ipatropium Bromide and drugs like Albuterol?

3           MR. NEAL:  I'll object to the form.

4       A.   It's abundantly on the record, for many

5    years, they knew all about it, I'm not sure they

6    understood it that well, but they certainly knew

7    about it.

8           See, when I came in, in 2001, it was

9    very -- I don't think there was a lot of stomach

10   for fixing it, I spent a lot of time trying to

11   create political support for fixing it.

12      Q.   So the issue was not knowledge but it

13   was generating the right political support to

14   make these changes; right?

15      A.   It's one thing to have the aging

16   committee having a hearing and wave an OIG

17   report, it's another thing to get 218 votes in

18   the House and 60 votes in the Senate to fix it

19   when the constituents -- 218 votes in the House

20   and 60 in the Senate to fix the reimbursement

21   when you have constituents screaming and yelling

22   that they don't want it changed.  So it was a

Page 763

1    political issue.

2            (Exhibit Roxanne 003 marked for

3    identification.)

4    BY MR. GORTNER:

5        Q.   I'm going to hand you what's been

6    marked -- pre-marked as Exhibit Roxane 003.  For

7    the record, this is an Office of Inspector

8    General report entitled update excessive Medicare

9    reimbursement for Ipatropium Bromide, and it's

10   dated January, 2004.

11           Mr. Scully, I will ask you to quickly

12   flip through this document and let me know if you

13   recognize it?

14       A.   I remember, generally, I don't remember

15   reading it, specifically.

16       Q.   Would you turn to page one of the

17   report? And at the top of page one there's a

18   paragraph entitled objective, and it reads, to

19   update data provided in a 2002 report comparing

20   Medicaid -- Medicare reimbursement for Ipatropium

21   Bromide to prices available to Medicaid, the

22   supplier community, and the Department of