# EXHIBIT 5

```
                                                              Page 443
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - -x

 4    IN RE: PHARMACEUTICAL          :  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE     :  CIVIL ACTION

 6    PRICE LITIGATION               :  01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO       :  U.S. ex rel.

 8    Ven-a-Care of The Florida      :  Judge Patti B. Saris

 9    Keys, Inc.                     :

10        v.                         :

11    Abbott Laboratories, Inc.,     :  Chief Magistrate

12    No. 06-CV-11337-PBS            :  Judge Marianne B.

13    - - - - - - - - - - - - - - -x  Bowler

14

15

16           THOMAS A. SCULLY - VOLUME II

17                  JULY 13, 2007

18                  WASHINGTON, DC

19

20

21

22     (CAPTION CONTINUED)
```

Page 762

1   there were these kinds of spread in terms like
2   Ipatropium Bromide and drugs like Albuterol?
3           MR. NEAL:  I'll object to the form.
4       A.  It's abundantly on the record, for many
5   years, they knew all about it, I'm not sure they
6   understood it that well, but they certainly knew
7   about it.
8           See, when I came in, in 2001, it was
9   very -- I don't think there was a lot of stomach
10  for fixing it, I spent a lot of time trying to
11  create political support for fixing it.
12      Q.  So the issue was not knowledge but it
13  was generating the right political support to
14  make these changes; right?
15      A.  It's one thing to have the aging
16  committee having a hearing and wave an OIG
17  report, it's another thing to get 218 votes in
18  the House and 60 votes in the Senate to fix it
19  when the constituents -- 218 votes in the House
20  and 60 in the Senate to fix the reimbursement
21  when you have constituents screaming and yelling
22  that they don't want it changed.  So it was a

```
 1   political issue.
 2           (Exhibit Roxanne 003 marked for
 3   identification.)
 4   BY MR. GORTNER:
 5       Q.   I'm going to hand you what's been
 6   marked -- pre-marked as Exhibit Roxane 003.  For
 7   the record, this is an Office of Inspector
 8   General report entitled update excessive Medicare
 9   reimbursement for Ipatropium Bromide, and it's
10   dated January, 2004.
11           Mr. Scully, I will ask you to quickly
12   flip through this document and let me know if you
13   recognize it?
14       A.   I remember, generally, I don't remember
15   reading it, specifically.
16       Q.   Would you turn to page one of the
17   report? And at the top of page one there's a
18   paragraph entitled objective, and it reads, to
19   update data provided in a 2002 report comparing
20   Medicaid -- Medicare reimbursement for Ipatropium
21   Bromide to prices available to Medicaid, the
22   supplier community, and the Department of
```