UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT MEDIMMUNE, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa and defendant Medimmune, Inc. ("Medimmune"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State of Iowa and Medimmune, that all claims in this action against Medimmune are dismissed with prejudice and without costs to any party.

Dated: July 13, 2010

          Respectfully submitted,

By:  /s/ Joanne M. Cicala
     Joanne M. Cicala, Esq.
     Daniel Hume, Esq.
     Kirby McInerney LLP
     825 Third Avenue
     New York, NY 10022
     212-371-6600

*On Behalf of the State of Iowa*

By:  /s/ John E. Schmidtlein
     John E. Schmidtlein, Esq.

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*On Behalf of Medimmune, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2010, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiff's Claims Against Defendant Medimmune, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/   James Carroll
KIRBY McINERNEY LLP