# EXHIBIT 2

# What you want is what we've got



# A Full Line of Albuterol Inhalation Products

**DEY Laboratories has now added metered dose inhalers and multidose bottles to our convenient line of unit-dose vials, responding to all your albuterol inhalation needs.**

- A lower cost* generic equivalent to Proventil® and Ventolin® Inhalation Aerosols.
- Metered dose inhalers and multidose bottles manufactured by the originator.
- Rely on DEY Laboratories for product quality and availability, competitive pricing, and customer satisfaction.

### Depend on Quality. Depend on DEY Laboratories.

**TO ORDER, CALL 1-800-527-4278 OR CONTACT YOUR LOCAL DISTRIBUTOR.**
**For More Information, Call 1-800-755-5560.**



**Breathing New Life Into Respiratory Care**

DEY Laboratories
2751 Napa Valley Corporate Drive
Napa, CA 94558

\* Prices are based on current published average wholesale prices for comparable Proventil® and Ventolin® products. Average wholesale prices do not reflect the actual cost to the pharmacy or the consumer.

Proventil is a registered trademark of Schering Corporation.
Ventolin is a registered trademark of Allen & Hanburys, Division of Glaxo Inc.

© 1994 DEY Laboratories    09-710-00 9/94    375-L2-603-94