# EXHIBIT 3

```
                                                              Page 267
 1       IN THE DISTRICT COURT OF TRAVIS COUNTY, TEXAS
 2                  201ST JUDICIAL DISTRICT
 3
 4   CAUSE NO. D-1-GV-07-001259
 5
 6   ------------------------------------------ X
 7   THE STATE OF TEXAS, ex rel. VEN-A-CARE     )
 8   OF THE FLORIDA KEYS, INC.                  )
 9           Plaintiffs,                        )
10   v.                                         )
11   SANDOZ, INC., et al.                       )
12           Defendants.                        )
13   (COMPLETE CAPTION ON FOLLOWING PAGE)       )
14   ------------------------------------------ X
15
16             VIDEO DEPOSITION OF
17          RAYMOND S. HARTMAN, PH.D.
18                 VOLUME II
19
20           Boston, Massachusetts
21            Thursday, July 23, 2009
22             9:58 a.m. to 5:19 p.m.
23
24   Reporter:  Justina M. Pettinelli, RDR/CRR
25
```

```
 1   for reimbursement for a lot of payers; and when
 2   that is recognized, there's -- the ability to
 3   compete on spread arises when there are list
 4   prices that are AWP and WAC for a drug, either
 5   one, and that deviate substantially from
 6   acquisition prices, from transactions prices.
 7        Q.   So in terms of -- as far as you know,
 8   there isn't a consistent fixed percentage
 9   relationship between AWP and WAC on generic drugs,
10   would you agree with that?
11        A.   I have not studied it to know that there
12   is one in the way that there is for innovator
13   drugs.
14        Q.   And in the Mylan drugs that you studied,
15   did you see that there was any consistent
16   percentage relationship between AWP and WAC?
17        A.   I didn't look at that.
18        Q.   You also say "Since AWP and its related
19   WAC are often used as the primary bases for
20   reimbursement," do you see that part?
21        A.   I do.
22        Q.   Is it your testimony that AWP is used as
23   the primary basis for reimbursement in Texas?
24        A.   Well, what -- it's my testimony that
25   Texas has, over the period of time we're focusing
```

Page 430

```
 1   through D.4, D.5, D.6 where the ratio of the
 2   reimbursement rate based on the reported price
 3   relative to the WEAC price is considerably higher.
 4   That's not -- that's certainly just a small subset
 5   of the NDCs for which -- that I present that
 6   information.
 7         Q.   Well, you kind of took the worst cases
 8   there; right?
 9         A.   Yeah, I looked at the ones that
10   obviously were showing what could happen if this -
11   - to the extent there was a real abuse.  I'm
12   trying to look at the total dollar amounts.  It's
13   hard for me to draw that -- to draw a conclusion
14   about that.
15         Q.   Just so we -- we may need to clarify
16   something for the record.  Can you describe, you
17   know, as briefly as you can what you understand
18   about the dynamics of pricing in the generic
19   business?  Let's assume you've got five
20   competitors for the same chemical entity.  What
21   tends to happen to transaction price and WAC, and
22   AWP for that matter?
23              MR. DOUGLAS:  Object to form.
24   BY MR. CROSS:
25         Q.   If you can.  If you can.
```

Page 431

```
 1         A.    Well, generally the scenario is that the
 2   first ANDA filer has a 180-day exclusivity.  So
 3   you will have a generic drug launching.
 4         Q.    That's if you file a Paragraph IV?
 5         A.    Yeah, that's right.  Okay.  I guess most
 6   cases I'm just used to the Paragraph IV.
 7         Q.    Well, that's where the lawsuits come in.
 8         A.    Right you are.
 9               MR. DOUGLAS:  Object to --
10               MR. CROSS:  I'm not trying to interrupt
11   you.
12               MR. DOUGLAS:  I know you're not, but I
13   still have to object to the form, to the side-bar,
14   whatever.
15         A.    The -- if a -- a first generic launching
16   will launch with an AWP that's a little bit more
17   than 10 percent below the branded AWP, generally;
18   and a lot of the me too generics will follow suit
19   and launch with an AWP that's -- that clusters
20   around 10 to 15 percent below the branded AWP.
21               The WACs I've followed less closely in
22   what their patterns are.  They can be more
23   erratic.  If there is exclusivity, then the ASP --
24   the acquisition cost to the market as a whole will
25   probably be about 30 percent below the branded
```

Page 432

1  drug price.
2         By the time you get to five or six
3  generics, you're going to be dropping
4  considerably, and the competition -- the
5  acquisition cost, the average sale price for the
6  generic will decline.  It can decline up to 80, 90
7  percent of the branded average sale price.  And
8  then the competition is between generics based on
9  how low their price is relative to in some cases
10 what the basis for the reimbursement is with the
11 list price.
12     Q.  Have you observed that over time WAC
13 tends to follow transaction price down?  I'm not
14 saying in lockstep, but --
15     A.  I would not characterize it that way,
16 but I haven't studied it closely enough to --
17     Q.  And once a transaction price or ASP,
18 whatever you want to call it, average transaction
19 price gets down to a low level, is it -- in your
20 studies, have you observed that they tend to come
21 back up?
22     A.  There is a --
23     Q.  Excuse me.  I don't mean to interrupt.
24 Absent some event in the marketplace, absent, you
25 know, a plant blowing up or somebody exiting the