# EXHIBIT 4

Niemann, Robert                                                                    September 14, 2007
                              Baltimore, MD

```
                                                                    Page 1
 1

 2              UNITED STATES DISTRICT COURT

 3            FOR THE DISTRICT OF MASSACHUSETTS

 4     - - - - - - - - - - - - - - - -x

 5     IN RE:  PHARMACEUTICAL         :   MDL NO. 1456

 6     INDUSTRY AVERAGE WHOLESALE     :   CIVIL ACTION

 7     PRICE LITIGATION               :   01-CV-12257-PBS

 8     THIS DOCUMENT RELATES TO       :

 9     U.S. ex rel. Ven-a-Care of     :   Judge Patti B. Saris

10     the Florida Keys, Inc.         :

11          v.                        :

12     Abbott Laboratories, Inc.,     :   Chief Magistrate

13     No. 06-CV-11337-PBS            :   Judge Marianne B.

14     - - - - - - - - - - - - - - - -x   Bowler

15                              Baltimore, Maryland

16                              Friday, September 14, 2007

17

18      Videotaped Telephone Deposition of ROBERT NIEMANN

19

20

21

22
```

Niemann, Robert

Baltimore, MD

September 14, 2007

Page 282

1  indication, you would agree with me that in December
2  of '95, you believed those assertions to be actually
3  true, correct?
4      A.  The fact that the AWP was in excess of
5  what was actually paid by providers?
6      Q.  And that there were numerous accounts of
7  prices for drugs charged in the Medicare program in
8  excess of the true marketplace?
9      A.  The IG data.  Yes.
10     Q.  All right.  And in the next sentence, the
11 document indicates that "the AAC methodology would be
12 added in order to obtain the advantage of those
13 discounts," correct?
14     A.  I'm sorry.  Where are you, at the bottom
15 of the same page?
16     Q.  Yes, sir.
17     A.  Can obtain the advantage -- right.  Right.
18     Q.  And in fact, that's why you were proposing
19 actual acquisition cost as an alternative -- as the
20 alternative methodology, correct?
21     A.  Yes.  It appears to be.
22     Q.  If you can turn over to the next page.

Page 283

1  Actually, it's a sentence that -- that moves from
2  page 3 to page 4.  In this proposal, you would
3  suggest, am I correct, that pharmacies dispensing a
4  drug would be given a dispensing fee in the amount of
5  some dollars, not specified in this document,
6  correct?
7      A.  Yes.
8      Q.  Is it your understanding that under the
9  methodology -- the rules applicable in 1995,
10 pharmacies did not receive a dispensing fee from the
11 Medicare program?
12     A.  That's how I remember it, that they did
13 not.
14     Q.  Because they weren't physicians, correct?
15     A.  Yes.  That's what I remember.
16     Q.  And so, for example, an infusion pharmacy
17 would receive a payment for the drug, but would not
18 receive any sort of a payment for the services
19 provided in dispensing the drug?
20     A.  As we covered this morning, yes, I think
21 that's how I remember it.
22     Q.  And in going from average wholesale price

Page 284

1  to an actual acquisition cost, your proposal was that
2  the ingredient cost be reduced to actual acquisition
3  cost, and a dispensing fee be added in to account for
4  the services provided by the supplier, correct?
5      A.  By the pharmacy.  Yes.  I mean, I see that
6  for pharmacies.  I'm not sure about infusion
7  suppliers.  But I do see that for pharmacies.
8      Q.  If it were an infusion pharmacy, for
9  example.  If the enterprise were itself a pharmacy
10 providing infusion services, presumably that pharmacy
11 would receive that dispensing fee, correct?
12     A.  I guess so.  You're way over my head on
13 this.  I mean, pharmacies get it.  So you know,
14 whether you're also an infusion company, I guess you
15 would still -- if you're a pharmacy, and you meet all
16 the criteria, I guess you'd get it.
17     Q.  Would you agree with me that that addition
18 of a dispensing fee was intended to account for the
19 loss of margin to these providers in going from an
20 AWP system to an AAC system?
21         MS. OBEREMBT:  Objection.
22         THE WITNESS:  Yes.  I think that's right.

Page 285

1      BY MR. COOK:
2      Q.  In the next paragraph, you indicate that
3  Medicare currently uses AWP prices to pay for drugs.
4  That's true, correct?  We've gone over that over and
5  over.
6      A.  Yes.
7      Q.  I'm interested in the second sentence.
8  You write, "the AWP is universally recognized as a
9  sticker price set by manufacturers."
10         I assume you wrote that because you felt
11 it to be accurate, correct?
12         MS. OBEREMBT:  Objection.  I don't think
13 you've established that he wrote this particular
14 paragraph.
15         THE WITNESS:  That's exactly what I was
16 going to say.  That's not the kind of sentence I
17 would usually write.
18     BY MR. COOK:
19     Q.  That would likely have been written by
20 somebody else in your area?
21     A.  Well, I don't know.
22     Q.  Well, I'll just ask you, is AWP

72 (Pages 282 to 285)