# EXHIBIT 5

```
                                                                    Page 563
 1             UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3   - - - - - - - - - - - - - - - -

 4   IN RE:  PHARMACEUTICAL         )   MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE     )   CIVIL ACTION

 6   PRICE LITIGATION               )   01-CV-12257-PBS

 7   THIS DOCUMENT RELATES TO       )

 8   U.S. ex rel. Ven-a-Care of     )   Judge Patti B. Saris

 9   the Florida Keys, Inc.         )

10       v.                         )   Chief Magistrate

11   Abbott Laboratories, Inc.,    )   Judge Marianne B.

12   No. 06-CV-11337-PBS            )   Bowler

13   (caption continues)            )

14   - - - - - - - - - - - - - - - -

15

16      Videotaped deposition of ROBERT A. NIEMANN

17                     Volume 3

18

19

20                     Baltimore, Maryland

21                     Thursday, November 19, 2009

22                     9:00 a.m.
```

Page 600

1    BY MR. TORBORG:
2    Q.   So the only instance that you recall AWP
3    being an accurate indicator of acquisition cost was
4    related to one orphan drug?
5    A.   I'm saying I believed it because I believed
6    this gentleman I spoke to on the phone.  I had no
7    data.  I had no proof.
8    Q.   But you just recall one particular drug
9    where you believed that the AWP was an accurate
10   reflection of acquisition cost; is that fair to say?
11   A.   I'm saying I have this memory of this nice
12   gentleman talking to me about his -- I don't have a
13   recollection of whether there were other drugs where
14   the AWP was accurate.  I just don't remember.  I just
15   remember this one conversation.
16   Q.   If we go to page 199, line 6, again, I'd
17   like to read it into the record if you'd follow along.
18        "Question:  Has anybody ever in your time
19   at HCFA expressed to you the belief that average
20   wholesale price is a reliable indicator of the
21   acquisition cost to physicians for drugs?"
22        Ms. Oberembt interposed an objection.  She

Page 601

1    stated "I'm going to object to the extent you're
2    asking him about conversations he had that involved
3    deliberate process processes of the agency.  I'm going
4    to instruct you not to answer that too."
5         Let me ask you again, Mr. Niemann, has
6    anyone ever in your time in HCFA expressed to you the
7    belief that average wholesale price is a reliable
8    indicator of the acquisition cost to physicians for
9    drugs?
10   A.   And again, I don't remember if anyone -- I
11   just don't remember one way or the other.
12   Q.   And just so we're clear, when I used the
13   term average wholesale price in my question what do
14   you understand me to mean?
15   A.   The way it's used in the industry.
16   Q.   Which is how?
17   A.   Drug companies assign a sticker price to
18   their drugs that are published in compendia like the
19   Red Book.  In other words, I assumed that you weren't
20   using the word average, wholesale, price, but rather
21   the term of art.
22   Q.   If you'd go, Mr. Niemann, to the next

Page 602

1    question, which is again on page 199, line 15.  Mr.
2    Cook's question was "In any of these conversations
3    relating to the possibility of abandoning AWP and
4    going to estimated acquisition cost, did any of the
5    individuals that you've described ever raise concerns
6    about what the consequences would be to beneficiaries'
7    access to care or other program goals of going to
8    EAC?"
9         Ms. Oberembt interposed an objection.  She
10   stated "Objection on the grounds of the deliberative
11   process privilege.  I'll instruct you not to answer."
12        Mr. Niemann, I'll ask you the question
13   again.  In any of these conversations relating to the
14   possibility of abandoning the AWP and going to
15   estimated acquisition cost, did any of the individuals
16   that you've described ever raise concerns about what
17   the consequences would be to beneficiaries' access to
18   care or other program goals of going to EAC?
19   A.   Yes.
20   Q.   And with whom do you recall having those
21   discussions?
22   A.   That I don't remember.  But -- I just don't

Page 603

1    remember who it was that -- probably more than one
2    person.
3    Q.   Okay.  And what do you recall about those
4    conversations?
5    A.   Not much in the way of detail other than
6    the agency is always concerned about getting the
7    services we cover to the beneficiary.  So it was that
8    concern that somehow our beneficiaries wouldn't be
9    provided the drugs if Medicare payment was
10   insufficient.
11   Q.   Do you recall that being a predominant
12   concern at the time you were at HCFA working on
13   Medicare Part B drug payment issues?
14   A.   I don't understand that word "predominant."
15   What do you mean?  I mean, I know the word, but I
16   don't understand what you mean.  Predominant.  What do
17   you mean?
18   Q.   You said you understand the word
19   predominant.  What's your understanding of what that
20   word means?
21   A.   Could you just explain your question
22   better -- differently?