# EXHIBIT 6

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3                        - - -

 4   IN RE:  PHARMACEUTICAL       :  MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE   :  CIVIL ACTION:

 6   PRICE LITIGATION             :  01-CV-12257-PBS

 7                                :

 8   THIS DOCUMENT RELATES TO     :

 9   U.S. ex rel. Ven-A-Care of   :

10   the Florida Keys, Inc. v.    :

11   Abbott Laboratories, Inc.    :

12   No. 06-CV-11337-PBS          :

13                        - - -

14            Videotaped deposition of ROBERT

15   VITO was taken, pursuant to notice, at MORGAN

16   LEWIS & BOCKIUS, LLP, 1701 Market Street,

17   Philadelphia, Pennsylvania, on Tuesday, June

18   19, 2007, beginning at 9:10 a.m., before M.

19   Kathleen Muino, Professional Shorthand

20   Reporter, Notary Public; Michael Hunterton,

21   Certified Legal Video Specialist, there being

22   present:
```

Page 162

1  biologicals.
2     Q.  Is this implementing the provisions in
3  the Balanced Budget Act of 1997 with respect to
4  reimbursement of prescription drugs by Medicare?
5        MR. NEAL:  Object to the form.
6        You can answer.
7        THE WITNESS:  I think so.
8  BY MR. TORBORG:
9     Q.  And this is something you would have
10 reviewed at the time?
11    A.  This is something that -- what do -- I
12 don't understand the word "review."
13    Q.  Would you have seen this at around the
14 time it was created?
15    A.  I hope -- I hope so, yes.
16    Q.  And under the section that states
17 payment -- Payments For Drugs and Biologicals, this
18 document states:  Drugs and biologicals not paid on
19 a cost or prospective payment basis are paid based
20 on the lower of the billed charge or 95 percent of
21 the AWP as reflected in sources such as the Red
22 Book, Blue Book, or Medispan.

Page 163

1     Mr. Vito, is that consistent with your
2  understanding of how the Balanced Budget Act of
3  1997 directed CMS to reimburse drugs under Part B?
4     A.  I think so.
5     Q.  Would you agree with me that at least
6  this is how CMS interpreted the provisions in the
7  Balanced Budget Act of 1997?
8        MR. NEAL:  Objection as to form.
9        MR. AZORSKY:  Objection to form.
10       MR. NEAL:  You can answer.
11       THE WITNESS:  I -- I -- this is a CMS
12 document, so this is what they sent out, so I would
13 imagine this is what -- the way they interpreted
14 it.
15 BY MR. TORBORG:
16    Q.  If you go to the second page, the
17 contact person listed is Robert Niemann.  Do you
18 know who Mr. Niemann is?
19    A.  Yes.
20    Q.  Who is he?
21    A.  He works at -- it was then HCFA, and he
22 was one of the more knowledgeable people in the

Page 164

1  payments for prescription drugs in Medicare Part B.
2     Q.  And have you had discussions with Mr.
3  Niemann about prescription drug reimbursement?
4     A.  Have -- have we?
5     Q.  Yeah.  Have you?
6     A.  Yes.
7     Q.  About how many?
8     A.  Many.
9     Q.  If you had to ballpark?
10    A.  Well, every -- every one of our reports,
11 we had a meeting in which he would be at when we
12 design the study, then he would be at a meeting in
13 which we had an exit at the study, and then he
14 would also have discussions about our
15 recommendations, so many times.  So three or four
16 times for each review we have at least.
17    Q.  Was there anyone else at HCFA, now CMS,
18 who was more involved than Mr. Niemann with respect
19 to the issue of Medicare reimbursement of drugs?
20    A.  I -- I -- I think that Mr. Niemann was
21 the most knowledgeable person on the Part B drugs.
22 There might have been his supervisors, but I

Page 165

1  believe Mr. Niemann was the most knowledgeable
2  person.
3     Q.  And Mr. Niemann is the contact person of
4  a regulation -- or of a CMS document that indicates
5  that the Balanced Budget Act of 1997 called for CMS
6  to reimburse prescription drugs at 95 percent of
7  the AWP as reflected in sources such as Red Book,
8  Blue Book, or Medispan, correct?
9     A.  Yes.
10    Q.  Do you recall anyone else at CMS who was
11 particularly involved in the issue of Medicare
12 reimbursement of drugs?
13    A.  There -- there were some others, but the
14 main person always seems to be -- is Bob Niemann.
15    Q.  Do you recall anyone who was sort of Mr.
16 Niemann's counterpart with respect to Medicaid
17 reimbursement of drugs at CMS?
18    A.  Yes.
19    Q.  And who was that?
20    A.  Larry Reed.
21    Q.  And did you have conversations with Mr.
22 Reed?