# EXHIBIT 7

Gustafson, Dr. Thomas A.                                          December 17, 2007

Page 200

1            FOR THE DISTRICT OF MASSACHUSETTS

2    - - - - - - - - - - - - - - -x

3    IN RE:  PHARMACEUTICAL      :   MDL NO. 1456

4    INDUSTRY AVERAGE WHOLESALE  :   CIVIL ACTION

5    PRICE LITIGATION            :   01-CV-12257-PBS

6    THIS DOCUMENT RELATES TO    :

7    U.S. ex rel. Ven-a-Care of  :   Judge Patti B. Saris

8    the Florida Keys, Inc.      :

9         v.                     :

10   Abbott Laboratories, Inc.,  :   Chief Magistrate

11   No. 06-CV-11337-PBS         :   Judge Marianne B.

12   - - - - - - - - - - - - - -x    Bowler

13        (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

14      Videotaped deposition of DR. THOMAS A. GUSTAFSON

15                      Volume II

16                              Washington, D.C.

17                              Monday, December 17, 2007

18                              9:19 a.m.

19

20

21

22

Gustafson, Dr. Thomas A.                                              December 17, 2007

Page 453

1  the Division of Medicaid and Long-term Care, and
2  thereafter when you had work affiliated with Medicaid
3  responsibilities, were you aware that states were
4  required to submit what we'll call state health
5  plans?
6      A.   Oh, yes.
7      Q.   You knew that?
8      A.   I mean, state health plans -- I mean, the
9  state plans were famous.  Huge documents with many,
10  many, many, many, many amendments.  Yea big, that
11  sort of thing.  There was always a question about who
12  exactly knew what was in the state plans, because
13  they had been amended so many times, it wasn't clear
14  you could actually sort of peer through to find out
15  what the true, true plan was.
16      Q.   But you knew that at that time, while you
17  were working in the late '80s on Medicare related
18  issues, you knew that the state health plans -- in
19  those state health plans, states were required to
20  specify the methodology upon which they would be
21  paying for prescription drugs under the Medicaid
22  program?

Page 454

1      A.   I'd have to say I believe so.  I mean, the
2  state plans would have covered the detail about how
3  the state plans were operated.  The area in which the
4  states had the greatest degree of freedom was in the
5  payment area, as distinct from eligibility in which
6  they had very little freedom.  Coverage, in which
7  they had, if you will, medium degrees of freedom.
8  But they had the most discretion in the payment area.
9          So I know they had to report changes in
10  their payment procedures.  I'm just not entirely
11  familiar with exactly what level of detail they were
12  required to report on benefits such as prescription
13  drugs.
14      Q.   If you look at the next sentence of that
15  third to the bottom paragraph, it reads, the
16  manual -- referring to the state Medicaid manual --
17  issuance further provided that absent valid
18  documentation to the contrary, it would not be
19  acceptable for a state to make reimbursements using
20  AWP without a significant discount.  Do you see that
21  sentence?
22      A.   I do.

Page 455

1      Q.   And did you know during the time that you
2  were working on Medicaid issues in the late '80s that
3  HCFA, in fact, would disapprove of state plans that
4  did not have a significant discount off AWP in their
5  payment for prescription drugs?
6          MR. AZORSKY:  Objection.  Form.
7          THE WITNESS:  I don't recall this in
8  particular specifics.  Understanding that my job was
9  sort of leading out of the agency toward Congress,
10  and actually paid very little attention to exactly
11  what was going on in terms of the interaction with
12  the individual states, except insofar as some problem
13  blew up.
14          BY MR. GORTNER:
15      Q.   You're not sure one way or the other
16  whether you knew that information?
17      A.   That's correct.  Yes.
18      Q.   How about when you began as director of
19  HAP in 1998.  Were you aware at that time that HCFA
20  had disapproved state plans that did not discount off
21  AWP?
22      A.   I don't -- I don't recall much discussion

Page 456

1  of it.  The Medicaid folks were aware and talked to
2  -- the Medicaid drug folks, like Bob Niemann, talked
3  with the folks in the Medicaid, what is now the
4  Center for Medicaid and State Operations.  So I know
5  they were in touch with each other, comparing notes
6  and so forth.  But I don't recall them bringing, Bob
7  or others bringing much to my attention about what
8  Medicaid was doing.
9      Q.   Well, how about in terms of, did you rely
10  upon Bob Niemann, for instance, to educate you about
11  AWP issues that he may have learned through his
12  involvement with the Medicaid program?
13      A.   Well, I can say that Bob was probably
14  my -- the single largest source of information about
15  AWP.  Where he got his information from, how much
16  attention he paid to Medicaid, I don't recall.  I
17  didn't know.
18      Q.   Would the fact that HCFA had issued a
19  revision to the state Medicaid manual providing that
20  absent valid documentation of the contrary, it would
21  not be acceptable for a state to make reimbursements
22  using undiscounted AWP, would that information be

65 (Pages 453 to 456)