UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01- 12257-PBS<br>Subcategory Case. No. 06-11337 |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | Magistrate Judge Marianne B. Bowler |

## MOTION BY PLAINTIFFS AND DEY DEFENDANTS FOR STATUS CONFERENCE

Plaintiffs United States of America and Relator Ven-A-Care of the Florida Keys, Inc., together with defendants Dey, Inc., Dey Pharma, L.P. (formerly known as Dey, L.P.) and Dey L.P., Inc. (collectively, "Dey"), hereby request that the Court schedule a status conference at its convenience and further request an order suspending litigation activities and deadlines in this matter.

Respectfully submitted,

| | |
|---|---|
| TONY WEST<br>ASSISTANT ATTORNEY GENERAL | FOLEY HOAG LLP |
| CARMEN M. ORTIZ<br>UNITED STATES ATTORNEY | By: /s/ Martin F. Murphy<br>Martin F. Murphy (BBO # 363250)<br>Robert E. Toone (BBO # 663249) |
| By: /s/ George B. Henderson II ( by MFM, per email authority)<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3282 | Seaport World Trade Center West,<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210-2600<br>(617) 832-1000<br><br>Paul F. Doyle (BBO # 133460)<br>Sarah L. Reid (*pro hac vice*)<br>William A. Escobar (*pro hac vice*)<br>Neil Merkl (*pro hac vice*) |

B3771375.1

| | |
|---|---|
| JOYCE R. BRANDA<br>DANIEL R. ANDERSON<br>LAURIE A. OBEREMBT<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br><br>*Counsel for Plaintiff*<br>*United States of America* | KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York 10178<br>(212) 808-7800<br><br>*Counsel for Defendants Dey, Inc., Dey*<br>*Pharma, L.P. (formerly known as Dey, L.P.)*<br>*and Dey L.P., Inc.* |

James J. Breen
THE BREEN LAW FIRM, P.A.
5755 Northpoint Parkway, Suite 260
Alpharetta, GA 30022
(770) 740-0000

Gary Azorsky
Susan Schneider Thomas
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3090

*Counsel for Relator Ven-A-Care of the*
*Florida Keys, Inc.*


Dated: July 16, 2010

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service .

                                         /s/Martin F. Murphy
                                         Martin F. Murphy

B3771375.1