UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, et al.*<br>Case No. 07-12141 | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris<br><br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE OF THE "GSK GROUP" DEFENDANTS, INCLUDING SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE PLC AND GLAXO WELLCOME, INC. |

The Stipulated Request for Dismissal with Prejudice of Plaintiff's Claims Against the "GSK Group" Defendants is hereby GRANTED. All claims in this action against the "GSK Group" Defendants, including against named defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline, GlaxoSmithKline, plc and Glaxo Wellcome, Inc., are DISMISSED WITH PREJUDICE and without costs to any party.

SO ORDERED.

DATED: 7/16 , 2010

Judge Patti B. Saris

4

13839048.1