UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PROPOSED CLASS 1 REPRESENTATIVE, MRS. JIMMIE OUSTAD**

WHEREAS, on June 9, 2010, plaintiffs moved to add Mrs. Jimmie Austed [sic] as a Class 1 representative for the J&J Defendants, and

WHEREAS, plaintiffs are in the process of gathering Mrs. Oustad's medical records for production to the J&J Defendants, and

WHEREAS, by electronic order dated July 12, 2010, the court directed plaintiffs to produce Mrs. Oustad's medical records "forthwith," and directed that any motion challenging Mrs. Oustad's adequacy to be filed by July 21, 2010, and

WHEREAS, at the July 12, 2010 hearing on the J&J Defendants' motions for summary judgment, the Court indicated that, notwithstanding the foregoing electronic order, the J&J Defendants should be given sufficient time to review Mrs. Oustad's medical records before taking a position on whether or not she can adequately represent the interests of Class 1, and

WHEREAS, on July 12, 2010 plaintiffs issued a subpoena to Mrs. Oustad's health insurer, United Healthcare Insurance Company, calling for production of Mrs. Oustad's medical records by August 9, 2010,

NOW, THEREFORE, IT IS STIPULATED AND ORDERED AS FOLLOWS:

1. Counsel for plaintiffs shall produce to counsel for the J&J Defendants all records concerning Mrs. Oustad's adequacy as a Class 1 representative, including her medical

records, upon receipt of said records. Although counsel for plaintiffs shall not withhold any medical or payment records they obtain from Mrs. Oustad or others, if and when counsel for plaintiffs conclude that the records they have already produced are sufficient to establish that Mrs. Oustad may adequately represent Class 1 and is a member of Class 1, they shall so advise counsel for the J&J Defendants and they shall identify the documents they believe establish that Mrs. Oustad may adequately represent Class 1 and is a member of Class 1.

2. Counsel for the J&J Defendants shall file and serve any motion challenging Mrs. Oustad's adequacy within 21 days of receipt plaintiffs' notice of their belief that they have produced documents sufficient to establish that Mrs. Oustad may adequately represent Class 1 and is a member of Class 1; and

3. Plaintiffs shall file any opposition within 14 days of service of any such challenge; and

4. Notwithstanding the foregoing, the J&J Defendants may challenge Mrs. Oustad's adequacy at any time on any reasonable grounds, including, without limitation, the receipt of additional medical or payment records; and

5. The parties shall treat Mrs. Oustad's medical and payment records as "Highly Confidential" under the Protective Order.

　　　　　　　　　　　　　　　　Stipulated and Agreed:

　　　　　　　　　　　　　　　　/s/ Andrew D. Schau
Dated: July 21, 2010　　　　　　Andrew D. Schau
　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　The New York Times Building
　　　　　　　　　　　　　　　　620 Eighth Avenue
　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　(212) 841-4000

        Adeel A. Mangi
        Elizabeth Shofner
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, NY 10036
        (212) 336-2000

        *Attorneys for the J&J Defendants*

Dated: July 21, 2010
        Jeffrey Kodroff
        John A. Macoretta
        Spector, Roseman, Kodroff & Willis, P.C.
        1818 Market Street, Suite 2500
        Philadelphia, PA 19103
        (215) 496-0300

        Steve W. Berman
        Sean R. Matt
        Hagens Berman Sobel Shapiro LLP
        1918 Eighth Avenue, Suite 330
        Seattle, WA 98101
        (206) 623-7292

        /s/ Jennifer Fountain Connolly
        Jennifer Fountain Connolly
        Hagens Berman Sobel Shapiro LLP
        1629 K Street NW, Suite 300
        Washington, D.C. 20006

        Kenneth A. Wexler
        Wexler Wallace LLP
        55 W. Monroe, Suite 3300
        Chicago, IL 60603
        (312) 346-2222

        Marc H. Edelson
        Hoffman & Edelson
        45 West Court Street
        Doylestown, PA 18901
        (215) 230-8043

        *Attorneys for Plaintiffs*

- 4 -

**So Ordered**:

July ____, 2010

_____
Patti B. Saris, J.

## CERTIFICATE OF SERVICE

I certify that on July 21, 2010 I caused a true and correct copy of the foregoing to be delivered via electronic service to all counsel of record pursuant to Case Management Order No. 2.

                                              /s/ Jennifer Fountain Connolly
                                                  Jennifer Fountain Connolly