UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub Docket No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Ven-A-Care of the Florida Keys*<br>*v.*<br>*Baxter Healthcare Corporation and Baxter International Inc.* | Judge Patti B. Saris |

## THE PARTIES' JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER

Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc. and Counsel for Relators Ven-A-Care of the Florida Keys have conferred and have jointly agreed upon a proposed schedule for this case as described in the attached document. The parties hereby request that the Court accept and adopt the proposed schedule.

Respectfully submitted,

| | |
|---|---|
| Dated: July 29, 2010 | /s/ Tina D. Reynolds<br>Merle M. DeLancey<br>Tina D. Reynolds<br>Ruchi Jain<br>*Admitted pro hac*<br>**DICKSTEIN SHAPIRO LLP**<br>1825 Eye Street NW<br>Washington, DC 20006<br>Telephone: (202) 420-2200<br>Facsimile: (202) 420-2201<br><br>/s/ Peter E. Gelhaar<br>Peter E. Gelhaar (BBO #188310)<br>**DONNELLY, CONROY & GELHAAR, LLP**<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>Telephone: (617) 720-2880<br>Facsimile: (617) 720-3554<br><br>Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.<br><br>/s/ Alison W. Simon<br>Alison W. Simon<br>P.O. Box 430457<br>Miami, FL 33243<br>Counsel for Plaintiff, Ven-A-Care of the Florida Keys |

## CERTIFICATE OF SERVICE

     I hereby certify that I, Tina D. Reynolds, an attorney, caused a true and correct copy of the foregoing **THE PARTIES' JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER** to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on July 29, 2010, for posting and notification to all parties.

/s/ Tina D. Reynolds
Tina D. Reynolds
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200

DSMDB-2818137v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub Docket No. 06-11337 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Ven-A-Care of the Florida Keys*<br>*v.*<br>*Baxter Healthcare Corporation and Baxter International Inc.* | Judge Patti B. Saris |

## [PROPOSED] SCHEDULING ORDER

July ___, 2010

Saris, U.S.D.J.

WHEREAS, Relator Ven-A-Care of the Florida Keys ("Relator") filed its original complaint on June 23, 1995, and an amended complaint on May 14, 2010 in the U.S. District Court for the Southern District of Florida;

WHEREAS, the amended Complaint was unsealed on May 28, 2010 and assigned Civil Action No. 1:10-cv-21745-ASG;

WHEREAS, the matter was transferred to the District of Massachusetts by the Judicial Panel for Multidistrict Litigation on July 15, 2010 and assigned Case No. 10-cv-11186-PBS;

WHEREAS, that case was consolidated with Case No. 01-cv-12257-PBS (MDL No. 1456) on July 16, 2010;

WHEREAS, counsel for the Relator and counsel for Defendants have conferred, and would like to explore the possibility of a resolution of this matter through informal mediation prior to Defendants' submission of responsive pleadings;

NOW THEREFORE, it is ORDERED, as follows:

1. Relator will provide Defendant with a formal demand by no later than August 31, 2010.

2. Relator and Defendants shall engage in informal mediation prior to October 29, 2010 in an attempt to resolve this matter;

3. All deadlines shall be stayed during the pendency of this mediation period;

4. Should mediation not be successful, the parties will, by no later than November 15, 2010, jointly propose a schedule to the court for motion to dismiss briefing.

So ordered.

_____
Judge Patti B. Saris