UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL No. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | Master Docket 01-cv-12257 |
| PRICE LITIGATION | ) | |
| _____ | ) | |
| | ) | Subcategory 06-11337 |
| THIS DOCUMENT RELATES TO: | ) | Civil Action No. 08-cv-10852 |
| | ) | |
| *United States of America Ex Rel.* | ) | |
| *Ven-A-Care of the Florida Keys, Inc.,* | ) | |
| *a Florida Corporation, by and through* | ) | |
| *its principal officers and directors,* | ) | |
| *ZACHARY T. BENTLEY and T. MARK JONES,* | ) | |
| *vs. Actavis Mid Atlantic LLC,* | ) | |
| *et al.* | ) | |
| | ) | |
| *United States of America Ex Rel.* | ) | Civil Action No. 10-cv-11186 |
| *Ven-A-Care of the Florida Keys* | ) | |
| *vs. Baxter Healthcare Corporation and* | ) | |
| *Baxter International Inc.* | ) | Judge Patti B. Saris |
| | ) | |

_____

Status Report August 1, 2010

Pursuant to the Court's July 17, 2004 Procedural Order, the undersigned counsel for the

Plaintiffs hereby submits the following status report to the court listing the status of all motions

to date.

Respectfully submitted,

Dated: 8/1/10                    By: /s/ Susan Schneider Thomas
                                     Susan Schneider Thomas (PA Bar No. 32799)
                                     **BERGER & MONTAGUE, P.C.**
                                     1622 Locust Street
                                     Philadelphia, PA 19103
                                     Telephone (215) 875-3000
                                     Facsimile (215) 875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN**
90 Canal Street, Suite 500
Boston, MA 02114-2022
Telephone (617)742-5800
Facsimile (617) 742-5858

**Attorneys for Ven-A-Care of the Florida Keys, Inc.**

### MDL 1456 Status Report
### USA *ex rel.* Ven-A-Care v. Actavis, *et al.*
### Case No. 08-cv-10852

**Pending Motions**

None.
Case Management Order No. 32 was signed on February 25, 2010. The parties have exchanged their Rule 26 disclosures and have commenced discovery pursuant to the Case Management Order.

### MDL 1456 Status Report
### USA *ex rel.* Ven-A-Care v. Baxter, *et al.*
### Case No. 10-cv-11186

On July 15, 2010, this case was transferred to MDL No. 1456 and thereafter consolidated with the Master File No. 01-12257.

**Pending Motions**

On July 29, 2010, the parties filed their Motion for Joint Scheduling Order requesting stay of the proceedings to conduct an early information mediation.

## CERTIFICATE OF SERVICE

I hereby certify that I, Susan Schneider Thomas caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on August 1, 2010, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

Respectfully submitted,

Dated: 8/1/10                          By: /s/ Susan Schneider Thomas_____

**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone (215) 875-3000
Facsimile (215) 875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN**
90 Canal Street, Suite 500
Boston, MA 02114-2022
Telephone (617)742-5800
Facsimile (617) 742-5858

**Attorneys for Ven-A-Care of the Florida Keys, Inc.**