## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL MASSACHUSETTS CLASS ACTIONS CONCERNING CLASSES 2 & 3 | CIVIL ACTION:  01-CV-12257-PBS  Judge Patti B. Saris |

### ASTRAZENECA'S MOTION FOR ENTRY OF AN ORDER GRANTING JUDGMENT AND DISMISSING CLASS 2 AND CLASS 3 CLAIMS RELATED TO PULMICORT RESPULES®

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby moves for entry of an order granting judgment and dismissing all claims asserted by Massachusetts Class 2 and Class 3 under Mass. Gen. Laws ch 93A with respect to Pulmicort Respules®.  Counsel for AstraZeneca have conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

At a hearing on July 12, 2010 regarding proposed settlements between defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") and Class Plaintiffs, the Court requested that counsel for AstraZeneca take steps to resolve Massachusetts Class claims related to Pulmicort Respules®.  As set forth more fully in the enclosed proposed Order, Plaintiffs conceded prior to trial that AstraZeneca is entitled to summary judgment with respect to these claims, and there was no proof adduced at trial which could support these claims.

Dated:          August 2, 2010

Respectfully Submitted,

By:     /s/ D. Scott Wise
            D. Scott Wise
            Joel M. Cohen
            **DAVIS POLK & WARDWELL LLP**
            450 Lexington Avenue
            New York, New York 10017
            Tel: (212) 450-4000

            Nicholas C. Theodorou (BBO #496730)
            Michael B. Keating (BBO #263360)
            Michael P. Boudett (BBO #558757)
            Katherine B. Schmeckpeper (BBO #663200)
            **FOLEY HOAG LLP**
            155 Seaport Boulevard
            Boston, MA 02210

            Attorneys for AstraZeneca Pharmaceuticals LP

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendant AstraZeneca Pharmaceuticals LP conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs does not oppose the motion.

 /s/ D. Scott Wise_____

D. Scott Wise, Esq.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered on August 2, 2010 to counsel for plaintiffs and to all counsel of record by electronic service via LexisNexis File & Serve.

 /s/ D. Scott Wise_____

D. Scott Wise, Esq.