**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | 
|  | MDL No.1456 |
|  | Master File No. 01-CV-12257-PBS |
|  | Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation*, et al., Civil Action No. 07-10248-PBS | Magistrate Judge Marianne B. Bowler |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT JOHN W. REALE is no longer associated with Kirkland & Ellis LLP and should be removed from the service list. Kirkland & Ellis LLP continues to serve as counsel for Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc. through all other Kirkland & Ellis LLP attorneys and all future correspondence and papers in this action should continue to be directed to them.

Dated: August 6, 2010

Respectfully submitted,

/s/ Eric T. Gortner
Eric T. Gortner
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
egortner@kirkland.com

*On behalf of Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was served on all counsel of record on this 6th day of August, 2010 via electronic service with LexisNexis.

                                                                                 /s/ Eric T. Gortner

                                                                                    Eric T. Gortner