UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|---|---|
| THIS DOCUMENT RELATES TO: BMS SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS Judge Patti B. Saris |

AMENDED [PROPOSED] ORDER REVISING SCHEDULE RELATED TO FINAL APPROVAL OF THE BMS SETTLEMENT

The Court has considered Class Plaintiff's Motion to Reschedule Dates Related to Final Approval of the BMS Settlement and grants the motion. The schedule associated with notice and the final approval of the BMS settlement is hereby amended as follows:

| Date | Event |
|---|---|
| September 17, 2010 | Mailing of individual notices; publication of notice |
| October 15, 2010 | Deadline for Class 1 members to return Claim Cards |
| October 29, 2010 | Deadline for objections, requests for exclusions, and notices of appearance |
| November 5, 2010 | Briefs in support of final approval and Class Counsel's fee petition due |
| November 19, 2010 AT 2:00 PM | Final approval hearing (to be determined by the Court based on the Court's availability) |
| November 19, 2010 | Claims deadline for all Classes |

Date: 8/6/2010

Patti B. Saris
United States District Judge

- 1 -