UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| | ) | |
| PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | Subcategory No. 06-11337 |
| _____ | ) ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) | Judge Patti B. Saris |

## NOTICE OF FILING CONSENT OF THE STATE OF CALIFORNIA TO THE RELATOR'S DISMISSAL WITH PREJUDICE OF CLAIMS PURSUANT TO THE CALIFORNIA FALSE CLAIMS ACT

Ven-A-Care of the Florida Keys, Inc. (the "Relator") hereby files the Attached Consent of The State Of California To The Relator's Dismissal With Prejudice Of Claims Pursuant To The California False Claims Act.

.

Respectfully submitted,

 /s/ James J. Breen
JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA 30022
(770) 740-0008
Counsel for Relator

- 1 -

**CERTIFICATE OF SERVICE**

      I hereby certify that true and accurate copies of the foregoing document, filed this 9th day of August, 2010 via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 9, 2010.

                                        /s/ James J. Breen
                                        James J. Breen