**ATTACHMENT To NOTICE OF FILING CONSENT OF THE STATE OF CALIFORNIA TO THE RELATOR'S DISMISSAL WITH PREJUDICE OF CLAIMS PURSUANT TO THE CALIFORNIA FALSE CLAIMS ACT**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | MDL No. 1456 |
| ) | Civil Action No. 01-12257-PBS |
| ) | |
| PHARMACEUTICAL INDUSTRY ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| *United States of America ex rel. Ven-A-Care of* ) | Judge Patti B. Saris |
| *the Florida Keys, Inc., by and through its principal* ) | |
| *officers and directors, Zachary T. Bentley and* ) | |
| *T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* ) | |

## CONSENT OF THE STATE OF CALIFORNIA TO THE RELATOR'S DISMISSAL WITH PREJUDICE OF CLAIMS PURSUANT THE CALIFORNIA FALSE CLAIMS ACT

Pursuant to California Government Code, § 12651(a), *et. seq.*, the State of California hereby consents to:

(1) The dismissal with prejudice of the above-captioned action with respect to Teva Pharmaceuticals USA, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., Duramed Research, Inc., Zenith-Goldline Pharmaceuticals, Inc., Goldline Laboratories, Inc., Barr Pharmaceuticals, Inc., and Barr Laboratories, Inc. (collectively "Teva"), pursuant to the Settlement Agreement between Relator, Ven-A-Care of the Florida Keys, Inc. (the "Relator"), and Teva with respect to all claims by the Relator on behalf of the United States against Teva in the above-styled action; and

(2) The entry of the proposed Order of Dismissal with Prejudice in the form attached hereto as Exhibit A.

(3)     This Consent shall be without prejudice to the State of California as to drugs marketed under Labeler Codes 59310, 68546 and 50111.

The State of California has concluded that the settlement is fair, adequate and reasonable as to the State of California under all the circumstances.

Respectfully submitted,

**State of California**
**Office of the Attorney General**

By: _____
Date: _____7/19/10_____

Nicholas Paul
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
Office of the Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92108

Dated: ___July 19___, 2010

**Exhibit A**

**to Consent of the State of California to the Relator's Dismissal With Prejudice of Claims Pursuant to the California False Claims Act**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | MDL No. 1456 |
| ) | Civil Action No. 01-12257- |
| PBS ) | |
| PHARMACEUTICAL INDUSTRY ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| *United States of America ex rel. Ven-A-Care of* ) | Judge Patti B. Saris |
| *the Florida Keys, Inc., by and through its principal* ) | |
| *officers and directors, Zachary T. Bentley and* ) | |
| *T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* ) | |

## ORDER OF DISMISSAL WITH PREJUDICE OF CERTAIN DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, Relator Ven-A-Care of the Florida Keys, Inc. (the "Relator") and Teva Pharmaceuticals USA, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., Duramed Research, Inc., Zenith-Goldline Pharmaceuticals, Inc., Goldline Laboratories, Inc., Barr Pharmaceuticals, Inc., and Barr Laboratories, Inc. (collectively, "Teva") (Teva together with Relator collectively the "Parties") filed with this Court, a Stipulation of Dismissal and Motion for Order of Dismissal with Prejudice of Teva. Upon due consideration of the Stipulation and the Parties' Settlement Agreement and Release, the United States' Consent, the Consent of the State of California, the lack of objection to the proposed Settlement, and the Court's determination that the Settlement Amount appears to the Court to be fair, adequate, and reasonable under all the circumstances, the Court hereby approves the Settlement.

WHEREFORE, IT IS ORDERED, that

1. Consistent with the terms of the Settlement Agreement and Release attached hereto as Exhibit A, the above-captioned Civil Action, is dismissed with prejudice as to Teva;

2. This Order resolves all claims against Teva for the federal share of Medicaid overpayments brought in the above-captioned Civil Action; however, this Order shall in no way prejudice or limit any claims for a state's share except as provided for in the Settlement Agreement as to the State of California.

3. Each party shall be responsible for its own expenses, attorneys' fees, and costs.

4. The Court shall retain jurisdiction to enforce the terms, conditions, and releases of the Parties' Settlement Agreement and Release to the extent reasonably necessary and appropriate.

IT IS SO ORDERED this _____ day of _____, 2010.

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE