UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>United States of America ex rel. Ven-a-Care of<br>the Florida Keys, Inc. v. Dey, Inc., et al,<br>Civil Action No. 05-CV-11084-PBS | CIVIL ACTION NO.<br>Master Case No 01-12257-PBS<br>Subcategory Case No. 06-11337 |

## ORDER OF DISMISSAL

SARIS, D.J.

It is hereby ORDERED that this action is hereby dismissed as to Dey, Inc. without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 90 days.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

August 10, 2010

To: All Counsel