# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS Judge Patti B. Saris |

## REQUEST FOR ADMISSION PRO HAC VICE FOR DANIELLE AUDETTE

Undersigned counsel requests admission pro hac vice pursuant to Case Management Orfer ("CMO") No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A, is the Declaration of Danielle Audette in Support of the Application for Admission Pro Hac Vice.

Dated: August 10, 2010

Respectfully Submitted,

Danielle Audette
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorney for Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2010, I caused a true and correct copy of the **REQUEST FOR ADMISSION PRO HAC VICE FOR DANIELLE AUDETTE** and **EXHIBITS A and B** thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Mike DeSimone
**Mike DeSimone**