# EXHIBIT A

NEWYORK 7751039 (2K)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS<br>Judge Patti B. Saris |

### DECLARATION OF DANIELLE AUDETTE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Danielle Audette, an attorney with the firm of White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, hereby declares:

1. I am an attorney admitted to practice before the State Courts of New York and Florida and the U.S. District Courts for the Southern Districts of New York and Florida.

2. I am currently licensed in good standing to practice law in each jurisdiction in which I have been admitted;

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. I represent the defendant Sandoz Inc. in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts.

/s/ Danielle Audette
Danielle Audette, Esq.

NEWYORK 7751039 (2K)