# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:   In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE 1

District Court Number: 01-cv-12257

Fee:   Paid?   Yes  X  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes  X  No ____ | Sealed documents | Yes  X  No ____ |
| *If yes, document #* | 5120, 5377, 5666 | *If yes, document #* | 1680, 1931, 3091 |
| *Ex parte* documents | Yes  X  No ____ | Transcripts | Yes  X  No ____ |
| *If yes, document #* | 1363, 1403, 1982 | *If yes, document #* | 654, 707, 713 |

Notice of Appeal filed by: Plaintiff/Petitioner  X  Defendant/Respondent ____   Other: ____

Appeal from:   Order on Motion to Withdraw

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

    Notice of Appeal,  Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7197  , filed on  7/22/2010  .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/12/2010  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:    In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE 2

District Court Number: 01-cv-12257

Fee:    Paid?   Yes  X  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes  X  No ____ | Sealed documents | Yes  X  No ____ |
| *If yes, document #* | 5668, 5776, 5934 | *If yes, document #* | 3092, 3087, 3773 |
| *Ex parte* documents | Yes  X  No ____ | Transcripts | Yes  X  No ____ |
| *If yes, document #* | 1885 | *If yes, document #* | 740, 1104, 1110 |

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ____   Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal,  Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7197 ____ , filed on  7/22/2010 ____ .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on   8/12/2010 ____ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos

Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:      In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE 3

District Court Number: 01-cv-12257

Fee:     Paid?   Yes  ✕  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ✕

| | | | |
|---|---|---|---|
| Motions Pending | Yes ✕ No ____ | Sealed documents | Yes ✕ No ____ |
| *If yes, document #* | 5941, 5979, 5982 | *If yes, document #* | 3774, 3941, 3943 |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes ✕ No ____ |
| *If yes, document #* | | *If yes, document #* | 1147, 1306, 1307 |

Notice of Appeal filed by: Plaintiff/Petitioner ✕  Defendant/Respondent ____  Other: ____

Appeal from:          Order on Motion to Withdraw

Other information:

---

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal,  Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7197 ____, filed on 7/22/2010 ____.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on   8/12/2010 ____.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE 4

District Court Number: 01-cv-12257

Fee:     Paid?   Yes ___X___ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ___X___

| | | | |
|---|---|---|---|
| Motions Pending | Yes ___X___ No ____ | Sealed documents | Yes ___X___ No ____ |
| *If yes, document #* | 6014, 6261, 6290 | *If yes, document #* | 3994,3996-4114-6 |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes ___X___ No ____ |
| *If yes, document #* | | *If yes, document #* | 1369, 1428, 1539 |

Notice of Appeal filed by: Plaintiff/Petitioner ___X___ Defendant/Respondent ____ Other: ____

Appeal from:     Order on Motion to Withdraw

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

    Notice of Appeal,  Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # _7197___ , filed on _7/22/2010_____ .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on ___8/12/2010____ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:       In Re: Pharmaceutical Industry Average Wholesale Price Litigation     PAGE 5

District Court Number: 01-cv-12257

Fee:    Paid?   Yes  ☒  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  ☒

| | | | |
|---|---|---|---|
| Motions Pending | Yes ☒ No ____ | Sealed documents | Yes ☒ No ____ |
| *If yes, document #* | 6295, 6318, 6392 | *If yes, document #* | 4264, 4265, 4297 |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes ☒ No ____ |
| *If yes, document #* | | *If yes, document #* | 1824, 2067 |

Notice of Appeal filed by: Plaintiff/Petitioner  ☒   Defendant/Respondent ____   Other: ____

Appeal from:          Order on Motion to Withdraw

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7197 ____ , filed on ___ 7/22/2010 ____ .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on ___ 8/12/2010 ____ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 6

District Court Number: 01-cv-12257

Fee:   Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes __X__ No ____ |
| *If yes, document #* | 6394, 6416, 6413 | *If yes, document #* | 4787, 4788, 5360 |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 2076, 2143, 2161 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__ Defendant/Respondent ____ Other: ____

Appeal from:   Order on Motion to Withdraw

Other information:

   I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7197 ____ , filed on   7/22/2010 ____ .

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on   8/12/2010 ____ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE?

District Court Number: 01-cv-12257

Fee:    Paid?   Yes  ✕  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  ✕

Motions Pending      Yes  ✕  No ____          Sealed documents      Yes  ✕  No ____
*If yes, document #*  6509, 6609, 6612          *If yes, document #*   6806, 6807, 7072

*Ex parte* documents   Yes ____ No ____         Transcripts           Yes ____ No ____
*If yes, document #*                            *If yes, document #*   2773, 2776, 2816

Notice of Appeal filed by: Plaintiff/Petitioner  ✕  Defendant/Respondent ____   Other: ____

Appeal from:          Order on Motion to Withdraw

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:
  Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7197  , filed on  7/22/2010  .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/11/2010  .

                                        **SARAH ALLISON THORNTON**
                                        Clerk of Court

                                        /s/ Jeanette Ramos
                                        Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:    In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 8

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

Motions Pending        Yes __X__ No ____        Sealed documents       Yes ____ No ____
*If yes, document #*   6667, 6670, 6671                *If yes, document #*

*Ex parte* documents   Yes ____ No ____            Transcripts            Yes __X__ No ____
*If yes, document #*                              *If yes, document #*   2860, 2978, 3119

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:          Order on Motion to Withdraw

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__ , filed on __7/22/2010__ .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__ .

        **SARAH ALLISON THORNTON**
        Clerk of Court

        /s/ Jeanette Ramos
        Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE 9

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 6685, 6694, 6696 | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 3120, 3152, 3269 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:          Order on Motion to Withdraw

Other information:

---

  I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__, filed on __7/22/2010__.

  In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__.

                    **SARAH ALLISON THORNTON**
                    Clerk of Court

                    /s/ Jeanette Ramos
                    Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:   In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 10

District Court Number: 01-cv-12257

Fee:   Paid?   Yes  X  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  X

Motions Pending   Yes  X  No ____          Sealed documents   Yes ____ No ____
*If yes, document #*   6701, 6704, 6734      *If yes, document #*

*Ex parte* documents   Yes ____ No ____    Transcripts   Yes  X  No ____
*If yes, document #*                        *If yes, document #*   3310, 3311, 3327

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ____   Other: ____

Appeal from:   Order on Motion to Withdraw

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7197  , filed on   7/22/2010  .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on   8/11/2010  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 1¾

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __×__ No ____    Government filer ____   *In Forma Pauperis* Yes ____   No __×__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __×__ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 6769, 6793, 6810 | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __×__ No ____ |
| *If yes, document #* | | *If yes, document #* | 3328, 3329, 3363 |

Notice of Appeal filed by: Plaintiff/Petitioner __×__   Defendant/Respondent ____   Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # ___7197___, filed on ___7/22/2010___.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on ___8/11/2010___.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 12

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 6821, 6850, 6903 | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 3364, 3365, 3367 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:          Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7197  , filed on  7/22/2010  .

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/11/2010  .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 13

District Court Number: 01-cv-12257

Fee:     Paid?   Yes __×__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __×__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __×__ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 6906, 6913, 6917 | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __×__ No ____ |
| *If yes, document #* | | *If yes, document #* | 3400, 3440, 3425 |

Notice of Appeal filed by: Plaintiff/Petitioner __×__   Defendant/Respondent ____   Other: ____

Appeal from:     Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__, filed on __7/22/2010__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos

Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:        In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 14

District Court Number: 01-cv-12257

Fee:     Paid?   Yes  ✕ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ✕

Motions Pending      Yes ✕ No ____          Sealed documents     Yes ____ No ____
*If yes, document #*  6930, 6959, 6964       *If yes, document #*

*Ex parte* documents   Yes ____ No ____       Transcripts         Yes ✕ No ____
*If yes, document #*                          *If yes, document #*  3426, 3428, 3440

Notice of Appeal filed by: Plaintiff/Petitioner ✕  Defendant/Respondent ____  Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # _7197_, filed on _7/22/2010_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _8/11/2010_.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:    In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 1**6**

District Court Number: 01-cv-12257

Fee:    Paid?   Yes  **X**  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  **X**

| | | | |
|---|---|---|---|
| Motions Pending | Yes **X** No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 6968, 6969, 6974 | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes **X** No ____ |
| *If yes, document #* | | *If yes, document #* | 3447, 3464-68 |

Notice of Appeal filed by: Plaintiff/Petitioner  **X**  Defendant/Respondent ____   Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7197  , filed on   7/22/2010         .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on   8/11/2010       .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos

Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:   In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE 16

District Court Number: 01-cv-12257

Fee:   Paid?  Yes  ✕  No ____   Government filer ____   *In Forma Pauperis* Yes ____  No  ✕

| | | | |
|---|---|---|---|
| Motions Pending | Yes ✕ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 6978, 6991, 6998 | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes ✕ No ____ |
| *If yes, document #* | | *If yes, document #* | 3616, 3624, 3790 |

Notice of Appeal filed by: Plaintiff/Petitioner  ✕   Defendant/Respondent ____   Other: ____

Appeal from:   Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7197 , filed on  7/22/2010 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/11/2010 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:      In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 17

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 7055, 7068, 7102 | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 3829, 3838, 3981 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__ , filed on __7/22/2010__ .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__ .

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:  In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE 18

District Court Number: 01-cv-12257

Fee:    Paid?   Yes  X  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  X

Motions Pending        Yes  X  No ____          Sealed documents    Yes ____ No ____
*If yes, document #*   7124, 7125, 7131          *If yes, document #*

*Ex parte* documents   Yes ____ No ____          Transcripts         Yes  X  No ____
*If yes, document #*                             *If yes, document #*   3982, 4064, 4214

Notice of Appeal filed by: Plaintiff/Petitioner  X  Defendant/Respondent ____  Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:

      I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts,
do hereby certify that the annexed electronic documents:
      Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the
Notice of Appeal, document # _7197_ , filed on _7/22/2010_ .

      In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/11/2010 .

                                        **SARAH ALLISON THORNTON**
                                        Clerk of Court

                                        /s/ Jeanette Ramos
                                        Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED:

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:        In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE *19*

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __×__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __×__

| | | | |
|---|---|---|---|
| Motions Pending | Yes __×__ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | 7141, 7222, 7453 | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __×__ No ____ |
| *If yes, document #* | | *If yes, document #* | 3982, 4064, 4214 |

Notice of Appeal filed by: Plaintiff/Petitioner __×__ Defendant/Respondent ____ Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:       Motion 7186

     I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:
   Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__ , filed on __7/22/2010__ .

     In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__ .

                      **SARAH ALLISON THORNTON**
                      Clerk of Court

                      /s/ Jeanette Ramos
                      Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:       In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 2&

District Court Number: 01-cv-12257

Fee:    Paid?   Yes ___ ✕ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ___ ✕

| | | | |
|---|---|---|---|
| Motions Pending | Yes ___ ✕ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes ___ ✕ No ____ |
| *If yes, document #* | | *If yes, document #* | 4310, 4432, 4467 |

Notice of Appeal filed by: Plaintiff/Petitioner ___ ✕   Defendant/Respondent ____   Other: ____

Appeal from:         Order on Motion to Withdraw

Other information:   Motion 7186

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__, filed on __7/22/2010__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos

Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 2?

District Court Number: 01-cv-12257

Fee:   Paid?   Yes  ✕  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  ✕

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes ✕ No ____ |
| *If yes, document #* | | *If yes, document #* | 4492, 4516, 4519 |

Notice of Appeal filed by: Plaintiff/Petitioner  ✕  Defendant/Respondent ____   Other: ____

Appeal from:   Order on Motion to Withdraw

Other information:   Motion 4520, 4521

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7197 , filed on 7/22/2010 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/11/2010 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 22

District Court Number: 01-cv-12257

Fee:   Paid?  Yes  ☒  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No  ☒

| | | | | |
|---|---|---|---|---|
| Motions Pending | Yes ____ No ____ | | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | _____ | | *If yes, document #* | _____ |
| *Ex parte* documents | Yes ____ No ____ | | Transcripts | Yes ☒ No ____ |
| *If yes, document #* | _____ | | *If yes, document #* | 4670, 4730, 4950 |

Notice of Appeal filed by: Plaintiff/Petitioner ☒   Defendant/Respondent ____   Other: ____

Appeal from:       Order on Motion to Withdraw

Other information:   Motion 4520, 4521

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

    Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__, filed on __7/22/2010__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__.

                                    **SARAH ALLISON THORNTON**
                                    Clerk of Court

                                    /s/ Jeanette Ramos
                                    Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 23

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __X__  No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending    Yes ____ No ____ | | Sealed documents    Yes ____ No ____ | |
| *If yes, document #* _____ | | *If yes, document #* _____ | |
| *Ex parte* documents   Yes ____ No ____ | | Transcripts    Yes __X__ No ____ | |
| *If yes, document #* _____ | | *If yes, document #*  5041, 5087, 5109 | |

Notice of Appeal filed by: Plaintiff/Petitioner __X__  Defendant/Respondent ____  Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document #  7197 , filed on  7/22/2010 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  8/11/2010 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 25

District Court Number: 01-cv-12257

Fee:   Paid?   Yes __×__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __×__

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | _____ | *If yes, document #* | _____ |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __×__ No ____ |
| *If yes, document #* | _____ | *If yes, document #* | 5124, 5125, 5147 |

Notice of Appeal filed by: Plaintiff/Petitioner __×__   Defendant/Respondent ____   Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__ , filed on __7/22/2010__ .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__ .

                          **SARAH ALLISON THORNTON**
                          Clerk of Court

                          /s/ Jeanette Ramos
                          Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:    In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 25

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __×__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __×__

Motions Pending    Yes ____ No ____         Sealed documents    Yes ____ No ____
*If yes, document #*  _____      *If yes, document #*  _____

*Ex parte* documents    Yes ____ No ____    Transcripts    Yes __×__ No ____
*If yes, document #*  _____      *If yes, document #*  5166, 5259, 5290

Notice of Appeal filed by: Plaintiff/Petitioner __×__   Defendant/Respondent ____   Other: ____

Appeal from:    Order on Motion to Withdraw

Other information:

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__, filed on__ 7/22/2010__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 26

District Court Number: 01-cv-12257

Fee:   Paid? Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

Motions Pending   Yes ____ No ____
*If yes, document #*

Sealed documents   Yes ____ No ____
*If yes, document #*

*Ex parte* documents   Yes ____ No ____
*If yes, document #*

Transcripts   Yes __X__ No ____
*If yes, document #*   5414, 5487, 5488

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:   Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7197 , filed on 7/22/2010 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/11/2010 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 27

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __×__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __×__

| Motions Pending | Yes ____ No ____ | Sealed documents | Yes ____ No ____ |
|---|---|---|---|
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __×__ No ____ |
| *If yes, document #* | | *If yes, document #* | 5536, 5792, 5874 |

Notice of Appeal filed by: Plaintiff/Petitioner __×__  Defendant/Respondent ____  Other: ____

Appeal from:           Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__ , filed on __7/22/2010__ .

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos

Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:   In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE 28

District Court Number: 01-cv-12257

Fee:   Paid?   Yes __×__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __×__

Motions Pending   Yes ____ No ____          Sealed documents   Yes ____ No ____
*If yes, document #* _____          *If yes, document #* _____

*Ex parte* documents   Yes ____ No ____          Transcripts   Yes __×__ No ____
*If yes, document #* _____          *If yes, document #* 5917, 6022, 6046

Notice of Appeal filed by: Plaintiff/Petitioner __×__   Defendant/Respondent ____   Other: ____

Appeal from:        Order on Motion to Withdraw

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # _7197_ , filed on _7/22/2010_ .

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on _8/11/2010_ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:        In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 29

District Court Number: 01-cv-12257

Fee:    Paid?    Yes __X__ No ____    Government filer ____    *In Forma Pauperis* Yes ____    No __X__

| | | | | |
|---|---|---|---|---|
| Motions Pending | Yes ____ No ____ | | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | | *If yes, document #* | 6094, 6099, 6175 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:          Order on Motion to Withdraw

Other information:    Trans. 6178

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

    Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__, filed on __7/22/2010__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__.

                                        **SARAH ALLISON THORNTON**
                                        Clerk of Court

                                        /s/ Jeanette Ramos
                                        Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:   In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 30

District Court Number: 01-cv-12257

Fee:   Paid?   Yes __✗__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __✗__

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __✗__ No ____ |
| *If yes, document #* | | *If yes, document #* | 6185, 6191, 6199 |

Notice of Appeal filed by: Plaintiff/Petitioner __✗__   Defendant/Respondent ____   Other: ____

Appeal from:   Order on Motion to Withdraw

Other information:   Trans. 6257

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # _7197_, filed on_ 7/22/2010 _.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on _8/11/2010_ .

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:      In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 3*

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 6352, 6373, 6549 |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:         Order on Motion to Withdraw

Other information:    Trans. 6578

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

   Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__, filed on __7/22/2010__.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__.

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 32

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __✗__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __✗__

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | _____ | *If yes, document #* | _____ |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __✗__ No ____ |
| *If yes, document #* | _____ | *If yes, document #* | 6579, 6582, 6584, |

Notice of Appeal filed by: Plaintiff/Petitioner __✗__   Defendant/Respondent ____   Other: ____

Appeal from:          Order on Motion to Withdraw

Other information:    Trans. 6593

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__ , filed on __7/22/2010__ .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

## PLEASE RETURN TO THE USDC CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:    In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 33

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __X__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __X__

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __X__ No ____ |
| *If yes, document #* | | *If yes, document #* | 6596, 6603, 6610, |

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:    Order on Motion to Withdraw

Other information:    Trans.  6804

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__ , filed on __7/22/2010__ .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 34

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __×__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __×__

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No ____ | Sealed documents | Yes ____ No ____ |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No ____ | Transcripts | Yes __×__ No ____ |
| *If yes, document #* | | *If yes, document #* | 6828, 2829, 6888 |

Notice of Appeal filed by: Plaintiff/Petitioner __×__   Defendant/Respondent ____   Other: ____

Appeal from:       Order on Motion to Withdraw

Other information:    Trans. 6889

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

    Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # __7197__ , filed on __7/22/2010__ .

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __8/11/2010__ .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:     In Re: Pharmaceutical Industry Average Wholesale Price Litigation   PAGE 35

District Court Number: 01-cv-12257

Fee:    Paid?   Yes __×__ No ____   Government filer ____   *In Forma Pauperis* Yes ____   No __×__

Motions Pending     Yes ____ No ____          Sealed documents     Yes ____ No ____
*If yes, document #*                          *If yes, document #*

*Ex parte* documents  Yes ____ No ____        Transcripts     Yes __×__ No ____
*If yes, document #*                          *If yes, document #*  6901, 6954, 6955

Notice of Appeal filed by: Plaintiff/Petitioner __×__  Defendant/Respondent ____  Other: ____

Appeal from:     Order on Motion to Withdraw

Other information:     Trans. 7035

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

    Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # _7197_, filed on _7/22/2010_.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on _8/11/2010_.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:      In Re: Pharmaceutical Industry Average Wholesale Price Litigation  PAGE 36

District Court Number: 01-cv-12257

Fee:    Paid?   Yes ___ ✕ No ___  Government filer ___  *In Forma Pauperis* Yes ___  No ___ ✕

| Motions Pending | Yes ___ No ___ | Sealed documents | Yes ___ No ___ |
| --- | --- | --- | --- |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ___ No ___ | Transcripts | Yes ___ ✕ No ___ |
| *If yes, document #* | | *If yes, document #* | 7043, 7097, 7195 |

Notice of Appeal filed by: Plaintiff/Petitioner ___ ✕  Defendant/Respondent ___  Other: ___

Appeal from:      Order on Motion to Withdraw

Other information:    Trans. 7197

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Order on Motion to Withdraw

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 7197 , filed on 7/22/2010 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/11/2010 .

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos

Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**