# United States Court of Appeals
## For the First Circuit

No. 10-1959

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE LITIGATION

### ORDER OF COURT

Entered: August 18, 2010
Pursuant to 1st Cir. R. 27.0(d)

Due to the large number of attorneys involved in this case, on or before *August 31, 2010*, counsel for each party to the above-captioned appeal shall designate lead and/or liaison counsel upon whom all court notices and orders should be served. Designated lead and/or liaison counsel should forward court notices and orders to co-counsel. After *August 31, 2010*, the clerk's office will terminate from the service list those attorneys who have not entered an appearance.

By the Court:

/s/ Margaret Carter, Clerk

cc:   All Counsel