# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF KATHERINE B. SCHMECKPEPER

Notice is hereby given of the withdrawal of appearance of Katherine B. Schmeckpeper as counsel for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter. Nicholas C. Theodorou, Sarah Cooleybeck and Jeff Bone of Foley Hoag LLP, and D. Scott Wise and Michael S. Flynn of Davis Polk & Wardwell will continue to serve as counsel for defendant AstraZeneca in the above-captioned matter.

Dated:  August 27, 2010

                                    Respectfully Submitted,

                                  By:  */s/ Katherine B. Schmeckpeper*
                                        Nicholas C. Theodorou (BBO #496730)
                                        Sarah Cooleybeck (BBO #631161)
                                        Jeff Bone (BBO#666688)
                                        FOLEY HOAG LLP
                                        155 Seaport Blvd.
                                        Boston, Massachusetts  02210
                                        Tel:  (617) 832-1000

D. Scott Wise
Michael S. Flynn
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing was delivered on August 27, 2010 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

 */s/ Katherine B. Schmeckpeper*
Katherine B. Schmeckpeper

B3785056.1