UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT MEDIMMUNE, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendant Medimmune, Inc. ("Medimmune"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and Medimmune, that all claims in this action against Medimmune are dismissed with prejudice and without costs to any party.

Dated:  August 30, 2010

                          Respectfully submitted,

      By:   /s/  Joanne M. Cicala
           Joanne M. Cicala, Esq.
           Daniel Hume, Esq.
           Kirby McInerney LLP
           825 Third Avenue
           New York, NY 10022
           212-371-6600

           *On Behalf of Plaintiffs the Consolidated New York Counties*

By: /s/ John E. Schmidtlein
John E. Schmidtlein, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*On Behalf of Medimmune, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiffs' Claims Against Defendant Medimmune, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP