# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 Master File No. 1:01-CV-12257-PBS Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators* *v.* *Baxter Hemoglobin Therapeutics; Baxter International Inc.; Baxter Healthcare Corporation* | Judge Patti B. Saris |

## REQUEST FOR DISMISSAL AND (PROPOSED) ORDER THEREON

Relators hereby request that this Court dismiss without prejudice Defendant Baxter International, Inc.; and Defendant Baxter Hemoglobin Therapeutics from each cause of action in which they have been named.

Respectfully submitted,

Dated: August 30, 2010

**/s/  Mark Allen Kleiman**
Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA  90292
Telephone (310) 306-8094
Facsimile (310 306-8491

**/s/ Lauren John Udden**
Lauren John Udden
15 W. Carrillo Street, Suite 101B
Santa Barbara, CA  93101

Counsel for Relators

## **(PROPOSED) ORDER**

GOOD CAUSE APPEARING THEREFORE Defendant Baxter International, Inc.; and

Defendant Baxter Hemoglobin Therapeutics are hereby dismissed without prejudice.


Dated: _____          _____

Hon. Patti B. Saris
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, Mark Kleiman, an attorney, counsel for Relators, caused a true and correct copy of the foregoing, **REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON** to be delivered to all counsel of record by electronic service on August 30, 2010 for the posting and notification of all parties.


BY:   /s/ Mark Kleiman
        Mark Allen Kleiman
        2907 Stanford Avenue
        Venice, CA  90292
        Telephone (310) 306-8094