UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*City of New York, et al. v.*<br>*Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

[PROPOSED] CASE MANAGEMENT ORDER NO. ___

The following dates are modified from the scheduling order entered by this Court on June 14, 2010:

| ACTION | DEADLINE |
|---|---|
| Plaintiffs shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | October 29, 2010 |
| Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | January 20, 2011 |
| All expert depositions shall be completed. | February 15, 2011 |

SO ORDERED

8/26/2010

_____
PATTI B. SARIS
U.S. DISTRICT COURT JUDGE

25256331_1.DOC