## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS<br>Judge Patti B. Saris |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 83.5.2(c), Defendant Sandoz Inc. ("Sandoz") requests that the Court permit Wayne A. Cross of White & Case LLP to withdraw as counsel for Sandoz in this Action and all related actions. In support of this motion, Sandoz states that the existing appearances of Heather K. McDevitt, Michael J. Gallagher and Paul B. Carberry of White & Case LLP as well as other attorneys who individually have entered *pro hac vice* appearances remain in effect and are not affected by this withdrawal.

Dated: September 1, 2010

Respectfully Submitted,

/s/ Daniel R. Cohen
Daniel R. Cohen
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorney for Sandoz Inc.*

## CERTIFICATE OF SERVICE

    I, Daniel R. Cohen, an attorney, hereby certify that on this 1st day of September 2010, I have caused a copy of the foregoing Defendant Sandoz Inc.'s Motion for Withdrawal of Appearance to be served on all counsel of record by causing the same to be posted to LexisNexis File & Serve.

                                             /s/ Daniel R. Cohen
                                             Daniel R. Cohen