# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456 ) ) CIVIL ACTION NO. 01-CV-12257-PBS ) ) Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MICHAEL P. BOUDETT

Notice is hereby given of the withdrawal of appearance of Michael P. Boudett as counsel for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter. Nicholas C. Theodorou, Sarah Cooleybeck, and Jeff Bone of Foley Hoag LLP, and D. Scott Wise and Michael S. Flynn of Davis Polk & Wardwell will continue to serve as counsel for defendant AstraZeneca in the above-captioned matter.

Dated:   September 1, 2010

                                        Respectfully Submitted,

                                        By:   */s/ Michael P. Boudett*
                                              Nicholas C. Theodorou (BBO #496730)
                                              Sarah Cooleybeck (BBO #631161)
                                              Jeff Bone (BBO#666688)
                                              FOLEY HOAG LLP
                                              155 Seaport Blvd.
                                              Boston, Massachusetts  02210
                                              Tel:  (617) 832-1000

B3787477.1

>D. Scott Wise
>Michael S. Flynn
>DAVIS POLK & WARDWELL
>450 Lexington Avenue
>New York, New York  10017
>Tel:  (212) 450-4000
>
>Attorneys for AstraZeneca Pharmaceuticals LP

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on September 1, 2010 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

>  /s/ Michael P. Boudett
> Michael P. Boudett

B3787477.1