## **CERTIFICATE OF SERVICE**

      Robert J. Candella, pursuant to 28 U.S.C. 1746, under penalty of perjury, certifies that on the 9th day of September, 2010, I served true and correct copies of the accompanying J&J DEFENDANTS' STATUS REPORT REGARDING CLASS 1 PROCEEDINGS upon all those having appeared in the action.  Such service was completed by electronic means.

                                                            */s/ Robert J. Candella*
                                                             Robert J. Candella