UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>     Cause No. 1:06-CV-11069-PBS | |

# MOTION FOR DISMISSAL OF THE JOHNSON & JOHNSON GROUP
# <u>WITH PREJUDICE</u>

By and through their counsel, the State of Arizona ("State"), pursuant to Fed. R. Civ. P. 41(a)(2), moves for an Order of the Court dismissing defendants the Johnson & Johnson Group. In support of this motion, the State states as follows:

1. The Johnson & Johnson Group (including Johnson & Johnson, Centocor, Inc., Janssen Pharmaceutica Products, L.P., McNeil-PPC, Inc., and Ortho Biotech), was named a defendant in the above-referenced action.

2. The State of Arizona has entered into a Settlement Agreement and Release ("Agreement") with the Johnson & Johnson Group. Pursuant to the terms of the Agreement, the State seeks to dismiss all claims asserted by it against the Johnson & Johnson Group.

3. Pursuant to the Agreement, the Johnson & Johnson Group and the State have agreed that each will bear its own legal and other costs incurred in connection with the lawsuit.

4. The dismissal has no effect on the State of Arizona's claims or allegations against any parties other than the Johnson & Johnson Group in this action.

5. The Johnson & Johnson Group consents to this motion.

WHEREFORE, the parties jointly request that the Court enter an Order dismissing the Johnson & Johnson Group with prejudice.  A proposed Order of dismissal is attached.

Dated:  September 15, 2010

By    /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Robert B. Carey
Hagens Berman Sobol Shapiro LLP
11 West Jefferson, Suite 1000
Phoenix, AZ  85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012

Terry Goddard
Attorney General
Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ  85007-2997
Telephone:  (602) 542-8830
Facsimile:  (602) 542-4377

Grant Woods PC
1726 N. Seventh Street
Phoenix, AZ  85006
Telephone:  (602) 258-2599

*Attorneys for the State of Arizona*

001534-14  393338 v1

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 15th day of September, 2010.

**By    /s/ Steve W. Berman**
    Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
(206) 623-7292

001534-14  393338 v1