UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>    Cause No. 1:06-CV-11069-PBS | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |

### [PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL OF THE JOHNSON & JOHNSON GROUP WITH PREJUDICE

The Motion for Dismissal of the Johnson & Johnson Group with Prejudice is hereby GRANTED.

Defendants the Johnson & Johnson Group is hereby dismissed from the above-referenced action.

The parties shall each bear their own costs.

This dismissal has no effect on the State of Arizona's claims or allegations against any parties other than the Johnson & Johnson Group.

SO ORDERED this ___ day of _____, 2010.

_____
HON. PATTI B. SARIS, USDJ

- 1 -

001534-14 393340 V1

- 2 -

## CERTIFICATE OF SERVICE

      I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 15th day of September, 2010.

      **By**     **/s/ Steve W. Berman**
        Steve W. Berman
      HAGENS BERMAN SOBOL SHAPIRO LLP
      1918 Eighth Avenue, Suite 3300
      Seattle, WA  98101
      (206) 623-7292