# UNTIED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
IN RE PHARMACEUTICAL INDUSTRY    :    MDL NO. 1456
AVERAGE WHOLESALE PRICE          :
LITIGATION                       :    CIVIL ACTION: 01-CV-12257-PBS
-------------------------------------------------------x
THIS DOCUMENT RELATES TO:        :    Judge Patti B. Saris
ALL ACTIONS                      :
-------------------------------------------------------x
```

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of William F. Cavanaugh, Jr. of Patterson Belknap Webb & Tyler LLP on behalf of Johnson & Johnson, Ortho Biotech Products LP and Centocor Inc. in the above-referenced matter.

Respectfully Submitted,

/s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
wfcavanaugh@pbwt.com
*Attorneys for Johnson & Johnson, Ortho Biotech Products LP and Centocor Inc.*

Dated: September 23, 2010

4199029v.1

## CERTIFICATE OF SERVICE

  I, William F. Cavanaugh, Jr., certify that, on September 23, 2010, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                /s/ William F. Cavanaugh, Jr.
                William F. Cavanaugh, Jr.

4199029v.1