**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO ALL
CONSOLIDATED ACTIONS

MDL 1456

CIVIL ACTION NO.
01-CVS-12257-PBS

Hon. Patti B. Saris

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Notice is hereby given of the withdrawal of appearance of Marie E. Choi as

counsel for Defendant Mylan Inc. in the above captioned matter.  Neil Merkl, William A.

Escobar, Christopher C. Palermo, Phillip D. Robben, Clifford Katz, Sung W. Kim, Brendan Cyr,

Michael J. Maloney, Anjna R. Kapoor, Sean R. Flanagan, Wook Kim, Anne M. Mangiardi,

David D. Bassett and Jessica K. Shook of Kelley Drye & Warren will continue to serve as

counsel for defendant Mylan Inc. in the above captioned matter.

Notice is also hereby given of the withdrawal of appearance of Andrea G. Kahn

as counsel for Defendant Mylan Laboratories in the above captioned matter.

Notice is also hereby given of the withdrawal of appearance of Amy L. Festante,

Marie E. Choi and Andrea G. Kahn as counsel for Defendant Mylan Pharmaceuticals Inc. in the

above captioned matter.  Neil Merkl, William A. Escobar, Sarah L. Reid, Christopher C.

Palermo, Phillip D. Robben, Clifford Katz, Sung W. Kim, Brendan Cyr, Michael J. Maloney,

Anjna R. Kapoor, Sean R. Flanagan, Wook Kim, Anne M. Mangiardi, David D. Bassett and

Jessica K. Shook of Kelley Drye & Warren will continue to serve as counsel for defendant

Mylan Pharmaceuticals Inc. in the above captioned matter.

2

Notice is also hereby given of the withdrawal of appearance of Amy L. Festante, Marie E. Choi and Andrea G. Kahn as counsel for Defendant UDL Laboratories, Inc. in the above captioned matter.  Neil Merkl, William A. Escobar, Sarah L. Reid, Christopher C. Palermo, Phillip D. Robben, Clifford Katz, Sung W. Kim, Brendan Cyr, Michael J. Maloney, Anjna R. Kapoor, Sean R. Flanagan, Wook Kim, Anne M. Mangiardi, David D. Bassett and Jessica K. Shook of Kelley Drye & Warren will continue to serve as counsel for defendant UDL Laboratories, Inc. in the above captioned matter.

Respectfully Submitted,


By:      /s/ Neil Merkl
Neil Merkl *(pro hac vice)* (NY Bar # 1929058)
Philip D. Robben (*pro hac vice*) (NY Bar # 2928711)
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2010, true and correct copies of the foregoing Notice of Appearance of Counsel was served upon all counsel of record via ECF electronic filing.

/s/ Neil Merkl
Neil Merkl
