
**CT Corporation**

1209 Orange Street  
Wilmington, DE 19801

302 777 0220 tel  
www.ctlegalsolutions.com

September 20, 2010

BMS AWP TPP Settlement Administrator  
P.O. Box 24648,  
West Palm Beach, FL 33416

Re: Pharmaceutical Industry Average Wholesale Price Litigation vs. Exodus Communications Inc

Case No. 01-CV-12257-PBS, MDL No. 1456

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Exodus Communications, Inc.

Exodus Communications, Inc. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Chris Moseder  
Process Specialist

Log# 517283414


cc: United States District Court  
    1 Courthouse Way,  
    Suite 2300,  
    Boston, MA 02210



**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

September 20, 2010

BMS AWP TPP, Settlement Administrator
P.O. Box 24648,
West Palm Beach, FL  33416

Re:  Pharmaceutical industry Average Wholesale Price Litigation // To: Digital Lighthouse Inc/Intek Information Inc

Case No.  1-CV-12257

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have indicated several corporate entities represented by The Corporation Trust Company upon which you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which entity process is intended. Please note that it is not the responsibility of the registered agent to make copies of documents received in our office. We merely take and forward to the intended recipient, documents directed to the individual entities for which The Corporation Trust Company furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate which entity you are serving. The documents should be addressed to the exact name of the entity you wish to serve, c/o The Corporation Trust Company at the address shown on this letter.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517283503

cc:  United States District Court
   1 Courthouse Way,
   Suite 2300,
   Boston, MA  02210

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

September 20, 2010

BMS AWP TPP Settlement Administrator
P.O. Box 24648,
West Palm Beach, FL 33416

Re: Pharmaceutical Industry Average Wholesale Price Litigation // To: North American Van Lines Inc

Case No. 01-CV-12257-PBS

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of North American Van Lines, Inc.. Currently, the state lists CORPORATION SERVICE COMPANY as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517283443

cc: United States District Court
    1 Courthouse Way,
    Suite 2300,
    Boston, MA 02210