UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Hemoglobin Therapeutics; Baxter International Inc.; Baxter Healthcare Corporation* | |

### REQUEST FOR DISMISSAL AND (PROPOSED) ORDER THEREON

Relators hereby request that this Court dismiss without prejudice Defendant Baxter International, Inc.; and Defendant Baxter Hemoglobin Therapeutics from each cause of action in which they have been named.

Respectfully submitted,

Dated: August 30, 2010

/s/ **Mark Allen Kleiman**
Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292
Telephone (310) 306-8094
Facsimile (310 306-8491

/s/ **Lauren John Udden**
Lauren John Udden
15 W. Carrillo Street, Suite 101B
Santa Barbara, CA 93101

Counsel for Relators

[handwritten margin note: 9/29/2010 allowed Paul R. Sun]

## ~~(PROPOSED)~~ ORDER

GOOD CAUSE APPEARING THEREFORE Defendant Baxter International, Inc.; and Defendant Baxter Hemoglobin Therapeutics are hereby dismissed without prejudice.

Dated: 9/29/2010



Hon. Patti B. Saris
United States District Judge

( By agreement )