UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: Class 1 Johnson & Johnson | Judge Patti B. Saris |

## DECLARATION OF BARBARA J. COBUZZI

I, Barbara J. Cobuzzi, declare under penalty of perjury as follows:

1. I am the President and CEO of CRN Healthcare Solutions, which provides consulting services to medical practices. I have held this position since 2005. From 1993-2005, I was President and CEO of Cash Flow Solutions, Inc., which provided medical billing and practice management, consulting, training, and education services. A copy of my curriculum vitae is attached as Exhibit A. I submit this declaration in support of the Johnson & Johnson Defendants' Motion Challenging Plaintiffs' Proposed Class Representative.

2. I am personally familiar with the facts set forth in this declaration. If called as a witness, I would competently testify to the matters stated herein.

3. At the request of counsel for the Johnson & Johnson Defendants, I reviewed all of the medical and billing records for Mrs. Jimmie Oustad that Plaintiffs provided to the Johnson & Johnson Defendants in this case. These records consisted of documents bearing Bates numbers JOUSTAD00001 through JOUSTAD00632.

4. Based on my review of these records, I have concluded that none of them provide any evidence that Mrs. Oustad paid for Remicade® or Procrit® during the class period, i.e.,

during the period commencing on January 1, 1991 and ending on December 31, 2003.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Barbara J. Cobuzzi

Executed on this 30th day of September 2010