# Exhibit A

**BARBARA J. COBUZZI, MBA, CPC, CPC-H, CPC-P, CPC-I, CHCC**      3 Running Brook Drive
**(732) 389-3110**                              b.cobuzzi@att.net            Tinton Falls, NJ  07724

## WORK EXPERIENCE

**12/2007-Present: Consulting Director of Education for The Coding Institute:** (www.CodingInstitute.com, www.audioeducator.com, www.coding911.com, www.codingconference.com )
- Develop, and deliver audio and live educational conferences on coding, compliance and reimbursement topics
- Educate future CPC™'s at The Coding Insitute's CPC™ Training Camp
- Consulting Editor for three publications, Otolaryngology Coding Alert, Medical Office Billing Alert and Part B Insider
- List Serve Moderator for coding and billing list serves
- Educational product development
- Market and sell live and audio conference sponsorships
- Network, assisting to add to the value of all Eli Research Healthcare brands
- Provide Customer Relations when customers have questions, problems or any other needs

**3/2007-Present: Director of Outreach Programs – American Academy of Professional Coding** (www.aapc.com )
- Develop, market and deliver e-training and education in billing, coding and compliance for the AAPC e-learning programs, including group sales and support to schools and universities
- Evaluate and purchase Blackboard ProSite upgrade for AAPC eLearning
- Network with the 60,000+ members of the organization, providing feedback to the management of the AAPC National Office
- Support the President, Directors, and staff of the AAPC in whatever means as deamed appropriate by the President of the AAPC
- Represent the AAPC at trade shows, marketing the professional organization and their services

**5/2005-Present: President, CEO, CRN HEALTHCARE SOLUTIONS – Consulting Services to Medical Practices** (www.CRNHealthcareSolutions.com )

> **Certified Professional Coder: CPC (AAPC)**
> **Certified Professional Coder  for Hospital and Outpatient Services: CPC-H (AAPC)**
> **Certified Professional Coder for Third Party Payers: CPC-P (AAPC)**
> **Certified Healthcare Compliance Consultant: CHCC (HCR)**
> **Past Member of AAPC National Advisory Board and Executive Board Member**
> **AAPC Networker of the Year – 1999**

- Provide Consulting Services to Medical Practices, providing full practice analysis or more limited reviews, in the areas of Process improvement, coding, audits, compliance, revenue cycle management, reimbursement, appeals, looking at the front office to the back office and in between.
- Expert witness for Healthcare Attornies in need of coding, reimbursement or process review, audit, opinion and testimony. Success includes serving on legal team which assisted in getting surgeon acquitted of many charges of fraud
- On the Editorial Advisory Board and **Consulting Editor** for *Otolaryngology Coding Alert* and The Coding Corner part of *Part B Insider,* published by The Coding Institute as well as on the Editorial Advisory Boards of multiple other specialty newsletters from The Coding Institute.  Moderate the list serves for the Otolaryngology and Part B Insider List Serves for The Coding Institute
- Teach for live and audio conferences for The Coding Institute as well as AAPC audio conferences and workshops on many topics
- Former Teacher for McVey Associates

**9/93 – 5/2005: President, CEO, CASH FLOW SOLUTIONS, INC. - Medical Billing and Practice Management, Consulting, Training and Education Services:** www.cfs-billing.com

- Started company from ground up, selecting and purchasing computer hardware and software, hiring personnel, establishing operations procedures, protocol and controls, and developed procedures for optimum reimbursement for client physicians.
- Increased accuracy of office and surgical coding, Medicare submissions and insurance appeals, optimizing practice income..
- Increased level of patient service and accessibility related to billing and insurance claim issues.
- Increased practice revenues between 10 to 50% within first six months of assuming operation through the unique and value added services provided by Cash Flow Solutions.
- Provided start up and billing services for new practices, including orthopaedic surgery, ENT and facial plastic surgery, endocrinology, and infectious disease specialties.
- Provided management services on a consulting basis to merged primary care group, coming from 10 individual practices to a single merged practice.  Included in management services was the design and set up of practice billing office, development of manuals addressing procedural issues, personnel policy, operational policy, medical policy and collection procedures.
- Provide ongoing coding training on a national basis, to physicians and billing staffs, including documentation requirements, chart audits and design of systems and procedures to aid in the coding process, and improve chart support of coding.
- Provide practice management consulting services, including analyses from studies which can be as limited as basic accounts receivable management, to engagements analyzing full practice operations.
- Have provided full Accounts Receivable Management for Primary Care, Endocrinology, General & Vascular Surgery, Orthopaedic Surgery, Otolaryngology, Facial Plastic Surgery, Pulmonology & Critical Care, Obstetrics & Gynecology, Infectious Disease, GI Neurology, Psychiatry, and Podiatry specialties, **optimizing practice income, while reducing practice costs, space requirements, and personnel concerns.**
- Testified before State Legislature in the consideration and passing of pro physician legislation
- Co-Founder of the Coding and Reimbursement Network (CRN at www.codingandreimbursement.net)
- Consultant to the American Medical Association
- Consultant to CMS (Center for Medicare and Medicaid Services)

**1/92 - 9/93:  PHYSICIAN'S SERVICES- Medical Billing and Practice Management System**
            **Vice President**

- Collected $70,000 of accounts receivable previously written off by physician's office through better coding, follow-up with insurance companies, and documentation of necessity.
- Sold account to, and set up billing for an Orthopedic Surgeon, providing for collections of A/R, customer service for patients, coding of procedures and diagnoses, and all elements of practice management.  Increased receipts by over 50%.
- Developed the Operations Manual for the franchise business, and performed sales presentations to new customers.
- Evaluated alternatives and negotiated for a new mailing system needed for 20-30,000 mailings per month.  The new system increased performance and provided opportunity for generating new business.
- Consulted in the area of Medicare and commercial insurance collections for physicians.  Developed and analyzed fee schedules.

**2/90 - 1/92:   THE CHALLENGE PRINTING COMPANY- Pharmaceutical Labels & Packaging Literature**
            **Account Representative, Pharmaceutical Labeling Consultant**

**9/88 - 2/90:  METROPOLITAN LIFE- Major Financial Services Organization**
            **Management Executive Training (MET) Program, Account Representative**

**2/85 - 2/87:  BARR LABORATORIES- Top ranking Generic Pharmaceutical Manufacturer**
            **Manager, Production and Packaging Planning**

- Developed and executed the Barr-Plan for the planning of bulk manufacturing and packaging of finished goods on a PC.
- Scheduled the packaging of finished goods on 9 packaging lines requiring customized labeling for 15 different customers:

- Reduced backorders 20% despite physical plant capacity limitations and greater than 50% sales growth per year for 4 years. Developed and implemented capacity analysis tools on a PC.

- Reduced raw material inventory from $3 to $2 million via realistic planning and execution.

- Implemented a cycle counting program which increased inventory accuracy from 60% to 95%.

- Managed the Packaging Department of 100 employees when the Manager position was vacant.

**1/84 - 2/85: COOPERS AND LYBRAND- Management Consulting Services**
**Senior Consultant, Manufacturing and Materials Practice**
**Consulted for major clients, including NYNEX and Hoffman LaRoche Pharmaceuticals**

**6/77 to 9/78: BRISTOL MYERS, Clairol Division- Major Personal Care Products**
**Manufacturer, Staff Industrial Engineer, Management Training Program**

## EDUCATION

| | |
|---|---|
| New York University | 3.8 average |
| Masters of Business Administration | 6/82 |
| Rensselaer Polytechnic Institute | 3.7 average |
| Bachelor of Science in Management Systems | 5/77 |
| American Academy of Procedural Coders Independent Study for Certified Procedural Coder Exam (CPC) | 4/97 |
| Oliver Wight's MRP II Educational Programs | 1982-83 |

## PROFESSIONAL AFFILIATIONS

**Member of *American Academy of Professional Coders* (AAPC) as a Certified Professional Coder**
**Passed extensive and comprehensive exam and experience requirements to attain designation of CPC,**
**Certified Professional Coder                                6/97**
**Passed extensive and comprehensive exam and experience Requirements to attain designation of CPC-H, Certified Professional Coder for Hospital and Outpatient Services                3/00**
**Passed extensive and comprehensive exam and experience Requirements to attain designation of CPC-H (Certified Professional Coder for Third Party Payers                                  4/06**
**Member of the National Advisory Board of the AAPC    2001-Present**
**Member of the Executive Board of the AAPC             2003-Present**
**AAPC Professional Medical Coding Curriculum Instructor (CPC-I)    4/07**
**Member of Healthcare Compliance Resources (HCR) as a Certified Healthcare Compliance Consultant**
**Attended extensive four day course and passed an extensive four hour / 150 question exam to attain certification as a CHCC from HCR    5/06**

3

Former member of Healthcare Billing and Management Assocation (HBMA)

Consulting Editor of The Coding Institute's Otolaryngology Coding Alert

Listed in Who's Who in American Business 2000

Associate member and Speaker at for the American Academy of Otolaryngology / Head and Neck Surgeons

Member and Speaker for Association of Otolaryngology Administrators

Speaker for the College of Osteopathic Opthmologists, Otolaryngoligists, Head and Neck Surgerons

Speaker for the Florida, New Jersey, Michigan, Minnesota and Massachusetts Societies of Otolaryngology / Head and Neck Surgery

Speaker for American Academy of Professional Coders National Conferences

Speaker for the New Jersey Society of Medical Assistants

Speaker for the Physician's Viewpoint Network

Speaker for the NJ MGMA

Speaker for University of Miami Department of Otolaryngology

Member and Speaker for *Professional Association of Health Care Office Managers* (PAHCOM)

Author of the American Medical Association Advocacy Department's *"What is a medical billing service"*

Contributing Editor for *"*How to Get Paid*"* published by Opus Communications

Adjunct Faculty member of Mercy College, teaching Economics

Listed in Who's Who of Women Executives- 1989-90

Beta Gamma Sigma, Business School Honorary Society

Epsilon Delta Sigma- Management Engineering Honorary Society

Expert Witness for both third party payers and physicians

5/2008