## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             : ss.:
COUNTY OF NEW YORK           )

      MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

    1.    I am over 18 years of age, not a party to this action, and am employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, NY 10036.

    2.    On October 1, 2010, I electronically filed the foregoing **The Johnson & Johnson Defendants' Motion Challenging Plaintiffs' Proposed Class Representative** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

_____
MATTHEW M. FINNEGAN

Sworn to before me this 1st
day of October, 2010

_____
Notary Public

JACQUES LYSIUS
Notary Public, State of New York
[illegible notary stamp]
Commission Expires April 30, 2011

3592338v.1