# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br><br>*v.*<br><br>  *Abbott Laboratories, Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

## OCTOBER 2010 STATUS REPORT ON BEHALF OF
## THE CITY OF NEW YORK AND NEW YORK COUNTIES

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for October 2010, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: October 4, 2010

                                            Respectfully submitted,

                                            **City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

                                            **KIRBY McINERNEY, LLP**
                                            825 Third Avenue
                                            New York, New York 10022
                                            (212) 371-6600

                    By:   /s/ Joanne M. Cicala_____
                           Joanne M. Cicala

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**October 2010 Status Report on Behalf of the
City of New York and New York Counties**

**Voluntary Dismissal of Claims**

On August 30, 2010, plaintiffs served a notice of voluntary dismissal of claims against defendant Medimmune, Inc. *See* Docket no. 7234, Sub-docket 244.

**Discovery**

1. **Motion to Compel Discovery from Defendant Merck**

On September 4, 2009, plaintiffs filed their Motion to Compel Discovery from Defendant Merck for all at-issue drugs with annual AMP/AWP spreads over 30 percent. *See* Docket. No. 6487; Sub-docket. No.158.

On October 5, 2009, Merck filed its opposition to plaintiffs' motion to compel. *See* Docket No. 6572, Sub-docket No. 168.

On October 23, 2009, plaintiffs filed their Motion for Leave to File Reply Memorandum in Further Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc., and Exhibits to the Declaration of Joanne M. Cicala in Support Thereof Under Seal. *See* Docket No. 6609, Sub-docket No. 175.

On June 3, 2010, plaintiffs filed their Motion for Expedited Hearing re Motion to Compel Discovery from Defendant Merck. *See* Docket No. 7124, Sub-docket No. 237.

On June 21, 2010, the above motion was referred to Magistrate Judge Marianne B. Bowler. *See* June 21, 2010 electronic entry. The motion remains *sub-judice*.

2. **Schering's Motion for a Protective Order**

On March 5, 2010, defendant Schering filed a Motion and Memorandum in Support for a Protective Order in order to quash a Notice of Depositions served by plaintiffs on March 1, 2010. *See* Docket No. 6964, Sub-docket No. 213; Docket No. 6965, Sub-docket No. 214.

On March 26, 2010, plaintiffs filed their opposition to defendant Schering's Motion for Protective Order. *See* Docket No. 7009, Sub-docket No. 217. This motion remains *sub-judice*.

3. **Defendants' Motion to Compel the production of privileged documents withheld by New York State Department of Health ("NY DOH")**

On December 23, 2009, defendants filed a motion to compel production of all documents which NY DOH has withheld on the basis of the deliberative process privilege. *See* Docket No. 6810, Sub-docket No. 191.

On January 20, 2010, the office of the New York Attorney General filed its Opposition to Defendants' Joint Motion to Compel the Production of Documents from NY DOH. *See* Docket No. 6852; Sub-docket No. 197.

On June 21, 2010, the motion was referred to Magistrate Judge Marianne B. Bowler. *See* June 21, 2010 electronic entry. It remains *sub-judice*.

## CERTIFICATE OF SERVICE

I, Kathryn Allen, hereby certify that on the 4th day of October, 2010, I caused a true and correct copy of the above October 2010 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: October 4, 2010

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600

4