**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>　*State of Iowa*<br>*v.*<br>　*Abbott Laboratories Inc., et al.* | )<br>) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 07-12141<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**OCTOBER 2010 STATUS REPORT FOR THE STATE OF IOWA**

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for October 2010, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: October 4, 2010

                                        Respectfully submitted,

                                        **KIRBY McINERNEY, LLP**
                                        825 Third Avenue
                                        New York, New York 10022
                                        (212) 371-6600

                            By:   /s/ Joanne M. Cicala_____
                                      Joanne M. Cicala

                                        *Counsel for the State of Iowa*

### October 2010 Status Report for the State of Iowa

**Voluntary Dismissal of Claims**

On July 13, 2010, plaintiff filed a notice of voluntary dismissal of claims against defendant Medimmune.  *See* Docket No. 7182, Sub-docket 87.

**Discovery**

   1.  **Schering's Motion for a Protective Order**

On March 5, 2010, defendant Schering filed a motion for protective order and to quash a notice of deposition served by plaintiff on March 1, 2010. *See* Docket No. 6964, Sub-docket No. 70; Docket No. 6965, Sub-docket No. 71.

On March 26, 2010, plaintiff filed its opposition to defendant Schering's motion for protective order. *See* Docket No. 7009, Sub-docket No. 73.  This motion remains *sub-judice*.

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 4th day of October, 2010, she caused a true and correct copy of the above October 2010 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  October 4, 2010

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600