# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Chief Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF SHELDON L. POLLOCK

Notice is hereby given of the withdrawal of appearance of Sheldon L. Pollock as counsel for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter. Nicholas C. Theodorou, Sarah Cooleybeck, and Jeff Bone of Foley Hoag LLP, and D. Scott Wise and Michael S. Flynn of Davis Polk & Wardwell will continue to serve as counsel for defendant AstraZeneca in the above-captioned matter.

Dated:   October 08, 2010

                                                Respectfully Submitted,

By:   */s/ Jeff Bone*
      Nicholas C. Theodorou (BBO #496730)
      Sarah Cooleybeck (BBO #631161)
      Jeff Bone (BBO#666688)
      **FOLEY HOAG LLP**
      155 Seaport Blvd.
      Boston, Massachusetts 02210
      Tel: (617) 832-1000

D. Scott Wise, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on October 7, 2010 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

/s/  *Jeff Bone*
Jeff Bone