# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION NO. 1:01-cv-12257-PBS<br>1:06-cv-11337-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. et al. v. Abbott Laboratories Inc., et al.*, Civil Action No.1:06-cv-11337-PBS | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. et al. v. Abbott Laboratories Inc., et al.*, Civil Action No.1: 07-cv-11618-PBS | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Dey, Inc., et al.* Civil Action No. 1:05-cv-11084-PBS | |
| *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* Civil Action No. 1:03-cv-11226-PBS | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Boehringer Ingelheim, et al.* Civil Action No. 1:07-cv-10258-PBS | |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Actavis, et al.* Civil Action No. 1:08-cv-10852-PBS | |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

Notice is hereby given that Sherrie R. Savett, Esquire, Gary L. Azorsky, Esquire, Susan Schneider Thomas, Esquire, Joy P. Clairmont, Esquire, and Roslyn G. Pollack, Esquire of the law firm of Berger & Montague PC hereby withdraws their appearance as counsel for the relator Ven-A-Care of the Florida Keys, Inc. in all the above-captioned matters. All other counsel of record for the relator, Ven-A-Care of the Florida Keys, Inc. will continue to appear as counsel for the plaintiff in these matters.

                                   Respectfully Submitted,

                                   BERGER & MONTAGUE, P.C

Dated: October 8, 2010            By:      ss://SUSAN SCHNEIDER THOMAS
                                                          Susan Schneider Thomas
                                                          Gary L. Azorsky
                                                          Sherrie R. Savett
                                                          Susan Schneider Thomas
                                                          Joy P. Clairmont
                                                          Roslyn G. Pollack
                                                          Berger & Montague, P.C
                                                          1622 Locust Street
                                                          Philadelphia, PA 19103
                                                          (215) 875-3000

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2010, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAW OF APPEARANCE to be served via LEXIS File & Serve electronic filing service pursuant to CMO #2 in this case.

    /s/ Susan Schneider Thomas
Susan Schneider Thomas