UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>         Cause No. 1:06-CV-11069-PBS | |

### MOTION FOR DISMISSAL OF ASTRAZENECA PHARMACEUTICALS LP AND ZENECA, INC. WITH PREJUDICE

By and through their counsel, the State of Arizona ("State"), pursuant to Fed. R. Civ. P. 41(a)(2), moves for an Order of the Court dismissing Defendants AstraZeneca Pharmaceuticals LP and Zeneca, Inc. (collectively "AstraZeneca"). In support of this motion, the State states as follows:

1.  AstraZeneca Pharmaceuticals LP and Zeneca, Inc. were named defendants in the above-referenced action.

2.  The State of Arizona has entered into a Settlement Agreement and Release ("Agreement") with AstraZeneca. Pursuant to the terms of the Agreement, the State seeks to dismiss all claims asserted by it against AstraZeneca.

3.  Pursuant to the Agreement, AstraZeneca and the State have agreed that each will bear its own legal and other costs incurred in connection with the lawsuit.

4.  The dismissal has no effect on the State of Arizona's claims or allegations against any parties other than AstraZeneca in this action.

5.  AstraZeneca consents to this motion.

001534-14  395813 V1

WHEREFORE, the parties jointly request that the Court enter an Order dismissing AstraZeneca with prejudice.  A proposed Order of dismissal is attached.

Dated:  October 13, 2010

        By    **/s/ Steve W. Berman**
           Thomas M. Sobol (BBO#471770)
           Edward Notargiacomo (BBO#567636)
        Hagens Berman Sobol Shapiro LLP
        55 Cambridge Parkway, Suite 301
        Cambridge, MA  02142
        Telephone: (617) 482-3700
        Facsimile: (617) 482-3003

        Steve W. Berman
        Sean R. Matt
        Jeniphr Breckenridge
        Hagens Berman Sobol Shapiro LLP
        1918 Eighth Avenue, Suite 3300
        Seattle, WA  98101
        Telephone: (206) 623-7292
        Facsimile: (206) 623-0594

        Robert B. Carey
        Hagens Berman Sobol Shapiro LLP
        11 West Jefferson, Suite 1000
        Phoenix, AZ  85003
        Telephone:  (602) 840-5900
        Facsimile:  (602) 840-3012

        Terry Goddard
        Attorney General
        Ann Thompson Uglietta
        Assistant Attorney General
        State Bar No. 013696
        Consumer Protection and Advocacy Section
        1275 West Washington
        Phoenix, AZ  85007-2997
        Telephone:  (602) 542-8830
        Facsimile:  (602) 542-4377

Grant Woods PC
1726 N. Seventh Street
Phoenix, AZ 85006
Telephone: (602) 258-2599

*Attorneys for the State of Arizona*

001534-14 395813 v1

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 13th day of October, 2010.

                                                **By      /s/ Steve W. Berman**
                                                Steve W. Berman
                                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                                1918 Eighth Avenue, Suite 3300
                                                Seattle, WA  98101
                                                (206) 623-7292