UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>    Cause No. 1:06-CV-11069-PBS | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |

### [PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL OF ASTRAZENECA PHARMACEUTICALS LP AND ZENECA INC. WITH PREJUDICE

The Motion for Dismissal of AstraZeneca Pharmaceuticals LP and Zeneca, Inc. ("Defendants") with Prejudice is hereby GRANTED.

Defendants are hereby dismissed from the above-referenced action.

The parties shall each bear their own costs.

This dismissal has no effect on the State of Arizona's claims or allegations against any parties other than Defendants.

SO ORDERED this ___ day of _____, 2010.

_____
HON. PATTI B. SARIS, USDJ

- 1 -

001534-14 395815 v1

- 2 -

## CERTIFICATE OF SERVICE

  I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 13th day of October, 2010.

            **By**  **/s/ Steve W. Berman**
              Steve W. Berman
            HAGENS BERMAN SOBOL SHAPIRO LLP
            1918 Eighth Avenue, Suite 3300
            Seattle, WA  98101
            (206) 623-7292