UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| J&J CLASS 1 | Judge Patti B. Saris |

**CLASS COUNSEL'S RESPONSE TO THE J&J DEFENDANTS' MOTION
CHALLENGING PLAINTIFFS' PROPOSED CLASS REPRESENTATIVE**

Class Counsel respectfully submit the following response to the J&J Defendants' Motion

Challenging Plaintiffs' Proposed Class Representative (Dkt. No. 7259).

On June 21, 2010, after Class Counsel sought sanctions against Don Haviland for

withdrawing the former Class 1 Representatives against the Johnson & Johnson Defendants four-

and-a-half years after those clients were added to the Complaint in this action, this Court entered

an order denying Plaintiffs' Motion.  That order found that "[w]hile the timing of the Motion to

Withdraw is troublesome, there is no prejudice to the Class as the court gave class counsel time

to find new class representatives."

Plaintiffs did come forward with a new proposed class representative, Mrs. Jimmie

Oustad.  As Plaintiffs previously stated, and as her medical records indicate, Mrs. Oustad has

received Remicade for several years, has been a Medicare Part B beneficiary and has been

charged and paid percentage co-payments for her Remicade.  *See* Dkt. No. 7130.  However,

because of the significant amount of time that has elapsed since Mrs. Oustad began taking the

drug, Class Counsel have been unable to locate written records demonstrating that Mrs. Oustad

took Remicade prior to May 2004.  No other potentially viable class representatives for the J&J

class have stepped forward.

DATED:  October 15, 2010

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By ____/s/ Steve W. Berman_____
       Steve W. Berman
       Thomas M. Sobol (BBO#471770)
       Edward Notargiacomo (BBO#567636)
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

***Liaison Counsel***

Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C.  20006
Telephone:   202) 355-6435
Facsimile:   (202) 355-6455

Kenneth A. Wexler
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone:  (312) 346-2222
Facsimile:   (312) 346-0022

Jeffrey L. Kodroff
John A. Macoretta
SPECTOR, ROSEMAN, KODROFF & WILLIS P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:   (215) 496-6611

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA  18901
Telephone:  (215) 230-8043
Facsimile:   (215) 230-8735

*Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **_Class Counsel's Response to the J&J Defendants' Motion Challenging Plaintiffs' Proposed Class Representative_** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 15, 2010, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Steve W. Berman
Steve W. Berman