# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br><br>)<br>)<br>)<br>)<br>)<br>)<br><br>THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation*<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br><br>Master File No. 1:01-CV-12257-PBS<br><br>Sub-Category Case No. 1:08-CV-11200<br><br><br>Judge Patti B. Saris |

## THE PARTIES' JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER

Counsel for Defendant Baxter Healthcare Corporation and Counsel for Relators Linnette Sun and Greg Hamilton have conferred and have jointly agreed upon a proposed schedule for this case as set forth in the attached document. The parties hereby request that the Court accept and adopt the proposed schedule.

Respectfully submitted,

Dated: October 15, 2010

**/s/ Tina D. Reynolds**
Merle M. DeLancey
Tina D. Reynolds
Ruchi Jain
*Admitted pro hac*
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
Facsimile:   (202) 420-2201

**/s/ Peter E. Gelhaar**
Peter E. Gelhaar (BBO #188310)
**DONNELLY, CONROY & GELHAAR, LLP**
One Beacon Street, 33rd Floor
Boston, MA 02108
Telephone: (617) 720-2880
Facsimile:  (617) 720-3554

Counsel for Defendant Baxter Healthcare
Corporation

**/s/ Mark Kleiman**
Mark Kleiman
*Admitted pro hac*
**Law Offices of Mark Kleiman**
2907 Stanford Avenue
Venice, CA 90292
Telephone: (310) 306-8094
Facsimile:  (310) 306-8491

Counsel for Plaintiffs, Linnette Sun and Greg
Hamilton

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | ) ) ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

## [PROPOSED] SCHEDULING ORDER

**October ___, 2010**

Saris, U.S.D.J.

WHEREAS, Relators Linnette Sun and Greg Hamilton ("Relators") filed their original

Complaint on April 22, 2005 and a First Amended Complaint on June 14, 2005 in the U.S.

District Court, District of Colorado;

WHEREAS, the First Amended Complaint was unsealed on January 15, 2008, and

assigned Civil Action No.  05-cv-00736-WDM-MJW;

WHEREAS, the matter was transferred to the District of Massachusetts by the Judicial

Panel Multidistrict Litigation on July 14, 2008 and assigned case No. 08-cv-11200-PBS;

WHEREAS, the case was consolidated with Case No. 01-cv-12257-PBS (MDL No.

1456) on July 15, 2008;

WHEREAS, counsel for the Relators and counsel for Defendant have begun to discuss

the possibility of a resolution of this matter without the need for further litigation;

WHEREAS, on September 29, 2010, this Court approved a proposed scheduling order

whereby the parties were to engage in formal mediation prior to October 29, 2010 in an attempt

to resolve this matter and, if not successful, were to file with this Court by no later than November 15, 2010, a joint proposed schedule for further proceedings;

WHEREAS, the parties have made some progress toward resolution of this matter and would like to continue to pursue informal resolution at this time;

NOW THEREFORE, it is ORDERED, as follows:

1.      Relators and Defendant shall continue to engage in informal mediation prior to December 31, 2010 in an attempt to resolve this matter;

2.      All deadlines shall be stayed during the pendency of this mediation period.

3.      Should mediation not be successful, the parties will, by no later than January 17, 2011, jointly propose a schedule to the Court for further proceedings.


So ordered.


_____

Judge Patti B. Saris

## CERTIFICATE OF SERVICE

I hereby certify that I, Tina D. Reynolds, an attorney, caused a true and correct copy of the foregoing **THE PARTIES' JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER** and attached **PROPOSED ORDER** to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on October 15, 2010, for posting and notification to all parties.

**/s/ Tina D. Reynolds**
Tina D. Reynolds
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
