IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION, | MDL NO. 1456 CIVIL ACTION NO. 01-12257-PBS Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO: | |
| *The City of New York, et al.* | |
| v. | Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |
| *Abbott Laboratories, Inc. et al.* | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ALBERT L. JACOBS, JR.

**PLEASE TAKE NOTICE** that Albert L. Jacobs, Jr. hereby withdraws his appearance as counsel in the above-captioned case, as he no longer represents any party in the action, and requests that Troutman Sanders LLP and Albert L. Jacobs, Jr.'s name and address be deleted from the service list maintained in the above-captioned cases.

Dated: New York, New York
   October 13, 2010

**TROUTMAN SANDERS LLP**

By: _____
   Albert L. Jacobs, Jr., Esq.
   Troutman Sanders LLP
   The Chrysler Building
   405 Lexington Avenue
   New York, New York 10174
   Telephone: (212) 704-6000

1

1427363v1