# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>     Cause No. 1:06-CV-11069-PBS | CIVIL ACTION:  01-CV-12257-PBS |

## JOINT MOTION FOR DISMISSAL OF THE BRAUN DEFENDANTS

By and through their counsel, the State of Arizona (the "State") and defendants B. Braun Medical, Inc., B. Braun of America, Inc., and McGaw Inc. ("the Braun Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby jointly move for an order of the Court dismissing the Braun Defendants from this action.  In support of this motion, the parties state as follows:

1.     The Braun Defendants were named as defendants in the above-referenced actions.

2.     The State conferred with counsel for the Braun Defendants and agreed to dismiss its claims against the Braun Defendants in this action, with prejudice.

3.     The parties agreed that each party will bear its own costs and attorneys' fees.

4.     The dismissal has no effect on the State's claims or allegations against any party other than the Braun Defendants in these actions.

WHEREFORE, the parties jointly request that the Court enter an order dismissing, with prejudice, the Braun Defendants.  A proposed order of dismissal is attached.

- 1 -

DATED:  October 20, 2010

By   /s/ Steve W. Berman
    Steve W. Berman
    Sean R. Matt
    Jeniphr A.E. Breckenridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:  steve@hbsslaw.com

Terry Goddard
Attorney General
Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ  85007-2997
Telephone:  (602) 542-8830
Facsimile:  (602) 542-4377

Grant Woods PC
1726 N. Seventh Street
Phoenix, AZ  85006
Telephone:  (602) 258-2599

*Attorneys for the State of Arizona*

By:   John P. McDonald
    John P. McDonald
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 748-8800
Email: jpmcdonald@lockelord.com

- 3 -

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 20th day of October, 2010.

**By**   **/s/ Steve W. Berman**
   Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
(206) 623-7292

- 3 -
001821-13 401935 v1