**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| *State of Arizona v. Abbott Labs., Inc., et al.*, Cause No. 1:06-CV-11069-PBS | |

## [PROPOSED] ORDER OF DISMISSAL OF THE BRAUN DEFENDANTS

The Joint Motion for Dismissal of defendants B. Braun Medical, Inc., B. Braun of

America, Inc., and McGaw Inc. ("the Braun Defendants") is hereby GRANTED.  The Braun

Defendants are hereby dismissed, with prejudice, from the above-referenced action.

So ordered,

Dated _____

_____
Honorable Patti B. Saris
United States District Court Judge

- 1 -

## <u>CERTIFICATE OF SERVICE</u>

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 20th day of October, 2010.

By_____/s/ Steve W. Berman_____
    Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
(206) 623-7292