## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No.: 03-10643<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST PURDUE PHARMA L.P., THE PURDUE FREDERICK COMPANY, AND THE PURDUE PHARMA COMPANY

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the

Consolidated New York Counties, and defendants Purdue Pharma L.P., The Purdue

Frederick Company, and The Purdue Pharma Company ("Purdue"), by and through their

respective attorneys, pursuant to Federal Rule of Civil Procedure 41 and the terms of the

Settlement Agreement, that all claims in this action against Purdue are dismissed with

prejudice and without costs to any party.

A Proposed Order is attached hereto for the Court's convenience.

Dated:  October 25, 2010    /s/ Joanne M. Cicala
            Joanne M. Cicala
            Daniel Hume
            **KIRBY MCINERNEY LLP**
            825 Third Avenue
            New York, NY 10022
            Telephone: (212) 371-6600

            Counsel for Plaintiffs the Consolidated New York
            Counties

Dated:  October 25, 2010    /s/ Ross Brooks
            Ross Brooks
            MILLBERG LLP
            One Pennsylvania Plaza
            New York, NY 10119-0165

            Counsel for Plaintiff the County of Nassau

Dated:  October 25, 2010    /s/ Stanley J. Levy
            Stanley J. Levy
            Theresa A. Vitello
            LEVY PHILLIPS & KONIGSBERG, LLP
            800 Third Avenue, 13th Floor
            New York, NY 10007

            Counsel for Plaintiff the County of Orange

Dated:  October 25, 2010    /s/ Tiffany Cheung
            Lori A. Schechter
            Tiffany Cheung
            **MORRISON & FOERSTER LLP**
            425 Market Street
            San Francisco, CA 94105
            Telephone:  (415) 268-7000
            Facsimile:   (415) 268-7522

            Counsel for Defendants Purdue Pharma L.P., The
            Purdue Frederick Company, and The Purdue Pharma
            Co.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2010, I caused a true and correct copy of the foregoing, NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST PURDUE PHARMA L.P., THE PURDUE FREDERICK COMPANY, AND THE PURDUE PHARMA COMPANY, to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties in this action pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Daniel Hume
Daniel Hume