UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No.: 01-CV-12257-PBS<br>Subcategory Case No.: 03-10643<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* |

**[PROPOSED] ORDER OF DISMISSAL OF PURDUE PHARMA L.P., THE PURDUE FREDERICK COMPANY, AND THE PURDUE PHARMA COMPANY**

The stipulation and request for dismissal is hereby GRANTED. All claims in this action against Defendants Purdue Pharma L.P., The Purdue Frederick Company, and The Purdue Pharma Company are dismissed with prejudice and without costs to any party.

SO ORDERED.

DATED: _____, 2010

_____
The Honorable Patti B. Saris
Judge