# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL No. 1456 |
| | Master File No. 01-12257-PBS |
| | Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *The City of New York, et al.* | Judge Patti B. Saris |
| *v.* | ) ) |
| *Abbott Laboratories, et al.* | Magistrate Judge Bowler |

## NOTICE OF APPEARANCE OF KENNETH G. WALSH ON BEHALF OF THE OF THE CITY OF NEW YORK AND ALL NEW YORK COUNTIES AND MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and paragraph 16 of this Court's Case Management Order No. 1, the undersigned counsel hereby moves that Kenneth G. Walsh enter his appearance on behalf of the City of New York and All New York Counties in the above captioned actions.

Mr. Walsh is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's Case Management Order No. 1. The attached Certificate demonstrates that Mr. Walsh is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the Court under separate cover with a copy of this Notice and Motion.

WHEREFORE, the undersigned counsel respectfully moves Mr. Walsh's admission to practice before this Court *pro hac vice*.

Dated: October 26, 2010

KIRBY McINERNEY LLP

By:  /s/   Joanne M. Cicala
     Joanne M. Cicala, Esq.
     825 Third Avenue
     New York, New York 10022
     (212) 371-6600

     *On behalf of the MDL litigating New York Counties,*
     *Other than the Counties of Nassau and Orange*

<u>CERTIFICATE OF SERVICE</u>

I, Joanne M. Cicala, hereby certify that I caused a true and correct copy of the foregoing to be served upon all counsel of record via electronic service, pursuant to Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting to all parties.

Dated: October 26, 2010

                              /s/   Joanne M. Cicala
                              KIRBY McINERNEY LLP

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456<br>Master File No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br>*The City of New York, et al.*<br>*v.*<br>*Abbott Laboratories, et al.* | ) ) ) ) ) ) ) ) Judge Patti B. Saris<br>Magistrate Judge Bowler |

## ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Joanne M. Cicala for the admission *pro hac vice* of Kenneth G. Walsh for the purpose of representing the City of New York and All New York Counties in this matter, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that Kenneth G. Walsh is admitted to practice before this Honorable Court in connection with the above styled cause.

_____

Patti B. Saris

United States District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 03-10643-PBS <br> ) |
| THIS DOCUMENT RELATES TO: <br> *The City of New York, et al.* <br> *v.* <br> *Abbott Laboratories, et al.* | ) <br> ) Judge Patti B. Saris <br> ) <br> ) Magistrate Judge Bowler <br> ) |

## <u>CERTIFICATE OF KENNETH G. WALSH</u>

I, Kenneth G. Walsh, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1.     I am an attorney with the law firm of Kirby McInerney LLP, which maintains offices at 825 Third Avenue, New York, New York 10022 and 101 College Street, Dripping Springs, Texas 78620;

2.     I am admitted to the bars of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York;

3.     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

4.     No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and

5.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,


By:____/s/ Kenneth G. Walsh_____
    Kenneth G. Walsh
    Kirby McInerney LLP
    825 Third Avenue
    New York, NY 10022
    212-371-6600

    *On behalf of the MDL litigating New York Counties,*
    *Other than the Counties of Nassau and Orange*


Executed:  October 26, 2010