UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> Master File No. 1:01-CV-12257-PBS <br> Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> *Baxter Healthcare Corporation* | Judge Patti B. Saris |

## [PROPOSED] SCHEDULING ORDER

October 28, 2010

Saris, U.S.D.J.

WHEREAS, Relators Linnette Sun and Greg Hamilton ("Relators") filed their original Complaint on April 22, 2005 and a First Amended Complaint on June 14, 2005 in the U.S. District Court, District of Colorado;

WHEREAS, the First Amended Complaint was unsealed on January 15, 2008, and assigned Civil Action No. 05-cv-00736-WDM-MJW;

WHEREAS, the matter was transferred to the District of Massachusetts by the Judicial Panel Multidistrict Litigation on July 14, 2008 and assigned case No. 08-cv-11200-PBS;

WHEREAS, the case was consolidated with Case No. 01-cv-12257-PBS (MDL No. 1456) on July 15, 2008;

WHEREAS, counsel for the Relators and counsel for Defendant have begun to discuss the possibility of a resolution of this matter without the need for further litigation;

WHEREAS, on September 29, 2010, this Court approved a proposed scheduling order whereby the parties were to engage in formal mediation prior to October 29, 2010 in an attempt

3

to resolve this matter and, if not successful, were to file with this Court by no later than November 15, 2010, a joint proposed schedule for further proceedings;

WHEREAS, the parties have made some progress toward resolution of this matter and would like to continue to pursue informal resolution at this time;

NOW THEREFORE, it is ORDERED, as follows:

1. Relators and Defendant shall continue to engage in informal mediation prior to December 31, 2010 in an attempt to resolve this matter;

2. All deadlines shall be stayed during the pendency of this mediation period.

3. Should mediation not be successful, the parties will, by no later than January 17, 2011, jointly propose a schedule to the Court for further proceedings.

So ordered.

_____
Judge Patti B. Saris