# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: *State of Arizona v. Abbott Labs., Inc., et al.*, Cause No. 1:06-CV-11069-PBS | CIVIL ACTION: 01-CV-12257-PBS |

### [PROPOSED] ORDER OF DISMISSAL OF THE BRAUN DEFENDANTS

The Joint Motion for Dismissal of defendants B. Braun Medical, Inc., B. Braun of America, Inc., and McGaw Inc. ("the Braun Defendants") is hereby GRANTED. The Braun Defendants are hereby dismissed, with prejudice, from the above-referenced action.

So ordered,

Dated  10/27/2010

/s/ Patti B. Saris

Honorable Patti B. Saris
United States District Court Judge

- 1 -

001534-14 401990 v1