UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>Cause No. 1:06-CV-11069-PBS | |

**[PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL OF
ASTRAZENECA PHARMACEUTICALS LP AND ZENECA INC. WITH PREJUDICE**

The Motion for Dismissal of AstraZeneca Pharmaceuticals LP and Zeneca, Inc. ("Defendants") with Prejudice is hereby GRANTED.

Defendants are hereby dismissed from the above-referenced action.

The parties shall each bear their own costs.

This dismissal has no effect on the State of Arizona's claims or allegations against any parties other than Defendants.

SO ORDERED this 27 day of Oct, 2010.

_____
HON. PATTI B. SARIS, USDJ

- 1 -

001534-14 395815 v1