## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456
Master File No.: 01-CV-12257-PBS
Subcategory Case No.: 03-10643

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:
*The City of New York, et al. v. Abbott
Laboratories, Inc., et al.*

THIS DOCUMENT RELATES TO:
*State of Iowa v. Abbott Laboratories, et al.*

### [PROPOSED] ORDER OF DISMISSAL OF PURDUE PHARMA L.P., THE PURDUE FREDERICK COMPANY, AND THE PURDUE PHARMA COMPANY

The stipulation and request for dismissal is hereby GRANTED. All claims in this

action against Defendants Purdue Pharma L.P., The Purdue Frederick Company, and The

Purdue Pharma Company are dismissed with prejudice and without costs to any party.

SO ORDERED.

DATED: _____10|27|20'10____, 2010

_____
The Honorable Patti B. Saris
Judge