UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.,*<br>Cause No. 1:06-CV-11069-PBS | |

**[PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL OF
THE SCHERING-PLOUGH GROUP WITH PREJUDICE**

The Motion for Dismissal of the Schering-Plough Group with Prejudice is hereby

GRANTED.

Defendants the Schering-Plough Group is hereby dismissed from the above-referenced

action.

The parties shall each bear their own costs.

This dismissal has no effect on the State of Arizona's claims or allegations against any

parties other than the Schering-Plough Group.

SO ORDERED this _27_ day of _October_, 2010.

_____
HON. PATTI B. SARIS, USDJ

- 1 -