**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>  *State of Iowa*<br>*v.*<br>  *Abbott Laboratories Inc., et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)  Subcategory No. 07-12141<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**NOVEMBER 2010 STATUS REPORT FOR THE STATE OF IOWA**

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for November 2010, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  November 2, 2010

                                        Respectfully submitted,

                                        **KIRBY McINERNEY, LLP**
                                        825 Third Avenue
                                        New York, New York 10022
                                        (212) 371-6600

                      By:   <u>/s/ Joanne M. Cicala</u>
                                Joanne M. Cicala

                                *Counsel for the State of Iowa*

**November 2010 Status Report for the State of Iowa**

**Voluntary Dismissal of Claims**

On July 13, 2010, plaintiff filed a notice of voluntary dismissal of claims against defendant Medimmune.  *See* Docket No. 7182, Sub-docket 87.

**Plaintiff's Expert Disclosures**

By agreement with defendants, plaintiff will serve Fed.R. Civ. P. 26(a)(2)(B) expert reports on or before November 15, 2010.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 2nd day of November, 2010, she caused a true and correct copy of the above November 2010 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  November 2, 2010

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600