UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No.  01-CV-12257- PBS<br>Sub-docket No. 03-10643-PBS<br>Sub-docket No. 07-12141-PBS<br><br>Judge Patti B. Saris |

**NOTICE OF APPEARANCE OF KALYANI ADUSUMILLI ON BEHALF OF THE CITY OF NEW YORK AND ALL NEW YORK COUNTIES AND THE STATE OF IOWA AND MOTION
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3 and paragraph 16 of this Court's Case Management Order No. 1, the undersigned counsel hereby moves that Kalyani Adusumilli enter her appearance on behalf of the City of New York and All New York Counties and the State of Iowa in the above captioned actions.

Ms. Adusumilli is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedures set forth in this Court's Case Management Order No. 1.  The attached Certificate demonstrates that Ms. Adusumilli is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the Court under separate cover with a copy of this Notice and Motion.

1

Case 1:01-cv-12257-PBS   Document 7292   Filed 11/02/10   Page 2 of 6

WHEREFORE, the undersigned counsel respectfully moves Ms. Adusumilli's admission to practice before this Court *pro hac vice*.

/s/Joanne M. Cicala  
Joanne M. Cicala  
Kirby McInerney LLP  
825 Third Avenue  
New York, NY 10022  
(BBO#: 5032)

## **CERTIFICATE** **OF** **SERVICE**

     I HEREBY CERTIFY that on the 2nd day of November, 2010, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order no. 2 entered by the honorable Patti B. Saris in MDL no.1456.

                                                        /s/Joanne M. Cicala
                                                        Joanne M. Cicala

Dated: November 2, 2010

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 01-CV-12257- PBS |
| | Sub-docket No. 03-10643-PBS |
| ALL ACTIONS | Sub-docket No. 07-12141-PBS |
| | Judge Patti B. Saris |

## ORDER ALLOWING ADMISSION

The Court having considered the Motion for Admission Pro Hac Vice filed by Joanne M. Cicala for the admission *pro hac vice* of Kalyani Adusumilli for the purpose of representing the City of New York and All New York Counties and the State of Iowa in this matter, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Motion is hereby granted, and that Kalyani Adusumilli is admitted to practice before this Honorable Court in connection with the above styled cause.

_____
Patti B. Saris
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. NO. 1456 |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Civil Action No. 01-CV-12257- PBS <br> Sub-docket No. 03-10643-PBS <br> Sub-docket No. 07-12141-PBS <br><br> Judge Patti B. Saris |

### CERTIFICATE OF KALYANI ADUSUMILLI

I, Kalyani Adusumilli, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am an attorney with the law firm of Kirby McInerney LLP, which maintains offices at 825 Third Avenue, New York, New York 10022 and 101 College Street, Dripping Springs, Texas 78620;

2. I am a member in good standing of the bars of the State of Texas and the United States District Court for the Western District of Texas;

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Kalyani Adusumilli
Kalyani Adusumilli
KIRBY McINERNEY LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600

Executed: November 2, 2010