# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO: *The City of New York v. Abbott Laboratories, Inc., et al.* | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS<br><br>Judge Patti B. Saris |

## [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT BIOGEN IDEC INC.

The Stipulation of Voluntary Dismissal is hereby GRANTED. All claims in this action against Defendant Biogen Idec Inc. hereby are dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

Dated: 11/3, 2010

_____
The Honorable Patti B. Saris
United States District Court Judge

5056702v.1