UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**JOINT MOTION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS TEVA PHARMACEUTICALS USA, INC., NOVOPHARM USA, INC., BARR LABORATORIES, INC., IVAX CORPORATION, IVAX PHARMACEUTICALS, INC., SICOR, INC., AND SICOR PHARMACEUTICALS, INC.**

Plaintiffs, the Consolidated New York Counties, and defendants, Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc. (n/k/a Novopharm Holdings, Inc.), Barr Laboratories, Inc., Ivax Corporation (n/k/a Ivax LLC), Ivax Pharmaceuticals, Inc., Sicor, Inc., and Sicor Pharmaceuticals, Inc. (f/k/a Gensia Laboratories, Ltd., n/k/a Teva Parenteral Medicines, Inc.) (hereinafter collectively the "Teva Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and the Teva Defendants, hereby jointly move for entry of the attached [Proposed] Order of Dismissal of Plaintiffs' Claims Against the Teva Defendants, and that all claims in this action against the Teva Defendants be dismissed with prejudice and without costs to any party.

Dated: November 5, 2010

Respectfully submitted,

By: _____
Joanne M. Cicala
Daniel Hume
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of Plaintiffs the Consolidated New York Counties*

By: _____
Michael C. Occhuizzo
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

*On Behalf of the Teva Defendants*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2010, I caused a true and correct copy of the foregoing, Joint Motion for Dismissal of Plaintiffs' Claims Against Defendants Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., Barr Laboratories, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., Sicor, Inc., and Sicor Pharmaceuticals, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

             /s/ James Carroll
               James Carroll