UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| BMS SETTLEMENT | Judge Patti B. Saris |

### [PROPOSED] ORDER REVISING SCHEDULE RELATED TO FINAL APPROVAL OF THE BMS SETTLEMENT

The Court has considered Class Plaintiff's Status Report and Motion to Reschedule Dates Related to Final Approval of the BMS Settlement and grants the motion. The schedule associated with notice and the final approval of the BMS settlement is hereby amended as follows:

| Date | Event |
|---|---|
| December 22, 2010 | Mailing of summary notice and claim card to the members of Class 1 |
| January 21, 2011 | Deadline for Class 1 members to return claim cards |
| January 28, 2011 | Mailing of full notice to Class 1 members returning claim card complete |
| January 28, 2011 | Briefs in support of final approval and Class Counsel's fee petition filed |
| February 18, 2011 | Deadline for objections, requests for exclusions, and notices of appearance for Class 1 consumers only |
| February 25, 2010 | Final Fairness Hearing (to be determined by the Court based on the Court's availability). |

In addition, on November 30, 2010, Class Counsel shall provide the Court with a report describing the status of the CMS vendor's efforts to meet the December 10, 2010 deadline for

- 1 -

001534-16  406873 v1

- 2 -

production of the Class 1 data.


Date: _____          _____
                                        Patti B. Saris
                                        United States District Judge