# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | MDL No. 1456 |
| ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | Subcategory No. 07-12141 |
| LITIGATION ) | Subcategory No. 03-10643 |
| ) | |
| ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** ) | Chief Magistrate Judge Marianne Bowler |
| ) | |
| *State of Iowa* v. *Abbott Labs., et al.* ) | |
| Civil Action No. 07-CV-12141 ) | |
| ) | |
| *State of Mississippi* v. *Schering-Plough* ) | |
| *Corp., Schering Corp. and Warrick* ) | |
| *Pharmaceuticals Corporation* ) | |
| Civil Action No. 09-CV-12060 ) | |
| ) | |
| *City of New York* v. *Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 04-CV-06054) ) | |
| *County of Suffolk* v. *Abbott Labs., et al.* ) | |
| (E.D.N.Y. No. 03-CV-229) ) | |
| *County of Westchester* v. *Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 03-CV-6178) ) | |
| *County of Rockland* v. *Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 03-CV-7055) ) | |
| *County of Dutchess* v. *Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 05-CV-06458) ) | |
| *County of Putnam* v. *Abbott Labs., et al.* ) | |
| (S.D.N.Y. No. 05-CV-04740) ) | |
| *County of Washington* v. *Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00408) ) | |
| *County of Rensselaer* v. *Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00422) ) | |
| *County of Albany* v. *Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00425) ) | |
| *County of Warren* v. *Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00468) ) | |
| *County of Greene* v. *Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00474) ) | |
| *County of Saratoga* v. *Abbott Labs., et al.* ) | |
| (N.D.N.Y. No. 05-CV-00478) ) | |
| *County of Columbia* v. *Abbott Labs., et al.* ) | |

(N.D.N.Y. No. 05-CV-00867)                 )
*Essex County* v. *Abbott Labs., et al.*     )
(N.D.N.Y. No. 05-CV-00878)                 )
*County of Chenango* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00354)                 )
*County of Broome* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00456)                 )
*County of Onondaga* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00088)                 )
*County of Tompkins* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00397)                 )
*County of Cayuga* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00423)                 )
*County of Madison* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00714)                 )
*County of Cortland* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00881)                 )
*County of Herkimer* v. *Abbott Labs. et al.*  )
(N.D.N.Y. No. 05-CV-00415)                 )
*County of Oneida* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00489)                 )
*County of Fulton* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00519)                 )
*County of St. Lawrence* v. *Abbott Labs., et al.*)
(N.D.N.Y. No. 05-CV-00479)                 )
*County of Jefferson* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00715)                 )
*County of Lewis* v. *Abbott Labs., et al.*  )
(N.D.N.Y. No. 05-CV-00839)                 )
*County of Chautauqua* v. *Abbott Labs., et al.*)
(W.D.N.Y. No. 05-CV-06204)                 )
*County of Allegany* v. *Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06231)                 )
*County of Cattaraugus* v. *Abbott Labs., et al.*)
(W.D.N.Y. No. 05-CV-06242)                 )
*County of Genesee* v. *Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06206)                 )
*County of Wayne* v. *Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06138)                 )
*County of Monroe* v. *Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06148)                 )
*County of Yates* v. *Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06172)                 )
*County of Niagara* v. *Abbott Labs., et al.*  )
(W.D.N.Y. No. 05-CV-06296)                 )
*County of Seneca* v. *Abbott Labs., et al.*  )

| | |
|---|---|
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans* v. *Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario* v. *Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler* v. *Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben* v. *Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung* v. *Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau* v. *Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| _____ | ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective October 12, 2010 the address and other contact information for the undersigned counsel for defendants Merck & Co. (formerly Schering-Plough Corporation) Schering Corporation, and Warrick Pharmaceuticals Corporation has changed. All pleadings, notices, correspondence and other documents should be addressed as follows:

> John T. Montgomery
> Ropes & Gray LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> Main Phone: 617-951-7000
> Main Fax:  617-951-7050
>
> John P. Bueker
> Ropes & Gray LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> Main Phone: 617-951-7000
> Main Fax:  617-951-7050
>
> Brien T. O'Connor
> Ropes & Gray LLP
> Prudential Tower

800 Boylston Street
Boston, MA 02199-3600
Main Phone: 617-951-7000
Main Fax:  617-951-7050

Kirsten V. Mayer
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Main Phone: 617-951-7000
Main Fax:  617-951-7050

Janna J. Hansen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Main Phone: 617-951-7000
Main Fax:  617-951-7050

Daniel J. Bennett
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Main Phone: 617-951-7000
Main Fax:  617-951-7050

Daniel Maher
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Main Phone: 617-951-7000
Main Fax:  617-951-7050

Russell Plato
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Main Phone: 617-951-7000
Main Fax:  617-951-7050

Please change your records accordingly.

          Respectfully submitted,

          /s/ John P. Bueker
          John P. Bueker (BBO# 636435)
          ROPES & GRAY LLP
          Prudential Tower
          800 Boylston Street
          Boston, MA 02199-3600
          Main Phone: 617-951-7000
          Main Fax:  617-951-7050

Dated:  November 8, 2010

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2010, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                     /s/ John P. Bueker  
                                                     John P. Bueker