IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Civil Action: 01-CV-12257 (PBS) Judge Patti B. Saris |

**MOTION TO WITHDRAW AS COUNSEL OF
RECORD WITHOUT SUBSTITUTION**

Pursuant to Rule 83.5.2(c) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney hereby requests the Court and counsel that David M. Covey, currently listed as counsel of record for Defendant ORGANON PHARMACEUTICALS USA, INC., David M. Covey wishes to withdraw as counsel for Defendant ORGANON PHARMACEUTICALS USA, INC., in this case for the following reason(s): counsel no longer represents Defendant ORGANON PHARMACEUTICALS USA, INC.

Dated: November 8, 2010

        Respectfully submitted,

        SEDGWICK, DETERT, MORAN & ARNOLD LLP

        By: _____
        David M. Covey
        SEDGWICK, DETERT, MORAN & ARNOLD LLP
        125 Broad Street, 39th Floor
        New York, New York 10004-2400
        Telephone No. (212) 422-0202
        Facsimile No. (212) 422-0925

        Attorney for Defendant
        ORGANON PHARMACEUTICALS USA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically via ECF & served on all enrolled 8th November, 2010.

_____
David M. Covey