UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* Case No: 1:03-cv-11226-PBS | ) ) ) ) ) ) ) |

**MDL No. 1456**
**Master File No. 01-12257-PBS**
**Subcategory Case No. 06-11337**

**Judge Patti B. Saris**

**Magistrate Judge**
**Marianne B. Bowler**

## PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE HEARING ON SUMMARY JUDGMENT MOTIONS

Plaintiffs, the State of California and Ven-A-Care of the Florida Keys, Inc. (Plaintiffs), with the agreement of Defendants, move to reschedule the hearing on the parties' cross-motions for summary judgment and Defendants' Motion to Remand, from the current date of November 30, 2010 to December 22, 2010, or such other date as may be convenient to the Court and the parties. In support of this Motion, which is not opposed by Defendants, Dey, Inc., Mylan Inc., and Sandoz Inc. (Defendants), Plaintiffs state as follows:

1.      On August 30, 2010, the Court scheduled a hearing for November 17, 2010 (the hearing) on a number of motions pending in this matter, including (a) Defendants' Motion to Remand this matter (#6696); (b) Plaintiffs' Motion for Partial Summary Judgment (#6685); (c) Defendants Dey, Inc. and Dey, L.P.'s Motion for Partial Summary Judgment (#6694); (d) Defendant Sandoz, Inc.'s Motion for Summary Judgment (#6696); and (e) Defendants Mylan, Inc and Mylan Pharmaceutical Inc.'s Motion for Partial Summary Judgment (#6704).

2.      On November 4, 2010, the Court *sua sponte* rescheduled the hearing on the foregoing Motions to November 30, 2010 at 9:00 a.m. .

- 1 -

3.     The rescheduled hearing date is the Tuesday morning following Thanksgiving weekend. The November 30, 2010 hearing date poses travel problems for California counsel for Ven-A-Care and the State.   Immediately on receiving notice of the hearing's rescheduled date of November 30, 2010, California counsel attempted to re-book their flights for Sunday, November 28.   That proved impossible as that is the last day of the Thanksgiving weekend, and no Southwest flights (California's contracted carrier) had any remaining seats.   Scheduling flights for the Monday before the hearing (the day before the hearing) is now significantly more expensive for the State and would mean a late night arrival the night before the hearing.

4.     Plaintiffs have consulted with counsel for Defendants, all of whom provided Plaintiffs with their respective available dates between November 30 and December 24.

5.     All parties are available to attend a hearing on December 22.

<u>**CONCLUSION**</u>

For the foregoing reasons, Plaintiffs respectfully request that the Court reschedule the pending hearing date on the Motions from November 30, 2010 to December 22, 2010 or another appropriate date.

Dated: November 10, 2009                Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


By:   /s/ Nicholas N. Paul
      NICHOLAS N. PAUL
      Supervising Deputy Attorney General
      1455 Frazee Road, Suite 315
      San Diego, CA  92108
      Tel: (619) 688-6099
      Fax: (619) 688-4200
      **Attorneys for the STATE OF CALIFORNIA**

THE BREEN LAW FIRM, P.A.


By:    /s/ James J. Breen
      JAMES J. BREEN
      The Breen Law Firm, P.A.
      5755 North Point Parkway, Suite 260
      Alpharetta, GA  30022
      Telephone: (770) 740-0008
      **Attorneys for Relator,**
      **VEN-A-CARE OF THE FLORIDA KEYS, INC.**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on November 10, 2010, I caused a true and correct copy of the foregoing, **PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE HEARING ON SUMMARY JUDGMENT MOTIONS**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

*/s/ Nicholas N. Paul*
NICHOLAS N. PAUL