UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| BMS SETTLEMENT | Judge Patti B. Saris |

**CLASS COUNSEL AND BMS' JOINT MOTION FOR ENTRY OF AN ORDER GRANTING FINAL APPROVAL OF THE CLASS 2 AND CLASS 3 COMPONENTS OF <u>BMS SETTLEMENT</u>**

Class Counsel and Defendant Bristol Myers Squibb ("BMS") (collectively "the Parties"), by their undersigned counsel, jointly move this Court for entry of an order granting final approval of the Class 2 and Class 3 components of the BMS Settlement ("Settlement"). In support of this Motion Class Plaintiffs have filed an accompanying Memorandum of Law, the Declaration of Katherine Kinsella and the Declaration of Eric Miller.

DATED: November 12, 2010   By   /s/ **Steve W. Berman**
  Thomas M. Sobol (BBO#471770)
  Edward Notargiacomo (BBO#567636)
  Hagens Berman Sobol Shapiro LLP
  55 Cambridge Parkway, Suite 301
  Cambridge, MA  02142
  Telephone: (617) 482-3700
  Facsimile: (617) 482-3003

  **LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 3 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on November 12, 2010, I caused copies of **CLASS COUNSEL AND BMS' JOINT MOTION FOR ENTRY OF AN ORDER GRANTING FINAL APPROVAL OF THE CLASS 2 AND CLASS 3 COMPONENTS OF BMS SETTLEMENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

      /s/ Steve W. Berman
      Steve W. Berman