UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 07-12141-PBS<br><br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa  v. Abbott Laboratories, Inc., et al.* | | |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., AND ZENECA HOLDINGS, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa and defendants AstraZeneca Pharmaceuticals L.P., AstraZeneca L.P., and Zeneca Holdings, Inc. (hereinafter "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State of Iowa and the Settling Defendants, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  November 16, 2010

                                          Respectfully submitted,

                              By:      /s/  Joanne M. Cicala
                                  Joanne M. Cicala
                                  Daniel Hume
                                  Kirby McInerney LLP
                                  825 Third Avenue
                                  New York, NY 10022
                                  212-371-6600

                                  *On Behalf of the State of Iowa*

By: /s/ John E. Schmidtlein
John E. Schmidtlein
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*On Behalf of the Settling Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiff's Claims Against Defendants AstraZeneca Pharmaceuticals L.P., AstraZeneca L.P., and Zeneca Holdings, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP