UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Iowa v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No.: 07-12141-PBS <br><br> Judge Patti B. Saris |

**[PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., AND ZENECA HOLDINGS, INC.**

The Motion for Dismissal is hereby GRANTED. All Claims in this action against Defendants AstraZeneca Pharmaceuticals L.P., AstraZeneca L.P., and Zeneca Holdings, Inc. are dismissed with prejudice and without costs to any party.

IT IS SO ORDERED

Dated: _____, 2010

_____
The Honorable Patti B. Saris
United States District Court Judge