# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT ORGANON PHARMACEUTICALS USA INC. LLC

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendant, Organon Pharmaceuticals USA Inc. LLC (improperly sued in some cases as Organon Pharmaceuticals USA, Inc.) (hereinafter "Organon"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and Organon, that all claims in this action against Organon are dismissed with prejudice and without costs to any party.

Dated:  November 16, 2010

                      Respectfully submitted,

        By:   /s/ Joanne M. Cicala
             Joanne M. Cicala
             Daniel Hume
             **KIRBY McINERNEY LLP**
             825 Third Avenue
             New York, NY 10022
             (212) 371-6600

             *On Behalf of Plaintiffs the Consolidated New York Counties except Nassau and Orange*

By: /s/ Ross Brooks
Ross Brooks
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

*On Behalf of Plaintiff the County of Nassau*


By: /s/ Stanley J. Levy
Stanley J. Levy
Theresa A. Vitello
**LEVY PHILLIPS & KONIGSBERG, LLP**
800 Third Avenue, 13th Floor
New York, NY 10007
(212) 605-6200

*On behalf of Plaintiff the County of Orange*


By: /s/ Barry L. Gerstman
Barry L. Gerstman
**Haworth Coleman & Gerstman, LLC**
45 Broadway, 21st Floor
New York, NY 10006
(212) 952-1100

*On Behalf of Organon Pharmaceuticals USA Inc. LLC*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiffs' Claims Against Defendant Organon Pharmaceuticals USA Inc. LLC, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/  James Carroll
KIRBY McINERNEY LLP
