UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT ORGANON PHARMACEUTICALS USA INC. LLC

The Motion for Dismissal is hereby GRANTED. All Claims in this action against Defendant Organon Pharmaceuticals USA Inc. LLC (improperly sued in some cases as Organon Pharmaceuticals USA, Inc.) are dismissed with prejudice and without costs to any party.

IT IS SO ORDERED

Dated: _____, 2010

_____
The Honorable Patti B. Saris
Judge