

Thomas M. Sobol
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA  02142
www.hbsslaw.com
**Direct (617) 475-1950**
**tom@hbsslaw.com**

November 23, 2010

<u>*Via ECF and Hand Delivery*</u>

Honorable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Courtroom 13
Boston, MA  02210

      Re:    *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*,
              MDL No. 1456

Dear Judge Saris:

      In accordance with the status conference conducted before this Court on November 19, 2010, Class Counsel hereby file the attached, proposed Order for Scheduling in connection with the proposed BMS Settlement.

      Please feel free to contact my office if you have any questions or concerns regarding the above matter.  Thank you.

      Very truly yours,

      HAGENS BERMAN SOBOL SHAPIRO LLP


      <u>**/s/ Thomas M. Sobol**</u>

      Thomas M. Sobol

TMS:lc

001534-16  410336 v1