

Thomas M. Sobol
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA  02142
www.hbsslaw.com
**Direct (617) 475-1950**
tom@hbsslaw.com

November 24, 2010

*<u>Via ECF and Hand Delivery</u>*

Honorable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Courtroom 13
Boston, MA  02210

    Re:   *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*,
          <u>MDL No. 1456</u>

Dear Judge Saris:

    Yesterday, I filed and sent to your chambers a draft, proposed Order in connection with the proposed BMS settlement.  I now enclose and have filed an additional proposed order, this one relating to the proposed Track Two settlement.  The dates on this order are consistent with those that I submitted to the Court during the hearing on Friday, November 19, 2010.

    Please note that while my office has sent this draft to counsel for the Track Two Defendants, given the short time frame and holiday we have not had the opportunity to obtain comments from everyone in that group.  However, given the nature of this order and the preliminary comments that we received, I do not anticipate any substantial issue.

    Thank you very much.

                            Very truly yours,

                            HAGENS BERMAN SOBOL SHAPIRO LLP

                            <u>**/s/ Thomas M. Sobol**</u>

                            Thomas M. Sobol

TMS:lc