## CERTIFICATE OF SERVICE

       I hereby certify that I am one of plaintiffs' attorneys and that on this date I caused copies of the papers annexed hereto to be served on all counsel of record in this proceeding via CM/ECF filing and email.

                                        **/s/ Thomas M. Sobol**

                                        Thomas M. Sobol

Dated: November 24, 2010