**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | ) |

IN RE PHARMACEUTICAL INDUSTRY ) 
AVERAGE WHOLESALE PRICE ) MASTER FILE NO. 01-cv-12257
LITIGATION )
_____ ) MDL No. 1456
 )
THIS DOCUMENT RELATES TO: ) JUDGE PATTI B. SARIS
 )
TRACK TWO SETTLEMENT )
_____ )

**ORDER FOR FINAL CONSIDERATION OF TRACK TWO SETTLEMENT**
**NOVEMBER 30, 2010**

Saris, U.S.D.J.

This Court has heard from counsel at hearings on the status of the Class 1, 2 and 3 aspects of the proposed Settlement with the Track Two Defendants (the "Track Two Settlement"). During a hearing on the BMS Settlement on November 19, 2010, the Court received the sworn testimony of Cindy Weigel, an employee of Buccaneer, a Vangent Company ("Buccaneer"), and the vendor working with CMS to produce data to effectuate notice to the BMS Class 1. Class counsel has also requested CMS data about potential members of Class 1 in this Track Two potential settlement. Because the Track Two Settlement was first proposed quite some time ago, the court is concerned about the slow pace of the implementation of the settlement in Track Two. The court orders the participants to proceed with dispatch. This Court ORDERS the following:

1. **Data Production**. This Court hereby orders that the Centers for Medicare and Medicaid Services ("CMS") and its vendors, the Research Data Assistance Center ("RESDAC") and Buccaneer, shall, no later than December 15, 2010, produce to the Claims Administrator electronic data sufficient to identify all transaction information for individuals for whom CMS reimbursed any of the specific drugs involved in the Settlements, as identified in a separate list of J Codes or HCPCS. These HCPCS should be run against the Outpatient SAF, Carrier SAF and DME SAF files for all beneficiaries that had any one of the submitted HCPCS, outputting only the claims with the submitted HCPCS. These should also be run against the Vital Status file with names and addresses (alive and dead). The exact data to be provided is further identified in the letter from Buccaneer to Class Counsel dated November 1, 2010.

2. **Class Counsel To Assist**. This Court hereby orders that Class Counsel shall take all reasonable steps necessary to ensure that the necessary data is transferred to the Claims Administrator by December 15, 2010.

3. If the data mentioned above is not produced by December 15, 2010, the Court intends to hold a hearing where representatives of CMS, RESDAC, Buccaneer and/or Class Counsel will be expected to appear and provide testimony.

4. **Further Schedule**. This Court hereby further orders Plaintiffs and Class Counsel, the Claims Administrator, the Track

2 Defendants and their counsel to exercise all reasonable efforts to complete the Track Two Settlement approval process on the following schedule:

| | |
|---|---|
| December 31, 2010 | Class Counsel To File A Status Report Regarding Planned Notice and Notice Expenses In Connection with the Proposed Mailing to Potential Class One Members |
| January 31, 2011 | Direct Mail Notice to Potential Track Two Class One Members To Be Sent (Unless Otherwise Ordered By the Court In Light of the December 31 Report) |
| February 28, 2011 | Class Plaintiffs file Motion for Attorney Fees and Expenses |
| February 28, 2011 | Deadline for Class Member to Return Initial Notice Cards |
| March 21, 2011 | Class Counsel Files Final Approval Papers and Recommendations on Use of Any Excess Settlement Funds (the Court may thereafter issue, prior to the final approval hearing date, an order to show cause why a particular use of excess funds is not appropriate) |
| March 28, 2011 | Deadline for Objections, Exclusions and Filing of Claims |

5. **Final Approval Hearing**. The Final Approval Hearing for the Track Two Settlement will be held on April 19, 2011 at 2:00 P.M. in Courtroom 22.

6. **Status Reports**. Class Counsel shall file with the Court monthly status reports detailing the progress of the Track Two Settlement.  The first such report shall be filed on December 17, 2010. Subsequent reports shall be filed on the first day of each month.

7. **Service.** Class Counsel shall serve copies of this Order on the Claims Administrator, CMS, RESDAC and Buccaneer. Class Counsel shall thereafter promptly file with the Court a notice of completion of service.

_/s/ PATTI B. SARIS_____
Patti B. Saris
United States District Judge