UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257 PBS |
| ) THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS AND 01-CV-339 ) ) | Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF APPEARANCE

Please enter the appearance of Azure Abuirmeileh of Dwyer & Collora, LLP, as additional counsel on behalf of Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation in the above-captioned matter.

Dated:   December 1, 2010

/s/ Azure Abuirmeileh
Azure Abuirmeileh (BBO No. 670325)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
aabuirmeileh@dwyercollora.com

*Attorney for Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation*

2

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

I, Azure Abuirmeileh, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on December 1, 2010, I caused a copy of this motion to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

    /s/ Azure Abuirmeileh
    Azure Abuirmeileh