## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) ) Civil Action No. 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler ) |

### NOTICE OF WITHDRAWAL

Please note the withdrawal of Jennifer M. Ryan of Dwyer & Collora, LLP, as counsel on behalf of Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation in the above-captioned matter.

Dated:    December 1, 2010

/s/ Jennifer M. Ryan
Jennifer M. Ryan (BBO No. 661498)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 371-1000
Fax: (617) 371-1037
jryan@dwyercollora.com

*Attorney for Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation*

2

**CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE**

    I, Jennifer M. Ryan, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on December 1, 2010, I caused a copy of this motion to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

                                                    /s/ Jennifer M. Ryan
                                                        Jennifer M. Ryan