**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *State of Iowa*<br>*v.*<br>   *Abbott Laboratories Inc., et al.* | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141<br><br>Judge Patti B. Saris |

**DECEMBER 2010 STATUS REPORT FOR THE STATE OF IOWA**

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for December 2010, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  December 1, 2010

                Respectfully submitted,

                **KIRBY McINERNEY, LLP**
                825 Third Avenue
                New York, New York 10022
                (212) 371-6600

         By: /s/ Joanne M. Cicala_____
                Joanne M. Cicala

                *Counsel for the State of Iowa*

**December 2010 Status Report for the State of Iowa**

**Voluntary Dismissal of Claims**

On November 4, 2010, the court entered an order granting plaintiff's voluntary dismissal of claims against defendant Medimmune, Inc. *See* Docket No. 7296, Sub-docket No. 94.

On November 24, 2010, the court entered an order granting plaintiff's voluntary dismissal of claims against defendants Zeneca Holdings, Inc., AstraZeneca LP, and AstraZeneca Pharmaceuticals L.P. *See* Docket No. 7311, Sub-docket 97.

**Plaintiff's Expert Disclosures**

On November 15, 2010 plaintiff served the Fed.R. Civ. P. 26(a)(2)(B) expert reports of Harris L. Devor, C.P.A., (Merck and Tap), Jeffrey J. Leitzinger, Ph.D., (Mylan, Par, Alpharma-Purepac, and Sandoz), and Stephen W. Schondelmeyer, Pharm.D, Ph.D. (covering the same defendants as identified above).

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 1st day of December, 2010, she caused a true and correct copy of the above December 2010 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  December 1, 2010

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600