UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) | Subcategory No. 06-11337-PBS |
| | ) | |
| *United States of America ex rel. Ven-a-Care of* | ) | |
| *the Florida Keys, Inc. v.  Dey, Inc., et al.*, Civil | ) | Hon. Patti B. Saris |
| Action No. 05-11084-PBS | ) | |

**JOINT MOTION TO EXTEND THE 90-DAY ORDER OF DISMISSAL**

The Plaintiffs United States and Relator Ven-a-Care of the Florida Keys, Inc., and

Defendants Dey, Inc., Dey Pharma, L.P. (formerly known as Dey, L.P.) and Dey

L.P., Inc., hereby move the Court to extend the 90-day Order of Dismissal of August 10,

2010 (Master Doc. #7222), to allow the parties an additional 14 days to conclude their

settlement discussions before an Order of Dismissal becomes final.[1]

After the parties reported to the Court that they had reached agreement in principle

on a settlement, the Court on August 10, 2010, entered an Order of Dismissal which

stated, "It is hereby ORDERED that this action is hereby dismissed as to Dey, Inc.

without costs and without prejudice to the right of any party, upon good cause shown, to

reopen the action within 90 days."  Master Doc. #7222.  At the request of the parties (see

Master Doc. #7294, Subcategory #829), the Court on November 19, 2010, extended the

---

[1]   In the event the Court declines to extend the deadline, the Plaintiffs United
States and Relator Ven-a-Care of the Florida Keys, Inc. request that the Court reopen the
action.

expiration date of the 90-day Order of Dismissal for an additional 30 days, to December 8, 2010.

Counsel for the parties believe their negotiations are complete, but the parties need an additional 14 days in which to obtain the necessary approvals and signatures to the settlement documents and file a proposed Order of Dismissal in accordance with the terms of the settlement.  Accordingly, the parties request that the Court modify its 90-day Order of Dismissal of August 10, 2010, as modified by the Court's Order of November 19, 2010, to allow the parties an additional 14 days, to and until December 22, 2010, to obtain the necessary approvals and signatures.

Respectfully submitted,

TONY WEST
ASSISTANT ATTORNEY GENERAL

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:  /s/ George B. Henderson, II
George B. Henderson, II
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3272

FOLEY HOAG LLP

By:  /s/ Martin F. Murphy
Martin F. Murphy
BBO 363250
Robert E. Toone
BBO 663249
Seaport World Trade Center West,
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Joyce R. Branda
Daniel R. Anderson
Laurie A. Oberembt
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044


FOR THE RELATOR


 /s/ James J. Breen
James J. Breen
Allison Warren Simon
The Breen Law Firm, P.A.
5755 Northpoint Parkway, Suite 260
Alpharetta, GA 30022
Tel. (770) 740-000

KELLEY DRYE & WARREN LLP

Paul F. Doyle
William A. Escobar
Neil Merkl
Sarah Reid
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Counsel for Dey, Inc.

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(A)(2) that counsel have conferred concerning this motion.

/s/ George B. Henderson, II
George B. Henderson, II

### CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: December 6, 2010

/s/ George B. Henderson, II
George B. Henderson, II