UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KIMBERLY PERROTTA COLE

Erik J. Frick, a member of the law firm of Eckert Seamans Cherin & Mellot, LLC, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing Kimberly Perrotta Cole to appear *pro hac vice* in the above captioned case on behalf of Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. In support of this Motion, I submit as follows:

(1) Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. are defendants in the above captioned matter;

(2) Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. have retained Kimberly Perrotta Cole, an associate in the law firm of Williams & Connolly LLP, to represent their interests in this proceeding;

(3) Ms. Cole has executed a Certificate in accordance with Local Rule 83.5.3, which is attached hereto;

(4) In accordance with Local Rule 7.1, I have conferred with Counsel for Plaintiff and Plaintiff assents to the Motion.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Kimberly Perrotta Cole.

Dated: December 3rd, 2010

Respectfully Submitted,

_____
Erik J. Frick (BBO # 553336)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, MA 02110
Telephone (617) 342-6800
Facsimile (617) 342-6899

## CERTIFICATE OF SERVICE

I, Erik J. Frick, on behalf of Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc., hereby certify that I have caused a true copy of Defendants' Motion for Admission *Pro Hac Vice* of Kimberly Perrotta Cole to be delivered to all counsel of record by electronic filing, this 3 day of December, 2010.

_____
Erik J. Frick

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| STATE OF IOWA, <br><br> Plaintiff, <br><br> vs. <br><br> ABBOTT LABORATORIES, et al. <br><br> Defendants. | MDL No. 1456 <br><br> Master File No. 01-cv-12257-PBS <br><br> Subcategory No. 07-12141-PBS <br><br> Judge Patti B. Saris |

## CERTIFICATE OF KIMBERLY PERROTTA COLE, ESQ.

I, Kimberly Perrotta Cole, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I was admitted to practice in the District of Columbia in December 2005. I have been a member in good standing of the Bar of the District of Columbia since that time.

2. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Signed under the pains and penalties of perjury, this 3rd day of December, 2010.

_____
Kimberly Perrotta Cole, Esq.

_____
SHARON L. BROWN
Notary Public, District of Columbia
My Commission Expires July 31, 2014      12-3-10



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

KIMBERLY PERROTTA COLE

was on the 12TH day of DECEMBER, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 30, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk