UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS FOREST PHARMACEUTICALS, INC. AND FOREST LABORATORIES, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendants Forest Pharmaceuticals, Inc. and Forest Laboratories, Inc. (hereinafter "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and the Settling Defendants, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  December 08, 2010

                Respectfully submitted,


          By: /s/ Joanne M. Cicala
             Joanne M. Cicala
             Daniel Hume
             Kirby McInerney LLP
             825 Third Avenue
             New York, NY 10022
             212-371-6600

             *On Behalf of Plaintiffs the Consolidated New York Counties*

By: /s/ Peter J. Venaglia
Peter J. Venaglia
Dornbush Schaeffer Strongin & Venaglia, LLP
747 Third Avenue
New York, New York 10017
(202) 759-3300

*On Behalf of the Settling Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 08, 2010, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiffs' Claims Against Defendants Forest Pharmaceuticals, Inc. and Forest Laboratories, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/ s/ James Carroll
KIRBY McINERNEY LLP