# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
IN REGARDING PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456
_____)
) Civil Action No. 01-CV-12257 PBS
)
THIS DOCUMENT RELATES TO ) Judge Patti B. Saris
01-CV-12257-PBS AND O1-CV-339 ) Chief Magistrate Judge Marianne B. Bowler
)
_____)

## NOTICE OF WITHDRAWAL

Please note the withdrawal of Hoa T.T. Hoang of Hogan Lovells US LLP, as counsel on

behalf of Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network

Corporation in the above-captioned matter.


Dated:  December 10, 2010


　　　/s/ Hoa T.T. Hoang　　　　　　　　
Hoa T.T. Hoang
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY  10022
Tel:  212-918-3000
Fax: 212-918-3100
hoa.hoang@hoganlovells.com

*Attorneys for Defendants Bristol-Myers Squibb Company and
Oncology Therapeutics Network Corporation*

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

I, Hoa T.T. Hoang, hereby certify that I am one of Bristol-Myers Squibb Company and

Oncology Therapeutics Network Corporation's attorneys and that, on December 10, 2010, I caused

a copy of this Notice of Withdrawal to be served on all counsel of record by electronic service

pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting

and notification to all parties.

_____/s/ Hoa T.T. Hoang_____
Hoa T.T. Hoang