UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No.: 01-CV-12257-PBS<br>Sub-Category Case No. 03-12257 |
| THIS DOCUMENT RELATES TO THE CONSOLIDATED NEW YORK COUNTY ACTIONS | Judge Patti B. Saris |

### PRO HAC VICE DECLARATION OF BIRGIT KURTZ

1. I am an attorney with the firm Crowell & Moring LLP, counsel in this matter to defendant Purepac Pharmaceutical Company. I submit this Declaration in support of my admission *pro hac vice* to the bar of this Court, pursuant to paragraph 16 of Case Management Order No. 1.

2. I am an attorney duly licensed to practice law in the States of New York and New Jersey. I have also been admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York and for the District of New Jersey, as well as the United States Court of International Trade.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted. There have been and are no disciplinary actions pending against me, and I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of December, 2010.

_____
Birgit Kurtz