UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS Subcategory No. 03-10643-PBS |
| ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) *The City of New York, et al. v. Abbott Laboratories,* ) *Inc., et al.* ) | Judge Patti B. Saris |

**[PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS FOREST PHARMACEUTICALS, INC. AND <u>FOREST LABORATORIES, INC.</u>**

The Motion for Dismissal is hereby GRANTED. All Claims in this action against Defendants Forest Pharmaceuticals, Inc. and Forest Laboratories, Inc. are dismissed with prejudice and without costs to any party.

IT IS SO ORDERED

Dated: 12/10/2010, 2010

/s/ Patti B. Saris
The Honorable Patti B. Saris
United States District Court Judge