UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | |
| _____ | ) ) | MDL No. 1456 Master File No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Subcategory Case No. 06-11337 -PBS |
| | ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS | ) ) ) | Hon. Patti B. Saris |
| | ) ) | Magistrate Judge Marianne B. Bowler |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions

of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the

December 7, 2010, Settlement Agreement between the United States, Relator Ven-A-Care of the

Florida Keys, Inc. ("Relator"), and Abbott Laboratories Inc. and Abbott Laboratories ("Abbott")

(collectively, the "Parties"), the Parties hereby stipulate, through their undersigned counsel, to the

entry of an order dismissing with prejudice the United States' First Amended Complaint filed

against Abbott in *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, MDL-No.

1456, C.A. No. 01-12257-PBS (D. Mass.) (relating to *United States ex rel. Ven-A-Care of the*

*Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS).  The dismissed

claims, which were previously assigned No. 06-21303-CV-GOLD (S.D. Fla.), were transferred to

this MDL for pre-trial proceedings pursuant to MDL 1456 Conditional Transfer Order-30 (July

11, 2006).

This stipulation has no effect on claims or allegations against any defendants other than

Abbott in *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, MDL-No. 1456,

C.A. No. 01-12257-PBS (D. Mass.).

Each party shall bear its own costs and attorneys' fees.

WHEREFORE, to permit them to effectuate the terms of their Settlement Agreement,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the

federal False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties respectfully request that the Court

enter an order in the form attached hereto as Exhibit 1.

Respectfully Submitted,

For the United States of America,

CARMEN M. ORTIZ                           TONY WEST
UNITED STATES ATTORNEY                    ASSISTANT ATTORNEY GENERAL


George B. Henderson, II                      /s    Justin Draycott
Assistant U.S. Attorney                   Joyce R. Branda
John Joseph Moakley U.S. Courthouse       Daniel R. Anderson
Suite 9200, 1 Courthouse Way              Renée Brooker
Boston, MA 02210                          Justin Draycott
Phone: (617) 748-3272                     Rebecca Ford
Fax: (617) 748-3971                       Civil Division
                                          Commercial Litigation Branch
WIFREDO A. FERRER                         P. O. Box 261
UNITED STATES ATTORNEY                    Ben Franklin Station
SOUTHERN DISTRICT OF FLORIDA              Washington, D.C. 20044
                                          Phone: (202) 307-1088
   /s   Mark Lavine                       Fax: (202) 307-3852
Mark A. Lavine
Special Attorney for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101




For the Defendant Abbott Laboratories, Inc.    For the relator, Ven-A-Care of the Florida
                                               Keys, Inc.

   /s   James Daly
James Daly
Jones Day                                         /s    James Breen
77 West Wacker                                 James J. Breen
Chicago, IL 60601-1692                         The Breen Law Firm, P.A.
                                               3350 S.W. 148th Avenue, Suite 110
                                               Miramar, FL 33027
                                               Tel: (954) 874-1635
December 13, 2010                              Fax: (954) 874-1705

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that I have this day caused an electronic copy of the above **"STIPULATION FOR VOLUNTARY DISMISSAL"** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                     /s Mark Lavine

December 13, 2010