# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| | Subcategory Docket: 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 07-CV-11618-PBS | Magistrate Judge Marianne B. Bowler |

## UNITED STATES' CONSENT TO RELATOR AND DEFENDANT'S STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Relator Ven-A-Care of the Florida Keys, Inc. (the "Relator") and Abbott Laboratories Inc., have agreed to settle and dismiss the above-captioned action.

Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to (i) the settlement between Relator and Abbott Laboratories Inc.; and (ii) the dismissal with prejudice of the above-captioned action. The United States has determined that the amount it will receive in connection with the settlement in the above-captioned case is fair, adequate, and reasonable.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA,**

| | |
|---|---|
| CARMEN M. ORTIZ | TONY WEST |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II | |
| Assistant U.S. Attorney | __/s Justin Draycott_____ |
| John Joseph Moakley U.S. Courthouse | Joyce R. Branda |
| Suite 9200, 1 Courthouse Way | Daniel R. Anderson |
| Boston, MA 02210 | Renée Brooker |
| Phone: (617) 748-3272 | Justin Draycott |
| Fax: (617) 748-3971 | Rebecca Ford |
| | Civil Division |
| WIFREDO A. FERRER | Commercial Litigation Branch |
| UNITED STATES ATTORNEY | P. O. Box 261 |
| SOUTHERN DISTRICT OF FLORIDA | Ben Franklin Station |
| | Washington, D.C. 20044 |
| __/s Mark Lavine_____ | Phone: (202) 307-1088 |
| Mark A. Lavine | Fax: (202) 616-3085 |
| Special Attorney for the Attorney General | |
| 99 N.E. 4th Street, 3rd Floor | |
| Miami, FL 33132 | |
| Fax: (305) 536-4101 | |
| Phone: (305) 961-9003 | |

Dated: December 13, 2010

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **"UNITED STATES' CONSENT TO RELATOR AND DEFENDANT'S STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE"** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s Mark Lavine

December 13, 2010