UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Master Case No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | Subcategory Case No. 06-11337-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS | ) ) ) ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions

of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the

Settlement Agreement attached as Exhibit A hereto, the United States, Relator Ven-A-Care of

the Florida Keys, Inc. and Defendants Boehringer Ingelheim Corporation ("BIC"),

Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), Roxane Laboratories, Inc. ("RLI"),

and Roxane Laboratories, Inc. n/k/a Boehringer Ingelheim Roxane, Inc. ("BIRI") (all four

entities referred to collectively as "Roxane") hereby stipulate to the entry of an order dismissing

the First Amended Complaint against Roxane with prejudice.

Respectfully submitted,

TONY WEST                                          KIRKLAND & ELLIS LLP
ASSISTANT ATTORNEY GENERAL

CARMEN M. ORTIZ                                    By:  /s/ Helen E. Witt
UNITED STATES ATTORNEY                             Helen E. Witt, P.C.
                                                   Kirkland & Ellis LLP
                                                   300 N. LaSalle
By:   /s/ George B. Henderson, II                  Chicago, Illinois 60654
George B. Henderson, II                            Telephone: (312) 861-2000
Assistant U.S. Attorney                            Facsimile: (312) 861-2200
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210                                   Counsel for Defendants Boehringer
(617) 748-3282                                     Ingelheim Corporation, Boehringer
                                                   Ingelheim Pharmaceuticals, Inc., Roxane
                                                   Laboratories, Inc., and Roxane
                                                   Laboratories, Inc. n/k/a Boehringer
JOYCE R. BRANDA                                    Ingelheim Roxane, Inc.
DANIEL R. ANDERSON
LAURIE A. OBEREMBT
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20044


FOR THE RELATOR


 /s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
5755 Northpoint Parkway, Suite 260
Alpharetta, GA 30022                               Dated: December 15, 2010
Tel. (770) 740-0000

CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: December 15, 2010

/s/ George B. Henderson, II
George B. Henderson, II