UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS THE JOHNSON & JOHNSON COMPANIES**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa and defendants Johnson & Johnson, Janssen Pharmaceutica Products, L.P., Ortho-McNeil Pharmaceutical, Inc., Othro-Biotech Products, L.P., McNeil-PPC, Inc., ALZA Corporation, Centocor, Inc., and Ethicon, Inc., and said defendants' successor or affiliated companies, including Janssen, L.P., Janssen, Inc., Johnson & Johnson Healthcare Systems, Inc., Centocor-Ortho-Biotech, Inc., Ortho-Biotech, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. (collectively, the "Johnson & Johnson Companies"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State of Iowa and the Johnson & Johnson Companies, that all claims in this action against the Johnson & Johnson Companies are dismissed with prejudice and without costs to any party.

...

-2-

Dated:  December 15, 2010

                                                Respectfully submitted,

By:     /s/ Joanne M. Cicala
     Joanne M. Cicala
     Daniel Hume
     Kirby McInerney LLP
     825 Third Avenue
     New York, NY 10022
     212-371-6600

*On Behalf of the State of Iowa*

By:     /s/ Andrew D. Schau
     Andrew D. Schau
     Covington & Burling LLP
     The New York Times Building
     620 Eighth Avenue
     New York, NY 10018-1405
     (212) 841-1000

*On Behalf of the Johnson & Johnson Companies*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2010, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiff's Claims Against Defendants the Johnson & Johnson Companies, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP