UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ASTRAZENECA MASSACHUSETTS AND NON-MASSACHUSETTS CLASS 2 AND CLASS 3 SETTLEMENTS | Judge Patti B. Saris |

**CLASS COUNSEL AND ASTRAZENECA'S JOINT MOTION FOR FINAL APPROVAL OF NON-MASSACHUSETTS
CLASS 2 AND CLASS 3 ASTRAZENECA SETTLEMENT**

Class Counsel and Defendant AstraZeneca Pharmaceuticals, L.P. ("AstraZeneca") (collectively "the Parties"), by their undersigned counsel, jointly move this Court for entry of an order granting final approval of the non-Massachusetts (nationwide) Class 2 and Class 3 AstraZeneca Settlement. In support of this Motion Class Plaintiffs have filed an accompanying Memorandum of Law, the Declaration of Katherine Kinsella and the Declaration of Robin M. Niemiec, all of which support final approval of the Massachusetts Settlement as well.

| | |
|---|---|
| DATED: December 15, 2010 | By   /s/ Steve W. Berman      <br>     Thomas M. Sobol (BBO#471770)<br>     Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS COUNSEL AND ASTRAZENECA'S JOINT MOTION FOR FINAL APPROVAL OF NON-MASSACHUSETTS CLASS 2 AND CLASS 3 ASTRAZENECA SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 15, 2010, a copy to LEXISNexis File & Serve for posting and notification to all parties.

                                               **/s/ Steve W. Berman**
                                              Steve W. Berman