# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br>-------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br>ALL MASSACHUSETTS AND NON-MASSACHUSETTS CLASS ACTIONS CONCERNING ASTRAZENECA CLASSES 2 & 3 | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>**DECLARATION OF KATHERINE KINSELLA** |

I, Katherine Kinsella, being duly sworn, hereby declare as follows:

1.      I am President of Kinsella Media, LLC ("KM"), an advertising and legal notification firm in Washington, D.C. that specializes in the design and implementation of class action and bankruptcy notification programs to reach unidentified putative class members or claimants primarily in consumer and mass tort litigation. My business address is 2120 L Street, NW, Suite 860, Washington, D.C. 20037.  My telephone number is (202) 686-4111.

2.      I submit this declaration in connection with the class action Notice Program in *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, Settlements of all Massachusetts and Non-Massachusetts Class Actions concerning AstraZeneca Classes 2 & 3, pending in the United States District Court for the District of Massachusetts.  I previously submitted a Notice Program, Exhibit D to the Settlement Agreement, to the Court on June 18, 2010, outlining my firm's credentials and describing the Notice Program designed by KM.  A revised Notice Program was submitted to the Court as Exhibit G to the Revised Settlement Agreement on August 6, 2010.  The Court subsequently approved the Notice Program on August 13, 2010.  This declaration

outlines the implementation of the revised Notice Program and the measures taken to provide the best notice of the Proposed Settlement that was practicable under the circumstances.

3.    KM was retained to help design and implement the notice program for the proposed settlements of the above-captioned action.

4.    This declaration is based upon my personal knowledge and upon information provided by Class Counsel and my staff.  The information is of a type reasonably relied upon in the fields of advertising, media, and communications.

## Notice Program Overview

5.    The objective of the Notice Program was to provide adequate notice of the Proposed Settlements, which affect Class 2 and Class 3, providing both national and Massachusetts-only relief, to Class Members who are defined as follows:

**Third-Party Payor MediGap Supplemental Insurance Class ("Class 2").** All TPPs in the United States who, from January 1, 1991 through January 1, 2005, made, or incurred an obligation to make, reimbursements for any portion of a Medicare Part B co-payment for Zoladex® purchased outside the Commonwealth of Massachusetts.

**Consumer and Third-Party Payor Class For Payments Made Outside the Medicare Context ("Class 3").** All natural persons in the United States who made, or incurred an obligation to make, a non-Medicare Part B payment for Zoladex® purchased outside of the Commonwealth of Massachusetts, and all TPPs in the United States who made, or incurred an obligation to make, non-Medicare Part B reimbursements for Zoladex® purchased outside of the Commonwealth of Massachusetts, during the period from January 1, 1991, through June 11, 2010.Excluded from each of the Settlement Classes are the AstraZeneca Releasees.[1]

---

[1] "AstraZeneca Releasees" means AstraZeneca and its present and former direct and indirect parents, subsidiaries, divisions, partners and affiliates, and its respective present and former stockholders, officers, directors, employees, managers, agents, attorneys and any of their legal representatives, and its predecessors, successors, heirs, executors, trustees, administrators and assigns as of the date of the Settlement Agreements.  "Affiliates" means entities controlling, controlled by or under common control with AstraZeneca.

> **Third-Party Payor MediGap Supplemental Insurance Class ("Class 2").** All TPPs that, from January 1, 1991 through January 1, 2005, made, or incurred an obligation to make, reimbursements for any portion of a Medicare Part B co-payment for Zoladex® purchased in the Commonwealth of Massachusetts.

> **Consumer and Third-Party Payor Class For Payments Made Outside the Medicare Context ("Class 3").** All natural persons who made, or were liable for all or any portion of, a non-Medicare Part B payment for Zoladex® purchased in the Commonwealth of Massachusetts, and all TPPs that made, or incurred an obligation to make, non-Medicare Part B reimbursements for Zoladex® purchased in the Commonwealth of Massachusetts, during the period from January 1, 1991 through June 11, 2010.

6.     The following three-part Notice Program was designed and implemented:

    a) Direct notice to all readily identifiable Class Members;

    b) Broad notice through the use of paid media to consumer Class Members;

    c) Electronic notice through an informational Internet website.

<u>**Direct Notice**</u>

7.     Direct mail notice consisted of:

    a) Mailing the *Third-Party Payor Long Form Notice* to:

        i. All Third-Party Payors ("TPPs") whose names and addresses were readily identifiable.

        ii. All Class Members who requested a copy via the toll-free information line or the P.O. Box detailed in the Publication Notices.

    b) Mailing the *Consumer Long Form Notice* to:

        i. All Class Members who were identified through data received from Independent Settling Health Plans in the National Settlement and from

       TPPs filing claims in both the National Settlement and the Massachusetts Settlement.

    ii.  All Class Members who requested a copy via the toll-free information line or the P.O. Box detailed in the Publication Notices.

8. Both the *Third-Party Payor Long Form Notice* and the *Consumer Long Form Notice* were available on the informational website as a PDF file.

9. It is my understanding that direct mail notice to approximately 40,000 Third-Party Payors was initiated by Rust Consulting, Inc. ("Rust") and mailed on August 27, 2010.

10. Specific information regarding the direct mail portion of the Notice Program is provided in the Affidavit of Robin Niemiec of Rust.

**<u>Paid Media Methodology</u>**

11. The first step in designing the paid media program is choosing a target audience that encompasses the characteristics of unidentifiable Class Members. Media vehicles are chosen based on their ability to provide effective and efficient penetration of the target audience. The selected media vehicles are then measured against the target audience to quantify the penetration of the media program.

12. For the purpose of developing profiles of the demographics and media habits of Class Members in the instant case, KM analyzed syndicated data available from the GfK MRI's *2010 Doublebase Survey*[2].

---

[2] GfK MRI was known until mid-2010 as Mediamark Research & Intelligence (MRI). The *Doublebase Study* is based on GfK MRI's national *Survey of the American Consumer*, conducted since 1979, which surveys people 18 years of age and older in the contiguous 48 states. GfK MRI conducts more than 26,000 personal interviews with consumers in two waves annually, each lasting six months and consisting of 13,000 interviews. Produced annually, the *Doublebase Study* consists of two full years of data drawn from over 50,000 survey respondents. Consumer information is recorded on 500 product/service categories, 6,000 brands, and various lifestyle activities. Respondents are selected based on the ability to project their responses nationally. The survey results are sample-based. Therefore, estimates of audience and/or demographics from these surveys are subject to sampling and non-

13.   GfK MRI is the leading U.S. supplier of multimedia audience research.  As a national accredited research firm, it provides information to magazines, television, radio, Internet, and other media, leading national advertisers and over 450 advertising agencies— including 90 of the top 100 in the U.S.   GfK MRI's nationally syndicated data are widely used by these companies as the basis for the majority of the media and marketing plans written for advertised brands in the U.S.  Specifically, GfK MRI presents a single-source measurement of major media, products, services, and in-depth consumer demographic and lifestyle characteristics.   GfK MRI provides data on media usage, audience composition, and other relevant factors pertaining to all major media types as well as the readership of print vehicles.

14.   GfK MRI provides data on individuals who have taken prescription medications.  Therefore, the primary target audience against which all media was purchased and measured is *People who have taken a branded prescription for a Prostate Ailment* ("Prostate Prescription Users").

15.   Print advertising can be measured against any GfK MRI target audience; however, Internet and TV advertising can only be measured against age and gender demographics.  Therefore, the comprehensive paid media program, which included both print and Internet advertising, was measured against the following secondary target audience: *Adults above the age of 50* ("Adults 50+").

16.   Using these targets, KM evaluated the appropriate media to reach the target audiences.  Consumers spend varying amounts of time with different media.  Certain demographic groups may be heavy consumers, light consumers or non-users of a particular medium.

---

sampling error.  The use of mathematical values from those surveys should not be regarded as a representation that they are exact to the precise mathematical value stated.

This Notice Program focused on the media types used most often by the target audiences. This data indicates that Prostate Prescription Users are:

a) Very heavy television viewers and newspaper readers;

b) Light to below average Internet consumers;

c) Average to below average radio listeners;

d) Below average magazine readers.

17. As a result of this research, KM determined that newspapers, a newspaper supplement, television, consumer magazines targeted to Adults 50+ and health-related Internet websites were the most cost-effective and appropriate media vehicles to reach Class Members.

**Paid Media Notice**

18. Rule 23(c)(2) of the Federal Rules of Civil Procedure requires that class action notices must be written in "plain, easily understood language."  KM applies the plain language requirement in drafting notices in federal and state class actions.  The firm maintains a strong commitment to adhering to the plain language requirement while drawing on its experience and expertise to draft notices that effectively transmit the necessary information to potential Class Members.

19. The plain language published form of notice ("Publication Notice") was designed as a black and white advertisement to capture and hold the attention of the reader.  The bold headline allowed Class Members to quickly determine if they might be potentially affected by the Proposed Settlements.  The text provided important information regarding the subject of the Proposed Settlements, the Class definition, and the legal rights available to Class Members.

20.     The Publication Notice prominently featured the toll-free telephone number and the informational website address for Class Members to request or access the *Consumer Long Form Notice*. A true and correct copy of the Publication Notice is attached hereto as Exhibit 1.

**Print Media**

21.     The Publication Notice appeared in *Parade* magazine, a newspaper supplement that is inserted into weekend or Sunday editions of 542 newspapers.   A complete listing of newspapers that carry *Parade* is attached as Exhibit 2.   The Publication Notice appeared as a half-page ad (5.25" x 7.75") on page 16 of the October 24, 2010 edition with an estimated circulation of 32,400,000.

22.     The Publication Notice also appeared in national consumer magazines as follows:

   a)  A 2/3-page ad (5.75" x 10.56") appeared on page 34 in the November 2010 edition of *AARP Bulletin,* which went on sale on October 28, 2010, with an estimated circulation of 24,000,000.

   b)  A full-page ad (7" x 10") appeared as an insert before page 41 in the November 1, 2010 edition of *Newsweek,* which went on sale on October 25, 2010, with an estimated circulation of 1,500,000.

   c)  A full-page ad (4.75" x 6.75") appeared on page 173 in the November 2010 edition of *Reader's Digest,* which went on sale on October 19, 2010, with an estimated circulation of 5,500,000.

23.     To reach those Class Members affected by the Massachusetts-only Proposed Settlement, the Publication Notice appeared once, on either October 25, 2010 or October 26, 2010, as an approximate 1/4-page ad in the leading paper in every county in Massachusetts, with

an estimated circulation of 1,125,896.  A complete list of page numbers and run dates for each newspaper is attached as Exhibit 3.

*Television*

24. A 30-second television spot was designed to appeal specifically to Class Members.  The visuals of the spot showed images pertinent to the Settlements.  The spot quickly alerted viewers to the subject matter of the Settlements and helped viewers to determine whether they were Class Members, as well as informed them that they could file claims.  The television spot prominently featured the toll-free telephone number and Settlement website address for Class Members to obtain more information and file a claim.  A script of the television spot is attached as Exhibit 4.

25. The television spot ran on network and cable channels for a period of two weeks for an estimated 66 Television and Cable Target Rating Points ("TRPs")[3], generating 62,736,000 gross impressions.

*Internet*

26. In addition to published notice, KM used Internet banner advertising to provide additional notice opportunities beyond the broad-reaching print program to Class Members.  The banner advertisement was designed to alert Class Members to the Proposed Settlements through the use of a bold headline.  The short, simple headline enabled Class Members to quickly determine if they might be affected by the Proposed Settlements.  When visitors clicked on the banner advertisement, they were connected automatically to the informational website. True and correct copies of the banner advertisements are attached as Exhibit 5.

---

[3] Target Rating Points (TRPs) represent the sum of all the ratings delivered by the media vehicles in a schedule. A rating is the percentage of households or persons in the target who have been exposed to the media vehicles in the schedule. One TRP equals 1% of a given target population.

27.   Beginning on or about October 18, 2010, KM placed a banner ad on a highly targeted medical information website.  Banner advertisements measuring 728 x 90 or 300 x 250 pixels appeared between October 18, 2010 and November 17, 2010, on a rotating basis, on websites that are part of the prostate cancer channel of the Health.com Integrated Solutions Network for a total delivered 1,125,527 gross impressions.[4]

28.   Beginning on October 18, 2010, KM registered keywords and phrases with major search engines, including Google AdWords, Yahoo! Search Marketing, and Bing Microsoft Advertising.  When a user searched for one of the specified search terms or phrases, sponsored links to the Settlement website appeared on the results page.

### Measuring Effectiveness of Notice Program

29.   The two basic measurements used to measure media penetration of a targeted demographic and thus ensure the adequacy of a notice program are *reach* and *frequency*. *Reach* is the estimated percentage of a target audience reached one or more times by a media vehicle.  *Frequency* is the estimated average number of opportunities the audience member has to see the notice.

30.   The comprehensive paid media program, which included print, television, and Internet advertising as outlined above, delivered the following estimated reach and frequency measurements:

   a)   National:  An estimated 80.18% of Adults 50+ (targeted to Prostate Prescription Users) were reached through print, television, and Internet with an average estimated frequency of two times.

---

[4] Gross impressions are the total number of times a media vehicle containing the notice is seen.  This is a duplicated figure, as some viewers will see several media vehicles that contain the notice.

b)  Massachusetts:   An estimated 83.45% of Adults 50+ (targeted to Prostate Prescription users) were reached through all print publications—magazines, newspaper supplements, and local daily newspapers, with an average estimated frequency of 1.76.   This reach is exclusive of any reach achieved through television and Internet, as it cannot be measured against this specific target.

### Settlement Website

31.   On August 27, 2010, an interactive website was established at www.AstraZenecaSettlement.com enabling potential Class Members to acquire complete information on the Proposed Settlements.

32.   As of December 14, 2010, there have been 7,919 unique Third-Party Payor and Consumer Class Member visitors to the Settlement website.

### Conclusion

33.   It is my opinion that the reach of our target audiences and the number of exposure opportunities to the notice information is the best notice practicable under the circumstances, and it is consistent with the standards employed by KM in notification programs designed to reach unidentified members of settlement groups or classes.   The Notice Program is fully compliant with Rule 23 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.   If called as a witness, I could and would competently testify thereto.

_Katherine Kinsella_

Katherine Kinsella

December 14, 2010

Date

District of Columbia

Subscribed and sworn to before me, in my presence,
this 14th day of December, 2010
by _____ Notary Public
My commission expires 02-14-2013

10

# EXHIBIT 1

# If You Paid for Zoladex®,
## You Could Receive Benefits From Class Action Settlements

### Zoladex® treats prostate cancer, advanced breast cancer, endometriosis and uterine fibroids.

There are two Settlements in a class action concerning the price of Zoladex®. You can get a refund if you paid cash or a percentage co-payment for Zoladex®. A percentage co-payment varies with the cost of the drug. **The lawsuit does not concern the safety of Zoladex®.**

### What is the lawsuit about?

The lawsuit claims that AstraZeneca reported false and inflated average wholesale prices ("AWP") for Zoladex®. The reported AWPs are used to set drug prices that are paid by private health insurers and consumers paying cash or making percentage co-payments under private health insurance plans. The Settlements are not an admission of wrongdoing or an indication that any law was violated. AstraZeneca has entered into the Settlements to avoid further expense, and to avoid the risks of uncertain litigation. AstraZeneca denies any wrongdoing.

### Am I included?

You are included if you paid cash or made a percentage co-payment for Zoladex® anytime from January 1, 1991 to June 11, 2010. You are not included if you made a flat co-payment or were never obligated to make a co-payment at all. Payments made under Medicare Part B are not included in these Settlements.

### What do the Settlements Provide?

AstraZeneca will pay $90 million in the Nationwide Settlement ($40 million will go to a separate settlement with certain large insurers). AstraZeneca will pay $13 million in the Massachusetts Settlement. After deducting attorneys' fees (not to exceed one-third of both Settlements), expenses, and other costs, the net fund will be distributed in cash to consumers, as well as to insurers and other entities who are included. Up to 11.11% of the net fund in each of the Nationwide Settlement and the Massachusetts Settlement will go to consumers.

### What can I get from the Settlements?

The amount of money you are eligible to receive will depend on how much Zoladex® you purchased, and on how many Class Members file valid claims. For claims during the years 1997 through 2004 you may receive up to three times your out-of-pocket payments for Zoladex®.

### How do I get a payment?

You will need to submit a Claim Form by **February 15, 2011** to get a payment. Get a Claim Form at the website or by calling the toll-free number.

### What are my other rights?

If you do not want to be legally bound by a Settlement, you must exclude yourself from that Settlement. The deadline to exclude yourself from a Settlement is **December 31, 2010**. If you stay in a Settlement you will not be able to sue AstraZeneca for any claims relating to that Settlement. If you stay in a Settlement, you may object to that Settlement by **December 31, 2010**.

The Court will hold a hearing on **January 21, 2011** to consider whether to approve the Settlements and a request for attorneys' fees. The Court has appointed attorneys to represent the Class. You or your own lawyer may ask to appear and speak at the hearing at your own expense.

---

**For More Information:    1-888-812-1643    www.AstraZenecaSettlement.com**

# EXHIBIT 2

**NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST**
**EXHIBIT 2**

| State | Primary Market | Newspaper Name | Circulation | Supplement |
|-------|---------------|----------------|-------------|------------|
| AK | Anchorage | Anchorage Daily News | 53,764 | Parade |
| AK | Fairbanks | Fairbanks Daily News-Miner | 15,100 | Parade |
| AL | Alexander City | The Outlook | 3,992 | Parade |
| AL | Anniston | The Anniston Star | 22,401 | Parade |
| AL | Birmingham | The Birmingham News | 152,385 | Parade |
| AL | Gadsden | The Gadsden Times | 18,218 | Parade |
| AL | Huntsville | The Huntsville Times | 67,344 | Parade |
| AL | Mobile | Press-Register | 105,355 | Parade |
| AL | Selma | The Selma Times-Journal | 4,566 | Parade |
| AL | Talladega | The Daily Home | 8,269 | Parade |
| AL | Tuscaloosa | The Tuscaloosa News | 32,399 | Parade |
| AR | Blytheville | Blytheville Courier News | 2,971 | Parade |
| AR | El Dorado | Sunday News | 14,527 | Parade |
| AR | Fayetteville | Northwest Arkansas Democrat-Gazette | 65,937 | Parade |
| AR | Little Rock | Arkansas Democrat Gazette | 201,912 | Parade |
| AZ | Cottonwood | Verde Independent & The Bugle | 4,259 | Parade |
| AZ | Flagstaff | Arizona Daily Sun | 10,602 | Parade |
| AZ | Kingman | The Kingman Daily Miner | 7,477 | Parade |
| AZ | Lake Havasu | Today's News-Herald | 12,234 | Parade |
| AZ | Mesa/Scottsdale | Tribune | 98,510 | Parade |
| AZ | Prescott | The Daily Courier | 16,381 | Parade |
| AZ | Sun City | News-Sun | 8,793 | Parade |
| AZ | Tucson | The Arizona Daily Star | 150,256 | Parade |
| AZ | Yuma | The Sun | 23,424 | Parade |
| CA | Bakersfield | The Bakersfield Californian | 55,840 | Parade |
| CA | Camarillo | Ventura County Star | 83,875 | Parade |
| CA | El Centro | Imperial Valley Press | 10,823 | Parade |
| CA | Escondido | North County Times | 69,215 | Parade |
| CA | Fresno | The Fresno Bee | 140,392 | Parade |
| CA | Fresno/Select | The Fresno Bee Sunday Select | 22,258 | Parade |
| CA | Hanford | The Sentinel | 9,238 | Parade |
| CA | Lompoc | Lompoc Record | 4,473 | Parade |
| CA | Los Angeles | Los Angeles Times | 941,914 | Parade |
| CA | Marysville-Yuba City | Appeal-Democrat | 17,156 | Parade |
| CA | Merced | Merced Sun-Star | 16,855 | Parade |
| CA | Modesto | The Modesto Bee | 73,650 | Parade |
| CA | Modesto/Select | The Modesto Bee Sunday Select | 16,240 | Parade |
| CA | Napa Valley | Register | 13,882 | Parade |
| CA | Palmdale | Antelope Valley Press | 23,623 | Parade |
| CA | Porterville | Recorder | 6,600 | Parade |
| CA | Redding | Record Searchlight | 27,051 | Parade |
| CA | Riverside | The Press Enterprise | 119,209 | Parade |
| CA | Sacramento | The Sacramento Bee | 266,542 | Parade |
| CA | Sacramento/Select | The Sacramento Bee Sunday Select | 20,565 | Parade |
| CA | San Diego | The San Diego Union-Tribune | 310,869 | Parade |
| CA | San Diego/TMC | Local Community Values | 202,084 | Parade |
| CA | San Francisco | San Francisco Chronicle | 286,121 | Parade |
| CA | San Francisco/TMC | The Wrap | 25,845 | Parade |
| CA | San Luis Obispo | The Tribune | 39,921 | Parade |
| CA | Santa Ana | The Orange County Register | 280,000 | Parade |
| CA | Santa Ana/TMC | Sunday Preferred | 100,041 | Parade |
| CA | Santa Maria | Santa Maria Times | 15,057 | Parade |
| CA | Santa Rosa | The Press Democrat | 66,392 | Parade |
| CA | Stockton | The Record | 48,762 | Parade |
| CA | Victorville | Daily Press | 28,217 | Parade |
| CO | Boulder | Sunday Camera | 30,003 | Parade |
| CO | Canon City | Canon City Daily Record | 6,448 | Parade |

**NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST**
**EXHIBIT 2**

| State | Primary Market | Newspaper Name | Circulation | Supplement |
|-------|----------------|----------------|-------------|------------|
| CO | Colorado Springs | *The Gazette* | 88,188 | Parade |
| CO | Colorado Springs/Select | *Colorado Springs Gazette Sunday Select* | 10,000 | Parade |
| CO | Denver | *The Denver Post* | 486,976 | Parade |
| CO | Denver/Select | *The Denver Post Sunday Select* | 25,000 | Parade |
| CO | Grand Junction | *The Daily Sentinel* | 28,121 | Parade |
| CO | Longmont | *Times-Call* | 21,019 | Parade |
| CO | Loveland | *Reporter-Herald* | 16,744 | Parade |
| CO | Montrose | *Montrose Daily Press* | 5,321 | Parade |
| CO | Pueblo | *The Pueblo Chieftain* | 48,667 | Parade |
| CO | Trinidad | *The Chronicle-News* | 3,201 | Parade |
| CO | Windsor | *Windsor Now!* | 7,309 | Parade |
| CT | Bridgeport | *Connecticut Post* | 74,151 | Parade |
| CT | Danbury | *The News-Times* | 30,866 | Parade |
| CT | Greenwich | *Time* | 9,687 | Parade |
| CT | Manchester | *Journal Inquirer* | 37,862 | Parade |
| CT | Meriden | *Record-Journal* | 19,242 | Parade |
| CT | Middletown | *The Middletown Press* | 5,755 | Parade |
| CT | New Britain | *The Herald* | 10,540 | Parade |
| CT | New Haven | *New Haven Register* | 100,486 | Parade |
| CT | New London | *The Day* | 31,381 | Parade |
| CT | Stamford | *The Advocate* | 22,768 | Parade |
| CT | Torrington | *The Register Citizen* | 7,547 | Parade |
| CT | Waterbury | *The Sunday Republican* | 52,969 | Parade |
| DC | Washington | *The Washington Post* | 789,363 | Parade |
| DE | Dover | *State News Sunday* | 17,709 | Parade |
| FL | Bradenton | *Bradenton Herald* | 51,531 | Parade |
| FL | Bradenton/Select | *Bradenton Herald Sunday Select* | 9,803 | Parade |
| FL | Cape Coral | *Cape Coral Daily Breeze* | 49,252 | Parade |
| FL | Ft. Walton Beach | *Northwest Florida Daily News* | 33,018 | Parade |
| FL | Gainesville | *The Gainesville Sun* | 42,560 | Parade |
| FL | Gainesville/Select | *Gainesville Sun Sunday Select* | 10,000 | Parade |
| FL | Lake City | *Lake City Reporter* | 7,084 | Parade |
| FL | Lakeland | *The Ledger* | 70,617 | Parade |
| FL | Miami | *The Miami Herald* | 235,225 | Parade |
| FL | Miami/El | *El Nuevo Herald* | 75,278 | Parade |
| FL | Naples/Bonita | *Naples Daily News* | 88,518 | Parade |
| FL | Ocala | *Star-Banner* | 43,098 | Parade |
| FL | Ocala/Select | *Star-Banner Sunday Select* | 10,000 | Parade |
| FL | Orlando | *El Sentinel* | 80,446 | Parade |
| FL | Orlando | *Orlando Sentinel* | 290,838 | Parade |
| FL | Orlando/Select | *Orlando Sentinel Sunday Select* | 20,000 | Parade |
| FL | Orlando/SMC | *What's the Deal Orlando?* | 100,000 | Parade |
| FL | Panama City | *Freedom Florida Newspapers* | 32,000 | Parade |
| FL | Panama City | *The News Herald* | 30,815 | Parade |
| FL | Sarasota | *Herald-Tribune* | 112,347 | Parade |
| FL | St. Petersburg | *St. Petersburg Times* | 417,807 | Parade |
| FL | Stuart | *SCRIPPS Treasure Coast Newspapers* | 103,973 | Parade |
| FL | Tampa | *The Tampa Tribune* | 259,917 | Parade |
| FL | The Villages | *Daily Sun* | 41,805 | Parade |
| FL | West Palm Beach | *The Palm Beach Post* | 154,046 | Parade |
| FL | Winter Haven | *The Reporter* | 28,794 | Parade |
| GA | Americus | *Americus Times-Recorder* | 4,000 | Parade |
| GA | Atlanta | *The Atlanta Journal-Constitution* | 397,926 | Parade |
| GA | Atlanta/TMC | *Reach* | 100,000 | Parade |
| GA | Columbus | *Columbus Ledger-Enquirer* | 44,022 | Parade |
| GA | Columbus/Select | *Ledger- Enquirer Sunday Select* | 11,671 | Parade |
| GA | Cordele | *Cordele Dispatch* | 3,508 | Parade |

## NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST
### EXHIBIT 2

| State | Primary Market | Newspaper Name | Circulation | Supplement |
|-------|----------------|----------------|-------------|------------|
| GA | Hinesville | Liberty County Coastal Courier | 4,330 | Parade |
| GA | Macon | The Telegraph | 65,086 | Parade |
| GA | Macon/Select | The Telegraph Sunday Select | 13,373 | Parade |
| GA | Moultrie | The Moultrie Observer | 5,963 | Parade |
| GA | Richmond Hill | Bryan County News | 2,156 | Parade |
| GA | Rome | Rome News-Tribune | 15,069 | Parade |
| GA | Statesboro | Statesboro Herald | 7,409 | Parade |
| GA | Thomasville | Thomasville Times-Enterprise | 8,228 | Parade |
| GA | Tifton | The Tifton Gazette | 6,643 | Parade |
| GA | Valdosta | The Valdosta Daily Times | 16,066 | Parade |
| HI | Wailuku | The Maui News | 21,692 | Parade |
| IA | Ames | The Tribune | 13,818 | Parade |
| IA | Cedar Rapids | The Gazette | 65,398 | Parade |
| IA | Davenport | Quad-City Times | 64,932 | Parade |
| IA | Dubuque | Telegraph-Herald | 31,720 | Parade |
| IA | Fort Dodge | The Messenger | 16,869 | Parade |
| IA | Marshalltown | Times-Republican | 8,986 | Parade |
| IA | Mason City | Globe-Gazette | 19,441 | Parade |
| IA | Muscatine | Muscatine Journal | 7,416 | Parade |
| IA | Sioux City | Sioux City Journal | 38,489 | Parade |
| IA | Waterloo | The Courier | 47,778 | Parade |
| ID | Boise | Idaho Statesman | 73,247 | Parade |
| ID | Boise/Select | Idaho Statesman Sunday Select | 21,280 | Parade |
| ID | Idaho Falls | Post Register | 27,940 | Parade |
| ID | Lewiston/Clarkson | Lewiston Morning Tribune | 24,901 | Parade |
| ID | Nampa/Caldwell | Idaho Press Tribune | 23,356 | Parade |
| ID | Pocatello | Idaho State Journal | 17,985 | Parade |
| ID | Rexburg | Standard Journal | 4,450 | Parade |
| ID | Twin Falls | The Times-News | 20,964 | Parade |
| IL | Alton | The Telegraph | 21,023 | Parade |
| IL | Belleville | Belleville News-Democrat | 56,011 | Parade |
| IL | Belleville/Weeklies | Belleville Community Newspapers | 7,878 | Parade |
| IL | Bloomington | The Pantagraph | 43,954 | Parade |
| IL | Canton | The Daily Ledger | 4,493 | Parade |
| IL | Carbondale | The Southern Illinoisan | 32,469 | Parade |
| IL | Centralia | Mt. Vernon Morning Sentinel | 13,577 | Parade |
| IL | Champaign/Urbana | The News-Gazette | 44,608 | Parade |
| IL | Chicago | Chicago Tribune | 772,794 | Parade |
| IL | Chicago/Fin de Semana | Fin de Semana | 270,300 | Parade |
| IL | Chicago/RedEye | RedEye | 97,532 | Parade |
| IL | Chicago/Select | Chicago Tribune Sunday Select | 40,000 | Parade |
| IL | Decatur | Herald & Review | 44,044 | Parade |
| IL | Freeport | The Journal Standard | 10,644 | Parade |
| IL | Galesburg | The Register-Mail | 11,266 | Parade |
| IL | Jacksonville | Jacksonville Journal-Courier | 11,626 | Parade |
| IL | Kewanee | Star Courier | 4,487 | Parade |
| IL | Macomb | The Macomb Journal | 4,279 | Parade |
| IL | Monmouth | Daily Review Atlas | 1,816 | Parade |
| IL | Ottawa | The Times | 13,943 | Parade |
| IL | Pekin | Pekin Daily Times | 7,614 | Parade |
| IL | Peoria | Journal Star | 74,442 | Parade |
| IL | Quincy | Quincy Herald-Whig | 22,319 | Parade |
| IL | Springfield | The State Journal-Register | 60,277 | Parade |
| IN | Anderson | The Herald Bulletin | 19,904 | Parade |
| IN | Bloomington/Bedford | Hoosier Times | 35,446 | Parade |
| IN | Columbus | The Republic | 19,773 | Parade |
| IN | Evansville | Evansville Courier & Press | 73,541 | Parade |

## NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST
### EXHIBIT 2

| State | Primary Market | Newspaper Name | Circulation | Supplement |
|-------|---------------|----------------|-------------|------------|
| IN | Franklin | Daily Journal | 14,989 | Parade |
| IN | Ft. Wayne | The Journal Gazette & News-Sentinel | 105,462 | Parade |
| IN | Goshen | The Goshen News | 10,793 | Parade |
| IN | Greenfield | Daily Reporter | 8,388 | Parade |
| IN | Kokomo | Kokomo Tribune | 19,731 | Parade |
| IN | Logansport | Pharos-Tribune | 8,778 | Parade |
| IN | Mooresville/Decatur | Reporter-Times | 3,290 | Parade |
| IN | Munster | The Times | 92,856 | Parade |
| IN | Munster/Select | Munster Times Sunday Select | 10,000 | Parade |
| IN | New Albany/Jeffersonville | The Evening News & The Tribune | 12,286 | Parade |
| IN | Seymour | The Tribune | 6,958 | Parade |
| IN | South Bend | South Bend Tribune | 83,389 | Parade |
| IN | Terre Haute | Tribune-Star | 24,376 | Parade |
| KS | Great Bend | Great Bend Tribune | 6,056 | Parade |
| KS | Manhattan | The Manhattan Mercury | 9,738 | Parade |
| KS | Salina | Salina Journal | 27,961 | Parade |
| KS | Wichita | The Wichita Eagle | 113,579 | Parade |
| KS | Wichita/Select | The Wichita Eagle Sunday Select | 14,543 | Parade |
| KY | Ashland | The Independent | 15,795 | Parade |
| KY | Bowling Green | Daily News | 23,860 | Parade |
| KY | Danville | The Kentucky Advocate | 9,272 | Parade |
| KY | Elizabethtown | The News Enterprise | 19,500 | Parade |
| KY | Glasgow | The Glasgow Daily Times | 8,598 | Parade |
| KY | Henderson | The Gleaner | 10,309 | Parade |
| KY | Lexington | Lexington Herald-Leader | 115,816 | Parade |
| KY | Lexington/Select | Lexington Herald-Leader Sunday Select | 15,000 | Parade |
| KY | Maysville | The Ledger Independent | 7,460 | Parade |
| KY | Somerset | Commonwealth Journal | 8,336 | Parade |
| LA | Abbeville-Eunice-Ville Platte | Meridonial-News-Gazette | 11,595 | Parade |
| LA | Baton Rouge | The Advocate | 111,885 | Parade |
| LA | Crowley | The Crowley Post-Signal | 3,800 | Parade |
| LA | Houma | The Courier | 16,779 | Parade |
| LA | Lake Charles | American Press | 35,253 | Parade |
| LA | New Orleans | The Times-Picayune | 170,502 | Parade |
| LA | Ruston | The Ruston Daily Leader | 5,200 | Parade |
| MA | Boston | Boston Sunday Globe | 375,651 | Parade |
| MA | Hyannis/Cape Cod | Cape Cod Times | 43,143 | Parade |
| MA | New Bedford | Sunday Standard-Times | 26,940 | Parade |
| MA | Springfield | Republican | 102,015 | Parade |
| MA | Worcester | Sunday Telegram | 81,461 | Parade |
| MD | Baltimore | Baltimore Weeklies | 105,623 | Parade |
| MD | Baltimore | The Sun | 344,118 | Parade |
| MD | Baltimore/Select | Baltimore Sun Sunday Select | 20,000 | Parade |
| MD | Cumberland | Cumberland Times-News | 26,589 | Parade |
| MD | Hagerstown | The Herald-Mail Newspapers | 33,365 | Parade |
| ME | Portland | Telegram | 82,979 | Parade |
| MI | Adrian | The Daily Telegram | 15,202 | Parade |
| MI | Ann Arbor | AnnArbor.com | 41,825 | Parade |
| MI | Bad Axe | Huron Daily Tribune | 6,040 | Parade |
| MI | Bay City | The Bay City Times | 31,968 | Parade |
| MI | Cadillac | News | 8,135 | Parade |
| MI | Dearborn | Press & Guide | 10,652 | Parade |
| MI | Flint | The Flint Journal | 74,375 | Parade |
| MI | Grand Rapids | The Grand Rapids Press | 157,155 | Parade |
| MI | Jackson | Citizen Patriot | 29,649 | Parade |
| MI | Kalamazoo | Kalamazoo Gazette | 56,832 | Parade |
| MI | Lapeer | The County Press | 9,859 | Parade |

## NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST
### EXHIBIT 2

| State | Primary Market | Newspaper Name | Circulation | Supplement |
|-------|----------------|----------------|-------------|------------|
| MI | Marquette | *The Mining Journal* | 14,607 | Parade |
| MI | Midland | *The Midland Daily News* | 15,641 | Parade |
| MI | Monroe | *The Monroe Sunday News* | 21,569 | Parade |
| MI | Mount Clemens | *The Macomb Daily* | 65,770 | Parade |
| MI | Mount Pleasant | *Morning Sun* | 9,140 | Parade |
| MI | Muskegon | *The Muskegon Chronicle* | 38,095 | Parade |
| MI | New Baltimore | *The Weekend Voice* | 15,983 | Parade |
| MI | Petoskey | *Petoskey News-Review* | 9,431 | Parade |
| MI | Pontiac | *The Oakland Press* | 79,556 | Parade |
| MI | Royal Oak | *The Daily Tribune* | 7,462 | Parade |
| MI | Saginaw | *The Saginaw News* | 39,156 | Parade |
| MI | Shelby Township | *Advisor & Source Newspapers* | 116,612 | Parade |
| MI | Southgate | *The News-Herald* | 40,148 | Parade |
| MI | Traverse City | *Record-Eagle* | 28,082 | Parade |
| MN | Albert Lea | *Albert Lea Tribune* | 5,999 | Parade |
| MN | Austin | *Austin Daily Herald* | 5,011 | Parade |
| MN | Bemidji | *The Bemidji Pioneer* | 9,432 | Parade |
| MN | Duluth | *Duluth News-Tribune* | 49,141 | Parade |
| MN | Faribault | *Faribault Daily News* | 5,411 | Parade |
| MN | Mankato | *The Free Press* | 20,293 | Parade |
| MN | Minneapolis-St. Paul | *Star Tribune* | 493,027 | Parade |
| MN | New Ulm | *The Journal* | 7,910 | Parade |
| MN | Northfield | *Northfield News* | 4,650 | Parade |
| MN | Owatonna | *Owatonna People's Press* | 6,603 | Parade |
| MN | Red Wing | *Red Wing Republican Eagle* | 5,870 | Parade |
| MN | St. Paul | *Pioneer Press* | 236,503 | Parade |
| MN | Willmar | *West Central Tribune* | 14,318 | Parade |
| MN | Winona | *Winona Daily News* | 10,104 | Parade |
| MN | Worthington | *Daily Globe* | 8,328 | Parade |
| MO | Cape Girardeau | *Southeast Missourian* | 15,713 | Parade |
| MO | Columbia | *Missourian* | 4,136 | Parade |
| MO | Dexter | *The Daily Statesman* | 3,305 | Parade |
| MO | Fulton | *The Fulton Sun* | 3,614 | Parade |
| MO | Jefferson City | *News Tribune* | 20,969 | Parade |
| MO | Joplin | *The Joplin Globe* | 29,414 | Parade |
| MO | Kansas City | *The Kansas City Star* | 314,449 | Parade |
| MO | Kansas City/Select | *The Kansas City Star Sunday Select* | 30,085 | Parade |
| MO | Kennett | *The Daily Dunklin Democrat* | 3,930 | Parade |
| MO | Nevada | *Weekend Herald-Tribune* | 6,000 | Parade |
| MO | Park Hills | *Daily Journal* | 7,383 | Parade |
| MO | Poplar Bluff | *Daily American Republic* | 11,003 | Parade |
| MO | Sedalia | *Democrat* | 9,407 | Parade |
| MO | Sikeston | *Standard Democrat* | 5,759 | Parade |
| MO | St Joseph | *St. Joseph News-Press* | 31,982 | Parade |
| MO | St Louis | *St.Louis Post-Dispatch* | 378,635 | Parade |
| MO | St Louis/Suburban | *Suburban Newspapers of Greater St. Louis* | 365,818 | Parade |
| MS | Biloxi/Gulfport | *Sun Herald* | 41,780 | Parade |
| MS | Brookhaven | *The Daily Leader* | 6,040 | Parade |
| MS | Clarksdale | *The Clarksdale Press Register* | 2,550 | Parade |
| MS | Columbus | *The Commercial Dispatch* | 16,186 | Parade |
| MS | Greenville | *Delta Democrat Times* | 7,511 | Parade |
| MS | Greenwood | *The Greenwood Commonwealth* | 6,449 | Parade |
| MS | Laurel | *Laurel Leader-Call* | 6,635 | Parade |
| MS | Mc Comb | *Enterprise-Journal* | 10,308 | Parade |
| MS | Meridian | *The Meridian Star* | 12,919 | Parade |
| MS | Picayune | *Picayune Item* | 4,926 | Parade |
| MS | Tupelo | *Northeast Mississippi Daily Journal* | 35,055 | Parade |

**NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST**
**EXHIBIT 2**

| State | Primary Market | Newspaper Name | Circulation | Supplement |
|---|---|---|---|---|
| MS | Vicksburg | The Vicksburg Post | 12,267 | Parade |
| MT | Billings | Billings Gazette | 46,929 | Parade |
| MT | Bozeman | Bozeman Daily Chronicle | 15,627 | Parade |
| MT | Butte | Montana Standard | 12,833 | Parade |
| MT | Helena | Helena Independent Record | 13,363 | Parade |
| MT | Kalispell | Daily Inter Lake | 15,562 | Parade |
| MT | Missoula | Missoulian | 30,170 | Parade |
| NC | Burlington | Times-News | 23,900 | Parade |
| NC | Chapel Hill | The Chapel Hill News | 17,035 | Parade |
| NC | Charlotte | The Charlotte Observer | 226,030 | Parade |
| NC | Durham | The Durham News | 59,481 | Parade |
| NC | Elizabeth City | The Daily Advance | 9,215 | Parade |
| NC | Fayetteville | The Fayetteville Observer | 58,080 | Parade |
| NC | Gastonia | Gaston Gazette | 25,411 | Parade |
| NC | Goldsboro | Goldsboro News-Argus | 19,283 | Parade |
| NC | Greensboro | The News & Record | 89,275 | Parade |
| NC | Greenville | The Daily Reflector | 20,627 | Parade |
| NC | Hendersonville | Times-News | 14,143 | Parade |
| NC | Jacksonville | News | 17,332 | Parade |
| NC | Kinston | Free Press | 10,238 | Parade |
| NC | New Bern | Sun-Journal | 14,440 | Parade |
| NC | Raleigh | The News & Observer | 188,030 | Parade |
| NC | Rocky Mount | Rocky Mount Telegram | 14,009 | Parade |
| NC | Shelby | The Star | 11,681 | Parade |
| NC | Southern Pines | The Pilot | 14,500 | Parade |
| NC | Washington | Washington Daily News | 8,544 | Parade |
| NC | Wilmington | Star-News | 46,545 | Parade |
| NC | Winston-Salem | Winston-Salem Journal | 80,892 | Parade |
| ND | Bismarck | Tribune | 29,507 | Parade |
| ND | Dickinson | The Dickinson Press | 6,565 | Parade |
| ND | Fargo | The Forum | 53,052 | Parade |
| ND | Grand Forks | Grand Forks Herald | 28,654 | Parade |
| ND | Jamestown | The Jamestown Sun | 6,400 | Parade |
| ND | Minot | Minot Daily News | 18,377 | Parade |
| NE | Beatrice | Sun | 6,038 | Parade |
| NE | Columbus | Telegram | 8,957 | Parade |
| NE | Grand Island | The Grand Island Independent | 20,349 | Parade |
| NE | Lincoln | JournalStar | 72,579 | Parade |
| NE | North Platte | The North Platte Telegraph | 10,994 | Parade |
| NE | Omaha | World-Herald | 184,923 | Parade |
| NE | Scottsbluff | Star-Herald | 13,788 | Parade |
| NE | York | York News Times | 3,765 | Parade |
| NH | Keene | Sentinel | 10,945 | Parade |
| NH | Manchester | New Hampshire Sunday News | 64,702 | Parade |
| NH | Portsmouth | Seacoast Sunday | 14,157 | Parade |
| NJ | Atlantic City | The Press Of Atlantic City | 72,152 | Parade |
| NJ | Bergen | The Record/Herald News | 178,429 | Parade |
| NJ | Cherry Hill/TMC | My Community Trend | 300,005 | Parade |
| NJ | Flemington | Hunterdon Observer | 48,204 | Parade |
| NJ | Hackensack | Suburban Trends | 8,139 | Parade |
| NJ | Jersey City | The Jersey Journal | 23,312 | Parade |
| NJ | Newark | The Star-Ledger | 358,537 | Parade |
| NJ | Newton | New Jersey Herald | 16,733 | Parade |
| NJ | Salem | Today's Sunbeam | 8,064 | Parade |
| NJ | Trenton | The Times | 43,528 | Parade |
| NJ | Willingboro | Burlington County Times | 30,498 | Parade |
| NJ | Woodbury | Gloucester County Times | 21,571 | Parade |

| NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST |
| :---: |
| EXHIBIT 2 |

| State | Primary Market | Newspaper Name | Circulation | Supplement |
| :---: | :--- | :--- | :---: | :---: |
| NM | Albuquerque | *Journal* | 122,251 | Parade |
| NM | Clovis | *Clovis News Journal* | 6,566 | Parade |
| NM | Hobbs | *News-Sun* | 9,927 | Parade |
| NM | Portales | *Portales News-Tribune* | 1,670 | Parade |
| NM | Roswell | *Record* | 10,585 | Parade |
| NM | Santa Fe | *The Santa Fe New Mexican* | 22,809 | Parade |
| NV | Carson City | *Nevada Appeal* | 19,394 | Parade |
| NV | Elko | *Elko Daily Free Press* | 6,147 | Parade |
| NV | Fallon | *Standard* | 2,799 | Parade |
| NV | Las Vegas | *Las Vegas Review-Journal & Las Vegas Sun* | 197,312 | Parade |
| NV | Sparks | *Daily Sparks Tribune* | 2,770 | Parade |
| NY | Albany | *Times Union* | 140,519 | Parade |
| NY | Auburn | *The Citizen* | 11,498 | Parade |
| NY | Buffalo | *The Buffalo News* | 244,264 | Parade |
| NY | Canandaigua | *Daily Messenger* | 10,666 | Parade |
| NY | Corning | *The Sunday Leader* | 10,241 | Parade |
| NY | Geneva | *Finger Lakes Sunday Times* | 16,651 | Parade |
| NY | Glens Falls | *Post-Star* | 30,029 | Parade |
| NY | Gloversville | *The Leader-Herald* | 10,683 | Parade |
| NY | Hornell | *The Spectator* | 8,935 | Parade |
| NY | Kingston | *Freeman* | 19,486 | Parade |
| NY | Middletown | *Times Herald-Record Sunday* | 72,898 | Parade |
| NY | New York | *New York Post* | 333,590 | Parade |
| NY | Ogdensburg | *Advance-News* | 8,948 | Parade |
| NY | Oneida | *The Oneida Daily Dispatch* | 6,510 | Parade |
| NY | Oneonta | *The Daily Star* | 13,537 | Parade |
| NY | Plattsburgh | *Press-Republican* | 19,323 | Parade |
| NY | Staten Island | *Staten Island Sunday Advance* | 55,759 | Parade |
| NY | Staten Island/TMC | *Staten Island Shore Editions* | 54,000 | Parade |
| NY | Syracuse | *The Post-Standard* | 142,476 | Parade |
| OH | Akron | *Akron Beacon Journal* | 134,030 | Parade |
| OH | Ashland | *Ashland Times-Gazette* | 11,183 | Parade |
| OH | Athens | *Messenger* | 10,190 | Parade |
| OH | Cambridge | *The Sunday Jeffersonian* | 11,698 | Parade |
| OH | Canton | *The Repository* | 71,254 | Parade |
| OH | Circleville | *Herald* | 6,600 | Parade |
| OH | Cleveland | *The Plain Dealer* | 360,977 | Parade |
| OH | Cleveland/TMC | *Plain Dealer Wrap-Up* | 60,500 | Parade |
| OH | Columbus | *Suburban News Publications* | 131,000 | Parade |
| OH | Dayton | *Cox Ohio Southwest Group* | 84,500 | Parade |
| OH | Dayton | *Dayton Daily News* | 141,808 | Parade |
| OH | Defiance | *The Crescent-News* | 17,662 | Parade |
| OH | Dover/New Philadelphia | *The Times Reporter* | 19,223 | Parade |
| OH | East Liverpool | *Sunday Review* | 7,574 | Parade |
| OH | Elyria | *The Chronicle-Telegram* | 24,065 | Parade |
| OH | Hamilton | *Journal News* | 20,145 | Parade |
| OH | Ironton | *Ironton Tribune* | 7,956 | Parade |
| OH | Lima | *The Lima News* | 37,525 | Parade |
| OH | Logan | *News* | 3,705 | Parade |
| OH | Middletown | *The Middletown Journal* | 16,771 | Parade |
| OH | Salem | *Salem News* | 4,845 | Parade |
| OH | Springfield | *Springfield News-Sun* | 27,301 | Parade |
| OH | Toledo | *The Blade* | 144,394 | Parade |
| OH | Waverly | *The News Watchman* | 3,949 | Parade |
| OH | Wooster | *The Daily Record* | 22,616 | Parade |
| OH | Youngstown | *The Vindicator* | 64,656 | Parade |
| OK | Oklahoma City | *The Oklahoman* | 205,170 | Parade |

## NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST
### EXHIBIT 2

| State | Primary Market | Newspaper Name | Circulation | Supplement |
|-------|----------------|----------------|-------------|------------|
| OK | Oklahoma City/TMC | *Buyer's Edge* | 200,723 | Parade |
| OK | Tulsa | *Tulsa World* | 140,971 | Parade |
| OR | Albany | *Albany Democrat-Herald/Corvallis Gazette-Times* | 26,448 | Parade |
| OR | Bend | *The Bulletin* | 31,034 | Parade |
| OR | Coos Bay | *The World* | 11,540 | Parade |
| OR | Eugene | *The Register-Guard* | 63,241 | Parade |
| OR | Klamath Falls | *Herald and News* | 14,953 | Parade |
| OR | Medford | *Mail Tribune* | 26,727 | Parade |
| OR | Ontario | *Argus Observer* | 5,984 | Parade |
| OR | Pendleton | *East Oregonian* | 8,015 | Parade |
| OR | Portland | *The Sunday Oregonian* | 293,171 | Parade |
| OR | Roseburg | *The News-Review* | 17,897 | Parade |
| PA | Allentown | *The Morning Call* | 123,164 | Parade |
| PA | Allentown/Select | *Allentown Morning Call Sunday Select* | 8,700 | Parade |
| PA | Beaver | *Beaver County Times* | 39,151 | Parade |
| PA | Carlisle | *The Sentinel* | 14,561 | Parade |
| PA | Doylestown | *The Intelligencer* | 39,749 | Parade |
| PA | Du Bois | *Tri-County Sunday* | 14,601 | Parade |
| PA | Easton | *The Express-Times* | 42,647 | Parade |
| PA | Erie | *Erie Times-News* | 72,208 | Parade |
| PA | Gettysburg | *Gettysburg Times* | 8,984 | Parade |
| PA | Harrisburg | *Patriot-News* | 119,875 | Parade |
| PA | Harrisburg/Select | *Sunday Patriot-News Sunday Select* | 8,000 | Parade |
| PA | Johnstown | *The Tribune-Democrat* | 37,459 | Parade |
| PA | Lancaster | *News* | 95,872 | Parade |
| PA | Levittown/Bristol | *Bucks County Courier Times* | 53,150 | Parade |
| PA | Oil City/Franklin | *The Derrick/The News-Herald* | 22,145 | Parade |
| PA | Philadelphia | *The Philadelphia Inquirer* | 517,807 | Parade |
| PA | Pittsburgh | *Pittsburgh Post-Gazette* | 289,716 | Parade |
| PA | Reading | *Reading Eagle* | 74,270 | Parade |
| PA | Sayre | *Morning Times* | 5,223 | Parade |
| PA | Sharon | *The Herald* | 18,115 | Parade |
| PA | State College | *Centre Daily Times* | 27,337 | Parade |
| PA | Stroudsburg | *Pocono Record* | 19,942 | Parade |
| PA | Sunbury | *The Daily Item* | 24,208 | Parade |
| PA | Uniontown | *Herald-Standard* | 23,088 | Parade |
| PA | Wilkes-Barre | *The Times Leader* | 53,450 | Parade |
| PA | Williamsport | *Williamsport Sun-Gazette* | 30,446 | Parade |
| RI | Providence | *The Providence Journal* | 141,688 | Parade |
| SC | Anderson | *Anderson Independent-Mail* | 30,067 | Parade |
| SC | Beaufort | *The Beaufort Gazette* | 10,116 | Parade |
| SC | Charleston | *The Post And Courier* | 95,289 | Parade |
| SC | Columbia | *The State* | 105,872 | Parade |
| SC | Columbia/Select | *The State Sunday Select* | 17,154 | Parade |
| SC | Greenville | *Greenville Journal* | 39,800 | Parade |
| SC | Greenwood | *The Index-Journal* | 13,846 | Parade |
| SC | Hilton Head Island | *The Island Packet* | 20,605 | Parade |
| SC | Myrtle Beach | *The Sun News* | 53,118 | Parade |
| SC | Myrtly Beach/Select | *The Sun News Sunday Select* | 11,264 | Parade |
| SC | Orangeburg | *The Times & Democrat* | 13,652 | Parade |
| SC | Rock Hill | *The Herald* | 27,774 | Parade |
| SC | Spartanburg | *Herald-Journal* | 44,837 | Parade |
| SC | Sumter | *The Item* | 15,817 | Parade |
| SD | Aberdeen | *American News* | 15,221 | Parade |
| SD | Deadwood | *Lawrence County Journal* | 2,000 | Parade |
| SD | Huron | *Plainsman* | 5,594 | Parade |

**NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST**
**EXHIBIT 2**

| State | Primary Market | Newspaper Name | Circulation | Supplement |
|-------|----------------|----------------|-------------|------------|
| SD | Mitchell | The Daily Republic | 11,835 | Parade |
| SD | Rapid City | Rapid City Journal | 29,987 | Parade |
| SD | Watertown | Watertown Public Opinion | 12,140 | Parade |
| TN | Chattanooga | Chattanooga Times Free Press | 97,729 | Parade |
| TN | Dyersburg | The State Gazette | 5,642 | Parade |
| TN | Johnson City | Johnson City Press | 29,490 | Parade |
| TN | Knoxville | Knoxville News Sentinel | 118,773 | Parade |
| TN | Memphis | The Commercial Appeal | 182,854 | Parade |
| TN | Morristown | Citizen Tribune | 23,442 | Parade |
| TN | Murfreesboro | The Murfreesboro Post | 24,695 | Parade |
| TN | Shelbyville | Shelbyville Times-Gazette | 6,850 | Parade |
| TN | Tullahoma | The Sunday News | 10,300 | Parade |
| TX | Abilene | Abilene Reporter-News | 36,063 | Parade |
| TX | Austin | Austin American-Statesman | 168,822 | Parade |
| TX | Beaumont | The Beaumont Enterprise | 32,713 | Parade |
| TX | Brownsville | The Herald | 17,921 | Parade |
| TX | Brownwood | Brownwood Bulletin | 6,837 | Parade |
| TX | Corpus Christi | Corpus Christi Caller-Times | 62,966 | Parade |
| TX | Dallas | The Dallas Morning News | 373,031 | Parade |
| TX | Dallas/Al Dia | Al Dia | 107,621 | Parade |
| TX | Dallas/Briefing | Briefing | 200,187 | Parade |
| TX | Del Rio | Del Rio News-Herald | 4,324 | Parade |
| TX | El Paso | El Diario de El Paso | 6,930 | Parade |
| TX | Fort Worth | Star-Telegram | 249,676 | Parade |
| TX | Fort Worth/Select | Star Telegram Sunday Select | 37,432 | Parade |
| TX | Harlingen | Valley Morning Star | 19,939 | Parade |
| TX | Houston | Houston Chronicle | 526,440 | Parade |
| TX | Houston/SMC | Neighborhood News | 315,000 | Parade |
| TX | Kerrville | Kerrville Daily Times | 10,516 | Parade |
| TX | Longview | Longview News-Journal | 28,662 | Parade |
| TX | Marshall | The Marshall News Messenger | 6,236 | Parade |
| TX | McAllen | Monitor | 45,569 | Parade |
| TX | Midland | Reporter-Telegram | 19,785 | Parade |
| TX | Odessa | Odessa American | 18,244 | Parade |
| TX | Paris | The Paris News | 10,199 | Parade |
| TX | Plainview | Plainview Daily Herald | 4,747 | Parade |
| TX | San Angelo | Standard-Times | 22,373 | Parade |
| TX | San Antonio | San Antonio Express-News | 258,309 | Parade |
| TX | Temple | Temple Daily Telegram | 20,898 | Parade |
| TX | Texarkana | Gazette | 29,284 | Parade |
| TX | Tyler | Tyler Courier-Times-Telegraph | 35,200 | Parade |
| TX | Victoria | Victoria Advocate | 31,663 | Parade |
| TX | Waco | Waco Tribune-Herald | 38,614 | Parade |
| TX | Weslaco | Mid Valley Town Crier | 21,750 | Parade |
| TX | Wichita Falls | Times Record News | 25,847 | Parade |
| UT | Logan | The Herald Journal | 17,434 | Parade |
| UT | Provo | Daily Herald | 42,668 | Parade |
| UT | Salt Lake City | The Salt Lake Tribune-Deseret News | 209,261 | Parade |
| UT | Salt Lake City/Select | The Salt Lake Tribune Sunday Select | 11,293 | Parade |
| VA | Martinsville | Martinsville Bulletin | 17,141 | Parade |
| VA | Newport News/Hampton | Daily Press | 90,914 | Parade |
| VA | Norfolk | The Virginian-Pilot | 178,590 | Parade |
| VA | Norfolk/Select | The Virginian-Pilot Sunday Select | 14,000 | Parade |
| VA | Richmond | Richmond Times-Dispatch | 171,510 | Parade |
| VA | Roanoke | The Roanoke Times | 91,186 | Parade |
| VT | Rutland/Barre | Sunday Times Argus | 21,848 | Parade |
| WA | Bellingham | The Bellingham Herald | 23,144 | Parade |

## NEWSPAPER SUPPLEMENT CARRIER NEWSPAPER LIST
### EXHIBIT 2

| State | Primary Market | Newspaper Name | Circulation | Supplement |
|-------|---------------|----------------|-------------|------------|
| WA | Bremerton | *Sun* | 24,124 | Parade |
| WA | Ellensburg | *Daily Record* | 5,332 | Parade |
| WA | Kennewick | *Tri-City Herald* | 39,751 | Parade |
| WA | Longview | *The Daily News* | 19,824 | Parade |
| WA | Olympia | *The Olympian* | 31,456 | Parade |
| WA | Seattle | *The Seattle Times* | 356,944 | Parade |
| WA | Spokane | *The Spokesman-Review* | 95,534 | Parade |
| WA | Tacoma | *The News Tribune* | 99,152 | Parade |
| WA | Tacoma/Select | *The News Tribune Sunday Select* | 20,952 | Parade |
| WA | Vancouver | *The Columbian* | 42,767 | Parade |
| WA | Walla Walla | *Walla Walla Union-Bulletin* | 13,893 | Parade |
| WA | Yakima | *Herald-Republic* | 34,369 | Parade |
| WI | Chippewa Falls | *Chippewa Valley Newspapers* | 9,162 | Parade |
| WI | Eau Claire | *Leader-Telegram* | 29,000 | Parade |
| WI | Kenosha | *Kenosha News* | 26,425 | Parade |
| WI | La Crosse | *La Crosse Tribune* | 35,524 | Parade |
| WI | Madison | *Wisconsin State Journal* | 125,039 | Parade |
| WI | Portage | *Citizen/Portage Daily Register* | 18,677 | Parade |
| WI | Racine | *The Journal Times* | 29,283 | Parade |
| WI | Rhinelander | *The Daily News* | 3,347 | Parade |
| WV | Beckley | *The Register-Herald* | 24,266 | Parade |
| WV | Bluefield | *Bluefield Daily Telegraph* | 16,710 | Parade |
| WV | Charleston | *Gazette-Mail* | 68,111 | Parade |
| WV | Clarksburg | *Clarksburg Exponent-Telegram* | 19,010 | Parade |
| WV | Fairmont | *Times West Virginian* | 10,457 | Parade |
| WV | Martinsburg | *The Journal* | 16,924 | Parade |
| WV | Morgantown | *The Dominion Post* | 22,524 | Parade |
| WV | Parkersburg | *The Parkersburg News and Sentinel* | 28,094 | Parade |
| WV | Wheeling | *News-Register* | 32,902 | Parade |
| WY | Casper | *Casper Star-Tribune* | 26,496 | Parade |

Source: Supplement self reporting - Effective with 7/4/10 Issue

# EXHIBIT 3

# Page Number Report

*In re Pharmaceutical Industry Average Wholesale Price Litigation*

No. 01-12257, MDL No. 1456 (D. Mass.)

12/14/2010



| Print Media Components of Notice Program |
|---|

**Newspaper(s)**

| | | | |
|---|---|---|---|
| Athol Daily News - Daily | 1/4 Page | 10/25/2010 | 9 |
| Attleboro Sun Chronicle - Daily | 1/4 Page | 10/25/2010 | B8 |
| Berkshire Eagle - Daily (Combo with North Adams Transcript) | 1/4 Page | 10/26/2010 | A6 |
| Boston Globe - Daily | 1/4 Page | 10/25/2010 | A7 |
| Boston Herald - Daily | 1/4 Page | 10/25/2010 | A10 |
| Brockton Enterprise - Daily | 1/4 Page | 10/25/2010 | A3 |
| Cape Cod Times - Daily | 1/4 Page | 10/25/2010 | A11 |
| Fall River Herald News - Daily | 1/4 Page | 10/25/2010 | A4 |
| Fitchburg Sentinel & Enterprise - | 1/4 Page | 10/25/2010 | 3 |
| Gardner News - Daily | 1/4 Page | 10/25/2010 | 7 |
| Gloucester Daily Times - Daily | 1/4 Page | 10/25/2010 | 4 |
| Greenfield Recorder | 1/4 Page | 10/25/2010 | A5 |
| Lowell Sun - Daily | 1/4 Page | 10/25/2010 | 2 |
| Lynn Daily Item - Daily | 1/4 Page | 10/25/2010 | B2 |
| Malden Evening News (Combo buy with Medford Daily Mercury) | 1/4 Page | 10/25/2010 | A5 |
| Medford Daily Mercury (Combo with Malden Evening News) | 1/4 Page | 10/25/2010 | A5 |
| Metro West Daily News - Daily | 1/4 Page | 10/25/2010 | B3 |
| Milford Daily News - Daily | 1/4 Page | 10/25/2010 | A7 |
| New Bedford Standard Times - | 1/4 Page | 10/25/2010 | A5 |
| Newburyport Daily News - Daily | 1/4 Page | 10/25/2010 | 8 |
| North Adams Transcript - Daily | 3 columns x 7 in/cm | 10/25/2010 | A6 |
| North Andover Eagle-Tribune - | 1/4 Page | 10/25/2010 | 5 |
| Northampton Daily Hampshire | 1/4 Page | 10/25/2010 | A8 |
| Quincy Patriot Ledger - Daily | 1/4 Page | 10/25/2010 | A7 |
| Salem News - Daily | 1/4 Page | 10/25/2010 | 13 |
| Southbridge Evening News - Daily | 1/4 Page | 10/26/2010 | A15 |
| Springfield Republican - Daily | 1/4 Page | 10/25/2010 | A9 |
| Taunton Daily Gazette - Daily | 1/4 Page | 10/25/2010 | A2 |
| Wakefield Daily Item - Daily | 1/4 Page | 10/25/2010 | 17 |
| Waltham Daily News Tribune - | 1/4 Page | 10/26/2010 | A5 |
| Westfield Evening News - Daily | 1/4 Page | 10/25/2010 | 3 |
| Woburn Daily Times Chronicle - | 1/4 Page | 10/25/2010 | A12 |
| Worcester Telegram & Gazette - | 1/4 Page | 10/25/2010 | A6 |

# EXHIBIT 4

30-Second AstraZeneca Television Spot
Exhibit 4
(Text Only)

This is a court-ordered legal announcement. (To be displayed at bottom of the screen, not spoken.)

If you paid cash or made a percentage co-payment for Zoladex, you could get back up to three times the amount you paid from class action settlements.  A percentage co-payment varies with the price of the drug.

Zoladex is used to treat prostate cancer, advanced breast cancer, endometriosis, and uterine fibroids.

Call 1-888-812-1643 or visit AstraZenecaSettlement.com for information on your legal rights and how to file a claim.

# EXHIBIT 5

**AstraZeneca Banner Ads**
**Exhibit 5**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF KATHERINE KINSELLA**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 15, 2010, a copy to LEXISNexis File & Serve for posting and notification to all parties.

 **/s/ Steve W. Berman**
Steve W. Berman