UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.*<br><br>and<br><br>*The City of New York, et al. v Abbott Laboratories, et al.* | Subcategory Case No. 07-12141<br><br>and<br><br>Subcategory Case No. 03-10643 |

**JOINT MOTION TO EXTEND DEADLINE FOR TAKING OF CERTAIN
FACT WITNESS DEPOSITIONS AND TO COORDINATE EXPERT DISCOVERY**

1. By agreement of the parties in these cases, certain fact discovery sought by the defendants from plaintiffs, State of Iowa, and the New York Department of Health has not been concluded.

2. The same defendants remain in the Iowa and the consolidated New York Counties cases.

3. Plaintiffs' counsel is the same in both cases.

4. The expert schedules established by the prior case management orders in these cases no longer promote the just, speedy, and inexpensive determination of these matters.

5. The parties have agreed to the following schedule for the conclusion of certain fact discovery and the coordination of expert discovery:

    a.    All fact discovery sought by defendants shall be completed by January 31, 2011;

    b.    Depositions of plaintiffs' experts shall be completed by February 15, 2011;

    c.    Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) by March 15, 2011; and

    d.    Depositions of defendants' experts shall be completed by April 29, 2011.

WHEREFORE, the parties jointly move this Court to modify the established pre-trial dates to those shown above and on the attached proposed Case Management Order

Dated December 16, 2010

/s/ Joanne M. Cicala
Joanne M. Cicala
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY  10022
(212) 371-6600 ext. 263
jcicala@kmllp.com

*Counsel for the State of Iowa, the City of New York and all New York Counties except Nassau and Orange*

/s/ J.P. Ellison
J.P. Ellison
HYMAN, PHELPS & McNAMARA, P.C.
700 Thirteenth Street, NW, Suite 1200
Washington, DC  20005
(202) 737-4294
jellison@hpm.com

*Counsel for Defendant Purepac Pharmaceutical Co. on behalf of all defendants*