UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.*<br><br>           *and*<br><br>*The City of New York, et al. v*<br><br>*Abbott Laboratories, et al.* | Subcategory Case No. 07-12141<br><br>           and<br><br>Subcategory Case No. 03-10643 |

**CASE MANAGEMENT ORDER NO. ___**

The case management orders entered in the above-referenced cases by this Court on July 10, 2010 (Iowa) and August 30, 2010 (New York) are modified as follows:

| ACTION | DEADLINE |
|---|---|
| All fact discovery sought by defendants shall be completed. | January 31, 2011 |
| Depositions of plaintiffs' experts shall be completed. | February 15, 2011 |
| Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | March 15, 2011 |
| Depositions of defendants' experts shall be completed. | April 29, 2011 |

2

All other provisions of prior case management orders remain unchanged.

SO ORDERED.

_____                                        _____
                                                        PATTI B. SARIS
                                                        U.S. DISTRICT COURT JUDGE