UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.* | Subcategory Case No. 07-12141 |
| and | and |
| *The City of New York, et al. v Abbott Laboratories, et al.* | Subcategory Case No. 03-10643 |

    I certify that on December 16, 2010, I filed the following using the electronic case filing system, which served all counsel of record.

    Joint Motion to Extend Deadline for Taking of Certain Fact Witness Depositions and to Coordinate Expert Discovery ; and

    Proposed Order

/s/ J.P. Ellison
James P. Ellison
