## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>BMS SETTLEMENT, AND TRACK TWO SETTLEMENT, | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## DECLARATION OF CYNTHIA S. WEIGEL, BUCCANEER COMPUTER SYSTEMS AND SERVICE, INC. REGARDING STATUS OF PRODUCTION OF DATA

I, Cynthia S. Weigel, being duly sworn, herby declare as follows:

1. I am the Health Informatics Manager at Buccaneer Computer Systems and Service, Inc., a Vangent Company ("Buccaneer"). My business address is 1401 50th Street, Suite 200, West Des Moines, Iowa.

2. I submit this declaration in connection with Class Counsel's Status Report related to the BMS and Track Two Settlements in the above-referenced matter.

3. In accordance with the Court's November 29, 2010 Order For Final Consideration of the BMS Settlement as well as the November 30, 2010 Order for Final Consideration of the Track Two Settlement, Buccaneer has been diligently processing the request for electronic data sufficient to identify all transaction information for individuals for whom CMS reimbursed for the specific drugs involved in these settlements. Buccaneer has devoted all available resources to finalizing this data request. At the time of the court hearing on November 19, 2010, Buccaneer was not fully cognizant of the magnitude of the request and its size and complexity. After the hearing, the applicable database was queried to determine the output volume for this cohort. The query revealed that the high volume of data would require excessive processing. In order to optimize efficiencies, Buccaneer has suspended normal operations so that demand on the database is not over-extended. In addition, to maintain database processing capacity, other

   researcher requests for data have been put on hold and the loading of new data to the database is also on hold.

4. Although we have been unable to provide complete data in response to the requests, on December 13, 2010 Buccaneer delivered a complete name and address file to Class Counsel containing the names and addresses of all consumer for whom CMS made a reimbursement associated with one or more drugs in both the BMS and Track Two settlements. In addition, that file contained information concerning the drug administration associated with each consumer.

5. On December 14, 2010, Buccaneer delivered additional claims-level data for approximately 25% of the total number of individuals identified in the name and address file.

6. Additional claims-level data remains to be produced, and Buccaneer is diligently working to provide it. Buccaneer anticipates delivering another 25% of the claims data on or before December 22, 2010. As the processing of additional data is available, it will be produced to Class Counsel on a rolling basis. Barring any unforeseen technical difficulties, all of the requested claims level data will be complete no later than January 15, 2011.

I declare under pains and penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

Dated: December 17, 2010

/s/ Cynthia S. Weigel
_____
Cynthia S. Weigel