UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) ) Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS ASTRAZENECA PHARMACEUTICALS L.P., ASTRAZENECA L.P., AND ZENECA HOLDINGS, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendants AstraZeneca Pharmaceuticals L.P., AstraZeneca L.P., and Zeneca Holdings, Inc. (hereinafter "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and the Settling Defendants, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  December 22, 2010

                              Respectfully submitted,

        By:   /s/ Joanne M. Cicala
             Joanne M. Cicala
             Daniel Hume
             Kirby McInerney LLP
             825 Third Avenue
             New York, NY 10022
             212-371-6600

             *On Behalf of Plaintiffs the Consolidated New York Counties*

        By:   /s/ John E. Schmidtlein
            John E. Schmidtlein
            Williams & Connolly LLP
            725 Twelfth Street, N.W.
            Washington, D.C. 20005
            (202) 434-5000

*On Behalf of the Settling Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2010, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiffs' Claims Against Defendants AstraZeneca Pharmaceuticals L.P., AstraZeneca L.P., and Zeneca Holdings, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

        /s/ James Carroll
        KIRBY McINERNEY LLP