UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* ) Civil Action No. 03-11226-PBS ) ) | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br>Subcategory Case. No. 06-11337<br><br>Hon. Patti B. Saris |

### STIPULATION OF DISMISSAL
### WITH PREJUDICE AS TO CERTAIN DEY DRUGS

IT IS HEREBY STIPULATED AND AGREED by and between the State of California ("State"), acting by and through its Attorney General, Edmund G. Brown Jr., the relator Ven-A-Care of the Florida Keys, Inc. ("Relator") (collectively referred to as "Plaintiffs"), and Dey Pharma, L.P. and Dey, Inc. (the State, the Relator and Dey Pharma, L.P. and Dey, Inc. shall be collectively referred to as the "Parties") that:

    1.    On or about August 24, 2005, Plaintiffs filed its First Amended Complaint in Intervention for Money Damages and Civil Penalties for Violations of the California False Claims Act against Dey, Inc. and Dey Pharma, L.P. (formerly known as Dey, L.P.) in the United States District Court for the District of Massachusetts in the case entitled *In re Pharmaceutical Average Wholesale Price Litigation: State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* (Master File No. 01-12257-PBS, Subcategory Case. No. 06-11337; Original Central District of California No. 03-CV-2238) (the "Litigation").

    2.    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to entry of an Order dismissing with prejudice all claims asserted or that could have been asserted against Dey, Inc. and Dey Pharma, L.P. in the Litigation, with respect to the pharmaceutical products listed in Exhibit A attached hereto.

The undersigned parties hereto respectfully request the Court to enter an Order in the form of attached hereto as Exhibit B.

DATED: *December 23*, 2010

                    Respectfully submitted,

                    STATE OF CALIFORNIA, OFFICE OF THE
                    ATTORNEY GENERAL

By: _____
                    Nicholas N. Paul
                    Supervising Deputy Attorney General
                    Bureau of Medi-Cal Fraud&Elder Abuse
                    1455 Frazee Road, Suite 315
                    San Diego, CA 92108


                    QUI TAM PLAINTIFF VEN-A-CARE OF
                    THE FLORIDA KEYS, INC.

By: _____
                    James Breen, Esq.
                    Breen Law Firm
                    Site, 260, 5755 North Point Parkway
                    Alpharetta, GA 30020



                    DEY, INC. AND DEY PHARMA, INC.

By: _____
                    Paul F. Doyle
                    Kelley Drye & Warren LLP
                    101 Park Avenue
                    New York, New York 10178