**EXHIBIT A**

| DRUG NAME | NDC |
|---|---|
| Accuneb® 0.21mg/mL | 49502-0692-03 |
| Accuneb® 0.42mg/mL | 49502-0693-03 |
| Acetylcysteine 100mg/mL | 49502-0181-04 |
| Acetylcysteine 100mg/mL | 49502-0181-10 |
| Acetylcysteine 100mg/mL | 49502-0181-30 |
| Acetylcysteine 200mg/mL | 49502-0182-00 |
| Acetylcysteine 200mg/mL | 49502-0182-04 |
| Acetylcysteine 200mg/mL | 49502-0182-10 |
| Acetylcysteine 200mg/mL | 49502-0182-30 |
| Albuterol Sulfate 2mg/5mL | 49502-0795-16 |
| Alprazolam 0.25mg | 49502-0405-01 |
| Alprazolam 0.25mg | 49502-0405-05 |
| Alprazolam 0.5mg | 49502-0406-01 |
| Alprazolam 0.5mg | 49502-0406-05 |
| Alprazolam 1mg | 49502-0407-01 |
| Alprazolam 1mg | 49502-0407-05 |
| Atenolol 100mg | 49502-0401-01 |
| Atenolol 50mg | 49502-0400-01 |
| Atropine Sulfate 2mg/mL | 49502-0074-12 |
| Atropine Sulfate 5mg/mL | 49502-0071-12 |
| Balanced Salt | 49502-0111-15 |
| Curosurf® 120mg/1.5 | 49502-0125-01 |
| Curosurf® 120mg/1.5 | 49502-0180-01 |
| Curosurf® 240mg/3mL | 49502-0125-03 |
| Curosurf® 240mg/3mL | 49502-0180-03 |
| Dey-Dose (Epinephrine) 11.25mg/mL | 49502-0058-14 |
| Dey-Dose (Isoetharine Hcl) 10mg/mL | 49502-0052-20 |
| Dey-Dose (Isoetharine Hcl) 10mg/mL | 49502-0056-12 |

NY01/KIMS/1438920.2

| DRUG NAME | NDC |
|---|---|
| Dey-Dose (Isoetharine Hcl) 10mg/mL | 49502-0056-14 |
| Dey-Dose (Isoetharine Hcl) 10mg/mL | 49502-0501-10 |
| Dey-Dose (Isoetharine Hcl) 10mg/mL | 49502-0501-30 |
| Dey-Dose Metaproterenol Sulf 5pc | 49502-0053-30 |
| Dey-Sol | 49502-0110-15 |
| Dey-Vial (Sodium Chloride) 0.45% | 49502-0020-03 |
| Dey-Vial (Sodium Chloride) 0.45% | 49502-0020-05 |
| Dey-Vial (Sodium Chloride) 0.45% | 49502-0020-10 |
| Dey-Vial (Sodium Chloride) 10% | 49502-0041-10 |
| Dey-Vial (Sodium Chloride) 3% | 49502-0040-10 |
| Dey-Vial (Water) | 49502-0010-03 |
| Dey-Vial (Water) | 49502-0010-05 |
| Dey-Vial (Water) | 49502-0010-10 |
| Dey-Wash 0.9% | 49502-0282-20 |
| Duoneb® 2.5-0.5/3 | 49502-0672-30 |
| Duoneb® 2.5-0.5/3 | 49502-0672-31 |
| Duoneb® 2.5-0.5/3 | 49502-0672-60 |
| Emsam Patch, Transdermal, 6 mg/24 hr | 49502-0900-30 |
| Emsam Patch, Transdermal, 9 mg/24 hr | 49502-0901-30 |
| Emsam Patch, Transdermal, 12 mg/24 hr | 49502-0902-30 |
| Epi EZPen® Jr. Auto-Injector w/ Release Button & Trainer (Epinephrine) | 00268-0304-01 |
| Epi EZPen® Jr. Auto-Injector w/ Release Button & Trainer (Epinephrine) | 00268-0303-01 |
| EpiPen® Trainer | 49502-0500-00 |
| EpiPen® 0.3mg/0.3 | 00268-0301-01 |
| EpiPen® 0.3mg/0.3 | 49502-0500-01 |
| EpiPen® 0.3mg/0.3 | 49502-0500-02 |
| EpiPen® Jr. 0.15mg/0.3 | 00268-0302-01 |
| EpiPen® Jr. 0.15mg/0.3 | 49502-0501-01 |
| EpiPen® Jr. 0.15mg/0.3 | 49502-0501-02 |
| EpiPen® Trainer | 00268-0301-00 |

NY01/KIMS/1438920.2

| DRUG NAME | NDC |
|---|---|
| Euthyrox (Levothyroxine Sodium Tabs Usp) 100 mcg | 63254-0439-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 100 mcg | 63254-0439-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 112 mcg | 63254-0440-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 112 mcg | 63254-0440-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 125 mcg | 63254-0441-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 125 mcg | 63254-0441-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 150 mcg | 63254-0442-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 150 mcg | 63254-0442-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 175 mcg | 63254-0443-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 175 mcg | 63254-0443-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 200 mcg | 63254-0444-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 200 mcg | 63254-0444-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 25 mcg | 63254-0435-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 25 mcg | 63254-0435-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 300 mcg | 63254-0445-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 300 mcg | 63254-0445-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 50 mcg | 63254-0436-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 50 mcg | 63254-0436-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 75 mcg | 63254-0437-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 75 mcg | 63254-0437-10 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 88 mcg | 63254-0438-01 |
| Euthyrox (Levothyroxine Sodium Tabs Usp) 88 mcg | 63254-0438-10 |
| Hydrocodone w/Acetaminophen 5-500mg | 49502-0415-01 |
| Hydrocodone w/Acetaminophen 5-500mg | 49502-0415-05 |
| Hydrocodone w/Acetaminophen 7.5-650mg | 49502-0417-01 |
| Hydrocodone w/Acetaminophen 7.5-650mg | 49502-0417-05 |
| Hydrocodone w/Acetaminophen 7.5-750mg | 49502-0416-01 |
| Hydrocodone w/Acetaminophen 7.5-750mg | 49502-0416-05 |
| Ipratropium Bromide 21mcg | 49502-0785-30 |
| Ipratropium Bromide 42mcg | 49502-0786-15 |

NY01/KIMS/1438920.2

| DRUG NAME | NDC |
|---|---|
| Isoetharine HCL 0.8mg/mL | 49502-0061-03 |
| Isoetharine HCL 0.8mg/mL | 49502-0661-03 |
| Isoetharine HCL 1.7mg/mL | 49502-0060-03 |
| Isoetharine HCL 1.7mg/mL | 49502-0660-03 |
| Isoetharine HCL 10mg/mL (Dey-Dose® Concentrate) | 49502-0052-12 |
| Isoetharine HCL 10mg/mL (Dey-Dose® Concentrate) | 49502-0052-14 |
| Isoetharine HCL 1mg/mL | 49502-0064-05 |
| Isoetharine HCL 1mg/mL | 49502-0664-05 |
| Isoetharine HCL 2.5mg/mL | 49502-0059-02 |
| Isoetharine HCL 2.5mg/mL | 49502-0659-02 |
| I-Sol Balanced Salt | 49502-0110-20 |
| I-Sol Balanced Salt | 49502-0111-20 |
| I-Sol Balanced Salt | 49502-0112-00 |
| Isoproterenol HCL 5mg/mL | 49502-0057-12 |
| Metaproterenol Sulfate 4mg/mL | 49502-0678-03 |
| Metaproterenol Sulfate 4mg/mL | 49502-0678-24 |
| Metaproterenol Sulfate 50mg/mL | 49502-0055-13 |
| Metaproterenol Sulfate 50mg/mL | 49502-0055-30 |
| Metaproterenol Sulfate 50mg/mL | 49502-0155-30 |
| Metaproterenol Sulfate 6mg/mL | 49502-0676-03 |
| Metaproterenol Sulfate 6mg/mL | 49502-0676-24 |
| Mucosol 100mg/mL | 49502-0081-04 |
| Mucosol 100mg/mL | 49502-0081-10 |
| Mucosol 100mg/mL | 49502-0081-30 |
| Mucosol 200mg/mL | 49502-0082-00 |
| Mucosol 200mg/mL | 49502-0082-04 |
| Mucosol 200mg/mL | 49502-0082-10 |
| Mucosol 200mg/mL | 49502-0082-30 |
| Nebu-Sol 0.9% | 49502-0503-00 |
| Perforomist® | 49502-0605-61 |

| DRUG NAME | NDC |
|---|---|
| Pindolol 10mg | 49502-0410-01 |
| Pindolol 5mg | 49502-0409-01 |
| Piroxicam 20mg | 49502-0403-01 |
| Piroxicam 20mg | 49502-0403-05 |
| Racepinephrine 1.125% | 49502-0054-14 |
| Silver Nitrate 1% | 49502-0114-14 |
| Sodium Chloride (Dey-Pak®) 0.9% | 49502-0630-01 |
| Sodium Chloride (Dey-Pak®) 0.9% | 49502-0630-10 |
| Sodium Chloride (Dey-Pak®) 0.9% | 49502-0630-15 |
| Sodium Chloride 0.45% | 49502-0620-03 |
| Sodium Chloride 0.45% | 49502-0620-05 |
| Sodium Chloride 0.45% | 49502-0820-03 |
| Sodium Chloride 0.45% | 49502-0820-05 |
| Sodium Chloride 0.9% | 49502-0030-03 |
| Sodium Chloride 0.9% | 49502-0030-05 |
| Sodium Chloride 0.9% | 49502-0030-10 |
| Sodium Chloride 0.9% | 49502-0030-20 |
| Sodium Chloride 0.9% | 49502-0501-20 |
| Sodium Chloride 0.9% | 49502-0630-03 |
| Sodium Chloride 0.9% | 49502-0630-05 |
| Sodium Chloride 0.9% | 49502-0830-03 |
| Sodium Chloride 0.9% | 49502-0830-05 |
| Sodium Chloride 0.9% | 49502-0830-15 |
| Sodium Chloride 0.9% | 49502-0830-50 |
| Sodium Chloride 0.9% | 49502-0831-03 |
| Sodium Chloride 0.9% | 49502-0831-05 |
| Sodium Chloride 10% | 49502-0641-15 |
| Sodium Chloride 3% | 49502-0640-15 |
| Theophylline Anhydrous 100mg | 49502-0431-01 |
| Theophylline Anhydrous 200mg | 49502-0432-01 |

| DRUG NAME | NDC |
|---|---|
| Theophylline Anhydrous 200mg | 49502-0432-05 |
| Theophylline Anhydrous 300mg | 49502-0433-01 |
| Theophylline Anhydrous 300mg | 49502-0433-05 |
| Theophylline Anhydrous 300mg | 49502-0433-10 |
| Triazolam 0.125mg | 49502-0412-01 |
| Triazolam 0.25mg | 49502-0413-01 |
| Water For Inhalation | 49502-0610-03 |
| Water For Inhalation | 49502-0610-05 |
| Water For Inhalation | 49502-0810-03 |
| Water For Inhalation | 49502-0810-05 |

NY01/KIMS/1438920.2