## CERTIFICATE OF SERVICE

I hereby certify that on Dec. 23, 2010, I caused a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice as to Certain Dey Drugs to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

*[signature]*

NY01/KIMS/1438920.2