UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) *State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* ) Civil Action No. 03-11226-PBS ) ) | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br>Subcategory Case. No. 06-11337<br><br>Hon. Patti B. Saris |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEY DRUGS RELEASED UNDER THE SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by and between the State of California ("State"), acting by and through its Attorney General, Edmund G. Brown Jr., the relator Ven-A-Care of the Florida Keys, Inc. ("Relator") (collectively referred to as "Plaintiffs"), and Dey Pharma, L.P. and Dey, Inc. (the State, the Relator and Dey Pharma, L.P. and Dey, Inc. shall be collectively referred to as the "Parties") that:

1. On or about August 24, 2005, the State filed its First Amended Complaint in Intervention for Money Damages and Civil Penalties for Violations of the California False Claims Act against Dey, Inc. and Dey Pharma, L.P. (formerly known as Dey, L.P.) in the United States District Court for the District of Massachusetts in the case entitled *In re Pharmaceutical Average Wholesale Price Litigation: State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* (Master File No. 01-12257-PBS, Subcategory Case. No. 06-11337; Original Central District of California No. 03-CV-2238) (the "Litigation").

2. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Settlement Agreement and Release between the Parties, the Parties hereby stipulate to entry of an Order dismissing with prejudice all claims asserted or that could have been asserted against Dey, Inc. and Dey Pharma, L.P. in the Litigation, as to the drugs set forth in Appendix A to the Settlement Agreement and Release.

The undersigned parties respectfully request the Court to enter an Order in the form attached hereto as Exhibit A.

DATED: December 23, 2010

Respectfully submitted,

STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL

By: _____

Nicholas N. Paul
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108

QUI TAM PLAINTIFF VEN-A-CARE OF THE FLORIDA KEYS, INC.

By: _____

James Breen, Esq.
Breen Law Firm
Suite 260, 5755 North Point Parkway
Alpharetta, GA 30020

DEY, INC. AND DEY PHARMA, L.P.

By: _____

Paul F. Doyle
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

NY01/KJMS/1446071.2