UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 

In re: PHARMACEUTICAL INDUSTRY ) 
AVERAGE WHOLESALE PRICE )
LITIGATION ) MDL No. 1456
 ) Master Case No. 01-12257-PBS
 )
THIS DOCUMENT RELATES TO: ) Subcategory Case No. 06-11337-PBS
 )
*United States of America ex rel. Ven-a-Care* )
*of the Florida Keys, Inc. v. Dey, Inc., et al.,* )
Civil Action No. 05-11084-PBS )
 )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the Settlement Agreement attached as Exhibit A hereto, the United States, Relator Ven-A-Care of the Florida Keys, Inc. and Defendants Dey, Inc., Dey Pharma, L.P., and Dey L.P., Inc. (collectively "Dey") hereby stipulate to the entry of an order dismissing the First Amended Complaint against Dey with prejudice.

Respectfully submitted,

TONY WEST
ASSISTANT ATTORNEY GENERAL

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ George B. Henderson, II
George B. Henderson, II
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3282

JOYCE R. BRANDA
DANIEL R. ANDERSON
LAURIE A. OBEREMBT
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

FOR THE RELATOR

By: /s/ James J. Breen (by G.B. Henderson)
James J. Breen
The Breen Law Firm, P.A.
5755 Northpoint Parkway, Suite 260
Alpharetta, GA 30022
Tel. (770) 740-0000

KELLEY DRYE & WARREN LLP

By: /s/ Paul F. Doyle
Paul F. Doyle (BBO 133460)
Sarah L. Reid (pro hac vice)
William A. Escobar (pro hac vice)
Neil Merkl (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

FOLEY HOAG LLP
Martin F. Murphy
BBO 363250
Robert E. Toone
BBO 663249
Seaport World Trade Center West,
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Counsel for Defendants Dey Pharma, L.P.,
L.P., Inc., and Dey, Inc.

Dated: 12/22/2010

2

CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above document to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: December 22, 2010

George B. Henderson, II

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Relator Ven-A-Care of the Florida Keys, Inc. and Defendants Dey, Inc., Dey Pharma, L.P., and Dey L.P., Inc. (collectively "Dey") have filed a Stipulation of Dismissal with Prejudice. Upon due consideration of the Stipulation, IT IS HEREBY ORDERED that, consistent with the terms of the Settlement Agreement attached to the Stipulation as Exhibit A,

1. The above-captioned action is dismissed with prejudice;

2. This Order resolves all claims against Dey for the federal share of Medicaid program payments brought in the above-captioned Civil Action;

3. Each party shall be responsible for its own expenses, attorneys' fees, and costs; and

4. The Court shall retain jurisdiction with respect to any dispute under the Settlement Agreement or this Order.

This __23__ day of __December__, 2010.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE