UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | MDL No. 1456 |
| ) | Civil Action No. 01-12257- |
| PBS ) | |
| PHARMACEUTICAL INDUSTRY ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| *United States of America ex rel. Ven-A-Care of* ) | Judge Patti B. Saris |
| *the Florida Keys, Inc., by and through its principal* ) | |
| *officers and directors, Zachary T. Bentley and* ) | |
| *T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF CERTAIN CLAIMS AGAINST MYLAN PARTIES AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

The above-captioned matter is an action brought under the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. §§3729-3733, by Relator Ven-A-Care of the Florida Keys, Inc. (the "Relator") against Mylan Inc. (f/k/a Mylan Laboratories Inc.), Mylan Pharmaceuticals Inc. and UDL Laboratories, Inc. (forgoing three collectively, "Mylan") (Mylan together with Relator collectively the "Parties").

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with, and as limited by, the terms of the Settlement Agreement and Release, the Parties hereby stipulate to the entry of an order dismissing all "Released Claims" for the "Covered Conduct" against the "Mylan Released Parties" (as the terms in quotations are defined in the Settlement Agreement and Release) (attached hereto as Exhibit A).

The Parties further stipulate that any claim the Relator or its counsel has to a Relator's share or for expenses, attorneys' fees, and costs shall not be the responsibility of Mylan.

WHEREFORE, to permit them to effectuate the terms of their partial settlement, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties respectfully request that the Court enter an order in the form attached hereto as Exhibit B.

Respectfully submitted,

*/s/ James J. Breen*
JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA 30022
(770) 740-0008

Counsel for Relator


WILLIAM A. ESCOBAR
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-78761

Counsel for Mylan

Dated: _____, 2010

Respectfully submitted,

_____
JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway, Suite 260
Alpharetta, GA 30022
(770) 740-0008

Counsel for Relator

~~WILLIAM A. ESCOBAR~~  *Neil Merkl*
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-78761

Counsel for Mylan

Dated: _____, 2010