UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br>Master Docket 01-cv-12257 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Subcategory 06-11337<br>Civil Action No. 08-cv-10852 |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys, Inc. a Florida Corporation, by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES, vs. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) ) | |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys vs. Baxter Healthcare Corporation and Baxter International Inc.* | ) ) ) ) | Civil Action No. 10-cv-11186<br>Judge Patti B. Saris |

STATUS REPORT JANUARY 1, 2011

     Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for plaintiff and relator Ven-A-Care of the Florida Keys, Inc., hereby submits the following status report to the Court listing the status of all motions to date.

                      Respectfully submitted,

                      GOODE CASSEB JONES
                      RIKLIN CHOATE & WATSON, P.C.
                      P.O. Box 120480
                      San Antonio, Texas 78212
                      (210) 733-6030
                      (210) 733-0330 - Fax

                      By:    /s/ Rand J. Riklin
                             Rand J. Riklin (TX Bar No. 16924275)
                             John E. Clark (TX Bar No. 04287000)

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

**MDL 1456 Status Report**
**USA *ex rel.* Ven-A-Care v. Actavis, *et al.***
**Case No. 08-cv-10852**

**Pending Motions**

On December 29, 2010, Relator and the Mylan parties filed a Stipulation of Dismissal With Prejudice of Certain Claims Against Mylan Parties and Motion for Order of Dismissal With Prejudice.

**Discovery**

Case Management Order No. 32 was signed on February 25, 2010 [DKT #6926].  The parties have exchanged their Rule 26 disclosures and have commenced discovery pursuant to the Case Management Order.

**MDL 1456 Status Report**
**USA *ex rel.* Ven-A-Care v. Baxter, *et al*.**
**Case No. 10-cv-11186**

**Pending Motions**

None.

The Court entered a Scheduling Order on October 29, 2010 [DKT #7279], and all deadlines are stayed through the mediation period ending December 31, 2010.

## CERTIFICATE OF SERVICE

     I hereby certify that I, Rand J. Riklin, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on December 30, 2010, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

Respectfully submitted,

By:    /s/ Rand J. Riklin
       Rand J. Riklin
       John E. Clark

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, P.C.
P.O. Box 120480
San Antonio, Texas 78212
(210) 733-6030
(210) 733-0330 - Fax

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**