# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| *United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | ) ) ) ) ) ) |

## JANUARY 2011 STATUS REPORT

The undersigned counsel for Defendant Baxter Healthcare Corporation hereby submits the attached Status Report for January 2011, in accordance with the Court's June 17, 2004 Procedural Order.

DATED this 3rd day of January 2011.

Respectfully submitted,

_____          ___/s/ Ruchi Jain_____

Mark Allen Kleiman                        Ruchi Jain
2907 Stanford Avenue                      Merle DeLancey
Venice, CA  90292                         **DICKSTEIN SHAPIRO LLP**
                                          1825 Eye Street, NW
Counsel for Relators                      Washington, DC  20006
                                          Telephone:  (202) 420-2200
                                          Facsimile:   (202) 420-2201

                                          Counsel for Defendant Baxter Healthcare
                                          Corporation

_____

Lauren John Udden
15 W. Carrillo St., Ste. 101B
Santa Barbara, CA  93101

Counsel for Relators

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators* *v.* *Baxter Healthcare Corporation* | ) ) ) ) ) ) ) |

MDL No. 1456
Master File No. 1:01-CV-12257-PBS
Sub-Category Case No. 1:08-CV-11200

Judge Patti B. Saris

## JANUARY 2011 STATUS REPORT

The undersigned counsel for Defendant Baxter Healthcare Corporation hereby

submits the attached Status Report for January 2011, in accordance with the Court's June 17,

2004 Procedural Order.

DATED this 3rd day of January 2011.

Respectfully submitted,

Digitally signed by Mark Kleiman
DN: cn=Mark Kleiman, o=Law Office of
Mark Kleiman, ou,
email=mkleiman@quitam.org, c=US
Date: 2010.12.31 17:42:52 -08'00'

_____
Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA  90292

Counsel for Relators

   /s/ Ruchi Jain
_____
Ruchi Jain
Merle DeLancey
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC  20006
Telephone:   (202) 420-2200
Facsimile:   (202) 420-2201

Counsel for Defendant Baxter Healthcare
Corporation

_____
Lauren John Udden
15 W. Carrillo St., Ste. 101B
Santa Barbara, CA  93101

Counsel for Relators

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY )    MDL No. 1456
AVERAGE WHOLESALE PRICE )    Master File No. 1:01-CV-12257-PBS
LITIGATION )    Sub-Category Case No. 1:08-CV-11200

         )    Judge Patti B. Saris

THIS DOCUMENT RELATES TO: )
*United States ex rel. Linnette Sun and Greg* )
*Hamilton, Relators* )
   *v.* )
*Baxter Healthcare Corporation* )

## JANUARY 2011 STATUS REPORT

The undersigned counsel for Defendant Baxter Healthcare Corporation hereby

submits the attached Status Report for January 2011, in accordance with the Court's June 17,

2004 Procedural Order.

DATED this 3rd day of January 2011.

Respectfully submitted,

     /s/ Ruchi Jain

Mark Allen Kleiman            Ruchi Jain
2907 Stanford Avenue         Merle DeLancey
Venice, CA 90292             **DICKSTEIN SHAPIRO LLP**
                            1825 Eye Street, NW
Counsel for Relators          Washington, DC 20006
                            Telephone: (202) 420-2200
                            Facsimile: (202) 420-2201

                            Counsel for Defendant Baxter Healthcare
                            Corporation

Lauren John Udden
15 W. Carrillo St., Ste. 101B
Santa Barbara, CA 93101

Counsel for Relators

## CERTIFICATE OF SERVICE

I hereby certify that I, Ruchi Jain, an attorney, caused a true and correct copy of the foregoing, JANUARY 2011 STATUS REPORT, to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on January 3, 2011, for posting and notification to all parties.

/s/ Ruchi Jain_____
Ruchi Jain
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC  20006
Telephone:   (202) 420-2200
Facsimile:    (202) 420-2201

## JANUARY 2011 STATUS REPORT

| PRIVATE CLASS CASE | *United States ex rel. Linnette Sun and Greg Hamilton, Relators v. Baxter Hemoglobin Therapeutics and Baxter International Inc.* |
|---|---|
| MDL DOCKET NUMBER | Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| JURISDICTION | D. Mass, pursuant to JPML order |
| STATUS | • Transferred to MDL 1456 by JPML on July 14, 2008<br><br>• Court Order entered on July 15, 2008 consolidating *Sun* case with the lead case No. 01-12257<br><br>• Court received MDL record from the United States District Court for the District of Colorado on August 5, 2008<br><br>• Status Conference held on June 22, 2009<br><br>• Court entered Case Management Order with respect to briefing schedule on June 23, 2009; otherwise, all discovery is stayed<br><br>• Defendant filed Motion for Leave to File Excess Pages on August 14, 2009<br><br>    • Relators filed Opposition to Defendant's Motion for Leave to File Excess Pages on August 20, 2009<br><br>    • Electronic order entered by the Court granting Defendant's Motion for Leave to File Excess Pages on August 21, 2009<br><br>• Defendant filed Motion to Dismiss Relators' Complaint (and accompanying Memorandum, Declaration, Exhibits, and Proposed Order) on August 14, 2009<br><br>    • Relators filed Opposition to Defendant's Motion to Dismiss Relators' Complaint (and accompanying Proposed Order) and Motion for Excess Pages on September 15, 2009<br><br>    • Defendant filed Reply in Further Support of Its Motion to Dismiss Relators' Complaint (and accompanying Declaration and Exhibits) on September 30, 2009<br><br>• Relators filed Motion to Lift Stay on Discovery (and accompanying Memorandum, Exhibits, and Proposed Order) on August 31, 2009 |

- Defendant filed Opposition to Relators' Motion to Lift Stay on Discovery on September 10, 2009

  - Electronic order entered by the Court finding as moot on June 23, 2010

- Defendant filed Motion For Leave to Conduct Limited Discovery and for an Extension of Time to Submit Reply Brief on September 23, 2009

  - Electronic order entered by the Court granting Defendant's Motion for Leave to Conduct Limited Discovery on October 15, 2009

- Defendant served Notices of Deposition and Requests for Documents on Relators on October 19, 2009

  - Relators produced documents and served Objections and Responses to Requests for Documents on November 19, 2009

  - Relators finalized document production for Linnette Sun on January 4, 2010.  Production for Greg Hamilton is ongoing.

  - Defendant deposed Linnette Sun on January 19, 2010 and Greg Hamilton on January 21, 2010

- Defendant filed Supplemental Reply Brief in Further Support of its Motion to Dismiss Relators' Complaint (and accompanying Exhibits and Proposed Order) on January 27, 2010

- Hearing on Motion to Dismiss held on February 9, 2010 at 3:30 p.m. The Court issued various rulings on the record, including dismissal of Counts II, III, and VII-XXI

- Memorandum and Order issued by the Court denying Defendant's Motion to Dismiss on March 25, 2010.  The Court dismissed without prejudice Counts I (as to all drugs other than Advate and Recombinate), II, III, and VII-XXI

- Answer and Affirmative Defenses filed by Baxter Hemoglobin Therapeutics and Baxter International Inc. on April 19, 2010

- Relators filed Stipulation re: Filing Non-Substantive Amendment to First Amended Complaint to Correct the Names of the Parties on June 17, 2010

  - Electronic endorsement entered by the Court approving stipulation on June 24, 2010

|  | <ul><li>Relators filed Second Amended Complaint on August 13, 2010</li><li>Answer and Affirmative Defenses filed by Baxter Healthcare Corporation on August 26, 2010</li><li>Relators filed Voluntary Dismissal of Baxter Hemoglobin Therapeutics and Baxter International Inc. on August 30, 2010<ul><li>Court entered order of dismissal on September 29, 2010</li></ul></li><li>Defendant filed Joint Motion for Proposed Scheduling Order on August 31, 2010<ul><li>Court entered electronic order granting motion and scheduling order on September 29, 2010</li></ul></li><li>Defendant filed Joint Motion for Entry of Scheduling Order on October 15, 2010<ul><li>Court entered scheduling order on October 29, 2010</li></ul></li></ul> |
| --- | --- |