UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: TRACK TWO SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |

**MOTION FOR RECONSIDERATION
OF THE COURT'S JANUARY 4, 2011 ELECTRONIC ORDER
DIRECTING NOTICE TO POTENTIAL CLASS 1 MEMBERS**

Third Party Payer Allocation counsel and the Independent Heath Plans respectfully move this Court to reconsider its January 4, 2011 Electronic Order directing Class Counsel to proceed with a notice plan for Track Two Class 1 consumers costing in excess of $16,000,000. The grounds for this motion are set for in the accompanying memorandum of law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on the issues set forth in this motion and the accompanying memorandum of law and declaration.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that Third Party Payer Allocation counsel and/or the Independent Health Plans' counsel conferred with Class Counsel regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

Dated: January 6, 2011
White Plains, New York

{1800 / MOT / 00105611.DOC v1}

Respectfully submitted,

\_/S/_____
Peter D. St. Phillip, Jr.
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway, Suite 509
White Plains, NY  10601-2310
T:  914-997-0500
F:  914-997-0035

Mark Fischer
Mark D. Fischer, Esq.
Rawlings & Associates
1 Eden Parkway
LaGrange, KY  40031
T:  502-584-8580
F:  502-814-2139

*Independent Settling Health Plans' Counsel*


Gerard Branch IV
Branstetter, Stranch & Jennings PLLC
227 Second Avenue North – Fourth Floor
Nashville, TN 37201-1631
T:  (615) 254-8801
F:  (615) 250-3939
cdbjr@branstetterlaw.com

Jonathan D. Karmel,
The Karmel Law Firm
221 North LaSalle Street, Suite 1307
Chicago, IL 60601
T:  (312) 641-2910
F:  (312) 641-0781
jon@karmellawfirm.com

*TPP Allocation Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that I, Peter D. St. Phillip, an attorney, caused a true and correct copy of the foregoing **MOTION FOR RECONSIDERATION OF THE COURT'S JANUARY 4, 2011 ELECTRONIC ORDER DIRECTING NOTICE TO POTENTIAL CLASS 1 MEMBERS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending, on January 6, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Peter D. St. Phillip
Peter D. St. Phillip