January 04, 2010

Clerk, United District Court for the District of Massachusetts

John Joseph Moakley United States Courthouse

One Courthouse Way, Suite 2500

Boston, Massachusetts 02210

Re: Case No. 01-CV-12257-PBS

Dear Clerk,

   I'm requesting a copy of the entire case record/file for the above captioned case be mailed to me [ brief, summary judgment, opposition, reply brief] in regards to the entire docket of the case that was submitted and file by plaintiffs and defendant to the court.

   Thank you for your cooperation and assistance in this matter.

Sincerely,

Ralph Prepetit

Ralph Prepetit

#18568-016

P.O. Box 5300

Adelanto, CA 92301