**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>    *City of New York, et al.*<br>*v.*<br>    *Abbott Laboratories, et al.* | )<br>)<br>)<br>)<br>)<br>)<br>) | Judge Patti J. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**MOTION FOR PROTECTIVE ORDER AND TO QUASH**
**TARDY SUBPOENA ISSUED BY DEFENDANTS**

Defendants served a subpoena to former NY DOH employee Dr. Thomas Fanning in January of 2011. Yet the April 29, 2009 Case Management Order governing this matter provides that the discovery deadline was April 1, 2010. Since December 2008, Defendants have been aware of Dr. Fanning, and during the three-year period leading up to the end of discovery Dr. Fanning's name has appeared on multiple deposition exhibits.

For reasons set forth in the accompanying legal memorandum, the Court should quash defendants' subpoena to Dr. Fanning as untimely and disruptive to scheduling orders issued by the Court. In the alternative, the Court should enter a protective order barring the deposition. A proposed form of order is attached hereto.

Dated:    January 25, 2011

Respectfully submitted,

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala_____

By:    Joanne M. Cicala
James P. Carroll, Jr.

Kathryn B. Allen
*Counsel for Dr. Thomas Fanning and The
City of New York and New York Counties in
MDL 1456 except Nassau and Orange
Counties*

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**Certification Pursuant to Local Rule 7.1**

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that she conferred with counsel for defendants on the issues raised in this motion and has not been able to reach agreement.

Dated:  January 25, 2011                                          /s/ Joanne M. Cicala

                                                                         Joanne M. Cicala

**CERTIFICATE OF SERVICE**

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing Motion for Protective Order and Motion to Quash Subpoena Issued by Defendants to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  January 25, 2011

                                                                _____/s/_____

                                                                Kathryn B. Allen
                                                                Kirby McInerney LLP
                                                                825 Third Avenue,16th Floor
                                                                New York, NY 10022
                                                                (212) 371-6600