UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti J. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER GRANTING MOVANTS' MOTION TO QUASH TARDY SUBPOENA ISSUED BY DEFENDANTS**

Dr. Thomas Fanning and plaintiffs' motion to quash is hereby GRANTED in its entirety.

Pursuant to Federal Rule 45 the subpoena issued by defendants to Dr. Thomas Fanning is hereby quashed.

IT IS SO ORDERED

Dated: _____, 2011

_____
Hon. Marianne B. Bowler
United States Magistrate Judge