# EXHIBIT B

**STATE OF NEW YORK**
**DEPARTMENT OF HEALTH**

Corning Tower   The Governor Nelson A. Rockefeller Empire State Plaza   Albany, New York 12237

Richard F. Daines, M.D.
Commissioner

James W. Clyne, Jr.
Executive Deputy Commissioner

April 1, 2010

John P. Bueker, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110

RE:   City of NY et al v. Abbott Labs et al (MDL 1456)

Dear John:

    The New York State Department of Health will be making a supplemental production of materials responsive to defendants' subpoena. This production is being made because it has become clear to us that the initial collection of responsive materials was not as expansive as it should have been. Thus, we have reason to believe that additional responsive, non-privileged materials still reside within the Department that must be collected and produced. The Department takes its obligations in the context of the NY County litigation seriously and genuinely regrets that this has occurred. We have determined that the error occurred for a variety of reasons, most prominently staffing changes (including retirements) that took place after the subpoena was served. To put it simply: Information that should have been conveyed during these transitions was not. This is not an excuse but it is the explanation.

    We estimate that the Department will require one month to complete this work. We recognize that there is an April 1, 2010 discovery cut off in the NY Counties case. Counsel for plaintiffs have informed us that they do not object to our supplementing the existing production after April 1, nor will they object to defendants taking the (timely and previously noticed) depositions (30(b)(6) and individual) after the production is complete.

    On the subject of depositions, it is the very strong preference of the Department that no further depositions of Department employees (current or former) take place before the production is complete, given the significant likelihood that documents related to these employees or their work or the topics for which they have been designated will be included in it. Given that plaintiffs' counsel will not object to conducting these after the formal close of discovery, we hope that this will be acceptable to defendants.

We look forward to your response. Thank you again for bearing with us as we do what is required to ensure full compliance with our obligations in this matter.

Sincerely,

Gregor N. Macmillan
Director
Bureau of Health Insurance Programs
Division of Legal Affairs

cc: Heidi Wendel, Esq.
James McGowan, Esq.
Joanne M. Cicala, Esq.
All Counsel of Record (via LNFS)