UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) Judge Patti B. Saris |

### NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS SANOFI-AVENTIS US LLC, SANOFI-AVENTIS US INC. AND CSL BEHRING LLC

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa and defendants sanofi-aventis US LLC, sanofi-aventis US Inc., and CSL Behring LLC (hereinafter "Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State of Iowa and Defendants, that all claims in this action against Defendants are dismissed with prejudice and without costs to any party.

Dated: January 26, 2011

Respectfully submitted,

By: _____
Joanne M. Cicala, Esq.
Daniel Hume, Esq.
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of the State of Iowa*

By: /s/ Michael L. Koon
Michael L. Koon
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550

*On Behalf of Defendants*

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiff's Claims Against Defendants Sanofi-Aventis US LLC, Sanofi-Aventis US Inc., and CSL Behring LLC, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ Kathryn B. Allen
KIRBY McINERNEY LLP