# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS THE JOHNSON & JOHNSON COMPANIES

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendants Johnson & Johnson, Janssen Pharmaceutica Products, L.P., Ortho-McNeil Pharmaceutical, Inc., Othro-Biotech Products, L.P., McNeil-PPC, Inc., ALZA Corporation, Centocor, Inc., and Ethicon, Inc., and said defendants' successor or affiliated companies, including Janssen, L.P., Janssen, Inc., Johnson & Johnson Healthcare Systems, Inc., Centocor-Ortho-Biotech, Inc., Ortho-Biotech, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. (collectively, the "Johnson & Johnson Companies"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and the Johnson & Johnson Companies, that all claims in this action against the Johnson & Johnson Companies are dismissed with prejudice and without costs to any party.

Dated:  January 28, 2011

Respectfully submitted,

By: _____

Joanne M. Cicala
Daniel Hume
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of Plaintiffs the Consolidated New York
Counties*

By: _____

Andrew D. Schau
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000

*On Behalf of the Johnson & Johnson Companies*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiffs' Claims Against Defendants the Johnson & Johnson Companies, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP
