**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 Civil Action No. 01-12257-PBS Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO: *The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) | Judge Patti B. Saris |

**[PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST
DEFENDANTS THE JOHNSON & JOHNSON COMPANIES**

The Motion for Dismissal is hereby GRANTED.  All Claims in this action against Defendants Johnson & Johnson, Janssen Pharmaceutica Products, L.P., Ortho-McNeil Pharmaceutical, Inc., Othro-Biotech Products, L.P., McNeil-PPC, Inc., ALZA Corporation, Centocor, Inc., and Ethicon, Inc., and said defendants' successor or affiliated companies, including Janssen, L.P., Janssen, Inc., Johnson & Johnson Healthcare Systems, Inc., Centocor-Ortho-Biotech, Inc., Ortho-Biotech, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. (collectively, the "Johnson & Johnson Companies") are dismissed with prejudice and without costs to any party.

IT IS SO ORDERED

Dated: _____, 2011

_____
The Honorable Patti B. Saris
United States District Court Judge