# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, et al.*<br><br>and<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF JOINT MOTION TO EXTEND DEADLINE FOR TAKING OF CERTAIN FACT WITNESS DEPOSITIONS AND TO COORDINATE EXPERT DISCOVERY

PLEASE TAKE NOTICE that the City of New York and the Consolidated New York Counties and the State of Iowa (collectively "Plaintiffs"), and Defendants respectfully notify the Court that the parties hereby withdraw, without prejudice, their Joint Motion To Extend Deadline For Taking of Certain Fact Witness Depositions and To Coordinate Expert Discovery.

The motion is withdrawn because Plaintiffs and Defendants have agreed to new discovery deadlines. A new joint motion will be filed with the Court.

Dated: January 31, 2011

                    Respectfully submitted,

By: /s/ Joanne M. Cicala
    Joanne M. Cicala
    Kirby McInerney LLP
    825 Third Avenue
    New York, NY 10022
    (212) 371-6600

    *Counsel for the State of Iowa, the City of New York and all New York Counties except Nassau and Orange*

By: /s/ J.P. Ellison
    J.P. Ellison
    HYMAN, PHELPS & McNAMARA, P.C.
    700 Thirteenth Street, NW, Suite 1200
    Washington, DC 20005
    (202) 737-4294

    *Counsel for Defendant Purepac Pharmaceutical Co. on behalf of all defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, I caused a true and correct copy of the foregoing, Notice of Withdrawal of Joint Motion To Extend Deadline For Taking of Certain Fact Witness Depositions and To Coordinate Expert Discovery, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

    /s/ James Carroll
KIRBY McINERNEY LLP