**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.*<br>*and*<br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | ) | Judge Patti B. Saris |

**RENEWED JOINT MOTION TO EXTEND DEADLINE FOR TAKING OF CERTAIN FACT WITNESS DEPOSITIONS AND TO COORDINATE EXPERT DISCOVERY**

1. By agreement of the parties in these cases, certain fact discovery sought by the defendants from plaintiffs, State of Iowa, and the New York Department of Health has not been concluded.

2. The same defendants remain in the Iowa and the consolidated New York Counties cases.

3. Plaintiffs' counsel is the same in both cases.

4. The expert schedules established by the prior case management orders in these cases no longer promote the just, speedy, and inexpensive determination of these matters.

5. The parties have agreed to the following schedule for the conclusion of certain fact discovery and the coordination of expert discovery:

   a. All fact discovery sought by defendants shall be completed by February 18, 2011;

      b. Depositions of plaintiffs' experts shall be completed by March 17, 2011;

      c. Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) by April 14, 2011;

      d. Depositions of defendants' experts shall be completed by May 31, 2011.

6. Given the history of the parties working together to complete fact and expert discovery in these cases , the not uncommon need to change deposition dates and other obligations based upon other pressing matters, and to avoid troubling the Court with further ministerial consent motions, the parties propose that the Court's order permit the parties to extend the deadline for completion of these discovery events by no more than 30 days from the dates shown above should the parties agree that such is appropriate and without further motion practice.

WHEREFORE, the parties jointly move this Court to modify the established pre-trial dates to those shown above and on the attached proposed Cases Management Order.

Dated:  January 31, 2011

                                          Respectfully submitted,

                                  By:    /s/ Joanne M. Cicala
                                       Joanne M. Cicala
                                       Kirby McInerney LLP
                                       825 Third Avenue
                                       New York, NY 10022
                                       (212) 371-6600

                                       *Counsel for the State of Iowa, the City of New York and all New York Counties except Nassau and Orange*

By: /s/ J.P. Ellison
J.P. Ellison
HYMAN, PHELPS & McNAMARA, P.C.
700 Thirteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 737-4294

*Counsel for Defendant Purepac Pharmaceutical Co. on behalf of all defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2011, I caused a true and correct copy of the foregoing, Notice of Withdrawal of Joint Motion To Extend Deadline For Taking of Certain Fact Witness Depositions and To Coordinate Expert Discovery, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP