UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No. 07-12141-PBS <br> Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO: <br><br> *State of Iowa v. Abbott Laboratories, et al.* <br><br> and <br><br> *The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* ) ) ) ) ) ) ) ) ) ) | Judge Patti B. Saris |

**CASE MANAGEMENT ORDER NO. __**

The case management orders entered in the above-referenced cases by this Court on July 10, 2010 (Iowa) and August 30, 2010 (New York) are modified as follows:

| ACTION | DEADLINE |
|---|---|
| All fact discovery sought by defendants shall be completed. | February 18, 2011 |
| Deposition of plaintiffs' experts shall be completed. | March 17, 2011 |
| Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | April 14, 2011 |
| Depositions of defendants' experts shall be completed. | May 31, 2011 |

The parties, by agreement and without further motion, may extend the deadline for completion of the discovery events shown above by no more than 30 days.

2

All other provisions of prior case management orders remain unchanged.

SO ORDERED

_____                             _____
                                                         PATTI B. SARIS
                                                         U.S. DISTRICT COURT JUDGE