# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) ) Judge Patti B. Saris |

## [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS SANOFI-AVENTIS US LLC, SANOFI-AVENTIS US INC. AND CSL BEHRING LLC

The Motion for Dismissal is hereby GRANTED. All Claims in this action against Defendants sanofi-aventis US LLC, sanofi-aventis US Inc., and CSL Behring LLC are dismissed with prejudice and without costs to any party.

IT IS SO ORDERED

Dated: \_\_1\\3\\_\_, 2011

_____
The Honorable Patti B. Saris
Judge

4328685 v1