# Exhibit 3

United States District Court for the District of Massachusetts

# Did You Make a Percentage Co-Payment for Prescription Drugs?
# If So, You May Be Able To Get Money Back.

Dear Medicare Part B Subscriber:

The Centers for Medicare and Medicaid Services indicate that you were administered certain drugs that are included in a class action Settlement. Please know that your medical information has not been shared. You received this notice because you may be eligible for a refund from the Settlement.

You will get money back if you paid, or were obligated to pay, **all or part of a percentage co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 for these drugs.**

- If you paid no co-payments or only flat co-payments because of supplemental insurance, there is no refund.
- If you had supplemental insurance but still paid a percentage co-payment, there is a refund available to you.

A percentage co-payment varies with the cost of the drug. A flat co-payment never varies; it's always the same no matter how much the drug costs.

## What Is This About?

- There is a class action Settlement with several drug manufacturers.
- The lawsuit claims that customers paid too much for the drugs included in the Settlement.
- The drug manufacturers have agreed to pay $125 million to settle the lawsuit.
- Approximately $21.8 million will be used for refunds to consumers after certain fees and expenses are deducted.

## How Do I Get A Refund?

Fill out the attached postcard and mail it back. Truthfully sign that you made percentage co-payments for drugs under Medicare Part B during the time period above. **The postcard must be postmarked on or before Month 00, 2011.**

## What Happens Next?

1. You will be sent complete information on your legal rights to participate or not, and the names of the drugs that provide refunds.
2. When you get the information, you must decide either to remain in the Settlement or exclude yourself. If you remain in the Settlement you will not be able to sue the drug manufacturers about the claims in this case. Excluding yourself means that you keep your rights to sue the drug manufacturers on your own. It also means you can't get a refund from this lawsuit. You will be provided full information on how to exclude yourself. Exclusions must be received by **Month 00, 2011**.
3. If after you read the information you decide to remain in the Settlement, you do not have to do anything else. You will receive further information about claims, and how to opt out or object to this Settlement If you remain in the Settlement you will also receive a check if the Court approves the Settlement.
4. If you have questions, please call 1-877-465-8136.
5. Si tiene preguntas, por favor llame al 1-877-465-8136. **Se habla Español.**
6. For more information, please visit: www.AWPTrack2Settlement.com.

BRM artwork

If you made percentage co-payments during all or part of January 1, 1991 to January 1, 2005, fill out this card and mail it. You will receive complete information.

Your reply must be **postmarked on or before March 30, 2011.**

☐  Yes, I made one or more percentage co-payments under Medicare Part B for drugs between January 1, 1991 and January 1, 2005.

I sign under penalty of perjury that the above is true to the best of my knowledge.

_____    _____
Signature                                              Name

☐  Please check the box if your mailing address has changed and complete below.

_____
Street                              City                State         Zip

*123456789*                                                              *TKMB*

---

AWP TRACK 2 SETTLEMENT ADMINISTRATOR
PO BOX 720
MINNEAPOLIS, MN 55440-0720 ---NEEDS TO BE UPDATED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
Rust Consulting, Inc.

## IMPORTANT COURT DOCUMENTS

*123456789*

<<MAILING NAME>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY  STATE ZIP CODE>>

FRONT COVER