# Exhibit 5

**MEDICARE PART B CLAIM FORM**
**AWP TRACK 2 SETTLEMENT**

**Please review the information printed on this claim form carefully.**

- **If you make any changes: You must sign and return this claim form.**
- **If you do not make any changes: Do not return this claim form. A check will be automatically mailed to you.**

## Section A - Patient Information

Please review the preprinted information below and fill in any missing information. If you need to make corrections, please make them in the space provided.

Please make any changes below

«name1»  _____
«addr1»  _____
«addr2»  _____
«city», «state» «zip5»
«country_name»  _____

Daytime Phone Number: (_____) _____

## Section B - Patient Representative Information

If you are the patient, **DO NOT** complete this section. Complete this section only if you are a representative (such as a spouse, guardian, executor or personal representative) filing this claim on behalf of the patient listed above.

Representative's Name:_____

Relationship to Patient: _____

Representative's Mailing Address:

_____

City: _____ State: _____ Zip

Code: _____

Daytime Phone: (_____) _____

Evening Phone: (_____) _____

# MEDICARE PART B CLAIM FORM
# AWP TRACK 2 SETTLEMENT

## Section C - Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the Covered Drugs (Column A) on or about the date(s) shown in (Column B) and paid out-of pocket the amount shown in (Column C). **If you do not make any changes to the chart below, you do not need to return this claim form. A check will automatically be mailed to you.**

| | A<br>Name of Drug | B<br>Date Drug Received | C<br>Amount Paid Out-of-Pocket |
|---|---|---|---|
| | **Medicare Part B Purchase Information Chart** | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

Look carefully at the list of covered drugs found on pages X-X to the Notice. Check the chart **above** to make sure it contains all of the covered drugs you were administered or filled a prescription for as a Medicare recipient between January 1, 1991 and January 1, 2005. If it does not, you may add those drugs to the chart **below**.

- Only add drugs if you were responsible for paying a percentage co-payment as a Medicare Part B recipient.

- You are not eligible for a check if a) supplemental insurance covers your entire obligation for co-payment or b) you were responsible for making only flat co-payments.

- Flat co-payments do not vary with the cost of the drug. If your supplemental insurance covered only part of your percentage co-payment obligation, you are still eligible.

In order to add drugs to the chart below:

1. Enter the name of any additional drugs in Column A;

# MEDICARE PART B CLAIM FORM
# AWP TRACK 2 SETTLEMENT

2. Enter dates of administration in Column B;

3. Enter the amount paid in Column C; and

4. Provide one of the following acceptable proofs of a percentage co-payment for each additional covered drug:

    (1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

    (2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once; or

    (3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the covered drugs; or

    (4) A notarized statement signed by you indicating you made or are obligated to make a percentage co-payment for the covered drugs between January 1, 1991 through January 1, 2005, including the total of all percentage co-payments for the drugs during the time period; or

    (5) Records from your pharmacy showing that you made percentage co-payments for the covered drugs purchased between January 1, 1991 and January 1, 2005.

-- Attach additional pages if needed --

| | A<br>Name of Drug | B<br>Date of Administration | C<br>Amount Paid Out-of-Pocket |
|---|---|---|---|
| **Additional Medicare Part B Purchase Information Chart** ||||
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## Section D - Sign and Date Your Claim Form

I declare under penalty of perjury that the information provided here is, to the best of my knowledge, correct. I also declare under penalty of perjury that I made a percentage co-pay for

# MEDICARE PART B CLAIM FORM
# AWP TRACK 2 SETTLEMENT

one or more of the drugs as indicated in this claim form at some time during the period from January 1, 1991 through January 1, 2005. If not submitting this for myself, I am authorized to submit this form on behalf of the Claimant identified above.

_____
Signature

_____    _____/_____/_____
Print Name                                                                              Month/ Day /Year

## Section E - Mail Your Claim Form

If you did not make any changes to this document, you do not need to return this Claim Form.

Claim Forms that have been changed, along with proof of payment, must be postmarked by **July 1, 2011** and mailed to:

> AWP Track 2 Settlement Administrator
> P.O. Box 2417
> Faribault, MN 55021-9117

If you have any questions, please call 1-877-465-8136 or visit the website at www.AWPTrack2Settlement.com.

> **REMINDER:**
>
> **If you made changes to any information contained in Sections A, B, or C:**
>
> *You must sign and return this claim form.*
>
> --------------------------------
>
> **If you did not make any changes to the information printed on the claim form:**
>
> *Do not return this claim form.*
> *A check will be automatically mailed to you.*