# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br><br>*v.*<br><br>*Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## FEBRUARY 2011 STATUS REPORT ON BEHALF OF
## THE CITY OF NEW YORK AND NEW YORK COUNTIES

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for February 2011, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: February 2, 2011

                                              Respectfully submitted,

                                              **City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

                                              **KIRBY McINERNEY, LLP**
                                              825 Third Avenue
                                              New York, New York 10022
                                              (212) 371-6600

                       By:  /s/ Joanne M. Cicala_____
                                       Joanne M. Cicala

2

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**February 2011 Status Report on Behalf of the**
**City of New York and New York Counties**

**<u>Voluntary Dismissal of Claims</u>**

On December 13, 2010, the Court entered an order granting plaintiffs' voluntary dismissal of claims against defendants Forest Pharmaceuticals, Inc. and Forest Laboratories, Inc. *See* Docket No. 7332, Sub-Docket 268.

On December 29, 2010, the court entered an order granting plaintiffs' stipulation of dismissal of claims against defendants AstraZeneca Pharmaceuticals L.P., AstraZeneca L.P., and Zeneca Holdings, Inc.  *See* Docket No. 7364, Sub-docket No. 271.

On January 28, 2011, plaintiffs filed a notice of voluntary dismissal of claims against defendants Johnson & Johnson Companies. *See* Docket No. 7390, Sub-docket 274.

**<u>Discovery</u>**

1. **Motion to Quash & Motion to Seek Protective Order**

On January 25, 2011 plaintiffs, on behalf of themselves and Dr. Thomas Fanning (hereinafter referred to as "movants"), filed a motion for protective order and a motion to quash the tardy January 10, 2011 subpoena issued by defendants to former New York State Department of Health ("NY DOH") employee Dr. Fanning. *See* Docket No. 7386, Sub-docket No. 272; Docket No. 7387, Sub-docket No. 273.

On January 27, 2011 defendants filed their Memorandum in opposition. *See* Docket No. 7389.

Movants presently will seek leave to file a reply memorandum in further support of their motion.  The motion remains *sub-judice*.

2. **Joint Motion To Extend Discovery Deadline**

On December 17, 2010 plaintiffs and defendants filed a joint motion to extend the

3

deadlines to complete discovery. *See* Docket No. 7354, Sub-docket No. 269. The parties subsequently withdrew this motion. *See* Docket No. 7391, Sub-docket No. 275.

On January 31, 2011 plaintiffs and defendants filed a renewed joint motion to extend the time to complete discovery. *See* Docket No. 7393, Sub-docket 276. The motion seeks to modify the schedule as follows: (1) all fact discovery timely sought by defendants to be completed by February 18, 2011, (2) plaintiffs' expert depositions to be completed by March 17, 2011, (3) defendants' expert reports to be served by April 14, 2011, and (3) defendants' expert depositions to be completed by May 31, 2011. This motion remains *sub-judice.*

### 3. Defendants' Motion to Compel the production of privileged documents withheld by New York State Department of Health ("NY DOH")

On December 23, 2009, defendants filed a motion to compel production of all documents which NY DOH has withheld on the basis of the deliberative process privilege. *See* Docket No. 6810, Sub-docket No. 191.

On January 20, 2010, the office of the New York Attorney General filed its Opposition to Defendants' Joint Motion to Compel the Production of Documents from NY DOH. *See* Docket No. 6852, Sub-docket No. 197.

On June 21, 2010, the motion was referred to Magistrate Judge Marianne B. Bowler. *See* June 21, 2010 electronic entry. It remains *sub-judice*.

### 4. Motion to Compel Discovery from Defendant Merck

Plaintiffs and Merck have reached a settlement agreement in principle. Plaintiffs will withdraw their motion to compel [Docket No. 6487, Sub-docket No. 158].

4

**CERTIFICATE OF SERVICE**

I, Kathryn Allen, hereby certify that on the 2nd day of February, 2011, I caused a true and correct copy of the above February 2011 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  February 2, 2011

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600