UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
|---|---|---|
| THIS DOCUMENT RELATES TO:<br><br>  *City of New York, et al.*<br>*v.*<br>  *Abbott Laboratories, et al.* | ) ) ) ) ) ) ) ) ) | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

**MOVANTS' MOTION FOR LEAVE TO FILE ATTACHED REPLY MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER AND TO QUASH TARDY SUBPOENA ISSUED BY DEFENDANTS**

Dr. Thomas Fanning, a former employee of the New York State Department of Health, and plaintiffs, the City of New York and New York Counties in MDL 1456 (hereinafter collectively referred to as "Movants") by and through their attorneys of record Kirby McInerney LLP, hereby move for permission to file the attached reply memorandum and declaration in further support of their Motion for Protective Order and to Quash Tardy Subpoena Issued by Defendants [Docket no. 7386, sub-docket No. 272]. Movants respectfully submit that this reply memorandum is necessary to respond to misstatements and inaccuracies set forth in defendants' opposition papers and, in that regard, it will facilitate the just and proper adjudication of movants' motion on a full record.

WHEREFORE, movants respectfully request that this Court enter an Order permitting them to file the attached reply memorandum and declaration in further support of their Motion

for Protective Order and to Quash Tardy Subpoena Issued by Defendants. A proposed form of order is attached.

Dated: February 3, 2011

Respectfully submitted,

By:    /s/ Joanne M. Cicala_____
Joanne M. Cicala
Kathryn B. Allen
**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

*Counsel for Dr. Thomas Fanning and*
*the City of New York and New York Counties in*
*MDL 1456 except Nassau and Orange*

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*


**CERTIFICATE OF SERVICE**

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated: February 3, 2011

/s/
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>    *City of New York, et al.*<br>*v.*<br>    *Abbott Laboratories, et al.* | Judge Patti J. Saris<br>Magistrate Judge Marianne B. Bowler |

## [PROPOSED] ORDER GRANTING MOVANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND DECLARATION IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER AND TO QUASH TARDY SUBPOENA ISSUED BY DEFENDANTS

IT IS HEREBY ORDERED THAT the Movants shall be granted leave to file their Reply Memorandum and Declaration in Support of Motion for a Protective Order and to Quash Tardy Subpoena Issued by Defendants.

Dated: _____, 2011

_____
Hon. Marianne B. Bowler
United States Magistrate Judge