## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

### [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS THE JOHNSON & JOHNSON COMPANIES

The Motion for Dismissal is hereby GRANTED. All Claims in this action against Defendants Johnson & Johnson, Janssen Pharmaceutica Products, L.P., Ortho-McNeil Pharmaceutical, Inc., Othro-Biotech Products, L.P., McNeil-PPC, Inc., ALZA Corporation, Centocor, Inc., and Ethicon, Inc., and said defendants' successor or affiliated companies, including Janssen, L.P., Janssen, Inc., Johnson & Johnson Healthcare Systems, Inc., Centocor-Ortho-Biotech, Inc., Ortho-Biotech, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. (collectively, the "Johnson & Johnson Companies") are dismissed with prejudice and without costs to any party.

IT IS SO ORDERED

Dated: 2\9\2011, 2011

_____
The Honorable Patti B. Saris
United States District Court Judge