### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:  )<br>  )<br>TRACK TWO SETTLEMENT  )<br>  ) | Judge Patti B. Saris |

### [PROPOSED] ORDER GRANTING CLASS PLAINTIFF'S MOTION FOR APPROVAL OF REVISED NOTICE PLAN AND SCHEDULE FOR FINAL APPROVAL OF THE TRACK TWO SETTLEMENT

THIS MATTER is before the Court on Class Plaintiff's motion for approval of revised notice plan and schedule for final approval of the Track Two Settlement. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Class Plaintiff's motion for approval of revised notice plan and schedule for final approval of the Track Two Settlement by approving 1) the revised Notice Plan; 2) the forms of Notice attached as Exhibits 2-8; and 3) the revised schedule set forth below:

| February 12, 2011 | Initial Direct Mail Notice to Potential Track Two Class 1 Members With Class A Drug Administrations To Be Completed |
|---|---|
| March 30, 2011 | Deadline For Return of Initial Notice Cards by Class 1 Members with Class D Drug Administrations |
| April 4 – April 24, 2011 | National Media Notice (TV, Print Publication) Appear |

- 1 -

001534-16 422772 V1

| April 28, 2011 | Class Counsel to File Motion for Attorney's Fees |
| May 24, 2011 | Deadline for All Class 1 Members to Comment, Object or Request Exclusion from the Settlement |
| June 1, 2011 | Class Counsel to File Final Approval Papers and Recommendations on Use of Any Excess Settlement Funds |
| June 13, 2011 AT 2:00 PM | Final Approval Hearing (based on the Court's preference and availability) |
| July 1, 2011 | Class 1 Claims Filing Deadline |

The final approval hearing is hereby rescheduled to June ___, 2011 at _____.

IT IS SO ORDERED.

DATED: 2/9/2011

Hon. Patti B. Saris
United States District Court Judge

-2-

001534-16 422772 V1