UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST PFIZER INC., WYETH PHARMACEUTICALS, INC., WYETH, PHARMACIA CORPORATION, GREENSTONE, LTD.,  AND  AGOURON PHARMACEUTICALS, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendants Pfizer Inc., Wyeth Pharmaceuticals, Inc., Wyeth, Pharmacia Corporation, Greenstone, Ltd., and Agouron Pharmaceuticals, Inc. (collectively the "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and the Settling Defendants, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  February 11, 2011

                                          Respectfully submitted,

                            By:   /s/ Joanne M. Cicala
                                Joanne M. Cicala
                                Daniel Hume
                                Kirby McInerney LLP
                                825 Third Avenue
                                New York, NY 10022
                                212-371-6600

                                *On Behalf of Plaintiffs the Consolidated New York Counties*

-2-

By: /s/ John C. Dodds
John C. Dodds
J. Clayton Everett, Jr.
Morgan, Lewis & Bockius LLP
1701 Market Streete
Philadelphia, PA 19103
(215) 963-5000

*On Behalf of the Settling Defendants*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiffs' Claims Against Defendants Pfizer Inc., Wyeth Pharmaceuticals, Inc., Wyeth, Pharmacia Corporation, Greenstone, Ltd., and Agouron Pharmaceuticals, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

    /s/ James Carroll  
KIRBY McINERNEY LLP