UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.  v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) Judge Patti B. Saris |

**[PROPOSED] ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST  DEFENDANTS PFIZER INC., WYETH PHARMACEUTICALS, INC., WYETH, PHARMACIA CORPORATION, GREENSTONE, LTD.,  AND  AGOURON PHARMACEUTICALS, INC.**

The Motion for Dismissal is hereby GRANTED.  All Claims in this action against Defendants Pfizer Inc., Wyeth Pharmaceuticals, Inc., Wyeth, Pharmacia Corporation, Greenstone, Ltd., and Agouron Pharmaceuticals, Inc. are dismissed with prejudice and without costs to any party.

IT IS SO ORDERED

Dated: _____, 2011

_____
The Honorable Patti B. Saris
United States District Court Judge