# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL MASSACHUSETTS CLASS ACTIONS CONCERNING CLASSES 2 & 3 | Judge Patti B. Saris |

## NOTICE OF FILING UNDER SEAL

To:     All Counsel of Record

Please take notice that on February 11, 2011, we, as attorneys for Plaintiffs, caused to

be filed under seal with the Clerk of the United States District Court for the District of

Massachusetts the following item:

1.     Exhibit A attached to the Proposed Revised Final Orders and Judgments Granting Final Approval of the Proposed Massachusetts and Non-Massachusetts Class 2/Class 3 Settlements with AstraZeneca.

DATED:  February 11, 2011

By____ /s/ Steve W. Berman_____
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

- 1 -

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

**CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman attorney, caused a true and correct copy of the

foregoing ***Notice of Filing Under Seal*** be delivered to all counsel of record by electronic service

pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 11,

2011 a copy to LexisNexis File and Serve for Posting and notification to all parties.


By: **/s/ Steve W. Berman**
           Steve W. Berman
           Hagens Berman Sobol Shapiro LLP
           1301 Fifth Avenue, Suite 2900
           Seattle, WA  98101
           Telephone: (206) 623-7292
           Facsimile: (206) 623-0594

001534-16  424659 V1