## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL MASSACHUSETTS CLASS ACTIONS CONCERNING CLASSES 2 & 3 | Judge Patti B. Saris |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Plaintiffs' motion for leave to file under seal.  The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Plaintiffs' motion for leave to file under seal the following item:

1. Exhibit A attached to the Proposed Revised Final Orders and Judgments Granting Final Approval of the Proposed Massachusetts and Non-Massachusetts Class 2/Class 3 Settlements with AstraZeneca.

IT IS SO ORDERED.

DATED: _____     _____
                                                                        Hon. Patti B. Saris
                                                                        United States District Court Judge

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman attorney, caused a true and correct copy of the foregoing *[Proposed] Order Granting Plaintiffs' Motion For Leave To File Under Seal* be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 11, 2011 a copy to LexisNexis File and Serve for Posting and notification to all parties.

By: /s/ Steve W. Berman
 Steve W. Berman
 Hagens Berman Sobol Shapiro LLP
 1301 Fifth Avenue, Suite 2900
 Seattle, WA 98101
 Telephone: (206) 623-7292
 Facsimile: (206) 623-0594