UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>BMS PROPOSED SETTLEMENT | |

### DECLARATION OF KENNETH A. WEXLER

I, Kenneth A. Wexler, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the founding partner of the law firm Wexler Wallace LLP, Co-Lead counsel for Plaintiffs in this matter. I am an attorney in good standing and duly licensed and admitted to the State Bar of Illinois. I have personal knowledge of the facts stated below and will testify in court to the same if called upon to do so.

2. Wexler Wallace LLP is counsel of record for plaintiffs Andrea Palenica, Gerald Miller and Scott Tell, all Class 3 plaintiffs with respect to defendant Bristol-Myers Squibb ("BMS").

3. In 2010 we learned that Andrea Palenica had passed away. Over the next several months, we reached out to Ms. Palenica's brother, Andrew J. Palenica, whom we understood had assumed control of her estate, to determine whether he wished to be substituted, on behalf of the estate, as a plaintiff and class representative in this litigation. Mr. Palenica has never responded to our correspondence or expressed any interest representing the estate as a successor in interest to his sister's claims. We therefore are not submitting, at this time, a declaration in support of an

award of compensation for the estate of Ms. Palenica.  We will submit such a declaration if we receive the appropriate authorization before final approval.

4.      Additionally, our recent attempts to contact plaintiffs Scott Tell and Gerald Miller were unsuccessful, as we learned that the phone numbers on file for these gentleman are no longer in service or had been transferred to other users.  We have reviewed our own billing records and files to estimate the number of hours these gentlemen spent working on this case, but cannot file declarations on their behalf until we are able to reach them and review these estimated amounts with them.  We have hired an investigator to locate Messrs. Tell and Miller. If we successfully locate them before final approval, we will submit their declarations in support of compensation awards.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.


Dated:  February 14, 2011            /s/ Kenneth A. Wexler_____
                                     Kenneth A. Wexler

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on February 14, 2011, I caused copies of the foregoing to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                            /s/ Steve W. Berman
                                                            Steve W. Berman