UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>BMS PROPOSED SETTLEMENT | |

## DECLARATION OF CONSTANCE NELSON

I, Constance Nelson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Constance Nelson and I am a resident of the State of Illinois. I have personal knowledge of the facts stated below and will testify in court to the same if called upon to do so.

2. I am a member of the United Food and Commercial Workers Union and Employers Midwest Health Benefits Fund ("UFCW").

3. I underwent chemotherapy in 2002. As part of my treatment, I was prescribed and made payments for Rubex and Cytoxan, which are manufactured by Brystol-Myers Squibb ("BMS").

4. I became involved in this lawsuit in October 2005. Over the next few months, I spent a considerable amount of time searching and collecting medical and financial records and assisting my attorneys in collecting all other necessary documents from my doctors and banks. This process required some time and effort since the records were in some cases more than a year old.

5.      I was added as a Proposed Class 3 representative (TPPs and Consumers for AWP-Based Charges on Physician Administered Drugs Outside of Medicare) to the Third Amended Class Action Complaint on October 17, 2005.

6.      I had my deposition taken on November 11, 2005, and spent some time preparing with my attorneys beforehand.

7.      Throughout the case, I have regularly stayed in contact with my attorneys, receiving and reviewing status reports, answering any questions they had, and generally being available to assist with the lawsuit in any way possible.

8.      I did not make contemporaneous records of my time as an attorney would.  The following chart, however, reflects my best estimate of the time I spent on various activities throughout the case.  It has been cross-checked for accuracy against the records kept by my attorneys.

| Activity | Hours |
| --- | --- |
| Searching for and gathering documents in the home (proof of payments, cancelled checks, bank records, medical bills, etc.) | 6 hours |
| Working with lawyers to contact doctor(s) and bank(s) to obtain documents and completing bank and medical records waivers | 3 hour |
| Preparing for deposition | 3 hours |
| Attending deposition | 4 hours |
| Talking to attorneys or paralegals regarding the status of the case, responding to their inquiries or questions regarding my documents, and/or providing information to compile affidavits for use in the lawsuit. | 4 hours |
| Approximate Total Hours Expended | 20.0 hours |

2

9.      I was administered and paid for three Track 1 drugs, which were manufactured by BMS (Rubex and Cytoxan) and GSK (Zofran).  This affidavit is in relation to a Settlement reached with BMS only, one of five Track I defendants.  Because 2 of the 3 Track 1 drugs I was administered and made payments for were manufactured by BMS, the total number of hours I have spent (20) multiplied by 2/3 is my best estimate of my time attributed to the case against BMS.  This totals approximately 13 1/3 hours.

10.     I understand from Co-Lead Counsel that the Court has indicated that a fair rate of reimbursement for time spent on this litigation by class representatives might be $100.00 per hour.  At the rate of $100.00 per hour, the value of the estimated time I spent litigating the case against BMS (13 1/3 hours) is equal to $1333.33.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:  February 14, 2011                       /s/ Constance Nelson_____
                                                Constance Nelson

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on February 14, 2011, I caused copies of the foregoing to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

      /s/ Steve W. Berman
    Steve W. Berman