UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## AFFIDAVIT OF AGNES SWAYZE

I, Agnes B. Swayze, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1. My name is Agnes B. Swayze and I live in Lancaster, California. I have personal knowledge of the facts stated below and will testify in court to the same if called upon to do so.

2. I am the Class 1 representative against BMS in this lawsuit. I was added as a Class 1 representative (against BMS) in June, 2007 after other proposed class representatives withdrew.

3. I suffer from ovarian cancer. I was treated extensively for this cancer in 1994 and again in 2002-2003. In 2002-03 I received chemotherapy, including injections of BMS' Carboplatin. I am currently 76 years old.

4. I am covered by Medicare, but have no supplemental, medi-gap or other medical insurance. I paid all my medical bills either by cash, check or credit card.

5. Since becoming involved with this law suit I have met with Plaintiffs' counsel and spent time obtaining all my relevant medical records. This process required some time and effort since the records were in some cases more than a year old. I have also reviewed the complaint and various other documents from this litigation and had numerous follow-up conversations with counsel about the litigation.

6. I did not make contemporaneous records of my time as an attorney would. The following chart, however, reflects my best estimate of the time I spent on various activities throughout the case.

| Activity | Hours |
| --- | --- |
| Reviewing the Complaint, settlement agreements and other pleadings sent by counsel, and discussing those pleadings with counsel. | 10 hours |
| Searching for and gathering medical records and payment records, calling health providers to obtain records. | 12 hours |
| Meeting with counsel, reviewing correspondence and monitoring status of litigation, discussing terms of settlement agreements. | 6 hours |
| Total Hours Expended | 28 hours |

7. I understand from Co-Lead Counsel that the Court has indicated that a fair rate for reimbursement for time spent on this litigation by class representatives might be $100.00 per hour. At the rate of $100.00 per hour, the value of the time I spent litigating this case is equal to $2,800.00.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Date: February 12, 2011

*Agnes B. Swayze*
Agnes B. Swayze

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on February 14, 2011, I caused copies of the foregoing to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

        /s/ Steve W. Berman
       Steve W. Berman