**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| BMS SETTLEMENT | Judge Patti B. Saris |

**CLASS PLAINTIFF'S NOTICE CONCERNING**
**RECOMMENDATION ON USE OF EXCESS SETTLEMENT**
**FUNDS IN THE PROPOSED BMS SETTLEMENT**

On November 29, 2010, the Court issued an Order for Final Consideration of the BMS

Settlement (Docket No. 7313).  As part of the schedule set for finalizing notice and completion

of the settlement approval process, the November 29, 2010 Order directed Class Counsel to

provide the Court "recommendations on use of any excess settlement funds" on February 21,

2011.  Order at ¶4.  The Order also specified that "the Court may thereafter issue, prior to the

final approval hearing date, an order to show cause why a particular use of excess funds is not

appropriate." *Id*.

The deadline for consumer class members to return initial notice cards was January 31,

2011.  As of this date, Rust Consulting, Inc. has received approximately 16,500 responses from

potential class members.  Based on this response and the response from TPP Class members,

Class Counsel expect to distribute all of the proceeds of the Proposed BMS Settlement and do

not anticipate the existence of excess settlement funds or the need for *cy pres*.  Accordingly,

Class Counsel make no recommendation on the use of excess settlement funds.

- 2 -

Pursuant to the November 29, 2011 Order, Class Counsel will submit its next regularly-scheduled Status Report concerning the status of the Track Two, BMS and AZ Settlements on March 1, 2011.


DATED: February 18, 2011                     By      /s/ **Steve W. Berman**
                                                 Thomas M. Sobol (BBO#471770)
                                                 Edward Notargiacomo (BBO#567636)
                                             Hagens Berman Sobol Shapiro LLP
                                             55 Cambridge Parkway, Suite 301
                                             Cambridge, MA  02142
                                             Telephone: (617) 482-3700
                                             Facsimile: (617) 482-3003

                                             **LIAISON COUNSEL**

                                             Steve W. Berman
                                             Sean R. Matt
                                             Hagens Berman Sobol Shapiro LLP
                                             1918 Eighth Avenue, Suite 3300
                                             Seattle, WA  98101
                                             Telephone: (206) 623-7292
                                             Facsimile: (206) 623-0594

                                             Jennifer Fountain Connolly
                                             Hagens Berman Sobol Shaprio LLP
                                             1629 K St. NW, Suite 300
                                             Washington, DC  20006
                                             Telephone: (202) 355-6435
                                             Facsimile: (202) 355-6455

                                             Jeffrey Kodroff
                                             John Macoretta
                                             Spector, Roseman Kodroff & Willis, P.C.
                                             1818 Market Street, Suite 2500
                                             Philadelphia, PA  19103
                                             Telephone: (215) 496-0300
                                             Facsimile: (215) 496-6611

- 3 -

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFF'S NOTICE CONCERNING RECOMMENDATION ON USE OF EXCESS SETTLEMENT FUNDS IN THE PROPOSED BMS SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 18, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

 **/s/ Steve W. Berman**
Steve W. Berman