UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.*<br>- and -<br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF ALEX E. SADLER & DAVID E. BELL FOR DEFENDANT PUREPAC PHARMACEUTICAL CO. AND MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that Alex E. Sadler and David E. Bell of Crowell & Moring, LLP hereby appear as counsel in this action for defendant Purepac Pharmaceutical Company ("Purepac").

Pursuant to Paragraph 16 of Case Management Order No. 1, Purepac respectfully moves the Court for the admission *pro hac vice* of Alex E. Sadler and David E. Bell to practice before this Court as attorneys for Purepac in this action. As appears from the accompanying declarations, the undersigned are members in good standing of the bar of several federal and state trial and appellate courts. As Case Management Order No. 1 provides, an attorney under these circumstances "shall be deemed admitted *pro hac* vice to practice before this Court in connection with this action upon payment of the appropriate filing fee." The appropriate filing fees are being simultaneously submitted to the Clerk of the Court with this Notice and Motion.

Dated: February 17 , 2011                     Respectfully submitted,

*David E. Bell* (signature)

Alex E. Sadler
David E. Bell
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC  20004
(202) 624-2500

*Attorneys for Defendant*
*Purepac Pharmaceutical Co.*