UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.*<br>- and -<br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**PRO HAC VICE DECLARATION OF ALEX E. SADLER**

1. I am a partner with the firm of Crowell & Moring, LLP, in Washington, DC, which is serving as counsel in this matter to defendant Purepac Pharmaceutical Company. I submit this declaration in support of my admission *pro hac vice* to the bar of this Court, pursuant to paragraph 16 of Case Management Order No. 1.

2. I am an attorney duly licensed to practice law in the State of Maryland and the District of Columbia. I have been admitted to practice before the United States Court of Appeals for the Federal Circuit, the United States District Courts for the District of Columbia, the District of Maryland, and the Central District of Illinois, the United States Court of Federal Claims, and the United States Tax Court.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted. There have been and are no disciplinary actions pending against me, and I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

-2-

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2011.

_____
Alex E. Sadler