UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br>*State of Iowa v. Abbott Laboratories, et al.*<br>- and -<br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## PRO HAC VICE DECLARATION OF DAVID E. BELL

1. I am an attorney with the firm of Crowell & Moring LLP, counsel in this matter to defendant Purepac Pharmaceutical Company. I submit this Declaration in support of my admission *pro hac vice* to the bar of this Court, pursuant to paragraph 16 of Case Management Order No. 1.

2. I am an attorney duly licensed to practice law in Virginia and the District of Columbia. I have also been admitted to practice before the United States Supreme Court, United States Courts of Appeals for the District of Columbia Circuit and the Second Circuit, as well as the United States District Courts for the District of Columbia and the Eastern District of Virginia.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted. There have been and are no disciplinary actions pending against me, and I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2011.

_____
David E. Bell