

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116

David E. Bell
(202) 624-2508
dbell@crowell.com

February 17, 2011

**VIA FEDERAL EXPRESS**

Christine Patch
Docket Clerk to Hon. Patti Saris
U.S. District Court, District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  *In re Pharmaceutical Industry Average Wholesale Price Litigation*
MDL No. 1456, No. 01-cv-12257-PBS, Sub-Docket Nos. 07-cv-12141-PBS and 03-cv-10643-PBS

Dear Ms. Patch:

Alex Sadler and I are counsel for defendant Purepac Pharmaceutical Company, and we are seeking *pro hac vice* admission in the above-captioned matter (specifically as to the Sub-Docket numbers referenced). I enclose a check for $100.00, along with a joint Notice of Appearance/Motion for Admission and declarations for each of us.

As noted in my declaration, I am a member in good standing of the State Bars of Virginia and the District of Columbia, and I have been admitted to practice before the United States Supreme Court, United States Courts of Appeals for the District of Columbia Circuit and the Second Circuit, as well as the United States District Courts for the District of Columbia and the Eastern District of Virginia.

As noted in Mr. Sadler's declaration, he is a member in good standing of the State Bars of Maryland and the District of Columbia, and he has been admitted to practice before the United States Court of Appeals for the Federal Circuit, the United States District Courts for the District of Columbia, the District of Maryland, and the Central District of Illinois, the United States Court of Federal Claims, and the United States Tax Court.

I understand that, pursuant to paragraph 16 of Case Management Order No. 1 in the above-referenced action, counsel who are in good standing in any district court of the United

Christine Patch
February 17, 2011
Page 2

States and who pay the appropriate filing fee are "deemed admitted *pro hac vice* to practice before this Court in connection with this action."

    Please let me know if you have any questions regarding this letter, or if I should make arrangements to have the documents served on other counsel.

    Thank you very much for your assistance.

                             Sincerely,

                             David E. Bell

Enclosures