PHYLLIS GRANAT
152 POND VIEW DRIVE
PORT WASHINGTON, NY 11050
516-8833075
PHGRANAT@GMAIL.COM



CLERK OF COURT, JOHN JOSEPH MOAKLEY
US COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASS 02210

Feb 16, 2011

RE: Civil Action Number : 01-CV-12257-PBS, MDL NO 1456
From : Phyllis Granat for J Miner Estate- BMS Settlement

I am the executor of my fathers estate. He died in Nov 1999, and as this is more than 10 years ago we no longer have any documents relating to his medical history.

I only received request for additional information last week, and have been unsuccessful in reaching either his doctor or the hospital. His doctor has retired and the address and phone number listed for him is being used by another doctor, who has no information on my father
.The hospital would give me no information.

I called and requested an extension of time, as I am leaving on an extended trip and would not be able to file by Feb 28th. I was told no extensions.

Class action suits generally require the consumer to be put through time consuming and difficult research to document their claims, and in the end the lawyers end up with almost all the money anyway. This process is totally unjust.

In this case, I find it particularly offensive as most of the people who were on these chemotherapy drugs are probably no longer alive, as over 10 or more years has past.
How can one be expected to have all this information- BMS or Medicare should be required to provide this information.

I trust the Court will consider my plea and help right a wrong.

Sincerely yours,

Phyllis Granat

Phyllis Granat -JMINER Estate