**Susan P. Sidel**
9 Horseshoe Road
Chelmsford, Mass. 01824
susansidel@mac.com
917-742-2092

February 17, 2011

Re: <u>BMS AWP Class Action Law Suit</u>

To whom it may concern:

I am writing on behalf of my father who is 87 years old.

While we appreciate that this action was filed, we were not given timely notice of our eligibility to recover the costs my family paid for my Mother's ovarian cancer treatment.

We didn't receive your claim form until February 11, 2011 and it is due on February 28, 2011. We weren't even notified of this class action until well after Christmas 2010.

In order to provide "proof" of payment and/or treatment, we would need to request my mother's medical records: that could take months.

My Mother was being treated for ovarian cancer at Lahey Clinic, Burlington and at Massachusetts General Hospital, Boston from 1999 until her death on February 4, 2001.

She was treated with Taxol, Cytoxin, Paraplatin and very likely other medications on your list.

While we are precisely the people your class action is attempting help, your failure to give us timely notice of the class action, we prevent our recovery.

Please correct this situation. I called and left a message this afternoon.

I am also sending this letter to the Clerk of Courts in Boston.

Thank you for your prompt response.

Best regards,

*Susan P. Sidel*
Susan P. Sidel

cc: Alfred Sidel