# Exhibit A



19 G Street NE, Suite 601
Washington, DC 20002
Tel: (202) 463-9455
Fax: (571) 257-8559
ZeroCancer.org

## Summary

ZERO – The Project to End Prostate Cancer, a 501(c)3 not-for-profit based in Washington, DC, is the leader in providing mobile prostate cancer testing in America. Since 2002, ZERO's Drive Against Prostate Cancer program has provided more than 110,000 free prostate cancer tests to men across United States.

The Drive Against Prostate Cancer program is comprised of two custom-built Class A mobile medical units, one built in 2001 (*Vehicle 1*) and the other constructed in 2005 (*Vehicle 2*). With more than 300,000 miles on it and more than 60,000 men making use of the on-board phlebotomy stations and exam rooms, *Vehicle 1* is in dire need of replacement. Thanks to conscientious maintenance by the technical staff at the manufacturer, *Vehicle 1* has exceeded its mechanical life expectancy and now often breaks down during travel, making our efforts to offer free testing difficult and preventing the program from seizing opportunities to have a substantial impact in the community. With the aging of the American population, prostate cancer incidence and mortality are projected to increase thus increasing the need for effective, patient-friendly means for acquiring early detection.

ZERO seeks funding to build a new vehicle and cover its operating expenses. A grant of $500,000 would enable the organization to replace *Vehicle 1* and conduct 50 event days, enabling us to test a minimum of 10,000 men for free in 2011. The $500,000 in funding could be considered Phase I of delivering life-saving services to American men.

ZERO could test up to 28,000 men by the end of 2012 with an additional $500,000 in funding. This goal would be broken down into two additional phases. Phase II would begin with a donation of $250,000 enabling us to hire a manager to schedule medical staff, supervise on-site coordinators and execute patient notifications and test at least 8,000 men during the first six months of 2012. A second donation of $250,000 would trigger Phase III, enabling us to screen 10,000 more men between July 1 and December 31, 2012.

|  | Phase I | Phase II | Phase III | TOTAL |
|---|---|---|---|---|
| Time Frame | April-December 2011 | January-June, 2012 | July-December, 2012 |  |
| Detail | New Vehicle and Testing | New Hire and Testing | Testing |  |
| Number of Men Tested | 10,000 | 8,000 | 10,000 | 28,000 |
| Funds Needed | $500,000 | $250,000 | $250,000 | $1,000,000 |



## ZERO – The Project to End Prostate Cancer

Zero prostate cancer deaths. Zero prostate cancer cases and for those with prostate cancer, it means a zero PSA. Our name conveys what we stand for - zero tolerance for prostate cancer.

At ZERO, we commit ourselves not only to reduce prostate cancer or alleviate the pain from disease, but to end it. We see a future where all men who have been diagnosed with prostate cancer will be cured or manage their illness with good quality of life, with the support they need to minimize physical and emotional suffering and to cope effectively throughout their cancer journeys.

To accomplish our goal, we provide comprehensive treatment information to patients, education to those at risk, and conduct free prostate cancer testing throughout the nation. We increase research funds from the federal government to find new treatments and we fund local grants to end the disease.

Founded in 1996, ZERO reaches a constituent base of more than 300,000 through its different programs, events and publications, including *ZEROHOUR* – ZERO's weekly electronic newsletter, the Great Prostate Cancer Challenge national race series, The Summit to End Prostate Cancer advocacy gathering in Washington, DC and the Drive Against Prostate Cancer mobile screening program.

## The Drive Against Prostate Cancer

The Drive Against Prostate Cancer (the Drive) is the only national mobile prostate cancer testing program. It features two sleek 39-foot RVs designed specifically for men and touring the country from coast to coast and border to border offering free prostate cancer testing and an experience that provides a comfort factor often lacking in a traditional doctor's office.

The Drive is a turnkey operation. Each vehicle is fitted with two phlebotomy stations (for blood draws) and two examination rooms where doctors conduct physical exams with patients. At each event, ZERO and its local medical partners (hospitals and urology practices) test men for free on a first-come, first-serve basis without appointments. We offer free snacks and play the big game on our large flat-screen TV while patients wait. It's the way every doctor's office ought to be.

Patients don't need insurance to participate and ZERO works with each one to find the follow-up care they need. Often times our medical partners provide cancer treatment if needed or ZERO connects the patient to other non-profit resources that provide funding for treatment.

Our lab partner (University of Michigan) processes each test and ZERO notifies each patient of his result within three weeks from the time of the test. ZERO uses National Comprehensive Cancer Network guidelines and considers a 2.5 PSA a high score. ZERO sends an initial letter to every participant and for those with an elevated PSA, ZERO sends a second letter and then places phone calls to the patient to make sure he follows up with his doctor.

More than 100,000 men have been tested since the start of the program, with an average of 193 patients per event. ZERO receives a very high turnout for screening events as our

communications team works on placing media stories and listings about the Drive while partnering with major sports franchises, media outlets and major health networks.

## The Impact

The Drive Against Prostate Cancer saves lives. About 11 percent of all men tested onboard (1,200 men) have a high PSA, twice the percentage found in a typical doctor's office (a high PSA is usually indicative of prostate cancer). Our efforts have also educated countless more men and families about prostate cancer risk and early detection by generating more than 250 million media impressions during the life of the program. Media partnerships with the Chicago Sun Times, New York Daily News and CBS Health Watch have provided a huge leap forward in awareness within select communities while testing thousands. Partnerships with sports entities like the NHL, NASCAR, Milwaukee Brewers, Tampa Rays and Kansas City Chiefs have garnered exposure on ESPN, ABC News and USA Today.

The Drive is also changing the way men think and act about their health. Our annual surveys show that about 40 percent of participants do not have a primary care physician and haven't been to the doctor in more than 10 years. Many of these patients tell us they will now plan to the see doctor on a regular basis given the positive experience of the Drive. This change in behavior is critical in saving lives because men are often "underserved" simply because they do not participate in healthcare until there is a crisis. ZERO is committed to bringing the Drive to high-risk areas that are lacking in services such as rural Kentucky and Washington State and the inner cities of Baltimore and Birmingham.

ZERO also works with churches and their communities to target African Americans who are at higher risk of prostate cancer. About 22 percent of our screening participants are African Americans and about 24 percent of all participants have been veterans (some evidence indicates Vietnam veterans exposed to Agent Orange have a higher risk of prostate cancer).

## Funding

ZERO – The Project to End Prostate Cancer requests a $500,000 contribution to execute Phase I by building a replacement vehicle and fund 50 days of screening, to allow for testing a minimum of 10,000 men for free in high-risk areas.

ZERO would work with Thor Industries to construct a new vehicle. Thor's former CEO and President Wade Thompson, who passed away from cancer in 2009, founded the Drive Against Prostate Cancer and donated the program to ZERO in 2002. Thor remains committed to the program by donating drivers, vehicle maintenance, fuel and storage for the vehicle when it is not in use.

Phase II enabling ZERO to hire a Drive Against Prostate Cancer manager and to test 8,000 additional men during the first of half of 2012 is triggered with an additional $250,000 donation. Another gift of $250,000 would enable us to test 10,000 more men during the second half of 2012.

Funding all phases of this program would enable us to test 28,000 men – about the same amount of men who die each year from prostate cancer.

## Phase I

Timeline

| Month | Activities |
|---|---|
| April | - Construction on new vehicle begins at Thor Industries<br>- ZERO begins planning screening events with its partners for a 50 day schedule of testing with the new vehicle |
| May | - Construction on new vehicle continues |
| June | - Construction on new vehicle continues |
| July | - Construction on new vehicle continues |
| August | - Construction finished and paint job applied. |
| September (using both vehicle) | - 10 days of testing in partnership with CBS Health Watch in media markets where the program airs. ZERO will reach out to high-risk, low service communities in cities such as Pittsburgh, PA; Miami, FL and Atlanta, GA.<br>- 15 days of testing with our Great Prostate Cancer Challenge race partners, offering screening to men in Camden, NJ, Dallas, TX, Kansas City, MO, Cincinnati, OH and Indianapolis, IN<br>- 6 days of testing on the Minnesota State Fair in St. Paul |
| October | - 10 days of testing in partnership with the National Hockey League. The Drive Against Prostate Cancer will travel to cities with partnering NHL franchises like Chicago, IL; Detroit, MI; Washington, DC; and Nashville, TN to conduct free testing and leverage the partnership into greater prostate cancer risk awareness in the national media. |
| November | - 6 days of testing with our Great Prostate Cancer Challenge race partners, offering screening to men in New York, NY; Memphis, TN and Birmingham, AL |
| December | - 3 days of testing with our Great Prostate Cancer Challenge race partners, offering screening to men in Tucson, AZ |
| TOTAL | 50 Days of Testing |

Budget

| Name | Quantity | Cost | Total |
|---|---|---|---|
| Drive Against Prostate Cancer RV Unit | 1 | $250,000 | $250,000 |
| PSA and Notification | 10,000 | $12 | $120,000 |
| Insurance | N/A | $10,000 | $10,000 |
| Staff Travel | 50 Events | $500 | $25,000 |
| Medical Staff | 50 Events | $1,500 | $75,000 |
| On-site Event Coordinator | 50 Events | $250 | $12,500 |
| Education Materials | 10,000 | .75 cents | $7,500 |
| TOTAL | | | **$500,000** |

## Phase II

Timeline

| January, 2012 | • 5 days of testing in Atlanta, GA in partnership with Cox Communications |
|---|---|
| February, 2012 | |
| March, 2012 | • 5 days of testing in Baltimore, MD in partnership with African American churches. |
| April, 2012 | • 5 days of testing in Baltimore, MD in partnership with African American churches. |
| May, 2012 | • 5 days of testing in partnership with Men Against Prostate Cancer Ohio to test in Dayton, Cincinnati and Cleveland. |
| June (using both vehicles), 2012 | • 12 days of testing with our Great Prostate Cancer Challenge race partners, offering screening to men in Washington, DC; Albuquerque, NM; Atlanta, GA and Rochester, NY<br>• 8 days of testing in partnership with the New York Daily News, providing testing to high-risk communities throughout all five boroughs. |
| TOTAL | **40 Days of Testing** |

Budget

| Name | Quantity | Cost | Total |
|---|---|---|---|
| Drive Manager | 1 | $58,000 | $58,000 |
| PSA and Notification | 8,000 | $12 | $96,000 |
| Staff Travel | 40 Events | $500 | $20,000 |
| Medical Staff | 40 Events | $1,500 | $60,000 |
| On-site Event Coordinator | 40 Events | $250 | $10,000 |
| Education Materials | 8,000 | .75 cents | $6,000 |
| TOTAL | | | $250,000 |

## Phase III
Timeline

| | |
|---|---|
| July, 2012 | • 5 days of testing in Boise, ID |
| August, 2012 | • 6 days of testing in Boston, MA reaching high risk communities in Dorchester, Roxbury and Jamaica Plain |
| September, 2012 | • 15 days of testing with our Great Prostate Cancer Challenge race partners, offering screening to men in Dallas, TX, Birmingham, AL, Camden, NJ, Austin, TX and Norfolk, VA<br>• 10 days of testing in partnership with CBS Health Watch in media markets where the program airs. ZERO will reach out to high-risk, low service communities in cities such as Los Angeles, CA, Philadelphia, PA and Detroit, MI |
| October, 2012 | • 10 days of testing in partnership with the National Hockey League. The Drive Against Prostate Cancer will travel to cities with partnering NHL franchises like Boston, MA, Denver, CO, Charlotte, NC and Phoenix, AZ to conduct free testing and leverage the partnership into greater prostate cancer risk awareness in the national media. |
| November, 2012 | • 4 days of testing with our Great Prostate Cancer Challenge race partners, offering free screening in The Villages, FL and Miami, FL. |
| December, 2012 | |
| TOTAL | 50 Days of Testing |

Budget

| Name | Quantity | Cost | Total |
|---|---|---|---|
| PSA and Notification | 10,000 | $12 | $120,000 |
| Insurance | N/A | $10,000 | $10,000 |
| Staff Travel | 50 Events | $500 | $25,000 |
| Medical Staff | 50 Events | $1,500 | $75,000 |
| On-site Event Coordinator | 50 Events | $250 | $12,500 |
| Education Materials | 10,000 | .75 cents | $7,500 |
| TOTAL | | | $250,000 |

**Contact**

Jamie Bearse
COO
ZERO – The Project to End Prostate Cancer
10 G Street, Suite 601 NE
Washington, DC 20002
202-303-3105 – Direct
Jamie@ZeroCancer.org

515 King Street, Suite 420
Alexandria, VA 22314