# Exhibit B



**CANCER*CARE*
TRANSPORTATION ASSISTANCE PROGRAM FOR PEOPLE WITH CANCER
PROPOSAL**

Cancer*Care* respectfully requests a grant of **$1,800,000** to support the **Transportation Assistance Program for People with Cancer**. This program provides financial assistance and a wide range of free psychosocial support services (counseling, education, practical help) to underserved cancer patients and their loved ones throughout the country, with a particular emphasis on those diagnosed with prostate cancer.  The proposed program will take place over the course of 18 months, beginning on April 1, 2011 and ending on September 30, 2012.
This significant one-time contribution will allow Cancer*Care* to expand the program, including building staff and capacity that Cancer*Care* intends to sustain over the long-term with funding from other sources.   Cancer*Care* will plan for maintaining program activities at an appropriate level after the 18-month grant period has concluded.

**PROGRAM NEED/BACKGROUND**

Throughout its 66-year history, Cancer*Care* has established itself as an organization with the infrastructure, experience, and expertise to quickly and efficiently respond to the financial needs of people with cancer. Last year, Cancer*Care* assisted more than 26,000 patients in all 50 states, throughout 95% of all U.S. counties – including remote regions where local cancer-related resources for people with cancer and their families are few.

Further, Cancer*Care* regularly receives referrals from all segments of the oncology community nationwide, and has become a leading source of financial assistance for people with cancer and their loved ones. There is a significant demand for treatment-related expenses, especially for transportation needs. In addition, Cancer*Care*'s financial assistance program serves as a gateway to its other programs and services that address the psychosocial needs of people with cancer and their loved ones.

Cancer*Care* has observed that the cost of treatment and related needs has continued to increase, even as the benefits offered by many health plans continue to decline. For most underserved cancer patients, having access to effective treatments has become an increasingly daunting challenge. Even for those individuals and families with adequate health insurance, the high cost of treatment and related expenses such as transportation often poses a financial hardship.

In addition, recent data demonstrates that approximately half of all personal bankruptcies are due to medical costs. Given that cancer is among the most expensive illnesses to treat, these cumulative financial and health issues can be devastating to a family coping with cancer. The American Society of Clinical Oncology estimates that spending on cancer-related treatments will continue to increase over the next several years as a result of several factors, including the introduction of expensive new therapies, a rise in cancer diagnoses among a growing aged population, and the reduction of benefits offered by healthcare plans (The American Society of Clinical Oncology, 2010). In addition, patients are living longer, and more types of cancer are now treatable as chronic conditions.

In addition to cancer treatment costs, related costs can be prohibitively expensive. The cost of transportation to and from cancer treatments are often not covered by public and private insurance plans. Therefore, the cost of getting to and from major treatment centers presents an additional out-of-pocket expense. These expenses are particularly challenging for low income families, older patients living on fixed incomes, and those who live far from their treatment centers. However, the high cost of treatment-related transportation expenses also affects cancer patients of all income groups, all diagnoses, and from every region of the country. Patients living in urban areas may find it difficult to take public transportation while undergoing cancer treatment; those who live in suburban or rural areas

often do not have access to public services that provide transportation to hospitals, and may be unable to drive themselves or find a family member or friend who can accompany them to treatment. The cost of gas, along with parking and tolls, can also pose barriers for cancer patients.

In the current economic environment, in which unemployment has persisted and a recovery still remains distant, paying for transportation to and from treatment has become an even greater challenge, and has placed greater strain on cancer patients in need. During the past few years, Cancer*Care* has continued to receive a greater number of requests for assistance from cancer patients who cannot afford to get to treatment. As Cancer*Care* has seen from its own caseload during its many decades of providing financial assistance, patients who are unable to travel to treatment simply will not go. For a cancer patient with limited resources, even a modest amount of financial assistance can have a significant impact on their capacity to access life-saving treatment.

**TRANSPORTATION ASSISTANCE PROGRAM FOR PEOPLE WITH CANCER**
**PROGRAM ACTIVITIES**

Cancer*Care* expects that these issues will have an even more profound impact on our clients going forward. In response, Cancer*Care* plans to step up its efforts to provide targeted, comprehensive support services at no charge to all qualified patients seeking assistance.

With a one-time grant of $1,800,000, Cancer*Care*, through the **Transportation Assistance Program for People with Cancer**, will be able to significantly improve its capacity to address the financial needs of cancer patients. In particular, Cancer*Care* will target cancer patients who may be under- or uninsured, living far from their treatment centers, or may have considerable challenges such as being elderly or homebound, and therefore unable to drive. It is expected that, with funding at this level, Cancer*Care* will be able to provide approximately 5,100 cancer patients with all diagnoses throughout the country with an average grant of $300.

During the initial 12-month period, Cancer*Care* will provide grants of $300 to a total of 4,250 patients.  During the remaining 6 months, Cancer*Care* will gradually wind down these activities, and provide grants of $300 to a total of 850 patients – for a total of 5,100 patients during the 18-month period.  As mentioned, these expenses often present a hardship for cancer patients and are not covered by many private healthcare and public assistance plans. It is important to note that each individual will receive Cancer*Care*'s full complement of professional psychosocial support services (further described below), free of charge. Even those applicants who are not qualified for assistance will receive free support services – as all applicants are fully assessed for his/her individual needs.

<u>Financial Assistance</u> - Cancer*Care* will offer direct financial assistance grants to qualified patients as part of the proposed program. As mentioned, it is expected that, with funding at this level, Cancer*Care* will be able to provide approximately 5,100 patients with all diagnoses throughout the country with an average grant of $300 during an 18-month period. The program will be overseen by Cancer*Care*'s Director of Patient Assistance, and implemented by financial assistance specialists (who will assess each patient for financial and psychosocial needs and process and evaluate all applications); as well as professional oncology social workers (who will provide free support services, such as counseling and practical help). These patients will also benefit from Cancer*Care*'s many free patient workshops and its wide selection of printed patient materials. Such educational resources are regularly provided free of charge to anyone who requests them throughout the country.

To address the urgent needs of these patients as quickly and efficiently as possible, financial assistance applicants will be required to submit only a minimum amount of paperwork to determine eligibility for the program.

Cancer patients in need of financial assistance generally call, or are referred to, Cancer*Care*'s toll free number (1-800-813-HOPE), which connects them to a Financial Assistance Specialist, who explains the application process and conducts a full assessment to determine a client's eligibility. If it is determined that the individual seeking help qualifies for assistance, an application form will be mailed or faxed to the applicant.  The form is also available for download from Cancer*Care*'s website.  The application, which must be completed by both the patient and health care provider, requires basic financial/personal income and medical information (including verification of the diagnosis and active

treatment) from the healthcare provider. Basic information on income and assets is also required. The most important criterion is that the patient's expenses are exceeding his income due to his or her treatment needs. The application form can be mailed or faxed to Cancer*Care* and can be downloaded from Cancer*Care*'s website. All applications are processed immediately once they are received. Once an application is approved, checks are sent directly to patients or providers within ten to twelve days.  To ensure that all patients served through this program will use the funds for the intended purpose, Cancer*Care* will request that all applicants sign a letter of agreement confirming that they will use the funds received through this program for their treatment-related transportation needs.

<u>Free Support Services</u> - In addition to financial assistance, Cancer*Care*'s professional oncology social workers will address patients' emotional and practical needs by providing services such as one-on-one counseling, telephone support groups, and online support groups. Patients will also be provided with, as appropriate, help with applications to entitlement programs, and referrals to other sources of help such as free legal assistance or food pantries.

<u>Information and Education</u> - In addition to counseling and practical help, these patients will be encouraged to participate in one of Cancer*Care*'s many Connect® Education Workshops, which are hour-long programs conducted in a conference call format, and led by a panel of experts that include a didactic presentation followed by a question-and-answer session. The programs cover a variety of topics, including the latest information on cancer treatments across a wide range of diagnoses, doctor-patient communication, emotional concerns, entitlements and finances, talking about cancer with loved ones, and other relevant topics. After the live program, Connect® Education Workshops reside on Cancer*Care*'s website as free downloadable podcasts on its website. Anyone can register for a Connect® Education Workshop, or download a podcast at http://www.cancercare.org/get_help/tew_faq.php.

All applicants will also receive a comprehensive packet of Cancer*Care* Connect® printed materials that is tailored to his or her specific needs, free of charge. Each of Cancer*Care*'s printed materials provides information about cancer in a straightforward, easy-to-understand manner. All publications can be accessed through Cancer*Care*'s website at http://www.cancercare.org/get_help/publications.php; many are available in Spanish.

**TIMELINE**

<u>*Year One*</u>

<u>First Quarter</u>
Expand outreach/promotional efforts in partnership with extensive network of referring institutions (hospitals, doctors' offices, clinics, other social service agencies), to identify patients in need of transportation assistance. Provide financial assistance and related support services to approximately **1,050-1,080** cancer patients.

<u>Second Quarter</u>
Follow up with referring agencies and oncology professionals as needed. Continue outreach efforts and provide financial assistance and related support services to approximately **1,050-1,080** cancer patients.  Draft mid-year report on the status of program activities.

<u>Third Quarter</u>
Follow up with referring agencies and oncology professionals as needed. Continue outreach efforts and provide financial assistance and related support services to approximately **1,050-1,080** cancer patients.

<u>Fourth Quarter</u>
Provide financial assistance and support services to approximately **1,050-1,080** cancer patients. Conduct analysis of program results and outcomes, as well as 12-month assessment of the program's activities and progress. Develop a comprehensive report based on this assessment.  Begin to gradually reduce caseload volume.

## *Year Two*

First Quarter
Continue gradual reduction in caseload volume. Follow up with referring agencies and oncology professionals as needed. Continue outreach efforts and provide financial assistance and related support services to approximately **500-600** cancer patients.

Second Quarter
Continue reduction in caseload. Provide financial assistance and support services to approximately **200-400** cancer patients. Conduct analysis of program results and outcomes. Draft full report of all program activities.

**BUDGET**

| MONTHS 1-12 | |
|---|---:|
| **Personnel** | |
| Director of Patient Assistance: 20% of $85,000 FTE for 12 months | $17,000 |
| Two (2) Financial Specialists @ $38,460 FTE for 12 months | $76,920 |
| Two (2) Social Workers @ $55,000 FTE for 12 months | $110,000 |
| | |
| **Other than Personnel Costs** | |
| Transportation Assistance Grants - 4,250 grants @ $300 each | $1,275,000 |
| Postage - $2.80 per client @ 4,250 clients<br>(1 info/application packet @ $1.92 + 2 letters @.44) 1.92 + .44 + .44 = 2.80 | $11,900 |
| Administration (handling, paper, envelopes) - $2.16 per client @ 4,250 clients | $9,180 |
| | |
| **SUBTOTAL MONTHS 1-12** | **$1,500,000** |

| MONTHS 13-18 | |
|---|---:|
| **Personnel** | |
| Director of Patient Assistance: 20% of $85,000 FTE for 6 months | $8,500 |
| One (1) Financial Specialist: $38,460 @ 80% FTE for 6 months | $15,384 |
| One (1) Social Worker: $55,000 @ 65% FTE for 6 months | $17,875 |
| | |
| **Other than Personnel Costs** | |
| Transportation Assistance Grants - 850 grants @ $300 each | $255,000 |
| Postage - $2.80 per client @ 850 clients<br>(1 info/application packet @ $1.92 + 2 letters @.44) 1.92 + .44 + .44 = 2.80 | $2,380 |
| Administration (handling, paper, envelopes) - $2.16 per client @ 850 clients | $1,836 |
| | |
| **SUBTOTAL MONTHS 13-18** | **$300,975** |

| | |
|---|---:|
| ***TOTAL MONTHS 1-18*** | *$1,800,975* |

| | |
|---|---:|
| ***TOTAL REQUEST*** | *$1,800,000* |

**CONCLUSION**

Cancer*Care* greatly appreciates the consideration of its proposal requesting support for the **Transportation Assistance Program for People with Cancer**. It is our hope that we will be able to utilize this significant grant of $1,800,000 to provide not only financial assistance, but also a comprehensive program of individualized support services to patients in need throughout the country. Importantly, a grant of this size will provide an opportunity for Cancer*Care* to expand the program and sustain program activities at a significantly higher level. This grant will enable Cancer*Care* to enhance its ongoing capacity to keep up with patient demand and address the specific needs of the most indigent, vulnerable patients in every part of the country who would otherwise have few, if any, means to access critically-needed, potentially life-saving treatment.