UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRIAL AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Master Docket 01-cv-12257 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Subcategory 06-11337 Civil Action No. 08-cv-10852 |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys, Inc. a Florida Corporation, by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES, vs. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) ) ) | |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys vs. Baxter Healthcare Corporation and Baxter International Inc.* | ) ) ) ) | Civil Action No. 10-cv-11186 Judge Patti B. Saris |

STATUS REPORT MARCH 1, 2011

     Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for plaintiff and relator Ven-A-Care of the Florida Keys, Inc., hereby submits the following status report to the Court listing the status of all motions to date.

                                    Respectfully submitted,

                                    GOODE CASSEB JONES
                                  RIKLIN CHOATE & WATSON, P.C.
                                  P.O. Box 120480
                                  San Antonio, Texas 78212
                                  (210) 733-6030
                                  (210) 733-0330 - Fax

                                By:    /s/ Rand J. Riklin
                                         Rand J. Riklin (TX Bar No. 16924275)
                                         John E. Clark (TX Bar No. 04287000)

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

**MDL 1456 Status Report**
**USA *ex rel.* Ven-A-Care v. Actavis, *et al.***
**Case No. 08-cv-10852**

**Pending Motions**

    None.

**Discovery**

    Case Management Order No. 32 was signed on February 25, 2010 [DKT #6926].  The parties have exchanged their Rule 26 disclosures and have commenced discovery pursuant to the Case Management Order.

**MDL 1456 Status Report**
**USA *ex rel.* Ven-A-Care v. Baxter, *et al*.**
**Case No. 10-cv-11186**

**Pending Motions**

    None.

    The Court entered a Scheduling Order on January 5, 2011 [DKT #7376 in Case No. 01-cv-12257; DKT #21 in Case No. 10-cv-11186], and all deadlines are stayed through the mediation period ending March 1, 2011.

## **CERTIFICATE OF SERVICE**

  I hereby certify that I, Rand J. Riklin, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on March 1, 2011, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

        Respectfully submitted,


        By:  /s/ Rand J. Riklin
           Rand J. Riklin
           John E. Clark

        GOODE CASSEB JONES
        RIKLIN CHOATE & WATSON, P.C.
        P.O. Box 120480
        San Antonio, Texas 78212
        (210) 733-6030
        (210) 733-0330 - Fax

        Jonathan Shapiro
        STERN, SHAPIRO, WEISSBERG & GARIN
        90 Canal Street, Ste. 500
        Boston, MA 02114-2022
        (617) 742-5800
        (617) 742-5858 - Fax

        **ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**