**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Ruchi Jain as counsel for Defendants Baxter International, Inc. and Baxter Healthcare Corporation in the above-captioned matter.

DATED this 1st day of March 2011.

Respectfully submitted,

  /s/ Ruchi Jain
Ruchi Jain
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 420-2200
Facsimile:   (202) 420-2201

DSMDB-2900928v1

## CERTIFICATE OF SERVICE

   I hereby certify that I, Ruchi Jain, an attorney, caused a true and correct copy of the foregoing Notice of Withdrawal to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on March 1, 2011, for posting and notification to all parties.

                 /s/ Ruchi Jain
                 Ruchi Jain
                 **DICKSTEIN SHAPIRO LLP**
                 1825 Eye Street NW
                 Washington, DC  20006
                 Telephone:  (202) 420-2200
                 Facsimile:  (202) 420-2201