UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br>*v.*<br>  *Abbott Laboratories, Inc., et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)  Subcategory No. 03-10643<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**MARCH 2011 STATUS REPORT ON BEHALF OF
THE CITY OF NEW YORK AND NEW YORK COUNTIES**

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for March 2011, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: March 1, 2011

    Respectfully submitted,

    **City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

    **KIRBY McINERNEY, LLP**
    825 Third Avenue
    New York, New York 10022
    (212) 371-6600

By:  /s/ Joanne M. Cicala_____
       Joanne M. Cicala

2

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**March 2011 Status Report on Behalf of the
City of New York and New York Counties**

**Voluntary Dismissal of Claims**

On February 9, 2011, the Court entered an order granting plaintiffs' voluntary dismissal of claims against the Johnson & Johnson defendants. *See* Docket No. 7405, Sub-docket 280.

On February 23, 2011, the Court entered an order granting plaintiffs' voluntary dismissal of claims against defendants Greenstone, Ltd., Pfizer Inc., Pharmacia Corp., Wyeth Pharmaceuticals, Inc., and Agouron Pharmaceuticals, Inc. *See* Docket No. 7435, Sub-docket 284.

**Discovery**

1. **Motion to Quash & Motion to Seek Protective Order**

On January 25, 2011 plaintiffs, on behalf of themselves and Dr. Thomas Fanning (hereinafter referred to as "movants"), filed a motion for protective order and a motion to quash the tardy January 10, 2011 subpoena issued by defendants to former New York State Department of Health employee Dr. Fanning. *See* Docket No. 7386, Sub-docket No. 272; Docket No. 7387, Sub-docket No. 273.

On January 27, 2011 defendants filed their Memorandum in opposition. *See* Docket No. 7389.

On February 3, 2011 movants filed a motion for leave to file a reply memorandum in further support of their motion. *See* Docket No. 7402, Sub-docket 278. The motion remains *sub-judice*.

2. **Joint Motion To Extend Discovery Deadline**

On February 3, 2011, the court entered an electronic order granting the parties' joint motion to extend the deadlines to complete discovery. *See* the Court's Feb. 3, 2011 Electronic Order. The Order modifies the deadlines as follows: (1) all fact discovery timely sought by

defendants to be completed by February 18, 2011, (2) plaintiffs' expert depositions to be completed by March 17, 2011, (3) defendants' expert reports to be served by April 14, 2011, and (4) defendants' expert depositions to be completed by May 31, 2011.

### 3. Defendants' Motion to Compel the production of privileged documents withheld by New York State Department of Health ("NY DOH")

On December 23, 2009, defendants filed a motion to compel production of all documents which NY DOH has withheld on the basis of the deliberative process privilege.  *See* Docket No. 6810, Sub-docket No. 191.

On January 20, 2010, the office of the New York Attorney General filed its Opposition to Defendants' Joint Motion to Compel the Production of Documents from NY DOH.  *See* Docket No. 6852, Sub-docket No. 197.

On June 21, 2010, the motion was referred to Magistrate Judge Marianne B. Bowler.  *See* June 21, 2010 electronic entry.  It remains *sub-judice*.

### 4. Motion to Compel Discovery from Defendant Merck

Plaintiffs and Merck have reached a settlement agreement in principle.  Plaintiffs will withdraw their motion to compel [Docket No. 6487, Sub-docket No. 158].

**CERTIFICATE OF SERVICE**

I, Kathryn Allen, hereby certify that on the 1st day of March, 2011, I caused a true and correct copy of the above March 2011 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  March 1, 2011

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600