UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>  *State of Iowa*<br>*v.*<br>  *Abbott Laboratories Inc., et al.* | )<br>) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 07-12141<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## MARCH 2011 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for March 2011, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  March 1, 2011

             Respectfully submitted,

             **KIRBY McINERNEY, LLP**
             825 Third Avenue
             New York, New York 10022
             (212) 371-6600

        By: /s/ Joanne M. Cicala_____
             Joanne M. Cicala

             *Counsel for the State of Iowa*

**March 2011 Status Report for the State of Iowa**

**Voluntary Dismissal of Claims**

On February 1, 2011, the court entered an order granting plaintiff's voluntary dismissal of claims against defendant Sanofi-Aventis. *See* Docket No. 7395, Sub-docket 106.

**Joint Motion to Extend Discovery Deadline**

On February 3, 2011, the court entered an electronic order granting the parties' joint motion to extend the deadlines to complete discovery. *See* the Court's Feb. 3, 2011 Electronic Order.  The Order modifies the deadlines as follows:  (1) all fact discovery timely sought by defendants to be completed by February 18, 2011, (2) plaintiff's expert depositions to be completed by March 17, 2011, (3) defendants' expert reports to be served by April 14, 2011, and (4) defendants' expert depositions to be completed by May 31, 2011.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 1st day of March, 2011, she caused a true and correct copy of the above March 2011 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: March 1, 2011

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600