## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
| | MDL No.1456 |
| | Master File No. 01-CV-12257-PBS Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | Magistrate Judge Marianne B. Bowler |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE THAT ERIC T. GORTNER  is no longer associated with Kirkland & Ellis LLP and should be removed from the service list.  Kirkland & Ellis LLP continues to serve as counsel for Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc. through all other Kirkland & Ellis LLP attorneys and all future correspondence and papers in this action should continue to be directed to them.

Dated:  March 4, 2011        Respectfully submitted,

          /s/ Eric T. Gortner
Eric T. Gortner
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
egortner@kirkland.com

*On behalf of Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was served on all counsel of record on this 4th day of March, 2011 via electronic service with LexisNexis.

_/s/ Eric T. Gortner_

Eric T. Gortner
