# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br> *v.*<br>*Baxter Healthcare Corporation* | ) ) ) ) ) ) ) ) |

MDL No. 1456

Master File No. 1:01-CV-12257-PBS

Sub-Category Case No. 1:08-CV-11200

Judge Patti B. Saris

## THE PARTIES' JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER

Counsel for Defendant Baxter Healthcare Corporation and Counsel for Relators Linnette Sun and Greg Hamilton have conferred and have jointly agreed upon a proposed schedule for this case as set forth in the attached document. The parties hereby request that the Court accept and adopt the proposed schedule.

Respectfully submitted,

Dated: March 14, 2011

  _/s/ **Merle M. DeLancey**_____
Merle M. DeLancey
Tina D. Reynolds
Shamir Patel
*Admitted pro hac*
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200
Facsimile:   (202) 420-2201

  _/s/ **Peter E. Gelhaar**_____
Peter E. Gelhaar (BBO #188310)
**DONNELLY, CONROY & GELHAAR, LLP**
One Beacon Street, 33rd Floor
Boston, MA 02108
Telephone: (617) 720-2880
Facsimile:  (617) 720-3554

Counsel for Defendant Baxter Healthcare
Corporation

**/s/ Mark Kleiman**_____
Mark Kleiman
*Admitted pro hac*
**Law Offices of Mark Kleiman**
2907 Stanford Avenue
Venice, CA 90292
Telephone: (310) 306-8094
Facsimile:  (310) 306-8491

Counsel for Plaintiffs, Linnette Sun and Greg
Hamilton

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
|  | ) ) |
| THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators* *v.* *Baxter Healthcare Corporation* | ) ) ) ) ) ) ) ) |

MDL No. 1456

Master File No. 1:01-CV-12257-PBS

Sub-Category Case No. 1:08-CV-11200

Judge Patti B. Saris

## [PROPOSED] SCHEDULING ORDER

### March ___, 2011

Saris, U.S.D.J.

WHEREAS, Relators Linnette Sun and Greg Hamilton ("Relators") filed their original Complaint on April 22, 2005 and a First Amended Complaint on June 14, 2005 in the U.S. District Court, District of Colorado;

WHEREAS, the First Amended Complaint was unsealed on January 15, 2008, and assigned Civil Action No. 05-cv-00736-WDM-MJW;

WHEREAS, the matter was transferred to the District of Massachusetts by the Judicial Panel Multidistrict Litigation on July 14, 2008 and assigned case No. 08-cv-11200-PBS;

WHEREAS, the case was consolidated with Case No. 01-cv-12257-PBS (MDL No. 1456) on July 15, 2008;

WHEREAS, on October 15, 2010 the parties filed and on October 28, 2010 this Court approved a proposed scheduling order whereby the parties were to engage in mediation prior to December 31, 2010 in an attempt to resolve this matter and, if not successful, were to file by no later than January 17, 2011, a jointly proposed schedule for further proceedings;

WHEREAS, on January 7, 2011 the parties filed and on January 14, 2011 this Court approved a proposed scheduling order whereby the parties were to continue to engage in mediation prior to March 1, 2011 in an attempt to resolve this matter and, if not successful, were to file by no later than March 15, 2011, a jointly proposed schedule for further proceedings;

WHEREAS, the parties have been working diligently to resolve this matter, and would like to continue to pursue resolution of this matter;

WHEREAS, initially, settlement negotiations with Ven-A–Care included this case; however, as negotiations progressed, the negotiations focused only on the Ven-A-Care case;

WHEREAS, Baxter has made substantial progress toward settlement of the Ven-A-Care *qui tam* and whereas those parties believe that further negotiations may likely lead to resolution of the matter;

WHEREAS, in the meantime, Baxter has requested a Sun/Hamilton specific settlement demand;

WHEREAS, Sun/Hamilton are currently working to access payment data that would permit Plaintiffs to make a demand based on solid calculation;

WHEREAS, on March 7, 2001, Baxter and Ven-A-Care requested extension of the mediation period until June 24, 2011 (Sub Docket No. 1:10-CV-11186).

NOW THEREFORE, it is ORDERED, as follows:

1. Relator and Defendants shall continue to engage in informal mediation prior to June 24, 2011 in an attempt to resolve this matter;

2. All deadlines shall be stayed during the pendency of this mediation period;

3. Should mediation not be successful, the parties will, by no later than July 15, 2011, jointly propose a schedule to the court for further proceedings

So ordered.

_____

Judge Patti B. Saris

## CERTIFICATE OF SERVICE

I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the

foregoing **THE PARTIES' JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER**

and attached **PROPOSED ORDER** to be delivered to all counsel of record by electronic service

via LexisNexis File & Serve, on March 14, 2011, for posting and notification to all parties.


**/s/ Shamir Patel_____**
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone:  (202) 420-2200