

15058072

May 30 2007
10:41PM

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>01-CV-12257-PBS AND 01-CV-339 | |

## SUPPLEMENTAL REPORT AND DECLARATION OF GREGORY K. BELL, PH.D. ON BEHALF OF BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP. IN THE TRIAL OF CLASS 1 CLAIMS

1.     I am an Executive Vice President at CRA International, an economics and management consulting firm. My education includes a master's of business administration and a doctorate in business economics, both from Harvard University. Details of my professional experience, publications, and past testimony are described in my curriculum vitae, a copy of which is attached as Exhibit A. CRA receives compensation for my time at a rate of $700 per hour. Neither CRA nor I have any financial interest in the outcome of this litigation.

2.     In this matter, with Professor Fiona Scott Morton, I prepared an expert tutorial entitled, "An Orientation to the Acquisition of and Reimbursement for Prescription Drugs," submitted on December 3, 2004, and provided testimony to the Court on December 7, 2004. I prepared a report on behalf of the Track 1 defendants dated March 22, 2006 (Bell Track 1 Defendants Report), regarding those elements of the Plaintiffs' allegations that are amenable to treatment at the group level. I also submitted a report on behalf of Bristol-Myers Squibb Co. (BMS) and Oncology Therapeutics Network Corp. (OTN) dated March 15, 2006 (Bell BMS Report). In the Class 2 & 3 trial in this matter, I submitted written testimony dated November 26, 2006 and November 17, 2006 on behalf of the Track 1 defendants and BMS/OTN (Bell BMS Direct Testimony), respectively. I also testified at trial on several days: November 28, December 7 and December 8, 2006.

3.     I submit this supplemental report on behalf of BMS and OTN regarding the Class 1 claims against them, in anticipation of the trial on these claims scheduled to commence July 23, 2007. All defined or abbreviated terms used herein have the same meaning as in my prior reports and testimony. I also expect to testify at the Class 1 trial on much of

the same subject matter contained in those prior reports and testimony and, instead of repeating my opinions and the bases therefor, I incorporate those reports and testimony herein. Without limitation of the foregoing incorporation by reference, I also expect to amplify my prior testimony concerning (i) how the methodology I used to show sales of Taxol at or near list price in 2002 understated the dollar value of those sales[1] and (ii) the inability of a Medicare beneficiary to establish that he or she was infused with a BMS drug at issue in the case in a period when that drug was subject to multi-source competition.

4.       The purpose of this supplemental report is to lay the foundation for my expert testimony on an area not previously addressed in my prior reports and testimony: the potential Class 1 damages for the seven BMS Oncology products at issue—Blenoxane, Cytoxan, Etopophos, Paraplatin, Rubex, Taxol, and VePesid. In particular, I have been asked to assess the application of Dr. Hartman's damages methodology to those BMS drugs.

5.       In preparing this supplemental report, I have relied upon the materials in those prior reports and testimony, including the exhibits used at the Class 2 & 3 trial. My quantification of Class 1 damages for the BMS drugs at issue is based on the backup materials provided for the December 15, 2005 Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages (Hartman Declaration) and for the November 1, 2006 Direct Testimony of Raymond S. Hartman (Hartman Testimony) as well as the March 16, 2007 Report of Raymond S. Hartman Regarding AstraZeneca with Respect to Class 1 (Hartman AZ Class 1 Report). This analysis should not be construed to suggest or imply that BMS should have any liability.

6.       In this supplemental report, I apply the damages methodology that Dr. Hartman has articulated in his past reports to create a "base case" estimate of Class 1 damages that I anticipate plaintiffs will allege as to BMS.[2]  At the request of BMS's counsel, I have, however, excluded from this base case, any alleged damages based on Medicare data for the states of South Carolina and Tennessee, as I understand that the consumer fraud laws of those states do not allow for class actions. As discussed in detail below, I then make further corrections to Dr. Hartman's methodology. These corrections do not

---

[1]    In brief, the significant decrease in the Taxol sales volume from 2001 to 2002 coupled with lags in the recording of 2001 chargebacks obscures 2002 Taxol sales that were ultimately realized at close to list price.

[2]    Electronic files, including data therein, from Dr. Hartman's backup materials to his Class 2 & 3 direct testimony are used, in particular BMS Liability Damages.xls.

necessarily eliminate all the flaws in Dr. Hartman's damages claims and, of course, I have not yet seen Dr. Hartman's actual analysis of Class 1 damages regarding the BMS drugs. Accordingly, I reserve the right to further amend my opinions concerning alleged Class 1 damages.

## I.  0%/0% OR 30%/30% — THE HARTMAN "SPEED LIMIT"

7. In Dr. Hartman's damages methodology, he claims damages whenever the published AWP exceeds his calculated ASP.[3] He assesses liability and damages using a 0 percent threshold, which I refer to as the 0%/0% scenario to reflect that Dr. Hartman allows no spread between AWP and his ASP.  Under this scenario, I expect that Dr. Hartman's methodology will estimate alleged nominal damages of $23,766,737.

8. However, Dr. Hartman has previously opined that payors, including Medicare, generally had an "expectation" that published AWPs could deviate from a drug's ASP by as much as 30 percent.[4]

9. For reasons previously stated, I believe that Dr. Hartman's 30 percent expectation theory is wrong—any reasonable payor, and Medicare in particular, would have known that the difference between AWP and actual acquisition costs could greatly exceed 30 percent (especially for multi-source drugs) and that there was no consistent relationship between AWP and actual acquisition cost, nor even any expectation of such a relationship. Nonetheless, at a minimum, I believe that Dr. Hartman has overstated Class 1 damages by failing to apply his same 30 percent expectation to Medicare.  Indeed, in a trial against individual Medicare providers involving a different drug, Lupron, the government's attorneys noted that the spread between the manufacturer's list price and AWP was known to and assumed by the Medicare system in compensating providers.[5]

10. Accordingly, I also apply Dr. Hartman's damages methodology using the 30 percent "speed limit" that Dr. Hartman used for Class 3 liability purposes.  Applying these 30 percent thresholds to the previously-defined "base case" for Class 1, the potential nominal damages are reduced from $23,766,737 to $3,061,685.

---

[3]  Backup files to Hartman Testimony, BMS Liability Damages.xls.

[4]  Hartman Testimony, ¶ 71.a, Deposition of Raymond S. Hartman, February 27–March 1, 2006, pp. 669–72, and Hartman Class 2 & 3 Trial Testimony, November 20, 2006, pp. 116–20.

[5]  DX 1215, Government's Memorandum Regarding RTP as a Kickback, USA v. Alan MacKenzie, June 24, 2004, pp. 1–2.

## II.   EXCLUSIONS BASED UPON COURT RULINGS AND OTHER FACTS IN THE CASE

11.   As noted in the Bell Track 1 Defendants Report, it was not until January 1, 1992 that the rules for Medicare Part B drug reimbursement specified the use of AWP, among other metrics. Accordingly, it is inappropriate to assess liability or any damages on BMS drugs in 1991.

12.   As stated in my earlier testimony, Rubex was marketed by Immunex in 1992 and 1993, under a license from BMS.[6]  By 2003, BMS had discontinued marketing Rubex.[7] Accordingly, there can be no Rubex damages attributable to BMS in 1992, 1993, 2003, or 2004.

13.   Judge Saris has granted BMS summary judgment on all its remaining products for 2004.[8] Accordingly, there can be no BMS damages in 2004.

14.   Applying these adjustments to Dr. Hartman's damages methodology further reduces my estimate of Class 1 damages likely to be alleged by plaintiffs on the BMS products by $1,959,788 to $21,806,948 under the 0%/0% scenario and by $30,379 to $3,031,307 under the 30%/30% scenario, as shown on Exhibit B.

## III.   CORRECTIONS FOR MEDICARE HMO PATIENTS AND UNPAID COPAYMENTS

15.   It is my understanding that payments for pharmaceuticals that are not directly computed by reference to AWP are not part of Class 1. Accordingly, two sets of individuals that Dr. Hartman maintains are part of Class 1 should be excluded. The first set refers to individuals that Dr. Hartman's methodology incorrectly includes as part of Medicare Part B but who were actually enrolled in Part C; these individuals were not subject to the 20 percent copayment that was the beneficiary's responsibility under Medicare Part B. The second set of individuals to be excluded from Dr. Hartman's estimation is comprised of those who were supposed to pay but never actually paid the 20 percent copayment.

16.   Dr. Hartman relies on an article that utilizes data from the Medicare Current Beneficiary Survey (MCBS) for the proportion of Medicare recipients that pay the 20 percent copayment.[9]  The MCBS survey segments the Medicare population into those who

---

[6]   Bell BMS Direct Testimony, ¶ 19.

[7]   PX-207 from Class 2 & 3 Trial, for example BMS/AWP/01124136.

[8]   Judge Saris, Memorandum and Order, November 2, 2006, pp. 22–24.

[9]   Hartman Declaration, Attachment J.6, p. 1.

"receive their care in the fee-for-service (FFS) sector [Part B], and [those who] are enrolled in Medicare managed care plans [Part C]," 87 and 13 percent, respectively. These two sub-populations are further segmented as Medicare Only, Individual Medigap, Employer-Sponsored, Both Private Types, three Medicaid categories (Full Coverage, the Qualified Medicare Beneficiary (QMB) program, and the Special Low Income Medicare Beneficiary (SLMB) program), and Other. SLMB Medicare members are not exempt from Medicare "cost sharing" unlike the full Medicaid and QMB program members.[10]

17.     Dr. Hartman counts Medicare Only and Medicaid SLMB as cash-paying Medicare patients responsible for the 20 percent copayments. The two groups account for 13.0 percent and 0.8 percent of the FFS or Part B population. Dr. Hartman combines these two ratios to compute the 13.8 percent figure he uses to restrict Class 1 damages, but he incorrectly applies the ratio to all of the Part B and Part C Medicare recipients.[11] The correct calculation is either 13.8 percent of the Part B [FFS] population or 12.0 percent of the total Part B and Part C Medicare population.[12]

18.     It is understood that a portion of Medicare Part B patients that are supposed to, do not actually pay the 20 percent copayment. For example, the Medicare provider may not pursue collection of the copayment or the financial position of the beneficiary may be such that he or she is unable to pay it. One survey estimates that 20 to 30 percent of such copayments are unpaid.[13] Another survey estimates this ratio to be 25.3 percent.[14] I conservatively reduce Class 1 damages by 20 percent to account for unpaid copayments.

19.     These two corrections further reduce my estimate of plaintiffs' likely allegations of Class 1 damages on BMS products by $6,636,897 to $15,170,051 under the 0%/0% scenario and by $922,572 to $2,108,735 under the 30%/30% scenario, as shown on Exhibit B.

---

[10]   F.J. Eppig and G.S. Chulis, "Trends in Medicare Supplementary Insurance: 1992-1996," *Health Care Financing Review*, 19(1), 1997.

[11]   Hartman Declaration, Attachment J.6, p. 1.

[12]   $(4,462.3 + 267.0) \div 39,385.1 = 12.0\%$ (*supra* 10 at p. 4).

[13]   Holcombe, Dawn G., "The Evolution of Community Oncology Care and its Threatened Extinction Due to Federal Private Payment Reform," American College of Medical Practice Executives Paper (Medical Group Management Association Article Archive), September 2004.

[14]   Community Oncology Alliance, "A Letter to Mark B. McClellan," December 7, 2004, p. 5, footnote 2.

## IV.    STATUTES OF LIMITATION

20.    I understand the Class 1 damages claims are made pursuant to laws that are subject to
statutes of limitation in various states.  Exhibit C lists these laws and the length of their
statutes of limitation by state.  Depending on the year in which the jury finds the Class to
have been on notice of its alleged claims (and the fact that this lawsuit was commenced
in December 2001), it is my understanding that statutes of limitation for the various state
consumer protection laws at issue in the case are to be applied as follows:

   a.    If the number of years between notice and the filing of the class action is less
than or equal to the number of years in a particular state's statute of limitation,
the Class members from that state may claim damages over the entire class
period.

   b.    If the number of years between notice and the filing of the class action is greater
than a particular state's limitations period, Class members in that state may claim
damages starting only X years prior to the filing of the class action suit, where X
is the number of years in the statute of limitations.

21.    Assuming that the jury finds that the Class is deemed to be on notice of the alleged
claims as of 1997, for example, then the statutes of limitation listed in Exhibit C further
reduce Dr. Hartman's estimate of plaintiffs' likely alleged Class 1 damages on BMS
products by $6,114,404 to $9,055,647 under the 0%/0% scenario and by $728,925 to
$1,379,810 under the 30%/30% scenario, as shown on Exhibit B. Should the trier of fact
select a different date by which Class members are deemed to be on notice, I am able to
adjust the calculation accordingly.[15]

I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 30, 2007

*Greg Bell*

Gregory K. Bell

---

[15]    I am informed by counsel for BMS that certain consumer protection laws do not provide a date of
discovery rule for statute of limitation purposes and that, instead, the limitations period is a fixed
period from the date of injury.  In such cases, Class 1 damages will be even lower and I reserve the
right to amend my opinions on this issue based on the final determination of which states have
which kinds of statutes of limitation.



CRA
15058072
LEGAL FILE & E-SERVICE
INTERNATIONAL May 30 2007
10:41PM

Exhibit A

## GREGORY K. BELL
Executive Vice President

Ph.D. Business Economics,
Harvard Graduate School of Arts and Sciences/
Harvard Graduate School of Business Administration

M.B.A. Harvard Graduate School of
Business Administration

B.A. Simon Fraser University

Dr. Bell, executive vice president at CRA International, is responsible for CRA's business consulting platform and he is also the practice leader for pharmaceuticals. In addition, he is a principal member of the firm's Finance, Intellectual Property, and Transfer Pricing practices. As an expert witness, Dr. Bell frequently testifies on damages in intellectual property, finance, and antitrust litigation. Dr. Bell's business consulting engagements focus on the economics of business strategy, working with firms to develop sustainable competitive advantages in specific product markets. He has led and consulted to numerous projects concerning game theory and competitive strategy, global launch strategy, product pricing and positioning, capital budgeting and real options, and cost-benefit analyses.

## EXPERIENCE

### Business

1992–Present   *Executive Vice President*, CRA International, Boston, MA

- Dr. Bell is responsible for CRA's global business consulting practices.

- Dr. Bell directs CRA's global Pharmaceuticals practice.

1987   *Management Consultant*, Alliance Consulting Group, Boston, MA

- Dr. Bell designed a market research program for a consumer electronics client's new product development.

1986   *Associate*, Corporate Finance, Wood Gundy, Vancouver, Canada

- Dr. Bell participated in drafting the prospectus and in marketing the initial public offering of a sportswear manufacturer.

1982–1985   *Chartered Accountant*, Pannell Kerr Forster, Victoria, Canada

- Dr. Bell provided financial accounting, auditing, taxation, and related management consulting services, focusing on special projects involving accounting theory, financial forecasts, and business valuations.

- He also developed a course to prepare the national firm's articling students for the uniform final examination, an examination required to receive the designation of chartered accountant.

- Dr. Bell placed eighth in Canada on the 1983 uniform final examination and was named to national honor roll.

## Academic

1991–1992    *Visiting Assistant Professor*, Economics Department, Northeastern University.

- Dr. Bell was responsible for undergraduate courses in industrial organization, managerial economics, and principles of microeconomics.

1991–1992    *Lecturer*, Economics Department, Harvard University.

- Dr. Bell developed the senior-level undergraduate course, "Economics of Business Strategy."

*Section Leader*, Economics Department, Harvard University.

- Dr. Bell led sections in industrial organization.

1990–1991    *Research Associate*, Economics Department, Harvard University.

- Dr. Bell conducted mergers and acquisitions analysis.

1982    *Research Assistant*, Economics Department, Simon Fraser University.

- Dr. Bell performed capital markets analysis.

## PUBLICATIONS

"Global Pricing Strategies for Pharmaceutical Product Launches." With P. Rankin and T. Wilsdon. Chapter 2 of *The Pharmaceutical Pricing Compendium*, pp. 13–23, Urch Publishing Ltd, 2003.

"Cost Implications of Low Molecular Weight Heparins as Prophylaxis Following Total Hip and Knee Replacement." With S. Goldhaber. *Vascular Medicine* (February 2001).

"Economic Outcomes Analysis of Implantable Cardioverter Defibrillators." With M. Stanton. *Circulation* (March 2000).

"Clinical Realities and Economic Considerations: Economics of Intrathecal Therapy." With Samuel J. Hassenbusch et al. *Journal of Pain and Symptom Management* (September 1997).

"Cost-Effectiveness Analysis of Spinal Cord Stimulation in Treatment of Failed Back Surgery Syndrome." With D. Kidd and R. North. *Journal of Pain and Symptom Management* (May 1997).

"Irreversible Investments and Volatile Markets: A Study of the Chemical Processing Industry." With J. Campa. *Review of Economics and Statistics* (February 1997).

"Volatile Exchange Rates and the Multinational Firm: Entry, Exit, and Capacity Options." In L. Trigeorgis (ed.), *Real Options in Capital Investment*. Westport, CT: Praeger, 1995, pp. 163–181.

"Innovation in Cardiac Imaging." With S. Finkelstein and K. Neels. *Medical Innovation at the Crossroads,* Volume 5. Washington, DC: Institute of Medicine, National Academy Press, 1995, pp. 125–154.

"Illustrative Case Problem." With D. Wright. Chapter 13 in Deloris R. Wright, *U.S. Transfer Pricing Guide: Practice and Policy*. CCH, 1995.

"Irreversible Investments and Volatile Exchange Rates: Theory and Evidence." Ph.D. Thesis, Harvard University, 1992.

## PRESENTATIONS

"Damages: Lost Profits, Consequential Damages, Damages for Non-Patented Items, Best Practices for the Use of Experts." Panel participant for The Fifth Annual Sedona Conference on Patent Litigation, Sedona, AZ, October 2004.

"Patent Damages: Engineering and Regulatory Work-Arounds." Calculating and Proving Patent Damages, Law Seminars International, Reston, Virginia, June 14, 2004.

"Pricing Strategy and the Product Line." Pricex 2003, Chicago, IL, June 11, 2002.

"Reasonable Royalties for Emerging Technologies." Chaired Panel for The Third Annual Sedona Conference on Patent Litigation, Sedona, AZ, November, 2002.

"Does Price Matter? Pricing, Game Theory, and the Economics of Business Strategy." Pricex 2002, Chicago, IL, April 30, 2002.

"eCommerce and Strategy for the Pharmaceuticals Industry." Chairman for The Canadian National e-Pharma Summit II, Toronto, Canada, June 26–27, 2001.

"Exports and Flexible Production Technologies in Volatile International Markets." 4th Annual Conference on Real Options, Cambridge, UK, July 7–8, 2000.

"The Valuation of Oil Drilling Rights: A Real Options Case Study." 2nd Annual Conference on Real Options, Chicago, IL, June 11–12, 1998.

"Prejudgment Interest." Conference: Charles River Associates' Economists' Perspectives on Antitrust Today—Session: Topics in Calculating Damages, Boston, MA, April 30, 1998.

"Designing Licenses that Maximize Client Profits." American Intellectual Property Law Association Spring Meeting, Minneapolis, MN, April 23, 1998.

"Economics of Therapy." Nonmalignant Pain Management Roundtable, Memphis, TN, January 9, 1997.

"How to Structure Risk-Sharing Contracts to Put Teeth in Disease Management." Congress on Health Outcomes and Accountability, Washington, DC, December 10–13, 1995.

Balancing Low and High Risk Projects." Institute for International Research, Portfolio Planning & Management Conference, Philadelphia, PA, October 23–25, 1995.

"Capitated Pricing for Pharmaceuticals." Medical Marketing Association National Meeting, Monterey, CA, June 1995.

"Evaluating the Cost-Effectiveness of Pharmaceuticals." Anti-Rheumatic Guidelines and International Society for Rheumatic Therapeutics, Scottsdale, AZ, May 1995.

"The Role of Pharmacoeconomics in the Drug Approval Process." Anti-Rheumatic Guidelines and International Society for Rheumatic Therapeutics, Scottsdale, AZ, May 1995.

"Compliance with Section 482." With D. Wright. Institute for International Research, *Practical Approaches to Transfer Pricing* conference, New Orleans, LA, February 22–23, 1995.

"XYZ Corporation: A Case Study in Transfer Pricing." With D. Wright. Institute for International Research, *Practical Approaches to Transfer Pricing* conference, New Orleans, LA, February 22–23, 1995.

"Medtronic's Spinal Cord Stimulation Systems: Reimbursement and Marketing Strategy." Sloan School, Massachusetts Institute of Technology, Cambridge, MA, June 1993.

"Exports and Production Technology under Volatile Exchanges Rates." Stanford University, Stanford, CA, February 1992.

"Capacity and Volatile Exchange Rates: A Study of the Chemical Processing Industry." London Business School, London, United Kingdom, March 1991; University of Michigan, Ann Arbor, MI, March 1991; University of British Columbia, Vancouver, BC, February 1991; Kellogg School of Management, Northwestern University, Evanston, IL, January 1991.

## TESTIMONY

Declaration on behalf of Teva Pharmaceuticals in the matter of *Abbott Laboratories et al. v. Sandoz, Inc. et al.* (April 2007). United States District Court for the Northern District of Illinois Eastern Division,
No. 07-CV-1721.

Expert reports on behalf of Enzo Biochem, Inc., et al. in *Enzo Biochem, Inc. v. Applera Corp. et al.* (February, March, April 2007). United States District Court, District of Connecticut, Civil Action No. 3-04-CV-929(JBA).

Merits report and declarations on behalf of Defendants regarding the states of Montana (CV-02-09-H-DWM) and Nevada (02-CV-00260-ECR) in *Pharmaceutical Industry Average Wholesale Price Litigation* (February 2007). United States District Court, District of Massachusetts, MDL No. 1456, Civil Action No. 01-CV-12257-PBS.

Affidavit on behalf of Respondent in the matter of *Warren Lammert, et al.* (January 2007). United States of America, Securities and Exchange Commission, Administrative Proceeding, File No. 3-12386.

Affidavit and testimony on behalf of Respondent in the matter of *Teva Neuroscience G.P.-S.E.N.C. and the medicine "Copaxone".* (January, February 2007). Patented Medicine Prices Review Board, Ottawa, Canada.

Expert reports on behalf of Barr Pharmaceuticals, Inc., et al. in *Federal Trade Commission and State of Colorado v. Warner Chilcott Holdings Company III, LTD., et al.*, (December 2006, January 2007). United States District Court for the District of Columbia, Civil Action Nos: 05-2179 (CKK) and 05-2182 (CKK).

Expert report and deposition testimony on behalf of MedImmune, Inc. in *Biosynexus, Inc. v. Glaxo Group Limited and MedImmune, Inc.*, (November 2006, January 2007). Supreme Court of the State of New York, County of New York, Index No. 604485/05,

Expert report on behalf of Plaintiffs in *TAP Pharmaceutical Products, Inc., et al. v. Atrix Laboratories, Inc., et al.* (October and November 2006). United States District Court, Northern District of Illinois, Case No. 03-C-7822.

Affidavit on behalf of Defendants in *State of Alabama v. Abbott Laboratories, Inc., et al.* (September 2006). Circuit Court of Montgomery County, Alabama, Civil Action No. 2005-219.

Expert report on behalf of Plaintiffs in *GlaxoSmithKline Holdings (Americas) Inc. et al. v. Commissioner of Internal Revenue* (August 2006). United States Tax Court, Docket Nos. 5750-04 and 6959-05.

Expert report and testimony on behalf of Respondent in *Roche Diagnostics GmbH* v. *SmithKline Beecham Pharma GmbH & Co. KG* (July, November 2006). ZCC Arbitration No. 516.

Affidavit on behalf of Pharmacia Corporation in *State of Connecticut* v. *Pharmacia Corporation* (May 2006). Superior Court of Connecticut, Complex Litigation Docket at Tolland, Docket No. X07-CV-03 0083297S.

Affidavit on behalf of Roxane Laboratories, et al. in *State of Connecticut* v. *Roxanne Laboratories, et al.* (May 2006). Superior Court of Connecticut, Complex Litigation Docket at Tolland, Docket No. TTD-X07-CV-03 0083296S.

Expert Report on behalf of Defendant in *Affinion Loyalty Group, Inc.* v. *Maritz, Inc.* (April 2006). United States District Court, District of Delaware, Civil Action No. 04-360.

Expert report, affidavit and testimony on behalf of Bristol-Myers Squibb in *Pharmaceutical Industry Average Wholesale Price Litigation* (March, November, December 2006). United States District Court, District of Massachusetts, Civil Action No. 01-CV-12257-PBS.

Expert report and deposition testimony on behalf of Plaintiff in *LoJack Corporation v. Clare, Inc.* (December 2005, January 2006, March 2006). Commonwealth of Massachusetts Superior Court, Civil Action No. 03-00627.

Expert report and deposition testimony on behalf of Defendant in *PHT Corporation v. Invivodata, Inc.* (November, December 2005). U.S. District Court of Delaware, C.V. No. 04-60 GMS.

Expert report and deposition testimony on behalf of Defendant in *PHT Corporation v. CRF, Incorporated* (November, December 2005). U.S. District Court of Delaware, C.V. No. 04-61 GMS.

Expert reports and testimony on behalf of GlaxoSmithKline Inc. in *Her Majesty The Queen v. GlaxoSmithKline* (October 2005, January, April 2006). Tax Court of Canada, Court File No. 98-712(IT)G.

Expert report and deposition testimony on behalf of Plaintiffs in *IVPCare, Inc.v. Harvard Pilgrim Health Care, Inc.* (October, November 2005). Superior Court Department of the Trial Court, Commonwealth of Massachusetts, Civil Action No. 03-5058-BLS.

Expert reports and deposition testimony on behalf of Plaintiffs in *Pharmacia & Upjohn Company, LLC v. Sicor Inc., et al.* (September 2005, February, April, October 2006). U.S. District Court of Delaware, C.A. No. 04-833 (KAJ).

Expert reports and deposition testimony on behalf of Wyeth, Inc. in *Applera Corporation et al.* v. *Wyeth, Inc.* (August, September, October 2005). Circuit Court for Montgomery County, Maryland, Civil Action No. 242761.

Expert reports and deposition testimony on behalf of Defendant Medco Health Solutions, Inc., et al. in *U.S. Government* v. *Merck-Medco et al.* (August, September, October, November 2005). U.S. District Court, Eastern District of Pennsylvania, No. 00-CV-737.

Expert reports and deposition testimony on behalf of Defendant FMC Corporation in *Microcrystalline Cellulose Antitrust Litigation* (April, May, June 2005). U.S. District Court, Eastern District of Pennsylvania, Master File No. 01-CV-111 (O'Neill, J.) MDL No. 1402.

Expert report on behalf of Defendants in *Robert J. Swanston* v. *TAP Pharmaceutical Products, Inc., et al.* (February 2005). Superior Court of the State of Arizona in and for the County of Maricopa, Cause No. CV2002-004988.

Expert reports on behalf of Joint Services International, B.V. in *Joint Services International, B.V.* v. *O'Neill, Inc.* (January, April 2005). London Court of International Arbitration, LCIA Arbitration No. 3513.

Expert report and deposition testimony on behalf of Defendants in *RoseMarie Ryan-House, et al.* v. *GlaxoSmithKline, et al.* (December 2004). United States District Court, Eastern Division of Virginia, Civil Action No. 2:02cv442.

Expert reports, tutorial, affidavit and testimony on behalf of Fast Track Defendants in *Pharmaceutical Industry Average Wholesale Price Litigation* (December 2004 and March, November, December 2006). United States District Court, District of Massachusetts, Civil Action No. 01-CV-12257-PBS.

Expert report and deposition testimony on behalf of Yangtze Optical Fibre and Cable Company Ltd. in *Yangtze Optical Fibre and Cable Company LTD.* v. *Lucent Technologies Inc.* (November 2004, March 2005). United States District Court, District of Massachusetts, Civil Action No. 03CV11413EFH.

Expert report and deposition testimony on behalf of Defendants in *Medtronic Vascular, Inc.* v. *Boston Scientific Corporation, et al.*, (July, August 2004). United States District Court, District of Delaware, Civil Action No. 98-478 SLR.

Expert report and deposition testimony on behalf of Mylan Laboratories, Inc., et al., in *Lorazepam & Clorazepate Antitrust Litigation* (May, June 2004). United States District Court, District of Columbia, MDL No. 1290 (TFH).

Affidavit on behalf of Novopharm Limited in *Pfizer Canada et al.* v. *The Minister of Health and Novopharm Limited* (May 2004). Federal Court, Court File No. T-2448-03.

Expert report and deposition testimony on behalf of Bayer AG and Bayer Corporation in *Ciprofloxacin Hydrochloride Antitrust Litigation* (April, May 2004). United States District Court, Eastern District of New York, Master File No. 1:00-MD-1383.

Affidavit and testimony on behalf of Novopharm Limited in *Merck & Co et al.* v. *The Minister of Health and Novopharm Limited* (April, August 2004). Federal Court, Court File No. T-1627-03.

Expert report and deposition testimony on behalf of SRU BioSystems et al. in *Corning Incorporated et al.* v. *SRU BioSystems et al.* (April, May 2004). United States District Court, District of Delaware, Civil Action No. 03-633-JJF.

Expert reports and testimony on behalf of Respondent in *Roche Diagnostics GmbH* v. *SmithKline Beecham (Cork) Ltd* (January, April, July 2004). ZCC Arbitration No. 362.

Expert report and testimony on behalf of Hans-Werner Hector in *Hans-Werner Hector* v. *The Bank of America Corporation et al.* (January, April 2004). American Arbitration Association.

Expert report on behalf of Enzo Biochem, Inc. in *Enzo Biochem, Inc.* v. *Gen-Probe, Inc. et al.* (December 2003). United States District Court, Southern District of New York, Civil Action No. 99-4548 (AKH).

Expert report on behalf of Defendants in *Truitt Enterprises et al.* v. *Union Security Life Insurance Company et al.* (November 2003). United States District Court, District of Maryland (Northern Division), Civil Action No. 03-1422.

Expert report and deposition testimony on behalf of Plaintiffs in *DataSafe, Inc. et al.* v. *Federal Express Corporation et al.* (August 2003, January 2004). Commonwealth of Massachusetts, Superior Court Department, Civil Action No. 01-2590.

Expert report on behalf of SmithKline Beecham Animal Health Inc. in *SmithKline Beecham Animal Health Inc.* v. *Her Majesty The Queen* (July 2003). The Court of Queen's Bench, File No. 95-1077 (IT) G.

Expert report on behalf of Bayer Corporation in *Cipro Cases I & II* (June 2003). Superior Court of the State of California, County of San Diego, JCCP. Proceeding Nos. 4154 and 4220.

Expert reports and deposition testimony on behalf of Defendants in *Johnson Matthey Inc.* v. *Research Corporation, et al.* (March, April 2003). United States District Court, Southern District of New York, Case No. 01-CV-8115 (MBM).

Expert report and deposition testimony on behalf of Bayer AG in *Anne Cunningham, et al.* v. *Bayer AG, et al.* (March, April 2003). Supreme Court of the State of New York, County of New York, Index No. 603820-00.

Expert reports and deposition testimony on behalf of Plaintiff in *Star Scientific* v. *R.J. Reynolds Tobacco Company* (January, March 2003, October 2004). United States District Court for the District of Maryland, Southern Division, Case No. AW 01-CV-1504 and AW 02-CV-2504.

Expert report and deposition testimony on behalf of Defendants in *Tyco Adhesives LP* v. *Olympian Tape Sales, Inc. et al.* (August, October 2002). United States District Court, District of Massachusetts, Civil Action No. 00-11965-NG.

Expert report on behalf of Defendant in *Cook Incorporated* v. *Boston Scientific Corporation* (August 2002). United States District Court for the Northern District of Illinois, Eastern Division, Civil Action No. 01-CV-9479.

Deposition testimony and trial testimony on behalf of Defendants in *Engelhard Corporation* v. *Research Corporation, et al.* (July, October 2002). Supreme Court of the State of New York, County of New York, Index No. 601847/98.

Expert report and testimony on behalf of Plaintiffs in *Biovail Laboratories Incorporated* v. *Mylan Pharmaceuticals, Inc.* (July 2002, January 2003). American Arbitration Association, Case No. 50T13329601.

Expert reports and deposition testimony on behalf of Plaintiffs in *Novartis Consumer Health, Inc.* v. *Elan Transdermal Technologies et al.* (June, July, August 2002). United States District Court Southern District of Florida, Miami Division, Civil Action No. 01-1120-CIV-MOORE.

Expert report on behalf of Defendants in *Frederick F. Buechel, M.D. and Michael J. Pappas, Ph.D.* v. *John N. Bain, John G. Gilfillan, III et. al.* (March 2002). Supreme Court of the State of New York County of New York, No. 106963/95.

Expert reports and deposition testimony on behalf of Defendants in *National Rural Electric Cooperative Association et al.* v. *Breen Capital Services Corporation et al.* (February 2002, October 2004). United States District Court of New Jersey, Civil Action No. 2:00cv00722.

Expert report on behalf of Aesculap in *Aesculap AG & Co. et al.* v. *Walter Lorenz Surgical, Inc.* (November 2001). United States District Court for Northern District of California, No. C00-02394-MJJ.

Certification on behalf of Defendants in *Louise Garretson et al.* v. *CSFBTLC Trust II et al.* (October 2001). United States Superior Court for the District of New Jersey, No. HUD-L-3117-00.

Expert report and trial testimony on behalf of C.R. Bard, Inc., in *N.M.T. Medical, Inc.* v. *C.R. Bard, Inc.* (April 2001). American Arbitration Association, AAA Case No. 11 199 00973 00.

Expert report and trial testimony on behalf of Boston Scientific Corp., et al. in *Boston Scientific Corp. et al.* v. *Medtronic AVE, Inc.* (March and April 2001). American Arbitration Association, AAA File No. 50 T 133 00307 00.

Expert report and deposition testimony on behalf of Defendants in *DuPont Pharmaceuticals, et al.* v. *Molecular Biosystems, Inc., et al.* (January and February 2001). United States District Court for the District of Delaware, Civ. No. 99-273 (JJF).

Expert reports on behalf of BASF in *Sawgrass Systems, Inc.,* v. *BASF Corporation* (December 2000, January 2001). United States District Court for the District of South Carolina, Civ. 2:98-3574-11 and 2:99-912-1.

Expert reports and deposition testimony on behalf of Plaintiffs in *Apothecon, Inc., et al.* v. *Barr Laboratories, Inc., et al.* (November 2000, April 2001, June 2005, January, February, March 2006). United States District Court for the District of Southern New York, No. 98 Civ. 0861 (RWS) and No. 99 Civ. 3687 (RWS).

Expert report on behalf of Wold Trona Company, Inc., in *Wold Trona Company, Inc.* v. *SNC-Lavalin America, Inc., et al.* (October 2000). United States District Court for the District of Wyoming, Civ. No. 00CV-1008B.

Expert reports, deposition testimony, and trial testimony on behalf of SciMed Life Systems, Inc., and Boston Scientific Corporation in *Cordis Corporation* v. *Advanced Cardiovascular Systems, Inc., et al.* (August, November, and December 2000). United States District Court for the District of Delaware, Civ. No. 97-550-SLR.

Expert reports and deposition testimony on behalf of SciMed Life Systems, Inc., and Boston Scientific Corporation in *Cordis Corporation* v. *Boston Scientific Corporation and SciMed Life Systems Inc.* (August and November 2000). United States District Court for the District of Delaware, Civ. No. 98-197-SLR.

Expert report and deposition testimony on behalf of SciMed Life Systems, Inc., and Boston Scientific Corporation in *Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation* v. *SciMed Life Systems, Inc. and Boston Scientific Corporation* (November and December 1999). United States District Court for the District of Indiana, IP 98-1108-C-H/G.

Affidavit on behalf of Novopharm Ltd. in *Apotex Fermentation Inc. and Apotex Inc.* v. *Novopharm Ltd. et al.* (October 1999). The Court of Queen's Bench, File No. CI 93-01-73733.

Expert report and deposition testimony on behalf of Bausch & Lomb, Inc., in *Disposable Contact Lens Antitrust Litigation* (July 1999, August 1999). United States District Court for the District of Florida, 94-MDL 1030-J-20A.

Expert reports and trial testimony on behalf of Procter & Gamble Inc. in *Unilever PLC et al.* v. *Procter & Gamble Inc. et al.* (January 1999, December 1999). Federal Court of Canada, T-2534-85.

Expert report for mediation submitted on behalf of Breen Capital in *City of Jersey City* v. *Breen Capital* (December 1998). Superior Court of New Jersey, C-57-98.

Expert reports, deposition testimony, and trial testimony on behalf of Braintree Laboratories, Inc., in *Braintree Laboratories, Inc.,* v. *Nephro-Tech, Inc., et al.* (November 1998, September 1999, June 1999, October 1999). United States District Court for the District of Kansas, 96-CV-2459.

Expert report on behalf of Artegraft, Inc., in *Ethicon Inc. and Johnson & Johnson Consumer Products Inc.* v. *Artegraft, Inc.* (September 1998).  American Arbitration Association, File 18-199-00136-96.

Expert report and deposition testimony on behalf of Astro-Valcour, Inc., in *The Dow Chemical Corporation* v. *Astro-Valcour, Inc.* (June 1998, July 1998).  United States District Court for the Northern District of New York, 95-CV-1357.

Expert reports and deposition testimony on behalf of Glaxo Wellcome in *Emory University* v. *Glaxo Wellcome* (February 1998, August 1998, September 1998).  United States District Court for the Northern District of Georgia, 96-CV-1754.

Expert reports and deposition testimony on behalf of Glaxo Wellcome in *Emory University* v. *Glaxo Wellcome* (November 1997, March 1998, April 1998).  United States District Court for the Northern District of Georgia, 96-CV-1868.

Expert reports on behalf of American Home Products in *Johnson & Johnson* v. *American Home Products* (June 1996).  United States District Court for the Eastern District of Pennsylvania, 94-CV-1388.

Testimony on behalf of Novo Nordisk in *Genentech, Inc.* v. *Novo Nordisk A/S et al.* (May 1996).  United States District Court for the Southern District of New York, 96-CV-1755.

## HONORS AND AWARDS

Dean's Doctoral Fellow, Harvard Graduate School of Arts and Sciences/ Harvard Graduate School of Business Administration.

George Baker Scholar, John Thayer Scholar, Frank Knox Memorial Fellow, McKenzie King Traveling Scholar, Harvard Graduate School of Business Administration.

Governor General's Gold Medal, Gordon Shrum Scholar, Simon Fraser University.


15058072
May 30 2007
10:41PM

Exhibit B

# BMS Medicare Damages: Beneficiaries (Class 1)

| Scenario | 0% Liability / 0% Damages* | | 30% Liability / 30% Damages* | |
|---|---|---|---|---|
| | Nominal Damages ($) | Damages Including Pre-Judgment Interest ($)** | Nominal Damages ($) | Damages Including Pre-Judgment Interest ($)** |
| [a] Base Case*** | 23,766,737 | 33,477,752 | 3,061,685 | 4,078,212 |
| [b] Base Case - All 1991, All 2004 & 3 Rubex Years | 21,806,948 | 30,507,400 | 3,031,307 | 4,033,257 |
| *Decrease* | *1,959,788* | *2,970,351* | *30,379* | *44,955* |
| [c] Base Case - All 1991, All 2004 & 3 Rubex Years - 2 Copayment Adjustments | 15,170,051 | 21,222,539 | 2,108,735 | 2,805,744 |
| *Decrease* | *6,636,897* | *9,284,861* | *922,572* | *1,227,513* |
| [d] Base Case - All 1991, All 2004 & 3 Rubex Years - 2 Copayment Adjustments - Statutes of Limitation Assuming 1997 as the Year of Notice | 9,055,647 | 11,600,027 | 1,379,810 | 1,705,893 |
| *Decrease* | *6,114,404* | *9,622,513* | *728,925* | *1,099,851* |

Notes:

* For each NDC, liability is found if the spread exceeds the liability threshold (i.e., if (AWP - ASP) / ASP > 0% or 30%); damages are calculated for each NDC where liability is found by the amount over the damages threshold (i.e., ((1+x) * AWP - ASP * (1 + (0% or 30%))) * units sold), where x is the statutory discount off of AWP.

** Pre-judgment interest is calculated to 2007 using 1-year US treasury rates found in Exhibit D.

*** Excludes Class members from South Carolina and Tennessee on grounds that state statutes of limitation do not allow for class action lawsuits.

Exhibit B-1

# BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year
## Base Case*
### Using 0% Liability and 0% Damage Thresholds

**Nominal Damages ($)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cytoxan | 49,202 | 49,202 | 49,202 | 69,325 | 89,395 | 111,779 | 143,748 | 144,158 | 158,095 | 108,990 | 87,345 | 98,324 | 98,220 | 0 | 1,256,986 |
| Etopophos | 0 | 0 | 0 | 0 | 0 | 2,664 | 7,822 | 5,167 | 1,673 | 1,314 | 917 | 893 | 0 | 0 | 20,450 |
| Paraplatin | 322,464 | 322,464 | 301,103 | 274,117 | 392,173 | 458,388 | 479,954 | 510,856 | 629,994 | 772,773 | 856,531 | 1,185,952 | 1,021,242 | 1,021,242 | 8,549,253 |
| Rubex | 3,314 | 3,314 | 3,314 | 3,314 | 12,063 | 11,623 | 4,541 | 2,255 | 1,938 | 2,901 | 2,257 | 341 | 1,833 | 0 | 53,008 |
| Taxol | 0 | 0 | 269,797 | 463,916 | 762,203 | 1,004,799 | 1,190,791 | 1,143,860 | 1,363,472 | 1,489,154 | 736,842 | 580,734 | 658,788 | 0 | 9,664,356 |
| VePesid | 555,106 | 555,106 | 555,106 | 253,344 | 332,441 | 430,898 | 339,624 | 229,675 | 228,046 | 270,673 | 151,822 | 135,007 | 185,834 | 0 | 4,222,684 |
| Total | 930,086 | 930,086 | 1,178,523 | 1,064,015 | 1,588,276 | 2,020,149 | 2,166,480 | 2,035,972 | 2,383,219 | 2,645,806 | 1,835,713 | 2,001,252 | 1,965,916 | 1,021,242 | 23,766,737 |

**Damages ($) Including Pre-Judgment Interest (2007)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cytoxan | 96,531 | 91,188 | 87,773 | 119,571 | 146,398 | 172,791 | 210,585 | 199,931 | 208,719 | 136,934 | 103,420 | 112,494 | 110,171 | 0 | 1,796,505 |
| Etopophos | 0 | 0 | 0 | 0 | 0 | 4,117 | 11,459 | 7,165 | 2,209 | 1,651 | 1,086 | 1,022 | 0 | 0 | 28,710 |
| Paraplatin | 632,654 | 597,633 | 537,149 | 472,789 | 642,243 | 708,589 | 703,115 | 708,497 | 831,725 | 970,901 | 1,014,168 | 1,356,862 | 1,145,505 | 1,131,474 | 11,453,302 |
| Rubex | 6,501 | 6,141 | 5,911 | 5,715 | 19,755 | 17,966 | 6,653 | 3,128 | 2,559 | 3,645 | 2,673 | 391 | 2,056 | 0 | 83,095 |
| Taxol | 0 | 0 | 481,301 | 800,150 | 1,248,223 | 1,553,247 | 1,744,464 | 1,586,398 | 1,800,071 | 1,870,953 | 872,451 | 664,425 | 738,948 | 0 | 13,360,631 |
| VePesid | 1,089,082 | 1,028,795 | 990,273 | 436,961 | 544,423 | 666,095 | 497,537 | 318,533 | 301,069 | 340,070 | 179,763 | 154,463 | 208,446 | 0 | 6,755,510 |
| Total | 1,824,768 | 1,723,756 | 2,102,407 | 1,835,185 | 2,601,041 | 3,122,805 | 3,173,813 | 2,823,652 | 3,146,351 | 3,324,155 | 2,173,561 | 2,289,657 | 2,205,126 | 1,131,474 | 33,477,752 |

Notes:
* The base case excludes South Carolina and Tennessee and includes all other states in Hartman's Astrazeneca Class 1 Report -- see Attachment F.1.a.

Exhibit B-2

# BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year
## Base Case - All 1991, All 2004 & 3 Rubex Years*
## Using 0% Liability and 0% Damage Thresholds

**Nominal Damages ($)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | | | | | | | | | 0 |
| Cytoxan | 0 | 49,202 | 49,202 | 69,325 | 89,395 | 111,779 | 143,748 | 144,158 | 158,095 | 108,990 | 87,345 | 98,324 | 98,220 | 0 | 1,207,784 |
| Etopophos | 0 | 0 | 0 | 0 | 0 | 2,664 | 7,822 | 5,167 | 1,673 | 1,314 | 917 | 893 | 0 | | 20,450 |
| Paraplatin | 0 | 322,464 | 301,103 | 274,117 | 392,173 | 458,388 | 479,954 | 510,856 | 629,994 | 772,773 | 856,531 | 1,185,962 | 1,021,242 | | 7,205,547 |
| Rubex | | | | 3,314 | 12,063 | 11,623 | 4,541 | 2,255 | 1,938 | 2,901 | 2,257 | 341 | | | 41,234 |
| Taxol | 0 | 0 | 269,797 | 463,916 | 762,203 | 1,004,799 | 1,190,791 | 1,143,860 | 1,363,472 | 1,489,154 | 736,842 | 580,734 | 658,788 | | 9,664,356 |
| VePesid | | 555,106 | 555,106 | 253,344 | 332,441 | 430,898 | 339,624 | 229,675 | 228,046 | 270,673 | 151,822 | 135,007 | 185,834 | | 3,667,578 |
| **Total** | | 926,773 | 1,175,209 | 1,064,015 | 1,588,276 | 2,020,149 | 2,166,480 | 2,035,972 | 2,383,219 | 2,645,806 | 1,835,713 | 2,001,252 | 1,964,083 | | 21,806,948 |

**Damages ($) Including Pre-Judgment Interest (2007)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | | | | | | | | | 0 |
| Cytoxan | 0 | 91,188 | 87,773 | 119,571 | 146,398 | 172,791 | 210,585 | 199,931 | 208,719 | 136,934 | 103,420 | 112,494 | 110,171 | 0 | 1,699,973 |
| Etopophos | 0 | 0 | 0 | 0 | 0 | 4,117 | 11,459 | 7,165 | 2,209 | 1,651 | 1,086 | 1,022 | 0 | | 28,710 |
| Paraplatin | 0 | 597,633 | 537,149 | 472,789 | 642,243 | 708,589 | 703,115 | 708,497 | 831,725 | 970,901 | 1,014,168 | 1,356,862 | 1,145,505 | | 9,689,174 |
| Rubex | | | | 5,715 | 19,765 | 17,966 | 6,653 | 3,128 | 2,559 | 3,645 | 2,673 | 381 | | | 62,485 |
| Taxol | 0 | 0 | 481,301 | 800,150 | 1,248,223 | 1,553,247 | 1,744,464 | 1,586,388 | 1,800,071 | 1,870,963 | 872,451 | 664,425 | 738,948 | | 13,360,631 |
| VePesid | | 1,028,795 | 990,273 | 436,961 | 544,423 | 666,095 | 497,537 | 318,533 | 301,069 | 340,070 | 179,763 | 154,463 | 208,446 | | 5,666,428 |
| **Total** | | 1,717,615 | 2,096,496 | 1,835,185 | 2,601,041 | 3,122,805 | 3,173,813 | 2,823,652 | 3,146,351 | 3,324,155 | 2,173,561 | 2,289,657 | 2,203,070 | | 30,507,400 |

Notes:
* 1991 is excluded because the AWP regulation did not begin until 1992.
* 2004 is excluded per Judge Saris's summary judgment ruling excluding 2004.
Rubex is excluded in 2003 because BMS discontinued marketing the product by then.
Rubex is excluded in 1992 & 1993 because it was marketed by Immunex for those two years and Rubex is excluded in 2003 because BMS discontinued marketing the product by then.

Exhibit B-3

## BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year
Base Case - All 1991, All 2004 & 3 Rubex Years - 2 Copayment Adjustments*
Using 0% Liability and 0% Damage Thresholds

### Nominal Damages ($)

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Cytoxan | 0 | 34,228 | 34,228 | 48,226 | 62,188 | 77,759 | 99,998 | 100,284 | 109,979 | 75,819 | 60,762 | 68,400 | 68,327 | | 840,197 |
| Etopophos | 0 | 0 | 0 | 0 | 0 | 1,853 | 5,441 | 3,594 | 1,164 | 914 | 638 | 621 | 0 | | 14,226 |
| Paraplatin | 0 | 224,323 | 209,463 | 190,690 | 272,816 | 318,878 | 333,881 | 355,378 | 438,256 | 537,581 | 595,847 | 825,010 | 710,429 | | 5,012,554 |
| Rubex | | | | 2,305 | 8,392 | 8,085 | 3,159 | 1,569 | 1,348 | 2,018 | 1,570 | 238 | | | 28,685 |
| Taxol | 0 | 0 | 187,685 | 322,724 | 530,228 | 698,991 | 828,376 | 795,729 | 948,502 | 1,035,934 | 512,585 | 403,989 | 458,287 | | 6,723,030 |
| VePesid | 386,161 | 386,161 | 386,161 | 176,239 | 231,264 | 299,755 | 236,260 | 159,774 | 158,641 | 188,294 | 105,615 | 93,918 | 129,276 | | 2,551,359 |
| Total | 386,161 | 644,712 | 817,537 | 740,184 | 1,104,887 | 1,405,321 | 1,507,116 | 1,416,328 | 1,657,891 | 1,840,561 | 1,277,018 | 1,392,176 | 1,366,319 | | 15,170,051 |

### Damages ($) Including Pre-Judgment Interest (2007)

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Cytoxan | | 63,435 | 61,060 | 83,180 | 101,842 | 120,202 | 146,494 | 139,082 | 145,196 | 95,258 | 71,944 | 78,257 | 76,641 | | 1,182,590 |
| Etopophos | | 0 | 0 | 0 | 0 | 2,864 | 7,971 | 4,985 | 1,536 | 1,149 | 755 | 711 | 0 | | 19,972 |
| Paraplatin | | 415,744 | 373,669 | 328,897 | 446,778 | 492,931 | 489,123 | 492,868 | 578,591 | 675,410 | 705,508 | 943,904 | 796,873 | | 6,740,295 |
| Rubex | | | | 3,976 | 13,743 | 12,498 | 4,628 | 2,176 | 1,780 | 2,536 | 1,859 | 272 | | | 43,468 |
| Taxol | | 0 | 334,818 | 556,626 | 868,329 | 1,080,520 | 1,213,540 | 1,103,582 | 1,252,223 | 1,301,533 | 606,922 | 462,209 | 514,051 | | 9,294,352 |
| VePesid | | 715,683 | 688,886 | 303,973 | 378,729 | 463,370 | 346,113 | 221,588 | 209,439 | 236,571 | 125,053 | 107,452 | 145,006 | | 3,941,863 |
| Total | | 1,194,863 | 1,458,432 | 1,276,651 | 1,809,420 | 2,172,386 | 2,207,870 | 1,964,280 | 2,188,766 | 2,312,456 | 1,512,042 | 1,592,805 | 1,532,570 | | 21,222,539 |

Notes:

* Applies 12% as the share of all Medicare beneficiaries responsible for their copayments, people with no supplementary insurance or other copayment benefit.
  Source: Elpeg, Franklin J. and George S. Chulis, "Trends in Medicare supplementary insurance: 1992-1996," Health Care Financing Review, Fall 1997, Vol.19, Issue 1.
Applies 20% as the share of unpaid copayments. One source indicates that 20-30% of copayments are uncollectible while another source states that 25.3% is written off as bad debt.
  Sources: Hidenobe, Dawn G. "The Evolution of Community Oncology Care and its Threatened Extinction Due to Federal Private Payment Reform," American College of Medical Practice Executives Paper (Medical Group Management Association Article Archive), September 2004.
  Community Oncology Alliance, "A Letter to Mark B. McClellan," December 7, 2004, p. 5, fn 2.

Exhibit B-4

## BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug
### Base Case - All 1991, All 2004 & 3 Rubex Years - 2 Copayment Adjustments - Statutes of Limitation*
### Using 0% Liability and 0% Damage Thresholds

**Nominal Damages ($)**

| Year of Notice | BMS Drug | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Blenoxane | Cytoxan | Etopophos | Paraplatin | Rubex | Taxol | VePesid | |
| 1992/1993/1994/1995** | 0 | 435,420 | 6,064 | 3,275,793 | 7,604 | 3,764,224 | 807,641 | 8,296,745 |
| 1996*** | 0 | 467,361 | 6,064 | 3,436,024 | 9,514 | 3,950,052 | 1,018,324 | 8,887,338 |
| 1997**** | 0 | 476,526 | 6,130 | 3,479,458 | 10,185 | 4,012,181 | 1,071,166 | 9,055,647 |

**Damages ($) Including Pre-Judgment Interest (2007)**

| Year of Notice | BMS Drug | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Blenoxane | Cytoxan | Etopophos | Paraplatin | Rubex | Taxol | VePesid | |
| 1992/1993/1994/1995 | 0 | 545,316 | 8,096 | 3,957,265 | 10,126 | 4,749,848 | 1,021,926 | 10,292,577 |
| 1996 | 0 | 600,587 | 8,096 | 4,236,745 | 13,290 | 5,064,093 | 1,394,653 | 11,317,464 |
| 1997 | 0 | 615,934 | 8,198 | 4,310,246 | 14,370 | 5,165,532 | 1,485,747 | 11,600,027 |

Notes:

* Implementation of Statutes:

a. If the number of years between notice and the filing of the class action is less than or equal to the number of years in a particular state's statute of limitation, the Class
members from that state may claim damages over the entire class period.

b. If the number of years between notice and the filing of the class action is greater than a particular state's statute of limitation period, Class members in that state may claim
damages starting only X years prior to the filing of the class action suit, where X is the number of years in the statute of limitations.

** States with damages through 1995:  RI

*** States with damages through 1996:  MI, MN, NJ, ND, PA, RI, and VT

**** States with damages through 1997:  AR, MI, MN, MO, NJ, ND, PA, RI, and VT

States with damages after 1997:  AZ, AR, CA, CO, CT, DC, DE, FL, HI, ID, IL, IN, KS, MD, MA, MI, MN, MO, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SD, TX,
UT, VT, WA, WV, WI, and WY

Exhibit B-5

## BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year
### Base Case*
### Using 30% Liability and 30% Damage Thresholds

**Nominal Damages ($)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cytoxan | 1,324 | 1,324 | 1,324 | 16,701 | 30,455 | 57,389 | 92,279 | 101,800 | 103,676 | 92,765 | 63,755 | 61,935 | 72,818 | 0 | 697,546 |
| Etopophos | 0 | 0 | 0 | 0 | 0 | 431 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 431 |
| Paraplatin | 0 | 0 | 0 | 0 | 0 | 0 | 19,804 | 0 | 108 | 0 | 4,365 | 26,116 | 15,240 | 15,240 | 80,873 |
| Rubex | 2,173 | 2,173 | 2,173 | 2,173 | 10,508 | 9,885 | 3,667 | 1,980 | 1,375 | 2,669 | 833 | 96 | 1,199 | 0 | 40,903 |
| Taxol | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 401,312 | 200,656 | 0 | 601,968 |
| VePesid | 6,097 | 6,097 | 6,097 | 40,041 | 161,396 | 322,072 | 266,797 | 171,441 | 159,070 | 185,597 | 83,257 | 106,789 | 125,215 | 0 | 1,639,965 |
| Total | 9,594 | 9,594 | 9,594 | 58,914 | 202,359 | 389,777 | 382,548 | 275,220 | 264,228 | 281,032 | 152,210 | 596,247 | 415,129 | 15,240 | 3,061,685 |

**Damages ($) Including Pre-Judgment Interest (2007)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cytoxan | 2,598 | 2,454 | 2,363 | 28,805 | 49,874 | 88,713 | 135,186 | 141,184 | 136,874 | 116,549 | 75,489 | 70,860 | 81,679 | 0 | 932,628 |
| Etopophos | 0 | 0 | 0 | 0 | 0 | 666 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 666 |
| Paraplatin | 0 | 0 | 0 | 0 | 0 | 0 | 29,012 | 0 | 142 | 0 | 5,169 | 29,879 | 17,095 | 16,885 | 98,182 |
| Rubex | 4,263 | 4,027 | 3,876 | 3,747 | 17,208 | 15,281 | 5,373 | 2,746 | 1,815 | 3,354 | 986 | 110 | 1,345 | 0 | 64,129 |
| Taxol | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 459,146 | 225,072 | 0 | 684,217 |
| VePesid | 11,961 | 11,299 | 10,876 | 69,061 | 264,310 | 497,869 | 390,848 | 237,769 | 210,006 | 233,182 | 98,580 | 122,178 | 140,450 | 0 | 2,298,390 |
| Total | 18,822 | 17,780 | 17,114 | 101,613 | 331,393 | 602,529 | 560,418 | 381,698 | 348,837 | 353,085 | 180,223 | 682,173 | 465,641 | 16,885 | 4,078,212 |

Notes:
* The base case excludes South Carolina and Tennessee and includes all other states in Hartman's Astrazeneca Class 1 Report -- see Attachment F.1.a.

Exhibit B-6

## BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year
Base Case - All 1991, All 2004 & 3 Rubex Years*
Using 30% Liability and 30% Damage Thresholds

**Nominal Damages ($)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Cytoxan | | 1,324 | 1,324 | 16,701 | 30,455 | 57,389 | 92,279 | 101,800 | 103,676 | 92,765 | 63,755 | 61,935 | 72,818 | | 696,221 |
| Etopophos | | 0 | 0 | 0 | 0 | 431 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 431 |
| Paraplatin | | 0 | 0 | 0 | 0 | 0 | 19,804 | 0 | 108 | 0 | 4,365 | 26,116 | 15,240 | | 65,632 |
| Rubex | | 0 | 0 | 2,173 | 10,508 | 9,885 | 3,667 | 1,980 | 1,375 | 2,669 | 833 | 96 | 0 | | 33,185 |
| Taxol | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 833 | 401,312 | 200,656 | | 601,968 |
| VePesid | | 6,097 | 6,097 | 40,041 | 161,396 | 322,072 | 266,797 | 171,441 | 159,070 | 185,597 | 83,257 | 106,789 | 125,215 | | 1,633,869 |
| Total | | 7,421 | 7,421 | 58,914 | 202,359 | 389,777 | 382,548 | 275,220 | 264,228 | 281,032 | 152,210 | 596,247 | 413,929 | | 3,031,307 |

**Damages ($) Including Pre-Judgment Interest (2007)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Cytoxan | | 2,454 | 2,363 | 28,805 | 49,874 | 88,713 | 135,186 | 141,184 | 136,874 | 116,549 | 75,489 | 70,860 | 81,679 | | 930,030 |
| Etopophos | | 0 | 0 | 0 | 0 | 666 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 666 |
| Paraplatin | | 0 | 0 | 0 | 0 | 0 | 29,012 | 0 | 142 | 0 | 5,169 | 29,879 | 17,095 | | 81,296 |
| Rubex | | 0 | 0 | 3,747 | 17,208 | 15,281 | 5,373 | 2,746 | 1,815 | 3,354 | 986 | 110 | 0 | | 50,619 |
| Taxol | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 986 | 459,146 | 225,072 | | 684,217 |
| VePesid | | 11,299 | 10,876 | 69,061 | 264,310 | 497,869 | 390,848 | 237,769 | 210,006 | 233,182 | 98,580 | 122,178 | 140,450 | | 2,286,429 |
| Total | | 13,753 | 13,238 | 101,613 | 331,393 | 602,529 | 560,418 | 381,698 | 348,837 | 353,085 | 180,223 | 682,173 | 464,296 | | 4,033,257 |

Notes:
* 1991 is excluded because the AWP regulation did not begin until 1992.
2004 is excluded per Judge Saris's summary judgment ruling excluding 2004.
Rubex is excluded in 1992 & 1993 because Immunex marketed Rubex for those two years and Rubex is excluded in 2003 because BMS discontinued marketing the product by then.

Exhibit B-7

## BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year
### Base Case - All 1991, All 2004 & 3 Rubex Years - 2 Copayment Adjustments[*]
### Using 30% Liability and 30% Damage Thresholds

**Nominal Damages ($)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cytoxan | 0 | 921 | 921 | 11,618 | 21,186 | 39,923 | 64,194 | 70,817 | 72,123 | 64,532 | 44,351 | 43,085 | 50,656 | 0 | 484,328 |
| Etopophos | 0 | 0 | 0 | 0 | 0 | 300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 |
| Paraplatin | 0 | 0 | 0 | 0 | 0 | 0 | 13,776 | 0 | 75 | 0 | 3,037 | 18,167 | 10,602 | 0 | 45,657 |
| Rubex | 0 | 0 | 0 | 1,511 | 7,310 | 6,877 | 2,551 | 1,377 | 956 | 1,857 | 579 | 67 | 0 | 0 | 23,086 |
| Taxol | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 279,174 | 139,587 | 0 | 418,760 |
| VePesid | 0 | 4,241 | 4,241 | 27,854 | 112,276 | 224,050 | 185,598 | 119,263 | 110,657 | 129,111 | 57,918 | 74,288 | 87,106 | 0 | 1,136,604 |
| Total | 0 | 5,162 | 5,162 | 40,984 | 140,771 | 271,149 | 266,120 | 191,458 | 183,811 | 195,501 | 105,885 | 414,781 | 287,951 | 0 | 2,108,735 |

**Damages ($) Including Pre-Judgment Interest (2007)**

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blenoxane | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cytoxan | 0 | 1,707 | 1,644 | 20,038 | 34,695 | 61,713 | 94,042 | 98,215 | 95,217 | 81,078 | 52,514 | 49,294 | 56,820 | 0 | 646,977 |
| Etopophos | 0 | 0 | 0 | 0 | 0 | 463 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 463 |
| Paraplatin | 0 | 0 | 0 | 0 | 0 | 0 | 20,182 | 0 | 99 | 0 | 3,596 | 20,785 | 11,892 | 0 | 56,554 |
| Rubex | 0 | 0 | 0 | 2,607 | 11,971 | 10,630 | 3,737 | 1,910 | 1,262 | 2,333 | 686 | 76 | 0 | 0 | 35,213 |
| Taxol | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 319,406 | 156,572 | 0 | 475,977 |
| VePesid | 0 | 7,860 | 7,566 | 48,042 | 183,868 | 346,344 | 271,894 | 165,404 | 146,091 | 162,214 | 68,577 | 84,994 | 97,705 | 0 | 1,590,559 |
| Total | 0 | 9,568 | 9,209 | 70,687 | 230,534 | 419,150 | 389,856 | 265,529 | 242,669 | 245,624 | 125,373 | 474,555 | 322,988 | 0 | 2,805,744 |

Notes:

[*] Applies 12% as the share of all Medicare beneficiaries responsible for their copayments, people with no supplementary insurance or other copayment benefit.
Source: Eppig, Franklin J. and George S. Chulis, "Trends in Medicare supplementary insurance: 1992-1996," Health Care Financing Review, Fall 1997, Vol.19, Issue 1.

Applies 20% as the share of unpaid copayments. One source indicates that 20-30% of copayments are uncollectible while another source states that 25.3% is written off as bad debt.
Sources: Holcombe, Dawn G., "The Evolution of Community Oncology Care and its Threatened Extinction Due to Federal Private Payment Reform," American College of Medical Practice Executives Paper (Medical Group Management Association Article Archive), September 2004.
Community Oncology Alliance, "A Letter to Mark B. McClellan," December 7, 2004, p. 5, fn 2.

Exhibit B-8

# BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug
## Base Case - All 1991, All 2004 & 3 Rubex Years - 2 Copayment Adjustments - Statutes of Limitation*
## Using 30% Liability and 30% Damage Thresholds

### Nominal Damages ($)

| Year of Notice | Blenoxane | Cytoxan | Etopophos | BMS Drug Paraplatin | Rubex | Taxol | VePesid | Total |
|---|---|---|---|---|---|---|---|---|
| 1992/1993/1994/1995** | 0 | 308,239 | 53 | 34,818 | 5,548 | 418,760 | 561,548 | 1,328,966 |
| 1996*** | 0 | 314,426 | 53 | 34,818 | 7,123 | 418,760 | 588,085 | 1,363,266 |
| 1997**** | 0 | 317,089 | 64 | 34,818 | 7,684 | 418,760 | 601,395 | 1,379,810 |

### Damages ($) Including Pre-Judgment Interest (2007)

| Year of Notice | Blenoxane | Cytoxan | Etopophos | BMS Drug Paraplatin | Rubex | Taxol | VePesid | Total |
|---|---|---|---|---|---|---|---|---|
| 1992/1993/1994/1995 | 0 | 384,852 | 83 | 40,677 | 7,514 | 475,977 | 713,250 | 1,622,352 |
| 1996 | 0 | 395,224 | 83 | 40,677 | 10,117 | 475,977 | 757,417 | 1,679,495 |
| 1997 | 0 | 399,503 | 99 | 40,677 | 11,017 | 475,977 | 778,620 | 1,705,893 |

Notes:
* Implementation of Statutes:

a. If the number of years between notice and the filing of the class action is less than or equal to the number of years in a particular state's statute of limitation, the Class members from that state may claim damages over the entire class period.

b. If the number of years between notice and the filing of the class action is greater than a particular state's statute of limitation period, Class members in that state may claim damages starting only X years prior to the filing of the class action suit, where X is the number of years in the statute of limitations.

** States with damages through 1995: RI

*** States with damages through 1996: MI, MN, NJ, ND, PA, RI and VT

**** States with damages through 1997: AR, MI, MN, MO, NJ, ND, PA, RI, and VT

States with damages after 1997: AZ, AR, CA, CO, CT, DC, DE, FL, HI, ID, IL, IN, KS, MD, MA, MI, MN, MO, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SD, TX, UT, VT, WA, WV, WI, and WY

# Exhibit C

## Statutes of Limitation by State

| State | Statute | Statute of Limitation |
|-------|---------|:---:|
| Arizona | A.R.S.§ 12-541 | 1 |
| Oregon | Or. Rev. Stat. § 646.638(6) | 1 |
| Wyoming | Wy. Stat. Ann. § 40-12-109 | 1 |
| Idaho | Idaho Code § 48-619 | 2 |
| Indiana | Ind. Stat. § 24-5-0.5-5 | 2 |
| Ohio | Oh. R.C. § 1345.10(c) | 2 |
| South Dakota | S.D. Codified Laws § 37-24-33 | 2 |
| Texas | Tex. Bus. & Com. Code § 17.565 | 2 |
| Utah | Utah Code 1953 § 13-11-19(8) | 2 |
| West Virginia | W. Va. Code § 55-2-12 | 2 |
| California | Cal. Civ. Code § 1783 | 3 |
| Colorado | Col. Rev. Stat. § 6-1-115 | 3 |
| Connecticut | Conn. Gen. Stat. § 42-110g(f) | 3 |
| District of Columbia | D.C. Code § 12-301(8) | 3 |
| Delaware | 10 Del. C. § 8106 | 3 |
| Illinois | 815 Ill. Comp. Stat. § 505/10a(e) | 3 |
| Kansas | Kan. Stat. § 60-512(2) | 3 |
| Maryland | Md. Code Cts. & Jud. Proc. § 5-101 | 3 |
| New Hampshire | N.H. Rev. Stat. § 358-A:3(IV-a) | 3 |
| New York | N.Y. C.P.L.R. § 214(2) | 3 |
| Oklahoma | Okla. Stat. tit. 12 § 95(2) | 3 |
| Wisconsin | Wis. Stat. § 100.18(11)(b)3 | 3 |
| Florida | Fla. Stat. § 95.11(3)(f) | 4 |
| Hawaii | Haw. Rev. Stat. § 480-24 | 4 |
| Massachusetts | Mass. Gen. Laws ch. 260, § 5A | 4 |
| Nebraska | Ne. Stat. § 59-1612 | 4 |
| Nevada | Nev. Rev. Stat. § 11.190(2)(d) | 4 |
| New Mexico | N.M.S. § 37-1-4 | 4 |
| North Carolina | N.C. Gen. Stat. § 75-16.2 | 4 |
| Washington | Wash. Rev. Code § 19.86.120 | 4 |
| Arkansas | Ark. Code § 4-88-115 | 5 |
| Missouri | Mo. Ann. Stat. § 516.120(2) | 5 |
| Michigan | MCLS § 445.911(7) | 6 |
| Minnesota | Minn. Stat. § 541.05(2) | 6 |
| New Jersey | NJSA § 2A:14-1 | 6 |
| North Dakota | N.D.C.C. § 28-01-16(6) | 6 |
| Pennsylvania | 42 Pa.C.S.A. § 5527 | 6 |
| Vermont | 12 V.S.A. § 511 | 6 |
| Rhode Island | R.I. Gen. Law § 9-1-13(a) | 10 |

## Exhibit D

**Annual 1-Year US Treasury Rate (Constant Maturity)**
**For Beneficiary Damages**

| Year | Rate |
|------|------|
| 1991 | 5.86 |
| 1992 | 3.89 |
| 1993 | 3.43 |
| 1994 | 5.32 |
| 1995 | 5.94 |
| 1996 | 5.52 |
| 1997 | 5.63 |
| 1998 | 5.05 |
| 1999 | 5.08 |
| 2000 | 6.11 |
| 2001 | 3.49 |
| 2002 | 2.00 |
| 2003 | 1.24 |
| 2004 | 1.89 |
| 2005 | 3.62 |
| 2006 | 4.94 |

Sources:

1991-2005: BMS Liability Damages.xls from Dr. Hartman's MDL Direct Testimony electronic backup files.
2006: www.federalreserve.gov