# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>BMS SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## CLASS COUNSEL AND BMS'S JOINT MOTION FOR FINAL APPROVAL OF THE CLASS 1 COMPONENT OF THE BMS SETTLEMENT

Class Counsel and Defendant BMS (collectively "the Parties"), by their counsel, jointly move this Court for entry of an order granting final approval of the Class 1 Component of the BMS Settlement. In support of this Motion, Class Plaintiffs have filed an accompanying Memorandum of Law, the Declaration of Steve W. Berman In Support of Motion for Final Approval of BMS Settlement, the Declaration of Eric J. Miller Concerning Class Notice and Claims Activity Related to Class 1 in the BMS Settlement, the Declaration of Wells G. Wilkinson, and the Declaration of Jeffrey S. Goldenberg, all of which support final approval of the Class 1 Component of the BMS Settlement as well.

001534-16 430764 V1

| | |
|---|---|
| DATED: March 14, 2011 | By    /s/ **Steve W. Berman**<br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

        Marc H. Edelson
        Hoffman & Edelson LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        **CLASS COUNSEL**

-4-

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, Class Counsel and BMS's Joint Motion For Final Approval of The Class 1 Component of The BMS Settlement, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 14, 2011, a copy to LEXISNexis File & Serve for posting and notification to all parties.

      /s/ Steve W. Berman
Steve W. Berman