# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**TO:**   Agnes Swayze
1016 W. Newgrove Street
Lancaster, California 93534

## NOTICE TO ATTEND

1.   You are directed to come to Courtroom 22 at the John Joseph Moakley Courthouse, 1 Courthouse Way Boston, Massachusetts on Monday, March 28, 2011 at 2:00 p.m., to give testimony on behalf of the undersigned at the Fairness Hearing on the proposed settlement with Bristol-Myers Squibb in this case, and to remain until excused.

2.   If you are unable to attend the hearing in person, you are directed to kindly contact the undersigned to make arrangements to have your testimony taken via telephone.

3.   You are also directed to produce and to bring with you the following:

   A.   A Copy of the Affidavit of Agnes Swayze dated Feburary 12, 2011.

   B.   All documents in your possession, custody or control relating to the aforesaid Affidavit, your work in this case, and your interactions with any of the counsel for the Class or the Defendants in this matter respecting the same.

      C.      All documents relating to your claimed purchases of drugs on any Defendant, including carboplatin and ondansetron as listed on the attached Medicare Explanation of Benefits.

If you fail to appear and/or produce the documents or things required by this notice to attend and produce, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.

Dated:  March 17, 2011                                            Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Robert G. Hughes, Esquire
Michael J. Lorusso, Esquire
**HAVILAND HUGHES, L.L.C.**
111 S. Independence Mall East,
The Bourse, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile:  (215) 392-4400