**Medicare Summary Notice**   2 of 7

392214239
Page 1 of 3
March 28, 2007



ADD75    00000258

AGNES      SWAYZE
1016 W NEWGROVE ST
LANCASTER CA  93534-3310

| CUSTOMER SERVICE INFORMATION |
|---|
| Your Medicare Number: 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A |
| If you have questions, write or call: <br> NHIC, Corp. (#31146) <br> P.O. Box 272857 <br> Chico, CA 95927-2857 |
| Call: 1-800-MEDICARE (1-800-633-4227) <br> Ask For Doctor Services <br> TTY for Hearing Impaired: 1-877-486-2048 |

**BE INFORMED:** Protect your Medicare number as you would a credit card number.

This is a summary of claims processed on 02/26/2007.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 13-07039-901-902 <br> Valley Tumor Med Grp, <br> 44105 15Th St West Ste 207, <br> Lancaster, CA 93534-4088 <br> Referred by: Dr. Yeganeh, Jehanguir, M.D. <br> Dr. Shamasunder, Hesaragha K. | | | | | | b,c,d <br> e |
| 03/07/03 | 1 Office/outpatient visit, est (99211) | $40.00 | $22.88 | $18.30 | $4.58 | |
| 03/07/03 | 1 Chemotherapy, infusion method (96410) | 150.00 | 0.00 | 0.00 | 0.00 | a |
| 03/07/03 | 3 Dexamethasone sodium phos (J1100) | 18.00 | 0.30 | 0.24 | 0.06 | |
| 03/07/03 | 32 Ondansetron hcl injection (J2405) | 256.00 | 194.88 | 155.90 | 38.98 | |
| 03/07/03 | 16 Carboplatin injection (J9045) | 2,400.00 | 2,175.52 | 1,740.42 | 435.10 | |
| 03/07/03 | 1 IV infusion therapy, 1 hour (90780-59) | 100.00 | 0.00 | 0.00 | 0.00 | a |
| Claim Total | | $2,964.00 | $2,393.58 | $1,914.86 | $478.72 | |

**THIS IS NOT A BILL - Keep this notice for your records.**

PMED52
070103