UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

TO:  Eric J. Miller
     Rust Consulting
     625 Marquette Avenue, Suite 880
     Minneapolis, MN 55402

### NOTICE TO ATTEND

1.  You are directed to come to Courtroom 22 at the John Joseph Moakley Courthouse, 1 Courthouse Way Boston, Massachusetts on Monday, March 28, 2011 at 2:00 p.m., to give testimony on behalf of the undersigned at the Fairness Hearing on the proposed settlement with Bristol-Myers Squibb in this case, and to remain until excused.

2.  You are directed to produce and to bring with you the following:

    A.  A Copy of the Declaration of Eric J. Miller Concerning Class Notice and Claims Activity Related to Class 1 in the BMS Settlement dated March 14, 2011.

    B.  All documents relating to the aforesaid Declaration, your work on the BMS settlement, and your interactions with any of the counsel for the Class or Defendants in this matter respecting the same.

If you fail to appear and/or produce the documents or things required by this notice to attend and produce, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.

Dated:  3/17/11

Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Robert G. Hughes, Esquire
Michael J.  Lorusso, Esquire
**HAVILAND HUGHES, L.L.C.**
111 S. Independence Mall East,
The Bourse, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile:  (215) 392-4400