## **CERTIFICATE OF SERVICE**

     I, Donald E. Haviland, Jr., hereby certify that on March 17, 2011 true and correct copies of the foregoing CONSUMER PLAINTIFF, REV. DAVID AARONSON'S, NOTICE OF INTENT TO APPEAR was served on all counsel of record via CM/ECF notification.

                                                                   _/s/_____
                                                                  Donald E. Haviland, Jr., Esq.