```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) ) ) ) MDL NO. 1456 ) |
| **THIS DOCUMENT RELATES TO:**  BMS SETTLEMENT | ) ) MASTER CASE NO. 01-cv-12257-PBS ) ) ) ) |

**PROCEDURAL ORDER**
March 23, 2011

Saris, U.S.D.J.

   The final approval hearing for the BMS Settlement pertaining to Class 1, scheduled for March 28, 2011 at 2:00 p.m., will <u>not</u> be an evidentiary hearing.  The Court will hear argument on the issues raised by Mr. Haviland in his objection and, if necessary, will schedule an evidentiary hearing at a later date.  The Court hereby notifies all persons who received a "Notice to Attend" from Mr. Haviland (<u>See</u> Docket Nos. 7461-66) that they are not required to appear in Court on March 28, 2011.  Similarly, the court declines to order the production of documents listed in the notices.

   In addition, the parties are advised that, beginning approximately February 1, 2011, my daughter began working as a community organizer for Health Care for All.  Class counsel represents that no funds will be distributed cy pres.  If there

are any remaining issues involving Health Care for All, I will recuse myself from deciding that issue.

                                             /s/ PATTI B. SARIS
                                            PATTI B. SARIS
                                            United States District Judge