UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | Master Civil No. 01-cv-12257<br><br>MDL NO. 1456<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ASTRAZENECA CLASS 1 | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS COUNSEL'S MOTION TO PARTIALLY DISTRIBUTE ASTRAZENECA
CLASS 1 SETTLEMENT FUNDS TO *CY PRES* RECIPIENTS**

Class Counsel respectfully moves this Court for an order partially distributing the remaining funds from the AstraZeneca Class 1 settlement to *cy pres* recipients. As set forth more fully below, Class Counsel propose to distribute a total of $2.8 million to ZERO – The Project to End Prostate Cancer to provide mobile prostate cancer testing and to Cancer*Care* to fund its Transportation Assistance Program for People With Cancer. After Class Counsel have further exhausted their efforts to locate additional relatives and next-of-kin for Class members with uncashed checks, but in any event no later than April 29, 2011, Class Counsel will then move the Court for a final distribution of the remaining settlement amount.

### I.   THE CLASS 1 ASTRAZENECA SETTLEMENT

On December 19, 2008, this Court granted final approval of Class 1 Plaintiffs' settlement with Defendant AstraZeneca Pharmaceuticals, L.P. ("AstraZeneca"). Dkt. No. 5802. The Settlement provides that AstraZeneca pay authorized claims up to $24 million to Class members who took Zoladex®, a drug used primarily in the treatment of prostate cancer. Under the terms of the Settlement, all Class members who made valid claims received *triple* their damages.