UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub Docket No. 1:10-CV-11186-PBS |
| THIS DOCUMENT RELATES TO: )<br>*United States ex rel. Ven-A-Care of the Florida* )<br>*Keys* )<br>*v.* )<br>*Baxter Healthcare Corporation and Baxter* )<br>*International Inc.* ) | Judge Patti B. Saris |

[PROPOSED] SCHEDULING ORDER

March 22, 2011

Saris, U.S.D.J.

WHEREAS, Relator Ven-A-Care of the Florida Keys ("Relator") filed its original complaint on June 23, 1995, and an amended complaint on May 14, 2010 in the U.S. District Court for the Southern District of Florida;

WHEREAS, the amended Complaint was unsealed on May 28, 2010 and assigned Civil Action No. 1:10-cv-21745-ASG;

WHEREAS, the matter was transferred to the District of Massachusetts by the Judicial Panel for Multidistrict Litigation on July 15, 2010 and assigned Case No. 10-cv-11186-PBS;

WHEREAS, that case was consolidated with Case No. 01-cv-12257-PBS (MDL No. 1456) on July 16, 2010;

WHEREAS, counsel for the Relator and counsel for Defendants have for some time been discussing the possibility of a resolution of this matter without the need for further litigation;

WHEREAS, on February 23, 2011 the parties had a productive meeting with mediator Eric Green and whereas the parties believe that further negotiations with Professor Green may likely lead to resolution of this matter;

WHEREAS, pursuant to this Court's January 5, 2011 Scheduling Order the parties were to propose a joint schedule for motion to dismiss briefing by March 15, 2011;

WHEREAS, at the request of the mediator and the Defendants, the Relator agrees to the requested extension in the interest of reaching resolution of this matter;

WHEREAS, the parties hereby request relief from this deadline in order that they might continue to finalize resolution of this matter with Professor Green.

NOW THEREFORE, it is ORDERED, as follows:

1. Relator and Defendants shall continue to engage in informal mediation prior to June 24, 2011 in an attempt to resolve this matter;

2. All deadlines shall be stayed during the pendency of this mediation period;

3. Should mediation not be successful, the parties will, by no later than July 15, 2011, jointly propose a schedule to the court for motion to dismiss briefing.

So ordered.

_____
Judge Patti B. Saris