UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br>Master Docket 01-cv-12257 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Subcategory 06-11337<br>Civil Action No. 08-cv-10852 |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys, Inc. a Florida Corporation, by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES, vs. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) ) | |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys vs. Baxter Healthcare Corporation and Baxter International Inc.* | ) ) ) ) | Civil Action No. 10-cv-11186<br>Judge Patti B. Saris |

## STATUS REPORT APRIL 1, 2011

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for plaintiff and relator Ven-A-Care of the Florida Keys, Inc., hereby submits the following status report to the Court listing the status of all motions to date.

                         Respectfully submitted,

                         GOODE CASSEB JONES
                         RIKLIN CHOATE & WATSON, P.C.
                         P.O. Box 120480
                         San Antonio, Texas 78212
                         (210) 733-6030
                         (210) 733-0330 - Fax

                         By:    /s/ Rand J. Riklin
                              Rand J. Riklin (TX Bar No. 16924275)
                              John E. Clark (TX Bar No. 04287000)

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

**MDL 1456 Status Report**
**USA *ex rel.* Ven-A-Care v. Actavis, *et al*.**
**Case No. 08-cv-10852**

**Pending Motions**

On March 31, 2011, Relator, Ven-A-Care of the Florida Keys, Inc., filed Objections and Motion for Protective Order Concerning Notices of Deposition and Subpoena Duces Tecum served by Defendants [DKT #138 in Case No. 08-10851].

**Discovery**

Case Management Order No. 32 was signed on February 25, 2010 [DKT #6926]. The parties have exchanged their Rule 26 disclosures and have commenced discovery pursuant to the Case Management Order.

On March 28, 2011, the Court granted the parties' Joint Request for A Status Conference at the Court's Earliest Convenience [DKT #7481], and a status conference is set for May 24, 2011 at 2:30 p.m.

On March 30, 2011, the Court granted the Agreed Motion for Extension of Discovery Deadline set forth in CMO No. 32, extending the fact discovery deadline for a period of 60 days as it pertains to certain depositions described in the Order [DKT #137].

**MDL 1456 Status Report**
**USA *ex rel.* Ven-A-Care v. Baxter, *et al*.**
**Case No. 10-cv-11186**

**Pending Motions**

    None.

    The Court entered a Scheduling Order on March 22, 2011 [DKT #7482 in Case No. 01-cv-12257], and all deadlines are stayed through the mediation period ending June 24, 2011.

## CERTIFICATE OF SERVICE

    I hereby certify that I, Rand J. Riklin, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on March 31, 2011, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

          Respectfully submitted,

By:    /s/ Rand J. Riklin
        Rand J. Riklin
        John E. Clark

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, P.C.
P.O. Box 120480
San Antonio, Texas 78212
(210) 733-6030
(210) 733-0330 - Fax

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**