**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| _____) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| 01-CV-12257-PBS ) | Chief Mag. Judge Marianne B. Bowler |
| _____) | |

**STATUS REPORT April 1, 2011**

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for

Plaintiffs and Defendants hereby submit the attached status report to the Court listing the status

of all pending motions to date.

Respectfully Submitted,


PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS



By:    /s/  Thomas M. Sobol                          DATED:  April 1, 2011

Thomas M. Sobol, Esq. (BBO # 471770)
Edward Notargiacomo, Esq. (BBO # 567636)
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

Steve W. Berman, Esq.
Sean R. Matt, Esq.
**Hagens Berman Sobol Shapiro LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Jeffrey Kodroff, Esq.
John Macoretta, Esq.
**Spector, Roseman Kodroff & Willis, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler, Esq.
Jennifer Fountain Connolly, Esq.
**Wexler Wallace LLP**
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

Marc H. Edelson, Esq.
**Hoffman & Edelson LLC**
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

ON BEHALF OF DEFENDANTS

By:   /s/ Jeff Bone                                          DATED:  April 1, 2011

Nicholas C. Theodorou, Esq. (BBO #496730)
Jeff Bone, Esq. (BBO #666688)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA  02210


D. Scott Wise, Esq. (admitted *pro hac vice*)
Joel M. Cohen, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY  10017

Attorneys for Defendant AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2011, I caused a true and correct copy of the foregoing

Status Report to be served on all counsel of record by electronic service pursuant to Case

Management Order No. 2 by sending a copy to Lexis/Nexis File & Serve for posting and

notification to all parties.

 /s/  Jeff Bone_____

Jeff Bone, Esq. (BBO#666688)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA  02210