# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *State of Iowa*<br><br>*v.*<br><br>   *Abbott Laboratories Inc., et al.* | )<br>) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory No. 07-12141<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>) |

## APRIL 2011 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for April 2011, in accordance with the Court's June 17, 2004 Procedural Order.

Dated:  April 1, 2011

                                           Respectfully submitted,

                                           **KIRBY McINERNEY, LLP**
                                           825 Third Avenue
                                           New York, New York 10022
                                           (212) 371-6600

                          By:   <u>/s/ Joanne M. Cicala</u>
                                    Joanne M. Cicala

                                   *Counsel for the State of Iowa*

**April 2011 Status Report for the State of Iowa**

**Plaintiff's Expert Disclosures**

On April 1, 2011, plaintiff served revised Fed. R. Civ. P. 26(a)(2)(B) expert disclosures of Jeffrey J. Leitzinger, Ph.D., on remaining defendants Sandoz, Alpharma/Purepac and Par. On the same day, plaintiff also served a supplemental Fed. R. Civ. P. 26(a)(2)(B) expert disclosure of Jeffrey J. Leitzinger, Ph.D., concerning Par Internal WACs. The parties have agreed that after defendants have reviewed these materials, defendants will inform plaintiff whether they require additional time to make their Fed. R. Civ. P. 26(a)(2)(B) expert disclosures, and the parties also will arrange a date for the deposition of Dr. Leitzinger.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 1st day of April, 2011, she caused a true and correct copy of the above April 2011 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: April 1, 2011

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600