UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT TAP PHARMACEUTICAL PRODUCTS INC. N/K/A TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa, and defendant TAP Pharmaceuticals Products Inc. n/k/a Takeda Pharmaceuticals North America, Inc. (collectively, the "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State of Iowa and the Settling Defendants, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated: April 14, 2011

Respectfully submitted,

By: _____
Joanne M. Cicala
Daniel Hume
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of the State of Iowa*

By: _/s/ signature_
Lee Ann Russo
Tina M. Tabacchi
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601
(312) 782-3939

*On Behalf of the Settling Defendants*