-3-

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiff's Claims Against Defendant TAP Pharmaceutical Products Inc. n/k/a Takeda Pharmaceuticals North America, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

      /s/ James Carroll
    KIRBY McINERNEY LLP

-3-