UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: <br><br> TRACK 2 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**HEALTH CARE FOR ALL'S MOTION TO WITHDRAW AS CLASS 1 REPRESENTATIVE FOR TRACK 2 SETTLEMENT**

Health Care For All ("HCFA"), by Class Counsel, respectfully moves this Court for an order permitting it to withdraw as a Class 1 Representative for the Track 2 Settlement. The grounds for this Motion are as follows:

1. On July 2, 2008, the Court preliminarily approved the Track 2 Settlement and, in doing so, named HCFA as one of the representatives for Class 1. Dkt. No. 5426.

2. HCFA seeks to withdraw as a proposed Class 1 representative for the Track 2 Settlement.

3. There will be no prejudice to Class 1 if this request is granted. Class 1 is adequately represented in the Track 2 Settlement by public interest organizations Vermont Public Interest Group, Wisconsin Citizen Action, New York Statewide Senior Action Counsel and Citizen Action of New York as well as consumer plaintiff Muriel Tonacchio on behalf of the Estate of Wilma Mort.

WHEREFORE Health Care for All respectfully requests that this Court enter an order permitting it to withdraw as a Class 1 representative for the Track 2 Settlement, and all other relief that this Court deems just and appropriate.

- 1 -

DATED:  April 14, 2011  HAGENS BERMAN SOBOL SHAPIRO LLP


By: /s/ Steve W. Berman
    Steve W. Berman
    Sean R. Matt
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594


Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455


Jeffrey Kodroff
John A. Macoretta
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611


Kenneth A. Wexler
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022


Marc H. Edelson
HOFFMAN & EDELSON LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

*Co-Lead Counsel*

- 3 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

  I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on April 14, 2011, I caused copies of **HEALTH CARE FOR ALL'S MOTION TO WITHDRAW AS CLASS 1 REPRESENTATIVE FOR TRACK 2 SETTLEMENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                /s/ Steve W. Berman
                Steve W. Berman