**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa, and defendant Novartis Pharmaceuticals Corporation (hereinafter "Novartis"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41, that all claims in this action against Novartis are dismissed with prejudice and without costs to any party.

Dated: April 15, 2011

Respectfully submitted,

By:  /s/ Joanne M. Cicala
Joanne M. Cicala
Daniel Hume
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of the State of Iowa*

-2-

        By:  /s/  Saul P. Morgenstern
        Saul P. Morgenstern
        Kaye Scholer LLP
        425 Park Avenue
        New York, NY 10022
        (212) 836-8000

*On Behalf of Novartis Pharmaceuticals Corporation*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiff's Claims Against Defendant Novartis Pharmaceuticals Corporation, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

                                                  /s/ James Carroll
                                        KIRBY McINERNEY LLP