# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, et al.*<br><br>and<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## CASE MANAGEMENT ORDER NO. __

The case management orders entered in the above-referenced cases by this Court on July 10, 2010 (Iowa) and August 30, 2010 (New York) are modified as follows:

| ACTION | DEADLINE |
|---|---|
| All fact discovery sought by defendants shall be completed. | February 18, 2011 |
| Deposition of plaintiffs' experts shall be completed. | March 17, 2011 |
| Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | April 14, 2011 |
| Depositions of defendants' experts shall be completed. | May 31, 2011 |

The parties, by agreement and without further motion, may extend the deadline for completion of the discovery events shown above by no more than 30 days.

All other provisions of prior case management orders remain unchanged.

SO ORDERED

4/18/2011

/s/ Patti B. Saris
PATTI B. SARIS
U.S. DISTRICT COURT JUDGE