UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Iowa v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No.: 07-12141-PBS <br><br><br> Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS HOFFMANN-LA ROCHE INC. AND ROCHE LABORATORIES INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa, and defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc. (collectively, the "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State of Iowa and the Settling Defendants, that all claims in this action against the Settling Defendants are dismissed with prejudice and without costs to any party.

Dated:  April 20, 2011

                                            Respectfully submitted,

                            By:   /s/ Joanne M. Cicala
                                Joanne M. Cicala
                                Daniel Hume
                                Kirby McInerney LLP
                                825 Third Avenue
                                New York, NY 10022
                                212-371-6600

                              *On Behalf of the State of Iowa*

-2-

By: /s/ Simeon M. Schopf
    Simeon M. Schopf
    King & Spalding
    1700 Pennsylvania Avenue NW
    Washington, D.C. 20006
    (202) 737-0500

*On Behalf of the Settling Defendants*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal of Plaintiff's Claims Against Defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

      /s/ James Carroll
      KIRBY McINERNEY LLP