UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) | MDL NO. 1456<br><br>C.A. No.: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Ann H. Malekzadeh as counsel for Defendant Hoffman-La Roche Inc. in this matter.

Dated: April 15, 2011

                                                      Respectfully Submitted,

                                                      /s/ Ann H. Malekzadeh
                                                      Ann H. Malekzadeh
                                                      King & Spalding LLP
                                                      1730 Pennsylvania Avenue NW
                                                      Washington, DC 20006
                                                      Telephone: (202) 737-0500
                                                      Facsimile: (202) 626-3737

                                                      Attorney for Hoffman-La Roche Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record on this 15th day of April, 2011 via electronic service with LexisNexis.

/s/ Ann H. Malekzadeh
Ann H. Malekzadeh

742704_1