# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### CLASS COUNSEL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO HAVILAND'S MOTION TO VACATE OR, IN THE ALTERNATIVE, <u>MODIFY THE COURT'S JUNE 22, 2010 ORDER</u>

Class Counsel respectfully move this Court for entry of an order extending the time by which they must file their response to the Motion to Vacate or, In the Alternative, Modify the Court's June 22, 2010 Order filed by Donald E. Haviland ("Haviland"). As grounds for the foregoing, Class Counsel state as follows:

1. On April 21, 2010, Haviland filed a Motion to Vacate or, In the Alternative Modify the Court's June 22, 2010 Order (the "Motion"). *See* Dkt. No. 7511. Under the Local Rules Class Counsel's response would be due within 14 days or May 5, 2011.

2. In order to address Haviland's Motion fully, and in light of the demands of other matters, Class Counsel require additional time in which to respond to this Motion.

3. Accordingly, Class Counsel request a short extension of time, until Thursday, May 19th, to respond to Haviland's Motion.

4. Haviland does not oppose this short extension.

001534-16 444075 V1

WHEREFORE Class Counsel respectfully request that this Court enter an order extending the time for Class Counsel to file a response to Haviland's Motion to Vacate or, In the Alternative Modify the Court's June 22, 2010 Order.

DATED:  April 26, 2011                          By     /s/ Steve W. Berman

                                          Steve W. Berman
                                          Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K St., NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 3 -

        Marc H. Edelson
        Hoffman & Edelson LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        **CLASS COUNSEL**

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS COUNSEL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO HAVILAND'S MOTION TO VACATE OR, IN THE ALTERNATIVE, MODIFY THE COURT'S JUNE 22, 2010 ORDER**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 26, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                            **/s/ Steve W. Berman**
                                            Steve W. Berman