# United States Court of Appeals
## For the First Circuit

No. 10-1959

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION.

ORDER OF COURT

Entered: April 28, 2011

      Further appellate proceedings in this case are stayed for 35 days to give the district court an opportunity to consider the appellant's recently filed motion to vacate or modify the order that is the subject of this appeal. If the district court states either that it would grant the motion if this court remands the case for that purpose or that the motion raises a substantial issue, the appellant shall promptly notify this court of that statement. See Fed. R. App. P. 12.1.

By the Court:
/s/ Margaret Carter, Clerk

cc:

Honorable Patti B. Saris
Sarah Allison Thornton, Clerk of Court
Steve W. Berman
William F. Cavanaugh, Jr.
Jennifer F. Conolly
Marc. H. Edelson
David M. Glynn
Donald E. Haviland, Jr.
Jeffrey Kodroff
Michael L. Koon
Seunghwan Kim
Michael Lorusso
John A. Macoretta
Adeel Abdulllah Mangi
Sean R. Matt
Victoria E. Phillips
Andrew D. Schau
Kenneth A. Wexler
D. Scott Wise