# EXHIBIT B



# HEALTH INSURANCE ASSISTANCE SERVICE

The Health Insurance Assistance Service (HIAS) offers cancer patients who have lost or are in danger of losing their health care coverage and who call the Society's toll-free cancer information number a free resource that connects them with trained health insurance specialists who work to address their needs. HIAS directly helps to improve the quality of life of cancer survivors from the time of diagnosis and through the balance of life, and to expand access to quality health care to all Americans.

The Health Insurance Assistance Specialists at the Society's National Cancer Information Center (NCIC) in Austin, Texas handle inquiries about health insurance, coverage dynamics, and state programs – all specific to the caller's needs. More than 27,000 cases from 50 states and the District of Columbia have been addressed to date through the Health Insurance Assistance Service.

The 2011 Health Insurance Assistance Service budget is $940,000. The program needs to be expanded to serve additional patients who need our services, especially those that do not speak English. The HIAS program needs to develop materials in additional languages beginning with Spanish.

HIAS also needs an expanded data management system to accommodate the increased volume of individuals needing support and requesting information. The expansion of the data management program along with the translation and development of Spanish language materials is expected to cost approximately $500,000.

We expect that the re-design and language translation will bring at least 2,000 per year individuals and families to the HIAS program when fully implemented. The resulting language translation and data base expansion investment will result in improved and expanded services for additional years to come.

**Amount needed for development and expansion of the HIAS program: $500,000**

*Costs include:*
- Expansion of the Health Insurance Assistance Service data management systems to serve additional populations served through the re-designed and translated language material.

- Development of Spanish language materials used by the health insurance assistance team and the NCIC:
    - Information with recent changes in current law for each state
    - Summary information on Medicaid and Medicare programs
    - Information regarding health care reform implementation



# The Health Insurance Assistance Service

*Real cases leading to real solutions*

## 1 in 4

**The number of families that used most or all of their savings while dealing with cancer-related costs.**

*Source:* Lake Research Partners and American Viewpoint conducted survey on behalf of the American Cancer Society Cancer Action Network. National survey among families affected by cancer, conducted May 2009.

### Real HIAS Cases: Kim

Kim, 49, called NCIC in June afraid that she would soon reach the lifetime maximum for her insurance. Diagnosed with a breast cancer recurrence with metastasis to the liver, she estimated her costs at $30,000 per month, a number she clearly couldn't afford. With the help of an insurance specialist, she enrolled in the Illinois high-risk pool and received assistance with premiums and co-pays from other recommended resources.

---

With health care consistently identified as a top domestic concern, the American Cancer Society has undertaken a unique effort to help cancer patients who have lost or are in danger of losing their health care coverage while also identifying policy solutions to help others in similar situations. Marshalling its one-of-a-kind resources, the Society is contributing to a fuller understanding of trends and emerging issues of concern to cancer patients through a program known as the Health Insurance Assistance Service.

The Health Insurance Assistance Service offers cancer patients who call the ACS cancer information number a free resource that connects them with health insurance specialists who work to address their needs. The volume and type of calls received are captured as part of an internal database that allows for analysis of trends and emerging issues.

The Health Insurance Assistance Specialists at the Society's National Cancer Information Center (NCIC) in Texas handle inquiries about health insurance, coverage dynamics, and state programs – all specific to the caller's needs. More than 27,000 cases from 50 states and the District of Columbia have been addressed in the Health Insurance Assistance Service.

By documenting access problems faced by cancer patients, the American Cancer Society will be able to tell policymakers about the concerns of real cancer patients and work toward policy solutions. The Health Insurance Assistance Service will highlight problems that can be addressed in the short run while also offering lasting insight into the meaning of coverage adequacy.

Health care is often discussed in the abstract. The Health Insurance Assistance Service makes this discussion concrete by providing tangible examples of program successes and failures that can facilitate policy solutions.

To access the Health Insurance Assistance Service, please contact our National Cancer information Center at 1-800-ACS-2345.

*Updated March 26, 2010*

---

### Profile of callers to the Health Insurance Assistance Service

| | | |
|---|---|---|
| 79% - uninsured | 25% - pre-treatment | 2% - problem resolved |
| 9% - in transition | 42% - in treatment | 46% - pursuing available options |
| 12% - insured w/ other problem | 19% - post-treatment | 10% - no help available |
| | 14% - treatment interrupted | 42% - help available, but not affordable or adequate |