# EXHIBIT C



## Man to Man and Let's Talk About It

Man to Man originated in a prostate cancer support group developed by prostate cancer survivor, James Mullen, in 1987 in Sarasota, Florida.

The goals of Man to Man are:
1. Provide prostate cancer patients and their spouse/partner with accurate, current information about diagnosis and treatment options for prostate cancer;
2. Solutions to common problems associated with prostate cancer and its treatment; and
3. Support and encouragement.

Trained volunteers organize a continuing series of free monthly meetings, where participants can learn about prostate cancer, treatment, side effects, and how to cope with the disease and its treatment through presentations by guest speakers and by hearing of the experiences of other prostate cancer survivors.

The Man to Man program provides the following prostate cancer education for men through:

- Education and support
- Community collaborations to reach high risk men
- Outreach and collaboration with local health care professionals
- Active participation by Man to Man participants in ACS CAN -Advocacy Network
- ACS national newsletter (Man to Man News (free, 3 issues per year)

The annual budget for the **Man to Man program** including **Let's Talk About It** program is $700,000. The budget includes material development, printing, staff training and personnel costs. The Lets Talk About is subsidiary program of the Man to Man program designed for African American men.

Please consider a $200,000 grant for the annual operating cost of the Man to Man program to develop a web platform that will create a new portal for men to learn about prostate cancer prevention as well as recommendations for living with prostate cancer if already diagnosed with the disease. The web based platform will cost approximately $135,000 in year one. The remaining $65,000 will be used for hard copy material develop for the Let's Talk About It component.

Components of the web-based project budget are:

- Market Research $15,000
- Program Content Development $10,000
- On-line training Development $15,000
- Print on demand Materials $10,000
- Website Development $50,000
- Staff time (dedicated .5 FTE) $35,000

# Let's Talk About It®
# Program Guide

*A Prostate Health Education Program for African-American Men*



American Cancer Society®

# Table of Contents

| | |
|---|---|
| **Acknowledgments** | 2 |
| **Introduction** | 3 |
| **Program Goal and Objectives** | 4 |
| **Six Essential Elements** | 5 |
| **The Six Essential Elements Defined** | 6 |
| **Measuring the Success of Let's Talk About It** | 8 |
| **Let's Talk About It Program Kit** | 10 |
| **Possible Program Formats** | 11 |
| **Program Examples** | 12 |
|     100 Black Men Denver | 12 |
|     100 Black Men Detroit | 14 |
|     100 Black Men Houston | 16 |
|     100 Black Men Maryland | 17 |
|     100 Black Men of Silicon Valley | 18 |
|     Prince Hall Masons, Harlem | 19 |
| **Steps to Planning and Implementing a Let's Talk About It Program** | 21 |
| **Appendix** | |
|     Appendix A: Planning Checklists | 31 |
|     Appendix B: Sample Agenda | 37 |
|     Appendix C: Origin of Formats | 38 |
|     Appendix D: Evaluation Forms | 40 |
|     Appendix E: Let's Talk About It Logic Model | 53 |

# Acknowledgements

Let's Talk About It was developed under the leadership of the American Cancer Society (ACS) and 100 Black Men of America (100 BMOA). Our heartfelt thanks to all of the talented staff and volunteers from ACS and 100 BMOA who contributed to the development of this prostate cancer education program.

Thank you!

# Introduction

In 1997 the American Cancer Society (ACS), the National Cancer Institute (NCI), and the Centers for Disease Control and Prevention (CDC) co-sponsored a leadership conference on prostate cancer in the African-American community. This conference was held in collaboration with 100 Black Men of America, Inc. and other interested groups. One of the results of this leadership conference has been the development of Let's Talk About It.

Let's Talk About It is a community-based prostate awareness and education program for African-American men that was developed collaboratively by the American Cancer Society and 100 Black Men of America, Inc. Both organizations recognize that helping men to be more knowledgeable about prostate health and prostate cancer will help them be more active and effective decision makers when it comes to deciding whether they want to be tested for prostate cancer.

This Program Guide is designed to help you think through the steps involved in planning and carrying out a Let's Talk About It program. It covers program planning highlights and gives examples of resources and program ideas.

## Why Is Let's Talk About It Important?

Of all the cancers that affect African-Americans, prostate cancer used to be one of the least talked about. Not any more, and with good reason:

Prostate cancer is the most common form of cancer in African-American men. It occurs more often in African-American men than in any other racial or ethnic group and African-Americans are twice as likely to die of the disease than are other American men.

While these facts are a wake-up call, there is good news. In the last decade, there has been much progress in the battle against prostate cancer. Testing and treatment options have all improved. These improvements have been accompanied by a growing movement to educate men and help them be active participants in their own health care. Let's Talk About It is a part of that movement.

*Prostate cancer is the most common form of cancer in African-American men.*

# Program Goal and Objectives

The goal of Let's Talk About It is to provide African-American men with current, accurate, and reliable information on prostate cancer testing and treatment options.

Empowered by this information, men are encouraged to talk to their doctors about prostate health, prostate cancer, testing, all treatment options and whether or not testing is right for them. This process, called **informed decision making**, enables men to make good decisions about their health.

How does a man know if he has made a good, or "informed" decision about his prostate health? According to the article "Early-Stage Prostate Cancer Treatment Options" (Hilderly, 1997), a decision is "informed" or good if it is made:

- with a reasonable understanding of the available information
- in the context of a person's values, beliefs and priorities
- after using all available help to overcome any logistical barriers. (Logistical barriers include a lack of reliable transportation, or the lack of preferred treatment options close to home).

## Objectives of Let's Talk About It

Let's Talk About It is designed to meet the following specific objectives:

1. Educate men about prostate cancer including: options for testing and treatments; the risks and benefits of testing; and the risks and benefits of all treatment options.

2. Allow men to ask questions and get accurate information.

3. Give men the opportunity to hear about the experience of survivors, their spouses, and their families.

4. Link African-American men to the resources and services of the American Cancer Society, including the ACS Web site and toll-free information line.

5. Encourage men to make healthy changes to their lifestyle — for example, exercising more and eating less animal fat.

6. Encourage men to talk to their families and find out whether brothers, uncles, father, or grandfathers had prostate cancer.

7. Inform men of the American Cancer Society Guidelines for Prostate Cancer and motivate men to discuss prostate health with a doctor to and obtain screening.

# Six Essential Elements



All six of these essential elements must be present for a program to be called Let's Talk About It.

## 1. Collaboration.
The Let's Talk About It program was developed through a partnership between local chapters of 100 Black Men of America, Inc. (100 BMOA) and the American Cancer Society (ACS). If possible, both organizations should be involved in planning and delivering Let's Talk About It at the local level. Collaboration with other community based organizations is also encouraged. If a collaboration with 100 BMOA to deliver Let's Talk About It is not possible in your community, it is important to at least acknowledge the contributions made by 100 BMOA in the development of the program.

## 2. Up-to-date information and local resources.
The ACS will provide all the information needed for the program. In addition, the ACS toll-free telephone number (1-800-ACS-2345) and Web site (www.cancer.org) should be included in all materials and promoted at presentations so that participants know they have a place to go for further information.

## 3. Use of volunteers and staff from ACS.
Local programs should rely on trained ACS and 100 BMOA volunteers and staff as prostate cancer educators.

## 4. Presentation of a required core of information.
In order to call the program Let's Talk About It certain information needs to be covered. This includes:

- Acknowledgement of the program partners (ACS and 100 BMOA, and/or other primary collaborators in your community)
- Basic facts about prostate health and prostate cancer, including
  - Risk factors, symptoms, testing, treatments
  - Pros and cons of testing and treatment
- Where to go for more information, including local ACS contact information, the national ACS toll free number (1-800-ACS-2345), and the national ACS Web site (www.cancer.org).

## 5. Program evaluation.
All Let's Talk About It programs will be asked to collect evaluation information using tools included in this guide. A list of essential and optional evaluation tools and all of the information you need to apply them can be found in the Program Guide section Measuring the Success of Let's Talk About It.

## 6. Training.
All volunteers/staff should be trained to conduct the program. A Let's Talk About It Training Guide is available.