# EXHIBIT D



## American Cancer Society Cancer Prevention Study 3
## Background and case to support

The Epidemiology Research Program of the American Cancer Society (ACS) is recruiting a diverse group of at least 300,000 adults for a new long-term cancer research study, the Cancer Prevention Study (CPS)-3.

CPS-3 is the third in a series of landmark longitudinal ACS follow-up studies that have contributed to our understanding of cancer and its major contributors as far back as the mid - 1950's. As a result of these studies we now know that over 60 percent of cancers are avoidable with good life style choices.

These important studies involving hundreds of thousands of people have contributed significantly to tobacco-related research and to our understanding of obesity, diet, physical activity, hormone and medication use, air pollution, and various other exposures in relation to cancer and other disease risk.  CPS1 and 2 drew a clear parallel between cigarette smoking and lung cancer resulting in additional study and follow up warnings of the dangers of cigarette smoke. The result was a dramatic reduction of lung cancer incidence and deaths in the last ten to fifteen years.

The same results are now being seen as a result of CPS2 which has drawn a parallel to obesity, diet and physical activity to multiple diseases.

CPS-3 is currently the only contemporary nationwide effort underway and will play a substantial role in further advancing the understanding of the factors (lifestyle, environmental, and genetic) that cause or prevent cancer. Focus in CPS-3 will also focus on cultural and health disparity issues.

While no predictions can be made in a study of this magnitude, the most important factor in these early stages is enrolling enough people to the study for a valid result.



## Cancer Prevention Study 3

The annual budget for promotion and recruitment the Cancer Prevention Study 3 in 2011 is $3,000,000.

One recruitment strategy is through the American Cancer Society Relay for Life program. The goal is to recruit and process 16,000 study participants in the summer of 2011 at community Relay for Life events. The budgetary need for this recruitment and enrollment strategy is $1,232.000 ($77.00 per participant).

Specific activities:

     a. Recruitment is planned at 100 American Cancer Society Relay For Life sites. Recruitment toolkits are $3,500 for each recruitment site. The toolkit includes set up, shipping materials, logistics (tents, table/chair rental, signage, etc). Total cost - $350,000.

     b. Every study participant completes an initial and annual survey. This includes the printing, production and analysis for collected data in the initial survey. Total cost - $194,000.

     c. Blood test - basically from the vein to the freezer. This includes initial testing of the sample for analysis. ($43.00 per participant). Total cost - $688,000