UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 07-12141-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, et al.*<br><br>     and<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**CASE MANAGEMENT ORDER NO. ___**

The case management order entered in the above-referenced cases by this Court on April 18, 2011 is modified as follows:

| ACTION | DEADLINE |
|---|---|
| Depositions of plaintiffs' experts shall be completed. | May 12, 2011 |
| Defendants shall serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | May 27, 2011 |
| Depositions of defendants' experts shall be completed. | July 15, 2011 |

All other provisions of prior case management orders remain unchanged.

SO ORDERED

_____                           _____
                                            PATTI B. SARIS
                                            U.S. DISTRICT COURT JUDGE