# EXHIBIT A

# Donald E. Haviland, Jr. Esq

| | |
|---|---|
| **From:** | Donald E. Haviland, Jr. Esq [Haviland@HavilandHughes.com] |
| **Sent:** | Tuesday, March 29, 2011 11:41 AM |
| **To:** | 'Thomas Sobol' |
| **Cc:** | 'Sean Matt' |
| **Subject:** | RE: AWP |

Who is in charge of Track 2?
I understand the Judge wants us to speak on that as well

-----Original Message-----
From: Thomas Sobol [mailto:Tom@hbsslaw.com]
Sent: Tuesday, March 29, 2011 11:38 AM
To: Donald E. Haviland, Jr. Esq
Cc: Sean Matt
Subject: Re: AWP

Sean is running the BMS settlement.  It is up to him as to who negotiates with you.

Best wishes for a good Spring meeting.

From: "Donald E. Haviland, Jr. Esq"
<Haviland@HavilandHughes.com<mailto:Haviland@HavilandHughes.com>>
Date: Tue, 29 Mar 2011 10:41:14 -0400
To: Tom Sobol <tom@hbsslaw.com<mailto:tom@hbsslaw.com>>
Subject: AWP

When would you like to try to comply with the Court's Order that we look to ending AWP for all by June?
You committed to sending something in to the Court on BMS by next Friday, which I think I am supposed to see first.
[We've got some ideas here about how a reallocation might address the Court's concerns and our objections]

I'm in today and tomorrow, D.C. for the ABA Spring Meeting Thurs/Fri.

[cid:image001.jpg@01CBEDFD.BF77CF40]

1