UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | | |

# MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, respectfully moves that Geoffrey Horn be admitted to practice before this Honorable Court for purposes of the above-noted case. This attorney is licensed to practice law in New York State.

According to the attached Certificate of Good Standing of Geoffrey Horn:

1. Is a member of the Bar in good standing in the jurisdiction, which he has been admitted to practice.

2. There are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

3. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Geoffrey Horn be admitted this 3rd day of May, 2011.

- 1 -

By   /s/ Thomas M. Sobol
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on May 3, 2011 a copy to LexisNexis File & Serve for posting and notification to all parties.

By     **/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**