# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) | Judge Patti B. Saris |

## DECLARATION OF GEOFFREY M. HORN IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

I, Geoffrey M. Horn, declare as follows:

1. I am a shareholder law firm Lowey Dannenberg Cohen & Hart, P.C., which maintains its office at One North Broadway, White Plains, New York 10601.

2. I am an attorney admitted to practice in New York State. I am also admitted to the United States Court of Appeals for the Second and Eleventh Circuits and the United States District Court for the Southern District of New York.

3. I am a member of the bar in good standing in each of these jurisdictions. These are the only jurisdictions in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

{1824 / DECL / 00107512.DOC v1}

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2011.

                                              /s/ Geoffrey M. Horn
                                              Geoffrey M. Horn
                                              Lowey Dannenberg Cohen & Hart, P.C.
                                              One North Broadway
                                              White Plains, New York 10601
                                              Tel: (914) 997-0500
                                              Fax: (914) 997-0035
                                              E-mail: ghorn@lowey.com