## In re BMS AWP Settlement of Objectors Claim

1. Payment of $1,571 to Rev. Aaronson.

2. Rev. Aaronson agrees to withdrawal of the motion to enforce the original MOU and to withdrawal to his objection to the settlement. Of course, Rev. Aaronson also agrees not to appeal the Court' order approving the settlement. I am asking Don to file papers withdrawing the objection and motion to enforce within 24 hours of signing this agreement.

3. Class Counsel agree to support Rev. Aaronson's request for incentive award, but of course the actual amount of any incentive award is up to the court. (For your information, I will support the requested incentive award also, for whatever that is worth to the Court.)

4. Class Counsel shall acknowledge Rev. Aaronson's withdrawal as class rep as of August 5, 2007.

5. Rev. Aaronson shall fully release Class Counsel of all claims he may have against them (although Class Counsel do not believe he has any).

_____            _____
Sean Matt, Esq. for Class Counsel    Donald E. Haviland, Jr. Esq. for
                                     Rev. Aaronson

Dated: April 28, 2011

## In re BMS AWP Settlement of Objectors Claim

1. Payment of $1,571 to Rev. Aaronson.

2. Rev. Aaronson agrees to withdrawal of the motion to enforce the original MOU and to withdrawal to his objection to the settlement. Of course, Rev. Aaronson also agrees not to appeal the Court' order approving the settlement. I am asking Don to file papers withdrawing the objection and motion to enforce within 24 hours of signing this agreement.

3. Class Counsel agree to support Rev. Aaronson's request for incentive award, but of course the actual amount of any incentive award is up to the court. (For your information, I will support the requested incentive award also, for whatever that is worth to the Court.)

4. Class Counsel shall acknowledge Rev. Aaronson's withdrawal as class rep as of August 5, 2007.

5. Rev. Aaronson shall fully release Class Counsel of all claims he may have against them (although Class Counsel do not believe he has any).

_____
Sean Matt, Esq. for Class Counsel

_____
Donald E. Haviland, Jr., Esq. for
Rev. Aaronson

Dated: April 28, 2011