# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

          V.                                    CASE NO. _____

_____

## NOTICE OF FILING FEE PAYMENT

Notice is hereby given that the required fee for the:

☐  A.  Notice of Appeal - $455.00 - document # _____

☐  B. Initiating document - $350.00 - document #_____

☐  C. Petition for Writ of Habeas Corpus/new case - $5.00 - document #_____

☐  Motion for leave to appear pro hac vice - $50.00 per attorney - check number of attoneys below:

    ☐ 1    ☐ 2    ☐ 3    ☐ 4    ☐ 5    ☐ 6

    for a total of $_____ - document # _____

in the above entitled case is submitted through CM/ECF and pay.gov

_____                      _____
Date                                     Attorney for

(Notice of Filing Fee Payment for PDF.wpd - 2/07)