UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) ) ) ) ) | MDL NO. 1456 |
| **THIS DOCUMENT RELATES TO:** | ) ) | MASTER CASE NO. 01-cv-12257-PBS |
| Mississippi v. Barr Labs., No. 09-cv-12056 | ) ) ) |  |
| Mississippi v. Abbott Labs., No. 09-cv-12058 | ) ) ) |  |
| Mississippi v. Ivax Corp., No. 09-cv-12059 | ) ) ) |  |
| Mississippi v. Schering-Plough, No. 09-cv-12060 | ) ) ) |  |
| Mississippi v. Sanofi-Aventis, No. 09-cv-12061 | ) ) ) |  |
| Mississippi v. Baxter Int'l, No. 09-cv-12062 | ) ) ) |  |
| Mississippi v. Boehringer Ingelheim Corp. No. 09-cv-12063 | ) ) ) ) |  |
| Mississippi v. Teva Pharms., No. 09-cv-12064 | ) ) ) |  |
| Mississippi v. Forest Labs., No. 09-cv-12065 | ) ) ) |  |

**CASE MANAGEMENT ORDER**
May 4, 2011

Saris, U.S.D.J.

1. On June 17, 2004 this Court entered a Procedural Order (Doc. No. 869) in the AWP master docket (01-cv-12257) requiring all

parties to provide the Court with a status report on the first day of each month. A review of the docket indicates that there have been no status reports filed for the State of Mississippi cases, or any docket activity since December 3, 2009. These matters will be dismissed for lack of prosecution within 10 days from the date of this Order unless the plaintiff demonstrates good cause why these actions should not be closed and provides the Court with a Status Report with respect to any issues remaining in these cases and proposal to bring these actions to a resolution.

2. In addition, to facilitate case management in the MDL 1456 docket, as we have done in the past (See Docket No. 5664), the Court has established a subcategory case for the Mississippi cases. A master docket will continue to be maintained under the docket number 01-cv-12257. All future submissions by the parties and rulings by the Court will appear in both the subcategory docket and the master docket.

3. The subcategory case is:

09-12056 - All State of Mississippi case related submissions.

                                                /s/ Patti B. Saris  
                                                PATTI B. SARIS  
                                                United States District Judge