UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 Master File No. 01-12257-PBS Subcategory No. 06-11337-PBS |
| **THIS DOCUMENT RELATES TO:** ) *United States of America ex rel. Ven-a-Care of* ) *The Florida Keys, Inc., v. Actavis Mid Atlantic,* ) *LLC, et al.* ) ) | Civil Action No. 08-cv-10852 Judge Patti Saris |

## MOTION BY THE UNITED STATES TO QUASH DEPOSITION SUBPOENA TO THE CENTERS FOR MEDICARE AND MEDICAID SERVICES

Pursuant to Rules 26 (c) and 45(c)(3) of the Federal Rules of Civil Procedure, the United States respectfully requests that the Court quash a subpoena by defendants directed to the Centers for Medicare and Medicaid Services (CMS). On April 14, 2011, counsel for Sandoz, on behalf all defendants, posted a Notice of Subpoena to CMS with an appended Rule 45 deposition subpoena and list of subjects as to which testimony by agency officials was demanded. The Government has conferred with lead counsel for defendants in an effort to resolve this dispute but has been unable to reach agreement.

As set forth in the accompanying memorandum, the grounds for this motion are that the subpoena is untimely because fact discovery in this matter has closed. Moreover, service of the subpoena was contrary to Department of Health and Human Services' regulations, and the subject matter specifications appended to the subpoena are unduly burdensome, overly broad, and seek privileged information.

Respectfully Submitted,

For the United States of America,

| CARMIN ORTIZ | TONY WEST |
|---|---|
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

_____    /s/ Justin Draycott

George B. Henderson, II  
Assistant U.S. Attorney  
John Joseph Moakley U.S. Courthouse  
Suite 9200, 1 Courthouse Way  
Boston, MA 02210  
Phone: (617) 748-3272  
Fax: (617) 748-3971  

Joyce R. Branda  
Daniel R. Anderson  
Laurie Oberembt  
Justin Draycott  
Civil Division  
Commercial Litigation Branch  
P. O. Box 261  
Ben Franklin Station  
Washington, D.C. 20044  
Phone: (202) 305-9300  

May 5, 2011