UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**BMS SETTLEMENT** | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' NOTICE OF FILING OF [PROPOSED] ORDER DIRECTING NOTICE
OF SETTLEMENT REVISION TO AFFECTED CLASS MEMBERS
AND SCHEDULING FAIRNESS HEARING**

In an electronic entry dated May 5, 2011, the Court approved the proposed rebalancing of the BMS Settlement Allocation embodied in Dkt. No. 7530.  Class Counsel now file herewith as Exhibit A a revised form of [Proposed] Order Directing Notice of Settlement Revision to Affected Class Members and Scheduling Fairness Hearing (the "Proposed Order").

The Proposed Order approves two forms of notice describing the revisions to the Proposed Settlement, one for affected Class 1 members and one for certain TPP members of Classes 2 and 3.  The notices will *only* be mailed to the following BMS Class members:  (i) those Class 1 Consumers who previously filed timely claims and will receive less under the revised distribution formula than they would have under the original formula; and (ii) all TPPs who previously filed timely claims.  Using plain language, the notices describe the changes being made to the Proposed Settlement, provide clear instructions for filing objections to the revision, inform affected Class members of a supplemental fairness hearing date, and advise that the Court has decided not to provide an additional opportunity to request exclusion.

- 1 -

- 2 -

The schedule of events set forth in the Proposed Order (and discussed in the March 28, 2011 fairness hearing), is as follows:

| Date | Event |
| --- | --- |
| May 24, 2011 | Mailing of notices to affected Class members |
| July 1, 2011 | Deadline for receipt of objections in response to the notices |
| July 7, 2011 | Fairness hearing |

The Proposed Order also appoints a new Escrow Agent.  Although BMS has not yet funded the Proposed Settlement, the original preliminary approval order authorized the early creation of an Escrow Account to allow for payment of notice costs and appointed Frontier Bank to be the Escrow Agent.  For the reasons set forth in Dkt. Nos. 6656 and 6676, Class Counsel believe that funds for the notice and, if the settlement is finally approved, funds for satisfying claims would be more safely invested with a larger and better capitalized institution.  Accordingly, Class Counsel request that the Court appoint KeyBank Trust Department, 1301 Fifth Avenue, Suite 2400, Seattle, Washington ("KeyBank"), to be the new Escrow Agent for the BMS Settlement.  At Class Counsel's request, the Court previously transferred the GSK Settlement Funds to KeyBank and appointed it Escrow Agent under the GSK Settlement (*see* December 8, 2009 electronic order).

Plaintiffs and BMS jointly request that the Court enter the Proposed Order.

DATED:  May 17, 2011

                Respectfully submitted,


By:    /s/ Steve W. Berman
      Thomas M. Sobol (BBO#471770)
      Edward Notargiacomo (BBO#567636)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 355-6435
Facsimile:   (202) 355-6455

Jeffrey L. Kodroff
John A. Macoretta
SPECTOR, ROSEMAN, KODROFF & WILLIS P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:   (215) 496-6611

Kenneth A. Wexler
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone:  (312) 346-2222
Facsimile:   (312) 346-0022

                    Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA  18901
Telephone:  (215) 230-8043
Facsimile:   (215) 230-8735

*Co-Lead Class Counsel*

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing pleading to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 17, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

      By **/s/ Steve W. Berman**
         Steve W. Berman
         **HAGENS BERMAN SOBOL SHAPIRO LLP**
         1918 8th Avenue, Suite 3300
         Seattle, WA  98101
         (206) 623-7292