# Exhibit 7



**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*  *Telephone: (202) 305-9300*
*Ninth Floor*  *Telecopier: (202) 616-3085*
*Washington, D.C. 20004*

<u>*Via Electronic Mail*</u>   May 5, 2011

Stefan Mentzer
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

    Re:   *In re: Pharmaceutical Industry Average Wholesale Price Litigation*,
<u>          MDL No. 1456/Civil Action No. 08-10852-PBS (D. Mass.)     </u>

Dear Mr. Mentzer:

    In your letter of yesterday, you inquired as to whether CMS's consideration of defendants' *Touhy* request is somehow conditioned on withdrawal of the separate subpoena defendants posted on LexisNexis. As I had hoped to make clear in my letters to you and Paul Carberry, a principal problem with the *Touhy* request is that you sent it to CMS after discovery closed in your case. Additionally, the request is unduly burdensome and seeks irrelevant and privileged information. These problems with the *Touhy* request exist irrespective of whether you are simultaneously attempting to enforce the subpoena on a separate track. Withdrawal of the subpoena would not cure them, and indeed would have no bearing on these points. As I stated in the letter, withdrawal of the subpoena would merely put the matter in the appropriate procedural posture.

    Thank you for your attention.

                                      Very truly yours,

                                      /s
                                  Justin Draycott
                                  Trial Attorney
                                  Commercial Litigation Branch