# Exhibit 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Ex. rel.<br>   VEN-A-CARE OF THE FLORIDA<br>KEYS, INC., a Florida corporation,<br>by and through its principal officers<br>and directors, ZACHARY T. BENTLEY<br>and T. MARK JONES,<br><br>               Plaintiff,<br><br>ACTAVIS MID ATLANTIC LLC, et al.<br><br>              Defendants | MDL No. 1456<br><br>Master File No. 01-cv-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-CV-10852<br><br>Judge Patti B. Saris |

*Patti B. Saris*

DENIED

3/83/2011

## JOINT MOTION TO MODIFY DISCOVERY AND PRE-TRIAL DEADLINES

1. Pursuant to CMO 32, entered February 25, 2010 (Master Dkt. No. 6926), the Court has established the following deadlines for upcoming discovery and pre-trial events:

| EVENT | DEADLINE |
|---|---|
| Deadline for all parties to complete fact discovery | April 15, 2011 |
| Plaintiffs' deadline to serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) | May 6, 2011 |
| Deadline for defendants to depose plaintiffs' experts | June 3, 2011 |
| Defendants' deadline to serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) | June 17, 2011 |
| Deadline for plaintiffs to depose defendants' experts | July 15, 2011 |
| Deadline for all parties to file motions for summary judgment | August 19, 2011 |
| Deadline for all parties to file responses to motions for summary judgment | September 23, 2011 |

1



| Deadline for all parties to file replies to responses to motions for summary judgment | October 21, 2011 |
| Deadline for all parties to file sur-replies to the replies filed in response to the motions for summary judgment | November 11, 2011 |

2. Since the entry of CMO 32, the parties have worked toward these deadlines actively and in good faith. For example, all parties have exchanged initial disclosures, served at least one set of discovery requests, responded to at least one set of discovery requests, and begun the exchange of substantial document productions.

3. In early December of 2010, moreover, each defendant began exploring potential settlement options with the relator through the aid of Mediator Eric Green.

4. After conferring about the current status of these efforts and the deadlines set forth in CMO 32, the parties now agree that additional time is needed to: (1) continue discussing any potential settlement options; (2) obtain and review adequate fact discovery; (3) complete expert discovery; and (4) draft and file motions for summary judgment.

5. For these reasons, the parties jointly request that the Court modify the schedule set forth in CMO 32 by extending the upcoming deadlines by 90 days as follows:

| EVENT | MODIFIED DEADLINE |
|---|---|
| Deadline for all parties to complete fact discovery | July 15, 2011 |
| Plaintiffs' deadline to serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) | August 5, 2011 |
| Deadline for defendants to depose plaintiffs' experts | September 2, 2011 |
| Defendants' deadline to serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) | September 16, 2011 |
| Deadline for plaintiffs to depose defendants' experts | October 14, 2011 |
| Deadline for all parties to file motions for | November 18, 2011 |

| | |
|---|---|
| summary judgment | |
| Deadline for all parties to file responses to motions for summary judgment | December 23, 2011 |
| Deadline for all parties to file replies to responses to motions for summary judgment | January 20, 2012 |
| Deadline for all parties to file sur-replies to the replies filed in response to the motions for summary judgment | February 10, 2012 |

6. For the Court's convenience, a Proposed Order is attached.

Respectfully Submitted,

| ON BEHALF OF ALL DEFENDANTS | ON BEHALF OF RELATORS/ PLAINTIFFS |
|---|---|
| s/Kimberly Perrotta Cole<br>**WILLIAMS & CONNOLLY LLP**<br>Paul K. Dueffert *(admitted pro hac vice)*<br>Jennifer G. Wicht *(admitted pro hac vice)*<br>Kimberly Perrotta Cole *(admitted pro hac vice)*<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Tel: 202.434.5298<br>Fax: 202.434.5029<br><br>*Counsel for Par Pharmaceutical, Inc.<br>& Par Pharmaceutical Companies, Inc.* | s/Glenn W. MacTaggart<br>**PRITCHARD, HAWKINS,<br>MCFARLAND & YOUNG, LLP**<br>Glenn W. MacTaggart<br>10101 Reunion Place<br>Suite 600<br>San Antonio, TX 78216<br>Tel: 210.477.7419<br>Fax: 210-477-7469<br><br>*Counsel for Relator Ven-A-Care of<br>the Florida Keys, Inc.* |

Dated: March 22, 2011

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *UNITED STATES OF AMERICA* <br> *Ex. rel.* <br>     *VEN-A-CARE OF THE FLORIDA* <br>     *KEYS, INC., a Florida corporation,* <br>     *by and through its principal officers* <br>     *and directors, ZACHARY T. BENTLEY* <br>     *and T. MARK JONES,* <br><br>     *Plaintiff,* <br><br> *ACTAVIS MID ATLANTIC LLC, et al.* <br><br>     *Defendants* | MDL No. 1456 <br><br> Master File No. 01-cv-12257-PBS <br><br> Subcategory No. 06-11337-PBS <br> Civil Action No. 08-CV-10852 <br><br> Judge Patti B. Saris |

### [PROPOSED] CMO No. \_\_\_

Upon consideration of the parties' Joint Motion to Modify Discovery and Pre-Trial Deadlines filed on March 22, 2011, it is hereby **ORDERED** that the Pre-Trial Schedule set forth on page 14 of CMO 32 (Master Dkt. No. 6926), entered by this Court on February 25, 2010, is hereby **MODIFIED** as follows:

| ACTION | DEADLINE |
|---|---|
| Deadline for all parties to complete fact discovery | July 15, 2011 |
| Plaintiffs' deadline to serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | August 5, 2011 |
| Deadline for defendants to depose plaintiffs' experts | September 2, 2011 |
| Defendants' deadline to serve expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B). | September 16, 2011 |
| Deadline for plaintiffs to depose defendants' experts | October 14, 2011 |
| Deadline for all parties to file motions for | November 18, 2011 |

| | |
|---|---|
| summary judgment | |
| Deadline for all parties to file responses to motions for summary judgment | December 23, 2011 |
| Deadline for all parties to file replies to responses to motions for summary judgment | January 20, 2012 |
| Deadline for all parties to file sur-replies to the replies filed in response to the motions for summary judgment | February 10, 2012 |

This Order modifies CMO 32 only to the extent set forth above and in no way affects, alters, or changes any other portion of CMO 32.

**SO ORDERED.**

_____                    _____
Date                                   The Honorable Patti B. Saris
                                       UNITED STATES DISTRICT COURT JUDGE

5

## CERTIFICATE OF SERVICE

I, Kimberly Perrotta Cole, counsel for defendants Par Pharmaceutical, Inc. & Par Pharmaceutical Companies, Inc., and on behalf of those defendants as well as defendants Actavis MidAtlantic, LLC; Alpharma Inc.; Alpharma USPD Inc. f/k/a Barre-National, Inc; Barre Parent Corp.; Sandoz Inc. f/k/a Geneva Pharmaceuticals, Inc.; Watson Pharmaceuticals, Inc.; and Schein Pharmaceutical Inc., and relator Ven-A-Care of the Florida Keys, Inc., hereby certify that I have caused a true copy of the foregoing Joint Motion to Modify Discovery and Pre-Trial Deadlines and the corresponding Proposed Order to be delivered to all counsel of record via CM/ECF filing and via the Lexis Nexis File & Serve system this 22nd day of March, 2011.

s/Kimberly Perrotta Cole
Kimberly Perrotta Cole