UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones  v. Actavis Mid Atlantic LLC, et al.* | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE STATE OF FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION <u>TO PRODUCE DOCUMENTS</u>

Upon consideration Defendants' Motion to Compel the State of Florida to Produce Documents (the "Motion"), Defendants' Memorandum and exhibits in support thereof, the applicable rules and law, and the entire record herein, it is hereby:

**ORDERED** that Defendants' Motion [Docket No.    ] is **GRANTED.**

**SO ORDERED.**

_____                              _____
Date                                                              The Honorable Marianne B. Bowler
                                                                       **UNITED STATES MAGISTRATE JUDGE**