# EXHIBIT 2



| CHARLIE CRIST | FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION | THOMAS W. ARNOLD |
| GOVERNOR | *Better Health Care for all Floridians* | SECRETARY |

July 12, 2010

Stefan M. Mentzer, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Re:  Ven-A-Care of the Florida Keys, Inc. vs. Actavis Mid-Atlantic, et al.
     08-cv-10852-PBS,

Dear Mr. Mentzer:

  The Florida Agency for Health Care Administration ("AHCA) was served on June 28, 2010 with the subpoena issued by your client, Sandoz, Inc., in the above referenced litigation. The subpoena consists of 46 separate requests, with subparts to many of them, for the production of document from AHCA related to 535 separate pharmaceutical products.

  AHCA is not a party to this litigation. Without waiving its right to assert, other objections to the subpoena, this correspondence serves as AHCA's objection to the subpoena pursuant to Fed.R.Civ.Pro. 45(c)(2)(B) on the following grounds:

  1. The subpoena imposes an undue burden and expense on AHCA, its divisions, agencies, employees, attorneys, and agents.

  2. The subpoena fails to provide an adequate and reasonable time-frame for AHCA to comply.

  3. The requests for documents are overly broad in scope, with some documents requested dating back to 1984.

  4. It is unreasonable to ask AHCA, a non-party to this litigation, to divert scarce resources for the purpose of complying with this overly broad and unduly burdensome request.

  5. The subpoena requests documents that are privileged.

  6. The subpoena requests documents that are confidential and protected under various Federal laws, including but not limited to HIPAA.

  7. You have failed to provide AHCA with reasonable compensation for the time and resources that would have to be devoted to responding to the subpoena.

  In light of these objections, and others that may be asserted at a later date, AHCA will not be providing any of the requested documents or information in response to the subpoena.



| 2727 Mahan Drive, MS# | | Visit AHCA online at |
| Tallahassee, Florida 32308 | | http://ahca.myflorida.com |

We request that the subpoena be withdrawn or you may contact me to discuss a more reasonable and un-burdensome request and compensation to be paid to AHCA for providing any such documents.

You may contact me at (850) 412-3630.

Sincerely,

Daniel M. Lake
Senior Attorney