# EXHIBIT 3

**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax  + 1 212 354 8113
www.whitecase.com

Direct Dial + 1 212 819 8705     smentzer@whitecase.com

March 24, 2011

<u>VIA E-MAIL</u>

Gretchen Wallace, Esq.
Office of the Attorney General
Medicaid Fraud Control Unit
107 W. Gaines St.
Tallahassee, FL 32399

Daniel Lake, Esq.
Senior Attorney
Florida Agency for Health Care Administration
2727 Mahan Drive
Tallahassee, FL 32308

Re:   <u>United States ex rel. Ven-A-Care of the Florida Keys, Inc. v.
      Actavis Mid Atlantic LLC, et al. - Civil Action No. 08-10852-PBS</u>

Dear Gretchen and Daniel:

This letter is in reference to the subpoena served on June 15, 2010 on behalf of Sandoz and its co-defendants in the above-referenced litigation (the "Subpoena"). Since last June, Sandoz and the State of Florida (the "State") have engaged in a number of discussions in an attempt to identify and narrow the universe of documents responsive to the Subpoena. To date, Sandoz has received no documents from the State. Sandoz, however, has received from Mylan a document production that the State previously provided to that company in a prior litigation (the "Mylan AWP Litigation"), which Sandoz has reviewed.

As you may know, fact discovery in this litigation is scheduled to close in April 2011. In an effort to obtain responsive documents before the close of discovery and to minimize the burden of production on the State, and without waiving Sandoz' (or its co-defendants') ability to pursue full production of all documents responsive to the Subpoena, Sandoz proposes to further narrow the scope of its requests for the time being. Specifically, Sandoz has identified specific

ABU DHABI  ALMATY  ANKARA  BEIJING  BERLIN  BRATISLAVA  BRUSSELS  BUCHAREST  BUDAPEST  DOHA  DÜSSELDORF  FRANKFURT
GENEVA  HAMBURG  HELSINKI  HONG KONG  ISTANBUL  JOHANNESBURG  LONDON  LOS ANGELES  MEXICO CITY  MIAMI  MOSCOW  MUNICH
NEW YORK  PALO ALTO  PARIS  PRAGUE  RIYADH  SÃO PAULO  SHANGHAI  SINGAPORE  STOCKHOLM  TOKYO  WARSAW  WASHINGTON, DC

NEWYORK 8091592 (2K)

Gretchen Wallace, Esq. and Daniel Lake, Esq.

WHITE & CASE

March 24, 2011

categories of documents responsive to Document Request No. 1 in the Subpoena[1] that the State did not produce in the Mylan AWP Litigation. Sandoz requests production of the following documents:

1. All Medicaid State Plans regarding pharmaceutical reimbursements;

2. All proposed or actual amendments to those State Plans regarding pharmaceutical reimbursements;

3. All documents or communications (with CMS/HCFA, internally, or third parties) concerning the implementation of or any amendments to those State Plans regarding pharmaceutical reimbursements; and

4. All acquisition cost and dispensing fee surveys, studies, or analyses conducted or commissioned by the State.

Sandoz believes that these requests are sufficiently narrow to address any reasonable concerns the State may have with regard to the burden of producing responsive documents. Accordingly, please produce all the documents requested in this letter – or state for which of the above categories the State refuses to produce documents – by no later than **Thursday, April 7, 2011**. Sandoz and its co-defendants may move to compel the production of these documents if responsive documents are not produced by this time.

This letter is without prejudice to any rights or remedies that Sandoz and its co-defendants may have with regard to the Subpoena (including without limitation the right to request production of additional documents), and Sandoz and its co-defendants expressly reserve all such rights.

Please feel free to contact me with any questions or concerns.

Sincerely,

*Stefan Mentzer /DMA*
Stefan Mentzer

---

[1] This Request seeks "(a) All state Medicaid plans filed by the State under 42 U.S.C. § 1396(a); (b) all proposed or actual amendments to those state plans to the extent they relate to section 4.19B of the state plan; and (c) all supporting documents and communications concerning state plan amendments relating to section 4.19B."

2