# EXHIBIT 6

# Mentzer, Stefan

| | |
|---|---|
| **From:** | Gretchen Wallace [Gretchen.Wallace@myfloridalegal.com] |
| **Sent:** | Wednesday, April 13, 2011 8:35 AM |
| **To:** | Mentzer, Stefan |
| **Cc:** | Cohen, Daniel; Daniel.Lake; Audette, Danielle |
| **Subject:** | RE: United States ex rel. Ven-A-Care of the Florida Keys v. Actavis Mid Atlantic LLC - Civil Action No. 08-10852-PBS |
| **Attachments:** | 11-04-13AHCATerms by Custodian._Titlesxlsx.xlsx |


(See attached file: 11-04-13AHCATerms by Custodian._Titlesxlsx.xlsx)

Stefan,

Here is the spreadsheet responsive to your request in the email below.

Sincerely,

Gretchen H. Wallace
Senior Assistant Attorney General
Office of the Attorney General
Medicaid Fraud Control Unit
Phone: 850-414-3911 SunCom: 994-3600
Fax: 850-487-0179  SunCom:  277-9475
E-mail: Gretchen.Wallace@myfloridalegal.com

The information contained in this message may be privileged and/or
confidential and protected from disclosure.  If the reader of this message
is not the intended recipient or agent responsible for delivering this
message to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly
prohibited.  If you have received this communication in error, please
notify the sender immediately by replying to this message and deleting the
material from any computer.


From: "Mentzer, Stefan" <smentzer@ny.whitecase.com>
To:    "Gretchen Wallace" <Gretchen.Wallace@myfloridalegal.com>
Cc:    "Cohen, Daniel" <daniel.cohen@ny.whitecase.com>, "Daniel.Lake"
          <Daniel.Lake@ahca.myflorida.com>, "Audette, Danielle"
          <daudette@ny.whitecase.com>
Date: 04/08/2011 06:25 PM
Subject:    RE: United States ex rel. Ven-A-Care of the Florida Keys v.
          Actavis Mid Atlantic LLC - Civil Action No. 08-10852-PBS


Gretchen,

Please provide breakouts showing, for each document custodian, the number
of
documents resulting from each proposed search term.  We may be able to
eliminate certain search terms and/or document custodians and thereby
reduce

the number of documents to review and produce.  To facilitate this, please also provide the names and positions of the document custodians in the database.

Moreover, please respond to the other issues raised in my April 6 e-mail, including whether the state can simply produce the entire database.
Regards,

Stefan

Stefan Mentzer
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: + 1 212 819 8705
Fax:        + 1 212 354 8113
smentzer@whitecase.com




-----Original Message-----
From: Gretchen Wallace [mailto:Gretchen.Wallace@myfloridalegal.com]
Sent: Friday, April 08, 2011 6:01 PM
To: Mentzer, Stefan
Cc: Cohen, Daniel; Daniel.Lake; Audette, Danielle
Subject: RE: United States ex rel. Ven-A-Care of the Florida Keys v. Actavis
Mid Atlantic LLC - Civil Action No. 08-10852-PBS


Dear Stefan:

This email is in partial response to your latest proposal set forth in your email below.

The search terms you requested be applied to the  existing database was completed; there were 196,000 documents responsive to the key search term hits. Accordingly, the estimate obtained just to review these documents is as follows:


As requested, below is the estimate for the cost to review 196,000 documents in response to the 3rd Party subpoena. We are providing a three, six and nine month estimates to complete the review.


3 months:

        -         8 hour work day
        -         60 documents per hour




|--------------------+--------------------+-------------------|

2

| Service | Unit Cost | Total Price |
|---|---|---|
| Reviewers (7) | $50.00 per hour | $168,000.00 |
| Review Managers (2) | $52.00 per hour | $49,920.00 |
| Project Manager (1) | $175.00 per hour | $84,000.00 |
| | | Total: $301,920.00 |

6 months:

- 8 hour work day
- 60 documents per hour

| Service | Unit Cost | Total Price |
|---|---|---|
| Reviewers (4) | $50.00 per hour | $192,000.00 |
| Review Managers (1) | $52.00 per hour | $49,920.00 |
| Project Manager (1) | $175.00 per hour | $84,000.00 |
| | | Total: $325,920.00 |

9 months:

- 8 hour work day
- 60 documents per hour

| Service | Unit Cost | Total Price |
|---|---|---|
| Reviewers (3) | $50.00 per hour | $216,000.00 |
| Review Managers (1) | $52.00 per hour | $74,880.00 |
| Project Manager (1) | $175.00 per hour | $63,000.00 |
| | | Total: $353,880.00 |

The folders of State Plan Amendments have not yet been received. Once I get them, I will provide you with an estimate of review time and any associated costs of production. I will be out of the office on Monday and back in the office on Tuesday. I will await your response to this cost estimate and if you want to set up another meet and confer concerning your current proposals, I am available any day next week except Monday.
Gretchen H. Wallace
Senior Assistant Attorney General
Office of the Attorney General
Medicaid Fraud Control Unit
Phone: 850-414-3911 SunCom: 994-3600
Fax: 850-487-0179  SunCom:  277-9475
E-mail: Gretchen.Wallace@myfloridalegal.com

The information contained in this message may be privileged and/or confidential and protected from disclosure.  If the reader of this message is not the intended recipient or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this message and deleting the material from any computer.


From:          "Mentzer, Stefan" <smentzer@ny.whitecase.com>
To:            "Gretchen Wallace" <Gretchen.Wallace@myfloridalegal.com>
Cc:            "Audette, Danielle" <daudette@ny.whitecase.com>, "Cohen,
               Daniel" <daniel.cohen@ny.whitecase.com>, "Daniel.Lake"
               <Daniel.Lake@ahca.myflorida.com>
Date:          04/08/2011 12:33 PM
Subject:          RE: United States ex rel. Ven-A-Care of the Florida Keys v.
               Actavis Mid Atlantic LLC - Civil Action No. 08-10852-PBS


Gretchen,

I am following up to see if the state has a response to these proposals below
-- please let me know.  Thanks,

Stefan

Stefan Mentzer
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: + 1 212 819 8705
Fax: + 1 212 354 8113
smentzer@whitecase.com

```
-----Original Message-----
From: Mentzer, Stefan
Sent: Wednesday, April 06, 2011 11:56 AM
To: 'Gretchen Wallace'
Cc: Audette, Danielle; Cohen, Daniel; Daniel.Lake
Subject: United States ex rel. Ven-A-Care of the Florida Keys v. Actavis Mid
Atlantic LLC - Civil Action No. 08-10852-PBS
```

Gretchen,

To follow up on our conversation yesterday, it is our understanding that
Florida has collected a folder of relevant portions of the Medicaid state
plans and amendments (including some but not all correspondence with CMS).
Also, in connection with the pending state case, Florida has developed a
database containing the documents of a number of custodians (I think you
mentioned twenty or so, including Jerry Wells) who are likely to have
documents responsive to the subpoena.

We propose the following:

1.                      Please produce a copy of the folder described
above this
week.

2.                      I am attaching a list of search terms that we are
asking
Florida to
run for all custodians and all time periods in the document database
described above.  Please let me know the number of documents that result
from
each of these search terms and the expected time frame for producing these
documents.  Alternatively, has the state completed a privilege review of
its
entire document database?  If so, then we ask that the state simply produce
the database in its entirety.

3.                      At this time, we are not asking the state to
search for
documents
outside of items 1 and 2 described above.  We reserve the right to request
additional documents upon receipt and review of the state's production.

As discussed, the state will provide us with an estimate of the cost of
producing these documents.  However, as I mentioned, Sandoz does not agree
to
pay for the costs or expenses associated with the state's production of
documents responsive to the subpoena.  There is no requirement under the
federal rules that a requesting party reimburse a subpoenaed party's
expenses, and moreover as reflected in my March 24 letter, Sandoz has made
substantial good-faith efforts to review the prior productions made by
Florida and to narrow the scope of the documents being requested under the
subpoena.  In addition, the state appears already to have done most of the
legwork in collecting responsive documents for purposes of its state
action,

5

and the additional burden of running search terms and producing documents responsive to the subpoena is minimal.

I am happy to discuss these issues further if you have any questions or comments.  Regards,

Stefan

Stefan Mentzer
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: + 1 212 819 8705
Fax: + 1 212 354 8113
smentzer@whitecase.com



-----Original Message-----
From: Gretchen Wallace [mailto:Gretchen.Wallace@myfloridalegal.com]
Sent: Friday, April 01, 2011 4:27 PM
To: Mentzer, Stefan
Cc: Cohen, Daniel; Daniel.Lake; Audette, Danielle
Subject: RE: Sandoz subpoena - Letter from Stefan Mentzer

I will call you at 10 est on Tuesday. In case you need it, my direct line is 850 414 3911. Thanks.
Gretchen H. Wallace
Senior Assistant Attorney General
Office of the Attorney General
Medicaid Fraud Control Unit
Phone: 850-414-3911 SunCom: 994-3600
Fax: 850-487-0179  SunCom:   277-9475
E-mail: Gretchen.Wallace@myfloridalegal.com

The information contained in this message may be privileged and/or confidential and protected from disclosure.  If the reader of this message is not the intended recipient or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this message and deleting the material from any computer.


From:                   "Mentzer, Stefan" <smentzer@ny.whitecase.com>
To:                     "Gretchen Wallace" <Gretchen.Wallace@myfloridalegal.com>
Cc:                     "Daniel.Lake" <Daniel.Lake@ahca.myflorida.com>, "Audette,
            Danielle" <daudette@ny.whitecase.com>, "Cohen, Daniel"
            <daniel.cohen@ny.whitecase.com>
Date:                   04/01/2011 04:24 PM
Subject:                RE: Sandoz subpoena - Letter from Stefan Mentzer

6

I am available at 10:00 am on Tuesday -- please let me know if that works for
you.  The number to call is 212 819 8705.  Regards,

Stefan

Stefan Mentzer
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: + 1 212 819 8705
Fax: + 1 212 354 8113
smentzer@whitecase.com



-----Original Message-----
From: Gretchen Wallace [mailto:Gretchen.Wallace@myfloridalegal.com]
Sent: Friday, April 01, 2011 4:21 PM
To: Mentzer, Stefan
Cc: Daniel.Lake; Audette, Danielle
Subject: RE: Sandoz subpoena - Letter from Stefan Mentzer

Monday is not good for me, but anytime Tuesday except for 3:p.m.-3:30 p.m.
is fine. Just give me a number to call. Thanks.
Gretchen H. Wallace
Senior Assistant Attorney General
Office of the Attorney General
Medicaid Fraud Control Unit
Phone: 850-414-3911 SunCom: 994-3600
Fax: 850-487-0179  SunCom:  277-9475
E-mail: Gretchen.Wallace@myfloridalegal.com

The information contained in this message may be privileged and/or
confidential and protected from disclosure.  If the reader of this message
is not the intended recipient or agent responsible for delivering this
message to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly
prohibited.  If you have received this communication in error, please
notify the sender immediately by replying to this message and deleting the
material from any computer.


From:                                              "Mentzer, Stefan"
<smentzer@ny.whitecase.com>
To:                                                "Gretchen Wallace"
<Gretchen.Wallace@myfloridalegal.com>
Cc:                                                "Daniel.Lake"
<Daniel.Lake@ahca.myflorida.com>,
"Audette,
          Danielle" <daudette@ny.whitecase.com>
Date:                                              04/01/2011 04:14 PM
Subject:                                                  RE: Sandoz

```
subpoena - Letter from
Stefan
Mentzer



Gretchen,

Please let me know if you are available for a telephone conference on
Monday
to discuss the issues related to the subpoena.  Regards,

Stefan

Stefan Mentzer
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: + 1 212 819 8705
Fax: + 1 212 354 8113
smentzer@whitecase.com



-----Original Message-----
From: Gretchen Wallace [mailto:Gretchen.Wallace@myfloridalegal.com]
Sent: Friday, April 01, 2011 4:10 PM
To: Audette, Danielle
Cc: Daniel.Lake; Mentzer, Stefan
Subject: Re: Sandoz subpoena - Letter from Stefan Mentzer

Dear Ms. Audette and Mr. Mentzer:

Attached is our reply to Mr. Mentzer's letter dated March 24, 2011.

Sincerely,

Gretchen H. Wallace
Senior Assistant Attorney General
Office of the Attorney General
Medicaid Fraud Control Unit
Phone: 850-414-3911 SunCom: 994-3600
Fax: 850-487-0179  SunCom:  277-9475
E-mail: Gretchen.Wallace@myfloridalegal.com


(See attached file: 11-04-01WallaceLtr.Mentzer.pdf)



The information contained in this message may be privileged and/or
confidential and protected from disclosure.  If the reader of this message
is not the intended recipient or agent responsible for delivering this
message to the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly
prohibited.  If you have received this communication in error, please
notify the sender immediately by replying to this message and deleting the
```

material from any computer.


From:                    "Audette, Danielle" <daudette@ny.whitecase.com>
To:                      "Gretchen Wallace" <Gretchen.Wallace@myfloridalegal.com>,
            "Daniel.Lake" <Daniel.Lake@ahca.myflorida.com>
Cc:                      "Mentzer, Stefan" <smentzer@ny.whitecase.com>
Date:                    03/24/2011 03:10 PM
Subject: Sandoz subpoena - Letter from Stefan Mentzer


Counsel,

Please see the attached letter from Stefan Mentzer.

Regards,
Dani Audette
Associate
Commercial Litigation Practice
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8902
daudette@whitecase.com


==============================================================================



=



This e-mail communication is confidential and is intended only for the
individual(s) or entity named above and others who have been specifically
authorized to receive it. If you are not the intended recipient, please do
not read, copy, use or disclose the contents of this communication to
others. Please notify the sender that you have received this e-mail in
error by replying to the e-mail or by telephoning (212) 819-8200 during the

9

```
hours of 9:30am - 5:30pm (EST). Any other time please call (212) 819-7664.
Please then delete the e-mail and any copies of it. Thank you.
===============================================================================
```

=

(See attached file: 3-24-2011 Sandoz Ltr to FL.pdf)

Please note that Florida has a broad public records law, and that all correspondence to me via email may be subject to disclosure.

```
===============================================================================
```

=

This e-mail communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (212) 819-8200 during the hours of 9:30am - 5:30pm (EST). Any other time please call (212) 819-7664. Please then delete the e-mail and any copies of it. Thank you.

```
===============================================================================
```

=

Please note that Florida has a broad public records law, and that all correspondence to me via email may be subject to disclosure.

```
===============================================================================
```

=

This e-mail communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically

authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (212) 819-8200 during the hours of 9:30am - 5:30pm (EST). Any other time please call (212) 819-7664. Please then delete the e-mail and any copies of it. Thank you.

===============================================================================

=

Please note that Florida has a broad public records law, and that all correspondence to me via email may be subject to disclosure.

===============================================================================

=

This e-mail communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (212) 819-8200 during the hours of 9:30am - 5:30pm (EST). Any other time please call (212) 819-7664. Please then delete the e-mail and any copies of it. Thank you.

===============================================================================

=

(See attached file: smm- (VAC) list of proposed search terms for florida.DOC)

Please note that Florida has a broad public records law, and that all correspondence to me via email may be subject to disclosure.

===============================================================================

This e-mail communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to

others. Please notify the sender that you have received this e-mail in
error by replying to the e-mail or by telephoning (212) 819-8200 during the
hours of 9:30am - 5:30pm (EST). Any other time please call (212) 819-7664.
Please then delete the e-mail and any copies of it. Thank you.


===============================================================================




Please note that Florida has a broad public records law, and that all
correspondence to me via email may be subject to disclosure.

| Custodian | Title | (blank) | "Average Manufacturer Price" | "Average Wholesale Price" | "Centers for Medicare and Medicaid Services" | "Estimated Acquisition Cost" | "Health Care Financing Administration" | "Myers and Stauffer" | "Provider Synergies" | "Reimbursement for drugs" | "State Plan" | "Wholesale Acquisition Cost" | 4.19(b) | 4.19B | 4.19-B | Abt | acqui* w/5 cost* | AMP | AWP | CMS | EAC | HCFA | pharmac* w/5 reimb* | SPA | WAC | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Strowd, Alan | Contract Management: Bureau Chief | 113,689 | 63 | 262 | 4,167 | 103 | 473 | 70 | 160 | 12 | 3,660 | 60 | 9 | 2 | 9 | 40 | 452 | 1,407 | 650 | 22,190 | 263 | 2,499 | 638 | 630 | 463 | **151,971** |
| Wells, Anne | Pharmacy Services: Bureau Chief | 74,793 | 488 | 701 | 1,764 | 213 | 96 | 41 | 2,075 | 75 | 2,334 | 346 | 47 | 35 | 47 | 29 | 1,347 | 1,498 | 3,012 | 10,271 | 300 | 497 | 2,129 | 583 | 2,074 | **104,795** |
| Yon, Ken | Medicaid Program Integrity: Case Manager.Former Pharmacy Services | 68,339 | 66 | 105 | 1,170 | 28 | 210 | 18 | 8 | 13 | 984 | 23 | 1 | | 1 | 7 | 233 | 669 | 165 | 8,080 | 68 | 467 | 376 | 108 | 73 | **81,212** |
| Pharmacy GroupShare | N/A | 20,488 | 480 | 694 | 960 | 208 | 337 | 8 | 1,290 | 89 | 1,022 | 230 | 69 | 11 | 69 | 57 | 676 | 1,571 | 1,484 | 5,027 | 259 | 750 | 1,875 | 295 | 1,028 | **38,977** |
| Barnes, Linda | Pharmacy Services: Pharmacist (F) | 26,853 | 155 | 246 | 467 | 51 | 43 | 19 | 1,006 | 45 | 509 | 116 | 5 | | 5 | 13 | 362 | 773 | 1,074 | 3,334 | 109 | 263 | 703 | 130 | 909 | **37,190** |
| Richard, Sybil | Deputy Secretary of Medicaid (F) | 20,218 | 161 | 185 | 1,921 | 40 | 186 | 3 | 185 | 22 | 2,521 | 50 | 35 | 3 | 35 | 12 | 252 | 401 | 382 | 7,487 | 41 | 251 | 387 | 403 | 256 | **35,437** |
| Aldridge, Ray | Pharmacy Services: Government Analyst II | 24,739 | 55 | 210 | 179 | 55 | 11 | 2 | 928 | 9 | 186 | 45 | 6 | | 6 | 57 | 297 | 1,349 | 1,772 | 1,699 | 120 | 333 | 405 | 75 | 1,644 | **34,182** |
| Wiggins, Regina | Government Analyst II, Contracts, Research and Evaluation, Former Pharmacy Services | 27,738 | 25 | 21 | 238 | 2 | 24 | | 369 | 1 | 241 | 3 | | | | 103 | 20 | 468 | 192 | 2,379 | 22 | 131 | 189 | 295 | 109 | **32,570** |
| Ottinger, Jason | Quality Management: Analyst II. Former Medicaid Services and Pharmacy Services | 23,173 | 11 | 38 | 538 | 13 | 68 | | 145 | | 519 | 16 | 34 | 7 | 34 | 27 | 49 | 728 | 119 | 3,858 | 152 | 184 | 115 | 182 | 54 | **30,064** |
| Wells, Jerry | Pharmacy Services: Bureau Chief (F) | 18,144 | 196 | 359 | 629 | 94 | 269 | 32 | 527 | 46 | 744 | 78 | 56 | 8 | 56 | 12 | 319 | 439 | 797 | 3,850 | 122 | 496 | 694 | 256 | 481 | **28,704** |
| Morton, Sally | Contract Management: Bureau Chief (F) | 18,096 | 4 | 53 | 560 | 25 | 286 | 1 | 31 | | 454 | 5 | | 1 | | 18 | 73 | 47 | 111 | 3,618 | 58 | 1,141 | 101 | 73 | 23 | **24,779** |
| Sharpe, Robert | Assistant Deputy Director Medicaid (F) | 15,228 | 74 | 195 | 850 | 10 | 396 | 5 | 179 | 28 | 1,738 | 23 | 44 | 8 | 44 | 19 | 100 | 103 | 278 | 3,611 | 9 | 1,168 | 244 | 276 | 67 | **24,697** |
| Donnelly, Marie | Pharmacy Services: Government Analyst II | 14,352 | 142 | 243 | 1,004 | 126 | 122 | 18 | 343 | 43 | 1,026 | 68 | 84 | 25 | 84 | 11 | 292 | 478 | 484 | 3,184 | 171 | 302 | 523 | 368 | 390 | **23,883** |

| Custodian | Title | (blank) | "Average Manufacturer Price" | "Average Wholesale Price" | "Centers for Medicare and Medicaid Services" | "Estimated Acquisition Cost" | "Health Care Financing Administration" | "Myers and Stauffer" | "Provider Synergies" | "Reimbursement for drugs" | "State Plan" | "Wholesale Acquisition Cost" | 4.19(b) | 4.19B | 4.19-B | Abt | acqui* w/5 cost* | AMP | AWP | CMS | EAC | HCFA | pharmac* w/5 reimb* | SPA | WAC | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quinn, Ralph | Medicaid Program Analysis, Sr. Database Analyst | 17,460 | 42 | 11 | 110 | 6 | 23 | 9 | 367 | | 208 | 2 | | | | 59 | 98 | 540 | 55 | 2,212 | 215 | 374 | 46 | 73 | 100 | 22,010 |
| Frost-Penn, Darlene | Pharmacy Services, Staff Assistant | 16,722 | 23 | 106 | 119 | 11 | 39 | | 154 | | 265 | 9 | | | | 10 | 58 | 212 | 130 | 522 | 21 | 71 | 130 | 132 | 82 | 18,816 |
| Bracko, Greg | Medicaid Program Analysis, Medicaid Healthcare Program Analyst | 12,528 | 21 | 17 | 407 | | 127 | 2 | 58 | | 1,078 | 10 | 1 | | 1 | 6 | 30 | 135 | 56 | 3,360 | 6 | 285 | 60 | 268 | 40 | 18,496 |
| Kitchens, George | Pharmacy Services: Bureau Chief (F) | 4,363 | 33 | 105 | 134 | 1 | 39 | | 364 | 7 | 175 | 17 | 1 | 1 | 1 | 7 | 47 | 83 | 145 | 565 | 3 | 115 | 118 | 42 | 57 | 6,423 |
| Crayton, Gary | Deputy Director Medicaid (F) | 1,689 | | 5 | 15 | 1 | 102 | | | | 60 | | | | | 9 | 15 | 5 | 13 | 84 | | 159 | 12 | 4 | 2 | 2,175 |
| Mann, Jane | Pharmacy Services: Pharmacist (F) | 1,277 | | 2 | 7 | | 2 | | 2 | | 4 | 1 | | | | | 6 | 4 | 26 | 43 | 1 | 14 | 4 | 2 | 14 | 1,409 |
| Lipscomb, Stephen | Pharmacy Services:Pharmacist (F) | 714 | | 4 | 6 | | 1 | | 3 | | 1 | | | | | | 1 | 1 | 20 | 36 | | 8 | 26 | | 4 | 825 |
| McLeod, Susan | Pharmacy Services: Pharmacist (F) | 214 | | 1 | 1 | | | | | | | | | | | | | | 1 | 2 | 1 | 16 | 1 | | | 237 |
| Preacher, Sue | Pharmacy Services: Pharmacist (F) | 76 | 1 | 1 | | 4 | 5 | | | | 2 | | 2 | | 2 | | 4 | 2 | | 6 | 2 | 21 | 6 | | 1 | 135 |
| Org Charts | N/A | | | | | | | | | | 1 | | | | | | 1 | | | 1 | | | | | | 3 |
| Powers, Jim | Pharmacy Services: Pharmacist (F) | 3 | | | | | | | | | | | | | | | | | | | | | | | | 3 |
| **Grand Total** | | **520,896** | **2,040** | **3,564** | **15,246** | **991** | **2,859** | **228** | **8,194** | **390** | **17,732** | **1,102** | **394** | **101** | **394** | **496** | **4,732** | **10,913** | **10,966** | **85,419** | **1,943** | **9,545** | **8,782** | **4,195** | **7,871** | **718,993** |