# Exhibit 8



*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

PAULA T. DOW
*Attorney General*

ROBERT M. HANNA
*Director*

April 8, 2011

via e-mail
Stephan Mentzer, Esq.
White and Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Re: U.S. ex rel Ven-a-care of the Florida Keys Inc. v. Activis et al.
08-10852
Response to April 1 letter

Dear Mr. Mentzer

In response to your letter of April 1, enclosed please find a state plan amendment (08-15-MA) which was not included in Exhibit A previously turned over.

Please advise if your firm or client will pay DMAHS $175.00 an hour for additional work on this matter in order to respond to your two follow up letters. In response to the first March follow up letter, I had advised that you would have to tell me what new information you were seeking. I have not received a response to that. As previously stated, we had only one conference call in which you verbally suggested the types of information you really wanted which might limit the production, but that was never put in writing and made responding to the written request no easier.

Before I spend additional time responding to new requests, please confirm in writing that you will pay $175.00 an hour for my time or that of the State agency. To produce a privilege log would be impossible since your requests were so



objectionable and boundless.

Thank you for your attention to this matter.

Sincerely,

PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY

By: ______________________________
Dianna Rosenheim
Deputy Attorney General

c: Robert Popkin, DMAHS

## PHARMACEUTICAL SERVICES

Payment for drugs shall be as follows:

**1.16 Basis of payment**

(a) Payment for legend drugs (those drugs whose labels include the legend "Caution: Federal Law Prohibits Dispensing Without a Prescription"), contraceptive diaphragms and reimbursable devices will be based upon the maximum allowable cost. This means the lower of the upper payment limit price list (MAC price) as published by the Federal government or the average wholesale price (AWP).

1. Maximum allowable cost is defined as:

i. The MAC price for listed multi-source drugs published periodically by the Centers for Medicare & Medicaid Services (CMS) of the United States Department of Health and Human Services; or

ii. For legend drugs not included in (a)1i above, the Estimated Acquisition Cost (EAC), which is defined as the average wholesale price (AWP) listed for the package size (billed to the New Jersey Medicaid program), in current national price compendia or other appropriate sources (such as the First Data Bank (FDB) reference drug file contractor), and their supplements, minus a 15.0 percent volume discount. If the utilization of generic pharmaceuticals exceeds the level anticipated and the effect of such enhanced utilization of generic drugs on disbursements from these accounts, net of manufacturers rebates and adjusted for utilization shifts resulting from patent expirations or other one time factors, and to the extent possible within the limits of the funds appropriated and federal regulations, the State may revise the AWP discount rate to not less than 12.5% retroactive to July 1, 2008.

2. If the published MAC price as defined in (a)1i above is higher than the maximum allowable cost which would be paid as defined in (a)1ii above, then (a)1ii above shall apply.

(b) The calculated discount shall be automatically deducted, regardless of prescription cost, by the fiscal agent, from the cost of each covered drug or device during claim processing by the New Jersey Medicaid Management Information System (NJMMIS).

**1.17 Prescription dispensing fee**

(a) The dispensing fee for legend drugs, dispensed by providers having retail permits, to beneficiaries other than those in nursing facilities, shall be established by State regulation. Additional dispensing fees (add-ons) per prescription shall be given to pharmacy providers who provide the following:

1. Twenty-Four Hour Emergency Service: The provider shall have a 24-hour per day, 365 days per year prescription service available and shall have provided Medicaid beneficiaries opportunities to utilize this service.

2. Impact Area Location: The provider shall have a combined Medicaid and PAAD prescription volume equal to or greater than 50 percent of the provider's total prescription volume. Medicaid and PAAD prescription volume is counted only if one of these programs is the primary payer.

i. The nursing facility prescription volume shall be included for the determination of total prescription volume in determining entitlement to the impact allowance.

(b) Price information is supplied from a reference drug file subcontracted for this purpose by the fiscal agent and accepted by the Division as the primary source of pricing information for the New Jersey Medicaid Management Information System (NJMMIS). The calculated price shall not exceed the lower of the average wholesale price (AWP) or the Federal Financial Participation Upper Limit (FFPUL) as supplied by the reference drug file contractor.

(c) In order to receive any or all of the above increments, the provider shall certify annually to the Division on Form FD-70, that the service(s) as defined in (a) above are being provided, and/or that the provider is entitled to the impact increment as defined in (a) above.

OFFICIAL



1. Total ingredient cost as defined in Section 1.16(a)1. The provider may charge up to $0.25 for any ingredient whose "cost" is less than $0.25; plus
2. The dispensing fee as allowed in Section 1.17.
3. The maximum charge for a compounded prescription will not exceed the limits set forth in Section 1.19.

(b) The maximum charge for a compounded prescription will not exceed the limits set forth in Section 1.19.

**1.22 Non-legend drugs**

(a) The only non-legend drug products that are eligible for reimbursement under the New Jersey Medicaid program are:

1. Insulin, diabetic testing materials, insulin syringes and needles;
2. Antacids;
3. Family planning materials and supplies;
4. Protein replacement supplements and other special items;
5. Pharmaceutical inhalation devices

(b) The maximum allowance for non-legend drug products under the New Jersey Medicaid program, is determined by the lower of:

1. The Estimated Acquisition Cost (EAC), which is defined as the average wholesale price (AWP) listed for the package size (billed to the New Jersey Medicaid program), in current national price compendia or other appropriate sources (such as the First Data Bank (FDB) reference drug file contractor), and their supplements, minus a 15.0 percent volume discount; plus dispensing fee; or

2. The provider's usual and customary charge.

(c) The Dispensing Fee Amounts are:
Base Dispensing Fee $3.73
Possible Add-ons to the base dispensing fee:
24 hour emergency service $0.11
Impact Allowance $0.15