# Exhibit 11

**Cohen, Daniel**

**Subject:**    FW: Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al Order on Motion to Compel

-----Original Message-----
**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Tuesday, September 29, 2009 3:24 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:01-cv-12257-PBS Citizens for Consume, et al v. Abbott Laboratories,, et al Order on Motion to Compel

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 9/29/2009 at 3:23 PM EDT and filed on 9/29/2009
**Case Name:**   Citizens for Consume, et al v. Abbott Laboratories,, et al
**Case Number:**  1:01-cv-12257
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Magistrate Judge Marianne B. Bowler: Electronic ORDER entered granting [5725] Motion to Compel, inasmuch as Georgia DCH's violation of Rule 45(d)(2) waived the privilege. See In Re Grand Jury Subpoena, 274 F.3d 563, 575-76 (1st Cir. 2001)("party that fails to submit a privilege log is deemed to waive the underlying privilege claim"). Defendants Dey, Inc., Dey, LLP, Inc. and Dey, L.P. are directed to confer with Georgia DCH in an effort to reduce the burden of production and defray the expense. (Bowler, Marianne)**

**1:01-cv-12257 Notice has been electronically mailed to:**

Louis J. Scerra, Jr scerral@gtlaw.com, koglins@gtlaw.com, maximn@gtlaw.com

Robert J. Muldoon, Jr rjmuldoon@sherin.com

Scott A. Birnbaum birnbaum@birnbaumgodkin.com, mcduffee@birnbaumgodkin.com