# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                              )
                                    )   CA No. 01-12257-PBS
PHARMACEUTICAL INDUSTRY AVERAGE     )
WHOLESALE PRICE LITIGATION          )   Pages 1 - 91
                                    )

BMS FINAL APPROVAL HEARING

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
March 28, 2011, 2:17 p.m.

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 7200
Boston, MA  02210
(617)345-6787

Page 47

1    THE COURT: That's what I remember. Now, it may be
2    that we didn't cross the T and dot the I. I deemed that a
3    withdrawal. Now, maybe I should have issued an order deeming
4    them no longer class reps, but, you know, no one asked me to
5    and I didn't do it. But I remember at the time distinctly
6    believing, because I remember there was then a problem with the
7    class, and I said, "Can you find someone else?" Wasn't that
8    how this all evolved? I remember thinking that that might
9    undercut the whole class action, and I think I deemed it, and I
10   think no one disabused me of it, as a withdrawal that might
11   undermine the viability of the class.
12        MR. HAVILAND: Well, I don't think anybody got that
13   from you, Judge. I certainly didn't. What happened was --
14        THE COURT: Well, they must have because they went out
15   and got someone else.
16        MR. HAVILAND: Well, I continued as class counsel up
17   until the point you disqualified me three months after I
18   appeared in front of you in January of 2008, I believe it was.
19        THE COURT: That's probably because it took me so long
20   to write the opinion, but three months, two or three months or
21   whatever.
22        MR. HAVILAND: Well, it was a quick opinion. And in
23   the interim I was continuing to represent the consumers. I
24   took the appeal of Johnson & Johnson on behalf of Shepley, and
25   your Honor pointed out, "Boy, I wish someone had pointed out to