# OFFERMAN & KING, L.L.P.
### Attorneys at Law

Garry A. Offerman(1955-2008)
James W. King[1]
Johnny Taylor

Board Certified -
Texas Board of Legal Specialization:
[1] Consumer Bankruptcy Law

6420 Wellington Place
Beaumont, Texas 77706

Of Counsel:
Richard Battaglia

Telephone: (409) 860-9000
Fax: (409) 860-9199

May 24, 2011

Clerk of Court
John Joseph Moakley US Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

**RE:** *In Re Pharmaceutical Industry Average Wholesale Price Litigation*
*01-CV-12257- PBS*

Dear Sir or Madam:

Please be advised that James Duggan will be in court before the Honorable Patty B. Saris on Monday, June 13, 2011 at 2:00 p.m. to argue the objection which was filed on behalf of James W. Wilson on November 28, 2008 (docket number 5738), December 13, 2009 (docket number 6758) and December 20, 2009 (docket number 6778).

Thank you for your attention to this matter.

Sincerely,

James King

xc:   Steve W. Berman, Esq.
      Hagens Berman Sobol & Shapiro
      1301 Fifth Avenue, Suite 2900
      Seattle, WA 98101

xc:   Steven F. Barley, Esq.
      Hogan & Hartson
      111 S. Calvert Street, Suite 1600
      Baltimore, MD 21202

xc:   James P. Muehlberger, Esq.
      Shook Hardy & Bacon
      2555 Grand Boulevard
      Kansas City, MO 64108