5/23/2011
• • •
Sheryl J. Keshishian, RN, Executor
1001 City Ave WB 312
Wynnewood, PA 19096-3979



2011 MAY 24  P 2: 59

Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Regarding the AWP Track 2 Settlement**

I am writing to request that this comment be included as part of the settlement of:

The AWP Track 2 Settlement in re: Pharmaceutical Industry Average Wholesale Price Litigation, No. 01-CV-12257-PBS, MDL No. 1456

I am objecting to the Attorney's fees and expenses requested as: 33 1/3% of the total settlement plus interest and litigation expenses from the total of the agreed $125 million dollars. Why is the amount going to Class Counsel greater than that set aside for the reimbursement of the consumers? This would be an excessive award. By itself the 33 1/3% is excessive. That should include the costs of the litigation. The interest belongs to the consumers not to Counsel.

The consumers should be reimbursed with interest first in total before Counsel claims their costs not the reverse.

I also wish to include the fact that I received these papers on the 21 of May and am required to have this filed on or before May 24, 2011 to the court as well as the Counsel for Class and Counsel for the Defendants. This is expensive.

Thank you for considering this comment/objection,

*Sheryl J. Keshishian, Executor*
Sheryl J. Keshishian, RN, Executor
For Nellie Keshishian, deceased 2-21-05
1001 City Ave WB 312
Wynnewood, PA 19096-3979
610-506-6233