UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION,<br><br>THIS DOCUMENT RELATES TO THE MASTER CONSOLIDATED CLASS ACTION, | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |

NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw my appearance as attorney for non-party Neighborhood Health Plan, Inc. in the above entitled case. Therefore, please remove my email address from the notification database in this action.

Respectfully submitted,

Neighborhood Health Plan, Inc.,

By its Attorneys,

/s/Susan Hughes Banning
Susan Hughes Banning
BBO #028640
HEMENWAY & BARNES
60 State Street
Boston, MA 02109
(617) 227-7940

Dated: June 1, 2011

874830 v1

## CERTIFICATE OF SERVICE

I, Susan Hughes Banning, counsel to nonparty Neighborhood Health Plan, Inc., hereby certify that on June 1, 2011, I caused copies of Notice of Withdrawal to be served electronically on counsel of record.

/s/Susan Hughes Banning
Susan Hughes Banning

874830 v1