UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Mississippi* – State Health Plan Cases | MDL No. 1456 <br> Master File: 1:01-CV-12257-PBS <br> Sub-Category Case: 1:09-CV-12056 <br><br> Hon. Patti B. Saris |

## STATUS REPORT

Pursuant to the Court's June 17, 2004 Procedural Order plaintiff the State of Mississippi, by and through its State of Mississippi State and School Employees' Life and Health Insurance Plan ("the Health Plan") hereby submits the following status report.

BY: */s/ Stuart H. McCluer*
      Stuart H. McCluer

OF COUNSEL:

**McCULLEY McCLUER PLLC**
1223 Jackson Avenue East, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-1401
Facsimile: (662) 368-1506

R. Bryant McCulley
One Independent Drive, Suite 3201
Jacksonville, FL 32210
Telephone: (904) 482-4073
Facsimile: (904) 239-5388

**RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC**
James L. Ward, Jr.
Robert S. Wood
P.O. Box 1007
Mt. Pleasant, SC 29465
Telephone: (843) 727-6500

Facsimile:  (843) 216-6509

**DAVID SHELTON, Attorney at Law**
David W. Shelton
P.O. Box 2451
Oxford, Mississippi 38655
Telephone:  (662) 281-1212
Facsimile:  (662) 281-1312

| MDL 1456 Status Chart - Mississippi Health Plan Cases | | | |
|---|---|---|---|
| **Case Name** | **MDL Docket Number** | **Original Jurisdiction** | **Status** |
| State of MS v. Abbott Labs., Inc., et al. | 1:09-CV-12058-PBS | Removed to N.D. Miss. | No motions pending – status conference scheduled for June 24, 2011 at 3 p.m. |
| State of MS v. Barr Labs, Inc. | 1:09-CV-12056-PBS | Removed to N.D. Miss. | No motions pending – status conference scheduled for June 24, 2011 at 3 p.m. |
| State of MS v. Baxter Int'l, Inc., et al. | 1:09-CV-12062-PBS | Removed to N.D. Miss. | No motions pending – status conference scheduled for June 24, 2011 at 3 p.m. |
| State of MS v. Boehringer Ingelheim Corp., et al. | 1:09-CV-12063-PBS | Removed to N.D. Miss. | No motions pending – status conference scheduled for June 24, 2011 at 3 p.m. |
| State of MS v. Forest Labs, Inc., et al. | 1:09-CV-12065-PBS | Removed to N.D. Miss. | No motions pending – status conference scheduled for June 24, 2011 at 3 p.m. |
| State of MS v. Ivax Corp., et al. | 1:09-CV-12059-PBS | Removed to N.D. Miss. | No motions pending – status conference scheduled for June 24, 2011 at 3 p.m. |
| State of MS v. Sanofi-Aventis, et al. | 1:09-CV-12061-PBS | Removed to N.D. Miss. | No motions pending – status conference scheduled for June 24, 2011 at 3 p.m. |
| State of MS v. Schering-Plough Corp., et al. | 1:09-CV-12060-PBS | Removed to N.D. Miss. | No motions pending – status conference scheduled for June 24, 2011 at 3 p.m. |
| State of MS v. Teva Pharmaceuticals USA, et al. | 1:09-CV-12064-PBS | Removed to N.D. Miss. | No motions pending – status conference scheduled for June 24, 2011 at 3 p.m. |

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2011, a true and correct copy of the foregoing Status Report was served via the Court's electronic filing system on all counsel of record:

          */s/ Stuart H. McCluer*
          STUART H. MCCLUER