# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS | Chief Mag. Judge Marianne B. Bowler |

## STATUS REPORT JUNE 1, 2011

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached status report to the Court listing the status of all pending motions to date.

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS


By:   /s/  Thomas M. Sobol                                  DATED:   June 1, 2011

Thomas M. Sobol, Esq. (BBO # 471770)
Edward Notargiacomo, Esq. (BBO # 567636)
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

Steve W. Berman, Esq.
Sean R. Matt, Esq.
**Hagens Berman Sobol Shapiro LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

1

Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Jeffrey Kodroff, Esq.
John Macoretta, Esq.
**Spector, Roseman Kodroff & Willis, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler, Esq.
Jennifer Fountain Connolly, Esq.
**Wexler Wallace LLP**
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

Marc H. Edelson, Esq.
**Hoffman & Edelson LLC**
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

ON BEHALF OF DEFENDANTS

By: __/s/ Heather K. McDevitt__          DATED:  June 1, 2011


Heather K. McDevitt, Esq.
Paul B. Carberry, Esq.
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY  10036

Attorneys for Defendant Sandoz Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2011, I caused a true and correct copy of the foregoing Status Report to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

 /s/ Heather K. McDevitt

Heather K. McDevitt, Esq.
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036