UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: <br><br> TRACK 2 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**CLASS PLAINTIFF'S NOTICE CONCERNING
RECOMMENDATION ON USE OF EXCESS SETTLEMENT
FUNDS IN THE PROPOSED TRACK 2 SETTLEMENT**

On November 30, 2010, the Court issued an Order for Final Consideration of the Track Two Settlement (Docket No. 7314). On February 9, 2011, the Court issued an Order granting Plaintiffs' Motion for Approval of Revised Notice Plan and Schedule for Final Approval of the Track Two Settlement (Dkt. No. 7406). As part of the revised schedule set for finalizing notice and completion of the settlement approval process, the February 9, 2011 Order directed Class Counsel to provide the Court "recommendations on use of any excess settlement funds" on June 1, 2011. Order at 2. The Order also specified that "the Court may thereafter issue, prior to the final approval hearing date, an order to show cause why a particular use of excess funds is not appropriate." *Id*.

The deadline for Class 1 consumers to return initial notice cards was March 30, 2011. As of this date, Rust Consulting, Inc. has received more than 80,000 responses from potential Class 1 members. Based on this response and the response from TPP Class members, Class Counsel expect to distribute all of the proceeds of the Proposed Track Two Settlement and do not

- 1 -

anticipate the existence of excess settlement funds or the need for *cy pres*. Accordingly, Class Counsel make no recommendation on the use of excess settlement funds.

DATED: June 1, 2011     By   /s/ **Steve W. Berman**
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shaprio LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

- 3 -

        Kenneth A. Wexler
        Wexler Wallace LLP
        55 W. Monroe, Suite 3300
        Chicago, IL  60603
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        Marc H. Edelson
        Hoffman & Edelson LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        **CLASS COUNSEL**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFF'S NOTICE CONCERNING RECOMMENDATION ON USE OF EXCESS SETTLEMENT FUNDS IN THE PROPOSED TRACK 2 SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 1, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                           **/s/ Steve W. Berman**
                                           Steve W. Berman