UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| TRACK 2 SETTLEMENT | Judge Patti B. Saris |

**CLASS PLAINTIFFS' MOTION TO ADD INDIVIDUAL PLAINTIFFS AS CLASS REPRESENTATIVES FOR TRACK TWO SETTLEMENT**

Class Plaintiffs hereby move the Court for leave to add additional Class 1 consumer representatives for purposes of the Track Two Settlement.  In previous hearings during the pendency of this litigation Class Counsel and the Court have discussed the difficulties of finding individual plaintiffs. [1]  With regard to the Track Two Settlement specifically, the Court has previously stated its intent to liberally allow Class Counsel to add consumer representatives as needed, given that members of the Class, by definition, are older and suffer from serious illnesses.[2]

Class Counsel have previously moved to add Ms. Muriel Tonacchio, representative of the Estate of Wilma Mort, as a Class 1 representative [Docket No. 5409].  The Court granted that

---

[1] *See* Tr. of Mar. 31, 2010 status conference, at 6:2-18 ("THE COURT:  Well, let me ask you this:  Do you have any -- you've had trouble with this over the years.  I've always allowed you to replace because this is, I've always said, an aging and dying class.  A: That's right.  THE COURT:  That having been said, you've got to find someone.  A: Yes.  THE COURT:  And it's always been a problem for you.  It takes a long time.  A: Yes, it does take a long time, and these in particular are very difficult clients to find.  THE COURT:  My guess is --  A: That we previously turned over heaven and earth to look for them?  THE COURT:  To find people.").

[2] *See* Transcript dated Apr. 27, 2009, Ex. B, at 57:19-25 ("THE COURT:  I think I've made it clear throughout this litigation, because it's a dying class, by definition in Class 1, it's a dying class -- they're old and they tend to have illnesses, they are dying -- that I would be more liberal about allowing addition of class representatives, so that as people got old or sick or senile or dead, died, I'd allow the addition.").

motion by electronic order on July 21, 2008.  While Plaintiffs believe that Ms. Tonacchio, along with the originally proposed Class 1 associational class representatives,[3] are adequate representatives of Class 1 consumers, out of an abundance of caution Class Counsel seek leave to add three additional Class 1 individual consumer representatives for purposes of the Track Two Settlement.  The three newly proposed Class representatives are Ms. Agnes Swayze, Mr. Thomas Trusky (as executor of the estate of his wife Theresa Trusky) and Ms. Mariella Laday.  If the Court grants Plaintiffs' Motion, addition of these three individuals as Class 1 representatives, along with Ms. Tonacchio, will cover payments for one or more drugs manufactured by each of the Track Two Defendants.

As described below, and as evidenced in the attached affidavits and supporting materials, each of the new proposed Class1 representatives was administered one or more Track Two Drugs during the class period - as confirmed by data received by the Centers for Medicare and Medicaid Services ("CMS").  Each paid out of pocket for their 20% co-payment obligation under Medicare for these drugs because they either had no supplemental insurance or a high yearly deductible that required out-of-pocket expenditures for their co-payment obligations before supplemental insurance would pay.  Each newly proposed representative is familiar with the AWP litigation, has reviewed and approved the terms of the Track Two Settlement and is willing to serve as a class representative for purposes of the Settlement.

---

[3] The originally proposed Class 1 representatives are organizational plaintiffs and include Vermont Public Interest Research Group, Wisconsin Citizen Action, New York Statewide Senior Action Council, Citizen Action of New York and Health Care For All.  On April 14, 2011 Health Care For All ("HCFA") filed a motion to withdraw as a representative [Docket No. 7503]  in order to avoid any conflict given the Court's Procedural Order of March 23, 2011 (Docket No. 7472).  HCFA's motion to withdraw was opposed by Don Haviland [Docket No. 7528].  On May 5, 2011 the Court referred the motion to withdraw to Magistrate Bowler who heard oral argument on May 26, 2011.  No decision on HCFA's motion to withdraw has yet been issued.

### 1. Ms. Agnes Swayze

Ms. Swayze has been previously approved as a Class 1 representative for purposes of the BMS Settlement [August 31, 2009 electronic order].  Ms. Swayze is 76 years old and suffers from several forms of cancer.  Affidavit of Agnes Swayze ("*Swayze Aff.*") attached hereto as Exhibit A,¶ 3,4.  She received extensive treatments for her cancer in 1994, 2002, 2003 and again in 2011.  *Id.*,¶ 4.  As part of her chemotherapy treatments, Ms. Swayze received injections of numerous Track Two Drugs, including Anzamet, dexamethsone sodium phosphate, heparin sodium, Epogen and Nupogen, from December 2002 through March 2003.  *Id.*,¶ 5.  Ms. Swayze has provided some of the billing records associated with these treatments.  *Id.*, Exhibit 1.  A copy of Ms. Swayze's AWP Track Two Claim Form, which includes a list of the Track Two Drugs administered to Ms. Swayze, as evidenced by data received through CMS, is also provided.  *Id.*, Exhibit 2.  Ms. Swayze had no supplemental insurance to cover her twenty-percent co-payment obligation under Medicare.  *Id.*, ¶ 8.  She paid all of her Medicare drug co-pays out-of-pocket.  *Id*.  Ms. Swayze has been an active participant in the AWP litigation since June 2007.  *Id.*, ¶¶ 8-10.

### 2. Thomas Trusky On Behalf of the Estate of Theresa Trusky

Theresa Trusky received treatment for ovarian cancer, including chemotherapy, from early 2003 until the time of her death in July 2005 at two facilities in Pennsylvania.  Declaration of Thomas Trusky ("*Trusky Decl.*"), attached hereto as Exhibit B, ¶ 2.  Mr. Thomas Trusky is the executor of his wife's estate and seeks appointment as a Class 1 representative in the Track Two Settlement.  *Id.*, ¶ 1.

Theresa Trusky was covered by Medicare during the Class Period.   She also had supplemental insurance but each year was required to pay the first $4000 in co-payment

obligations under Medicare Part B before supplemental insurance would pay. *Id.*, ¶ 3. Theresa Trusky paid out-of-pocket for all percentage co-payment under Medicare Part B up to the $4000 yearly deductible amount and was not reimbursed by any insurer. *Id.*

A copy of Ms. Trusky's AWP Track Two Claim Form, which includes a list of the Track Two Drugs administered to Ms. Trusky, as evidenced by data received through CMS, is provided. *Id.*, Exhibit 1. In reviewing available documents Mr. Trusky was able to locate information indicating payment, via credit card, for some of the Track Two Drugs. *Id.* ¶ 5. Mr. Trusky has provided these records. The documents consist of Medicare summary sheets and credit card receipts. *Id.*, Exhibit 2. Mr. Trusky has reviewed and approves of the terms of the Track Two Settlement, understands the responsibilities of a class representative and is willing to act on behalf of the Class 1 consumer class. *Id.*, ¶4-5.

### 3. Ms. Mariella Laday

Ms. Laday is 68 years old and suffers from lupus, low immune system and osteoarthritis. She relies on disability insurance for income. During the Class Period Ms. Laday was administered various Track Two Drugs as an outpatient at Piedmont Hospital located at 1968 Peachtree Road, N.W. Atlanta, Georgia. Declaration of Mariella Laday ("*Laday Decl.*") attached hereto as Exhibit C, ¶¶ 2-3. A copy of Ms. Laday's AWP Track Two Claim Form, which includes a list of the Track Two Drugs administered to Ms. Laday, as evidenced by data received through CMS, is provided. *Laday Decl.*, Exhibit 1. Ms. Laday was covered by Medicare during the Class Period but had no form of supplemental insurance to cover her 20% co-payment obligations under Medicare Part B. Ms. Laday paid out-of-pocket for her co-payments under Medicare Part B and was nor reimbursed by an insurer. *Id.*, ¶ 4. Ms. Laday has reviewed and

approves of the terms of the Track Two Settlement, understands the responsibilities of a class representative and is willing to act on behalf of the Class 1 consumer class.  *Id.,* ¶ 5-6.

In anticipation of the hearing related to final approval of the Track Two Settlement on June 13, 2011, Class Plaintiffs respectfully request that the Court grant leave for Ms. Agnes Swayze, Mr. Thomas Trusky and Ms. Mariella Laday to be added as Class 1 representatives for the Track Two Settlement.

DATED:  June 1, 2011                                    By       /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

        Kenneth A. Wexler
        Jennifer Fountain Connolly
        Wexler Wallace LLP
        55 W. Monroe, Suite 3300
        Chicago, IL  60603
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        Marc H. Edelson
        Hoffman & Edelson
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        **CLASS COUNSEL**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 1, 2011, I caused copies of CLASS PLAINTIFFS' MOTION TO ADD INDIVIDUAL PLAINTIFFS AS CLASS REPRESENTATIVES FOR TRACK TWO SETTLEMENT to be served on all counsel of record by causing same to be posted electronically via LEXIS-Nexis File & Serve.

                                             **/s/ Steve W. Berman**
                                             Steve W. Berman