**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**AFFIDAVIT OF AGNES SWAYZE**

I, Agnes B. Swayze, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1. My name is Agnes B. Swayze and I live in Lancaster, California. I have personal knowledge of the facts stated below.

2. I am the Class 1 representative against BMS in this lawsuit. I stepped forward to be a Class 1 representative in June, 2007 and was formally appointed by the Court as a class representative on August 31, 2007. I am now offering myself as a representative for Class 1 of the Track 2 Settlement as well.

3. I am currently 76 years old.

4. I suffer from several forms of cancer. I have been treated extensively for cancer in 1994, 2002, 2003 and again in 2011.

5. As part of my chemotherapy treatments, I received injections of the drugs, Anzemet Dextrose, Dexamethsone Sodium Phosphate, Heparin sodium, Epogen and Neupogen from December 2002 through March 2003.

6. I received my chemotherapy medicines at either my doctor's office, Valley Tumor Medical Group, or my local hospital, Lancaster Community Hospital. Billing records from my

doctor and the hospital evidencing some of my injections of these various drugs are attached as Exhibit 1.

7. Attached as Exhibit 2 is a copy of my claim form for the AWP Track 2 settlement. This form lists my drug purchases as taken from CMS records.

8. At all relevant times, I was covered by Medicare, but have no supplemental, Medi-Gap or other medical insurance. I paid all my medical bills, including my Medicare co-pays, either by cash, check or credit card.

9. I have been very active participant in this litigation. Since June, 2007, I have communicated with my counsel, John Macoretta, on a regular basis about the status of the litigation and the settlements. We have communicated by telephone, email and letter. Mr. Macoretta also met with me at my home in California in June, 2007. In addition to speaking about the BMS settlement we discussed the Track 2 settlement on several occasions.

10. I was kept apprised of the status of the case and of settlement negotiations. I discussed the proposed settlement with my lawyer, including the risks of further litigation.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Date: May 30, 2011

Agnes B. Swayze
Agnes B. Swayze

# EXHIBIT 1

# Patient Ledger - Charge Summary

ABS0067
Highly Confidential

| Filter | From | To |
|---|---|---|
| Posting Date: | 00/00/0000 | 06/20/2007 |
| Service Date: | 00/00/0000 | 06/20/2007 |
| Provider: | | zzzzz |
| CPT: | | zzzzz |
| Location: | | zz |

| Filter | From | To |
|---|---|---|
| Account #: | 000012657 | 000012657 |
| Last Name: | | zzzzzzzzzzzzzzzzzzzz |
| Primary Insurance: | | zzzzz |
| Secondary Insurance: | | zzzzz |

SWAYZE, AGNES 000012657 **DOB :** 12/03/1934 **Prim Ins :** MCARE **Sec Ins :**

| DOS | Chg | Provider | CPT | Prim Ins | Sec Ins. | Charge | Pat. Amnt | Payment | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/05 | 155 | 2 - H K SHAMASUNDER | J1644 | MCARE | | 10.00 | 0.00 | -0.10 | -9.90 | 0.00 |
| 11/29/04 | 153 | 2 - H K SHAMASUNDER | J1644 | MCARE | | 10.00 | 0.00 | 0.00 | -10.00 | 0.00 |
| 08/02/04 | 151 | 2 - H K SHAMASUNDER | J1644 | MCARE | | 10.00 | 0.00 | 0.00 | -10.00 | 0.00 |
| 05/10/04 | 149 | 2 - H K SHAMASUNDER | J1644 | MCARE | | 10.00 | 0.00 | 0.00 | -10.00 | 0.00 |
| 03/18/04 | 146 | 2 - H K SHAMASUNDER | J1644 | MCARE | | 10.00 | 0.00 | -0.28 | -9.72 | 0.00 |
| 12/19/03 | 143 | 2 - H K SHAMASUNDER | J1644 | MCARE | | 10.00 | 0.00 | -0.32 | -9.68 | 0.00 |
| | | | | | | 40.00 | 0.00 | -18.30 | -21.70 | 0.00 |
| 11/11/03 | 141 | 2 - H K SHAMASUNDER | J1644 | MCARE | | 10.00 | 0.00 | -0.32 | -9.68 | [illegible] |

# Patient Ledger - Charge Summary

ABS0068
Highly Confidential

SWAYZE, AGNES 000012657 **DOB :** 12/03/1934 **Prim Ins :** MCARE **Sec Ins :**

| DOS | Chg | Provider | CPT | Prim Ins | Sec Ins. | Charge | Pat. Amnt | Payment | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/18/03 | 113 | 2 - H K SHAMASUNDER | Q0136 | MCARE | | 1000.00 | 0.00 | -406.08 | -593.92 | 0.00 |
| [redacted] | | | | | | | | | | |
| 03/12/03 | 109 | 2 - H K SHAMASUNDER | Q0136 | MCARE | | 1000.00 | 0.00 | -406.08 | -593.92 | 0.00 |
| [redacted] | | | | | | | | | | |
| 03/07/03 | 105 | 2 - H K SHAMASUNDER | J7130 | MCARE | | 24.00 | 0.00 | -1.25 | -22.75 | 0.00 |
| [redacted] | | | | | | | | | | |
| 03/06/03 | 98 | 2 - H K SHAMASUNDER | J7060 | MCARE | | 15.00 | 0.00 | -6.01 | -8.99 | 0.00 |
| 03/06/03 | 97 | 2 - H K SHAMASUNDER | J7050 | MCARE | | 14.00 | 0.00 | -2.16 | -11.84 | 0.00 |
| [redacted] | | | | | | | | | | |
| 03/06/03 | 94 | 2 - H K SHAMASUNDER | J1100 | MCARE | | 30.00 | 0.00 | -0.40 | -29.60 | 0.00 |
| [redacted] | | | | | | | | | | |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| 02/26/03 | 83 | 2 - H K SHAMASUNDER | Q0136 | MCARE | | 1000.00 | 0.00 | -406.08 | -593.92 | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| 02/19/03 | 79 | 2 - H K SHAMASUNDER | Q0136 | MCARE | | 1000.00 | 0.00 | -406.08 | -593.92 | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| 02/18/03 | 76 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| 02/17/03 | 72 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| 02/14/03 | 68 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | 0.00 |
| 02/13/03 | 66 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |

-170-

# Patient Ledger - Charge Summary

ABS0069
Highly Confidential

SWAYZE, AGNES 000012657 **DOB :** 12/03/1934 **Prim Ins :** MCARE **Sec Ins :**

| DOS | Chg | Provider | CPT | Prim Ins | Sec Ins. | Charge | Pat. Amnt | Payment | Adjust | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | |
| 02/12/03 | 64 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | |
| 02/05/03 | 62 | 2 - H K SHAMASUNDER | Q0136 | MCARE | | 1000.00 | 0.00 | -406.08 | -593.92 | 0.00 |
| [redacted] | | | | | | | | | | |
| 01/29/03 | 57 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | |
| 01/26/03 | 55 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | |
| 01/24/03 | 53 | 2 - H K SHAMASUNDER | Q0136 | MCARE | | 1000.00 | 0.00 | -406.08 | -593.92 | 0.00 |
| 01/24/03 | 52 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | |
| 01/28/03 | 50 | 2 - H K SHAMASUNDER | Q0136 | MCARE | | 1000.00 | 0.00 | -406.08 | -593.92 | 0.00 |
| 01/28/03 | 49 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | |
| 01/09/03 | 44 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | |
| 01/08/03 | 41 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | |
| 01/07/03 | 37 | 2 - H K SHAMASUNDER | Q0136 | MCARE | | 1000.00 | 0.00 | -406.08 | -593.92 | 0.00 |
| 01/07/03 | 36 | 2 - H K SHAMASUNDER | J1440 | MCARE | | 300.00 | 0.00 | -148.72 | -151.28 | 0.00 |
| [redacted] | | | | | | | | | | |
| [redacted] | | 2 - H K SHAMASUNDER | 99232 | MCARE | | [redacted] | | | | |
| [redacted] | | 2 - H K SHAMASUNDER | 99232 | [redacted] | | | | | | |
| [redacted] | | | | | | | | | | |
| [redacted] | | 2 - H K SHAMASUNDER | [redacted] | | | | | | | |
| [redacted] | | | | | | | | | | |
| [redacted] | | 2 - H K SHAMASUNDER | [redacted] | | | | | | | |
| [redacted] | | | | | | | | | | |
| 12/10/02 | 22 | 2 - H K SHAMASUNDER | J7130 | MCARE | | 24.00 | 0.00 | -6.74 | -17.26 | 0.00 |
| 12/10/02 | 21 | 2 - H K SHAMASUNDER | J7060 | MCARE | | 15.00 | 0.00 | -6.00 | -9.00 | 0.00 |
| 12/10/02 | 20 | 2 - H K SHAMASUNDER | J7050 | MCARE | | 14.00 | 0.00 | -3.57 | -10.43 | 0.00 |
| [redacted] | | | | | | | | | | |
| [redacted] | | 2 - H K SHAMASUNDER | [redacted] | | | | | | | |
| [redacted] | | | | | | | | | | |

10H

LANCASTER COMMUNITY HOSPITAL
43830 10TH ST WEST
LANCASTER CA 93534

PHONE 661-945-2978
TID# 95-3565954
FC: P PT: O

PG# 1
DATE: 05/16/07
ACCT TYPE: C

PATIENT NAME: *SWAYZE ,AGNES PATIENT NUMBER: 3000267926
ADMIT DATE: 12/30/02 DISCHARGE DATE: BIRTH DATE: 12/03/1934

GUAR: SWAYZE AGNES
INFO 3409 GLENDOWER
ROSAMOND CA 935600000

ACCOUNT BALANCE: .00
PATIENT BALANCE: .00

| DATE | DESC/QTY | SVC CD | INS1: A32 | INS2: | INS3: | PATIENT |
|---|---|---|---|---|---|---|
| | | BAL: | .00 | | | .00 |
| 123002 | 1 23 | RANITIDI 54081211 | 38.75 | 0.00 | 0.00 | 0.00 |
| 123002 | 1 23 | *SODIUM 54107958 | 24.25 | 0.00 | 0.00 | 0.00 |
| 123002 | 1 23 | SODIUM C 54108154 | 23.25 | 0.00 | 0.00 | 0.00 |
| 123002 | 1 23 | DEXAMETH 54302112 | 60.00 | 0.00 | 0.00 | 0.00 |
| 123002 | 1 26 | | | | | |
| 123002 | 1 68 | DOLASETR 54028857 | 301.50 | 0.00 | 0.00 | 0.00 |

ABS 008
Highly Confidential

# EXHIBIT 2

**MUST BE POSTMARKED BY JULY 1, 2011**

# AWP TRACK 2 SETTLEMENT

MEDICARE PART B CLAIM FORM

IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

FOR OFFICIAL USE ONLY

12

## Section A: Patient Information

Please review the preprinted information below and fill in any missing information. If you need to make corrections, please make them in the space provided.

*193030 5*

AGNES SWAYZE
1016 W NEWGROVE ST
LANCASTER CA 93534-3310

☐ If the preprinted address to the left is incorrect or out of date, **OR** if there is no preprinted data to the left, **check this box and print the patient's current name and address**

Name: ______________________

Address: ______________________

City: ______________________

State: __ Zip Code: _____

(___) ___ - ____
Daytime Telephone Number

**Please review the information printed on this claim form carefully.**

- **If you make any changes: You must sign and return this claim form.**
- **If you do not make any changes: Do not return this claim form. A check will be automatically mailed to you.**

## Section B: Patient Representative Information

If you are the patient, **DO NOT** complete this section. Complete this section only if you are a representative (such as a spouse, guardian, executor or personal representative) filing this claim on behalf of the patient listed above.

Representative's Name: ______________________ Relationship to Patient: ______________________

Representative's Mailing Address: ______________________

City: ______________________ State: __ Zip Code: _____

Daytime Telephone Number: (___) ___ - ____

Evening Telephone Number: (___) ___ - ____

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**





**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

**Medicare Part B Purchase Information Chart**

| | COLUMN A | COLUMN B | COLUMN C |
|---|---|---|---|
| | Name of Drug | Date Drug Received | Amount Paid Out-of-Pocket |
| 1 | SODIUM CHLORIDE | 4/20/2000 | $1.11 |
| 2 | ADENOSINE | 4/20/2000 | $10.94 |
| 3 | SODIUM CHLORIDE | 4/28/2000 | $1.31 |
| 4 | SODIUM CHLORIDE | 12/10/2002 | $0.89 |
| 5 | DEXTROSE\DEXTROSE SODIUM CHLORIDE\RINGERS LACTATED WITH DEXTROSE | 12/10/2002 | $1.50 |
| 6 | SODIUM CHLORIDE | 12/10/2002 | $1.69 |
| 7 | DEXAMETHASONE SODIUM\DEXAMETHASONE SODIUM PHOSPHATE | 12/10/2002 | $0.62 |
| 8 | ALCOHOL INJECTION | 12/10/2002 | $1.14 |
| 9 | ANZEMET (INJECTION & TABLETS) | 12/30/2002 | $2.11 |
| 10 | EPOGEN | 1/7/2003 | $101.52 |
| 11 | NEUPOGEN | 1/7/2003 | $37.18 |
| 12 | NEUPOGEN | 1/8/2003 | $37.18 |
| 13 | NEUPOGEN | 1/9/2003 | $37.18 |
| 14 | EPOGEN | 1/24/2003 | $101.52 |
| 15 | NEUPOGEN | 1/24/2003 | $37.18 |
| 16 | NEUPOGEN | 1/26/2003 | $37.18 |
| 17 | NEUPOGEN | 1/28/2003 | $37.18 |
| 18 | EPOGEN | 1/28/2003 | $101.52 |
| 19 | NEUPOGEN | 1/29/2003 | $37.18 |
| 20 | EPOGEN | 2/5/2003 | $101.52 |

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

PLEASE CONTINUE TO THE NEXT PAGE



**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

**Medicare Part B Purchase Information Chart**

| | COLUMN A | COLUMN B | COLUMN C |
|---|---|---|---|
| | Name of Drug | Date Drug Received | Amount Paid Out-of-Pocket |
| 21 | NEUPOGEN | 2/12/2003 | $37.18 |
| 22 | NEUPOGEN | 2/13/2003 | $37.18 |
| 23 | NEUPOGEN | 2/14/2003 | $37.18 |
| 24 | NEUPOGEN | 2/17/2003 | $37.18 |
| 25 | NEUPOGEN | 2/18/2003 | $37.18 |
| 26 | EPOGEN | 2/19/2003 | $101.52 |
| 27 | EPOGEN | 2/26/2003 | $101.52 |
| 28 | SODIUM CHLORIDE | 3/6/2003 | $0.54 |
| 29 | DEXTROSE\DEXTROSE SODIUM CHLORIDE\RINGERS LACTATED WITH DEXTROSE | 3/6/2003 | $1.50 |
| 30 | DEXAMETHASONE SODIUM\DEXAMETHASONE SODIUM PHOSPHATE | 3/6/2003 | $0.10 |
| 31 | DEXAMETHASONE SODIUM\DEXAMETHASONE SODIUM PHOSPHATE | 3/7/2003 | $0.06 |
| 32 | SODIUM CHLORIDE | 3/7/2003 | $0.31 |
| 33 | ALCOHOL INJECTION | 3/10/2003 | $560.50 |
| 34 | EPOGEN | 3/12/2003 | $101.52 |
| 35 | EPOGEN | 3/18/2003 | $101.52 |
| 36 | HEPARIN / HEPARIN LOCK FLUSH / HEPARIN SODIUM | 11/11/2003 | $0.08 |
| 37 | HEPARIN / HEPARIN LOCK FLUSH / HEPARIN SODIUM | 12/19/2003 | $0.08 |
| 38 | HEPARIN / HEPARIN LOCK FLUSH / HEPARIN SODIUM | 3/18/2004 | $0.07 |
| | | | |
| | | | |

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

*3-5*

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

**Section C Continued**

Look carefully at the list of covered drugs found on Attachment A of the Notice. Check the chart **above** to make sure it contains all of the covered drugs you were administered or filled a prescription for as a Medicare recipient from January 1, 1991 through January 1, 2005. If it does not, you may add those drugs to the chart **below**.

- Only add drugs if you were responsible for paying a percentage co-payment as a Medicare Part B recipient.
- You are not eligible for a check if a) supplemental insurance covers your entire obligation for co-payment or b) you were responsible for making only flat co-payments.
- Flat co-payments do not vary with the cost of the drug. If your supplemental insurance covered only part of your percentage co-payment obligation, you are still eligible.

In order to add drugs to the chart below:

1. Enter the name of any additional drugs in Column A;
2. Enter dates of administration in Column B;
3. Enter the amount paid in Column C; and
4. Provide one of the following acceptable proofs of a percentage co-payment for each additional covered drug:

   (1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

   (2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once; or

   (3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the covered drugs; or

   (4) A notarized statement signed by you indicating you made or are obligated to make a percentage co-payment for the covered drugs from January 1, 1991 through January 1, 2005, including the total of all percentage co-payments for the drugs during the time period; or

   (5) Records from your pharmacy showing that you made percentage co-payments for the covered drugs purchased from January 1, 1991 through January 1, 2005.

**Additional Medicare Part B Purchase Information Chart**

| | COLUMN A | COLUMN B | COLUMN C |
|---|---|---|---|
| | Name of Drug | Date of Administration | Amount Paid Out-of-Pocket |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

-- ATTACH ADDITIONAL PAGES IF NEEDED --



**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section D: Sign and Date Your Claim Form

I declare under penalty of perjury that the information provided here is, to the best of my knowledge, correct. I also declare under penalty of perjury that I made a percentage co-payment for one or more of the drugs as indicated in this claim form at some time during the period from January 1, 1991 through January 1, 2005. If not submitting this for myself, I am authorized to submit this form on behalf of the Claimant identified above.

Signature: ______________________________

Print Name: ______________________________

Date: __ __ / __ __ / __ __ __ __

## Section E: Mail Your Claim Form

If you did not make any changes to this document, you do not need to return this Claim Form.

Claim Forms that have been changed, along with proof of payment, must be postmarked by **July 1, 2011** and mailed to:

AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117

If you have any questions, please call 1-877-465-8136 or visit the website at www.AWPTrack2Settlement.com.

## REMINDER:

**If you made changes to any information contained in Sections A, B, or C:**

***You must sign and return this claim form.***

------------------------------

**If you did not make any changes to the information printed on the claim form:**

***Do not return this claim form.***
***A check will be automatically mailed to you.***

