# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| TRACK 2 PROPOSED SETTLEMENT | |

## DECLARATION OF THOMAS TRUSKY ON BEHALF OF THE ESTATE OF THERESA TRUSKY IN SUPPORT OF APPOINTMENT AS TRACK TWO CLASS 1 <u>REPRESENTATIVE</u>

I, Thomas Trusky, Executor of the Estate of Theresa Trusky declare as follows:

1.     Theresa Trusky is a member of the proposed settlement Class 1 in this matter. She passed away in July 2005 from ovarian cancer.  I am the Executor of her estate and submit this Declaration to seek appointment as a representative of Class 1 in the Track Two Settlement and to express my support for the proposed Track Two Settlement.

2.     Theresa Trusky received treatment for ovarian cancer, including chemotherapy, from early 2003 until the time of her death in July 2005 as an outpatient at Marion Community Hospital, 100 Lincoln Avenue, Carbondale, Pennsylvania, 18407 and at Hematology & Oncology Associates, 1100 Meade Street, Dunmore, Pennsylvania, 18512.

1

3.    Theresa Trusky was covered by Medicare during this time.  She also had supplemental insurance but each year had to pay the first $4000 in co-payment obligations under Medicare Part B before supplemental insurance would pay.  Theresa Trusky paid out-of-pocket for all percentage co-payment under Medicare Part B up to the annual $4000 deductible was not reimbursed by any insurer.

4.    Attached as Exhibit 1 is the claim form received in relation to the AWP Track Two Settlement.  It includes a list of the Track Two Drugs which were administered to my wife, as well as the dates of administration and the amounts paid out-of-pocket.

5.    In reviewing available documents I located information indicating payment, via credit card, for some of the Track Two Drugs.  These records are attached as Exhibit 2.  The documents consist of Medicare summary sheets and credit card receipts.

4.    I wish to serve as a class representative in this matter and understand the duties of a class representative, including my obligation to represent the absent class members and to vigorously prosecute the claims on their behalf.

5.    I have reviewed the terms of the proposed Track Two Settlement, including the allocation and distribution methodology, and believe that all such terms are fair and reasonable.  Accordingly, I support final approval of the proposed Track Two Settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 1, 2011

_____
Thomas Trusky, Executor of the Estate
of Theresa Trusky

2

001534-16  306105 V1

# EXHIBIT 1

<table>
<tr><td>MUST BE POSTMARKED<br>BY JULY 1, 2011</td><td>AWP TRACK 2 SETTLEMENT<br>MEDICARE PART B CLAIM FORM<br><br>IF YOU DO NOT MAKE ANY CHANGES<br>TO THE CHART IN SECTION C,<br>YOU DO NOT NEED TO RETURN THIS CLAIM FORM.</td><td>FOR OFFICIAL USE ONLY<br><br>12</td></tr>
</table>

## Section A: Patient Information

Please review the preprinted information below and fill in any missing information. If you need to make corrections, please make them in the space provided.

||||| *154343456* - 001

THERESA TRUSKY
THOMAS R TRUSKY
335 SUSQUEHANNA ST
FOREST CITY PA 18421

☐ If the preprinted address to the left is incorrect or out of date, **OR** if there is no preprinted data to the left, **check this box and print the patient's current name and address**

Name: _____

Address: _____

City: _____

State: __ __    Zip Code: __ __ __ __ __

( __ __ __ ) __ __ __ - __ __ __ __
Daytime Telephone Number

Please review the information printed on this claim form carefully.

- **If you make any changes: You must sign and return this claim form.**

- **If you do not make any changes: Do not return this claim form. A check will be automatically mailed to you.**

## Section B: Patient Representative Information

If you are the patient, **DO NOT** complete this section. Complete this section only if you are a representative (such as a spouse, guardian, executor or personal representative) filing this claim on behalf of the patient listed above.

Representative's Name: _____  Relationship to Patient: _____

Representative's Mailing Address: _____

City: _____    State: __ __    Zip Code: __ __ __ __ __

Daytime Telephone Number: ( __ __ __ ) __ __ __ - __ __ __ __

Evening Telephone Number: ( __ __ __ ) __ __ __ - __ __ __ __

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**





**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | COLUMN A | COLUMN B | COLUMN C |
|---|---|---|---|
| | Name of Drug | Date Drug Received | Amount Paid Out-of-Pocket |
| 1 | EPOGEN | 5/13/2003 | $72.80 |
| 2 | EPOGEN | 7/7/2003 | $72.80 |
| 3 | NEULASTA | 7/15/2003 | $69.82 |
| 4 | EPOGEN | 8/4/2003 | $72.80 |
| 5 | NEULASTA | 8/5/2003 | $69.82 |
| 6 | EPOGEN | 8/11/2003 | $72.80 |
| 7 | EPOGEN | 9/8/2003 | $72.80 |
| 8 | NEULASTA | 9/9/2003 | $69.82 |
| 9 | NEULASTA | 9/30/2003 | $69.82 |
| 10 | EPOGEN | 10/13/2003 | $72.80 |
| 11 | EPOGEN | 10/20/2003 | $72.80 |
| 12 | NEULASTA | 10/21/2003 | $418.92 |
| 13 | EPOGEN | 10/27/2003 | $72.80 |
| 14 | EPOGEN | 11/3/2003 | $72.80 |
| 15 | EPOGEN | 11/10/2003 | $72.80 |
| 16 | EPOGEN | 12/1/2003 | $72.80 |
| 17 | EPOGEN | 12/26/2003 | $72.80 |
| 18 | NEULASTA | 1/12/2004 | $519.20 |
| 19 | EPOGEN | 1/16/2004 | $94.08 |
| 20 | EPOGEN | 1/23/2004 | $94.08 |

*Medicare Part B Purchase Information Chart*

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.



**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records.  The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C.  **If you do not make any changes to the chart in Section C, you do not need to return this claim form.  A check will automatically be mailed to you.**

| | COLUMN A | COLUMN B | COLUMN C |
|---|---|---|---|
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 21 | NEULASTA | 2/2/2004 | $519.20 |
| 22 | EPOGEN | 2/12/2004 | $94.08 |
| 23 | NEULASTA | 2/23/2004 | $519.20 |
| 24 | EPOGEN | 3/5/2004 | $94.08 |
| 25 | EPOGEN | 3/11/2004 | $94.08 |
| 26 | EPOGEN | 3/19/2004 | $94.08 |
| 27 | NEULASTA | 3/29/2004 | $519.20 |
| 28 | EPOGEN | 4/8/2004 | $94.08 |
| 29 | EPOGEN | 6/4/2004 | $94.08 |
| 30 | EPOGEN | 6/11/2004 | $94.08 |
| 31 | EPOGEN | 6/18/2004 | $94.08 |
| 32 | EPOGEN | 6/25/2004 | $94.08 |
| 33 | NEUPOGEN | 6/28/2004 | $68.88 |
| 34 | NEUPOGEN | 6/29/2004 | $68.88 |
| 35 | NEUPOGEN | 6/30/2004 | $68.88 |
| 36 | NEUPOGEN | 7/1/2004 | $68.88 |
| 37 | EPOGEN | 7/2/2004 | $94.08 |
| 38 | EPOGEN | 7/9/2004 | $94.08 |
| 39 | EPOGEN | 7/30/2004 | $94.08 |
| 40 | EPOGEN | 8/6/2004 | $94.08 |

Table title: **Medicare Part B Purchase Information Chart**

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.



**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records.  The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C.  **If you do not make any changes to the chart in Section C, you do not need to return this claim form.  A check will automatically be mailed to you.**

| | **Medicare Part B Purchase Information Chart** | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 41 | EPOGEN | 8/13/2004 | $94.08 |
| 42 | EPOGEN | 8/20/2004 | $141.12 |
| 43 | EPOGEN | 8/27/2004 | $141.12 |
| 44 | EPOGEN | 9/2/2004 | $141.12 |
| 45 | EPOGEN | 9/9/2004 | $141.12 |
| 46 | EPOGEN | 9/17/2004 | $139.44 |
| 47 | EPOGEN | 9/24/2004 | $139.44 |
| 48 | EPOGEN | 10/1/2004 | $139.44 |
| 49 | EPOGEN | 10/8/2004 | $139.44 |
| 50 | EPOGEN | 10/14/2004 | $139.44 |
| 51 | EPOGEN | 10/29/2004 | $139.44 |
| 52 | EPOGEN | 11/5/2004 | $139.44 |
| 53 | EPOGEN | 11/12/2004 | $139.44 |
| 54 | EPOGEN | 11/19/2004 | $139.44 |
| 55 | EPOGEN | 11/30/2004 | $139.44 |
| 56 | EPOGEN | 12/10/2004 | $139.44 |
| 57 | EPOGEN | 12/17/2004 | $139.44 |
| 58 | EPOGEN | 12/23/2004 | $139.44 |
| 59 | EPOGEN | 12/30/2004 | $139.44 |
| 60 | ADENOSINE | 10/29/2003 | $44.64 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

* 4 - 8 *

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records.  The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C.  **If you do not make any changes to the chart in Section C, you do not need to return this claim form.  A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 61 | DOXORUBICIN / DOXORUBICIN HYDROCHLORIDE | 12/5/2003 | $366.26 |
| 62 | DOXORUBICIN / DOXORUBICIN HYDROCHLORIDE | 1/9/2004 | $583.18 |
| 63 | DOXORUBICIN / DOXORUBICIN HYDROCHLORIDE | 1/30/2004 | $583.18 |
| 64 | DOXORUBICIN / DOXORUBICIN HYDROCHLORIDE | 2/20/2004 | $583.18 |
| 65 | DOXORUBICIN / DOXORUBICIN HYDROCHLORIDE | 3/26/2004 | $583.18 |
| 66 | SODIUM CHLORIDE | 9/17/2004 | $0.44 |
| 67 | SODIUM CHLORIDE | 9/24/2004 | $0.44 |
| 68 | SODIUM CHLORIDE | 10/1/2004 | $0.44 |
| 69 | SODIUM CHLORIDE | 10/8/2004 | $0.44 |
| 70 | SODIUM CHLORIDE | 10/29/2004 | $0.44 |
| 71 | SODIUM CHLORIDE | 11/5/2004 | $0.44 |
| 72 | DEXAMETHASONE SODIUM\DEXAMETHASONE SODIUM PHOSPHATE | 11/5/2004 | $0.20 |
| 73 | SODIUM CHLORIDE | 11/12/2004 | $0.44 |
| 74 | DEXAMETHASONE SODIUM\DEXAMETHASONE SODIUM PHOSPHATE | 11/12/2004 | $0.20 |
| 75 | SODIUM CHLORIDE | 11/19/2004 | $0.44 |
| 76 | DEXAMETHASONE SODIUM\DEXAMETHASONE SODIUM PHOSPHATE | 11/19/2004 | $0.20 |
| 77 | CISPLATIN | 12/10/2004 | $10.85 |
| 78 | MANNITOL | 12/10/2004 | $0.58 |
| 79 | DEXAMETHASONE SODIUM\DEXAMETHASONE SODIUM PHOSPHATE | 12/10/2004 | $0.20 |
| 80 | ALCOHOL INJECTION | 12/10/2004 | $61.56 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records.  The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C.  **If you do not make any changes to the chart in Section C, you do not need to return this claim form.  A check will automatically be mailed to you.**

| | COLUMN A | COLUMN B | COLUMN C |
|---|---|---|---|
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 81 | SODIUM CHLORIDE | 12/10/2004 | $0.44 |
| 82 | MANNITOL | 12/17/2004 | $0.58 |
| 83 | ALCOHOL INJECTION | 12/17/2004 | $61.56 |
| 84 | CISPLATIN | 12/17/2004 | $10.85 |
| 85 | DEXAMETHASONE SODIUM\DEXAMETHASONE SODIUM PHOSPHATE | 12/17/2004 | $0.20 |
| 86 | SODIUM CHLORIDE | 12/30/2004 | $0.44 |
| 87 | CISPLATIN | 12/30/2004 | $10.85 |
| 88 | MANNITOL | 12/30/2004 | $0.58 |
| 89 | DEXAMETHASONE SODIUM\DEXAMETHASONE SODIUM PHOSPHATE | 12/30/2004 | $0.20 |
| 90 | ALCOHOL INJECTION | 12/30/2004 | $61.56 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Medicare Part B Purchase Information Chart*

## IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.



**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

**Section C Continued**

Look carefully at the list of covered drugs found on Attachment A of the Notice. Check the chart **above** to make sure it contains all of the covered drugs you were administered or filled a prescription for as a Medicare recipient from January 1, 1991 through January 1, 2005. If it does not, you may add those drugs to the chart **below**.

- Only add drugs if you were responsible for paying a percentage co-payment as a Medicare Part B recipient.

- You are not eligible for a check if a) supplemental insurance covers your entire obligation for co-payment or b) you were responsible for making only flat co-payments.

- Flat co-payments do not vary with the cost of the drug. If your supplemental insurance covered only part of your percentage co-payment obligation, you are still eligible.

In order to add drugs to the chart below:

1. Enter the name of any additional drugs in Column A;

2. Enter dates of administration in Column B;

3. Enter the amount paid in Column C; and

4. Provide one of the following acceptable proofs of a percentage co-payment for each additional covered drug:

   (1)  A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

   (2)  A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once; or

   (3)  An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the covered drugs; or

   (4)  A notarized statement signed by you indicating you made or are obligated to make a percentage co-payment for the covered drugs from January 1, 1991 through January 1, 2005, including the total of all percentage co-payments for the drugs during the time period; or

   (5)  Records from your pharmacy showing that you made percentage co-payments for the covered drugs purchased from January 1, 1991 through January 1, 2005.

| | Additional Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date of Administration** | **Amount Paid Out-of-Pocket** |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

-- ATTACH ADDITIONAL PAGES IF NEEDED --



**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section D: Sign and Date Your Claim Form

I declare under penalty of perjury that the information provided here is, to the best of my knowledge, correct. I also declare under penalty of perjury that I made a percentage co-payment for one or more of the drugs as indicated in this claim form at some time during the period from January 1, 1991 through January 1, 2005. If not submitting this for myself, I am authorized to submit this form on behalf of the Claimant identified above.

Signature: _____

Print Name: _____

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

## Section E: Mail Your Claim Form

If you did not make any changes to this document, you do not need to return this Claim Form.

Claim Forms that have been changed, along with proof of payment, must be postmarked by **July 1, 2011** and mailed to:

AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117

If you have any questions, please call 1-877-465-8136 or visit the website at www.AWPTrack2Settlement.com.

# REMINDER:

## If you made changes to any information contained in Sections A, B, or C:

### *You must sign and return this claim form.*

--------------------------------

## If you did not make any changes to the information printed on the claim form:

### *Do not return this claim form.*
### *A check will be automatically mailed to you.*



*8 - 8 *

# EXHIBIT 2

**Your Medicare Number:** 

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | **This Claim was continued from the previous page.** | | | | | |
| 12/01/03-12/26/03 | Doxorubicin hcl liposome inj (J9001) | 9,940.60 | 0.00 | 366.26 | 366.26 | |
| | Non esrd epoetin alpha inj (Q0136) | 1,335.60 | 0.00 | 72.80 | 72.80 | |
| | Non esrd epoetin alpha inj (Q0136) | 1,335.60 | 0.00 | 72.80 | 72.80 | |
| | **Claim Total** | **$13,630.40** | **$0.00** | **$571.73** | **$571.73** | |

Control number 20040002335701
**Marian Community Hospital**  b,e
**100 Lincoln Ave**
**Carbondale, PA 18407-2198**
Referred by: William Heim

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/08/04-01/30/04 | IV Solutions | $56.40 | $0.00 | $0.00 | $0.00 | c |
| | Drgs/Other | 23.50 | 0.00 | 0.00 | 0.00 | c |
| | Med-Sur Supplies | 36.00 | 0.00 | 0.00 | 0.00 | c |
| | Drawing blood for specimen (G0001) | 7.00 | 0.00 | 0.00 | 0.00 | d |
| | Drawing blood for specimen (G0001) | 7.00 | 0.00 | 0.00 | 0.00 | d |
| | Drawing blood for specimen (G0001) | 7.00 | 0.00 | 0.00 | 0.00 | d |
| | Drawing blood for specimen (G0001) | 7.00 | 0.00 | 0.00 | 0.00 | d |
| | Comprehen metabolic panel (80053) | 133.50 | 0.00 | 0.00 | 0.00 | d |
| | Lactate (LD) (LDH) enzyme (83615) | 31.50 | 0.00 | 0.00 | 0.00 | d |
| | Immunoassay, tumor, ca 125 (86304) | 78.50 | 78.50 | 0.00 | 0.00 | f,g |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | d |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | d |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | d |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | d |
| | Chemotherapy by infusion (Q0084) | 260.00 | 0.00 | 38.49 | 38.49 | |
| | Chemotherapy by infusion (Q0084) | 260.00 | 0.00 | 38.49 | 38.49 | |
| | Injection, sc/im (90782) | 70.00 | 0.00 | 3.93 | 3.93 | |
| | Injection, sc/im (90782) | 70.00 | 0.00 | 3.93 | 3.93 | |
| | Injection, sc/im (90782) | 70.00 | 0.00 | 3.93 | 3.93 | |
| | Injection, (pegfilgrastim 6mg (J2505) | 7,375.00 | 0.00 | 519.20 | 519.20 | |
| | Doxorubicin hcl liposome inj (J9001) | 9,940.60 | 0.00 | 583.18 | 583.18 | |
| | Doxorubicin hcl liposome inj (J9001) | 9,940.60 | 0.00 | 583.18 | 583.18 | |
| | Non esrd epoetin alpha inj (Q0136) | 1,335.60 | 0.00 | 94.08 | 94.08 | |
| | Non esrd epoetin alpha inj (Q0136) | 1,335.60 | 0.00 | 94.08 | 94.08 | |
| | Granisetron HCl 1 mg oral (Q0166) | 105.85 | 0.00 | 34.36 | 34.36 | |
| | Granisetron HCl 1 mg oral (Q0166) | 105.85 | 0.00 | 34.36 | 34.36 | |
| | **Claim Total** | **$31,458.50** | **$78.50** | **$2,031.21** | **$2,031.21** | |

*(handwritten annotations: NEULASTA pointing to pegfilgrastim; Pd by Empire; Paid by Visa Card Two Payments 1055.21 - 04-16-04; 1000.00 - 05-28-04)*

---

**Notes Section:**

a  The amount Medicare paid the provider for this claim is $2,279.53.

(continued)

A555A

05/05

4 2 6 7 0 6 0 0 1 7 8 1 4
MARIAN COMMUNITY
HOSPITAL
CARBONDALE     PA

SIGN HERE
X  Payment over Phone
The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation.  I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

VISA  MasterCard  5644872

| QTY | CLASS | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
|     |       | 5451137     |       |        |
|     |       |             |       |        |
|     |       |             |       |        |
|     |       |             |       |        |

DATE 11-36-04   AUTHORIZATION 305705   SUB TOTAL
REFERENCE NO.                          SERVER   TAX
ID-FOLIO/CHECK NO./LIC. NO. STATE  REG./DEPT.  CLERK  TIP
                                                      MISC.
TOTAL  979-22

SALES SLIP
CUSTOMER COPY

CUSTOMER: RETAIN THIS COPY FOR YOUR RECORDS

---

A555A

05/05  ✓
THOMAS R TRUSKY

4 2 6 7 0 6 0 0 1 7 8 1 4
MARIAN COMMUNITY
HOSPITAL
CARBONDALE     PA

SIGN HERE
X  William R Trusky
The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation.  I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

VISA  MasterCard  5644838

| QTY | CLASS | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
|     |       |             | 1000  | 00     |
|     |       |             |       |        |
|     |       |             |       |        |
|     |       |             |       |        |

DATE 5-21-04   AUTHORIZATION 002706   SUB TOTAL
REFERENCE NO.                         SERVER   TAX
ID-FOLIO/CHECK NO./LIC. NO. STATE  REG./DEPT.  CLERK  TIP
                                                      MISC.
TOTAL  1000  00

SALES SLIP
CUSTOMER COPY

CUSTOMER: RETAIN THIS COPY FOR YOUR RECORDS

---

A555A

05/05  ✓
THOMAS R TRUSKY

2 6 7 0 6 0 0 1 7 8 1 4
MARIAN COMMUNITY
HOSPITAL
ARBONDALE     PA

SIGN HERE
William R Trusky
Issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
n proper presentation.  I promise to pay such TOTAL (together with any other charges due
eon) subject to and in accordance with the agreement governing the use of such card.

VISA  MasterCard  5644825

| QTY | CLASS | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
|     |       | 5451137     |       |        |
|     |       |             |       |        |
|     |       |             |       |        |
|     |       |             |       |        |

DATE 4-16-04   AUTHORIZATION 029460   SUB TOTAL
REFERENCE NO.                         SERVER   TAX
ID-FOLIO/CHECK NO./LIC. NO. STATE  REG./DEPT.  CLERK  TIP
                                                      MISC.
TOTAL  1031  21

SALES SLIP
CUSTOMER COPY

CUSTOMER: RETAIN THIS COPY FOR YOUR RECORDS

**Your Medicare Number:** ████████

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | **This Claim was continued from the previous page.** | | | | | |
| 02/02/04-02/26/04 | Drawing blood for specimen (G0001) | 7.00 | 0.00 | 0.00 | 0.00 | f |
| | Comprehen metabolic panel (80053) | 133.50 | 0.00 | 0.00 | 0.00 | f |
| | Lactate (LD) (LDH) enzyme (83615) | 31.50 | 0.00 | 0.00 | 0.00 | f |
| | Immunoassay, tumor, ca 125 (86304) | 78.50 | 78.50 | 0.00 | 0.00 | g,h |
| | Immunoassay, tumor, ca 125 (86304) | 78.50 | 78.50 | 0.00 | 0.00 | g,h |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | f |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | f |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | f |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | f |
| | Chemotherapy by infusion (Q0084) | 300.00 | 0.00 | 38.49 | 38.49 | |
| | Ct thorax w/dye (71260) | 858.00 | 0.00 | 114.24 | 114.24 | |
| | Ct pelvis w/dye (72193) | 818.00 | 0.00 | 114.24 | 114.24 | |
| | Ct abdomen w/dye (74160) | 771.00 | 0.00 | 114.24 | 114.24 | |
| | Injection, sc/im (90782) | 70.00 | 0.00 | 3.93 | 3.93 | |
| | Injection, sc/im (90782) | 70.00 | 0.00 | 3.93 | 3.93 | |
| | Injection, sc/im (90782) | 70.00 | 0.00 | 3.93 | 3.93 | |
| | Injection, pegfilgrastim 6mg (J2505) | 7,375.00 | 0.00 | 519.20 | 519.20 | |
| | Injection, pegfilgrastim 6mg (J2505) | 7,375.00 | 0.00 | 519.20 | 519.20 | |
| | Doxorubicin hcl liposome inj (J9001) | 9,940.60 | 0.00 | 583.18 | 583.18 | |
| | Non esrd epoetin alpha inj (Q0136) | 1,335.60 | 0.00 | 94.08 | 94.08 | |
| | Granisetron HCl 1 mg oral (Q0166) | 105.85 | 0.00 | 8.28 | 8.28 | |
| **Claim Total** | | **$29,786.50** | **$157.00** | **$2,116.94** | **$2,116.94** | |

*(handwritten annotations: NEOLASTA→, NEULASTA→, 34.36, circled 519.20, 519.20, 583.18, 8.28)*

---

*(handwritten: J. Bartley →$1,685.00?, PART of, PAYMENT →$2,051,38, PAID)*

Control number 20409901671808ADJ
**Marian Community Hospital**
   **100 Lincoln Ave**
   **Carbondale, PA 18407-2198**
Referred by:  William Heim

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/04/04-03/29/04 | IV Solutions | $28.20 | $0.00 | $0.00 | | d,j |
| | Drgs/Other | 8.75 | 0.00 | 0.00 | 0.00 | e |
| | Med-Sur Supplies | 45.50 | 0.00 | 0.00 | 0.00 | e |
| | Drawing blood for specimen (G0001) | 7.00 | 0.00 | 0.00 | 0.00 | f |
| | Drawing blood for specimen (G0001) | 7.00 | 0.00 | 0.00 | 0.00 | f |
| | Drawing blood for specimen (G0001) | 7.00 | 0.00 | 0.00 | 0.00 | f |
| | Drawing blood for specimen (G0001) | 7.00 | 0.00 | 0.00 | 0.00 | f |
| | Comprehen metabolic panel (80053) | 133.50 | 0.00 | 0.00 | 0.00 | f |
| | Lactate (LD) (LDH) enzyme (83615) | 31.50 | 0.00 | 0.00 | 0.00 | f |
| | Immunoassay, tumor, ca 125 (86304) | 78.50 | 78.50 | 0.00 | 0.00 | h,k,l |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | f |
| | Complete cbc w/auto diff wbc (85025) | 50.50 | 0.00 | 0.00 | 0.00 | f |
| | | | | | **(continued)** | |

**RECEIPT**

DATE 11-30-04   (Auth# 005705)   No. 591514

$979.22/100

RECEIVED FROM Theresa Trusky

Nine hundred seventy nine 22/100 _____ DOLLARS

○ FOR RENT
○ FOR   Acct # ▆▆▆▆▆

| ACCOUNT | 545137 | ○ CASH | FROM _____ TO _____ |
| PAYMENT | Visa | ○ CHECK | |
| BAL. DUE | 979.22 | ○ MONEY ORDER | BY _____ |

Adams 2701

---

DETACH HERE TO ASSURE PROPER CREDIT PLEASE WRITE YOUR PATIENT NUMBER ON YOUR CHECK AND RETURN UPPER PORTION WITH REMITTANCE

| DATE | DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|---|
| | FROM DATE: 2/02/04   THROUGH DATE: 2/26/04 | | |
| | BEGINNING BALANCE: | | 978.96 |
| | ADJUSTMENTS: | | 78.50 |
| | INSURANCE PAYMENTS: | | 26.08CR |
| | PATIENT PAYMENTS: | | 52.16CR |
| | PATIENT BALANCE DUE: | | 979.22 |
| | F/C: D | | 1,031.38 |

Paid By Credit Card
Sent by mail 11-23-04
To Business Office
Promised Receipt

PAGE 1 of 1                                                        979.22

1,031.38

| IMPORTANT MESSAGE | | PATIENT NAME |
|---|---|---|
| PHYSICIAN FEES ARE BILLED SEPARATELY. | | TRUSKY, THERESA |
| | | PATIENT NUMBER 5451137 |

| ACCOUNT SUMMARY | |
|---|---|
| PREVIOUS BALANCE | 978.96 |
| NEW CHARGES | .00 |
| PAYMENTS/OTHER ADJUSTMENTS | .26 |
| CURRENT ACCOUNT BALANCE | 979.22 |
| PAYMENT DUE DATE | 11/30/04 |
| PAY THIS AMOUNT | 979.22 |

Patient Number ▆▆▆▆

For Inquiries Call: (570) 281-1021

| DISCHARGE/SERVICE DATE | 2/26/04 |
| AGREEMENT AMOUNT | .00 |

RETAIN THIS PORTION       PAYMENTS RECEIVED AFTER BILLING DATE WILL APPEAR ON NEXT STATEMENT