UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>TRACK 2 PROPOSED SETTLEMENT | |

**DECLARATION OF MARIELLA LADAY IN SUPPORT OF APPOINTMENT OF
TRACK 2 CLASS REPRESENTATIVE**

I, Mariella Laday declare as follows:

1.     I am a  member of the proposed settlement Class 1 in this matter and submit this Declaration in order to seek appointment to serve as a representative of Class 1 and to express my support for the proposed settlement.

2.     I was administered Track 2 drugs on the dates evidenced by the AWP Track 2 Settlement Medicare Part B Claim Form attached hereto.

3.     I was administered the foregoing drugs as a patient at Piedmont Hospital located at 1968 Peachtree Road, N.W. Atlanta, Georgia  30309.

4.     For each of the foregoing administrations, I made a percentage co-payment that was not reimbursed by any insurer.

1

5.      I wish to serve as a class representative in this matter and understand the duties of a class representative, including my obligation to represent the absent class members and to vigorously prosecute the claims on their behalf.

5.      I have reviewed the terms of the proposed settlement, including the allocation and distribution methodology, and believe that all such terms are fair and reasonable.  Accordingly, I support final approval of the proposed settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 24     , 2011

Mariella Laday

2

# EXHIBIT 1

<table>
<tr><td>

**MUST BE POSTMARKED
BY JULY 1, 2011**

</td><td>

**AWP TRACK 2 SETTLEMENT**
MEDICARE PART B CLAIM FORM

**IF YOU DO NOT MAKE ANY CHANGES
TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

</td><td>

FOR OFFICIAL USE ONLY

**12**

</td></tr>
</table>

## Section A: Patient Information

Please review the preprinted information below and fill in any missing information. If you need to make corrections, please make them in the space provided.

‖‖‖‖‖‖‖‖‖‖‖‖ - 001
\* 2 7 8 9 0 \*
MARIELLA LADAY

☐ If the preprinted address to the left is incorrect or out of date, **OR** if there is no preprinted data to the left, **check this box and print the patient's current name and address**

Name: _____

Address: _____

City: _____

State: ___ ___   Zip Code: ___ ___ ___ ___ ___

( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___
Daytime Telephone Number

**Please review the information printed on this claim form carefully.**

- **If you make any changes: You must sign and return this claim form.**

- **If you do not make any changes: Do not return this claim form. A check will be automatically mailed to you.**

## Section B: Patient Representative Information

If you are the patient, **DO NOT** complete this section. Complete this section only if you are a representative (such as a spouse, guardian, executor or personal representative) filing this claim on behalf of the patient listed above.

Representative's Name: _____    Relationship to Patient: _____

Representative's Mailing Address: _____

City: _____    State: ___ ___    Zip Code: ___ ___ ___ ___ ___

Daytime Telephone Number: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

Evening Telephone Number: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**





**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records.  The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C.  **If you do not make any changes to the chart in Section C, you do not need to return this claim form.  A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 1 | ACCUNEB | 6/15/2002 | $5.64 |
| 2 | ACCUNEB | 3/18/2002 | $5.64 |
| 3 | ADENOSINE | 8/14/2003 | $44.64 |
| 4 | ADENOSINE | 5/12/2004 | $39.94 |
| 5 | ADENOSINE | 4/4/2003 | $44.64 |
| 6 | ARISTOSPAN | 1/17/2000 | $1.81 |
| 7 | ARISTOSPAN | 6/22/2000 | $3.63 |
| 8 | ARISTOSPAN | 3/27/2000 | $0.45 |
| 9 | ARISTOSPAN | 3/27/2000 | $0.45 |
| 10 | ARISTOSPAN | 3/27/2000 | $0.45 |
| 11 | ARISTOSPAN | 3/27/2000 | $0.45 |
| 12 | ARISTOSPAN | 4/25/2001 | $1.01 |
| 13 | ARISTOSPAN | 3/27/2000 | $0.45 |
| 14 | GAMIMUNE N | 4/13/2004 | $633.6 |
| 15 | GAMIMUNE N | 11/22/2002 | $6.46 |
| 16 | GAMIMUNE N | 1/17/2003 | $8.69 |
| 17 | GAMIMUNE N | 8/4/2003 | $564.34 |
| 18 | GAMIMUNE N | 11/20/2003 | $564.34 |
| 19 | GAMIMUNE N | 1/15/2004 | $475.2 |
| 20 | GAMIMUNE N | 3/16/2004 | $633.6 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

PLEASE CONTINUE TO THE NEXT PAGE

*2 - 12*

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 21 | GAMIMUNE N | 12/18/2003 | $171.83 |
| 22 | GAMIMUNE N | 10/1/2003 | $564.34 |
| 23 | GAMIMUNE N | 9/2/2003 | $564.34 |
| 24 | GAMIMUNE N | 12/19/2002 | $6.46 |
| 25 | GAMIMUNE N | 5/15/2003 | $547.2 |
| 26 | GAMIMUNE N | 6/12/2003 | $547.2 |
| 27 | GAMIMUNE N | 11/22/2004 | $633.6 |
| 28 | GAMIMUNE N | 6/15/2004 | $633.6 |
| 29 | GAMIMUNE N | 7/7/2003 | $564.34 |
| 30 | GAMIMUNE N | 10/25/2002 | $6.46 |
| 31 | GAMIMUNE N | 4/17/2003 | $547.2 |
| 32 | GAMIMUNE N | 2/16/2004 | $475.2 |
| 33 | GAMIMUNE N | 5/13/2004 | $633.6 |
| 34 | GAMIMUNE N | 12/18/2003 | $171.83 |
| 35 | GAMIMUNE N | 7/15/2004 | $633.6 |
| 36 | GAMIMUNE N | 9/29/2004 | $633.6 |
| 37 | GAMIMUNE N | 12/18/2003 | $171.83 |
| 38 | GAMIMUNE N | 3/17/2003 | $8.69 |
| 39 | GAMIMUNE N | 10/27/2004 | $475.2 |
| 40 | GAMIMUNE N | 12/18/2003 | $103.72 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

*3 - 12*

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form.** A check will automatically be mailed to you.

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | COLUMN A | COLUMN B | COLUMN C |
| | Name of Drug | Date Drug Received | Amount Paid Out-of-Pocket |
| 41 | GAMIMUNE N | 12/21/2004 | $633.6 |
| 42 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 8/8/2002 | $3.23 |
| 43 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 1/11/2002 | $10.98 |
| 44 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 3/21/2002 | $5.49 |
| 45 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 2/28/2002 | $5.49 |
| 46 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 7/8/2002 | $3.23 |
| 47 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 5/9/2002 | $3.23 |
| 48 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 4/11/2002 | $3.23 |
| 49 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 6/6/2002 | $3.23 |
| 50 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 9/11/2001 | $5.49 |
| 51 | GAMMAGARD /GAMMAGARD S/D/ IVEEGAM | 2/7/2002 | $10.98 |
| 52 | KETOROLAC / KETOROLAC TROMETHAMINE | 4/16/2002 | $1.15 |
| 53 | LYPHOCIN | 6/12/2003 | $2.96 |
| 54 | LYPHOCIN | 9/4/2001 | $2.08 |
| 55 | LYPHOCIN | 8/17/2001 | $3.12 |
| 56 | LYPHOCIN | 9/18/2001 | $2.08 |
| 57 | LYPHOCIN | 8/23/2001 | $3.12 |
| 58 | LYPHOCIN | 8/29/2001 | $3.12 |
| 59 | LYPHOCIN | 9/15/2001 | $2.08 |
| 60 | LYPHOCIN | 8/22/2001 | $3.12 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | COLUMN A | COLUMN B | COLUMN C |
| | Name of Drug | Date Drug Received | Amount Paid Out-of-Pocket |
| 61 | LYPHOCIN | 8/20/2001 | $3.12 |
| 62 | LYPHOCIN | 8/4/2003 | $2.81 |
| 63 | LYPHOCIN | 8/28/2001 | $3.12 |
| 64 | LYPHOCIN | 9/8/2001 | $2.08 |
| 65 | LYPHOCIN | 9/2/2001 | $2.08 |
| 66 | LYPHOCIN | 8/18/2001 | $3.12 |
| 67 | LYPHOCIN | 8/26/2001 | $3.12 |
| 68 | LYPHOCIN | 8/21/2001 | $3.12 |
| 69 | LYPHOCIN | 9/12/2001 | $2.08 |
| 70 | LYPHOCIN | 9/6/2001 | $2.08 |
| 71 | LYPHOCIN | 9/10/2001 | $2.08 |
| 72 | LYPHOCIN | 9/20/2001 | $2.08 |
| 73 | LYPHOCIN | 8/25/2001 | $3.12 |
| 74 | LYPHOCIN | 8/27/2001 | $3.12 |
| 75 | LYPHOCIN | 8/19/2001 | $3.12 |
| 76 | LYPHOCIN | 8/24/2001 | $3.12 |
| 77 | LYPHOCIN | 9/14/2001 | $2.08 |
| 78 | METHOTREXATE SODIUM | 3/8/1999 | $0.64 |
| 79 | SODIUM CHLORIDE | 5/13/2004 | $0.09 |
| 80 | SODIUM CHLORIDE | 8/26/2001 | $0.76 |

## IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

```
* 5 - 1 2 *
```

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 81 | SODIUM CHLORIDE | 5/13/2004 | $1.78 |
| 82 | SODIUM CHLORIDE | 7/7/2003 | $0.2 |
| 83 | SODIUM CHLORIDE | 4/13/2004 | $1.78 |
| 84 | SODIUM CHLORIDE | 12/18/2003 | $2.15 |
| 85 | SODIUM CHLORIDE | 12/18/2003 | $0.2 |
| 86 | SODIUM CHLORIDE | 10/1/2003 | $0.2 |
| 87 | SODIUM CHLORIDE | 9/8/2001 | $2.12 |
| 88 | SODIUM CHLORIDE | 9/4/2001 | $2.12 |
| 89 | SODIUM CHLORIDE | 9/15/2001 | $0.76 |
| 90 | SODIUM CHLORIDE | 9/14/2001 | $0.38 |
| 91 | SODIUM CHLORIDE | 9/15/2001 | $2.12 |
| 92 | SODIUM CHLORIDE | 12/21/2004 | $0.09 |
| 93 | SODIUM CHLORIDE | 8/20/2001 | $0.76 |
| 94 | SODIUM CHLORIDE | 8/17/2001 | $2.12 |
| 95 | SODIUM CHLORIDE | 8/23/2001 | $0.38 |
| 96 | SODIUM CHLORIDE | 1/15/2004 | $1.78 |
| 97 | SODIUM CHLORIDE | 8/23/2001 | $2.12 |
| 98 | SODIUM CHLORIDE | 8/29/2001 | $0.57 |
| 99 | SODIUM CHLORIDE | 8/29/2001 | $2.12 |
| 100 | SODIUM CHLORIDE | 11/20/2003 | $2.15 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

*6 - 12*

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 101 | SODIUM CHLORIDE | 4/17/2003 | $0.2 |
| 102 | SODIUM CHLORIDE | 8/22/2001 | $0.38 |
| 103 | SODIUM CHLORIDE | 9/18/2001 | $0.38 |
| 104 | SODIUM CHLORIDE | 8/22/2001 | $2.12 |
| 105 | SODIUM CHLORIDE | 9/18/2001 | $2.12 |
| 106 | SODIUM CHLORIDE | 8/17/2001 | $0.38 |
| 107 | SODIUM CHLORIDE | 8/20/2001 | $2.12 |
| 108 | SODIUM CHLORIDE | 7/15/2004 | $1.78 |
| 109 | SODIUM CHLORIDE | 9/29/2004 | $0.09 |
| 110 | SODIUM CHLORIDE | 6/15/2004 | $1.78 |
| 111 | SODIUM CHLORIDE | 5/15/2003 | $2.15 |
| 112 | SODIUM CHLORIDE | 8/28/2001 | $0.57 |
| 113 | SODIUM CHLORIDE | 11/22/2004 | $1.78 |
| 114 | SODIUM CHLORIDE | 9/8/2001 | $0.76 |
| 115 | SODIUM CHLORIDE | 8/28/2001 | $2.12 |
| 116 | SODIUM CHLORIDE | 8/21/2001 | $0.38 |
| 117 | SODIUM CHLORIDE | 9/14/2001 | $2.12 |
| 118 | SODIUM CHLORIDE | 4/17/2003 | $2.15 |
| 119 | SODIUM CHLORIDE | 8/18/2001 | $0.76 |
| 120 | SODIUM CHLORIDE | 8/18/2001 | $2.12 |

## IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,**
**YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | Name of Drug | Date Drug Received | Amount Paid Out-of-Pocket |
| 121 | SODIUM CHLORIDE | 9/4/2001 | $0.38 |
| 122 | SODIUM CHLORIDE | 8/26/2001 | $2.12 |
| 123 | SODIUM CHLORIDE | 8/21/2001 | $2.12 |
| 124 | SODIUM CHLORIDE | 8/14/2003 | $1.08 |
| 125 | SODIUM CHLORIDE | 9/2/2001 | $2.12 |
| 126 | SODIUM CHLORIDE | 9/2/2001 | $0.76 |
| 127 | SODIUM CHLORIDE | 8/27/2001 | $0.38 |
| 128 | SODIUM CHLORIDE | 8/19/2001 | $0.76 |
| 129 | SODIUM CHLORIDE | 8/19/2001 | $2.12 |
| 130 | SODIUM CHLORIDE | 8/27/2001 | $2.12 |
| 131 | SODIUM CHLORIDE | 9/12/2001 | $0.38 |
| 132 | SODIUM CHLORIDE | 8/24/2001 | $0.38 |
| 133 | SODIUM CHLORIDE | 8/24/2001 | $2.12 |
| 134 | SODIUM CHLORIDE | 9/12/2001 | $2.12 |
| 135 | SODIUM CHLORIDE | 8/25/2001 | $0.76 |
| 136 | SODIUM CHLORIDE | 6/15/2004 | $1.78 |
| 137 | SODIUM CHLORIDE | 8/25/2001 | $2.12 |
| 138 | SODIUM CHLORIDE | 6/12/2003 | $0.39 |
| 139 | SODIUM CHLORIDE | 9/6/2001 | $0.38 |
| 140 | SODIUM CHLORIDE | 9/6/2001 | $2.12 |

## IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

*8 - 12*

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form.  A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 141 | SODIUM CHLORIDE | 2/16/2004 | $1.78 |
| 142 | SODIUM CHLORIDE | 9/20/2001 | $0.38 |
| 143 | SODIUM CHLORIDE | 7/15/2004 | $0.09 |
| 144 | SODIUM CHLORIDE | 10/1/2003 | $2.15 |
| 145 | SODIUM CHLORIDE | 9/20/2001 | $2.12 |
| 146 | SODIUM CHLORIDE | 3/16/2004 | $0.09 |
| 147 | SODIUM CHLORIDE | 1/15/2004 | $0.09 |
| 148 | SODIUM CHLORIDE | 3/16/2004 | $1.78 |
| 149 | SODIUM CHLORIDE | 9/10/2001 | $0.38 |
| 150 | SODIUM CHLORIDE | 6/12/2003 | $2.7 |
| 151 | SODIUM CHLORIDE | 9/10/2001 | $2.12 |
| 152 | SODIUM CHLORIDE | 11/20/2003 | $0.2 |
| 153 | SODIUM CHLORIDE | 8/4/2003 | $0.39 |
| 154 | SODIUM CHLORIDE | 6/15/2004 | $0.09 |
| 155 | SODIUM CHLORIDE | 9/29/2004 | $1.78 |
| 156 | SODIUM CHLORIDE | 8/4/2003 | $2.7 |
| 157 | SODIUM CHLORIDE | 4/13/2004 | $0.09 |
| 158 | SODIUM CHLORIDE | 12/21/2004 | $1.78 |
| 159 | SODIUM CHLORIDE | 10/27/2004 | $1.78 |
| 160 | SODIUM CHLORIDE | 11/22/2004 | $0.09 |

# IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

PLEASE CONTINUE TO THE NEXT PAGE



**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section C: Instructions for Completing Medicare Part B Purchase Information

The Medicare Part B Purchase Information Chart below contains information obtained through the Centers for Medicare and Medicaid Services' records. The chart indicates that you were administered or filled a prescription for one or more of the covered drugs shown in Column A on or about the date(s) shown in Column B and paid out-of-pocket the amount shown in Column C. **If you do not make any changes to the chart in Section C, you do not need to return this claim form. A check will automatically be mailed to you.**

| | Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date Drug Received** | **Amount Paid Out-of-Pocket** |
| 161 | SODIUM CHLORIDE | 5/12/2004 | $1.13 |
| 162 | SODIUM CHLORIDE | 9/2/2003 | $0.2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C, YOU DO NOT NEED TO RETURN THIS CLAIM FORM.

*10-12*

**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

Section C Continued

Look carefully at the list of covered drugs found on Attachment A of the Notice.  Check the chart **above** to make sure it contains all of the covered drugs you were administered or filled a prescription for as a Medicare recipient from January 1, 1991 through January 1, 2005.  If it does not, you may add those drugs to the chart **below**.

- Only add drugs if you were responsible for paying a percentage co-payment as a Medicare Part B recipient.

- You are not eligible for a check if a) supplemental insurance covers your entire obligation for co-payment or b) you were responsible for making only flat co-payments.

- Flat co-payments do not vary with the cost of the drug. If your supplemental insurance covered only part of your percentage co-payment obligation, you are still eligible.

In order to add drugs to the chart below:

1. Enter the name of any additional drugs in Column A;

2. Enter dates of administration in Column B;

3. Enter the amount paid in Column C; and

4. Provide one of the following acceptable proofs of a percentage co-payment for each additional covered drug:

   (1) A receipt, cancelled check, or credit card statement that shows a payment for one of the drugs (other than a flat co-payment); or

   (2) A letter from a doctor saying that he or she prescribed one of the drugs and you paid part of the cost of one of the drugs (other than a flat co-payment) at least once; or

   (3) An EOB (explanation of benefits) from your insurer that shows you made or are obligated to make percentage co-payments for the covered drugs; or

   (4) A notarized statement signed by you indicating you made or are obligated to make a percentage co-payment for the covered drugs from January 1, 1991 through January 1, 2005, including the total of all percentage co-payments for the drugs during the time period; or

   (5) Records from your pharmacy showing that you made percentage co-payments for the covered drugs purchased from January 1, 1991 through January 1, 2005.

| | Additional Medicare Part B Purchase Information Chart | | |
|---|---|---|---|
| | **COLUMN A** | **COLUMN B** | **COLUMN C** |
| | **Name of Drug** | **Date of Administration** | **Amount Paid Out-of-Pocket** |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

-- ATTACH ADDITIONAL PAGES IF NEEDED --



**IF YOU DO NOT MAKE ANY CHANGES TO THE CHART IN SECTION C,
YOU DO NOT NEED TO RETURN THIS CLAIM FORM.**

## Section D: Sign and Date Your Claim Form

I declare under penalty of perjury that the information provided here is, to the best of my knowledge, correct. I also declare under penalty of perjury that I made a percentage co-payment for one or more of the drugs as indicated in this claim form at some time during the period from January 1, 1991 through January 1, 2005. If not submitting this for myself, I am authorized to submit this form on behalf of the Claimant identified above.

Signature: _____

Print Name: _____

Date: ___ ___ / ___ ___ / ___ ___ ___ ___

## Section E: Mail Your Claim Form

If you did not make any changes to this document, you do not need to return this Claim Form.

Claim Forms that have been changed, along with proof of payment, must be postmarked by **July 1, 2011** and mailed to:

AWP Track 2 Settlement Administrator
P.O. Box 2417
Faribault, MN 55021-9117

If you have any questions, please call 1-877-465-8136 or visit the website at www.AWPTrack2Settlement.com.

---

# REMINDER:

## If you made changes to any information contained in Sections A, B, or C:

### *You must sign and return this claim form.*

--------------------------------

## If you did not make any changes to the information printed on the claim form:

### *Do not return this claim form.*
### *A check will be automatically mailed to you.*

