UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Pharmaceutical Industry Average Wholesale Price Litigation<br><br>This Document relates to:<br><br>Track Two Settlement | MDL No. 1456<br><br>Civil Action: 01-CV-12257-PBS<br><br>**SUPPLEMENTAL DECLARATION OF KATHERINE KINSELLA REGARDING CLASS NOTICE IN THE TRACK TWO SETTLEMENT** |

I, Katherine Kinsella, being duly sworn, hereby declare as follows:

1. I am President of Kinsella Media, LLC ("KM"), a legal notification firm in Washington, D.C. specializing in the design and implementation of notification programs to reach unidentified putative class members or claimants. My business address is 2120 L Street, NW, Suite 860, Washington, D.C. 20037. My telephone number is (202) 686-4111.

2. I submit this declaration in connection with the class action Notice Program in *In re Pharmaceutical Industry Average Wholesale Price Litigation* (Track Two Settlement) pending in the U.S. District Court for the District of Massachusetts. I previously submitted a declaration, executed February 1, 2011, outlining my firm's credentials and describing the Notice Program designed by KM. The Court subsequently approved the Notice Program on February 9, 2011. This declaration outlines the implementation of said Notice Program and the

measures taken to provide the best notice of the Proposed Settlement that was practicable under the circumstances.

3. This declaration is based upon my personal knowledge and upon information provided by Class Counsel and my staff. The information is of a type reasonably relied upon in the fields of advertising, media and communications.

## Notice Program Overview

4. The objective of the Notice Program was to provide adequate notice of the Proposed Settlement of the instant case to Class Members who are defined as follows:

> All natural persons in the United States who, from January 1, 1991 through January 1, 2005, made, or incurred an obligation to make, any portion of a Medicare Part B co-payment for a Class Drug manufactured, marketed, sold, or distributed by a Released Company.

5. The following four-part Notice Program was designed and implemented:
   a) Direct notice to all identifiable Medicare Part B Beneficiaries who purchased Class A Drugs;
   b) Broad notice through the use of paid media which included consumer magazines, newspaper supplements, and television;
   c) Paid media was augmented through the use of earned media which included a press release, an audio news release, and a B-roll video package; and

      d) Online notice through the informational Internet website.

## Direct Notice

6. Direct notice consisted of mailing a Pre-Notice to 1.9 million identifiable Medicare Part B Beneficiaries who, according to available CMS records, were administered or filled a prescription for any of the covered Class A drugs during the Class Period to inform them about their rights and how they could participate in the Proposed Settlement.

7. It is my understanding that Pre-Notice was implemented by Rust Consulting, Inc. and mailed on February 18, 2011.

8. Specific information regarding the direct notice portion of the Notice Program is provided in the Affidavit of Dan Coggshall of Rust Consulting, Inc.

## Paid Media Methodology

9. Choosing a target audience encompassing the characteristics of Class Members is the first step in designing the paid media program.  Media vehicles are chosen based on their ability to provide effective and efficient penetration of the target audience.  The selected media vehicles are then measured against the target audience to quantify the success of the media program.

10. For the purpose of developing profiles of the demographics and media habits of Class Members in the instant case, KM analyzed syndicated data available from the 2010 Doublebase Survey[1] from GfK MediaMark Research, Inc. ("GfK MRI").

---

[1] GfK MRI produces an annual Doublebase, a study of 50,000+ adults consisting of two full years of data. The sample consists of 26,000+ respondents. Fieldwork is done in two waves per year, each lasting six months and consisting of 13,000 interviews. At the end of the interview, the fieldworker presents a self-administered questionnaire that measures approximately 500 product/service categories, 6,000 brands, and various lifestyle activities. Resulting data is weighted

11. GfK MRI is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media including broadcast, magazines, newspapers and outdoor advertising. GfK MRI provides a single-source measurement of major media, products, services, and in-depth consumer demographic and lifestyle/psychographic characteristics.

12. Audience details for television are not available for people who are Medicare Recipients. Therefore, KM selected age and gender targets that were available for all media vehicles that are most representative of the Medicare Recipient demographics. At least 72.9% of Medicare Recipients are Adults 65 years of age and older. Given this high percentage, the measured delivery of media to Adults 65 years of age and older will be representative of delivery to Class Members.

13. To adequately reach the Class, KM purchased and measure media against the following targets:

   a) Adults 65 years of age and older ("Adults 65+").

14. Using these targets, KM evaluated the proper media to use to reach the target audiences. Consumers spend varying amounts of time with different media with certain demographic groups being heavy consumers, light consumers or non-users of a particular medium. Our analysis indicated that Medicare Recipients and Adults 65+ are heavy consumers of television and newspapers, and lighter consumers of magazines, radio, and Internet.

---

to reflect the probabilities of selection inherent in the sample design and then balanced so that major study demographics match the most recent independent estimates.

**Paid Media**

15. As a result of our research, KM determined that newspaper supplements, consumer magazines, and television were the most cost-effective media vehicles to reach Class Members. The paid media program as implemented is described below.

16. The Publication Notice appeared in two newspapers supplements, *Parade* and *USA Weekend,* which are inserted into weekend or Sunday edition of 1,418 newspapers (58 newspapers carry both) reaching every major media market in the country. A complete listing of newspapers that carry *Parade* and *USA Weekend* is attached as Exhibit 1. The Publication Notice appeared in the newspaper supplements as follows:

    a) A magazine-page ad (6.25" x 9.5") appeared on page 5 of the April 10, 2011 edition of *Parade* with an estimated circulation of 32,400,000.

    b) A magazine-page ad (6.25" x 9.25") appeared on page 13 of the April 10, 2011 edition of *USA Weekend* with an estimated circulation of 22,600,000.

17. The Publication Notice appeared in national consumer magazines as follows:

    a) A full-page ad (9" x 10.5625") appeared on page 33 in the April 2011 edition of *AARP Bulletin,* which went on sale on April 4, 2011, with an estimated circulation of 22,000,000.

    b) A full-page spread ad (9.625" x 6.75" – two pages) appeared on pages 214-215 in the May 2011 edition of *Reader's Digest,* which went on sale on April 12, 2011, with an estimated circulation of 5,500,000.

    c) A full-page ad (7.375" x 10") appeared on page 29 in the April 11, 2011 edition of *TV Guide,* which went on sale on April 7, 2011, with an estimated circulation of 2,000,000.

18. Broadcast and cable television was utilized to support and reinforce the print message. The 30-second television spot provided an estimated total of 223 Target Rating Points[2] ("TRPs") with an estimated 87,935,50 gross impressions[3] against Adults 65+. Actual TRPs and gross impressions delivered are not available until mid-June 2011; estimated numbers are based on what was purchased, actual delivery may vary. The television notice ran from April 11- 24, 2011 and appeared on the following channels/networks: ABC, CBS, CNN, GOLF, AMC, Fox News, MSNBC, Hallmark, and Weather. KM believes that the television buy ran as planned and delivered the purchased number of TRPs.

19. In addition to published notice and television, KM proposed the use of a one-minute video news segment to be distributed and played in more than 125 independent pharmacies across the country to reach Class Members at point-of-purchase.

---

[2] Target Rating Points (TRPs) are the percentage of persons in the target who have been exposed to the media vehicles in the schedule. One TRP equals 1% of a given target population.

[3] Gross impressions are the total number of times a media vehicle containing the Notice is seen. This is a duplicated figure, as some viewers/readers will see several media vehicles (e.g., TV, magazine, newspaper supplement) that contain the Notice

20. The pharmacy network video did not run as proposed. The network rejected the AWP video based on the nature of the content. All advertising is subject to final approval by the publisher/distributor, as they reserve the right to refuse any advertising for any reason. KM worked with the vendor to get them to run the video, but ultimately it was rejected. The attached letter, Exhibit 2, details the networks' refusal to run the video.

21. To substitute for the loss of the pharmacy video, KM added an additional consumer magazine, with Class Counsel approval, to the Notice Program. KM selected *Prevention* Select Edition, which is targeted to Adults 55 years of age or older. The Publication Notice ran as follows:

    a) A full-page ad (4.75" x 6.9375") appeared on page 163 in the June 2011 edition of *Prevention,* which went on sale on April 25, 2011, with an estimated circulation of 600,000.

## Measuring Effectiveness of Notice Program

22. The two basic measurements used to measure media penetration of a targeted demographic and to ensure the adequacy of a notice program are *reach* and *frequency*. *Reach* is the estimated percentage of a target audience reached one or more times by a media vehicle. *Frequency* is the estimated average number of opportunities the audience member has to see the notice.

23. The comprehensive paid media program, which included both print and television advertising as outlined above, delivered the following estimated reach and frequency measurements:

a) An estimated 92.8% of Adults 65+ were reached with an average estimated frequency of 4.0 times. An estimated 34,373,000 had an opportunity to see the Notice.

### Earned Media Notice

24. The Notice Program featured an earned media program to augment the published notice. All materials contained a message that highlighted the benefits of the Proposed Settlement and explained the claims filing process as well as the toll-free telephone number and the website address that Class Members could all or visit for complete information.

25. On April 4, 2011, KM distributed a national press release via PR Newswire to almost 5,000 print and broadcast outlets, as well as more than 5,000 online media outlets. KM monitored media outlets and identified approximately 108 news stories generated as a result of the press release. A copy of the press release and monitoring report are attached as Exhibit 3.

26. On April 4, 2011, an advisory was distributed to over 900 media outlets nationwide covering the top 210 television markets providing information on the availability of a B-Roll package. A B-roll package consists of all of the video content a television station would need to produce their own on-air news story such as interviews. According to the airing report provided by the vendor, KM confirmed that the B-roll package generated 146 stories that aired on stations across the country. The B-roll advisory, script, and distribution report are attached as Exhibit 4.

27. On April 4, 2011, an audio news release ("ANR") was distributed to more than 3,000 radio stations across the United States. It was also distributed via national feeds through Westwood One/CBS, ABC Radio, USA Radio Network and the Business Talk Radio Network. According to the airing report provided by the vendor, KM confirmed that the ANR aired on 911 stations within the selected markets. The ANR advisory/script and distribution report are attached as Exhibit 5.

### Online Notice

28. The AWP Track II website, www.AWPTrack2Settlement.com, was updated accordingly. The updated website provided potential Class Members with a way to acquire complete information on the Proposed Settlement.

29. Beginning on April 4, 2011, KM registered keywords and phrases with major search engines, including Google Advertising Partners (such as Google,com, AOL.com Ask.com) and Yahoo! Search Marketing (such as Yahoo.com, CNN.com and USAToday.com). When a user searched for one of the specified search terms or phrases, sponsored links appeared on the results page.

### Plain Language Notices

30. Rule 23(c)(2) of the Federal Rules of Civil Procedure requires that class action notices must be written in " plain, easily understood language." KM applies the plain language requirement in drafting notices in federal and state class actions. The firm maintains a strong commitment to adhering to the plain language

requirement while drawing on its experience and expertise to draft notices that effectively transmit the necessary information to potential Class Members.

31. The plain language published form of notice ("Publication Notice") was designed as a black and white advertisement to capture and hold the attention of the reader. The bold headline allowed Class Members to quickly determine if the Proposed Settlement might affect them. The text provided important information regarding the subject of the Proposed Settlement, the Class definition and the legal rights available to Class Members.

32. The Publication Notice prominently featured the toll-free telephone number, the informational website address, and a mailing address for Class Members to request or access the *Medicare Notice of Proposed Class Action Settlement* ("Long Form Notice"). A true and correct copy of the Publication Notice is attached as Exhibit 6.

33. The 30-second television spot was designed to appeal specifically to Class Members.  The visuals of the spot showed images pertinent to the Proposed Settlement.  The spot quickly alerted viewers to the subject matter of the Proposed Settlement and helped viewers to determine whether they were Class Members. The television spot prominently featured the toll-free telephone number and Settlement website address for Class Members to obtain more information.  A copy of the script with visuals is attached as Exhibit 7.

## Conclusion

34. It is my opinion that the reach of our target audiences and the number of exposure opportunities to the notice information through paid and earned media and the plain language simplicity of the Notice materials constituted the best notice practicable under the circumstances, and it is consistent with the standards employed by KM in notification programs designed to reach unidentified members of settlement groups or classes. The Notice Program as designed is fully compliant with Rule 23 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify.

*Katherine Kinsella*                                  June 1, 2011

_____          _____
Katherine Kinsella                                    Date

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

  I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 1, 2011, I caused copies of the **SUPPLEMENTAL DECLARATION OF KATHERINE KINSELLA REGARDING CLASS NOTICE IN THE TRACK TWO SETTLEMENT** to be served on all counsel of record by causing same to be posted electronically via LEXIS-Nexis File & Serve.

                **/s/ Steve W. Berman**
                Steve W. Berman