# EXHIBIT 2



March 29, 2011

Nancy Dolan
Kinsella Media

Dear Nancy,

The produced video for the AWP Lawsuit was rejected for placement on the Pharmacy Health Network. We received the below response via email from our subcontractor RMG Networks:

Per our conversation, we unfortunately cannot run the ad you submitted to us late yesterday.  I know I sent you a note last night saying OK, but after it worked its way through our pharmacy partner they were not comfortable with airing this in their pharmacies.

Again, I apologize for the misfire.  I'd be happy to explore an alternative for the spot on of our other networks and offer you increased value.  The spot would still need to be approved.

Let's talk on Monday.

After following up with RMG Networks, we received the below response as to the exact reason the spot was not able to run:

Our pharmacy partners will not allow the ad to run on the network due to the nature of the creative. The subject matter--which is attempting to recruit patients to participate in a lawsuit--is deemed inappropriate for the network.

While I know we worked on this potential buy for two weeks, up until Thursday evening we did not know the advertiser or even the nature of the creative. Again, I apologize for any problems this may cause.

We continued to follow up on other point of care, television placement opportunities including Dr's offices with RMG Networks.

However, the video was again rejected due to the subject, class action law suit recruitment.

Please feel free to call (201-360-6934) or email me (peter.mccluskey@multivu.com) with any questions.

Regards,

Peter J. McCluskey
Divisional VP
MultiVu, a PR Newswire Company
601 Thirteenth Street, NW
Suite 850 South
Washington DC, 20007