# EXHIBIT 3

***PRESS RELEASE*** ** ***PRESS RELEASE*** ** ***PRESS RELEASE***

CONTACT: Nancy Dolan
(202) 686-4111

FOR IMMEDIATE RELEASE

## Medicare Part B Subscribers Who Made A Percentage Co-Payment For Certain Drugs May Be Able To Get A Refund From A Class Action Settlement

**(BOSTON, MA, APRIL 4, 2011)**

There has been a proposed Settlement in a class action lawsuit involving several drug manufacturers and approximately 200 drugs used to treat a variety of medical conditions including: cancer, HIV, asthma, allergies, infections, pain & inflammation, gastrointestinal, lung & blood issues, and many other conditions. These drugs are often injected in a doctor's office or clinic.

This lawsuit is not about whether these drugs are safe or effective. This lawsuit claims that consumers paid too much for the drugs.

The drug manufacturers have agreed to settle the lawsuit and pay $125 million. Approximately $21.8 million will be available to pay consumer claims including Medicare Part B subscribers.

Medicare Part B subscribers are eligible for a refund if they made percentage co-payments not covered by insurance for any of the drugs included in this Settlement between January 1, 1991 and January 1, 2005. A percentage co-payment varies with the cost of the drug. A flat co-payment never varies; it's always the same no matter how much the drug costs. Consumers with supplemental insurance who did not make a co-payment or paid only a flat co-payment are not eligible for a refund.

In order to receive a payment, consumers must file claims by **July 1, 2011**. Consumers who do not wish to remain in the Settlement must request to be excluded in writing postmarked by **May 24, 2011.** Consumers who exclude themselves retain the right to sue the Defendants on their own. Consumers may object to or comment on the Settlement in writing postmarked by **May 24, 2011.**

Class Counsel Edward Notargiacomo says "this settlement is a victory for the millions of Medicare Part B Subscribers who overpaid for prescription medications."

For more information about the Settlement, a complete list of covered drugs, or information on how to file a claim: visit www.AWPtrack2Settlement.com or call 1-877-465-8136.

###

Source: Hagens Berman Sobol Shapiro LLP

## Press Release Media Coverage

| Date | Media Outlet |
|---|---|
| 4/4/2011 | 12 News Now |
| 4/4/2011 | 14 WFIE |
| 4/4/2011 | ABC News 4 Charleston |
| 4/4/2011 | Atlanta Business Chronicle |
| 4/4/2011 | Austin Business Journal |
| 4/4/2011 | Baltimore Business Journal |
| 4/4/2011 | BioPortfolio |
| 4/4/2011 | Birmingham Business Journal |
| 4/4/2011 | Bolsamania (Web Financial Group) |
| 4/4/2011 | Boston Business Journal |
| 4/4/2011 | Business First of Buffalo |
| 4/4/2011 | Business First of Louisville |
| 4/4/2011 | Business Journal of Greater Milwaukee |
| 4/4/2011 | Business Journal of Jacksonville |
| 4/4/2011 | Business Journal of Milwaukee |
| 4/4/2011 | Business Journal of Phoenix |
| 4/4/2011 | Business Journal of Tampa Bay |
| 4/4/2011 | Business Journal of the Greater Triad Area |
| 4/4/2011 | Business Review (Albany) |
| 4/4/2011 | Businessworld (India) |
| 4/4/2011 | Charlotte Business Journal |
| 4/4/2011 | Cincinnati Business Journal |
| 4/4/2011 | Columbus Business First |
| 4/4/2011 | Covington News |
| 4/4/2011 | CW Richmond WUPV |
| 4/4/2011 | Dallas Business Chronicle |
| 4/4/2011 | Dallas Business Journal |
| 4/4/2011 | Dayton Business Journal |
| 4/4/2011 | Denton Record-Chronicle |
| 4/4/2011 | Denver Business Journal |
| 4/4/2011 | Digital Journal |
| 4/4/2011 | East Bay Business Times |
| 4/4/2011 | FiercePharma |
| 4/4/2011 | FinanzNachrichten.de (ABC New Media AG) |
| 4/4/2011 | Foreclosures Evictions and You |
| 4/4/2011 | Fox 19 |
| 4/4/2011 | Freshnews.com |
| 4/4/2011 | Healthcare Industry Today |
| 4/4/2011 | Hospital International |
| 4/4/2011 | Houston Business Journal |
| 4/4/2011 | Houston Chronicle |
| 4/4/2011 | Insurance News Net |
| 4/4/2011 | Jacksonville Business Journal |
| 4/4/2011 | Kansas City Business Journal |
| 4/4/2011 | KATV |
| 4/4/2011 | KCAU-TV |
| 4/4/2011 | KCOY 12 |
| 4/4/2011 | KLFY |
| 4/4/2011 | KPTM FOX 42 |
| 4/4/2011 | KRHD TV |
| 4/5/2011 | KSLA |
| 4/4/2011 | KSWO |
| 4/4/2011 | KTRE |
| 4/4/2011 | KTTC |
| 4/4/2011 | Los Angeles Business from bizjournals |
| 4/4/2011 | Medindia Health Network |
| 4/4/2011 | MedPage Today |
| 4/4/2011 | Mega News Network: Health |
| 4/4/2011 | Mega News Network: Legal |
| 4/4/2011 | Memphis Business Journal |
| 4/4/2011 | Minneapolis / St. Paul Business Journal |
| 4/4/2011 | MTBeurope - Technology for Healthcare |
| 4/4/2011 | Nashville Business Journal |
| 4/4/2011 | New Mexico Business Weekly |

**Press Release Media Coverage**

| Date | Media Outlet |
|---|---|
| 4/4/2011 | NewsBlaze |
| 4/4/2011 | Orlando Business Journal |
| 4/4/2011 | Pacific Business News |
| 4/4/2011 | Pharma Live |
| 4/4/2011 | Pharmaceutical Industry Today |
| 4/4/2011 | Pharmaceutical International |
| 4/4/2011 | Philadelphia Business Journal |
| 4/4/2011 | Phoenix Business Journal |
| 4/4/2011 | Pittsburgh Business Times |
| 4/4/2011 | Portland Business Journal |
| 4/4/2011 | PR Newswire via Yahoo! |
| 4/4/2011 | Puget Sound Business Journal |
| 4/4/2011 | RT Magazine |
| 4/4/2011 | San Antonio Business Journal |
| 4/4/2011 | San Francisco Business Times |
| 4/4/2011 | San Jose Business Journal |
| 4/4/2011 | South Florida Business Journal |
| 4/4/2011 | St Louis Business Journal |
| 4/4/2011 | Staten Island Live |
| 4/4/2011 | Sun Herald |
| 4/4/2011 | Sys-Con Media |
| 4/4/2011 | The Sacramento Bee |
| 4/4/2011 | Therapeutics Daily |
| 4/4/2011 | TheStreet.com |
| 4/4/2011 | TickerTech.com |
| 4/4/2011 | Triangle Business Journal |
| 4/4/2011 | Twin Cities Business Journal |
| 4/4/2011 | WAFF |
| 4/4/2011 | WALB 10 |
| 4/4/2011 | Washington Business Journal |
| 4/4/2011 | WDAM-TV |
| 4/4/2011 | Webindia123.com |
| 4/4/2011 | WFMJ 21 - TV |
| 4/4/2011 | Wichita Business Journal |
| 4/4/2011 | WIS-TV |
| 4/4/2011 | WOIO 19 |
| 4/4/2011 | WVVA |
| 4/4/2011 | WXOW TV-19 |
| 4/4/2011 | WXOW TV-19 |
| 4/4/2011 | WXVT-TV |
| 4/4/2011 | Yahoo! Canada |
| 4/4/2011 | Yahoo! Finance |
| 4/4/2011 | Yahoo! Politics |
| **Total** | **108** |

Source: Release Watch and VMS Insight