# EXHIBIT 4



TO: NEWS PRODUCERS, ASSIGNMENT EDITORS

# MultiVu Video Feed: *Medicare Part B Subscriber Prescription Drug Settlement*

## SATELLITE FEEDS:

| | |
|---|---|
| Monday, April 4th, 2011 | Monday, April 4th, 2011 |
| 10:30 AM - 10:45 AM ET | 3:30 PM - 3:45 PM ET |
| Galaxy 28 | Galaxy 28 |
| Transponder 10 | Transponder 10 |
| C-Band | C-Band |
| Downlink Freq: 3900 Horizontal | Downlink Freq: 3900 Horizontal |

**NEWS:**  Medicare Part B Subscribers Who Made A Percentage Co-Payment Not Covered by Insurance For Certain Drugs May Be Able To Get A Refund From A Class Action Settlement

**FORMAT:**  B-roll and Soundbites

**ADDITIONAL RESOURCES:**  Video, hard copy requests, downloadable MPEG4, contact information and more available at **http://multivu.prnewswire.com/broadcast/48721/press.html**

**STORY SUMMARY:**

Medicare Part B Subscribers who made percentage co-payments not covered by insurance for certain drugs could get at least $35 back as a result of a $125 million dollar class action settlement.

The proposed settlement is with several drug manufacturers about drugs to treat many medical conditions including: cancer, HIV, asthma, allergies, infections, pain, gastrointestinal, lung and blood issues, and other conditions.  These drugs are often, but not always, injected in a doctor's office or clinic.

The lawsuit claims that consumers paid too much for these drugs and approximately $21.8 million will be available to pay consumers claims.  Consumers must file claims by July 1, 2011.

For more information visit www.AWPtrack2Settlement.com or call 1-877-465-8136.

**SOUNDBITES:**
• Class Counsel, Edward Notargiacomo, Hagens Berman Sobol Shapiro LLP

**B-ROLL INCLUDES:**
Pharmacy footage, Soundbites, Stock photos of older people, prescription medications

**VIDEO PROVIDED BY:**  Kinsella Media, LLC for Hagens Berman Sobol Shapiro LLP

**FOR TECHNICAL INFORMATION OR HARD COPY, PLEASE CALL:**
**MultiVu Media Relations, 800-653-5313 EXT. 3**

**AWP Track II Settlement - B-Roll and Soundbites**

(For slates, **MultiVu** uses dark blue background with white or yellow characters in Helvetica or Swiss font)

| From | To | Content |
|---|---|---|
| 00:58:30:00 | 00:59:00:00 | Bars & Tone |
| 00:59:00:00 | 00:59:03:00 | Medicare Part B Prescription Drug Settlement |
| 00:59:03:00 | 00:59:06:00 | AWP Track 2 Settlement Notice Provider<br>Kinsella Media, LLC<br>Nancy Dolan<br>202-686-4111 |
| 00:59:06:00 | 00:59:09:00 | MULTIVU Disclaimer<br><br>MULTIVU A PR NEWSWIRE COMPANY<br>THE FOLLOWING VIDEO IS PROVIDED FREE OF CHARGE TO BROADCAST TELEVISION NEWS OUTLETS BY MULTIVU, A PRNEWSWIRE COMPANY.<br><br>STATIONS MAY USE IT IN ITS ENTIRETY OR ANY PORTION OF THE AUDIO AND VIDEO. |
| 00:59:09:00 | 00:59:12:00 | For Editorial Information Contact:<br><br>Nancy Dolan<br>Kinsella Media, LLC<br>202-686-4111 |
| 00:59:12:00 | 00:59:48:00 | Information Slates/other background information:<br>• Title Slate<br>• Attention all stations<br>• Story Background<br>• Medicare Part B Prescription Drug Settlement<br>• Soundbites<br>• B-Roll<br>• More Information |
| 00:59:48:00 | 01:00:00:00 | Countdown<br><br>Medicare Part B Subscribers Could Get Money From A Prescription Drug Settlement |
| 01:00:00:00 | 01:00:01:00 | Start of B-Roll Package |

**Start of B-Roll Package**

**Slate 1:**

**Medicare Part B Subscribers could get money back from a Prescription Drug Settlement**

Medicare Part B subscribers who made percentage co-payments that were not covered by insurance for certain drugs could get at least $35 back as a result of a $125 million dollar class action Settlement. The lawsuit claims that consumers paid too much for these drugs.

**Slate 2:**

**Attention All Stations**

This content is brought to you by the court-approved notice provider for the AWP Track 2 Settlement.

**Slate 3:**

**Background**

There has been a proposed Settlement in a class action lawsuit involving several drug manufacturers and approximately 200 drugs used to treat a variety of medical conditions including: cancer, HIV, asthma, allergies, infections, pain & inflammation, gastrointestinal, lung & blood Issues, and many other conditions.  These drugs are often injected in a doctor's office or clinic.

The drug manufacturers have agreed to settle the lawsuit and pay $125 million.  Approximately $21.8 million will be available to pay consumer claims including Medicare Part B subscribers.

**Slate 4:**

**Background continued:**

This lawsuit is not about whether these drugs are safe or effective. This lawsuit claims that consumers paid too much for the drugs.

Prescription drugs often are priced using certain benchmarks.  The most common pricing benchmark is called the Average Wholesale Price or "AWP."  The AWP is often used to set reimbursement amounts that are paid by a) Medicare and its beneficiaries, b) private health insurers, and c) consumers making percentage co-payments under private health insurance plans.

**Slate 5:**

**Background continued:**

This lawsuit claims that the defendants reported false and inflated the AWPs for certain prescription drugs.  As a result, many Medicare Part B subscribers may have overpaid for these drugs.

Medicare Part B subscribers are eligible for a refund if they made percentage co-payment not covered by insurance for any of the drugs included in this Settlement between January 1, 1991 and January 1, 2005.

In order to receive a payment, consumers must file claims by July 1, 2011.

**Slate 6:**

**<u>Medicare Part B Prescription Drug Settlement</u>**

For more information about the Settlement, a complete list of covered drugs, or information on how to file a claim:

Call Toll-Free 1-877-465-8136
or visit <u>www.AWPtrack2Settlement.com</u>

**<u>Soundbites</u>**

Edward Notargiacomo
Class Counsel
Partner
Hagens Berman Sobol Shapiro LLP

**Soundbite 1**
NOTARGIACOMO:  The lawsuit claims that Medicare Part B beneficiaries overpaid for their prescriptions medications as a result of false or inflated Average Wholesale Prices or AWPs reported by manufacturers. The lawsuit involves 200 separate medications and several manufacturers.

**Soundbite 2**
NOTARGIACOMO:  This Settlement is a victory for millions of Medicare Part B beneficiaries who over paid for their prescription medications. If you made percentage co-payments that weren't covered by insurance, you qualify for a refund.

**Soundbite 3**
NOTARGIACOMO:  An Average wholesale Price is a price reported and set by manufacturers of pharmaceuticals, and it's used to establish the price paid by the Federal Government through Medicare, insurance companies and consumers paying percentage co-payments for their medications.

**Sound Bite 4**
NOTARGIACOMO: A percentage co-payment is a partial payment made by a consumer for their medications that varies with the total cost of the drugs. The consumer is actually paying a percentage of the entire cost. Flat co-payments aren't included in the Settlement.

**Sound Bite 5**
NOTARGIACOMO: It's possible that consumers could get as much as three times their co-payment. The exact figure consumers will receive depends on how many consumers file claims in the Settlement, and the amount of those claims.

**Sound Bite 6**
NOTARGIACOMO: Over 2 million Medicare Part B subscribers will receive notice in the mail about the Settlement, as well as the process for filing the claim. If they don't receive information in the mail, they should visit our website at <u>www.AWPTrack2Settlement.com</u> or call the toll free number.

**B-Roll Includes:**

- Pharmacy Footage
- Medicine/Rx Drugs footage
- Doctor Patient Footage
- Chemotherapy Footage

**Final Screen:**

**<u>For more information on the Medicare Part B Prescription Drug Settlement:</u>**

Call Toll-Free 1-877-625-9414
or visit <u>www.AWPTrack2Settlement.com</u>

**B-Roll Package Report**

| Market Rank | DMA | State | Station | Network | Date/Time Aired | Audience |
|---|---|---|---|---|---|---|
| 1 | NEW YORK | NY | WPXN | ION | 05/13/2011 05:30:00 AM | 186,713 |
| 2 | LOS ANGELES | CA | KPXN | ION | 05/13/2011 05:30:00 AM | 136,745 |
| 3 | CHICAGO | IL | WCPX | ION/Azteca America | 05/13/2011 05:30:00 AM | 86,049 |
| 4 | PHILADELPHIA | DE | WPPX | ION | 05/13/2011 05:30:00 AM | 72,756 |
| 4 | PHILADELPHIA | NJ | WPSJ | IND | 05/13/2011 05:30:00 AM | 72,756 |
| 5 | DALLAS-FT. WORTH | TX | KHPK | IND | 05/13/2011 05:30:00 AM | 57,104 |
| 5 | DALLAS-FT. WORTH | TX | KPXD | ION | 05/13/2011 05:30:00 AM | 57,104 |
| 6 | SAN FRANCISCO-OAK-SAN JOSE | CA | KKPX | ION | 05/13/2011 05:30:00 AM | 61,786 |
| 7 | BOSTON (MANCHESTER) | MA | WBPX | ION | 05/13/2011 05:30:00 AM | 60,543 |
| 7 | BOSTON (MANCHESTER) | MA | WDPX | ION | 05/13/2011 05:30:00 AM | 60,543 |
| 7 | BOSTON (MANCHESTER) | NH | WPXG | ION | 05/13/2011 05:30:00 AM | 60,543 |
| 8 | ATLANTA | GA | WPXA | ION | 05/13/2011 05:30:00 AM | 51,513 |
| 9 | WASHINGTON, DC (HAGRSTWN) | VA | WPXW | ION | 05/13/2011 05:30:00 AM | 56,297 |
| 9 | WASHINGTON, DC (HAGRSTWN) | WV | WWPX | ION | 05/13/2011 05:30:00 AM | 56,297 |
| 10 | HOUSTON | TX | KPXB | ION | 05/13/2011 05:30:00 AM | 46,797 |
| 11 | DETROIT | MI | WPXD | ION | 05/13/2011 05:30:00 AM | 48,682 |
| 12 | PHOENIX (PRESCOTT) | AZ | KPPX | ION | 05/13/2011 05:30:00 AM | 39,533 |
| 13 | SEATTLE-TACOMA | WA | KWPX | ION | 05/13/2011 05:30:00 AM | 42,663 |
| 14 | TAMPA-ST. PETE (SARASOTA) | FL | WXPX | ION | 05/13/2011 05:30:00 AM | 41,621 |
| 15 | MINNEAPOLIS-ST. PAUL | MN | KPXM | ION | 05/13/2011 05:30:00 AM | 41,402 |
| 16 | MIAMI-FT. LAUDERDALE | FL | WPXM | ION | 05/13/2011 05:30:00 AM | 38,241 |
| 16 | MIAMI-FT. LAUDERDALE | FL | WVIB | IND | 05/13/2011 05:30:00 AM | 38,241 |
| 17 | DENVER | CO | KPXC | ION | 05/13/2011 05:30:00 AM | 35,415 |
| 18 | CLEVELAND-AKRON (CANTON) | OH | WAOH | IND | 05/13/2011 05:30:00 AM | 39,057 |
| 18 | CLEVELAND-AKRON (CANTON) | OH | WIVM | IND | 05/13/2011 05:30:00 AM | 39,057 |
| 18 | CLEVELAND-AKRON (CANTON) | OH | WVPX | ION | 05/13/2011 05:30:00 AM | 39,057 |
| 19 | ORLANDO-DAYTONA BCH-MELBRN | FL | WOKB | IND | 05/13/2011 05:30:00 AM | 31,993 |
| 19 | ORLANDO-DAYTONA BCH-MELBRN | FL | WOPX | ION | 05/13/2011 05:30:00 AM | 31,993 |
| 20 | SACRAMNTO-STKTON-MODESTO | CA | KAZV | IND | 05/13/2011 05:30:00 AM | 32,361 |
| 20 | SACRAMNTO-STKTON-MODESTO | CA | KSPX | ION | 05/13/2011 05:30:00 AM | 32,361 |
| 21 | ST. LOUIS | IL | WPXS | IND | 05/13/2011 05:30:00 AM | 30,430 |
| 22 | PORTLAND, OR | OR | KPXG | ION | 05/13/2011 05:30:00 AM | 5,569 |
| 24 | PITTSBURGH | PA | WBGN | IND | 05/13/2011 05:30:00 AM | 29,753 |
| 25 | RALEIGH-DURHAM (FAYETVLLE) | NC | WFPX | ION | 05/13/2011 05:30:00 AM | 23,990 |
| 25 | RALEIGH-DURHAM (FAYETVLLE) | NC | WRPX | ION | 05/13/2011 05:30:00 AM | 23,990 |
| 27 | INDIANAPOLIS | IN | WIPX | ION | 05/13/2011 05:30:00 AM | 26,283 |
| 29 | NASHVILLE | TN | WNPX | ION | 05/13/2011 05:30:00 AM | 22,893 |
| 29 | NASHVILLE | TN | WJFB | IND | 05/13/2011 08:30:00 AM | 19,463 |
| 30 | HARTFORD & NEW HAVEN | CT | WHPX | ION | 05/13/2011 05:30:00 AM | 25,346 |
| 31 | KANSAS CITY | MO | KPXE | ION | 05/13/2011 05:30:00 AM | 22,151 |
| 32 | SALT LAKE CITY | UT | KCSG | IND | 05/13/2011 05:30:00 AM | 19,896 |
| 32 | SALT LAKE CITY | UT | KPNZ | IND | 05/13/2011 05:30:00 AM | 39,792 |
| 32 | SALT LAKE CITY | UT | KUPX | ION | 05/13/2011 05:30:00 AM | 19,897 |
| 33 | CINCINNATI | OH | WOTH | IND | 05/13/2011 05:30:00 AM | 22,080 |
| 34 | COLUMBUS, OH | OH | WCLL | IND | 05/13/2011 05:30:00 AM | 22,080 |
| 34 | COLUMBUS, OH | OH | WSFJ | IND | 05/13/2011 05:30:00 AM | 21,618 |
| 35 | MILWAUKEE | WI | WPXE | ION | 05/13/2011 05:30:00 AM | 22,060 |
| 35 | MILWAUKEE | WI | WTPX | ION | 05/13/2011 05:30:00 AM | 22,060 |
| 36 | GREENVLL-SPART-ASHEVLL-AND | NC | WAEN | IND | 05/13/2011 05:30:00 AM | 20,426 |
| 37 | SAN ANTONIO | TX | KPXL | ION | 05/13/2011 05:30:00 AM | 18,636 |
| 38 | WEST PALM BEACH-FT. PIERCE | FL | WPXP | ION | 05/13/2011 05:30:00 AM | 17,954 |
| 40 | BIRMINGHAM (ANN AND TUSC) | AL | WPXH | ION | 05/13/2011 05:30:00 AM | 17,657 |
| 40 | BIRMINGHAM (ANN AND TUSC) | AL | WVUA | IND | 05/13/2011 05:30:00 AM | 17,657 |
| 41 | GRAND RAPIDS-KALMZOO-B.CRK | MI | WLLA | IND | 05/13/2011 05:30:00 AM | 18,334 |
| 41 | GRAND RAPIDS-KALMZOO-B.CRK | MI | WMKG | IND | 05/13/2011 05:30:00 AM | 18,334 |
| 41 | GRAND RAPIDS-KALMZOO-B.CRK | MI | WZPX | ION | 05/13/2011 05:30:00 AM | 18,334 |
| 42 | LAS VEGAS | NV | KPVM | ION | 05/13/2011 05:30:00 AM | 15,230 |
| 42 | LAS VEGAS | NV | KTUD | IND | 05/13/2011 05:30:00 AM | 30,462 |
| 43 | NORFOLK-PORTSMTH-NEWPT NWS | VA | WPXV | ION | 05/13/2011 05:30:00 AM | 35,117 |

Page 1 of 3

## B-Roll Package Report

| Market Rank | DMA | State | Station | Network | Date/Time Aired | Audience |
|---|---|---|---|---|---|---|
| 45 | OKLAHOMA CITY | OK | KOPX | ION | 05/13/2011 05:30:00 AM | 16,386 |
| 47 | GREENSBORO-H.POINT-W.SALEM | NC | WGPX | ION | 05/13/2011 05:30:00 AM | 32,675 |
| 48 | MEMPHIS | MS | WBII | IND | 05/13/2011 05:30:00 AM | 16,764 |
| 48 | MEMPHIS | TN | WPXX | ION | 05/13/2011 05:30:00 AM | 16,764 |
| 49 | JACKSONVILLE | GA | WPXC | ION | 05/13/2011 05:30:00 AM | 15,139 |
| 49 | JACKSONVILLE | FL | WQXT | IND | 05/13/2011 05:30:00 AM | 15,139 |
| 50 | LOUISVILLE | KY | WBNA | ION | 05/13/2011 05:30:00 AM | 15,807 |
| 50 | LOUISVILLE | KY | WYCS | IND | 05/13/2011 05:30:00 AM | 15,807 |
| 51 | BUFFALO | NY | WPXJ | ION | 05/13/2011 05:30:00 AM | 16,387 |
| 52 | NEW ORLEANS | LA | KWBJ | IND | 05/13/2011 05:30:00 AM | 16,838 |
| 52 | NEW ORLEANS | LA | WPXL | ION | 05/13/2011 05:30:00 AM | 16,838 |
| 52 | NEW ORLEANS | LA | WSTY | IND | 05/13/2011 05:30:00 AM | 16,838 |
| 53 | PROVIDENCE-NEW BEDFORD | RI | WPXQ | ION | 05/13/2011 05:30:00 AM | 16,089 |
| 54 | WILKES BARRE-SCRANTON | PA | WQPX | ION | 05/13/2011 05:30:00 AM | 29,874 |
| 55 | FRESNO-VISALIA | CA | KJEO | IND | 05/13/2011 05:30:00 AM | 13,192 |
| 56 | LITTLE ROCK-PINE BLUFF | AR | KJLR | IND | 05/13/2011 05:30:00 AM | 13,266 |
| 56 | LITTLE ROCK-PINE BLUFF | AR | KYPX | IND | 05/13/2011 05:30:00 AM | 13,266 |
| 58 | ALBANY-SCHENECTADY-TROY | NY | WNCE | IND | 05/13/2011 05:30:00 AM | 13,736 |
| 58 | ALBANY-SCHENECTADY-TROY | NY | WYPX | ION | 05/13/2011 05:30:00 AM | 1,801 |
| 59 | KNOXVILLE | TN | WFEM | IND | 05/13/2011 05:30:00 AM | 12,632 |
| 59 | KNOXVILLE | TN | WPXK | ION | 05/13/2011 05:30:00 AM | 12,632 |
| 60 | MOBILE-PENSACOLA (FT WALT) | FL | WBQP | IND | 05/13/2011 05:30:00 AM | 12,594 |
| 61 | TULSA | OK | KTPX | ION | 05/13/2011 05:30:00 AM | 12,783 |
| 62 | DAYTON | OH | WRCX | ION | 05/13/2011 05:30:00 AM | 12,954 |
| 63 | LEXINGTON | KY | WUPX | ION | 05/13/2011 05:30:00 AM | 11,820 |
| 64 | CHARLESTON-HUNTINGTON | WV | WLPX | ION | 05/13/2011 05:30:00 AM | 6,831 |
| 66 | ROANOKE-LYNCHBURG | VA | WPXR | ION | 05/13/2011 05:30:00 AM | 11,393 |
| 68 | WICHITA-HUTCHINSON PLUS | KS | KCTU | IND | 05/13/2011 05:30:00 AM | 4,006 |
| 70 | TOLEDO | OH | WLMB | IND | 05/13/2011 05:30:00 AM | 10,778 |
| 70 | TOLEDO | OH | WNGT | MNT | 05/13/2011 05:30:00 AM | 10,778 |
| 72 | HONOLULU | HI | KLEI | IND | 05/13/2011 05:30:00 AM | 10,432 |
| 72 | HONOLULU | HI | KPXO | ION | 05/13/2011 05:30:00 AM | 10,433 |
| 73 | DES MOINES-AMES | IA | KFPX | ION | 05/13/2011 05:30:00 AM | 10,240 |
| 74 | SPRINGFIELD, MO | AR | KWBS | IND | 05/13/2011 05:30:00 AM | 9,851 |
| 75 | SPOKANE | WA | KGPX | ION | 05/13/2011 05:30:00 AM | 9,666 |
| 75 | SPOKANE | ID | KQUP | IND | 05/13/2011 05:30:00 AM | 9,665 |
| 81 | ROCHESTER, NY | NY | WBGT | IND | 05/13/2011 05:30:00 AM | 10,007 |
| 82 | SYRACUSE | NY | WSPX | ION | 05/13/2011 05:30:00 AM | 9,728 |
| 83 | SHREVEPORT | AR | KTSS | ION | 05/13/2011 05:30:00 AM | 9,615 |
| 85 | MADISON | WI | WRPQ | IND | 05/13/2011 05:30:00 AM | 8,987 |
| 86 | CHATTANOOGA | TN | WYHB | IND | 05/13/2011 05:30:00 AM | 8,840 |
| 87 | HARLINGEN-WSLCO-BRNSVL-MCA | TX | KZAV | IND | 05/13/2011 05:30:00 AM | 7,527 |
| 87 | HARLINGEN-WSLCO-BRNSVL-MCA | TX | KZMC | IND | 05/13/2011 05:30:00 AM | 7,527 |
| 88 | CEDAR RAPIDS-WTRLO-IWC&DUB | IA | KGAN | CBS | 05/13/2011 04:30:00 AM | 13,870 |
| 88 | CEDAR RAPIDS-WTRLO-IWC&DUB | IA | KPXR | ION | 05/13/2011 05:30:00 AM | 8,304 |
| 94 | BATON ROUGE | LA | WBTR | IND | 05/13/2011 05:30:00 AM | 7,594 |
| 95 | BURLINGTON-PLATTSBURGH | NY | WWBI | ION | 05/13/2011 05:30:00 AM | 8,178 |
| 101 | GREENVILLE-N.BERN-WASHNGTN | NC | WEPX | ION | 05/13/2011 05:30:00 AM | 6,849 |
| 101 | GREENVILLE-N.BERN-WASHNGTN | NC | WPXU | ION | 05/13/2011 05:30:00 AM | 6,849 |
| 103 | EVANSVILLE | IN | WTSN | MNT | 05/13/2011 05:30:00 AM | 7,189 |
| 109 | TYLER-LONGVIEW(LFKN&NCGD) | TX | KLNM | IND | 05/13/2011 05:30:00 AM | 6,584 |
| 112 | SIOUX FALLS(MITCHELL) | SD | KAUN | IND | 05/13/2011 05:30:00 AM | 6,257 |
| 117 | MONTGOMERY (SELMA) | AL | WAXC | IND | 05/13/2011 05:30:00 AM | 12,302 |
| 117 | MONTGOMERY (SELMA) | AL | WBIH | IND | 05/13/2011 05:30:00 AM | 6,152 |
| 117 | MONTGOMERY (SELMA) | AL | WBMM | CW | 05/13/2011 05:30:00 AM | 6,152 |
| 118 | EUGENE | OR | KTVC | IND | 05/13/2011 05:30:00 AM | 5,743 |
| 120 | FARGO-VALLEY CITY | ND | KCSI | ION | 05/13/2011 05:30:00 AM | 5,893 |

**B-Roll Package Report**

| Market Rank | DMA | State | Station | Network | Date/Time Aired | Audience |
|---|---|---|---|---|---|---|
| 122 | SANTABARBRA-SANMAR-SANLUOB | CA | KPXA | ION | 05/13/2011 05:30:00 AM | 5,832 |
| 123 | LAFAYETTE, LA | LA | KDCG | IND | 05/13/2011 05:30:00 AM | 5,464 |
| 127 | COLUMBUS, GA | GA | WCGT | IND | 05/13/2011 05:30:00 AM | 5,261 |
| 129 | CORPUS CHRISTI | TX | KCCX | IND | 05/13/2011 05:30:00 AM | 4,912 |
| 129 | CORPUS CHRISTI | TX | KINE | IND | 05/13/2011 05:30:00 AM | 4,912 |
| 129 | CORPUS CHRISTI | TX | KXCC | IND | 05/13/2011 05:30:00 AM | 4,912 |
| 138 | MONROE-EL DORADO | AR | KEJB | MNT | 05/13/2011 05:30:00 AM | 4,404 |
| 141 | BEAUMONT-PORT ARTHUR | TX | KEBQ | IND | 05/13/2011 05:30:00 AM | 4,336 |
| 145 | PALM SPRINGS | CA | KDPX | ION | 05/13/2011 05:30:00 AM | 3,169 |
| 147 | ALBANY, GA | GA | WVAG | ION | 05/13/2011 05:30:00 AM | 3,965 |
| 148 | JOPLIN-PITTSBURG | MO | KJPX | IND | 05/13/2011 05:30:00 AM | 3,875 |
| 150 | ANCHORAGE | AK | KDMD | ION | 05/13/2011 05:30:00 AM | 3,443 |
| 151 | ODESSA-MIDLAND | TX | KOSA | CBS | 05/13/2011 04:00:00 AM | 6,069 |
| 151 | ODESSA-MIDLAND | TX | KPXK | IND | 05/13/2011 05:30:00 AM | 3,371 |
| 151 | ODESSA-MIDLAND | TX | KOSA | CBS | 05/13/2011 06:30:00 AM | 6,069 |
| 154 | BANGOR | ME | WBGR | ION | 05/13/2011 05:30:00 AM | 3,533 |
| 154 | BANGOR | MS | WBWP | ION | 05/13/2011 05:30:00 AM | 17,954 |
| 156 | PANAMA CITY | FL | WBIF | IND | 05/13/2011 05:30:00 AM | 3,364 |
| 163 | BILOXI-GULFPORT | MS | WKFK | ION | 05/13/2011 05:30:00 AM | 3,380 |
| 171 | UTICA | NY | WUTR | ABC | 05/13/2011 12:30:00 PM | 2,610 |
| 173 | RAPID CITY | SD | KKRA | NBC | 05/13/2011 05:30:00 AM | 2,369 |
| 176 | WATERTOWN | NY | WLOT | IND | 05/13/2011 05:30:00 AM | 2,311 |
| 183 | CHARLOTTESVILLE | VA | WADA | IND | 05/13/2011 05:30:00 AM | 1,764 |
| 186 | LAREDO | TX | KZLD | IND | 05/13/2011 05:30:00 AM | 1,524 |
| 192 | TWIN FALLS | ID | KSVX | IND | 05/13/2011 05:30:00 AM | 1,490 |
| 192 | TWIN FALLS | ID | KTWT | CW | 05/13/2011 05:30:00 AM | 1,490 |
| 195 | CASPER-RIVERTON | WY | KCWY | NBC | 05/13/2011 05:30:00 AM | 1,283 |
| 204 | VICTORIA | TX | KVHM | IND | 05/13/2011 05:30:00 AM | 781 |
| 206 | HELENA | MT | KMTF | CW | 05/13/2011 05:30:00 AM | 628 |
| 207 | JUNEAU | AK | KUBD | ION | 05/13/2011 05:30:00 AM | 654 |

**Total** **148**

Source: Multivu