# EXHIBIT 6

# If You Made a Percentage Co-Payment for Certain Drugs Under Medicare Part B

## You May Be Able To Get At Least $35 back

Hundreds of drugs for cancer, HIV, asthma, allergies, infections, inflammation, pain, gastrointestinal, lung and blood issues, and other conditions are included

There is a proposed class action Settlement with several drug manufacturers concerning hundreds of drugs. These drugs are used for the treatment of many medical conditions and they are often, but not always, injected in a doctor's office or clinic. For a list of the drugs, go to www.AWPTrack2Settlement.com. This lawsuit claims that consumers paid too much for these drugs. It is not about whether these drugs are safe or effective.

### Can I Get Money Back?

You can get a refund if you paid a percentage co-payment for any of the covered drugs from January 1, 1991 through January 1, 2005. A percentage co-payment varies with the cost of the drug. You cannot get a refund if you paid a flat co-payment.

### How Much Can I Get Back?

Approximately $21.8 million will be paid to consumers who file valid claims.

- **You can get a minimum of $35** simply by certifying you paid percentage co-payments, or
- If you can estimate what you paid and show that you paid percentage co-payments through receipts or bills, you can receive more money. **For some of the drugs, you can get three times the percentage co-payment.**

### What Should I Do?

Get complete information about the Settlement and make a decision on your legal rights:

- **File a Claim**: In order to receive a payment, you must file a claim postmarked by **July 1, 2011**.
- **Exclude Yourself**: You may exclude yourself and keep your right to sue the Defendants on your own. You must submit your request for exclusion in writing postmarked by **May 24, 2011.**
- **Object or Comment**: You may object to or comment on the Settlement, but you must do so in writing by **May 24, 2011**.

The Court has appointed lawyers to represent you. You may hire your own lawyer, but at your own expense. The Court will determine whether to approve the Settlement at a Fairness Hearing on **June 13, 2011 at 2:00 p.m.** If you do not exclude yourself and the Court approves the Settlement, you will be bound by all the Court's decisions.

### For Detailed Information and a Claim Form:

**Call Toll-Free: 1-877-465-8136     Visit: www.AWPTrack2Settlement.com**

Or Write: AWP Track 2 Settlement Administrator, P.O. Box 951, Minneapolis, MN 55440-0951