# EXHIBIT 7

# :30 TV "AWP Track 2 Settlement 2011"



1. If you are a Medicare Part B Subscriber and made percentage co-payments for certain prescription drugs, you could get money back from a class action settlement.



2. A percentage co-payment varies with the price of the drug.



3. Hundreds of drugs for many conditions such as asthma and cancer are included. Often these drugs are injected in a doctor's office or clinic.



4. For information, call 1-877-465-8136 or visit www.AWPTrack2Settlement.com.