**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | ) ) ) ) ) ) ) Judge Patti B. Saris |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF**
**PLAINTIFFS' CLAIMS AGAINST DEFENDANT ENDO PHARMACEUTICALS INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendant Endo Pharmaceuticals Inc. (hereinafter "Endo"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the Consolidated New York Counties and Endo, that all claims in this action against Endo are dismissed with prejudice and without costs to any party.

Dated:  June 2, 2011

                                      Respectfully submitted,

                                By:  /s/ Joanne M. Cicala
                                    Joanne M. Cicala
                                    Daniel Hume
                                    Kirby McInerney LLP
                                    825 Third Avenue
                                    New York, NY 10022
                                    212-371-6600

                                    *On Behalf of Plaintiffs the Consolidated New York Counties*

-2-

By: /s/ Jonathan L. Stern
Jonathan L. Stern
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004-1206
(202) 942-5000

*On Behalf of Endo Pharmaceuticals Inc.*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiffs' Claims Against Defendant Endo Pharmaceuticals Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

    /s/ James Carroll
KIRBY McINERNEY LLP