# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br><br>*v.*<br><br>   *Abbott Laboratories, Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

## JUNE 2011 STATUS REPORT ON BEHALF OF
## THE CITY OF NEW YORK AND NEW YORK COUNTIES

The undersigned counsel for the City of New York and New York Counties in the above-captioned action (hereinafter referred to as "plaintiffs") hereby submit the attached Status Report for June 2011, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: June 2, 2011

                                                      Respectfully submitted,

                                                      **City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

                                                      **KIRBY McINERNEY, LLP**
                                                      825 Third Avenue
                                                      New York, New York 10022
                                                      (212) 371-6600

                            By:    /s/ Joanne M. Cicala
                                       Joanne M. Cicala

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY 10022
(212) 605-6205
*Counsel for the County of Orange*

### June 2011 Status Report on Behalf of the
### City of New York and New York Counties

**Status Conference**

On May 6, 2011, the Court entered an electronic notice of a status conference set in front of the Honorable Patti B. Saris for June 22, 2011 at 2:00pm. *See* the Court's May 6, 2011 Electronic Notice of Hearing.

**Voluntary Dismissal of Claims**

On June 2, 2011, plaintiffs filed a notice of voluntary dismissal of claims against defendant Endo Pharmaceuticals, Inc. *See* Docket No. 7576, Sub-docket No. 290.

**Joint Motion to Extend Time to Complete Expert Discovery**

On May 2, 2011, the parties jointly moved to extend the time to complete expert discovery as follows: (1) depositions of plaintiffs' experts to be completed by May 12, 2011; (2) defendants expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) to be served by May 27, 2011; and (3) depositions of defendants' experts to be completed by July 15, 2011. *See* Joint Motion to Extend Time to Complete Expert Discovery [Docket No. 7522, Sub-docket No. 288]. This motion remains *sub-judice*.

**Discovery**

1. **Motion to Quash & Motion to Seek Protective Order**

On January 25, 2011 plaintiffs, on behalf of themselves and Dr. Thomas Fanning (hereinafter referred to as "movants"), filed a motion for protective order and a motion to quash the tardy January 10, 2011 subpoena issued by defendants to former New York State Department of Health employee Dr. Fanning. *See* Docket No. 7386, Sub-docket No. 272; Docket No. 7387, Sub-docket No. 273.

On January 27, 2011 defendants filed their Memorandum in opposition. *See* Docket No.

7389.

On February 3, 2011 movants filed a motion for leave to file a reply memorandum in further support of their motion. *See* Docket No. 7402, Sub-docket No. 278. The motion remains *sub-judice*.

### 2. Defendants' Motion to Compel the production of privileged documents withheld by New York State Department of Health ("NY DOH")

On December 23, 2009, defendants filed a motion to compel production of all documents which NY DOH has withheld on the basis of the deliberative process privilege. *See* Docket No. 6810, Sub-docket No. 191.

On January 20, 2010, the office of the New York Attorney General filed its Opposition to Defendants' Joint Motion to Compel the Production of Documents from NY DOH. *See* Docket No. 6852, Sub-docket No. 197.

On June 21, 2010, the motion was referred to Magistrate Judge Marianne B. Bowler. *See* June 21, 2010 electronic entry. It remains *sub-judice*.

### 3. Motion to Compel Discovery from Defendant Merck

Plaintiffs and Merck have reached a settlement agreement in principle. Plaintiffs will withdraw their motion to compel [Docket No. 6487, Sub-docket No. 158].

## CERTIFICATE OF SERVICE

I, Kathryn Allen, hereby certify that on the 2nd day of June, 2011, I caused a true and correct copy of the above June 2011 Status Report for the City of New York and New York Counties to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: June 2, 2011

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600