# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO:<br><br>   *State of Iowa*<br>*v.*<br>   *Abbott Laboratories Inc., et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) |

## JUNE 2011 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for June 2011, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: June 2, 2011

                                                  Respectfully submitted,

                                                  **KIRBY McINERNEY, LLP**
                                                  825 Third Avenue
                                                  New York, New York 10022
                                                  (212) 371-6600

                                    By:   /s/ Joanne M. Cicala
                                                 Joanne M. Cicala

                                                 *Counsel for the State of Iowa*

## June 2011 Status Report for the State of Iowa

### Status Conference

On May 6, 2011, the Court entered an electronic notice of a status conference set in front of the Honorable Patti B. Saris for June 22, 2011 at 2:00pm. *See* the Court's May 6, 2011 Electronic Notice of Hearing.

### Voluntary Dismissal of Claims

On April 14, 2011, plaintiff filed a notice of voluntary dismissal of claims against defendant Tap Pharm. Products, Inc. n.k.a. Takeda Pharm. N.A., Inc. *See* Docket No. 7502, Sub-docket No. 112.

On April 15, 2011, plaintiff filed a notice of voluntary dismissal with prejudice of claims against defendant Novartis Pharmaceuticals Corp. *See* Docket No. 7505, Sub-docket No. 113.

On April 20, 2011, plaintiff filed a notice of voluntary dismissal of claims against defendants Hoffman-La Roche, Inc. and Roche Laboratories, Inc. *See* Docket No. 7509, Sub-docket No. 115.

### Joint Motion to Extend Time to Complete Expert Discovery

On May 2, 2011, the parties jointly moved to extend the time to complete expert discovery as follows: (1) depositions of plaintiff's experts to be completed by May 12, 2011; (2) defendants' expert reports and other materials in compliance with Fed. R. Civ. P. 26(a)(2)(B) to be served by May 27, 2011; and (3) depositions of defendants' experts to be completed by July 15, 2011. *See* Joint Motion to Extend Time to Complete Expert Discovery [Docket No. 7522, Sub-docket No. 116]. This motion remains *sub-judice*.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 2nd day of June, 2011, she caused a true and correct copy of the above June 2011 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: June 2, 2011

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600