# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

TO:  Designee from Wisconsin Citizen Action
  c/o Steve W. Berman
  Hagens Berman Sobol Shapiro LLP
  One Main Street, 4th Floor
  Cambridge, MA 02142

## NOTICE TO ATTEND

1. You are directed to come to Courtroom 19 at the John Joseph Moakley Courthouse, 1 Courthouse Way Boston, Massachusetts on Monday, June 13, 2011 at 2:00 p.m., to give testimony on behalf of the undersigned at the Fairness Hearing on the proposed settlement with the Track 2 Defendants in this case, and to remain until excused.

2. If you are unable to attend the hearing in person, you are directed to make arrangements to have your testimony taken via telephone.

3. You are also directed to produce and to bring with you the following:

    A. All documents in your possession, custody or control relating to the group's work in this case, and your interactions with any of the counsel for the Class or the Defendants in this matter respecting the same.

  B. All documents relating to your claimed purchases of drugs on any Defendant during the relevant time period.

If you fail to appear and/or produce the documents or things required by this notice to attend and produce, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure.

Dated: June 6, 2011                Respectfully submitted,

                      /s/ Donald E. Haviland, Jr.
                      Donald E. Haviland, Jr., Esquire
                      Robert G. Hughes, Esquire
                      Michael J. Lorusso, Esquire
                      **HAVILAND HUGHES, L.L.C.**
                      111 S. Independence Mall East
                      The Bourse, Suite 1000
                      Philadelphia, PA 19106
                      Telephone: (215) 609-4661
                      Facsimile: (215) 392-4400

**CERTIFICATE OF SERVICE**

    I, Donald E. Haviland, Jr., Esquire, hereby certify that on June 6, 2011, I served the foregoing Notice to Attend on all counsel of record via CM/ECF notification.

                                        /s/ Donald E. Haviland, Jr.