UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

TO:   Thomas Trusky
      c/o Steve W. Berman
      Hagens Berman Sobol Shapiro LLP
      One Main Street, 4th Floor
      Cambridge, MA 02142

### NOTICE TO ATTEND

1.  You are directed to come to Courtroom 19 at the John Joseph Moakley Courthouse, 1 Courthouse Way Boston, Massachusetts on Monday, June 13, 2011 at 2:00 p.m., to give testimony on behalf of the undersigned at the Fairness Hearing on the proposed settlement with the Track 2 Defendants in this case, and to remain until excused.

2.  If you are unable to attend the hearing in person, you are directed to make arrangements to have your testimony taken via telephone.

3.  You are also directed to produce and to bring with you the following:

    A.  A Copy of the Declaration of Thomas Trusky on Behalf of the Estate of Theresa Trusky in Support of Appointment of Track 2 Class 1 Representative dated June 1, 2011.

B. All documents in your possession, custody or control relating to the aforesaid Declaration, your work in this case, and your interactions with any of the counsel for the Class or the Defendants in this matter respecting the same.

C. All documents relating to Theresa Trusky's claimed purchases of drugs on any Defendant, including Epogen, Neulasta, Adenosine, Doxorubicin, Sodium Chloride, Dexamethasone Sodium, Cisplatin, Mannitol, and Alchohol Injection, as referenced in your June 1, 2011 Declaration.

If you fail to appear and/or produce the documents or things required by this notice to attend and produce, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure, including having your testimony stricken and your application for appointment as a settlement class representative denied.

Dated:  June 6, 2011　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Donald E. Haviland, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　Donald E. Haviland, Jr., Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert G. Hughes, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Lorusso, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　**HAVILAND HUGHES, L.L.C.**
　　　　　　　　　　　　　　　　　　　　　　　　　　111 S. Independence Mall East
　　　　　　　　　　　　　　　　　　　　　　　　　　The Bourse, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 609-4661
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (215) 392-4400

## **CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., Esquire, hereby certify that on June 6, 2011, I served the foregoing Notice to Attend on all counsel of record via CM/ECF notification.

/s/ Donald E. Haviland, Jr.