# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | Judge Patti B. Saris |

TO:    **Mariella Laday**
       **c/o Steve W. Berman**
       **Hagens Berman Sobol Shapiro LLP**
       **One Main Street, 4ᵗʰ Floor**
       **Cambridge, MA 02142**

## NOTICE TO ATTEND

1.      You are directed to come to Courtroom 19 at the John Joseph Moakley

Courthouse, 1 Courthouse Way Boston, Massachusetts on Monday, June 13, 2011 at 2:00 p.m.,

to give testimony on behalf of the undersigned at the Fairness Hearing on the proposed

settlement with the Track 2 Defendants in this case, and to remain until excused.

2.      If you are unable to attend the hearing in person, you are directed to make

arrangements to have your testimony taken via telephone.

3.      You are also directed to produce and to bring with you the following:

        A.      A Copy of the Declaration of Mariella Laday in Support of Appointment

                of Track 2 Class Representative dated May 24, 2011.

B.      All documents in your possession, custody or control relating to the
aforesaid Declaration, your work in this case, and your interactions with
any of the counsel for the Class or the Defendants in this matter respecting
the same.

C.      All documents relating to your claimed purchases of drugs on any
Defendant, including Accuneb, Adenosine, Aristospan, Gamimune N,
Gammagard, Lyphocin, Methotrexate Sodium, and Sodium Chloride, as
referenced in your May 24, 2011 Declaration.

If you fail to appear and/or produce the documents or things required by this notice to
attend and produce, you may be subject to the sanctions authorized by the Federal Rules of Civil
Procedure, including having your testimony stricken and your application for appointment as a
settlement class representative denied.

Dated:  June 6, 2011                              Respectfully submitted,

                                                  /s/ Donald E. Haviland, Jr.
                                                  Donald E. Haviland, Jr., Esquire
                                                  Robert G. Hughes, Esquire
                                                  Michael J.  Lorusso, Esquire
                                                  **HAVILAND HUGHES, L.L.C.**
                                                  111 S. Independence Mall East
                                                  The Bourse, Suite 1000
                                                  Philadelphia, PA 19106
                                                  Telephone: (215) 609-4661
                                                  Facsimile:  (215) 392-4400

## <u>CERTIFICATE OF SERVICE</u>

I, Donald E. Haviland, Jr., Esquire, hereby certify that on June 6, 2011, I served the

foregoing Notice to Attend on all counsel of record via CM/ECF notification.


<u>/s/ Donald E. Haviland, Jr.</u>