# JUDITH BODIN
Attorney-At-Law
1343 Hastings Street
Teaneck, New Jersey 07666

Admitted in
New Jersey and
New York

TEL: 201-692-1067
FAX: 201-692-0589

June 3, 2011

Honorable Patricia B. Saris,
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

        Re: AWP Track 2 Class Action Class 3 Claims
           In re: Pharmaceutical Industry Average Wholesale
           Price Litigation
           Docket No. 01-CV-12257-PBS,
           MDL No. 1456

Dear Judge Saris:

    I am writing in reference to the above captioned class action.

    Although my father and other family members purchased various medications which are the subject of the above referenced class action, we were never notified of such. In April 2011, I noticed an advertisement for the Medicare Part B Class Action.

    It was only then that I learned about the Class 3 Class Action. However, I was greatly disappointed after I learned that it listed a deadline to file claims on or before May 1, 2009.

    This is particularly upsetting because my father Milton Bodin spent thousands of dollars on some of the medications that are listed on the Claim Form.

    Accordingly, I am requesting that my father be allowed to submit his claim and not be barred by a deadline. In fact, because we were never informed of the class action, he should certainly not be penalized. It is only fair and equitable to allow his claim to be filed.

    Thank you for your attention to this important matter.

                          Respectfully submitted,

                          Judith Bodin Esq.

cc: Steve W. Berman Esq.,
    Hagens Berman Sobol Shapiro LLP;