UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>MASTER CASE NO. 01-cv-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>State of Mississippi v. Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc., No. 09-cv-12065 | SUB-CATEGORY CASE: 1:09-cv-12056 |

## ASSENTED TO MOTION FOR LEAVE TO ADMIT
## W. PATRICK DOWNES TO PRACTICE IN THIS COURT

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Matthew C. Welnicki, a member in good standing of the Bar of this Court and counsel of record for the defendants, hereby moves that W. Patrick Downes of the law firm Dornbush, Schaffer, Strongin & Venaglia, LLP, be admitted to practice in this Court in this case.

As grounds for this motion, the undersigned states that:

1.  Mr. Downes is counsel for the defendants and has thorough knowledge of the issues in this matter.

2.  Mr. Downes is admitted to the Bar of the State of New York.  He is also admitted to practice before the United States District Court for the Southern District of New York.

3.  Mr. Downes is a member in good standing in every jurisdiction in which he is admitted to practice.

4.     There are no disciplinary proceedings pending against Mr. Downes in any jurisdiction and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.     In support of this motion, a Certificate of Mr. Downes pursuant to Local Rule 83.5.3(b) is filed herewith.

                                          Defendants, Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.
By their Attorneys,


/s/ Matthew C. Welnicki
_____
Matthew C. Welnicki, BBO No. 647104
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030
welnicki@srbc.com

Assented to:

Plaintiff, State of Mississippi

/s/ Stuart H. McCluer
_____
Stuart H. McCluer
McCulley McCluer PLLC
1223 Jackson Ave E, Suite 200
PO Box 2294
Oxford, MS 38655
662-236-1401
Fax: 662-368-1506
Email: smccluer@mcculleymccluer.com


Dated:  June 9, 2011

LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I hereby certify that the requirements of Local Rule 7.1, to the extent they apply, have been satisfied. Counsel for the plaintiff has indicated that he assents to this motion.

/s/ Matthew C. Welnicki
_____
Matthew C. Welnicki, BBO No. 647104
welnicki@srbc.com

CERTIFICATE OF SERVICE

I, Matthew C. Welnicki, certify that, on June 9, 2011, I caused a true and correct copy of the foregoing to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Matthew C. Welnicki
_____
Matthew C. Welnicki, BBO #647104
welnicki@srbc.com

434744