UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>MASTER CASE NO. 01-cv-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>State of Mississippi v. Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc., No. 09-cv-12065 | SUB-CATEGORY CASE: 1:09-cv-12056 |

### ASSENTED TO MOTION FOR LEAVE TO ADMIT PETER J. VENAGLIA TO PRACTICE IN THIS COURT

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Matthew C. Welnicki, a member in good standing of the Bar of this Court and counsel of record for the defendants, hereby moves that Peter J. Venaglia of the law firm Dornbush, Schaffer, Strongin & Venaglia, LLP, be admitted to practice in this Court in this case.

As grounds for this motion, the undersigned states that:

1.      Mr. Venaglia is counsel for the defendants and has thorough knowledge of the issues in this matter.

2.      Mr. Venaglia is admitted to the Bar of the State of New York.  He is also admitted to practice before the United States District Courts for the Southern, Eastern, Western and Northern Districts of New York, and before the United States Courts of Appeals for the Second Circuit, Third Circuit and District of Columbia Circuit.

3. Mr. Venaglia is a member in good standing in every jurisdiction in which he is admitted to practice.

4. There are no disciplinary proceedings pending against Mr. Venaglia in any jurisdiction and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. In support of this motion, a Certificate of Mr. Venaglia pursuant to Local Rule 83.5.3(b) is filed herewith.

                Defendants, Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.
                By their Attorneys,

                /s/ Matthew C. Welnicki
                _____
                Matthew C. Welnicki, BBO No. 647104
                Sugarman, Rogers, Barshak & Cohen, P.C.
                101 Merrimac Street
                Boston, MA 02114-4737
                (617) 227-3030
                welnicki@srbc.com

Assented to:

Plaintiff, State of Mississippi

/s/ Stuart H. McCluer
_____
Stuart H. McCluer
McCulley McCluer PLLC
1223 Jackson Ave E, Suite 200
PO Box 2294
Oxford, MS 38655
662-236-1401
Fax: 662-368-1506
Email: smccluer@mcculleymccluer.com


Dated:  June 9, 2011

LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I hereby certify that the requirements of Local Rule 7.1, to the extent they apply, have been satisfied. Counsel for the plaintiff has indicated that he assents to this motion.

/s/ Matthew C. Welnicki
_____
Matthew C. Welnicki, BBO No. 647104
welnicki@srbc.com

CERTIFICATE OF SERVICE

I, Matthew C. Welnicki, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Matthew C. Welnicki
_____
Matthew C. Welnicki, BBO #647104
welnicki@srbc.com

434740