9749 Willow Way
Estero, Florida, 33928
June 6, 2011
Tele: 412 - 527 - 8900

Clerk of Court
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Relating to: B M S   Settlement (Civil Action #: 01-CV-12257-PBS, MDL No. 1456)

Dear Sir:

I wish to file a disagreement with the revision to the Proposed Settlement of the Class Action lawsuit involving BMS drug TAXOL. In re: Pharmaceutical Industry Average Wholesale Price Litigation, Docket No. 01-CV-12257-PBS, MDL No. 1456.

It is inconceivable to me that despite the money available to pay consumer claims has INCREASED by a million dollars, that my deceased husband's claim will DECREASE Why does the courts findings from a prior trial against BMS have this kind of BIASED outcome in this settlement? The profits of the drug companies increased steadily during this period, and the patient paid out of pocket. And paid exorbitantly.

As a current claimant, I had no knowledge of the prior trial's findings and therefore should not be subject to it's outcome.  WHERE IS THE JUSTICE?

Our daughter has just been diagnosed with breast cancer and will undergo chemotheraphy and radiation.

Sincerely,

*Margaret R. Wild*
Margaret R. Wild

Attachments: BMS AWP CLASS 1 SETTLEMENT
             Section C Medicare Purchase Information Chart

cc: Counsel for Class
    Counsel for BMS