Ronald B. Byersmith
1900 Forest Park Road
Muskegon, MI 49441
231-780-2442
June 8, 2011

Clerk of Court
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston. Massachusetts 02210

Re: BMS Settlement

Cc: Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101

Cc: Lyndon M. Tretter
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Gentleman,

Something is **drastically** wrong with your new proposed settlement. Under the terms of your AWP Track 2 Settlement received about May 10, 2011, I would have received about $12,000 for drug overcharges. Now under your new proposed Revision dated May 26, 2011, which lists entirely **different** drugs I will receive $0.00 (nothing).

What is going on?

Please respond. Thank you.

Sincerely,

Ronald Byersmith