UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master File No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br>Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones  v. Actavis Mid Atlantic LLC, et al.* | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**NOTICE OF WITHDRAWAL OF
DEFENDANTS' MOTION TO COMPEL NON-PARTY FIRST DATABANK, INC. TO PRODUCE DEPOSITION TESTIMONY PURSUANT TO A RULE 45 SUBPOENA**

PLEASE TAKE NOTICE that defendants Actavis MidAtlantic LLC, Alpharma USPD Inc. f/k/a Barre National Inc., and Barre Parent Corp. (collectively "Actavis MidAtlantic"); Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. (collectively "Par"); Sandoz Inc. f/k/a Geneva Pharmaceuticals Inc. ("Sandoz"); and Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. f/k/a Schein Pharmaceutical, Inc. (collectively, "Watson") (together, the "Defendants") respectfully notify the Court that they hereby withdraw their motion to compel directed to non-party First DataBank, Inc., filed on May 20, 2011 (Dkt. No. 172).  Defendants reserve their right to renew the motion should it become necessary to do so.

Dated: June 15, 2011                           Respectfully submitted on behalf of all Defendants

- 2 -

By:    /s/ Heather K. McDevitt
        Heather K. McDevitt (*pro hac vice*)
        Paul B. Carberry (*pro hac vice*)
        WHITE & CASE LLP
        1155 Avenue of the Americas
        New York, New York 10036-2787
        Telephone:  (212) 819-8200
        Facsimile:   (212) 354-8113
        hmcdevitt@whitecase.com
        pcarberry@whitecase.com

*Attorneys for Defendant Sandoz Inc.*

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL NON-PARTY FIRST DATABANK, INC. TO PRODUCE DEPOSITION TESTIMONY PURSUANT TO A RULE 45 SUBPOENA was delivered to all counsel of record and to counsel of the United States by electronic service in accordance with Paragraph 11 of the Case Management Order No. 2, by sending on June 15, 2011, a copy to Lexis-Nexis for posting and notification to all parties.

      /s/ Daniel Cohen
      Daniel Cohen