27 Algiers Lane
Cheektowaga, NY 14225
June 20, 2011
Phone Number (716) 684-3902
Case Number Civil Action
Number 01-CV-12257-PBS, MDL 1456

To whom it may concern:

My reason for my objection mainly is my disappointment in the change of monetary compensation. The amount at present is not at all covering out of pocket payment. Would you please reconsider this latest decision and give amount originally proposed or more than currently offered.

I have been a widow for nearly eleven (11) years and on a fixed income. I really was depending on this reimbursement. I am hopeful you will reconsider your current decision. This objection relates to the BMS AWP Class 1 Settlement.

Sincerely,
Marie J. Augello