# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| TRACK TWO SETTLEMENT | Judge Patti B. Saris |

## CLASS COUNSEL'S MOTION FOR BRIEF EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO ADD INDIVIDUAL PLAINTIFFS AS CLASS REPRESENTATIVES FOR TRACK TWO SETTLEMENT

Class Counsel respectfully move this Court for entry of an order extending the time by which they must file their Reply Brief in support of their Motion to Add Individual Plaintiffs as Class Representatives for the Track Two Settlement.  Don Haviland opposes this Motion.  As grounds for the foregoing, Class Counsel state as follows:

1.      On June 13, 2011, after the hearing on final approval of the Track Two Settlement, this Court entered an order requiring Haviland file his Opposition to Plaintiffs' Motion to Add Individual Plaintiffs as Class Representatives for Track Two Settlement by June 14 and requiring Plaintiffs to file their Reply Brief by June 21.

2.      On June 15 (one day late), Haviland filed his Opposition.  Dkt. No. 7601.

3.      While Class Counsel have worked vigilantly on preparing their Reply Brief, because it requires input from the proposed class representatives, who live in different places across the country and are sick and elderly, Class Counsel require a short extension of time to complete their Reply.  Class Counsel respectfully request that they have until Friday, June 24 to file it.

4.      While Class Counsel recognize and appreciate that the Court wanted these papers filed as quickly as possible and do not want to prejudice this Court's preparation for the July 7 hearing, Class Counsel respectfully submit this short extension will not do so.

5.      <u>Meet and Confer Certification</u>.  Prior to filing this Motion Class Counsel conferred with Don Haviland about the relief requested herein.  Haviland opposes this Motion. *See* Ex. A (June 20, 2011 e-mail to Jennifer Connolly from Don Haviland).

WHEREFORE Class Counsel respectfully request that this Court enter an order extending the time for Class Counsel to file their Reply Brief in support of their motion to add individual plaintiffs as class representatives for the Track Two settlement.


DATED:  June 20, 2011                    By____/s/ Steve W. Berman_____

                                         Steve W. Berman
                                         Sean R. Matt
                                         Hagens Berman Sobol Shapiro LLP
                                         1918 Eighth Avenue, Suite 3300
                                         Seattle, WA  98101
                                         Telephone: (206) 623-7292
                                         Facsimile: (206) 623-0594

                                         Jennifer Fountain Connolly
                                         Hagens Berman Sobol Shapiro LLP
                                         1629 K St., NW, Suite 300
                                         Washington, D.C.  20006
                                         Telephone:  (202) 355-6435
                                         Facsimile:  (202) 355-6455

                                         Jeffrey Kodroff
                                         John Macoretta
                                         Spector, Roseman Kodroff & Willis, P.C.
                                         1818 Market Street, Suite 2500
                                         Philadelphia, PA  19103
                                         Telephone: (215) 496-0300
                                         Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS COUNSEL'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO ADD INDIVIDUAL PLAINTIFFS AS CLASS REPRESENTATIVES FOR TRACK TWO SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 20, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

 **/s/ Steve W. Berman**           
Steve W. Berman