UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al. v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, the Consolidated New York Counties, and defendant Novartis Pharmaceuticals Corporation (hereinafter "Novartis"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41, that all claims in this action against Novartis are dismissed with prejudice and without costs to any party.

Dated: June 23, 2011

Respectfully submitted,

By: _____
Joanne M. Cicala
Daniel Hume
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of Plaintiffs the Consolidated New York Counties*

By: /s/ SPM
Saul P. Morgenstern
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

*On Behalf of Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2011, I caused a true and correct copy of the foregoing, Notice of Voluntary Dismissal With Prejudice of Plaintiffs' Claims Against Defendant Novartis Pharmaceuticals Corporation, to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

/s/ James Carroll
KIRBY McINERNEY LLP
