UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>TRACK 2 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE AN**
**<u>OVERLENGTH REPLY BRIEF</u>**

Pursuant to LR 7.1(b)(4), Class Plaintiffs respectfully request leave to file a 35-page Reply Brief in Support of Their Motion to Add Individual Plaintiffs as Class Representatives for the Track Two Settlement. Class Plaintiffs have made a good faith effort to respond to Haviland's Opposition as briefly and succinctly as possible. However, because Haviland's Brief made both general attacks on adding proposed class representatives as well as attacks on each proposed class representative specifically, Class Plaintiffs need more pages in order to provide a thorough response. Accordingly, Class Plaintiffs request leave of this Court to file a reply brief of up to 35 pages (excluding the signature block).

DATED: June 24, 2011              By      /s/ **Steve W. Berman**
                                       Thomas M. Sobol (BBO#471770)
                                       Edward Notargiacomo (BBO#567636)
                                  Hagens Berman Sobol Shapiro LLP
                                  55 Cambridge Parkway, Suite 301
                                  Cambridge, MA  02142
                                  Telephone: (617) 482-3700
                                  Facsimile: (617) 482-3003

                                  **LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K Street, NW
Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 3 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 24, 2011, I caused copies of **CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE AND OVERLENGTH REPLY BRIEF** to be served on all counsel of record by causing same to be posted electronically via LEXIS-Nexis File & Serve.

                                           **/s/ Steve W. Berman**
                                           Steve W. Berman