# Exhibit 5



### Track Your Expenses...

| Mortgage / Rent | Transportation | Entertainment & Travel |
| --- | --- | --- |
| Gas / Electric | Credit Card | Medical / Dental |
| Telephone | Taxes | Dependent Care |
| Food | Insurance (Life, Home, Auto) | Savings & Investment |
| Clothing | Home Improvement (Maintenance, Repairs) | Other |

DO NOT USE
FOR REORDERING

875

2-28-00

THIS PAYMENT  87.93
BALANCE  93
OTHER  100
BAL. FOR'D

Wal Mart
Eighty seven dollars

**Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

NOT NEGOTIABLE

---

902

2/2

**Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates

Memo

NOT NEGOTIABLE

WD-DUP (2)

---

✔ **Track Your Expenses...**   ✔ TAX DEDUCTIBLE ITEM ➡

934

DO NOT USE
FOR REORDERING

3-17-00

THIS PAYMENT  101.03
BALANCE
OTHER
BAL. FOR'D

Wal Mart
One hundred one and

**Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

NOT NEGOTIABLE

WD-DUP (3)







































Check #981 — Wal-Mart — Ten Dollars and —/100 — 4-6-00 — $10.00 — NOT NEGOTIABLE

✔ Track Your Expenses...                                    TAX DEDUCTIBLE ITEM ➡

☐ Mortgage / Rent    ☐ Transportation        ☐ Entertainment & Travel    DO NOT USE
☐ Gas / Electric     ☐ Credit Card           ☐ Medical / Dental          FOR REORDERING    985
☐ Telephone          ☐ Taxes                 ☐ Dependent Care
☐ Food               ☐ Insurance             ☐ Savings & Investment
                       (Life, Home, Auto)
☐ Clothing

Wal Mart                                     4-7-00
Thirty Three Dollars and —/100              $33.57

Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicate in Deluxe Check box

Memo                                         NOT NEGOTIABLE

✔ Track Your Expenses...                                    TAX DEDUCTIBLE ITEM ➡

☐ Mortgage / Rent    ☐ Transportation        ☐ Entertainment & Travel    DO NOT USE
☐ Gas / Electric     ☐ Credit Card           ☐ Medical / Dental          FOR REORDERING    988
☐ Telephone          ☐ Taxes                 ☐ Dependent Care
☐ Food               ☐ Insurance             ☐ Savings & Investment
                       (Life, Home, Auto)
☐ Clothing            ☐ Home Improvement / Repairs

Doug Brooks                                  May 1  2000
Forty five Dollars —/100                     $45.00

Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicate in Deluxe Check box

Memo                                         NOT NEGOTIABLE





























Track Your Expenses

Mortgage / Rent • Transportation • Entertainment & Travel   DO NOT USE
Gas / Electric • Credit Card • Medical / Dental   FOR REORDERING   1061
Telephone • Taxes • Dependent Care
Food • Insurance (Life, Home, Auto) • Savings & Investment
Clothing • Home Improvement (Maintenance, Repairs) • Other

6-5-00

*Wal Mart*

*Sixty three Dollars and 100*

THIS PAYMENT   63.84
BALANCE
OTHER
BAL. FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1⑈ 1061   NOT NEGOTIABLE
WD-DUP (3)



✓ Track Your Expenses   TAX DEDUCTIBLE ITEM ➤

Mortgage / Rent • Transportation • Entertainment & Travel   DO NOT USE
Gas / Electric • Credit Card • Medical / Dental   FOR REORDERING   1062
Telephone • Taxes • Dependent Care
Food • Insurance (Life, Home, Auto) • Savings & Investment
Clothing • Home Improvement (Maintenance, Repairs) • Other

6-5-00

*Wal Mart*

*Fifty seven Dollars 100*

THIS PAYMENT   57.96
BALANCE
OTHER
BAL. FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1⑈ 1062   NOT NEGOTIABLE
WD-DUP (3)



✓ Track Your Expenses   TAX DEDUCTIBLE ITEM ➤

Mortgage / Rent • Transportation • Entertainment & Travel   DO NOT USE
Gas / Electric • Credit Card • Medical / Dental   FOR REORDERING   1083
Telephone • Taxes • Dependent Care
Food • Insurance (Life, Home, Auto) • Savings & Investment
Clothing • Home Improvement (Maintenance, Repairs) • Other

7-3-00

*Dora Brooks*

*Forty five Dollars 100*

THIS PAYMENT   45.00
BALANCE
OTHER
BAL. FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1⑈ 1083   NOT NEGOTIABLE
WD-DUP (3)







**Check 1094**

✓ Track Your Expenses
☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement / Maintenance / Repairs  ☐ Other

DO NOT USE FOR REORDERING   1094

June 31 2000

Wal Mart

One Hundred twenty five 00/100

THIS PAYMENT   125.00

Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ ⑈18 01631⑈ 1094

NOT NEGOTIABLE

WD-DUP (3)

---

**Check 1095**

✓ Track Your Expenses
☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement / Maintenance / Repairs  ☐ Other

DO NOT USE FOR REORDERING   1095   TAX DEDUCTIBLE ITEM ☐

7-3-00

Wal Mart

Sixteen dollars and 57/100

THIS PAYMENT   16.57

Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ ⑈18 01631⑈ 1095

NOT NEGOTIABLE

WD-DUP (3)

---

**Check 1099**

✓ Track Your Expenses
☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement / Maintenance / Repairs  ☐ Other

DO NOT USE FOR REORDERING   1099   TAX DEDUCTIBLE ITEM ☐

7-4-00

Wal Mart

Sixty dollars and 92/100

THIS PAYMENT   60.92

Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ ⑈18 01631⑈ 1099

NOT NEGOTIABLE

WD-DUP (3)

✓ Track Your Expenses

| | | |
|---|---|---|
| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel |
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment |
| ☐ Clothing | ☐ Home Improvement (Maintenance, Repairs) | ☐ Other |

DO NOT USE
FOR REORDERING  **1106**

7-6-00

Atlanta Allergy Clinic

Twenty Five Dollar 00/100

THIS PAYMENT  25.00

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1'' 1106   **NOT NEGOTIABLE**

WD-DUP (3)

---

✓ Track Your Expenses

| | | |
|---|---|---|
| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel |
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment |
| ☐ Clothing | ☐ Home Improvement (Maintenance, Repairs) | ☐ Other |

TAX DEDUCTIBLE ITEM ➡ ☐

DO NOT USE
FOR REORDERING  **1107**

7-1-00

Wal Mart

One Hundred fortytwo 86/100

THIS PAYMENT  142.86

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1'' 1107   **NOT NEGOTIABLE**

WD-DUP (3)

---

✓ Track Your Expenses

| | | |
|---|---|---|
| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel |
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment |
| ☐ Clothing | ☐ Home Improvement (Maintenance, Repairs) | ☐ Other |

TAX DEDUCTIBLE ITEM ➡ ☐

DO NOT USE
FOR REORDERING  **1119**

Aug 3, 2000

Roy Brooks

Forty five 00/100

THIS PAYMENT  45.00

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1'' 1119   **NOT NEGOTIABLE**

WD-DUP (3)

## Check 1133

✔ Track Your Expenses...

☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement (Maintenance, Repairs)  ☐ Other _____

DO NOT USE FOR REORDERING    **1133**

7-31-00

THIS PAYMENT  109.73
BALANCE

Wal Mart

One Hundred nine and 100

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

⑆0611024001⑆ 18 01631 1⑈ 1133    NOT NEGOTIABLE

WD-EUP (3)

---

## Check 1135

✔ Track Your Expenses...

☑ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement (Maintenance, Repairs)  ☐ Other _____

DO NOT USE FOR REORDERING    **1135**

8-3-00

THIS PAYMENT  20.00
BALANCE  100

APN

Twenty Dollars

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

⑆0611024001⑆ 18 01631 1⑈ 1135    NOT NEGOTIABLE

WD-EUP (3)

---

## Check 1136

✔ Track Your Expenses...

☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement (Maintenance, Repairs)  ☐ Other _____

DO NOT USE FOR REORDERING    **1136**

8-3-00

THIS PAYMENT  20.00
BALANCE  100

Atlanta Allergy Clinic

Twenty dollars

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo  335410

⑆0611024001⑆ 18 01631 1⑈ 1136    NOT NEGOTIABLE

WD-EUP (3)



**MARIELLA LADAY**
1805A ASHBOROUGH CIR.   PH. 770-428-8938
MARIETTA, GA   30067

64-240/611
18016311

1179

DATE 9-2-00

Pay to the order of  Pain Consultants   Revenue Recovery   $39.38

by Phone

FIDELITY NATIONAL
Atlanta, Georgia

Practice random acts of kindness

1 888 432 8503

Memo

⑆061102400⑆  18 01631 1⑆ 1179

## Check 1184

✔ Track Your Expenses...

| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel |
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment |
| ☐ Clothing | ☐ Home Improvement (Maintenance, Repairs) | ☐ Other |

DO NOT USE FOR REORDERING  1184

9-3-00

Wal Mart

One Hundred fifty nine 63/100

BAL. FOR'D
THIS PAYMENT  159.63
BALANCE
OTHER
BAL. FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑈06110240⑈ 18 0161 ⑈ 1184

NOT NEGOTIABLE

WD-DUP 131

## Check 1185

✔ Track Your Expenses...

TAX DEDUCTIBLE ITEM ➡ ☐

| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel |
| ☐ Gas / Electric | ☐ Credit Card | ☑ Medical / Dental |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment |
| ☐ Clothing | ☐ Home Improvement (Maintenance, Repairs) | ☐ Other |

DO NOT USE FOR REORDERING  1185

9-6-00

Atlanta Allergy Asthma Clinic

Twenty five Dollars

BAL. FOR'D
THIS PAYMENT  25.00
BALANCE
OTHER
BAL. FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo  33541

⑈06110240⑈ 18 0161 ⑈ 1185

NOT NEGOTIABLE

WD-DUP 131

## Check 1186

✔ Track Your Expenses...

TAX DEDUCTIBLE ITEM ➡ ☐

| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel |
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment |
| ☐ Clothing | ☐ Home Improvement (Maintenance, Repairs) | ☑ Other |

DO NOT USE FOR REORDERING  1186

9-6-00

Wal Mart

sixty six dollars and 90/100

BAL. FOR'D
THIS PAYMENT  66.90
BALANCE
OTHER
BAL. FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑈06110240⑈ 18 0161 ⑈ 1186

NOT NEGOTIABLE

WD-DUP 131

















