TAX DEDUCTIBLE ITEM   $

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

1364

64-240/611

Dec 15

Wal Mart

Ninety three dollars

**FIDELITY NATIONAL**
Atlanta, GA

BAL
FOR'D

THIS
ITEM        93, 34

BALANCE

DEPOSIT

OTHER

BAL
FOR'D

⑆061102400⑆ 18 0⑆1631 1⑈ 1364

NOT NEGOTIABLE





**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1398

64-240/611

Mar 3 200

Doctors fee

One Hundred thirty and 30/100

THIS ITEM 130.34

FIDELITY NATIONAL
Atlanta, GA

⑈:061102400⑈: 18 01631 1⑈  1398

**NOT NEGOTIABLE**

---



☐☐ TAX DEDUCTIBLE ITEM   $

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1411

64-240/611

2-17-01

Wal Mart

One Hundred eighteen 59/100

THIS ITEM 118.59

FIDELITY NATIONAL
Atlanta, GA

⑈:061102400⑈: 18 01631 1⑈  1411

**NOT NEGOTIABLE**

---



☐☐ TAX DEDUCTIBLE ITEM   $

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1412

64-240/611

March 3, 2001

Doug Brooks

Forty five 00/100

THIS ITEM 45.00

FIDELITY NATIONAL
Atlanta, GA

⑈:061102400⑈: 18 01631 1⑈  1412

**NOT NEGOTIABLE**











































































☐ TAX DEDUCTIBLE ITEM

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

1715

12-31-01

64-240/611

BAL
FORD

THIS
ITEM     45.00

BALANCE     00

DEP. GRANDLION

OTHER
BAL.
FORD

Doug Brooks

Forty five     100

FIDELITY
NATIONAL
Atlanta, GA.

⑈061102400⑈  18 01631 1‖  1715

NOT NEGOTIABLE















**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM

1756

3-5-02

64-240/611

APN
Twenty five Dollars

THIS ITEM  25.00
BALANCE  100

FIDELITY NATIONAL
Atlanta, GA

GRANDLION

⑆061102400⑆ 18 01631 1⑈ 1756

NOT NEGOTIABLE



**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM  $

1794

3/29/02

64-240/611

Dr Andrew Belde
Ten dollars and sixteen cents

THIS ITEM  10.16

FIDELITY NATIONAL
Atlanta, GA

GRANDLION

⑆061102400⑆ 18 01631 1⑈ 1794

NOT NEGOTIABLE



**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM  $

1803

3-3-02

64-240/611

Wal Mart
Three hundred thirty five

THIS ITEM  335.57
BALANCE  100

FIDELITY NATIONAL
Atlanta, GA

GRANDLION

⑆061102400⑆ 18 01631 1⑈ 1803

NOT NEGOTIABLE



















MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

TAX DEDUCTIBLE ITEM

1879

7/2/02

64-240/611

Wal Mart

Eighty nine dollars and ⁰⁰/₁₀₀

THIS ITEM 89.68

FIDELITY NATIONAL
Atlanta, GA

⑈061102400⑈ 18 01631 1⑈" 1879

NOT NEGOTIABLE



MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

TAX DEDUCTIBLE ITEM

1880

7/2/02

64-240/611

Wal Mart

Fifty nine dollars and ¹⁰/₁₀₀

THIS ITEM 59.10

FIDELITY NATIONAL
Atlanta, GA

⑈061102400⑈ 18 01631 1⑈" 1880

NOT NEGOTIABLE



MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

TAX DEDUCTIBLE ITEM

1882

7/8/01

64-240/611

Wal Mart

Three hundred ninety one ⁰⁰/₁₀₀

THIS ITEM 391.63

FIDELITY NATIONAL
Atlanta, GA

⑈061102400⑈ 18 01631 1⑈" 1882

NOT NEGOTIABLE