

MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

1889

7 / 23 / 02

64-240/611

Dr Robin

Thirty Dollars

FIDELITY
NATIONAL
Atlanta, GA

3 Treatments

⑈061102400⑈ 18 0163 1 1⑈ 1889

NOT NEGOTIABLE

---

☐☐ TAX DEDUCTIBLE ITEM

MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

$   1892

8 / 5 / 02

64-240/611

Dr Robin

Sixty Dollars

FIDELITY
NATIONAL
Atlanta, GA

⑈061102400⑈ 18 0163 1 1⑈ 1892

NOT NEGOTIABLE

























☐☐ TAX DEDUCTIBLE ITEM   $

2091

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

12/29/02

64-240/611

Wal Mart

Seventy four and 42/100

FIDELITY NATIONAL
MARIETTA, GA

BAL. FORD

THIS ITEM   174.42

BALANCE

DEPOSIT

OTHER

BAL. FORD

⑆061102600⑆ ⑈8 01631 ⑈⑆   2091

NOT NEGOTIABLE

MARIELLA LADAY
PH: 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM

2100

1/2/03

64-240/611

Wal Mart

Three hundred seventy three 00/100

BAL FORD
THIS ITEM   373.27
BALANCE

GRANDLION

OTHER
BAL FORD

FIDELITY NATIONAL
Atlanta, GA

⑆061102400⑆ 18 01631 1⑈ 2100

NOT NEGOTIABLE

---

MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM   $

2121

1/31/02

64-240/611

Doug Brooks

Forty five dollars and 00/100

BAL FORD
THIS ITEM   45.00
BALANCE

GRANDLION

OTHER
BAL FORD

FIDELITY NATIONAL
Atlanta, GA

⑆061102400⑆ 18 01631 1⑈ 2121

NOT NEGOTIABLE

---

MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM   $

2128

1/31/03

64-240/611

Wal Mart Pharmacy

One Hundred twenty eight 00/100

BAL FORD
THIS ITEM   128.60
BALANCE

GRANDLION

OTHER
BAL FORD

FIDELITY NATIONAL
Atlanta, GA

⑆061102400⑆ 18 01631 1⑈ 2128

NOT NEGOTIABLE

---

**1006**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

Track your expenses...
- ☐ Clothing
- ☐ Food
- ☐ Transportation
- ☐ Credit Card
- ☐ Utilities
- ☐ Mortgage
- ☐ Entertainment
- ☐ Insurance
- ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

3 / 14 / 03

Wal Mart

Three Hundred nine and 90/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 309.90 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**1007**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
- ☐ Clothing
- ☐ Food
- ☐ Transportation
- ☐ Credit Card
- ☐ Utilities
- ☐ Mortgage
- ☐ Entertainment
- ☐ Insurance
- ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

3 / 15 / 03

APN

Twenty five 100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 25.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**1024**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
- ☐ Clothing
- ☐ Food
- ☐ Transportation
- ☐ Credit Card
- ☐ Utilities
- ☐ Mortgage
- ☐ Entertainment
- ☐ Insurance
- ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

4 / 3 / 03

Wal Mart

Two hundred ninety and 00/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 290.53 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food        ☐ Transportation     ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities   ☐ Mortgage
☐ Entertainment ☐ Insurance  ☐ Other: _____

1048

4-29-03

**Advanced Ear, Nose & Throat Assoc**

Thirty three dollars and 100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 33.41 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your...

☑ Track your expenses...
☐ Clothing   ☐ Food        ☐ Transportation     ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities   ☐ Mortgage
☐ Entertainment ☐ Insurance  ☐ Other: _____  14792

1049

4-30-03

AMCA

Forty two dollars and fifty seven cents

Other 3 pymt 42.57

1st of 4 Payments

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 42.57 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food        ☐ Transportation     ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities   ☐ Mortgage
☐ Entertainment ☐ Insurance  ☐ Other: _____

1065

5-3-03

Wal Mart Pharmacy

Two Hundred sixty-six and 100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 266.91 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

## Check 1084

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____  ☐ TAX-DEDUCTIBLE ITEM

**1084**

5-31-03

Doug Brooks

Fifty

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 51.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

## Check 1087

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____  ☐ TAX-DEDUCTIBLE ITEM

**1087**

6-3-03

The Speakman Dental Group

One Hundred nineteen and 83/100

1st of 3 cks

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 119.83 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

## Check 1088

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____  ☐ TAX-DEDUCTIBLE ITEM

**1088**

7-3-03

The Speakman Dental Group

One Hundred nineteen and 83/100

2nd of 3 cks

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 119.83 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**1089**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other

8-3-03

BALANCE FORWARD
THIS ITEM 119.83
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

The Spikman Dental Group
One Hundred nineteen and 83/100

3rd of 3 chks

For enhanced security, your name and account number do not appear on this copy.
NOT NEGOTIABLE

---

**1091**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other

5-31-03

BALANCE FORWARD
THIS ITEM 147.96
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Wal Mart
One Hundred forty seven 96/100

For enhanced security, your name and account number do not appear on this copy.
NOT NEGOTIABLE

---

**1094**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other

6/11/03

BALANCE FORWARD
THIS ITEM 243.86
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Wal Mart
Two hundred three and 96/100

For enhanced security, your name and account number do not appear on this copy.
NOT NEGOTIABLE

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☐ Track your expenses...

1095

☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____

6/3/03

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 42.51 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

AMCA for
Guest Diagnostic

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ **Track your expenses...**

1119

☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____

6-17-03

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 50.46 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Pooles Pharmacy
Fifty dollars and 46/100

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---



**MARIELLA LADAY**
PH: 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1121

64-240/611

North GA #7943
Dermatopathology        6/30/03

DATE

PAY TO THE ORDER OF _____ | $18.18

_____ DOLLARS

Padilla

**FIDELITY NATIONAL**
Atlanta, GA

WWW.FIDELITYNATIONAL.COM
GrandLion

FOR _____

⑆061102400⑆ 18 03155 7⑈ 1121

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1165**

11-25-03

MPG

Nine dollars and 00/100

Postage

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 9.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1166**

Aug 3 2003

Doug Brooks

Ninety dollars ___ 00/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 90.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1171**

7-30-03

Wal Mart

One Hundred twenty one and 21/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 121.21 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☐ Track your expenses...
☐ Clothing   ☐ Food        ☐ Transportation
☐ Credit Card ☐ Utilities   ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

**1183**

9-3-03

Doug Brooks

Fifty                                        00/100

| BALANCE FORWARD | |
|---|---|
| THIS ITEM | 50.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food        ☐ Transportation
☐ Credit Card ☐ Utilities   ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

**1188**

8/29/03

Wal Mart

One Hundred Fifty Nine                92/100

| BALANCE FORWARD | |
|---|---|
| THIS ITEM | 159.92 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food        ☐ Transportation
☐ Credit Card ☐ Utilities   ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

**1194**

8-30-03

Sinus Pharmacy

Thirty six dollars and                  21/100

# 7046

| BALANCE FORWARD | |
|---|---|
| THIS ITEM | 36.21 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
Track your expenses...

☐ Clothing    ☐ Food      ☐ Transportation
☐ Credit Card ☐ Utilities  ☐ Mortgage           ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment ☐ Insurance ☐ Other: _____

**1201**

AMCA

Forty five dollars                    100

8/30/03

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 45 00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...

☐ Clothing    ☐ Food      ☐ Transportation
☐ Credit Card ☐ Utilities  ☐ Mortgage           ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment ☐ Insurance ☐ Other: _____

**1206**

9/2/03

Wal Mart

One Hundred Forty Three               86/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 143.86 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...

☐ Clothing    ☐ Food      ☐ Transportation
☐ Credit Card ☐ Utilities  ☐ Mortgage           ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment ☐ Insurance ☐ Other: _____

**1211**

10/5/03

Wal Mart

Three hundred Nineteen and            20/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 319.20 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____
☐ TAX-DEDUCTIBLE ITEM

**1216**

Oct 2 2003

Doug Brooks

= fifty _____ 00/100

BALANCE FORWARD
THIS ITEM    50.00
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____
☐ TAX-DEDUCTIBLE ITEM

**1221**

9-29-03

Northside Womens Spear

Fifty eight dollars and 00/100

BALANCE FORWARD
THIS ITEM    58.00
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____
☐ TAX-DEDUCTIBLE ITEM

**1225**

9/3/03

The Arizona Dental Group

Fifty seven dollars and 90/100

BALANCE FORWARD
THIS ITEM    57.90
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM        **1277**

10-30-03

Wal Mart
Four hundred forty four and 100

BALANCE FORWARD
THIS ITEM          444.76
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.        **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM        **1279**

10-31-03

Poole's Pharmacy
One Hundred sixty one and 100

BALANCE FORWARD
THIS ITEM          161.89
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.        **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM        **1289**

11-4-03

Wal Mart Pharmacy

BALANCE FORWARD
THIS ITEM          5.36
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.        **NOT NEGOTIABLE**

*DO NOT USE FOR REORDERING PURPOSES*
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

**1290**

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other:_____
☐ TAX-DEDUCTIBLE ITEM

11-5-03

Wal Mart
Ninety three dollars and 72/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 93.72 |
| BALANCE | |
| | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

*DO NOT USE FOR REORDERING PURPOSES*
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

**1321**

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other:_____
☐ TAX-DEDUCTIBLE ITEM

11-22-03

Piedmont Hospital
Four Hundred 100

3177701282

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 400.00 |
| BALANCE | 00 |
| | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

*DO NOT USE FOR REORDERING PURPOSES*
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

**1326**

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other:_____
☐ TAX-DEDUCTIBLE ITEM

12/1/03

Doug Brooks
Fifty 100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 50.00 |
| BALANCE | |
| | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing ☐ Food ☐ Transportation   ☐ TAX-DEDUCTIBLE ITEM   **1337**
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____

12-3-03

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 52.70 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Piedmont Physicians Group
Fifty two dollars and 70/100

00100006234

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing ☐ Food ☐ Transportation   ☐ TAX-DEDUCTIBLE ITEM   **1340**
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 49.28 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Northside Hospital
Forty nine dollars and 28/100

0232600493

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing ☐ Food ☐ Transportation   ☐ TAX-DEDUCTIBLE ITEM   **1341**
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____

12-03-03

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 54.60 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Wal Mart
Fifty four dollars and 60/100

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**1348**

*DO NOT USE FOR REORDERING PURPOSES*
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

12-6-03

Quantum Radiology Northwest

Eight dollars and 83/100

BALANCE FORWARD
THIS ITEM  8.83
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

K032420017/5

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**1349**

*DO NOT USE FOR REORDERING PURPOSES*
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

12-6-03

Northside Women's Specialist

Fifty seven dollars and 64/100

BALANCE FORWARD
THIS ITEM  57.64
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

017185

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**1390**

*DO NOT USE FOR REORDERING PURPOSES*
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

12-23-03

Wal Mart

Two hundred seven 03/100

BALANCE FORWARD
THIS ITEM  207.63
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**1394**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ **Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☑ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

12-26-03

Poole's Pharmacy 05

Aipty four dollars + 100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | $4.05 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ **Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1400**

12-31-03

Wal Mart

One Hundred four 78/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | $104.78 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

1462

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

3-2-04

Wal Mart
Two hundred forty eight 00/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 248.04 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

1464

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

3-4-04

Poole's Pharmacy
Sixty five dollars 00/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 65.30 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

1508

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

DOS
1/28/04

5/3/04

Kennestone Hospital
Seventeen dollars and 26/100
P.O. Box 40616
ATL 30384-6161
#402800666

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 17.26 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

Phone 7-456-5705

**NOT NEGOTIABLE**

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**1510**

4-30-04

Northside Cardiology

eight dollars and seventeen cents

BALANCE FORWARD
THIS ITEM   8.17
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

026993

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**1570**

6/21/04

Wal Mart

Seventy five and 77/100

BALANCE FORWARD
THIS ITEM   75.77
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**1579**

6/29/04

Poole's Pharmacy

Twelve dollars and 29/100

BALANCE FORWARD
THIS ITEM   12.29
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____
☐ TAX-DEDUCTIBLE ITEM

**1584**

07/2/04

BALANCE FORWARD
THIS ITEM   34.00
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Dr John Michael Roach

Thirty four Dollars   00/100

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____
☐ TAX-DEDUCTIBLE ITEM

2nd Payment **1592**

8/3/04

37.60

BALANCE FORWARD
THIS ITEM   37.59
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Recovery Bureau NW Newslin

over Phone

1111 S. Marietta Pkwy
Marietta

Confirmation # 4426569

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____
☐ TAX-DEDUCTIBLE ITEM

Final Payment **1593**

8/3/04

ITZ 112.78

BALANCE FORWARD
THIS ITEM   32.59
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Recovery Bureau

over Phone

1111 S Marietta Pkwy
74 284 600

Confirmation 4476 6569

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☑ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

7-8-04

Krogers

One Hundred Sixty Five 19/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 165.19 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM   **1598**

10-4-04

Recovery Bureau NA   Neurology
over phone
7-427-4800
Stalling Financial

See 1592 & 1593

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 37.60 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM   **1600**

7/13/04

Quest Diagnostics
Forty one dollars and 16/100

2640559745

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 41.16 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

**1604**

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

7 - 14 - 04

BALANCE FORWARD
Infectious Disease Solutions   THIS ITEM   400.00
BALANCE
Four Hundred Dollars Too
DEPOSIT
TTL Bill 1067.98   OTHER
- 400.00   BALANCE FORWARD
LADMA 00667.98

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

**1605**

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

1 - 14 - 04

BALANCE FORWARD
Kinnestone Hospital   THIS ITEM   17.26
26
Seventeen Dollars   100   BALANCE

DEPOSIT
OTHER
BALANCE FORWARD
4 0 2800 666

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

**1608**

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

7/14/04

BALANCE FORWARD
Georgia Kidney Associates   THIS ITEM   13.02
02
Thirteen Dollars   100   BALANCE

DEPOSIT
OTHER
BALANCE FORWARD
45784

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☐ Track your expenses...
☐ Clothing  ☑ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**1625**

8/17/04

Piedmont Hospital
Thirty two Dollars and 61/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 32.61 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Acct #PO406300077

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ **Track your expenses...**
☑ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☑ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**1634**

8/10/04

A P N   PC
Thirty two Dollars and 26/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 32.26 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ **Track your expenses...**
☐ Clothing  ☑ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☑ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**1646**

8/31/04

Frozers
One Hundred Thirtyeight 30/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 138.30 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**1660**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment ☐ Insurance ☐ Other: _____

7/13/04

Wal Mart
Thirty eight dollars 84/100

BALANCE FORWARD
THIS ITEM  38.84
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.    NOT NEGOTIABLE

---

**1662**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment ☐ Insurance ☐ Other: _____

9-20-04

Atlanta Diabetes Assoc
Thirteen Dollars and 72/100

BALANCE FORWARD
THIS ITEM  13.72
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.    NOT NEGOTIABLE

---

**1679**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment ☐ Insurance ☐ Other: _____

10/5/04

Krogers
One Hundred fifty /100

BALANCE FORWARD
THIS ITEM  150.00
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.    NOT NEGOTIABLE

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☑ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1686**

10/20/04

BALANCE FORWARD
THIS ITEM 6.30
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Poole's Pharmacy

Six Dollars and 30/100

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1693**

10/21/04

BALANCE FORWARD
THIS ITEM 20.61
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Frost-Arnett Company

Twenty Dollars and 61/100

Northside Associates

1K-1809*1510795/

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1694**

10/21/04

BALANCE FORWARD
THIS ITEM 25.86
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Atlanta Allergy & Asthma

Twenty five Dollars and 86/100

30100000 2634

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☐ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____ ☐ TAX-DEDUCTIBLE ITEM

**1698**

10/21/04

I P S P C
Seven hundred eight and 99/100

LADMA000

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 708.99 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____ ☐ TAX-DEDUCTIBLE ITEM

**1707**

10/24/04

Wal Mart
One Hundred twenty nine 65/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 129.65 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____ ☐ TAX-DEDUCTIBLE ITEM

**1717**

10/31/04

Wal Mart
Fifty nine and 67/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 59.67 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

**1783**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Today! Reorder your Duplicate Check Now

☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other: ___

☐ TAX-DEDUCTIBLE ITEM

12/15/04

Georgia Pain Clinic

Twenty five _____ 00 / 100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 25.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.