# Exhibit 8

# IN THE SUPREME COURT OF PENNSYLVANIA
# MIDDLE DISTRICT

| | |
|---|---|
| IN RE:  BRIDGEPORT FIRE LITIGATION : | No. 958 MAL 2010 |
| : | |
| : | Petition for Allowance of Appeal from the |
| : | Order of the Superior Court |
| PETITION OF:  DONALD E. HAVILAND, : | |
| JR., ESQUIRE AND THE HAVILAND  : | |
| LAW FIRM  : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2011, the Petition for Allowance of Appeal and Application for Leave to File Reply in Support of Petition for Allowance of Appeal are **DENIED**.  This matter is referred to the Disciplinary Board of the Supreme Court of Pennsylvania for review of petitioners' conduct.