UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| TRACK 2 SETTLEMENT | Judge Patti B. Saris |

### DECLARATION OF STEVE W. BERMAN IN SUPPORT OF CLASS PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO ADD INDIVIDUAL PLAINTIFFS AS CLASS REPRESENTATIVES FOR <u>THE TRACK TWO SETTLEMENT</u>

I, Steve W. Berman, duly declare under penalty of perjury as follows:

1. I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am Co-Lead Counsel for the Plaintiffs in the above-captioned matter. I submit this declaration under penalty of perjury in support of Class Plaintiffs' Reply Brief in Support of Their Motion to Add Individual Plaintiffs as Class Representatives for the Track Two Settlement.

2. Attached hereto as Exhibit 1 is a true and correct copy of the June 13, 2011 Hearing Transcript (pertinent pages only).

3. Attached hereto as Exhibit 2 is a true and correct copy of Haviland's May 12, 2009 Brief in Support of Plaintiff's Motion to Add Putative Class Representatives filed in *International Union of Operating Engineers, Local 68 Welfare Fund v. AstraZeneca PLC, et al.*, No. MON-L-3136-06 (N.J. Super. Ct.).

4. Attached hereto as Exhibit 3 is a true and correct copy of Haviland's October 2, 2009 Reply in Support of Motion to Add Class Representatives filed in *International Union of*

- 1 -

- 2 -

*Operating Engineers, Local 68 Welfare Fund v. AstraZeneca PLC, et al.*, No. MON-L-3136-06 (N.J. Super. Ct.).

5. Attached hereto as Exhibit 4 is a true and correct copy of Haviland's April 30, 2004 Memorandum in Opposition to Defendants GlaxoSmithKline, Fujisawa, Wyeth and Dey's Motion to Dismiss on Standing and Rule 9(b) Grounds filed in *Swanston v. TAP Pharm. Prods., Inc., et al.*, No. CV2002-004988 (Ariz. Super. Ct.).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Mariella Laday billing records.

7. Attached hereto as Exhibit 6 is a true and correct copy of the April 27, 2009 Hearing Transcript (pertinent pages only).

8. Attached hereto as Exhibit 7 is a true and correct copy of the September 11, 2007 Hearing Transcript (pertinent pages only).

9. Attached hereto as Exhibit 8 is a true and correct copy of the June 13, 2011 Order from the Pennsylvania Supreme Court Middle District in *In re Bridgeport Fire Litig.*, No. 958 MAL 2010.

Executed this 24th day of June, 2011, in Seattle, Washington.

                                                     **/s/ Steve W. Berman**
                                                     STEVE W. BERMAN

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF CLASS PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO ADD INDIVIDUAL PLAINTIFFS AS CLASS REPRESENTATIVES FOR THE TRACK TWO SETTLEMENT**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 24, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

                By **/s/ Steve W. Berman**
                  Steve W. Berman

001534-16  457051 V1