# Exhibit 5

☑ Track Your Expenses...

| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel | DO NOT USE | 875 |
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental | FOR REORDERING | |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care | | |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment | | |
| ☐ Clothing | ☐ Home Improvement (Maintenance, Repairs) | ☐ Other | | |

2-28-00

Wal Mart

Eighty seven dollars 93/100

| BAL FOR'D | |
| THIS PAYMENT | 87.93 |
| BALANCE | |
| OTHER | |
| BAL FOR'D | |

**Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

NOT NEG



☑ Track Your Expenses...

| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel | DO NOT USE | 902 |
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental | FOR REORDERING | |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care | | |
| ☐ Food | | | | |
| ☐ Clothing | | | | |

✓ TAX DEDUCTIBLE ITEM

**Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

NOT NEG

☑ Track Your Expenses...

| ☐ Mortgage / Rent | ☐ Transportation | ☐ Entertainment & Travel | DO NOT USE | 934 |
| ☐ Gas / Electric | ☐ Credit Card | ☐ Medical / Dental | FOR REORDERING | |
| ☐ Telephone | ☐ Taxes | ☐ Dependent Care | | |
| ☐ Food | ☐ Insurance (Life, Home, Auto) | ☐ Savings & Investment | | |
| ☐ Clothing | ☐ Home Improvement (Maintenance) | | | |

✓ TAX DEDUCTIBLE ITEM

3-17-00

Wal Mart

One hundred one and 03/100

| BAL FOR'D | |
| THIS PAYMENT | 101.03 |
| BALANCE | |
| OTHER | |
| BAL FOR'D | |

**Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

⑆011024009 ⑉ 10 01631 1⑈ 0934⑆   NOT NEGOTIABLE

WD-DUP (3)

































✔ Track Your Expenses

Mortgage / Rent · Transportation · Entertainment & Travel · Gas / Electric · Credit Card · Medical / Dental · Telephone · Taxes · Dependent Care · Food · Insurance (Life, Home, Auto) · Savings & Investment · Clothing · Home Improvement (Maintenance, Repairs) · Other

DO NOT USE FOR REORDERING

**977**

4-6-00

Atlanta Radiology Imaging

THIS PAYMENT 17.41

Seventeen dollars and 41/100

BALANCE · OTHER · BAL. FOR'D

Here's How:
- Carry balance forward
- Check type of expense
- Add details on memo line
- Retain duplicates in Deluxe Check box

[redacted]

Memo 0045095-104

⑆061102400⑆ 18 01631 1⑈ 0977 NOT NEGOTIABLE

WD-DUP (3)

---

✔ Track Your Expenses · TAX DEDUCTIBLE ITEM ➡ ☐

Mortgage / Rent · Transportation · Entertainment & Travel · Gas / Electric · Credit Card · Medical / Dental · Telephone · Taxes · Dependent Care · Food · Insurance (Life, Home, Auto) · Savings & Investment · Clothing · Home Improvement (Maintenance, Repairs) · Other

DO NOT USE FOR REORDERING

**979**

4-6-00

Kennestone Periodontics

THIS PAYMENT 21.07

Twenty one dollars and 7/100

BALANCE · OTHER · BAL. FOR'D

Here's How:
- Carry balance forward
- Check type of expense
- Add details on memo line
- Retain duplicates in Deluxe Check box

[redacted]

Memo

⑆061102400⑆ 18 01631 1⑈ 0979 NOT NEGOTIABLE

WD-DUP (3)

---

✔ Track Your Expenses · TAX DEDUCTIBLE ITEM ➡ ☐

Mortgage / Rent · Transportation · Entertainment & Travel · Gas / Electric · Credit Card · Medical / Dental · Telephone · Taxes · Dependent Care · Food · Insurance (Life, Home, Auto) · Savings & Investment · Clothing · Home Improvement (Maintenance, Repairs) · Other

DO NOT USE FOR REORDERING

**980**

4-6-00

Sandy Springs Internal Medicine

THIS PAYMENT 25.00

Twenty five dollars 00/100

BALANCE · OTHER · BAL. FOR'D

Here's How:
- Carry balance forward
- Check type of expense
- Add details on memo line
- Retain duplicates in Deluxe Check box

[redacted]

Memo 11552

⑆061102400⑆ 18 01631 1⑈ 0980 NOT NEGOTIABLE

WD-DUP (3)

✔ Track Your Expenses...                    TAX DEDUCTIBLE ITEM ➡

☐ Mortgage / Rent   ☐ Transportation   ☐ Entertainment & Travel   **DO NOT USE**
☐ Gas / Electric    ☐ Credit Card      ☐ Medical / Dental         **FOR REORDERING   985**
☐ Telephone         ☐ Taxes            ☐ Dependent Care
☐ Food              ☐ Insurance (Life, Home, Auto)   ☐ Savings & Investment
☐ Clothing          ☐ Home Improvement / Repairs

*4-7-00*

*Wal Mart*

*Thirty Three Dollars and 57/100*

Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicate in Deluxe Check box

| | PAID FOR D | |
|---|---|---|
| THIS PAYMENT | 33.57 |
| BALANCE | |
| OTHER | |
| BAL FOR'D | |

Memo _____

⑈06⑈40⑆40000 ⑈⑆ 0⑈534 ⑈⑈° 0⑆85     **NOT NEGOTIABLE**

WD-DUP (B)

---

✔ Track Your Expenses...                    TAX DEDUCTIBLE ITEM ➡

☐ Mortgage / Rent   ☐ Transportation   ☐ Entertainment & Travel   **DO NOT USE**
☐ Gas / Electric    ☐ Credit Card      ☐ Medical / Dental         **FOR REORDERING   988**
☐ Telephone         ☐ Taxes            ☐ Dependent Care
☐ Food              ☐ Insurance (Life, Home, Auto)   ☐ Savings & Investment
☐ Clothing          ☐ Home Improvement / Repairs

*May 1, 2000*

*Doug Brooks*

*Forty five dollars*

Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicate in Deluxe Check box

| | PAID FOR D | |
|---|---|---|
| THIS PAYMENT | 45.00 |
| BALANCE | |
| OTHER | |
| BAL FOR'D | |

Memo _____

⑈06⑈40⑆40000 ⑈⑆ 0⑈534 ⑈⑈° 0⑆88     **NOT NEGOTIABLE**

WD-DUP (B)



























☐ Mortgage / Rent ☐ Transportation ☐ Entertainment & Travel   **DO NOT USE**   **1037**
☐ Gas / Electric ☐ Credit Card ☐ Medical / Dental   **FOR REORDERING**
☐ Telephone ☐ Taxes ☐ Dependent Care
☐ Food ☐ Insurance ☐ Savings & Investment
☐ Clothing ☐ Home Improvement ☐ Other

5-31-00

Ronald Stevenson M.N.   25.00

Twenty five

**Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicate in Deluxe Check box

Memo   Bal 26.37

⑈061102400⑈  18 01631 1⑈  1037   **NOT NEGOTIABLE**

WD-DUP (3)

---

✔ **Track Your Expenses...**   TAX DEDUCTIBLE ITEM ☐

☐ Mortgage / Rent ☐ Transportation ☐ Entertainment & Travel   **DO NOT USE**   **1045**
☐ Gas / Electric ☐ Credit Card ☐ Medical / Dental   **FOR REORDERING**
☐ Telephone ☐ Taxes ☐ Dependent Care
☐ Food ☐ Insurance ☐ Savings & Investment
☐ Clothing ☐ Home Improvement ☐ Other

June 2, 2000

Atlanta Allergy Clinic   25.00

Twenty five dollars

**Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicate in Deluxe Check box

Memo

⑈061102400⑈  18 01631 1⑈  1045   **NOT NEGOTIABLE**

WD-DUP (3)

---

✔ **Track Your Expenses...**   TAX DEDUCTIBLE ITEM ☐

☐ Mortgage / Rent ☐ Transportation ☐ Entertainment & Travel   **DO NOT USE**   **1049**
☐ Gas / Electric ☐ Credit Card ☐ Medical / Dental   **FOR REORDERING**
☐ Telephone ☐ Taxes ☐ Dependent Care
☐ Food ☐ Insurance ☐ Savings & Investment
☐ Clothing ☐ Home Improvement ☐ Other

June 2, 2000

Wal Mart   126.35

One Hundred Twenty six

**Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicate in Deluxe Check box

Memo

⑈061102400⑈  18 01631 1⑈  1049   **NOT NEGOTIABLE**

WD-DUP (3)

✔ Track Your Expenses

☐ Mortage / Rent   ☐ Transportation   ☐ Entertainment & Travel   **TAX DEDUCTIBLE ITEM** ➡ ☐
☐ Gas / Electric   ☐ Credit Card   ☐ Medical / Dental   DO NOT USE
☐ Telephone   ☐ Taxes   ☐ Dependent Care   FOR REORDERING   **1061**
☐ Food   ☐ Insurance (Life, Home, Auto)   ☐ Savings & Investment
☐ Clothing   ☐ Home Improvement (Maintenance, Repairs)   ☐ Other

6-5-00

_Wal Mart_
_Sixty three dollars and_ 84/100

| | | |
|---|---|---|
| THIS PAYMENT | 63.84 |
| BALANCE | |
| OTHER | |
| BAL FOR'D | |

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1⑈ 1061   NOT NEGOTIABLE

WD-DUP (3)

---

✔ Track Your Expenses   **TAX DEDUCTIBLE ITEM** ➡ ☐

☐ Mortage / Rent   ☐ Transportation   ☐ Entertainment & Travel   DO NOT USE
☐ Gas / Electric   ☐ Credit Card   ☐ Medical / Dental   FOR REORDERING   **1062**
☐ Telephone   ☐ Taxes   ☐ Dependent Care
☐ Food   ☐ Insurance (Life, Home, Auto)   ☐ Savings & Investment
☐ Clothing   ☐ Home Improvement (Maintenance, Repairs)   ☐ Other

6-5-00

_Wal Mart_
_Fifty seven dollars_ 96/100

| | | |
|---|---|---|
| THIS PAYMENT | 57.96 |
| BALANCE | |
| OTHER | |
| BAL FOR'D | |

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1⑈ 1062   NOT NEGOTIABLE

WD-DUP (3)

---

✔ Track Your Expenses   **TAX DEDUCTIBLE ITEM** ➡ ☐

☐ Mortage / Rent   ☐ Transportation   ☐ Entertainment & Travel   DO NOT USE
☐ Gas / Electric   ☐ Credit Card   ☐ Medical / Dental   FOR REORDERING   **1083**
☐ Telephone   ☐ Taxes   ☐ Dependent Care
☐ Food   ☐ Insurance (Life, Home, Auto)   ☐ Savings & Investment
☐ Clothing   ☐ Home Improvement (Maintenance, Repairs)   ☐ Other

7-3-00

_Dove Brooks_
_Forty five dollars_ 00/100

| | | |
|---|---|---|
| THIS PAYMENT | 45.00 |
| BALANCE | |
| OTHER | |
| BAL FOR'D | |

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1⑈ 1083   NOT NEGOTIABLE

WD-DUP (3)







### Check 1094

☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel   DO NOT USE
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental   FOR REORDERING   **1094**
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement / Maintenance / Repairs  ☐ Other

*Wal Mart*

*One Hundred twenty five 00/100*

Jul 3, 2000

THIS PAYMENT   25.00

⑈061102400⑈ 18 01631 1⑈ 1094   **NOT NEGOTIABLE**

WD-DUP (3)

---

### Check 1095

✓ **Track Your Expenses**   TAX DEDUCTIBLE ITEM ➤ ☐

☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel   DO NOT USE
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental   FOR REORDERING   **1095**
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement / Maintenance / Repairs  ☐ Other

*Wal Mart*

*Sixteen Dollars and 57/100*

7-3-00

THIS PAYMENT   16.57

⑈061102400⑈ 18 01631 1⑈ 1095   **NOT NEGOTIABLE**

WD-DUP (3)

---

### Check 1099

✓ **Track Your Expenses**   TAX DEDUCTIBLE ITEM ➤ ☐

☐ Mortgage / Rent  ☐ Transportation  ☐ Entertainment & Travel   DO NOT USE
☐ Gas / Electric  ☐ Credit Card  ☐ Medical / Dental   FOR REORDERING   **1099**
☐ Telephone  ☐ Taxes  ☐ Dependent Care
☐ Food  ☐ Insurance (Life, Home, Auto)  ☐ Savings & Investment
☐ Clothing  ☐ Home Improvement / Maintenance / Repairs  ☐ Other

*Wal Mart*

*Sixty Dollars and 92/100*

7-4-00

THIS PAYMENT   60.92

⑈061102400⑈ 18 01631 1⑈ 1099   **NOT NEGOTIABLE**

WD-DUP (3)

✓ Track Your Expenses...

| Mortgage / Rent | Transportation | Entertainment & Travel | DO NOT USE |
| Gas / Electric | Credit Card | Medical / Dental | FOR REORDERING   1106 |
| Telephone | Taxes | Dependent Care | |
| Food | Insurance (Life, Home, Auto) | Savings & Investment | |
| Clothing | Home Improvement (Maintenance, Repairs) | Other | |

7-6-00

Atlanta Allergy Clinic

Twenty five dollars

**...Here's How:**
- Carry balance forward
- Check type of expense
- Add details on memo line
- Retain duplicates in Deluxe Check box

BAL FOR'D

THIS PAYMENT   25.00

OTHER

BAL FOR'D

Memo

⑆061102400⑆ 18 0⑈631 1⑊ 1106        NOT NEGOTIABLE

WD-DUP (3)

---

✓ Track Your Expenses...

| Mortgage / Rent | Transportation | Entertainment & Travel | DO NOT USE |
| Gas / Electric | Credit Card | Medical / Dental | FOR REORDERING   1107 |
| Telephone | Taxes | Dependent Care | |
| Food | Insurance (Life, Home, Auto) | Savings & Investment | |
| Clothing | Home Improvement (Maintenance, Repairs) | Other | |

7-1-00

Wal Mart

One Hundred fortytwo 86/100

**...Here's How:**
- Carry balance forward
- Check type of expense
- Add details on memo line
- Retain duplicates in Deluxe Check box

BAL FOR'D

THIS PAYMENT   142.86

OTHER

BAL FOR'D

Memo

⑆061102400⑆ 18 0⑈631 1⑊ 1107        NOT NEGOTIABLE

WD-DUP (3)

---

✓ Track Your Expenses...

| Mortgage / Rent | Transportation | Entertainment & Travel | DO NOT USE |
| Gas / Electric | Credit Card | Medical / Dental | FOR REORDERING   1119 |
| Telephone | Taxes | Dependent Care | |
| Food | Insurance (Life, Home, Auto) | Savings & Investment | |
| Clothing | Home Improvement (Maintenance, Repairs) | Other | |

Aug 3, 2000

Roy Brooks

Forty five 00/100

**...Here's How:**
- Carry balance forward
- Check type of expense
- Add details on memo line
- Retain duplicates in Deluxe Check box

FOR'D

THIS PAYMENT   45.00

BALANCE

OTHER

BAL FOR'D

Memo

⑆061102400⑆ 18 0⑈631 1⑊ 1119        NOT NEGOTIABLE

WD-DUP (3)

## Check 1133

✔ Track Your Expenses...

- [x] Mortgage / Rent
- [ ] Transportation
- [ ] Entertainment & Travel
- [ ] Gas / Electric
- [ ] Credit Card
- [ ] Medical / Dental
- [ ] Telephone
- [ ] Taxes
- [ ] Dependent Care
- [ ] Food
- [ ] Insurance (Life, Home, Auto)
- [ ] Savings & Investment
- [ ] Clothing
- [ ] Home Improvement (Maintenance, Repairs)
- [ ] Other _____

DO NOT USE
FOR REORDERING

1133

TAX DEDUCTIBLE ITEM ➡

7-31-00

Wal Mart

One hundred nine and 100

BAL FOR'D
THIS PAYMENT 109.73
BALANCE
OTHER
BAL FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

⑈0611024001⑈ 18 01631 1⑈ 1133     NOT NEGOTIABLE

WD-8UP (3)

---

## Check 1135

✔ Track Your Expenses...

- [x] Mortgage / Rent
- [ ] Transportation
- [ ] Entertainment & Travel
- [ ] Gas / Electric
- [ ] Credit Card
- [ ] Medical / Dental
- [ ] Telephone
- [ ] Taxes
- [ ] Dependent Care
- [ ] Food
- [ ] Insurance (Life, Home, Auto)
- [ ] Savings & Investment
- [ ] Clothing
- [ ] Home Improvement (Maintenance, Repairs)
- [ ] Other _____

DO NOT USE
FOR REORDERING

1135

TAX DEDUCTIBLE ITEM ➡

8-3-00

APN

Twenty Dollars

BAL FOR'D
THIS PAYMENT 20.00
BALANCE 100
OTHER
BAL FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo _____

⑈0611024001⑈ 18 01631 1⑈ 1135     NOT NEGOTIABLE

WD-8UP (3)

---

## Check 1136

✔ Track Your Expenses...

- [ ] Mortgage / Rent
- [ ] Transportation
- [ ] Entertainment & Travel
- [ ] Gas / Electric
- [ ] Credit Card
- [ ] Medical / Dental
- [ ] Telephone
- [ ] Taxes
- [ ] Dependent Care
- [ ] Food
- [x] Insurance (Life, Home, Auto)
- [ ] Savings & Investment
- [ ] Clothing
- [ ] Home Improvement (Maintenance, Repairs)
- [ ] Other _____

DO NOT USE
FOR REORDERING

1136

TAX DEDUCTIBLE ITEM ➡

8-3-00

Atlanta Allergy Clinic

Twenty Dollars

BAL FOR'D
THIS PAYMENT 20.00
BALANCE 100
OTHER
BAL FOR'D

...Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

335410

Memo _____

⑈0611024001⑈ 18 01631 1⑈ 1136     NOT NEGOTIABLE

WD-8UP (3)

☐ Mortgage / Rent   ☐ Transportation   ☐ Entertainment & Travel   **DO NOT USE**
☐ Gas / Electric   ☐ Credit Card   ☐ Medical / Dental   **FOR REORDERING**   **1145**
☐ Telephone   ☐ Taxes   ☐ Dependent Care
☐ Food   ☐ Insurance (Life, Home, Auto)   ☐ Savings & Investment
☐ Clothing   ☐ Home Improvement / Maintenance Repairs   ☐ Other

7-8-00

Wal Mart

One Hundred thirty six and 68/100

BAL FOR'D
THIS PAYMENT   136.68
OTHER
BAL D

**...Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆06110240⑆  18 0163  1⑈ 1145   **NOT NEGOTIABLE**

WD-DUP (3)

---

✓ Track Your Expenses...                               TAX DEDUCTIBLE ITEM ➡ ☐

☐ Mortgage / Rent   ☐ Transportation   ☐ Entertainment & Travel   **DO NOT USE**
☐ Gas / Electric   ☐ Credit Card   ☐ Medical / Dental   **FOR REORDERING**   **1171**
☐ Telephone   ☐ Taxes   ☐ Dependent Care
☐ Food   ☐ Insurance (Life, Home, Auto)   ☐ Savings & Investment
☐ Clothing   ☐ Home Improvement / Maintenance Repairs

Aug 31, 2000

Wal Mart

One Hundred eighty four and 50/100

BAL FOR'D
THIS PAYMENT   184.50
BAL FOR'D

**...Here's How:**
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆06110240⑆  18 0163  1⑈ 1171   **NOT NEGOTIABLE**

---



MARIELLA LADAY                              64-240/611        1179
1805A ASHBOROUGH CIR.   PH. 770-428-8938   18016311
MARIETTA, GA  30067                        DATE  9-2-00

Pay to the order of   Revenue Recovery / Pain Consultants    $39.38

Resubmit 11/22
432-                                 by Phone
                                     Practice random acts of kindness
FIDELITY
NATIONAL
Atlanta, Georgia                     1 888 432 8503
                                          Alan

Memo

⑆06110240⑆  18 0163  1⑈ 1179

✓ Track Your Expenses...                                          TAX DEDUCTIBLE ITEM ➡ ☐

☐ Mortgage / Rent    ☐ Transportation      ☐ Entertainment & Travel    **DO NOT USE**
☐ Gas / Electric     ☐ Credit Card         ☐ Medical / Dental          **FOR REORDERING**    **1184**
☐ Telephone          ☐ Taxes               ☐ Dependent Care
☐ Food               ☐ Insurance           ☐ Savings & Investment                        9-3-00
                       (Life, Home, Auto)
☐ Clothing           ☐ Home Improvement    ☐ Other                     BAL.
                       (Maintenance, Repairs)                          FOR'D

Wal Mart                                               63        THIS PAYMENT    159.63

One Hundred fifty nine 100                                       BALANCE
                                                                 OTHER

...Here's How:                                                   BAL.
• Carry balance forward                                          FOR'D
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1⑈ 1184          **NOT NEGOTIABLE**

WD-DUP 131

---

✓ Track Your Expenses...                                          TAX DEDUCTIBLE ITEM ➡ ☐

☐ Mortgage / Rent    ☐ Transportation      ☐ Entertainment & Travel    **DO NOT USE**
☐ Gas / Electric     ☐ Credit Card         ☑ Medical / Dental          **FOR REORDERING**    **1185**
☐ Telephone          ☐ Taxes               ☐ Dependent Care
☐ Food               ☐ Insurance           ☐ Savings & Investment                        9-6-00
                       (Life, Home, Auto)
☐ Clothing           ☐ Home Improvement    ☐ Other                     BAL.
                       (Maintenance, Repairs)                          FOR'D

Atlanta Allergy Asthma Clinic                                    THIS PAYMENT    25.00

Twenty five Dollars 100                                          BALANCE
                                                                 OTHER

...Here's How:                                                   BAL.
• Carry balance forward                                          FOR'D
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo    33541

⑆061102400⑆ 18 01631 1⑈ 1185          **NOT NEGOTIABLE**

WD-DUP 131

---

✓ Track Your Expenses...                                          TAX DEDUCTIBLE ITEM ➡ ☐

☐ Mortgage / Rent    ☐ Transportation      ☐ Entertainment & Travel    **DO NOT USE**
☐ Gas / Electric     ☐ Credit Card         ☐ Medical / Dental          **FOR REORDERING**    **1186**
☐ Telephone          ☐ Taxes               ☐ Dependent Care
☐ Food               ☐ Insurance           ☐ Savings & Investment                        9-6-00
                       (Life, Home, Auto)
☐ Clothing           ☑ Home Improvement    ☐ Other                     BAL.
                       (Maintenance, Repairs)                          FOR'D

Wal Mart                                                         THIS PAYMENT    66.90

lenty six dollars and 90/100                                     BALANCE
                                                                 OTHER

...Here's How:                                                   BAL.
• Carry balance forward                                          FOR'D
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

Memo

⑆061102400⑆ 18 01631 1⑈ 1186          **NOT NEGOTIABLE**

WD-DUP 131















