☐☐ TAX DEDUCTIBLE ITEM $

1364

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

Dec 15

64-240/611

Wal Mart

Ninety three dollars

**FIDELITY NATIONAL**
Atlanta, GA

| | |
|---|---|
| BAL FOR'D | |
| THIS ITEM | 93.34 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BAL FOR'D | |

⑆061102400⑆ 18 01631 1⑈ 1364

**NOT NEGOTIABLE**





**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

1398

64-240/611

Mar 3 200

*Doctors fare*

*One Hundred thirty and 30/100*

| | |
|---|---|
| BAL FORD | |
| THIS ITEM | 130.34 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BAL FORD | |

⌐:061102400⌐: 18 0163: 1⌐ 1398

**NOT NEGOTIABLE**



☐☐ TAX DEDUCTIBLE ITEM

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

$

1411

64-240/611

2-17-01

*Wal Mart*

*One Hundred eighteen 5/100*

| | |
|---|---|
| BAL FORD | |
| THIS ITEM | 118.59 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BAL FORD | |

⌐:061102400⌐: 18 0163: 1⌐ 1411

**NOT NEGOTIABLE**



☐☐ TAX DEDUCTIBLE ITEM

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

$

1412

64-240/611

March 3, 2001

*Doug Brooks*

*Forty five 00/100*

| | |
|---|---|
| BAL FORD | |
| THIS ITEM | 45.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BAL FORD | |

⌐:061102400⌐: 18 0163: 1⌐ 1412

**NOT NEGOTIABLE**



MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM

1418
64-240/611

Feb 23 2001

Wal Mart

One Hundred eighty seven

187.37

FIDELITY NATIONAL
Atlanta, GA

NOT NEGOTIABLE

⑆061102400⑆ 18 01631 ⑆'' 1418



☐☐ TAX DEDUCTIBLE ITEM    $

1425
64-240/611

MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

2001

Feb 28

Wal Mart

Ninety eight dollars and 19/100

98.19

FIDELITY NATIONAL
Atlanta, GA

NOT NEGOTIABLE

⑆061102400⑆ 18 01631 ⑆'' 1425



☐☐ TAX DEDUCTIBLE ITEM    $

1434
64-240/611

MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

March 5 2001

Wal Mart

One Hundred seventy one

171.47

FIDELITY NATIONAL
Atlanta, GA

NOT NEGOTIABLE

⑆061102400⑆ 18 01631 ⑆'' 1434

☐☐ TAX DEDUCTIBLE ITEM

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

1441

Mar 31      2001     64-240/611

Doctors Care

Forty five dollars       00/100

THIS ITEM    45.00

FIDELITY NATIONAL
Atlanta, GA

⑆061102400⑆  1B 01631 1⑈  1441

NOT NEGOTIABLE



☐☐ TAX DEDUCTIBLE ITEM

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

1446

Mar 31     200 1     64-240/611

THIS ITEM    45.00

Forty seven       00/100

FIDELITY NATIONAL
Atlanta, GA

⑆061102400⑆  1B 01631 1⑈  1446

NOT NEGOTIABLE



☐☐ TAX DEDUCTIBLE ITEM

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

1455

Mar 30     200 1     64-240/611

THIS ITEM

⑆061102400⑆  1B 01631 1⑈  1455

NOT NEGOTIABLE







☐☐ TAX DEDUCTIBLE ITEM

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1488

5-3-01

64-240/611

Wal Mart

Three hundred sixty nine 100

369.89

**FIDELITY NATIONAL**
Atlanta, GA

BAL FORD
THIS ITEM
BALANCE
DEPO Grandcion
OTHER
BAL FORD

⑆061102400⑆ 18 01631 ⑆ 1488

**NOT NEGOTIABLE**



☐☐ TAX DEDUCTIBLE ITEM                    $

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1496

64-240/611

May 6  2001

Wal Mart

One Hundred eighty eight 100

188.16

**FIDELITY NATIONAL**
Atlanta, GA

BAL FORD
THIS ITEM
BALANCE
DEPO Grandcion
OTHER
BAL FORD

⑆061102400⑆ 18 01631 ⑆ 1496

**NOT NEGOTIABLE**



☐☐ TAX DEDUCTIBLE ITEM                    $

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1520

2001

64-240/611

May 29

Wal Mart

One Hundred three 100

193.21

**FIDELITY NATIONAL**
Atlanta, GA

BAL FORD
THIS ITEM
BALANCE
DEPO Grandcion
OTHER
BAL FORD

⑆061102400⑆ 18 01631 ⑆ 1520

**NOT NEGOTIABLE**















☐☐ TAX DEDUCTIBLE ITEM

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1575

64-240/611

FIDELITY NATIONAL
Atlanta, GA

⑆061102400⑆ ⑈8 0163⑈ 1⑆ 1575

NOT NEGOTIABLE



☐☐ TAX DEDUCTIBLE ITEM   $

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1593

64-240/611

FIDELITY NATIONAL
Atlanta, GA

⑆061102400⑆ ⑈8 0163⑈ 1⑆ 1593

NOT NEGOTIABLE



☐☐ TAX DEDUCTIBLE ITEM   $

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1599

64-240/611

FIDELITY NATIONAL
Atlanta, GA

⑆061102400⑆ ⑈8 0163⑈ 1⑆ 1599

NOT NEGOTIABLE





































☐ TAX DEDUCTIBLE ITEM

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1715

64-240/611

12-31-01

BAL
FORD

THIS
ITEM    45.00

BALANCE

DEP GRANDLION

OTHER
BAL
FORD

**FIDELITY NATIONAL**
Atlanta, GA.

Doug Brooks

Forty five ___ 00/100

NOT NEGOTIABLE

⑆061102400⑆ 18 01631 1⑆ 1715









NOT NEGOTIABLE



NOT NEGOTIABLE



NOT NEGOTIABLE









MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM    $
1813

7-42-0268                    5-3-02

Recovery Resources

(Memo) for Rodriguez

FIDELITY NATIONAL
Atlanta, GA

nine
Payments                        #1

BAL FOR'D
THIS ITEM      75.00
BALANCE
DEP GRANDLION
OTHER
BAL FOR'D

⑆061102400⑆  18 01631 1⑈  1813

NOT NEGOTIABLE



**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM    $
1818
64-240/611

5-3-02

Doug Brooks

Forty five dollars 100

FIDELITY NATIONAL
Atlanta, GA

BAL FOR'D
THIS ITEM      45.00
BALANCE
DEP GRANDLION
OTHER
BAL FOR'D

⑆061102400⑆  18 01631 1⑈  1818

NOT NEGOTIABLE



**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐☐ TAX DEDUCTIBLE ITEM    $
1821
64-240/611

4-29-02

Wal Mart

One Hundred Thirty seven 04

FIDELITY NATIONAL
Atlanta, GA

BAL FOR'D
THIS ITEM      137.04
BALANCE
DEP GRANDLION
OTHER
BAL FOR'D

⑆061102400⑆  18 01631 1⑈  1821

NOT NEGOTIABLE









MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐ TAX DEDUCTIBLE ITEM

1842

64-240/611

June 3 2002

FIDELITY NATIONAL
Atlanta, GA

Forty five Dollars 100

45.00

NOT NEGOTIABLE

⑆061102400⑆ ⑈18 01631 ⑉ 1842



MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐ TAX DEDUCTIBLE ITEM $

1857

64-240/611

6-4-02

Wal Mart

Two hundred Twenty five 100

225.20

FIDELITY NATIONAL
Atlanta, GA

NOT NEGOTIABLE

⑆061102400⑆ 18 01631 ⑉ 1857



MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐ TAX DEDUCTIBLE ITEM $

1858

64-240/611

6-4-02

Wal Mart

Ninety Two Dollars 100

92.30

FIDELITY NATIONAL
Atlanta, GA

NOT NEGOTIABLE

⑆061102400⑆ 18 01631 ⑉ 1858





