

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1889

☐☐ TAX DEDUCTIBLE ITEM

7/23/02      64-240/611

*Dr Robin*

*Thirty Dollars*

**FIDELITY
NATIONAL**
Atlanta, GA

3 Treatments

BAL.
FORD

THIS
ITEM    30.00

BALANCE

DEP.
GRANDLION

OTHER

⑈061102400⑈ 18 0 1631 1⑈  1889

NOT NEGOTIABLE

---

☐☐ TAX DEDUCTIBLE ITEM          $          1892

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

8/5/02      64-240/611

*Dr Robin*

*Sixty Dollars*

**FIDELITY
NATIONAL**
Atlanta, GA

BAL.
FORD    60000

THIS
ITEM

BALANCE

DEP.
GRANDLION

OTHER

⑈061102400⑈ 18 0 1631 1⑈  1892

NOT NEGOTIABLE









MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐ TAX DEDUCTIBLE ITEM

1974

9/24/02          64-240/611

Physician Pain Specialist

Fifty Dollars and 16/100

THIS ITEM 50.16

FIDELITY NATIONAL
Atlanta, GA

937-17732

⑆061102400⑆  18 01631 1⑈ 1974          NOT NEGOTIABLE



MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐ TAX DEDUCTIBLE ITEM    $          1988

9-26-02          64-240/611

Drs Cohen Bailey & Maloney

Forty three dollars and 96/100

THIS ITEM 43.96

FIDELITY NATIONAL
Atlanta, GA

011096-00

⑆061102400⑆  18 01631 1⑈ 1988          NOT NEGOTIABLE



MARIELLA LADAY
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐ TAX DEDUCTIBLE ITEM    $          1995

9-27-02          64-240/611

Wal Mart

Four hundred five and 83/100

THIS ITEM 405.83

FIDELITY NATIONAL
Atlanta, GA

⑆061102400⑆  18 01631 1⑈ 1995          NOT NEGOTIABLE









**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐ TAX DEDUCTIBLE ITEM

2031

11/3/02   64-240/611

Wal Mart

Seventy three and 64/100

FIDELITY NATIONAL
Atlanta, GA

THIS ITEM  73.64

GRANDLION

NOT NEGOTIABLE

⑆061102400⑆ 18 01631 1⑈ 2031



**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐ TAX DEDUCTIBLE ITEM   $

2069

12/5/02   64-240/611

Wal Mart

One Hundred twenty one 00/100

FIDELITY NATIONAL
Atlanta, GA

THIS ITEM  121.67

GRANDLION

NOT NEGOTIABLE

⑆061102400⑆ 18 01631 1⑈ 2069



**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

☐ TAX DEDUCTIBLE ITEM   $

2072

12/11/02   64-240/611

Wal Mart

One Hundred Sixty five and 00/100

FIDELITY NATIONAL
Atlanta, GA

THIS ITEM  165.19

GRANDLION

NOT NEGOTIABLE

⑆061102400⑆ 18 01631 1⑈ 2072

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

☐☐ TAX DEDUCTIBLE ITEM

2091

$

12/29/02

64-240/611

Wal Mart

Seventy Thousand 42/100

FIDELITY
NATIONAL
MARIETTA, GA

BAL.
FOR'D

THIS
ITEM     174.42

BALANCE

DEP.
GRANDLION

OTHER

BAL.
FOR'D

⑊061102400⑊ 18 0163⑊ ⑊' 2091

NOT NEGOTIABLE



**MARIELLA LADAY**
PH: 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

☐ TAX DEDUCTIBLE ITEM   $

2100

64-240/611

1/2/03

Wal Mart

Three hundred seventy three 00/100

FIDELITY NATIONAL
Atlanta, GA

BAL FORD
THIS ITEM   373.27
BALANCE
GRANDLION
OTHER
BAL FORD

⑈061102400⑈ 18 01631 1⑈ 2100

NOT NEGOTIABLE



**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

☐ TAX DEDUCTIBLE ITEM   $

2121

64-240/611

1/31/02

Doug Bucks

Forty five dollars and 00/100

FIDELITY NATIONAL
Atlanta, GA

BAL FORD
THIS ITEM   45.00
BALANCE
GRANDLION
OTHER
BAL FORD

⑈061102400⑈ 18 01631 1⑈ 2121

NOT NEGOTIABLE

**MARIELLA LADAY**
PH. 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA  30067

☐ TAX DEDUCTIBLE ITEM   $

2128

64-240/611

1/31/03

Wal Mart Pharmacy

One Hundred twenty eight 00/100

FIDELITY NATIONAL
Atlanta, GA

BAL FORD
THIS ITEM   128.60
BALANCE
GRANDLION
OTHER
BAL FORD

⑈061102400⑈ 18 01631 1⑈ 2128

NOT NEGOTIABLE

**1006**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☐ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

3 / 14 / 03

Wal Mart
Three Hundred nine and 00/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 309.90 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**1007**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

3 / 15 / 03

APN
Twenty five _____ 00/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 25.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**1024**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

4 / 3 / 03

Wal Mart
Two hundred ninety and 00/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 290.53 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

**1048**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☐ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

4-29-03

Advanced Ear, Nose & Throat Assoc

Thirty three Dollars and 100

| | | |
|---|---|---|
| BALANCE FORWARD | | |
| THIS ITEM | 33.41 | |
| BALANCE | | |
| DEPOSIT | | |
| OTHER | | |
| BALANCE FORWARD | | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**1049**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

14792

☐ TAX-DEDUCTIBLE ITEM

4-30-03

AMCA

Forty two dollars and fifty seven cents

Other 3 pymts 42.57

1st of 4 payments

| | | |
|---|---|---|
| BALANCE FORWARD | | |
| THIS ITEM | 42.57 | |
| BALANCE | | |
| DEPOSIT | | |
| OTHER | | |
| BALANCE FORWARD | | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**1065**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

5-3-03

Wal Mart Pharmacy

Two Hundred sixty-six and 100

| | | |
|---|---|---|
| BALANCE FORWARD | | |
| THIS ITEM | 266.91 | |
| BALANCE | | |
| DEPOSIT | | |
| OTHER | | |
| BALANCE FORWARD | | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

**1084**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation   ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other: _____

8-31-03

Doug Brooks

Fifty

BALANCE FORWARD
THIS ITEM
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**1087**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation   ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other: _____

6-3-03

The Speakman Dental Group

One Hundred nineteen and 83/100

1st of 3 cks

BALANCE FORWARD
THIS ITEM   119.83
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**1088**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation   ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other: _____

7-3-03

The Speakman Dental Group

One Hundred nineteen and 83/100

2nd of 3 cks

BALANCE FORWARD
THIS ITEM   119.83
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ **Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:

**1089**

8-3-03

The Sykman Dental Group

One Hundred nineteen and 83/100

Bank of 3 clles

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 119.83 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ **Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:

**1091**

5-31-03

Wal Mart

One Hundred Forty seven 96/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 147.96 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ **Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:

**1094**

6-11-03

Wal Mart

Two hundred three and 9/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 243.86 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☐ Track your expenses...

1095

☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:

6/3/03

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 42.51 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.      NOT NEGOTIABLE

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...

1119

☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:

6-17-03

*Pooler Pharmacy*
*Fifty dollars and 46/100*

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 50.46 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.      NOT NEGOTIABLE

---



**MARIELLA LADAY**
PH: 770-428-8938
1805 A ASHBOROUGH CIRCLE
MARIETTA, GA 30067

1121

64-240/611

North Ga #7943
Dermatopathology          6/30/03
                                    DATE

PAY TO THE
ORDER OF _____ $ 18.18

_____ DOLLARS 🔒

**FIDELITY NATIONAL**
Atlanta, GA

WWW.FIDELITYNATIONAL.COM
GrandLion

FOR _____

⑈061102400⑈ 18 03155 7⑆ 1121

## 1165

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

11-25-03

MPG

Nine dollars and 00/100

Pastery

| BALANCE FORWARD | |
| THIS ITEM | 9.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.   NOT NEGOTIABLE

## 1166

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

Aug 3 2003

Doug Brooks

Ninety dollars

| BALANCE FORWARD | |
| THIS ITEM | 90.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.   NOT NEGOTIABLE

## 1171

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

7-30-03

Wal Mart

One Hundred twenty one and 21/100

| BALANCE FORWARD | |
| THIS ITEM | 121.21 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.   NOT NEGOTIABLE

## Check 1183

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☐ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage  ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment  ☐ Insurance  ☐ Other_____

**1183**

9-3-03

Doug Brooks

Fifty 00/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 50.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

## Check 1188

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage  ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment  ☐ Insurance  ☐ Other_____

**1188**

8/29/03

Wal Mart

One Hundred Fifty nine 92/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 159.92 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

## Check 1194

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage  ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment  ☐ Insurance  ☐ Other_____

**1194**

8-30-03

Sinus Pharmacy

Thirty six dollars and 21/100

# 7046

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 36.21 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing    ☐ Food    ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage    ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment ☐ Insurance ☐ Other: _____   **1201**

AMCA

Forty five dollars                    100

8/30/03

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 45 00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing    ☐ Food    ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage    ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment ☐ Insurance ☐ Other: _____   **1206**

9/2/03

Wal Mart

One Hundred forty three                86/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 143.86 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing    ☐ Food    ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage    ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment ☐ Insurance ☐ Other: _____   **1211**

10/5/03

Wal Mart

Three hundred nineteen and          20/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 319.20 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.    **NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other:_____   ☐ TAX-DEDUCTIBLE ITEM

**1216**

Oct 2 2003

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 50.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Doug Brooks
=fifty _____ $/100

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other:_____   ☐ TAX-DEDUCTIBLE ITEM

**1221**

9-29-03

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 58.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Northside Womens Spear
Fifty eight dollars and /100

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other:_____   ☐ TAX-DEDUCTIBLE ITEM

**1225**

9/13/03

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 57.90 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

The Arizona Dental Group
Fifty seven dollars and /100

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1277**

10-30-03

Wal Mart

Four hundred forty four and 100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 444.76 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1279**

10-31-03

Pople's Pharmacy

One Hundred sixty one and 100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 161.89 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1289**

11-4-03

Wal Mart Pharmacy

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 5.36 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

*DO NOT USE FOR REORDERING PURPOSES*
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:___

☐ TAX-DEDUCTIBLE ITEM

**1290**

11-5-03

Wal Mart
Ninety three dollars and 72

| | | |
|---|---|---|
| BALANCE FORWARD | | |
| THIS ITEM | 93.72 | |
| BALANCE | | |
| DEPOSIT | | |
| OTHER | | |
| BALANCE FORWARD | | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

*DO NOT USE FOR REORDERING PURPOSES*
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:___

☐ TAX-DEDUCTIBLE ITEM

**1321**

11-22-03

Piedmont Hospital
Four Hundred

3177701282

| | | |
|---|---|---|
| BALANCE FORWARD | | |
| THIS ITEM | 400.00 | |
| BALANCE | | |
| DEPOSIT | | |
| OTHER | | |
| BALANCE FORWARD | | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

*DO NOT USE FOR REORDERING PURPOSES*
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...

☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:___

☐ TAX-DEDUCTIBLE ITEM

**1326**

12/1/03

Doug Brooks
Fifty

| | | |
|---|---|---|
| BALANCE FORWARD | | |
| THIS ITEM | 50.00 | |
| BALANCE | | |
| DEPOSIT | | |
| OTHER | | |
| BALANCE FORWARD | | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...

| ☐ Clothing | ☐ Food | ☐ Transportation |
| ☐ Credit Card | ☐ Utilities | ☐ Mortgage |
| ☐ Entertainment | ☐ Insurance | ☐ Other: _____ |

☐ TAX-DEDUCTIBLE ITEM   **1337**

12 - 3 - 03

Piedmont Physicians Group

Fifty two dollars and 70/100

|  | BALANCE FORWARD |  |
| --- | --- | --- |
| THIS ITEM | 52.70 |
| BALANCE |  |
| DEPOSIT |  |
| OTHER |  |
| BALANCE FORWARD |  |

001000006234

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...

| ☐ Clothing | ☐ Food | ☐ Transportation |
| ☐ Credit Card | ☐ Utilities | ☐ Mortgage |
| ☐ Entertainment | ☐ Insurance | ☐ Other: _____ |

☐ TAX-DEDUCTIBLE ITEM   **1340**

Northside Hospital

Forty nine dollars and 28/100

|  | BALANCE FORWARD |  |
| --- | --- | --- |
| THIS ITEM | 49.28 |
| BALANCE |  |
| DEPOSIT |  |
| OTHER |  |
| BALANCE FORWARD |  |

0232600493

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...

| ☐ Clothing | ☐ Food | ☐ Transportation |
| ☐ Credit Card | ☐ Utilities | ☐ Mortgage |
| ☐ Entertainment | ☐ Insurance | ☐ Other: _____ |

☐ TAX-DEDUCTIBLE ITEM   **1341**

12 - 03 - 03

Wal Mart

Fifty four dollars and 60/100

|  | BALANCE FORWARD |  |
| --- | --- | --- |
| THIS ITEM | 54.60 |
| BALANCE |  |
| DEPOSIT |  |
| OTHER |  |
| BALANCE FORWARD |  |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation   ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**1348**

12-6-03

Quantum Radiology Northwest

Eight dollars and 83/100

K0324200715

BALANCE FORWARD
THIS ITEM   8.83
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

**NOT NEGOTIABLE**

For enhanced security, your name and account number do not appear on this copy.

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation   ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**1349**

12-6-03

Northside Women's Specialist

Fifty seven dollars and 64/100

017185

BALANCE FORWARD
THIS ITEM   57.64
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

**NOT NEGOTIABLE**

For enhanced security, your name and account number do not appear on this copy.

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation   ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**1390**

12-23-03

Wal Mart

Two hundred seven 03/100

BALANCE FORWARD
THIS ITEM   207.03
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

**NOT NEGOTIABLE**

For enhanced security, your name and account number do not appear on this copy.

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

**1394**

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

12-26-03

Poole's Pharmacy 05

Aipty four dollars & 100

BALANCE FORWARD
THIS ITEM  $4.05
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

**1400**

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

12-31-03

Wal Mart

One Hundred four 78/100

BALANCE FORWARD
THIS ITEM  $104.78
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other:_____

☐ TAX-DEDUCTIBLE ITEM

**1462**

3-2-04

Wal Mart

Two Hundred forty eight 00/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 248.04 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other:_____

☐ TAX-DEDUCTIBLE ITEM

**1464**

3-4-04

Poole's Pharmacy

Sixty five dollars 30/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 65.30 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other:_____

☐ TAX-DEDUCTIBLE ITEM

**1508**

DoS
1/28/04

5/3/04

Kennestone Hospital

Seventeen dollars and 26/100

P.O Box 40616l
ATL 30384-6161
#402800666

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 17.26 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

Phone 7-456-5705

**NOT NEGOTIABLE**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1510**

4-30-04

BALANCE FORWARD
THIS ITEM 8.17
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Northside Cardiology
Eight dollars and seventeen cents

026993

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1570**

6/21/04

BALANCE FORWARD
THIS ITEM 75.77
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Wal Mart
Seventy five and 00/100

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1579**

6/29/04

BALANCE FORWARD
THIS ITEM 12.29
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Poole's Pharmacy
Twelve dollars and 00/100

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____
☐ TAX-DEDUCTIBLE ITEM

1564

07/2/04

Dr John Michael Roach
Thirty four Dollars 00/100

| BALANCE FORWARD | |
| THIS ITEM | 34.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

**NOT NEGOTIABLE**

For enhanced security, your name and account number do not appear on this copy.

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____
☐ TAX-DEDUCTIBLE ITEM

2nd Payment  1592

8/3/04
37.60

Recovery Bureau NW Newsletter
Over Phone
1111 S. Marietta Pkwy
Marietta
Confirmation # 4426349

| BALANCE FORWARD | |
| THIS ITEM | 37.59 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

**NOT NEGOTIABLE**

For enhanced security, your name and account number do not appear on this copy.

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____
☐ TAX-DEDUCTIBLE ITEM

3rd & Final Payment  1593

8/3/04
ITZ 112.78

Recovery Bureau
Over Phone
1111 S Marietta Pkwy
742 84 600
Confirmation 476 6569

| BALANCE FORWARD | |
| THIS ITEM | 32.59 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

**NOT NEGOTIABLE**

For enhanced security, your name and account number do not appear on this copy.

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☑ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____ ☐ TAX-DEDUCTIBLE ITEM

1595

7-8-04

Krogers

One Hundred Sixty Five 19/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 165.19 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____ ☐ TAX-DEDUCTIBLE ITEM

1598

10-4-04

Recovery Bureau NA  Neurology
over Phone
7-427-4800
Stalling Financial

Re 1592 1593

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 37.60 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____ ☐ TAX-DEDUCTIBLE ITEM

1600

7/13/04

Quest Diagnostics

Forty one dollars and 16/100

2640559745

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 41.16 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

**1604**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____  ☐ TAX-DEDUCTIBLE ITEM

7 - 14 - 04

Infectious Disease Solutions

Four Hundred Dollars Too

TTL Bill 1067.98
– 400.00
LADMA 00667.98

BALANCE FORWARD
THIS ITEM  400.00
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.

---

**1605**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____  ☐ TAX-DEDUCTIBLE ITEM

7 - 14 - 04

Kingstone Hospital

Seventeen Dollars 26/100

4 028 00 666

BALANCE FORWARD
THIS ITEM  17.26
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.

---

**1608**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____  ☐ TAX-DEDUCTIBLE ITEM

7/14/04

Georgia Kidney Associates

Thirteen Dollars 02/100

45784

BALANCE FORWARD
THIS ITEM  13.02
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
Track your expenses...
☐ Clothing ☑ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____   ☐ TAX-DEDUCTIBLE ITEM

**1625**

8/17/04

Piedmont Hospital
Thirty two Dollars and 61/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 32.61 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Acct #P0406300097

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☑ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☑ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____   ☐ TAX-DEDUCTIBLE ITEM

**1634**

8/10/04

APN PC
Thirty two Dollars and 26/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 32.26 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☑ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____   ☐ TAX-DEDUCTIBLE ITEM

**1646**

8/31/04

Frozees
One Hundred Thirty eight 30/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 138.30 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For enhanced security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

**1660**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage      ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment   ☐ Insurance   ☐ Other:_____

7/13/04

Wal Mart
Thirty eight dollars 84/100

BALANCE FORWARD
THIS ITEM     38.84
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**1662**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage      ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment   ☐ Insurance   ☐ Other:_____

9-20-04

Atlanta Diabetes Associat
Thirteen dollars and 72/100

BALANCE FORWARD
THIS ITEM     13.72
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**1679**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.
☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage      ☐ TAX-DEDUCTIBLE ITEM
☐ Entertainment   ☑ Insurance   ☐ Other:_____

10/5/04

Krogers
One Hundred fifty 100

BALANCE FORWARD
THIS ITEM     150.00
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☑ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

**1686**

10/20/04

Poole's Pharmacy

Six Dollars and 30/100

BALANCE FORWARD
THIS ITEM 6.30
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.　　**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

**1693**

10/21/04

Frost-Arnett Company

Twenty Dollars and 00/100

Northside Associates

1K-1809*1510795/

BALANCE FORWARD
THIS ITEM 20.61
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.　　**NOT NEGOTIABLE**

---

**DO NOT USE FOR REORDERING PURPOSES**
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: _____

**1694**

10/21/04

Atlanta Allergy & Asthma

Twenty five Dollars and 86/100

50100000 2634

BALANCE FORWARD
THIS ITEM 25.86
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For enhanced security, your name and account number do not appear on this copy.　　**NOT NEGOTIABLE**

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
- ☐ Clothing  ☐ Food  ☐ Transportation
- ☐ Credit Card  ☐ Utilities  ☐ Mortgage
- ☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1698**

10/21/04

BALANCE FORWARD
THIS ITEM   708.99
BALANCE   99/100
DEPOSIT
OTHER
BALANCE FORWARD

I.P.S.P.C.

Seven hundred eight and 99/100

LADMA000

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
- ☐ Clothing  ☐ Food  ☐ Transportation
- ☐ Credit Card  ☐ Utilities  ☐ Mortgage
- ☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1707**

10/24/04

BALANCE FORWARD
THIS ITEM   129.65
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Wal Mart

One Hundred twenty nine 65/100

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Store your duplicate checks in your Harland check box.

☑ Track your expenses...
- ☐ Clothing  ☐ Food  ☐ Transportation
- ☐ Credit Card  ☐ Utilities  ☐ Mortgage
- ☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM

**1717**

10/31/04

BALANCE FORWARD
THIS ITEM   59.67
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Wal Mart

Fifty nine and 67/100

For enhanced security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

1783

DO NOT USE FOR REORDERING PURPOSES
Protect Your Duplicate Checks Order your replacement checks by phone. Check No.

☑ Track your expenses...
☐ Clothing   ☐ Food   ☐ Transportation
☐ Credit Card   ☐ Utilities   ☐ Mortgage
☐ Entertainment   ☐ Insurance   ☐ Other: _____   ☐ TAX-DEDUCTIBLE ITEM

12/15/04

Georgia Pain Clinic

Twenty five   Too

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 25.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

NOT NEGOTIABLE

For enhanced security, your name and account number do not appear on this copy.