# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br> Master File No.: 01-CV-12257-PBS (original S. D. Iowa No. 4:07-cv-00461-JAJ-CFB)<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | |

## [PROPOSED] SETTLEMENT ORDER OF DISMISSAL

Saris, U.S.D.J.

WHEREAS, the Court having been advised during the Status Conference held on June 22, 2011 that settlements have been reached between Plaintiff State of Iowa ("Plaintiff") and Defendants Alpharma Inc., Purepac Pharmaceutical Co., Eli Lilly and Company, Endo Pharmaceuticals Inc., King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Merck & Co. Inc., Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., UDL Laboratories Inc., Par Pharmaceutical Company Inc., Par Pharmaceutical Inc., Schering-Plough Corp., Schering Corporation, Warrick Pharmaceuticals Corporation, and Watson Pharmaceuticals Inc., and Watson Pharma Inc. in the above-entitled action;

IT IS ORDERED that all claims against Defendants Alpharma Inc., Purepac Pharmaceutical Co., Eli Lilly and Company, Endo Pharmaceuticals Inc., King Pharmaceuticals Inc., King Research and Development, Monarch Pharmaceuticals Inc., Merck & Co. Inc., Mylan Laboratories Inc., Mylan Pharmaceuticals Inc., UDL Laboratories Inc., Par Pharmaceutical

Company Inc., Par Pharmaceutical Inc., Schering-Plough Corp., Schering Corporation, Warrick

Pharmaceuticals Corporation, and Watson Pharmaceuticals Inc., and Watson Pharma Inc. in this

action are hereby dismissed without costs and without prejudice to the right of any party, upon

good cause shown, to reopen the action within ninety (90) days if settlement is not

consummated.

SO ORDERED _____, 2011

                                                  _____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I, James P Carroll Jr, hereby certify that I caused a true and correct copy of the foregoing **[PROPOSED] SETTLEMENT ORDER OF DISMISSAL** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by submitting a copy to Lexis/Nexis File & Serve for posting and notification to all parties.


Dated:  June 27, 2010                    ___ _/s/ James P. Carroll Jr_____
                                         James P. Carroll Jr.