UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No.: 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa v. Abbott Laboratories, Inc., et al.* | Judge Patti B. Saris |

**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS TEVA PHARMACEUTICALS USA, INC., NOVOPHARM USA, INC., BARR LABORATORIES, INC., IVAX CORPORATION, IVAX PHARMACEUTICALS, INC., AND SICOR, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, the State of Iowa, and defendants Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc. (n/k/a Novopharm Holdings, Inc.), Barr Laboratories, Inc., Ivax Corporation (n/k/a IVAX LLC), Ivax Pharmaceuticals, Inc., and Sicor, Inc. (collectively, the "Settling Defendants"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement between the State of Iowa and the Settling Defendants that the State of Iowa and the Settling Defendants hereby stipulate to entry of the attached [Proposed] Order dismissing with prejudice and without costs to any party all claims in this action asserted against the Settling Defendants.

Dated: June 28, 2011

Respectfully submitted,

By: _____
Joanne M. Cicala
Daniel Hume
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
212-371-6600

*On Behalf of the State of Iowa*

-2-

By: *[signature]*
Michael C. Occhuizzo
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

*On Behalf of the Settling Defendants*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2011, I caused a true and correct copy of the foregoing, Stipulation of Dismissal of Plaintiff's Claims Against Defendants Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., Barr Laboratories, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., and Sicor, Inc., to be served on counsel of record for each party through the Court's Electronic Case Filing System and via LexisNexis File & Serve.

                                                   /s/ James Carroll
                                                   KIRBY McINERNEY LLP