UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No: 03-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* | ) ) ) ) ) ) ) ) ) ) ) Judge Patti B. Saris |

**[PROPOSED] ORDER OF DISMISSAL OF
PLAINTIFF'S CLAIMS AGAINST THE TEVA DEFENDANTS**

WHEREFORE, IT IS ORDERED, that

1. Pursuant to Fed. R. Civ. P. 41 and the terms of the Settlement Agreement by and among the State of Iowa and defendants Teva Pharmaceuticals USA, Inc., Novopharm USA, Inc., Barr Laboratories, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., and Sicor, Inc. (collectively, the "Teva Defendants"), all of the claims in this action against the Teva Defendants are dismissed with prejudice and without costs to any party.

2. Each party shall be responsible for its own expenses, attorneys' fees, and costs.

3. The Court shall retain jurisdiction to enforce the terms, conditions, and releases of the Parties' Settlement Agreement and Release to the extent reasonably necessary and appropriate.

IT IS SO ORDERED this ___ day of _____, 2011

- 2 -

                                                  _____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT COURT JUDGE