*[Handwritten margin notes:]* Denied. This is a 2008 case. All fact discovery shall be completed by 12/1/2011. All expert discovery shall be completed by 3/1/2012. Any motion for summary judgment shall be filed by 4/15/2012. /s/ PBSaris

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

)
IN RE: PHARMACEUTICAL INDUSTRY ) MDL No. 1456
AVERAGE WHOLESALE PRICE ) Master File No. 1:01-CV-12257-PBS
LITIGATION ) Sub-Category Case No. 1:08-CV-11200
)
) Judge Patti B. Saris
)
THIS DOCUMENT RELATES TO: )
*United States ex rel. Linnette Sun and Greg* )
*Hamilton, Relators* )
*v.* )
*Baxter Healthcare Corporation* )
)
)

## THE RELATORS' UNOPPOSED MOTION FOR ENTRY OF A SCHEDULING ORDER

Counsel for Defendant Baxter Healthcare Corporation and Counsel for Relators Linnette Sun and Greg Hamilton have conferred about a proposed scheduling order. Relators submit an unopposed proposed schedule for the case as set forth in the attached document. Relators hereby request that the Court accept and adopt the unopposed proposed schedule.

Respectfully submitted,

Dated: June 27, 2011

/s/ **Mark Allen Kleiman**
Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292
Telephone (310) 306-8094
Facsimile (310 306-8491

Counsel for Relators
Linnette Sun and Greg Hamilton

*[Handwritten date:] 6/28/11*