United States District Court
District of Massachusetts

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Master Case No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>Subcategory Case No. 09-cv-12056-PBS<br><br>All State of Mississippi Cases | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of James L. Ward, Jr. as counsel of record for Plaintiff, the State of Mississippi, per the Court's direction for the limited purpose of receiving ECF notifications in the above-referenced subcategory case. The Clerk of Court is requested to add Mr. Ward's name to the docket and ECF notification list on behalf of the aforementioned Plaintiff, and it is requested that all parties who have appeared or may subsequently appear add him to their service lists.

This the 28th day of June, 2011

/s/ James L. Ward, Jr.
James L. Ward, Jr. (Fed. I.D. 6956)
Richardson, Patrick, Westbrook &
  Brickman, LLC
1037 Chuck Dawley Blvd. Bldg. A.
Mt. Pleasant, SC  29464
(843) 727-6500 Firm
(843) 216-6509 Facsimile
jward@rpwb.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2011, a true and correct copy of the foregoing Notice of Appearance was served via the Court's electronic filing system on all counsel of record.

                                             _/s/ James L. Ward, Jr._
                                             James L. Ward, Jr.