UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| BMS SETTLEMENT AND TRACK TWO SETTLEMENT | Judge Patti B. Saris |

## CLASS PLAINTIFFS' EIGHTH STATUS REPORT FOR BMS AND TRACK TWO SETTLEMENTS

**A.  Background**

On November 30, 2010, the Court issued an Order for Final Consideration of the BMS Settlement (Dkt. No. 7313) and an Order for Final Consideration of the Track Two Settlement (Dkt. No. 7314) (collectively, the "November Orders").  The November Orders directed Class Counsel to provide monthly status reports "detailing the progress" of the BMS and Track 2 Settlements.  This is the eighth such report.

**B.  BMS Proposed Settlement**

On May 2, 2011, Plaintiffs submitted a revised plan of allocation related to the BMS Settlement (Dkt. No. 7530).  The Court held a further hearing regarding final approval of the BMS Settlement on May 5, 2011 and by electronic order preliminarily approved the revised plan of allocation.  On May 24, 2011, the Court approved the form of notice to be sent to a limited number of class members (Dkt. No. 7541).  Pursuant to the May 24, 2011 Order, mailed notice was sent on May 26, 2011.  The Court established a final fairness hearing related to the BMS Settlement on July 7, 2011

### C. Track Two Proposed Settlement

A final approval hearing was held on June 13, 2011. The Court heard from a number of objectors to the Track Two Settlement. Class Counsel also indicated to the Court the desire to present a revised plan to distribute the settlement proceeds to the Class 1 and Class 3 consumers and set a goal of providing the proposal to the Court prior to July 7, 2011. The Court set further argument on final approval of the Track Two Settlement for July 7, 2011, to coincide with the BMS final fairness hearing.

### D. The Next Status Report

Pursuant to the November Orders, Class Counsel will submit its next regularly-scheduled Status Report on August 1, 2011.

DATED: June 30, 2011
By      /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shaprio LLP
1629 K St. NW, Suite 300
Washington, DC  20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFF'S EIGHTH STATUS REPORT FOR BMS AND TRACK TWO SETTLEMENTS**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 30, 2011, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                              **/s/ Steve W. Berman**
                                              Steve W. Berman