UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Master Docket 01-cv-12257 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Subcategory 06-11337 Civil Action No. 08-cv-10852 |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys, Inc. a Florida Corporation, by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES, vs. Actavis Mid Atlantic LLC, et al.* | ) ) ) ) ) ) ) ) ) | |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys vs. Baxter Healthcare Corporation and Baxter International Inc.* | ) ) ) ) | Civil Action No. 10-cv-11186 Judge Patti B. Saris |

<u>STATUS REPORT JULY 1, 2011</u>

     Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for plaintiff and relator Ven-A-Care of the Florida Keys, Inc., hereby submits the following status report to the Court listing the status of all motions to date.

                      Respectfully submitted,

                      GOODE CASSEB JONES
                      RIKLIN CHOATE & WATSON, P.C.
                      P.O. Box 120480
                      San Antonio, Texas 78212
                      (210) 733-6030
                      (210) 733-0330 - Fax

                      By:    /s/ Rand J. Riklin
                             Rand J. Riklin (TX Bar No. 16924275)
                             John E. Clark (TX Bar No. 04287000)

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

### MDL 1456 Status Report
### USA *ex rel.* Ven-A-Care v. Actavis, *et al.*
### Case No. 08-cv-10852

On May 24, 2011, a Status Conference was held and settlement issues were discussed with respect to all pending matters.  Attorney James Breen reported to the Court that settlements in principle have been reached with respect to the Actavis Group and Par Pharmaceutical Companies.  On May 27, 2011, the Court entered a Settlement Order of Dismissal as to Actavis Mid Atlantic, LLC and Par Pharmaceuticals Defendants [Docket No. 178].  The Court set another status conference for June 16, 2011 at 2:00 p.m.

On June 16, 2011, a Status Conference was held, and settlement issues were addressed with respect to all pending matters.  Attorney James Breen reported that a settlement in principle had been reached with respect to the Watson group of Defendants.  Ven-A-Care also reached settlements in principle with the Mylan and Sandoz Defendants regarding both the federal and California (03-CV-11226-PBS) cases.  The parties have drafted and submitted agreed proposed orders of dismissal to the Court with respect to the Watson, Mylan and Sandoz Defendants.

### MDL 1456 Status Report
### USA *ex rel.* Ven-A-Care v. Baxter, *et al*.
### Case No. 10-cv-11186

The mediator has reported the status of settlement negotiations directly to the Court.

## CERTIFICATE OF SERVICE

      I hereby certify that I, Rand J. Riklin, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on July 1, 2011, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

      Respectfully submitted,

By:    /s/ Rand J. Riklin
      Rand J. Riklin
      John E. Clark

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, P.C.
P.O. Box 120480
San Antonio, Texas 78212
(210) 733-6030
(210) 733-0330 - Fax

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**