

WWW.HAVILANDHUGHES.COM

June 21, 2011

**VIA E-MAIL AND LEXIS NEXIS**

Jennifer Fountain Connolly, Esq.
**HAGENS BERMAN SOBOL SHAPIRO, LLP**
1629 K St., NW
Washington, D.C. 20006

    Re: *In Re Pharmaceutical Industry Average Wholesale Price Litigation*
        MDL No. 1456

Dear Ms. Connolly:

    Pursuant to the Court's directive at the June 13, 2011 Track 2 Fairness Hearing, Tr. at 65:17-18,[1] below is the list of drugs that should not be included in the Track 2 Settlement Release pursuant to this Court's multiple orders barring new drugs.  *See* April 13, 2006 Order, attached as Exhibit "A" (wherein the Court granted Defendants' Motion to Strike Portions of the Fourth Amended Master Consolidated Class Action Complaint stating in an electronic order "I strike the new drugs."); *see also* September 10, 2007 Order, attached as Exhibit "B" (wherein the Court denied Class Counsel's motion for leave to file an Amended Complaint, the Fifth Amended Master Consolidated Class Action Complaint, "to the extent the amendment adds new drugs."); August 27, 2007 Hrg. Tr. at 8:11-19, at Exhibit "C" (wherein Class Counsel represented that they did not intend to add any new drugs to the FAMCC and the Court responded "... I'm not here expanding at this point.  I want to contract.").  This list is based on Exhibit "B' to Dkt. No. 3500.

| # | **Drug Name** |
|---|---|
| 1 | Accuneb |
| 2 | Adenoside |
| 3 | Alcohol Injection |
| 4 | Aminacaproic acid |
| 5 | Aminosyn/Aminosyn II / Amino acid |
| 6 | Aromasin |
| 7 | Azmacort |
| 8 | Bioclate |
| 9 | Bupivacaine |
| 10 | Camptosar/Irinotecan hydrochloride |
| 11 | Carbocaine/Mepivicaine |

---

[1] Wherein the Court directed the undersigned to "give [Class Counsel] a list of the ones  that I struck and that you think shouldn't be in the release."

| | |
|---|---|
| 12 | Chromium tr meta / Chromic chloride |
| 13 | Ciprofloxacin hydrochloride |
| 14 | Cleocin T/Clindamycin phosphate |
| 15 | Copper Trace / Cupric Chloride |
| 16 | Cytosar-U |
| 17 | Depo provera / Medroxyprogesterone Acetate |
| 18 | Testosterone cypionate |
| 19 | Dexamethasone sodium phosphate |
| 20 | Dextrose sodium chloride / Ringers lactated with dextrose |
| 21 | Dicarbazine |
| 22 | Diltiazem hydrochloride |
| 23 | Dopamine hydrochloride |
| 24 | Eligard |
| 25 | Ellence / Epirubicin HCL |
| 26 | Enalaprilat |
| 27 | Enbrel |
| 28 | Epinephrine |
| 29 | Erythromycin/Erythomycin base |
| 30 | Estradiol |
| 31 | Famotidine |
| 32 | Fluphenazine HCL |
| 33 | Gammagard S/D / Gammar / Gammar P.I.V. |
| 34 | Gentran / Gentran NACL |
| 35 | Glycopyrrolate |
| 36 | Helixate / Helixate FS |
| 37 | Heparin lock flush / Heparin Sodium |
| 38 | Humate - P |
| 39 | Hydromorphine |
| 40 | Idamycinc / Idarubicin hydrochloride |
| 41 | Imipramine HCL |
| 42 | Ketoralc / Ketoralac tromethamine |
| 43 | Labetalol |
| 44 | Lasix |
| 45 | Levofloxacin |
| 46 | Lidocaine hydrochloride |
| 47 | Liposyn II / Fat emulsion |
| 48 | Lovenox |
| 49 | Magnese chloride |

| 50 | Magnesium chloride |
|---|---|
| 51 | Magnesium sulfate |
| 52 | Mannitol |
| 53 | Marcaine |
| 54 | Medrol / Methylprednisone |
| 55 | Metoclopramide |
| 56 | Midazolam hydrochloride |
| 57 | Monoclate / Monoclate-P |
| 58 | Mononine |
| 59 | Morphine Sulfate |
| 60 | Nadolol |
| 61 | Nalbuphione |
| 62 | Cyclophospamide |
| 63 | Neostigmine methylsulfate |
| 64 | Novacaine/Procaine |
| 65 | Pancuronium bromide |
| 66 | Pentam |
| 67 | Perphenazine |
| 68 | Phenylephrine |
| 69 | Potassium acetate / Potassium chloride |
| 70 | Promethazine |
| 71 | Propranolol HCL |
| 72 | Propofol |
| 73 | Ranitidine HCL |
| 74 | Sodium acetate |
| 75 | Hydrocortisone sodium succinate |
| 76 | Succinylcholine chloride |
| 77 | Toposar |
| 78 | Travasol with Dextrose |
| 79 | Trelstar/Triptorelin pamoate |
| 80 | Vancocin HCL / Vancomycin HCL |
| 81 | Verapamil HCL |
| 82 | Vincristine / Vincristine sulfate |
| 83 | Water for injection bacteriostatic |
| 84 | Zemplar |
| 85 | Zinc chloride |

Yours sincerely,
/s/
Donald E. Haviland, Jr., Esquire