From: ROMER
Reading Electronic Mail
Date: 09/29/95                              Priority: Normal

To:   1: GAJDML                            Copy:  1: KLINKERT
      2:                                          2: THOMPSOJ
      3:                                          3: KOMENDAT
      4:
      5:
      6:                                   Files Attached: No

Subject: Meeting with Texas Oncology

========================================================================

Lisa, Please forward this email to Dave Marsico, Dave Westaway and Pasquale Altera. Thanks. Randy

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
September 29, 1995

To: Distribution
From: Randy Ross
Re: Meeting with Texas Oncology

I met today with Bob Whren of Texas Oncology to discuss the $40 / 50 mg. doxorubicin price that Bristol has offered and other issues.

I informed Bob that we would keep him competitive with the market, however, the Rubex brand was not identical to our RDF 150. I discussed stability, sterility and single dose vial versus multi dose issues. There is agreement that we do have a product of more value to their clinic network. Agreeing on that value, and working the price from that point, will be the next goal.

We discussed using free goods and grants to offset some of the price differences as we have in the past. Bob is very open to that.

There may be some room to bring the PFS MDV into the picture. Bob agreed that it would be of greater significance in offices where RN's are doing the RDF reconstitution. Finding an premium for the RDF will be necessary.

We revisited the issue of capitation. The physician committees are completing a second re-write of the treatment guidelines. Bob does not have access to them at this time. Once completed, we can use them to decide if capitation is an option here.

Texas Oncology would prefer to depot their contract through alternate site Distributors (ASD) in Dallas. Since they do not wish to pay an up charge, the 2% would fall to us in order for this to happen. I remarked that in our efforts to respond to the Bristol pricing, we may not be able to participate with ASD. (As mentioned before, the 2% may be a wash for us considering the savings in shipping and invoicing with. I mentioned the above to Bob as an input if we wanted it.)

I discussed the VP-16 pricing and upcoming request for bid. We voluntarily lowered our contract price to the current deal. Also, I discussed with Bob the rapid downward market adjustment of VP-16. Since early April. He said their current supplier, Gensia, had done a good job of keeping up with the market adjustments. He did like the idea about linking changes in Toposar pricing to changes in the federal supply schedule (FSS). When discussing how many changes have occurred in the FSS, I detected that Bob thought that possibly Gensia did not respond as frequently or as quickly as Bob had originally believed.