UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) Master File No. 01-cv-12257-PBS ) ) Subcategory No. 06-11337-PBS ) Civil Action No. 08-cv-10852 |
| THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., by and through its principal officers and directors, Zachary T. Bentley and T. Mark Jones v. Actavis Mid Atlantic LLC, et al.* | ) ) Judge Patti B. Saris ) ) ) ) ) ) |

### SETTLEMENT ORDER OF DISMISSAL
### AS TO DEFENDANTS
### MYLAN INC. and MYLAN PHARMACEUTICALS INC.

The Court having been advised on June 16, 2011 that the above entitled qui tam action pursuant to the federal False Claims Act (31 U.S.C. §§ 3729 - 3733) has been settled in principle as to all remaining claims against defendants Mylan Inc. formerly known as Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc. subject to the approvals of the defendants' board of directors, the United States and the attorney general of California.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, or the United States, upon good cause shown, to reopen the action within one hundred and twenty (120) days if settlement is not consummated. Any dismissal of this action with prejudice must be in accordance with 31 U.S.C. § 3730 (b), which requires the written consent of the United States and the Court. The Court retains jurisdiction over the subject matter and the parties, including, in accordance with 31 U.S.C. § 3730 (b), for the

purposes of review and consideration for approval of any settlement or dismissal with prejudice, determination of relator awards and retroactive reinstatement of the action if the settlement is not consummated.

    SO ORDERED by the Court.

    Entered ___8___ day of ___July___, 2011.

                                                          _____
                                                          Hon. Patti B. Saris
                                                          United States District Court