UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) |
| | MDL No. 1456 |
| | Master File No. 01-cv-12257-PBS |
| | Subcategory Case No. 06-11337 |
| THIS DOCUMENT RELATES TO: *State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* Civil Action No. 03-11226-PBS | ) ) ) ) ) ) ) ) |
| | Judge Patti B. Saris |

### SETTLEMENT ORDER OF DISMISSAL
### AS TO DEFENDANT
### SANDOZ INC. f/k/a GENEVA PHARMACEUTICALS, INC.

The Court having been advised on June 16, 2011 that the above entitled qui tam action pursuant to the California False Claims Act (Government Code §§ 12650-12656) has been settled in principle as to defendant, Sandoz Inc. ("Sandoz"), subject to Sandoz senior management and board approval, and the State of California.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within one hundred and twenty (120) days if settlement is not consummated. Any dismissal of this action with prejudice must be in accordance with the California False Claims Act, Government Code § 12652(c)(1), which requires the written consent of the Attorney General of the State of California and the Court. The Court retains jurisdiction over the subject matter and the parties, including, in

accordance with the California False Claims Act, Government Code § 12652(c)(1), for the purposes of review and consideration for approval of any settlement or dismissal with prejudice, determination of relator awards and retroactive reinstatement of the action if the settlement is not consummated.

SO ORDERED by the Court.

Entered _6_ day of __July__, 2011.

_____
Hon. Patti B. Saris
United States District Court