UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE: PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | Master File No.: 01-CV-12257-PBS |
| LITIGATION ) | |
| _____ ) | Judge. Patti B. Saris |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *United States of America ex rel Linette Sun* ) | |
| *and  Greg Hamilton, et al., Relators,  v.* ) | |
| *Baxter Hemoglobin Therapeutics, et al.,* ) | |
| *Defendants.* ) | |
| Civil Case No.: 1:08-cv-11200-PBC ) | |
| _____ ) | |

## ENTRY OF APPEARANCE *PRO HAC VICE*

TO THE CLERK OF THE COURT:

Kindly enter my appearance as co-counsel of record on behalf of the Relators, Linette Sun and Greg Hamilton, in the above-captioned action.

Pursuant to this Court's Case Management Order No. 1, I do state that I am a member in good standing of the State Bar of California and a member in good standing of the bar of the United States District Court for the Central District of California.

In accordance with this Court's Case Management Order No. 1, fees in the amount of $50.00 are being tendered in the amount of $50.00 in payment of the fee associated with this requested *pro hac vice* status.

.

                              Respectfully submitted,

                              LAW OFFICE OF MARK ALLEN KLEIMAN

Dated: July 12, 2011           By:  /s/ Pooja Rajaram
                                    POOJA RAJARAM
                                    (CA SBN 241777)
                                    2907 Stanford Avenue
                                    Venice, CA 90292
                                    310-306-8094
                                    310-306-8491 (fax)
                                    prajaram@quitam.org

                                    Attorney for Relators Linette Sun and
                                    Greg Hamilton

## CERTIFICATION OF SERVICE

I certify that on July 12, 2011, a true and correct copy of the foregoing ENTRY OF APPEARANCE *PRO HAC VICE* was served on all counsel of record by electronic service.

/s/ Mark Allen Kleiman
MARK ALLEN KLEIMAN