UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br>**BMS SETTLEMENT** | CIVIL ACTION: 01-CV-12257-PBS<br>Judge Patti B. Saris |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Plaintiffs' motion for leave to file under seal. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Plaintiffs' motion for leave to file under seal Exhibit A to the [Proposed] Final Order and Judgment Granting Final Approval to Proposed Class Action Settlement With the BMS Group, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsels' Application for Attorneys' Fees, Reimbursement of Litigation Expenses and Incentive Awards to Class Representatives.

IT IS SO ORDERED.

DATED: 7/19/2011

_____
Hon. Patti B. Saris
United States District Court Judge

- 1 -

001534-16 462311 V1