# EXHIBIT A

INDIVIDUALS AND ENTITIES THAT HAVE PROPERLY EXCLUDED THEMSELVES

# Exclusions from Settlement Notice

# [FILED UNDER SEAL]

## Exclusions from Litigation Certification Notice

### [FILED UNDER SEAL]