# United States Court of Appeals
## For the First Circuit

No. 10-1959

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE LITIGATION

**MANDATE**

Entered: July 22, 2011

In accordance with the judgment of June 23, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Steve W. Berman
William F. Cavanaugh Jr.
Jennifer F. Connolly
Marc H. Edelson
David M. Glynn
Donald E. Haviland Jr.
Seunghwan Kim
Jeffrely L. Kodroff
Michael L. Koon
Michael J. Lorusso
John A. Macoretta
Adeel Abdullah Mangi
Sean R. Matt
Victoria E. Phillips
Andrew D. Schau
Kenneth A. Wexler
D. Scott Wise