UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-CV-12257 PBS<br>Judge Patti B. Saris |

### REQUEST FOR ADMISSION PRO HAC VICE FOR JOHN R. ALPHIN

Undersigned counsel requests admission *pro hac vice* pursuant to Case Management Order ("CMO") No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Pursuant to CMO No. 1, attached as Exhibit A, is the Declaration of John R. Alphin in Support of the Application for Admission Pro Hac Vice and Exhibit B, is a Certificate of Good Standing for John R. Alphin from the Supreme Court of South Carolina.

Dated: July 27, 2011

Respectfully Submitted,

*/s/ John R. Alphin*
John R. Alphin
Strom Law Firm, L.L.C.
2110 Beltline Blvd., Suite A
Columbia, South Carolina 29204
Phone:      (803) 252-4800
Facsimile:  (803) 252-4801
jalphin@stromlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACIUJSETTS

IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE \VHOLE PRICE LITIGATION )    MDL No. 1456
                                                          )
_____ )
THIS DOCUMENT RELATES         )    Civil Action No. 01-CV-12257 PBS
TO ALL ACTIONS                      )    Judge Patti B. Saris
_____ )

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2011, the foregoing Motion was electronically filed with the Court to be served by operation of the Clerk's electronic filing system upon all counsel.

                                                      Respectfully submitted,

                                                      John R. Alphin
                                                      Strom Law Firm, LLC
                                                      2110 Beltine Blvd., Suite A
                                                      Columbia, South Carolina 29204
                                                      Phone: (803) 252-4800
                                                      Facsimile: (803) 252-4801
                                                      jalphin@stromlaw.com

July 28, 2011