# EXHIBIT

# A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLE PRICE LITIGATION | ) | MDL No. 1456 |
| | ) | |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES | ) | Civil Action No. 01-CV-12257 PBS |
| TO ALL ACTIONS | ) | Judge Patti B. Saris |
| | ) | |

## DECLARATION OF JOHN R. ALPHIN IN
## SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

John R. Alphin, an attorney with the firm of Strom Law Firm, LLC, 2110 Beltline Blvd., Columbia, South Carolina 29204 hereby declares:

1.     I am an attorney admitted to practice by the Supreme Court of South Carolina in all Courts in South Carolina and I am also admitted to practice before the U.S. District Court for the District South Carolina and the United States Tax Court.

2.     I am currently licensed in good standing to practice law in each jurisdiction in which I have been admitted;

3.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.     I represent the Plaintiff State of South Carolina in this action.

Signed under the pains and penalties of perjury of the laws of the State of Massachusetts.

JOHN R. ALPHIN