# EXHIBIT

# B

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify John R. Alphin was duly sworn and admitted as an attorney in this state on May 16, 2005 and is an active member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY  *Gayle B. Watts*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

April 7, 2011