UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | Judge Patti B. Saris |

## BAXTER HEALTHCARE CORPORATION'S PARTIAL MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), defendant Baxter Healthcare Corporation ("Baxter"), by and through its attorneys, respectfully requests that the Court dismiss with prejudice that portion of Count I of Relators' Second Amended Complaint for Damages Under the Federal and Various State False Claims Acts (dated August 13, 2010) in so far as it makes claims relating to the Baxter hemophilia therapy Recombinate.  As demonstrated in the attached Memorandum in Support of Baxter's Partial Motion to Dismiss, the Court lacks jurisdiction over any claims relating to Recombinate pursuant to 31 U.S.C. §3730(b)(5), the False Claims Act's so-called "first-to-file" bar.  For related reasons, Baxter requests that the Court dismiss Relator Hamilton from this case.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Baxter believes oral argument may assist the court in resolving these issues and therefore requests a hearing at such time as the court determines.

A proposed order is attached for the Court's convenience.

DSMDB-2960959v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 29, 2011 | /s/ Shamir Patel |
|  | J. Andrew Jackson |
|  | Merle M. DeLancey |
|  | Tina D. Reynolds |
|  | Shamir Patel |

DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
*Admitted pro hac*

Peter E. Gelhaar (BBO #188310)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Telephone: (617) 720-2880
Facsimile: (617) 720-3554

Counsel for Defendant Baxter Healthcare Corporation

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that the moving party has communicated with counsel for Relators in an effort to resolve the dispute referred to in this Motion, and that the parties have not been able to reach agreement with respect thereto.

/s/ Shamir Patel

**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

## CERTIFICATE OF SERVICE

I hereby certify that I, Shamir Patel, an attorney, electronically filed the foregoing BAXTER HEALTHCARE CORPORATION'S PARTIAL MOTION TO DISMISS RELATORS' COMPLAINT with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system on July 29, 2011. I also caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, for posting and notification to all parties.

/s/ Shamir Patel

Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201