UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | Judge Patti B. Saris |

## [PROPOSED] ORDER DISMISSING RELATORS' COMPLAINT

The Court has considered Baxter Healthcare Corporation's Motion To Dismiss Relators' Complaint and finds and orders as follows:

1. The Complaint in this matter makes AWP allegations regarding, *inter alia,* the Baxter hemophilia therapy Recombinate. The Complaint was filed on April 22, 2005, with amended complaints filed June 14, 2005 and August 13, 2010.

2. On December 22, 2002, Ven-A-Care filed an amended complaint making similar AWP allegations regarding Recombinate. The Ven-A-Care Complaint was unsealed in May 2010.

3. All essential facts regarding Recombinate and/or the same allegations of fraud in this matter were contained in Ven-A-Care's previously filed Complaint.

4. Pursuant to 31 U.S.C. §3730(b)(5), the Court lacks jurisdiction over Sun/Hamilton's claims regarding Recombinate and therefore Count 1 of the complaint, as relates to Recombinate, is dismissed with prejudice.

5. Hamilton never worked for Baxter and contributed no information regarding the allegation of the Complaint except for Recombinate. Because the Court lacks

2

jurisdiction over the Recombinate claims, and because Hamilton has no direct or independent knowledge regarding the remaining Advate claims, Hamilton is dismissed from this case.  31 U.S.C. §3730(b)(5); 31 U.S.C. §3730(e)(4).

Dated: _____

                                                Patti B. Saris
                                                United States District Judge