## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | Magistrate Judge Marianne B. Bowler |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO: The Clerk of Court and All Parties of Record:

Please withdraw the appearance of Lauren O. Casazza of Kirkland & Ellis LLP as counsel of record for Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc in the above captioned matter.  Kirkland & Ellis LLP continues to serve as counsel for Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc. through all other Kirkland & Ellis LLP attorneys and all future correspondence and papers in this action should continue to be directed to them.

Dated:  July 29, 2011                           Respectfully submitted,

/s/ Lauren O. Casazza
Lauren O. Casazza
KIRKLAND & ELLIS LLP
601 Lexington Avuene
New York, New York 10022-4611
Telephone: (212) 446-4661
Facsimile: (212) 446-49000
lcasazza@kirkland.com

*On behalf of Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on all counsel of record on this 29th day of July, 2011 via electronic service with LexisNexis.

/s/ Lauren O. Casazza
Lauren O. Casazza