UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) ) No. MDL Docket No. 1456 ) ) CIVIL ACTION:  01-CV-12257-PBS ) ) |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS | ) Judge Patti B. Saris ) ) ) ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), kindly withdraw the appearance of Sara Jane Shanahan of the law firm Sherin and Lodgen LLP, as counsel for Watson Pharmaceuticals, Inc. and Watson Pharma, Inc.  (collectively, "Watson").  James W. Matthews, Katy E. Koski, and John F. Nagle of the law firm K&L Gates will continue to represent Watson in this matter.

Dated: July 29, 2011

Respectfully submitted,

/s/ Sara Jane Shanahan
Sara Jane Shanahan (BBO #567837)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 646-2000
Fax: (617) 646-2222

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically upon all counsel of record through the Court's CM/ECF system on July 29, 2011.

/s/ Sara Jane Shanahan

00376543.DOC/