UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>_____ | MDL No. 1456<br>Master File: 1:01-CV-12257-PBS<br>Sub-Category: 1:06-CV-11883-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |

*State of South Carolina – State Medicaid Case*

## STATUS REPORT

Pursuant to the Court's June 16, 2004 Procedural Order, Plaintiff the State of South Carolina, by and through the State Medicaid Plan, hereby submits the following status report.

    /s/ William E. Hopkins, Jr.
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, PC**
William E. Hopkins, Jr.
W. Daniel Miles, III
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

HENRY D. McMASTER
Attorney General
JOHN W. McINTOSH
Chief Deputy Attorney General
C. HAVIRD JONES, JR.
Senior Assistant Attorney General
Post Office Box 11549
Columbia, South Carolina  29211
(803) 734-3970

**STROM LAW FIRM, LLC**
J. Preston Strom, Jr.
Mario A. Pacella
2110 Beltline Blvd., Suite A
Columbia, South Carolina 29204
(803) 252-4800

**MIKE KELLY LAW GROUP, LLC**
D. Michael Kelly
Post Office Box 8113
Columbia, South Carolina 29202
(803) 726-0123

**SCHMUTZ & SCHMUTZ**
Joseph Stephen Schumtz
24 Broad Street
Charleston, South Carolina 29401
(843) 577-5530

**OF COUNSEL**:

**MINER, BARNHILL &GALLAND, PC**
Charles Barnhill
44 East Mifflin Street, Suite 803
Madison, Wisconsin 53703
(608) 255-5200

P. Jeffrey Archibald
1914 Monroe Street
Madison, Wisconsin 53711
(608) 661-8855

| MDL 1456 Status Chart – South Carolina Medicaid Case ||||
|---|---|---|---|
| **Case Name** | **MDL Docket No.** | **Original Jurisdiction** | **Status** |
| State of SC v. Abbott Labs, Inc. | 1:06-CV-11883-PBS | Removed to District of South Carolina | • The parties are coordinating discovery efforts with related cases brought by South Carolina against numerous other drug manufacturers currently pending in state court.<br>• Third party discovery is ongoing.<br>• Depositions of State witnesses have been delayed due to the pending motion but will begin after its resolution.<br>• The State has been making productions on a rolling basis. |

| | | | |
|---|---|---|---|
| | | | • The Court granted in part Defendants' Motion to Compel certain entries on the Attorney General's privilege log and The State has filed a Motion to Reconsider that will be heard on 8/24/2011. |

## CERTIFICATE OF SERVICE

I, the undersigned employee of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., do hereby certify that on the 1st day of August, 2011, a true and complete copy of the foregoing was served via electronic service pursuant to the Case Management Order by sending a copy to LexisNexis File & Serve for posting and notification to all counsel of record.

                                              */s/ William E. Hopkins, Jr.*
                                              William E. Hopkins, Jr.