UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) | MDL No. 1456<br>Master Docket 01-cv-12257 |
| THIS DOCUMENT RELATES TO: | ) | Subcategory 06-11337<br>Civil Action No. 08-cv-10852 |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys, Inc. a Florida Corporation, by and through its principal officers and directors, ZACHARY T. BENTLEY and T. MARK JONES, vs. Actavis Mid Atlantic LLC, et al.* | ) | |
| *United States of America Ex Rel. Ven-A-Care of the Florida Keys vs. Baxter Healthcare Corporation and Baxter International Inc.* | ) | Civil Action No. 10-cv-11186<br><br>Judge Patti B. Saris |

STATUS REPORT AUGUST 1, 2011

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for plaintiff and relator Ven-A-Care of the Florida Keys, Inc., hereby submits the following status report to the Court listing the status of all motions to date.

Respectfully submitted,

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, P.C.
P.O. Box 120480
San Antonio, Texas 78212
(210) 733-6030
(210) 733-0330 - Fax

By: /s/ Rand J. Riklin
Rand J. Riklin (TX Bar No. 16924275)
John E. Clark (TX Bar No. 04287000)

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

**MDL 1456 Status Report**
**USA *ex rel.* Ven-A-Care v. Actavis, *et al.***
**Case No. 08-cv-10852**

On May 24, 2011, a Status Conference was held and settlement issues were discussed with respect to all pending matters. Attorney James Breen reported to the Court that settlements in principle have been reached with respect to the Actavis Group and Par Pharmaceutical Companies. On May 27, 2011, the Court entered a 90 Day Settlement Order of Dismissal as to Actavis Mid Atlantic, LLC and Par Pharmaceuticals Defendants [Docket No. 178]. The Court set another status conference for June 16, 2011 at 2:00 p.m.

On June 16, 2011, a Status Conference was held, and settlement issues were addressed with respect to all pending matters. Attorney James Breen reported that a settlement in principle had been reached with respect to the Watson group of Defendants. Ven-A-Care also reached settlements in principle with the Mylan and Sandoz Defendants regarding both the federal and California (03-CV-11226-PBS) cases.

On July 8, 2011, the Court entered 120 Day Settlement Orders of Dismissal as to Subcategory Case No. 06-11337 (Individual Case No. 08-10852) as to the Mylan Defendants [Docket No. 7660], the Sandoz Defendants [Docket No. 7662] and the Watson Defendants [Docket No. 7663].

**MDL 1456 Status Report**
**USA *ex rel.* Ven-A-Care v. Baxter, *et al*.**
**Case No. 10-cv-11186**

The mediator has reported the status of settlement negotiations directly to the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that I, Rand J. Riklin, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on August 1, 2011, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

Respectfully submitted,

By: /s/ Rand J. Riklin
Rand J. Riklin
John E. Clark

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, P.C.
P.O. Box 120480
San Antonio, Texas 78212
(210) 733-6030
(210) 733-0330 - Fax

Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN
90 Canal Street, Ste. 500
Boston, MA 02114-2022
(617) 742-5800
(617) 742-5858 - Fax

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**