UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> *Baxter Healthcare Corporation* | MDL NO. 1456 <br> Master File No.: 01-12257-PBS <br> Sub-Category Case No. 1:08-CV-11200 <br><br> Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN UFFELMAN

Pursuant to Local Rule 83.5.3 and paragraph 16 this Court's Case Management Order No. 1 entered in MDL No. 1456, the undersigned counsel hereby moves that Jonathan Uffelman of Dickstein Shapiro LLP, 1825 Eye Street NW Washington, DC 20006, be admitted to appear on behalf of Baxter Healthcare Corporation and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Uffelman is a member in good standing of the bars of the following states:

    Maryland
    Washington, DC

2. There are no disciplinary proceedings pending against Mr. Uffelman as a member of the bar in any jurisdiction;

4. Mr. Uffelman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5. In further support of this motion, Mr. Uffelman has submitted as Exhibit A hereto his Certificate of Good Standing as required by Local Rule 83.5.3; and

6.      Payment in the amount of $50.00 is being submitted electronically concurrent with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully moves Mr. Uffelman's admission to practice before this Court *pro hac vice*.

/s/ Jocelyn L. Dyer
Peter E. Gelhaar, BBO # 188310
Jocelyn L. Dyer, BBO # 660240
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, MA   02108
peg@dcglaw.com
jld@dcglaw.com

Dated: August 3, 2011

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that counsel for Baxter Healthcare Corporation has conferred in good faith with counsel for Relators, and counsel for Relators consent to this Motion.

/s/ Jocelyn L. Dyer
Jocelyn L. Dyer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of August, 2011, a true and correct copy of the foregoing has been served to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Pattie B. Saris in MDL No. 1456.

/s/ Jocelyn L. Dyer
Jocelyn L. Dyer

Dated: August 3, 2011

DSMDB-2960735v1