# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Healthcare Corporation* | MDL NO. 1456<br>Master File No.: 01-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |

## CERTIFICATE OF JONATHAN UFFELMAN

I, Jonathan Uffelman, hereby certify pursuant to Local Rule 83.5.3 and Case Management Order No. 1, section V entered in MDL No. 1456 that:

1. I am an associate at the law firm of Dickstein Shapiro LLP, attorneys for Baxter Healthcare Corporation in the above-captioned action.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice, which includes the following: the bar of the State of Maryland, and the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Jonathan Uffelman
Jonathan Uffelman
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006

Dated: August 3, 2011