# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                              )
                                    )  CA No. 01-12257-PBS
PHARMACEUTICAL INDUSTRY AVERAGE     )
WHOLESALE PRICE LITIGATION          )  Pages 1 - 87
                                    )


SETTLEMENT HEARING

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE


United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
June 13, 2011, 2:20 p.m.


LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 7200
Boston, MA  02210
(617)345-6787

Page 7

1  reasons for that are:  We didn't have a trial verdict or trial
2  benchmarks like we did with AstraZeneca or BMS, and we had to
3  evaluate the liability case, and we just didn't have the hot
4  documents, you know, showing pushing the spread to physicians
5  like we did with AstraZeneca or with BMS.  So the liability
6  case wasn't nearly as strong, and we feel that the settlement
7  of $100 million is substantial, given those risks.
8         THE COURT:  Well, wasn't that originally how we
9  decided fast track versus non-fast track, Track One, Track Two?
10 Is that the reason we triaged initially?  You cherry-picked the
11 other five.
12        MR. BERMAN:  Right, we cherry-picked some
13 multi-source, some not multi-source, yes, so that we put our
14 best case in fast track, AstraZeneca.
15        With respect to the multi-source drug, Dr. Hartman
16 calculated $800 million of damages, but that was using the
17 30 percent yardstick; and the damages, for the reasons I'll
18 explain in a moment, are probably nonexistent for Class B.
19 First of all, we have the J-Code issue, and on the third page
20 of our slides I had quoted from your trial verdict in which you
21 identified the problem that we would have is, we can't match up
22 any single patient's use of multi-source drug with the
23 defendant manufacturer.  So we faced a real problem in that
24 regard.  And we were going to propose some market share theory,
25 but, you know, those theories have not been warmly received by

74d21743-9b43-4b78-9475-0e39fbd0275a