# EXHIBIT A

T2 SETTLEMENT – EXHIBIT B1 – DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Anzemet | A | Brand | An anti-emetic used in chemotherapy and post surgery | Aventis | MCCA ¶67; 1st AMCC ¶250 and Appendix A, 2nd AMCC, ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes |
| Aranesp | A | Brand | Used to treat anemia caused by chronic kidney disease or chemotherapy | Amgen | AMCC ¶ 217; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes |
| Epogen | A | Brand | Used to treat anemia caused by chronic kidney disease in patients on dialysis | Amgen | CAC ¶ 24, MCCA ¶¶ 56, 192-94; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes |
| Ferrlecit | A | Brand | Used by patients with renal disease for treatment of iron deficiency | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendix A; 3rd AMCC ¶¶ 537, 542, Appendix A; 4th AMCC ¶ 487, Appendix A, 5th AMCC ¶ 488 | No | Yes |
| InFed (iron dextran) | A | Brand | Used by patients with renal disease for treatment of iron deficiency | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 526, 534; 2nd AMCC ¶¶ 130, 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, 545, Appendix B; 4th AMCC ¶¶ 40, 144, 487, 595 Appendix A, 5th AMCC ¶ 488 | No | Yes |
| Neulasta | A | Brand | Used to reduce the chance of infection in people who have certain types of cancer and are receiving chemotherapy medications that may decrease the number of neutrophils (a type of blood cell needed to fight infection).used to reduce the risk of infection (initially marked by fever) in chemotherapy patients | Amgen | AMCC ¶ 217; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes |
| Neupogen | A | Brand | Used to decrease the chance of infection in people who have certain types of cancer and are receiving chemotherapy medications that may decrease the number of neutrophils (a type of blood cell needed to fight infection), in people who are undergoing bone marrow transplants, and in people who have severe chronic neutropenia (condition in which there are a low number of neutrophils in the blood) | Amgen | CAC ¶ 24, MCCA ¶¶ 56, 192-94; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes |

Group B is comprised primarily of generic and multi-source drugs. Many of the products are hospital products administered in the hospital inpatient (Medicare Part A) and hospital outpatient (Medicare Pa... based on AWP) setting. Group B also includes certain biologics. Since biologics are produced from human material, they are not subject to the provisions of the Hatch-Waxman Act allowing for generic e... approval of an abbreviated new drug application. Nonetheless, the biologics identified below all have multiple competitors and the competing biologics are reimbursed using the same J code and are akin... reimbursement purposes, to innovator multiple source drugs.

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| AccuNeb | B | Brand | Indicated for the relief of bronchospasm | Dey | AMCC ¶ 83, 2nd AMCC ¶ 83, 3rd AMCC ¶ 106, 4th AMCC ¶ 107; Revised 5th AMCC ¶ 107 | No | Yes |
| Acetlycysteine | B | Generic | Primarily used in the hospital setting to thin mucus in lungs | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201, 208; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Amended List of Purchases Made by Plaintiffs; 3rd AMCC ¶¶ 63, 217, 224, Appendix A, Amended List of Purchases Made by Plaintiffs; 4th AMCC ¶¶ 71, 214, 221 | No | Yes |
| | | | | Dey | MCCAC ¶¶ 90, 251, AMCC ¶¶ 81, 349, 359, 360, Appendix A; 2nd AMCC ¶¶ 81, 349, 359, 360, Appendix A; 3rd AMCC ¶¶ 104, 365, 375, 376, Appendix A. 4th AMCC, ¶¶ 105, 337, 347, 348, Appendix A ; Revised 5th AMCC ¶ 105, 337, 347, 348 | No | Yes |
| Acyclovir Sodium | B | Generic | Primarily used in the hospital setting as an antiviral | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 63, 217, 224, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 71, 214, 221 | No | Yes |
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| | | | | Sicor | MCCAC ¶ 323; AMCC ¶¶ 492, 501; 2d AMCC ¶¶ 492, 501; 3d AMCC ¶¶ 503, 512, Appendix A; 4th AMCC ¶¶ 472, 481, Appendix A; 5th AMCC ¶¶ 473, 482 | No | Yes |
| Adenosine | B | Generic | Primarily used in the hospital setting to treat arrythmia | Abbott | 4th AMCC ¶ 16 | Yes | Yes |
| | | | | Fujisawa | 4th AMCC, Appendix A; 5th AMCC | Yes | Yes |
| Adriamycin PFS/RFS | B | Multi-Source | Oncolitic | Pharmacia | 1st AC ¶¶ 181, 183, 184, 185, 186; 2nd AMCC ¶¶ 115, 458, 463, 464, 465, 466, 471, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 474, 475, 476, 477, 481, 482, 483, Ex. A, Ex. B; 4th AMCC ¶¶ 133, 438, 443, 444, 445, 451, 452, 454, App. A. App. B; 5th AMCC ¶¶ 133, 439, 444, 445, 446, 447, 452, 453, 455 | No | Yes |
| Adrucil [see Flourouracil] | B | Multi-Source | Oncolitic | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 458, 466, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 40, 132, 469, 477, 483, Ex. A, Ex. B; 4th AMCC ¶¶ 133, 438, 446, 452,  App. A, App. B; 5th AMCC ¶¶ 133, 439, 447, 452 | No | Yes |
| Aggrastat | B | Multi-source | Primarily used in inpatient surgery in connection with angioplasty | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Albuterol sulfate | B | Generic | Respiratroy inhalation drug that is primarily used for relief of bronchospasm in patients with reversible obstructive airway disease and acute attacks of bronchospasm | Dey | MCCAC ¶¶ 90, 246-249; 251-253; AMCC ¶¶ 81, 349, 351, 352, 353, 356, 357, 358, 359, 360, Appendix A; 2nd AMCC, ¶¶ 81, 349, 351, 352, 353, 356, 357, 358, 359, 360, Appendix A; 3rd AMCC, ¶¶ 104, 365, 367, 368, 369, 372, 373, 374, 375, 376, Appendix A; 4th AMCC  ¶¶ 105, 337, 339, 340, 341, 344, 345, 346, 347, 348, Appendix A; Revised 5th AMCC ¶ 105, 337, 339, 340, 341, 344, 345, 346, 347, 348 | No | Yes |
| Alcohol injection | B | Generic | Primarily used in the hospital setting to treat chronic spinal and neck pain | Abbott | 3rd AMCC ¶ 230, 4th AMCC ¶ 227 | No | Yes |

T2 SETTLEMENT - EXHIBIT B - DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| A-methapred | B | Generic (proprietary name) | Primarily used in the hospital setting as a steroid used to treat inflamation | Abbott | CAC ¶ 19; AMCC ¶ 201; 2nd AMCC ¶¶ 201, Appendix A, Amended List of Purchases Made by Plaintiffs; 3rd AMCC ¶¶ 217, Appendix A, Amended List of Purchases Made by Plaintiffs; 4th AMCC ¶ 214 | No | Yes |
| Amikacin sulfate | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | MCCAC ¶¶ 54, 188, 190; AMCC @ TOC, ¶¶ 40, 201, 208; 2nd AMCC @ TOC, ¶¶ 40, 201, 208, 212, Appendix A, Appendix B; 3rd AMCC @ TOC ¶¶ 63, 217, 224, 228, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC @ TOC, ¶¶ 71, 214, 221, 225 | No | Yes |
| | | | | Sicor | MCCAC ¶ 323; AMCC ¶¶ 124, 492, 501; 2d AMCC ¶¶ 124, 492, 501; 3d AMCC ¶¶ 141, 503, 512, Appendix A; 4th AMCC ¶¶ 142, 472, 481, Appendix A; 5th AMCC ¶¶ 142, 473, 482 | No | Yes |
| Aminocaproic acid | B | Generic | Primarily used in the hospital setting to stop bleeding | Abbott | 3rd AMCC ¶ 230, 4th AMCC ¶ 227 | No | Yes |
| Aminosyn / Aminosyn II / Amino acid | B | Multi-Source | Primarily used in the hospital setting to treat nitrogen loss or negative nitrogen balance | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix A, Appendix B; 3rd AMCC ¶¶ 217, 230, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 214, 227 | No | Yes |
| Amphocin / Amphotericin B | B | Generic | Primarily used in the hospital setting as an antifungal | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| | | | | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 477, 483, Ex. A, Ex. B; 4th AMCC ¶¶ 133, 438, 446, 452, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447, 453 | No | Yes |
| | | | | Sicor | AMCC ¶ 492; 2d AMCC ¶ 492; 3d AMCC ¶ 503, Appendix A; 4th AMCC ¶ 472, Appendix A; 5th AMCC ¶ 473 | No | Yes |
| Aristocort | B | Branded Multi-Source | Oral corticosteroid used primarily in hospital setting to treat inflammation | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes |
| Aristospan | B | Branded Multi-Source | Injectable corticosteroid used primarily in hospital setting to treat inflammation | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes |
| Aromasin | B | Brand | Oncolitic | Pharmacia | 2nd AMCC ¶ 115; 3rd AMCC ¶ 132; 4th AMCC ¶ 133; 5th AMCC ¶ 133 | No | Yes |
| Ativan | B | Multi-source | Primarily used in the hospital setting to treat anxiety disorders | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A, App B; 3rd AMCC ¶ 288, App A, App B; 4th AMCC ¶ 285; 4th AMCC Revised App A, App B; 5th AMCC ¶ 285 | No | Yes |
| Azmacort | B | Brand | A corticosteroid used primarily to treat symptoms of asthma (wheezing, shortness of breath) and other lung diseases | Aventis | 1st AMCC ¶250, and Appendix A; 2nd AMCC ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes |

T2 SETTLEMENT - EXHIBIT B - DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Bebulin | B | Multi-Source Biologic | Anti-hemophilic factor used to treat hemophilia | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| Bioclate | B | Multi-Source Biologic | Anti-hemophilic factor (recombinant), used to treat hemophilia | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |
| Bleomycin sulfate | B | Generic | Primarily used in the hospital setting as an antibiotic used in treatment of Hodgkin's lymphoma | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| | | | | Pharmacia | 1st Amd Complt. ¶ 183, 187; 2nd AMCC ¶¶ 115, 458, 463, 466, 470, 471, Ex. A, Ex. B; 3rd AMCC ¶¶ 52, 132, 469, 474, 477, 481, 482, Ex. A, Ex. B; 4th AMCC ¶¶ 60, 133, 438, 443, 446, App. A, App. B; 5th AMCC ¶¶ 60, 133, 439, 444, 447 | No | Yes |
| Brevibloc | B | Multi-source | Primarily used in the hospital setting to slow heart rate during surgery | Baxter | AMCC ¶272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Buminate | B | Multi-Source Biologic | Blood product used in the hospital setting for cardiopulmonary surgery | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| Bupivacaine | B | Generic | Primarily used in the hospital setting as a local anaesthetic | Abbott | 3rd AMCC ¶¶ 15, 230; 4th AMCC ¶¶ 15, 227 | Yes | Yes |
| Calcijex | B | Brand through 10/01; thereafter multi-source | Primarily used in the hospital setting as a man-made form of vitamin D | Abbott | CAC ¶ 19; MCCAC ¶ 190; AMCC ¶ 201; 2nd AMCC ¶¶ 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 217, 224, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 214, 221 | No | Yes |
| Calcimar | B | Brand | A human hormone used primarily to treat Paget's disease and osteoporosis in postmenopausal women | Aventis | 1st AMCC ¶250, and Appendix A; 2nd AMCC ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes |
| Camptosar / Irinotecan hydrochloride | B | Brand | Oncolitic | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 467, 468; 3rd AMCC ¶¶ 132, 478, 479; 4th AMCC ¶ 133, 447, 448; 5th AMCC ¶ 133, 448, 449 | No | Yes |
| Carbocaine / Mepivacaine | B | Generic | Primarily used in the hospital setting as local anaesthetic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Cefizox | B | Brand | Injectable antibiotic used primarily in hospital setting | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes |
| Chromium tr meta / Chromic chloride | B | Generic | Primarily used in the hospital setting as an additive to IV solutions for total parenteral nutrition | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |

T2 SETTLEMENT - EXHIBIT B - DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Cimetidine hydrochloride | B | Generic | Primarily used in the hospital setting to inhibit production of acid in stomach | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201, 208; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 63, 217, 224, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 71, 214, 221 | Yes | Yes |
| Cipro / Ciprofloxacin hydrochloride | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | 3rd AMCC ¶ 16; 4th AMCC ¶ 17 | Yes | Yes |
|  |  | Multisource as of June 9, 2004 |  | Bayer | Modified 1st Am. Compl. ¶ 286 (Dec. 8, 2003); 2nd AMCC ¶ 286; 3rd AMCC ¶ 302, Appendix; 4th AMCC ¶¶ 17, 299, Appendix A; Appendix A to 4th AMCC | No | Yes |
| Cisplatin | B | Multi-source | Primarily used in the hospital setting as a chemotherapy drug | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
|  |  |  |  | Sicor | 4th AMCC ¶¶ 15, 17, 60; 5th AMCC ¶¶ 15, 17, 60 | Yes | Yes |
| Claforan | B | Multi-source | Primarily used in the inpatient hospital setting to prevent staph infections | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Cleocin T / Clindamycin phosphate | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Amended List of Purchases Made By Plaintiffs; 3rd AMCC ¶¶ 63, 224, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 71, 214, 221 | No | Yes |
|  |  | Branded Multi-Source | Antibiotic | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, Ex. A, Ex. B; 3rd AMCC; ¶¶ 20, 132, 469, 477, Ex. A, Ex. B, 4th ¶¶ 133, 438, 446, 451, App. A, App. B 5th AMCC ¶¶ 133, 439, 447 | No |  |
|  |  |  |  |  |  |  | Yes |
| Cromolyn sodium | B | Generic | Respiratroy inhalation drug used to treat patients with bronchial asthma | Dey | MCCAC ¶¶ 90, 251. AMCC ¶¶ 81, 349, 355, 359, 360, 362, Appendix A; 2nd AMCC ¶¶ 81, 349, 355, 359, 360, 362, Appendix A, 3rd AMCC, ¶¶ 104, 365, 371, 375, 376, 378, Appendix A; 4th AMCC ¶¶ 105, 337, 343, 347, 348, 350, Appendix A; Revised 5th AMCC ¶¶ 105, 337, 343, 347, 348, 350 | No | Yes |

T2 SETTLEMENT - "EXHIBIT B" DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Cytosar-U / Cytarabine | B | Multi-source | Oncolitic | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 477, Ex. A, Ex. B; 4th AMCC  ¶¶ 133, 438,446, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447 | No | Yes |
| Depo provera / Medroxyprogesterone acetate | B | Brand | Contraception | Pharmacia | 4th AMCC ¶ 23, Revised App. A; 5th AMCC ¶ 23 | Yes | Yes |
| Depo-testosterone / Testosterone cypionate | B | Multi-Source | Hormone | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, Ex. A, Ex. B; 3rd AMCC ¶ 132, 469, 477, Ex. A, Ex. B; 4th AMCC  ¶¶ 133, 438, 446, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447 | No | Yes |
| Dexamethasone acetate | B | Generic | Primarily used in the hosptial setting as an anti-inflammatory to treat allergic reactions | Abbott | 3rd AMCC ¶ 19; 4th AMCC ¶ 21 | Yes | Not a Bayer Drug |
|  |  |  |  | Bayer (but not a Bayer drug) | 4th AMCC ¶ 21 | Yes | Yes |
|  |  |  |  | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 526, 534;  2nd AMCC ¶¶ 130, 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, 545, Appendix B; 4th AMCC ¶¶ 17, 21, 144, 487, 495, Appendix A, 5th AMCC ¶ 488 | No | Yes |
| Dexamethasone sodium / Dexamethasone sodium phosphate | B | Generic | Anti-inflammatory, treats allergic reactions, autoimmune disease and certain cancers | Abbott | 3rd AMCC ¶ 39; 4th AMCC ¶ 47 | No | Yes |
|  |  |  |  | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC  ¶ ¶110, 353, 360-63 | No | Yes |
|  |  |  |  | Sicor | 4th AMCC ¶¶ 15, 17, 18, 21; 5th AMCC ¶¶ 15, 17, 18, 21 | Yes | Yes |
|  |  |  |  | Watson | MCCAC ¶ 327;  AMCC ¶¶ 526, 534; 2nd AMCC ¶¶ 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 537, 545, Appendixes A and B; 4th AMCC ¶¶ 17, 21, 52, 487, 495, Appendix A, 5th AMCC ¶ 488, 5th AMCC ¶ 488 | No | Yes |
| Dextrose / Dextrose sodium chloride / Ringers lactated with dextrose | B | Generic | Primarily used in the hospital setting as a diluent | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 201, 208; 2nd AMCC ¶¶  29, 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 15, 16, 21, 63, 217, 224, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 17, 25, 71, 214, 221 | No, except for ringers lactated with dextrose inj (but shares J Code with other Dextrose products listed) | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| | | Multi-source | Primarily used in the hospital setting as a diluent | Baxter | MCCAC ¶¶ 71, 217; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No, except for ringers lactated with dextrose inj (but shares J Code with other Dextrose products listed) | Yes |
| Diazepam | B | Generic | Primarily used in the hospital setting to treat anxiety and nervousness | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201 ; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 63, 217, 224, Amended List of Purchases  Made By Plaintiffs, Purchases Made By Plaintiffs; 4th AMCC ¶¶ 71, 214, 221 | No | Yes |
| | | | | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 526, 534; 2nd AMCC ¶¶ 130, 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, 545, Appendixes A and B; 4th AMCC ¶¶ 144, 487, 495, Appendix A | No | Yes |
| Dacarbazine (see DTIC - Dome) | B | Multi-Source | Antineoplastic cancer medication | Bayer | Modified 1st Am. Compl. ¶ 286 (Dec. 8, 2003); 2nd AMCC ¶ 286; 3rd AMCC ¶ 302, Appendix; 4th AMCC ¶ 299, Appendix A; Appendix to 4th AMCC | No | Yes |
| Diltiazem hydrochloride | B | Generic | Primarily used in the hospital setting to treat hypertension, angina and some types of arrhythmia | Abbott | 3rd AMCC ¶¶ 15, 20; 4th AMCC ¶ 15 | Yes | Yes |
| | | | | Sicor | 4th AMCC ¶ 15 | Yes | Yes |
| Dopamine hydrochloride | B | Generic | Primarily used in the hospital setting to improves the heart's contractions | Abbott | 3rd AMCC ¶¶ 19, 230; 4th AMCC ¶¶ 21, 227; 5th AMCC ¶ 15 | Yes | Yes |
| Doxorubicin / Doxorubicin hydrochloride [see Adriamycin] | B | Generic | Primarily used in the hospital setting as an oncolitic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| | | | | Baxter | AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC  ¶ ¶110, 353, 360-63 | No | Yes |
| | | | | Pharmacia | See Adriamycin | No | Yes |
| | | | | Sicor | AMCC ¶ 492; 2d AMCC ¶¶ 492, 499, 503; 3d AMCC ¶¶ 503, 510, 514, Appendix A; 4th AMCC ¶¶ 472, 479, 483, Appendix A; 5th AMCC ¶ 473, 480, 484 | No | Yes |
| DTIC Dome [see Dacarbazine] | B | Multi-Source | Antineoplastic cancer medication | Bayer | Modified 1st Am. Compl. ¶ 286 (Dec. 8, 2003); 2nd AMCC ¶ 286; 3rd AMCC ¶ 302, Appendix; 4th AMCC ¶ 299, Appendix A; Appendix to 4th AMCC | No | Yes |

T2 SETTLEMENT - "EXHIBIT B" DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Eligard | B | Brand (but shares Jcode with therapeutic equivalent) | Used primarily to treat the symptoms of advanced prostate cancer | Aventis | 4th AMCC ¶19; 5th AMCC ¶19 | Yes | Yes |
| Ellence / Epirubicin HCL | B | Brand | Oncolitic | Pfizer | AMCC ¶ 41; 2nd AMCC ¶ 115; 3rd AMCC ¶¶ 19, 132; 4th AMCC ¶ 133; 5th AMCC ¶ 133 | No | Yes |
| Enalaprilat | B | Generic | ACE inhibitor | Sicor | 4th AMCC ¶ 17; 5th AMCC ¶ 17 | Yes | Yes |
| Enbrel | B | Brand | Largely self-administered; used to treat moderate to severe rheumatoid arthritis, adult chronic moderate to severe plaque psoriasis, psoriatic arthritis, ankylosing spondylitis and moderate to severe juvenile idiopathic arthritis | Amgen | AMCC ¶ 217; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes |
| Epinephrine | B | Generic | Primarily used in the hospital setting to treat severe allergic reactions | Abbott | 3rd AMCC ¶¶ 15, 230; 4th AMCC ¶¶ 15, 227 | Yes | Yes |
| | | | | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| Erythromycin / Erythromycin base | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix A, Appendix B; 3rd AMCC ¶ 217, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶ 214 | No | Yes |
| Estradiol | B | Generic | Hormone used for treatment of menopause and postmenopausal osteoporosis | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendixes A and B; 3rd AMCC ¶ 537, Appendixes A and B; 4th AMCC ¶ 497, 5th AMCC ¶ 488 | No | Yes |
| Etoposide [see Toposar] | B | Multi-Source | | Pharmacia | See Toposar | No | Yes |
| | | Generic | | Sicor | MCCAC ¶ 319; AMCC ¶¶ 492, 496; 2d AMCC ¶¶ 492, 494, 496, 502, 503; 3d AMCC ¶¶ 503, 505, 507, 513, 514, Appendix A; 4th AMCC ¶¶ 17, 60, 472, 474, 476, 482, 483, Appendix A | No | Yes |
| Famotidine | B | Generic | Primarily used in the hospital setting as an antihistamine that blocks release of stomach acid | Abbott | 3rd AMCC ¶¶ 15, 16; 4th AMCC ¶¶ 15, 17 | Yes | Yes |

T2 SETTLEMENT - EXHIBIT B - DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Fentanyl citrate | B | Generic | Primarily used in the hospital setting as a pain reliever | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix A, Appendix B; 3rd AMCC ¶¶ 19, 20, 217, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 17, 21, 214 | No | Yes |
| Fluorouracil [see Adrucil] | B | Multi-source | Oncolitic | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 458, 466, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 40, 132, 469, 477, 483, Ex. A, Ex. B | No | Yes |
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| Fluphenazine HCL | B | Generic | Psychotherapeutic agent used to manage psychotic discorders | Watson | AMCC ¶¶ 526, 536; 2nd AMCC ¶¶ 526, 536, Appendixes A and B; 3rd AMCC ¶¶ 537, 547, Appendixes A and B; 4th AMCC ¶¶ 487, 495, Appendix A | No | Yes |
| Furosemide | B | Generic | Primarily used in the hospital setting as a diuretic | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 201, 208; 2nd AMCC ¶¶ 29, 40, 201, 208, Appendix A, Appendix B ; 3rd AMCC ¶¶ 15, 20, 21, 32, 42, 63, 217, 224, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 25, 40, 50, 71, 214, 221 | No | Yes |
| Gamimune N | B | Multi-Source Biologic | Immune globulin used to treat primary immune deficiency | Bayer | MCCAC ¶ 74; AMCC ¶ 63; Modified 1st Am. Compl. ¶¶ 63, 286 (Dec. 8, 2003); 2nd AMCC ¶¶ 63, 286; 3rd AMCC ¶¶ 86, 302, Appendix; 4th AMCC ¶¶ 94, 299, Appendix; Appendix to 4th AMCC | No | Yes |
| Gammagard / Gammagard S/D / Gammar / Gammar P.I.V.* | B | Multi-Source Biologic | A sterilized human plasma solution, used primarily to treat immune deficiency conditions | Baxter | CAC ¶ 28; MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| | | | | Aventis (Gammar PIV) | CAC ¶ 24; MCCAC ¶ 20; AMCC ¶¶ 17, 80; Corrected AMCC dkt 928 ¶¶ 19, 88, App A; 3rd AMCC ¶¶ 29, 97, App A; 4th AMCC ¶¶ 31, 97; 4th AMCC dkt 2244 Revised App A;  5th AMCC dkt 5902 at 31, 97 Aventis (Gammar PIV) - initial cite MCCAC, ¶67, and App. A | No | Yes |
| Gentamicin sulfate | B | Generic | Primarily used in the hospital setting to treat infections | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 201, 208; 2nd AMCC ¶¶ 29, 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 21, 63, 217, 224, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 25, 71, 214, 221 | No | Yes |
| | | | | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | |
| | | | | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 526, 534; 2nd AMCC ¶¶ 130, 526, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, Appendixes A and B; 4th AMCC ¶¶ 144, 487, 495, Appendix A | No | Yes |

T2 SETTLEMENT "EXHIBIT B" DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Gentran / Gentran NACL | B | Multi-source | Primarily used in the hospital/surgical setting as an anti-coagulant | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Glycopyrrolate | B | Generic | Primarily used in the hospital setting to treat peptic ulcer disease | Abbott | 3rd AMCC ¶ 15; 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
|  |  |  |  | Sicor | 4th AMCC ¶ 15 | Yes | Yes |
| Helixate / Helixate FS | B | Multi-Source Biologic | Anti-hemophilic factor (recombinant), used to treat hemophilia | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |
| Heparin / Heparin lock flush / Heparin sodium | B | Generic | Primarily used in the hospital setting as an anticoagulant | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 201, 208; 2nd AMCC ¶¶ 29, 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 15, 19, 20, 21, 63, 217, 224, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 21, 25, 71, 214, 221 | No | Yes |
|  |  |  |  | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Humate-P | B | Multi-Source Biologic | Anti-hemophilic factor/von Willebrand factor complex, used to treat hemophilia and von Willebrand disease | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |
| Hydromorphine | B | Generic | Primarily used in the hospital setting as a pain reliever | Abbott | 3rd AMCC ¶¶ 15, 20; 4th AMCC ¶¶ 15, 17 | Yes | Yes |
| Idamycin / Idarubicin hydrochloride | B | Brand | Oncolitic | Pharmacia | 1st Amd Complt. ¶ 183; 2nd AMCC ¶¶ 115, 463; 3rd AMCC ¶¶ 132, 474; 4th AMCC ¶ 133, 443; 5th AMCC ¶ 133, 144 | No |  |
| Imipramine HCL | B | Generic | Psychotherapeutic agent used in treatment of depression | Watson | AMCC ¶¶ 526, 536; 2nd AMCC ¶¶ 526, 536, Appendix A; 3rd AMCC ¶¶ 537, 547, Appendixes A and B; 4th AMCC ¶¶ 487, 495, 5th AMCC ¶ 488 | No | Yes |
| Intal | B | Brand | Used primarily to treat symptoms of asthma (wheezing, shortness of breath) and exercise induced bronchospasm | Aventis | 1st AMCC ¶250, and Appendix A; 2nd AMCC ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes |
| Ipratropium bromide | B | Generic | Respiratory inhalation drug used for the maintenance treatment of bronchospasms associated with Chronic Obstructive Pulmonary Disease | Dey | MCCAC ¶¶ 90, 253, AMCC ¶¶ 81, 83, 349, 352, 353, 354, 362, Appendix A; 2nd AMCC, ¶¶ 81, 83, 349, 352, 353, 354, 362, Appendix A; 3rd AMCC, ¶¶, 104, 106, 365, 368, 369, 370, 378, Appendix A, 4th AMCC ¶¶ 105, 107, 337, 340, 341, 342, 350, Appendix A; Revised 5th AMCC, ¶ 105, 107, 337, 340, 341, 342, 350 | No | Yes |
| Iveegam | B | Multi-Source Biologic | Plasma replacement therapy for immune deficiencies | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| Ketorolac / Ketorolac tromethamine | B | Generic | Primarily used in the hospital setting as an anti-inflammatory to treat pain after surgery | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶¶ 21, 227 | Yes |  |
|  |  |  | Primarily used in the hospital setting as an anti-inflammatory to treat pain after surgery | Watson | 4th AMCC Appendix A | Yes | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Kineret | B | Brand | Used to reduce signs and symptoms and to slow progression of structural damage in adult patients with moderate to severe rheumatoid arthritis | Amgen | AMCC ¶ 217; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes |
| Koate- HP | B | Multi-Source Biologic | Antihemophilic factor viii blood product | Bayer | MCCAC ¶ 74; AMCC ¶ 63; Modified 1st Am. Compl. ¶¶ 63, 286; 2nd AMCC ¶¶ 63, 286; 3rd AMCC ¶¶ 86, 302, Appendix; 4th AMCC ¶¶ 94, 299, Appendix A; Appendix to 4th AMCC | No | Yes |
| Kogenate | B | Multi-Source Biologic | Antihemophilic factor viii (recombinant) | Bayer | Compl. ¶ 74 (Sept. 6, 2002); 1st Am. Compl. ¶ 63 (July 28, 2003); Modified 1st Am. Compl. ¶¶ 63, 286; 2nd Am. Compl. ¶¶ 63, 286 (Feb. 24, 2005); 3rd Am. Compl. ¶¶ 86, 302, Appendix (Oct. 17, 2005); 4th Am. Compl. ¶¶ 94, 299, Appendix A (March 1, 2006); Appendix to 4th Am. Compl. (March 10, 2006) | No | Yes |
| Labetalol | B | Generic | Primarily used in the hospital setting to reduce the workload of the heart | Abbott | 3rd AMCC ¶ 16; 4th AMCC ¶ 17 | Yes | Yes |
| Lasix | B | Brand | A diuretic used to reduce swelling and fluid retention caused by a variety of diseases | Aventis | CAC ¶ 36; 2nd AMCC ¶¶ 567, 570; 3rd AMCC ¶¶ 567, 570 | No | Yes |
| Leucovorin calcium | B | Generic | Primarily used in the hospital setting as an adjunct to chemotherapy | Abbott | CAC ¶ 36; 2nd AMCC ¶¶ 567, 570; 3rd AMCC ¶¶ 567, 570 | No | Yes |
| | | | Chemotherapeutic agent (palliative treatment of patients with cancer) | Immunex | MCCAC ¶¶ 104, 291; AMCC ¶¶ 98, 422, Appendix A; 2 AMCC ¶¶ 98, 422; 3 AMCC ¶¶ 118, 433; 4 AMCC ¶¶ 119, 405; 5th AMCC ¶¶ 119, 406 | No | Yes |
| | | | | Sicor | AMCC ¶ 482; 2d AMCC ¶¶ 492, 502, 503; 3d AMCC ¶¶ 503, 513, 514, Appendix A; 4th AMCC ¶¶ 472, 482, 483, Appendix A; 5th AMCC ¶¶ 52, 473, 483, 484 | No | Yes |
| Leukine | B | Brand (not sold by Immunex after 7/02) | A biologic and white blood cell stimulant (including use for post-bone marrow transplant, post-chemotherapy with acute myelegenous leukemia, and pre- and post-blood stem cell transplant) | Immunex | MCCAC ¶ 104; AMCC ¶¶ 98, 422; 2nd AMCC ¶¶ 98, 422; 3rd AMCC ¶¶ 118, 433; 4th AMCC ¶¶ 119, 405; 5th AMCC ¶¶ 119, 406 | No | Yes |
| Levofloxacin | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | 3rd AMCC ¶¶ 19, 20; 4th AMCC ¶ 21 | Yes | Yes |
| Lidocaine hydrochloride | B | Generic | Primarily used in the hospital setting as a local anesthetic | Abbott | 3rd AMCC ¶¶ 15, 16, 20, 230; 4th AMCC ¶¶ 15, 17, 21, 227 | Yes | Yes |
| Liposyn II / Fat emulsion | B | Multi-Source | Primarily used in the hospital setting in order to provide calories to those receiving parenteral nutrition | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix B; 3rd AMCC ¶ 217, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶ 214 | No | Yes |
| Lorazepam | B | Generic | Primarily used in the hospital setting to treat anxiety disorders | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix A, Appendix B; 3rd AMCC ¶¶ 19, 39, 40, 217, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 21, 47, 48, 214 | No | Yes |
| | | | | Watson | AMCC ¶ 528; 2nd AMCC ¶ 526, Appendix A; 3rd AMCC ¶¶ 537, Appendix A and B; 4th AMCC ¶ 487, Appendix A | No | Yes |
| Lovenox | B | Brand | An anticoagulant therapy used to prevent deep vein thrombosis following hip replacement, knee replacement, or stomach surgery | Aventis | 3rd AMCC ¶15; 4th AMCC ¶15; 5th AMCC ¶15 | Yes | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Lyphocin | B | Branded Multi-Source | Injectable antibiotic used primarily in hospital setting | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes |
| Magnese chloride | B | Generic | Primarily used in the hospital setting as an additive to IV solutions for total parenteral nutrition | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Magnesium sulfate | B | Generic | Primarily used in the hospital setting as an electrolyte replenisher | Abbott | 3rd AMCC ¶ 15; 4th AMCC ¶ 15 | Yes | Yes |
|  |  |  |  | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| Mannitol | B | Generic | Primarily used in the hospital setting as a diuretic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Marcaine | B | Generic | Primarily used in the hospital setting as a local anesthetic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Medrol / Methylprednisolone | B | Multi-source | Anti-inflammatory | Pharmacia | 2nd AMCC ¶ 115; 3rd AMCC ¶¶ 20, 132; 4th AMCC ¶ 133; 5th AMCC ¶ 133 | No | Yes |
| Metaproterenol sulfate | B | Generic | Indicated as a bronchodilator for bronchial asthma and for reversible bronchospasm wich may occur in association with bronchitis | Dey | MCCAC ¶¶ 90, 251, AMCC ¶¶ 81, 83, 349, 359, 360, Appendix A; 2nd AMCC ¶¶ 81, 83, 349, 359, 360, Appendix A; 3rd AMCC ¶¶ 104, 106, 365, 375, 376, Appendix A; 4th AMCC ¶¶ 105, 107, 337, 347, 348, Appendix A; Revised 5th AMCC, ¶¶ 105, 107, 337, 347, 348 | No | Yes |
| Methotrexate sodium | B | Multisource (not sold by Immunex after 6/01) | Anticancer agent | Immunex | MCCAC ¶ 291; AMCC ¶ 422, Appendix A; 2nd AMCC ¶ 422; 3rd AMCC ¶ 433; 4th AMCC ¶ 405; 5th AMCC ¶ 406 | No | Yes |
| Metoclopramide | B | Generic | Primarily used in the hospital setting as an antiemetic | Abbott | 3rd AMCC ¶ 230 ; 4th AMCC ¶ 227 | No | Yes |
| Midazolam hydrochloride | B | Generic | Primarily used in the hospital setting as a sedative | Abbott | 3rd AMCC ¶¶ 15, 16, 19; 4th AMCC ¶¶ 15, 17, 21 | Yes | Yes |
| Mithracin | B | Multi-Source | Antineoplastic cancer medication | Bayer | Modified 1st Am. Compl. ¶ 286; 2nd AMCC ¶ 286; 3rd AMCC ¶ 302, Appendix; 4th AMCC ¶¶ 6, 299, Appendix A; Appendix to 4th AMCC | No | Yes |
| Monoclate / Monoclate-P | B | Multi-Source Biologic | Anti-hemophilic factor VIII:C, used to treat hemophilia | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |
| Mononine | B | Multi-Source Biologic | Coagulation factor IX, used to treat hemophilia B | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |

T2 SETTLEMENT - "EXHIBIT B" DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Morphine sulfate | B | Generic | Primarily used in the hospital setting as a pain reliever | Abbott | 3rd AMCC ¶¶ 15, 16; 4th AMCC ¶¶ 15, 17 | Yes | Yes |
| Nadolol | B | Generic | Antihypertensive used in treatment of hypertension and angina | Watson | AMCC ¶¶ 526, 536; 2nd AMCC ¶¶ 526, 536, Appendixes A and B; 3rd AMCC ¶¶ 537, 547, Appendixes A and B; 4th AMCC ¶¶ 487, 495, 5th AMCC ¶ 488 | No | Yes |
| Nalbuphine | B | Generic | Primarily used in the hospital setting as a pain reliever | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Nebupent | B | Branded Multi-Source | Oral anti-infective used in hospital setting to prevent and treat pneumo | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes |
| Neosar / Cyclophospamide | B | Generic | Oncolitic | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 458, 465, 466, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 476, 477, 483, Ex. A, Ex. B; 4th AMCC  ¶¶ 133, 438, 445, 446, 452, App. A, App. B; 5th AMCC ¶¶ 133, 439, 446, 447, 453 | No | Yes |
| Neostigmine methylsulfate | B | Generic | Primarily used in the hospital setting to correct muscle strength | Abbott | 3rd AMCC ¶¶ 15, 230; 4th AMCC ¶¶ 15, 227 | No | Yes |
|  |  |  |  | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| Novacaine / Procaine | B | Generic | Primarily used in the hospital setting as an anesthetic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Novantrone | B | Brand (not sold by Immunex after 11/02) | Anticancer agent (including use for acute myelegenous leukemia, hormone refractory prostate cancer, and relapsing-remitting multiple sclerosis) | Immunex | CAC ¶ 38; MCCAC  ¶¶ 104, 291; MCCAC ¶¶ 104, 291; AMCC ¶¶ 98, 422, Appendix A; 2nd AMCC ¶¶ 98, 422; 3rd AMCC ¶¶ 118, 433; 4th AMCC ¶¶ 119, 405; 5th AMCC ¶¶ 119, 406 | No | Yes |
| Osmitrol | B | Multi-source | Primarily used in the hospital setting as a diuretic | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Pancuronium bromide | B | Generic | Primarily used in the hospital setting as a muscle relaxer | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Pentam /Pentamidine isethionate | B | Branded Multi-Source | Anti-infective used primarily in hospital setting to treat AIDS related pneumonia | Fujisawa | CAC ¶31; MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | No |
|  |  | Generic |  | Sicor | AMCC ¶ 492; 2d AMCC ¶¶ 492, 503; 3d AMCC ¶¶ 503, 514, Appendix A; 4th AMCC ¶¶ 472, 483, Appendix A; 5th AMCC ¶¶ 473, 484 | No | Yes |
| Perphenazine | B | Generic | Psychotherapeutic agent used to manage psychotic disorders | Watson | AMCC ¶¶ 526, 536; 2nd AMCC ¶¶ 526, 536, Appendixes A and B; 3rd AMCC ¶¶ 537, 547, Appendixes A and B; 4th AMCC ¶¶ 487, 495, 5th AMCC ¶ 488 | No | Yes |
| Phenylephrine | B | Generic | Adrenergic receptor used primarily as a decongestant | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| Potassium acetate / Potassium chloride | B | Generic | Primarily used in the hospital setting tp potassium low blood levels | Abbott | 3rd AMCC ¶¶ 15, 16, 230; 4th AMCC ¶¶ 15, 17, 227 | Yes | Yes |
| Prograf | B | Brand | Self-administered immunosuppressant used for transplants, Medicare Part B special | Fujisawa | CAC ¶ 31; AMCC ¶364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶ ¶ 353, 360-63 | No | Yes |
| Promethazine | B | Generic | Primarily used in the hospital setting as an antihistamine | Abbott | 3rd AMCC ¶¶ 15, 19, 20; 4th AMCC ¶¶ 15, 21 | Yes | Yes |
|  |  |  |  | Sicor | 4th AMCC ¶¶ 15, 21; 5th AMCC ¶¶ 15, 21 | Yes | Yes |
|  |  |  |  | Watson | 4th AMCC ¶ 15 | Yes | No |
| Propranolol HCL | B | Generic | Beta blocker for treatment of hypertension and other cardiovascular conditions | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendixes A and B; 3rd AMCC ¶ 537, Appendixes A and B; 4th AMCC ¶ 487, 5th AMCC ¶ 488 | No | Yes |
| Propofol | B | Generic | Primarily used in the hospital setting as an anesthetic | Abbott | 3rd AMCC ¶ 15; 4th AMCC ¶ 15 | Yes | Yes |

Case 1:01-cv-12257-PBS   Document 7696-1   Filed 08/03/11   Page 15 of 42
TE SETTLEMENT - EXHIBIT B - DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| | | | | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| Ranitidine HCL | B | Generic | Antihistamine | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendixes A and B; 3rd AMCC ¶ 537, Appendixes A and B; 4th AMCC ¶ 487 | No | Yes |
| Recombinate | B | Multi-Source Biologic | Anti-hemophilic factor (recombinant), used to treat hemophilia | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| Sodium acetate | B | Generic | Primarily used in the hospital setting as a corticosteroid | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Sodium chloride | B | Generic | Primarily used in the hospital setting as a diluent, as a way to give injectable medicines to flush intravenous lines and for other conditions | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 187, 201;  2nd AMCC ¶¶ 29, 40, 187, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 15, 16, 20, 21, 39, 63, 203, 217, 224, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 17, 25, 47, 71, 200, 214, 221 | No | Yes |
| | | | | Baxter | MCCAC ¶ 217, AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A, App B; 3rd AMCC ¶¶ 83, 288, App A, App B; 4th AMCC ¶¶ 91, 285; 4th AMCC  Revised App A, App B; 5th AMCC ¶¶ 91, 285 | No | Yes |
| | | | | Dey | AMCC ¶ 360; 2nd AMCC ¶ 360; 3rd AMCC ¶ 376; 4th AMCC ¶ 348; Revised 5th AMCC ¶ 348 | No | Yes |
| | | | | Sicor | 4th AMCC ¶¶ 15, 17, 50; 5th AMCC ¶¶ 15, 17 | Yes | Yes |
| Solu-cortef / Hydrocortisone sodium succinate | B | Multi-source | Hormone | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, Ex. A, Ex. B; 3rd AMCC ¶¶ 19, 132, 469, 477, Ex. A, Ex. B; 4th AMCC  ¶¶ 133, 438, 446, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447 | No | Yes |
| Solu-medrol | B | Multi-source | Anti-inflammatory | Pharmacia | 2nd AMCC ¶¶ 458, 466, Ex. A, Ex. B; 3rd AMCC ¶¶ 21, 469, 477, Ex. A, Ex. B; 4th AMCC  ¶¶ 133, 438, 446, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447 | No | Yes |
| Succinylcholine chloride | B | Generic | Primarily used in the hospital setting as a muscle relaxer | Abbott | 3rd AMCC ¶ 15; 4th AMCC ¶ 15 | Yes | Yes |
| Taxotere | B | Brand | A taxane used to treat a variety of cancers | Aventis | MCCA ¶67; 1st AMCC ¶250, and Appendix A; 2nd AMCC ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes |
| Thioplex / Thiotepa | B | Brand (until 2001); multisource (2001-forward) | Chemotherapeutic agent (palliative treatment of patients with cancer) | Immunex | MCCAC ¶ 104; AMCC ¶¶ 98, 422; 2nd AMCC ¶¶ 98, 422; 3rd AMCC ¶¶ 118, 433; 4th AMCC ¶¶ 119, 405; 5th AMCC ¶¶ 119, 406 | No | Yes |
| Tobramycin sulfate / Tobramycin/sodium chloride | B | Generic | Primarily used in the hospital setting as an antibiotic for the treatment of lung infections | Sicor | MCCAC ¶ 323; AMCC ¶¶ 124, 492, 501; 2d AMCC ¶¶ 124, 492, 501, 502; 3d AMCC ¶¶ 141, 503, 512, Appendix A; 4th AMCC ¶¶ 142, 472, 481, Appendix A; 5th AMCC ¶¶ 142, 473, 482 | No | Yes |

T2 SETTLEMENT - "EXHIBIT B" DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| | | | | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201, 208; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Amended List of Purchases Made by Plaintiff; 3rd AMCC ¶ 217, 224, Amended List of Purchases Made by Plaintiffs; 4th AMCC ¶ 71, 214, 221 | No | Yes |
| Toposar [See Etoposide] | B | Generic | Primarily used in the hospital setting as a treatment for testicular cancer | Abbott | 3rd AMCC ¶ 231; 4th AMCC ¶ 228 | No | Yes |
| | | | | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 187, 458, 465, 466, 469, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 52, 132, 203, 469, 476, 477, 480, 483, Ex. A, Ex. B; 4th AMCC  ¶¶ 17, 60, 133, 438, 444, 445, 446, 449, 452, App. A, App. B; 5th AMCC ¶¶ 17, 60, 133, 200, 439, 446, 447, 450, 453 | No | Yes |
| | | | | Sicor | MCCAC ¶ 319; AMCC ¶¶ 492, 496; 2d AMCC ¶¶ 492, 494, 496, 502, 503; 3d AMCC ¶¶ 503, 505, 507, 513, 514, Appendix A; 4th AMCC ¶¶ 17, 60, 472, 474, 476, 482, 483, Appendix A; 5th AMCC ¶¶ 17, 60, 473, 475, 477, 483, 484 | No | Yes |
| Travasol / Travasol with dextrose | B | Multi-source | Primarily used in the hospital setting as an additive to IV solutions for amino acid delivery | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Trelstar / Triptorelin pamoate | B | Brand | Oncolitic | Pharmacia | 3rd AMCC ¶ 53; 4th AMCC ¶ 61, App. A; 5th AMCC ¶ 61 | Yes | Yes |
| | | | | Watson | 4th AMCC Appendix A | Yes | Yes |
| Vancocin / Vancocin HCL / Vancomycin/ Vancomycin HCL | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | MCCAC ¶¶ 54, 185, 186, 187, 188, 190; AMCC @ TOC, ¶¶ 40, 201, 208, 209, 210, 211; 2nd AMCC @ TOC, ¶¶ 40, 201, 208, 209, 210, 211, Appendix A, Appendix B; 3rd AMCC ¶¶ 52, 63, 224, 225, 226, 227, Amended List of Purchases Made By Plaintiffs; 4th AMCC @ TOC, ¶¶ 21, 60, 71, 214, 221, 222, 223, 224 | No | Yes |
| | | | | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A, App B; 3rd AMCC ¶ 288, App A, App B; 4th AMCC ¶ 285; 4th AMCC Revised App A, App B; 5th AMCC ¶ 285 | No | Yes |
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| | | | | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 187, 526, 534; 2nd AMCC ¶¶ 130, 187, 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, 545, Appendixes A and B; 4 AMCC ¶¶ 60, 140, 200, 487, 495, Appendix A | No | Yes |
| Verapamil HCL | B | Generic | Cardiovascular agent used in treatment for angina and arrythmia | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendixes A and B; 3rd AMCC ¶ 537, Appendixes A and B; 4th AMCC ¶¶ 487, 491, 5th AMCC ¶ 488 | No | Yes |
| Vinblastine sulfate | B | Generic | Chemotherapy drug used in clinical setting to treat certain cancers | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| Vincasar / Vincristine / Vinscristine sulfate | B | Generic | Primarily used in the hospital setting as an oncolitic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| | | Multi-source | | Pharmacia | 1st Amd Complt ¶¶ 180, 182; 2nd AMCC ¶¶ 115, 458, 465, 466, 470, 471, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 476, 477, 481, 482, Ex. A, Ex. B; 4th AMCC  ¶¶ 21, 133, 438, 445, 446, 450, 451, 452, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447, 451, 452, 453 | No | Yes |
| | | Generic | | Sicor | 4th AMCC ¶ 21; 5th AMCC ¶ 21 | Yes | Yes |
| Water for injection bacteriostatic | B | Generic | Primarily used in the hospital setting as a diluent | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Zemplar | B | Branded | Primarily used in the hospital setting as a man-made form of vitamin D | Abbott | MCCAC ¶ 54; AMCC ¶ 40; 2nd AMCC ¶ 40; 3rd AMCC ¶ 63; 4th AMCC ¶ 71 | No | Yes |
| Zinc chloride | B | Generic | Primarily used in the hospital setting as an antiseptic | Abbott | 3rd AMCC ¶ 227; 4th AMCC ¶ 227 | No | Yes |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| TRACK TWO SETTLEMENT | Judge Patti B. Saris |

### DECLARATION OF TINA M. TABACCHI

I, Tina M. Tabacchi, declare and state as follows:

1.      I am a partner at the law firm of Jones Day and have served as co-lead counsel for Track 2 Defendant Abbott Laboratories ("Abbott") in this litigation.  In that capacity, I have been involved in overseeing discovery conducted of Abbott in this matter.

2.      I have reviewed the chart attached as Exhibit A to the Track 2 Defendants' joint submission in support of the proposed Track 2 Settlement.  The chart is true and accurate with respect to the drugs identified as having been named for Abbott ("Abbott Subject Drugs").  In particular, each of the Abbott Subject Drugs has been subject to discovery in this litigation.

3.      During the course of the MDL AWP litigation, Abbott produced over one million pages of paper and electronic documents, and 36 CDs of sales and rebate data to MDL plaintiffs' counsel.  The Abbott Subject Drugs are included in either the data productions, the document productions, or both.

4.      In addition to responding to the various written discovery requests served by MDL plaintiffs' counsel, Abbott produced at least 38 witnesses for deposition (testifying in

either their individual capacities or as corporate representatives under Rule 30(b)(6)).  In addition, Abbott produced to the MDL plaintiffs in discovery the deposition transcripts of at least 10 additional depositions of Abbott witnesses taken by other AWP plaintiffs.  The majority of depositions include specific testimony/reference deposition exhibits concerning hospital products marketed or sold by Abbott's former Hospital Products Division, many of which are included on the list of Abbott Subject Drugs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of August, 2011 in Chicago, Illinois.


/s/ Tina M. Tabacchi
Tina M. Tabacchi

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

)
IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )          MDL No. 1456
LITIGATION )                       Civil Action:  01-CV-12257-PBS
_____ )
)
THIS DOCUMENT RELATES TO: )        Hon. Patti B. Saris
)
TRACK TWO SETTLEMENT )
_____ )

## DECLARATION OF JOSEPH H. YOUNG

I, Joseph H. Young, hereby declare and state as follows:

1.      I am a partner in the Baltimore, Maryland office of Hogan

Lovells US LLP (formerly Hogan & Hartson LLP) and have served as co-lead

counsel for defendant Amgen Inc. ("Amgen") since the outset of this litigation in

2001.  In that capacity, I have been personally involved in overseeing discovery over

the course of these proceedings.

2.      I am familiar generally with plaintiffs' discovery requests and

Amgen's productions of documents and data in response to those requests.

3.      I have reviewed the chart attached as Exhibit A to the Track 2

Defendants' joint submission in support of the proposed Track 2 settlement.  The

chart is true and accurate with respect to each of Amgen's six subject drugs in this

case (Aranesp®, Epogen®, Enbrel®, Kineret®, Neupogen® and Neulasta®) (the

"Amgen subject drugs").

4.     More particularly, all of Amgen's subject drugs have been subject to discovery throughout these proceedings.  By way of example, each of these products was specifically included in plaintiffs' definition of "AWPIDs" (or subject drugs) in:

- Plaintiffs' First Request for Production of Documents to All Defendants (6/17/03) (defining AWPIDs by reference to drugs listed in Appendix A to the Amended Master Consolidated Complaint, filed in June 2003);

- Plaintiffs' Request for Production of Documents to Aventis, Abbott, Amgen, Boehringer, BMS, Johnson & Johnson, GSK, Hoffman, Immunex and Schering-Plough and Interrogatories to All Defendants Subject to Discovery (12/03/03) (same);

- Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP and Watson and to All Other Defendants with Respect to Drugs That Were Not Previously Subject to Discovery (3/31/04) (same);

- Plaintiffs' Request for Production to Defendants Regarding HHS ASPs (5/26/04) (same);

- Plaintiffs' Amended and/or Supplemental Request for Production of Documents to Phase 2 [sic] Defendants Relating to IMS Data (11/15/05) (identifying drugs).

5.     In response to plaintiffs' requests, Amgen has produced more than 1.7 million pages of documents and transactional data relating to all six of Amgen's subject drugs, including Enbrel® (which was marketed and sold prior to 2002 by Immunex Corp., which separately produced transactional data and documents relating to Enbrel® ).  In addition, each of these six products was included within the scope of at least one Rule 30(b)(6) deposition taken during the course of these proceedings.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2nd, 2011.

_____
Joseph H. Young

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

THIS DOCUMENT RELATES TO:

TRACK TWO SETTLEMENT

MDL No. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

### DECLARATION OF MICHAEL L. KOON

1.  I am a partner in the law firm of Shook, Hardy & Bacon, L.L.P and have represented Defendant Aventis Pharmaceuticals Inc. since the litigation's outset in 2001 and currently represent both Aventis Pharmaceuticals Inc. and Aventis-Behring LLC  (collectively "Aventis"). In that capacity, I have been personally involved in overseeing discovery over the course of these proceedings.

2.  I am familiar generally with plaintiffs' discovery requests and Aventis' production of documents and data in response to those requests.

3.  I have reviewed the chart attached as Exhibit A to the Track 2 Defendants' joint submission in support of the proposed Track 2 settlement.  The chart is true and accurate with respect to each Aventis drug identified.

4.  Each Aventis drug identified in Exhibit A is a subject drug in this litigation and, as such, has been subject to some form of discovery, either by being expressly named in one of Plaintiffs' numerous complaints or by being expressly identified as an AWPID in Plaintiffs discovery requests, including:

- Plaintiffs' First Request for Production of Documents to All Defendants (6/17/03) (defining AWPIDs by reference to drugs listed in the Amended Master Consolidated Complaint, filed in June 2003);

1

4617934 v1

- Plaintiffs' Request for Production of Documents to Aventis, Abbott, Amgen, Boehringer, BMS, Johnson & Johnson, GSK, Hoffman, Immunex and Schering-Plough and Interrogatories to All Defendants Subject to Discovery (12/03/03) (same);

- Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP and Watson and to All Other Defendants with Respect to Drugs That Were Not Previously Subject to Discovery (3/31/04) (same);

- Plaintiffs' Request for Production to Defendants Regarding HHS ASPs (5/26/04) (same);

- Plaintiffs' Amended and/or Supplemental Request for Production of Documents to Phase 2 [sic] Defendants Relating to IMS Data (11/15/05) (identifying drugs).

5.  Plaintiffs' conducted broad-brush, cross-cutting discovery in this litigation which included all of Aventis' subject drugs, including each drug identified in Exhibit A, regardless of whether Plaintiffs expressly identified the drug as an AWPID in their discovery requests.

6.  In response to Plaintiffs' discovery requests, Aventis produced numerous disks of transactional data and more than a quarter million pages of responsive documents. The responsive documents included brand plans, business plans, and sales and promotional material for Aventis subject drugs. In addition to the voluminous document and data productions, Aventis provided thousands of pages of deposition testimony to Plaintiffs, who took numerous depositions of Aventis personnel, including six depositions of Aventis 30(b)(6) designees.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 3, 2011                               /s/ Michael L. Koon
                                                    Michael L. Koon

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION, | ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) ) |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris |
| TRACK 2 SETTLEMENT | ) ) ) ) |

### DECLARATION OF MERLE M. DELANCEY

I, Merle M. DeLancey, hereby declare and state as follows:

1.   I am a partner in the Washington, DC office of Dickstein Shapiro LLP, and have been one of the counsel of record for defendants Baxter Healthcare Corporation and Baxter International Inc. (collectively "Baxter") since the outset of this litigation in 2002. In that capacity, I have been personally involved in overseeing discovery over the course of these proceedings.

2.   I am familiar generally with plaintiffs' discovery requests and Baxter's productions of documents and data in response to those requests.

3.   I have reviewed the chart attached as Exhibit A to the Track 2 Defendants' joint submission in support of the proposed Track 2 settlement. The chart is true and accurate with respect to each of Baxter's drugs identified.

4.   More particularly, all of Baxter's subject drugs have been subject to discovery throughout these proceedings. By way of example, each of these products was specifically included in plaintiffs' definition of "AWPIDs" (or subject drugs) in:

DSMDB-2959368v4

- Plaintiffs' First Request for Production of Documents to All Defendants (6/17/03) (defining AWPIDs by reference to drugs listed in Appendix A to the Amended Master Consolidated Complaint, filed in June 2003);

- Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP, and Watson and to All Other Defendants with Respect to Drugs That Were Not Previously Subject to Discovery (3/31/04) (same);

- Plaintiffs' Request for Production to Defendants Regarding HHS ASPs (5/26/04) (same);

- Plaintiffs' Amended and/or Supplemental Request for Production of Documents to Phase 2 [sic] Defendants Relating to IMS Data (11/15/05) (identifying drugs).

5.   In response to plaintiffs' requests, Baxter made rolling productions totaling over one million documents. Baxter produced, among other information and data, sales transaction data, archived files, contract files, sales and marketing documents, correspondence with pricing compendia, field sales notes, emails, IMS data, policy manuals, and organization charts.

6.   Early in discovery, Baxter and plaintiffs agreed to focus discovery on drugs related to Baxter's Medication Delivery and BioScience divisions—Bebulin, Buminate, Claforan, Dextrose, Gammagard, Gentam, Gentran, Heparin, Iveegam, Osmitrol, Recombinate, Sodium Chloride, and Travasol. Baxter produced sales transaction data for a fifteen-year period (1991 – March 2005) for these drugs.

7.   The remaining Baxter subject drugs—Ativan, Brevibloc, Cisplatin, Doxorubicin, and Vancocin—related to Baxter's Anesthesia and Critical Care division, which are

2

predominantly administered in a hospital in the inpatient setting (*i.e.* Medicare Part A). Plaintiffs agreed that Baxter could produce a sampling of information believed to be responsive to the request. Baxter ultimately produced over 45,000 documents related to its Anesthesia and Critical Care division drugs.

8.   Plaintiffs also agreed to a sampling of documents related to Aggrastat because the Aggrastat NDCs listed in Appendix A to the Amended Master Consolidated Complaint (and each list of Baxter Aggrastat NDCs in subsequent amended complaints), were manufactured by Baxter for sale by another company. Baxter neither sold directly nor was involved in the pricing decisions concerning those Aggrastat NDCs.

9.   During the course of discovery, Baxter made available individual and 30(b)6 witnesses for all Baxter drugs at issue in the Track Two Settlement. Plaintiffs deposed eighteen Baxter witnesses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2011

Merle M. DeLancey

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| TRACK TWO SETTLEMENT | |

## <u>DECLARATION OF RICHARD D. RASKIN</u>

I, Richard D. Raskin, hereby declare and state as follows:

1.      I am a partner in the Chicago, Illinois office of Sidley Austin
LLP and have served as co-lead counsel for defendant Bayer Corporation ("Bayer")
since the outset of this litigation in 2001. In that capacity, I have been personally
involved in overseeing discovery during the course of these proceedings.

2.      I am familiar generally with plaintiffs' discovery requests and
Bayer's productions of documents and data in response to those requests.

3.      I have reviewed the chart attached as Exhibit A to the Track 2
Defendants' joint submission in support of the proposed Track 2 settlement. The
chart is true and accurate with respect to each of Bayer's six subject drugs in this
case (Cipro®, DTIC-Dome®, Gamimune N®, Koate-HP®, Kogenate® and
Mithracin®) (the "Bayer subject drugs").

4.      More particularly, all of Bayer's subject drugs have been subject
to discovery throughout these proceedings. By way of example, each of these

products was specifically included in plaintiffs' definition of "AWPIDs" (or subject

drugs) in:

- Plaintiffs' First Request for Production of Documents to All Defendants (6/17/03) (defining AWPIDs by reference to drugs listed in Appendix A to the Amended Master Consolidated Complaint, filed in June 2003);

- Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP and Watson and to All Other Defendants with Respect to Drugs That Were Not Previously Subject to Discovery (3/31/04) (same);

- Plaintiffs' Request for Production to Defendants Regarding HHS ASPs (5/26/04) (same);

- Plaintiffs' Amended and/or Supplemental Request for Production of Documents to Phase 2 [sic] Defendants Relating to IMS Data (11/15/05) (identifying drugs).

     5.      In response to plaintiffs' requests, Bayer has produced roughly

1.5 million pages of documents and transactional data relating to all six of Bayer's

subject drugs, including roughly 825,000 pages of hard copy documents that Bayer

made available to plaintiffs' counsel for review.  In addition, each of these six

products was included within the scope of at least one Rule 30(b)(6) deposition

taken during the course of these proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2011.

Richard D. Raskin

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )
LITIGATION )

MDL No. 1456
Civil Action: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO: )

Hon. Patti B. Saris

TRACK TWO SETTLEMENT )

## DECLARATION OF CHRISTOPHER C. PALERMO

I, Christopher C. Palermo, hereby declare and state as follows:

1.      I am a partner in the New York City office of Kelley Drye & Warren LLP
and have served as one of the counsel for defendant Dey, Inc. ("Dey"). In that capacity, I have
been personally involved in overseeing discovery over the course of these proceedings.

2.      I am familiar generally with plaintiffs' discovery requests and this Court's
Case Management Orders ("CMOs"), and Dey's productions of documents and data in response
to plaintiffs' requests and this Court's CMOs.

3.      I have reviewed the chart attached as Exhibit A to the Track 2 Defendants'
joint submission in support of the proposed Track 2 settlement. The chart is true and accurate
with respect to each of Dey's drugs identified in Exhibit B to the Track 2 Settlement
(AccuNeb®, albuterol sulfate, acetylcysteine, cromolyn sodium, ipratropium bromide,
metaproterenol sulfate and sodium chloride) (the "Dey subject drugs").

4.      More particularly, each of the Dey subject drugs has been subject to
discovery in this litigation. Each of the Dey subject drugs except AccuNeb and sodium chloride

was specifically included in plaintiffs' definition of "AWPIDs" (or subject drugs) in various

discovery requests, including, among others:

- Plaintiffs' First Request for Production of Documents to All
  Defendants (6/17/03) (defining AWPIDs by reference to drugs
  listed in Appendix A to the Amended Master Consolidated
  Complaint, filed in June 2003);

- Plaintiffs' Omnibus Requests for Production and
  Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter,
  Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer,
  Pharmacia, Sicor, TAP and Watson and to All Other
  Defendants with Respect to Drugs That Were Not Previously
  Subject to Discovery (3/31/04) (same);

    5.    In addition, certain of this Court's CMOs required production of

documents produced in connection with federal and state investigations and other legal

proceedings.  Dey's production pursuant to certain of this Court's CMOs included productions

relating to each of the Dey subject drugs.

    6.    In response to plaintiffs' requests and this Court's CMOs, Dey has

produced approximately 2.4 million pages of documents and 11 CDs of sales transactional data,

containing tens of millions of lines of data, relating to the Dey subject drugs.  Dey's production

for each of the Dey subject drugs includes either data productions, document productions, or

both.  In addition, the Amended Notice of Rule 30(B)(6) deposition for Dey encompassed each

of the Dey subject drugs, and each of the Dey subject drugs other than sodium chloride was the

subject of questioning or testimony at Dey's Rule 30(b)(6) deposition taken during the course of

these proceedings.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2011.

_Christopher C. Palermo_
Christopher C. Palermo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | Hon. Patti B. Saris |
| TRACK TWO SETTLEMENT | ) ) | |

## DECLARATION OF ANDREW L. HURST

I, Andrew L. Hurst, hereby declare and state as follows:

1.      I am a partner in the Washington, DC office of Reed Smith LLP, and have been one of the counsel of record for defendants Fujisawa USA, Inc. and Fujisawa Healthcare, Inc. (collectively "Fujisawa") since the outset of this litigation in 2001.  In that capacity, I have been personally involved in overseeing discovery over the course of these proceedings.

2.      I am familiar generally with plaintiffs' discovery requests and Fujisawa's productions of documents and data in response to those requests.

3.      I have reviewed the chart attached as Exhibit A to the Track 2 Defendants' joint submission in support of the proposed Track 2 settlement.  The chart is true and accurate with respect to each of Fujisawa's drugs in this case.

4.      More particularly, all of the Fujisawa drugs in this case have been subject to discovery in some form or fashion throughout these proceedings.

Nearly all of the products were included in plaintiffs' definition of "AWPIDs" (or subject drugs) in:

- Plaintiffs' First Request for Production of Documents to All Defendants (6/17/03) (defining AWPIDs by reference to drugs listed in the Amended Master Consolidated Complaint, filed in June 2003);

- Plaintiffs' Request for Production of Documents to Aventis, Abbott, Amgen, Boehringer, BMS, Johnson & Johnson, GSK, Hoffman, Immunex and Schering-Plough and Interrogatories to All Defendants Subject to Discovery (12/03/03) (same);

- Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP and Watson and to All Other Defendants with Respect to Drugs That Were Not Previously Subject to Discovery (3/31/04) (same);

- Plaintiffs' Request for Production to Defendants Regarding HHS ASPs (5/26/04) (same);

- Plaintiffs' Amended and/or Supplemental Request for Production of Documents to Phase 2 [sic] Defendants Relating to IMS Data (11/15/05) (identifying drugs).

      5.      Plaintiffs' discovery requests were such that documents and materials concerning the few Fujisawa drugs that were not identified as AWPIDs were produced as responsive to those requests.

      6.      In response to plaintiffs' requests, Fujisawa has produced more than 100,000 pages of documents and transactional data relating to the Fujisawa drugs in this case. In addition, many of Fujisawa's drugs were discussed in the depositions of witnesses for other defendants because the drugs were generic, or branded generics, and sold by other defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2011.

Andrew L. Hurst

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

THIS DOCUMENT RELATES TO ALL
ACTIONS

### DECLARATION OF KATHLEEN M. O'SULLIVAN

I, Kathleen M. O'Sullivan, duly declare as follows:

1.      I am a partner at the law firm of Perkins Coie LLP, in Seattle, Washington.  I
have served as co-lead counsel for Immunex in this case since 2002.  In that capacity, I have
been personally involved in overseeing discovery over the course of these proceedings.

2.      I am familiar generally with plaintiffs' discovery requests and Immunex's
productions of documents and data in response to those requests.

3.      I have reviewed the chart attached as Exhibit A to the Track 2 Defendants'
joint submission in support of the proposed Track 2 settlement.  The chart is true and
accurate with respect to each of Immunex's five subject drugs in this case (leucovorin

calcium, Leukine, methotrexate sodium, Novantrone, and Thioplex/thiotepa (the "Immunex subject drugs").

4.      All five of the Immunex subject drugs in the Track 2 settlement were subject to discovery. For example, these drugs were listed on Appendix A to the Amended Master Consolidated Class Action Complaint and thus, under the plaintiffs' definition of "AWPIDs" were the subject of discovery in Plaintiffs' First Request for Production of Documents served June 17, 2003 and Plaintiffs' Omnibus Requests for Production and Interrogatories served March 31, 2004.

5.      Immunex responded to these and subsequent discovery requests by producing voluminous documents and transactional data for the five subject drugs. Immunex's initial production of documents pursuant to Case Management Order 5 consisted of over 100 boxes of documents that Immunex had previously produced to government authorities in response to AWP-related requests, and Immunex subsequently made several supplemental productions of documents and transactional data.

6.      In further discovery of Immunex, plaintiffs took 11 individual depositions of Immunex witnesses and a Rule 30(b)(6) deposition at which the Immunex representative was questioned about all five of the Immunex drugs in the Track 2 settlement.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on my own personal knowledge.

Executed this 3rd day of August, 2011.


/s/ Kathleen M. O'Sullivan
Kathleen M. O'Sullivan

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL No. 1456 |
| LITIGATION ) | Civil Action: 01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Hon. Patti B. Saris |
| ) | |
| TRACK TWO SETTLEMENT ) | |

## <u>DECLARATION OF J. CLAYTON EVERETT, JR.</u>

I, J. Clayton Everett, Jr., hereby declare and state as follows:

1.      I am a partner in the Washington, DC office of Morgan, Lewis & Bockius LLP, and have been counsel of record for defendants Pharmacia Corporation and Pharmacia & Upjohn, Inc. (collectively "Pharmacia") since 2002. I have been involved in overseeing discovery over the course of these proceedings.

2.      I am familiar generally with plaintiffs' discovery requests and Pharmacia's responses to those requests.

3.      I have reviewed the chart attached as Exhibit A to the Track 2 Defendants' joint submission in support of the proposed Track 2 settlement. The chart is true and accurate with respect to each of the Pharmacia products identified.

4.      More particularly, all of the drugs identified as Pharmacia products in Exhibit B to the Track 2 Settlement Agreement ("Pharmacia Exhibit B Drugs") have been subject to discovery in these proceedings. Most of the Pharmacia Exhibit B Drugs were included in plaintiffs' definition of "AWPIDs" in:

- Plaintiffs' First Request for Production of Documents to All Defendants (6/17/03) (defining AWPIDs by reference to drugs listed in Appendix A to the Amended Master Consolidated Complaint, filed in June 2003);

- Plaintiffs' Request for Production of Documents to Aventis, Abbott, Amgen, Boehringer, BMS, Johnson & Johnson, GSK, Hoffman, Immunex and Schering-Plough and Interrogatories to All Defendants Subject to Discovery (12/03/03) (same);

- Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP and Watson and to All Other Defendants with Respect to Drugs That Were Not Previously Subject to Discovery (3/31/04) (same);

- Plaintiffs' Request for Production to Defendants Regarding HHS ASPs (5/26/04) (same);

- Plaintiffs' Amended and/or Supplemental Request for Production of Documents to Phase 2 [sic] Defendants Relating to IMS Data (11/15/05) (identifying drugs).

     5.     Pharmacia produced documents and/or sales data in the MDL 1456 litigation relating to all of the Pharmacia Exhibit B Drugs, including drugs that were not AWPIDs.

     6.     In addition, eleven Pharmacia witnesses testified in their individual or corporate capacity about Pharmacia's marketing and sales activities for both AWPIDs and for other Pharmacia Exhibit B Drugs.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2011.

J. Clayton Everett, Jr.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456<br>Civil Action: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | Hon. Patti B. Saris |
| TRACK TWO SETTLEMENT | ) ) | |

### DECLARATION OF MICHAEL C. OCCHUIZZO

I, Michael C. Occhuizzo, hereby declare and state as follows:

1.      I am a partner in the Washington, D.C. office of Kirkland & Ellis LLP and have served as counsel to Sicor, Inc., Gensia Sicor Pharmaceuticals, Inc., and Gensia, Inc. in this litigation since 2007.

2.      I am generally familiar with plaintiffs' discovery requests and Sicor's production of documents and data in response to those requests.

3.      I have reviewed the chart attached as Exhibit A to the Track 2 Defendants' joint memorandum in support of the proposed Track 2 settlement. The chart is true and accurate with respect to each of Sicor's subject drugs in this case (the "Sicor Subject Drugs").

4.      More particularly, all of the Sicor Subject Drugs have been subject to discovery in some form or fashion throughout these proceedings. Many of these products were included in plaintiffs' definition of "AWPIDs" in:

- Plaintiffs' First Request for Production of Documents to All Defendants (6/17/03) (defining AWPIDs by reference to drugs listed in the Amended Master Consolidated Complaint, filed in June 2003);

- Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP and Watson and to All Other Defendants with Respect to Drugs That Were Not Previously Subject to Discovery (3/31/04) (same);

- Plaintiffs' Request for Production to Defendants Regarding HHS ASPs (5/26/04) (same);

- Plaintiffs' Amended and/or Supplemental Request for Production of Documents to Phase 2 [sic] Defendants Relating to IMS Data (11/15/05) (identifying drugs).

    5.    In addition, as part of its response to plaintiffs' requests, Sicor has produced more than 70,000 pages of documents and transactional data relating to the sales and marketing of the Sicor Subject Drugs, as well as documents concerning Sicor's general marketing practices, customer communications, and transactional data applicable to all products. In addition, two Sicor witnesses have testified about Sicor's marketing and sales activities for both AWPIDs and for other products comprising the Sicor Subject Drugs.

    I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on August 2, 2011.

                       Michael C. Occhuizzo
                       KIRKLAND & ELLIS LLP

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br>_____ )<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>TRACK TWO SETTLEMENT )<br>_____ ) | MDL No. 1456<br>Civil Action:  01-CV-12257-PBS<br><br><br>Hon. Patti B. Saris |

### DECLARATION OF JOHN F. NAGLE

I, John F. Nagle, hereby declare and state as follows:

1.      I am one of the attorneys for Defendant Watson Pharmaceuticals, Inc. ("Watson"). and have personal knowledge of the matters set forth herein.

2.      I am familiar generally with plaintiffs' discovery requests and Watson's productions of documents and data in response to those requests.

3.      I have reviewed the chart attached as Exhibit A to the Track 2 Defendants' joint memorandum in support of the proposed Track 2 settlement. The chart is true and accurate with respect to each of Watson's subject drugs in this case (the "Watson Subject Drugs").

4.      More particularly, all of the Watson Subject Drugs have been subject to discovery in some form or fashion throughout these proceedings. Many of these products were included in plaintiffs' definition of "AWPIDs" in:

- Plaintiffs' First Request for Production of Documents to All Defendants (6/17/03) (defining AWPIDs by reference to drugs listed in the Amended Master Consolidated Complaint, filed in June 2003);

- Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP and Watson and to All Other Defendants

with Respect to Drugs That Were Not Previously Subject to Discovery (3/31/04) (same);

- Plaintiffs' Request for Production to Defendants Regarding HHS ASPs (5/26/04) (same);

- Plaintiffs' Amended and/or Supplemental Request for Production of Documents to Phase 2 [sic] Defendants Relating to IMS Data (11/15/05) (identifying drugs).

5.      In addition, as part of its response to plaintiffs' requests, Watson has produced more than 58,000 pages of documents and transactional data relating to the sales and marketing of the Watson Subject Drugs, as well as documents concerning Watson's general marketing practices, customer communications, and transactional data applicable to all products. In addition, five Watson 30(b)(6) witnesses have testified about Watson's marketing and sales activities for both AWPIDs and for other products comprising the Watson Subject Drugs.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on August 2, 2011.

_____
John F. Nagle
K&L Gates LLP

2