# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| TRACK 2 SETTLEMENT | |

### DECLARATION OF STEVEN J. YOUNG IN SUPPORT OF
### THE TRACK TWO CLASS ACTION SETTLEMENT

1.  I have been a consultant to the health care industry for more than twenty years. My compensation and qualifications are detailed in my Expert Declaration in Support of the Track 2 Defendants' Opposition To Class Certification, dated June 15, 2006.

2.  I have analyzed Medicare's April 2005 Crosswalk, October 2003 CMS Background File, Redbook J-Codes Files, Redbook Ready Price Tables, Redbook 2003 Drug Topics and First DataBank Price Point software to identify sources for the drugs included on Exhibit B to the Track 2 Settlement Agreement and Release dated March 7, 2008.

3.  Exhibit 1 attached to this declaration is a true and accurate list of non-Track 2 defendant sources identified for the drugs listed on Exhibit B to the Track 2 Settlement Agreement and Release dated March 7, 2008. As I have explained in previous declarations filed in this case, it is difficult to identify, for the entire span of the class period, every source of the drugs listed on Exhibit B based on the information available.

I declare under penalty of perjury that this information is true and correct.

Dated: August 3, 2011                    By:

STEVEN J. YOUNG

EXHIBIT 1

| Count | Source |
| --- | --- |
| 1 | A-A Spectrum |
| 2 | Able |
| 3 | Abraxis |
| 4 | Akorn |
| 5 | Akrimax |
| 6 | Alcon Ophthalmic |
| 7 | Allergan |
| 8 | Allscripts |
| 9 | Alpharma |
| 10 | Alpine Biologics |
| 11 | Alra |
| 12 | Alto |
| 13 | Amend |
| 14 | American Pharmaceutical Partners |
| 15 | American Red Cross |
| 16 | American Regent |
| 17 | AmeriNet Choice |
| 18 | Amphastar Pharmaceuticals |
| 19 | Amsino Medical USA |
| 20 | Apotex |
| 21 | Apothecon Products |
| 22 | AstraZeneca |
| 23 | B. Braun |
| 24 | Bajamar |
| 25 | Barr |
| 26 | Bausch & Lomb . |
| 27 | Becton Dickinson |
| 28 | Bedford |
| 29 | Biovail Pharm |
| 30 | BMS |
| 31 | Boehringer Ingelheim Roxane |
| 32 | Bolan |
| 33 | Central |
| 34 | Century |
| 35 | Cheshire Pharm. Systems |
| 36 | Chiron |
| 37 | Clay-Park |
| 38 | Clint Pharmaceuticals |
| 39 | Compumed Pharmaceuticals |
| 40 | Consolidated Midland Corp. |
| 41 | Deen |
| 42 | Dentsply |
| 43 | DispensExpress |

| | |
|---|---|
| 44 | Dixon-Shane |
| 45 | Doak |
| 46 | DRX |
| 47 | Edwards |
| 48 | Elan |
| 49 | Eli Lilly & Co. |
| 50 | Elkins-Sinn |
| 51 | Endo Generics |
| 52 | Eon |
| 53 | ESI Lederle |
| 54 | Ethex |
| 55 | Excelsior Medical Corporation |
| 56 | Faulding Pharm |
| 57 | First Horizon |
| 58 | Fleming |
| 59 | Forest Pharmaceuticals |
| 60 | Fougera |
| 61 | G&W |
| 62 | Galderma |
| 63 | Gallipot |
| 64 | GE Healthcare |
| 65 | General Inject & Vac. |
| 66 | Geneva Pharmaceuticals |
| 67 | Glades |
| 68 | Grifols |
| 69 | GSK |
| 70 | GSMS |
| 71 | Guy & O'Neill |
| 72 | H.J. Harkins Company |
| 73 | H.L. Moore Drug Exchange Inc. |
| 74 | Harber Pharmaceutical Co. |
| 75 | Hauser, A.F. |
| 76 | Hawkins Chemical |
| 77 | Healthpoint |
| 78 | Hi-Tech |
| 79 | Hope |
| 80 | Hyrex |
| 81 | ICN |
| 82 | IDE Interstate |
| 83 | Insource |
| 84 | Integra |
| 85 | Intermune |
| 86 | International Technidyne Corp. |
| 87 | Intl Med Sys |

**EXHIBIT 1**

| 88 | IVAC Corporation |
| 89 | Ivax Pharmaceuticals |
| 90 | Keene |
| 91 | Kendall |
| 92 | Key |
| 93 | King Pharmaceuticals |
| 94 | Lederle Standard Products |
| 95 | Legere Pharmaceuticals |
| 96 | Ligand |
| 97 | Iolab Pharmaceuticals |
| 98 | Luitpold |
| 99 | Lyne |
| 100 | Major Pharmaceuticlas |
| 101 | Mallinckrodt Lab |
| 102 | McGaw |
| 103 | McGuff Co. |
| 104 | Medefil |
| 105 | Medicis |
| 106 | Medisca |
| 107 | Med-tek Pharma of America |
| 108 | Merck & Co. |
| 109 | Meridian Chemical & Equipment |
| 110 | Merit Pharmaceuticals |
| 111 | Merz |
| 112 | Monarch |
| 113 | Morton Grove |
| 114 | Mutual |
| 115 | Nephron Pharmaceuticals |
| 116 | Novaplus |
| 117 | Novartis |
| 118 | Octapharma |
| 119 | Ocusoft |
| 120 | Organon |
| 121 | Ortho Biotech |
| 122 | Ortho-McNeil Pharm |
| 123 | Paddock |
| 124 | Par |
| 125 | Parenta Pharmaceuticals |
| 126 | PCCA |
| 127 | Pegasus |
| 128 | Pharm Assoc., Inc. |
| 129 | Pharmaderm |
| 130 | Pharma-Tek |
| 131 | PharMEDium Services |

**EXHIBIT 1**

| | |
|---|---|
| 132 | Physicians Total Care |
| 133 | Polymedica Pharma |
| 134 | Praecis Pharmaceuticals Inc. |
| 135 | Prescript |
| 136 | Primedics Laboratories |
| 137 | Prometheus |
| 138 | Purdue Frederick |
| 139 | Purepac |
| 140 | Quad Pharmaceuticals |
| 141 | Qualitest |
| 142 | Quality Care |
| 143 | Radford Therapeutics |
| 144 | Ranbaxy |
| 145 | Raway Pharmacal |
| 146 | Roberts-Hauck Pharm |
| 147 | Roberys |
| 148 | Robins Pharm |
| 149 | Rocap |
| 150 | Roche Labs |
| 151 | Roxane Labs |
| 152 | Rx Elite |
| 153 | Salient HCT |
| 154 | Sandoz |
| 155 | Santen, Inc. |
| 156 | Savage |
| 157 | Schering |
| 158 | Schwarz |
| 159 | Seatrace Co. |
| 160 | Sherwood |
| 161 | Shoals Pharmaceuticals |
| 162 | Sidmark |
| 163 | Silarx |
| 164 | Sky Pharm |
| 165 | Solopak Laboratories |
| 166 | Southwood Pharm |
| 167 | Spectrum Scientific |
| 168 | Stada |
| 169 | Stiefel Labs |
| 170 | Storz-Lederle Ophthalmic |
| 171 | Stratus Pharmaceuticals |
| 172 | Supergen |
| 173 | Talecris |
| 174 | Taylor Pharmaceuticals |
| 175 | Teva |

**EXHIBIT 1**

| 176 | Ther-RX |
| 177 | Torrance |
| 178 | Truxton Co. |
| 179 | United Research Labs |
| 180 | Upsher-Smith |
| 181 | Veratex Corp. |
| 182 | VersaPharm |
| 183 | VHA, Inc. |
| 184 | Vintage |
| 185 | Vital Signs |
| 186 | Warner Chilcott Labs |
| 187 | Warrick Pharmaceuticals |
| 188 | Western Research Laboratories |
| 189 | Westwood-Squibb |
| 190 | Wilson Ophthalmic |
| 191 | Wyeth Pharmaceuticals |
| 192 | Xanodyne Pharmaceuticals |