# EXHIBIT A

**PREPARED FOR:**

*Track 2 Consumer*

**8/2/2011**

# Gross Settlement Fund and Interest

| | | |
|---|---|---:|
| Gross Fund Amount | $ | 125,000,000.00 |
| Interest Amount | | |
| **Total Estimated Gross Fund** | $ | 125,000,000.00 |

# Deductions

| | |
|---|---:|
| Estimated Incentive Awards | 25,000.00 |
| | |
| Kinsella's Fees & Expenses | 5,043,846.79 |
| Rust's Fees & Expenses | 3,429,790.04 |
| Rust's Estimated Future Fees and Expenses | 1,493,805.06 |
| | |
| Bank Fees & Charges | |
| | |
| Taxes Paid | |
| Estimated Taxes Withholding | |
| **Total Estimated Fund Deductions** | **9,992,441.89** |

| | | |
|---|---|---:|
| Estimated Net Distributable Fund | | 115,007,558.11 |
| Consumer Fund Percentage | | 20.00% |
| **Estimated Consumer Distributable Fund** | $ | **23,001,511.62** |
| Attorney's Fees (28% Consumer Portion) | | 6,440,423.25 |
| **Estimated Net Consumer Distributable Fund** | $ | **16,561,088.37** |