# EXHIBIT B

## Track 2: Estimated Consumer Recognized Loss

### Class 3: "Redistribution Scenario" - Epogen at $50

| Drug | Class | Recognized Loss of Eligible Claims | Recognized Loss of Deficient Claim | Estimated Cure Rate (25%) | Total Estimated Recognized Loss (RL + Eligible Cure Rate) | Estimated Net Settlement Fund | Estimated Pro rata |
|---|---|---|---|---|---|---|---|
| Anzemet (injection & tablets) | A | $137,633.79 | $14,325.54 | $ 3,581.39 | $ 141,215.17 | | |
| Aranesp | A | $78,040.80 | $15,040.67 | $ 3,760.17 | $ 81,800.97 | | |
| Ferrlecit | A | $14,941.53 | $22,228.15 | $ 5,557.04 | $ 20,498.57 | | |
| InFed | A | $20,821.53 | $1,322.46 | $ 330.62 | $ 21,152.14 | | |
| Neulasta | A | $70,319.54 | $5,458.36 | $ 1,364.59 | $ 71,684.13 | | |
| Neupogen | A | $ 22,949.43 | $ 2,127.74 | $ 531.93 | $ 23,481.36 | | |
| **Group 'A' Total** | | $ 344,706.62 | $ 60,502.93 | $ 15,125.73 | $ 359,832.35 | $ 359,832.35 | 100.000000% |
| Epogen Total | | $ 11,600.00 | $ 3,650.00 | $ 912.50 | $ 12,512.50 | 12,512.50 | 100.000000% |
| Easy Refund | | $ 417,445.00 | $ 137,550.00 | $ 34,387.50 | $ 451,832.50 | 451,832.50 | 100.000000% |
| Group B Total | | $ 6,228,769.18 | $ 610,995.34 | $ 152,748.84 | $ 6,381,518.02 | $ 898,968.31 | 14.087061% |
| **Class 3 Total** | | $ 7,002,520.80 | $ 812,698.27 | $ 203,174.57 | $ 7,205,695.36 | $ 1,723,145.65 | 23.913662% |

### Class 1: "Redistribution Scenario" - Epogen at $5

| Drug | Class | Recognized Loss of Eligible Claims | Recognized Loss of Deficient Claim | Estimated Cure Rate (25%) | Total Estimated Recognized Loss (RL + Eligible Cure Rate) | Estimated Net Settlement Fund | Estimated Pro rata |
|---|---|---|---|---|---|---|---|
| Anzemet (injection & tablets) | A | $ 3,056,459.40 | $ 1,079,741.18 | $ 269,935.30 | $ 3,326,394.70 | | |
| Aranesp | A | $ 287,954.68 | $ 106,295.28 | $ 26,573.82 | $ 314,528.50 | | |
| Ferrlecit | A | $ 1,813,712.72 | $ 443,278.94 | $ 110,819.74 | $ 1,924,532.46 | | |
| InFed | A | $ 809,250.04 | $ 210,371.66 | $ 52,592.92 | $ 861,842.96 | | |
| Neulasta | A | $ 118,455.46 | $ 37,939.72 | $ 9,484.93 | $ 127,940.39 | | |
| Neupogen | A | $ 24,885.84 | $ 8,840.54 | $ 2,210.14 | $ 27,095.98 | | |
| **Group 'A' Total** | | $ 6,110,718.14 | $ 1,886,467.32 | $ 471,616.83 | $ 6,582,334.97 | $ 6,582,334.97 | 100.000000% |
| Epogen Total | | $ 183,650.00 | $ 54,560.00 | $ 13,640.00 | $ 197,290.00 | $ 197,290.00 | 100.000000% |
| AccuNeb | B | $ 905,850.79 | $ 237,481.32 | $ 59,370.33 | $ 965,221.12 | | |
| Acetylcysteine | B | $ 40,085.25 | $ 16,065.72 | $ 4,016.43 | $ 44,101.68 | | |
| Acyclovir sodium | B | $ 827.14 | $ - | $ - | $ 827.14 | | |
| Adenosine | B | $ 325,039.04 | $ 99,159.86 | $ 24,789.97 | $ 349,829.01 | | |
| Adriamycin PFS/Adriamycin RFS | B | $ 1,182,700.69 | $ 355,758.26 | $ 88,939.57 | $ 1,271,640.26 | | |
| Adrucil | B | $ 83,032.89 | $ 29,897.75 | $ 7,474.44 | $ 90,507.33 | | |
| Aggrastat | B | $ 520.15 | $ 410.77 | $ 102.69 | $ 622.84 | | |
| Albuterol sulfate | B | $ 96,224.27 | $ 25,576.87 | $ 6,394.22 | $ 102,618.49 | | |
| Alcohol injection[1] | B | | | | $ 500,000.00 | | |
| A-methapred | B | $ 16,464.28 | $ 3,360.04 | $ 840.01 | $ 17,304.29 | | |
| Aminocaproic acid | B | $ 1.26 | $ 12.10 | $ 3.03 | $ 4.29 | | |
| Amphocin / Amphotericin B | B | $ 146,650.56 | $ 19,724.81 | $ 4,931.20 | $ 151,581.76 | | |
| Aristocort | B | $ 1,433.99 | $ 569.17 | $ 142.29 | $ 1,576.28 | | |
| Aristospan | B | $ 2,732.74 | $ 797.06 | $ 199.27 | $ 2,932.01 | | |
| Aromasin | B | $ 149,199.27 | $ 40,631.50 | $ 10,157.88 | $ 159,357.15 | | |
| Ativan | B | $ 12,990.33 | $ 4,780.08 | $ 1,195.02 | $ 14,185.35 | | |
| Azmacort | B | $ 572.78 | $ 124.31 | $ 31.08 | $ 603.86 | | |
| Bebulin | B | $ 396.54 | $ - | $ - | $ 396.54 | | |
| Bioclate | B | $ 592,128.61 | $ 20.94 | $ 5.24 | $ 592,133.85 | | |

| Drug | Code | | Amount 1 | | Amount 2 | | Amount 3 | | Total |
|---|---|---|---|---|---|---|---|---|---|
| Brevibloc | B | $ | 18,046.06 | $ | 414.24 | $ | 103.56 | $ | 18,149.62 |
| Buminate | B | $ | 196,642.12 | $ | 45,711.18 | $ | 11,427.80 | $ | 208,069.92 |
| Calcijex | B | $ | 2,010,968.30 | $ | 422,543.94 | $ | 105,635.99 | $ | 2,116,604.29 |
| Calcimar | B | $ | 11,887.46 | $ | 2,245.91 | $ | 561.48 | $ | 12,448.94 |
| Camptosar / Irinotecan hydrochloride | B | $ | 3,217,671.01 | $ | 1,380,785.29 | $ | 345,196.32 | $ | 3,562,867.33 |
| Carbocaine / Mepivicaine | B | $ | 632.74 | $ | 219.56 | $ | 54.89 | $ | 687.63 |
| Cefizox | B | $ | 818.41 | $ | 451.70 | $ | 112.93 | $ | 931.34 |
| Cipro / Ciprofloxacin hydrochloride | B | $ | 1,269.71 | $ | 206.47 | $ | 51.62 | $ | 1,321.33 |
| Cisplatin | B | $ | 480,521.36 | $ | 161,693.79 | $ | 40,423.45 | $ | 520,944.81 |
| Claforan | B | $ | 6,109.56 | $ | 1,687.49 | $ | 421.87 | $ | 6,531.43 |
| Cromolyn sodium | B | $ | 6,899.49 | $ | 3,780.80 | $ | 945.20 | $ | 7,844.69 |
| Cytosar-U / Cytarabine | B | $ | 10,983.81 | $ | 4,295.42 | $ | 1,073.86 | $ | 12,057.67 |
| Depo provera | B | $ | 2,141.70 | $ | 2,127.66 | $ | 531.92 | $ | 2,673.62 |
| Depo-testosterone / Testosterone cypionate | B | $ | 11,680.43 | $ | 3,015.78 | $ | 753.95 | $ | 12,434.38 |
| Dexamethasone acetate | B | $ | 6,878.76 | $ | 1,950.35 | $ | 487.59 | $ | 7,366.35 |
| Dexamethasone sodium\Dexamethasone sodium ph | B | $ | 66,940.51 | $ | 23,516.21 | $ | 5,879.05 | $ | 72,819.56 |
| Dextrose\Dextrose sodium chloride\Ringers lactated | B | $ | 107,281.05 | $ | 35,033.42 | $ | 8,758.36 | $ | 116,039.41 |
| Diazepam | B | $ | 1,101.78 | $ | 731.26 | $ | 182.82 | $ | 1,284.60 |
| Dicarbazine (dtic-dome) | B | $ | 33,658.38 | $ | 10,061.21 | $ | 2,515.30 | $ | 36,173.68 |
| Doxorubicin / Doxorubicin hydrochloride | B | $ | 990,916.55 | $ | 329,716.10 | $ | 82,429.03 | $ | 1,073,345.58 |
| Eligard | B | $ | 2,730,900.10 | $ | 938,581.63 | $ | 234,645.41 | $ | 2,965,545.51 |
| Ellence / Epirubicin HCL | B | $ | 542,670.44 | $ | 131,929.41 | $ | 32,982.35 | $ | 575,652.79 |
| Enbrel | B | $ | 7,538.07 | $ | 6,044.18 | $ | 1,511.05 | $ | 9,049.12 |
| Epinephrine | B | $ | 409.26 | $ | 97.05 | $ | 24.26 | $ | 433.52 |
| Erythromycin / Erythromycin base | B | $ | 1.82 | $ | - | $ | - | $ | 1.82 |
| Estradiol | B | $ | 1,507.28 | $ | 304.00 | $ | 76.00 | $ | 1,583.28 |
| Etoposide | B | $ | 426,718.55 | $ | 161,783.69 | $ | 40,445.92 | $ | 467,164.47 |
| Fentanyl citrate | B | $ | 23,513.93 | $ | 3,278.87 | $ | 819.72 | $ | 24,333.65 |
| Fluphenazine HCL | B | $ | 1,345.40 | $ | 198.20 | $ | 49.55 | $ | 1,394.95 |
| Furosemide | B | $ | 2,400.74 | $ | 704.75 | $ | 176.19 | $ | 2,576.93 |
| Gamimune N | B | $ | 4,113,696.12 | $ | 1,185,965.86 | $ | 296,491.47 | $ | 4,410,187.59 |
| Gammagard /Gammagard S/D/ Iveegam | B | $ | 1,037,512.00 | $ | 284,208.94 | $ | 71,052.24 | $ | 1,108,564.24 |
| Gentamicin sulfate | B | $ | 21,164.03 | $ | 5,488.56 | $ | 1,372.14 | $ | 22,536.17 |
| Glycopyrrolate | B | $ | 938.67 | $ | 155.08 | $ | 38.77 | $ | 977.44 |
| Heparin / Heparin lock flush / Heparin sodium | B | $ | 77,382.86 | $ | 26,795.46 | $ | 6,698.87 | $ | 84,081.73 |
| Humate-P | B | $ | 30,961.32 | $ | - | $ | - | $ | 30,961.32 |
| Hydromorphine | B | $ | 56,360.97 | $ | 1,628.21 | $ | 407.05 | $ | 56,768.02 |
| Idamycin / Idarubicin hydrochloride | B | $ | 13,756.96 | $ | 137.25 | $ | 34.31 | $ | 13,791.27 |
| Ipratropium bromide | B | $ | 1,130,094.56 | $ | 331,825.66 | $ | 82,956.42 | $ | 1,213,050.98 |
| Ketorolac / Ketorolac tromethamine | B | $ | 25,957.99 | $ | 4,911.77 | $ | 1,227.94 | $ | 27,185.93 |
| Koate- HP | B | $ | 544,175.07 | $ | 0.70 | $ | 0.18 | $ | 544,175.25 |
| Leucovorin calcium[2] | B | $ | 1,053,773.40 | $ | 431,946.61 | $ | 107,986.65 | $ | 1,161,760.05 |
| Leukine | B | $ | 579,837.82 | $ | 216,750.12 | $ | 54,187.53 | $ | 634,025.35 |
| Levofloxacin | B | $ | 20,454.25 | $ | 5,764.58 | $ | 1,441.15 | $ | 21,895.40 |
| Lidocaine hydrochloride | B | $ | 5,817.58 | $ | 1,383.60 | $ | 345.90 | $ | 6,163.48 |
| Liposyn II / Fat emulsion | B | $ | 170,963.48 | $ | 33,880.44 | $ | 8,470.11 | $ | 179,433.59 |
| Lovenox | B | $ | 41,923.50 | $ | 11,250.21 | $ | 2,812.55 | $ | 44,736.05 |
| Lyphocin | B | $ | 195,737.92 | $ | 47,960.90 | $ | 11,990.23 | $ | 207,728.15 |
| Magnesium sulfate | B | $ | 7,196.91 | $ | 1,045.24 | $ | 261.31 | $ | 7,458.22 |
| Mannitol | B | $ | 6,135.91 | $ | 2,369.63 | $ | 592.41 | $ | 6,728.32 |
| Medrol / Methylprednisolone | B | $ | 1,955.64 | $ | 335.73 | $ | 83.93 | $ | 2,039.57 |
| Metaproterenol sulfate | B | $ | 43,726.94 | $ | 16,908.87 | $ | 4,227.22 | $ | 47,954.16 |
| Methotrexate sodium | B | $ | 20,965.08 | $ | 5,137.40 | $ | 1,284.35 | $ | 22,249.43 |

| Drug | Group | | Amount 1 | | Amount 2 | | Amount 3 | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Metoclopramide | B | $ | 3,865.97 | $ | 1,037.77 | $ | 259.44 | $ | 4,125.41 | | | |
| Midazolam hydrochloride | B | $ | 4,725.43 | $ | 1,341.10 | $ | 335.28 | $ | 5,060.71 | | | |
| Mithracin | B | $ | 115.74 | $ | 116.66 | $ | 29.17 | $ | 144.91 | | | |
| Mononine | B | $ | 19,077.12 | $ | - | $ | - | $ | 19,077.12 | | | |
| Morphine sulfate | B | $ | 112,395.09 | $ | 23,689.37 | $ | 5,922.34 | $ | 118,317.43 | | | |
| Nalbuphine | B | $ | 2,650.19 | $ | 337.42 | $ | 84.36 | $ | 2,734.55 | | | |
| Nebupent | B | $ | 2,632.11 | $ | 1,110.91 | $ | 277.73 | $ | 2,909.84 | | | |
| Neosar / Cyclophospamide | B | $ | 263,233.70 | $ | 80,526.41 | $ | 20,131.60 | $ | 283,365.30 | | | |
| Neostigmine methylsulfate | B | $ | 353.00 | $ | 53.57 | $ | 13.39 | $ | 366.39 | | | |
| Novantrone | B | $ | 502,672.19 | $ | 175,205.85 | $ | 43,801.46 | $ | 546,473.65 | | | |
| Perphenazine | B | $ | 0.24 | $ | 0.96 | $ | 0.24 | $ | 0.48 | | | |
| Phenylephrine | B | $ | 37.89 | $ | 7.66 | $ | 1.92 | $ | 39.81 | | | |
| Potassium chloride | B | $ | 2,461.80 | $ | 926.52 | $ | 231.63 | $ | 2,693.43 | | | |
| Prograf | B | $ | 4,418,403.02 | $ | 841,661.56 | $ | 210,415.39 | $ | 4,628,818.41 | | | |
| Promethazine (HCL is only version) | B | $ | 14,573.55 | $ | 3,994.59 | $ | 998.65 | $ | 15,572.20 | | | |
| Propranolol HCL | B | $ | 41.80 | $ | 16.35 | $ | 4.09 | $ | 45.89 | | | |
| Ranitidine HCL | B | $ | 7,241.23 | $ | 2,314.20 | $ | 578.55 | $ | 7,819.78 | | | |
| Sodium chloride | B | $ | 623,620.94 | $ | 208,085.30 | $ | 52,021.33 | $ | 675,642.27 | | | |
| Solu-cortef / Hydrocortisone sodium succinate | B | $ | 1,849.93 | $ | 537.63 | $ | 134.41 | $ | 1,984.34 | | | |
| Succinylcholine chloride | B | $ | 161.93 | $ | 105.92 | $ | 26.48 | $ | 188.41 | | | |
| Taxotere | B | $ | 5,854,515.84 | $ | 2,090,799.72 | $ | 522,699.93 | $ | 6,377,215.77 | | | |
| Thioplex / Thiotepa | B | $ | 23,029.92 | $ | 1,930.49 | $ | 482.62 | $ | 23,512.54 | | | |
| Tobramycin sulfate / Tobramycin/sodium chloride | B | $ | 15,396.71 | $ | 4,010.99 | $ | 1,002.75 | $ | 16,399.46 | | | |
| Travasol / Travasol with dextrose | B | $ | 1,240,995.08 | $ | 294,615.66 | $ | 73,653.92 | $ | 1,314,649.00 | | | |
| Trelstar / Triptorelin pamoate | B | $ | 3,823.42 | $ | 249.14 | $ | 62.29 | $ | 3,885.71 | | | |
| Vinblastine sulfate | B | $ | 17,389.84 | $ | 6,828.00 | $ | 1,707.00 | $ | 19,096.84 | | | |
| Vincasar / Vincristine / Vinscristine sulfate | B | $ | 161,210.90 | $ | 49,901.33 | $ | 12,475.33 | $ | 173,686.23 | | | |
| Zemplar | B | $ | 16,050,934.61 | $ | 3,802,789.90 | $ | 950,697.48 | $ | 17,001,632.09 | Estimated Net Settlement Fund | | Estimated Pro rata | |
| **Group B Total** | | $ | 53,024,803.53 | $ | 14,715,525.92 | $ | 3,678,881.48 | $ | 57,203,685.01 | $ | 8,058,317.74 | 14.087061% |
| **Class 1 Total** | | $ | 59,319,171.67 | $ | 16,656,553.24 | $ | 4,164,138.31 | $ | 63,983,309.98 | $ | 14,837,942.71 | 23.190333% |
| **Consumer Class Total** | | $ | 66,321,692.47 | $ | 17,469,251.51 | $ | 4,367,312.88 | $ | 71,189,005.34 | $ | 16,561,088.37 | 23.263548% |

[1] CMS uses the J-Code J3490 which is "not otherwise classified." This code is used to refer to drugs outside of this Settlement as well as the following drugs within the Settlement: Alcohol injection, Bupivacaine, Copper trace / Cupric chloride, Diltiazem hydrochloride, Enalaprilat, Kineret, Labetalol, Manganese chloride, Novacaine / Procaine, Pancuronium bromide, Potassium acetate, Propofol, Sodium acetate, Verapamil HCL, and Zinc chloride.

[2] CMS uses the J-Code J8999 which is "not otherwise classified." This code is used to refer to drugs outside of this Settlement as well as Leucovorin calcium, a drug within the Settlement. J0640 is also used to for Leucovorin calcium and is "classified."