**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | CIVIL ACTION:  01-CV-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| ) | |
| TRACK TWO SETTLEMENT ) | |
| ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

THIS MATTER is before the Court on plaintiffs' motion for leave to file under seal.  The

Court, having considered all pleadings in support and in opposition thereto, and being fully

advised in the premises, hereby

GRANTS plaintiffs' motion for leave to file under seal the following items:

1.      Declaration of Steve W. Berman in Support of Plaintiffs' Supplemental Submission in Support of a Rebalanced and Redistributed Track Two Settlement; and

2.      Declaration of Raymond S. Hartman in Support of Track 2 Settlement Allocation.

IT IS SO ORDERED.


DATED:  _____          _____

                                                                        Hon. Patti B. Saris
                                                                        United States District Court Judge

- 1 -

001534-16  465717 V1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing [**PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 3, 2011, a copy to LexisNexis File and Serve for Posting and notification to all parties

By       /s/ **Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

001534-16  465717 V1