UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>MASTER CASE NO. 01-cv-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>State of Mississippi v. Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc., No. 09-cv-12065 | SUB-CATEGORY CASE: 1:09-cv-12056 |

## NOTICE OF WITHDRAWAL

To the Clerk of the above-named Court:

    Kindly withdraw my appearance as counsel for the defendants, Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.

        Respectfully submitted by,

        /s/ Matthew C. Welnicki
        _____
        Matthew C. Welnicki, BBO No. 647104
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street
        Boston, MA 02114-4737
        (617) 227-3030
        welnicki@srbc.com

Dated:  August 4, 2011

CERTIFICATE OF SERVICE

    I, Matthew C. Welnicki, certify that, on August 4, 2011, I caused a true and correct copy of the foregoing to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    /s/ Matthew C. Welnicki
    _____
    Matthew C. Welnicki, BBO #647104
    welnicki@srbc.com

435737