**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Chief Magistrate Judge Marianne B. Bowler |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2C, I, Janna J. Hansen, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Janna J. Hansen, am a practicing attorney at Ropes & Gray LLP, representing Merck & Co. (formerly Schering-Plough Corporation) Schering Corporation, and Warrick Pharmaceuticals Corporation (collectively "Schering") in the above-captioned matter.

2. I will be leaving Ropes & Gray LLP and will no longer be able to represent Schering.

3. Schering continues to be represented by other attorneys at Ropes & Gray LLP.

WHEREFORE, I, Janna J. Hansen, respectfully move this Court for leave to withdraw from the above-captioned matter.

        Respectfully submitted,

        /s/ Janna J. Hansen
        Janna J. Hansen (BBO# 662063)
        Ropes & Gray LLP
        One International Place
        Boston, Massachusetts 02110-2624
        (617) 951-7000

Dated: August 5, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2011, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2.

/s/ Janna J. Hansen
Janna J. Hansen