# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**TO:** Thomas Trusky
c/o Steve W. Berman
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

## NOTICE TO ATTEND

1. You are directed to come to Courtroom 19 at the John Joseph Moakley Courthouse, 1 Courthouse Way Boston, Massachusetts on Monday, August 8, 2011 at 9:00 a.m., to give testimony on behalf of the undersigned at the Fairness Hearing on the proposed settlement with the Track 2 Defendants in this case, and to remain until excused.

2. If you are unable to attend the hearing in person, you are directed to make arrangements to have your testimony taken via telephone.

3. You are also directed to produce and to bring with you the following:

   A. A Copy of the Declaration of Thomas Trusky on Behalf of the Estate of Theresa Trusky in Support of Appointment of Track 2 Class 1 Representative dated June 1, 2011.

  B. A copy of the Affidavit of Thomas Trusky in Support of Class Counsel's Proposal to Redistribute the Track Two Consumer Allocation and in Support of Final Approval of the Track Two Settlement dated August 2, 2011.

  C. All documents in your possession, custody or control relating to the aforesaid Declarations, your work in this case, and your interactions with any of the counsel for the Class or the Defendants in this matter respecting the same.

  D. All documents relating to Theresa Trusky's claimed purchases of drugs on any Defendant, including Epogen, Neulasta, Adenosine, Doxorubicin, Sodium Chloride, Dexamethasone Sodium, Cisplatin, Mannitol, and Alcohol Injection, as referenced in your Declarations.

If you fail to appear and/or produce the documents or things required by this notice to attend and produce, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure, including having your testimony stricken and your application for appointment as a settlement class representative denied.

Dated:  August 5, 2011

Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Robert G. Hughes, Esquire
Michael J. Lorusso, Esquire
**HAVILAND HUGHES, L.L.C.**
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile:  (215) 392-4400

**CERTIFICATE OF SERVICE**

     I, Donald E. Haviland, Jr., Esquire, hereby certify that on August 5, 2011, I served the foregoing Notice to Attend on all counsel of record via CM/ECF notification.

                                              /s/ Donald E. Haviland, Jr.