UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

TO:   Alex Sugerman-Brozan
      c/o Steve W. Berman
      Hagens Berman Sobol Shapiro LLP
      One Main Street, 4th Floor
      Cambridge, MA 02142

## NOTICE TO ATTEND

1.   You are directed to come to Courtroom 19 at the John Joseph Moakley Courthouse, 1 Courthouse Way Boston, Massachusetts on Monday, August 8, 2011 at 9:00 a.m., to give testimony on behalf of the undersigned at the Fairness Hearing on the proposed settlement with the Track 2 Defendants in this case, and to remain until excused.

2.   If you are unable to attend the hearing in person, you are directed to make arrangements to have your testimony taken via telephone.

3.   You are also directed to produce and to bring with you the following:

   A.   A Copy of the Declaration of Alex Sugerman-Brozan, Co-Consumer Allocation Counsel, in Support of Final Approval of the Track Two Settlement dated April 9, 2011.

      B.      All documents in your possession, custody or control relating to the aforesaid Affidavit, your work in this case, and your interactions with any of the counsel for the Class or the Defendants in this matter respecting the same.

If you fail to appear and/or produce the documents or things required by this notice to attend and produce, you may be subject to the sanctions authorized by the Federal Rules of Civil Procedure, including having your prior testimony given in this matter stricken.

| | |
|---|---|
| Dated:  August 5, 2011 | Respectfully submitted, |
| | |
| | /s/ Donald E. Haviland, Jr. |
| | Donald E. Haviland, Jr., Esquire |
| | Robert G. Hughes, Esquire |
| | Michael J. Lorusso, Esquire |
| | **HAVILAND HUGHES, L.L.C.** |
| | 111 S. Independence Mall East |
| | The Bourse, Suite 1000 |
| | Philadelphia, PA 19106 |
| | Telephone: (215) 609-4661 |
| | Facsimile:  (215) 392-4400 |

**CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., Esquire, hereby certify that on August 5, 2011, I served the foregoing Notice to Attend on all counsel of record via CM/ECF notification.

/s/ Donald E. Haviland, Jr.