UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

TO:   **Designee from the Vermont Public Interest Group
c/o Steve W. Berman
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142**

**NOTICE TO ATTEND**

1.      You are directed to come to Courtroom 19 at the John Joseph Moakley

Courthouse, 1 Courthouse Way Boston, Massachusetts on Monday, August 8, 2011 at 9:00 a.m.,

to give testimony on behalf of the undersigned at the Fairness Hearing on the proposed

settlement with the Track 2 Defendants in this case, and to remain until excused.

2.      If you are unable to attend the hearing in person, you are directed to make

arrangements to have your testimony taken via telephone.

3.      You are also directed to produce and to bring with you the following:

      A.      All documents in your possession, custody or control relating to the

            Group's work in this case, and your interactions with any of the counsel

            for the Class or the Defendants in this matter respecting the same.

B.      All documents relating to your claimed purchases of drugs on any

Defendant during the relevant time period.

If you fail to appear and/or produce the documents or things required by this notice to

attend and produce, you may be subject to the sanctions authorized by the Federal Rules of Civil

Procedure.

Dated:  August 5, 2011                                        Respectfully submitted,

                                                             /s/ Donald E. Haviland, Jr.
                                                             Donald E. Haviland, Jr., Esquire
                                                             Robert G. Hughes, Esquire
                                                             Michael J.  Lorusso, Esquire
                                                             **HAVILAND HUGHES, L.L.C.**
                                                             111 S. Independence Mall East
                                                             The Bourse, Suite 1000
                                                             Philadelphia, PA 19106
                                                             Telephone: (215) 609-4661
                                                             Facsimile:  (215) 392-4400

## CERTIFICATE OF SERVICE

I, Donald E. Haviland, Jr., Esquire, hereby certify that on August 5, 2011, I served the

foregoing Notice to Attend on all counsel of record via CM/ECF notification.


/s/ Donald E. Haviland, Jr.