# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>TRACK 2 SETTLEMENT | Hon. Patti B. Saris |

## CORRECTED EXHIBIT A "T2-SETTLEMENT – EXHIBIT B DRUGS CHART"

On August 3, 2011 Defendants filed their Memorandum in Support of the T2 Class Action Settlement attaching to it as part of Group Exhibit A a T2-Settlement Exhibit B Drugs Chart ("Drug Chart"). Attached hereto is a corrected copy of the Drug Chart adjusted to resolve a formatting error in the final column and to reflect that counsel was able to confirm that promethazine was the subject of discovery in this litigation.

Dated: August 5, 2011

By: **/s/ Tina M. Tabacchi**
Tina M. Tabacchi
Carol P. Geisler
JONES DAY
77 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Counsel for Defendant
ABBOTT LABORATORIES INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Corrected Exhibit B "T2 Settlement – Exhibit B Drugs" Chart was served, this 5th day of August, 2011, on all counsel of record via Lexis Nexis File and Serve pursuant to paragraph 11 of Case Management Order No. 2.


                                      **/s/ Carol P. Geisler**
                                      Carol P. Geisler

T2 SETTLEMENT - "EXHIBIT B" DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY | |
|---|---|---|---|---|---|---|---|---|
| **Anzemet** | A | Brand | An anti-emetic used in chemotherapy and post surgery | Aventis | MCCA ¶67; 1st AMCC ¶250 and Appendix A, 2nd AMCC, ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes | |
| **Aranesp** | A | Brand | Used to treat anemia caused by chronic kidney disease or chemotherapy | Amgen | AMCC ¶ 217; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes | |
| **Epogen** | A | Brand | Used to treat anemia caused by chronic kidney disease in patients on dialysis | Amgen | CAC ¶ 24, MCCA ¶¶ 56, 192-94; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes | |
| **Ferrlecit** | A | Brand | Used by patients with renal disease for treatment of iron deficiency | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendix A; 3rd AMCC ¶¶ 537, 542, Appendix A; 4th AMCC ¶ 487, Appendix A, 5th AMCC ¶ 488 | No | Yes | |
| **InFed (iron dextran)** | A | Brand | Used by patients with renal disease for treatment of iron deficiency | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 526, 534; 2nd AMCC ¶¶ 130, 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, 545, Appendix B; 4th AMCC ¶¶ 40, 144, 487, 595 Appendix A, 5th AMCC ¶ 488 | No | Yes | |
| **Neulasta** | A | Brand | Used to reduce the chance of infection in people who have certain types of cancer and are receiving chemotherapy medications that may decrease the number of neutrophils (a type of blood cell needed to fight infection).used to reduce the risk of infection (initially marked by fever) in chemotherapy patients | Amgen | AMCC ¶ 217; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes | |
| **Neupogen** | A | Brand | Used to decrease the chance of infection in people who have certain types of cancer and are receiving chemotherapy medications that may decrease the number of neutrophils (a type of blood cell needed to fight infection), in people who are undergoing bone marrow transplants, and in people who have severe chronic neutropenia (condition in which there are a low number of neutrophils in the blood) | Amgen | CAC ¶ 24, MCCA ¶¶ 56, 192-94; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes | |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
|  | Group B is comprised primarily of generic and multi-source drugs. Many of the products are hospital products administered in the hospital inpatient (Medicare Part A) and hospital outpatient (Medcare Part B OPPS - not based on AWP) setting. Group B also includes certain biologics. Since biologics are produced from human material, they are not subject to the provisions of the Hatch-Waxman Act allowing for generic entry through the approval of an abbreviated new drug application. Nonetheless, the biologics identified below all have multiple competitors and the competing biologics are reimbursed using the same J code and are akin, for reimbursement purposes, to innovator multiple source drugs. | | | | | | |
| AccuNeb | B | Brand | Indicated for the relief of bronchospasm | Dey | AMCC ¶ 83, 2nd AMCC ¶ 83, 3rd AMCC ¶ 106, 4th AMCC ¶ 107; Revised 5th AMCC ¶ 107 | No | Yes |
| Acetlycysteine | B | Generic | Primarily used in the hospital setting to thin mucus in lungs | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201, 208; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Amended List of Purchases Made by Plaintiffs; 3rd AMCC ¶¶ 63, 217, 224, Appendix A, Amended List of Purchases Made by Plaintiffs;  4th AMCC ¶¶ 71, 214, 221 | No | Yes |
| | | | | Dey | MCCAC ¶¶ 90, 251, AMCC ¶¶ 81, 349, 359, 360, Appendix A; 2nd AMCC ¶¶ 81, 349, 359, 360, Appendix A; 3rd AMCC ¶¶ 104, 365, 375, 376, Appendix A. 4th AMCC,  ¶¶ 105, 337, 347, 348, Appendix A ; Revised 5th AMCC ¶ 105, 337, 347, 348 | No | Yes |
| Acyclovir Sodium | B | Generic | Primarily used in the hospital setting as an antiviral | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 63, 217, 224, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶  71, 214, 221 | No | Yes |
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| | | | | Sicor | MCCAC ¶ 323; AMCC ¶¶ 492, 501;  2d AMCC ¶¶ 492, 501; 3d AMCC ¶¶ 503, 512, Appendix A; 4th AMCC ¶¶ 472, 481, Appendix A; 5th AMCC ¶¶ 473, 482 | No | Yes |
| Adenosine | B | Generic | Primarily used in the hospital setting to treat arrythmia | Abbott | 4th AMCC ¶ 16 | Yes | Yes |
| | | | | Fujisawa | 4th AMCC, Appendix A; 5th AMCC | Yes | Yes |
| Adriamycin PFS/RFS | B | Multi-Source | Oncolitic | Pharmacia | 1st AC ¶¶ 181, 183, 184, 185, 186; 2nd AMCC ¶¶ 115, 458, 463, 464, 465, 466, 471, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 474, 475, 476, 477, 481, 482, 483, Ex. A, Ex. B; 4th AMCC  ¶¶ 133, 438, 443, 444, 445, 451, 452, 454, App. A, App. B; 5th AMCC ¶¶ 133, 439, 444, 445, 446, 447, 452, 453, 455 | No | Yes |
| Adrucil [see Flourouracil] | B | Multi-Source | Oncolitic | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 458, 466, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 40, 132, 469, 477, 483, Ex. A, Ex. B; 4th AMCC  ¶¶ 133, 438, 446, 452,  App. A, App. B; 5th AMCC ¶¶ 133, 439, 447, 452 | No | Yes |
| Aggrastat | B | Multi-source | Primarily used in inpatient surgery in connection with angioplasty | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Albuterol sulfate | B | Generic | Respiratroy inhalation drug that is primarily used for relief of bronchospasm in patients with reversible obstructive airway disease and acute attacks of bronchospasm | Dey | MCCAC ¶¶ 90, 246-249; 251-253; AMCC ¶¶ 81, 349, 351, 352, 353, 356, 357, 358, 359, 360. Appendix A; 2nd AMCC, ¶¶ 81, 349, 351, 352, 353, 356, 357, 358, 359, 360, Appendix A; 3rd AMCC, ¶¶ 104, 365, 367, 368, 369, 372, 373, 374, 375, 376, Appendix A; 4th AMCC  ¶¶ 105, 337, 339, 340, 341, 344, 345, 346, 347, 348, Appendix A; Revised 5th AMCC ¶ 105, 337, 339, 340, 341, 344, 345, 346, 347, 348 | No | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Alcohol injection | B | Generic | Primarily used in the hospital setting to treat chronic spinal and neck pain | Abbott | 3rd AMCC ¶ 230, 4th AMCC ¶ 227 | No | Yes |
| A-methapred | B | Generic (proprietary name) | Primarily used in the hospital setting as a steroid used to treat inflamation | Abbott | CAC ¶ 19; AMCC ¶ 201; 2nd AMCC ¶¶ 201, Appendix A, Amended List of Purchases Made by Plaintiffs; 3rd AMCC ¶¶ 217, Appendix A, Amended List of Purchases Made by Plaintiffs; 4th AMCC ¶ 214 | No | Yes |
| Amikacin sulfate | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | MCCAC ¶¶ 54, 188, 190; AMCC @ TOC, ¶¶ 40, 201, 208; 2nd AMCC @ TOC, ¶¶ 40, 201, 208, 212, Appendix A, Appendix B; 3rd AMCC @ TOC, ¶¶ 63, 217, 224, 228, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC @ TOC, ¶¶ 71, 214, 221, 225 | No | Yes |
| | | | | Sicor | MCCAC ¶ 323; AMCC ¶¶ 124, 492, 501; 2d AMCC ¶¶ 124, 492, 501; 3d AMCC ¶¶ 141, 503, 512, Appendix A; 4th AMCC ¶¶ 142, 472, 481, Appendix A; 5th AMCC ¶¶ 142, 473, 482 | No | Yes |
| Aminocaproic acid | B | Generic | Primarily used in the hospital setting to stop bleeding | Abbott | 3rd AMCC ¶ 230, 4th AMCC ¶ 227 | No | Yes |
| Aminosyn / Aminosyn II / Amino acid | B | Multi-Source | Primarily used in the hospital setting to treat nitrogen loss or negative nitrogen balance | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix A, Appendix B; 3rd AMCC ¶¶ 217, 230, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 214, 227 | No | Yes |
| Amphocin / Amphotericin B | B | Generic | Primarily used in the hospital setting as an antifungal | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| | | | | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 477, 483, Ex. A, Ex. B; 4th AMCC ¶¶ 133, 438, 446, 452, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447, 453 | No | Yes |
| | | | | Sicor | AMCC ¶ 492; 2d AMCC ¶ 492; 3d AMCC ¶ 503, Appendix A; 4th AMCC ¶ 472, Appendix A; 5th AMCC ¶ 473 | No | Yes |
| Aristocort | B | Branded Multi-Source | Oral cortiosteroid used primarily in hospital setting to treat inflammation | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes |
| Aristospan | B | Branded Multi-Source | Injectable cortiosteroid used primarily in hospital setting to treat inflammation | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes |
| Aromasin | B | Brand | Oncolitic | Pharmacia | 2nd AMCC ¶ 115; 3rd AMCC ¶ 132; 4th AMCC ¶ 133; 5th AMCC ¶ 133 | No | Yes |
| Ativan | B | Multi-source | Primarily used in the hospital setting to treat anxiety disorders | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A, App B; 3rd AMCC ¶ 288, App A, App B; 4th AMCC ¶ 285; 4th AMCC Revised App A, App B; 5th AMCC ¶ 285 | No | Yes |
| Azmacort | B | Brand | A corticosteroid used primarily to treat symptoms of asthma (wheezing, shortness of breath) and other lung diseases | Aventis | 1st AMCC ¶250, and Appendix A; 2nd AMCC ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes |
| Bebulin | B | Multi-Source Biologic | Anti-hemophilic factor used to treat hemophilia | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| Bioclate | B | Multi-Source Biologic | Anti-hemophilic factor (recombinant), used to treat hemophilia | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY | |
|---|---|---|---|---|---|---|---|---|
| **Bleomycin sulfate** | B | Generic | Primarily used in the hospital setting as an antibiotic used in treatment of Hodgkin's lymphona | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes | |
| | | | | Pharmacia | 1st Amd Complt. ¶ 183, 187; 2nd AMCC ¶¶ 115, 458, 463, 466, 470, 471, Ex. A, Ex. B; 3rd AMCC ¶¶ 52, 132, 469, 474, 477, 481, 482, Ex. A, Ex. B; 4th AMCC  ¶¶ 60, 133, 438, 443, 446, App. A, App. B; 5th AMCC ¶¶ 60, 133, 439, 444, 447 | No | Yes | |
| **Brevibloc** | B | Multi-source | Primarily used in the hospital setting to slow heart rate during surgery | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes | |
| **Buminate** | B | Multi-Source Biologic | Blood product used in the hospital setting for cardiopulmonary surgery | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes | |
| **Bupivacaine** | B | Generic | Primarily used in the hospital setting as a local anaesthetic | Abbott | 3rd AMCC ¶¶ 15, 230; 4th AMCC ¶¶ 15, 227 | Yes | Yes | |
| **Calcijex** | B | Brand through 10/01; thereafter multi-source | Primarily used in the hospital setting as a man-made form of vitamin D | Abbott | CAC ¶ 19; MCCAC ¶ 190; AMCC ¶ 201; 2nd AMCC ¶¶ 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 217, 224, Appendix A, Amended List of Purchases  Made By Plaintiffs; 4th AMCC ¶¶ 214, 221 | No | Yes | |
| **Calcimar** | B | Brand | A human hormone used primarily to treat Paget's disease and osteoporosis in postmenopausal women | Aventis | 1st AMCC ¶250, and Appendix A; 2nd AMCC ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes | |
| **Camptosar / Irinotecan hydrochloride** | B | Brand | Oncolitic | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 467, 468; 3rd AMCC ¶¶ 132, 478, 479; 4th AMCC ¶ 133, 447, 448; 5th AMCC ¶ 133, 448, 449 | No | Yes | |
| **Carbocaine / Mepivicaine** | B | Generic | Primarily used in the hospital setting as  local anaesthetic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes | |
| **Cefizox** | B | Brand | Injectable antibiotic used primarily in hospital setting | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes | |
| **Chromium tr meta / Chromic chloride** | B | Generic | Primarily used in the hospital setting as an additive to IV solutions for total parenteral nutrition | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes | |
| **Cimetidine hydrochloride** | B | Generic | Primarily used in the hospital setting to inhibit production of acid in stomach | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201, 208; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 63, 217, 224, Appendix A, Amended List of Purchases  Made By Plaintiffs; 4th AMCC ¶¶ 71, 214, 221 | Yes | Yes | |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| **Cipro / Ciprofloxacin hydrochloride** | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | 3rd AMCC ¶ 16; 4th AMCC ¶ 17 | Yes | Yes |
| | | Multisource as of June 9, 2004 | | Bayer | Modified 1st Am. Compl. ¶ 286 (Dec. 8, 2003); 2nd AMCC ¶ 286; 3rd AMCC ¶ 302, Appendix; 4th AMCC ¶¶ 17, 299, Appendix A; Appendix to 4th AMCC | No | Yes |
| **Cisplatin** | B | Multi-source | Primarily used in the hospital setting as a chemotherapy drug | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| | | | | Sicor | 4th AMCC ¶¶ 15, 17, 60; 5th AMCC ¶¶ 15, 17, 60 | Yes | Yes |
| **Claforan** | B | Multi-source | Primarily used in the inpatient hospital setting to prevent staph infections | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| **Cleocin T / Clindamycin phosphate** | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Amended List of Purchases Made By Plaintiffs; 3rd AMCC ¶¶ 63, 224, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 71, 214, 221 | No | Yes |
| | | Branded Multi-Source | Antibiotic | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, Ex. A, Ex. B; 3rd AMCC; ¶¶ 20, 132, 469, 477, Ex. A, Ex. B, 4th ¶¶ 133, 438, 446, 451, App. A, App. B 5th AMCC ¶¶ 133, 439, 447 | No | Yes |
| **Cromolyn sodium** | B | Generic | Respiratroy inhalation drug used to treat patients with bronchial asthma | Dey | MCCAC ¶¶ 90, 251. AMCC ¶¶ 81, 349, 355, 359, 360, 362, Appendix A; 2nd AMCC ¶¶ 81, 349, 355, 359, 360, 362, Appendix A, 3rd AMCC, ¶¶ 104, 365, 371, 375, 376, 378, Appendix A; 4th AMCC ¶¶ 105, 337, 343, 347, 348, 350, Appendix A; Revised 5th AMCC ¶¶ 105, 337, 343, 347, 348, 350 | No | Yes |
| **Cytosar-U / Cytarabine** | B | Multi-source | Oncolitic | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 477, Ex. A, Ex. B; 4th AMCC ¶¶ 133, 438,446, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447 | No | Yes |
| **Depo provera / Medroxyprogesterone acetate** | B | Brand | Contraception | Pharmacia | 4th AMCC ¶ 23, Revised App. A; 5th AMCC ¶ 23 | Yes | Yes |
| **Depo-testosterone / Testosterone cypionate** | B | Multi-Source | Hormone | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, Ex. A, Ex. B; 3rd AMCC ¶ 132, 469, 477, Ex. A, Ex. B; 4th AMCC ¶¶ 133, 438, 446, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447 | No | Yes |
| **Dexamethasone acetate** | B | Generic | Primarily used in the hosptial setting as an anti-inflammatory to treat allergic reactions | Abbott | 3rd AMCC ¶ 19; 4th AMCC ¶ 21 | Yes | Yes |
| | | | | Bayer (but not a Bayer drug) | 4th AMCC ¶ 21 | Yes | Not a Bayer Drug |
| | | | | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 526, 534; 2nd AMCC ¶¶ 130, 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, 545, Appendix B; 4th AMCC ¶¶ 17, 21, 144, 487, 495, Appendix A, 5th AMCC ¶ 488 | No | Yes |
| **Dexamethasone sodium / Dexamethasone sodium phosphate** | B | Generic | Anti-inflammatory, treats allergic reactions, autoimmune disease and certain cancers | Abbott | 3rd AMCC ¶ 39; 4th AMCC ¶ 47 | No | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC  ¶ ¶110, 353, 360-63 | No | Yes |
| | | | | Sicor | 4th AMCC ¶¶ 15, 17, 18, 21; 5th AMCC ¶¶ 15, 17, 18, 21 | Yes | Yes |
| | | | | Watson | MCCAC ¶ 327;  AMCC ¶¶ 526, 534; 2nd AMCC ¶¶ 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 537, 545, Appendixes A and B; 4th AMCC ¶¶ 17, 21, 52, 487, 495, Appendix A, 5th AMCC ¶ 488, 5th AMCC ¶ 488 | No | Yes |
| Dextrose / Dextrose sodium chloride / Ringers lactated with dextrose | B | Generic | Primarily used in the hospital setting as a diluent | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 201, 208; 2nd AMCC ¶¶  29, 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 15, 16, 21, 63, 217, 224, Appendix A, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 17, 25, 71, 214, 221 | No, except for ringers lactated with dextrose inj (but shares J Code with other Dextrose products listed) | Yes |
| | | Multi-source | Primarily used in the hospital setting as a diluent | Baxter | MCCAC ¶¶ 71, 217; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No, except for ringers lactated with dextrose inj (but shares J Code with other Dextrose products listed) | Yes |
| Diazepam | B | Generic | Primarily used in the hosptial setting to treat anxiety and nervousness | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201 ; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 63, 217, 224, Amended List of Purchases  Made By Plaintiffs, Purchases Made By Plaintiffs; 4th AMCC ¶¶ 71, 214, 221 | No | Yes |
| | | | | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 526, 534; 2nd AMCC ¶¶ 130, 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, 545, Appendixes A and B; 4th AMCC ¶¶ 144, 487, 495, Appendix A | No | Yes |
| Dacarbazine (see DTIC - Dome) | B | Multi-Source | Antineoplastic cancer medication | Bayer | Modified 1st Am. Compl. ¶ 286 (Dec. 8, 2003); 2nd AMCC ¶ 286; 3rd AMCC ¶ 302, Appendix; 4th AMCC ¶ 299, Appendix A; Appendix to 4th AMCC | No | Yes |
| Diltiazem hydrochloride | B | Generic | Primarily used in the hospital setting to treat hypertension, angina and some types of arrhythmia | Abbott | 3rd AMCC ¶¶ 15, 20; 4th AMCC ¶ 15 | Yes | Yes |
| | | | | Sicor | 4th AMCC ¶ 15 | Yes | Yes |
| Dopamine hydrochloride | B | Generic | Primarily used in the hospital setting to improves the heart's contractions | Abbott | 3rd AMCC ¶¶ 19, 230; 4th AMCC ¶¶ 21, 227; 5th AMCC ¶ 15 | Yes | Yes |
| Doxorubicin / Doxorubicin hydrochloride [see Adriamycin] | B | Generic | Primarily used in the hosptial setting as an oncolitic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| | | | | Baxter | AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| | | | | Pharmacia | See Adriamycin | No | Yes |
| | | | | Sicor | AMCC ¶ 492; 2d AMCC ¶¶ 492, 499, 503; 3d AMCC ¶¶ 503, 510, 514, Appendix A; 4th AMCC ¶¶ 472, 479, 483, Appendix A; 5th AMCC ¶¶ 473, 480, 484 | No | Yes |
| DTIC Dome [see Dacarbazine] | B | Multi-Source | Antineoplastic cancer medication | Bayer | Modified 1st Am. Compl. ¶ 286 (Dec. 8, 2003); 2nd AMCC ¶ 286; 3rd AMCC ¶ 302, Appendix; 4th AMCC ¶ 299, Appendix A; Appendix to 4th AMCC | No | Yes |
| Eligard | B | Brand (but shares Jcode with therapeutic equivalent) | Used primarily to treat the symptoms of advanced prostate cancer | Aventis | 4th AMCC ¶19; 5th AMCC ¶19 | Yes | Yes |
| Ellence / Epirubicin HCL | B | Brand | Oncolitic | Pfizer | AMCC ¶ 41; 2nd AMCC ¶ 115; 3rd AMCC ¶¶ 19, 132; 4th AMCC ¶ 133; 5th AMCC ¶ 133 | No | Yes |
| Enalaprilat | B | Generic | ACE inhibitor | Sicor | 4th AMCC ¶ 17; 5th AMCC ¶ 17 | Yes | Yes |
| Enbrel | B | Brand | Largely self-administered; used to treat moderate to severe rheumatoid arthritis, adult chronic moderate to severe plaque psoriasis, psoriatic arthritis, ankylosing spondylitis and moderate to severe juvenile idiopathic arthritis | Amgen | AMCC ¶ 217; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes |
| Epinephrine | B | Generic | Primarily used in the hospital setting to treat severe allergic reactions | Abbott | 3rd AMCC ¶¶ 15, 230; 4th AMCC ¶¶ 15, 227 | Yes | Yes |
| | | | | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| Erythromycin / Erythromycin base | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix A, Appendix B; 3rd AMCC ¶ 217, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶ 214 | No | Yes |
| Estradiol | B | Generic | Hormone used for treatment of menopause and postmenopausal osteoporosis | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendixes A and B; 3rd AMCC ¶ 537, Appendixes A and B; 4th AMCC ¶ 487, 5th AMCC ¶ 488 | No | Yes |
| Etoposide [see Toposar] | B | Multi-Source | | Pharmacia | See Toposar | No | Yes |
| | | Generic | | Sicor | MCCAC ¶ 319; AMCC ¶¶ 492, 496; 2d AMCC ¶¶ 492, 494, 496, 502, 503; 3d AMCC ¶¶ 503, 505, 507, 513, 514, Appendix A; 4th AMCC ¶¶ 17, 60, 472, 474, 476, 482, 483, Appendix A | No | Yes |
| Famotidine | B | Generic | Primarily used in the hospital setting as an antihistamine that blocks release of stomach acid | Abbott | 3rd AMCC ¶¶ 15, 16; 4th AMCC ¶¶ 15, 17 | Yes | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Fentanyl citrate | B | Generic | Primarily used in the hospital setting as a pain reliever | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix A, Appendix B; 3rd AMCC ¶¶ 19, 20, 217, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 17, 21, 214 | No | Yes |
| Fluorouracil [see Adrucil] | B | Multi-source | Oncolitic | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 458, 466, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 40, 132, 469, 477, 483, Ex. A, Ex. B | No | Yes |
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| Fluphenazine HCL | B | Generic | Psychotherapeutic agent used to manage psychotic discorders | Watson | AMCC ¶¶ 526, 536; 2nd AMCC ¶¶ 526, 536, Appendixes A and B; 3rd AMCC ¶¶ 537, 547, Appendixes A and B; 4th AMCC ¶¶ 487, 495, Appendix A | No | Yes |
| Furosemide | B | Generic | Primarily used in the hospital setting as a diuretic | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 201, 208; 2nd AMCC ¶¶ 29, 40, 201, 208, Appendix A, Appendix B ; 3rd AMCC ¶¶ 15, 20, 21, 32, 42, 63, 217, 224, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 25, 40, 50, 71, 214, 221 | No | Yes |
| Gamimune N | B | Multi-Source Biologic | Immune globulin used to treat primary immune deficiency | Bayer | MCCAC ¶ 74; AMCC ¶ 63; Modified 1st Am. Compl. ¶¶ 63, 286 (Dec. 8, 2003); 2nd AMCC ¶¶ 63, 286; 3rd AMCC ¶¶ 86, 302, Appendix; 4th AMCC ¶¶ 94, 299, Appendix A; Appendix to 4th AMCC | No | Yes |
| Gammagard / Gammagard S/D / Gammar / Gammar P.I.V.* | B | Multi-Source Biologic | A sterilized human plasma solution, used primarily to treat immune deficiency conditions | Baxter | CAC ¶ 28; MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| | | | | Aventis (Gammar PIV) | CAC ¶ 24; MCCAC ¶ 20; AMCC ¶¶ 17, 80; Corrected AMCC dkt 928 ¶¶ 19, 88, App A; 3rd AMCC ¶¶ 29, 97, App A; 4th AMCC ¶¶ 31, 97; 4th AMCC dkt 2244 Revised App A;  5th AMCC dkt 5902 at 31, 97 Aventis (Gammar PIV) - initial cite MCCAC, ¶67, and App. A | No | Yes |
| Gentamicin sulfate | B | Generic | Primarily used in the hospital setting to treat infections | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 201, 208; 2nd AMCC ¶¶ 29, 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 21, 63, 217, 224, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 25, 71, 214, 221 | No | Yes |
| | | | | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| | | | | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 526, 534; 2nd AMCC ¶¶ 130, 526, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, Appendixes A and B; 4th AMCC ¶¶ 144, 487, 495, Appendix A | No | Yes |
| Gentran / Gentran NACL | B | Multi-source | Primarily used in the hospital/surgical setting as an anti-coagulant | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Glycopyrrolate | B | Generic | Primarily used in the hospital setting to treat peptic ulcer disease | Abbott | 3rd AMCC ¶ 15; 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| | | | | Sicor | 4th AMCC ¶ 15 | Yes | Yes |
| Helixate / Helixate FS | B | Multi-Source Biologic | Anti-hemophilic factor (recombinant), used to treat hemophilia | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |
| Heparin / Heparin lock flush / Heparin sodium | B | Generic | Primarily used in the hospital setting as an anticoagulant | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 201, 208; 2nd AMCC ¶¶ 29, 40, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 15, 19, 20, 21, 63, 217, 224, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 21, 25, 71, 214, 221 | No | Yes |
| | | | | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Humate-P | B | Multi-Source Biologic | Anti-hemophilic factor/von Willebrand factor complex, used to treat hemophilia and von Willebrand disease | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |
| Hydromorphine | B | Generic | Primarily used in the hospital setting as a pain reliever | Abbott | 3rd AMCC ¶¶ 15, 20; 4th AMCC ¶¶ 15, 17 | Yes | Yes |
| Idamycin / Idarubicin hydrochloride | B | Brand | Oncolitic | Pharmacia | 1st Amd Complt. ¶ 183; 2nd AMCC ¶¶ 115, 463; 3rd AMCC ¶¶ 132, 474; 4th AMCC ¶ 133, 443; 5th AMCC ¶ 133, 144 | No | Yes |
| Imipramine HCL | B | Generic | Psychotherapeutic agent used in treatment of depression | Watson | AMCC ¶¶ 526, 536; 2nd AMCC ¶¶ 526, 536, Appendix A; 3rd AMCC ¶¶ 537, 547, Appendixes A and B; 4th AMCC ¶¶ 487, 495, 5th AMCC ¶ 488 | No | Yes |
| Intal | B | Brand | Used primarily to treat symptoms of asthma (wheezing, shortness of breath) and exercise induced bronchospasm | Aventis | 1st AMCC ¶250, and Appendix A; 2nd AMCC ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes |
| Ipratropium bromide | B | Generic | Respiratory inhalation drug used for the maintenance treatment of bronchospasms associated with Chronic Obstructive Pulmonary Disease | Dey | MCCAC ¶¶ 90, 253, AMCC ¶¶ 81, 83, 349, 352, 353, 354, 362, Appendix A; 2nd AMCC, ¶¶ 81, 83, 349, 352, 353, 354, 362, Appendix A;  3rd AMCC, ¶¶, 104, 106, 365, 368, 369, 370, 378, Appendix A, 4th AMCC ¶¶ 105, 107, 337, 340, 341, 342, 350, Appendix A; Revised 5th AMCC, ¶ 105, 107, 337, 340, 341, 342, 350 | No | Yes |
| Iveegam | B | Multi-Source Biologic | Plasma replacement therapy for immune deficiencies | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| Ketorolac / Ketorolac tromethamine | B | Generic | Primarily used in the hospital setting as an anti-inflammatory to treat pain after surgery | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶¶ 21, 227 | Yes | Yes |
| | | | Primarily used in the hospital setting as an anti-inflammatory to treat pain after surgery | Watson | 4th AMCC Appendix A | Yes | |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Kineret | B | Brand | Used to reduce signs and symptoms and to slow progression of structural damage in adult patients with moderate to severe rheumatoid arthritis | Amgen | AMCC ¶ 217; 2nd AMCC ¶217; 3rd AMCC ¶ 233; 4th AMCC ¶ 230; 5th AMCC ¶ 230 | No | Yes |
| Koate- HP | B | Multi-Source Biologic | Antihemophilic factor viii blood product | Bayer | MCCAC ¶ 74; AMCC ¶ 63; Modified 1st Am. Compl. ¶¶ 63, 286; 2nd AMCC ¶¶ 63, 286; 3rd AMCC ¶¶ 86, 302, Appendix; 4th AMCC ¶¶ 94, 299, Appendix A; Appendix to 4th AMCC | No | Yes |
| Kogenate | B | Multi-Source Biologic | Antihemophilic factor viii (recombinant) | Bayer | Compl. ¶ 74 (Sept. 6, 2002); 1st Am. Compl. ¶ 63 (July 28, 2003); Modified 1st Am. Compl. ¶¶ 63, 286; 2nd Am. Compl. ¶¶ 63, 286 (Feb. 24, 2005); 3rd Am. Compl. ¶¶ 86, 302, Appendix (Oct. 17, 2005); 4th Am. Compl. ¶¶ 94, 299, Appendix A (March 1, 2006); Appendix to 4th Am. Compl. (March 10, 2006) | No | Yes |
| Labetalol | B | Generic | Primarily used in the hospital setting to reduce the workload of the heart | Abbott | 3rd AMCC ¶ 16; 4th AMCC ¶ 17 | Yes | Yes |
| Lasix | B | Brand | A diuretic used to reduce swelling and fluid retention caused by a variety of diseases | Aventis | CAC ¶ 36; 2nd AMCC ¶¶ 567, 570; 3rd AMCC ¶¶ 567, 570 | No | Yes |
| Leucovorin calcium | B | Generic | Primarily used in the hospital setting as an adjunct to chemotherapy | Abbott | CAC ¶ 36; 2nd AMCC ¶¶ 567, 570; 3rd AMCC ¶¶ 567, 570 | No | Yes |
| | | | Chemotherapeutic agent (palliative treatment of patients with cancer) | Immunex | MCCAC ¶¶ 104, 291; AMCC ¶¶ 98, 422, Appendix A; 2 AMCC ¶¶ 98, 422; 3 AMCC ¶¶ 118, 433; 4 AMCC ¶¶ 119, 405; 5th AMCC ¶¶ 119, 406 | No | Yes |
| | | | | Sicor | AMCC ¶ 492; 2d AMCC ¶¶ 492, 502, 503; 3d AMCC ¶¶ 503, 513, 514, Appendix A; 4th AMCC ¶¶ 472, 482, 483, Appendix A; 5th AMCC ¶¶ 52, 473, 483, 484 | No | Yes |
| Leukine | B | Brand (not sold by Immunex after 7/02) | A biologic and white blood cell stimulant (including use for post-bone marrow transplant, post-chemotherapy with acute myelegenous leukemia, and pre- and post-blood stem cell transplant) | Immunex | MCCAC ¶ 104; AMCC ¶¶ 98, 422; 2nd AMCC ¶¶ 98, 422; 3rd AMCC ¶¶ 118, 433; 4th AMCC ¶¶ 119, 405; 5th AMCC ¶¶ 119, 406 | No | Yes |
| Levofloxacin | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | 3rd AMCC ¶¶ 19, 20; 4th AMCC ¶ 21 | Yes | Yes |
| Lidocaine hydrochloride | B | Generic | Primarily used in the hospital setting as a local anesthetic | Abbott | 3rd AMCC ¶¶ 15, 16, 20, 230; 4th AMCC ¶¶ 15, 17, 21, 227 | Yes | Yes |
| Liposyn II / Fat emulsion | B | Multi-Source | Primarily used in the hospital setting in order to provide calories to those receiving parenteral nutrition | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix B; 3rd AMCC ¶ 217, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶ 214 | No | Yes |
| Lorazepam | B | Generic | Primarily used in the hospital setting to treat anxiety disorders | Abbott | AMCC ¶ 201; 2nd AMCC ¶ 201, Appendix A, Appendix B; 3rd AMCC ¶¶ 19, 39, 40, 217, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 21, 47, 48, 214 | No | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| | | | | Watson | AMCC ¶ 526; 2nd AMCC ¶¶ 526, Appendix A; 3rd AMCC ¶¶ 537, Appendix A and B; 4th AMCC ¶¶ 487, Appendix A | No | Yes |
| Lovenox | B | Brand | An anticoagulant therapy used to prevent deep vein thrombosis following hip replacement, knee replacement, or stomach surgery | Aventis | 3rd AMCC ¶15; 4th AMCC ¶15; 5th AMCC ¶15 | Yes | Yes |
| Lyphocin | B | Branded Multi-Source | Injectable antibiotic used primarily in hospital setting | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes |
| Magnese chloride | B | Generic | Primarily used in the hospital setting as an additive to IV solutions for total parenteral nutrition | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Magnesium sulfate | B | Generic | Primarily used in the hospital setting as an electrolyte replenisher | Abbott | 3rd AMCC ¶ 15; 4th AMCC ¶ 15 | Yes | Yes |
| | | | | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| Mannitol | B | Generic | Primarily used in the hospital setting as a diuretic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Marcaine | B | Generic | Primarily used in the hospital setting as a local anesthetic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Medrol / Methylprednisolone | B | Multi-source | Anti-inflammatory | Pharmacia | 2nd AMCC ¶ 115; 3rd AMCC ¶¶ 20, 132; 4th AMCC ¶ 133; 5th AMCC ¶ 133 | No | Yes |
| Metaproterenol sulfate | B | Generic | Indicated as a bronchodilator for bronchial asthma and for reversible bronchospasm wich may occur in association with bronchitis | Dey | MCCAC ¶¶ 90, 251, AMCC ¶¶ 81, 83, 349, 359, 360, Appendix A; 2nd AMCC ¶¶ 81, 83, 349, 359, 360, Appendix A; 3rd AMCC ¶¶ 104, 106, 365, 375, 376, Appendix A; 4th AMCC ¶¶ 105, 107, 337, 347, 348, Appendix A; Revised 5th AMCC, ¶¶ 105, 107, 337, 347, 348 | No | Yes |
| Methotrexate sodium | B | Multisource (not sold by Immunex after 6/01) | Anticancer agent | Immunex | MCCAC ¶ 291; AMCC ¶ 422, Appendix A; 2nd AMCC ¶ 422; 3rd AMCC ¶ 433; 4th AMCC ¶ 405; 5th AMCC ¶ 406 | No | Yes |
| Metoclopramide | B | Generic | Primarily used in the hospital setting as an antiemetic | Abbott | 3rd AMCC ¶ 230 ; 4th AMCC ¶ 227 | No | Yes |
| Midazolam hydrochloride | B | Generic | Primarily used in the hospital setting as a sedative | Abbott | 3rd AMCC ¶¶ 15, 16, 19; 4th AMCC ¶¶ 15, 17, 21 | Yes | Yes |
| Mithracin | B | Multi-Source | Antineoplastic cancer medication | Bayer | Modified 1st Am. Compl. ¶ 286; 2nd AMCC ¶ 286; 3rd AMCC ¶ 302, Appendix; 4th AMCC ¶¶ 6, 299, Appendix A; Appendix to 4th AMCC | No | Yes |
| Monoclate / Monoclate-P | B | Multi-Source Biologic | Anti-hemophilic factor VIII:C, used to treat hemophilia | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |
| Mononine | B | Multi-Source Biologic | Coagulation factor IX, used to treat hemophilia B | Aventis | MCCA ¶67; 1st AMCC ¶55; 2nd AMCC ¶55; 3rd AMCC ¶78; 4th AMCC ¶86; 5th AMCC ¶86 | No | Yes |
| Morphine sulfate | B | Generic | Primarily used in the hospital setting as a pain reliever | Abbott | 3rd AMCC ¶¶ 15, 16; 4th AMCC ¶¶ 15, 17 | Yes | Yes |

**T2 SETTLEMENT - "EXHIBIT B" DRUGS**

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| Nadolol | B | Generic | Antihypertensive used in treatment of hypertension and angina | Watson | AMCC ¶¶ 526, 536; 2nd AMCC ¶¶ 526, 536, Appendixes A and B; 3rd AMCC ¶¶ 537, 547, Appendixes A and B; 4th AMCC ¶¶ 487, 495, 5th AMCC ¶ 488 | No | Yes |
| Nalbuphine | B | Generic | Primarily used in the hospital setting as a pain reliever | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Nebupent | B | Branded Multi-Source | Oral anti-infective used in hospital setting to prevent and treat pneumo | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶353 | No | Yes |
| Neosar / Cyclophospamide | B | Generic | Oncolitic | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 458, 465, 466, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 476, 477, 483, Ex. A, Ex. B; 4th AMCC ¶¶ 133, 438, 445, 446, 452, App. A, App. B; 5th AMCC ¶¶ 133, 439, 446, 447, 453 | No | Yes |
| Neostigmine methylsulfate | B | Generic | Primarily used in the hospital setting to correct muscle strength | Abbott | 3rd AMCC ¶¶ 15, 230; 4th AMCC ¶¶ 15, 227 | No | Yes |
|  |  |  |  | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| Novacaine / Procaine | B | Generic | Primarily used in the hospital setting as an anesthetic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Novantrone | B | Brand (not sold by Immunex after 11/02) | Anticancer agent (including use for acute myelegenous leukemia, hormone refractory prostate cancer, and relapsing-remitting multiple sclerosis) | Immunex | CAC ¶ 38; MCCAC ¶¶ 104, 291; MCCAC ¶¶ 104, 291; AMCC ¶¶ 98, 422, Appendix A; 2nd AMCC ¶¶ 98, 422; 3rd AMCC ¶¶ 118, 433; 4th AMCC ¶¶ 119, 405; 5th AMCC ¶¶ 119, 406 | No | Yes |
| Osmitrol | B | Multi-source | Primarily used in the hospital setting as a diuretic | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Pancuronium bromide | B | Generic | Primarily used in the hospital setting as a muscle relaxer | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| Pentam /Pentamidine isethionate | B | Branded Multi-Source | Anti-infective used primarily in hospital setting to treat AIDS related pneumonia | Fujisawa | CAC ¶31; MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | No |
|  |  | Generic |  | Sicor | AMCC ¶ 492; 2d AMCC ¶¶ 492, 503; 3d AMCC ¶¶ 503, 514, Appendix A; 4th AMCC ¶¶ 472, 483, Appendix A; 5th AMCC ¶¶ 473, 484 | No | Yes |
| Perphenazine | B | Generic | Psychotherapeutic agent used to manage psychotic disorders | Watson | AMCC ¶¶ 526, 536; 2nd AMCC ¶¶ 526, 536, Appendixes A and B; 3rd AMCC ¶¶ 537, 547, Appendixes A and B; 4th AMCC ¶¶ 487, 495, 5th AMCC ¶ 488 | No | Yes |
| Phenylephrine | B | Generic | Adrenergic receptor used primarily as a decongestant | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| Potassium acetate / Potassium chloride | B | Generic | Primarily used in the hospital setting tp treat low blood levels | Abbott | 3rd AMCC ¶¶ 15, 16, 230; 4th AMCC ¶¶ 15, 17, 227 | Yes | Yes |
| Prograf | B | Brand | Self-administered immunosuppressant used for transplants, Medicare Part B special | Fujisawa | CAC ¶ 31; AMCC ¶364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶ ¶ 353, 360-63 | No | Yes |
| Promethazine | B | Generic | Primarily used in the hospital setting as an antihistamine | Abbott | 3rd AMCC ¶¶ 15, 19, 20; 4th AMCC ¶¶ 15, 21 | Yes | Yes |

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| | | | | Sicor | 4th AMCC ¶¶ 15, 21; 5th AMCC ¶¶ 15, 21 | Yes | Yes |
| | | | | Watson | 4th AMCC ¶ 15 | Yes | Yes |
| **Propranolol HCL** | B | Generic | Beta blocker for treatment of hypertension and other cardiovascular conditions | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendixes A and B; 3rd AMCC ¶ 537, Appendixes A and B; 4th AMCC ¶ 487, 5th AMCC ¶ 488 | No | Yes |
| **Propofol** | B | Generic | Primarily used in the hospital setting as an anesthetic | Abbott | 3rd AMCC ¶ 15; 4th AMCC ¶ 15 | Yes | Yes |
| | | | | Sicor | 4th AMCC ¶ 15; 5th AMCC ¶ 15 | Yes | Yes |
| **Ranitidine HCL** | B | Generic | Antihistamine | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendixes A and B; 3rd AMCC ¶ 537, Appendixes A and B; 4th AMCC ¶ 487 | No | Yes |
| **Recombinate** | B | Multi-Source Biologic | Anti-hemophilic factor (recombinant), used to treat hemophilia | Baxter | MCCAC ¶ 71; AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A; 3rd AMCC ¶¶ 83, 288, App A; 4th AMCC ¶¶ 91, 285; 4th AMCC Revised App A; 5th AMCC ¶¶ 91, 285 | No | Yes |
| **Sodium acetate** | B | Generic | Primarily used in the hospital setting as a corticosteroid | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| **Sodium chloride** | B | Generic | Primarily used in the hospital setting as a diluent, as a way to give injectable medicines to flush intravenous lines and for other conditions | Abbott | MCCAC ¶¶ 26, 54, 190; AMCC ¶¶ 29, 40, 187, 201; 2nd AMCC ¶¶ 29, 40, 187, 201, 208, Appendix A, Appendix B; 3rd AMCC ¶¶ 15, 16, 20, 21, 39, 63, 203, 217, 224, Amended List of Purchases Made By Plaintiffs; 4th AMCC ¶¶ 15, 17, 25, 47, 71, 200, 214, 221 | No | Yes |
| | | | | Baxter | MCCAC ¶ 217, AMCC ¶¶ 60, 272; 2nd AMCC ¶¶ 60, 272, App A, App B; 3rd AMCC ¶¶ 83, 288, App A, App B; 4th AMCC ¶¶ 91, 285; 4th AMCC  Revised App A, App B; 5th AMCC ¶¶ 91, 285 | No | Yes |
| | | | | Dey | AMCC ¶ 360; 2nd AMCC ¶ 360; 3rd AMCC ¶ 376; 4th AMCC ¶ 348; Revised 5th AMCC ¶ 348 | No | Yes |
| | | | | Sicor | 4th AMCC ¶¶ 15, 17, 50; 5th AMCC ¶¶ 15, 17 | Yes | Yes |
| **Solu-cortef / Hydrocortisone sodium succinate** | B | Multi-source | Hormone | Pharmacia | 2nd AMCC ¶¶ 115, 458, 466, Ex. A, Ex. B; 3rd AMCC ¶¶ 19, 132, 469, 477, Ex. A, Ex. B; 4th AMCC  ¶¶ 133, 438, 446, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447 | No | Yes |
| **Solu-medrol** | B | Multi-source | Anti-inflammatory | Pharmacia | 2nd AMCC ¶¶ 458, 466, Ex. A, Ex. B; 3rd AMCC ¶¶ 21, 469, 477, Ex. A, Ex. B; 4th AMCC  ¶¶ 133, 438, 446, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447 | No | Yes |
| **Succinylcholine chloride** | B | Generic | Primarily used in the hospital setting as a muscle relaxer | Abbott | 3rd AMCC ¶ 15; 4th AMCC ¶ 15 | Yes | Yes |
| **Taxotere** | B | Brand | A taxane used to treat a variety of cancers | Aventis | MCCA ¶67; 1st AMCC ¶250, and Appendix A; 2nd AMCC ¶250; 3rd AMCC ¶266; 4th AMCC ¶263; 5th AMCC ¶263 | No | Yes |
| **Thioplex / Thiotepa** | B | Brand (until 2001); multisource (2001-forward) | Chemotherapeutic agent (palliative treatment of patients with cancer) | Immunex | MCCAC ¶ 104; AMCC ¶¶ 98, 422; 2nd AMCC ¶¶ 98, 422; 3rd AMCC ¶¶ 118, 433; 4th AMCC ¶¶ 119, 405; 5th AMCC ¶¶ 119, 406 | No | Yes |
| **Tobramycin sulfate / Tobramycin/sodium chloride** | B | Generic | Primarily used in the hospital setting as an antibiotic for the treatment of lung infections | Sicor | MCCAC ¶ 323; AMCC ¶¶ 124, 492, 501; 2d AMCC ¶¶ 124, 492, 501, 502; 3d AMCC ¶¶ 141, 503, 512, Appendix A; 4th AMCC ¶¶ 142, 472, 481, Appendix A; 5th AMCC ¶¶ 142, 473, 482 | No | Yes |

T2 SETTLEMENT - "EXHIBIT B" DRUGS

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY |
|---|---|---|---|---|---|---|---|
| | | | | Abbott | MCCAC ¶¶ 54, 190; AMCC ¶¶ 40, 201, 208; 2nd AMCC ¶¶ 40, 201, 208, Appendix A, Amended List of Purchases Made by Plaintiff; 3rd AMCC ¶ 217, 224, Amended List of Purchases Made by Plaintiffs; 4th AMCC ¶ 71, 214, 221 | No | Yes |
| Toposar [See Etoposide] | B | Generic | Primarily used in the hospital setting as a treatment for testicular cancer | Abbott | 3rd AMCC ¶ 231; 4th AMCC ¶ 228 | No | Yes |
| | | | | Pharmacia | CAC ¶ 41; 2nd AMCC ¶¶ 115, 187, 458, 465, 466, 469, 472, Ex. A, Ex. B; 3rd AMCC ¶¶ 52, 132, 203, 469, 476, 477, 480, 483, Ex. A, Ex. B; 4th AMCC ¶¶ 17, 60, 133, 438, 444, 445, 446, 449, 452, App. A, App. B; 5th AMCC ¶¶ 17, 60, 133, 200, 439, 446, 447, 450, 453 | No | Yes |
| | | | | Sicor | MCCAC ¶ 319; AMCC ¶¶ 492, 496; 2d AMCC ¶¶ 492, 494, 496, 502, 503; 3d AMCC ¶¶ 503, 505, 507, 513, 514, Appendix A; 4th AMCC ¶¶ 17, 60, 472, 474, 476, 482, 483, Appendix A; 5th AMCC ¶¶ 17, 60, 473, 475, 477, 483, 484 | No | Yes |
| Travasol / Travasol with dextrose | B | Multi-source | Primarily used in the hospital setting as an additive to IV solutions for amino acid delivery | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A; 3rd AMCC ¶ 288, App A; 4th AMCC ¶ 285; 4th AMCC Revised App A; 5th AMCC ¶ 285 | No | Yes |
| Trelstar / Triptorelin pamoate | B | Brand | Oncolitic | Pharmacia | 3rd AMCC ¶ 53; 4th AMCC ¶ 61, App. A; 5th AMCC ¶ 61 | Yes | Yes |
| | | | | Watson | 4th AMCC Appendix A | Yes | Yes |
| Vancocin / Vancocin HCL / Vancomycin/ Vancomycin HCL | B | Generic | Primarily used in the hospital setting as an antibiotic | Abbott | MCCAC ¶¶ 54, 185, 186, 187, 188, 190; AMCC @ TOC, ¶¶ 40, 201, 208, 209, 210, 211; 2nd AMCC @ TOC, ¶¶ 40, 201, 208, 209, 210, 211, Appendix A, Appendix B; 3rd AMCC ¶¶ 52, 63, 224, 225, 226, 227, Amended List of Purchases Made By Plaintiffs; 4th AMCC @ TOC, ¶¶ 21, 60, 71, 214, 221, 222, 223, 224 | No | Yes |
| | | | | Baxter | AMCC ¶ 272; 2nd AMCC ¶ 272, App A, App B; 3rd AMCC ¶ 288, App A, App B; 4th AMCC ¶ 285; 4th AMCC Revised App A, App B; 5th AMCC ¶ 285 | No | Yes |
| | | | | Fujisawa | MCCAC ¶93; AMCC ¶¶86, 364, 371, Appendix A; 2nd AMCC ¶ ¶86, 364, 371, Appendix A; 3rd AMCC ¶ ¶109, 380, 387, Appendix A; 4th AMCC ¶ ¶110, 381, 388, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| | | | | Watson | MCCAC ¶¶ 130, 327; AMCC ¶¶ 130, 187, 526, 534; 2nd AMCC ¶¶ 130, 187, 526, 534, Appendixes A and B; 3rd AMCC ¶¶ 147, 537, 545, Appendixes A and B; 4 AMCC ¶¶ 60, 140, 200, 487, 495, Appendix A | No | Yes |
| Verapamil HCL | B | Generic | Cardiovascular agent used in treatment for angina and arrythmia | Watson | AMCC ¶ 526; 2nd AMCC ¶ 526, Appendixes A and B; 3rd AMCC ¶ 537, Appendixes A and B; 4th AMCC ¶¶ 487, 491, 5th AMCC ¶ 488 | No | Yes |
| Vinblastine sulfate | B | Generic | Chemotherapy drug used in clinical setting to treat certain cancers | Fujisawa | AMCC ¶ 364, Appendix A; 2nd AMCC ¶371, Appendix A; 3rd AMCC ¶380, Appendix A; 4th AMCC ¶381, Appendix A; 5th AMCC ¶ ¶110, 353, 360-63 | No | Yes |
| Vincasar / Vincristine / Vinscristine sulfate | B | Generic | Primarily used in the hospital setting as an oncolitic | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes |
| | | Multi-source | | Pharmacia | 1st Amd Complt ¶¶ 180, 182; 2nd AMCC ¶¶ 115, 458, 465, 466, 470, 471, Ex. A, Ex. B; 3rd AMCC ¶¶ 132, 469, 476, 477, 481, 482, Ex. A, Ex. B; 4th AMCC ¶¶ 21, 133, 438, 445, 446, 450, 451, 452, App. A, App. B; 5th AMCC ¶¶ 133, 439, 447, 451, 452, 453 | No | Yes |

**T2 SETTLEMENT - "EXHIBIT B" DRUGS**

| DRUG NAME | GROUP | TYPE | DESCRIPTION | NAMED DEFENDANT | COMPLAINT CITES | SUBJECT TO MOTION TO STRIKE | SUBJECT TO DISCOVERY | |
|---|---|---|---|---|---|---|---|---|
| | | Generic | | Sicor | 4th AMCC ¶ 21; 5th AMCC ¶ 21 | Yes | Yes | |
| **Water for injection bacteriostatic** | B | Generic | Primarily used in the hospital setting as a diluent | Abbott | 3rd AMCC ¶ 230; 4th AMCC ¶ 227 | No | Yes | |
| **Zemplar** | B | Branded | Primarily used in the hospital setting as a man-made form of vitamin D | Abbott | MCCAC ¶ 54; AMCC ¶ 40; 2nd AMCC ¶ 40; 3rd AMCC ¶ 63; 4th AMCC ¶ 71 | No | Yes | |
| **Zinc chloride** | B | Generic | Primarily used in the hospital setting as an antiseptic | Abbott | 3rd AMCC ¶ 227; 4th AMCC ¶ 227 | No | Yes | |