*In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL - 1456
Track 2 Settlement
Analysis of those "Group B" drugs for which Dr. Hartman calculated an Overcharge Ratio

# EXHIBIT "A"

| # | Drug | Manufacturer | Overcharge % (as listed in Hartman Table 2, except as otherwise noted) | NOTES | Claims (Coggeshall Declaration) | Pro Rata Payment After Latest Rebalancing (14.087%) | Damage Based Payment (using specific Hartman Damage Factor for those drugs where one is provided and company total for those drugs without specific ratio) | Difference between Damage Based Payment and Pro Rata Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | Adriamycin | Pfizer/Pharmacia | 77.40% | | $1,271,640.26 | $179,135.96 | $984,249.56 | $805,113.60 |
| 2 | Adrucil | Pfizer/Pharmacia | 39.70% | | $90,507.33 | $12,749.77 | $35,931.41 | $23,181.64 |
| 3 | Albuterol Sulfate | Dey | 77.60% | | $102,618.49 | $14,455.87 | $79,631.95 | $65,176.08 |
| 4 | A-Methapred | Abbott | 49.30% | | $17,304.29 | $2,437.66 | $8,531.01 | $6,093.36 |
| 5 | Aristocort Intralesional | Fujisawa | 7.55% | Used average overcharge for both Fujisawa versions of Aristocort | $1,576.28 | $222.05 | $119.01 | ($103.04) |
| 6 | Aristocort Parenteral | Fujisawa | | | | $0.00 | $0.00 | $0.00 |
| 7 | Aristopan | Fujisawa | 3.00% | | $29,321.01 | $4,130.45 | $879.63 | ($3,250.82) |
| 8 | Cytosar-U | Pfizer/Pharmacia | 46.00% | | $12,057.67 | $1,698.56 | $5,546.53 | $3,847.96 |
| 9 | Dexamethasone Sodium | Fujisawa | 12.00% | Used Fujisawa Total Overcharge Average b/c individual overcharge not provided by Hartman | $72,819.56 | $10,258.09 | $8,738.35 | ($1,519.74) |
| 10 | Dextrose | Abbott | 79.73% | | $116,039.41 | $16,346.47 | $92,518.22 | $76,171.75 |
| 11 | Dextrose | Baxter | | Used average overcharge for Abbott and Baxter versions of Dextrose | | $0.00 | $0.00 | $0.00 |
| 12 | Dextrose/Electrolyte | Baxter | | | | $0.00 | $0.00 | $0.00 |
| 13 | Dextrose/Sodium Chloride | Baxter | | | | $0.00 | $0.00 | $0.00 |
| 14 | Diazepam | Abbott | 67.30% | | $1,284.60 | $180.96 | $864.54 | $683.57 |
| 15 | Doxorubicin | Sicor/Gensia | 47.70% | | $1,073,345.58 | $151,202.19 | $511,985.84 | $360,783.65 |
| 16 | Fentanyl | Abbott | 77.30% | | $24,333.65 | $3,427.88 | $18,809.91 | $15,382.03 |
| 17 | Fluorouracil | Fujisawa | 12.00% | Used Fujisawa Total Overcharge Average b/c individual overcharge not provided by Hartman | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | Gentamicin | Abbott | 43.56% | Used average overcharge for Abbott, Baxter and Fujisawa versions of Gentamycin | $22,536.17 | $3,174.67 | $9,816.76 | $6,642.09 |
| 19 | Gentamicin | Baxter | | | | $0.00 | $0.00 | $0.00 |
| 20 | Gentamycin Sulfate | Fujisawa | | | | $0.00 | $0.00 | $0.00 |
| 21 | Heparin | Abbott | 62.05% | Used average overcharge for Abbott and Baxter | $84,081.73 | $11,844.59 | $52,172.71 | $40,328.12 |
| 22 | Heparin | Baxter | | | | $0.00 | $0.00 | $0.00 |
| 23 | Ipratropium | Dey | 79.10% | | $1,213,050.98 | $170,882.49 | $959,523.33 | $788,640.83 |
| 24 | Leucovorin Calcium Inj | Abbott | 57.58% | Used average overcharge for Abbott, Immunex and Sicor versions of Leucovorin | $1,161,760.05 | $163,657.14 | $668,941.44 | $505,284.30 |
| 25 | Leucovorin Calcium Inj | Immunex | | | | $0.00 | $0.00 | $0.00 |
| 26 | Leucovorin Calcium Inj | Sicor/Gensia | | | | $0.00 | $0.00 | $0.00 |
| 27 | Leucovorin Calcium Oral | Immunex | | | | $0.00 | $0.00 | $0.00 |
| 28 | Methotrexate | Immunex | 33.80% | | $22,249.43 | $3,134.28 | $7,520.31 | $4,386.03 |
| 29 | Sodium Chloride | Abbott | 83.95% | | $675,642.27 | $95,177.73 | $567,201.69 | $472,023.96 |
| 30 | Sodium Chloride | Baxter | | Used average overcharge for Abbott and Baxter versions of Sodium Chloride | | $0.00 | $0.00 | $0.00 |
| 31 | Vancomycin | Abbott | 95.50% | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | **Subtotals:** | $5,992,168.76 | $844,116.81 | $4,012,982.18 | $3,168,865.37 |

| | |
|---|---|
| **Additional Funds Needed to Pay Claimants Single Damages:** | **$3,168,865.37** |

| | |
|---|---|
| **Actual % of Estimated Total Recognized Loss that Should be Distributed using Damage-based Model (currently 14.087%):** | **66.97%** |