*In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL - 1456
Track 2 Settlement
Analysis of 20 of the 22 Admitted Single-Source Branded Drugs Currently in Group B

# EXHIBIT "B"

| # | Drug | Manufacturer | Overcharge % (Using Hartman Calculated Total Overcharge % for Each Company)* | NOTES | Claims (Coggeshall Declaration) | Pro Rata Payment After Latest Rebalancing (14.087%) | Damage Based Payment (Using Hartman Calculated Total Overcharge % for Each Company) | Double Damages (Using Hartman Calculated Total Overcharge % for Each Company) | Difference Between Payment of Double Damages and Current Pro Rata Payment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Accuneb | Dey | 78.10% | | $965,221.12 | 135,970.70 | $753,837.69 | $1,507,675.39 | $1,371,704.69 |
| 2 | Aromasin | Pfizer/Pharmacia | 60.10% | | $159,357.15 | 22,448.64 | $95,773.65 | $191,547.29 | $169,098.65 |
| 3 | Azmacort | Abbott | 89.20% | | $603.86 | 85.07 | $538.64 | $1,077.29 | $992.22 |
| 4 | Calcijex | Abbott | 89.20% | | $2,116,604.29 | 298,166.05 | $1,888,011.03 | $3,776,022.05 | $3,477,856.01 |
| 5 | Calcimar | Aventis | 37.50% | | $12,448.94 | 1,753.68 | $4,668.35 | $9,336.71 | $7,583.02 |
| 6 | Camptosar | Pfizer/Pharmacia | 60.10% | | $3,562,867.33 | 501,901.12 | $2,141,283.27 | $4,282,566.53 | $3,780,665.41 |
| 7 | Cefizox | Fujisawa | 12.00% | | $931.34 | 131.20 | $111.76 | $223.52 | $92.32 |
| 8 | Cipro | Bayer | 32.60% | | $1,321.33 | 186.14 | $430.75 | $861.51 | $675.37 |
| 9 | Depo provera | Pfizer/Pharmacia | 60.10% | | $2,673.62 | 376.63 | $1,606.85 | $3,213.69 | $2,837.06 |
| 10 | Ellence | Pfizer/Pharmacia | 60.10% | | $575,652.79 | 81,092.21 | $345,967.33 | $691,934.65 | $610,842.45 |
| 11 | Enbrel | Pfizer/Pharmacia | 60.10% | | $9,049.12 | 1,274.75 | $5,438.52 | $10,877.04 | $9,602.29 |
| 12 | Idamycin | Pfizer/Pharmacia | 60.10% | | $13,791.27 | 1,942.78 | $8,288.55 | $16,577.11 | $14,634.33 |
| 13 | Leukine | Bayer | 32.60% | | $634,025.35 | 89,315.15 | $206,692.26 | $413,384.53 | $324,069.38 |
| 14 | Lovenox | Aventis | 37.50% | | $44,736.05 | 6,301.97 | $16,776.02 | $33,552.04 | $27,250.07 |
| 15 | Mithracin | Bayer | 32.60% | | $144.91 | 20.41 | $47.24 | $94.48 | $74.07 |
| 16 | **Novantrone** | **Immunex** | 3.00% | Dr. Hartman provided actual Overcharge Ratio for Novantrone | $546,473.65 | 76,981.74 | $16,394.21 | $32,788.42 | **($44,193.32)** |
| 17 | Prograf | Fujisawa | 12.00% | | $4,628,818.41 | 652,061.65 | $555,458.21 | $1,110,916.42 | $458,854.77 |
| 18 | Taxotere | Aventis | 37.75% | | $6,377,215.77 | 898,358.39 | $2,407,398.95 | $4,814,797.91 | $3,916,439.52 |
| 19 | Thioplex | Immunex | 33.70% | | $23,512.54 | 3,312.21 | $7,923.73 | $15,847.45 | $12,535.24 |
| 20 | Zemplar | Abbott | 89.20% | | $17,001,632.09 | 2,395,019.91 | $15,165,455.82 | $30,330,911.65 | $27,935,891.74 |
| | | | | Subtotals: | $36,677,080.93 | 5,166,700.39 | $23,622,102.84 | $47,244,205.67 | $42,077,505.28 |

| Additional Funds Needed to Pay Claimants Double Damages: | $42,077,505.28 |
|---|---|

\* Though Class Counsel acknowledge that these twenty (20) drugs (as well as Eligard and Trelstar) are single-source branded drugs, *see* Brief at 11, with the exception of Novantrone, they inexplicably did not ask Dr. Hartman to calculate an overcharge ratio for these drugs, or analyze them in any matter. Accordingly, for purposes of analyzing the damage-based approach to the payment of claims for these drugs, Certain Named Plaintiffs' counsel used the total overcharge ratio for the respective manufacturers for each of the above drugs.

The exception to that rule is with the Aventis drugs. Because Dr. Hartman did not provide a total Overcharge Ratio for all of the Aventis drugs and only provided said ratio for Anzemet Tablets (19.8%) and Anzemet Injectable (55.7%) individually, this chart uses the average of the two (37.5%) for Calcimar, Lovenox and Taxotere.