*In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL - 1456
Track 2 Settlement
Analysis of Elilgard and Trelstar

# EXHIBIT "C"

| | Drug | Manufacturer | Overcharge % | Claims (Coggeshall Declaration) | Pro Rata Payment After Latest Rebalancing (14.087%) | Damage Based Payment (using 50% overcharge per the terms of the Lupron, MDL-1430 Settlement) | Double Damages (using 50% overcharge per the terms of the Lupron, MDL-1430 Settlement) | Difference between Double Damages and Current Pro Rata Distribution |
|---|---|---|---|---|---|---|---|---|
| 1 | Eligard | Aventis | 50.00% | $2,965,545.51 | $417,756.40 | $1,482,772.76 | $2,965,545.51 | $2,547,789.11 |
| 2 | Trelstar | Watson, Pharmacia | 50.00% | $3,885.71 | $547.38 | $1,942.86 | $3,885.71 | $3,338.33 |
| | | | **Subtotals:** | $2,969,431.22 | $418,303.78 | $1,484,715.61 | $2,969,431.22 | $2,551,127.44 |

| | |
|---|---|
| **Additional Funds Needed to Pay Claimants Double Damages:** | **$2,551,127.44** |