*In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL - 1456
Track 2 Settlement
Analysis of Brand "Group B" drugs (That Should Be in Group "A") Not Included in Hartman Analysis

# EXHIBIT "D"

| # | Drug | Manufacturer | Overcharge % (Using Hartman Calculated Total Overcharge % for Each Company)* | Claims (Coggeshall Declaration) | Pro Rata Payment After Latest Rebalancing (14.087%) | Damage Based Payment (Using Hartman Calculated Total Overcharge % for Each Company) | Double Damages (Using Hartman Calculated Total Overcharge % for Each Company) | Difference between Double Damages and Pro Rata |
|---|---|---|---|---|---|---|---|---|
| 1 | Amphocin | Pfizer/Pharmacia | 60.10% | $151,581.76 | $21,353.32 | $91,100.64 | $182,201.28 | $160,847.95 |
| 2 | Bebulin | Baxter | 85.70% | $396.54 | $55.86 | $339.83 | $679.67 | $623.81 |
| 3 | Bioclate | Aventis | 37.50% | $592,133.85 | $83,413.90 | $222,050.19 | $444,100.39 | $360,686.49 |
| 4 | Buminate | Baxter | 85.70% | $208,069.92 | $29,310.81 | $178,315.92 | $356,631.84 | $327,321.03 |
| 5 | Cytosar-U | Pfizer/Pharmacia | 46.00% | $12,057.67 | $1,698.56 | $5,546.53 | $11,093.06 | $9,394.49 |
| 6 | Depo-Testosterone | Pfizer/Pharmacia | 30.30% | $12,434.38 | $1,751.63 | $3,767.62 | $7,535.23 | $5,783.60 |
| 7 | Gamimune | Bayer | 32.90% | $4,410,187.59 | $621,263.13 | $1,450,951.72 | $2,901,903.43 | $2,280,640.31 |
| 8 | Gammagard | Baxter | 85.70% | $1,108,564.24 | $156,163.44 | $950,039.55 | $1,900,079.11 | $1,743,915.66 |
| 9 | Helixate | Aventis | 37.50% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Humate | Aventis | 37.50% | $30,961.32 | $4,361.52 | $11,610.50 | $23,220.99 | $18,859.47 |
| 11 | Koate | Bayer | 32.60% | $544,175.25 | $76,657.97 | $177,401.13 | $354,802.26 | $278,144.30 |
| 12 | Kogenate | Bayer | 9.30% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | Lasix | Aventis | 37.50% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | Liposyn | Abbott | 89.20% | $179,433.59 | $25,276.81 | $160,054.76 | $320,109.52 | $294,832.71 |
| 15 | Lyphocin | Fujisawa | 12.00% | $207,728.15 | $29,262.66 | $24,927.38 | $49,854.76 | $20,592.09 |
| 16 | Monoclate | Aventis | 37.50% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Mononine | Aventis | 37.50% | $19,077.12 | $2,687.39 | $7,153.92 | $14,307.84 | $11,620.45 |
| 18 | Neosar | Pfizer/Pharmacia | 62.50% | $283,365.30 | $39,917.67 | $177,103.31 | $354,206.63 | $314,288.96 |
| 19 | Prograf IV | Fujisawa | 13.00% | $4,628,818.41 | $652,061.65 | $601,746.39 | $1,203,492.79 | $551,431.14 |
| 20 | Solu-Cortef | Pfizer/Pharmacia | 51.50% | $1,984.34 | $279.53 | $1,021.94 | $2,043.87 | $1,764.34 |
| 21 | Solu-Medrol | Pfizer/Pharmacia | 49.10% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Toposar | Pfizer/Pharmacia | 60.10% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | Travasol | Baxter | 85.10% | $1,314,649.00 | $185,194.60 | $1,118,766.30 | $2,237,532.60 | $2,052,337.99 |
| | **Subtotals:** | | | $13,705,618.43 | $1,930,710.47 | $5,181,897.63 | $10,363,795.26 | $8,433,084.79 |

| Additional Funds Needed to Pay Claimants Double Damages: | $8,433,084.79 |
|---|---|

\* Because Dr. Hartman did not provide a total Overcharge Ratio for all of the Aventis drugs and only provided said ratio for Anzemet Tablets (19.8%) and Anzemet Injectable (55.7%) individually, this chart uses the average of the two (37.5%) for the Aventis drugs, Bioclate, Helixate, Humate, Lasix, Monoclate, and Mononine.