

POS.
ONLY

# Amphocin®

amphotericin B for injection, USP

PHARMACIA

817 168 005

---

**WARNING**

This drug should be used *primarily* for treatment of patients with progressive and potentially life-threatening fungal infections; it should not be used to treat noninvasive forms of fungal disease such as oral thrush, vaginal candidiasis and esophageal candidiasis in patients with normal neutrophil counts.

**EXERCISE CAUTION** to prevent inadvertent overdose with AMPHOCIN. Verify the product name and dosage if dose exceeds 1.5 mg/kg.

## DESCRIPTION

AMPHOCIN® (amphotericin B for injection, USP) contains amphotericin B, an antifungal polyene antibiotic obtained from a strain of *Streptomyces nodosus*. Amphotericin B is designated chemically as [1R-(1R*, 3S*, 5R*, 6R*, 9R*, 11R*, 15S*, 16R*, 17R*, 18S*, 19E, 21E, 23E, 25E, 27E, 29E, 31E, 33R*, 35S*, 36R*, 37S*)]-33-[(3-Amino-3,6-dideoxy-β-D-mannopyranosyl)-oxy]- 1, 3, 5, 6, 9, 11, 17, 37 -octahydroxy-15, 16, 18-trimethyl-13-oxo-14, 39-dioxabicyclo[33.3.1] nonatriaconta-19, 21, 23, 25, 27, 29, 31-heptaene-36-carboxylic acid.

Structural Formula:



$C_{47}H_{73}NO_{17}$  MW 924.09

Each vial contains a sterile, nonpyrogenic, lyophilized cake which may partially reduce to powder following manufacture providing 50 mg amphotericin B and 41 mg sodium desoxycholate buffered with 20.2 mg sodium phosphates (consisting of mono and dibasic sodium phosphate, phosphoric acid and sodium hydroxide). Crystalline amphotericin B is insoluble in water; therefore, the antibiotic is solubilized by the addition of sodium desoxycholate to form a mixture which provides a colloidal dispersion for intravenous infusion following reconstitution.

At the time of manufacture the air in the vial is replaced by nitrogen.

## CLINICAL PHARMACOLOGY

### Microbiology

Amphotericin B shows a high order of *in vitro* activity against many species of Fungi. *Histoplasma capsulatum*, *Coccidioides immitis*, *Candida* species, *Blastomyces dermatitidis*, *Rhodotorula*, *Cryptococcus neoformans*, *Sporothrix schenckii*, *Mucor mucedo*, and *Aspergillus fumigatus* are all inhibited by concentrations of amphotericin B ranging from 0.03 to 1.0 mcg/mL *in vitro*. While *Candida albicans* is generally quite susceptible to amphotericin B, non-*albicans* species may be less susceptible. *Pseudallescheria boydii* and *Fusarium* sp. are often resistant to amphotericin B. The antibiotic is without effect on bacteria, rickettsiae, and viruses.

### Susceptibility Testing

Standardized techniques for susceptibility testing for antifungal agents have not been established and results of susceptibility studies have not been correlated with clinical outcomes.

### Pharmacokinetics

Amphotericin B is fungistatic or fungicidal depending on the concentration obtained in body fluids and the susceptibility of the fungus. The drug acts by binding to sterols in the cell membrane of susceptible fungi with a resultant change in membrane permeability allowing leakage of intracellular components. Mammalian cell membranes also contain sterols and it has been suggested that the damage to human cells and fungal cells may share common mechanisms.

An initial intravenous infusion of 1 to 5 mg of amphotericin B per day, gradually increased to 0.4 and 0.6 mg/kg daily, produces peak plasma concentrations ranging from approximately 0.5 to 2 mcg/mL. Following a rapid initial fall, plasma concentrations plateau at about 0.5 mcg/mL. An elimination half-life of approximately 15 days follows an initial plasma half-life of about 24 hours. Amphotericin B circulating in plasma is highly bound (>90%) to plasma proteins and is poorly dialyzable. Approximately two thirds of concurrent plasma concentrations have been detected in fluids from inflamed pleura, peritoneum, synovium, and aqueous humor. Concentrations in the cerebrospinal fluid seldom exceed 2.5 percent of those in the plasma. Little amphotericin B penetrates into vitreous humor or normal amniotic fluid. Complete details of tissue distribution are not known.

Amphotericin B is excreted very slowly (over weeks to months) by the kidneys with two to five percent of a given dose being excreted in the biologically active form. Details of possible metabolic pathways are not known. After treatment is discontinued, the drug can be detected in the urine for at least seven weeks due to the slow disappearance of the drug. The cumulative urinary output over a seven day period amounts to approximately 40 percent of the amount of drug infused.

## INDICATIONS AND USAGE

AMPHOCIN should be administered primarily to patients with progressive, potentially life-threatening fungal infections. This potent drug should not be used to treat noninvasive fungal infections, such as oral thrush, vaginal candidiasis and esophageal candidiasis in patients with normal neutrophil counts.

AMPHOCIN is specifically intended to treat potentially life-threatening fungal infections: aspergillosis, cryptococcosis (torulosis), North American blastomycosis, systemic candidiasis, coccidioidomycosis, histoplasmosis, zygomycosis (including mucormycosis due to susceptible species of the genera *Absidia*, *Mucor* and *Rhizopus*, and infections due to related susceptible species of *Conidiobolus* and *Basidiobolus*, and sporotrichosis.

AMPHOCIN may be useful in the treatment of American mucocutaneous leishmaniasis, but it is not the drug of choice as primary therapy.

## CONTRAINDICATIONS

This product is contraindicated in those patients who have shown hypersensitivity to amphotericin B or any other component in the formulation unless, in the opinion of the physician, the condition requiring treatment is life-threatening and amenable only to amphotericin B therapy.

## WARNINGS

AMPHOCIN is frequently the only effective treatment available for potentially life-threatening fungal disease. In each case, its possible life-saving benefit must be balanced against its untoward and dangerous side effects.

## PRECAUTIONS

### General

Amphotericin B should be administered intravenously under close clinical observation by medically trained personnel. It should be reserved for treatment of patients with progressive, potentially life-threatening fungal infections due to susceptible organisms (see INDICATIONS AND USAGE).

Acute reactions including fever, shaking chills, hypotension, anorexia, nausea, vomiting, headache, and tachypnea are common 1 to 3 hours after starting an intravenous infusion. These reactions are usually more severe with the first few doses of amphotericin B and usually diminish with subsequent doses.

Rapid intravenous infusion has been associated with hypotension, hypokalemia, arrhythmias, and shock and should, therefore, be avoided (see DOSAGE AND ADMINISTRATION).

Amphotericin B should be used with care in patients with reduced renal function. Frequent monitoring of renal function is recommended (see PRECAUTIONS, Laboratory Tests and ADVERSE REACTIONS). In some patients, hydration and sodium repletion prior to amphotericin B administration may reduce the risk of developing nephrotoxicity. Supplemental alkali medication may decrease renal tubular acidosis complications.

Since acute pulmonary reactions have been reported in patients given amphotericin B during or shortly after leukocyte transfusions, it is advisable to temporally separate these infusions as far as possible and to monitor pulmonary function (see PRECAUTIONS, Drug Interactions).

Leukoencephalopathy has been reported following use of amphotericin B. Literature reports have suggested that total body irradiation may be a predisposition.

Whenever medication is interrupted for a period longer than seven days, therapy should be resumed by starting with the lowest dosage level, e.g., 0.25 mg/kg of body weight, and increased gradually as outlined under DOSAGE AND ADMINISTRATION.

### Laboratory Tests

Renal function should be monitored frequently during amphotericin B therapy (see ADVERSE REACTIONS). It is also advisable to monitor on a regular basis liver function, serum electrolytes (particularly magnesium and potassium), blood counts, and hemoglobin concentrations. Laboratory test results should be used as a guide to subsequent dosage adjustments.

### Drug Interactions

When administered concurrently, the following drugs may interact with amphotericin B:

*Antineoplastic agents:* may enhance the potential for renal toxicity, bronchospasm and hypotension. Antineoplastic agents (e.g., nitrogen mustard, etc.) should be given concomitantly only with great caution.

*Corticosteroids and Corticotropin (ACTH):* may potentiate amphotericin B-induced hypokalemia which may predispose the patient to cardiac dysfunction. Avoid concomitant use unless necessary to control side effects of amphotericin B. If used concomitantly, closely monitor serum electrolytes and cardiac function (see ADVERSE REACTIONS).

*Digitalis glycosides:* amphotericin B-induced hypokalemia may potentiate digitalis toxicity. Serum potassium levels and cardiac function should be closely monitored and any deficit promptly corrected.

*Flucytosine:* while a synergistic relationship with amphotericin B has been reported, concomitant use may increase the toxicity of flucytosine by possibly increasing its cellular uptake and/or impairing its renal excretion.

*Imidazoles (e.g., ketoconazole, miconazole, clotrimazole, fluconazole, etc.):* *in vitro* and animal studies with the combination of amphotericin B and imidazoles suggest that imidazoles may induce fungal resistance to amphotericin B. Combination therapy should be administered with caution, especially in immunocompromised patients.

*Other nephrotoxic medications:* agents such as aminoglycosides, cyclosporine, and pentamidine may enhance the potential for drug-induced renal toxicity, and should be used concomitantly only with great caution. Intensive monitoring of renal function is recommended in patients requiring any combination of nephrotoxic medications (see PRECAUTIONS, Laboratory Tests).



Black




Composition Unit 2566





| COMPOSITION ORDER # | PRODUCT | | COPY CODE # |
|---|---|---|---|
| 21725 | AMPHOCIN | | 817 168 003 |
| CCS # | | NDC # | EDP # |
| 7525-39 | | 0013-1405-44 | |
| ITEM | SIZE | FOLDED SIZE | DRAWING # |
| Insert | 4.5 x 16" | 4.5 x 1" | |
| ADDITIONAL INFORMATION | | DATE | TYPESET BY |
| | | 10/03/06 | DHUFF |

# Amphocin®

brand of amphotericin B for injection, USP

*Skeletal muscle relaxants:* amphotericin B-induced hypokalemia may enhance the curariform effect of skeletal muscle relaxants (e.g., tubocurarine). Serum potassium levels should be monitored and deficiencies corrected.

*Leukocyte transfusions:* acute pulmonary toxicity has been reported in patients receiving intravenous amphotericin B and leukocyte transfusions (see PRECAUTIONS, General).

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

No long-term studies in animals have been performed to evaluate carcinogenic potential. There also have been no studies to determine mutagenicity or whether this medication affects fertility in males or females.

**Pregnancy, Teratogenic Effects, Pregnancy Category B**

Reproduction studies in animals have revealed no evidence of harm to the fetus due to amphotericin B for injection. Systemic fungal infections have been successfully treated in pregnant women with amphotericin B for injection without obvious effects to the fetus, but the number of cases reported has been small. Because animal reproduction studies are not always predictive of human response, and adequate and well-controlled studies have not been conducted in pregnant women, this drug should be used during pregnancy only if clearly indicated.

**Nursing Mothers**

It is not known whether amphotericin B is excreted in human milk. Because many drugs are excreted in human milk and considering the potential toxicity of amphotericin B, it is prudent to advise a nursing mother to discontinue nursing.

**Pediatric Use**

Safety and effectiveness in pediatric patients have not been established through adequate and well-controlled studies. Systemic fungal infections have been successfully treated in pediatric patients without reports of unusual side effects. Amphotericin B for injection when administered to pediatric patients should be limited to the smallest dose compatible with an effective therapeutic regimen.

**ADVERSE REACTIONS**

Although some patients may tolerate full intravenous doses of amphotericin B without difficulty, most will exhibit some intolerance, often at less than the full therapeutic dose.

Tolerance may be improved by treatment with aspirin, antipyretics (e.g., acetaminophen), antihistamines, or antiemetics. Meperidine (25 to 50 mg IV) has been shown in some patients to decrease the duration of shaking chills and fever that may accompany the infusion of amphotericin B.

Administration of amphotericin B on alternate days may decrease anorexia and phlebitis.

Intravenous administration of small doses of adrenal corticosteroids just prior to or during the amphotericin B infusion may help decrease febrile reactions. Dosage and duration of such corticosteroid therapy should be kept to a minimum (see PRECAUTIONS, Drug Interactions).

Addition of heparin (1000 units per infusion), and the use of a pediatric scalp-vein needle may lessen the incidence of thrombophlebitis. Extravasation may cause chemical irritation.

The adverse reactions most commonly observed are:

*General (body as a whole):* Fever (sometimes accompanied by shaking chills usually occurring within 15 to 20 minutes after initiation of treatment); malaise; weight loss.
*Gastrointestinal:* hypotension; tachypnea.
*Gastrointestinal:* anorexia; nausea; vomiting; diarrhea; dyspepsia; cramping epigastric pain.
*Hematologic:* normochromic, normocytic anemia.
*Local:* pain at the injection site with or without phlebitis or thrombophlebitis.
*Musculoskeletal:* generalized pain, including muscle and joint pains.
*Neurologic:* headache.
*Renal:* **decreased** renal function and renal function abnormalities including: azotemia, hypokalemia, hyposthenuria, renal tubular acidosis; and nephrocalcinosis. These usually improve with interruption of therapy. However, some permanent impairment often occurs, especially in those patients receiving large amounts (over 5 g) of amphotericin B or receiving other nephrotoxic agents. In some patients hydration and sodium repletion prior to amphotericin B administration may reduce the risk of developing nephrotoxicity. Supplemental alkali medication may decrease renal tubular acidosis.

The following adverse reactions have also been reported:

*General (body as a whole):* flushing.
*Allergic:* anaphylactoid and other allergic reactions; bronchospasm, wheezing.
*Cardiopulmonary:* cardiac arrest; shock; cardiac failure; pulmonary edema; hypersensitivity pneumonitis; arrhythmias, including ventricular fibrillation; dyspnea; hypertension.
*Dermatologic:* rash, in particular maculopapular; pruritus.
*Gastrointestinal:* acute liver failure; hepatitis; jaundice; hemorrhagic gastroenteritis; melena.
*Hematologic:* agranulocytosis; coagulation defects, thrombocytopenia; leukopenia; eosinophilia; leukocytosis.
*Neurologic:* convulsions; hearing loss; tinnitus; transient vertigo; visual impairment; diplopia; peripheral neuropathy; encephalopathy (see PRECAUTIONS); other neurologic symptoms.
*Renal:* acute renal failure; anuria; oliguria.

**Altered Laboratory Findings**

*Serum Electrolytes:* Hypomagnesemia; hypo- and hyperkalemia; hypocalcemia.
*Liver Function Tests:* Elevations of AST, ALT, GGT, bilirubin, and alkaline phosphatase.
*Renal Function Tests:* Elevations of BUN and serum creatinine.

**OVERDOSAGE**

Amphotericin B overdoses can result in cardio-respiratory arrest. If an overdose is suspected, discontinue therapy and monitor the patient's clinical status (e.g., cardio-respiratory, renal, and liver function, hematologic status, serum electrolytes) and administer supportive therapy, as required. Amphotericin B is not hemodialyzable.

Prior to reinstituting therapy, the patient's condition should be stabilized (including correction of electrolyte deficiencies, etc.).

**DOSAGE AND ADMINISTRATION**

**\* \* VERIFY PRODUCT NAME AND DOSAGE. \* \***
**CAUTION: Under no circumstances should a total daily dose of 1.5 mg/kg be exceeded. Amphotericin B overdoses can result in cardio-respiratory arrest (see OVERDOSAGE).**

AMPHOCIN should be administered by slow intravenous infusion. Intravenous infusion should be given over a period of approximately 2 to 6 hours (depending on the dose) observing the usual precautions for intravenous therapy (see PRECAUTIONS, General. The recommended concentration for intravenous infusion is 0.1 mg/mL (1 mg/10 mL).

Since patient tolerance varies greatly, the dosage of amphotericin B must be individualized and adjusted according to the patient's clinical status (e.g., site and severity of infection, etiologic agent, cardiorenal function, etc.).

A single intravenous **test dose** (1 mg in 20 mL of 5% dextrose solution) administered over 20 to 30 minutes may be preferred. The patient's temperature, pulse, respiration, and blood pressure should be recorded every 30 minutes for 2 to 4 hours.

In patients with **good cardio-renal function** and a **well tolerated test dose**, therapy is usually initiated with a daily dose of 0.25 mg/kg of body weight. he inowever, in those patients having **severe and rapidly progressive fungal infection**, therapy may be initiated with a daily dose of 0.3 mg/kg of body weight. In patients with **impaired cardio-renal function** or a **severe reaction to the test dose**, therapy should be initiated with smaller daily doses (i.e., 5 to 10 mg).

Depending on the patient's cardio-renal status (see PRECAUTIONS, Laboratory Tests), doses may gradually be increased by 5 to 10 mg per day to final daily dosage of 0.5 to 0.7 mg/kg.

There are insufficient data presently available to define total dosage requirements and duration of treatment necessary for eradication of specific mycoses. The optimal dose is unknown. Total daily dosage may range up to 1.0 mg/kg per day or up to 1.5 mg/kg when given on alternate days.

*Sporotrichosis:* Therapy with intravenous amphotericin B for sporotrichosis has ranged up to nine months with a total dose up to 2.5 g.

*Aspergillosis:* Aspergillosis has been treated with amphotericin B intravenously for a period up to 11 months with a total dose up to 3.6 g.

*Rhinocerebral phycomycosis:* This fulminating disease, generally occurs in association with diabetic ketoacidosis. It is, therefore, imperative that diabetic control be restored in order for treatment with AMPHOCIN to be successful. In contradistinction, pulmonary phycomycosis, which is more common in association with hematologic malignancies, is often an incidental finding at autopsy. A cumulative dose of at least 3 g of amphotericin B is recommended to treat rhinocerebral phycomycosis. Although a total dose of 3 to 4 g will infrequently cause lasting renal impairment, this would seem a reasonable minimum where there is clinical evidence of invasion of deep tissue. Since rhinocerebral phycomycosis usually follows a rapidly fatal course, the therapeutic approach must necessarily be more aggressive than that used in more indolent mycoses.

**PREPARATION OF SOLUTIONS**

Reconstitute as follows: An initial concentrate of 5 mg amphotericin B per mL is first prepared by rapidly expressing 10 mL Sterile Water for Injection, USP *without a bacteriostatic agent* directly into the lyophilized cake, using a sterile needle (minimum diameter: 20 gauge) and syringe. Shake the vial immediately until the colloidal solution is clear. The infusion solution, providing 0.1 mg amphotericin B per mL, is then obtained by further dilution (1:50) with 5% Dextrose Injection, USP *of pH above 4.2.* The pH of each container of Dextrose Injection should be ascertained before use. Commercial Dextrose Injection usually has a pH above 4.2; however, if it is below 4.2, then 1 or 2 mL of buffer should be added to the Dextrose Injection before it is used to dilute the concentrated solution of amphotericin B. The recommended buffer has the following composition:

| | |
|---|---|
| Dibasic sodium phosphate (anhydrous) | 1.59 g |
| Monobasic sodium phosphate (anhydrous) | 0.96 g |
| Water for Injection, USP | qs 100.0 mL |

The buffer should be sterilized before it is added to the Dextrose Injection, either by filtration through a bacterial retentive stone, mat, or membrane, or by autoclaving for 30 minutes at 15 lb pressure (121°C).

**CAUTION: Aseptic technique must be strictly observed in all handling**, since no preservative or bacteriostatic agent is present in the antibiotic or in the materials used to prepare it for administration. **All entries into the vial or into the diluents must be made with a sterile needle. Do not reconstitute with saline solutions. The use of any diluent other than the ones recommended or the presence of a bacteriostatic agent** (e.g., benzyl alcohol) **in the diluent may cause precipitation of the antibiotic. Do not use the initial concentrate or the infusion solution if there is any evidence of precipitation or foreign matter in either one.**

An in-line membrane filter may be used for intravenous infusion of amphotericin B; **however, the mean pore diameter of the filter should not be less than 1.0 micron in order to assure passage of the antibiotic dispersion.**

**HOW SUPPLIED**

**AMPHOCIN**
**(amphotericin B for injection, USP)**
NDC 0013-1405-44, 50 mg vial, 5 packs.
Available as single vials providing 50 mg of amphotericin B as a yellow to orange lyophilized cake (which may partially reduce to powder following manufacture).

**Storage**

Prior to reconstitution, AMPHOCIN should be stored under refrigeration 2° to 8°C (36° to 46°F), protected against exposure to light. Retain in carton until time of use. The concentrate (5 mg amphotericin B per mL after reconstitution with 10 mL Sterile Water For Injection, USP) may be stored in the dark, at room temperature for 24 hours, or at refrigerator temperatures for one week with minimal loss of potency and clarity. Any unused material should then be discarded. Solutions prepared for intravenous infusion (0.1 mg or less amphotericin B per mL) should be used promptly after preparation and should be protected from light during administration.

℞ only

Manufactured for:     Pharmacia & Upjohn Company, a subsidiary of
                      Pharmacia Corporation, Kalamazoo, MI 49001, USA
           By:        Cardinal Health, Albuquerque, NM 87109, USA
Revised September 2003                                    817 168 003







Black

Composition Unit 2566





| COMPOSITION ORDER # | PRODUCT | COPY CODE # |
|---|---|---|
| 21725 | AMPHOCIN | 817 168 003 |

| DCS # | | NDC # | | |
|---|---|---|---|---|
| 7525-39 | | 0013-1405-44 | | |

| ITEM | SIZE | FOLDED SIZE | | DRAWING # |
|---|---|---|---|---|
| Insert | 4.5 x 16" | 4.5 x 1" | | |

| ADDITIONAL INFORMATION | | DATE | TYPESET BY |
|---|---|---|---|
| | | 10/03/06 | DHUFF |



Contact Us

# BEBULIN (Factor IX Complex), Nanofiltered and Vapor Heated
### 1503346

Home > BioScience > BioPharmaceuticals > BEBULIN (Factor IX Complex), Nanofiltered and Vapor Heated

20 mL 500-700 Activity Units; Including One vial dried Factor IX Complex, 20 mL Sterile Water for Injection, USP; one double-ended needle; one filter needle; one package insert.

## Product Characteristics

Trademark: **Bebulin is a registered trademark of Baxter International Inc.**

## Ordering information

| | |
|---|---|
| Baxter Product Code: | **1503346** |
| UPN/GTIN CS Unit: | **50364193445020** |
| UPN/GTIN EA Unit: | **00364193445025** |
| National Drug Code: | **6419344502** |
| List price: | **$1.10/FIX IU** |
| Unit of Measure: | **Each** |

## Reimbursement Information

| HCPCS Code | HCPCS Descriptor |
|---|---|
| **J7194** | **Factor IX Complex** |
| BioScience Reimbursement Hotline | **888-229-8379** |

**Information Source: CMS**

**Disclaimer:** The coverage, coding, and payment information included has been compiled from various resources for informational use as a tool to assist providers with reimbursement issues. This information is current as of March 2011; however this information is subject to change and should not be construed as billing advice. Providers should exercise independent clinical judgment when selecting codes and submitting claims to accurately reflect services rendered to individual patients. Baxter Healthcare Corporation does not guarantee success in obtaining insurance payments. Providers are encouraged to contact third-party payor for specific information on their coverage, coding, and payment policies.

## Carton

| | |
|---|---|
| Length: | **2.00 IN** |
| Width: | **3.25 IN** |
| Height: | **3.25 IN** |
| Volume: | **0.01 CF** |
| Weight: | **0.3300 LB** |
| Pack Factor: | **1** |

**This page is for informational purposes only**

## What is Bioclate ?

ALIASES FOR BIOCLATE: Recombinate

MANUFACTURER OF BIOCLATE: Aventis Behring

USES: Antihemophilic factor is a protein in the blood necessary in forming clots to stop bleeding. Persons with hemophilia A have low levels of this protein leaving them susceptible to bleeding episodes. This medication is used to temporarily prevent or control bleeding episodes in patients with hemophilia A.

HOW TO USE: This medication is given by injection into a vein. The rate of injection depends upon patient response but is generally injected over 5 to 10 minutes. The powder and dissolving fluid should be warmed to room temperature before combining if they were refrigerated. After adding the dissolving fluid, swirl the vial gently to completely dissolve the powder. Do not use the mixed solution if you find any floating particles in it or it discolors. The drug should then be started within 1 to 3 hours depending on the product. It may vary from manufacturer to manufacturer. The dose and frequency of use of this medication will be determined by your condition, weight and situation. Follow your doctor s instructions closely and be sure to ask any questions you may have about this therapy.

SIDE EFFECTS: This medication is generally well tolerated. Mild chills, nausea and irritation at the injection site may occur. In the unlikely event you have an allergic reaction to this drug, seek immediate medical attention. Symptoms of an allergic reaction include: rash, itching, swelling, dizziness, trouble breathing. If you notice other effects not listed above, contact your doctor or pharmacist.

PRECAUTIONS: Tell your doctor your medical history, especially of: other illnesses, allergies (especially to animal proteins). You should check your heart rate before and during injection. The dose or rate of infusion may need to be changed if your heart rate is too fast. This drug should be used only when clearly needed during pregnancy. Discuss the risks and benefits with your doctor. It is not known if this drug is excreted into breast milk. Consult your doctor before breast-feeding.

DRUG INTERACTIONS: Tell your doctor of all over-the-counter and prescription medications you may use. Do not start or stop any medicine without doctor or pharmacist approval.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately.

MISSED DOSE: It is important that each dose be used as directed. If you miss a dose, contact your doctor to establish a new dosing schedule. Do not double-up the dose to catch up.

STORAGE: Store the medication according to manufacturer s instructions. Check the expiration date on the label and properly discard any unused medication after that time.

NOTES: Blood tests will be done frequently to determine dosing and evaluate the effectiveness of this medication.

IMPORTANT NOTE: The following information is intended to supplement, not substitute for, the expertise and judgment of your physician, pharmacist or other healthcare professional. It should not be construed to indicate that use of the drug is safe, appropriate, or effective for you. Consult your healthcare professional before using this drug.

<< Back to Drug Index  |  Return to RX Processing Systems Home >>



Contact Us

## BUMINATE Albumin, 25% 20mL
### 060010

Home > BioScience > BioPharmaceuticals > BUMINATE Albumin, 25%



BUMINATE Albumin (Human), USP, 25% Solution, 20 mL and product insert.

**Product Characteristics**

Trademark: **BUMINATE and FLEXBUMIN are registered trademarks of Baxter International Inc.**

**Ordering information**

| | |
|---|---|
| Baxter Product Code: | **060010** |
| UPN/GTIN CS Unit: | **50309440490019** |
| UPN/GTIN EA Unit: | **00309440490014** |
| National Drug Code: | **0944049001** |
| List price: | **$111.10/Vial** |
| Unit of Measure: | **Each** |

**Website Links**

**www.albumintherapy.com**

**Disclaimer:** Baxter Healthcare Corporation does not review or control the content of any non-Baxter site. Baxter Healthcare Corporation does not endorse and is not responsible for the accuracy, content, practices or standards of any non-Baxter sources.

**Carton**

| | |
|---|---|
| Length: | **1.00 IN** |
| Width: | **1.00 IN** |
| Height: | **3.00 IN** |
| Weight: | **0.1500 LB** |
| Pack Factor: | **1** |

**Reimbursement Information**

| HCPCS Code | HCPCS Descriptor |
|---|---|
| **P9046** | **Human Serum Albumin (Lyophylized)** |
| Healthcare Economics Support | **800-968-9937** |

Information Source: **CMS**

**Disclaimer:** The coverage, coding, and payment information included has been compiled from various resources for informational use as a tool to assist providers with reimbursement issues. This information is current as of March 2011; however this information is subject to change and should not be construed as billing advice. Providers should exercise independent clinical judgment when selecting codes and submitting claims to accurately reflect services rendered to individual patients. Baxter Healthcare Corporation does not guarantee success in obtaining insurance payments. Providers are encouraged to contact third-party payor for specific information on their coverage, coding, and payment policies.

Case 1:01-cv-12257-PBS   Document 7729-5   Filed 08/05/11   Page 6 of 98



  

Change Text Size | Sign In | About | Documentation | Contact Us | All Services▾

**Lookups**   **Web Services**   **Products**   **Crosswalks**   **1500 Form**   **Buy Data**   **Coding Library**

Medical Data Services ▶ Healthcare Lookup Services ▶ NDC Numbers Lookup ▶ **0009-0373-01**

## 0009-0373-01 : CYTOSAR U INJECTION





### Structural information

| | |
|---|---|
| NDC Code | 0009-0373-01 |
| Trade Name | CYTOSAR U INJECTION |
| NDC Code Variations | • 0009-0373-01<br>• 0009-0373-01 |
| Manufacturer | PHARMACIA AND UPJOHN CO |
| Package Type | VIAL |
| Package Size | 100 MG |
| Strength | 100 MG/VIL |
| Rx/OTC | Rx: Prescription only |
| Dosage Forms | INJECTION, POWDER, LYOPHILIZED, FOR SOLUTION |
| Routes | INTRATHECAL; INTRAVENOUS; SUBCUTANEOUS |
| Applications | Number of New Drug Application    : 016793<br>Number Used to Identify the Product : 001 |
| Ingredients | **Name      Strength    Unit**<br>CYTARABINE    100    MILLIGRAM |

### Manufacturer

| | |
|---|---|
| FDA Firm Code | 0009 |
| Firm Name | PHARMACIA AND UPJOHN CO |
| Street | 700 CHESTERFIELD PARKWAY WEST |
| City | CHESTERFIELD |
| State | MO |
| ZIP | 63017 |
| Country | UNITED STATES 0009-0380-39 |

### Detail Information

| | | |
|---|---|---|
| NDC Code | 0009-0373-01 | Each listed drug product listed is assigned a unique 10-digit, 3-segment number. This number, known as the NDC, identifies the labeler, product, and trade package size. The NDC will be in one of the following configurations: 4-4-2, 5-3-2, or 5-4-1 |
| NDC Code With Asterisks | 0009-0373-01 | NDC code with asterisks. An asterisk may appear in either a product code or a package code. It simply acts as a place holder and indicates the configuration of the NDC. |
| NDC Code With Leading Zeros | 0009-0373-01 | NDC code with leading zeros. This code is added to list, because many programs pad the product code or package code segments of the NDC with a leading zero instead of the asterisk |
| FDA Firm Code | 0009 | The first segment of the NDC, the labeler code, is assigned by the FDA. A labeler is any firm that manufactures (including re-packers or re-labelers), or distributes (under its own name) the drug. |
| Product Code | 0373 | The second segment of the NDC, the product code, identifies a specific strength, dosage |

| | | form, and formulation for a particular firm. |
|---|---|---|
| Package Code | 01 | The third segment, the package code, identifies package sizes and types. Both the product and package codes are assigned by the firm. |
| Trade Name | CYTOSAR U INJECTION | Product's name as it appears on the labeling. |
| Package Size | 100 MG | The unit or number of units which make up a package. |
| Package Type | VIAL | Package type, i.e., box, bottle, vial, plastic, or glass. |
| Strength | 100 MG/VIL | For single entity products, this is the potency of the active ingredient. For combination products, it may be null or a number or combination of numbers. |
| Rx/OTC | Rx: Prescription only | Indicates whether product is labeled for Rx or OTC use. |
| Ingredients | | Lists active ingredients contained in product's formulation. |
| Dosage Forms | INJECTION, POWDER, LYOPHILIZED, FOR SOLUTION | List of dosage forms. Dosage form may be simple and complex. Various dosage forms may exist for a single particular drug. Example below shows three types of dosages separated by semicolon. |
| Routes | INTRATHECAL;INTRAVENOUS;SUBCUTANEOUS | The code/name for the route of administration |
| Applications | | Number of New Drug Application if applicable. If none has been provided by the firm then the value 'Other' is used. |
| Schedule | | The abuse potential category to which an active ingredient, or combination of active ingredients, is assigned, as regulated by both the United States Drug Enforcement Administration (DEA) and the United States Food and Drug Administration. |
| Schedule Details | | |
| Firm Name | PHARMACIA AND UPJOHN CO | Firm name as reported by the firm. |
| Address Heading | | Address Heading as reported by the firm. |
| Street | 700 CHESTERFIELD PARKWAY WEST | Street Address as reported by firm. |
| PO Box | | Post office box number as reported by firm. |
| Foreign Address | | Address information report by firm for foreign countries that does not fit the U.S. Postal service configuration. |
| City | CHESTERFIELD | City as reported by the firm. |
| State | MO | State as reported by the firm. |
| ZIP | 63017 | USPS Zip code as reported by the firm. |
| Province | | Province of Foreign country if appropriate. |
| Country | UNITED STATES 0009-0380-39 | |

**Learn more:**    **Lookup Services:**    **Join:**    **Products, Services, Apps:**    **Medical Coding Library:**

| Learn more: | Lookup Services: | Join: | Products, Services, Apps: | Medical Coding Library: |
|---|---|---|---|---|
| About Us | NPI Number Lookup | Sign Up | Buy Medical Data | Medical Coding Library |
| Our Customers | NDC Number Lookup | Documentation | HIPAASpace Web Services | NPI Registry |
| FAQ | HCPCS Codes Lookup | API Information | Online 1500 Claim Form to EDI | ICD-9-CM Codes |
| Terms of Use | ICD10 Codes Lookup | NPI Service FAQ | Crosswalk Services | ICD-10-CM Codes |
| Privacy Policy | NAICS Codes Lookup | | Desktop NPI Lookup Application v1.2 | NPI Registry Trends |
| Site Map | CLIA Codes Lookup | | Validation Services | HCPCS Directory |
| | Taxonomy Codes Lookup | | CMS Forms | National Drug Code Directory |
| | | | REST API Test Drive | |

Copyright © 2004-2010 (Powered by Boost Cluster Engine), all rights reserved. HIPAA liability, trademark, document use and software licensing rules apply. All registered trademarks, used in the content, are the property of their owners. Your interactions with this site are in accordance with our Terms of Use and Privacy Policy.

**Depo®-Testosterone**
**testosterone cypionate injection, USP   CIII**

## DESCRIPTION

DEPO-Testosterone Injection, for intramuscular injection, contains testosterone cypionate which is the oil-soluble 17 (beta)- cyclopentylpropionate ester of the androgenic hormone testosterone.

Testosterone cypionate is a white or creamy white crystalline powder, odorless or nearly so and stable in air. It is insoluble in water, freely soluble in alcohol, chloroform, dioxane, ether, and soluble in vegetable oils.

The chemical name for testosterone cypionate is androst-4-en-3-one,17-(3-cyclopentyl-1-oxopropoxy)-, (17ß)-. Its molecular formula is $C_{27}H_{40}O_3$, and the molecular weight 412.61.

The structural formula is represented below:



DEPO-Testosterone Injection is available in two strengths, 100 mg/mL and 200 mg/mL testosterone cypionate.

Each mL of the **100 mg/mL** solution contains:
    Testosterone cypionate....................................................................................... 100 mg
    Benzyl benzoate ............................................................................................... 0.1 mL
    Cottonseed oil ................................................................................................... 736 mg
    Benzyl alcohol (as preservative) ..................................................................... 9.45 mg
Each mL of the **200 mg/mL** solution contains:
    Testosterone cypionate ...................................................................................... 200 mg
    Benzyl benzoate ............................................................................................... 0.2 mL
    Cottonseed oil ................................................................................................... 560 mg
    Benzyl alcohol (as preservative) ..................................................................... 9.45 mg

## CLINICAL PHARMACOLOGY

Endogenous androgens are responsible for normal growth and development of the male sex organs and for maintenance of secondary sex characteristics. These effects include

growth and maturation of the prostate, seminal vesicles, penis, and scrotum; development of male hair distribution, such as beard, pubic, chest, and axillary hair; laryngeal enlargement, vocal cord thickening, and alterations in body musculature and fat distribution. Drugs in this class also cause retention of nitrogen, sodium, potassium, and phosphorous, and decreased urinary excretion of calcium. Androgens have been reported to increase protein anabolism and decrease protein catabolism. Nitrogen balance is improved only when there is sufficient intake of calories and protein.

Androgens are responsible for the growth spurt of adolescence and for eventual termination of linear growth, brought about by fusion of the epiphyseal growth centers. In children, exogenous androgens accelerate linear growth rates, but may cause disproportionate advancement in bone maturation. Use over long periods may result in fusion of the epiphyseal growth centers and termination of the growth process. Androgens have been reported to stimulate production of red blood cells by enhancing production of erythropoietic stimulation factor.

During exogenous administration of androgens, endogenous testosterone release is inhibited through feedback inhibition of pituitary luteinizing hormone (LH). At large doses of exogenous androgens, spermatogenesis may also be suppressed through feedback inhibition of pituitary follicle stimulating hormone (FSH).

There is a lack of substantial evidence that androgens are effective in fractures, surgery, convalescence, and functional uterine bleeding.

## Pharmacokinetics

Testosterone esters are less polar than free testosterone. Testosterone esters in oil injected intramuscularly are absorbed slowly from the lipid phase; thus, testosterone cypionate can be given at intervals of two to four weeks.

Testosterone in plasma is 98 percent bound to a specific testosterone-estradiol binding globulin, and about 2 percent is free. Generally, the amount of this sex-hormone binding globulin in the plasma will determine the distribution of testosterone between free and bound forms, and the free testosterone concentration will determine its half-life.

About 90 percent of a dose of testosterone is excreted in the urine as glucuronic and sulfuric acid conjugates of testosterone and its metabolites; about 6 percent of a dose is excreted in the feces, mostly in the unconjugated form. Inactivation of testosterone occurs primarily in the liver. Testosterone is metabolized to various 17-keto steroids through two different pathways.

The half-life of testosterone cypionate when injected intramuscularly is approximately eight days.

In many tissues the activity of testosterone appears to depend on reduction to dihydrotestosterone, which binds to cytosol receptor proteins. The steroid-receptor

2

complex is transported to the nucleus where it initiates transcription events and cellular changes related to androgen action.

## INDICATIONS AND USAGE
DEPO-Testosterone Injection is indicated for replacement therapy in the male in conditions associated with symptoms of deficiency or absence of endogenous testosterone.

1. Primary hypogonadism (congenital or acquired)-testicular failure due to cryptorchidism, bilateral torsion, orchitis, vanishing testis syndrome; or orchidectomy.
2. Hypogonadotropic hypogonadism (congenital or acquired)-idiopathic gonadotropin or LHRH deficiency, or pituitary-hypothalamic injury from tumors, trauma, or radiation.

## CONTRAINDICATIONS
1.  Known hypersensitivity to the drug
2.  Males with carcinoma of the breast
3.  Males with known or suspected carcinoma of the prostate gland
4.  Women who are or who may become pregnant
5.  Patients with serious cardiac, hepatic or renal disease

## WARNINGS
Hypercalcemia may occur in immobilized patients. If this occurs, the drug should be discontinued.

Prolonged use of high doses of androgens (principally the 17-$\alpha$ alkyl-androgens) has been associated with development of hepatic adenomas, hepatocellular carcinoma, and peliosis hepatis —all potentially life-threatening complications.

Geriatric patients treated with androgens may be at an increased risk of developing prostatic hypertrophy and prostatic carcinoma although conclusive evidence to support this concept is lacking.

Edema, with or without congestive heart failure, may be a serious complication in patients with pre-existing cardiac, renal or hepatic disease.

Gynecomastia may develop and occasionally persists in patients being treated for hypogonadism.

This product contains benzyl alcohol. Benzyl alcohol has been reported to be associated with a fatal "Gasping Syndrome" in premature infants.

Androgen therapy should be used cautiously in healthy males with delayed puberty. The effect on bone maturation should be monitored by assessing bone age of the wrist and hand every 6 months. In children, androgen treatment may accelerate bone maturation without producing compensatory gain in linear growth. This adverse effect may result in

3

compromised adult stature. The younger the child the greater the risk of compromising final mature height.

This drug has not been shown to be safe and effective for the enhancement of athletic performance. Because of the potential risk of serious adverse health effects, this drug should not be used for such purpose.

## PRECAUTIONS
### General
Patients with benign prostatic hypertrophy may develop acute urethral obstruction. Priapism or excessive sexual stimulation may develop. Oligospermia may occur after prolonged administration or excessive dosage. If any of these effects appear, the androgen should be stopped and if restarted, a lower dosage should be utilized.

Testosterone cypionate should not be used interchangeably with testosterone propionate because of differences in duration of action.

Testosterone cypionate *is not* for intravenous use.

### Information for patients
Patients should be instructed to report any of the following: nausea, vomiting, changes in skin color, ankle swelling, too frequent or persistent erections of the penis.

### Laboratory tests
Hemoglobin and hematocrit levels (to detect polycythemia) should be checked periodically in patients receiving long-term androgen administration.

Serum cholesterol may increase during androgen therapy.

### Drug interactions
Androgens may increase sensitivity to oral anticoagulants. Dosage of the anticoagulant may require reduction in order to maintain satisfactory therapeutic hypoprothrombinemia.

Concurrent administration of oxyphenbutazone and androgens may result in elevated serum levels of oxyphenbutazone.

In diabetic patients, the metabolic effects of androgens may decrease blood glucose and, therefore, insulin requirements.

### Drug/Laboratory test Interferences
Androgens may decrease levels of thyroxine-binding globulin, resulting in decreased total $T_4$ serum levels and increased resin uptake of $T_3$ and $T_4$. Free thyroid hormone levels remain unchanged, however, and there is no clinical evidence of thyroid dysfunction.

### Carcinogenesis

4

Animal data

Testosterone has been tested by subcutaneous injection and implantation in mice and rats. The implant induced cervical-uterine tumors in mice, which metastasized in some cases. There is suggestive evidence that injection of testosterone into some strains of female mice increases their susceptibility to hepatoma. Testosterone is also known to increase the number of tumors and decrease the degree of differentiation of chemically induced carcinomas of the liver in rats.

Human data

There are rare reports of hepatocellular carcinoma in patients receiving long-term therapy with androgens in high doses. Withdrawal of the drugs did not lead to regression of the tumors in all cases.

Geriatric patients treated with androgens may be at an increased risk of developing prostatic hypertrophy and prostatic carcinoma although conclusive evidence to support this concept is lacking.

**Pregnancy**

Teratogenic Effects

Pregnancy Category X. (See CONTRAINDICATIONS.)

**Nursing mothers**

DEPO-Testosterone is not recommended for use in nursing mothers.

**Pediatric use**

Safety and effectiveness in pediatric patients below the age of 12 years have not been established.

**ADVERSE REACTIONS**

The following adverse reactions in the male have occurred with some androgens:

Endocrine and urogenital: Gynecomastia and excessive frequency and duration of penile erections. Oligospermia may occur at high dosages.

Skin and appendages: Hirsutism, male pattern of baldness, seborrhea, and acne.

Fluid and electrolyte disturbances: Retention of sodium, chloride, water, potassium, calcium, and inorganic phosphates.

Gastrointestinal: Nausea, cholestatic jaundice, alterations in liver function tests, rarely hepatocellular neoplasms and peliosis hepatis (see WARNINGS).

Hematologic: Suppression of clotting factors II, V, VII, and X, bleeding in patients on concomitant anticoagulant therapy, and polycythemia.

Nervous system: Increased or decreased libido, headache, anxiety, depression, and generalized paresthesia.

Allergic: Hypersensitivity, including skin manifestations and anaphylactoid reactions.

Miscellaneous: Inflammation and pain at the site of intramuscular injection.

**DRUG ABUSE AND DEPENDENCE**
**Controlled Substance Class**
Testosterone is a controlled substance under the Anabolic Steroids Control Act, and DEPO-Testosterone Injection has been assigned to Schedule III.

**OVERDOSAGE**
There have been no reports of acute overdosage with the androgens.

**DOSAGE AND ADMINISTRATION**
DEPO-Testosterone Injection is for intramuscular use only.

It should not be given intravenously. Intramuscular injections should be given deep in the gluteal muscle.

The suggested dosage for DEPO-Testosterone Injection varies depending on the age, sex, and diagnosis of the individual patient. Dosage is adjusted according to the patient's response and the appearance of adverse reactions.

Various dosage regimens have been used to induce pubertal changes in hypogonadal males; some experts have advocated lower dosages initially, gradually increasing the dose as puberty progresses, with or without a decrease to maintenance levels. Other experts emphasize that higher dosages are needed to induce pubertal changes and lower dosages can be used for maintenance after puberty. The chronological and skeletal ages must be taken into consideration, both in determining the initial dose and in adjusting the dose.

For replacement in the hypogonadal male, 50–400 mg should be administered every two to four weeks.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit. Warming and shaking the vial should redissolve any crystals that may have formed during storage at temperatures lower than recommended.

**HOW SUPPLIED**
DEPO-Testosterone Injection is available as follows:

100 mg/mL
      10 mL vials          NDC 0009-0347-02

200 mg/mL
     1 mL vials          NDC 0009-0417-01
     10 mL vials        NDC 0009-0417-02

Vials should be stored at controlled room temperature 20° to 25°C (68° to 77°F) [see USP]. Protect from light.

**Rx only**



Distributed by
**Pharmacia & Upjohn Company**
Division of Pfizer Inc, NY, NY 10017

LAB-0245-2.0
Revised September 2006

# GAMIMUNE-N  Bayer  Biological  Prod-ucts/Popular International

 Drug Category: IV immunoglobulin.  Generic Name: Immune globulin IV (human).  Contents: Inj: Immune globulin 5% in 10% mal-tose; 10ml (0.5gm), 50ml (2.5gm) & 100ml (5gm) vial. Indications: Maintenance treatment of patients who are unable to produce sufficient amounts of IgG antibodies especially in patients who require an immediate increase in intravascular immuno-globulin levels, in patients with small muscle mass and in patients with bleeding tendencies in whom IM Inj. are contra- indicated. It may be used in disease states such as congenital agammaglobulinaemia (e.g. x-linked agammaglobulinaemia). common variable hypogammaglobulinaemia, x-linked immunodeficiency with hyper 1gM and combined immunodeficiency. Dosage: Usually for prophylaxis in immunimerosal. Individuals with isolatedimmunoglobulin A(IgA) deficiency. Regn.No:Pack:Trade Prices:Retail Prices: Inj(007973):10ml (0.5gm) vial: 1878.00:2087.00Inj(007973):50ml (2.5gm) vial: 7000.00:7778.00.Inj(007973): 100ml(5gm)vial: 13747.00:15274.00

Intended for US Audience Only.

IMMUNE DISEASE     GAMMAGARD LIQUID     GARDian     BioTherapeutics     **Baxter**



search

**Important Risk Information | Prescribing Information**

HOME          ABOUT GAMMAGARD          HELP FOR PATIENTS          PROFESSIONAL RESOURCES          ORDERING & REIMBURSEMENT





**Drew • 8 years old**
**Primary Immunodeficiency**
**GAMMAGARD LIQUID therapy patient**



GAMMAGARD      LIQUID
Specially formulated 10% IVIG therapy with demonstrated efficacy, viral safety, and tolerability for patients – children to adults – with primary immunodeficiency.[1,2]

Call 1-800-423-2090 to order.

Helpful     Tools     and     Resources
Order educational materials from magazines to training kits to share with your patients.

**Stay Up-To-Date**
Sign up for our eNewsletter

**Training for Healthcare Professionals**
Request on-site training on intravenous administration of GAMMAGARD LIQUID from the IgG Educator Network. For healthcare professionals only.

### GAMMAGARD LIQUID [Immune Globulin Intravenous (Human)] 10%

GAMMAGARD LIQUID is indicated for the treatment of primary immunodeficiency disorders associated with defects in humoral immunity. These include but are not limited to congenital X-linked agammaglobulinemia, common variable immunodeficiency, Wiskott-Aldrich syndrome, and severe combined immunodeficiencies.

#### Detailed Important Risk Information for GAMMAGARD LIQUID

> **Use of Immune Globulin Intravenous (Human) (IGIV) products, particularly those containing sucrose, has been reported to be associated with renal dysfunction, acute renal failure, osmotic nephropathy, and death. Patients at risk of acute renal failure include those with any degree of pre-existing renal insufficiency, diabetes mellitus, advanced age (above 65 years of age), volume depletion, sepsis, paraproteinemia, or those receiving known nephrotoxic drugs. GAMMAGARD LIQUID does not contain sucrose.**
>
> **For patients at risk of renal dysfunction or failure, administer GAMMAGARD LIQUID at the minimum infusion rate practicable.**

GAMMAGARD LIQUID is contraindicated in patients who have had a history of anaphylactic or severe systemic reactions to the administration of human immunoglobulin.

GAMMAGARD LIQUID is contraindicated in IgA deficient patients with antibodies to IgA and a history of hypersensitivity.

Severe hypersensitivity reactions may occur, even in patients who had tolerated previous treatment with human normal immunoglobulin.

Assure that patients are not volume depleted prior to the initiation of infusion of GAMMAGARD LIQUID. In patients who are at risk of developing renal dysfunction, because of pre-existing renal insufficiency or predisposition to acute renal

failure administer GAMMAGARD LIQUID at the minimum rate of infusion practicable. If renal function deteriorates, consider discontinuation of GAMMAGARD LIQUID.

Hyperproteinemia, increased serum viscosity and hyponatremia may occur in patients receiving GAMMAGARD LIQUID.

Thromboembolic events have been reported in association with IGIV (including GAMMAGARD LIQUID). Patients at risk for thromboembolic events include those with a history of atherosclerosis, multiple cardiovascular risk factors, advanced age, impaired cardiac output, coagulation disorders, prolonged periods of immobilization, obesity, diabetes mellitus, acquired or inherited thrombophilic disorder, a history of vascular disease, or a history of a previous thrombotic or thromboembolic event.

Aseptic Meningitis Syndrome (AMS) has been reported to occur with GAMMAGARD LIQUID administration. Discontinuation of IGIV treatment has resulted in remission of AMS within several days without sequelae.

GAMMAGARD LIQUID contains blood group antibodies which may act as hemolysins and induce *in vivo* coating of red blood cells (RBC) with immunoglobulin, causing a positive direct antiglobulin reaction and, hemolysis. Acute intravascular hemolysis has been reported, and delayed hemolytic anemia can develop due to enhanced RBC sequestration.

Non-cardiogenic pulmonary edema (TRALI) has been reported to occur following GAMMAGARD LIQUID administration.

GAMMAGARD LIQUID is made from human plasma, it may carry a risk of transmitting infectious agents, e.g., viruses and, theoretically, the Creutzfeldt-Jakob disease (CJD) agent.

The most common adverse reactions (reported in > 5% of clinical trial subjects) occurring during or within 72 hours of the end of an infusion were headache, fever, fatigue, vomiting, chills, infusion site events, nausea, dizziness, pain in extremity, diarrhea, cough, pruritus and pharyngeal pain.

1. GAMMAGARD LIQUID [Immune Globulin Intravenous (Human)] 10% package insert. Westlake Village, CA. Baxter International Inc.; December 2010.

2. Church JA, Leibl H, Stein MR, et al, and the US-PID-IGIV 10% Study Group. Efficacy, safety and tolerability of a new 10% liquid intravenous immune globulin [IGIV 10%] in patients with primary immunodeficiency. *Journal of Clinical Immunology*. 2006;26:388-395.

**Baxter**

Terms & Conditions    Privacy Policy    Site Map    Contact Us

Copyright © 2008-2011 Baxter Healthcare Corporation. All rights reserved.



Important Safety Information  |  Prescribing Information  |  Contact Us  |  Site Map
Privacy Statement  |  Terms of Use  |  About CSL Behring

© 2011 CSL Behring. The product information on this site is intended for US residents only

**Important Safety Information**

Helixate® FS, Antihemophilic Factor (Recombinant), is a recombinant factor VIII treatment indicated for the control and prevention of bleeding episodes and peri-operative management in adults and children (0-16 years) with hemophilia A. Helixate® FS is also indicated for routine prophylaxis to reduce the frequency of bleeding episodes and the risk of joint damage in children with hemophilia A with no preexisting joint damage.

The most serious adverse reactions are systemic hypersensitivity reactions and the development of high-titer inhibitors necessitating alternative treatments to antihemophilic factor. The most common adverse reactions observed in clinical trials were inhibitor formation in previously untreated or minimally treated patients, skin-associated hypersensitivity reactions, infusion site reactions, and central venous access device (CVAD) line-associated infections.

Helixate® FS is contraindicated in patients who have manifested life-threatening immediate hypersensitivity reactions, including anaphylaxis, to the product or its components, including mouse or hamster proteins.

**Please see the full _prescribing information_.**

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit _www.fda.gov/medwatch_ or call 1-800-FDA-1088.

 

**In VWF/FVIII replacement therapy…**

# An Evidence-Based Perspective

Humate-P delivers results, patient after patient, treatment after treatment, decade after decade



**Preferred**
Most prescribed
VWF/FVIII concentrate
treatment[1,2]
Learn More

**Proven**
Reliable hemostatic
control for all VWD types
and across a broad range
of clinical applications[3-8]
Learn More

**Purified**
CSL Behring's Integrated
Safety System helps
Humate-P meet high
product quality and
safety standards[1]
Learn More



Prescribing Information   |   Contact Us   |   Site Map   |   Privacy Statement
Terms of Use   |   About CSL Behring   |   AllAboutBleeding-US.com

© CSL Behring 2011. The product information presented on this site is intended for US residents only. 11-HUM-082

Thromboembolic events have been reported in VWD patients receiving coagulation factor replacement. Caution should be exercised and antithrombotic measures considered, particularly in patients with known risk factors for thrombosis.

Humate-P is derived from human plasma. The risk of transmission of infectious agents, including viruses and, theoretically, the Creutzfeldt-Jakob disease (CJD) agent, cannot be completely eliminated.

In patients receiving Humate-P in clinical studies for treatment of VWD, the most commonly reported adverse reactions observed by >5% of subjects are allergic-anaphylactic reactions, including urticaria (hives), chest tightness, rash, pruritus (itching), and edema (swelling). For patients undergoing surgery, the most common adverse reactions are postoperative wound or injection-site bleeding, and epistaxis (nosebleed).

**Please see full prescribing information.**

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch or call 1-800-FDA-1088.

**References**

1. Data on file. CSL Behring LLC.
2. Berntorp E, Archey W, Auerswald G, et al. A systematic overview of the first pasteurised VWF/FVIII medicinal product, Haemate P/Humate-P: history and clinical performance. *Eur J Haematol.* 2008;80(Suppl 70):3-35.
3. Gill JC, Ewenstein BM, Thompson AR, Mueller-Velten G, Schwartz BA, for the Humate-P Study Group. Successful treatment of urgent bleeding in von Willebrand disease with factor VIII/VWF concentrate (Humate-P): use of the ristocetin cofactor assay (VWF:RCo) to measure potency and to guide therapy. *Haemophilia.* 2003;9(6):688-695.
4. Lillicrap D, Poon M-C, Walker I, Xie F, Schwartz BA, and members of the Association of Hemophilia Clinic Directors of Canada. Efficacy and safety of the factor VIII/von Willebrand factor concentrate, Haemate-P/Humate-P: ristocetin cofactor unit dosing in patients with von Willebrand disease. *Thromb Haemost.* 2002;87(2):224-230.
5. Lethagen S, Kyrle PA, Castaman G, Haertel S, Mannucci PM, for the Haemate P Surgical Study Group. von Willebrand factor/factor VIII concentrate (Haemate P) dosing based on pharmacokinetics: a prospective multicenter trial in elective surgery. *J Thromb Haemost.* 2007;5(7):1420-1430.
6. Thompson AR, Gill JC, Ewenstein BM, Mueller-Velten G, Schwartz BA; Humate-P Study Group. Successful treatment for patients with von Willebrand disease undergoing urgent surgery using factor VIII/VWF concentrate (Humate-P). *Haemophilia.* 2004;10(1):42-51.

TALECRIS VISION          CORPORATE SITES          PRODUCT SITES          PROGRAMS & SERVICES          CONTACT TALECRIS



Search

| Home | About Talecris | Therapeutic Areas | Research & Development | Donor to Patient | Business Development | Investor Relations | Media Center |

**About Talecris Biotherapeutics**

**The History of Talecris**

**Talecris Leadership**

**The Talecris Commitment**

**Corporate Governance & Compliance**

**Talecris Locations**



# Koãte®-DVI, Antihemophilic Factor (Human)

Print this Page

E-mail this Page

Antihemophilic factor is a concentrate containing factor VIII — a clotting factor that is used for treatment of persons with hemophilia. Hemophilia is a genetic disorder characterized by the deficiency or absence of one of the proteins (or factors) in blood plasma that is responsible for clotting. Low levels of one of these plasma proteins result in bleeding and difficulty clotting in the affected individual. A doctor or healthcare provider prescribes antihemophilic therapies.

Please note: Country-specific regulatory requirements limit the information we can provide about our products. In addition, approved indications (uses), product labels, and packaging for a prescription drug may differ between countries. Please refer to the prescribing information provided for your country of residence.

**Koãte®**-DVI, Antihemophilic Factor (Human) reaches patients around the world.

Visit www.koatedvi.com to learn more about this product and its availability in your area.

Find local distributors by selecting your region on the location map.

---

**Contact Talecris    Glossary    Site Map**
**General Conditions of Use    Privacy Statement    California Compliance**
© 2005-2011 Talecris Biotherapeutics

**Bayer Biological Products – USA**
*Innovations in Treatment*



**Bayer Links**
Bayer Global

Bayer Corporate - USA

Bayer BP - Global

general conditions of use
privacy statement
imprint
© 2005 Bayer Corp.

**Talecris Links**
Talecris Global

Talecris USA

general conditions of use
privacy statement
imprint
© 2005 Talecris Biotherapeutics, Inc.

Talecris Biotherapeutics acquired the contributed assets of the worldwide plasma business of Bayer Biological Products and became operational April 1, 2005. All plasma-based products - including Gamunex, Prolastin, the hyperimmune line (Fraction II), Plasbumin (Bayer Albumin), Koate DVI and Thrombate III - related facilities, and employees are now functioning under the name Talecris Biotherapeutics.

Bayer HealthCare will continue to support the hemophilia community by the manufacturing and selling of Kogenate® FS. Bayer HealthCare is intent on focusing additional resources on Kogenate FS to grow its market position and strengthen its leadership profile, continuing its more than 30 year tradition of driving progress in hemophilia care.

**To continue to our Bayer hemophilia community site:**
KogenateFS.com

**To visit the Talecris sites:**
Talecris.com
Talecrisusa.com

**In addition, Talecris has the following product & service specific sites:**
Gamunex.com
Plasbumin.com
Prolastin.com
TalecrisDirect.com

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use Kogenate FS safely and effectively. See full prescribing information for Kogenate FS.**

**Kogenate FS [Antihemophilic Factor (Recombinant) Formulated with Sucrose] For Intravenous Use, Lyophilized Powder for Reconstitution**
**Initial U.S. Approval: 1993**

------------------------INDICATIONS AND USAGE------------------------
Kogenate FS is an Antihemophilic Factor (Recombinant) indicated for:

- Control and prevention of bleeding episodes in adults and children (0-16 years) with hemophilia A (1.1).
- Peri-operative management in adults and children with hemophilia A (1.2).
- Routine prophylaxis to reduce the frequency of bleeding episodes and the risk of joint damage in children with hemophilia A with no pre-existing joint damage (1.3).

------------------DOSAGE AND ADMINISTRATION------------------

**For intravenous use only (2)**

- Each vial of Kogenate FS contains the labeled amount of recombinant factor VIII in international units (IU) (2).

**Control and prevention of bleeding episodes and peri-operative management (2):**

- Doses administered should be titrated to the patient's clinical response.
- Dose (units) = body weight (kg) x desired factor VIII rise (IU/dL or % of normal) x 0.5 (IU/kg per IU/dL).
- Frequency of intravenous injection of the reconstituted product is determined by the type of bleeding episode and the recommendation of the treating physician (2.1, 2.2).

**For routine prophylaxis in children with no pre-existing joint damage,** the recommended dose is 25 IU/kg every other day (2.3).

------------------DOSAGE FORMS AND STRENGTHS------------------

- Kogenate FS powder is available as 250, 500, 1000, 2000, and 3000 IU in single use vials (3).

------------------CONTRAINDICATIONS------------------
Do not use in patients who have manifested life-threatening immediate hypersensitivity reactions, including anaphylaxis, to the product or its components, including mouse or hamster proteins (4).

------------------WARNINGS AND PRECAUTIONS------------------

- Anaphylaxis and severe hypersensitivity reactions are possible. Should symptoms occur, treatment with Kogenate FS should be discontinued, and emergency treatment should be sought (5.2).
- Development of activity-neutralizing antibodies has been detected in patients receiving factor VIII-containing products. If expected plasma factor VIII activity levels are not attained, or if bleeding is not controlled with an expected dose, an assay that measures factor VIII inhibitor concentration should be performed (5.3).
- Patients may develop hypersensitivity to mouse or hamster protein, which is present in trace amounts in the product (5.4).

------------------ADVERSE REACTIONS------------------
The most common adverse reactions observed in clinical trials (frequency ≥ 4% of patients) are inhibitor formation in previously untreated and minimally treated patients (PUPs and MTPs), skin-associated hypersensitivity reactions (e.g., rash, pruritus, urticaria), infusion site reactions (e.g., inflammation, pain), and central venous access device (CVAD) line-associated infections.

**To report SUSPECTED ADVERSE REACTIONS, contact Bayer HealthCare at 1-888-84-BAYER or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

------------------USE IN SPECIFIC POPULATIONS------------------

- Pregnancy: No human or animal data. Use only if clearly needed (8.1).
- Pediatric Use: Higher factor VIII clearance has been described in children (4.4-16 years) compared to adults. Dose adjustment may be needed (8.4).

**See 17 for PATIENT COUNSELING INFORMATION and FDA-Approved Patient Labeling**

**Revised: 03/2011**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***
**1 INDICATIONS AND USAGE**
 1.1 Control and Prevention of Bleeding Episodes
 1.2 Peri-operative Management
 1.3 Routine Prophylaxis in Children with Hemophilia A with No Pre-existing Joint Damage
**2 DOSAGE AND ADMINISTRATION**
 2.1 Control and Prevention of Bleeding Episodes
 2.2 Peri-operative Management
 2.3 Routine Prophylaxis in Children with No Pre-existing Joint Damage.
 2.4 Instructions for Use
 2.5 Preparation and Reconstitution
 2.6 Administration
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
 5.1 General
 5.2 Anaphylaxis and Severe Hypersensitivity Reactions
 5.3 Neutralizing Antibodies
 5.4 Monitoring Laboratory Tests
**6 ADVERSE REACTIONS**
 6.1 Clinical Trials Experience
 6.2 Post-Marketing Experience
**7 DRUG INTERACTIONS**

**8 USE IN SPECIFIC POPULATIONS**
 8.1 Pregnancy
 8.2 Labor and Delivery
 8.3 Nursing Mothers
 8.4 Pediatric Use
 8.5 Geriatric Use
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
 12.1 Mechanism of Action
 12.2 Pharmacodynamics
 12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
 14.1 Previously Treated Patients
 14.2 Previously Untreated and Minimally Treated Patients
 14.3 Pediatric Prophylaxis and Joint Damage Risk Reduction
**15 REFERENCES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
 16.1 How Supplied
 16.2 Storage and Handling
**17 PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed

**FULL PRESCRIBING INFORMATION**

# 1 INDICATIONS AND USAGE

## 1.1 Control and Prevention of Bleeding Episodes

Kogenate® FS is an antihemophilic factor that is indicated for the control and prevention of bleeding episodes in adults and children (0-16 years) with hemophilia A.

## 1.2 Peri-operative Management

Kogenate FS is indicated for surgical prophylaxis in adults and children with hemophilia A.

## 1.3 Routine Prophylaxis in Children with Hemophilia A with No Pre-existing Joint Damage

Kogenate FS is indicated for routine prophylactic treatment to reduce the frequency of bleeding episodes and the risk of joint damage in children with no pre-existing joint damage.

Kogenate FS is not indicated for the treatment of von Willebrand's disease.

# 2 DOSAGE AND ADMINISTRATION

**For Intravenous Use After Reconstitution**

- Treatment with Kogenate FS should be initiated under the supervision of a physician experienced in the treatment of hemophilia A.
- Each vial of Kogenate FS has the recombinant factor VIII (rFVIII) potency in international units stated on the label.
- Dosage and duration of treatment depend on the severity of the factor VIII deficiency, the location and extent of bleeding, and the patient's clinical condition.[1] Careful control of replacement therapy is especially important in cases of major surgery or life-threatening bleeding episodes. *[See Table 1 and Table 2.]*

The expected in vivo peak increase in factor VIII level expressed as IU/dL (or % normal) can be estimated using the following formulas:

**Dosage (units) = body weight (kg) x desired factor VIII rise (IU/dL or % of normal) x 0.5 (IU/kg per IU/dL)**

**OR**

**IU/dL (or % normal)=Total Dose (IU)/body weight (kg) x 2 [IU/dL]/[IU/kg]**

Examples (assuming patient's baseline factor VIII level is <1% of normal):

1. A dose of 1750 IU Kogenate FS administered to a 70 kg patient should be expected to result in a peak post-infusion factor VIII increase of 1750 IU x {[2 IU/dL]/[IU/kg]}/[70 kg] = 50 IU/dL (50% of normal).
2. A peak level of 50% is required in a 15 kg child. In this situation, the appropriate dose would be: 50 IU/dL/{[2 IU/dL]/[IU/kg]} x 15 kg = 375 IU.

Doses administered should be titrated to the patient's clinical response. Patients may vary in their pharmacokinetic (e.g., half-life, in vivo recovery) and clinical responses to Kogenate FS.[2,3,4] Although the dose can be estimated by the calculations above, it is highly recommended that, whenever possible, appropriate laboratory tests including serial factor VIII activity assays be performed. *[See Warnings and Precautions (5.4) and Clinical Pharmacology (12.3).]*

## 2.1 Control and Prevention of Bleeding Episodes

The careful control of treatment dose is especially important in cases of life-threatening bleeding episodes or major surgery.

The following table can be used to guide dosing in bleeding episodes:

**Table 1 Control and Prevention of Bleeding Episodes for Children and Adults**

| Type of Bleeding Episode | Factor VIII Level Required (IU/dL or % of normal) | Dosage and Frequency Necessary to Maintain the Therapeutic Plasma Level |
|---|---|---|
| **Minor**<br>Early hemarthrosis, minor muscle or oral bleeds. | 20–40 | 10–20 IU per kg<br>Repeat dose if there is evidence of further bleeding. |
| **Moderate**<br>Bleeding into muscles, bleeding into the oral cavity, definite hemarthroses, and known trauma. | 30–60 | 15–30 IU per kg<br>Repeat dose every 12–24 hours until bleeding is resolved. |
| **Major**<br>Gastrointestinal bleeding. Intracranial, intra-abdominal or intrathoracic bleeding, central nervous system bleeding, bleeding in the retropharyngeal or retroperitoneal spaces, or iliopsoas sheath.<br><br>Fractures.<br>Head trauma. | 80–100 | Initial dose 40–50 IU per kg<br>Repeat dose 20–25 IU per kg every 8–12 hours until bleeding is resolved. |

## 2.2 Peri-operative Management

The careful control of treatment dose is especially important in cases of major surgery or life-threatening bleeding episodes.

The following table can be used to guide dosing in surgery:

**Table 2 Peri-operative Management for Adults and Children**

| Type of Surgery | Factor VIII Level Required (IU/dL or % of normal) | Dosage and Frequency Necessary to Maintain the Therapeutic Plasma Level |
|---|---|---|
| **Minor**<br>Including tooth extraction | 30–60 | 15–30 IU per kg<br>Repeat dose every 12–24 hours until bleeding is resolved. |
| **Major**<br>Examples include tonsillectomy, inguinal herniotomy, synovectomy, total knee replacement, craniotomy, osteosynthesis, trauma. | 100 | Pre-operative dose 50 IU per kg<br>Verify 100% activity prior to surgery. Repeat as necessary after 6 to 12 hours initially, and for 10 to 14 days until healing is complete. |

## 2.3 Routine Prophylaxis in Children with No Pre-existing Joint Damage.

The recommended dose for routine prophylaxis is 25 IU/kg of body weight every other day.[5]

## 2.4 Instructions for Use

Kogenate FS is administered by intravenous (IV) injection after reconstitution. Patients should follow the specific reconstitution and administration procedures provided by their physicians.

For instructions, patients should follow the recommendations in the FDA-Approved Patient Labeling. [*See FDA-Approved Patient Labeling (17)*.]

Reconstitution, product administration, and handling of the administration set and needles must be done with caution. Percutaneous puncture with a needle contaminated with blood can transmit infectious viruses including HIV (AIDS) and hepatitis. Obtain immediate medical attention if injury occurs. Place needles in a sharps container after single use. Discard all equipment, including any reconstituted Kogenate FS product, in an appropriate container.

## 2.5 Preparation and Reconstitution

The procedures below are provided as general guidelines for the reconstitution and administration of Kogenate FS.

Always work on a clean surface and wash hands before performing the following procedures.

**Vacuum Transfer and Reconstitution**

1.  Warm the unopened diluent and the concentrate to a temperature not to exceed 37°C or 99°F.
2.  After removing the plastic flip-top caps (Fig. A), aseptically cleanse the rubber stoppers of both vials with alcohol, being careful not to handle the rubber stopper.
3.  Remove the protective cover from *one end* of the plastic transfer needle cartridge and penetrate the stopper of the diluent vial (Fig. B).
4.  Remove the remaining portion of the *protective cover*, invert the diluent vial and penetrate the rubber seal on the concentrate vial (Fig. C) with the needle at an angle.
5.  The vacuum will draw the diluent into the concentrate vial. Hold the diluent vial at an angle to the concentrate vial in order to direct the jet of diluent against the wall of the concentrate vial (Fig. C). Avoid excessive foaming. If the diluent does not get drawn into the vial, there is insufficient vacuum and the product should not be used.
6.  After removing the diluent vial and transfer needle (Fig. D), swirl until completely dissolved without creating excessive foaming (Fig. E).
7.  Re-swab top of reconstituted Kogenate FS vial with alcohol. Allow the stopper to air dry.
8.  After the concentrate powder is completely dissolved, withdraw the solution into the syringe through the filter needle that is supplied in the package (Fig. F). Replace the filter needle with the administration set provided and inject intravenously. NOTE: See accompanying instructions for Infusion Set with Filter.
9.  If the same patient is to receive more than one vial, the contents of two vials may be drawn into the same syringe through a separate unused filter needle before attaching the vein needle.
10. Kogenate FS should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.



## 2.6 Administration

**For Intravenous Use Only After Reconstitution**

- Kogenate FS should be inspected visually for particulate matter and discoloration prior to administration, wherever solution and container permit. Turbid or discolored solution should be discarded.
- Reconstituted Kogenate FS may be stored at room temperature prior to administration, but is to be administered within 3 hours. It is recommended to use the IV administration set provided.
- A dose of Kogenate FS may be administered over a period of 1 to 15 minutes. The rate of administration however, should be adapted to the response of each individual patient. The pulse rate should be determined before and during administration of Kogenate FS. If there is a significant increase in pulse rate, reducing the rate of administration or temporarily halting the injection allows the symptoms to disappear promptly.

## 3 DOSAGE FORMS AND STRENGTHS

Kogenate FS is available as a lyophilized powder in single use glass vials containing 250, 500, 1000, 2000, and 3000 International Units (IU).

Each vial of Kogenate FS is labeled with the recombinant antihemophilic factor activity expressed in IU per vial. This potency assignment employs a factor VIII concentrate standard that is referenced to a WHO International Standard for factor VIII concentrates, and is evaluated by appropriate methodology to ensure accuracy of the results.

## 4 CONTRAINDICATIONS

Kogenate FS is contraindicated in patients who have manifested life-threatening immediate hypersensitivity reactions, including anaphylaxis, to the product or its components, including mouse or hamster proteins.

## 5 WARNINGS AND PRECAUTIONS

### 5.1 General

The clinical response to Kogenate FS may vary. If bleeding is not controlled with the recommended dose, the plasma level of factor VIII should be determined and a sufficient dose of Kogenate FS should be administered to achieve a satisfactory

clinical response. If the patient's plasma factor VIII level fails to increase as expected or if bleeding is not controlled after the expected dose, the presence of an inhibitor (neutralizing antibodies) should be suspected and appropriate testing performed. *[See Warnings and Precautions (5.4).]*

## 5.2 Anaphylaxis and Severe Hypersensitivity Reactions

Allergic-type hypersensitivity reactions including anaphylaxis have been reported with Kogenate FS and have manifested as pruritus, rash, urticaria, hives, facial swelling, dizziness, hypotension, nausea, chest discomfort, cough, dyspnea, wheezing, flushing, discomfort (generalized) and fatigue. Discontinue Kogenate FS if symptoms occur and seek immediate emergency treatment.

Kogenate FS contains trace amounts of mouse immunoglobulin G (MuIgG) and hamster (BHK) proteins. Patients treated with this product may develop hypersensitivity to these non-human mammalian proteins.

## 5.3 Neutralizing Antibodies

Patients treated with antihemophilic factor (AHF) products should be carefully monitored for the development of factor VIII inhibitors by appropriate clinical observations and laboratory tests.[6] Inhibitors have been reported following administration of Kogenate FS predominantly in previously untreated patients. If expected plasma factor VIII activity levels are not attained, or if bleeding is not controlled with an expected dose, an assay that measures factor VIII inhibitor concentration should be performed. *[See Warnings and Precautions (5.4).]*

## 5.4 Monitoring Laboratory Tests

- Monitor plasma factor VIII activity levels by the one-stage clotting assay to confirm the adequate factor VIII levels have been achieved and maintained, when clinically indicated. [*See Dosage and Administration (2)*].]
- Monitor for development of factor VIII inhibitors. Perform assay to determine if factor VIII inhibitor is present. If expected factor VIII activity plasma levels are not attained, or if bleeding is not controlled with the expected dose of Kogenate FS. Use Bethesda Units (BU) to titer inhibitors.
    - If the inhibitor is less than 10 BU per mL, the administration of additional Kogenate FS concentrate may neutralize the inhibitor, and may permit an appropriate hemostatic response.

Adequate hemostasis may not be achieved if inhibitor titers are above 10 BU per mL. The inhibitor titer may rise following Kogenate FS infusion as a result of an anamnestic response to factor VIII. The treatment or prevention of bleeding in such patients requires the use of alternative therapeutic approaches and agents.

# 6 ADVERSE REACTIONS

The most serious adverse reactions are systemic hypersensitivity reactions including bronchospastic reactions and/or hypotension and anaphylaxis and the development of high-titer inhibitors necessitating alternative treatments to AHF.

The most common adverse reactions observed in clinical trials (frequency ≥ 4% of patients) are inhibitor formation in previously untreated patients (PUPs) and minimally treated patients (MTPs), skin-related hypersensitivity reactions (e.g., rash, pruritus), infusion site reactions (e.g., inflammation, pain), and central venous access device (CVAD) line-associated infections in patients requiring a CVAD for intravenous administration.

## 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in clinical trials of another drug and may not reflect the rates observed in clinical practice.

*Previously Treated Patients (PTPs)*

During the clinical studies conducted in PTPs, 451 adverse events (irrespective of the relationship to the study drug) were reported in the course of 24,936 infusions (1.8%). Twenty-four of the 451 adverse events were assessed as related to Kogenate FS (0.1%).

Adverse reactions reported by ≥ 4% of the patients are listed in Table 3 below.

**Table 3 Adverse Reactions (AR) in Previously Treated Patients (PTPs) with Frequency of ≥ 4%**

| MedDRA Primary SOC | Preferred Term | Total No. of Patients: 73 No. of Patients with AR (%) | Total No. of Infusions: 24,936 AR per Infusion (%) |
|---|---|---|---|
| **Skin and Subcutaneous Tissue Disorders** | Rash, pruritus | 6 (8.2%) | 0.02 |
| **General Disorders and Administration Site Conditions** | Infusion site reactions | 3 (4.1%) | 0.01 |
| **SOC = System Organ Class** | | | |

*Previously Untreated Patients (PUPs) and Minimally Treated Patients (MTPs)*

In clinical studies with pediatric PUPs and MTPs, 726 adverse events were reported in the course of 9,389 infusions (7.7%). Twenty-nine of the 726 adverse events were assessed as related to Kogenate FS (0.3%).

Adverse reactions reported by ≥ 4% of the patients are listed in Table 4 below.

**Table 4 Adverse Reactions (AR) in Previously Untreated Patients (PUPs) and Minimally Treated Patients (MTPs) with Frequency of ≥ 4% (Age Range 2-27 months)**

| MedDRA Primary SOC | Preferred Term | Total No. of patients: 61 No. of Patients with AR (%) | Total No. of Infusions: 9,389 AR per Infusion (%) |
|---|---|---|---|
| **Skin and Subcutaneous Tissue Disorders** | Rash, pruritus, urticaria | 10 (16.4) | 0.01 |
| **Blood and Lymphatic System Disorders** | Factor VIII inhibition | 9 (15)[a] | N/A |
| **General Disorders and Administration Site Conditions** | Infusion site reactions | 4 (6.6) | 0.04 |
| **SOC = System Organ Class** | | | |

a)   *Denominator for *de-novo* inhibitors is N=60, since one patient had a pre-existing inhibitor.

*Minimally Treated Patients (MTPs) in the Joint Outcome Study*

In the Joint Outcome Study with pediatric MTPs treated with routine prophylaxis or episodic enhanced treatment for 5.5 years, 46 of the 65 randomized patients experienced adverse events over the study duration. Adverse events were not assessed for their relationship with Kogenate FS.

**Table 5 Adverse Events (AE) in MTPs in the Joint Outcome Study (Age Range 0-6 years)**

| MedDRA Primary SOC | Preferred Term | Total No. of Prophylaxis Arm Patients: 32 No. of Patients with AE (%) | Total No. of Enhanced Episodic Arm Patients: 33 No. of Patients with AE (%) |
|---|---|---|---|
| Surgical and Medical Procedures | Central venous catheterization, Catheter removal | 19 (59) | 18[a] (55) |
| Infections and Infestations | Central line infection | 6 (19) | 6 (18) |
| General Disorders and Administration Site Conditions | Pyrexia | 1 (3) | 4 (12) |
| SOC = System Organ Class | | | |

a)  Three patients from the enhanced episodic arm had catheter removal.

*Immunogenicity*

In clinical studies with 73 PTPs (defined as having more than 100 exposure days), one patient had a pre-existing inhibitor. In the other 72 patients, followed over 4 years, no de-novo inhibitors were observed.

In clinical studies with pediatric PUPs and MTPs, inhibitor development was observed in 9 out of 60 patients (15%), 6 were high titer[1] (>5BU) and 3 were low-titer inhibitors. Inhibitors were detected at a median number of 7 exposure days (range 2 to 16 exposure days).

In the Joint Outcome Study with Kogenate FS,[5] de-novo inhibitor development was observed in 8 of 64 patients with negative baseline values (12.5%), 2 patients developed high titer[1] (>5 BU) and were withdrawn from the study. Six patients developed low-titer inhibitors. Inhibitors were detected at a median number of 44 exposure days (range 5 to 151 exposure days).

## 6.2 Post-Marketing Experience

The following adverse reactions have been identified during post approval use of Kogenate FS. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Among patients treated with Kogenate FS, cases of serious allergic/hypersensitivity reactions (which may include facial swelling, flushing, hives, blood pressure decrease, nausea, rash, restlessness, shortness of breath, tachycardia, tightness of the chest, tingling, urticaria, vomiting) have been reported, particularly in very young patients or patients who have previously reacted to other factor VIII concentrates.

The following table represents the post-marketing adverse reactions as MedDRA Preferred Terms.

**Table 6 Post-Marketing Experience**

| MedDRA Primary SOC | Preferred Term |
|---|---|
| Blood and Lymphatic System Disorders | FVIII inhibition |
| Skin and Subcutaneous Tissue Disorders | Pruritus, urticaria, rash |
| General Disorders and Administration Site Conditions | Infusion site reaction |
| | Pyrexia |
| Immune System Disorders | Anaphylactic reaction, other hypersensitivity reactions |
| SOC = System Organ Class | |

## 7 DRUG INTERACTIONS

None known.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

*Pregnancy Category C.*
Animal reproduction studies have not been conducted with Kogenate FS. It is also not known whether Kogenate FS can cause fetal harm when administered to a pregnant woman or affect reproduction capacity. Kogenate FS should be used during pregnancy only if clinically needed.

### 8.2 Labor and Delivery

There is no information available on the effect of factor VIII replacement therapy on labor and delivery. Kogenate FS should be used only if clinically needed.

### 8.3 Nursing Mothers

It is not known whether this drug is excreted into human milk. Because many drugs are excreted into human milk, caution should be exercised if Kogenate FS is administered to nursing mothers. Kogenate FS should be given to nursing mothers only if clinically needed.

### 8.4 Pediatric Use

Safety and efficacy studies have been performed in previously untreated and minimally treated pediatric patients. Children in comparison to adults present higher factor VIII clearance values and thus lower recovery of factor VIII. This may be explained by differences in body composition[7] and should be taken into account when dosing or following factor VIII levels in such a population. *[See Clinical Pharmacology (12.3).]* Routine prophylactic treatment in children ages 0-2.5 years with no pre-existing joint damage has been shown to reduce spontaneous joint bleeding and the risk of joint damage. This data can be extrapolated to ages >2.5-16 years for children who have no existing joint damage. *[See Clinical Studies (14).]*

### 8.5 Geriatric Use

Clinical studies with Kogenate FS did not include patients aged 65 and over. Dose selection for an elderly patient should be individualized.

## 11 DESCRIPTION

Kogenate FS Antihemophilic Factor (Recombinant) is a coagulation factor VIII produced by recombinant DNA technology. It is produced by Baby Hamster Kidney (BHK) cells into which the human factor VIII gene has been introduced.[8] The cell culture medium contains Human Plasma Protein Solution (HPPS) and recombinant insulin, but does not contain any proteins derived from animal sources. Kogenate FS is a purified glycoprotein consisting of multiple peptides including an 80 kD and various extensions of the 90 kD subunit. It has the same biological activity as factor VIII derived from human plasma. No human or animal proteins, such as albumin, are added during the purification and formulation processes of Kogenate FS.

The purification process includes a solvent/detergent virus inactivation step in addition to the use of the purification methods of ion exchange chromatography, monoclonal antibody immunoaffinity chromatography, along with other chromatographic steps designed to purify recombinant factor VIII and remove contaminating substances.

Additionally, the manufacturing process was investigated for its capacity to decrease the infectivity of an experimental agent of transmissible spongiform encephalopathy (TSE), considered as a model for the vCJD and CJD agents.[9-21] Several of the individual production and raw material preparation steps in the Kogenate FS manufacturing process have been shown to decrease TSE infectivity of that experimental model agent. TSE reduction steps include the Fraction II+III separation step for HPPS (6.0 log10) and an anion exchange chromatography step (3.6 log10).

Kogenate FS is formulated with the following as stabilizers *[see Table 7]* in the final container and is then lyophilized. The final product is a sterile, nonpyrogenic, preservative-free, powder preparation for intravenous (IV) injection. Intravenous administration of sucrose contained in Kogenate FS will not affect blood glucose levels.

**Table 7 Stabilizers Contained in Kogenate FS Final Container**

| Stabilizer | 250 IU, 500 IU, 1000 IU | 2000 IU, 3000 IU |
|---|---|---|
| Sucrose | 0.9– 1.3% | 0.9–1.2% |
| Glycine | 21–25 mg/mL | 20–24 mg/mL |
| Histidine | 18–23 mmol/L | 17–22 mmol/L |

The following inactive ingredients/excipients are also contained in the final product:

**Table 8 Inactive Ingredients/Excipients**

| Inactive Ingredient/Excipient | 250 IU, 500 IU, 1000 IU | 2000 IU, 3000 IU |
|---|---|---|
| Sodium | 27–36  mEq/L | 26–34 mEq/L |
| Calcium | 2.0–3.0 mmol/L | 1.9–2.9 mmol/L |
| Chloride | 32–40 mEq/L | 31–38 mEq/L |
| Polysorbate 80 | 64–96 µg/mL | 64–96 µg/mL |
| Sucrose | 28 mg/vial | 52 mg/vial |
| Imidazole, tri-n-butyl phosphate, and copper | Trace amounts | Trace amounts |

Each vial of Kogenate FS contains the labeled amount of recombinant factor VIII in international units (IU). One IU, as defined by the World Health Organization standard for blood coagulation factor VIII, human, is approximately equal to the level of factor VIII activity found in 1 mL of fresh pooled human plasma.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Kogenate FS temporarily replaces the missing clotting factor VIII that is needed for effective hemostasis.

### 12.2 Pharmacodynamics

The aPTT is prolonged in patients with hemophilia. Determination of activated partial thromboplastin time (aPTT) is a conventional in vitro assay for biological activity of factor VIII. Treatment with Kogenate FS normalizes the aPTT over the effective dosing period.

### 12.3 Pharmacokinetics

The pharmacokinetic properties of Kogenate FS were investigated in two separate studies in previously treated patients, adults and children.

Pharmacokinetic studies with Kogenate FS were conducted in 20 PTPs (ages 12 to 33 years) with severe hemophilia A in North America. The pharmacokinetic parameters for Kogenate FS were measured in a randomized, crossover clinical trial with the predecessor KOGENATE product with a single dose administration of 50 IU/kg. After 24 weeks, the same dose of Kogenate FS was administered to the same patients. The recovery and half-life data for Kogenate FS were unchanged after 24 weeks of continued treatment with sustained efficacy and no evidence of factor VIII inhibition. *[See Table 9.]*

**Table 9 Pharmacokinetic Parameters for Kogenate FS Compared to KOGENATE**

| Parameter | Kogenate FS | | KOGENATE |
|---|---|---|---|
| | Initial PK Mean (±SD) | PK at week 24 Mean (±SD) | Reference Mean (±SD) |
| AUC (IU • h/dL) | 1588.05 ± 344.32 | 1487.08 ± 381.73 | 1879.02 ± 412.32 |
| Cmax (IU/dL) | 114.95 ± 20.19 | 109.42 ± 20.09 | 127.40 ± 33.21 |
| Half-life (hr) | 13.74 ± 1.82 | 14.60 ± 4.38 | 14.07 ± 2.62 |
| In Vivo Recovery (IU/dL / IU/kg) | 2.20 ± 0.34 | 2.11 ± 0.37 | 2.43 ± 0.60 |

The pharmacokinetics of Kogenate FS were investigated in pediatric PTPs (4.4-18.1 years of age, average age 12).[7] The pharmacokinetic parameters in children compared to adults show differences in higher clearance, lower incremental in vivo factor VIII recovery and a shorter factor VIII half-life. This might be explained by differences in body composition such as body surface area and plasma volume. The pharmacokinetic parameters are depicted in Table 10.

**Table 10 Pharmacokinetic Parameters for Kogenate FS in Children**

| Parameter | Mean (range) |
|---|---|
| AUC (IU • h/dL) | 1320.0 |
| Clearance (mL/h•kg) | 4.1 |
| Half-life (hr) | 10.7 (7.8–15.3) |
| In Vivo Recovery (IU/dL / IU/kg) | 1.9 (1.25–2.76) |

# 13 NONCLINICAL TOXICOLOGY

Preclinical studies evaluating Kogenate FS in hemophilia A with mice, rats, rabbits, and dogs demonstrated safe and effective restoration of hemostasis. Doses several fold higher than the recommended clinical dose (related to body weight) did not demonstrate any acute or subacute toxic effect for Kogenate FS in laboratory animals.

## 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

No studies have been conducted with Kogenate FS to assess its mutagenic or carcinogenic potential and impairment of fertility. Kogenate FS has been shown to be comparable to the predecessor product with respect to its biochemical and physiochemical properties, as well as its non-clinical in vivo pharmacology and toxicology. By inference, the predecessor product and Kogenate FS would be expected to have equivalent mutagenic and carcinogenic potential.

The predecessor product did not demonstrate reverse mutation or chromosomal aberrations at doses substantially greater than the maximum expected clinical dose. In vivo evaluation with the predecessor product in animals using doses ranging between 10 and 40 times the expected clinical maximum also indicated that the predecessor product did not possess a mutagenic potential. Long-term investigations of carcinogenic potential in animals have not been performed due to the immune response to heterologous proteins in all non-human mammalian species.

# 14 CLINICAL STUDIES

## 14.1 Previously Treated Patients

A total of 73 patients with severe (≤ 2% FVIII) hemophilia A, ages 12–59, who had been previously treated with other recombinant or with plasma-derived AHF products, were treated up to 54-months in open label studies with Kogenate FS in Europe and North America. A total of 5,684 bleeding episodes were treated during the studies. Patients could be treated on demand or on prophylaxis. Regularly scheduled prophylaxis treatment represented 76% of all infusions (treatment regimens of 2-3 infusions per week). *[See Table 11.]*

**Table 11 Previously Treated Patients (PTPs) Clinical Trial Results**

| Clinical Parameters | Results |
|---|---|
| **No. of Infusions of Kogenate FS Administered** | 24,924 |
| **No. of IU Administered** | 45 million IU |
| **No. of Bleeds Treated with Kogenate FS** | 5,684 |
| **Percentage of Bleeds Treated with One or Two Infusions of Kogenate FS** | one infusion: 79.7%, two infusions: 13.0% total: 92.7% |
| **Mean Kogenate FS Dose per Treatment Infusion (in Europe and North America, Respectively)** | Approximately 32.5 and 29.6 IU/kg per treatment infusion |

A total of 31 patients received Kogenate FS for 43 surgical procedures during the PTP studies. There were both minor and major surgery types, 27 and 16 respectively. The surgeon or treating physician assigned a rating to the hemostatic outcome according to 4 categories; "excellent", "good," "moderate," or "none." Hemostasis was rated as satisfactory ("excellent" or "good") in all cases. *[See* Table 13.*]*

## 14.2 Previously Untreated and Minimally Treated Patients

Kogenate FS has been used in the treatment of bleeding episodes in pediatric previously untreated patients (PUPs) and minimally treated patients (MTPs) with severe (<2% FVIII) hemophilia A. There were 37 PUPs and 24 MTPs (defined as having equal to or less than 4 exposure days) treated with a total of 9,419 infusions of Kogenate FS for a follow up duration up to 3.1 years. A total of 1047 bleeding episodes were treated.

**Table 12 Previously Untreated and Minimally Treated Patients (PUPs and MTPs) Clinical Trial Results**

| Clinical Parameters | Results |
|---|---|
| **No. of Infusions of Kogenate FS Administered** | 9,419 |
| **No. of Exposure Days to Kogenate FS (median)** | 115 exposure days |
| **No. of IU Administered** | 7.5 million IU |
| **No. of Bleeds Treated with Kogenate FS** | 1,047 |
| **Percentage of Bleeds Treated with One or Two Infusions of Kogenate FS** | one infusion 73.1% two infusions 15.0% total: 88.1% |

A total of 29 surgical procedures were performed in 23 patients during the PUPs and MTPs study. There were both minor and major surgery types, 23 and 6 respectively. The surgeon or treating physician assigned a rating to the hemostatic outcome according to 4 categories; "excellent," "good," "moderate," or "none." Hemostasis was rated as satisfactory ("excellent" or "good") in all cases. *[See* Table 13.*]*

**Table 13 Surgical Procedures Performed During PTPs and PUPs/MTPs Clinical Trials**

| Type of Surgery | PTPs (N=31) | | PUPs/MTPs (N=23) | |
|---|---|---|---|---|
| | No. of Surgical Events | Outcome "Good" or "Excellent" | No. of Surgical Events | Outcome "Good" or "Excellent" |
| **Minor Surgery** (i.e., tooth extractions, catheter implantations, liver biopsies) | 24 | 100% | 21 | 100% |
| **Major Surgery** (i.e., joint replacements, craniotomies, gastrointestinal resection) | 16 | 100% | 6 | 100% |
| **Total** | 43 | | 29 | |

## 14.3 Pediatric Prophylaxis and Joint Damage Risk Reduction

A total of 65 boys less than 30 months of age with severe hemophilia A (FVIII level ≤ 2 IU/dL) and with ≤ 2 bleeds into each index joint and normal baseline joint imaging, were observed for up to 5.5 years in a multicenter, open-label, prospective, randomized, controlled clinical study.[5] Patients received either 25 IU/kg every other day (primary prophylaxis; n=32) or at least 3 doses totaling a minimum of 80 IU/kg at the time of a bleeding episode (enhanced episodic; n=33). Joint damage was evaluated by magnetic resonance imaging (MRI) or radiography, as well as the frequency of bleeding episodes. Joint damage detected by MRI or radiography in the ankles, knees, and elbows (i.e., index joints) was statistically significantly lower (p=0.002) for subjects receiving prophylactic therapy (7%) than for subjects receiving episodic therapy (42%). This corresponds to a 6.29-fold relative risk of joint damage for subjects treated with enhanced episodic therapy compared to prophylaxis. The mean rate of index joint hemorrhages for subjects on episodic therapy was 4.89 bleeds per year, versus 0.63 bleeds per year observed in the prophylaxis arm. Three of 33 (9.1%) subjects in the episodic arm experienced recurrent life threatening bleeds (intracranial, gastrointestinal) compared to no subjects in the prophylaxis arm. On a per joint basis, joints in the regular prophylaxis arm were 8-fold more likely to remain damage-free than those in the episodic arm. Joint damage was most frequently observed in ankle joints and was detected at higher rates by MRI than by radiography. Ankles were also the index joint that demonstrated the highest frequency of bleeding events in this study (left ankle, mean 2.7 hemorrhages; right ankle, mean 2.6 hemorrhages).

As shown in Table 14 below, the incidence of joint damage was statistically significantly lower in the prophylactic group as compared to the episodic treatment group when assessed by MRI, or either MRI or radiography, using predefined criteria (described below) for establishing joint damage. However, there was no statistically significant difference between the two groups when joint damage was assessed by radiography alone.

To evaluate joint damage, MRIs were scored using a scale developed by Nuss et al.,[22] and X-rays were scored using the method of Pettersson et al.[23] Both scales have been validated in various clinical trials and are routinely used for joint damage evaluation in hemophiliacs. Joint damage was defined as bone and/or cartilage damage including subchondral cysts, erosions and cartilage loss with narrowing of joint space. This corresponded to a total MRI score of ≥ 7 or an X-ray score of ≥1 in any of the following categories: subchondral cysts, erosions of joint surfaces or narrowing of joint spaces. Images were read separately by two independent radiologists centrally. Any discrepant reading was read by an independent third radiologist who was not aware of the initial reading results. The concordant reading of two out of three readers was used for analysis purposes.

**Table 14 Subjects with Joint Damage (Subjects with Available Baseline and Endpoint Data)**

| Endpoint Assessment | Prophylaxis | | Episodic Therapy | | p-value |
|---|---|---|---|---|---|
| | Incidence (%) | Relative Risk (95% CI) | Incidence (%) | Relative Risk (95% CI) | |
| **MRI** | 2/27 (7%) | 0.17 (0.04, 0.67) | 13/29 (45%) | 6.05 (1.50, 24.38) | 0.002 |
| **Radiography** | 1/28 (4%) | 0.19 (0.02, 1.55) | 5/27 (19%) | 5.19 (0.65, 41.54) | 0.101 |
| **MRI or Radiography** | 2/30 (7%) | 0.16 (0.04, 0.65) | 13/31 (42%) | 6.29 (1.55, 25.55) | 0.002 |

*Relative Risk is the risk of damage to one or more index joints on the given therapy as compared to the other therapy.*

*P-value is from the 2-sided Fisher Exact Test comparing the incidence of joint damage between treatment groups.*

As shown in Table 15 below, the assessment of endpoints in all randomized subjects assuming that those without complete baseline and endpoint data are treatment failures (intention-to-treat analysis). The incidence of joint damage was statistically significantly lower in the prophylactic group as compared to the episodic treatment group, with similar p-values, when assessed by MRI, or either MRI or radiography.

**Table 15 Subjects with Joint Damage (All Randomized Subjects Assuming Subjects without Complete Baseline and Endpoint Data as Treatment Failures)**

| Endpoint Assessment | Prophylaxis (n=32) | | Episodic Therapy (n=33) | | p-value |
|---|---|---|---|---|---|
| | Incidence (%) | Relative Risk (95% CI) | Incidence (%) | Relative Risk (95% CI) | |
| **MRI** | 7 (22%) | 0.42 (0.20, 0.88) | 17 (52%) | 2.35 (1.13, 4.90) | 0.020 |
| **Radiography** | 5 (16%) | 0.47 (0.18, 1.20) | 11 (33%) | 2.13 (0.83, 5.45) | 0.150 |
| **MRI or Radiography** | 8 (25%) | 0.43 (0.22, 0.85) | 19 (58%) | 2.30 (1.18, 4.49) | 0.012 |

*Relative Risk is the risk of damage to one or more index joints on the given therapy as compared to the other therapy.*

*P-value is from the 2-sided Fisher Exact Test comparing the incidence of joint damage between treatment groups.*

## 15 REFERENCES

1. White GC, Rosendaal F, Aledort LM, Lusher JM, Rothschild C, Ingerslev J, for the Factor VIII and Factor IX Subcommittee of the Scientific and Standardization Committee of the International Society on Thrombosis and Haemostasis. Definitions in hemophilia. *Thromb Haemost* 85:560-75, 2001.

2. Abildgaard CF, Simone JV, Corrigan JJ, et al: Treatment of hemophilia with glycine-precipitated Factor VIII. *N Engl J Med* 275(9):471–5, 1966.

3. Schwartz RS, Abildgaard CF, Aledort LM, et al: Human recombinant DNA-derived antihemophilic factor (factor VIII) in the treatment of hemophilia A. Recombinant Factor VIII Study Group. *N Engl J Med* 323(26):1800-5, 1990.

4. White GC 2nd, Courter S, Bray GL, et al: A multicenter study of recombinant factor VIII (Recombinate) in previously treated patients with hemophilia A. The Recombinate Previously Treated Patient Study Group.*Thromb Haemost* 77(4):660-667, 1997.

5. Manco-Johnson MJ, Abshire TC, Shapiro AD, Riske B, Hacker MR, Kilcoyne R, et al. Prophylaxis versus episodic treatment to prevent joint disease in boys with severe hemophilia. *N Engl J Med* 2007;357(6):535-44.

6. Kasper CK: Complications of hemophilia A treatment: factor VIII inhibitors. *Ann NY Acad Sci* 614:97-105, 1991.

7. Barnes C, Lillicrap D, Pazmino-Canizares J, et al: Pharmacokinetics of recombinant factor VIII (Kogenate-FS®) in children and causes of inter-patient pharmacokinetic variability. *Haemophilia* 12 (Suppl. 4): 40-49, 2006.

8. Lawn RM, Vehar GA: The molecular genetics of hemophilia. *Sci Am* 254(3):48–54, 1986.

9. Kimberlin RH, Walker CA: Characteristics of a short incubation model of scrapie in the golden hamster. *J Gen Virol* 34(2):295-304, 1977.

10. Kimberlin RH, Walker CA: Evidence that the transmission of one source of scrapie agent to hamsters involves separation of agent strains from a mixture. *J Gen Virol* 39(3):487-96, 1978.

11. Kimberlin RH, Walker CA: Pathogenesis of scrapie (strain 263K) in hamsters infected intracerebrally, intraperitoneally or intraocularly. *J Gen Virol* 67(2):255-63, 1986.

12. Prusiner SB, et al: Further purification and characterization of scrapie prions. *Biochemistry* 21(26):6942-50, 1982.

13. Kascsak RJ, et al: Mouse polyclonal and monoclonal antibody to scrapie-associated fibril proteins. *J Virol* 61(12):3688-93, 1987.

14. Rubenstein R, et al: Scrapie-infected spleens: analysis of infectivity, scrapie-associated fibrils, and protease-resistant proteins. *J Infect Dis* 164(1):29-35, 1991.

15. Taylor DM, Fernie K: Exposure to autoclaving or sodium hydroxide extends the dose-response curve of the 263K strain of scrapie agent in hamsters. *J Gen Virol* 77(4):811-13, 1996.

16. Stenland CJ, et al: Partitioning of human and sheep forms of the pathogenic prion protein during the purification of therapeutic proteins from human plasma. *Transfusion* 42(11):1497-500, 2002.

17. Lee DC, Miller JL, Petteway SR: Pathogen safety of manufacturing processes for biological products: special emphasis on KOGENATE® Bayer. *Haemophilia* 8(Suppl. 2):6-9, 2002.

18. Lee DC, Stenland CJ, Hartwell, RC, et al: Monitoring plasma processing steps with a sensitive Western blot assay for the detection of the prion protein. *J Virol Methods* 84(1):77-89, 2000.

19. Lee DC, Stenland CJ, Miller JL, et al: A direct relationship between the partitioning of the pathogenic prion protein and transmissible spongiform encephalopathy infectivity during the purification of plasma proteins. *Transfusion* 41(4):449-55, 2001.

20. Cai K, Miller JL, Stenland CJ, et al: Solvent-dependent precipitation of prion protein. *Biochim Biophys Acta* 1597(1):28-35, 2002.

21. Trejo SR, Hotta JA, Lebing W, et al: Evaluation of virus and prion reduction in a new intravenous immunoglobulin manufacturing process. *Vox Sang* 84(3):176-87, 2003.

22. Nuss R, Kilcoyne RF, Geraghty S, et al: MRI findings in haemophilic joints treated with radiosynoviorthesis with development of an MRI scale of joint damage. *Haemophilia* 6:162-169, 2000.

23. Pettersson H, Ahlberg A, Nilsson IM: A radiologic classification of hemophilia arthropathy. *Clin Orthop Relat Res* 149:153-159, 1980.

# 16 HOW SUPPLIED/STORAGE AND HANDLING

## 16.1 How Supplied

Kogenate FS is available as a kit in the following single use glass vial sizes. A suitable volume of Sterile Water for Injection, USP, a double-ended transfer needle, a filter needle, and an administration set are provided in the kit.

| NDC Number | Approximate FVIII Activity (IU) | Diluent (mL) |
|---|---|---|
| 0026-3782-20 | 250 | 2.5 |
| 0026-3783-30 | 500 | 2.5 |
| 0026-3785-50 | 1000 | 2.5 |
| 0026-3786-60 | 2000 | 5.0 |
| 0026-3787-70 | 3000 | 5.0 |

Actual factor VIII activity in IU is stated on the label of each Kogenate FS Vial.

## 16.2 Storage and Handling

*Product as Packaged for Sale:*

- Store Kogenate FS at +2°C to +8°C (36°F to 46°F) for up to 30 months from the date of manufacture. Within this period, Kogenate FS may be stored for a period of up to 12 months at temperatures up to +25°C or 77°F, such as in home treatment situations.

- The starting date of room temperature storage should be clearly recorded on the unopened product carton. Once stored at room temperature, the product must not be returned to the refrigerator. The shelf-life then expires after the storage at room temperature, or the expiration date on the product vial, whichever is earlier.
- Do not use Kogenate FS after the expiration date indicated on the vial.
- Do not freeze.
- Protect from extreme exposure to light and store the lyophilized powder in the carton prior to use.

*Product After Reconstitution:*
- Administer Kogenate FS within 3 hours after reconstitution.
- It is recommended to use the administration set provided.

## 17 PATIENT COUNSELING INFORMATION

See Patient Product Information and Instructions for Use

Advise patients to report any adverse reactions or problems following Kogenate FS administration to their physician or healthcare provider.

- Allergic-type hypersensitivity reactions have been reported with Kogenate FS. Warn patients of the early signs of hypersensitivity reactions [including hives (rash with itching), generalized urticaria, tightness of the chest, wheezing, hypotension] and anaphylaxis. Advise patients to discontinue use of the product if these symptoms occur and seek immediate emergency treatment with resuscitative measures such as the administration of epinephrine and oxygen.
- In clinical studies with Kogenate FS, a 15% incidence of inhibitor development was observed in PUPs/MTPs and zero de-novo inhibitors were observed with the PTPs. Inhibitor formation may occur at any time in the treatment of a patient with hemophilia A. Advise patients to contact their physician or treatment center for further treatment and/or assessment, if they experience a lack of clinical response to factor VIII replacement therapy, as this may be a manifestation of an inhibitor.
- Advise patients to consult with their healthcare provider prior to travel. While traveling advise patients to bring an adequate supply of Kogenate FS based on their current regimen of treatment.


**FDA-Approved Patient Labeling**

**Patient Product Information (PPI)**

**Kogenate FS (kō-jen-ate)**

**Antihemophilic Factor (Recombinant)**

**Formulated with Sucrose**

This leaflet summarizes important information about Kogenate FS. Please read it carefully before using this medicine. This information does not take the place of talking with your healthcare provider, and it does not include all of the important information about Kogenate FS. If you have any questions after reading it, ask your healthcare provider.

**Do not attempt to self-infuse unless you have been taught how by your healthcare provider or hemophilia center.**

**What is Kogenate FS?**

Kogenate FS is a medicine used to replace clotting factor (factor VIII or antihemophilic factor) that is missing in people with hemophilia A (also called "classic" hemophilia). Hemophilia A is an inherited bleeding disorder that prevents blood from clotting normally.

Kogenate FS is used to prevent and control bleeding in adults and children (0-16 years) with hemophilia A. Your healthcare provider may give you Kogenate FS when you have surgery. Kogenate FS can reduce the number of bleeding episodes when used regularly and reduce the risk of joint damage in children.

Kogenate FS is not used to treat von Willebrand's Disease.

**Who should not use Kogenate FS?**

You should not use Kogenate FS if you

- are allergic to rodents (like mice and hamsters).
- are allergic to any ingredients in Kogenate FS.

Tell your healthcare provider if you are pregnant or breast-feeding because Kogenate FS may not be right for you.

**What should I tell my healthcare provider before I use Kogenate FS?**

Tell your healthcare provider about all of your medical conditions.

Tell your healthcare provider and pharmacist about all of the medicines you take, including all prescription and non-prescription medicines, such as over-the-counter medicines, supplements, or herbal remedies.

Tell your healthcare provider if you have been told that you have inhibitors to factor VIII (because Kogenate FS may not work for you).

**What are the possible side effects of Kogenate FS?**

You could have an allergic reaction to Kogenate FS. Call your healthcare provider right away and stop treatment if you get

- rash or hives
- itching
- tightness of the chest or throat
- difficulty breathing
- light-headed, dizziness
- nausea
- decrease in blood pressure

Your body can also make antibodies, called "inhibitors," against Kogenate FS, which may stop Kogenate FS from working properly. Consult with your healthcare provider to make sure you are carefully monitored with blood tests for the development of inhibitors to factor VIII.

Other common side effects of Kogenate FS are

- Local injection site reactions (pain, swelling, irritation at infusion site)
- Infections from implanted injection device

Tell your healthcare provider about any side effect that bothers you or that does not go away.

Finding veins for injections may be difficult in young children. When frequent injections are required your child's healthcare provider may propose to have a device surgically placed under the skin to facilitate access to the bloodstream. These devices may result in infections.

These are not all the possible side effects with Kogenate FS. You can ask your healthcare provider for information that is written for healthcare professionals.

**How do I store Kogenate FS?**

Do not freeze Kogenate FS.

Store Kogenate FS at +2°C to +8°C (36°F to 46°F) for up to 30 months from the date of manufacture. Within this period, Kogenate FS may be stored for a period of up to 12 months at temperatures up to +25°C or 77°F.

The starting date of room temperature storage should be clearly recorded on the unopened product carton. Once stored at room temperature, the product must not be returned to the refrigerator. The shelf-life then expires after the storage at room temperature, or the expiration date on the product vial, whichever is earlier. Store vials in their original carton and protect them from extreme exposure to light.

Reconstituted product (after mixing dry products with wet diluent) must be used within 3 hours and cannot be stored.

Throw away any unused Kogenate FS after the expiration date.

Do not use reconstituted Kogenate FS if it is not clear to slightly cloudy and colorless.

**What else should I know about Kogenate FS and hemophilia A?**

Medicines are sometimes prescribed for purposes other than those listed here. Do not use Kogenate FS for a condition for which it is not prescribed. Do not share Kogenate FS with other people, even if they have the same symptoms that you have.

This leaflet summarizes the most important information about Kogenate FS. If you would like more information, talk to your healthcare provider. You can ask your healthcare provider or pharmacist for information about Kogenate FS that was written for healthcare professionals.

## Instructions for use

### How should I take Kogenate FS?

**Do not attempt to self-infuse unless you have been taught how by your healthcare provider or hemophilia center.**

See the step-by-step instructions for reconstituting Kogenate FS at the end of this leaflet and the specific infusion instruction leaflet provided.

You should always follow the specific instructions given by your healthcare provider. The steps listed below are general guidelines for using Kogenate FS. If you are unsure of the procedures, please call your healthcare provider before using.

Call your healthcare provider right away if bleeding is not controlled after using Kogenate FS.

Your healthcare provider will prescribe the dose that you should take.

Your healthcare provider may need to take blood tests from time to time.

Talk to your healthcare provider before traveling. You should plan to bring enough Kogenate FS for your treatment during this time.

Carefully handle Kogenate FS. Dispose of all materials, including any leftover reconstituted Kogenate FS product, in an appropriate container.

### Reconstitution and use of Kogenate FS

Always work on a clean surface and wash your hands before performing the following procedures:

1. Warm the unopened diluent and the concentrate to a temperature not to exceed 37°C or 99°F.

2. After removing the plastic flip-top caps (Fig. A), clean the rubber stoppers of both bottles with alcohol wipes. Be careful not to handle the rubber stopper.



3. Remove the cover from one end of the plastic transfer needle cartridge and insert into the stopper of the diluent bottle (Fig. B).



4. Remove the rest of the cover from the needle cartridge. Turn over the diluent bottle. With the needle at an angle, insert into the rubber seal on the concentrate bottle (Fig. C).



5. The vacuum will suck the diluent into the concentrate bottle. Hold the diluent bottle at an angle to the concentrate bottle in order to direct the stream of diluent against the wall of the concentrate bottle (Fig. C). Avoid too much foaming. If the diluent does not get into the bottle, the product should not be used.

6. Remove the diluent bottle and transfer needle (Fig. D). Gently, swirl the bottle until the Kogenate FS infusion liquid is dissolved. Be careful not to create foam (Fig. E). Throw away any liquid that is cloudy, the wrong color, or contains particles.





7. Clean the stopper of the Kogenate FS infusion liquid bottle with an alcohol wipe. Allow the stopper to air dry.

8. Using the filter needle from the infusion set, suck the infusion liquid into the syringe (Fig. F). Replace the filter needle with the vein needle from the infusion set and follow the specific instructions for infusion provided in the accompanying infusion set leaflet.



9. If the same patient is getting more than one bottle for an infusion, the contents of two infusion liquid bottles can be sucked into the same syringe using separate unused filter needles before attaching the vein needle.

**Rate of administration**

The entire dose of Kogenate FS can usually be infused within 1 to 15 minutes. However, your healthcare provider will determine the rate of administration that is best for you.

**Resources at Bayer available to the patient:**

For Adverse Reaction Reporting contact:

Bayer Medical Communications 1-888-84-BAYER (1-888-842-2937)

Contact Bayer to receive more product information:

Kogenate FS Customer Service 1-888-606-3780

Bayer Reimbursement HELPline 1-800-288-8374

For more information, visit www.kogenatefs.com

Bayer HealthCare LLC

Tarrytown, NY 10591 USA

U.S. License No. 8

(License Holder: Bayer Corporation)

http://www.kogenatefs.com/

Skip to DrugLabel content     Skip to DrugLabel sections





**Daily** Med

Current Medication Information

Options
Home
E-mail Label Information
Downloads
SPL History
Print this Label
Download this Label (PDF)
Notify of Updates
Contact Us
Additional Resources
Report Adverse Event
MedlinePlus Information
Find Clinical Trials
Biochemical Data Summary
Search PubMed Articles
Presence in Breast Milk

Merriam-Webster Turn Dictionary On

Search : [ ] GO

Limits: ○ Drug Name   ○ NDC Code   ○ Drug Class

**LASIX (furosemide) tablet**
**[sanofi-aventis U.S. LLC]**

**RxNorm Names**
► Review RxNorm Normal Forms

Permanent Link: http://dailymed.nlm.nih.gov/dailymed/lookup.cfm?setid=eadfe464-720b-4dcd-a0d8-45dba706bd33

| Category | DEA Schedule | Marketing Status |
|---|---|---|
| HUMAN PRESCRIPTION DRUG LABEL | | |

**Drug Label Sections**

Description   Clinical Pharmacology   Indications & Usage   Contraindications   Warnings   Precautions

Adverse Reactions   Overdosage   Dosage & Administration   How Supplied   Patient Counseling Information

Supplemental Patient Material   Boxed Warning   Patient Package Insert   Highlights   Full Table of Contents

Medication Guide

## WARNING

LASIX® (furosemide) is a potent diuretic which, if given in excessive amounts, can lead to a profound diuresis with water and electrolyte depletion. Therefore, careful medical supervision is required and dose and dose schedule must be adjusted to the individual patient's needs. (See DOSAGE AND ADMINISTRATION.)

## DESCRIPTION

LASIX® is a diuretic which is an anthranilic acid derivative. LASIX tablets for oral administration contain furosemide as the active ingredient and the following inactive ingredients: lactose monohydrate NF, magnesium stearate NF, starch NF, talc USP, and colloidal silicon dioxide NF. Chemically, it is 4-chloro-N-furfuryl-5-sulfamoylanthranilic acid. LASIX is available as white tablets for oral administration in dosage strengths of 20, 40 and 80 mg. Furosemide is a white to off-white odorless crystalline powder. It is practically insoluble in water, sparingly soluble in alcohol, freely soluble in dilute alkali solutions and insoluble in dilute acids.

The CAS Registry Number is 54-31-9.

The structural formula is as follows:

## CLINICAL PHARMACOLOGY

Investigations into the mode of action of LASIX have utilized micropuncture studies in rats, stop flow experiments in dogs and various clearance studies in both humans and experimental animals. It has been demonstrated that LASIX inhibits primarily the absorption of sodium and chloride not only in the proximal and distal tubules but also in the loop of Henle. The high degree of efficacy is largely due to the unique site of action. The action on the distal tubule is independent of any inhibitory effect on carbonic anhydrase and aldosterone.

Recent evidence suggests that furosemide glucuronide is the only or at least the major biotransformation product of furosemide in man. Furosemide is extensively bound to plasma proteins, mainly to albumin. Plasma concentrations ranging from 1 to 400 µg/mL are 91 to 99% bound in healthy individuals. The unbound fraction averages 2.3 to 4.1% at therapeutic concentrations.

The onset of diuresis following oral administration is within 1 hour. The peak effect occurs within the first or second hour. The duration of diuretic effect is 6 to 8 hours.

In fasted normal men, the mean bioavailability of furosemide from LASIX Tablets and LASIX Oral Solution is 64% and 60%, respectively, of that from an intravenous injection of the drug. Although furosemide is more rapidly absorbed from the oral solution (50 minutes) than from the tablet (87 minutes), peak plasma levels and area under the plasma concentration-time curves do not differ significantly. Peak plasma concentrations increase with increasing dose but times-to-peak do not differ among doses. The terminal half-life of furosemide is approximately

2 hours.

Significantly more furosemide is excreted in urine following the IV injection than after the tablet or oral solution. There are no significant differences between the two oral formulations in the amount of unchanged drug excreted in urine.

### Geriatric Population

Furosemide binding to albumin may be reduced in elderly patients. Furosemide is predominantly excreted unchanged in the urine. The renal clearance of furosemide after intravenous administration in older healthy male subjects (60–70 years of age) is statistically significantly smaller than in younger healthy male subjects (20–35 years of age). The initial diuretic effect of furosemide in older subjects is decreased relative to younger subjects. (See **PRECAUTIONS: Geriatric Use**.)

### INDICATIONS AND USAGE

### Edema

LASIX is indicated in adults and pediatric patients for the treatment of edema associated with congestive heart failure, cirrhosis of the liver, and renal disease, including the nephrotic syndrome. LASIX is particularly useful when an agent with greater diuretic potential is desired.

### Hypertension

Oral LASIX may be used in adults for the treatment of hypertension alone or in combination with other antihypertensive agents. Hypertensive patients who cannot be adequately controlled with thiazides will probably also not be adequately controlled with LASIX alone.

### CONTRAINDICATIONS

LASIX is contraindicated in patients with anuria and in patients with a history of hypersensitivity to furosemide.

### WARNINGS

In patients with hepatic cirrhosis and ascites, LASIX therapy is best initiated in the hospital. In hepatic coma and in states of electrolyte depletion, therapy should not be instituted until the basic condition is improved. Sudden alterations of fluid and electrolyte balance in patients with cirrhosis may precipitate hepatic coma; therefore, strict observation is necessary during the period of diuresis. Supplemental potassium chloride and, if required, an aldosterone antagonist are helpful in preventing hypokalemia and metabolic alkalosis.

If increasing azotemia and oliguria occur during treatment of severe progressive renal disease, LASIX should be discontinued.

Cases of tinnitus and reversible or irreversible hearing impairment have been reported. Usually, reports indicate that LASIX ototoxicity is associated with rapid injection, severe renal impairment, doses exceeding several times the usual recommended dose, or concomitant therapy with aminoglycoside antibiotics, ethacrynic acid, or other ototoxic drugs. If the physician elects to use high dose parenteral therapy, controlled intravenous infusion is advisable (for adults, an infusion rate not exceeding 4 mg LASIX per minute has been used).

### PRECAUTIONS

### General

Excessive diuresis may cause dehydration and blood volume reduction with circulatory collapse and possibly vascular thrombosis and embolism, particularly in elderly patients. As with any effective diuretic, electrolyte depletion may occur during LASIX therapy, especially in patients receiving higher doses and a restricted salt intake. Hypokalemia may develop with LASIX, especially with brisk diuresis, inadequate oral electrolyte intake, when cirrhosis is present, or during concomitant use of corticosteroids, ACTH, licorice in large amounts, or prolonged use of laxatives. Digitalis therapy may exaggerate metabolic effects of hypokalemia, especially myocardial effects.

All patients receiving LASIX therapy should be observed for these signs or symptoms of fluid or electrolyte imbalance (hyponatremia, hypochloremic alkalosis, hypokalemia, hypomagnesemia or hypocalcemia): dryness of mouth, thirst, weakness, lethargy, drowsiness, restlessness, muscle pains or cramps, muscular fatigue, hypotension, oliguria, tachycardia, arrhythmia, or gastrointestinal disturbances such as nausea and vomiting. Increases in blood glucose and alterations in glucose tolerance tests (with abnormalities of the fasting and 2-hour postprandial sugar) have been observed, and rarely, precipitation of diabetes mellitus has been reported.

Urinary outflow must be secured. Patients with partial obstruction of urinary outflow (e.g., in patients with bladder-emptying disorders, prostatic hyperplasia or narrowing of the urethra), increased production and retention of urine may provoke or aggravate complaints. Thus, these patients require careful monitoring, especially during the initial stages of treatment.

In patients at high risk for radiocontrast nephropathy LASIX can lead to a higher incidence of deterioration in renal function after receiving radiocontrast compared to high-risk patients who received only intravenous hydration prior to receiving radiocontrast.

In patients with hypoproteinemia (e.g., associated with nephrotic syndrome) the effect of LASIX may be weakened and its ototoxicity potentiated, cautious dose titration is required.

Asymptomatic hyperuricemia can occur and gout may rarely be precipitated.

Patients allergic to sulfonamides may also be allergic to LASIX. The possibility exists of exacerbation or activation

of systemic lupus erythematosus.

As with many other drugs, patients should be observed regularly for the possible occurrence of blood dyscrasias, liver or kidney damage, or other idiosyncratic reactions.

**Information for Patients**

Patients receiving LASIX should be advised that they may experience symptoms from excessive fluid and/or electrolyte losses. The postural hypotension that sometimes occurs can usually be managed by getting up slowly. Potassium supplements and/or dietary measures may be needed to control or avoid hypokalemia.

Patients with diabetes mellitus should be told that furosemide may increase blood glucose levels and thereby affect urine glucose tests. The skin of some patients may be more sensitive to the effects of sunlight while taking furosemide.

Hypertensive patients should avoid medications that may increase blood pressure, including over-the-counter products for appetite suppression and cold symptoms.

**Laboratory Tests**

Serum electrolytes (particularly potassium), $CO_2$, creatinine and BUN should be determined frequently during the first few months of LASIX therapy and periodically thereafter. Serum and urine electrolyte determinations are particularly important when the patient is vomiting profusely or receiving parenteral fluids. Abnormalities should be corrected or the drug temporarily withdrawn. Other medications may also influence serum electrolytes.

Reversible elevations of BUN may occur and are associated with dehydration, which should be avoided, particularly in patients with renal insufficiency.

Urine and blood glucose should be checked periodically in diabetics receiving LASIX, even in those suspected of latent diabetes.

LASIX may lower serum levels of calcium (rarely cases of tetany have been reported) and magnesium. Accordingly, serum levels of these electrolytes should be determined periodically.

In premature infants LASIX may precipitate nephrocalcinosis/nephrolithiasis, therefore renal function must be monitored and renal ultrasonography performed.

**Drug Interactions**

LASIX may increase the ototoxic potential of aminoglycoside antibiotics, especially in the presence of impaired renal function. Except in life-threatening situations, avoid this combination.

LASIX should not be used concomitantly with ethacrynic acid because of the possibility of ototoxicity. Patients receiving high doses of salicylates concomitantly with LASIX, as in rheumatic disease, may experience salicylate toxicity at lower doses because of competitive renal excretory sites.

There is a risk of ototoxic effects if cisplatin and LASIX are given concomitantly. In addition, nephrotoxicity of nephrotoxic drugs such as cisplatin may be enhanced if LASIX is not given in lower doses and with positive fluid balance when used to achieve forced diuresis during cisplatin treatment.

LASIX has a tendency to antagonize the skeletal muscle relaxing effect of tubocurarine and may potentiate the action of succinylcholine.

Lithium generally should not be given with diuretics because they reduce lithium's renal clearance and add a high risk of lithium toxicity.

LASIX may add to or potentiate the therapeutic effect of other antihypertensive drugs, necessitating a reduction in the dosage of these drugs.

Potentiation occurs with ganglionic or peripheral adrenergic blocking drugs.

LASIX may decrease arterial responsiveness to norepinephrine. However, norepinephrine may still be used effectively.

Simultaneous administration of sucralfate and LASIX tablets may reduce the natriuretic and antihypertensive effects of LASIX. Patients receiving both drugs should be observed closely to determine if the desired diuretic and/or antihypertensive effect of LASIX is achieved. The intake of LASIX and sucralfate should be separated by at least two hours.

In isolated cases, intravenous administration of LASIX within 24 hours of taking chloral hydrate may lead to flushing, sweating attacks, restlessness, nausea, increase in blood pressure and tachycardia. Use of LASIX concomitantly with chloral hydrate is, therefore, not recommended.

Phenytoin interferes directly with renal action of LASIX.

Probenecid, methotrexate and other drugs which, like LASIX, undergo significant renal tubular secretion may reduce the effect of LASIX. Conversely, LASIX may decrease renal elimination of these drugs. High-dose treatment of both LASIX and the other drugs, may lead to increased serum levels and an increased risk of adverse effects due to LASIX or the concomitant medication.

The cephalosporin antibiotics should be used with caution in the presence of even minor transient renal impairment and particularly if LASIX is being given concurrently

Concomitant use of cyclosporine and LASIX is associated with increased risk of gouty arthritis secondary to LASIX-induced hyperurecemia and cyclosporine impairment of renal urate excretion.

One study in six subjects demonstrated that the combination of furosemide and acetylsalicylic acid temporarily reduced creatinine clearance in patients with chronic renal insufficiency. There are case reports of patients who

developed increased BUN, serum creatinine and serum potassium levels, and weight gain when furosemide was used in conjunction with NSAIDs.

Literature reports indicate that coadministration of indomethacin may reduce the natriuretic and antihypertensive effects of LASIX (furosemide) in some patients by inhibiting prostaglandin synthesis. Indomethacin may also affect plasma renin levels, aldosterone excretion, and renin profile evaluation. Patients receiving both indomethacin and LASIX should be observed closely to determine if the desired diuretic and/or antihypertensive effect of LASIX is achieved.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

Furosemide was tested for carcinogenicity by oral administration in one strain of mice and one strain of rats. A small but significantly increased incidence of mammary gland carcinomas occurred in female mice at a dose 17.5 times the maximum human dose of 600 mg. There were marginal increases in uncommon tumors in male rats at a dose of 15 mg/kg (slightly greater than the maximum human dose) but not at 30 mg/kg.

Furosemide was devoid of mutagenic activity in various strains of *Salmonella typhimurium* when tested in the presence or absence of an *in vitro* metabolic activation system, and questionably positive for gene mutation in mouse lymphoma cells in the presence of rat liver S9 at the highest dose tested. Furosemide did not induce sister chromatid exchange in human cells *in vitro*, but other studies on chromosomal aberrations in human cells *in vitro* gave conflicting results. In Chinese hamster cells it induced chromosomal damage but was questionably positive for sister chromatid exchange. Studies on the induction by furosemide of chromosomal aberrations in mice were inconclusive. The urine of rats treated with this drug did not induce gene conversion in *Saccharomyces cerevisiae*.

LASIX (furosemide) produced no impairment of fertility in male or female rats, at 100 mg/kg/day (the maximum effective diuretic dose in the rat and 8 times the maximal human dose of 600 mg/day).

### Pregnancy

*PREGNANCY CATEGORY C* - Furosemide has been shown to cause unexplained maternal deaths and abortions in rabbits at 2, 4 and 8 times the maximal recommended human dose. There are no adequate and well-controlled studies in pregnant women. LASIX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Treatment during pregnancy requires monitoring of fetal growth.

The effects of furosemide on embryonic and fetal development and on pregnant dams were studied in mice, rats and rabbits.

Furosemide caused unexplained maternal deaths and abortions in the rabbit at the lowest dose of 25 mg/kg (2 times the maximal recommended human dose of 600 mg/day). In another study, a dose of 50 mg/kg (4 times the maximal recommended human dose of 600 mg/day) also caused maternal deaths and abortions when administered to rabbits between Days 12 and 17 of gestation. In a third study, none of the pregnant rabbits survived a dose of 100 mg/kg. Data from the above studies indicate fetal lethality that can precede maternal deaths.

The results of the mouse study and one of the three rabbit studies also showed an increased incidence and severity of hydronephrosis (distention of the renal pelvis and, in some cases, of the ureters) in fetuses derived from the treated dams as compared with the incidence in fetuses from the control group.

### Nursing Mothers

Because it appears in breast milk, caution should be exercised when LASIX is administered to a nursing mother.

LASIX may inhibit lactation.

### Geriatric Use

Controlled clinical studies of LASIX did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for the elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal or cardiac function, and of concomitant disease or other drug therapy.

This drug is known to be substantially excreted by the kidney, and the risk of toxic reactions to this drug may be greater in patients with impaired renal function. Because elderly patients are more likely to have decreased renal function, care should be taken in dose selection and it may be useful to monitor renal function. (See **PRECAUTIONS: General** and **DOSAGE AND ADMINISTRATION**.)

### ADVERSE REACTIONS

Adverse reactions are categorized below by organ system and listed by decreasing severity.

### Gastrointestinal System Reactions

1. hepatic encephalopathy in patients with hepatocellular insufficiency
2. pancreatitis
3. jaundice (intrahepatic cholestatic jaundice)
4. increased liver enzymes
5. anorexia
6. oral and gastric irritation
7. cramping

8. diarrhea
9. constipation
10. nausea
11. vomiting

## Systemic Hypersensitivity Reactions

1. Severe anaphylactic or anaphylactoid reactions (e.g. with shock)
2. systemic vasculitis
3. interstitial nephritis
4. necrotizing angiitis

## Central Nervous System Reactions

1. tinnitus and hearing loss
2. paresthesias
3. vertigo
4. dizziness
5. headache
6. blurred vision
7. xanthopsia

## Hematologic Reactions

1. aplastic anemia (rare)
2. thrombocytopenia
3. agranulocytosis (rare)
4. hemolytic anemia
5. leukopenia
6. anemia
7. eosinophilia

## Dermatologic-Hypersensitivity Reactions

1. exfoliative dermatitis
2. bullous pemphigoid
3. erythema multiforme
4. purpura
5. photosensitivity
6. urticaria
7. rash
8. pruritus

## Cardiovascular Reaction

1. Orthostatic hypotension may occur and be aggravated by alcohol, barbiturates or narcotics.
2. Increase in cholesterol and triglyceride serum levels

## Other Reactions

1. hyperglycemia
2. glycosuria
3. hyperuricemia
4. muscle spasm
5. weakness
6. restlessness
7. urinary bladder spasm
8. thrombophlebitis
9. fever

In premature infants LASIX may precipitate nephrocalcinosis/nephrolithiasis.

If LASIX is administered to premature infants during the first weeks of life, it may increase the risk of persistence of patent ductus arteriosus.

Whenever adverse reactions are moderate or severe, LASIX dosage should be reduced or therapy withdrawn.

## OVERDOSAGE

The principal signs and symptoms of overdose with LASIX are dehydration, blood volume reduction, hypotension, electrolyte imbalance, hypokalemia and hypochloremic alkalosis, and are extensions of its diuretic action.

The acute toxicity of LASIX has been determined in mice, rats and dogs. In all three, the oral $LD_{50}$ exceeded 1000 mg/kg body weight, while the intravenous $LD_{50}$ ranged from 300 to 680 mg/kg. The acute intragastric toxicity in neonatal rats is 7 to 10 times that of adult rats.

The concentration of LASIX in biological fluids associated with toxicity or death is not known.

Treatment of overdosage is supportive and consists of replacement of excessive fluid and electrolyte losses. Serum electrolytes, carbon dioxide level and blood pressure should be determined frequently. Adequate drainage must be assured in patients with urinary bladder outlet obstruction (such as prostatic hypertrophy).

Hemodialysis does not accelerate furosemide elimination.

## DOSAGE AND ADMINISTRATION

### Edema

Therapy should be individualized according to patient response to gain maximal therapeutic response and to determine the minimal dose needed to maintain that response.

Adults

The usual initial dose of LASIX is 20 to 80 mg given as a single dose. Ordinarily a prompt diuresis ensues. If needed, the same dose can be administered 6 to 8 hours later or the dose may be increased. The dose may be raised by 20 or 40 mg and given not sooner than 6 to 8 hours after the previous dose until the desired diuretic effect has been obtained. The individually determined single dose should then be given once or twice daily (eg, at 8 am and 2 pm). The dose of LASIX may be carefully titrated up to 600 mg/day in patients with clinically severe edematous states.

Edema may be most efficiently and safely mobilized by giving LASIX on 2 to 4 consecutive days each week.

When doses exceeding 80 mg/day are given for prolonged periods, careful clinical observation and laboratory monitoring are particularly advisable. (See **PRECAUTIONS: Laboratory Tests.**)

Geriatric patients

In general, dose selection for the elderly patient should be cautious, usually starting at the low end of the dosing range (see **PRECAUTIONS: Geriatric Use**).

Pediatric patients

The usual initial dose of oral LASIX in pediatric patients is 2 mg/kg body weight, given as a single dose. If the diuretic response is not satisfactory after the initial dose, dosage may be increased by 1 or 2 mg/kg no sooner than 6 to 8 hours after the previous dose. Doses greater than 6 mg/kg body weight are not recommended. For maintenance therapy in pediatric patients, the dose should be adjusted to the minimum effective level.

### Hypertension

Therapy should be individualized according to the patient's response to gain maximal therapeutic response and to determine the minimal dose needed to maintain the therapeutic response.

Adults

The usual initial dose of LASIX for hypertension is 80 mg, usually divided into 40 mg twice a day. Dosage should then be adjusted according to response. If response is not satisfactory, add other antihypertensive agents.

Changes in blood pressure must be carefully monitored when LASIX is used with other antihypertensive drugs, especially during initial therapy. To prevent excessive drop in blood pressure, the dosage of other agents should be reduced by at least 50 percent when LASIX is added to the regimen. As the blood pressure falls under the potentiating effect of LASIX, a further reduction in dosage or even discontinuation of other antihypertensive drugs may be necessary.

Geriatric patients

In general, dose selection and dose adjustment for the elderly patient should be cautious, usually starting at the low end of the dosing range (see **PRECAUTIONS: Geriatric Use**).

## HOW SUPPLIED

LASIX (furosemide) Tablets 20 mg are supplied as white, oval, monogrammed tablets in Bottles of 100 (NDC 0039-0067-10), 500 (NDC 0039-0067-50), and 1000 (NDC 0039-0067-70). The 20 mg tablets are imprinted with "Lasix®" on one side and "HOECHST" on the other, or with "Lasix®" on one side.

LASIX Tablets 40 mg are supplied as white, round, monogrammed, scored tablets in Bottles of 100 (NDC 0039-0060-13), 500 (NDC 0039-0060-50), 1000 (NDC 0039-0060-70), and Unit Dose Packs of 100 (NDC 0039-0060-11). The 40 mg tablets are imprinted with "Lasix® 40" on one side and the Hoechst logo on the other, or with "Lasix® 40" on one side.

LASIX Tablets 80 mg are supplied as white, round, monogrammed, facetted edge tablets in Bottles of 50 (NDC

0039-0066-05) and 500 (NDC 0039-0066-50). The 80 mg tablets are imprinted with "Lasix® 80" on one side and the Hoechst logo on the other, or with "Lasix® 80" on one side.

**Note:** Dispense in well-closed, light-resistant containers. Exposure to light might cause a slight discoloration. Discolored tablets should not be dispensed.

Tested by USP Dissolution Test 2

Store at 25° C (77° F); excursions permitted to 15 – 30° C (59 – 86° F). [See USP Controlled Room Temperature.]

Revised September 2008

sanofi-aventis U.S. LLC
Bridgewater, NJ 08807

© 2008 sanofi-aventis U.S. LLC

---

## LASIX
furosemide  tablet

### Product Information

| | | | |
|---|---|---|---|
| Product Type | HUMAN PRESCRIPTION DRUG | NDC Product Code (Source) | 0039-0067 |
| Route of Administration | ORAL | DEA Schedule | |

### INGREDIENTS

| Name (Active Moiety) | Type | Strength |
|---|---|---|
| **furosemide** (furosemide) | Active | 20 MILLIGRAM  In 1 TABLET |
| **lactose monohydrate** | Inactive | |
| **magnesium stearate** | Inactive | |
| **starch** | Inactive | |
| **talc** | Inactive | |
| **colloidal silicon dioxide** | Inactive | |

### Product Characteristics

| | | | |
|---|---|---|---|
| Color | white | Score | no score |
| Shape | OVAL (ellipsoidal) | Size | 8mm |
| Flavor | | Imprint Code | LASIX;HOECHST |
| Contains | | | |
| Coating | false | Symbol | false |

### Packaging

| # | NDC | Package Description | Multilevel Packaging |
|---|---|---|---|
| 1 | 0039-0067-10 | 100 TABLET In 1 BOTTLE | None |
| 2 | 0039-0067-50 | 500 TABLET In 1 BOTTLE | None |
| 3 | 0039-0067-70 | 1000 TABLET In 1 BOTTLE | None |

---

## LASIX
furosemide  tablet

### Product Information

| Product Type | HUMAN PRESCRIPTION DRUG | NDC Product Code (Source) | 0039-0060 |
|---|---|---|---|
| Route of Administration | ORAL | DEA Schedule | |

## INGREDIENTS

| Name (Active Moiety) | Type | Strength |
|---|---|---|
| furosemide (furosemide) | Active | 40 MILLIGRAM In 1 TABLET |
| lactose monohydrate | Inactive | |
| magnesium stearate | Inactive | |
| starch | Inactive | |
| talc | Inactive | |
| colloidal silicon dioxide | Inactive | |

## Product Characteristics

| | | | |
|---|---|---|---|
| Color | white | Score | 2 pieces |
| Shape | ROUND | Size | 8mm |
| Flavor | | Imprint Code | LASIX;40 |
| Contains | | | |
| Coating | false | Symbol | true |

## Packaging

| # | NDC | Package Description | Multilevel Packaging |
|---|---|---|---|
| 1 | 0039-0060-13 | 100 TABLET In 1 BOTTLE | None |
| 2 | 0039-0060-50 | 500 TABLET In 1 BOTTLE | None |
| 3 | 0039-0060-70 | 1000 TABLET In 1 BOTTLE | None |
| 4 | 0039-0060-11 | 10 BLISTER PACK In 1 CARTON | contains a BLISTER PACK |
| 4 | | 10 TABLET In 1 BLISTER PACK | This package is contained within the CARTON (0039-0060-11) |

---

## LASIX
furosemide  tablet

## Product Information

| Product Type | HUMAN PRESCRIPTION DRUG | NDC Product Code (Source) | 0039-0066 |
|---|---|---|---|
| Route of Administration | ORAL | DEA Schedule | |

## INGREDIENTS

| Name (Active Moiety) | Type | Strength |
|---|---|---|
| furosemide (furosemide) | Active | 80 MILLIGRAM In 1 TABLET |
| lactose monohydrate | Inactive | |
| magnesium stearate | Inactive | |
| starch | Inactive | |
| talc | Inactive | |
| colloidal silicon dioxide | Inactive | |

## Product Characteristics

| | | | |
|---|---|---|---|
| **Color** | white | **Score** | 2 pieces |
| **Shape** | ROUND | **Size** | 10mm |
| **Flavor** | | **Imprint Code** | LASIX;80 |
| **Contains** | | | |
| **Coating** | false | **Symbol** | true |

## Packaging

| # | NDC | Package Description | Multilevel Packaging |
|---|---|---|---|
| 1 | 0039-0066-05 | 50 TABLET In 1 BOTTLE | None |
| 2 | 0039-0066-50 | 500 TABLET In 1 BOTTLE | None |

Revised: 12/2008

sanofi-aventis U.S. LLC

Copyright, Privacy, Accessibility
U.S. National Library of Medicine, 8600 Rockville Pike, Bethesda, MD 20894
National Institutes of Health, Health & Human Services



About Hospira      News & Media      Investor Relations      In the Community      Search :

**Patient and Caregiver Initiatives**

**Products**

**Product Catalog**

**One 2 One Contract Manufacturing Services**

**Support and Services**

**Clinical Information**

**MSDS Search**

# Liposyn® (I.V. Fat Emulsion)



Liposyn (I.V. Fat Emulsion):

- I.V. fat emulsion for TPN compounding or direct infusion
- Available in 10%, 20% and 30% concentrations
- Delivers prescribed calories and essential fatty acids
- Liposyn II is a 50/50 blend of soybean and safflower oil
- Liposyn III is a soybean oil emulsion

**Compatibility**

*Product*

- Aminosyn® (Amino Acid Injection)
- Dextrose, Sterile Water and TPN Containers
- Micronutrients

**Package Inserts**

- Liposyn II Intravenous Fat Emulsion
- Liposyn III Intravenous Fat Emulsion
- Liposyn III 30% Intravenous Fat Emulsion

**Liposyn products**

Boxed Warning:

Deaths in preterm infants after infusion of intravenous fat emulsions have been reported in the medical literature. Autopsy findings included intravascular fat accumulation in the lungs. Treatment of premature and low birth weight infants with intravenous fat emulsion must be based upon careful benefit-risk assessment. Strict adherence to the total daily dose is mandatory; hourly infusion rate should be as slow as possible in each case and should not in any case exceed 1 g/kg in four hours. Premature and small for gestational age infants have poor clearance of intravenous fat emulsion and increased free fatty acid plasma levels following fat emulsion infusion; therefore, serious consideration must be given to administration of less than maximum recommended doses in these patients in order to decrease the likelihood of intravenous fat overload. The infant's ability to eliminate infused fat from the circulation must be carefully monitored (such as triglyceride and/or plasma free fatty acid levels). The lipemia must clear between daily infusions.

Safety Information

Caution should be exercised when administering intravenous fat emulsion to patients with severe liver damage, pulmonary disease, anemia or blood coagulation disorders or when there is danger of fat embolism. The too rapid administration of intravenous fat emulsion can cause fluid and/or fat overloading, resulting in dilution or serum electrolyte concentrations, overhydration, congested states, pulmonary edema, impaired pulmonary diffusion capacity or metabolic acidosis.

This product contains aluminum that may be toxic.

Indications and Usage

Intravenous fat emulsion is indicated as a source of calories for patients requiring parenteral nutrition. Where such nutrition is required for extended periods of time (more than 5 days), intravenous fat emulsion is also indicated as a source of essential fatty acids to prevent or reverse biochemical changes in fatty acid composition of plasma lipids (elevated triene/tetraene ration) and the clinical manifestations of EFAD.

Case 1:01-cv-12257-PBS   Document 7729-5   Filed 08/05/11   Page 54 of 98

**Pharmacy Bulk Packages**

Pharmacy bulk packages are not for direct infusion. Sterile Water for Injection and 50% and 70% Dextrose for Injection, USP Pharmacy Bulk Package are for use only with automated compounding devices.

Careers    Contact Hospira    Site Map    Buy Online    Legal Notices    Website Privacy Policy    Compliance

© Hospira, Inc. Lake Forest, Illinois, U.S.A.

This Web site and its information is intended for use by United States residents only. Countries outside the United States may have regulatory requirements, data requirements or medical practices that differ from the United States and, therefore, this information may be inappropriate for use outside the United States. Site contents are intended for informational purposes only and not intended to replace discussion with a healthcare provider. If you have any questions regarding this site, contact Hospira.

9-084-PR2-5-2





**Explore Related Topics:**

- Antibiotics

## Lyphocin

Ads by Google
Christian Drug Rehab
Biblical, Christ-Centered Christian Drug Rehab. Call: (888) 539-4855!
www.TheRecoveryPlace.net/Christian
Center Drug Rehab Treatment
Change Your Life In A Safe Retreat. Call Us 24/7. Insurance Welcome.
www.TheTreatmentCenter.com
#1 Addiction Rehab Center
Adult, Addiction Rehab & Detox All Private Rooms, Insurance OK
TransformationsTreatment.com

### Trademark details

Lyphocin® is a registered trademark used for Sterile Vancomycin Hydrochloride For Intravenous Use As an Antibiotic and owned by Fujisawa USA, Inc., Lyphomed, Inc.. Full trade mark registration details, registered images and more information below.

View more »

| | |
|---|---|
| Goods and/or Services: | Sterile Vancomycin Hydrochloride For Intravenous Use As an Antibiotic |
| Serial Number: | 73676082 |
| Registration Number: | 1562957 |
| Filing Date: | Aug 3, 1987 |
| Last Applicant(s)/ Owner(s) of Record | **Fujisawa USA, Inc.**<br>**10401 W. Touhy Avenue**<br>**Rosemont, Il 60018 US**<br><br>**Lyphomed, Inc.**<br>**10401 W. Touhy Avenue**<br>**Rosemont, Il 60018 US** |
| Related Products: | Pharmaceuticals |

## Web Sites 🔲 powered by bing

*Total : 672*    View more »

Lyphocin (vancomycin) medical facts from Drugs.com
www.drugs.com | *Jul 30, 2011*
Physician reviewed Lyphocin patient information - includes Lyphocin description, dosage and directions.

Lyphocin Information
www.lyphocin.com | *Aug 1, 2011*
What is Lyphocin (vancomycin)? Vancomycin is an antibiotic. It fights bacteria in the body. Vancomycin is used to treat infections of the intestines that cause colitis ...

Lyphocin, Vancocin HCl, Vancocin HCl Pulvules (vancomycin) Drug ...
www.emedicinehealth.com | *Aug 1, 2011*
Drug information on Lyphocin, Vancocin HCl, Vancocin HCl Pulvules (vancomycin), includes drug pictures, side effects, drug interactions, directions for use, symptoms of ...

VANCOMYCIN - INJECTION (Vancocin) side effects, medical uses, and ...
www.medicinenet.com | *Jul 28, 2011*
Featured Image. Picture of Psoriasis. A reddish, scaly rash often located over the surfaces of the elbows, knees, scalp, and around or in the ears, navel, genitals or buttocks...

Ads by Google
COLCRYS® (colchicine,
USP) tablets - Free 7-Tablet Trial Voucher Program
www.COLCRYS.com
Rehab Facilities
Overwhelmed? Don't Know Where To Start? Non-Profit (888) 491-4110.



www.Drug-Rehab.org/Rehab_Facilities
Drug Rehabs
Find the Right Drug Rehab Center. Financing Available. Call Now!
FreedomDrugRehab.com/DrugRehabs

© 2011 Reed Business Information.

- Team Blog
- About Us
- Contact Us
- Submit a Site
- Privacy Policy
- Terms & Conditions
- Site Map



HotFrog USA Business Directory



**United States**

Home > U.S. Products

# Monoclate-P®

Antihemophilic Factor (Human) Factor VIII:C Pasteurized Monoclonal Antibody Purified



Monoclate-P® is indicated for the treatment of classical hemophilia (hemophilia A).

Over a decade of clinical experience and efficacy supported by over 1 billion international units (IU) of use[1]

The manufacturing process combines nature's own design - the human factor VIII molecule - with innovations in laboratory engineering: monoclonal antibody purification and pasteurization designed to remove and inactivate lipid-enveloped and certain non-lipid-enveloped viruses

A demonstrated level of consistent potency

Potency ranges, diluent volumes, and peel-off labels designed for patient convenience

| NDC Number | Product Description |
|---|---|
| 0053-7656-01 | Approximately 250 IU per bottle |
| 0053-7656-02 | Approximately 500 IU per bottle |
| 0053-7656-04 | Approximately 1000 IU per bottle |

**Important Safety Information**

Monoclate-P® is contraindicated in patients with known hypersensitivity to mouse protein.

Products of this type are known to cause allergic reactions, mild chills, nausea or stinging at the infusion site. In some cases, inhibitors of FVIII may occur.

Monoclate-P® is derived from human plasma. As with all plasma-derived products, the risk of transmission of infectious agents, including viruses and, theoretically, the Creutzfeldt-Jakob disease agent, cannot be completely eliminated.

**Please see the full prescribing information.**

**Reference:** 1. ZLB Behring. Data on file.

View universal billing codes for Monoclate®

CUSTOMER SUPPORT 1-800-683-1288 or Customer Services

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch or call 1-800-FDA-1088.

Frequently Asked Questions for Monoclate-P®

Full Prescribing Information for Monoclate-P®



**United States**

Home > U.S. Products

# Mononine®

### Coagulation Factor IX (Human) Monoclonal Antibody Purified

Mononine® is indicated for the prevention and control of bleeding in factor IX deficiency, also known as hemophilia B or Christmas disease.



A high-purity factor IX product with a track record of over half a billion units infused since 1992 without any confirmed cases of thrombotic events or viral transmissions[1]

Unique three-step viral inactivation and removal process designed to protect against both lipid-enveloped and certain non-lipid-enveloped viruses

World Hemophilia Organization standard for potency[3]

Peel-off labels designed for patient convenience

| NDC Number | Product Description |
|---|---|
| 0053-7668-02 | Approximately 500 IU per vial |
| 0053-7668-04 | Approximately 1000 IU per vial |

**Important Safety Information**

Mononine® is contraindicated in patients with known hypersensitivity to mouse protein.

The following adverse reactions may be observed after administration: headache, fever, chills, flushing, nausea, vomiting, tingling, lethargy, hives, stinging or burning at the infusion site, or other manifestations of allergic reactions, including anaphylaxis.

Mononine® is derived from human plasma. As with all plasma-derived products, the risk of transmission of infectious agents, including viruses and, theoretically, the Creutzfeldt-Jakob disease (CJD) agent, cannot be completely eliminated.

Since the use of Factor IX Complex concentrates has historically been associated with the development of thromboembolic complications, the use of Factor IX-containing products may be potentially hazardous in patients with signs of fibrinolysis and in patients with disseminated intravascular coagulation.

**Please see the full prescribing information.**

**References:**
1. Data on file, CSL Behring.
2. Lynch T. Committee updates on factor IX. Presented at: Fifty-Fourth Meeting of the Blood Products Advisory Committee, Food and Drug Administration, Center for Biologics Evaluation and Research; March 13, 1997; Rockville, MD:15-17.

View universal billing codes for Mononine®

CUSTOMER SUPPORT 1-800-683-1288 or Customer Services

You are encouraged to report negative side effects of prescription drugs to the FDA. Visit www.fda.gov/medwatch or call 1-800-FDA-1088.

Frequently Asked Questions for Mononine®

To learn more about Mononine®, please visit www.Mononine.com

Full Prescribing Information for Mononine®



# MATERIAL SAFETY DATA SHEET

| Revision date: 02-Jan-2007 | Version: 1.1 | Page 1 of 6 |
|---|---|---|

## 1.  IDENTIFICATION OF THE SUBSTANCE/PREPARATION AND THE COMPANY/UNDERTAKING

**Pfizer Inc**
**Pfizer Pharmaceuticals Group**
 **235 East 42nd Street**
**New York, New York 10017**
**1-212-573-2222**

**Pfizer Ltd**
**Ramsgate Road**
**Sandwich, Kent**
**CT13 9NJ**
**United Kingdom**
**+00 44 (0)1304 616161**

**Emergency telephone number:**
**CHEMTREC (24 hours): 1-800-424-9300**

**Emergency telephone number:**
**ChemSafe (24 hours): +44 (0)208 762 8322**

## Material Name:  Cyclophosphamide Powder for Injection

| | |
|---|---|
| **Trade Name:** | Cycloblastin; Neosar |
| **Chemical Family:** | Mixture |
| **Intended Use:** | Pharmaceutical product used as Antineoplastic |

## 2. COMPOSITION/INFORMATION ON INGREDIENTS

**Hazardous**

| Ingredient | CAS Number | EU EINECS List | % |
|---|---|---|---|
| Cyclophosphamide | 50-18-0 | 200-015-4 | 100 |

**Additional Information:**  Ingredient(s) indicated as hazardous have been assessed under standards for workplace safety.

## 3. HAZARDS IDENTIFICATION

**Appearance:**  White crystalline powder
**Signal Word:**  WARNING

**Statement of Hazard:**  Harmful if swallowed.
May cause adverse effects on blood forming organs.
May cause harm to the unborn child.
May cause  reproductive system effects.
Carcinogen
Mutagen

**Additional Hazard Information:**
  **Short Term:**  Harmful if swallowed  (based on animal data)
  **Long Term:**  The use of this drug during pregnancy has resulted in birth defects. Repeat-dose studies in animals have shown a potential to cause adverse effects on  reproductive system.
**Known Clinical Effects:**  Effects on blood and blood-forming organs have also occurred.  May cause adverse effects on the developing fetus.
**EU Indication of danger:**  Toxic
Toxic to reproduction: Category 1
Carcinogenic: Category 1
Mutagenic Category 1

**EU Hazard Symbols:**

## MATERIAL SAFETY DATA SHEET

**Material Name:  Cyclophosphamide Powder for Injection**                                        Page 2 of 6
**Revision date: 02-Jan-2007**                                                                   **Version: 1.1**

_____



**EU Risk Phrases:**

                R25 - Toxic if swallowed.
                R45 - May cause cancer.
                R46 - May cause heritable genetic damage.
                R60 - May impair fertility.
                R61 - May cause harm to the unborn child.

**Note:**                    This document has been prepared in accordance with standards for workplace safety, which
                             require the inclusion of all known hazards of the active substance or its intermediates
                             regardless of the potential risk. The precautionary statements and warnings included may not
                             apply in all cases. Your needs may vary depending upon the potential for exposure in your
                             workplace.

## 4. FIRST AID MEASURES

**Eye Contact:**             Immediately flush eyes with water for at least 15 minutes.  If irritation occurs or persists, get
                             medical attention.

**Skin Contact:**            Remove clothing and wash affected skin with soap and water.  This material may not be
                             completely removed by conventional laundering.  Consult professional laundry service.  Do not
                             home launder.  If irritation occurs or persists, get medical attention.

**Ingestion:**               Get medical attention.  Do not induce vomiting unless directed by medical personnel.  Never
                             give anything by mouth to an unconscious person.

**Inhalation:**              Remove to fresh air.  If not breathing, give artificial respiration.  Get medical attention.

## 5. FIRE FIGHTING MEASURES

**Extinguishing Media:**            Use carbon dioxide, dry chemical, or water spray.

**Hazardous Combustion Products:**  Formation of toxic gases is possible during heating or fire.

**Fire Fighting Procedures:**       During all fire fighting activities, wear appropriate protective equipment, including self-
                                    contained breathing apparatus.

**Fire / Explosion Hazards:**       Fine particles (such as dust and mists) may fuel fires/explosions.

## 6. ACCIDENTAL RELEASE MEASURES

**Health and Safety Precautions:**    Personnel involved in clean-up should wear appropriate personal protective equipment (see
                                      Section 8).  Minimize exposure.

**Measures for Cleaning / Collecting:**  Contain the source of spill if it is safe to do so.  Collect spilled material by a method that
                                      controls dust generation.  A damp cloth or a filtered vacuum should be used to clean spills of
                                      dry solids.  Clean spill area thoroughly.

**Measures for Environmental
Protections:**                        Place waste in an appropriately labeled, sealed container for disposal.  Care should be taken to
                                      avoid environmental release.

**Additional Consideration for Large
Spills:**                             Non-essential personnel should be evacuated from affected area.  Report emergency
                                      situations immediately.  Clean up operations should only be undertaken by trained personnel.

## MATERIAL SAFETY DATA SHEET

**Material Name:  Cyclophosphamide Powder for Injection**                              Page 3 of 6
**Revision date: 02-Jan-2007**                                                                        **Version: 1.1**

---

## 7. HANDLING AND STORAGE

| | |
|---|---|
| **General Handling:** | Eliminate possible ignition sources (e.g., heat, sparks, flame, impact, friction, electricity), and follow appropriate grounding and bonding procedures.  Avoid contact with eyes, skin and clothing.  Avoid breathing dust.  Minimize dust generation and accumulation.  Use with adequate ventilation. |
| **Storage Conditions:** | Store at room temperature in properly labeled containers.  Keep away from heat, sparks and flames. |

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**No Occupational Exposure Limit (OEL) or Short Term Exposure Limit (STEL) has been identified.**

| | |
|---|---|
| **Engineering Controls:** | Engineering controls should be used as the primary means to control exposures.  Local exhaust ventilation is required unless used in a closed system. |

**Personal Protective Equipment:**

| | |
|---|---|
| **Hands:** | Rubber gloves |
| **Eyes:** | Safety glasses or goggles |
| **Skin:** | Wear protective clothing with long sleeves to avoid skin contact.  Wash hands and arms thoroughly after handling this product. |
| **Respiratory protection:** | If the applicable Occupational Exposure Limit (OEL) is exceeded, wear an appropriate respirator with a protection factor sufficient to control exposures to below the OEL. |

## 9. PHYSICAL AND CHEMICAL PROPERTIES:

| | | | |
|---|---|---|---|
| **Physical State:** | Crystalline powder | **Color:** | White |
| **Molecular Formula:** | C7 H15 Cl2 N2 O2 P | **Molecular Weight:** | 261.09 |
| **Water solubility:** | 4% | | |
| **Melting/Freezing Point (°C):** | 41 | | |

## 10. STABILITY AND REACTIVITY

| | |
|---|---|
| **Stability:** | Stable under normal conditions of use. |
| **Conditions to Avoid:** | Fine particles (such as dust and mists) may fuel fires/explosions. |
| **Incompatible Materials:** | As a precautionary measure, keep away from strong oxidizers. |

## 11. TOXICOLOGICAL INFORMATION

**General Information:**          The information in this section includes the potential hazards of  the formulated product .

**Acute Toxicity: (Species, Route, End Point, Dose)**

**Cyclophosphamide**
Rat    Oral    LD 50    160  mg/kg
Rat    Intravenous    LD 50    148    mg/kg
Mouse    Oral    LD 50    137    mg/kg
Mouse    Intravenous    LD 50    140  mg/kg

**MATERIAL SAFETY DATA SHEET**

Material Name:  Cyclophosphamide Powder for Injection                                    Page 4 of 6
Revision date: 02-Jan-2007                                                                         Version: 1.1

---

**Reproduction & Developmental Toxicity: (Study Type, Species, Route, Dose, End Point, Effect(s))**

**Cyclophosphamide**

| | | | | | |
|---|---|---|---|---|---|
| Embryo / Fetal Development | Rat | Intraperitoneal | 10 mg/kg | LOAEL | Teratogenic |
| Embryo / Fetal Development | Rat | Intraperitoneal | 30 mg/kg | LOAEL | Fetotoxicity |
| Embryo / Fetal Development | Mouse | Intravenous | 10 mg/kg | LOAEL | Teratogenic |
| Embryo / Fetal Development | Mouse | Intraperitoneal | 5 mg/kg | LOAEL | Fetotoxicity, Fertility |

**Genetic Toxicity: (Study Type, Cell Type/Organism, Result)**

**Cyclophosphamide**

*In Vivo* Micronucleus        Rodent      Positive
*In Vivo* Chromosome Aberration      Rodent      Positive
*In Vivo* Sister Chromatid Exchange        Rodent      Positive
*In Vitro* Chromosome Aberration      Human Lymphocytes        Positive
Dominant Lethal Assay        Drosophila      Positive

**Carcinogenicity: (Duration, Species, Route, Dose, End Point, Effect(s))**

**Cyclophosphamide**

2 Year(s)    Rat    Intravenous      Benign tumors, Malignant tumors
2 Year(s)    Rat    Intraperitoneal      Benign tumors, Malignant tumors, Female reproductive system
2 Year(s)    Mouse    Intraperitoneal      Benign tumors, Malignant tumors

| | |
|---|---|
| **Carcinogen Status:** | See below |

**Cyclophosphamide**

| | |
|---|---|
| **IARC:** | Group 1 - Carcinogenic to Humans |
| **NTP:** | Known Carcinogen |
| **OSHA:** | Present |

## 12. ECOLOGICAL INFORMATION

| | |
|---|---|
| **Environmental Overview:** | Environmental properties have not been thoroughly investigated. Releases to the environment should be avoided. |

## 13. DISPOSAL CONSIDERATIONS

| | |
|---|---|
| **Disposal Procedures:** | Dispose of waste in accordance with all applicable laws and regulations. |

**Cyclophosphamide**
     **RCRA - U Series Wastes**                          Waste Number U058

## 14. TRANSPORT INFORMATION

This material is regulated for transportation as a hazardous material/dangerous good.

| | |
|---|---|
| **Proper shipping name:** | Medicine, solid, toxic, n.o.s |

## MATERIAL SAFETY DATA SHEET

**Material Name:  Cyclophosphamide Powder for Injection**                    Page 5 of 6
**Revision date: 02-Jan-2007**                                               Version: 1.1

---

**UN / ID No:**                      UN 3249
**Hazard class:**                    6.1
**Packing group:**                   III

Limited Quantity Exceptions - Apply to small quantities packed in combination packaging.  See applicable DOT/IATA/IMDG modal regulations for specific limitations.

 If your commodity meets the definition of a limited quantity and is packaged for retail sale, it may be considered a consumer commodity and excepted from additional requirements as applicable.

| | |
|---|---|
| **IATA Proper shipping name:** | Consumer Commodity |
| **IATA UN / ID No:** | ID 8000 |
| **IATA Hazard Class:** | 9 |
| | |
| **IMDG Proper shipping name:** | Medicine, solid, toxic, n.o.s. Ltd Qty |
| **IMDG UN / ID No:** | UN 3249 |
| **IMDG Hazard Class:** | 6.1 |
| **IMDG Packing Group:** | III |
| | |
| **DOT Proper shipping name:** | Consumer Commodity |
| **DOT Hazard Class:** | 6.1 ORM-D |

## 15. REGULATORY INFORMATION

**EU Symbol:**                       T
**EU Indication of danger:**         Toxic
                                     Toxic to reproduction: Category 1
                                     Carcinogenic: Category 1
                                     Mutagenic Category 1

**EU Risk Phrases:**

                                     R25 - Toxic if swallowed.
                                     R45 - May cause cancer.
                                     R46 - May cause heritable genetic damage.
                                     R60 - May impair fertility.
                                     R61 - May cause harm to the unborn child.

**EU Safety Phrases:**

                                     S22 - Do not breathe dust.
                                     S53 - Avoid exposure - obtain special instructions before use.
                                     S36/37 - Wear suitable protective clothing and gloves.

**OSHA Label:**
WARNING
Harmful if swallowed.
May cause adverse effects on blood forming organs.
May cause harm to the unborn child.
May cause  reproductive system effects.
Carcinogen
Mutagen

**Canada - WHMIS: Classifications**

**MATERIAL SAFETY DATA SHEET**

Material Name:  Cyclophosphamide Powder for Injection

Page 6 of 6

Revision date: 02-Jan-2007

Version: 1.1

_____

**WHMIS hazard class:**
Class D, Division 1, Subdivision B
Class D, Division 2, Subdivision A



**Cyclophosphamide**

| | |
|---|---|
| **CERCLA/SARA Hazardous Substances** | = 10 lb final RQ |
| **and their Reportable Quantities:** | = 4.54 kg final RQ |
| **California Proposition 65** | carcinogen, initial date 2/27/87 |
| | developmental toxicity, initial date 1/1/89 |
| | female reproductive toxicity, initial date 1/1/89 |
| | male reproductive toxicity, initial date 1/1/89 |
| **Australia (AICS):** | Present |
| **Standard for the Uniform Scheduling** | Schedule 4 |
| **for Drugs and Poisons:** | |
| **EU EINECS List** | 200-015-4 |

## 16. OTHER INFORMATION

**Reasons for Revision:**    Updated Section 3 - Hazard Identification. Updated Section 6 - Accidental Release Measures. Updated Section 11 - Toxicology Information. Updated Section 13 - Disposal Considerations.

**Prepared by:**    Toxicology and Hazard Communication
Pfizer Global Environment, Health, and Safety

Pfizer Inc believes that the information contained in this Material Safety Data Sheet is accurate, and while it is provided in good faith, it is without warranty of any kind, expressed or implied.

**End of Safety Data Sheet**



Advanced Search

The global source for clinical trials information: offering news,
analysis, study grants, career opportunities, and trial listings to
professionals and patients.

Bookmark | Print | Share

View By: Year | Company | Therapeutic
Areas | Drug Names

# Drug Information

The following information is obtained from various newswires,
published medical journal articles, and medical conference
presentations.

## Drug Name: Prograf

**Company:** Fujisawa Healthcare
**Approval Status:** Approved April 1997
**Treatment Area:** kidney transplant rejection

## General Information

Prograf has been approved for use as an immunosuppressive for the prevention
of organ rejection in kidney transplant recipients. It is manufactured in capsule
and injection form. Previously, Prograf has been used since 1994 for the
prophylaxis of rejection in liver transplants.

## Side Effects

Adverse effects associated with Prograf include tremor, hypertension,
hypophosphatemia, infection, creatinine increase, headache, and diarrhea. New
onset post-transplant diabetes mellitus (PTDM) was seen in 20% of Prograf-
treated kidney transplant patients. The percentage of PTDM patients that
remained insulin dependent at the two year post-transplant mark declined to
11%.

**SOLU-CORTEF®** (hydrocortisone sodium succinate for injection, USP)

**For Intravenous or Intramuscular Administration**

## DESCRIPTION

SOLU-CORTEF Sterile Powder is an anti-inflammatory glucocorticoid, which contains hydrocortisone sodium succinate as the active ingredient. SOLU-CORTEF Sterile Powder is available in several packages for intravenous or intramuscular administration.

**100 mg Plain**—Vials containing hydrocortisone sodium succinate equivalent to 100 mg hydrocortisone, also 0.8 mg monobasic sodium phosphate anhydrous, 8.73 mg dibasic sodium phosphate dried. SOLU-CORTEF 100 mg plain does not contain diluent (see **DOSAGE AND ADMINISTRATION**, Preparation of Solutions).

**ACT-O-VIAL® System (Single-Dose Vial) in four strengths:**

|  | **100 mg** ACT-O-VIAL Each 2 mL contains: (when mixed) equiv. to 100 mg Hydrocortisone | **250 mg** ACT-O-VIAL Each 2 mL contains: (when mixed) equiv. to 250 mg Hydrocortisone | **500 mg** ACT-O-VIAL Each 4 mL contains: (when mixed) equiv. to 500 mg Hydrocortisone | **1000 mg** ACT-O-VIAL Each 8 mL contains: (when mixed) equiv. to 1000 mg Hydrocortisone |
|---|---|---|---|---|
| Hydrocortisone sodium succinate |  |  |  |  |
| Monobasic sodium phosphate anhydrous | 0.8 mg | 2 mg | 4 mg | 8 mg |
| Dibasic sodium phosphate dried | 8.73 mg | 21.8 mg | 44 mg | 87.32 mg |

The diluent, as part of the packaging presentation for the ACT-O-VIAL® system, is comprised of Water for Injection only, and does not contain any preservative.

When necessary, the pH of each formula was adjusted with sodium hydroxide so that the pH of the reconstituted solution is within the USP specified range of 7 to 8.

The chemical name for hydrocortisone sodium succinate is pregn-4-ene-3,20-dione,21-(3-carboxy-1-oxopropoxy)-11,17-dihydroxy-, monosodium salt, (11β)- and its molecular weight is 484.52.

The structural formula is represented below:



Hydrocortisone sodium succinate is a white or nearly white, odorless, hygroscopic amorphous solid. It is very soluble in water and in alcohol, very slightly soluble in acetone and insoluble in chloroform.

## CLINICAL PHARMACOLOGY

Glucocorticoids, naturally occurring and synthetic, are adrenocortical steroids that are readily absorbed from the gastrointestinal tract.

Naturally occurring glucocorticoids (hydrocortisone and cortisone), which also have salt-retaining properties, are used as replacement therapy in adrenocortical deficiency states. Their synthetic analogs are primarily used for their anti-inflammatory effects in disorders of many organ systems.

Hydrocortisone sodium succinate has the same metabolic and anti-inflammatory actions as hydrocortisone. When given parenterally and in equimolar quantities, the two compounds are equivalent in biologic activity. The highly water-soluble sodium succinate ester of hydrocortisone permits the immediate intravenous administration of high doses of hydrocortisone in a small volume of diluent and is particularly useful where high blood levels of hydrocortisone are required rapidly. Following the intravenous injection of hydrocortisone sodium succinate, demonstrable effects are evident within one hour and persist for a variable period. Excretion of the administered dose is nearly complete within 12 hours. Thus, if constantly high blood levels are required, injections should be made every 4 to 6 hours. This preparation is also rapidly absorbed when administered intramuscularly and is excreted in a pattern similar to that observed after intravenous injection.

Glucocorticoids cause profound and varied metabolic effects. In addition, they modify the body's immune response to diverse stimuli.

## INDICATIONS AND USAGE

When oral therapy is not feasible, and the strength, dosage form, and route of administration of the drug reasonably lend the preparation to the treatment of the condition, the **intravenous or intramuscular use** of SOLU-CORTEF Sterile Powder is indicated as follows:

2

*Allergic states***:** Control of severe or incapacitating allergic conditions intractable to adequate trials of conventional treatment in asthma, atopic dermatitis, contact dermatitis, drug hypersensitivity reactions, perennial or seasonal allergic rhinitis, serum sickness, transfusion reactions.

*Dermatologic diseases*: Bullous dermatitis herpetiformis, exfoliative erythroderma, mycosis fungoides, pemphigus, severe erythema multiforme (Stevens-Johnson syndrome).

*Endocrine disorders***:** Primary or secondary adrenocortical insufficiency (hydrocortisone or cortisone is the drug of choice; synthetic analogs may be used in conjunction with mineralocorticoids where applicable; in infancy, mineralocorticoid supplementation is of particular importance), congenital adrenal hyperplasia, hypercalcemia associated with cancer, nonsuppurative thyroiditis.

*Gastrointestinal diseases***:** To tide the patient over a critical period of the disease in regional enteritis (systemic therapy) and ulcerative colitis.

*Hematologic disorders***:** Acquired (autoimmune) hemolytic anemia, congenital (erythroid) hypoplastic anemia (Diamond-Blackfan anemia), idiopathic thrombocytopenic purpura in adults (intravenous administration only; intramuscular administration is contraindicated), pure red cell aplasia, selected cases of secondary thrombocytopenia.

*Miscellaneous:* Trichinosis with neurologic or myocardial involvement, tuberculous meningitis with subarachnoid block or impending block when used concurrently with appropriate antituberculous chemotherapy.

*Neoplastic diseases:* For the palliative management of leukemias and lymphomas.

*Nervous System:* Acute exacerbations of multiple sclerosis; cerebral edema associated with primary or metastatic brain tumor, or craniotomy.

*Ophthalmic diseases:* Sympathetic ophthalmia, uveitis and ocular inflammatory conditions unresponsive to topical corticosteroids.

*Renal diseases:* To induce diuresis or remission of proteinuria in idiopathic nephrotic syndrome or that due to lupus erythematosus.

*Respiratory diseases:* Berylliosis, fulminating or disseminated pulmonary tuberculosis when used concurrently with appropriate antituberculous chemotherapy, idiopathic eosinophilic pneumonias, symptomatic sarcoidosis.

*Rheumatic disorders:* As adjunctive therapy for short-term administration (to tide the patient over an acute episode or exacerbation) in acute gouty arthritis; acute rheumatic

3

carditis; ankylosing spondylitis; psoriatic arthritis; rheumatoid arthritis, including juvenile rheumatoid arthritis (selected cases may require low-dose maintenance therapy). For the treatment of dermatomyositis, temporal arteritis, polymyositis, and systemic lupus erythematosus.

## CONTRAINDICATIONS

SOLU-CORTEF Sterile Powder is contraindicated in systemic fungal infections and patients with known hypersensitivity to the product and its constituents.

Intramuscular corticosteroid preparations are contraindicated for idiopathic thrombocytopenic purpura.

SOLU-CORTEF Sterile Powder is contraindicated for intrathecal administration. Reports of severe medical events have been associated with this route of administration.

## WARNINGS

**General:**
Injection of SOLU-CORTEF may result in dermal and/or subdermal changes forming depressions in the skin at the injection site. In order to minimize the incidence of dermal and subdermal atrophy, care must be exercised not to exceed recommended doses in injections. Injection into the deltoid muscle should be avoided because of a high incidence of subcutaneous atrophy.

Rare instances of anaphylactoid reactions have occurred in patients receiving corticosteroid therapy (see **ADVERSE REACTIONS**).

Increased dosage of rapidly acting corticosteroids is indicated in patients on corticosteroid therapy subjected to any unusual stress before, during, and after the stressful situation.

Results from one multicenter, randomized, placebo-controlled study with methylprednisolone hemisuccinate, an IV corticosteroid, showed an increase in early (at 2 weeks) and late (at 6 months) mortality in patients with cranial trauma who were determined not to have other clear indications for corticosteroid treatment. High doses of systemic corticosteroids, including SOLU-CORTEF, should not be used for the treatment of traumatic brain injury.

**Cardio-renal:**
Average and large doses of corticosteroids can cause elevation of blood pressure, salt and water retention, and increased excretion of potassium. These effects are less likely to occur with the synthetic derivatives except when used in large doses. Dietary salt restriction and potassium supplementation may be necessary. All corticosteroids increase calcium excretion.

4

Literature reports suggest an apparent association between use of corticosteroids and left ventricular free wall rupture after a recent myocardial infarction; therefore, therapy with corticosteroids should be used with great caution in these patients.

**Endocrine:**
Hypothalamic-pituitary adrenal (HPA) axis suppression. Cushing's syndrome, and hyperglycemia. Monitor patients for these conditions with chronic use. Corticosteroids can produce reversible HPA axis suppression with the potential for glucocorticosteroid insufficiency after withdrawal of treatment. Drug induced secondary adrenocortical insufficiency may be minimized by gradual reduction of dosage. This type of relative insufficiency may persist for months after discontinuation of therapy; therefore, in any situation of stress occurring during that period, hormone therapy should be reinstituted.

**Infections**
**General:**
Patients who are on corticosteroids are more susceptible to infections than are healthy individuals. There may be decreased resistance and inability to localize infection when corticosteroids are used. Infection with any pathogen (viral, bacterial, fungal, protozoan or helminthic) in any location of the body may be associated with the use of corticosteroids alone or in combination with other immunosuppressive agents.

These infections may be mild, but can be severe and at times fatal. With increasing doses of corticosteroids, the rate of occurrence of infectious complications increases. Corticosteroids may also mask some signs of current infection. Do not use intra-articularly, intrabursally or for intratendinous administration for *local* effect in the presence of acute local infection.

**Fungal infections:**
Corticosteroids may exacerbate systemic fungal infections and therefore should not be used in the presence of such infections unless they are needed to control drug reactions. There have been cases reported in which concomitant use of amphotericin B and hydrocortisone was followed by cardiac enlargement and congestive heart failure (see **CONTRAINDICATIONS** and **PRECAUTIONS**, **Drug Interactions**, Amphotericin B injection and potassium-depleting agents).

**Special pathogens:**
Latent disease may be activated or there may be an exacerbation of intercurrent infections due to pathogens, including those caused by Amoeba, Candida, Cryptococus, Mycobacterium, Nocardia, Pneumocystis, Toxoplasma.

It is recommended that latent amebiasis or active amebiasis be ruled out before initiating corticosteroid therapy in any patient who has spent time in the tropics or in any patient with unexplained diarrhea.

Similarly, corticosteroids should be used with great care in patients with known or suspected Strongyloides (threadworm) infestation. In such patients, corticosteroid-induced immunosuppression may lead to Strongyloides hyperinfection and dissemination

with widespread larval migration, often accompanied by severe enterocolitis and potentially fatal gram-negative septicemia.

Corticosteroids should not be used in cerebral malaria. There is currently no evidence of benefit from steroids in this condition.

**Tuberculosis:**
The use of corticosteroids in active tuberculosis should be restricted to those cases of fulminating or disseminated tuberculosis in which the corticosteroid is used for the management of the disease in conjunction with an appropriate antituberculous regimen.

If corticosteroids are indicated in patients with latent tuberculosis or tuberculin reactivity, close observation is necessary as reactivation of the disease may occur. During prolonged corticosteroid therapy, these patients should receive chemoprophylaxis.

**Vaccination:**
**Administration of live or live, attenuated vaccines is contraindicated in patients receiving immunosuppressive doses of corticosteroids. Killed or inactivated vaccines may be administered. However, the response to such vaccines cannot be predicted.** Immunization procedures may be undertaken in patients who are receiving corticosteroids as replacement therapy, e.g., for Addison's disease.

**Viral infections:**
Chicken pox and measles can have a more serious or even fatal course in pediatric and adult patients on corticosteroids. In pediatric and adult patients who have not had these diseases, particular care should be taken to avoid exposure. The contribution of the underlying disease and/or prior corticosteroid treatment to the risk is also not known. If exposed to chicken pox, prophylaxis with varicella zoster immune globulin (VZIG) may be indicated. If exposed to measles, prophylaxis with immunoglobulin (IG) may be indicated. (See the respective package inserts for complete VZIG and IG prescribing information.) If chicken pox develops, treatment with antiviral agents should be considered.

**Neurologic:**
Reports of severe medical events have been associated with the intrathecal route of administration (see **ADVERSE REACTIONS**, Neurologic/Psychiatric).

**Ophthalmic:**
Use of corticosteroids may produce posterior subcapsular cataracts, glaucoma with possible damage to the optic nerves, and may enhance the establishment of secondary ocular infections due to bacteria, fungi, or viruses. The use of oral corticosteroids is not recommended in the treatment of optic neuritis and may lead to an increase in the risk of new episodes. Corticosteroids should be used cautiously in patients with ocular herpes simplex because of corneal perforation. Corticosteroids should not be used in active ocular herpes simplex.

## PRECAUTIONS

**General:**

The lowest possible dose of corticosteroid should be used to control the condition under treatment. When reduction in dosage is possible, the reduction should be gradual.

Since complications of treatment with glucocorticoids are dependent on the size of the dose and the duration of treatment, a risk/benefit decision must be made in each individual case as to dose and duration of treatment and as to whether daily or intermittent therapy should be used.

Kaposi's sarcoma has been reported to occur in patients receiving corticosteroid therapy, most often for chronic conditions. Discontinuation of corticosteroids may result in clinical improvement.

**Cardio-renal:**

As sodium retention with resultant edema and potassium loss may occur in patients receiving corticosteroids, these agents should be used with caution in patients with congestive heart failure, hypertension, or renal insufficiency.

**Endocrine:**

Drug-induced secondary adrenocortical insufficiency may be minimized by gradual reduction of dosage. This type of relative insufficiency may persist for months after discontinuation of therapy; therefore, in any situation of stress occurring during that period, hormone therapy should be reinstituted. Since mineralocorticoid secretion may be impaired, salt and/or a mineralocorticoid should be administered concurrently. Metabolic clearance of corticosteroids is decreased in hypothyroid patients and increased in hyperthyroid patients. Changes in thyroid status of the patient may necessitate adjustment in dosage.

**Gastrointestinal:**

Steroids should be used with caution in active or latent peptic ulcers, diverticulitis, fresh intestinal anastomoses, and nonspecific ulcerative colitis, since they may increase the risk of a perforation. Signs of peritoneal irritation following gastrointestinal perforation in patients receiving corticosteroids may be minimal or absent.

There is an enhanced effect due to increased metabolism of corticosteroids in patients with cirrhosis.

**Musculoskeletal:**

Corticosteroids decrease bone formation and increase bone resorption both through their effect on calcium regulation (i.e., decreasing absorption and increasing excretion) and inhibition of osteoblast function. This, together with a decrease in the protein matrix of the bone secondary to an increase in protein catabolism, and reduced sex hormone production, may lead to inhibition of bone growth in pediatric patients and the development of osteoporosis at any age. Special consideration should be given to patients

7

at increased risk of osteoporosis (i.e., postmenopausal women) before initiating corticosteroid therapy.

Local injection of a steroid into a previously infected site is not usually recommended.

**Neurologic-psychiatric:**
Although controlled clinical trials have shown corticosteroids to be effective in speeding the resolution of acute exacerbations of multiple sclerosis, they do not show that they affect the ultimate outcome or natural history of the disease. The studies do show that relatively high doses of corticosteroids are necessary to demonstrate a significant effect. (See **DOSAGE AND ADMINISTRATION**.)

An acute myopathy has been observed with the use of high doses of corticosteroids, most often occurring in patients with disorders of neuromuscular transmission (e.g., myasthenia gravis), or in patients receiving concomitant therapy with neuromuscular blocking drugs (e.g., pancuronium). This acute myopathy is generalized, may involve ocular and respiratory muscles, and may result in quadriparesis. Elevation of creatinine kinase may occur. Clinical improvement or recovery after stopping corticosteroids may require weeks to years.

Psychic derangements may appear when corticosteroids are used, ranging from euphoria, insomnia, mood swings, personality changes, and severe depression to frank psychotic manifestations. Also, existing emotional instability or psychotic tendencies may be aggravated by corticosteroids.

**Ophthalmic:**
Intraocular pressure may become elevated in some individuals. If steroid therapy is continued for more than 6 weeks, intraocular pressure should be monitored.

**Information for Patients:**
Patients should be warned not to discontinue the use of corticosteroids abruptly or without medical supervision, to advise any medical attendants that they are taking corticosteroids and to seek medical advice at once should they develop fever or other signs of infection.
Persons who are on corticosteroids should be warned to avoid exposure to chicken pox or measles. Patients should also be advised that if they are exposed, medical advice should be sought without delay.

**Drug Interactions:**
Aminoglutethimide: Aminoglutethimide may lead to a loss of corticosteroid-induced adrenal suppression.

Amphotericin B injection and potassium-depleting agents: When corticosteroids are administered concomitantly with potassium-depleting agents (i.e., amphotericin-B, diuretics), patients should be observed closely for development of hypokalemia. There have been cases reported in which concomitant use of amphotericin B and hydrocortisone

8

was followed by cardiac enlargement and congestive heart failure.

Antibiotics: Macrolide antibiotics have been reported to cause a significant decrease in corticosteroid clearance (see **Drug Interactions**, Hepatic Enzyme Inhibitors).

Anticholinesterases: Concomitant use of anticholinesterase agents and corticosteroids may produce severe weakness in patients with myasthenia gravis. If possible, anticholinesterase agents should be withdrawn at least 24 hours before initiating corticosteroid therapy.

Anticoagulants, oral: Coadministration of corticosteroids and warfarin usually results in inhibition of response to warfarin, although there have been some conflicting reports. Therefore, coagulation indices should be monitored frequently to maintain the desired anticoagulant effect.

Antidiabetics: Because corticosteroids may increase blood glucose concentrations, dosage adjustments of antidiabetic agents may be required.

Antitubercular drugs: Serum concentrations of isoniazid may be decreased.

Cholestyramine: Cholestyramine may increase the clearance of corticosteroids.

Cyclosporine: Increased activity of both cyclosporine and corticosteroids may occur when the two are used concurrently. Convulsions have been reported with this concurrent use.

Digitalis glycosides: Patients on digitalis glycosides may be at increased risk of arrhythmias due to hypokalemia.

Estrogens, including oral contraceptives: Estrogens may decrease the hepatic metabolism of certain corticosteroids, thereby increasing their effect.

Hepatic Enzyme Inducers (e.g., barbiturates, phenytoin, carbamazepine, rifampin): Drugs which induce cytochrome P450 3A4 enzyme activity may enhance the metabolism of corticosteroids and require that the dosage of the corticosteroid be increased.

Hepatic Enzyme Inhibitors (e.g., ketoconazole, macrolide antibiotics such as erythromycin and troleandomycin): Drugs which inhibit cytochrome P450 3A4 have the potential to result in increased plasma concentrations of corticosteroids.

Ketoconazole: Ketoconazole has been reported to significantly decrease the metabolism of certain corticosteroids by up to 60%, leading to an increased risk of corticosteroid side effects.

Nonsteroidal anti-inflammatory agents (NSAIDs): Concomitant use of aspirin (or other nonsteroidal anti-inflammatory agents) and corticosteroids increases the risk of

9

gastrointestinal side effects. Aspirin should be used cautiously in conjunction with corticosteroids in hypoprothrombinemia. The clearance of salicylates may be increased with concurrent use of corticosteroids.

Skin tests: Corticosteroids may suppress reactions to skin tests.

Vaccines: Patients on prolonged corticosteroid therapy may exhibit a diminished response to toxoids and live or inactivated vaccines due to inhibition of antibody response. Corticosteroids may also potentiate the replication of some organisms contained in live attenuated vaccines. Routine administration of vaccines or toxoids should be deferred until corticosteroid therapy is discontinued if possible (see **WARNINGS**, **Infections**, **Vaccination**).

**Carcinogenesis, Mutagenesis, Impairment of Fertility:**
No adequate studies have been conducted in animals to determine whether corticosteroids have a potential for carcinogenesis or mutagenesis.

Steroids may increase or decrease motility and number of spermatozoa in some patients.

**Pregnancy: Teratogenic effects: Pregnancy Category C.**
Corticosteroids have been shown to be teratogenic in many species when given in doses equivalent to the human dose. Animal studies in which corticosteroids have been given to pregnant mice, rats, and rabbits have yielded an increased incidence of cleft palate in the offspring. There are no adequate and well-controlled studies in pregnant women. Corticosteroids should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus. Infants born to mothers who have received corticosteroids during pregnancy should be carefully observed for signs of hypoadrenalism.

**Nursing Mothers:**
Systemically administered corticosteroids appear in human milk and could suppress growth, interfere with endogenous corticosteroid production, or cause other untoward effects. Because of the potential for serious adverse reactions in nursing infants from corticosteroids, a decision should be made whether to continue nursing, or discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:**
The efficacy and safety of corticosteroids in the pediatric population are based on the well-established course of effect of corticosteroids which is similar in pediatric and adult populations. Published studies provide evidence of efficacy and safety in pediatric patients for the treatment of nephrotic syndrome (>2 years of age), and aggressive lymphomas and leukemias (>1 month of age). Other indications for pediatric use of corticosteroids, e.g., severe asthma and wheezing, are based on adequate and well-controlled trials conducted in adults, on the premises that the course of the diseases and their pathophysiology are considered to be substantially similar in both populations.

The adverse effects of corticosteroids in pediatric patients are similar to those in adults

(see **ADVERSE REACTIONS**). Like adults, pediatric patients should be carefully observed with frequent measurements of blood pressure, weight, height, intraocular pressure, and clinical evaluation for the presence of infection, psychosocial disturbances, thromboembolism, peptic ulcers, cataracts, and osteoporosis. Pediatric patients who are treated with corticosteroids by any route, including systemically administered corticosteroids, may experience a decrease in their growth velocity. This negative impact of corticosteroids on growth has been observed at low systemic doses and in the absence of laboratory evidence of HPA axis suppression (i.e., cosyntropin stimulation and basal cortisol plasma levels). Growth velocity may therefore be a more sensitive indicator of systemic corticosteroid exposure in pediatric patients than some commonly used tests of HPA axis function. The linear growth of pediatric patients treated with corticosteroids should be monitored, and the potential growth effects of prolonged treatment should be weighed against clinical benefits obtained and the availability of treatment alternatives. In order to minimize the potential growth effects of corticosteroids, pediatric patients should be titrated to the lowest effective dose.

**Geriatric Use:**
Clinical studies did not include sufficient numbers of subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

# ADVERSE REACTIONS

The following adverse reactions have been reported with SOLU-CORTEF or other corticosteroids:

Allergic reactions: Allergic or hypersensitivity reactions, anaphylactoid reaction, anaphylaxis, angioedema.

Cardiovascular: Bradycardia, cardiac arrest, cardiac arrhythmias, cardiac enlargement, circulatory collapse, congestive heart failure, fat embolism, hypertension, hypertrophic cardiomyopathy in premature infants, myocardial rupture following recent myocardial infarction (see **WARNINGS**), pulmonary edema, syncope, tachycardia, thromboembolism, thrombophlebitis, vasculitis.

Dermatologic: Acne, allergic dermatitis, burning or tingling (especially in the perineal area, after intravenous injection), cutaneous and subcutaneous atrophy, dry scaly skin, ecchymoses and petechiae, edema, erythema, hyperpigmentation, hypopigmentation, impaired wound healing, increased sweating, rash, sterile abscess, striae, suppressed reactions to skin tests, thin fragile skin, thinning scalp hair, urticaria.

Endocrine: Decreased carbohydrate and glucose tolerance, development of cushingoid state, glycosuria, hirsutism, hypertrichosis, increased requirements for insulin or oral

11

hypoglycemic agents in diabetes, manifestations of latent diabetes mellitus, menstrual irregularities, secondary adrenocortical and pituitary unresponsiveness (particularly in times of stress, as in trauma, surgery, or illness), suppression of growth in pediatric patients.

Fluid and electrolyte disturbances: Congestive heart failure in susceptible patients, fluid retention, hypokalemic alkalosis, potassium loss, sodium retention.

Gastrointestinal: Abdominal distention, bowel/bladder dysfunction (after intrathecal administration), elevation in serum liver enzyme levels (usually reversible upon discontinuation), hepatomegaly, increased appetite, nausea, pancreatitis, peptic ulcer with possible perforation and hemorrhage, perforation of the small and large intestine (particularly in patients with inflammatory bowel disease), ulcerative esophagitis.

Metabolic: Negative nitrogen balance due to protein catabolism.

Musculoskeletal: Aseptic necrosis of femoral and humeral heads, Charcot-like arthropathy, loss of muscle mass, muscle weakness, osteoporosis, pathologic fracture of long bones, postinjection flare (following intra-articular use), steroid myopathy, tendon rupture, vertebral compression fractures.

Neurologic/Psychiatric: Convulsions, depression, emotional instability, euphoria, headache, increased intracranial pressure with papilledema (pseudotumor cerebri) usually following discontinuation of treatment, insomnia, mood swings, neuritis, neuropathy, paresthesia, personality changes, psychic disorders, vertigo. Arachnoiditis, meningitis, paraparesis/paraplegia, and sensory disturbances have occurred after intrathecal administration (see **WARNINGS**, Neurologic).

Ophthalmic: Exophthalmoses, glaucoma, increased intraocular pressure, posterior subcapsular cataracts, rare instances of blindness associated with periocular injections.

Other: Abnormal fat deposits, decreased resistance to infection, hiccups, increased or decreased motility and number of spermatozoa, injection site infections following non-sterile administration (see **WARNINGS**), malaise, moon face, weight gain.

## OVERDOSAGE

Treatment of acute overdosage is by supportive and symptomatic therapy. For chronic overdosage in the face of severe disease requiring continuous steroid therapy, the dosage of the corticosteroid may be reduced only temporarily, or alternate day treatment may be introduced.

## DOSAGE AND ADMINISTRATION

**Because of possible physical incompatibilities, SOLU-CORTEF should not be diluted or mixed with other solutions.**

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit. This preparation may be administered by intravenous injection, by intravenous infusion, or by intramuscular injection, the preferred method for initial emergency use being intravenous injection. Following the initial emergency period, consideration should be given to employing a longer acting injectable preparation or an oral preparation.

Therapy is initiated by administering SOLU-CORTEF Sterile Powder intravenously over a period of 30 seconds (e.g., 100 mg) to 10 minutes (e.g., 500 mg or more). In general, high dose corticosteroid therapy should be continued only until the patient's condition has stabilized-usually not beyond 48 to 72 hours. When high dose hydrocortisone therapy must be continued beyond 48–72 hours, hypernatremia may occur. Under such circumstances it may be desirable to replace SOLU-CORTEF with a corticoid such as methylprednisolone sodium succinate which causes little or no sodium retention.

The initial dose of SOLU-CORTEF Sterile Powder is 100 mg to 500 mg, depending on the specific disease entity being treated. However, in certain overwhelming, acute, life-threatening situations, administration in dosages exceeding the usual dosages may be justified and may be in multiples of the oral dosages.

This dose may be repeated at intervals of 2, 4 or 6 hours as indicated by the patient's response and clinical condition.

It Should Be Emphasized that Dosage Requirements are Variable and Must Be Individualized on the Basis of the Disease Under Treatment and the Response of the Patient. After a favorable response is noted, the proper maintenance dosage should be determined by decreasing the initial drug dosage in small decrements at appropriate time intervals until the lowest dosage that maintains an adequate clinical response is reached. Situations which may make dosage adjustments necessary are changes in clinical status secondary to remissions or exacerbations in the disease process, the patient's individual drug responsiveness, and the effect of patient exposure to stressful situations not directly related to the disease entity under treatment. In this latter situation it may be necessary to increase the dosage of the corticosteroid for a period of time consistent with the patient's condition. If after long-term therapy the drug is to be stopped, it is recommended that it be withdrawn gradually rather than abruptly.

In the treatment of acute exacerbations of multiple sclerosis, daily doses of 800 mg of hydrocortisone for a week followed by 320 mg every other day for one month are recommended (see **PRECAUTIONS**, Neuro-psychiatric).

In pediatric patients, the initial dose of hydrocortisone may vary depending on the specific disease entity being treated. The range of initial doses is 0.56 to 8 mg/kg/day in three or four divided doses (20 to 240 mg/m$^2$bsa/day). For the purpose of comparison, the following is the equivalent milligram dosage of the various glucocorticoids:

| Cortisone, 25 | Triamcinolone, 4 |
|---|---|
| Hydrocortisone, 20 | Paramethasone, 2 |
| Prednisolone, 5 | Betamethasone, 0.75 |
| Prednisone, 5 | Dexamethasone, 0.75 |
| Methylprednisolone, 4 | |

These dose relationships apply only to oral or intravenous administration of these compounds. When these substances or their derivatives intramuscularly or into joint spaces, their relative properties may be greatly altered.

**Preparation of Solutions:**

**100 mg Plain-**For intravenous or intramuscular injection, prepare solution by aseptically adding **not more than 2 mL** of Bacteriostatic Water for Injection or Bacteriostatic Sodium Chloride Injection to the contents of one vial. **For intravenous infusion**, first prepare solution by adding **not more than 2 mL** of Bacteriostatic Water for Injection to the vial; this solution may then be added to 100 to 1000 mL of the following: 5% dextrose in water (or isotonic saline solution or 5% dextrose in isotonic saline solution if patient is not on sodium restriction).

This product, like many other steroid formulations, is sensitive to heat. Therefore, it should not be autoclaved when it is desirable to sterilize the exterior of the vial.

## DIRECTIONS FOR USING THE ACT-O-VIAL SYSTEM
1. Press down on plastic activator to force diluent into the lower compartment.
2. Gently agitate to effect solution.
3. Remove plastic tab covering center of stopper.
4. Sterilize top of stopper with a suitable germicide.
5. Insert needle **squarely through center** of stopper until tip is just visible. Invert vial and withdraw dose.



**Further dilution is not necessary for intravenous or intramuscular injection. For intravenous infusion,** first prepare solution as just described. The **100 mg** solution may then be added to 100 to 1000 mL of 5% dextrose in water (or isotonic saline solution or 5% dextrose in isotonic saline solution if patient is not on sodium restriction). The **250 mg** solution may be added to 250 to 1000 mL, the **500 mg** solution may be added to 500 to 1000 mL and the **1000 mg** solution to 1000 mL of the same diluents. In cases where administration of a small volume of fluid is desirable, 100 mg to 3000 mg of SOLU-CORTEF may be added to 50 mL of the above diluents. The resulting solutions are stable for at least 4 hours and may be administered either directly or by IV piggyback.

14

When reconstituted as directed, pH's of the solutions range from 7 to 8 and the tonicities are: 100 mg ACT-O-VIAL, .36 osmolar; 250 mg ACT-O-VIAL, 500 mg ACT-O-VIAL, and the 1000 mg ACT-O-VIAL, .57 osmolar. (Isotonic saline=.28 osmolar.)

## HOW SUPPLIED

SOLU-CORTEF Sterile Powder is available in the following packages:

**100 mg Plain**—NDC 0009-0825-01
**100 mg ACT-O-VIAL (Single-Dose Vial)**     **250 mg ACT-O-VIAL (Single-Dose Vial)**
    **2 mL**—NDC 0009-0011-03                        **2 mL**—NDC 0009-0013-05
**25 x 2 mL**—NDC 0009-0011-04               **25 x 2 mL**—NDC 0009-0013-06
**500 mg ACT-O-VIAL (Single-Dose Vial)**—NDC 0009-0016-12
**1000 mg ACT-O-VIAL (Single-Dose Vial)**—NDC 0009-0005-01

## STORAGE CONDITIONS

Store unreconstituted product at controlled room temperature 20° to 25°C (68° to 77°F).

Store solution at controlled room temperature 20° to 25°C (68° to 77°F) and protect from light. Use solution only if it is clear. Unused solution should be discarded after 3 days.

**Rx only**



Distributed by
**Pharmacia & Upjohn Company**
Division of Pfizer Inc. NY, NY 10017

LAB-0424-3.0
August 2010

**SOLU-MEDROL**®
**methylprednisolone sodium succinate**
**for injection, USP**

**For Intravenous or Intramuscular Administration**

## DESCRIPTION

SOLU-MEDROL Sterile Powder contains methylprednisolone sodium succinate as the active ingredient. Methylprednisolone sodium succinate, USP, occurs as a white, or nearly white, odorless hygroscopic, amorphous solid. It is very soluble in water and in alcohol; it is insoluble in chloroform and is very slightly soluble in acetone.

The chemical name for methylprednisolone sodium succinate is pregna-1,4-diene-3,20-dione,21-(3-carboxy-1-oxopropoxy)-11,17-dihydroxy-6-methyl-monosodium salt, (6α, 11β), and the molecular weight is 496.53. The structural formula is represented below:



Methylprednisolone sodium succinate is so extremely soluble in water that it may be administered in a small volume of diluent and is especially well suited for intravenous use in situations in which high blood levels of methylprednisolone are required rapidly.

SOLU-MEDROL is available in several strengths and packages for intravenous or intramuscular administration.

**40 mg Act-O-Vial**® **System (Single-Dose Vial)**—Each mL (when mixed) contains methylprednisolone sodium succinate equivalent to 40 mg methylprednisolone; also 1.6 mg monobasic sodium phosphate anhydrous; 17.46 mg dibasic sodium phosphate dried; and 25 mg lactose hydrous.

**125 mg Act-O-Vial System (Single-Dose Vial)**—Each 2 mL (when mixed) contains methylprednisolone sodium succinate equivalent to 125 mg methylprednisolone; also 1.6 mg monobasic sodium phosphate anhydrous; and 17.4 mg dibasic sodium phosphate dried.

1

**500 mg Vial**—Each 8 mL (when mixed as directed) contains methylprednisolone sodium succinate equivalent to 500 mg methylprednisolone; also 6.4 mg monobasic sodium phosphate anhydrous; 69.6 mg dibasic sodium phosphate dried.

**500 mg Act-O-Vial System (Single-Dose Vial)**—Each 4 mL (when mixed) contains methylprednisolone sodium succinate equivalent to 500 mg methylprednisolone; also 6.4 mg monobasic sodium phosphate anhydrous; and 69.6 mg dibasic sodium phosphate dried.

**1 gram Vial**—Each 16 mL (when mixed as directed) contains methylprednisolone sodium succinate equivalent to 1 gram methylprednisolone; also 12.8 mg monobasic sodium phosphate anhydrous; 139.2 mg dibasic sodium phosphate dried.

**1 gram Act-O-Vial System (Single-Dose Vial)**—Each 8 mL (when mixed) contains methylprednisolone sodium succinate equivalent to 1 gram methylprednisolone; also 12.8 mg monobasic sodium phosphate anhydrous; and 139.2 mg dibasic sodium phosphate dried.

When necessary, the pH of each formula was adjusted with sodium hydroxide so that the pH of the reconstituted solution is within the USP specified range of 7 to 8 and the tonicities are, for the 40 mg per mL solution, 0.50 osmolar; for the 125 mg per 2 mL, 500 mg per 8 mL and 1 gram per 16 mL solutions, 0.40 osmolar; for the 1 gram per 8 mL solution, 0.44 osmolar. (Isotonic saline = 0.28 osmolar).

**IMPORTANT** — Use only the accompanying diluent
when reconstituting SOLU-MEDROL.
**Use within 48 hours after mixing**

## ACTIONS

Naturally occurring glucocorticoids (hydrocortisone and cortisone), which also have salt-retaining properties, are used as replacement therapy in adrenocortical deficiency states. Their synthetic analogs are primarily used for their potent anti-inflammatory effects in disorders of many organ systems.

Glucocorticoids cause profound and varied metabolic effects. In addition, they modify the body's immune responses to diverse stimuli.

Methylprednisolone is a potent anti-inflammatory steroid with greater anti-inflammatory potency than prednisolone and even less tendency than prednisolone to induce sodium and water retention.

Methylprednisolone sodium succinate has the same metabolic and anti-inflammatory actions as methylprednisolone. When given parenterally and in equimolar quantities, the two compounds are equivalent in biologic activity. The relative potency of SOLU-MEDROL Sterile Powder and hydrocortisone sodium succinate, as indicated by depression of eosinophil count, following intravenous administration, is at least four to

2

one. This is in good agreement with the relative oral potency of methylprednisolone and hydrocortisone.

**INDICATIONS**

When oral therapy is not feasible, and the strength, dosage form and route of administration of the drug reasonably lend the preparation to the treatment of the condition, SOLU-MEDROL Sterile Powder is indicated for intravenous or intramuscular use in the following conditions:

1. **Endocrine Disorders**
   Primary or secondary adrenocortical insufficiency (hydrocortisone or cortisone is the drug of choice; synthetic analogs may be used in conjunction with mineralocorticoids where applicable; in infancy, mineralocorticoid supplementation is of particular importance)
   Acute adrenocortical insufficiency (hydrocortisone or cortisone is the drug of choice; mineralocorticoid supplementation may be necessary, particularly when synthetic analogs are used)
   Preoperatively and in the event of serious trauma or illness, in patients with known adrenal insufficiency or when adrenocortical reserve is doubtful
   Shock unresponsive to conventional therapy if adrenocortical insufficiency exists or is suspected

   | | |
   |---|---|
   | Congenital adrenal hyperplasia | Nonsuppurative thyroiditis |
   | Hypercalcemia associated with cancer | |

2. **Rheumatic Disorders**
   As adjunctive therapy for short-term administration (to tide the patient over an acute episode or exacerbation) in:

   | | |
   |---|---|
   | Post-traumatic osteoarthritis | Epicondylitis |
   | Synovitis of osteoarthritis | Acute nonspecific tenosynovitis |
   | Rheumatoid arthritis, including juvenile rheumatoid arthritis (selected cases may require low-dose maintenance therapy) | Acute gouty arthritis |
   | | Psoriatic arthritis |
   | | Ankylosing spondylitis |
   | Acute and subacute bursitis | |

3. **Collagen Diseases**
   During an exacerbation or as maintenance therapy in selected cases of:

   | | |
   |---|---|
   | Systemic lupus erythematosus | Acute rheumatic carditis |
   | Systemic dermatomyositis (polymyositis) | |

4. **Dermatologic Diseases**

   | | |
   |---|---|
   | Pemphigus | Bullous dermatitis herpetiformis |
   | Severe erythema multiforme (Stevens-Johnson syndrome) | Severe seborrheic dermatitis |
   | | Severe psoriasis |
   | Exfoliative dermatitis | Mycosis fungoides |

5. **Allergic States**
   Control of severe or incapacitating allergic conditions intractable to adequate trials of conventional treatment in:

   | | |
   |---|---|
   | Bronchial asthma | Drug hypersensitivity reactions |
   | Contact dermatitis | Urticarial transfusion reactions |

3

    Atopic dermatitis                       Acute noninfectious laryngeal
    Serum sickness                        edema (epinephrine is the drug
    Seasonal or perennial allergic rhinitis     of first choice)

**6. Ophthalmic Diseases**

Severe acute and chronic allergic and inflammatory processes involving the eye, such as:

| | |
|---|---|
| Herpes zoster ophthalmicus | Sympathetic ophthalmia |
| Iritis, iridocyclitis | Anterior segment inflammation |
| Chorioretinitis | Allergic conjunctivitis |
| Diffuse posterior uveitis and choroiditis | Allergic corneal marginal ulcers |
| Optic neuritis | Keratitis |

**7. Gastrointestinal Diseases**

To tide the patient over a critical period of the disease in:

| | |
|---|---|
| Ulcerative colitis (systemic therapy) | Regional enteritis (systemic therapy) |

**8. Respiratory Diseases**

| | |
|---|---|
| Symptomatic sarcoidosis | Loeffler's syndrome not manage- |
| Berylliosis | able by other means |
| Fulminating or disseminated pulmonary | Aspiration pneumonitis |
| tuberculosis when used concurrently | |
| with appropriate antituberculous chemotherapy | |

**9. Hematologic Disorders**

| | |
|---|---|
| Acquired (autoimmune) hemolytic anemia | Erythroblastopenia (RBC anemia) |
| Idiopathic thrombocytopenic purpura | Congenital (erythroid) hypoplastic |
| in adults (IV only; IM administration | anemia |
| is contraindicated) | |
| Secondary thrombocytopenia in adults | |

**10. Neoplastic Diseases**

For palliative management of:

| | |
|---|---|
| Leukemias and lymphomas in adults | Acute leukemia of childhood |

**11. Edematous States**

To induce diuresis or remission of proteinuria in the nephrotic syndrome, without uremia, of the idiopathic type or that due to lupus erythematosus

**12. Nervous System**

Acute exacerbations of multiple sclerosis

**13. Miscellaneous**

Tuberculous meningitis with subarachnoid block or impending block when used concurrently with appropriate antituberculous chemotherapy

Trichinosis with neurologic or myocardial involvement

## CONTRAINDICATIONS

SOLU-MEDROL Sterile Powder is contraindicated in systemic fungal infections and patients with known hypersensitivity to the product and its constituents.

## WARNINGS

In patients on corticosteroid therapy subjected to any unusual stress, increased dosage of rapidly acting corticosteroids before, during, and after the stressful situation is indicated.

Corticosteroids may mask some signs of infection, and new infections may appear during their use. There may be decreased resistance and inability to localize infection when corticosteroids are used. Infections with any pathogen including viral, bacterial, fungal, protozoan or helminthic infections, in any location of the body, may be associated with the use of corticosteroids alone or in combination with other immunosuppressive agents that affect cellular immunity, humoral immunity, or neutrophil function.[1]

These infections may be mild, but can be severe and at times fatal. With increasing doses of corticosteroids, the rate of occurrence of infectious complications increases.[2]

A study has failed to establish the efficacy of SOLU-MEDROL in the treatment of sepsis syndrome and septic shock. The study also suggests that treatment of these conditions with SOLU-MEDROL may increase the risk of mortality in certain patients (i.e., patients with elevated serum creatinine levels or patients who develop secondary infections after SOLU-MEDROL).

Prolonged use of corticosteroids may produce posterior subcapsular cataracts, glaucoma with possible damage to the optic nerves, and may enhance the establishment of secondary ocular infections due to fungi or viruses.

**Usage in pregnancy.** Since adequate human reproduction studies have not been done with corticosteroids, the use of these drugs in pregnancy, nursing mothers, or women of childbearing potential requires that the possible benefits of the drug be weighed against the potential hazards to the mother and embryo or fetus. Infants born of mothers who have received substantial doses of corticosteroids during pregnancy should be carefully observed for signs of hypoadrenalism.

Average and large doses of cortisone or hydrocortisone can cause elevation of blood pressure, salt and water retention, and increased excretion of potassium. These effects are less likely to occur with the synthetic derivatives except when used in large doses. Dietary salt restriction and potassium supplementation may be necessary. All corticosteroids increase calcium excretion.

Administration of live or live, attenuated vaccines is contraindicated in patients receiving immunosuppressive doses of corticosteroids. Killed or inactivated vaccines may be administered to patients receiving immunosuppressive doses of corticosteroids; however, the response to such vaccines may be diminished. Indicated immunization procedures may be undertaken in patients receiving nonimmunosuppressive doses of corticosteroids.

The use of SOLU-MEDROL Sterile Powder in active tuberculosis should be restricted to those cases of fulminating or disseminated tuberculosis in which the corticosteroid is used for the management of the disease in conjunction with appropriate antituberculous regimen.

If corticosteroids are indicated in patients with latent tuberculosis or tuberculin reactivity, close observation is necessary as reactivation of the disease may occur. During prolonged corticosteroid therapy, these patients should receive chemoprophylaxis.

Because rare instances of anaphylactic (eg, bronchospasm) reactions have occurred in patients receiving parenteral corticosteroid therapy, appropriate precautionary measures should be taken prior to administration, especially when the patient has a history of allergy to any drug.

There are reports of cardiac arrhythmias and/or circulatory collapse and/or cardiac arrest following the rapid administration of large IV doses of SOLU-MEDROL (greater than 0.5 gram administered over a period of less than 10 minutes). Bradycardia has been reported during or after the administration of large doses of methylprednisolone sodium succinate, and may be unrelated to the speed or duration of infusion.

Persons who are on drugs which suppress the immune system are more susceptible to infections than healthy individuals. Chicken pox and measles, for example, can have a more serious or even fatal course in non-immune children or adults on corticosteroids. In such children or adults who have not had these diseases, particular care should be taken to avoid exposure. How the dose, route and duration of corticosteroid administration affects the risk of developing a disseminated infection is not known. The contribution of the underlying disease and/or prior corticosteroid treatment to the risk is also not known. If exposed to chicken pox, prophylaxis with varicella zoster immune globulin (VZIG) may be indicated. If exposed to measles, prophylaxis with pooled intramuscular immunoglobulin (IG) may be indicated. (See the respective package inserts for complete VZIG and IG prescribing information.) If chicken pox develops, treatment with antiviral agents may be considered. Similarly, corticosteroids should be used with great care in patients with known or suspected Strongyloides (threadworm) infestation. In such patients, corticosteroid-induced immunosuppression may lead to Strongyloides hyperinfection and dissemination with widespread larval migration, often accompanied by severe enterocolitis and potentially fatal gram-negative septicemia.

**PRECAUTIONS**
**General precautions**
Drug-induced secondary adrenocortical insufficiency may be minimized by gradual reduction of dosage. This type of relative insufficiency may persist for months after discontinuation of therapy; therefore, in any situation of stress occurring during that period, hormone therapy should be reinstituted. Since mineralocorticoid secretion may be impaired, salt and/or a mineralocorticoid should be administered concurrently.

There is an enhanced effect of corticosteroids on patients with hypothyroidism and in those with cirrhosis.

Corticosteroids should be used cautiously in patients with ocular herpes simplex because of possible corneal perforation.

6

The lowest possible dose of corticosteroid should be used to control the condition under treatment, and when reduction in dosage is possible, the reduction should be gradual.

Psychic derangements may appear when corticosteroids are used, ranging from euphoria, insomnia, mood swings, personality changes, and severe depression, to frank psychotic manifestations. Also, existing emotional instability or psychotic tendencies may be aggravated by corticosteroids.

Steroids should be used with caution in nonspecific ulcerative colitis, if there is a probability of impending perforation, abscess or other pyogenic infection; diverticulitis; fresh intestinal anastomoses; active or latent peptic ulcer; renal insufficiency; hypertension; osteoporosis; and myasthenia gravis.

Growth and development of infants and children on prolonged corticosteroid therapy should be carefully observed.

Kaposi's sarcoma has been reported to occur in patients receiving corticosteroid therapy. Discontinuation of corticosteroids may result in clinical remission.

Although controlled clinical trials have shown corticosteroids to be effective in speeding the resolution of acute exacerbations of multiple sclerosis, they do not show that corticosteroids affect the ultimate outcome or natural history of the disease. The studies do show that relatively high doses of corticosteroids are necessary to demonstrate a significant effect (see **DOSAGE AND ADMINISTRATION**).

An acute myopathy has been observed with the use of high doses of corticosteroids, most often occurring in patients with disorders of neuromuscular transmission (eg, myasthenia gravis), or in patients receiving concomitant therapy with neuromuscular blocking drugs (eg, pancuronium). This acute myopathy is generalized, may involve ocular and respiratory muscles, and may result in quadriparesis. Elevations of creatine kinase may occur. Clinical improvement or recovery after stopping corticosteroids may require weeks to years.

Since complications of treatment with glucocorticoids are dependent on the size of the dose and the duration of treatment, a risk/benefit decision must be made in each individual case as to dose and duration of treatment and as to whether daily or intermittent therapy should be used.

**DRUG INTERACTIONS**

The pharmacokinetic interactions listed below are potentially clinically important. Mutual inhibition of metabolism occurs with concurrent use of cyclosporin and methylprednisolone; therefore, it is possible that adverse events associated with the individual use of either drug may be more apt to occur. Convulsions have been reported with concurrent use of methylprednisolone and cyclosporin. Drugs that induce hepatic enzymes such as phenobarbital, phenytoin and rifampin may increase the clearance of methylprednisolone and may require increases in methylprednisolone dose to achieve the

7

desired response. Drugs such as troleandomycin and ketoconazole may inhibit the metabolism of methylprednisolone and thus decrease its clearance. Therefore, the dose of methylprednisolone should be titrated to avoid steroid toxicity. Methylprednisolone may increase the clearance of chronic high dose aspirin. This could lead to decreased salicylate serum levels or increase the risk of salicylate toxicity when methylprednisolone is withdrawn. Aspirin should be used cautiously in conjunction with corticosteroids in patients suffering from hypoprothrombinemia. The effect of methylprednisolone on oral anticoagulants is variable. There are reports of enhanced as well as diminished effects of anticoagulant when given concurrently with corticosteroids. Therefore, coagulation indices should be monitored to maintain the desired anticoagulant effect.

### Information for the Patient
Persons who are on immunosuppressant doses of corticosteroids should be warned to avoid exposure to chicken pox or measles. Patients should also be advised that if they are exposed, medical advice should be sought without delay.

## ADVERSE REACTIONS
### Fluid and Electrolyte Disturbances

| | |
|---|---|
| Sodium retention | Potassium loss |
| Fluid retention | Hypokalemic alkalosis |
| Congestive heart failure in susceptible patients | Hypertension |

### Musculoskeletal

| | |
|---|---|
| Muscle weakness | Aseptic necrosis of femoral and humeral heads |
| Steroid myopathy | |
| Loss of muscle mass | Pathologic fracture of long bones |
| Severe arthralgia | Osteoporosis |
| Vertebral compression fractures | Tendon rupture, particularly of the Achilles tendon |

### Gastrointestinal

| | |
|---|---|
| Peptic ulcer with possible perforation and hemorrhage | Increases in alanine transaminase (ALT, SGPT), aspartate transaminase (AST, SGOT), and alkaline phosphatase have been observed following corticosteroid treatment. These changes are usually small, not associated with any clinical syndrome and are reversible upon discontinuation. |
| Pancreatitis | |
| Abdominal distention | |
| Ulcerative esophagitis | |

### Dermatologic

| | |
|---|---|
| Impaired wound healing | Facial erythema |
| Thin fragile skin | Increased sweating |
| Petechiae and ecchymoses | May suppress reactions to skin tests |

8

**Neurological**

| | |
|---|---|
| Increased intracranial pressure with papilledema (pseudo-tumor cerebri) usually after treatment | Convulsions Vertigo Headache |

**Endocrine**

Development of Cushingoid state
Suppression of growth in children
Secondary adrenocortical and pituitary
unresponsiveness, particularly in
times of stress, as in trauma,
surgery or illness

Menstrual irregularities
Decreased carbohydrate tolerance
Manifestations of latent diabetes
mellitus
Increased requirements for insulin
or oral hypoglycemic agents in
diabetics

**Ophthalmic**

Posterior subcapsular cataracts
Increased intraocular pressure

Glaucoma
Exophthalmos

**Metabolic**

Negative nitrogen balance due to protein catabolism
The following *additional* adverse reactions are related to parenteral corticosteroid therapy:
Hyperpigmentation or hypopigmentation
Subcutaneous and cutaneous atrophy
Sterile abscess
Anaphylactic reaction with or without circulatory collapse, cardiac arrest, bronchospasm
Urticaria
Nausea and vomiting
Cardiac arrhythmias; hypotension or hypertension

**DOSAGE AND ADMINISTRATION**

When high dose therapy is desired, the recommended dose of SOLU-MEDROL Sterile Powder is 30 mg/kg administered intravenously over at least 30 minutes. This dose may be repeated every 4 to 6 hours for 48 hours.

In general, high dose corticosteroid therapy should be continued only until the patient's condition has stabilized; usually not beyond 48 to 72 hours.

Although adverse effects associated with high dose short-term corticoid therapy are uncommon, peptic ulceration may occur. Prophylactic antacid therapy may be indicated.

In other indications initial dosage will vary from 10 to 40 mg of methylprednisolone depending on the clinical problem being treated. The larger doses may be required for short-term management of severe, acute conditions. The initial dose usually should be given intravenously over a period of several minutes. Subsequent doses may be given intravenously or intramuscularly at intervals dictated by the patient's response and

9

clinical condition. Corticoid therapy is an adjunct to, and not replacement for conventional therapy.

Dosage may be reduced for infants and children but should be governed more by the severity of the condition and response of the patient than by age or size. It should not be less than 0.5 mg per kg every 24 hours.

Dosage must be decreased or discontinued gradually when the drug has been administered for more than a few days. If a period of spontaneous remission occurs in a chronic condition, treatment should be discontinued. Routine laboratory studies, such as urinalysis, two-hour postprandial blood sugar, determination of blood pressure and body weight, and a chest X-ray should be made at regular intervals during prolonged therapy. Upper GI X-rays are desirable in patients with an ulcer history or significant dyspepsia.

SOLU-MEDROL may be administered by intravenous or intramuscular injection or by intravenous infusion, the preferred method for initial emergency use being intravenous injection. To administer by intravenous (or intramuscular) injection, prepare solution as directed. The desired dose may be administered intravenously over a period of several minutes. If desired, the medication may be administered in diluted solutions by adding Water for Injection or other suitable diluent (see below) to the **Act-O-Vial** and withdrawing the indicated dose.

To prepare solutions for intravenous infusion, first prepare the solution for injection as directed. This solution may then be added to indicated amounts of 5% dextrose in water, isotonic saline solution or 5% dextrose in isotonic saline solution.

**Multiple Sclerosis**
In treatment of acute exacerbations of multiple sclerosis, daily doses of 200 mg of prednisolone for a week followed by 80 mg every other day for 1 month have been shown to be effective (4 mg of methylprednisolone is equivalent to 5 mg of prednisolone).

**DIRECTIONS FOR USING THE ACT-O-VIAL SYSTEM**
1. Press down on plastic activator to force diluent into the lower compartment.
2. Gently agitate to effect solution.
3. Remove plastic tab covering center of stopper.
4. Sterilize top of stopper with a suitable germicide.
5. Insert needle **squarely through center** of stopper until tip is just visible. Invert vial and withdraw dose.



## STORAGE CONDITIONS
Protect from light.

Store unreconstituted product at controlled room temperature 20° to 25°C (68° to 77°F) [see USP].

Store solution at controlled room temperature 20° to 25°C (68° to 77°F) [see USP].

Use solution within 48 hours after mixing.

## HOW SUPPLIED
SOLU-MEDROL Sterile Powder is available in the following packages:

| | |
|---|---|
| **40 mg Act-O-Vial System (Single-Dose Vial)** | **1 gram Act-O-Vial System (Single-Dose Vial)** |
| 25 x1 mL NDC 0009-0039-28 | 8 mL NDC 0009-0018-20 |
| **125 mg Act-O-Vial System (Single-Dose Vial)** | **500 mg (Multi-Dose Vial)** |
| 25 x 2 mL NDC 0009-0047-22 | 8 mL NDC 0009-0758-01 |
| **500 mg Act-O-Vial System (Single-Dose Vial)** | **1 gram (Multi-Dose Vial)** |
| 4 mL NDC 0009-0003-02 | 16 mL NDC 0009-0698-01 |

## REFERENCES
[1]Fekety R. Infections associated with corticosteroids and immunosuppressive therapy. In: Gorbach SL, Bartlett JG, Blacklow NR, eds. *Infectious Diseases*. Philadelphia: WBSaunders Company 1992:1050-1.
[2]Stuck AE, Minder CE, Frey FJ. Risk of infectious complications in patients taking glucocorticoids. *Rev Infect Dis* 1989:11(6):954-63.

**Rx only**



*Distributed by*

**Pharmacia & Upjohn Company**
Division of Pfizer Inc, NY, NY 10017

LAB-0420-1.0
Revised October 2009



**POSITION ONLY**

817 607 000

# Toposar™

etoposide injection, USP



Pharmacia
&Upjohn

---

**WARNINGS**

TOPOSAR (etoposide injection, USP) should be administered under the supervision of a qualified physician experienced in the use of cancer chemotherapeutic agents. Severe myelosuppression with resulting infection or bleeding may occur.

---

**DESCRIPTION**

TOPOSAR (etoposide injection, USP) (also commonly known as VP-16) is a semisynthetic derivative of podophyllotoxin used in the treatment of certain neoplastic diseases. It is 4'-demethylepipodophyllo-toxin 9-(4,6-O-(R)-ethylidene-β-D-glucopyranoside). It is very soluble in methanol and chloroform, slightly soluble in ethanol and sparingly soluble in water and ether. It is made more miscible with water by means of organic solvents. It has a molecular weight of 588.58 and a molecular formula of $C_{29}H_{32}O_{13}$.

TOPOSAR is available for intravenous use as a 20 mg/mL solution in 100 mg (5mL), 200 mg (10mL) and 500 mg (25mL) sterile, multiple dose vials. The pH of the clear yellow solution is 3 to 4. Each mL contains 20 mg etoposide, 2 mg citric acid, 30 mg benzyl alcohol, 80 mg polysorbate 80/tween 80, 650 mg poly-ethylene glycol 300, and 30.5% (v/v) alcohol.

The structural formula is:



**CLINICAL PHARMACOLOGY**

Etoposide has been shown to cause metaphase arrest in chick fibroblasts. Its main effect, however, appears to be at the $G_2$ por-tion of the cell cycle in mammalian cells. Two different dose-dependent responses are seen. At high concentrations (10 μg/mL or more), lysis of cells entering mitosis is observed. At low concentrations (0.3 to 10 μg/mL), cells are inhibited from entering prophase. It does not interfere with microtubular assembly. The predominant macromolecular effect of etoposide appears to be DNA synthesis inhibition.

**Pharmacokinetics:** On intravenous administration, the disposi-tion of etoposide is best described as a biphasic process with a distribution half-life of about 1.5 hours and terminal elimination half-life ranging from 4 to 11 hours. Total body clearance values range from 33 to 48 mL/min or 16 to 36 mL/min/m², and, like the terminal elimination half-life, are independent of dose over a range 100 to 600 mg/m². Over the same dose range, the areas under the plasma concentration vs. time curves (AUC) and the maximum plasma concentration ($C_{max}$) values increase linearly with dose. Etoposide does not accumulate in the plasma following daily adminis-tration of 100 mg/m² for 4 to 5 days.

The mean volumes of distribution at steady state fall in the range of 18 to 29 liters or 7 to 17 L/m². Etoposide enters the CSF poorly. Although it is detectable in CSF and intracerebral tumors, the concen-trations are lower than in extracerebral tumors and in plasma. Etoposide concentrations are higher in normal lung than in lung metastases and are similar in primary tumors and normal tissues of the myometrium. *In vitro*, etoposide is highly protein bound (97%) to human plasma proteins. An inverse relationship between plasma albumin levels and etoposide renal clearance is found in children. In a study determining the effect of *other* therapeutic agents on the *in vitro* binding of carbon-14 labeled etoposide to human serum proteins, only phenylbutazone, sodium salicylate and aspirin displaced pro-tein-bound etoposide at concentrations achieved *in vivo*[1].

Etoposide binding ratio correlates directly with serum albumin in patients with cancer and in normal volunteers. The unbound fraction of etoposide significantly correlated with bilirubin in a population of cancer patients.[2,3]

After intravenous administration of [3]H-etoposide (70 to 290 mg/m²), mean recoveries of radioactivity in the urine range from 42% to 67%, and fecal recoveries range from 0% to 16% of the dose. Less than 50% of an intravenous dose is excreted in the urine as etoposide with mean recoveries of 8% to 35% within 24 hours.

In children, approximately 55% of the dose is excreted in the urine as etoposide in 24 hours. The mean renal clearance of etoposide is 7 to 10 mL/min/m² or about 35% of the total body clearance over a dose range of 80 to 600 mg/m². Etoposide, therefore, is cleared by both renal and nonrenal processes, i.e., metabolism and biliary excretion. The effect of renal disease on plasma etoposide clearance is not known.

Biliary excretion appears to be a minor route of etoposide elimination. Only 6% or less of an intra-venous dose is recovered in the bile as etoposide. Metabolism accounts for most of the nonrenal clear-ance of etoposide. The major urinary metabolite of etoposide in adults and children is the hydroxy acid [4'-demethylepipodophyllic acid-9-(4,6-O-(R)-ethylidene-β-D-glucopyranoside)], formed by opening of the lactone ring. It is also present in human plasma, presumably as the **trans** isomer. Glucuronide and/or sulfate conjugates of etoposide are excreted in human urine and represent 5% to 22% of the dose.

After either intravenous infusion or oral capsule administration, the $C_{max}$ and AUC values exhibit marked intrasubject and intersubject variability.

In adults, the total body clearance of etoposide is correlated with creatinine clearance, serum albumin concentration, and nonrenal clearance. In children, elevated serum SGPT levels are associated with reduced drug total body clearance. Prior to use of cisplatin may also result in a decrease of etoposide total body clearance in children.

**INDICATIONS AND USAGE**

TOPOSAR is indicated in the management of the following neoplasms:

**Refractory Testicular Tumors** — TOPOSAR in combination therapy with other approved chemotherapeutic agents in patients with refractory testicular tumors who have already received appropriate surgical, chemotherapeutic and radiotherapeutic therapy.

**Small cell lung cancer** — Etoposide injection and/or capsules in combination with other approved chemotherapeutic agents as first line treatment in patients with small cell lung cancer.

**CONTRAINDICATIONS**

TOPOSAR is contraindicated in patients who have demonstrated a previous hypersensitivity to it.

**WARNINGS**

Patients being treated with TOPOSAR must be frequently observed for myelosuppression both during and after therapy. Dose-limiting bone marrow suppression is the most significant toxicity associated with etoposide therapy. Therefore, the following studies should be obtained at the start of therapy and prior to each subsequent dose of TOPOSAR: platelet count, hemoglobin, white blood cell count and differential. The occurrence of a platelet count below 50,000/mm$^3$ or an absolute neutrophil count below 500/mm$^3$ is an indication to withhold further therapy until the blood counts have sufficiently recovered.

Physicians should be aware of the possible occurrence of an anaphylactic reaction manifested by chills, fever, tachycardia, bronchospasm, dyspnea and hypotension. (See **ADVERSE REACTIONS** section.) Treatment is symptomatic. The infusion should be terminated immediately, followed by the administration of pressor agents, corticosteroids, antihistamines, or volume expanders at the discretion of the physician.

TOPOSAR should be given only by slow intravenous infusion (usually over a 30- to 60-minute period) since hypotension has been reported as a possible side effect of rapid intravenous injection.

**Pregnancy:** Pregnancy "Category D". Etoposide can cause fetal harm when administered to a pregnant woman. Etoposide has been shown to be teratogenic in mice and rats. There are no adequate and well-controlled studies in pregnant women. If this drug is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant.

Etoposide is teratogenic and embryocidal in rats and mice at doses of 1% to 3% of the recommended clinical dose based on body surface area.

In a teratology study in SPF rats, etoposide was administered intravenously at doses of 0.13, 0.4, 1.2, and 3.6 mg/kg/day on days 6 to 15 of gestation. Etoposide caused dose-related maternal toxicity, embryotoxicity, and teratogenicity at dose levels of 0.4 mg/kg/day and higher. Embryonic resorptions were 90% and 100% at the two highest dosages. At 0.4 and 1.2 mg/kg, fetal weights were decreased and fetal abnormalities including decreased weight, major skeletal abnormalities, exencephaly, encephalocele and anophthalmia occurred. Even at the lowest dose tested, 0.13 mg/kg, a significant increase in retarded ossification was observed.

Etoposide administered as a single intraperitoneal injection in Swiss-Albino mice at dosages of 1, 1.5, and 2 mg/kg on days 6, 7 or 8 of gestation caused dose-related embryotoxicity, cranial abnormalities and major skeletal malformations.

**PRECAUTIONS**

**General:** In all instances where the use of TOPOSAR is considered for chemotherapy, the physician must evaluate the need and usefulness of the drug against the risk of adverse reactions. Most such adverse reactions are reversible if detected early. If severe reactions occur, the drug should be reduced in dosage or discontinued and appropriate corrective measures should be taken according to the clinical judgment of the physician. Reinstitution of TOPOSAR therapy should be carried out with caution, and with adequate consideration of the further need for the drug and alertness as to possible recurrence of toxicity.

**Laboratory Tests:** Periodic complete blood counts should be done during the course of TOPOSAR treatment. They should be performed prior to therapy and at appropriate intervals during and after therapy. At least one determination should be done prior to each dose of TOPOSAR.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** Carcinogenicity tests with etoposide have not been conducted in laboratory animals. Etoposide should be considered a potential carcinogen in humans. The occurrence of acute leukemia with or without a preleukemic phase has been reported rarely in patients treated with etoposide in association with other antineoplastic agents.

The mutagenic and genotoxic potential of etoposide has been established in mammalian cells. Etoposide caused aberrations in chromosome number and structure in embryonic murine cells and human hematopoietic cells; gene mutations in Chinese hamster ovary cells; and DNA damage by strand breakage and DNA-protein cross-links in mouse leukemic cells. Etoposide also caused a dose-related increase in sister chromatid exchanges in Chinese hamster ovary cells.

Treatment of Swiss-Albino mice with 1.5 mg/kg IP of etoposide on day 7 of gestation increased the

# Toposar brand of etoposide injection, USP

incidence of intrauterine death and fetal malformations as well as significantly decreased the average fetal body weight. Maternal weight gain was not affected.

Treatment of pregnant SPF rats with 1.2 mg/kg/day IV of etoposide for 10 days led to a prenatal mortality of 92%, and 50% of the implanting fetuses were abnormal.

**Pregnancy:** Pregnancy "Category D" (See **WARNINGS** section).

**Nursing Mothers:** It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from etoposide, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:** Safety and effectiveness in children have not been established.

TOPOSAR contains polysorbate 80. In premature infants, a life-threatening syndrome consisting of liver and renal failure, pulmonary deterioration, thrombocytopenia and ascites has been associated with an injectable vitamin E product containing polysorbate 80.

**ADVERSE REACTIONS**

The following data on adverse reactions are based on both oral and intravenous administration of etoposide as a single agent, using several different dose schedules for treatment of a wide variety of malignancies.

**Hematologic Toxicity:** Myelosuppression is dose related and dose limiting with granulocyte nadirs occurring 7 to 14 days after drug administration and platelet nadirs occurring 9 to 16 days after drug administration. Bone marrow recovery is usually complete by day 20, and no cumulative toxicity has been reported.

The occurrence of acute leukemia with or without a preleukemic phase has been reported rarely in patients treated with etoposide in association with other antineoplastic agents.

**Gastrointestinal Toxicity:** Nausea and vomiting are the major gastrointestinal toxicities. The severity of such nausea and vomiting is generally mild to moderate with treatment discontinuation required in 1% of patients. Nausea and vomiting can usually be controlled with standard antiemetic therapy. Gastrointestinal toxicities are slightly more frequent after oral administration than after intravenous infusion.

**Hypotension:** Transient hypotension following rapid intravenous administration has been reported in 1% to 2% of patients. It has not been associated with cardiac toxicity or electrocardiographic changes. No delayed hypotension has been noted. To prevent this rare occurrence, it is recommended that etoposide be administered by slow intravenous infusion over a 30- to 60-minute period. If hypotension occurs, it usually responds to cessation of the infusion and administration of fluids or other supportive therapy as appropriate. When restarting the infusion, a slower administration rate should be used.

**Allergic Reactions:** Anaphylactic-like reactions characterized by chills, fever, tachycardia, bronchospasm, dyspnea and hypotension have been reported to occur in 0.7% to 2% of patients receiving intravenous etoposide and in less than 1% of the patients treated with oral capsules. These reactions have usually responded promptly to the cessation of the infusion and administration of pressor agents, corticosteroids, antihistamines or volume expanders as appropriate; however the reactions can be fatal. Hypertension and flushing have also been reported. Blood pressure usually normalizes within a few hours after cessation of the infusion. Anaphylactic-like reactions have occurred during the initial infusion of etoposide.

Facial/tongue swelling, coughing, diaphoresis, cyanosis, tightness in throat, laryngospasm, back pain, and/or loss of consciousness have sometimes occurred in association with the above reactions. In addition, an apparent hypersensitivity-associated apnea has been reported rarely.

Rash, urticaria, and/or pruritus have infrequently been reported at recommended doses. At investigational doses, a generalized pruritic erythematous maculopapular rash, consistent with perivasculitis, has been reported.

**Alopecia:** Reversible alopecia, sometimes progressing to total baldness was observed in up to 66% of patients.

**Other Toxicities:** The following adverse reactions have been infrequently reported: aftertaste, fever, pigmentation, abdominal pain, constipation, dysphagia, transient cortical blindness and a single report of radiation recall dermatitis.

Hepatic toxicity, generally in patients receiving higher doses of the drug than those recommended, has been reported with etoposide. Metabolic acidosis also has been reported in patients receiving these higher doses.

The incidences of adverse reactions in the table that follows are derived from multiple databases from studies in 2,081 patients when etoposide was used either orally or by injection as a single agent.

| ADVERSE DRUG EFFECT | PERCENT RANGE OF REPORTED INCIDENCE |
|---|---|
| **Hematologic toxicity** | |
| Leukopenia (less than 1,000 WBC/mm$^3$) | 3–17 |
| Leukopenia (less than 4,000 WBC/mm$^3$) | 60–91 |
| Thrombocytopenia (less than 50,000 platelets/mm$^3$) | 1–20 |
| Thrombocytopenia (less than 100,000 platelets/mm$^3$) | 22–41 |
| Anemia | 0–33 |
| **Gastrointestinal toxicity** | |
| Nausea and vomiting | 31–43 |
| Abdominal pain | 0–2 |
| Anorexia | 10–13 |
| Diarrhea | 1–13 |
| Stomatitis | 1–6 |
| Hepatic | 0–3 |
| Alopecia | 8–66 |
| Peripheral neurotoxicity | 1–2 |
| Hypotension | 1–2 |
| Allergic reaction | 1–2 |

**OVERDOSAGE**

No proven antidotes have been established for etoposide overdosage.

**DOSAGE AND ADMINISTRATION**

**Note: Plastic devices made of acrylic or ABS (a polymer composed of acrylonitrile, butadiene and styrene) have been reported to crack and leak when used with _undiluted_ etoposide injection.**

The usual dose of TOPOSAR in testicular cancer in combination with other approved chemotherapeutic agents ranges from 50 to 100 mg/m² /day on days 1 through 5 or 100 mg/m²/day on days 1, 3 and 5.

In small cell lung cancer, the TOPOSAR dose in combination with other approved chemotherapeutic drugs ranges from 35 mg/m²/day for 4 days to 50 mg/m²/day for 5 days.

Chemotherapy courses are repeated at 3- to 4-week intervals after adequate recovery from any toxicity.

The dosage should be modified to take into account the myelosuppressive effects of other drugs in the combination or the effects of prior x-ray therapy or chemotherapy which may have compromised bone marrow reserve.

**Administration Precautions:** As with other potentially toxic compounds, caution should be exercised in handling and preparing the solution of TOPOSAR. Skin reactions associated with accidental exposure to TOPOSAR may occur. The use of gloves is recommended. If TOPOSAR solution contacts the skin or mucosa, immediately wash the skin or mucosa thoroughly with soap and water.

**Preparation for Intravenous Administration:** TOPOSAR must be diluted prior to use with either 5% Dextrose Injection, or 0.9% Sodium Chloride Injection, to give a final concentration of 0.2 to 0.4 mg/mL. If solutions are prepared at concentrations above 0.4 mg/mL, precipitation may occur. Hypotension following rapid intravenous administration has been reported, hence, it is recommended that the TOPOSAR solution be administered over a 30- to 60- minute period. A longer duration of administration may be used if the volume of fluid to be infused is a concern. **TOPOSAR should not be given by rapid intravenous injection.**

Parenteral drug products should be inspected visually for particulate matter and discoloration (see **DESCRIPTION** section) prior to administration whenever solution and container permit.

**Stability:** Unopened vials of TOPOSAR are stable for 24 months at room temperature (25°C). Vials diluted as recommended to a concentration of 0.2 or 0.4 mg/mL are stable for 96 and 24 hours, respectively, at room temperature (25°C) under normal room fluorescent lights in both glass and plastic containers.

**Procedures for proper handling and disposal** of anticancer drugs should be considered. Several guidelines on this subject have been published.[4-10] There is no general agreement that all of the procedures recommended in the guidelines are necessary or appropriate.

**HOW SUPPLIED**

TOPOSAR™ (etoposide injection, USP) (20 mg/mL)

| | |
|---|---|
| NDC 0013-7336-91 | 100 mg/5mL Sterile, Multiple Dose Vial, 10 vial packs |
| NDC 0013-7346-94 | 200 mg/10mL Sterile, Multiple Dose Vial, 5 vial packs |
| NDC 0013-7356-88 | 500 mg/25mL Sterile, Multiple Dose Vial, single vial packs |

Store at 25°C (77°F); excursions permitted to 15–30°C (59–86°F) [see USP Controlled Room Temperature].

℞ only

**References**

1. Gaver RC; Deeb G; "The effect of other drugs on the _in vitro_ binding of 14C-etoposide to human serum proteins." Proc Am Assoc Cancer Res; 30:A2132, 1989.
2. Stewart CF; Pieper JA; Arbuck SG; Evans WE; "Altered protein binding of etoposide in patients with cancer." Clin Pharmacol Ther; 45:49-55, 1989.
3. Stewart CF; Arbusk SG; Fleming RA; Evans WE; "Prospective evaluation of a model for predicting etoposide plasma protein binding in cancer patients." Proc Am Assoc Cancer Res; 30:A958, 1989.
4. Recommendations for the Safe Handling of Parenteral Antineoplastic Drugs. NIH Publication NO. 83-2621. For sale by the Superintendent of Documents, US Government Printing Office, Washington, DC 20402.
5. AMA Council Report, Guidelines for Handling Parenteral Antineoplastics. JAMA, 1985; March 15.
6. National Study Commission on Cytotoxic Exposure-Recommendations for Handling Cytotoxic Agents. Available from Louis P. Jeffrey, Sc.D., Chairman, National Study Commission on Cytotoxic Exposure, Massachusetts College of Pharmacy and Allied Health Sciences, 179 Longwood Avenue, Boston, Massachusetts 02115.
7. Clinical Oncological Society of Australia. Guidelines and Recommendations for Safe Handling of Antineoplastic Agents Med J Australia. 1983; 1:426-428.
8. Jones RB, et al; Safe handling of Chemotherapeutic Agents: A Report from the Mount Sinai Medical Center. CA—A Cancer Journal for Clinicians. 1983; (Sept/Oct) 258-263.
9. American Society of Hospital Pharmacists Technical Assistance Bulletin on Handling Cytotoxic and Hazardous Drugs. Am J Hosp Pharm. 1990; 47:1033-1049.
10. OSHA Work-Practice Guidelines for Personnel Dealing with Cytotoxic (Antineoplastic) Drugs. Am J Hosp Pharm. 1986; 43:1193-1204.

Manufactured for:   Pharmacia & Upjohn Company, Kalamazoo, MI 49001, USA
          by:   SP Pharmaceuticals LLC, Albuquerque, NM 87109, USA

Revised December 1998                                                817 607 000



Contact Us

# 10% TRAVASOL (Amino Acid) Injection in VIAFLEX Plastic Container; 2000 mL, Pharmacy Bulk Package
**1B6626P**

Home > Medication Delivery > Nutrition > Parenteral Products > Standard Amino Acid Injections (Sulfite-Free) in Viaflex Plastic Containers



10% TRAVASOL (Amino Acid) Injection in VIAFLEX plastic container. 2000 mL fill, 2000 mL, Pharmacy Bulk Package, NDC# 0338-0644-06

## Product Characteristics
Sterilization method: **Sterilize-steam**

## Ordering information
Baxter Product Code: **1B6626P**

UPN/GTIN CS Unit: **50303380644068**

UPN/GTIN EA Unit: **00303380644063**

National Drug Code: **0338064406**

List price:                **$1,176.24**

Unit of Measure:           **CA**

## Reimbursement Information

| HCPCS Code | HCPCS Descriptor |
|---|---|
| B4189 | PARENTERAL NUTRITION SOLUTION; COMPOUNDED AMINO ACID AND CARBOHYDRATES WITH ELECTROLYTES, TRACE ELEMENTS, AND VITAMINS, INCLUDING PREPARATION, ANY STRENGTH, 10 TO 51 GRAMS OF PROTEIN - PREMIX |
| B4193 | PARENTERAL NUTRITION SOLUTION; COMPOUNDED AMINO ACID AND CARBOHYDRATES WITH ELECTROLYTES, TRACE ELEMENTS, AND VITAMINS, INCLUDING PREPARATION, ANY STRENGTH, 52 TO 73 GRAMS OF PROTEIN - PREMIX |
| B4197 | PARENTERAL NUTRITION SOLUTION; COMPOUNDED AMINO ACID AND CARBOHYDRATES WITH ELECTROLYTES, TRACE ELEMENTS AND VITAMINS, INCLUDING PREPARATION, ANY STRENGTH, 74 TO 100 GRAMS OF PROTEIN - PREMIX |
| B4199 | PARENTERAL NUTRITION SOLUTION; COMPOUNDED AMINO ACID AND CARBOHYDRATES WITH ELECTROLYTES, TRACE ELEMENTS |

## Carton
Length:   **14.56 IN**

Width:    **13.25 IN**

Height:   **10.06 IN**

Volume:   **1.12 CF**

Weight:   **31.0000 LB**

Pack Factor: **6**

**AND VITAMINS, INCLUDING PREPARATION, ANY STRENGTH, OVER 100 GRAMS OF PROTEIN - PREMIX**

Medication Delivery Reimbursement Hotline          **888-338-0001**

**Information Source: CMS**

**Disclaimer:** The coverage, coding, and payment information included has been compiled from various resources for informational use as a tool to assist providers with reimbursement issues. This information is current as of March 2011; however this information is subject to change and should not be construed as billing advice. Providers should exercise independent clinical judgment when selecting codes and submitting claims to accurately reflect services rendered to individual patients. Baxter Healthcare Corporation does not guarantee success in obtaining insurance payments. Providers are encouraged to contact third-party payor for specific information on their coverage, coding, and payment policies.