IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Judge Patti B. Saris |

### AFFIDAVIT OF DONALD E. HAVILAND, JR., IN SUPPORT OF CERTAIN NAMED PLAINTIFFS' OBJECTIONS TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION IN SUPPORT OF REBALANCED TRACK TWO SETTLEMENT

I, Donald E. Haviland, Jr., being duly sworn, depose and say:

1. I am the managing partner of Haviland Hughes, LLC, counsel for the consumer plaintiffs in this matter. I am submitting this Affidavit in support of Certain Named Plaintiffs' Objections to Plaintiffs' Supplemental Submission in Support of Rebalanced Track Two Settlement.

2. I hereby attest that the facts set forth in the are true and correct to the best of my knowledge, information and belief. If called to testify as to the same, I would so testify. In addition, there is additional documentary support for such facts that I would be prepared to submit to the Court forthwith, upon request for the same.

3. Attached as Exhibits hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit "B" | FILED UNDER SEAL - 2006 Dr. Hartman analysis of Track 2 Spreads |
| Exhibit "C" | Expert reports filed in *Walker v. TAP Pharmaceutical Products, Inc.* |
| Exhibit "D" | Expert reports filed in *Stetser v. TAP Pharmaceutical Products, Inc. et al.* |

1

Case 1:01-cv-12257-PBS   Document 7731   Filed 08/05/11   Page 2 of 2

| Exhibit "E" | Rebuttal Declaration of Raymond S. Hartman in Support of the Certification of the Class of End-Payer Purchasers of Lupron ®, MDL No. 1430 |
|---|---|
| Exhibit "F" | Updated Economic Report of William S. Comanor in *Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.* |
| Exhibit "G" | Supplemental Report of Frederick R. Warren-Boulton, Ph.D. in *Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.* |
| Exhibit "H" | Decision Awarding Injunction and Restoration in *Commonwealth of Pennsylvania v. Bristol-Myers Squibb Company* |
| Exhibit "I" | Non-Jury Decision in *Commonwealth of Pennsylvania v. Johnson & Johnson, et al.* |
| Exhibit "J" | December 21, 2009 Order of the Court in *Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.* |
| Exhibit "K" | October 13, 2009 Declaration of Jennifer H. McGee in *Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.* |
| Exhibit "L" | Declaration of Michael L. Koon attached to Track Two Defendants' Memorandum in Support of the Track Two Class Action Settlement |

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed this 5th day of August, 2011.

By: _____
Donald E. Haviland, Jr.

Sworn to and subscribed before me this **5th** day of **August**, 2011.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN L. SZAJDECKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 21, 2011

2