# EXPERT REPORT OF

# Dr. Charles Mahla
# Senior Economist

## In the Matter of:

## <u>Bernard Walker</u>

## v.

## <u>TAP Pharmaceutical Products, Inc., et al.</u>

Econ One Research, Inc.
July 27, 2004

*5th Floor*
*601 West 5th Street*
*Los Angeles, California 90071*
*213 624 9600*

*Suite 200*
*1004 Prairie*
*Houston, Texas 77002*
*713 228 2700*

*Suite 700*
*2010 Corporate Ridge Road*
*McLean, Virginia 22102*
*703 749 1440*

*Suite 1170*
*1215 K Street*
*Sacramento, California 95814*
*916 449 2860*

## I.   QUALIFICATIONS

I am an economist with Econ One Research, Inc., an economic research and consulting firm with offices in Los Angeles and Sacramento, CA, Houston, TX, and McLean, VA.   I have 12 years of experience in economic research and consulting, and have prepared numerous damages reports.   A detailed summary of my training, past experience and prior testimony is shown in Exhibit 1.

## II.   ASSIGNMENT

I have been asked by Plaintiffs' counsel to calculate for the period of time from 1991 to the present the amount of loss to all persons and entities in New Jersey who paid any portion of the cost of Lupron based upon, in whole or in part, the published AWP of Lupron (and/or Zoladex).   Using a damages methodology developed with Stephen W. Schondelmeyer, PharmD, Ph.D., in this report I have calculated the amount of loss for the period January 1991 through November 2003[1].

---

[1] To date I have only received data through November 2003.  I intend to update my report as more data become available.

### III.    DATA

For the period 1999 to 2003[2], TAP Pharmaceutical Products, Inc. ("TAP") summarized Lupron sales by their usage group (urology, gynecology, pediatrics) on its internal reports.  These reports showed sales to TAP's customer types (direct-to-physician, managed care, retail/pharmacy, wholesaler, etc.).  The direct-to-physician sales were subdivided into those in Least Cost Alternative ("LCA") states and those not in Least Cost Alternative ("non-LCA") states.  They were further grouped by level of discounting:  standard discounting, high volume discounting, and annual purchase commitment contracts ("APCC").  It appears that the various dosages sold in each group were converted to their equivalent one-month dosage:  for example, one unit of the three-month dose of Lupron, 22.5 mg, was reported as three one-month doses of Lupron, 7.5 mg.  I will refer to these summary statements as "usage group reports."

For the period 1991 to 1998, TAP summarized total domestic sales for each dosage and use.  These summaries also reported free goods by category (for example, discretionary, indigent, government/HMO seeding, rebates, R&D discretionary, miscellaneous, and new patient starts).  I will refer to these summary statements as "dosage reports."

---

[2] Documents summarizing sales by usage group were also produced for May 1997, June 1997, and the period September 1997 – December 1997.

For certain months in 1996, 1997 and 1998[3], TAP prepared summary statements that contain features of both the earlier and later sales reports. These statements report totals by dosage and use, like the earlier reports, but also contain a breakdown of sales to customer types like the later reports.  LCA and non-LCA units are reported separately starting in 1998.  I will refer to these reports as "overlap reports."

Finally, there were minor gaps in the information provided by TAP. June and December 2002 urology units and dollars were calculated by subtracting monthly data from 6-month and 12-month year-to-date reports, respectively.  May through December 1998 pediatric and gynecology units were estimated by taking the average of the 1999 monthly data.

The above documents were reviewed and relied upon for my March 8, 2004 report in the matter of *Harry E. Stetser, Dale E. Nelson, and Michael deMontbrun v. TAP Pharmaceutical Products, Inc., et al.*  In addition, TAP produced an electronic sales database spanning the period December 1992 through October 2000 (TAP 4000020).  This sales database contains invoice data that allowed me to summarize direct-to-physician sales on a state-by-state basis.  TAP also produced a database of New Jersey sales (TAP BW 000001) and an electronic database identifying samples it provided to physicians in New Jersey between September 1992 and October 2001 (TAP BW 000002).

---

[3] January through July 1996 (7.5 mg only), February through July 1997 and September 1997 through February 1998 (7.5 mg, 22.5 mg, 30 mg); February through April 1997 (3.75 mg only); February 1998 (3.75 mg and 11.25 mg).

IV.     **METHODOLOGY – Return-to-Practice Overcharge**

A.      Overview

The return-to-practice overcharge is based on the difference between the price physicians paid for Lupron and the higher price paid by the patients and their insurers for that Lupron.   I have relied upon the opinions of Dr. Schondelmeyer in determining the price paid by Class Members.   I have also relied upon Dr. Schondelmeyer's estimate of the percentage of Lupron urology sales to Class Members under Medicare, and those Class Members' Medicare co-payment percentage.   I describe the application of the damages methodology to the TAP data in more detail below.

B.      Classification by Group

My first step was to classify the data from the dosage reports into the appropriate usage groups.  I classified the 7.5 mg, 22.5 mg, and 30 mg units as urology.  I classified the 3.75 mg and 11.25 mg units as gynecology.  I classified the 7.5 mg PED, 11.25 mg PED and 15 mg PED as pediatric.

C.      Units

I have been asked to calculate the aggregate dollar amount overcharged on purchases of Lupron for the period 1991 through the present.  I have limited my analysis to those units that were resold by physicians.  These units are identified in the usage group reports as "Direct to Physician" ("DTP").

Units sold to physicians are not identified separately on the dosage reports. However, beginning in 1993, TAP produced reports detailing monthly and quarterly sales by customer code.  I identified those customer codes that indicated DTP sales and calculated those sales as a percentage of total sales.  I then applied these monthly DTP percentages to the units in the dosage reports. For the periods where reports were not available to us, I estimated percentages based on the most recent year of data available, or on the two months surrounding the gap in the case where only a single month's report was not available.

D.    1997 LCA Units

Dr. Schondelmeyer described the introduction of Least Cost Alternative (LCA) reimbursement for Lupron.  TAP's sales summaries began reporting direct-to-physician sales separately for LCA and non-LCA states in 1998.  A 1998 TAP report[4] provides a breakdown of 1997 monthly sales between LCA and non-LCA states.  I have used the monthly percentages from this report to determine 1997 LCA and non-LCA direct to physician sales.

E.    Prices

1.    Prices Paid By TAP Customers

The TAP sales summary reports described above provide the total dollars and units sold for each category of Lupron sales.  From these data, I have

---

[4] TAP-BLI 0009144-82 at 9152.

calculated the weighted average sales price ("ASP") for Lupron paid by physicians.

### 2. Prices Paid By Class Members

In his report, Dr. Schondelmeyer describes Wholesale Acquisition Cost ("WAC") and Average Wholesale Price ("AWP").  Dr. Schondelmeyer states that AWP is the price upon which physician reimbursements are generally based, and that the Lupron AWP is set at 125% of WAC.  Both of these prices are typically higher than the ASP paid by physicians for Lupron.  Dr. Schondelmeyer's overcharge methodology calculates the difference between the reimbursement price ("RP") (based on AWP) and ASP.

### F. Calculations

#### 1. Gynecology

For Lupron sales in the gynecology group, the RP is equal to AWP through 1997.  In January 1998, Medicare initiated Lupron reimbursement based on 95% of AWP.  Although Lupron sales for gynecology are not assumed to be Medicare sales, Dr. Schondelmeyer has opined that private insurers followed Medicare's guidelines and limited their reimbursement level to 95% of AWP.

#### 2. Pediatric

For Lupron sales to the pediatric group, the RP is equal to AWP through 1997.  In January 1998, Medicare began to reimburse based on 95% of AWP.  Although Lupron pediatric sales are not assumed to be Medicare sales,

Dr. Schondelmeyer has opined that private insurers followed Medicare's guidelines and limited their reimbursement level to 95% of AWP. The pediatric Lupron weighted average AWP is calculated as 125% of the list price provided on the usage reports.

### 3. Urology

Dr. Schondelmeyer has estimated that 77% of sales of Lupron for urological use are to patients covered by Medicare or other government insurance. He also estimates that Medicare and other government insurance cover 80% of Lupron's cost, with Class Members paying the remaining 20%. For the 23% of sales not covered by Medicare, Class Members must pay 100% of Lupron's cost.

For sales in non-LCA states, the RP is Lupron's AWP through 1997 and 95% of Lupron's AWP beginning in January 1998 through November 2003.

For sales in LCA states, the reimbursement price is set through 1997 to the AWP of Zoladex, the least-cost alternative to Lupron. Beginning in January 1998 through November 2003, the reimbursement price is 95% of the Zoladex AWP.

### G. Results for All States

Using the damage methodology, the estimated overcharges to all persons and entities who paid any portion of the cost of Lupron based upon, in whole or in part, the published AWP for Lupron (and/or Zoladex for LCA states) from January 1991 through November 2003 are $1.62 billion.

H.   Results for New Jersey

Finally, I used the TAP electronic sales database to determine the percentage of overcharges attributable to direct-to-physician sales in New Jersey. For gynecology and pediatric units, and for urology units before the introduction of LCA programs, this was simply the percentage of New Jersey sales. For the period 1997 through April 1998, when New Jersey did not have an LCA program, I determined New Jersey's monthly share of non-LCA sales and overcharges. For the period May 1998 forward, I determined New Jersey's monthly share of LCA sales and overcharges. In aggregate, New Jersey's share of calculated overcharges was 4.77% of $1.62 billion, or approximately $77.4 million.

## V.   METHODOLOGY – Free Goods Overcharge

I have reviewed electronic data that shows Lupron samples provided to New Jersey physicians; this data spans the period September 1992 through October 2001[5]. Dr. Schondelmeyer has opined that these free goods were sold and reimbursed at the same prices described above for LCA and non-LCA periods. The overcharge on free goods would then be the sales or reimbursement price minus the acquisition cost to the physician, which in the

---

[5] As more data becomes available, I will extend my analysis through March 2003, when TAP ended its free sample program.

case of free goods would be zero. Overcharges are $2.02 million if 100% of free goods were sold by physicians. Overcharges are $1.01 million if 50% of free goods were sold. For the time period prior to September 1992, assuming that TAP provided the same monthly average number of samples it provided between September 1992 and October 2001, overcharges are an additional $300,000 if 100% of free goods were sold by physicians, and an additional $150,000 if 50% of free goods were sold. Thus, the combined total overcharge on free goods for the period January 1991 through October 2001 was $2.32 million if 100% of free goods were sold by physicians, and $1.16 million if 50% of free goods were sold.

7/27/04
Date

Charles R. Mahla, Ph.D.

# Exhibit 1

## *CHARLES R. MAHLA, Ph.D.*

*1215 K Street, Suite 1170*
*Sacramento, California 95814*
*Tel: (916) 449-2860*
*Fax: (916) 449-2870*
*Mobile: (916) 995-0613*
*Email: crmahla@econone.com*


**PROFESSIONAL EXPERIENCE:**

| | | |
|---|---|---|
| July 1997 to Present | ECON ONE RESEARCH, INC.<br>Senior Economist | *Sacramento, California* |

- Analyzed claims of lost profit and royalty damages allegedly suffered from patent infringement in the market for hemodialysis needle guards.

- Conducted analysis of commercial success of an animal pharmaceutical in support of a patent application. Also analyzed appropriate reasonable royalty should patent be granted.

- Analyzed claims of damages allegedly suffered from trade dress infringement in the market for continuing medical education. Conducted statistical analysis of likely effects.

- Reviewed and analyzed claims of damages allegedly suffered from wrongful termination of an electrical parts distribution contract.

- Conducted market valuation of an Internet retail firm; analyzed claims of price discrimination and breach of contract.

- Analyzed effects of refusal to grant interconnection to a prepaid service reseller by a large wireless carrier in connection with an alleged breach of contract. Quantified financial impact of alleged breach.

- Conducted market study of the Home Uterine Activity Monitor (HUAM) market, including complete review of FDA regulatory oversight of Level II and Level III medical devices. Analysis aided in the estimation of damages from an alleged breach of contract between a developer and manufacturer of HUAM devices.

- Analyzed the effects of wireless subscriber churn in connection with the estimation of damages suffered by a large wireless carrier from fraudulent agent churn.

- Conducted valuation of a potential royalty due to a large research university arising from the issuance of a patent on a new form of Non-Steroidal Anti-inflammatory Drug (NSAID).

*CHARLES R. MAHLA, Ph.D.*                                                                                   *Page* 2

**PROFESSIONAL EXPERIENCE (cont'd):**

- Reviewed and analyzed claims of damages allegedly suffered from fraud and wrongful termination.

- Conducted analysis of the development and maturation of the digital imaging industry as it related to potential damages arising from a breach of contract between a manufacturer and a distributor.

- Conducted a study on the effects of changes in California's regulatory oversight on the provision of cellular equipment.

- Analyzed sales and pricing practices of a major soy polymer manufacturer in connection with charges of patent infringement and misappropriation of trade secrets.

- Analyzed economic aspects of a PBX switch termination agreement in connection with charges of breach of contract.

- Developed the *Econ One Wireless Survey*, a nationwide wireless service pricing survey covering 25 major cities.  Survey typically analyzes over 2,500 wireless plans each month to determine those that are most cost effective across various levels of usage.

April 1994          MICRONOMICS, INC.                                        *Sacramento, California*
to July               <u>Senior Economist</u>
1997

- Conducted market analysis of the cellular equipment market with a particular focus on the Los Angeles market.  Study led to the estimation of financial damages resulting from below-cost pricing of such equipment.

- Prepared testimony given before the California Public Utilities Commission on the economic consequences of cellular service/equipment bundling.

- Lead firm's participation in *Roundtable on Cellular Regulatory Policy*, Governor's Office of Planning and Research.

- Conducted analysis of cellular service pricing behavior in Los Angeles, San Diego, and San Francisco relating to allegations of price fixing by service providers.

- Analyzed pricing practices of major pharmaceutical companies in connection with charges of discriminatory pricing and price fixing brought by numerous retail customers.

*CHARLES R. MAHLA, Ph.D.*                                          *Page 3*


### PROFESSIONAL EXPERIENCE (cont'd):

June 1992        MICRONOMICS, INC.                        *Los Angeles, California*
to March         Economist
1994

- Conducted analyses of a wide array of industries, including banking, biotechnology, cable television, cellular telephony, chemicals, computers, defense and aerospace, food distribution, health-care, HMO reinsurance, and oil and gas distribution.

- Provided estimates of financial damages in antitrust, contract dispute, security nondisclosure, child support, and intellectual property cases. Responsible for total case preparation, including development of case theory, data collection and organization, writing of expert reports, and the production of all deposition and trial exhibits.


1989-1992        UNIVERSITY OF NORTH CAROLINA        *Greensboro, North Carolina*
                 Lecturer, Department of Economics

- Developed and taught undergraduate courses in both Micro and Macroeconomics. Courses included Principles of Economics, Industrial Organization, and Money and Banking. Relevant topics covered include theory of the firm, market structure, market failure, antitrust analysis, financial economics and decision making, consumer behavior, monetary/fiscal policy, inflation, unemployment, and international trade.


1982-1985        ARTHUR ANDERSEN & CO.                        *New York, New York*
                 Senior Consultant

- Managed the design and installation of statewide financial accounting (accounts receivable) system for the Department of Transportation of a large Northeastern state. System installed on time and on budget.


### PROFESSIONAL AFFILIATIONS:

American Economic Association
Associate Member, American Bar Association

## ARTICLES/PUBLICATIONS/CONFERENCES:

*"Prejudgment Interest, Taxation and Patent Damages:  How Courts Can Reduce the Bias,"* unpublished manuscript, August 1993.

*"Personal Communications Services: A Golden Opportunity for California,"* for the *Roundtable on Cellular Regulatory Policy*, Governor's Office of Planning and Research, July 1994.

*"Big Deals: The Capital Region Turned A Lot of Heads in 1998,"* Comstock's Magazine, March 1999.

*"Can You Protect Yourself from Y2K Killer Bees?,"* Comstock's Magazine, May 1999.

*"Dissecting the Millennium Bug?,"* Comstock's Magazine, May 1999.

*"e-Taxes: The Growth of E-Commerce -- Is it a Taxing Dilemma?",* Comstock's Business, October 1999.

*"Digital Convergence: Surfing the Net on The Wireless Wave",* Comstock's Business, Forthcoming, January 2000.

*"Lost Profits and Royalties in Intellectual Property Disputes: The Need to Avoid Double Dipping",* The Metropolitan Corporate Counsel, with Lynette Hilton, February 2000.

*"Wireless Performance/Pricing Trends 2000,"* Panelist: *Emerging Wireless and Satellite Broadband Technologies,* Telecon 2000 Conference, Anaheim, CA, December 7, 2000.

*"Public Forum For the 7th Annual CMRS Competition Report,"* Panelist, *Federal Communications Commission*, Washington, D.C., February 28, 2002.


## EDUCATION:

*University of North Carolina - Chapel Hill*, Chapel Hill, North Carolina
Ph.D.--Economics, December 1991

Dissertation Title:  "State Takeover Statutes and  Shareholder Wealth"

Areas of research specialization:  Industrial Organization, Financial Economics, and Econometrics.

*CHARLES R. MAHLA, Ph.D.*                                                      *Page 5*

**EDUCATION (cont'd):**

>*Lafayette College*, Easton, Pennsylvania--Bachelor of Arts, Economics, *cum laude*, May 1982

**HONORS AND AWARDS:**

>Omicron Delta Epsilon, Economics Honor Society, 1981
>Phi Beta Kappa, Lafayette College, 1982
>Economics & Business Award, Lafayette College, 1982
>University Teaching Fellow, UNC-Chapel Hill, 1987
>Lurcy Fellowship, UNC-Chapel Hill, 1988

**PRIOR TESTIMONY:**

1. *Cel-Tech Communications, Inc., et al. v. Los Angeles Cellular Telephone Company, et al.*, Superior Court of the State of California for the County of Los Angeles, No. VC 015535, December 1994 (Deposition), February 1995 (Deposition), March 1995 (Trial), for Plaintiff.

2. *Cartel Cellular, Inc.; Michael Murphy; Emanuel Balalis v. AT&T Wireless Services of California, Inc.; Robert Woods; Tom Walker,* United States Bankruptcy Court, Eastern District of California, 96-2807-B, March 1998 (Deposition), March 1998 (Arbitration), for Defendant.

3. *Raymond Zarins, M.D., Inc. v. Aeroback Medical Group, Inc., et al.*, Superior Court of the State of California in and for the County of Orange, 778535, November 1998 (Trial), for Defendant.

4. *Play Industries, a California corporation d/b/a Play Inc. v. Minolta Corporation, a Delaware corporation*, United States District Court, Eastern District of California, CIV-S-97-1505 EJG/DAD, May 1999 (Deposition), for Plaintiff.

5. *Robert Lovejoy, individually, and dba Lovejoy Drilling v. AT&T Corporation*, Superior Court of the State of California and for the County of Shasta, 133545, September 1999 (Deposition), for Defendant.

6. *James Kinnicutt, Susan Kinnicutt v. Bikers Dream, Inc., a corporation, Kraig Kavanagh, William G. Gresher, Jeffrey Simons, and DOES 1 through 50*, Superior Court of the State of California in and for the County of Sacramento, 98ASO4185, November 1999 (Deposition), December 1999 (Trial), for Defendant.

**PRIOR TESTIMONY (cont'd):**

7.   *Gulf Communications, L.L.C. v. Business Telecom, Inc., d/b/a BTI Telecommunications Services*, United States District Court for the Northern District of Texas, Dallas Division, 398CV2444-G, March 2000 (Deposition), for Defendant.

8.   *AT&T Wireless Services of California, Inc., a Delaware Corporation v. Joseph Louis Pecora, III*, United States Bankruptcy Court, Central District of California—Northern Division, ND 98-16044-RR, May 2000 (Trial), for Plaintiff.

9.   *Biomedical Systems Corporation v. GE Marquette Medical Systems, Inc.*, United States District Court, Eastern District of Missouri, Eastern Division, 4:99CV01590 CAS, October 2000 (Deposition), March 2001 (Deposition), April 2001 (Trial), for Defendant.

10.  *SOS Wireless Communications, Inc. v. Rockwell Collins, Inc. and Hughes Electronics Manufacturing Service Company*, Superior Court of the State of California in and for the County of Orange, 80 44 28, December 2000 (Deposition), May 2001 (Arbitration), June 2001 (Arbitration) for Defendant (Hughes).

11.  *Apex Wholesale, Inc. v. Fry's Electronics, Inc., et al.*, Superior Court of the State of California in and for the County of San Diego, GIC 734991, February 2001 (Deposition), July 2001 (Trial) for Plaintiff.

12.  *Leneda, Inc. v. Neptune Society of America, Inc., et al.*, United States District Court, In and For the Central District of California, 00-05216 GAF AIJx, July 2001 (Deposition), for Plaintiff.

13.  *Leesa Bunch v. Hasbro, Inc., et al.*, Superior Court of the State of California In and For the County of Glenn, 80534, August 2001 (Trial), for Plaintiff.

14.  *Cellexis International, Inc., n/k/a Wireless Pathways, Inc., an Arizona corporation v. U.S. West Newvector Group, Inc., n/k/a AirTouch Communications, Inc. a/k/a AirTouch Cellular, a Delaware corporation*, Superior Court of Arizona, County of Maricopa, No. CV2000-000972, December 2001 (Deposition), for Counterclaimant.

15.  *Roger D. Mullins v. CalFarm dba CalFarm Nationwide Insurance Company, Nationwide Mutual Insurance Company, Allied Insurance Company, a Subsidiary of Nationwide Mutual Insurance Company*, Superior Court of the State of California, For the County of Sacramento, No. 00AS02142, March 2002 (Trial), for Plaintiff.

16.  *Mattie Brown v. Grant Union Unified School District, et al.*, Superior Court of the State of California, For the County of Sacramento, No. 99AS02379, April 2002 (Deposition), for Plaintiff.

**PRIOR TESTIMONY (cont'd):**

17.   *In Re. The BigStore.Com, Inc., etc., Debtor and Debtor-in-Possession, The BigStore.Com, Inc. v. Ingram Micro, Inc., et al.*, United States Bankruptcy Court for the Central District of California—Santa Ana Division, Case No. SA-00-01589, Adversary No. 00-01668, June 2002 (Deposition), for Cross-Complainant.

18.   *Holt Electric Supplies, Inc. v. Genral Electric Company and Darren Sneed*, Circuit Court For the Twentieth Judicial Circuit, St. Clair County, Illinois, No. 98-L-0819A, June 2002 (Trial), for Defendant.

19.   *In Re: Hawaii State Asbestos Cases; Charles T. Kusuno and Elsie M. Kusuno v. Owens-Illinois, etc. et al.,* In the Circuit Court of the First Circuit, State of Hawaii, Civil No. 01-1-1719-06 EEH, September 2002 (Deposition), for Plaintiff.

20.   *CE Resource, Inc. v. National Center of Continuing Education, Inc.,* In the United States District Court In and For the Eastern District of California, No. CIV.S-01-1796 DFL PAN, October 2002 (Deposition), for Defendant.

21.   *Talat S. Siddiqui, Walter J. Williams, and Amna Capital Corporation v. The Prudential Real Estate Affiliates, Inc. and Mason-McDuffie Real Estate, Inc.,* Superior Court of the State of California In and For the County of Sacramento, Case No. 02CC05695, November 2002 (Deposition), for Plaintiff.

22.   *Christopher V. Martin; Martin Manufacturing v. Currie Technologies, Inc., Sam's Club,* United States District Court, Central District of California, Case No. CV02-7739-SVW (VBKx), April 2003 (Deposition), for Defendant.

23.   *DSU Medical Corporation and Medisystems Corporation v. JMS Co., Ltd., JMS North America Corporation and ITL Corp. PTY, Ltd.,* United States District Court, Northern District of California, Oakland Division, Case Nos. C-00-1826-DLJ, C-99-2690-DLJ, July 2003 (Deposition), March 2004 (Trial), for Defendant.

24.   *Charlene J. Roby v. McKesson HBOC, et al.,* Superior Court of California, County of Yolo, Case No. CV 01 01-573, October 2003 (Deposition), April 2004 (Trial), for Plaintiff.

25.   *Colleen E. Wrysinski v. Agilent Technologies, Inc., et al.,* Superior Court of the State of California, County of Placer, Case No. SCV 13516, October 2003 (Deposition), June 2004 (Trial) for Plaintiff.

26.   *Martha A. Rivera and Emanuel Rivera v. TSR Paging, Inc., et al.,* Superior Court of the State of California, County of Sacramento, Case No. 00AS06104, November 2003 (Deposition), for Defendant.

*CHARLES R. MAHLA, Ph.D.* *Page* 8

**PRIOR TESTIMONY (cont'd):**

27. <u>Kathy Simonian v. Valley Behavioral Health Network, LLC, et al.,</u> Superior Court of the State of California, County of Fresno, Case No. 01CECG04272, December 2003 (Trial), for Plaintiff.

28. <u>Harry E. Stetser, Dale E. Nelson, and Michael de Montbrun, et al. v. TAP Pharmaceutical Products, Inc., et al.,</u> State of North Carolina, New Hanover County, In the General Court of Justice, Superior Division, File No. 1CV 5268, March 2004 (Deposition), for Plaintiff.

29. <u>Kyong Fujii and Johnny M. Goodman v. Grove Worldwide, LLC,Pacific Machinery, Inc. et al.,</u> In the Circuit Court of the First Circuit, State of Hawaii, Civil No. 01-1-0494-02, April 2004 (Deposition), for Plaintiff.

| | | |
|---|---|---|
| | : | |
| BERNARD WALKER, individually, | : | SUPERIOR COURT |
| and on behalf of those similarly situated, | : | OF NEW JERSEY |
| 122 Reef Drive | : | |
| Ocean City, NJ 08220 | : | LAW DIVISION |
| | : | |
| Plaintiffs, | : | CAPE MAY COUNTY |
| | : | |
| v. | : | CIVIL ACTION NO. CPM-L-682-01 |
| | : | |
| TAP PHARMACEUTICAL PRODUCTS, INC., | : | |
| ABBOTT LABORATORIES AND | : | |
| TAKEDA CHEMICAL INDUSTRIES, LTD. | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF STEPHEN W. SCHONDELMEYER, PHARM.D., PH.D.

## I.   QUALIFICATIONS AND BACKGROUND

1.     I am a pharmaceutical economist, and I make this statement as an independent consultant.  I hold the following positions and titles in the College of Pharmacy at the University of Minnesota: Head, Department of Pharmaceutical Care & Health Systems; Century Mortar Club Endowed Chair in Pharmaceutical Management and Economics; Professor of Pharmacy Management and Economics; and Director of the *PRIME* Institute.  I hold a Bachelor of Science in Pharmacy (1974, University of Missouri-Kansas City), a Doctor of Pharmacy and Residency Certificate (1977, University of Kentucky), a Master of Arts in Public Administration (1979, Ohio State University) and a Doctor of Philosophy in Administrative and Social Sciences in Pharmacy (1984, Ohio State University).  A list of my professional memberships, professional activities, research activities, publications and other scholarly activities, citation of work in public media, offices held in professional and scientific organizations, university administrative and service

positions, honors and awards, and civic and community activities is contained in a copy of my most recent curriculum vitae at Exhibit "1".

2.     My experience related to pharmaceutical economics and public policy research spans more than 25 years.  I am currently the director of the *PRIME* Institute at the University of Minnesota, which was established in 1991 to conduct research related to the management and economics of the pharmaceutical market.  Prior to accepting a position at the University of Minnesota, I directed the Pharmaceutical Economics Research Center (PERC) at Purdue University from the time it was established in 1986 to 1991.  PERC also engaged in research related to the economics of the pharmaceutical market.

3.     As an academic researcher, my principal areas of interest have included, among other things, trends in the pharmaceutical industry at all levels, the structure and performance of pharmaceutical markets, competition between brand and generic drugs, and the impact of generic competition, including generic entry into brand drug markets.  I have also conducted research on medication use and expenditures by the elderly, drug coverage under health insurance plans, access and affordability of pharmaceutical products, and pharmacoeconomic research and policy analysis related to all aspects of the pharmaceutical market.  I have performed pharmacoeconomic research for many organizations, including, among others, the U.S. Health Care Financing Administration, the U.S. Department of Health and Human Services, the U.S. Centers for Medicare and Medicaid Services, the U.S. General Accounting Office, the U.S. Food & Drug Administration, the U.S. Congress-Office of Technology Assessment, pharmaceutical firms, and various state governments and agencies.  I have also led pharmaceutical research and policy projects at the international level

2

for governments including Thailand, Singapore, Spain, Canada, Argentina, Venezuela, South Africa, South Korea, and Taiwan.

4.      I was appointed by United States Congress to the Prescription Drug Payment Review Commission, an 11-member independent Congressional commission which served as an advisory body to the U.S. Congress with respect to the outpatient drug program established by the Medicare Catastrophic Coverage Act of 1988.

5.      As a pharmaceutical economist, and based upon on my experience in professional consulting and academic research, I have particular expertise in economic and public policy issues in the pharmaceutical marketplace.  One of the major focuses of my research and work relates to the reimbursement for prescription drugs under private and public insurance programs including Medicaid and Medicare.  In this context, I am well versed in assessing the economic impact of reimbursement policies on all levels of the pharmaceutical market including providers, patients, and payers, and the behavior of brand manufacturers.  I am also familiar with, and have performed economic analysis and quantitative assessments of changes in the structure of pharmaceutical markets including changes caused by reimbursement policies, as well as the economic, quantitative and statistical methods for performing such analyses.  I routinely use, for instance, "before-and-after" and "yardstick" methodologies as part of my research on the pharmaceutical marketplace, and have given expert testimony in litigation on both impact and damages using "before-and-after," "yardstick," and other methodologies.  My expert consultation and testimony have included estimates of damages due to delayed generic entry in the pharmaceutical market.

6.      A list of other cases in which I have testified as an expert at trial or by deposition within the past four years is attached as Exhibit "2".

7.      I am being compensated for my work on this case at the following rates: $500.00 per hour for time spent testifying, and $350.00 per hour for all other time.

## II.      SCOPE OF THIS DECLARATION

8.      I understand that this action was brought by Bernard Walker ("Plaintiff") as a class action on behalf of himself and all others similarly situated as "health care patients and purchasers of a prescription drug known as Lupron®." I also understand that this case will proceed to trial on Mr. Walker's claims alone. Lupron® is also known by its generic name "leuprolide acetate" and is marketed by TAP Pharmaceuticals, Inc. (TAP). The plaintiffs allege that the conduct of the defendants violated the consumer protection laws of New Jersey and resulted in economic harm to each plaintiff in the class.

9.      Plaintiffs notes that TAP pled guilty to a federal criminal conspiracy in violation of federal law by providing free samples of Lupron® to medical providers across the country and encouraging them to improperly bill government assistance programs and patients for these samples.

10.      I have reviewed numerous documents, including, *e.g.*, the Plaintiff's Class Action Complaint, the Plaintiff's Motion for Class Certification, defendants' responses to the class action complaint, plaintiff's billing and payment records, and documents that I understand have been produced in response to discovery under both this and other cases regarding this matter and related matters, a substantial amount of literature in the field of pharmaceutical economics and economics

generally, sales data produced by TAP in various paper and electronic forms, and other publicly available documents and information I obtained.

11.     My opinions are based on my review of the above-described documents and data, as well as, upon my experience and qualifications described above.  I reserve the right to amend and update my opinions based upon additional information that may be produced by defendants or that may become known to me by other appropriate means.

12.     I have been asked by counsel for Plaintiff to provide an expert statement in connection with class-wide proof of damages to Mr. Walker and the class and to review the plaintiff's theory of the damages caused by defendants' conduct in violation of New Jersey consumer protection law including the following:

a.     to review the conduct of defendants evidenced through admitted behaviors and through documents provided to me as part of this case in relation to the structure and behavior of firms in the pharmaceutical market and the various third party and private pay methods of payment for prescription drugs;

b.     to determine the nature of the expected economic effects on members of the Class resulting from the admitted and alleged unfair and deceptive conduct involving provision of free samples of Lupron® to medical providers across the country and encouraging these providers to improperly bill government programs and enrollees for these free samples;

c.     to determine the nature of the expected economic effects on members of the Class resulting from the admitted and alleged unfair and deceptive conduct involving

manipulation of Lupron® 's average wholesale price compared to the actual selling price of Lupron® to physicians;

d.  to determine the nature and availability of evidence and methodologies that demonstrate whether TAP's conduct, as alleged in the Complaint, impacted all or substantially all class members, and whether such evidence and methodologies are common to the Class as a whole;

e.  based on defendants' admissions of guilt on certain matters and assuming Plaintiffs' demonstration of liability on other issues based upon the allegations of the Complaint, to determine whether damages can be calculated on an aggregate basis to the Class as a whole and whether common economic formulas and/or methodologies exist which can serve as a basis for calculating damages to members of the Class; and

f.  to identify the assumptions and factual underpinnings that underlie the damage methodology by reviewing pleadings and discovery materials produced in this case and to determine the economic impact on Mr. Walker and others similarly situated resulting from the admitted and alleged conduct of TAP.

## III.  NATURE AND STRUCTURE OF THE LUPRON® MARKET

### A.  Lupron®

13.  Lupron® is the brand-name version of the drug with the molecular name leuprolide acetate, which was first approved for marketing in the United States by the FDA in April 1985 under a new drug application submitted by TAP Pharmaceuticals, Inc.

14.     Lupron® (leuprolide acetate) is a luteinizing hormone-releasing hormone agonist (LH-RH) indicated primarily for palliative treatment of advanced prostatic cancer as an alternative to orchiectomy or estrogen administration.  About 334,500 men were expected to be diagnosed with prostate cancer in 1997 and over 41,000 would die from this form of cancer.  (Depot, Urology Market Factors Strategy Session, June 1997, see TAP 1058065)  Other indications for Lupron® include: endometriosis and uterine leiomyomata, and central precocious puberty.

15.     Lupron® is marketed as an injection in several strengths and dosage forms including: a subcutaneous injection (5 mg/ml in a multi-dose vial), a one-month depot (sustained release) injection (3.75 mg, 7.5 mg), a three-month depot injection (11.25 mg, 22.5 mg), a four-month depot injection (30 mg), and a pediatric depot injection (7.5 mg, 11.25 mg, 15 mg).

16.     Annual sales of branded Lupron® were $230 million in 1991 and in 1992 sales grew by 52.2% to $350 million. [Exhibit 3, MedAdNews, September 1993, p.6]  By 2002 Lupron® sales had grown to more than $876 million. [*See* Exhibit 4, MedAdNews, September 2003, p.23]

**B.     The Lupron® Market: Distribution and Reimbursement**

17.     The major use of Lupron® is for prostate cancer (sometimes referred to as the urology market).  Over the period January 1991 to November 2003, greater than 93% of the Lupron® units were sold direct to physicians for use in the Urology market. (Based on aggregation of the units sold across the channels of distribution and provider type from data found in the various sales reports provided by TAP).

18.     The patients treated by providers in the Direct-to-Physician channel of TAP sales fall into two principal groups: government reimbursed (Medicare, Railroad Medicare, Tricare-

Champus, and Medicaid) and non-government reimbursed (includes, *inter alia*, private commercial insurers, Blue Cross Blue Shield Plans, and cash pay patients) (Reimbursement for Administration of Lupron® Depot, pp. 6-7, TCI 012389-90).   I understand that Mr. Walker was covered by Medicare for his Lupron® injections at issue in this case.

19.     The portion of urology patients in the Direct-to-Physician channel for Lupron® that were covered by Medicare ranged from 62% in 1993 up to 77% in 1998 (TAP 0151034; TAP-BLI0019828).  For the estimation of damages from the unfair and deceptive conduct of TAP and its co-defendants, the conservative proportion of Medicare patients (77%) will be used across all time periods.  This assumption is conservative in that it uses a higher number for Medicare patients than was actually experienced in most time periods and damages to Medicare have already been accounted for in the settlement between TAP and the U.S. Department of Justice.  The balance of purchases of Lupron®, 23%, were privately reimbursed by individual patients, commercial insurers, Blues plans, or other private third parties.

20.     The Health Care Financing Administration (HCFA) provides advice to the state Medicare carriers for reimbursement of physician provided drug products under the Medicare program.  In 1993, TAP noted that "most states continue to reimburse at [average wholesale price] AWP or higher in some states (NC, FL, CA) and only less than AWP in one state, Tennessee (cost + 10%)" (Class Exh. 3, p.2, TAP 1051033).  In practice doctors billed at, or above, the allowable based on AWP and some always billed at above AWP (see Goldberg deposition, pp. 145-152).

21.     Medical providers in the "Direct-to-Physician" channel of TAP sales were encouraged by TAP to bill at or above the AWP for Lupron® , and consequently these providers routinely billed at or above the AWP for Lupron® .  For example, the illustrations used in TAP's

sales presentations to physicians routinely showed the AWP as the amount billed to Medicare and secondary payers (Return to Practice, TAP 5027302, see Class Exh. 1; see also TAP 1052493). The physician's price to purchase the drug was always shown as less than the AWP and the difference was represented on these marketing materials as the "return-to-practice" or profit gained by the physician from the sale of Lupron®.

22.     Medical providers in the "Direct-to-Physician" channel of TAP sales were offered spreads or "Return to Practice" ("RTP") by TAP.  As explained in a TAP document titled "Reimbursement Contingency Plan", "AWP is the price that Medicare uses for setting its allowable reimbursement levels.  Physicians typically pay the manufacturer 80% of AWP (or less) to acquire the drug product.  This allows the physicians to profit by the difference between their acquisition cost and the AWP" also known as the "spread" or the "return to practice"  (Reimbursement Contingency Plan, p. 1, TAP-BLI 0079997).  This same report goes on to describe that "Lupron® Depot and Zoladex have become significant profit contributors for urologists."  In other words, all, or nearly all, medical providers in the "Direct-to-Physician" channel realized profits from spreads (RTP) by billing at or above AWP for Lupron® (as encouraged by TAP to do so), and receiving reimbursements based upon AWP.

23.     TAP duly noted in their Reimbursement Contingency Plan (p. 4, TAP 1051035) that "[l]egally we are supposed to inform any customer that it is their responsibility to pass along discounts to Medicare/Medicaid."

C.     **The Lupron® Market: Discounts, Return-to-Practice, and Provider Profits**

24.     The minimum spread (return-to-practice) for Lupron® to even the smallest volume purchaser (one unit of Lupron® ) was 20% off of the AWP or 25% above the physician list

9

price (such as wholesale acquisition cost, "WAC") (Lupron® Depot, Urology Market Factors Strategy Session, June 1997, see TAP 2012857). Most medical providers received discounts off of TAP's list price to physicians (usually off of WAC) that resulted in an even lower average selling price (ASP). The even lower ASP to doctors resulted in a larger spread than the minimum spread produced by AWP minus WAC. This additional spread is the spread between WAC and the ASP. TAP implemented additional discounts below the list price (WAC) for Direct-to-Physician purchasers in mid-1993 (1.0 Situation Analysis, TAP 1052154). TAP noted that nearly 90% of the Direct-to-Physician purchasers received greater than the minimum additional quantity discount (1.0 Situation Analysis, TAP 1052155). This situation analysis went on to say that "TAP expects to maintain a price premium for as long as the market will pay it." (TAP 1052155)

25.     TAP developed the initial standard quantity discounts beginning in 1993. By the 4th quarter of 1995, TAP developed a second level of volume discounts for high volume contracts open to "any direct-to-physician accounts by signing contracts. . ." (Lupron® Depot Urology, Business Plan 1999, pp. 25-6; TAP-BLI 0019850-51). In August 1997, a third deep discount plan was implemented for "large physician and purchasing groups" based on an Annual Purchase Commitment Contract (APCC) although there was no minimum order size to qualify (Lupron® Depot Urology, Business Plan 1999, pp. 25-6; TAP-BLI 0019861 and TAP-BLI 0019878). By July 1998, over 90% of TAP's direct-to-physician sales were in APC Contracts at even steeper discounts than the standard discount. During this whole period from 1993 to 1998 as discounts off of the WAC (list price) developed and became deeper, TAP maintained the AWP price and, in fact, continued to raise the AWP so that the profit to physicians when prescribing Lupron® continued to

10

grow dramatically (AWP and WAC prices as reported in Red Book and in MediSpan's PriceChek PC databases).

26.     TAP's cost of production and distribution ranged from 20% to 24% of net sales leaving a net distribution margin of 76% to 80% as a percentage of net sales in the years 1998 to 2001.  (Lupron® Depot Urology, Business Plan 1999, p.36; TAP-BLI 0019861)

27.     Private payers generally tracked the reimbursement policies of the large federal programs such as Medicare and adopted similar reimbursement policies.  "Commercial plans, Blue Cross/Blue Shield, Medicare, and Medicaid generally base reimbursement for single-source injectable drugs, such as Lupron® DEPOT 3.75 mg, on the average wholesale price (AWP) of the drug" (TCI 013382).

28.     On January 1, 1998, AWP-based Medicare reimbursement to physicians was reduced from 100% of AWP to 95% of AWP (HCFA Pub. 60AB, Jan. 1998 as cited in Lupron® Urology Business Plan 1999, p. 21; TAP-BLI 0019846).  Since Mr. Walker began his Lupron® treatments, at issue in this case, on March 30, 1998, from that time until December 31, 2003 his Lupron® payments were based upon 95% of AWP.

29.     Beginning in 1997, certain Medicare carriers in a few states began to implement a reimbursement methodology for Lupron® that reduced the allowable charge for Lupron® to the "least costly alternative" (LCA) drug, which effectively meant that the allowable reimbursement for Lupron® was reduced for these "LCA states" to the allowable reimbursement for Zoladex (i.e., Zoladex AWP during 1997 and Zoladex AWP times 95 % after January 1, 1998) (Lupron® Urology Business Plan 1999, p. 21; TAP-BLI 0019846).  New Jersey implemented LCA in May of 1998, however, New Jersey had a "grandfather" provision that allowed patients already

on a medication, such as Lupron®, to continue receiving the same medication and the physician to continue billing the medication at 95% of AWP (TAP 9078641-44; TAP 9077925).

   **D.**  **The Lupron® Market: Free Goods and Free Samples**

   30.  Medical providers in the Direct-to-Physician channel for Lupron® sales were given free goods and free samples of Lupron® by TAP.  These free goods and free samples were categorized as samples, discretionary units, rebates and new patient starts.  The medical providers in the Direct-to-Physician channel billed Medicare and other payers for the free goods and free samples of Lupron® received from TAP.   These free goods were provided to direct-to-physician purchasers as far back as 1990 (e.g., see data for 1990-92 in 1992 Free Goods Tracking Report, Lupron® Depot 7.5 mg; TAP 2021311-17).

   31.  TAP has admitted to giving Mr. Walker's doctor free goods and/or free samples of Lupron® in the years 1992, 1993, 1995, 1996, 1997, and 1998 (TAP's Response to Plaintiff's First Set of Request of Admissions, Nos. 10-11).

   32.  When physicians billed Medicare, other insurers, and patients for the free goods or free samples of Lupron®, the reimbursement for these free goods and free samples was no different than the reimbursement for the Lupron® that TAP sold to physicians (e.g., based on AWP), even though the physician paid nothing for the drug administered.   The loss to payers resulting from billing for free goods and samples of Lupron® was the entire amount reimbursed by Medicare and other payers.

   33.  TAP provided free goods and samples "knowing and expecting" that physicians would bill for those free goods and samples (Plea Agreement dated September 28, 2001

between the United States Department of Justice and the United States Attorney for the District of Massachusetts and TAP Pharmaceutical Products, Inc.).

34.     TAP's admissions in criminal proceedings indicated that TAP knew that 50% to as much as 100% of the free goods and free samples of Lupron® would be billed to third parties (including Medicare and private payers) with the entire amount of these payments representing an overcharge to the payer (Sentencing Memorandum of the United States in <u>United States of America v. TAP Pharmaceutical Products, Inc.</u>, No. 01-CR-10354(D.Mass.)).

35.     TAP provided free goods and free samples of Lupron® to physicians, including Mr. Walker's doctor, that provided an economic benefit to doctors so that they would begin prescribing, and continue prescribing, Lupron®.

## IV.    THE ECONOMIC EFFECTS (IMPACT) OF TAP'S ADMITTED AND ALLEGED UNFAIR AND DECEPTIVE CONDUCT CAN BE DEMONSTRATED THROUGH EVIDENCE AND METHODOLOGIES WITH CLASS-WIDE APPLICABILITY

36.     As described above, TAP admitted and has been shown to have engaged in conduct that resulted in overcharges to Medicare patients and other private payers from: (1) return-to-practice profits derived from AWP billing for Lupron® actually purchased at a physician standard price (physician list or WAC) of 20% less than AWP; (2) return-to-practice profits derived from AWP billing for Lupron® actually purchased at a physician discounted price known as the average selling price which is substantially below the WAC or physician list price; and (3) return-to-practice profits derived from AWP billing for Lupron® actually received as free goods or free samples at no cost to the physician.

37.     After reviewing the materials received up to this point, described in this report, I conclude that Mr. Walker was injured in the ways described in the preceding paragraph.

These damages accrued to Mr. Walker for Lupron® claims between March 30, 1998 through October 11, 2001.  Since the conduct has not adequately changed to remove the economic harm to Mr. Walker, or others similarly situated, the damages are continuing and the effect of these continued damages can be estimated in substantially the same manner with provision of updated data from the defendants.

38.     I reached the above conclusion by taking into account, *inter alia*,  the nature of the drug Lupron®; the structure of the market for Lupron®; empirical and other data found in the discovery documents produced by defendants; marketing plans, strategies, and demonstrative aids developed and used by TAP executive and marketing personnel; certain paper and electronic sales data provided by TAP; and my knowledge of the structure and behavioral conduct of the pharmaceutical market.

39.     I conclude that the impact of the admitted and alleged unfair and deceptive conduct, as detailed above and in the Complaint, on Mr. Walker, and others similarly situated, can be demonstrated through common evidence and methodologies including: (1) actual price and sales data from TAP indicating gross and net revenue, and the unit volume of Lupron® sold or provided as free goods and samples; (2) sales forecasting models, business plans, reimbursement schemes, and strategic analyses performed by the defendants over time; and (3) numerous studies by government and academic researchers of the actual acquisition cost of drug products.  In summary, the above-cited empirical evidence is proof demonstrating that TAP's admitted and alleged actions resulted in Mr. Walker, and others similarly situated, being overcharged for the Lupron® he purchased during the period March 30, 1998 through October 11, 2001.

14

40.     Damages to Mr. Walker for the period March 30, 1998 through October 11, 2001 have been calculated by me based on the methodology detailed in this report, plaintiff's billing and payment records, and the conduct of TAP documented in this report, as set forth in the chart attached as Exhibit 5.  By way of explanation, the actual cost of Lupron® to Dr. Goldberg for the three injections he administered to Mr. Walker is unknown, so I have chosen a very conservative course by using TAP's list price (WAC).  Furthermore, the Medicare carrier for the state of New Jersey had a lag in updating the AWP used to determine its Medicare allowable amount compared with the date when TAP actually increased AWP (TAP 9063095; TAP 5016696; TAP 00044651-52).  This lag affects the AWP used as the basis for the Medicare allowable amount for the  three injections administered by Dr. Goldberg, and the December 20, 1999 injection administered by Dr. Ginieczki.  For the Lupron® injection administered by Dr. Ginieczki on December 20, 2000 he failed to bill for this treatment.  The Medicare Explanation of Benefits (EOB) form for Mr. Walker for the Lupron® injection administered by Dr. Childs on October 11, 2001 reports a Medicare allowable amount that is less than the Medicare allowable amount that would have been expected based on the TAP AWP that was in effect at the time.  This results in a lower damage amount to Mr. Walker.

41.     The calculated damages constitute a reasonable and conservative estimate of Mr. Walker's damages resulting from overcharges due to the unfair and deceptive conduct of TAP with respect to the marketing and pricing of Lupron®.  Accordingly, the evidence shows that if TAP had not engaged in the admitted and alleged unfair and deceptive conduct, Mr. Walker would have paid substantially less for his Lupron®.

15

42.     Actual data involving sales of Lupron® have been used to analyze Mr. Walker's damages.

43.     Data regarding pharmaceutical sales is unique for a variety of reasons. Very detailed and virtually complete information on each and every sale of a prescription drug at the manufacturer level exists in electronic form because prescription drugs are considered "dangerous substances." Both state and federal law require record-keeping that can account for sales of each and every dose of a prescription medication, and this information must be kept for periods of five to seven years at a minimum. Besides the federal and state requirements to keep detailed transaction records, drug firms (such as TAP) typically keep extensive databases on the contract and non-contract sales they execute and the quantities, prices, discounts, rebates, and other forms of compensation related to such sales. TAP's sales database should provide a comprehensive list of all direct purchasers with the quantities sold and the price. Price information can include the invoice price, any discounts off of the invoice price, any other discounts or allowances, rebates, free goods or free samples, incentive fees of various types, and other fees or types of compensation or economic consideration. These latter adjustments may exist in a separate database, but they undoubtedly exist electronically. Similar levels of detailed information on quantity purchased and price paid along with documentation of all discounts, rebates, allowances, free goods and free samples, and other forms of compensation or economic consideration should be found in the purchasers' records.

44.     I am signing this Declaration under penalty of perjury.

Dated: April 29, 2005.

_____
STEPHEN W. SCHONDELMEYER, PHARM.D., PH.D.

16

*CURRICULUM VITA*

# STEPHEN W. SCHONDELMEYER

**PERSONAL DATA**

**Current Positions:**
College of Pharmacy, University of Minnesota
Professor of Pharmaceutical Management & Economics
Century Mortar Club Endowed Chair in Pharmaceutical Management & Economics
Department Head, Department of Pharmaceutical Care & Health Systems
Director, *PRIME* Institute

**Business Address:**
*PRIME* Institute, 7-159 Weaver-Densford Hall, 308 Harvard Street, SE
College of Pharmacy, University of Minnesota,   Minneapolis, MN  55455
Phone: (612) 624-9931;  FAX:  (612) 625-9931;  e-mail:  schon001@umn.edu
**Home Address:**   3507 Rae Court, Woodbury, MN  55125   Phone:  (651) 731-5161
**Date of Birth:**  August 9, 1950        **Place of Birth:** Sedalia, Missouri

**LICENSURE**
Registered as a pharmacist by examination in Missouri (since 1975) and Kentucky (since 1975).

**EDUCATION**
1968   **Honor Graduate**, Smith-Cotton High School, Sedalia, Missouri
1974   **Bachelor of Science in Pharmacy**
        School of Pharmacy, University of Missouri-Kansas City, Kansas City, Missouri
1976   **Fellow, National Endowment for the Humanities**  (History of Medicine)
        Ohio State University, Columbus, Ohio
1977   **Doctor of Pharmacy and ASHP Residency Programs**
        College of Pharmacy, University of Kentucky, Lexington, Kentucky
        (Emphasis areas: Clinical Pharmacy Practice, Clinical Research)
1979   **Master of Arts in Public Administration**
        School of Public Administration, Ohio State University, Columbus, Ohio
        (Emphasis areas: Health Care Policy, Cost-Benefit Analysis)
1984   **Doctor of Philosophy in Administrative and Social Sciences in Pharmacy**,
        College of Pharmacy, Ohio State University, Columbus, Ohio
        (Emphasis areas: Health Care Economics, Behavioral Epidemiology)

**PROFESSIONAL MEMBERSHIPS**
**Current Memberships**
1970-present   American Pharmacists Association (APhA)
1977-present   APhA–Academy of Pharmaceutical Research and Science (APhA-APRS)
1977-present   APhA–Economic, Social & Administrative Sciences Section (APhA-APRS-ESAS)
1971-present   American Society of Health System Pharmacists (ASHP)
1973-present   American Public Health Association (APHA)
1975-present   American Society for Pharmacy Law (ASPL)
1984-present   Drug Information Association (DIA)
1976-present   American Institute of the History of Pharmacy (AIHP)
1976-present   American Association of Colleges of Pharmacy (AACP)
1991-present   Minnesota Pharmacists Association (MPhA)
1991-present   Minnesota Society of Hospital Pharmacists (MSHP)
1992-present   AcademyHealth (*formerly Association for Health Services Research, AHSR*)
1992-present   Academy of Managed Care Pharmacy (AMCP)
1995-present   International Society for Pharmacoeconomics & Outcomes Research (ISPOR)
                (*founding member; formerly Association for Pharmacoeconomics & Outcomes Research*)
1997-present   Federation Internationale Pharmaceutique (FIP)

*Curriculum Vita*                           2                        *Stephen W. Schondelmeyer*

**Previous Memberships**
1984-1998    American Management Association (AMA)
1984-1998    American Marketing Association (AMA)
1984-1994    Academy for Health Services Marketing (ASHM)
1984-1987    APhA - Academy of Pharmaceutical Management (APhA-APM)
1980-1988    American Society for Public Administration (ASPA)
1976-1986    APhA - Academy of Pharmacy Practice (APhA-APP)
1971-1974    Phi Delta Chi, Beta Epsilon Chapter

## HONORS AND AWARDS

**Paul F. Parker Award, University of Kentucky**, December 5, 2000
(Given annually to an individual of high personal and professional ideals who has made significant contributions to pharmacy practice.)

**Fellow, American Pharmacists Association**, Academy of Research and Science, March 12, 2000

**James L. Beal Post-Baccalaureate Distinguished Alumni Award**
Ohio State University, College of Pharmacy, 1996

**Top 10 Pharmacists-1995**, Honorable Mention, "Top 10 Pharmacists, Making a Difference: Pharmacists at the Forefront," Drug Store News for the Pharmacist, May 1995, pp. 40-47.

**Who's Who Registry of Global Business Leaders**, 1993-95

**Pharmacist of the Year**, Indiana Pharmacists Association, 1987

**American Foundation for Pharmaceutical Education Fellowship**
Ohio State University, College of Pharmacy, 1977-1979

**Outstanding Pharm.D. Award**, University of Kentucky, College of Pharmacy, May 1977
(Bluegrass Pharmaceutical Association award to a graduating Pharm.D. based on scholarship, leadership, attitude and personality)

**Impact Award**, University of Kentucky, College of Pharmacy, May 1977
(Selected by the Pharm.D. residents as the one most likely to have the greatest impact on the profession of pharmacy)

**Outstanding Young Men of America**, recognized in the 1975 edition

**Who's Who Among Students in American Universities and Colleges**, 1974-75

**Outstanding Senior Award**
University of Missouri-Kansas City, School of Pharmacy, Alumni Association, 1973

**Dean of Students Honor List**, 1973, University of Missouri-Kansas City, one of 20 selected from more than 1,100 seniors at UMKC for outstanding scholarship and contribution to the University

## PROFESSIONAL ACTIVITIES

**Education** *(current to oldest experience)*

1998-present    **Department Head**, Department of Pharmaceutical Care & Health Systems, College of Pharmacy, University of Minnesota

1996-1998    **Associate Dean for Research and Graduate Programs**, College of Pharmacy, University of Minnesota

1991-present    **Professor**, Pharmaceutical Economics & Management, College of Pharmacy, University of Minnesota

1991-present    **CMC Endowed Chair** in Pharmaceutical Management & Economics, College of Pharmacy, University of Minnesota

1991-present    **Director**, *PRIME* Institute, College of Pharmacy, University of Minnesota

1986-1991    **Associate Professor**, Department of Pharmacy Practice, School of Pharmacy and Pharmacal Sciences, Purdue University

1986-1991    **Director**, Pharmaceutical Economics Research Center (PERC), Purdue University

1982-1986    **Assistant Professor**, Department of Pharmacy Practice, School of Pharmacy and Pharmacal Sciences and Center for Public Policy and Public Administration, Purdue University

1980-1982    **Assistant Professor**, Department of Pharmacy Practice, College of Pharmacy, University of Arizona

1977-1980    **G**raduate Teaching Associate, College of Pharmacy, Ohio State University

1977 (spring)    **Instructor**, College of Nursing, University of Kentucky
(taught Drugs and Drug Administration for senior nursing students)

1975-1976    **Patient Health Educator**, Trover Clinic, Madisonville, Kentucky

**Pharmacy Practice** (*current to oldest experience*)

| | |
|---|---|
| 1980-1982 | **Community Pharmacist**, Gemco Pharmacy, Tucson, Arizona |
| 1979-1980 | **Assistant Director for Clinical Pharmacy Services**<br>Lancaster-Fairfield County Hospital, Lancaster, Ohio |
| 1978-1980 | **Community Pharmacist**, Wolfe's Drug, Baltimore, Ohio |
| 1974-1977 | **Clinical and Hospital Pharmacy Resident**, College of Pharmacy and<br>Albert B. Chandler Medical Center, University of Kentucky, Lexington, Kentucky |
| 1971 (summer) | **Pharmacy Intern**, Kansas City General Hospital & Medical Center, Kansas City, MO. |
| 1970 (summer) | **Pharmacy Intern**, Warren's R$_X$ (community prescription shop), Sedalia, MO. |

**Consultation** (*current to oldest experience*)

| | |
|---|---|
| 2003 | **World Bank**, *Consultant*, Washington, DC<br>(Advise on bank policies that would increase and encourage improved access to essential drugs in developing countries.) |
| 2002 | **Massachusetts Department of Health Care Financing**, Commonwealth of Massachusetts, *Technical Consultant*, Boston, Massachusetts.<br>(Advised on implementation of legislation related to Medicaid pharmacy payment and prescription drug user fee.) |
| 2001-2003 | **Minnesota Attorney General**, *Technical Consultant*, Minneapolis, MN<br>(Drug policy and pricing issues related to state activities and interests.) |
| 2001 | **Federal Employee Health Benefit Program**, (administered by) Blue Cross Blue Shield Association, *Technical Consultant*, Washington, DC<br>(Review and evaluation of bids from PBMs competing for the plan's pharmacy benefit service contract.) |
| 2000-2001 | **Iowa Priority Prescription Savings Program**, Iowa Department of Public Health, *Technical Consultant*<br>(Provided technical advice on program design, operation, and vendor selection.) |
| 1999-2000 | **Blue Cross Blue Shield Association**, *Consultant*, Washington, DC<br>(Review and selection of contractor to conduct research on the impact of pipeline drugs on future pharmacy costs.) |
| 1999 | **Kansas Pharmacy Services Corporation, Inc.,** *Strategic Planning Consultant*, Topeka, KS<br>(Conducted strategic planning workshop for pharmacy network and drug buying group.) |
| 1999 | **PCS Inc., Clinical Advisory Committee**, *Member*, Scottsdale, AZ.<br>(Advise on clinical and administrative aspects of PCS programs and policies.) |
| 1996-1997 | **U-Care HMO**, *Technical Advisor*, Minneapolis, MN<br>(Review and evaluation of bids from PBMs competing for the HMO's pharmacy benefit service contract.) |
| 1994 | **Office of the Actuary, Health Care Financing Administration**,<br>Department of Health & Human Services & Actuarial Research Corporation,<br>*Technical Panel Member*<br>(Advise and comment on methods for revising the estimates of prescription drugs, non-prescription drugs, and non-durable medical supplies as part of the National Health Accounts for HCFA.) |
| 1993-1998 | **Abt Associates & Health Care Financing Administration**, *Technical Consultant*<br>(Review of plans for and progress of project titled "Evaluation of Medicaid Prospective Drug Utilization Review and Cognitive Services Demonstration Projects.") |
| 1993-1994 | **Centro Industrial de Laboratorios Farmaceuticos-Argentina**, *Consultant*,<br>Buenos Aires, Argentina.<br>(Public policy and economic aspects of Argentinean-based pharmaceutical producers.) |
| 1992-1996 | **Pharmaceutical Assistance Contract for the Elderly (PACE)**, *Committee Member*,<br>Prospective Drug Utilization Review Technical Advisory Committee,<br>Department of Aging, Commonwealth of Pennsylvania.<br>(Oversight and advise on operation of point-of-service, on-line prospective drug utilization system for the PACE program providing prescription benefits to elderly Penn. citizens.) |
| 1992 | **Enhanced Pharmacy Care**, *Strategic Planning Consultant*, Jackson, MS.<br>(Conducted strategic planning workshop for retail pharmacy network and buying group.) |
| 1992 | **PACE Alliance, Inc.**, *Strategic Planning Consultant*, Lawrence, KS.<br>(Conducted strategic planning workshop for Board of this retail pharmacy buying group.) |

*Curriculum Vita* 4 Stephen W. Schondelmeyer

| | |
|---|---|
| 1992-present | **National Association of Chain Drug Stores**, *Economic Consultant*, Alexandria, VA. (Advised on strategic planning, changes in the pharmaceutical market, economic impact of legislative and market changes, public policy analysis, and other issues.) |
| 1991-1995 | **U.S. General Accounting Office**, *Consultant*, Washington, DC. (Advised GAO on various projects related to the impact of OBRA '90 on Medicaid, VA hospitals, and HMOs; and international & historical drug price comparisons.) |
| 1991-1993 | **United Health Care**, *Research Consultant*, Minneapolis, MN. (Reviewer and advisor on pharmacoeconomic and pharmacoepidemiological research studies using the UHC pharmaceutical and other health care databases.) |
| 1991-1994 | **Center for the Study of Drug Development**, *Board Member*, Boston, MA. (Reviewer and advisor on research issues and strategies.) |
| 1991 | **Auditor General of California**, *Consultant*, Sacramento, CA. (Prepared report on the role of formularies in managing prescription drug expenditures. The report was incorporated in a report on "How Medi-Cal and Other Health Care Providers Manage Their Pharmaceutical Expenditures," August 1991.) |
| 1991 | **QA, Inc.**, *Strategic Planning Consultant*, Des Moines, IA. (Conducted strategic planning workshop for this drug utilization review organization.) |
| 1990-1992 | **Health Economics Research & National Association of Chain Drug Stores**, *Consultant*, Alexandria, VA & Boston, MA. (Provided expert advise on the development of an econometric model of the retail prescription market which incorporates the interests of consumers, pharmacies, wholesalers, manufacturers, insurers, and payers.) |
| 1986-present | **Legislative and Government Agencies**. (Numerous requests for information, interpretation, and technical assistance have been received from federal and state Congressional members and  their staffs and from personnel at governmental agencies including Health Care Financing Administration, Congressional Budget Office, Congressional Research Service, Office of Technology Assessment, General Accounting Office, Food and Drug Administration, and State Medicaid agencies.) |
| 1985-present | **Expert Witness and Consultation Activities** (Consultant and expert witness to cases involving pharmaceutical economics, marketing, manufacturer and retail pricing, third party reimbursement, postmarketing surveillance mergers and acquisitions, antitrust, and criminal behavior in the pharmaceutical market.) |
| 1988-1989 | **Prescription Drug Payment Review Commission**, *Commissioner*, Washington, DC (This was an 11 member Independent Congressional Commission which served as an advisory body to Congress with respect to the outpatient drug program established by the Medicare Catastrophic Coverage Act of 1988.) |
| 1986-1996 | **MediSpan, Inc.**, *Consultant*, Indianapolis, IN (Strategic planning for drug price and drug knowledge databases.) |
| 1987 | **Kansas Pharmacy Services Corporation, Inc.**, *Strategic Planning Consultant*, Topeka, KS (Conducted strategic planning workshop for pharmacy network and drug buying group.) |
| 1986 | **Boehringer-Ingelheim Pharmaceuticals, Inc.**, *Pharmacy Education Advisory Board Member*, Ridgefield, CT (Development of asthma care education programs and materials for pharmacists) |
| 1985 | **APhA Commission on Third Party Programs**, *Consultant*, American Pharmaceutical Association, Washington, DC (Consultant and author of paper on third party reimbursement.) |
| 1984-1987 | **Argus Computing, Inc**. and **Argus PMS, Inc.**, *Consultant*, Kansas City, MO (Post Marketing Surveillance and Health Product Monitoring System development, management, and marketing.) |
| 1984 | **Texas Pharmaceutical Association** and **The Upjohn Company**, *Consultant* (Developed an audiovisual tape, titled "JOIN" (Jump On In), which is an orientation to professional associations intended for recruitment of new and student members.) |
| 1984 | **Kansas Pharmacists Association**, *Strategic Planning Consultant*, Topeka, KS (Membership marketing and strategic planning consultant.) |
| 1984-1986 | **American Pharmaceutical Association**, *Consultant*, Washington, DC (Membership development and consultant on reimbursement policies for Medicaid) |
| 1983-1988 | **Indiana Pharmacists Association**, *Consultant*, Indianapolis, IN (General consultant and special projects.) |

*Curriculum Vita*                                    5                          Stephen W. Schondelmeyer

| 1978 | **Mid-Ohio Health Planning Federation**, *Consultant*, Columbus, OH |
| | (Defined performance standards and measures and a self-evaluation process.) |
| 1977-1979 | **Lile and Heaton**, Attorneys at Law, *Expert Consultant*, Bellefontaine, OH |
| | (Interpretation and evaluation of medical and disability cases.) |
| 1977 | **Cardinal Hill Hospital**, *Consultant*, Lexington, Kentucky |
| | (Designed pharmacy services in 100-bed rehab. Hospital.) |
| 1975-1977 | **Kentucky Drug Formulary Council**, Department for Human Resources, Commonwealth of Kentucky, *Drug Product Evaluation Consultant*, Frankfort, Kentucky (Developed criteria for comparing bioavailability of drug products and evaluated "bioequivalence" of various drug products.) |

**Management** (*current to oldest experience*)

| 1994-1995 | **Pharmacy Direct Network**, *Board Member*, Alexandria, VA. (PDN was a nationwide network of community pharmacies, both chains and independents, that marketed prescription distribution, management, and services to employers and managed care firms.) |
| 1994-1995 | **Pharmacy Care Associates of Minnesota**, *Board Member*, St. Paul, MN. (PCA-MN is a Minnesota pharmacy provider network focused on delivering quality pharmaceutical care that assures improved patient outcomes while using resources efficiently.) |
| 1992-1996 | **Pharmacy Care Management Group, Inc.**, *Board Member*, Marshalltown, IA. (PCMG is pharmacy benefits management firm which supports state-level pharmacy provider networks focused on delivering quality pharmaceutical care that assures improved patient outcomes while using resources efficiently.) |
| 1991-present | ***PRIME* Institute**, *Director*, College of Pharmacy, University of Minnesota (The *PRIME* Institute is dedicated to being at the forefront of research and education related to pharmaceutical economic trends, competition in pharmaceutical markets, access and affordability of medicines, and financing and design of drug therapy benefits under insured and managed care programs.) |
| 1986-1991 | **Pharmaceutical Economics Research Center**, *Director* Department of Pharmacy Practice, School of Pharmacy, Purdue University (PERC served as a coordinated focus for research and scholarly study of economic issues related to pharmacy and the pharmaceutical industry.) |
| 1986-1988 | **The Prescription Network of Indiana, Inc.**, *President*, Indianapolis, IN 46204 (This for-profit pharmacy network provides for contracting to HMOs, PPOs, and other purchasers of pharmacy service benefits. The corporation is wholly-owned by the Indiana Pharmacists Association.) |
| 1985-1986 | **Indiana Pharmacy Services, Inc.**, *Secretary-Treasurer*, Indianapolis, IN 46204 (This for-profit buying group provides member pharmacies with economical access to pharmaceuticals and related products. The corporation is wholly-owned by the Indiana Pharmacists Association.) |
| 1985-1987 | **Argus PMS, Inc.**, *Vice President for Research and Development*, Purdue Research Park, West Lafayette, IN (Development/design of postmarketing surveillance system and research projects, Argus Health Product Monitoring System.) |
| 1983-1988 | **Department of Pharmacy Practice**, *Computer System Manager*, School of Pharmacy and Pharmacal Sciences, Purdue University (Designed, acquired, and supervised the operation and use of a multi-user computer system which included a network of microcomputers being used for word processing, data base management, graphics applications, and data storage.) |
| 1977 (summer) | **Center for Comprehensive Health Systems Development**, *Fellow* Department for Human Resources, Commonwealth of Kentucky (Served as a health planner in the office of Grace G. Eddison, M.D., Director of the Center; initiated and developed a drug-related data system and a State Health Plan for Pharmacy Services during the three-month experience.) |
| 1975-1976 | **Pennyrile Area Health Education System**, *Administrative Residency*, Madisonville, KY (Developed health manpower data and needs assessment program.) |
| 1973 (summer) | **Indian Health Service, U.S. Public Health Service**, *Administrative Intern*, Rockville, MD (Administrative training in the office of Allen J. Brands, Chief Pharmacy Officer, USPHS.) |

*Curriculum Vita*                               6                               *Stephen W. Schondelmeyer*

1972 (summer)   **Student American Pharmaceutical Association**, *Administrative Intern*, Washington, DC
(Development of association projects and programs.)

**RESEARCH ACTIVITIES** (*chronological order*)

1.   Project IDEAS (International Drug Education Awareness for Students), Bureau of Educational and
Cultural Affairs, U.S. Department of State, Aug.-Sept. 1972; a grant to study and stimulate interest of
health professional students in Europe in drug abuse education programs, project included eight
countries.

[*Note*:  Items 2-10 represent bioavailability, pharmacokinetic, and Phase I, II, and III clinical research that was
conducted through the Drug Product Evaluation Unit, College of Pharmacy, University of Kentucky under the
direction of Thomas S. Foster, Pharm.D., Spring 1977.]

2.   "Disposition of $C^{14}$-Cefatrizine in Human Volunteers," Bristol Laboratories, Jan. 23, 1977, Clinical Monitor

3.   "Bioavailability Study of Digitoxin Oral Dosage Forms," FDA, Jan. 30 to Apr. 24, 1977, Clinical
Coordinator.

4.   "Pharmacokinetic Evaluation of Isosorbide Dinitrate Oral Dosage Forms," Ives Laboratories, Feb. 6-20,
1977, Clinical Coordinator.

5.   "A Double Blind Evaluation of Efficacy and Safety of Proquazone (43-715) Compared to Aspirin in
Outpatients with Osteoarthritis," Sandoz Pharmaceuticals, Spring 1977, Protocol Development.

6.   "Bioavailability of Ketoprofen Oral Dosage Forms," Ives Laboratories, Apr. 17-24, 1977, Clinical
Coordinator.

7.   "Bioavailability and Pharmacokinetic Pilot Study of Chlorothiazide and Hydro-chlorothiazide," Food and
Drug Administration, Feb. 27 to Mar. 1, 1977, Clinical Coordinator.

8.   "Comparative Efficacy and Safety of Proloprim versus Macrodantin in Patients with Acute Uncomplicated
Urinary Tract Infections," Burroughs Wellcome Co., Spring 1977, Protocol Development.

9.   "Bioavailability Evaluation of Theophylline Oral Dosage Forms in a Normal Adult Population," Central
Pharmacal Co., Mar. 27, 1977, Clinical Coordinator.

10.   "Trasicor (BA-39089), Evaluation of Anti-Anginal Effects," Ciba-Geigy Corp., Spring, 1977, Clinical
Coordinator.

11.   "How Effective Are Drug Formularies?  A Descriptive and Normative Study," Research Pharmacist under
the direction of T. Donald Rucker and James A. Visconti, Ohio State University, Grant No. 1 RO1
FD00784-01, FDA, DHEW, Feb. 1976 to Mar. 1978.

12.   "Program Evaluation of Pharmaceutical Services under Ohio Medicaid," Ohio Department of Public
Welfare, Co-Principal Investigator, 1979.

13.   "Quality Indicators for Drug Therapy in Nursing Homes: Development and Application of a Method," Co-
Principal Investigator, 1979.

14.   "An Evaluation of Alternatives for the Provision of On-Site Pharmaceutical Services in a Nursing Home,"
Handmakers Jewish Geriatric Center, Tucson, Arizona, $1,000, Principal Investigator, Apr. 1981 to
Mar. 1982.

15.   "Consumer Demand for and Economic Feasibility of Pharmacist-Provided Prescription Counseling," NIH
Biomedical Research Support Grant, College of Pharmacy, University of Arizona, $9,500, Principal
Investigator, Jul. 1981 to Dec. 1982.

16. "Arizona Pharmacy Manpower Study," College of Pharmacy, University of Arizona, $1,200, Principal Investigator, May to Nov., 1982.

17. "Professional Association Membership Decisions Among Pharmacists," School of Pharmacy and Pharmacal Sciences, Purdue University, $2,200, Principal Investigator, Dec. 1982 to Jan. 1984.

18. "Standard Reporting Terminology for a Pharmacy Database," AACP Special Projects Grant, $2,000, Principal Investigator, Sept. 1983 to Aug. 1985.

19. "Indiana Third Party Experience Survey," Indiana Pharmacists Association, $686 Principal Investigator, Spring 1984.

20. "Third Party-Induced Cost-Shifting in Community Pharmacy," Department of Pharmacy Practice, Purdue University, $2,000, Co-Investigator, May 1984 to Aug. 1985.

21. "A Community Pharmacy-Mediated Drug Monitoring Methodology," Pharmaceutical Manufacturers Association Foundation, $151,186, Co-Investigator, Mar. 1984 to Feb. 1986.

22. "$R_X$-to-OTC Switch: Industry Expectations and Impact Study," NIH Biomedical Research Support Grant, School of Pharmacy and Pharmacal Sciences, Purdue University, $2,000, Principal Investigator, May 1984 to Mar. 1985.

23. "Postmarketing Surveillance of OTC Analgesics," McNeil Consumer Products Company through Argus PMS, Inc., West Lafayette, IN, $410,000, Principal Investigator, May 1985 to Dec. 1986.

24. "Pharmaceutical Economic Trend Indicator Database Project," Pharmaceutical Economics Research Center (multiple sponsor project), $33,000, Principal Investigator, Jul. 1986 to 1991.

25. "Enhancement of Pharmacy Student Problem-Solving Ability Utilizing a Problem-Based, Self-Directed Learning Approach," David Ross XR Grant, Purdue University, $16,300, Co-Principal Investigator, Aug. 1986 to Jun. 1988.

26. "Analysis of Policy Alternatives under Proposed Rule for Limits on Payments for Drugs by the Health Care Financing Administration," American Pharmaceutical Association, $3,217, Principal Investigator, Oct. 1986.

27. "Development and Marketing of the Prescription Network of Indiana," Prescription Network of Indiana, Inc., $1,862, Principal Investigator, Oct. 1986 to Jun. 1988.

28. "Cost Effectiveness of Pharmaceuticals," Burroughs Wellcome, $500, Principal Investigator, Nov. 1986.

29. "Economic Consequences of Drug Therapy Decisions," Pracon, Inc., $2,783, Principal Investigator, Dec. 1986 to Jun. 1987.

30. "Changes in Unsponsored Hospital Care: 1981-1986," Center for Public Policy and Public Administration, Purdue University, Co-Investigator, Jan. 1987 to Feb. 1988.

31. "Prescription Event Intervention by Community Pharmacists in Indiana," Indiana Pharmacists Association, $500, Co-Principal Investigator, Feb. to Nov. 1987.

32. "Economic Impact of $R_X$-to-OTC Switches on Community Pharmacies," Pracon, Inc., $3,000, Principal Investigator, Jul. 1987 to Sept. 1988.

33. "Membership Survey of the Academy of Pharmaceutical Research and Science," American Pharmaceutical Association, $583, Principal Investigator, Jul. 1987 to Jan. 1988.

34. "Pricing Patterns of Generic Pharmaceutical Products," MediSpan, Inc., $6,000, Principal Investigator, Sept. 1987 to Dec. 1988.

35.  "Impact of the Changing Health Care System on Marketing of Pharmaceuticals," Bristol-Myers Co., $300, Co-Principal Investigator, Jan. to Mar. 1988.

36.  "Development of a Database Management System for Pharmaceutical Benefit Plans," American Financial Consulting Co., $23,750, Co-Principal Investigator, Spring 1988.

37.  "National Pharmacists' Compensation Survey," American Pharmaceutical Association, $24,466, Co-Principal Investigator, Oct. 1988 to Jun. 1990.

38.  "Pricing Patterns of Theophylline and Other Products," Schering-Plough Corporation, $45,855, Principal Investigator, Oct. 1988 to Jun. 1990.

39.  "NACDS Resource Guide: The Chain Drug Store Industry and the Retail Pharmacy Market," National Association of Chain Drug Stores, $12,989, Co-Principal Investigator, Dec. 1988 to Nov. 1989.

40.  "NACDS State of the Industry Report," National Association of Chain Drug Stores, $34,114, Co-Principal Investigator, Dec. 1988 to Nov. 1989.

41.  "Report to Congress on Manufacturers' Prices and Pharmacists' Charges for Outpatient Drugs Covered by Medicare," Health Care Financing Administration, U.S. DHHS, $21,118, Co-Principal Investigator, Jan. to Feb. 1989.

42.  "Membership Marketing for State Pharmacy Associations," Marion Laboratories, $30,000, Co-Principal Investigator, Mar. to Sept. 1989.

43.  "Pharmacists Attitudes Toward and Performance of Patient Care Functions," Purdue University, Co-Investigator, Jul. 1989 to Aug. 1990.

44.  "A Multi-center Study of Prescribing Errors in Community Pharmacy Practice," American Pharmaceutical Association Foundation, $30,000, Co-Principal Investigator, Jun. 1989 to Aug. 1990.

45.  "Economic Life Cycle of Products Upon Facing Multiple Source Competition," Purdue University, Co-Investigator, Apr. 1989 to Aug. 1990.

46.  "Economic Impact of Third Party Reimbursement Upon Chain Pharmacies," National Association of Chain Drug Stores, $79,406, Co-Principal Investigator, Jul. 1989 to Jun. 1990.

47.  "Report to Congress on Manufacturers' Prices and Pharmacists' Charges for Prescription Drugs Used by the Elderly," Health Care Financing Administration, U.S. DHHS, $321,446, Co-Principal Investigator, Aug. 1989 to Jun. 1990.

48.  "1990-91 National Pharmacists' Compensation Survey," American Association, $26,626, Co-Principal Investigator, Oct. 1990 to Sept. 1991.

49.  "Analysis of Prescription Expenditures at the Dalton Foundries, Inc.: 1989 vs. 1990," Bill's Pill Box Pharmacy, $500, Principal Investigator, Jul. to Nov. 1990.

50.  "Economic Impact of Multiple Source Competition on Originator Products: 1980 to 1988," Office of Technology Assessment, U.S. Congress, $10,000, Principal Investigator, Oct. 1990 to Jun. 1991.

51.  "Current Pharmaceutical Discounting Practices: Impact of Discount Elimination on Institutional Pharmacies, American Society of Hospital Pharmacists, $2,000, Co-Principal Investigator, Jan. to May 1991.

52.  "The 1990 Outpatient Prescription Market: Definition and Description," Eckerd Corporation, $1,000, Principal Investigator, Jul. 1991.

53. "Economic Impact of Multiple Source Competition on Originator Products: 1989 to 1990,"" Office of Technology Assessment, U.S. Congress, $10,000, Principal Investigator, Aug. 1991 to Dec. 1991.

54. "Pricing Trends of Pharmaceutical Products in 1985-92," MediSpan, Inc., $9,600, Principal Investigator, Jul. 1991 to Jun. 1992.

55. "The NACDS-PRIME Index: A System for Monitoring Drug Pricing Trends," National Association of Chain Drug Stores, $59,984, Principal Investigator, Sept. 1991 to Dec. 1992.

56. "Annual Prescription Survey of Chain Pharmacies,"" American Druggist, $5,000, Principal Investigator, Jan. to Mar. 1992.

57. "Effect of the Medicaid Drug Rebate on Generic Pharmaceutical Firms," Generic Pharmaceutical Industry Assoc., $10,000, Principal Investigator, Mar. to Jun. 1992.

58. "Price Changes of Drugs in the Top 200: 1987-1992," MediSpan, Inc., Total: $9600; Principal Investigator, Jul. 1992 to Jun. 1993.

59. "The Cost of Bill C-91: Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Canadian Drug Manufacturers Association, Total: $35,000; Principal Investigator, Aug. 1992 to Jan. 1993.

60. "Research Center Master Contract," Health Care Financing Administration, RFP-92-015/PK, Total: $43,150; Direct: $35,301; Co-Investigator with Institute for Health Services Research, University of Minnesota, Aug. 1, 1992 to Jul. 31, 1995.

61. "Development of a Report on the Tax Impact of the Wholesale Drug Distributor Tax on the Pharmaceutical Market," Minnesota Department of Revenue, MNDR/67239-53131, Total: $19,957; Principal Investigator (with Judy A. Johnson), Sept. 1992 to Mar. 1993.

62. "Cost Efficiency of Mail Order versus Community Pharmacy Services," National Association of Chain Drug Stores, Total: $160,000, U of M $13,000; Co-Principal Investigator (with Jerry Cromwell of Health Econ. Research), Sept.1992 to Jun. 1993.

63. "Annual Prescription Survey of Chain Pharmacies," Hearst Publishing (American Druggist), Total: $5,000; Principal Investigator (with Judy A. Johnson), Jan. to Apr. 1993.

64. "The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1993," National Association of Chain Drug Stores, Total: $25,279; Principal Investigator, Jan. 1993 to Feb. 1994.

65. "Cross-National Comparison of Brand and Generic Drug Prices: United States, Canada, and Venezuela," Marcel Curiel Foundation, Total: $3,000; Principal Investigator (w/Dong-Churl Suh), Feb. to Jun. 1993.

66. "Economic Implications of Switching Oral Contraceptives to OTC Status," The Henry J. Kaiser Family Foundation, Total: $4,963; Principal Investigator (with Judy A. Johnson), Mar. to Jul. 1993.

67. "Evaluation of Drug Use Review Demonstration Projects," Health Care Financing Administration, RFP-HCFA-93-002-EE, Total: $2.3 million-Penn State University and Abt Associates; S.W. Schondelmeyer, ~$36,000; Principal Consultant, Apr. 1993 to Jun. 1998.

68. "Insurance Coverage of Oral Contraceptives and Economic Implications of Switching Oral Contraceptives to Over-the-Counter Status," Henry J. Kaiser Family Foundation, $5,000, Principal Investigator, Apr. 1993 to Jul. 1993.

69. "Annual Prescription Survey of Chain and Independent Pharmacies," Hearst Publishing (American Druggist), Total: $15,000; Principal Investigator (with Judy A. Johnson), Jul. 1993 to Apr. 1994.

70.  "Impact of the Medicaid Drug Rebate Policy on Expenditures, Utilization and Access," Health Care Financing Administration, RFP-HCFA-93-077-PK, Total: $339,848; U of M: $128,180, Principal Investigator, Oct. 1, 1993 to Jun. 27, 1994.

71.  "The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1994," National Association of Chain Drug Stores, Total: $25,279; Principal Investigator, Jan. 1994-Feb. 1995.

72.  "Evaluation of Prescription Pricing Trends," MediSpan, Inc., Total: $11,000, Principal Investigator, Jun. 1994 to May 1995.

73.  "Impact of the Medicaid Drug Rebate Policy on Expenditures, Utilization and Access: Part II," Health Care Financing Administration, RFP-HCFA-93-077-PK no-cost extension; Principal Investigator, Jun. 27, 1994 to Oct. 31, 1994.

74.  "Annual Prescription Survey of Chain and Independent Pharmacies," Hearst Publishing (American Druggist), Total: $5,000; Principal Investigator (with Judy A. Johnson), Jul. 1994 to Apr. 1995.

75.  "The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1995," National Association of Chain Drug Stores, Total: $25,279; Principal Investigator, Jul. 1, 1994 to Jun. 30, 1995.

76.  "Aetna Pharmacoeconomic/Managed Care Fellowship," Marion Merrell Dow, 2-year post-Pharm. D. fellowship, $60,000 ($30,000 in 1994-95 and $30,000 in 1995-96) Fellowship Preceptor, Jul. 1994 to Jun. 1996.

77.  "Impact of U.S. Health Care Reform and European Patent Law Changes on Accessibility to and Prices of Generic Pharmaceuticals in the United States," National Association of Pharmaceutical Manufacturers, Total: $29,684; Direct: $26,986, Stephen W. Schondelmeyer, Principal Investigator and John M. Coster Co-PI, Jul. 1994 to Jan. 1995.

78.  "Impact of U.S. Health Care Reform on the Pharmaceutical Marketplace," American Association of Retired Persons, Total: $24,598; Direct: $22,362, John M. Coster, Principal Investigator and Stephen W. Schondelmeyer, Co-PI, Jul. 1994 to Dec. 1994.

79.  "Pharmacy Reimbursement Trends Before and After the OBRA '90 Moratorium on Fee Decreases," American Pharmaceutical Association, Total: $5,000, Stephen W. Schondelmeyer, Principal Investigator and John M. Coster, Co-PI, Oct. 1, 1994 to Dec. 31, 1994.

80.  "Impact of the Medicaid Drug Rebate Policy on Expenditures, Utilization and Access: Part II," Health Care Financing Administration, RFP-HCFA-93-077-PK continuation award, Total: $56,349; Direct: $54,033, Principal Investigator, Nov. 1, 1994 to Apr. 30, 1995.

81.  "Economic Impact of GATT Patent Extension on Currently Marketed Drugs," National Association of Pharmaceutical Manufacturers and National Pharmaceutical Alliance, Total: $15,000, Stephen W. Schondelmeyer, Principal Investigator, Dec. 1994 to Mar. 1995.

82.  "Survey of Hospital-Based Pharmaceutical Services in Spain," Sociedad Espanola de Farmacia Hospitalaria, Enrique Seoane and Stephen W. Schondelmeyer, Co-Principal Investigators, co-sponsored project between the PRIME Institute and the Spanish Society of Hospital Pharmacy, Feb. 1995 to Jun. 1995.

83.  "Survey of Hospital-Based Pharmaceutical Services in Spain," Sociedad Espanola de Farmacia Hospitalaria, $10,000, Enrique Seoane and Stephen W. Schondelmeyer, Co-Principal Investigators, co-sponsored project between the PRIME Institute and the Spanish Society of Hospital Pharmacy, Feb. to Sept. 1995.

84.  "Is Pharmacist Monitoring of Epoetin and Iron Cost-Effective?"  Research Institute of the American College of Clinical Pharmacy, Research Award, $10,000, Wendy L. St. Peter, Pharm.D., Principal Investigator, Stephen W. Schondelmeyer, Co-Investigator, Jul. 1995 to Jun. 1996.

85. "The NACDS-*PRIME* Index: Tracking Changes in Drug Prices, 1996," National Association of Chain Drug Stores, Total: $35,895; Principal Investigator, Jul. 1995 to Dec. 1996.

86. "Assessment of Impact of Pharmacy Benefit Managers," Total Direct: $500; Health Care Financing Administration, U.S. DHHS, (HCFA-95-023/PK), Expert Panel, Jul. 12, 1995 to Jul. 11, 1996.

87. Impact of Formulary Restrictiveness on Pharmaceutical and Health Care Expenditures in Managed Care Plans, Total Direct: (funded as part of Pharmacoeconomic Fellowship), Mark V. Siracuse and Stephen W. Schondelmeyer, Co-Principal Investigators, and Jody Hessen, Co-Investigator, Aug. 1995 to Jun. 1996.

88. Market Potential and Business Development Assessment of a Potential Drug Product, Total Direct: $2,000, Upsher-Smith Laboratories, Stephen W. Schondelmeyer, Principal Investigator, and Enrique Seoane-Vazquez, Co-investigator, Aug. to Sept. 1995.

89. "Annual Prescription Survey of Chain and Independent Pharmacies," Hearst Publishing (American Druggist), Total: $5,000; Principal Investigator (with Judy A. Johnson), Dec. 1995 to May 1996.

90. "State Level Trends in Medicaid Drug Expenditures," Total Direct: $1,000, National Association of Chain Drug Stores, Stephen W. Schondelmeyer, Principal Investigator; Enrique Seoane-Vazquez, Co-Investigator, Dec. 1995 to Jan. 1996.

91. "Impact of Cooperative Purchasing on the Pharmaceutical Market: Section 1555 of the Federal Acquisition Streamlining Act," Public Hospital Pharmacy Coalition, Total: $20,000, Stephen W. Schondelmeyer, Principal Investigator with Ronald S. Hadsall and Darwin Zaske (Co-Investigators) Oct. to Dec., 1996.

92. "Generic Pharmaceutical Use in Venezuela," Total:  $41,641 ($38,200 + $3,441), Fundacion Elias Morris Curiel, Stephen W. Schondelmeyer, Principal Investigator; Enrique Seoane-Vazquez, Co-Investigator, Oct. 1996 to Mar. 1997.

93. "Pharmacy Benefit Evaluation for U-Care," Total: $4,575, U-Care HMO, Stephen W. Schondelmeyer, Principal Investigator and Mark Siracuse, Co-Investigator, Nov. to Dec. 1996.

94. "A System for Monitoring Drug Prices Trends in 1997:  The NACDS-*PRIME* Index," National Association of Chain Drug Stores, Total: $27,030; Principal Investigator, Jan. 1997 to Dec. 1997.

95. "Annual Prescription Survey of Chain and Independent Pharmacies, 1997" Hearst Publishing (American Druggist), Total: $5,000; Principal Investigator (with Enrique Seoane), Jan. to Jun. 1997.

96. "Trends in Medicaid Pharmaceutical Benefit Expenditures, 1995," National Association of Chain Drug Stores, Total:  $1,500, Principal Investigator, Jan. 1997.

97. "Cost of Rheumatoid Arthritis," Economic Advisory Group, Ltd. (London, England), Total: $1,970, Stephen W. Schondelmeyer & Enrique Seoane-Vazquez, Co-Principal Investigators, May to Jun. 1997.

98. "Historical Development of Pharmacy," American Institute of the History of Pharmacy, $1,000, Mary Indritz, dissertation grant, June 1997.

99. "Epilepsy in the Elderly," NIH-NINES, Direct Cost: $650,000, James Cloyd, Principal Investigator, et al., Stephen W. Schondelmeyer, consultant (5% salary release, ~$6,000 per year), July 1997 to June 2002.

100. "Understanding the Costs of HIV Drugs and Identifying Purchasing Arrangements," Henry J. Kaiser Family Foundation through subcontract with Montefiore Medical Center, Total: $15,000; Principal Investigator, Oct. 1997 to Sept., 1998.

101. "Annual Prescription Survey of Chain and Independent Pharmacies, 1998" Hearst Publishing (American Druggist), Total: $5,300; Principal Investigator (with Enrique Seoane), Jan. 1998 to June 1998.

102. "A System for Monitoring Drug Prices Trends in 1998:  The NACDS-PRIME Index," National Association of Chain Drug Stores, Total: $20,000 (C-U); Principal Investigator, January 1998-December 1998.

103. "Two Perspectives on Satisfaction: Patients and Pharmacists," American Pharmaceutical Association, APhA Foundation and Quality Center, Total: $34,570 (C-U); Principal Investigator (with Jill Acosta), Feb. 1, 1998 to May 31, 1999.

104. "HIV-Related Pharmaceuticals in the U.S. Market: Expenditures, Channels of Distribution, and Prescribing Trends," Henry J. Kaiser Family Foundation, Total: $61,500; Principal Investigator, March 15, 1998 to December 31, 1998 (extended to July 2000).

105. "Positioning and Pricing Hectorol in the Vitamin D Analog Market, Bone Care International, Inc., Madison, Wisconsin and Nephrology Pharmacy Associates, Inc., Ann Arbor Michigan, Total: $14,500; Principal Investigator (with Enrique Seoane), July 1998 to January 1999.

106. "The Financial Impact of Third Party Prescriptions on Community Pharmacies," National Community Pharmacists Association Foundation, Alexandria, VA, Total:  $10,103, Co-Principal Investigator with Sam Wagner, Sept. 1998 to May 1999.

107. "Economic Consequences of Bone Marrow Transplants in the U.S., Economic Advisory Group, Bedford, England, Total: $5,450, Enrique Seoane and Stephen W. Schondelmeyer, Principal Investigators, December 1998 to January 1999.

108. "Legislative Strategies to Lower Drug Prices for All Vermonters," State of Vermont, Health Access Oversight Committee, Montpelier, Vermont, Total:  $22,000, Principal Investigator, Aug. to Nov. 1999.

109. "Drug Expenditures of the Elderly: Projections from 1996 to 2010," Families USA Foundation, Washington, DC, Total:  $20,900, Principal Investigator, January to June 2000.

110. Pharmacoeconomic Fellowship Grant, Tsu Chiang Tu, Taipei, Taiwan, Total:  $5,000, Sept. 2000 to May 2001.

111. "State Medicaid Drug Expenditure Trends, 1988-1998," National Association of Chain Drug Stores, Alexandria, VA, Total:  $12,000, Principal Investigator, Dec. 2000 to June 2001.

112. "Survey of Pharmacists' Handling of Partial Fill Prescriptions Over the Past Decade," Eckerd Corporation, Salt Lake City, UT, Total:  $78,831.33, Principal Investigator, May 2000 to Feb. 2001.

113. "Effects of Collaborative Pharmaceutical Care on Achieving Therapeutic Outcomes," Fairview Health System & University of Minnesota Academic Health Center, Grant 99-27, Minneapolis, MN, Total: $181,191, Brian Isetts, Principal Investigator; Stephen W. Schondelmeyer, Co-Investigator, Aug 2000 to June 2003.

114. "Product Characteristics of Top 300 Prescribed Drugs," Medquest, Inc., St. Paul, MN, Total:  $5,000, Principal Investigator with Enrique Seoane, June to September, 2001.

115. "Pharmocoeconomic Analysis of Parecoxib for Pain Treatment in Outpatient Surgery and Emergency Room Departments," Pharmacia through Data Intelligence Consultants, Eden Prairie, MN, Total: $47,148.22, Principal Investigator with Enrique Seoane, July to December 2001.

116. Pharmacoeconomic Fellowship Grant, Fusiung Tsai, Taipei, Taiwan, Total:  $5,000, Sept. 2001 to May 2002.

117. "Rate and Extent of Generic Penetration for Drug Entities Facing First Generic Competition: 1992-2001," Apotex, Inc., (provided data for analysis), Principal Investigator, August 2002 to June 2003.

118. "Prescription Drug Utilization In Medicaid:  Using Medicaid Claims Data To Develop Prescription Drug Monitoring," Centers for Medicare & Medicaid Services, U.S. Department of Health & Human Services, RFP No. CMS-02-008/VAC, Mathematica Policy Research, Principal Investigator; Stephen W. Schondelmeyer, Technical Consultant, Sept. 2002 to Aug. 2004.

119. "State Medicaid Drug Expenditure Trends, 1982-2002," National Association of Chain Drug Stores, Alexandria, VA, Total:  $15,000, Principal Investigator, Dec. 2002 to June 2003.


**PUBLICATIONS AND OTHER SCHOLARLY ACTIVITIES**

**Published Articles (reviewed)**

1.  "Intravenous Phenytoin (Concluded)," Schondelmeyer, SW, Gatlin, L., and Gwilt, P, *New England Journal of Medicine*, 296 (2): 111, Jan. 13, 1977.

2.  "Perspectives on Medical Specialization," Schondelmeyer, SW and D.M. Kirking, *Drug Intelligence and Clinical Pharmacy*, 13(1):30-36, Jan. 1980.

3.  "Application of Cost-Benefit and Cost-Effectiveness Analysis to Clinical Practice," J. Lyle Bootman, William F. McGhan, and Stephen W. Schondelmeyer, *Drug Intelligence and Clinical Pharmacy*, 16(3):235-243, Mar. 1982.

4.  "Effect of Urinary Acidifiers on Formaldehyde Concentration and Efficacy with Methenamine Therapy," M.C. Nahata, B.A. Cummins, D.C. McLeod, SW Schondelmeyer, R. Butler, *European Journal of Clinical Pharmacology*, 22:281-284, 1982.

5.  "Clinical Comparison of Albuterol, Isoetharine, Metaproterenol and Placebo Given by Aerosol Inhalation," Gregory P. Berezuk, Stephen W. Schondelmeyer, John J. Seidenfeld, William N. Jones, and J. Lyle Bootman, *Clinical Pharmacy*, 2:129-34, Nov. 1982.

6.  "A Strategy to Effect Change in Pharmacy Practice," Stephen W. Schondelmeyer, *American Journal of Hospital Pharmacy*, 39:2137-42, Dec. 1982.

7.  "Consumer Demand for a Pharmacist-Conducted Prescription Counseling Service," Stephen W. Schondelmeyer and Carl E. Trinca, *American Pharmacy*, NS23 (6):65-68, Jun. 1983.

8.  "Comparison of Consumer-Oriented Books on Medications," Timothy Stratton, SW Schondelmeyer, A. Barreuther, *Patient Education and Counseling*, 5(3):107-17, 1984.

9.  "Women in Pharmacy Management-Why Not?," Frank J. Nice, SW Schondelmeyer, and J. Lyle Bootman, *American Pharmacy*, NS24 (4):214-217, Apr. 1984.

10. "Pharmacists, Pharmaceuticals, and Drug Information in the Twenty-First Century," Stephen W. Schondelmeyer, *Drug Information Journal*, 19:185-93, 1985.

11. "HMOs and PPOs: Strategy for Success Through Effective Pharmacy Networks," Stephen W. Schondelmeyer, *American Pharmacy*, NS26 (1):44-47,50,53,55, Jan. 1986.

12. "Third Party Payment Policies: Design and Impact," Stephen W. Schondelmeyer, *American Pharmacy*, NS26 (8):582-609, Aug. 1986.

13. "Taking It Over the Counter: Part I. Marketing Strategies," Suresh Madhavan and Stephen W. Schondelmeyer, *Pharmaceutical Executive*, 7(4):78-82, Apr. 1987.

14. "Taking It Over the Counter: Part II. Marketing Issues," Stephen W. Schondelmeyer and Suresh Madhavan, *Pharmaceutical Executive*, 7(5):54-60, May 1987.

15. "Evolving Health Care System: Economic and Organizational Patterns," Stephen W. Schondelmeyer, *Amer. Journal of Pharmaceutical Education,* 51:388-395, Winter 1987.

16. "Documenting Prescribing Errors and Pharmacist Interventions in Community Pharmacy Practice," Michael T. Rupp, Stephen W. Schondelmeyer, G. Thomas Wilson, and Jane E. Krause, *American Pharmacy*, NS28(9):574-581, Sept. 1988.

17. "Impact of Third Party and Managed Care Programs on Pharmacy Practice," Stephen W. Schondelmeyer, *Wellcome Trends in Pharmacy*, 10(10):2-3, 7-8, 10, Nov. 1988.

18. "Pharmacy and the Changing Health Care Environment," Stephen W. Schondelmeyer, *The Consultant Pharmacist*, 4(Supplement A):23-25, 1989.

19. "Impact of Alternative Reimbursement Limits for Coverage of Multisource Prescriptions Under Medicare," Stephen W. Schondelmeyer, *Journal of Research in Pharmaceutical Economics,* 1(3):3-26, 1989.

20. "Demystifying the Pharmacy Component of Medicare Expansion," Stephen W. Schondelmeyer, *Journal of Research in Pharmaceutical Economics*, 1(3):27-47, 1989.

21. "Pharmacists' Compensation and Work Patterns: Overview of 1988 National Survey," Stephen W. Schondelmeyer, Holly L. Mason, Kenneth W. Schafermeyer, and Arthur H. Kibbe*, American Pharmacy*, NS29(11):695-700, Nov. 1989.

22. "Pharmacists' Evaluations of the Nonprescription Availability of Metaproterenol, Cimetidine, Ibuprofen, and Nystatin," Suresh Madhavan and Stephen W. Schondelmeyer, *American Journal of Hospital Pharmacy*, 46(12):2486-2492, Dec.1989.

23. "Economic Aspects of Switch," Stephen W. Schondelmeyer, *Drug Information Journal*, 24(1):57-66, 1990.

24. "Attitudes of Pharmacists Toward Rx-to-OTC Switches and Their Effect on Pharmacists' Overall Judgement of Switch Appropriateness," Suresh Madhavan and Stephen W. Schondelmeyer, *Jrnl. of Pharmaceutical Marketing and Management*, 4(4):3-25, 1990.

25. "Trends in Retail Prescription Expenditures," Stephen W. Schondelmeyer and Joseph Thomas, III, *Health Affairs*, 9(3):131-145, Fall 1990.

26. "Variables Affecting Pharmacists' Willingness to Accept Third-Party Prescription Contracts: A Conjoint Analysis," Sheryl L. Szeinbach, Holly L. Mason, Stephen W. Schondelmeyer, and Paul D. Collins, *Journal of Health Care Marketing*, 10(3):45-50, Sept. 1990.

27. "Pharmacists' Value-Added Services: What Are Their Costs?" Stephen W. Schondelmeyer and Kenneth W. Schafermeyer, *Wellcome Trends in Pharmacy*, 13(2):CE1-CE12, Mar. 1991.

28. "Pharmacists' Compensation and Work Patterns, 1990-91," Stephen W. Schondelmeyer, Holly L. Mason, Crystal S. Miller, and Arthur H. Kibbe, *American Pharmacy*, NS32 (1):38-45, Jan., 1992.

29. "Battered Bottom Lines:  The Impact of Eroding Pharmaceutical Discounts on Health-Care Institutions,"" Francis B. Palumbo, Stephen W. Schondelmeyer, David W. Miller, Stuart M. Speedie, *American Journal of Hospital Pharmacy,* 49 (5): 1177-1185, May 1992.

30. "The FDA Orange Book: Expectations Versus Realities," Kenneth W. Schafermeyer, Stephen W. Schondelmeyer, and G. Thomas Wilson, *Journal of Pharmacy and Law*, Vol. 1:13-26, 1992.

31. "An Analysis of the Cost of Dispensing Third Party Prescriptions in Chain Pharmacies: Analysis and Recommendations," Kenneth W. Schafermeyer, Stephen W. Schondelmeyer, Joseph Thomas III, and Kurt A. Proctor, *Journal of Research in Pharmaceutical Economics* 4(3): 3-24, Fall 1992.

32. "Prescribing Problems and Pharmacist Interventions in Community Practice," Michael T. Rupp, Michael DeYoung, and Stephen W. Schondelmeyer, *Medical Care* 30 (10):926-940, Oct. 1992.

33. "Price Indices for Pharmaceuticals Used by the Elderly,"" Joseph Thomas, III and Stephen W. Schondelmeyer, *Health Care Financing Review* 14(1): 91-105, Fall 1992.

34. "Invoicing Pharmacist Interventions," Bill G. Felkey, Stephen W. Schondelmeyer, Bruce Berger, *American Pharmacy*, NS34(6):34-35, Jun. 1994.

35. "Economic Analysis of Health Care Technology:  A Report on Principles," Task Force on Principles for Economic Analysis of Health Care Technology (Alan L. Hillman, Director; Stephen W. Schondelmeyer, Task Force Member), *Annals of Internal Medicine*, Vol. 123, No. 1, Jul. 1, 1995.

36. "Situacion De La Farmacia Hospitalaria Encuesta - 1995," Schondelmeyer, Stephen W., Eduardo E. Arrieta, and Enrique Seoane-Vazquez, *SEFH Boletin Informativo*, Tomo XX, Numero 76, 1996, 100 pp. ["Situation of Hospital Pharmacy in Spain, 1995 Survey," *Sociedad Espanola De Farmacia Hospitalaria, Technical Bulletin*, 1996, No. 76, 100 pp.

37. "Gene therapy: socioeconomic and ethical issues. A roundtable discussion," Hillman AL, Brenner MK, Caplan AL, Carey J, Champey Y, Culver KW, Drummond MF, Freund DA, Holmes EW, Kelley WN, Kolata G, Levine MN, Levy E, Schondelmeyer SW, Velu T, Wilson JM, *Human Gene Therapy*, 1996 June 10;7(9):1139-44.

38. "Evidence-Based Medicine:  The Critical Assessment of Data," Cook, Deborah J., David B. Hoyt, Frederick A. Moore and Stephen W. Schondelmeyer, *Journal of Critical Care Nutrition,* Vol 4, No 1, 1997, pp. 4-12.

39. "Price Trends Before and After Patent Expiration in the Pharmaceutical Industry."  D-C Suh, SW Schonelemeyer, WG Manning, Jr., RS Hadsall and JA Nyman.  *Jrnl Research in Pharmaceutical Economics,* 1998 Vol 9(2), pp 17-32.

40. "Effect of multiple-source entry on price competition after patent expiration in the pharmaceutical industry," DC Suh, WG Manning, Jr., SW Schondelmeyer, RS Hadsall, Health Services Research, June 2000, Vol. 35, No. 2, pp. 529-47.

41. "Impact of generosity level of outpatient prescription drug coverage on prescription drug events and expenditure among older persons," MB Artz, RS Hadsall, SW Schondelmeyer, American Journal of Public Health, Aug. 2002, Vol. 92, No. 8, pp. 1257-63.

42. "Trends and Events in American Pharmacy, 1852-2002," GB Griffenhagen, D Brushwood, J Parascondola, SW Schondelmeyer, Journal of the American Pharmaceutical Association, Sept.-Oct. 2002, Vol. 42, No. 5, Suppl. 1, pp. S24-25.


**Published Articles (non-reviewed)**

1. "Practical Experience with Education," Stephen W. Schondelmeyer, *Action in Pharmacy* 3(5):2, Jan. 1971.

2. "Why Pharmaceutical Services?" Stephen W. Schondelmeyer, *Action in Pharmacy* 4(6):2, Feb., 1972.

3. "The Student Speaks," SW Schondelmeyer, *Action in Pharmacy* 4(9):2, May 1972.

4. "Membership Services," Stephen W. Schondelmeyer, *Journal of the American Pharmaceutical Association* NS12 (8):434,436, Aug. 1972.

5. "A Student's Challenge - - Professional Change," Stephen W. Schondelmeyer, *Journal of the American Pharmaceutical Association*, NS13 (7):390, Jul. 1973.

6.  "Building to Serve Pharmacy's Future," Stephen W. Schondelmeyer, *Action in Pharmacy* 6(3):4, Nov. 1973.

7.  "Pharmacy Security and the Graduate," Stephen W. Schondelmeyer, *Journal of the American Pharmaceutical Association*, NS14 (4):215, Apr. 1974.

8.  "How to Follow Up on Therapeutic Recommendations," Stephen W. Schondelmeyer, *Pharmacy Practice*, 16(2):12, Feb. 1981.

9.  "Consumers 2," Stephen W. Schondelmeyer, *Action in Pharmacy* 16(6):4, Feb. 1984.

10. "Congressional Consultant Addresses Medicare Reimbursement Under Catastrophic Coverage," edited by Stephen W. Schondelmeyer, *Hospital Economics*, Vol. 1, No. 3, pp. 7, 15, Oct. 1989.

11. "Payment Limits May Affect Pharmacists, Manufacturers," edited by Stephen W. Schondelmeyer, *Hospital Economics*, Vol. 1, No. 7, p. 15, Mar. 1990.

12. "Pharmacists Must Adapt to More Third Party Payment," edited by Stephen W. Schondelmeyer, *Hospital Economics*, Vol. 1, No. 9, p. 15, May 1990.

13. "Rx-to-OTC Switch: Question and Answer Session," William E. Cooley, Stephen W. Schondelmeyer, Jonathan C. Peck, and Jerome A. Halperin, *Drug Information Journal*, 24(1):67-71, 1990.

14. "The Affordability of Medicines," Robert O. Hills, Sanford Luger, and Stephen W. Schondelmeyer, *P & T*, pp. 1051-1069, Aug. 1990.

15. "A Drug Utilization Evaluation Primer: Conceptual and Operational Aspects," William N. Yates Jr., Michael T. Rupp, & Stephen W. Schondelmeyer, *A White Paper* (Indianapolis: MediSpan Inc.), pp.1-12, 1990.

16. "OBRA 1990 To Have Significant Effect on Medicaid, Drug Manufacturers and Hospitals," Stephen W. Schondelmeyer, *Hospital Economics*, 2(6):4,15, 1991.

17. "Where Health Dollars Go," Stephen W. Schondelmeyer, *American Druggist*, 205 (3): 24,26, Feb. 1992.

18. "Where the Growth Is," Stephen W. Schondelmeyer, *American Druggist,* 205 (4): 21,22, Apr. 1992.

19. "Dynamics of Health Care Reform," Stephen W. Schondelmeyer, *Minnesota Pharmacist*, 46 (7):11-13, Apr. 1992.

20. "A Recount on Drug Spending: Schondelmeyer Replies," Stephen W. Schondelmeyer, *American Druggist*, 205 (5): 4,6, May 1992.

21. "Therapy's Real Price," Stephen W. Schondelmeyer, *American Druggist*, 205 (6): 22,24 Jun. 1992.

22. "Annual Prescription Trends Survey," Janice L. Zoeller, Don Senter, and Stephen W. Schondelmeyer, *American Druggist*, 205 (6): 45-49 Jun. 1992.

23. "Doing More for Less," Stephen W. Schondelmeyer, *American Druggist*, 205 (8): 26-28, Aug. 1992.

24. "Economic Comparisons of Job Offers in Pharmacy," Stephen W. Schondelmeyer and Holly L. Mason, *Pharmacy Student*, Vol. 22, No. 1, pp. 9-11, Sept. 1992.

25. "New NACDS-*PRIME Index* Provides Measure of Pure Price Change for Top Prescription Drug Products," *Perspectives in Pharmacy Economics* 4(5):1, Sept. 1992.

26. "NACDS-*PRIME Index* Shows Increasing Frequency of Price Changes," *Perspectives in Pharmacy Economics* 4(5):2, Sept. 1992.

27. "Inflation Rate Decreasing for Top 200 Prescription Drugs," *Perspectives in Pharmacy Economics* 4(5):2, Sept. 1992.

28. "Constant Contemporary Product Mix: One Advantage of NACDS-**PRIME** Index," *Perspectives in Pharmacy Economics* 4(5):3, Sept. 1992.

29. "NACDS-*PRIME Index* Differs from CPI-Rx and PPI-Rx Indices," *Perspectives in Pharmacy Economics* 4(5):4, Sept. 1992.

30. "It All Depends," Stephen W. Schondelmeyer, *American Druggist*, 205 (10): 24-29, Oct. 1992.

31. "Pharmaceuticals and the Dynamics of Health Care Reform," Stephen W. Schondelmeyer, Dynamics in Health Care (*The Journal of Management and Economics*) Vol. 4, No. 1, pp. 13-15, Nov. 1992.

32. "Basic or Optional," Stephen W. Schondelmeyer, *American Druggist*, 207 (2): 20-22, Feb. 1993.

33. "1992 NACDS-*PRIME Index* for Top 500 Prescription Drugs," *Perspectives in Pharmacy Economics* Vol. 5 (2):4, Apr. 1993.

34. "How Outcomes Influence Private Payors and the Government," (an interview with Stephen W. Schondelmeyer)*, Pharmaceutical Outcomes News*, Vol. 2 (5):4-5, May 1993.

35. U.S. Senator Comments on Drug Prices [A], SW Schondelmeyer, *American Druggist,* unpublished, Jun. 1993.

36. "93 Prescription Trends Survey," Greg Laskowski, Don Senter, Stephen W. Schondelmeyer and Judy A. Johnson, *American Druggist*, 208 (1):31-34, Jun. 1993.

37. "94 Prescription Trends Survey," Don Senter, Stephen W. Schondelmeyer and Judy A. Johnson, *American Druggist*, 210 (2):23-26, Jun. 1994.

38. "95 Prescription Trends Survey," Don Senter, Stephen W. Schondelmeyer and Judy A. Johnson, *American Druggist*, pp. 23-26, Jun. 1995.

39. "What Ever Happened to Competition in the Marketplace?", Stephen W. Schondelmeyer, *Drug Outcomes & Managed Care*, pp.4-8, Jun. 1995.

40. "1996 Prescription Trends Survey," Stephen W. Schondelmeyer and Enrique Seoane-Vazquez, *American Druggist;* pp. 24-26. 29, 40, Jun. 1996.

41. "PBM Ownership Triggers Industry Feud," Hodnett, Jan (based on interview with Stephen W. Schondelmeyer), *Medical Marketing & Media*, pp. 80-84, Jun. 1996.

42. "1997 Prescription Trends Survey," Stephen W. Schondelmeyer and Samuel Wagner, *American Druggist,* Aug. 1997.

43. "Pharmacists Are Working Harder," Stephen W. Schondelmeyer and Enrique Seoane-Vazque, *American Druggist*, pp. 34-39, Jul. 1997.

44. "Controlling Pharmacy Costs: Monitoring Drug Utilization, Harnessing Demand and Optimizing Outcomes in a Managed Care Environment," based on comments from Stephen W. Schondelmeyer and other panel members, *Healthcare Business*, Special Supplement, CPC5-19, May-June 1999.

45. "Minnesota Pharmacists Workforce:  A Pharmacy Perspective," RA Hansen, JC Schommer, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, *Minnesota Pharmacist*, July 2001, 55(4):17-20.

46. "Proposed Formulary Regulation Draws Sharp Difference of Opinion," Bob Carlson (based in part upon interview of Stephen W. Schondelmeyer), *Managed Care*, February 2002.

47. "2001 Minnesota Pharmacists Compensation and Labor Survey:  Part 1, Pharmacists' Hourly Wages and Benefits," JC Schommer, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, RL Cline, *Minnesota Pharmacist*, March 2002, 56(2):30-36.

48. "2001 Minnesota Pharmacists Compensation and Labor Survey:  Part 2, Pharmacists' Work Activities," JC Schommer, RS Hadsall, TA Larson, SW Schondelmeyer, DL Uden, RL Cline, *Minnesota Pharmacist*, March 2002, 56(3):29-32.

49. "Pharmacy Benefit Management," Minnesota Health Care Roundtable, based on comments from Stephen W. Schondelmeyer and other panel members, *Minnesota Physician*, July 2002, pp. 20-27.

**Research Papers, Abstracts, Podium Presentations, and Posters (reviewed)**

1. "Evaluation of Drug Products for the Kentucky Drug Formulary Council," 7th Annual Southeastern Conference for Pharmacy Residents, Preceptors and Faculty, Jan. 30, 1976, Athens, GA.

2. "Pharmacy and Patient Education," Condit F. Steil and Stephen W. Schondelmeyer, Acad. of Pharmacy Practice, American Pharmaceutical Association, Apr., 1976, New Orleans, LA.

3. "Phenytoin Toxicity Induced Seizures: Case Report in a Child," Stephen W. Schondelmeyer, Michael R. Halbert, Robert P. Rapp, and Byron A. Young, American Society of Hospital Pharmacists, Midyear Clinical Meeting, Dec. 1977, Atlanta, GA.

4. "Effect of Urinary Acidification on Urinary pH, Formaldehyde Concentration, and Efficacy with Methenamine Therapy," M. Nahata, B. Cummins, R. Butler, S. Schondelmeyer, and D. McLeod, Clinical Pharmacology and Therapeutics, 27(2):2734, Feb. 1980.

5. "The Perceptions of Pharmacy Directors and Their Immediate Superiors Concerning the Importance of Administrative Skills for Hospital Pharmacy Directors," John V. Nyman, Stephen W. Schondelmeyer, J. Lyle Bootman, and Glen I. Nicholson, Mid-Year Clinical Meeting, American Society of Hospital Pharmacists, Dec. 8, 1982, Los Angeles, CA.

6. "Impact of Mobile Decentralized Pharmacy Service on the Accuracy of Pharmacy Profiles, Unit Dose Bins, and Nursing MARs," Elizabeth G. Banner, Dennis R. Messier, and Stephen W. Schondelmeyer, Mid-Year Clinical Meeting, American Society of Hospital Pharmacists, Dec. 7, 1982, Los Angeles, CA.

7. "Professional Association Membership Patterns Among Arizona Pharmacists," Stephen W. Schondelmeyer, Stephen J. Coons, Jack R. Arndt, and Carl E. Trinca, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Apr. 13, 1983, New Orleans, LA.

8. "Consumer Demand for a Prescription Counseling Service," Stephen W. Schondelmeyer, Barbara J. Bell, Carl E. Trinca, Peter D. Hurd, and J. Lyle Bootman, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Apr. 12, 1983, New Orleans, LA.

9. "Clinical Comparison of Albuterol, Isoetharine, and Metaproterenol Given by Aerosol Inhalation," (Abstract) Gregory P. Berezuk, Stephen W. Schondelmeyer, John J. Seidenfeld, William N. Jones, and J. Lyle Bootman, American Journal of Hospital Pharmacy 40(5):888, May 1983.

10. "Impact of Mobile Decentralized Pharmacy Services on the Medication Delivery Cycle," Elizabeth G. Banner, Dennis R. Mesier, Stephen W. Schondelmeyer, 40th Annual Meeting, American Society of Hospital Pharmacists, Jun. 9, 1983, Detroit, MI.

11. "Comparison of Consumer-Oriented Books on Medications," Timothy Stratton, Stephen W. Schondelmeyer, Alan Barreuther, Annual Meeting, American Public Health Association, Nov. 14, 1983, Dallas, TX.

12. "Evaluation of Marketing Strategies for Membership Decisions in the APhA," Stephen W. Schondelmeyer, Robert A. Buerki, and Dev S. Pathak, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, May 7, 1984, Montreal, Canada.

13. "Pharmacists' Characteristics and Association Membership Patterns in the United States," Stephen W. Schondelmeyer, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, May 8, 1984, Montreal, Canada.

14. "Historical Review of Membership in the American Pharmaceutical Association and the Student American Pharmaceutical Association," Stephen W. Schondelmeyer, American Institute for the History of Pharmacy, May 8, 1984, Montreal, Canada.

15. "A Comparison of the American Pharmaceutical Association House of Delegates and Association Membership," Lucinda L. Maine, Lowell J. Anderson, and Stephen W. Schondelmeyer, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Feb. 21, 1985, San Antonio, TX.

16. "Third Party-Induced Cost Shifting in Indiana Pharmacies," Stephen W. Schondelmeyer and Jon T. Stone, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Feb. 18, 1985, San Antonio, TX.

17. "Third Party-Induced Cost Shifting in U.S. Community Pharmacy Practice," Jon T. Stone and Stephen W. Schondelmeyer, Academy of Pharmaceutical Sciences, American Pharmaceutical Association, Mar. 17, 1986, San Francisco, CA.

18. "The Impact of $R_x$-to-OTC Switches on the U.S. Pharmaceutical Industry," Suresh Madhavan and Stephen W. Schondelmeyer, Policy Session, American Pharmaceutical Association, Mar. 18, 1986, San Francisco, CA.

19. "Efficient and Effective Postmarketing Surveillance," Stephen W. Schondelmeyer, Policy Session, American Pharmaceutical Association, Mar. 18, 1986, San Francisco, CA.

20. "Community Pharmacy Mediated Postmarketing Surveillance," Holly L. Mason, Stephen W. Schondelmeyer, Monina R. Lahoz, Homero A. Monsanto, Susan S. Johnson, Curtis D. Black, and Robert K. Chalmers, Academy of Pharmaceutical Research and Science, American Pharmaceutical Association, Mar. 29, 1987, Chicago, IL.

21. "Appropriateness of Drug-Specific $R_x$-to-OTC Switches: Factors Influencing Pharmacists' Opinions," Suresh Madhavan and Stephen W. Schondelmeyer, Academy of Pharmaceutical Research and Science, American Pharmaceutical Assoc., Mar. 13, 1988, Atlanta, GA.

22. "Effects of Attitudes Toward Rx-to-OTC Switches on Pharmacists' Evaluation of Rx-to-OTC Switches Candidates," 89th Annual Meeting, American Association of Colleges of Pharmacy, Jul. 30-Aug. 3, 1988, Chicago, IL.

23. "Assessing Pharmacists' Willingness to Accept Third Party Prescription Contracts," Sheryl L. Szeinbach, Stephen W. Schondelmeyer, and Holly L. Mason, Academy of Pharmaceutical Research and Science, American Pharmaceutical Association, Apr. 8, 1989, Anaheim, CA.

24. "Report of the National Pharmacists' Compensation Survey," Annual Meeting, American Pharmaceutical Association, Apr. 10, 1989, Anaheim, CA.

25. "Pricing Patterns of Originator Products with Introduction of Multiple Source Competition Between 1983 and 1987," Virginia G. Scott and Stephen W. Schondelmeyer, Midwest Pharmacy Administration Conference, Aug. 25, 1990, Cincinnati, OH.

26. "Comparison of Prescription Department Cost Allocation Methods," Kenneth W. Schafermeyer, Joseph Thomas III, and Stephen W. Schondelmeyer, Economic, Social, and Administrative Sciences Section, Academy of Pharmaceutical Research and Science, Mar. 10, 1991, New Orleans, LA.

27. "Evolution of Economic Patterns in Pharmacy: 1941-1991," Stephen W. Schondelmeyer, American Institute of History of Pharmacy, Annual Meeting, Mar. 11, 1991, New Orleans, LA.

28. "Development and Application of New Indices for Pharmaceutical Price Trends," Joseph Thomas III and Stephen W. Schondelmeyer, Economic, Social, and Administrative Sciences Section, Academy of Pharmaceutical Research and Science, Mar. 11, 1991, New Orleans, LA.

29. "Economic Impact of Multiple Source Competition on Originator Drug Products," Virginia G. Scott and Stephen W. Schondelmeyer, Economic, Social, and Administrative Sciences Section, Academy of Pharmaceutical Research and Science, Mar. 11, 1991, New Orleans, LA.

30. "Drug Utilization Evaluation Primer: Conceptual and Operational Aspects," William N. Yates, Michael T. Rupp, Stephen W. Schondelmeyer, Group Health Assoc. of America, June 25, 1991, New York, NY.

31. "Female Pharmacists' Practice Patterns and Compensation," Richard P. D'Elia, Holly L. Mason, Crystal S. Miller, and Stephen W. Schondelmeyer, Economic, Social, and Administrative Sciences Section, Academy of Pharmaceutical Research and Science, American Pharmaceutical Association, Annual Meeting, Mar. 15, 1992, San Diego, CA.

32. "Managed competition and the health care reform agenda." S Schondelmeyer, Abstract, ASHP Midyear Clinical Meeting, 28(Dec): p. PI-9, 1993.

33. "Emerging standards for pharmacoeconomics: academic perspectives," S Schondelmeyer, Abstract, ASHP Midyear Clinical Meeting, 29(Dec): p PI-81, 1994.

34. "Medicaid Drug Expenditures Before and After the Rebate Program," American Public Health Association, Annual Meeting, Nov. 1, 1994, Washington, DC,.

35. "New Developments in Medicaid Prescription Drug Program," American Public Welfare Association, Annual Meeting, Nov. 2, 1994, Washington, DC,.

36. "Emerging Standards for Pharmacoeconomics: Academic Perspectives," American Society of Hospital Pharmacists, Mid-Year Clinical Meeting, Dec. 7, 1994, Miami Beach, FL.

37. "Effect of Multiple Source Entry on Price Competition After Patent Expiration in the Pharmaceutical Industry," Suh, Dong-Churl, Stephen W. Schondelmeyer and Willard Manning, Economic, Social and Administrative Sciences Section, Academy of Pharmaceutical Research, American Pharmaceutical Association, Annual Meeting, Mar. 27, 1996, Nashville, TN.

38. "PBMs: Who's Managing What for Whom?" Proceedings of the Drug Information Association, 32nd Annual Meeting, Jun. 10, 1996, p. 84, San Diego, CA.

39. "Analysis of Savings Expected with the Use of Restrictive Drug Formularies," Mark Siracuse and Stephen W. Schondelmeyer, Proceedings of the Midwest Pharmacy Administration Meeting, Aug. 9, 1996, Madison, WI.

40. "Factors Influencing Growth in Medicaid Drug Expenditures," Stephen W. Schondelmeyer, George Wright, Judy Johnson, Ann Cherlow, and John Kralewski, Proceedings of American Public Health Association, 1996 Annual Meeting, Drug Policy and Pharmacy Services Section, Nov. 20, 1996, New York, NY.

41. "Comprehensive Models of Competitive Strategies Which Lower Drug Cost in Mid-Sized Hospitals," Virginia G. Scott, Stephen W. Schondelmeyer, Ronald S. Hadsall, Charles E. Daniels, *Journal of the American Pharmaceutical Association*, NS37(2) 253, Mar. 1997.

42. "The Relationship of Competitive Strategies and Drug Prices Among Hospital Pharmacies," Virginia G Scott, Stephen W. Schondelmeyer, Charles E. Daniels, Ronald S. Hadsall, *Journal of the American Pharmaceutical Association*, NS37(2) 242, Mar. 1997.

—

*Curriculum Vita*            21            *Stephen W. Schondelmeyer*

43. "Price Trends Before and After Expiration in the Pharmaceutical Industry," Dong-Churl Suh, Stephen W. Schondelmeyer, Ronald S. Hadsall, *Journal of the American Pharmaceutical Association*, NS37(2), Mar. 1997.

44. "Price Competition in the Pharmaceutical Industry: After the Drug Price Competition and Patent Restoration Act," Dong-Churl Suh, Stephen W. Schondelmeyer, Will Manning, *Journal of the American Pharmaceutical Association*, NS37(2), Mar. 1997.

45. "Impact of Formulary Restrictiveness an Pharmaceutical Expenditures," Mark Siracuse and Stephen W. Schondelmeyer, *Journal of American Pharmaceutical Association*, NS37(2), Mar. 1997.

46. "Perspectives on Pharmaceutical Care Outcomes, and Evidenced-Based Medicine," Samuel Wagner, Linda Strand and Stephen W. Schondelmeyer, Federation International Pharmaceutique," '97 Pharmacy World Congress, Sept. 5, 1997, Vancouver BC.

47. "Access to Drugs and Public Policy," Samuel Wagner and Stephen W. Schondelmeyer, Federation International Pharmaceutique, '97 Pharmacy World Congress, Sept. 5, 1997, Vancouver BC.

48. "Economics, Outcomes and Politics," Stephen W. Schondelmeyer, Planned Pharmacists Services, Inc. Breakfast Meeting, April 26, 2000, Washington, DC.

49. "Prescription Drugs as a Public Good: Market and Regulatory Implications," Stephen W. Schondelmeyer, 128th American Public Health Association Meeting, November 13, 2000, Boston, MA.

50. "Minnesota Pharmacist Work Force: A Pharmacy Perspective," R Hansen, RS Hadsall, T Larson, S Schondelmeyer, and D Uden, *Journal of American Pharmaceutical Association*, NS41(2):317, March/April 2001.

51. "Your Pharmacy Future—Factors Influencing the Career Aspirations of Pharmacy Students," M Siracuse, S Schondelmeyer, R Hadsall, and J Schommer, *Journal of American Pharmaceutical Association*, NS41(2):327, March/April 2001.

52. "Impact of the Generosity Level of Supplemental Outpatient Prescription Drug Coverage on Prescription Expenditures and Events for Medicare Beneficiaries Age 65 Years and Older," M Artz, R Hadsall, and S Schondelmeyer, 17th Annual Meeting, International Society for Pharmacoepidemiology, Scientific Program, abstract and poster, Aug. 26, 2001.

53. "Your Pharmacy Future—Factors Influencing the Career Aspirations of Pharmacy Students," M Siracuse, S Schondelmeyer, R Hadsall, and J Schommer, *Journal of American Pharmaceutical Association*, NS42(2):316, March/April 2002.

54. "Exploring the Relationship of Direct-to-Consumer Advertising and Prescription Drug Prices," R. Hansen, S. Agarwal (and S Schondelmeyer), *Journal of American Pharmaceutical Association*, NS42(2):322, March/April 2002.

55. "Trends and Events in American Pharmacy, 1852-2002," SW Schondelmeyer, Sesquicentennial Symposium, Annual Meeting, American Pharmaceutical Association, March 17, 2002, Philadelphia, PA.

56. "Discount Cards: Impact on Seniors and Community Pharmacies," S Agarwal and S Schondelmyer, *Journal of American Pharmaceutical Association*, NS43(2):316, March/April 2003.

57. "Quality Assessment of an Ambulatory Care Clinic-Based Collaborative Care Approach for Achieving Therapeutic Goals," L Brown, B Isetts, and S Schondelmeyer, *Journal of American Pharmaceutical Association*, NS43(2):318-9, March/April 2003.

58. "Is There A Role for a Pharmaceutical Care Clinic in Teaching Pharmacy Students," Stephen W. Schondelmeyer and Rick Cline, 2nd Annual Deep Portage Conference, Peters Institute for Pharmaceutical Care, University of Minnesota, February 11, 2003, Hackensack, MN.

**Published Reports, Books and Book Chapters**

1.  "Pharmacy Compensation and Reimbursement," Chapter 3,: Report of the APhA Commission on Third Party Programs (Washington, DC: American Pharmaceutical Association, 1986), pp. 43-70, Stephen W. Schondelmeyer.

2.  NACDS Resource Guide: The Chain Drug Store Industry and the Retail Prescription Market, National Association of Chain Drug Stores (Alexandria, VA: 1989) 36 pp, Stephen W. Schondelmeyer and Joseph Thomas, III.

3.  Report to Congress on Manufacturers' Prices and Pharmacists' Charges for Outpatient Drugs Covered by Medicare, U.S. Department of Health and Human Services, Jun. 27 1989, 39 pp, Stephen W. Schondelmeyer and Joseph Thomas, III.

4.  Final Report of Study to Evaluate the Use of Mail Service Pharmacies, Health Care Financing Administration, Grant No. 88-C-98526/1-05, Jul. 31, 1989, 119 pp, Constance Horgan, David Knapp, Stephen W. Schondelmeyer, et al.

5.  Report to Congress: Study to Evaluate the Use of Mail Service Pharmacies, National Technical Information Service, Publication No. 90-172677/AS, Sept. 21, 1989, 97 pp, Constance Horgan, David Knapp, Stephen W. Schondelmeyer, et al.

6.  Membership Marketing for State Pharmacy Associations, Marion Laboratories, Kansas City, MO, Jul. 1989, 288 pp, Holly L. Mason and Stephen W. Schondelmeyer.

7.  National Pharmacists' Compensation Survey, American Pharmaceutical Association, Washington, DC, Mar. 1990, 350 pp, Stephen W. Schondelmeyer, Holly L. Mason, Kenneth W. Schafermeyer, and Arthur H. Kibbe.

8.  An Assessment of Chain Pharmacies' Costs of Dispensing A Third Party Prescription. Final Report. National Association of Chain Drug Stores, Alexandria, VA, May 1990, 150 pp, Kenneth W. Schafermeyer, Stephen W. Schondelmeyer, and Joseph Thomas, III.

9.  Report to Congress on Manufacturers' Prices and Pharmacists' Charges for Prescription Drugs Used by the Elderly, U.S. Department of Health and Human Services, Jun. 1990, 105 pp, Joseph Thomas, III, and Stephen W. Schondelmeyer.

10. Analysis of Prescription Expenditures at the Dalton Foundries, Inc.: 1989 vs. 1990, Bill's Pill Box Pharmacy, Nov. 1990, Stephen W. Schondelmeyer.

11. Prescribing Problems and Pharmacist Interventions in Community Pharmacy Practice:  A Multicenter Study, American Pharmaceutical Association Foundation, Feb. 1991, 71 pp, Michael T. Rupp, Michael DeYoung, and Stephen W. Schondelmeyer.

12. Current Pharmaceutical Discounting Practices: Impact of Discount Elimination on Institutional Pharmacies, American Society of Hospital Pharmacists, Jun. 1991, 20 pp, Francis Palumbo, Stephen W. Schondelmeyer, and David Miller.

13. The Effect of Open vs. Closed Formularies on Medicaid Expenditures, Appendix B in How MediCal and Other Health Care Providers Manage Their Pharmaceutical Expenditures, Report by the Auditor General of CA, Aug. 26, 1991 (p-062), 98 pp, Stephen W. Schondelmeyer.

14. Final Report of the National Pharmacists' Compensation Survey: 1990-91, American Pharmaceutical Association, Oct. 1991, 454 pp, Stephen W. Schondelmeyer, Holly L. Mason, Crystal S. Miller, and Arthur H. Kibbe.

15. <u>Battered Bottom Lines: The Impact of Eroding Pharmaceutical Discounts on Health-Care Institutions</u>, American Society of Hospital Pharmacists, Dec. 1991, 28 pp, Francis B. Palumbo, Stephen W. Schondelmeyer, David W. Miller, and Stuart M. Speedie.

16. <u>A Simulation Model of the Prescription Drug Marketplace: Final Report</u>, Health Economics Research, Boston, MA, Jan. 31, 1992, 154 pp, Gregory C. Pope, Jerry Cromwell, Angela R. Merrill, Helene T. Machado, and Stephen W. Schondelmeyer.

17. <u>New York Medicaid Drug Manufacturer Rebates in 1992 and Beyond</u>, Pharmaceutical Society of the State of New York, Mar. 6, 1992, 5 pp, Stephen W. Schondelmeyer.

18. <u>Manufacturer Price Inflation for Prescription Drugs: 1985-1995</u>, United States Senate, Special Committee on Aging, Mar. 1992, 6 pp, Stephen W. Schondelmeyer.

19. <u>Impact of OBRA '90 on Generic Pharmaceutical Firms:  Executive Summary and Final Report</u>, PRIME Institute, University of Minnesota, Minneapolis, MN, 14 pp, Jul. 1992, Stephen W. Schondelmeyer.

20. <u>The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1992: First and Second Quarters</u>, PRIME Institute, University of Minnesota, Minneapolis, MN, 27 pp, Aug. 1992, Stephen W. Schondelmeyer.

21. <u>Prescription Drugs: Changes in Prices for Selected Drugs</u>, U.S. General Accounting Office, GAO/HRD-92-128, Aug. 1992, 70 pp, Janet L. Shikles, John C. Hansen, Donald Hunter, and Roland Poirier (Stephen W. Schondelmeyer, Principal Consultant).

22. <u>Prescription Drugs: Companies Typically Charge More in the United States Than in Canada</u>, U.S. General Accounting Office, GAO/HRD-92-110, Sept. 1992, 37 pp, Jonathan Ratner, David J. Gross, Andromache Fargeix, Donald P. Ingersoll, Patricia L. Carlucci, and George M. Duncan (Stephen W. Schondelmeyer, Principal Consultant).

23. <u>Prescription Costs: America's Other Drug Crisis</u>, Families, USA Foundation, Sept. 1992, 25 pp, Washington, DC, Ron Pollack, Phyllis Torda, Kathleen M. Miller, Stephen W. Schondelmeyer, and Don M. Hunter.

24. <u>FDA Drug Approval: Policy Guidance Needed to Ensure Women Are Studied in Drug Trials</u>, U.S. General Accounting Office, GAO/HRD-92-139, Oct. 1992, 48 pp, Janet L. Shikles, Leslie G. Aronovitz, Fred E. Yohey, Jr., James O. McClyde, and Gloria E. Taylor (Stephen W. Schondelmeyer, Principal Consultant).

25. "Prescription for Growth of Retail Drug Chains in the 1990s," Stephen W. Schondelmeyer, pp. 13-31, in <u>Prescription for Growth: Retail Drug Seminar Review</u>, Part 3 of 3, R. Duane Norris and Robert E. Miller, Salomon Brothers, New York, NY, Nov. 1992.

26. <u>The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1992: Third Quarter</u>, PRIME Institute, University of Minnesota, Minneapolis, MN, 6 pp, Nov. 1992, Stephen W. Schondelmeyer.

27. <u>The Cost of Bill C-91: An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada</u>, PRIME Institute, University of Minnesota, Minneapolis, MN, 28 pp, Nov. 27, 1992, Stephen W. Schondelmeyer.

28. <u>Medicaid: Changes in Drug Prices Paid by HMOs and Hospitals Since Enactment of Rebate Provisions</u>, U.S. General Accounting Office, GAO/HRD-93-43, Jan. 1993, 44 pp, John C. Hansen, Joel A. Hamilton, Anne M. McCaffrey, Matthew A. Varden, James C. Cosgrove, Kevin B. Dooley (Stephen W. Schondelmeyer, Principal Consultant).

29. <u>Potential Savings from Limiting Drug Inflation in Relation to the Consumer Price Index</u>, PRIME Institute, University of Minnesota, Minneapolis, MN, 9 pp, Jan. 12, 1993, Stephen W. Schondelmeyer.

30. Price Changes of Drugs in the Top 200: 1987-1992.  Stephen W. Schondelmeyer, PRIME Institute, University of Minnesota, 66 pp, Jan. 1993. (Quoted in Earning a Failing Grade:  A Report Card on 1992 Drug Manufacturer Price Inflation, Staff Report to the Special Committee on Aging, United States Senate, Serial No. 103-B, Feb. 1993, Washington, DC.)

31. The Cost of Bill C-91: Revisions, PRIME Institute, University of Minnesota, Minneapolis, MN, 4 pp, Jan. 21, 1993, Stephen W. Schondelmeyer.

32. "Summary of Methods Used to Analyze Trends in Postpatent Revenues," Appendix F in Pharmaceutical R & D: Costs, Risks, and Rewards.  Office of Technology Assessment, U.S. Congress, OTA-H-522, Feb. 1993, pp. 294-301.  (Based on contract paper "Economic Impact of Multiple Source Competition on Originator Products," University of Minnesota, Dec. 1991 with addendum Feb. 1992, Stephen W. Schondelmeyer)

33. Prescription Drug Policy Issues:  Briefing Book, PRIME Institute, University of Minnesota, Minneapolis, MN, 75 pp, Feb. 18, 1993, Stephen W. Schondelmeyer.

34. 1991 U.S. vs. Canadian Manufacturers' Price Comparison, PRIME Institute, University of Minnesota, Minneapolis, MN, 5 pp, Mar. 2, 1993, Stephen W. Schondelmeyer, submitted to the Honorable Henry A. Waxman, Chairman, Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives.

35. Medicaid: Outpatient Drug Costs and Reimbursements for Selected Pharmacies in Illinois and Maryland, U.S. General Accounting Office, GAO/HRD-93-55FS, Mar. 1993, 17 pp, John C. Hansen, Joel A. Hamilton, Karyn L. Bell, Patricia M. Barry, Joseph M. Klauke, Susan R. Thillman (Stephen W. Schondelmeyer, Principal Consultant).

36. Cost Efficiency of Mail Order versus Community Pharmacy Services, Health Economics Research, Mar. 22, 1993, 84 pp, Jerry Cromwell, Rezaul K. Khandker, and Stephen W. Schondelmeyer.

37. Final Report on the Impact of the Wholesale Drug Distributor Tax on the Pharmaceutical Market, Stephen W. Schondelmeyer and Judy A. Johnson, *PRIME* Institute, University of Minnesota, 57 pp, Mar. 1993 (an Appendix to MinnesotaCare Pharmaceutical Tax Study, Tax Research Division, Minnesota Department of Revenue, Mar. 30, 1993, St. Paul, Minnesota).

38. The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1992: Fourth Quarter, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 9 pp, Mar. 1993, Stephen W. Schondelmeyer.

39. Cross-National Comparison of Brand and Generic Drug Prices: the United States, Canada, and Venezuela, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 12 pp, Apr. 1993, Stephen W. Schondelmeyer and Dong-Churl Suh.

40. Future Generic Drugs in Venezuela: Brand versus Generic Prices in the United States and Canada, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 23 pp, May 1993, Stephen W. Schondelmeyer and Dong-Churl Suh.

41. "Differences in Brand vs. Generic Prices of Common Prescriptions," World Book Encyclopedia, Jul. 1993, 1 p., Stephen W. Schondelmeyer.

42. The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1993: First and Second Quarter, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 4 pp, Jul. 1993, Stephen W. Schondelmeyer.

43. "Economic Implications of Switching from Prescription Status," The Pill: From Prescription to Over-the-Counter, The Kaiser Forums, Henry J. Kaiser Family Foundation (Menlo Park, CA: Jun. 1994), pp 189-235, Stephen W. Schondelmeyer and Judy A. Johnson.

44. The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1993: Third Quarter, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 4 pp, Nov. 15, 1993, Stephen W. Schondelmeyer.

45. Pharmaceutical Price Changes for Top 200 Drugs, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 60 pp., Jan. 1994, Stephen W. Schondelmeyer.  (Quoted in A Report on 1993 Pharmaceutical Price Inflation: Drug Prices for Older Americans Still Increasing Much Faster Than Inflation)  Staff Report to the Special Committee on Aging, United States Senate, Jan. 1994, Washington, DC.

46. The NACDS-*PRIME* Index:  Tracking Changes in Drug Prices, 1993: Fourth Quarter, *PRIME* Institute, University of Minnesota, Minneapolis, MN, 4 pp, Feb. 18, 1994, Stephen W. Schondelmeyer.

47. Prescription Drugs: Companies Typically Charge More in the United States Than in the United Kingdom, U.S. General Accounting Office, GAO/HEHS-94-29, Jan. 1994, 52 pp, Jonathan Ratner, David J. Gross, Sarah Glavin, Claude Hayeck, Patricia Carlucci Bonini, and George M. Duncan (Stephen W. Schondelmeyer, Principal Consultant).

48. The NACDS PRIME Index: Tracking Changes in Drug Prices: 1994 - First and Second Quarters, *PRIME* Institute, University of Minnesota, Jul. 1994, 4 pp., S.W. Schondelmeyer.

49. Competition and Pricing Issues in the Pharmaceutical Market, Stephen W. Schondelmeyer (Minneapolis, MN:  *PRIME* Institute, Aug. 1994). 13 pp. Prepared for a briefing of Congressional members and staffers held Aug. 1994.

50. New Prescription Drugs:  Issues Relating to Market Competition and Cost Management, John M. Coster and Stephen W. Schondelmeyer (Minneapolis, MN: *PRIME* Institute, Oct.1994). 98 pp.

51. Prices and Profits of the Drug Industry, 1988-1994, John M. Coster and Stephen W. Schondelmeyer (Minneapolis, MN:  *PRIME* Institute, Oct. 1994). 26 pp.

52. The NACDS PRIME Index: Tracking Changes in Drug Prices: 1994 - Third Quarter, Stephen W. Schondelmeyer (Minneapolis, MN: *PRIME* Institute, Nov. 16, 1994). 10 pp.

53. Trends in Pharmacy Reimbursement and the Provision of Pharmacy Services Under the Medicaid Program, Stephen W. Schondelmeyer and John M. Coster (Washington, DC: American Pharmaceutical Association, Dec. 1994). 21 pp.

54. Policy Basis for an Extension of the Medicaid Pharmacy Reimbursement Moratorium Included in the Omnibus Budget Reconciliation Act (OBRA) of 1990, Stephen W. Schondelmeyer and John M. Coster (Washington, DC: American Pharmaceutical Association, Dec. 1994). 21 pp.

55. Economic Impact of Equal Access to Pharmaceutical Discounts Legislation on the Medicaid Drug Program, Stephen W. Schondelmeyer (Minneapolis, MN:  PRIME Institute, Jan. 1995). National analysis and state-specific analyses done for 10 selected states, 88 pp.

56. The NACDS PRIME Index: Tracking Changes in Drug Prices: 1994 - Fourth Quarter, Stephen W. Schondelmeyer (Minneapolis, MN:  *PRIME* Institute, Mar. 8, 1995). 10 pp.

57. Worthless Promises:  Drug Companies Keep Boosting Prices, Ron Pollack, Phyllis Torda, Cheryl Fish-Parchman, John M. Coster, and Stephen W. Schondelmeyer (Washington, DC: Families USA, Mar. 1995), 19 pp.

58. Economic Impact of GATT Patent Extension on Currently Marketed Drugs, Stephen W. Schondelmeyer (Minneapolis, MN:  *PRIME* Institute, Mar. 1995). 26 pp.

59. Impact of the Medicaid Drug Rebate Program on Expenditures, Utilization, and Access: Final Report, Stephen W. Schondelmeyer, John Kralewski, Judy Johnson, et.al., Health Care Financing Administration, HCFA contract 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, DO#3, Apr. 1995, 365 pp.

60. Impact of the Medicaid Drug Rebate Program on Expenditures, Utilization, and Access: Final Report-Technical Attachments I and II, Stephen W. Schondelmeyer, John Kralewski, Judy Johnson, et.al., Health Care Financing Administration, U. S. Department of Health & Human Services, HCFA contract 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, DO#3, Apr. 1995, 217pp. & 325pp.

61. Impact of the Medicaid Drug Rebate Program on Expenditures, Utilization, and Access: Executive Summary, Stephen W. Schondelmeyer, John Kralewski, Judy Johnson, et.al., Health Care Financing Administration, HCFA contract 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, DO#3, Apr. 1995.

62. Impact of the Medicaid Drug Rebate Program, Health Care Financing Administration, Extramural Research Report, U.S. Department of Health and Human Services, Stephen W. Schondelmeyer, George Wright, Ann Cherlow, Judy Johnson, and Dong-Churl Suh, Aug. 1995, 43 pp.

63. Impact of the Medicaid Drug Rebate Program, Health Care Financing Administration, Office of Research and Demonstrations, Research Briefs, Stephen W. Schondelmeyer and Kathleen Gondek, No. 2, Sept. 1995, 2 pp.

64. "Whatever Happened to Competition in the Marketplace?", Stephen W. Schondelmeyer, Chapter One, Drug Outcomes Evolution, 1996 Drug Outcomes Sourcebook (New York: Faulkner & Gray, 1995), pp. 23-26.  (Reprinted from newsletter *Drug Outcomes & Managed Care*.)

65. The NACDS *PRIME* Index: Tracking Changes in Drug Prices, 1995: Quarters 1, 2, & 3, Stephen W. Schondelmeyer (Minneapolis: *PRIME* Institute, University of Minnesota, Oct. 1995) 10 pp.

66. The NACDS *PRIME* Index: Tracking Changes in Drug Prices, 1995:  4th Quarter,  Stephen W. Schondelmeyer (Minneapolis: *PRIME* Institute, University of Minnesota, Feb. 1996) 6 pp.

67. "Uses of Pharmacoeconomic Data by Policy Makers and Pharmaceutical Benefit Managers," Chapter 120 in Quality of Life and Pharmacoeconomics in Clinical Trials, 2nd edition, Bert Spilker, editor, Stephen W. Schondelmeyer (Philadelphia, Lippincott-Raven Publishers, 1996), pp. 1153-1164.

68. Section 1555 of the Federal Acquisition Streamlining Act: Impact of Cooperative Purchasing on the Pharmaceutical Market, SW Schondelmeyer, RS Hadsall and D Zaske, (Washington, DC: Public Hospital Pharmacy Coalition, Dec. 6, 1996), 62 pp.

69. International Experience in the Use of Generics, Stephen W. Schondelmeyer and Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Dec. 1996), 260 pp.

70. Venezuelan Law of Medicines: Expected Implications of the Proposed Law, Stephen W. Schondelmeyer & Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Dec. 1996) 38 pp.

71. The NACDS *PRIME* Index: Tracking Changes in Drug Prices, 1996: Quarters 1, 2, 3 and 4, Stephen W. Schondelmeyer, (Minneapolis: *PRIME* Institute, University of Minnesota, Feb. 1997) 10 pp.

72. Alternatives for the Development of Access to Generic Pharmaceuticals in Venezuela, Stephen W. Schondelmeyer and Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Mar. 1997), 40 pp.

73. Medicamentos Genericos en Venezuela: Realidades y Perspectivas de Produccion, Distribucion y Consumo  [Generic Medicines in Venezuela: Realities and Perspectives of Production, Distribution, and Consumption].  Stephen W. Schondelmeyer & Enrique Seoane-Vazquez, Proceedings of Invitational Conference sponsored by Venezuelan Minister of Health & Social Assistance with Fundacion Elias Morris Curiel. (Caracas, Venezuela: Fundacion Elias Morris Curiel, Mar. 1997), 27 pp.

74. Venezuelan Drug Products Which Are Available in the U.S. at Lower Prices, Stephen W. Schondelmeyer & Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Mar. 1997), 130 pp.

75. Mechanisms to Increase the Consumption of Generic Pharmaceuticals in Venezuela, Report to the President of the Republic of Venezuela (Dr. Rafael Caldera) Stephen W. Schondelmeyer and Enrique Seoane-Vazquez (Caracas, Venezuela: Fundacion Elias Morris Curiel, Mar., 1997), 10 pp.

76. Economics of Arthritis and Radiographic Progression, Stephen W. Schondelmeyer and Enrique Seoane-Vazquez (Minneapolis: *PRIME* Institute, University of Minnesota, Jun. 1997), 19 pp.

77. Economics of Arthritis and Radiographic Progression: Bibliographic Review, Stephen W. Schondelmeyer & Enrique Seoane-Vazquez (Minneapolis: *PRIME* Institute, Univ. of Minnesota, June, 1997), 35 pp.

78. Positioning and Pricing Hectorol in the Vitamin D Market.  C Johnson, W St.Peter, S Schondelmeyer and E Seoane  (Minneapolis:  *PRIME* Institute, University of Minnesota, January 29, 1999), confidential report prepared for Bone Care International, Inc., Madison, Wisconsin, 62 pp.

79. Patent Extension of Pipeline Drugs: Impact on U.S. Health Care Expenditures.  Stephen W. Schondelmeyer, (Minneapolis:  *PRIME* Institute, University of Minnesota, July 28, 1999).

80. Kansas Pharmacy Services Corporation:  Strategic Planning. SW Schondelmeyer (Minneapolis:  *PRIME* Institute, University of Minnesota, September 1999).

81. Hard to Swallow:  Rising Drug Prices for America's Seniors,  Ron Pollack, Kathleen Haddad, (Washington, DC:  Families USA Foundation, November, 1999), data analysis and charts prepared by Stephen W. Schondelmeyer, 16 pp.

82. Legislative Strategies to Lower Drug Prices for All Vermonters.  Health Access Oversight Committee, State of Vermont. Stephen W. Schondelmeyer (Minneapolis: *PRIME*  Institute, University of Minnesota, November 12, 1999),   58 pp.

83. Still Rising:  Drug Price Increases for Seniors, 1999-2000.  Amanda McCloskey and Ron Pollack, (Washington, DC:  Families USA Foundation, April 2000), data analysis and charts prepared by Stephen W. Schondelmeyer, 13 pp.

84. Cost Overdose: Growth in Drug Spending for the Elderly, 1992-2010. A McCloskey, et. al., Families USA Publication 00-107 (Washington, DC:  Families USA Foundation, July 2000), data analysis and charts prepared by Stephen W. Schondelmeyer, 21 pp.

85. Pharmaceutical Discounts Under Federal Law:  State Program Opportunities, William H von Ohesen, III, data analysis and charts prepared by Stephen W. Schondelmeyer, (Oakland, CA:  Public Health Institute, May 2001), 48 pp.

86. Enough To Make You Sick: Prescription Drug Prices for the Elderly. A McCloskey, et. al., Families USA Publication 01-103 (Washington, DC:  Families USA Foundation, June 2001), data analysis and charts prepared by Stephen W. Schondelmeyer, 19 pp.

87. Pharmocoeconomic Analysis of Parecoxib for Pain Treatment in Outpatient Surgery and Emergency Room Departments, Enrique Seoane and Stephen Schondelmeyer, (Minneapolis:  *PRIME* Institute, University of Minnesota, Sept. 2001) confidential report prepared for Pharmacia-Upjohn, 116 pp.

88. Bitter Pills: The Rising Prices of Prescription Drugs for Older Americans. A McCloskey, et. al., Families USA Publication 02-104 (Washington, DC:  Families USA Foundation, June 2002), data analysis and charts prepared by Stephen W. Schondelmeyer, 19 pp.

89. Market Exclusivity & Access to Pharmaceutical Products:  1980-2001, Stephen W. Schondelmeyer and Enrique Seoane (Washington, DC:  Blue Cross Blue Shield Association, April 2002).  6 pp.


**Book Reviews**

1. Schondelmeyer, Stephen W., "Carolyn H. Asbury.  Orphan Drugs: Medical Versus Market Value (Lexington, MA: D.C. Heath and Company, 1985), xvi + 219 pp.," American Journal of Pharmaceutical Education 49(3):338, Fall 1985.

**Published Proceedings of Symposia and Conferences**

1. "Health Professions Mobility," Proceedings of the National Student Conference on Health Manpower, Bureau of Health Manpower Education, NIH, DHEW, Mar. 11-12, 1972, Chicago, IL.

2. "Prospects for Postmarketing Surveillance of Multisource Drugs," Proceedings of Conference on Postmarketing Surveillance of Multisource Drugs, Center for the Study of Drug Development, Jul. 9-10, 1986, Boston, MA.

3. "Trends with Third Parties and Managed Health Care: A Pharmacy Perspective," Midwestern Conference on the Changing Health Care Environment: Its Impact on Pharmacy and the Pharmaceutical Industry, Nov. 12, 1987, Indianapolis, IN.

4. "The Impact of the Catastrophic Coverage Act of 1988," Proceedings of the IMS Client Conference,pp. 4, May 1989, (published Jul. 1989), Lake George, NY.

5. "The Changing Health Care Environment and Its Impact on the Role of the Pharmacist," Proceedings of the NABP-AACP District Three, Annual Meeting, Aug. 14, 1989, Charleston, SC.

6. "Economic Aspects of Switch," Proceedings of Drug Information Association Workshop on Rx-to-OTC Switch, May 8, 1989, Rockville, MD, pp. 37-44, (published Nov. 1989).

7. "Rx-to-OTC Switch: Question and Answer Session," Proceedings of Drug Information Association Workshop on Rx-to-OTC Switch, May 8, 1989, Rockville, MD, pp. 44-47, (published Nov. 1989).

8. "The Affordability of Medicines," Proceedings of Institute for Alternative Futures Congressional Foresight Seminar, Washington, DC, Mar. 14, 1990.

9. "Drug Information and Unlabeled Uses - 3rd Party Payment Requirements and Policies," Stephen W. Schondelmeyer, Proceedings of Drug Information Association Workshop on Unlabeled Uses of Marketed Prescription Drug, Rockville, MD, pp. 41-46, Oct. 22-23, 1990.

10. "Future Strategies for Dealing With Unlabeled Uses - Public Policy Alternatives and Private Initiatives," J. Richard Crout, Richard M. Cooper, Stephen W. Schondelmeyer, Louis Lasagna, Edward J. Huth, Proceedings of Drug Information Association Workshop on Unlabeled Uses of Marketed Prescription Drug, pp. 129-150, Oct. 22-23, 1990, Rockville, MD.

11. "Pharmacists' Reimbursement Under the Medicaid Prudent Pharmaceutical Purchasing Program," Stephen W. Schondelmeyer, Proceedings of Conference on Medicaid Prudent Pharmaceutical Purchasing: Implementation Issues, Center on Drugs and Public Policy, University of Maryland, pp. 61-68, Feb. 14, 1991, Baltimore, MD.

12. "Pricing Trends in the Pharmaceutical Industry," Stephen W. Schondelmeyer, Proceedings of the IBC Conference on Price Controls and Pricing Strategies for Pharmaceutical & Biotechnology Companies, Feb. 28, 1991, Washington, DC.

13. "Drug Utilization Evaluation Primer: Conceptual and Operational Aspects," William N. Yates, Michael T. Rupp, Stephen W. Schondelmeyer, Group Health Association of America, pp. 771-790, Jun. 25, 1991, New York, NY.

14. "The Future Direction of Healthcare and Managed Care's Bottom Line," Proceedings of Managed Care Advisory Board, Miles Laboratories, Stephen W. Schondelmeyer, Workshop Facilitator, Oct. 16-17, 1992, Chicago, IL.

15. "Prescription for Growth of Retail Drug Chains in the 1990s," Stephen W. Schondelmeyer, pp. 13-31, in Prescription for Growth: Retail Drug Seminar Review, Part 3 of 3, R. Duane Norris and Robert E. Miller, Salomon Brothers, Nov. 1992, New York, NY.

16. "Changes in the Drug Distribution System and the Economic Environment Since 1979," Unit-of-Use Packaging Contemporary Issues: Conference Proceedings, pp 10-23, University of Maryland Center on Drugs and Public Policy and the United States Pharmacopoeia, Dec. 13-15, 1992, Baltimore, MD.

17. "Pharmaceutical Price Indices:  Changes Over Time and in Various Countries," Stephen W. Schondelmeyer, Conference on Pharmaceutical Industry Research, Innovation, and Public Policy, Kennedy School of Government, Harvard University, Feb. 25, 1993, Boston, MA.

18. "Impact of Mandated Changes on the Pharmaceutical Marketplace," Stephen W. Schondelmeyer, Valued Customer Workshop, Lederle Laboratories, Feb. 27, 1993, Park City, UT. pp 20-48.

19. "The Gift of Panakeia: Expanding Access to Pharmaceuticals & Ensuring Fair Prices," Working Group on Pharmaceuticals and National Health Reform, Mar. 19-20, 1993, Washington, DC.

20. "Health Care 2020: A Long Range Forecast - Reaction," 2020 Visions: Health Care Information Standards and Technologies, Stephen W. Schondelmeyer, United States Pharmacopoeia, Inc. (Rockville, MD: 1993), p. 40.

21. "Pitfalls in the Use of Socio-Economic Data Related to Pharmaceuticals," Proceedings of Symposia Series on the Socio-Economic Aspects of Drug Therapy Innovation, The Rhone-Poulenc Rorer Foundation (Antony, France: Jul. 1994).

22. "Prescription Prices -- Are They Competitive?" Proceeding of the 39th Annual Ohio Pharmaceutical Seminar on Managed Competition and Pharmaceutical Care: A Challenge for the Profession, Apr. 18, 1994, Columbus, OH.

23. "Gene Therapy: Socioeconomic Questions", Symposium Proceedings, Rhone Poulenc Foundation, June 1995, Yves Champey and Alan L. Hillman, editors; Stephen W. Schondelmeyer, panelist.

24. "New Visions, New Ventures: Pharmacy's Role in HEDIS and Performance Measurement," Advisory Panel, CIBAGeneva, Mar. 27, 1996, Washington, DC.

25. International Symposium Series: The 1998 National Health Care Symposium, Foundation Highlights, Rhone-Poulenc Rorer Foundation, Antony, France.

26. "Where is the Pharmaceutical Industry Taking Us?" Invited Presentation, Forum on Health Policy, University of Michigan, April 3, 1998, Ann Arbor, Michigan.

27. "Controlling Pharmacy Costs:  Monitoring Drug Utilization and Outcomes in a Managed Care Environment," Participant, Healthcare Business Roundtable, March 4, 1999, San Francisco, CA.

28. "Pharmacy Benefit Management," Participant, Minnesota Health Care Roundtable (April 19, 2002), Minnesota Physician,pp.20-25.

29. "Pharmaceuticals & Healthcare:  An Evolving Relationship," Moderator, Health Leaders Conference, May 7, 2002, New York, NY.

30. "Price Transparency Issues in the Pharmaceutical Market," Pharmaceutical Costs and Pricing Practices, Invited Presentation and Invited Participant, Invitational Conference, U.S. Department of Health and Human Service, George Washington University, August 8, 2000, Washington, DC.


**Symposia and Workshop Planning and Participation**

1. National Pharmacy Symposium on High Blood Pressure, Planning Committee Member, National Heart and Lung Institute, 1973-74.

2. Pharmacy in the 21st Century Conference, Project Hope, Mar. 25 to 28, 1984, Millwood, VA (One of 40 pharmacy leaders invited to participate in this assessment of pharmacy's future.)

3.   Midwestern Conference on the Changing Health Care Environment: Its Impact on Pharmacy and the Pharmaceutical Industry, Planning Committee Member, Nov. 11-14, 1987, Indianapolis, IN.

4.   Enhancing Executive Leadership in Schools of Pharmacy, Workshop Leader, Academic Management System, American Association of Colleges of Pharmacy, Feb. 18 to 20, 1988, San Diego, CA.

5.   PMA Coordinated Industry Program for Pharmacy Faculty, two week visitation to The Upjohn Company, June 20 to 30, 1988, Kalamazoo, MI.

6.   Strategic Planning Workshop on Catastrophic Coverage and Induced Demand for Prescription Drugs, invited participant, Institute for the Future, Jan. 29-30, 1989, Menlo Park, CA.

7.   Quality of Pharmaceutical Care Invitational Conference, CA Pharmacists Association, Feb. 9-12, 1989, Monterey, CA.

8.   Enhancing Executive Leadership, Academic Management System, Workshop Leader, American Association of Colleges of Pharmacy, Mar. 2-9, 1989, Dana Point, CA.

9.   AWP Task Force, National Assoc. of Retail Druggists, Mar. 10, 1989, Alexandria, VA.

10.  Health Care Outlook Workshop, Invited Participant, Institute for the Future, Jun. 14-16, 1989, Washington, DC.

11.  Health Care Financing Administration Research Agenda Seminar, Invited Participant, American Pharmaceutical Institute, Jul. 25, 1989, Washington, DC.

12.  Round Table Discussion on Financing Drug Therapy for the Elderly, Invited Participant, The John A. Hartford Foundation, Jul. 17, 1989, New York, NY.

13.  DUR and Medicare Workshop, Invited Participant, American Pharmaceutical Institute, Sept. 12, 1989, Washington, DC.

14.  Enhancing Executive Leadership, Workshop Leader, Academic Management System, American Association of Colleges of Pharmacy, Feb. 15-18, 1990, Monterey, CA.

15.  Defining Multiple Levels of Medical Care, Invited Panelist, University of Michigan and National Academy of Sciences, Feb. 25-27, 1990, Ann Arbor, MI.

16.  Drug Information and Unlabeled Uses - 3rd Party Payment Requirements and Policies, Session Moderator, Drug Information Association Workshop, Oct. 22, 1990, Washington, DC.

17.  International Conference on Price Controls and Pricing Strategies for Pharmaceutical & Biotechnology Companies, Program Co-Chairman, International Business Communications, Feb. 28 - Mar. 1, 1991, Washington, DC.

18.  1992 Wharton Health Care Conference: What Price Innovation?  Pharmaceuticals in the Era of Cost-Containment, Session Moderator, Measuring Competition in the Pharmaceutical Industry, The Wharton School, University of Pennsylvania, Feb. 21, 1992, Philadelphia, PA.

19.  Pharmaceutical Pricing: Forces, Trends, & Strategies, Program Co-Chairman, International Business Communications, Mar. 26-27, 1992, Washington, DC.

20.  Accountability in Health Care - Considerations for the Professions, Seventh Annual Health Care Public Policy Conference, Planning Committee, Apr. 7, 1992, Minneapolis, MN.

21.  The Role of Pharmaceuticals in Health Care: Cost and Outcomes, Workshop Chairperson, Association for Health Services Research, Jun. 9, 1992, Chicago, IL.

22. USP 2020: Medicines and Technologies Conference, Invited Participant, United States Pharmacopoeial Convention, Sept. 9-11, 1992, Annapolis, MD.

23. Managed Care Advisory Board, Workshop Facilitator, Miles Laboratories, Oct. 16-17, 1992, Chicago, IL.

24. "Unit-of-Use Packaging Contemporary Issues," University of Maryland Center on Drugs and Public Policy and the United States Pharmacopoeia, Dec. 13-15, 1992, Baltimore, MD.

25. "Pharmaceutical Price Indices: Changes Over Time and in Various Countries," Conference on Pharmaceutical Industry Research, Innovation, and Public Policy, Kennedy School of Government, Harvard University, Feb. 25, 1993, Boston, MA.

26. "Impact of Mandated Changes on the Pharmaceutical Marketplace," Valued Customer Workshop, Lederle Laboratories, Feb. 27, 1993, pp 20-48, Park City, UT.

27. "The Gift of Panakeia: Expanding Access to Pharmaceuticals & Ensuring Fair Prices," Working Group on Pharmaceuticals and National Health Reform, Mar. 19-20, 1993, Washington, DC.

28. "Pharmaceutical Pricing '93: Pricing and Operational Strategies," Conference Chairperson, Third Annual IBC Conference, Mar. 25-26, 1993, Washington, DC.

29. Wintergreen Research Conference II, Invited Participant, University of Maryland, Apr. 15-18, 1993, Charlottesville, VA.

30. Canadian Collaborative Workshop on Pharmacoeconomics, Invited Participant, Jun. 21-22, 1993, Sainte-Adele, Quebec, Canada.

31. Aetna's Third Annual Manufacturers' Orientation Program: Synergistic Success, Participant, Aetna Health Plans, Jun. 29, 1993, Hartford, CT.

32. Forum on OTC Oral Contraceptives, Kaiser Family Foundation, Invited Participant, Jul. 7-9, 1993, Menlo Park, CA.

33. Working Group on Pharmaceuticals and National Health Reform, Participant, Nov. 4-5, 1993, Washington, DC.

34. "The Use of Socio-Economic Data on New Drug Therapies by Health Decision Makers," Invited Presenter, Symposia Series on the Socio-Economic Aspects of Drug Therapy Innovation, The Rhone-Poulenc Rorer Foundation, Nov. 10, 1993, Antony, France.

35. "Principles of Paying for Pharmaceutical Services," Invited Presenter, Seminar on Pharmaceutical Remuneration: Paying Pharmacists to Meet Patients' Needs, Pharmacy Practice Research Resource Centre, Royal Pharmaceutical Society of Great Britain, Dec. 2, 1993, London, England.

36. Task Force on Principles for Economic Analysis, Task Force Member, Leonard Davis Institute for Health Economics, Mar. 22-23, 1994, Philadelphia, PA.

37. Public Policy Track, Pharmaceutical Pricing and Healthcare Reform Legislation, Session Chairperson, 30th Annual Meeting, Drug Information Association, Jun. 9, 1994.

38. Public Policy Track, Restructuring in the Pharmaceutical Marketplace: Impact on Pharmaceutical Pricing, Session Chairperson, 30th Annual Meeting, Drug Information Association, Jun. 9, 1994.

39. Task Force on Principles for Economic Analysis of Health Care Technology, Task Force Member, Leonard Davis Institute, University of Pennsylvania, 1993-1994.

40. CA Bioscience and Health Care Reform Conference, Univ. of California, Jul. 8, 1994, Los Angeles, CA.

41. Midwest Pharmacy Administration Conference, University of Iowa, Aug. 27, 1994, Iowa City, IA.

42. "An Evaluation of Medicaid Drug Expenditures under OBRA 90," and "Understanding Expenditure and Distribution Channels in the Pharmaceutical Market," Wintergreen Research Conference III, Oct. 13-16, 1994, Wintergreen, VA.

43. International Workshop on Pharmacoepidemiology and Pharmacoeconomics for the Implementation of National Drug Policy, Ministry of University Affairs, Invited Speaker, Apr. 17-21, 1995, Chiang Mai, Thailand.

44. Relationship Between Public and Private Sectors in Drug Development, National Science Foundation Working Group, Albert Einstein College of Medicine, Yeshiva Univ., June 2, 1995, New York, NY.

45. Workshop on Gene Therapy: Socioeconomic Questions," Rhone Poulenc Rorer & Leonard Davis Institute, University of Pennsylvania, Jun. 26, 1995, Philadelphia, PA.

46. New Visions, New Ventures: Pharmacy's Role in HEDIS and Performance Measurement, Advisory Panel, CIBAGeneva, Mar. 27, 1996, Washington, DC.

47. Wintergreen Research Conference IV, Center on Drugs and Public Policy, University of Maryland, May 2-5, 1996, Wintergreen, VA.

48. PBMs: Reshaping the Pharmaceutical Distribution Network, A Roundtable (invited participants only), American Academy of Arts and Sciences and the Center for the Study of Drug Development, Tufts University, Oct. 24, 1996, Boston, MA.

49. Free Trade Area of the Americas (FTAA), Invited Participant, III Americas Business Forum, Workshop on Technology and Intellectual Property, May 13-15, 1997, Belo Horizonte, Brazil.

50. National Health Care Symposium, 1998, Planning Committee Member, International Symposium Series, Rhone-Poulenc Rorer Foundation, January 29-30, 1998, Philadelphia, PA.

51. Managing the Pharmacy Benefit, participant, 1999 University of Arizona Conference, January 25-27, 1999, Tucson, AZ.

52. "Compensation for Pharmaceutical Care and Professional Activities," Strategic and Tactical Analysis Team on Pharmacy Payment and Empowerment, American Pharmaceutical Association, September 23, 2000, Washington, DC.

53. Policy Issues in Prescription Drug Benefit Design and Implementation, Session Chair, Policies & Pastries Session, Annual Meeting, American Pharmaceutical Association, March 18, 2001, San Francisco, CA.

54. Medicare Prescription Drug Issues Workshop, Invited Presentation, American Public Health Association, October 21, 2001, Atlanta, GA.

55. Synthesis of Health Services Research for Policy Makers, Invited Participant, sponsored by Agency for Healthcare Research & Quality and Robert Wood Johnson Foundation, November 27, 2001, Washington, DC.

56. Pharmacogenomics: The Legal, Ethical, & Clinical Challenges, Panel Commentator, sponsored by the Consortium on Law and Values in Health, Environment & the Life Sciences, University of Minnesota, February 26, 2002, Minneapolis, MN.

57. Pharmacy Benefit Management, Invited Participant, Minnesota Health Care Roundtable, April 19, 2002, Minneapolis, MN.

58. Pharmaceuticals & Healthcare:  An Evolving Relationship, Moderator, Health Leaders Conference, May 7, 2002, New York, NY.

59. Executive Roundtable on Pharmaceuticals, Institute of the Americas, October 2, 2002, Santiago, Chile.

**Government Hearings and Public Service Presentations**

1.  "Statement of the Student American Pharmaceutical Association Regarding Health Manpower Legislative Proposals," U.S. House of Representatives, Committee on Interstate-Foreign Commerce, Subcommittee on Public Health and Environment, 93rd Congress, Second Session, May 23, 1974.

2.  Testimony on drug product selection bills before the House and Senate, Ohio State Legislature, 1976.

3.  Testimony on drug product selection and third party insurance bills before the House and Senate, Indiana General Assembly, 1983 & 1984.

4.  Statement before the Indiana General Assembly Interim Committee to Study Licensing of Health-Related Occupations, Jul. 18, 1984.  A 24-page statement was prepared and presented describing the 17 health-related education programs at Purdue University, Indianapolis, IN.

5.  "Concept Paper on a New Basis for Reimbursement of Pharmaceutical Services," 6 pp., presented to the Indiana Department of Public Welfare, Medicaid Office (Sept. 1984).

6.  "Medication Use by the Elderly: A Review of Issues and the Pharmacist's Role," 13 pp., submitted to the Indiana State Board of Health upon a request for information on medication use by the elderly (Sept. 1984).

7.  "Comments on Over-the-Counter Marketing of Beta-Adrenergic Bronchodilators in Metered-Dose Inhalers," presented to the Pulmonary-Allergy Drugs Advisory Committee, Food and Drug Administration, May 19, 1986, Bethesda, MD.

8.  "Statement of the American Pharmaceutical Association on Proposed Rule for Limits on Payments for Drugs by the Health Care Financing Administration," Stephen W. Schondelmeyer, Joseph Thomas III, and Jack Schlegel, American Pharmaceutical Association, Policy Statement, Oct. 1986.

9.  "Impact of Alternative Reimbursement Limits for Coverage of Multi-source Prescriptions Under Medicare," prepared for the Finance Committee, United States Senate, Feb. 22, 1988.

10. "Review and Comment on the Reimbursement Procedures Used by Louisiana Medicaid," expert testimony at Health Care Financing Administration Administrative Hearing, Sept. 19 and 20, 1988, Dallas, TX.

11. "Policy Paper on Pharmacy Reimbursement Issues Under the Medicare Catastrophic Coverage Act," American Pharmaceutical Association, Washington, DC, Apr. 1989, 10 pp, written by Stephen W. Schondelmeyer.

12. "Prescription Drug Coverage Under Medicaid," Statement before Joint Subcommittee Studying Pharmaceutical Costs in the Virginia Medical Assistance Program pursuant to HJR403, General Assembly, Commonwealth of Virginia, Aug. 8, 1989.

13. "Pharmaceutical Pricing and Reimbursement," Invited Seminar, Senate Finance Committee, Health Staffers Luncheon, May 15, 1990, Washington, DC.

14. "Medicaid Drug Prices and Expenditures:  Issues and Options," Statement before the Subcommittee on Health of Families and Uninsured, Committee on Finance, United States Senate, Sept. 17, 1990, Washington, DC.

15. "Impact of Mail Order Option on Medex Drug Program," Administrative Hearing before Hearing Officer, Massachusetts Insurance Commissioner, Jan. 2, 1991, Boston, MA.

16. "Estimated Impact of the Medicaid Prudent Pharmaceutical Purchasing Program on the Arkansas Medicaid Program," prepared for Special Committee on Aging, United States Senate, Feb. 1991.

17. "Prescription Drug Prices and the PACE Program," Hearing before Pharmaceutical Assistance Review Board, Commonwealth of Pennsylvania, Mar. 21, 1991, Harrisburg, PA.

18. "Manufacturer Price Inflation for Prescription Drugs: 1985-1995," prepared for the Special Committee on Aging, United States Senate, Mar. 1991.

19. "Prescription Drug Insurance Programs: Costs and Benefits," Hearing before the House State Health Benefit Plan Pharmacy Program Study Committee, GA House of Representatives, Aug. 6, 1991, Atlanta, GA.

20. "Statement on the Public Health Clinic Affordable Drug Act," Statement before the Committee on Labor and Human Resources, U.S. Senate, Oct. 16, 1991, Washington, DC.

21. "Prescription Drug Market and Price Trends," Health Financing and Policy Issues, Human Resources Division, U.S. General Accounting Office, Dec. 17, 1991, Washington, D.C.

22. "Quality Management of a Prescription Benefit for the Elderly," Pennsylvania Department of Aging, Jan. 14, 1992, Harrisburg, PA.

23. "Impact of Eroding Pharmaceutical Discounts on Healthcare Institutions," American Society of Hospital Pharmacists Congressional Seminar, Jan. 15, 1992, Wash., D.C.

24. "Buying Groups and Pharmaceutical Purchasing," Minnesota Multi-State Buying Group, State of Minnesota, Feb. 12, 1992, St. Paul, MN.

25. "Pharmaceutical Legislation and Regulation," Policy Rap Session, Health Care Financing Administration, Mar. 25, 1992, Washington, DC.

26. "Medicaid Rebates Expected in 1992," New York State Legislative Committees, Jun. 3, 1992, Albany, NY.

27. "Drug Prices, Polices, and Polemics: Perspective on the Industry," United States General Accounting Office, Comptroller General's Health Advisory Board, Jun. 4, 1992, Washington, D.C.

28. "Projections of Manufacturer Rebates Under the New York State Medicaid Program," Medicaid Committee, New York State Legislature, Jul. 14, 1992, Albany, NY.

29. "Effect of Bill C-91 on the Canadian Pharmaceutical Industry," Industry, Science, and Technology Canada, Aug. 26, 1992, Ottawa, ON, Canada.

30. "ISTC Analysis of Bill C-91 Impact on the Canadian Pharmaceutical Industry," Industry, Science, and Technology Canada, Sept. 16, 1992, Ottawa, ON, Canada.

31. "The Future of Pharmaceutical Pricing," Congressional Foresight Seminar, Institute for Alternative Futures, Sept. 21, 1992, Washington, DC.

32. "The Cost of Bill C-91: An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Legislative Committee on Bill C-91, House of Commons, Parliament, Canada, Dec. 1, 1992, Ottawa, ON, Canada.

33. "Fair Drug Pricing for Drugs Developed in Conjunction with the NIH," 66th Meeting, Advisory Committee to the Director, National Institutes of Health, Dec. 2, 1992, Bethesda, MD.

34. "The Cost of Bill C-91: An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Senate Standing Committee on Banking, Trade, and Commerce, Parliament, Canada, Jan. 21, 1993, Ottawa, ON, Canada.

35. "Drug Pricing and the Contribution of the Government to Drug Development," Statement before the Subcommittee on Regulation, Business Opportunities and Energy, Committee on Small Business, U.S. House of Representatives, Jan. 25, 1993, Washington, DC.

36. "How Do Pharmacists Determine a Prescription Price?" Congressional Member and Staff Seminar, Special Committee on Aging, U.S. Senate, Feb. 19, 1993, Washington, DC.

37. "International Prescription Drug Prices: Implications for U.S. Policy," Statement before the Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives, Feb. 22, 1993, Washington, DC.

38. "Pharmacy Opportunities in Health Care Systems of the 1990s," Invited Presentation, Health Care Decisions for the 90s Committee, a joint committee of the Kansas House of Representatives and Senate, Aug. 19, 1993, Topeka, KS.

39. "Implications of Pharmaceutical Coverage and Expenditures for U.S. Health Care Reform," Statement before Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives, Feb. 8, 1994, Washington, DC.

40. "Pharmaceuticals Under Health Care Reform," statement before the Finance Committee, United States Senate, Apr. 19, 1994, Washington, DC.

41. "Impact of the Argentinean Pharmaceutical Industry on Consumer Access to Pharmaceuticals," statement before the Health Committee of the Argentinean Congress, May 10, 1994, Buenos Aires, Argentina.

42. "Competition and Pricing in the Pharmaceutical Industry," invited presentation to Congressional members and staffers, House of Representatives, U.S. Congress, Aug. 4, 1994, Washington, DC.

43. "Competition and Pricing in the Pharmaceutical Industry," invited presentation to Congressional members and staffers, Senate, U.S. Congress, Aug. 4, 1994, Washington, DC.

44. "Vertical Integration Issues in the Pharmaceutical Market," Federal Trade Commission, meeting with Chairman, Commissioners, and staff, Oct. 5, 1994.

45. "Impact of Vertical Integration in the Pharmaceutical Market on Consumers," Federal Trade Commission, meeting with Commissioner and staff, Oct. 24, 1994.

46. "Changes in the Health Care Landscape: Impact on Pharmaceutical Manufacturers and the Pharmaceutical Market," Changes in the Health Care Landscape Workshop, U. S. General Accounting Office, Nov. 14, 1994, Washington DC.

47. "Medicaid Reimbursement of Pharmacy Services in Minnesota," Minnesota Legislature members, staff and administration staff; technical advice provided upon request, fall 1994 and spring 1995.

48. "Spanish Hospital Pharmacy Needs and Experience from the U.S.," Galician Health Authority, Jun. 24, 1996, Santiago de Compostello, Spain.

49. "Situation and Perspectives on Spanish Hospital Pharmacy: An Overview," Joint Symposium of Sociedad Espanola de Farmacia Hospitalaria and the Sociedad Espanola de Medicina, Presentation to the Spanish Minister of Health (Jose Manuel Romay Beccaria), Jun. 27, 1996, Madrid, Spain.

50. "Economic and Policy Issues Related with Access to AIDS Therapy," Presidential Advisory Council on HIV & AIDS, Sept. 9, 1996, Bethesda, MD.

51. "PBMs Activities and Impact on the Pharmaceutical Marketplace," meeting with Federal Trade Commission Chairman Robert Pitofsky, Nov. 14, 1996, Washington, DC.

52. "Generic Pharmaceuticals in Venezuela: Issues and Directions," presentation to the Venezuelan Minister of Health and Social Assistance (Ministerio de Sanidad y Asistencia Social, Dr. Pedro Rincon Gutierrez), Feb. 3, 1997, Caracas, Venezuela.

53. "Mechanisms to Increase the Consumption of Generic Pharmaceuticals in Venezuela," private presentation to the President of the Republic of Venezuela (Dr. Rafael Caldera), Feb. 3, 1997, Caracas, Venezuela.

54. "The Impact of Bill C-91:  Actual Economic Impact from Elimination of Compulsory Licensing of Pharmaceuticals in Canada," testimony to committee of House of Commons, Parliament, Canada, April 8, 1997, Ottawa, ON, Canada.

55. "State Pharmacy Practice and Managed Care Concerns," National Association of Chain Drug Stores, April 11, 1997, Alexandria, VA.

56. "Collecting Outcomes Data to Obtain a Bigger Piece of the Health Care Pie," 10th Annual Food Marketing Institute Meeting, April 21, 1997, New Orleans, LA.

57. "Shaping the Future:  Making Your Vision a Reality," Board of Directors Meeting, National Association of Chain Drug Stores, April 25, 1997, Palm Beach, FL.

58. "Comments on Report: Technology & Intellectual Property Rights, Competition Policy, Standards and Non-Tariff Barriers to Trade," Free Trade Area of the Americas Conference, May 14, 1997, Belo Horizonte, Brazil.

59. "Future Leadership on Access to Care and Treatment Issues," Services Subcommittee, Presidential Advisory Committee on HIV and AIDS, November 18, 1998, Washington, DC.

60. "Affordability and Access to Pharmaceuticals," Prescription Drug Task Force, Congress of the United States, Panel Discussion, February 24, 1999, Washington, DC.

61. "Rx Drug Expenditures:  Role of Generics."  S. W. Schondelmeyer, Ph.D., Congressional Briefing on Role and Impact of Generics, Washington, DC, October 6-7, 1999.

62. "Structure and Behavior of the Pharmaceutical Market: Factors Affecting Price and Expenditures," testimony before the Health Access Oversight Committee, Legislative Council, State of Vermont, June 21, 1999, Monteplier, VT.

63. "Prescription Drug Costs," testimony before the Health Access Oversight Committee, Legislative Council, State of Vermont, August 18, 1999, Monteplier, VT.

64. "Exploring Options for State Action on Prescription Drug Expenditures," testimony before the Health Access Oversight Committee, Legislative Council, State of Vermont, Sept. 24, 1999, Monteplier, VT.

65. "Rx Drug Expenditures: Role of Generics," Congressional Briefing, Generic Drug Equity Caucus, United States Congress, October 7, 1999, Washington, DC.

66. "Legislative Strategies to Lower Drug Prices for All Vermonters,"  testimony before the Health Access Oversight Committee, Legislative Council, State of Vermont. Stephen W. Schondelmeyer, **PRIME** Institute, University of Minnesota, Montpelier, VT, November 5, 1999.

67. "Prescription Drug Expenditures and Costs," executive staff meeting, U.S. Department of Health and Human Service, December 9, 1999, Washington, DC.

68. "Structure and Behavior of Pricing in the Pharmaceutical Market," Health Committee, House of Representatives, State of Vermont, March 29, 2000, Montpelier, VT.

69. "Impact of Options for Drug Coverage Under Medicare," Seminar for Congressional Senate Staffers, June 7, 2000, Washington, DC.

70. "Drug Pricing, Import, and Safety Issues," testimony before the Committee on Health, Education, Labor, and Pensions, United States Senate, June 13, 2000, Washington, DC.

71. "Coverage of Prescription Drugs Under Medicare," testimony before the Committee on Ways and Means, U.S. House of Representatives, June 13, 2000, Washington, DC.

72. "PBMs:  Who Are They? What Do They Do?," Indiana Rx Drug Advisory Committee, State of Indiana, July 11, 2000, Indianapolis, IN.

73. "Patents, Intellectual Property Protection, Innovation and Prescription Drugs—Are the Rules Fair?" Congressional Briefing Seminar, sponsored by the National Institute for Health Care Management Foundation, September 25, 2000, Washington, DC.

74. "Economic Impact of Drug Coverage Provisions Under Medicare," Staff Seminar, Congressional Budget Office, January 26, 2001, Washington, DC.

75. "Iowa Rx Coop," testimony before the Senate Health & Human Rights Appropriations Sub-Committee, State of Iowa, February 6, 2001.

76. "Prescription Drug Access for Low-Income Seniors," testimony before Senate Health & Family Security Committee, Minnesota Legislature, State of Minnesota, March 14, 2001, St. Paul, MN.

77. "Impact of Rx Discount Cards on Rural Citizens and Their Access to Pharmacies," Congressional Briefing Seminar, House Rural Caucus, U.S. House of Representatives, October 15, 2001, Washington, DC.

78. "Medicare Prescription Drug Cards:  What Are They? What Are They Worth?" Congressional Briefing Seminar, Alliance for Health Reform, October 18, 2001, Washington, DC.

79. "Current Assessment of Prescription Drug Policies and Issues," testimony before the Legislative Health & Human Services Committee, State of New Mexico, October 24, 2001, Santa Fe, NM.

80. "The Chilean Pharmaceutical Market and Access to Pharmaceuticals," briefing provided to Sr. Guido Girardi, President, Commission on Health, House Chamber, Chilean Parliament, November 20, 2001, Santiago, Chile.

81. "The Chilean Pharmaceutical Market and Public Health," briefing provided to Sra. Jeanette Vega, Director, Institute of Public Health of Chile, November 20, 2001, Santiago, Chile.

82. "The Chilean Pharmaceutical Market and Intellectual Property Issues," briefing provided to Sr. Alvara Diaz, Undersecretary of Economy, Chile, November 20, 2001, Santiago, Chile.

83. "Sources of Growth in Medicaid Drug Expenditures," briefing provided to Senate Health Committee, State of Minnesota, January 29, 2002, St. Paul, MN.

84. "PBMs. Discount Cards, & a Medicare Prescription Benefit:  Implications for Seniors in Rural Communities,"  Congressional Briefing, House Rural Caucus, U.S. House of Representatives, October 7, 2002, Washington, DC.

85. "Medicaid Growth Trends and Targets," meeting with Medicaid staff, Department of Human Services, State of Minnesota, January 13, 2003, St. Paul, MN.

86. "Minnesota's Budget Crisis and Drugs Under Medicaid," meeting with Commissioner, Department of Human Services, February 26, 2003, St. Paul, MN.

87. "Prescription Drug Expenditures: What Do We Really Know?" testimony provided before Assembly Committee on Health, California Legislature, State of California, March 11, 2003, Sacramento, CA.

88. "Need for Price Transparency to Facilitate Improved Drug Price Negotiations with Drug Manufacturers," testimony before the Senate Committee on Health, State of Minnesota, April 3, 2003, St. Paul, MN.

**Other Scholarly Activities**
1. "Treatment of Asthma with Cromolyn" and "Seizure Prophylaxis with Phenytoin," University of Kentucky, College of Pharmacy, Nov. 1976 (slide-tape, self-instructional, patient education programs).

**Invited Presentations**
(See Appendix A: Invited Presentations of Stephen W. Schondelmeyer for a complete list.)

**Expert Witness and Consultation Activities for Legal Matters**
(See Appendix B: Expert Witness Activities of Stephen W. Schondelmeyer for a complete list.)

**Peer Review Activities**
 **Editorial Review Board**
  *Journal of Pharmacoepidemiology*, 1988-1992
  *Drug Information Journal*, 1985-1990
  *Journal of Health Care Marketing*, 1985-1989
  *American Druggist*, 1988-1996
  *Pharmacy Business*, 1990-1994
  *P & T* (Journal of Pharmacy & Therapeutics Committees) 1991-2002
  *Drug Outcomes & Managed Care*, Faulkner & Gray, New York, 1995-1996
  *Medical Outcomes & Guidelines Alert*, Faulkner & Gray, New York, 1995
  *Spanish Hospital Pharmacy Journal*, 1996-present
  *Drug Topics, Editorial Advisory Committee,* 1998-present
  *Managed Care*, 1999-present
  *Journal of Generics, 2003-present*

 **Manuscript Reviewer**
  *American Journal of Hospital Pharmacy*, 1985-
  *American Journal of Pharmaceutical Education*, 1985-
  *American Pharmacy*, 1986-
  *Journal of Social and Administrative Pharmacy*, 1987-
  *Journal of Pharmaceutical Marketing and Management*, 1987-
  *Drug Information Journal*, 1985-
  *Journal of Health Care Marketing*, 1985-1994
  *Pharmacy in History*, 1989-
  *Health Care Financing Review*, 1989-
  *Health Affairs*, 1991-
  *Journal of the American Medical Association*, 1991-
  *PharmacoEconomics*, 1991-
  *Inquiry*, 1992-
  *Journal of Health Politics, Policy, and Law,* 1994-
  *Pharmaceutical Research*, 1995-96 (3)

 **Reviewed research and policy reports for**:
  U.S. Congressional Research Service
  U.S. Congressional Budget Office
  American Association of Retired Persons, Policy Institute
  United Senior Coalition (Washington, DC)
  U.S. General Accounting Office
  National Association of Chain Drug Stores
  Minnesota Department of Health
  Decision Resources, Inc.
  Pracon, Inc.
  Office of the Inspector General, U.S. Dept. of Health and Human Services (DHHS)
  Food & Drug Administration, Office of Asst. Secretary for Planning and Evaluation, U.S. DHHS
  Health Care Financing Administration, Office of the Actuary, U.S. DHHS

**Reviewed abstracts for presentations:**
   Association for Health Services Research, Annual Meeting, 1993
   Wintergreen Conference III, Center for Study of Drugs and Public Policy, Oct. 1994

**Panel participation and proposal review:**
   Technical Panel Member, Health Care Financing Administration, Office of the Actuary, Estimates of
      National Expenditures for Prescription Drugs, Actuarial Research Corporation (contractor), 1994.
   Technical Consultant, Health Care Financing Administration, Office of Research & Demonstrations,
      "Evaluation of Medicaid Prospective Drug Utilization Review and Cognitive Services Demonstration
      Projects," 1993 to 1998.
   Drug Program Grant Review Panel, Health Care Financing Administration, USDHHS, Apr. 3-5, 1989.
   Research Grants in Hospital Pharmacy Administration, Selection Panel.
   ASHP Research and Education Foundation, proposal review, 1984, 1985.
   Technical Merit Review Panel, Epilepsy Branch, NINCDS, NIH, 1983.
   Drug Monograph Reviewer, American Hospital Formulary Service, 1977.

**Special Review Activities:**
   * The FDAs Review Process: An International Comparison, Karyn L. Feiden, Food & Drug Administration,
      U.S. Department of Health and Human Services, November 1995.
      (Invited by FDA to provide review and comment prior to publication.)
   * "A Retrospective, Clinical and Pharmacoeconomic Data Collection from Patients," Orphan Medical, Inc.,
      February 1996, review and comment provided on project proposal.
      (Invited by Orphan Medical to provide review and comment prior to proposal submission.)
   * "Determining Appropriate Reimbursement for Prescription Drugs: Off Label Uses and Investigational
      Therapies," Raiford, Drusilla S., Sheila R. Shulman, and Louis Lasagna, *Food and Drug Law Journal*,
      Vol. 49, No. 1, pp. 37-76.
      (Invited by authors to provide review and comment prior to article submission.)
   * "Changing Prescription Drug Sector: New Expenditure Methodologies," James S. Genuardi and Jean M.
      Stiller, submitted to *Health Care Financing Review.*
      (Cited as a source for method of estimating drug rebates paid in the private sector.)
   * "Delayed Generic Introduction Due to Market Exclusivity: Impact on Pharmaceutical Firms and Upon
      Payers," Laura Brice, Asst. Secretary for Planning and Evaluation, U.S. Department of Health and
      Human Services.
      (Provided input to, and evaluation of, model for estimation of economic impact of delayed generic
      introduction due to market exclusivity extensions.)
   * Experiences of HMOs with Pharmacy Benefit Management Companies, June Gibbs Brown, Office of the
      Inspector General, U.S. Dept. Of Health and Human Services, April 1997
      (Technical advice and consultation, Fall 1996 and Spring 1997)
   * Drug Prices: Effects of opening Federal Supply Schedule for Pharmaceuticals Are Uncertain, Bernice
      Steinhardt, U.S. General Accounting Office, June 1997
      (Invited by GAO to review and comment on document prior to publication.)
   * Health Care 2004, Taylor Nelson AGB, 1998
      (Interviewed by study author as an expert on the pharmaceutical market.)

**CITATION OF WORK IN PUBLIC MEDIA**

Research findings, invited presentations, and other work have been quoted widely in both the lay public and
professional trade press.  A Lexis-Nexis search on S.W. Schondelmeyer found more than 200 citations
between 1988 and 1995.  Quotes and citations include:  ABC Evening News, ABC 20/20, NBC News,
Jim Lehrer News Hour, CNBC News, Bloomberg Press, Prime Time Live, National Public Radio, Time;  U.S.
News & World Report; Forbes; Fortune; Money; Wall Street Journal;  New York Times; Washington Post;
Minneapolis Star Tribune;  St. Paul Pioneer Press; Indianapolis Star; Lafayette Journal and Courier; The Pink
Sheet;  The Green Sheet; Drug Store News; American Druggist; Scrip World Pharmaceutical News;
Pharmaceutical Executive; American Medical News; and many other public sources.

**PROFESSIONAL AND SCIENTIFIC ORGANIZATION OFFICES**

### American Pharmaceutical Association (APhA)
Annual Meeting, attended every year since 1970
House of Delegates, Vice Speaker, 1981-1982
House of Delegates, Delegate, 1971, 1973, 1975, 1977, 1980, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1994, 1998, 1999, 2000, 2001, 2002
Public Affairs Policy Committee, Chairman, 1990-1991
House of Delegates, Member, Nominations Committee, 1990
Communications Advisory Committee, Member, 1988-1989
Scientific Affairs Policy Committee, Member, 1987-1988
Scientific Affairs Reference Committee, Member, 1987, 1988
Scientific Affairs Reference Committee, Chairman, 1984
Education Policy Committee, Member, 1999-2000
Publications Committee, Member, 2000-2001; Chair, 2001-2002

### Academy of Pharmaceutical Research and Science (APRS)
Policy Committee, Member, 1988-1989
Economic, Social and Administrative Sciences Section, Best Paper Judge, 1997, 1998, 1999 (Chair)
Economic, Social and Administrative Sciences Section, Chair-elect, 1999-2000
Economic, Social and Administrative Sciences Section, Chair, 2000-2001
Economic, Social and Administrative Sciences Section, Immediate Past Chair, 2001-2002
APRS Executive Committee, 2001-2002

### American Association of Colleges of Pharmacy (AACP)
Annual Meeting, 1992, 1993, 1995, 1996, 1997, 1998

### Federation International Pharmaceutique (FIP)
Annual Meeting, 1972, 1997

### American Pharmaceutical Institute
Forum Planning Committee, Member, 1988-1989

### International Society for Pharmacoeconomics and Outcomes Research (ISPOR)
(formerly Association of Pharmacoeconomics and Outcomes Research)
Founding Member, 1995

### American Institute of the History of Pharmacy (AIHP)
Council Member, 1991-1994

### Indiana Pharmacists Association (IPhA)
Third Party Affairs Committee, Member, 1983, 1984, 1985, 1986

### Ohio State Pharmaceutical Association (OSPhA)
Legislative Affairs Committee, Member, 1974-1975

### American Society of Health System Pharmacists (ASHP)
(formerly American Society of Hospital Pharmacists)
House of Delegates, Delegate, 1974
Mid-Year Clinical Meeting, 1995
Annual Meeting, 1995

### Student American Pharmaceutical Association (SAPhA)
(presently known as APhA Academy of Students of Pharmacy)
Regional Delegate, 1971-1972
President (national), 1973-1974
President-elect (national), 1972-1973
Chapter Advisor, Purdue University Chapter, 1984, 1985

**Bureau of Health Manpower Education**
Student Advisory Committee, NIH, DHEW, 1973-1974

## UNIVERSITY ADMINISTRATIVE AND SERVICE POSITIONS

**University of Minnesota**
A Tribute to Excellence (invited guest at this celebration honoring the University's faculty and contributors to endowed professorships), Minneapolis, MN, October 25, 1996
Council of Research Associate Deans, 1997-1998

**Academic Health Center, University of Minnesota**
Quality, Re-engineering, and Technology Committee, Jun. to December, 1995
    (Redefined mission, priorities, and operating structure for the Academic Health Center
    which includes 7 professional schools and the University Hospital and Clinics.)
Management Information Systems & Information Technology Team, QRTC, Jan. to Aug. 1996
Search Committee for Chief Financial Officer, Academic Health Center, Feb. To May 1996
Programs and Interdisciplinary Programs Task Force, Spring 1996 to December 1997
Strategic Initiative Programs, Core Team, Jul. to Sept. 1996
Clinical Trials Advisory Committee, Spring 1997 to 1998
Task Force on Legislative Authority to Prescribe and Dispense Medications, 2003

**College of Pharmacy, University of Minnesota**
Central Council, 1998-present
Search Committee for Endowed Chair in Pharmacotherapy of the Elderly, Member, 1992
Search Committee for College Chief Financial Officer, Chair, 2002
Search Committee for Weaver Endowed Chair in Treatment of Rare Diseases, Chair, 2002-2003
Health Care Public Policy Conference, Planning Committee, 1991-present
Centennial Development Committee, 1992
Management Track Task Force, Educational Policy Committee, Chairperson, 1993
Century Mortar Club (CMC), Board Member, 1992-present
CMC Management Conference, Planning Committee, 1992-present
Grievance Committee, 1992-1993
Promotion and Tenure Committee, member 1993-1994; chairman, 1994-1995
Education Policy Committee, 1995-1996
Managed Care Pharmacy Liaison with Academy of Managed Care Pharmacy, 1993-present
Chain Drug Store Liaison with National Association of Chain Drug Stores, 1993-present

**Department of Pharmaceutical Care & Health Systems, University of Minnesota**
(prior to 1998 was Department of Pharmacy Practice)
Executive Committee, Member, 1991-1993
Department Head, Department of Pharmaceutical Care & Health Systems, 1998-present
Chair, Search Committee for Pharmaceutical Outcomes Faculty Position, 2000

**Purdue University**
Participating Faculty Member, Center for Public Policy and Public
Administration, Purdue University, 1984-1986

**School of Pharmacy and Pharmacal Sciences, Purdue University**
School Grievance Committee, Member, 1986-1987, 1989-1990
Computer Committee, Member, 1983-present
ACPE Self-Study Evaluation Committee on Evaluation via Outcomes, Chairman,
    1984-85, (Authored self-study report on "Evaluation Via Outcomes," 104 pp)
Liaison Committee, Member, 1984-1986
Liaison with English Core Course Faculty, 1984-1986
Recruitment and Retention Committee, Member, 1983-1985
Career Counseling Advisory Committee, Member, 1983-1985
Purdue Chapter of the Student American Pharmaceutical Association,
Faculty Advisor, 1982-1985

**Department of Pharmacy Practice, Purdue University**
Computer Committee, Member, 1983-present
Graduate Affairs Committee, Member, 1982-present

**CIVIC AND COMMUNITY ACTIVITIES**
Joint Task Force on Health Care Costs and Quality, Cost Drivers Committee, Committee Member, State of Minnesota, 2002
Indiana Economic Development Congress, Regional Conference Participant, Indiana Economic Development Council, Lafayette, IN, April 22, 1986.
Public Relations and News Staff, 7th National Jamboree, Boy Scouts of America, Farragut, ID, 1969.
Drug Abuse Education Programs, given to various groups and schools, 1972-1985
Pharmacist, Medical Service Section, 8th National Jamboree, Boy Scouts of America, Farragut, ID, 1973.
Director, College Department Sunday School, Casas Adobes Baptist Church, Tucson, AZ, 1981-1982.
Southern Arizona Health Systems Agency, Technical Assistance Task Force and Wellness Committee, Tucson, AZ,1981-1982
National Medication Awareness Test, presented to consumer and civic groups, 1982-1986
Chancel Choir Member, Covenant Presbyterian Church, West Lafayette, IN, 1982-1991
Elder, Covenant Presbyterian Church, West Lafayette, IN, 1987-1989
Chancel Choir Member, New Life Church, Woodbury, MN, 1991-2000
Pastor-Teacher, Encouragers' Small Church, New Life Church, Woodbury, MN, 1992-2001
Steering Committee, Christian Faculty-Staff Network, Univ. of Minnesota, 1992-1993
Antitrust Task Force, Minnesota Health Care Commission, 1992-1993
Minnesota Senior Federation, Technical Advisor, 1993-2003

**APPENDIX A**
**Invited Presentations of**
**Stephen W. Schondelmeyer**

1.  "A Student's Challenge: Professional Change," Annual Meeting, Iowa Pharmacists Association, May 5, 1973, Des Moines, IA.

2.  "Selected Health Professions: View on Current Health Issues," Conference on Practicing Administrators View on Current Health Issues, School of Administration, University of Missouri-Kansas City, Mar. 28, 1974, Kansas City, MO.

3.  "OTC Review Panel: Internal Analgesics--A Summary and Commentary," Ohio Pharmaceutical Seminar, Ohio State University, College of Pharmacy, Apr. 26, 1978, Columbus, OH.

4.  "Impact of the Drug Regulation Reform Act of 1978 on the Practicing Pharmacist," Alumni Day, Ohio State University, College of Pharmacy, May 6, 1978, Columbus, OH.

5.  "Analysis of Clinical Pharmacy as a Health Sciences Specialty," Keynote Address, First Annual Meeting, American College of Clinical Pharmacy, Jul. 30, 1980, Boston, MA.

6.  "Applications of BMDP Computer Programs," Section of Teachers of Clinical Instruction, Am. Assoc. of Colleges of Pharmacy, Jul. 1, 1981, Scottsdale, AZ.

7.  "A Legislative Strategy to Effect Change in Pharmacy Practice," Arizona State Council of Hospital Pharmacists, Oct. 4, 1981, Phoenix, AZ.

8.  "Quality Assurance in Hospital Pharmacy," presented to the Southern Arizona Society of Hospital Pharmacists, Apr. 22, 1982, Tucson, AZ.

9.  "Compensation for Clinical Services in Community Pharmacy Practice," Arizona Chapter, American College of Apothecaries, Sept. 12, 1982, Flagstaff, AZ.

10. "A Pharmacist-Conducted Prescription Counseling Service," Tippecanoe County Pharmaceutical Association, Sept. 8, 1983, W. Lafayette, IN.

11. "Pharmacy in the 21st Century: Transformed Society," Working Group Report, Pharmacy in the 21st Century Conference, Project Hope, Mar. 25 to 28, 1984, Millwood, VA.

12. "Cost Containment, DRGs, and Long Term Care: Impact and Survival Strategies," Consultant Pharmacists' Conference, Purdue University, Apr. 26, 1984, West Lafayette, IN.

13. "Economic Implications of the Rx-to-OTC Switch," Mid-Year Meeting, Indiana Pharmacists Association, Apr. 29, 1984, Indianapolis, IN.

14. "Current Trends in Third Party Programs in Indiana," Mid-Year Meeting, Indiana Pharmacists Association, Apr. 29, 1984, Indianapolis, IN.

15. "Association Membership Development: Marketing Your State Association," National Council of State Pharmaceutical Association Executives, May 5, 1984, Montreal, Canada.

16. "Pharmacists, Pharmaceuticals, and Drug Information in the Twenty-first Century," Drug Information Association Workshop on The Impact of the Rx-to-OTC Switch Process - Present and Future, Sept. 18, 1984, Arlington, VA.

17. "Developing A Membership Marketing Plan," National Council of State Pharmaceutical Association Executives, Feb. 16, 1985, San Antonio, TX.

18. "Pharmacists, Pharmaceuticals, and the Twenty-First Century," First Annual Pharmacy Alumni Seminar, Purdue University, Apr. 13, 1985, W. Lafayette, IN.

19. "University/Technology Resources," Resources for Emerging Medical Companies Conference, Indiana Institute for New Business Ventures, Inc., Apr. 18, 1985, Indianapolis, IN.

20. "Pharmacy in the Twenty-First Century," St. John's University, Faculty Seminar, May 13, 1985, Jamaica, NY.

21. "Prospects for Prospective Postmarketing Surveillance," Food and Drug Administration Seminar, Jun. 5, 1985, Rockville, MD.

22. "Efficient and Effective Postmarketing Surveillance," Drug Information Association, Annual Meeting, Jun. 19, 1985, Atlanta, GA.

23. "Strategies for Professional Survival: Coping with Change in the Structure of Health Care," Indiana Society of Hospital Pharmacists, Summer Meeting, Jul. 13, 1985, Indianapolis, IN.

24. "HMOs and PPOs: How Can Pharmacy Survive?" Indiana Pharmacists Association, Annual Meeting, Sept. 7, 1985, Indianapolis, IN.

25. "Change in the Professional Practice of Pharmacy: 1960 to 2010," Centennial Celebration, University of Missouri - Kansas City, Oct. 19, 1985, Kansas City, MO.

26. "HMOs and PPOs: Success Through Pharmacy Networks," Seminar on Pharmacy Third Party Programs, GA Pharmaceutical Association, Nov. 24, 1985, Atlanta, GA.

27. "Strategies for Professional Success: Coping with Change in the Structure of Health Care," Seminar on Keeping Up With the Rapid Changes in Health Care Reimbursement, Kansas Pharmacists Association, Jan. 19, 1986, Wichita, KS.

28. "HMOs and PPOs: Success Through Pharmacy Networks," Seminar on Keeping Up With the Rapid Changes in Health Care Reimbursement, Kansas Pharmacists Association, Jan. 19, 1986, Wichita, KS.

29. "The Prescription Network of Indiana," Indiana Pharmacists Association, Midyear Meeting, Mar. 15, 1986, Indianapolis, IN.

30. "The OTC Switch: The Pharmacist's Perspective," 31st Annual, Ohio Pharmaceutical Seminar, Public Policy and Drug Distribution: Contemporary Issues, Apr. 16, 1986, Columbus, OH.

31. "Networking of Networks or Inter-PSAO Relationships," 1st Annual PSAO Conference, National Association of Retail Druggists, May 20, 1986, Kansas City, MO.

32. "Change in the Structure of Health Care and the Pharmaceutical Market," Marketing Seminar, Riker Laboratories, May 22, 1986, St. Paul, MN.

33. "HMOs and PPOs: Pharmacy Networks and the Marketing of Pharmaceuticals," Marketing Seminar, Riker Laboratories, May 22, 1986, St. Paul, MN.

34. "Prospects for Prospective Postmarketing Surveillance in Institutional Settings," SIG on Drug and Poison Information, Session on Adverse Drug Reaction Surveillance, 43rd Annual Meeting, American Society of Hospital Pharmacists, Jun. 5, 1986, Denver, CO.

35. "The Pharmacist's Role in Postmarketing Surveillance," Annual Meeting, Minnesota State Pharmaceutical Association, Jun. 12, 1986, Edina, MN.

*Curriculum Vita*                              45                              *Stephen W. Schondelmeyer*

36. "Pharmacy Networks and Changes in Health Care Reimbursement," 112th Annual Meeting, Rhode Island Pharmaceutical Association, Jun. 21, 1986, Plymouth, MA.

37. "Keeping Up With the Rapid Changes in Health Care Reimbursement," 79th Annual Meeting, Oklahoma Pharmaceutical Association, Jun. 28, 1986, Tulsa, OK.

38. "Managed Health Care's Impact on Community Pharmacy Economics," 106th Annual Meeting, Illinois Pharmacists Association, Oct. 25, 1986, Springfield, IL.

39. "Cost Effectiveness: Who's Asking?  The Role of Cost Impact Analysis in the Medical Marketplace," Invited Seminar, Burroughs Wellcome Co., Nov. 14, 1986, Research Triangle Park, NC.

40. "Third Party Opportunities through the Prescription Network of Indiana," Indiana Pharmacists Association, District Meetings, 9 meetings in 5 Indiana cities, Nov. and Dec. 1986.

41. "Strategies for Professional Success: Coping with Change in the Structure of Health Care," Senior Awards Banquet, Greater Kansas City Society of Hospital Pharmacists, Dec. 2, 1986, Kansas City, Mo.

42. "Update on Physician Dispensing," Third Annual Purdue University Pharmacy Alumni Seminar, Apr. 4, 1987, West Lafayette, IN.

43. "Pharmacy-Based Postmarketing Surveillance Methods," Invited Seminar, The Upjohn Company, May 13, 1987, Kalamazoo, MI.

44. "Marketing a Pharmacy Network: The Local Pharmacist's Role," Carolina Pharmacy Network, Jun. 12, 1987, Charleston, SC.

45. "Evolving Health Care System: Organizational and Economic Patterns," Section of Teachers of Pharmacy Administration, 88th Annual Meeting, American Association of Colleges of Pharmacy, Jul. 12, 1987, Charleston, SC.

46. "Managed Health Care: Impact on Community Pharmacy Economics," 104th Annual Meeting, Michigan Pharmacists Association, Aug. 17, 1987, Traverse City, MI.

47. "Implementing and Complying with the New HCFA Guidelines," Western Medicaid Pharmacy Administrators' Association, Oct. 1, 1987, Vail, CO.

48. "The Cost Containment Environment: Implications for Pharmacists and the Pharmaceutical Industry," The Management Conference for the Pharmaceutical Industry, Purdue University, Oct. 8, 1987, West Lafayette, IN.

49. "Trends with Third Parties and Managed Health Care: A Pharmacy Perspective," Midwestern Conference on the Changing Health Care Environment: Its Impact on Pharmacy and the Pharmaceutical Industry, Nov. 12, 1987, Indianapolis, IN.

50. "Generic Pricing: AWP and the Future," National Pharmaceutical Alliance, Annual Meeting, Mar. 10, 1988, San Antonio, TX.

51. "PSAO Interventions: Altering Prescribing and Dispensing Behaviors," American Pharmaceutical Association, Annual Meeting, Mar. 14, 1988, Atlanta, GA.

52. "Pharmacy and the Changing Health Care Environment," Seminar on Changing Economics of Pharmacy, GA Pharmacists Assoc., Mar. 22, 1988, Perry, GA.

53. "Future of the Generic Drug Market: Changing Demand and Pricing Strategies," Symposium on Investment Opportunities in the Generic Drug Industry, Swergold, Chefitz, & Sinsabaugh, Inc., Mar. 24, 1988, New York, NY.

54. "Drug Benefit Plan Cost Management and Utilization Review," General Motors, Corporate Headquarters, Apr. 27, 1988, Detroit, MI.

55. "Managing Pharmaceutical Benefits in Managed Health Care," United Healthcare Corporation, May 6, 1988, Minneapolis, MN.

56. "Cost Containment and Drug Utilization Review," Pharmaceutical Card Systems, May 25, 1988, Scottsdale, AZ.

57. "Impact of Medicare Drug Coverage on Pharmacy and the Pharmaceutical Industry," Legislative Impact Seminar on the Catastrophic Care Act of 1988, sponsored by the <u>FDC Pink Sheet</u> and Medical Economics, Jun. 28, 1988, Princeton, NJ.

58. "Medicare and the Changing Health Care Environment: Impact on Drug Prices and Price Databases," Medical Economics/Redbook, Jul. 25, 1988, Oradell, NJ.

59. "Third Party Payors and Pharmaceutical Pricing Strategies," Marketing Executive Workshop, Glaxo, Jul. 27, 1988, Research Triangle Park, NC.

60. "Chain Pharmacy and the Medicare Catastrophic Coverage Act of 1988," Government Affairs Committee, National Assoc. of Chain Drug Stores, Jul. 28, 1988, Boston, MA.

61. "Medicare and Pharmaceutical Pricing," Invited Seminar, Schering Corporation, Aug. 8, 1988, Kenilworth, NJ.

62. "Pricing of Pharmaceuticals: Impact of MCCA," National Symposium for Medicaid Pharmacy Administrators, Aug. 18, 1988, Chicago, IL.

63. "Impact of Medicare on Drug Prices and Drug Price Databases," MediSpan, Inc., Aug. 25, 1988, Indianapolis, IN.

64. "Health Care's Changing Environment," Symposium on Third Party Programs Today and Tomorrow, Iowa Pharmacists Association, Aug. 28, 1988, Des Moines, IA.

65. "Catastrophic Health Insurance," 1988 Pharmaceutical Conference, National Association of Chain Drug Stores, Aug. 31, 1988, San Diego, CA.

66. "Prescription Benefits of the Medicare Catastrophic Coverage Act," Health Programs Committee, National Pharmaceutical Council, Sept. 14, 1988, Arlington, VA.

67. "Drug Wholesalers and the Medicare Drug Program," Government Affairs Committee, National Wholesale Druggists Association, Sept. 14, 1988, Alexandria, VA.

68. "Economic Research Using Prescription Claims Databases," Invited Seminar, Penn State University, Sept. 30, 1988, State College, PA.

69. "Prescriptions: A Vital Part of Health Care," Professional Insurance Mass-Marketing Association, Oct. 3, 1988, Las Vegas, NV.

70. "Demystifying the Pharmacy Component of Medicare Expansion," 90th Annual Convention, National Association of Retail Druggists, Oct. 12, 1988, Atlanta, GA.

71. "The Pharmaceutical Industry and the Medicare Catastrophic Coverage Act," Invited Seminar, Merck & Co., Inc., Oct. 21, 1988, West Point, PA.

72. "Pricing of Multiple Source Products," Thirteenth Annual Meeting, Western Medicaid Pharmacy Administrator's Association, Oct. 27, 1988, Lake Tahoe, NV.

73. "Pharmacy Reimbursement Under Medicare," Pharmacy Division Managers Meeting, Rite Aid Corporation, Oct. 28, 1988, Harrisburg, PA.

74. "Role of Drug Information Publications in the Changing Health Care Environment," Facts and Comparisons, Inc., Nov. 4, 1988, St. Louis, MO.

75. "Implications of MCCA for Pharmacy and Boards of Pharmacy," 1988 Executive Officers Conference, National Association of Boards of Pharmacy, Nov. 8, 1988, Orlando, FL.

76. "Pharmaceutical Databases in a Changing Health Care Environment," IMS America, Inc., Nov. 17, 1988, Plymouth Meeting, PA.

77. "Prescription Coverage Under Medicare," Management Counsel, Thrift Drug Company, Nov. 18, 1988, Pittsburgh, PA.

78. "Pharmacy and the Medicare Catastrophic Coverage Act," Ferris State University, Nov. 21, 1988, Big Rapids, MI.

79. "Pharmacists and the Medicare Catastrophic Coverage Act," Invited Lecture, Contemporary Issues in Pharmacy Practice, Philadelphia College of Pharmacy and Science, Nov. 29, 1988, Philadelphia, PA.

80. "Evaluating the Realities of Drug Use in a Particular Managed Healthcare Setting," Drug Therapy Management and Evaluation Workshop, Dec. 3, 1988, Dallas, TX.

81. "Marketing of Pharmaceuticals under the Medicare Catastrophic Coverage Act," Hoechst-Roussel Pharmaceuticals, Inc., Dec. 14, 1988, Somerville, NJ.

82. "Impact of Medicare on Pharmaceutical Pricing," Bristol-Myers, Dec. 15, 1988, Evansville, IN.

83. "Prescription Coverage under the Medicare Catastrophic Coverage Act," McNeil Pharmaceutical, Dec. 16, 1988, Philadelphia, PA.

84. "Prescription Pricing and Medicare," G.D. Searle, Dec. 19, 1988, Skokie, IL.

85. "The Changing Environment of Health Care," Changing Healthcare Economics Seminar, Arizona Pharmacists Association, Jan. 15, 1989, Phoenix, AZ.

86. "Medicare: Impact of the Drug Coverage Program," Changing Healthcare Economics Seminar, Arizona Pharmacists Association, Jan. 15, 1989, Phoenix, AZ.

87. "Marketing Pharmaceuticals in the Medicare Era," Pharmaceutical Advertising Council, Jan. 19, 1989, New York, NY.

88. "Changes in Managed Care and Its Impact on Pharmacy," Pharmaceutical Division Annual Meeting, A.H. Robins, Jan. 31, 1989, Newport Beach, CA.

89. "Pharmacy and Drug Coverage under Medicare," Ohio State University, Feb. 3, 1989, Columbus, OH.

90. "The Changing Health Care Delivery System," Visions for the Future Conference, American Society of Consultant Pharmacists, Feb. 5, 1989, Birmingham, AL.

91. "Pharmaceutical Pricing and the Impact of the Catastrophic Health Legislation," Generic Drug Conference, Swergold, Chefitz & Sinsabaugh, Feb. 7, 1989, New York, NY.

92. "Pricing Pharmaceuticals," Invited Seminar, CIBA-Geigy, Feb. 13, 1989, Summit, NJ.

93. "Pharmacy Practice and the Catastrophic Health Care Act," CE Seminar, South Carolina Society of Hospital Pharmacists, Feb. 16, 1989, Columbia, SC.

94. "Medicare Catastrophic Health Insurance--Implications for Pharmacy," Mid-year Conference, American College of Apothecaries, Feb. 24, 1989, Kansas City, MO.

95. "Mail Service Pharmacy and Medicare," Invited Seminar, The Medco Group, Mar. 1, 1989, Harrisburg, PA.

96. "Pharmacy Claims Processing Issues and the Medicare Outpatient Drug Program," First Databank Subscriber's Seminar, Mar. 6, 1989, San Francisco, CA.

97. "Costs of Dispensing a Third Party Prescription," Board Meeting, National Association of Chain Drug Stores, Mar. 9, 1989, Washington, DC.

98. "How to Succeed: Pharmacy's Third Party Dilemma," Managed Care Conference, CA Pharmacists Association, Mar. 11, 1989, Monterey, CA.

99. "The Economic Landscape: Medicare Catastrophic Coverage Act of 1988," Marketing Section, Pharmaceutical Manufacturers Assoc., Mar. 13, 1989, Laguna-Niguel, CA.

100. "Overview of the Medicare Catastrophic Coverage Act of 1988," Tenth Annual Northeast Pharmaceutical Conference, Mar. 30, 1989, Reading, PA.

101. "The Catastrophic Drug Component--Opportunities for Pharmacy," Supermarket Pharmacy Seminar, Food Marketing Institute, Apr. 3, 1989, Chicago, IL.

102. "Recent Federal Legislation: Economic Impact," Eggs & Economics Workshop, Academy of Pharmaceutical Research and Science, American Pharmaceutical Association, Apr. 10, 1989, Anaheim, CA.

103. "Pharmacy Education and the Catastrophic Health Act," College of Pharmacy Advisory Council, University of Iowa, Apr. 10, 1989, Iowa City, IA.

104. "Reimbursement and DUE Under Medicare Catastrophic Drug Coverage," Annual Meeting, American Pharmaceutical Association, Apr. 11, 1989, Anaheim, CA.

105. "Health Policy and Economics: Cost Containment and Fiscal Strategies," Graduate Lecture, Idaho State University, May 3, 1989, Pocatello, ID.

106. "Economic Aspects of Switch," Workshop on Rx-to-OTC Switch, Drug Information Association, May 8, 1989, Rockville, MD.

107. "Pharmaceutical Sales in the Medicare Era," IMS Sales Management Meeting, May 9, 1989, Phoenix, AZ.

108. "Policy Issues Raised by the Medicare Catastrophic Coverage Act," Invited Seminar, Pfizer Pharmaceuticals, May 17, 1989, New York, NY.

109. "Current Status of the Medicare Catastrophic Coverage Act," Staff Meeting, Pharmaceutical Manufacturers Association, May 23, 1989, Washington, DC.

110. "The Role of Market Researchers in Understanding the Catastrophic Health Legislation," IMS Client Meeting, May 24, 1989, Lake George, NY.

111. "Catastrophic Drug Program: The Funding Controversy Grows," 2nd Annual Pharmaceutical Industry Conference, Bear Stearns, Jun. 8, 1989, Chicago, IL.

112. "Catastrophic Health Insurance: Impact on Patients and Providers," Annual Meeting, American Association of Colleges of Pharmacy, Jul. 9, 1989, Portland, OR.

113. "The PMA Coordinated Faculty Visitation Program: A Faculty Participant's View," Annual Meeting, American Association of Colleges of Pharmacy, Jul. 9, 1989, Portland, OR.

114. "Impact of the Medicare Outpatient Drug Program," Invited Seminar, Geneva Generics, Jul. 17, 1989, Broomfield, CO.

115. "Changing Health Care Environment and Growth of Third Parties," Invited Seminar, Geneva Generics, Jul. 17, 1989, Broomfield, CO.

116. "Generic Pricing Patterns," Invited Seminar, Geneva Generics, Jul. 17, 1989, Broomfield, CO.

117. "Medicare Provision of Outpatient Drugs," Annual Meeting, Texas Pharmaceutical Association, Jul. 18, 1989, Corpus Christi, TX.

118. "The Role of Wholesalers in the Medicare Drug Program," Board of Directors Meeting, National Wholesale Druggists Association, Jul. 24, 1989, Vancouver, BC.

119. "Impact of the Medicare Drug Program," Invited Seminar, Hoffman-LaRoche, Jul. 27, 1989, Nutley, NJ.

120. "Recent Developments in Implementation of the Catastrophic Drug Insurance Program," Third National Symposium for Medicaid Pharmacy Administrators, Aug. 3, 1989, Chicago, IL.

121. "Financing Geriatric Health Care: Future Effects on Pharmacy Practice," Contemporary Issues in Geriatric Pharmacotherapy Seminar, American College of Clinical Pharmacy, Aug. 6, 1989, Kansas City, MO.

122. "The Changing Health Care Environment and Its Impact on the Role of the Pharmacist," Annual Meeting, District 3, AACP/NABP, Aug. 14, 1989, Charleston, SC.

123. "Third Party Impact on Cost of Dispensing," Annual Pharmaceutical Conference, National Association of Chain Drug Stores, Aug. 30, 1989, Washington, DC.

124. "Impact of Medicare Drug Coverage," Invited Seminar, Smith Kline-Beecham, Sept. 11, 1989, Philadelphia, PA.

125. "Impact of the Catastrophic Health Program on Pharmacy," Northeast Indiana Pharmacists Association, Sept. 16, 1989, Ft. Wayne, IN.

126. "Policy Implications of Medicare for Wholesalers," Government Affairs Committee, National Wholesale Druggists' Association, Sept. 20, 1989, Washington, DC.

127. "The Erosion of Pharmaceutical Product Pricing," Martin Barr Lecture Program, Wayne State University, Sept. 27, 1989, Detroit, MI.

128. "Impact of the Catastrophic Health Coverage Act," The Management Conference for the Pharmaceutical Industry, Purdue University, Sept. 28, 1989, West Lafayette, IN.

129. "The Medicare Catastrophic Coverage Act: What Is It?," Annual Meeting, Wisconsin Pharmacists Association, Oct. 3, 1989, Kohler, WI.

130. "Prescription Drug Provisions of the Medicare Catastrophic Coverage Act of 1988," Vice Presidents' Meeting, Bergen Brunswig Corporation, Oct. 4, 1989, Orange, CA.

131. "How to Prepare for 1991: Effect of the Medicare Catastrophic Coverage Act of 1988," 10th Annual Western Pharmacy Education Faire, CA Pharmacists Association, Oct. 6, 1989, Palm Springs, CA.

132. "Prescription Drug Expenditures Under Medicaid," Annual Meeting, Western Medicaid Pharmacy Administrators Association, Oct. 11, 1989, Tucson, AZ.

133. "Pharmacy Economics 1990," Purdue President's Council Annual Weekend Back to Class Program, Oct. 13, 1989, West Lafayette, IN.

134. "What Happened to MCCA?," Invited Seminar, Rorer Pharmaceuticals, Oct. 19, 1989, Ft. Washington, PA.

135. "The Medicare Catastrophic Coverage Act: Its Economic Impact Upon Pharmacists and the Pharmaceutical Industry," Annual Meeting, American Public Health Association, Oct. 26, 1989, Chicago, IL.

136. "Catastrophic Health Care Legislation," 26th Annual Seminar, Maryland Society of Hospital Pharmacists, Oct. 28, 1989, Philadelphia, PA.

137. "Results of the NACDS Third Party Impact Study," Government Affairs Committee, National Association of Chain Drug Stores, Nov. 2, 1989, St. Louis, MO.

138. "Third Party Growth and Its Impact on Retail Pharmacy," 109th Annual Meeting, Illinois Pharmacists Association, Nov. 3, 1989, Chicago, IL.

139. "After Catastrophic... The Pharmaceutical Economic Issues That Will Not Go Away," Health Programs Committee, National Pharmaceutical Council, Nov. 10, 1989, Washington, DC.

140. "Reimbursement Issues Affecting the Pharmaceutical Industry," Account Management Workshop, Sandoz Pharmaceuticals, Nov. 15, 1989, LaCosta, CA.

141. "Growth of Third Party Reimbursement," Conference on Pharmaceutical Markets for the Nineties, Nov. 28, 1989, Washington, DC.

142. "Third Party Impact Upon Prescription Dispensing Costs," Press Conference, National Association of Chain Drug Stores, Dec. 7, 1989, New York, NY.

143. "The Future of the Retail Pharmacy Market," Business Strategy Group, IMS America, Inc., Dec. 12, 1989, Plymouth Meeting, PA.

144. "The Medicare Program: Current and Future Status of Drug Coverage," Clinical Economics Conference, Philadelphia Assoc. for Clinical Trials (PACT), Jan. 17, 1990, Philadelphia, PA.

145. "Economics of Health Care and Pharmacy," VHA Hospital Pharmacy Management Institute, Auburn University, Jan. 21, 1990, Auburn, AL.

146. "Trends in Pharmaceutical Pricing," 3rd Annual Generic Drug Conference, Furman Selz Mager Dietz & Birney, Inc., Feb. 6, 1990, New York, NY.

147. "Growth of Third Party Programs: Impact on the Pharmaceutical Market," Visiting Professor, University of Puerto Rico, Feb. 6-9, 1990, San Juan, PR.

148. "Economic Trends in the Pharmaceutical Industry," Invited Seminar, DuPont, Feb. 19, 1990, Wilmington, DE.

149. "Pharmaceutical Reimbursement Issues," Annual Meeting, American Society for Pharmacy Law, Mar. 11, 1990, Washington, DC.

150. "Growth of Third Party Programs: Impact in the Pharmaceutical Market," Annual Meeting, American Pharmaceutical Association, Mar. 13, 1990, Washington, DC.

151. "The Affordability of Medicines," Congressional Foresight Seminar, Institute for Alternative Futures, Mar. 14, 1990, Washington, DC.

152. "Economic Impact of Biotechnology and the Practice of Pharmacy," First Charles C. Rabe Symposium, Biotechnology and the Future, St. Louis College of Pharmacy, Apr. 17, 1990, St. Louis, MO.

153. "Drug Pricing, Economics, and Health Care Cost Containment," Sixth Annual San Diego Biotechnology Conference, Apr. 26, 1990, San Diego, CA.

154. "Pharmacy Economics 101: Facts and Fiction About Third Party Drug Programs," Managed Care Conference, CA Pharmacists Association, Apr. 28, 1990, Dana Point, CA.

155. "Drug Therapy for the Elderly: Who Will Pay?", Geriatric Medicine Update '90, Methodist Hospital of Indiana, Inc., Jun. 8, 1990, Indianapolis, IN.

156. "The Changing Pharmaceutical Marketplace," Health Industry Issues Advisory Group, Smith Kline-Beecham, Jul. 27, 1990, Philadelphia, PA.

157. "Research and Information on the Retail Prescription Marketplace," National Association of Chain Drug Stores Pharmaceutical Conference, Aug. 29, 1990, Anaheim, CA.

158. "The Elderly and Affordability of Drug Therapy," National Committee to Preserve Social Security and Medicare, Sept. 21, 1990, Washington, DC.

159. "Changing Economics of Health Care and Pharmacy," VHA Management Institute, Sept. 23, 1990, Auburn, AL.

160. "Strategic Change and the Economic Transformation of Pharmacy Practice,"  University of Minnesota, Sept. 25, 1990, Minneapolis, MN.

161. "Future Strategies for Dealing with Unlabeled Uses - Public Policy and Private Initiatives," Drug Information Association Workshop, Oct. 23, 1990, Washington, DC.

162. "Economic Transformation of the Pharmaceutical Marketplace," keynote address, Bristol Myers-Squibb national account strategic planning workshop, Nov. 5, 1990, Plainsboro, NJ.

163. "Can We Afford the Drugs We Need?  The Conflict between Cost and Availability," Gerontological Society of America, Economics of Aging Interest Group Symposium, Nov. 17, 1990, Boston, MA.

164. "Trend Data: An Overview of US Drug Prices," National Health Policy Forum's "Drug Pricing in the Context of a Changing Pharmaceutical Marketplace," Dec. 14, 1990, Washington, DC.

165. "Changing Economics of Health Care and Pharmacy," VHA Hospital Pharmacy Management Institute, Jan. 13, 1991, Auburn, AL.

166. "Pharmacist Reimbursement Under Medicaid," University of Maryland, Center of Drugs and Public Policy, Medicaid Prudent Pharmaceutical Purchasing: A Conference on Implementation Issues, Jan. 14-15, 1991, Baltimore, MD.

167. "Cost Benefit Considerations in Transplant Drug Therapy," Sandoz Pharmaceuticals Corporation, Jan. 22, 1990, New York, NY.

168. "Pricing Trends in the Pharmaceutical Industry,"  IBC USA Conferences, Inc., Feb. 28, 1991, Washington, DC.

169. "New Medicaid Drug Rebate Law: Impact on Pharmacy," American Pharmaceutical Association Annual Meeting, Mar. 11, 1991, New Orleans, LA.

170. "The Economic Impact of Biotechnology on Pharmacy Practice," Ohio Society of Hospital Pharmacists Annual Meeting, Mar. 18, 1991, Ft. Mitchell, KY.

171. "Impact of OBRA '90 on Hospital Pharmacy," American Society of Hospital Pharmacists, Mar. 20, 1991, Bethesda, MD.

172. "Impact of the New Medicaid Pricing Legislation," Furman Selz Generic Drug Conference, Apr. 16, 1991, New York, NY.

173. "Pricing Trends in the Pharmaceutical Industry," Pharmaceutical Marketing Research Group Spring Meeting, Apr. 22, 1991, Williamsburg, VA.

174. "Why Do Drugs Cost What They Do?", NIH/PMA Technology Transfer Conference, Apr. 25, 1991, Bethesda, MD.

175. "Minnesota Health Care Challenges," Minnesota Pharmacists Association 107th Annual Meeting, Apr. 26, 1991, St. Cloud, MN.

176. "Third Party Payers and the Future of Drug Store Pharmacy," National Association of Chain Drug Stores Annual Meeting, May 1, 1991, Palm Beach, FL.

177. "Medicaid Drug Rebate Law," Healthcare Distributors of America, May 4, 1991, White Sulphur Springs, WV.

178. "Market Trends: Pharmacy Practice," Fourth Annual Japanese Pharmaceutical Executive Seminar, University of Mississippi, May 9, 1991, University, MS.

179. "The Economics of Hospital Pharmacy," New England Council of Hospital Pharmacists, 38th Annual Spring Seminar, May 14, 1991, Nashua, NH.

180. "Impact of Medicaid Pricing Legislation," Mercy National Hospital Purchasing Group, May 15, 1991, St. Louis, MO.

181. "Pharmaceutical Economics, Pricing and Reimbursement," Bristol Myers-Squibb Pharmaceuticals, May 16, 1991, Evansville, IN.

182. "Pharmaceutical Industry Update," Rhone-Poulenc Rorer, 1991 Strategic Summit, May 29, 1991, Fort Washington, PA.

183. "Update on Medicaid Rebate Law," National Association of Pharmaceutical Manufacturers, Mid-Year Meeting, Jun. 6, 1991, Washington, DC.

184. "The Economics of Managed Care Programs," McKesson Trade Show, Jul. 15, 1991, Las Vegas, NV.

185. "The Changing Health Care Economy," Central Ohio Society of Hospital Pharmacists, Jul. 20, 1991, Columbus, OH.

186. "Impact of the Medicaid Drug Rebate Program," Central Ohio Society of Hospital Pharmacists, Jul. 20, 1991, Columbus, OH.

187. "Pricing Strategies in the New Health Care Environment," Rhone-Poulenc Rorer, Jul. 24, 1991, Ft. Washington, PA.

188. "Pharmacy Economics and Managed Care," Pennsylvania Pharmaceutical Association, Jul. 25, 1991, Phoenix, AZ.

189. "Trends in Prescription Drug Benefits," GA State Legislature, Aug. 6, 1991, Atlanta, GA.

190. "Pharmacy Economics and Managed Care," Michigan Pharmaceutical Association, Aug. 11, 1991, Lincolnshire, IL.

191. "Pharmacy Economics and Managed Care," Florida Southeastern Conference, Aug.13, 1991, Destin, FL.

192. "Clinical Pharmacy Practice and Health Care Management: Are They Compatible?," American College of Clinical Pharmacy Annual Meeting, Aug. 21, 1991, Minneapolis, MN.

193. "Strengthening the Drug Store Pharmacy," National Association of Chain Drug Stores Pharmaceutical Conference, Aug. 26, 1991, San Francisco, CA.

194. "OBRA 90's Impact on Healthcare Economics and Hospital Pharmacy," Wisconsin Society of Hospital Pharmacists, Sept. 14, 1991, Oconomowoc, WI.

195. "The Economics of Managed Care Programs," CA Pharmacists Association Western Pharmacy Education Faire, Sept. 20, 1991, San Francisco, CA.

196. "Economics of Healthcare," VHA Executive Management Institute, Sept. 22, 1991, Auburn, AL.

197. "Managed Healthcare Revolution," IMS America - American Strategy Group Meeting, Sept. 26, 1991, Key Largo, FL.

198. "Managing Prescription Drug Care in the 90's," Illinois Pharmacists Association, Oct. 5, 1991, St. Charles, IL.

199. "Impact of Federal Legislation on Pricing Strategies," Owen Healthcare Annual Meeting, Oct. 11, 1991, Houston, TX.

200. "Economic Transformation of Pharmacy Practice," Arkansas Association of Hospital Pharmacists, Oct. 12, 1991, Fayetteville, AR.

201. "Statement on the Public Health Clinic Affordable Drug Act," before Committee on Labor and Human Resources, United States Senate, Oct. 16, 1991, Washington, D.C.

202. "Impact of Government Legislation on the Profession of Pharmacy," University of Kentucky, Oct. 22, 1991, Lexington, KY.

203. "Pricing Trends in the Pharmaceutical Industry," Western Medicaid Pharmacy Administrators Association, Oct. 24, 1991, Breckenridge, CO.

204. "Hospital Pharmacy and the Changing Health Care System," Central Minnesota Society of Hospital Pharmacists, Oct. 30, 1991, Prescott, WI.

205. "Pharmaceutical Prices and Expenditure Trends" Southern Medicaid Pharmacy Administrators Association, Oct. 31, 1991, Atlanta, GA.

206. "Overview of the Pharmaceutical Marketplace," Upsher-Smith, Nov. 5, 1991, Minneapolis, MN.

207. "Drug Utilization Review," PMA Education and Research Institute. Nov. 5, 1991, Minneapolis, MN.

208. "Current Legislative Environment," The Marketing Institute - Pharmaceutical Marketing Conference, Nov. 13, 1991, New York, NY.

209. "Economic Evolution of Pharmacy," Rho Chi Lecture, University of Kentucky, Dec. 5, 1991, Lexington, KY.

210. "Pharmacists in the New Health Care System," Rho Chi Banquet, University of Kentucky, Dec. 5, 1991, Lexington, KY.

211. "Prescription Drug Market and Price Trends," U.S. General Accounting Office, Dec. 17, 1991, Washington, D.C.

212. "Pharmaceutical Database Needs," IMS Market Development Workshop, IMS America, Dec. 19, 1991, Plymouth Meeting, PA.

213. "Quality Management of a Prescription Benefit for the Elderly," Pennsylvania Department of Aging, Jan. 14, 1992, Harrisburg, PA.

214. "Impact of Eroding Pharmaceutical Discounts on Healthcare Institutions," American Society of Hospital Pharmacists Congressional Seminar, Jan. 15, 1992, Washington, D.C.

215. "Economic Transformation of the Pharmaceutical Market -- Implications for Generics," National Association of Pharmaceutical Manufacturers Annual Meeting and Educational Conference, Jan. 22, 1992, Key Largo, FL.

216. "Economics of Health Care," Auburn University, VHA Executive Management Institute, Feb. 1, 1992, Auburn, AL.

217. "The Capitalism of the Pharmaceutical Industry vs. Patient Benefits: Can Making Money and providing Patient Care Reside in the Same House?" Student Committee on Bioethics, University of Minnesota, Feb. 6, 1992, Minneapolis, MN.

218. "Current Legislative Environment in Washington Relating to Prescription Drug Industry and What to Expect in the Future," 3M Pharmaceuticals National Accounts Seminar, Feb. 10, 1992, St. Paul, MN.

219. "Buying Groups and Pharmaceutical Purchasing," Minnesota Multi-State Buying Group, State of Minnesota, Feb. 12, 1992, St. Paul, MN.

220. "Health Care and Pharmacy Economics," Glaxo, St. Paul Mid-Winter Conference, Feb. 23, 1992, St. Paul, MN.

221. "Product Pricing:  Balancing Corporate Objectives with Society's Needs," Panel member, 1992 Wharton Health Care Conference, Feb. 21, 1992, Philadelphia, PA.

222. "Impact of Generic Competition on the Originator Market," IBC Conference, Mar. 13, 1992, Washington, D.C.

223. "Pharmaceutical Companies:  What Is Right and What Could Be Better," 3M Pharmaceuticals, Mar. 24, 1992, St. Paul, MN.

224. "Pharmacoeconomics and Pharmaceuticals," Merck, Inc., Mar. 25, 1992, Ft. Washington, PA.

225. "Pharmaceutical Legislation and Regulation," Policy Rap Session, Health Care Financing Administration, Mar. 25, 1992, Washington, DC.

226. "Pricing Trends in the Pharmaceutical Industry," IBC Pharmaceutical Pricing Conference, Mar. 26, 1992, Washington, D.C.

227. "Economic Trends in the Retail Pharmacy Market," Strategic Planning Workshop, PACE Alliance, Mar. 28, 1992, Denver, CO.

228. "Purchasing Groups in the Changing Pharmaceutical Market," Minnesota Multi-State Buying Group, State of Minnesota, Apr. 1, 1992, St. Paul, MN.

229. "The Changing Pharmaceutical Market," Federation of American Health Systems, Apr. 2, 1992, Las Vegas, NV.

230. "Accountability in Health Care - Considerations for the Profession," Seventh Annual Health Care Public Policy Conference, Apr. 7, 1992, Minneapolis, MN.

231. "Pharmaceutical Economic Trends and Research Needs," United Health Care, Apr. 9, 1992, Minneapolis, MN.

232. "Pharmacy Associations:  Evolution, Revolution, and Solution," Minnesota Pharmacists Association Annual Meeting, Apr. 11, 1992, Minneapolis, MN.

233. "The Third Party Marketplace," Food Marketing Institute 1992 Supermarket Pharmacy Conference, Apr. 14, 1992, Coronado, CA.

234. "The Changing Pharmaceutical Market," University of North Carolina, Apr. 15, 1992,  Chapel Hill, NC.

235. "The Nation's Economy and the Politics of Health Care Reform," Century Mortar Club Management Conference, May 3, 1992, Minneapolis, MN.

236. "Managing a Pharmacy in the Managed Care Era," Century Mortar Club Management Conference, May 3, 1992, Minneapolis, MN.

237. "The Changing Pharmaceutical Marketplace and Wholesalers," Healthcare Distributors of America, Network Group Meeting, May 8, 1992, White Sulphur Springs, WV.

238. "Political and Legal Overview of the Health Care Market," MediSpan Users Meeting, May 12, 1992, Indianapolis, IN.

239. "Pharmaceutical Pricing Trends and Regulations," U.S. Army Pharmacoeconomics Conference, May 13, 1992, Aurora, CO.

240. "Changing Economics of Health Care and Pharmacy," Mississippi Pharmacists Association, May 30-31, 1992, Jackson, MS.

241. "Medicaid Rebates Expected in 1992," New York State Legislative Committees, Jun. 3, 1992, Albany, NY.

242. "Drug Prices, Polices, and Polemics: Perspective on the Industry," United States General Accounting Office Comptroller General, and Health Advisory Board, Jun. 4, 1992, Washington, D.C.

243. "Pharmaceuticals: Regulation, Innovation, and Pricing," Association for Health Services Research, Jun. 9, 1992, Chicago, IL.

244. "Economic Impact of OBRA '90 on Generic Pharmaceutical Firms," Generic Pharmaceutical Industry Association, Board Meeting, Jun. 9, 1992, New York, NY.

245. "Overview of the Changing Pharmaceutical Market," Chief Financial Officers' Conference, Sun Health Group, Jun. 10, 1992, Naples, FL.

246. "Pharmaceutical Pricing: Great Expectations," Arizona Pharmacists Association, Annual Meeting, Jun. 11, 1992, Phoenix, AZ.

247. "Health Care Industry Profitability and R & D Profitability," First Global Forum on the Business Implications of Technology, Decision Resources, Jun. 22, 1992, Boston, MA.

248. "Pharmaceutical Pricing Issues:  Why Do Drugs Cost What They Do?" Drug Pricing and Cost Containment Seminar, Smith-Barney, Harris, Upham & Co., Inc., Jul. 1, 1992, New York, NY.

249. "Projections of Manufacturer Rebates Under the New York State Medicaid Program," Medicaid Committee, New York State Legislature, Jul. 14, 1992, Albany, NY.

250. "The Pharmacist's Role in Public Policy," 13th Annual NPC-APhA Student Industry Internship Weekend, Merck, Inc., Jul. 25, 1992, West Point, PA.

251. "Managed Pharmacy Benefits: Five Year Outlook and Outcome Measures," Diversified Pharmacy Services, Annual Client Conference on Pharmacy Benefits Management, Aug. 17, 1992, Minneapolis, MN.

252. "Strategic Changes in the Pharmaceutical Marketplace," ALZA Corporation, Aug. 18, 1992, Palo Alto, CA.

253. "Effect of Bill C-91 on the Canadian Pharmaceutical Industry," Industry, Science, and Technology Canada, Aug. 26, 1992, Ottawa, ON, Canada.

254. "Measuring the Impact of a Pharmacy Preferred Provider Network in an HMO Environment," HMO Iowa, Sept. 1, 1992, Des Moines, IA.

255. "Health Care 2020: A Long Range Forecast," USP 2020: Medicines and Technologies Conference, Invited Participant, USP 2000 Conference, Sept. 10, 1992, Annapolis, MD.

256. "ISTC Analysis of Bill C-91 Impact on the Canadian Pharmaceutical Industry," Industry, Science, and Technology Canada, Sept. 16, 1992, Ottawa, ON, Canada.

257. "The Future of Pharmaceutical Pricing," Congressional Foresight Seminar, Institute for Alternative Futures, Sept. 21, 1992, Washington, DC.

258. "Profitability of Community Pharmacy in the 1990s," Business & Management Issues and Answers for the 90s Seminar, Schering Corporation, Sept. 26, 1992, Naples, FL.

259. "Prescription Drug Cost Containment in the 1990s," National Association of State Purchasing Officials, Annual Meeting, Sept. 29, 1992, Indianapolis, IN.

260. "OBRA '90, Medicine and Pharmacy: Opportunities for Teamwork," District II NABP/AACP Meeting, Oct. 16, 1992, East Rutherford, NJ.

261. "Hospitals and the Economics of Health Care," VHA Executive Management Institute, Auburn University, Oct. 18, 1992, Auburn, AL.

262. "The 3 Ms of Generic Use: Medicaid, Managed Care, & Marketing," International Business Communications Conference on Generic Drugs: Competitive Strategies for Pharmaceutical Companies, Oct. 23, 1992, Philadelphia, PA.

263. "Prescription for Growth of Retail Drug Chains in the 1990s," Retail Drug Seminar, Salomon, Brothers, Oct. 27, 1992, New York, NY.

264. "Pharmaceutical Marketing and Payment in the New Era," Glaxo, Inc., Nov. 9, 1992, Research Triangle Park, NC.

265. "Pharmaceutical Pricing Issues," UCLA School of Public Health, Seminar Series, Nov. 12, 1992, Los Angeles, CA.

266. "Drug Prices and the Elderly," United Senior Action of Indiana, Nov. 17, 1992, Indianapolis, IN.

267. "The Role of the Community Pharmacy in the Changing Health Care System," Medicine Shoppes International, Nov. 24, 1992, St. Louis, MO.

268. "The Cost of Bill C-91:  An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Legislative Committee on Bill C-91, House of Commons, Parliament, Canada, Dec. 1, 1992, Ottawa, ON, Canada.

269. "Fair Drug Pricing for Drugs Developed in Conjunction with the NIH," 66th Meeting, Advisory Committee to the Director, National Institutes of Health, Dec. 2, 1992, Bethesda, MD.

270. "Health Care Reform:  What Can Pharmacy Expect from the Clinton Presidency?" Pharmacy Administration Resident's Program, ASHP Mid Year Meeting, Glaxo, Dec. 7, 1992, Orlando, FL.

271. "Evolution of Economic Trends in Hospital Pharmacy: 1950-1990," ASHP-AIHP History of Hospital Pharmacy Symposium, Dec. 9, 1992, Orlando, FL.

272. "Changes in Drug Distribution Systems and the Economic Environment," USP-University of Maryland Unit-of-Use Conference, Dec. 14, 1992, Baltimore, MD.

273. "Prescription Drugs and Health Care Reform," Group Health, Inc., Medical Continuing Education Seminar, Jan. 14, 1992, Minneapolis, MN.

274. "The Cost of Bill C-91:  An Economic Impact Analysis of the Elimination of Compulsory Licensing of Pharmaceuticals in Canada," Senate Standing Committee on Banking, Trade, and Commerce, Senate, Parliament, Canada, Jan. 21, 1993, Ottawa, ON, Canada.

275. "Drug Pricing and the Contribution of the Government to Drug Development," Statement before the Subcommittee on Regulation, Business Opportunities and Energy, Committee on Small Business, U.S. House of Representatives, Jan. 25, 1993, Washington, DC.

276. "OBRA '90 and Beyond: Opportunities for Generics," National Association of Pharmaceutical Manufacturers, 1993 Annual Meeting, Jan. 26, 1993, Naples, FL.

277. "Health Care Reform: What's Ahead for Pharmacy?" American College of Clinical Pharmacy, Winter Practice and Research Forum, Feb. 7, 1993, Ft. Lauderdale, FL.

278. "The Economics of Health Care and the Future of Pharmacy Benefits," Annual Meeting, National Council of Prescription Drug Programs, Feb. 17, 1993, Scottsdale, AZ.

279. "How Do Pharmacists Determine a Prescription Price?" Congressional Member and Staff Seminar, Special Committee on Aging, U.S. Senate, Feb. 19, 1993, Washington, DC.

280. "International Prescription Drug Prices: Implications for U.S. Policy," Statement before the Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives, Feb. 22, 1993, Washington, DC.

281. "Pharmaceutical Price Indices:  Changes Over Time and in Various Countries," Conference on Pharmaceutical Industry Research, Innovation, and Public Policy, Kennedy School of Government, Harvard University, Feb. 25, 1993, Boston, MA.

282. "Impact of Mandated Changes on the Pharmaceutical Marketplace," Valued Customer Workshop, Lederle Laboratories, Feb. 28, 1993, Park City, UT.

283. "Economic Aspects of Medication Use in the Elderly," MAGEC Faculty and Fellows Workshop, Mar. 5, 1993, Minneapolis, MN.

284. "Pricing Strategies in the New Health Care Environment," Pricing Strategy and Executive Committees, Glaxo, Inc. Mar. 9, 1993, Research Triangle Park, NC.

285. "Pharmaceutical Pricing '93: Pricing and Operational Strategies," Third Annual IBC Conference, Mar. 25, 1993, Washington, DC.

286. "Prescription Benefits and Health Care Reform," Mayo Administrative Group, Mayo Clinic, Mar. 31, 1993, Rochester, MN.

287. "Pharmaceutical Pricing: Changing Times," ALZA Management Group, ALZA Corporation, Apr. 2, 1993, Palo Alto, CA.

288. "How Will Health Care Reform Affect Hospital Pharmacy?", Indiana Society of Hospital Pharmacy, Annual Meeting, Apr. 24, 1993, Indianapolis, IN.

289. "Prescription Benefits in the Health Care Reform Era," Challenges & Opportunities in Prescription Benefit Management Workshop, Kansas Pharmacy Services Corp., Apr. 29, 1993, Kansas City, MO.

290. "Why Is the Federal Government Intervening in the Practice of Pharmacy?" Annual Meeting Minnesota Pharmacists Association, May 2, 1993, Minneapolis, MN.

291. "Health Care Reform and Hospital Pharmacy," Hospital Pharmacy Advisory Board, Glaxo, Inc., May 6, 1993, Washington, DC.

292. "Issues in Health Care Reform and Their Impact on the Pharmaceutical Wholesaler," Healthcare Distributors of America, May 15, 1993, Greenbrier, WV.

293. "Health Care Reform: How Can Hospital Pharmacy Take the Lead?", Illinois Council of Hospital Pharmacists, 18th Annual Meeting, May 17, 1993, Chicago, IL.

294. "Health Care Economics and Unit of Use Packaging," National Symposium on Patient Compliance, Health Compliance Packaging Council, May 18, 1993, Somerset, NJ.

295. "Drug Pricing Fallout from OBRA '90," MediSpan User's Meeting, May 22, 1993, Indianapolis, IN.

296. "Health Care Reform Directions and Implications for Hospital Pharmacy," Allied Pharmacy Management, May 23, 1993, Dallas, TX.

297. "Politics, Pharmacy and Health Care Reform," Upsher-Smith Pharmaceuticals, May 26, 1993, Plymouth, MN.

298. "Reimbursement: How Do We get Paid?," Iowa Pharmacists Association, Jun. 19, 1993, Dubuque, IA.

299. "Economic Implications of Switching Oral Contraceptives from Prescription to Over-the-Counter," Forum on OTC Oral Contraceptives, Kaiser Family Foundation, Jul. 7-9, 1993, Menlo Park, CA.

300. "Role of Generics in the Pharmaceutical Market," Centro Industrial de Laboratorios Farmaceuticos-Argentina, Press Conference, Jul. 20, 1993, Washington, DC.

301. "Health Care Reform: A National Perspective," Wisconsin Pharmacists Association, Aug. 13, 1993, Appleton, WI.

302. "Economic Realities of the Pharmaceutical Market," National Association of Chain Drug Stores, Board Meeting, Aug. 14, 1993, Colorado Springs, CO.

303. "Pharmacy Opportunities in Health Care Systems of the 1990s," Invited Presentation, Health Care Decisions for the 90s Committee, a joint committee of the Kansas House of Representatives and Senate, Aug. 19, 1993, Topeka, KS.

304. "Pharmacy and Cost Containment," Pharmaceutical Economics Workshop, University of British Columbia, Sept. 1, 1993, Vancouver, British Columbia, Canada.

305. "Generics in a Dynamic Global Pharmaceutical Marketplace," Canadian Drug Manufacturers Association, Annual Meeting, Sept. 14, 1993, Toronto, Ontario, Canada.

306. "Pharmacy, Managed Competition, and the Health Care Reform Agenda," Academy of Managed Care Pharmacy, Regional Academy Program, Sept. 18, 1993, Springfield, MA.

307. "Health Care Reform and the Dynamic Pharmaceutical Marketplace," Annual Conference on Pharmacy Benefit Management, Diversified Pharmaceutical Services, Sept. 20, 1993, Minneapolis, MN.

308. "American Health Care Reform and the Value of Pharmacists," Annual Pharmacy Congress, Pharmaceutical Society of Singapore, Sept. 25, 1993, Singapore.

309. "Health Care Reform in the U.S. and Observations About Health Care in Singapore," Invitational Lecture, Pharmaceutical Society of Singapore, Sept. 27, 1993, Singapore.

310. "International Comparison of Pharmaceutical Prices," IBC Technical Services, The 2nd Annual Conference on Pricing and Reimbursement of Pharmaceuticals, Oct. 8, 1993, London, England.

311. "National Health Care Reform and Pharmaceutical Care," 1993 Fall Preceptors Conference, Department of Pharmacy Practice, University of Minnesota, Oct. 16, 1993, Minneapolis, MN.

312. "Managed Health Care -- The Challenge for Community Pharmacy," 12th Annual George S. Maggio Memorial Breakfast, Pharmacists Planning Services, Inc., Oct. 26, 1993, Indianapolis, IN.

313. "Pharmacy Benefit Management Firms: Future Scenarios," National Association of Chain Drug Stores, Board Meeting, Oct. 27, 14, 1993, New York, NY.

314. "Health Care Reform & Pharmacy," Seminar on Pharmacy and Health Care Reform -- 1993, Century Mortar Club, University of Minnesota, Nov. 7, 1993, Bloomington, MN.

315. "The Use of Socio-Economic Data on New Drug Therapies by Health Decision Makers," Symposia Series on the Socio-Economic Aspects of Drug Therapy Innovation, The Rhone-Poulenc Rorer Foundation, Nov. 10, 1993, Antony, France.

316. "Health Care Reform and Hospital Pharmacy," VHA North Central Region, Pharmacy Managers' Meeting, Nov. 17, 1993, Minneapolis, MN.

317. "Evaluation of the Medicaid Drug Rebate Program," Fall Symposium, Medicaid Pharmacy Administrators, Nov. 18, 1993, Research Triangle Park, NC.

318. "Principles of Paying for Pharmaceutical Services," Seminar on Pharmaceutical Remuneration: Paying Pharmacists to Meet Patients' Needs, Pharmacy Practice Research Resource Centre, Royal Pharmaceutical Society of Great Britain, Dec. 2, 1993, London, England.

319. "Managed Competition and the Health-Care Reform Agenda," Mid Year Clinical Meeting, American Society of Hospital Pharmacists, Dec. 6, 1993, Atlanta, GA.

320. "National Health Policy: Focus on Drug Pricing Issues," Mid Year Clinical Meeting, American Society of Hospital Pharmacists, Dec. 7, 1993, Atlanta, GA.

321. "Future of Pharmacy in Health Care," Executive Officers, Jack Eckerd Corporation, Dec. 14, 1993, Clearwater, FL.

322. "Managing Pharmacy in the Health Care Reform Era," Metro Professional Pharmacists Society, Jan. 18, 1994, Minneapolis, MN.

323. "Implications of Pharmaceutical Coverage and Expenditures for U.S. Health Care Reform," statement before Subcommittee on Health and the Environment, Committee on Energy and Commerce, U.S. House of Representatives, Feb. 8, 1994, Washington, DC.

324. "Pharmacy Practice in the Next Ten Years," Keystone Therapeutic Conference, University of Colorado, School of Pharmacy, Feb. 20, 1994, Keystone, CO.

325. "Marketing High-Tech Drugs in the New Pharmaceutical Marketplace," Boulder Series in Managed Care, Synergen Corporation, Feb. 22, 1994, Boulder, CO.

326. "Health Care Reform in Minnesota and Prescription Pricing,"  Glaxo National Accounts Meeting, Mar. 16, 1994, Minneapolis, MN.

327. "Pharmaceutical Price Discrimination: Issues and Evidence," Pharmacists Planning Services, Inc., Mar. 21, 1994, Seattle, WA.

328. "The Changing Pharmaceutical Marketplace and Pricing Patterns," press conference, American Association of Retired Persons, Mar. 24, 1994, Washington, DC.

329. "Prescription Prices -- Are They Competitive?" 39th Annual Ohio Pharmaceutical Seminar on Managed Competition and Pharmaceutical Care: A Challenge for the Profession, Apr. 18, 1994, Columbus, OH.

330. "Pharmaceuticals Under Health Care Reform," statement before the Finance Committee, United States Senate, Apr. 19, 1994, Washington, DC.

331. "The Value of a Pharmaceutical Benefit," Challenges and Opportunities in Prescription Benefit Management Conference, Prescription Network of Kansas, Apr. 21, 1994, Kansas City, MO.

332. "Dynamic Change in the Pharmaceutical Market," National Association of Chain Drug Stores, Annual Meeting, Board of Directors, Apr. 22, 1994, West Palm Beach, FL.

333. "Impact of the Argentinean Pharmaceutical Industry on Consumer Access to Pharmaceuticals," statement before the Health Committee of the Argentinean Congress, May 10, 1994, Buenos Aires, Argentina.

334. "Affordability and Access to Pharmaceuticals," IX Latin American Forum on the Pharmaceutical Industry, Association Latinoamericano de Industria Farmaceuticos, May 12, 1994, San Carlos de Bariloche, Argentina.

335. "Health Care Reform and Hospital Pharmacy," Glaxo's first Annual Midwest Regional Advisory Board for Hospital Pharmacy, May 19, 1994, Chicago, IL.

336. "Implications of the Administration's Health Care Reform Program on Prescription Distribution," Third Annual MediSpan User Meeting, May 20, 1994, Indianapolis, IN.

337. "Contributions of Paul and Addie Catherine Parker to Hospital Pharmacy Residents," Paul F. Parker Seminar, May 20, 1994, Ann Arbor, MI.

338. "Pharmaceutical Pricing and Healthcare Reform Legislation," Public Policy Track, Session Chair, 30th Annual Meeting, Drug Information Association, Jun. 9, 1994.

339. "Restructuring in the Pharmaceutical Marketplace: Impact on Pharmaceutical Pricing," Public Policy Track, Session Chair, 30th Annual Meeting, Drug Information Association, Jun. 9, 1994.

340. "Marketing Your Profession, Your Pharmacy, and Yourself," Rookie Training Camp, Thrifty-White Drug Stores, Inc., Jun. 15, 1994, Forest Lake, MN.

341. "Shaping Pharmacy's Future in Managed Care," Managed Health Care Summit, Medicine Shoppes, Jun. 24, 1994, St. Louis, MO.

342. "Biotechnology, Innovation, Investment, and Public Policy," CA Bioscience and Health Care Reform Conference, University of CA, Jul. 8, 1994, Los Angeles, CA.

343. "Competition and Pricing in the Pharmaceutical Industry," invited presentation to Congressional members and staffers, House of Representatives, U.S. Congress, Aug. 4, 1994, Washington, DC.

344. "Competition and Pricing in the Pharmaceutical Industry," invited presentation to Congressional members and staffers, Senate, U.S. Congress, Aug. 4, 1994, Washington, DC.

345. "Trends in Medicaid Drug Expenditures and Rebates," Western Medicaid Pharmacy Administrators Association, Sept. 30, 1994, Park City, UT.

346. "Vertical Integration Issues in the Pharmaceutical Market," Federal Trade Commission, meeting with Chairman, Commissioners, and staff, Oct. 5, 1994, Washington, DC.

347. "An Evaluation of Medicaid Drug Expenditures under OBRA 90," Wintergreen Research Conference III, Oct. 15, 1994, Wintergreen, VA.

348. "Understanding Expenditure and Distribution Channels in the Pharmaceutical Market," Wintergreen Research Conference III, Oct. 15, 1994, Wintergreen, VA.

349. "Impact of Vertical Integration in the Pharmaceutical Market on Consumers," Federal Trade Commission, meeting with Commissioner and staff, Oct. 24, 1994, Washington, DC.

350. "Medicaid Drug Expenditures Before and After the Rebate Program," American Public Health Association, Annual Meeting, Nov. 1, 1994, Washington, DC.

351. "New Developments in Medicaid Prescription Drug Program," American Public Welfare Association, Annual Meeting, Nov. 2, 1994, Washington, DC.

352. "Basics of Pharmacoeconomics," Cost Effective Medical Care in a Changing Environment Conference (continuing medical education and continuing pharmacy education), Preferred One & PCS Health Systems, Inc., Nov. 4, 1994, St. Paul, MN.

353. "Changes in the Health Care Landscape: Impact on Pharmaceutical Manufacturers and the Pharmaceutical Market," Changes in the Health Care Landscape Workshop, U. S. General Accounting Office, Nov. 14, 1994, Washington DC.

354. "Health Care Reform Issues and the Pharmaceutical Market," National Pharmaceutical Council, Board of Directors Meeting, Nov. 18, 1994, Chantilly, VA.

355. "Drug Pricing and Drug Use by Senior Citizens," Minnesota Senior Federation, Committee of Drug Policy Issues, Nov. 21, 1994, St. Paul, MN.

356. "Emerging Standards for Pharmacoeconomics: Academic Perspectives," American Society of Hospital Pharmacists, Mid-Year Clinical Meeting, Dec. 7, 1994, Miami Beach, FL.

357. "Trends in Pharmacy Reimbursement and the Provision of Pharmacy Services Under the Medicaid Program," American Pharmaceutical Association, press briefing, Jan. 23, 1995, Washington, DC.

358. "Economic Assessment of Market Forces, Regulatory, and Legislative Developments in the Generic Drug Market," National Association of Pharmaceutical Manufacturers, Annual Meeting, Feb. 2, 1995, San Juan, PR.

359. "Multiple Source Drug Products and Their Future Role," National Pharmaceutical Alliance, Mar. 3, 1995, Phoenix, AZ.

360. "Impact of Health Care Reform on Nuclear Pharmacy," American Pharmaceutical Association, Academy of Pharmacy Practice Management, Section on Nuclear Pharmacy, Annual Meeting, Mar. 20, 1995, Orlando, FL.

361. "The Role of National Drug Policy in Managing Pharmaceutical Utilization and Expenditures," International Workshop on Pharmacoepidemiology and Pharmacoeconomics for the Implementation of National Drug Policy, Ministry of University Affairs, Apr. 17, 1995, Thailand, Chiang Mai, Thailand.

362. "Effects of a National Health Insurance Scheme on Pharmacy," International Workshop on Pharmacoepidemiology and Pharmacoeconomics for the Implementation of National Drug Policy, Ministry of University Affairs, Apr. 19, 1995, Chiang Mai, Thailand.

363. "Basic Principles of Pharmacoeconomics," International Workshop on Pharmacoepidemiology and Pharmacoeconomics for the Implementation of National Drug Policy, Ministry of University Affairs, Apr. 19, 1995, Chiang Mai, Thailand.

364. "From Medicaid to Managed Care--The Impact on Pharmacy," Minnesota Health Care Update, Glaxo Regional Sales Meeting, Apr. 25, 1995, Bloomington, MN.

365. "America's Health Care System:  Who's in Control?  Consolidation in the Drug Industry," A Conference on the Dangers of Health Industry Consolidation and Corporatization and the Affect on Quality, Access, and Cost, Citizens Fund, May 10, 1995, Washington, DC.

366. "Evaluation of the Medicaid Drug Rebate Program," Open Seminar, Health Care Financing Administration, Jun. 7, 1995, Baltimore, MD.

367. "Impact of the Medicaid Drug Rebate Program on Access, Utilization and Expenditures," Office of Research and Development, Health Care Financing Administration, Jun. 7, 1995, Baltimore, MD.

368. "Formularies, Rebates, Generic and Therapeutic Substitution, and Reference Pricing," 4th International Symposium on Drug Development: Utilization and Costs of Medications, Faculty of Pharmacy, University of Montreal, Jun. 13, 1995 Montreal, Quebec, Canada.

369. "Legal, Regulatory, and Professional Aspects of Pharmacy Incentive Programs," 1996 NACDS Pharmacy Conference, Aug. 25, 1995, Chicago, IL.

370. "Pharmacoeconomics and Public Policy Issues Related to Immunotherapy", International Congress on New Immunosuppresive Drugs, Aug. 28, 1995, Minneapolis, MN.

371. "Insurers Should Cover Medically Valid Off-Label Uses of Pharmaceuticals," Clinical Economics '95, Leonard Davis Institute, University of Pennsylvania, Sept. 13, 1995, Boston, MA.

372. "Vertical Integration of Manufacturers & PBMs," MediSpan Annual Users Conference, Sept. 27, 1995, Indianapolis, IN.

373. "PriceChek PC: Advanced Applications," MediSpan Annual Users Conference, Sept. 28, 1995, Indianapolis, IN.

374. "Horizontal Mergers in the Pharmaceutical Market," Century Mortar Club Annual Management Conference, Jan. 13, 1996, Minneapolis, MN.

375. "The Role of Pharmacy in the Health Care System," South African Symposium on Pharmaceutical Care, Feb. 27, 1996, Johannesburg, South Africa.

376. "The Effect of Health Care Reform on An Academic Health Center," Marilyn K. Speedie and Stephen W. Schondelmeyer, Council of Deans, American Association of Colleges of Pharmacy, Feb. 29, 1996.

377. "Research in Pharmacoeconomics and Public Policy," Research Seminar, School of Pharmacy, University of Pittsburgh, Mar. 28, 1996, Pittsburgh, PA.

378. "Restructuring an Academic Health Center," Wintergreen Research Conference IV, Center on Drugs and Public Policy, University of Maryland, May 5, 1996, Wintergreen, VA.

379. "Approaches to the Evaluation of Bill C-91 and Its Impact on Canadians," Canadian Drug Manufacturers Association, May 24, 1996, Toronto, Canada.

380. "PBMs: Who's Managing What for Whom?" Public Policy Track: PBMs: What Have We Learned Since Merck-Medco? Drug Information Association, 32nd Annual Meeting, Jun. 10, 1996, San Diego, CA.

381. "Situation and Perspectives on Spanish Hospital Pharmacy: Comparison with the U.S.," Sociedad Espanola de Farmacia Hospitalaria, Symposium on the Future of Hospital Pharmacyx, Jun. 22, 1996, Santiago de Compostello, Spain.

382. "Pharmacoeconomics and Pharmaceutical Care," Universidad de Santiago, Jun. 24, 1996, , Santiago de Compostello, Spain.

383. "Economic Situation of Community Pharmacy: U.S.and Spain," FEFE Conference (Federacion Espanola de Farmaceuticos Empressarios) [i.e, Spanish Federation of Community Pharmacy Owners], Jun. 26, 1996, Madrid, Spain.

384. "Pharmaceutical Care, Disease State Management, and Restructuring the Global Pharmaceutical Market," Symposium for Lilly researchers and executives, Lilly Espana, Jun. 28, 1996, Madrid, Spain.

385. "Generic Pharmaceutical Use in Venezuela," Venezuelan Pharmaceutical Manufacturers, Sept. 20, 1996, Caracas, Venezuela.

386. "The Coming Millennium: Pharmaceuticals in the Year 2000," National Pharmaceutical Alliance, Fall Seminar, Oct. 7, 1996, Nashville, TN.

387. "Changes in Academic Health Sciences Centers: Minnesota Case Study," 1997 VA Conference, Department of Veterans Affairs and the University of Tennessee, Jan. 12, 1997, Memphis, TN.

388. "The Cost of Bill C-91 to Canadians: Part Deux," Conference on A Question of Balance, Canadian Drug Manufacturers Association, Jan. 30, 1997, Montreal, Quebec, Canada.

389. "Generic Medicines in Venezuela: Realities and Perspectives of Production, Distribution, and Consumption," Invitational Conference sponsored by the Venezuelan Minister of Health and Social Assistance with the Fundacion Elias Morris Curiel, Mar. 3, 1997, Caracas, Venezuela.

390. "Pharmacoeconomics: State of the Art and Future Directions," 98th Annual Meeting, American Society of Clinical Pharmacology and Therapeutics, Mar. 7, 1997, San Diego, CA.

391. "Who Pays for Health Care?" 1997 Ethics Conference, North Dakota State University, Mar. 18, 1997, Fargo, ND.

392. "Research and Public Policy Issues in Pharmacoeconomics," Invited Faculty and Research Seminar, University of Saskatchewan, Mar. 24, 1997, Saskatoon, Saskatchewan, Canada.

393. "Pharmacoeconomics: State of the Art and Practice," Invited Seminar for Professional Students, University of Saskatchewan, Mar. 24, 1997, Saskatoon, Saskatchewan, Canada.

394. "Documenting Patient Outcomes: A New Role for Pharmacists on the Health Care Team," Tenth Annual Food Marketing Institute, Supermarket Pharmacy Conference, Apr. 21, 1997, New Orleans, LA.

395. "Shaping the Future: Making Your Vision a Reality," National Association of Chain Drug Stores, Board of Director's Meeting, Apr. 25, 1997, West Palm Beach, FL.

396. "Rx Case Solutions," Georgia Pharmacists Association, NCPA Conference, May 19, 1997, Atlanta, GA.

397. "Collecting Outcomes Data To Obtain a Bigger Piece of the Health Care Dollar Pie," Metropolitan Pharmacists Association, May 20, 1997, Minneapolis, MN.

398. "Shaping the Future:  Making Your Vision a Reality," Coalition of American Pharmacies, July 21, 1997, Dallas, TX.

399. "Pharmacoeconomic Assessment of Cardiovascular Disease," Roundtable, Quality Research Services, Inc., August 1, 1997, Oak Brook, IL.

400. "The Minnesota Pharmaceutical Care Project Experience," Robert J. Cipolle and Stephen W. Schondelmeyer, Century Mortar Club Management Seminar, September 20, 1997, Minneapolis, MN.

401. "Current Status and Future Policy for New Drug Development," Bureau of Pharmaceutical Affairs, Ministry of Health and Welfare, Republic of South Korea, September 29, 1997, Seoul, Korea.

402. "Issues Relate to Current Drug Pricing System," Korean Institute for Health and Social Affairs, September 29, 1997, Seoul, Korea.

403. "Drug Pricing and National Medical Insurance Systems," Korean Pharmaceutical Manufacturers Association, September 29, 1997, Seoul, Korea.

404. "Trends in Worldwide Pharmaceutical Market," Seminar, Korean Drug Research Association, September 30, 1997, Seoul, Korea.

405. "Pharmaceutical Competition, R&D and Profits," Seminar, Korean Drug Research Associaiton, September 30, 1997, Seoul, Korea.

406. "Coverage & Expenditures for Prescription Drugs Under a National Health System," Korean National Medical Insurance Corporation, October 1, 1997, Seoul, Korea.

407. "HIV Drug Expenditures and Financing," Invitational Workshop, George Washington University, October 9, 1997, Washington, DC.

408. "Transfer Pricing and Multi-national Drug Distribution," Seminar, Economics Office, Internal Revenue Service, October 9, 1997, Washington, DC.

409. "Scanning and Shaping Your Professional Practice Environment," 30th Annual Seminar in Pharmacy Practice, College of Pharmacy, University of Toledo, October 17, 1997, Toledo, OH.

410. "International Lessons for Consideration in Canada:  Pharmaceutical Benefits," National Conference on Pharmacare, Advocate Institute, November 5, 1997, Ottawa, Canada.

411. "Gestion de la Prestacion Farmaceutica: la Experiencia de los Estados Unidos de Norteamerica" ["Pharmaceutical Benefit Management:  Experience in the U.S.], Pharmacoeconomic Roundtable, Cooperative de Consumo Entidades Medicas del Interior, November 29, 1997, Montevideo, Uruguay.

412. "Impacto de la Nueva Ley de Patentes Uruguaya en el Costo y Calidad de los Medicamentos" ["Impact of the New Uruguay Patent Laws on the Cost and Quality of Medications], Pharmacoeconomic Roundtable, Cooperative de Consumo Entidades Medicas del Interior, November 29, 1997, Montevideo, Uruguay.

413. "Economic Re-Forecast of the Pharmaceutical Market," National Council of Prescription Drug Programs, March 3, 1998, Scottsdale, AZ.

414. "New Perspectives on Technology in the Pharmaceutical Market," Grand Opening of new facility, Hosokawa Micron Powder Systems, May 19, 1998, Morristown, NJ.

415. "Pharmaceutical Benefits That Benefit Patients," Blue Cross Blue Shield of Michigan, June 1, 1998, East Lansing, MI.

416. "Role of Generics in the World Pharmaceutical Market," 1st Annual Conference, International Generic Pharmaceutical Association, June 4, 1998, Rome, Italy.

417. "Health Care Costs Due to Intellectual Property Extensions," 1st Annual Conference, International Generic Pharmaceutical Association, June 4, 1998, Rome, Italy.

418. "Public Protection Issues: Prescription and OTC Drug Advertising, Marketing & Pricing Practices," State of Minnesota, Attorney General, Continuing Education Program on Consumer Health Law Issues, June 19, 1998, St. Paul, MN.

419. "Implementation of a Sandwich Graduate Program in Pharmacy Administration Between U.S. and Thai Universities," Thai – U.S. Consortium Meeting, June 25, 1998, Chiang Mai, Thailand.

420. "Price Differentials Between Thai and U.S. Drug Products," Thailand Food & Drug Administration, June 29, 1998, Bangkok, Thailand.

421. "Access to Pharmaceuticals and the Economic Crisis," Thailand Food & Drug Administration, June 29, 1998, Bangkok, Thailand.

422. "Pharmacoeconomics and Pharmaceutical Pricing," National Defense Medical Center, Taiwan, July 2, 1998, Taipei, Taiwan.

423. "Sources of Growth in Prescription Drug Expenditures," National Bureau of Health Insurance, Taiwan, July 2, 1998, Taipei, Taiwan.

424. "Evaluating Pharmacy Service and Quality," Century Mortar Club Management Seminar, University of Minnesota, September 19, 1998, Minneapolis, MN.

425. "Impact Economia de la Atencion Farmaceutica" [Economic Impact of Pharmaceutical Care], Pharmaceutical Care Workshop, Pharmacists Association of Madrid, October 5, 1998, Madrid, Spain.

426. "Sistema Sanitario y Atencion Farmaceutico" [Health Care System and Pharmaceutical Care,], Joint Conference of the Pharmacists Association of Madrid and Spanish Minister of Health, October 6, 1998, Madrid, Spain.

427. "Benefits and Costs of Pharmaceutical Care," Faculty Seminar, Madrid College of Pharmacy, October 7, 1998, Madrid, Spain.

428. "Pharmaceutical Benefits That Benefit Patients," Fairview Physician Associates, Medication Management Seminar, October 13, 1998, Edina, MN.

429. "Prescription Drug Needs and Expenditures of the Elderly," Seminar, United Health Care, October 14, 1998, Minnetonka, MN.

430. "The FDA & Its Role in Providing Access to Prescription Drugs," Congressional Hearing sponsored by Senator Paul Wellstone and Representative Gil Gutknecht, Shoreview Community Center, October 27, 1998, Shoreview, MN.

431. "Impacto de un Mercado de Genericos Intercambiales" [Impact of An Interchangeable Generic Drug Market], 1st International Meeting on Interchangeable Generic Drugs, Consejo de Salubridad General y Facultad de Medicina, Universidad Nacional Autonoma de Mexico, October 29, 1998, Mexico City, Mexico.

432. "Prescription Drug Trends in Use and Expenditures," Seminar, ExpressScipts Rx, November 17, 1998, Plymouth, MN

433. "Development of a Graduate Program in Social & Administrative Pharmacy," Seminar, Chulalongkorn University, December 1, 1998, Bangkok, Thailand.

434. "National Health Insurance in Taiwan:  Drug access & Expenditures," Taiwan Bureau of National Health Insurance, December 4, 1998, Taipei, Taiwan.

435. "Pharmacoeconomic Considerations in the Vitamin D Analog Market," Vitamin D Analog Focus Group Meeting, Bone Care International, Inc., December 16, 1998, Scottsdale, AZ.

436. "Pricing and Reimbursement in the Vitamin D Analog Market," Seminar, Bone Care International, Janury 11, 1999, Madison, WI.

437. "Analysis of the CBO Study: How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry," Annual Meeting, National Association of Pharmaceutical Manufacturers, February 1, 1999, San Juan, Puerto Rico.

438. "Is There a Role for the Federal Government in Overseeing the Price of Pharmaceuticals?" Pharmaceutical Pricing and Reimbursement Workshop, Drug Information Association, April 16, 1999, Washington, DC.

439. "Medicare & Prescription Drugs: What Can You Expect in the Future," Senior Citizen Meetings with Senator Paul Wellstone, July 6, 1999, (3 separate meetings) Duluth, MN; Moorehead, MN; and Alexandria, MN.

440. "Ethical Dilemmas in Pharmacy," Faculty of Pharmacy Seminar, Potchefstroom University, July 26, 1999, Potchefstroom, South Africa.

441. "Healing Y the Bible," Faculty of Economics Seminar, Potchefstroom University, July 27, 1999, Potchefstroom, South Africa.

442. "Pharmaceconomics, Disease Management, DUR, and Managed Pharmaceutical Care:  Ethical Issues," Pharmacy Practice Faculty Seminar, Potchefstroom University, July 28, 1999, Potchefstroom, South Africa.

443. "Academic Integrity, Professionalism, and Ethical Responsibility," Faculty of Pharmacy Seminar, Potchefstroom University, July 28, 1999, Potchefstroom, South Africa.

444. "Academic Integrity, Professionalism, and Ethical Responsibility," Pharmacy Students Association Seminar, Potchefstroom University, July 28, 1999, Potchefstroom, South Africa.

445. "Ethical Dilemmas in Pharmacy," Pharmacy Student Lecture, Potchefstroom University, July 29, 1999, Potchefstroom, South Africa.

446. "Healing & the Bible," Faculty of Theology Seminar, Potchefstroom University, July 29, 1999, Potchefstroom, South Africa.

447. "Healing & the Bible," Pharmacy Student Lecture, Potchefstroom University, July 30, 1999, Potchefstroom, South Africa.

448. "Perspectives on Health Care Needs and Work Force in Third World Countries," Faculty of Health Sciences, Strategic Planning Workshop, Potchefstroom University, July 30, 1999, Potchefstroom, South Africa.

449. "Pharmaceutical Care in the Third World—Policy and Ethics," Pharmacy Practice Seminar, Potchefstroom University, August 2, 1999, Potchefstroom, South Africa.

450. "Ethical Issues in Pharmaceutical Education & Pharmaceutical Care," Pharmacy Practice Seminar, Potchefstroom University, August 2, 1999, Potchefstroom, South Africa.

451. "Access to Pharmaceuticals in Developing Countries," Seminar at Prime Cure Clinics, August 3, 1999, Tsembisa, South Africa.

452. "Pharmaceutical Economic Trends and Development," Industry Seminar, August 4, 1999, Johannesburg, South Africa.

*Curriculum Vita*                              67                    *Stephen W. Schondelmeyer*

453. "Healing & the Bible," Faculty of Theology, Vaal Triangle Campus, Potchefstroom University, August 5, 1999, Vaal Triangle Campus, South Africa.

454. "Pharmacoeconomics:  Access & Affordability Issues," Pharmacy Student Lecture, Potchefstroom University, August 10, 1999, Potchefstroom, South Africa.

455. "HIV and AIDS Therapy as a Pharmacist and as a Christian," Faculty of Nursing Seminar, Potchefstroom University, August 10, July 1999, Potchefstroom, South Africa.

456. "Development of Pharmaceutical Economics Methodologies," Pharmacy Practice Workshop, Potchefstroom University, August 11, 1999, Potchefstroom, South Africa.

457. "Ethical Dilemmas in Pharmacy," Faculty of Pharmacy Seminar, Potchefstroom University, August 11, 1999, Potchefstroom, South Africa.

458. ""HIV-Related Pharmaceuticals in the U.S. Market: Expenditures, Channels of Distribution, and Prescribing Trends," Staff Seminar, Henry J. Kaiser Family Foundation, November 9, 1999, Menlo Park, CA.

459. "Drug Pricing and Discount Programs: Where Are We Headed?," Public Hospital Pharmacy Coalition, Mid-Year Meeting, American Society of Health System Pharmacists, December 5, 1999, Orlando, FL.

460. "Trends in Pharmaceutical Costs & Utilization:  What Can We Afford?  How Do We Decide?" User Liaison Program, Agency for Health Care Policy & Research, U.S. Dept. of Health & Human Services, January 10, 2000, Atlanta, GA.

461. "Impact of Generic Pharmaceuticals on U.S. Health Care Expenditures," Annual Meeting, National Association of Pharmaceutical Manufacturers, January 31, 2000, Rio Grande, Puerto Rico.

462. "Drug Pricing: How Does It Work?"  International Health Issue Group Meeting, Interfaith Center on Corporate Responsibility, February 10, 2000, New York, NY.

463. "State Legislation and Prescription Drug Access for Seniors," Health Action Committee, Minnesota Senior Federation, February 25, 2000, St. Paul, MN.

464. "Economics of Pharmaceutical Care," 1st International Meeting on Pharmaceutical Care, Colegio Oficial de Farmaceuticos de Madrid and the Peters Institute of Pharmaceutical Care—University of Minnesota, March 24, 2000, Madrid, Spain.

465. "Why Are Pharmacy Costs Rising?" Open Conference Call Seminar, User Liaison Program, Agency for Health Care Policy & Research, U.S. Dept. of Health & Human Services, March 28, 2000, Rockville, MD.

466. "Pharmacy Debate: Why Are Prescription Expenditures Rising So Much?" Health Care & Actuarial Symposium, Milliman & Robertson, April 11, 2000, Orlando, FL.

467. "Pipeline Pharmaceuticals: Assessing the Trends," Health Insurance Association of America Symposium, National Press Club, April 13, 2000, Washington, DC.

468. "Pipeline Pharmaceuticals:  Assessing the Trends," Health Insurance Association of America Symposium, April 14, 2000, New York, NY.

469. "Meeting the Drug Therapy Needs of the Elderly:  Economic & Public Policy Issues," Aging in the New Millennium Symposium, Geriatric Research, Education & Clinical Center, VA Medical Center, April 18, 2000, Minneapolis, MN.

470. "Prescription Drugs and Access," Brown Bag Seminar, Families USA, May 1, 2000, Washington, DC.

471. "Prescription Drug Dialogue," 25th Annual Convention, Minnesota Senior Federation, May 24, 2000, Duluth, MN.

472. "Medicaid Drug Rebate Program: Experience and Future Directions," Health Legislation Work Group, National Governors' Association, May 1, 2000, Washington, DC.

473. "Pharmaceuticals:  How Can Regulation Cut Costs?" Summer Meeting, National Conference of Insurance Legislators, July 8, 2000, Burlington, VT.

474. "Costs and Coverage of Prescription Drugs," State Issues Forum, 2000 National Conference of State Legislators, July 17, 2000, Chicago, IL.

475. "Collaborative Research Opportunities Between Thailand and the United States," Seminar for Graduate Faculty in Social and Administrative Pharmacy, Faculty of Pharmaceutical Sciences, Chulalongkorn University, July 26, 2000, Bangkok, Thailand.

476. "The Concept of Pharmaceutical Care and Its Impact on the U.S. Health Care System," Tenth Year Establishment Anniversary, Faculty of Pharmaceutical Sciences, Naresuan University, July 27, 2000, Phitsanulok, Thailand.

477. "Pharmaceutical Care and Its Application in a Hospital Setting," Department of Pharmacy Seminar, Lampang Hospital, July 28, 2000, Lampang, Thailand.

478. "Global Perspectives of the Pharmaceutical Market and the Profession of Pharmacy," Seminar for the Departments of Community Pharmacy and Pharmacy Administration, Chiang Mai University, July 31, 2000, Chiang Mai, Thailand.

479. "Philosophy and Objectives of Post-Graduate Study in Social and Administrative Pharmacy," Faculty Seminar, Faculty of Pharmaceutical Sciences, Khon Kaen University, August 1, 2000, Khon Kaen, Thailand.

480. "Global Perspectives of the Pharmaceutical Market and the Profession of Pharmacy," Faculty Seminar, Faculty of Pharmaceutical Sciences, Khon Kaen University, August 2, 2000, Khon Kaen, Thailand.

481. "Internationalization of Social and Administrative Sciences and Potential for Academic Cooperation," Faculty Seminar, Faculty of Pharmaceutical Sciences, Khon Kaen University, August 2, 2000, Khon Kaen, Thailand.

482. "What's in the Federal / Legal Medicine Cabinet?" 13th Annual State Health Policy Conference, National Academy for State Health Policy, August 6, 2000, Minneapolis, MN.

483. "Average Wholesale Price and Pharmacy Reimbursement," Executive Seminar, Upsher-Smith Laboratories, Inc., August 25, 2000, Minneapolis, MN.

484. "Prescription Drug Prices," The Rotary Club of Minneapolis, September 15, 2000, Minneapolis, MN.

485. "Pharmaceutical Expenditures Under State Medical Assistance Programs," Pharmacy Technical Advisory Group, American Public Human Services Association, September 28. 2000, Washington, DC.

486. "Pharmacy Expenditures: Budgeting for the New Millennium," Joint Program of National Academy for State Health Policy and the Western Medicaid Pharmacy Administrators Association, October 4, 2000, San Antonio, TX.

487. "Prescription for Action:  What's the Problem?" Midwest Conference, United Senior Action, October 24, 2000, Indianapolis, IN.

488. "Pharmaceutical Outcomes and the Elderly," Century Mortar Club Management Seminar, October 28, 2000, Minneapolis, MN.

489. "A New Business Model for Senior Drug and Discount Programs," Iowa Rx Cooperative Work Group, State of Iowa, November 10, 2000, Des Moines, IA.

490. "Pursuing A Passion: Practical Pointers from Paul F. Parker," Paul F. Parker Award Luncheon, University of Kentucky, American Society of Health Systems Pharmacists, December 5, 2000, Las Vegas, NV.

491. "Rational Management of Pharmaceutical Costs: Outcomes & the Elderly," An Invitational Conference sponsored by the Iowa Pharmacy Association and Wellmark Blue Cross and Blue Shield of Iowa, December 14, 2000, Des Moines, IA.

492. "Regulating Pharmaceutical Costs: Is It Good Policy?" American Medical Association, 27th Annual State Health Legislation Meeting, January 4, 2001, La Quinta, CA.

493. "Prescription Drugs: Demystifying the Industry," Health Action 2001, Families USA, January 27, 2001, Washington, DC.

494. "New Approaches in State Drug Assistance Programs," Wisconsin Family Impact Seminar, University of Wisconsin, March 1, 2001, Madison, WI.

495. "Legislative Reform on the Rising Cost of Prescription Drugs," 13th National Managed Health Care Congress, March 19, 2001, Atlanta, GA.

496. "Lunch and Drugs – How Can I Afford Both? Practical Approaches to Help the Elderly With Affordable Drug Therapy," Geriatrics for the Primary Care Provider Symposium, Geriatric Research, Education & Clinical Center, VA Medical Center, April 30, 2001, Minneapolis, MN.

497. "Science, Politics, and Money: What Would It Take to Bring Microbicides to Market?" Briefing Series for Journalists, Emerging Issues in Reproductive Health, The Henry J. Kaiser Family Foundation, May 4, 2001, New York, NY.

498. "Pharmaceutical Expenditure Trends and Policy Implications," Staff Seminar, American Society of Health System Pharmacists, May 30, 2001, Bethesda, MD.

499. "Current Pharmacy Actuarial Issues," Educational Meeting, Twin Cities Actuarial Club, June 5, 2001, Ham Lake, MN.

500. "The State of Community Pharmacy: Challenges & Opportunities for the Future," Keynote Address, Annual Meeting, Medicap Pharmacy, June 15, 2001, Des Moines, IA.

501. "The Future of Pharmacy & Drug Expenditures," Board of Directors Strategic Planning Session, Health Partners, June 27, 2001, Bloomington, MN.

502. "Do Drug Discount Programs Work?" Executive Board Meeting, Minnesota Senior Federation, July 9, 2001, St. Paul, MN.

503. "Access to Prescription Drugs: State and Federal Issues," Bureau of State Government Affaris, American Osteopathic Association, July 12, 2001, Chicago, IL.

504. "Prescription Drug Coverage & Access," Policy Strategy Session, Medicare Justice Coalition, Minnesota Senior Federation, July 17, 2001, Minneapolis, MN.

505. "Prescription Drugs: How Can I Afford Them?" Keynote Address, 23 Annual New Mexico Conference on Aging, August 22, 2001, Glorieta, NM.

506. "Medicaid Prescription Drug Expenditure Trends and Strategies for Their Management," Open Conference Call Presentation (due to Sept. 11, 2001 tragedy), Affiliated State Association Meeting, American Pharmaceutical Association, September 22, 2001, Minneapolis, MN.

507. "Access To Prescription Drugs for Seniors & Others," Public Policy Forum on Prescription Drugs, St. Mary's Hospital Medical Center, Legislative Task Force, October 12, 2001, Green Bay, WI.

508. "Prescription Drugs:  Expenditures Trends and Recent State Initiatives," National Association of State Medicaid Directors, October 16, 2001, Washington, DC.

509. "Recent Developments and Trends in Pharmaceutical Pricing and Marketing," Northeast Legislative Association on Prescription Drug Prices, October 19, 2001, Montpelier, VT.

510. "Medicare Prescription Drugs: Where Do We Go From Here?" Medicare Prescription Drug Issues Workshop, American Public Health Association, October 21, 2001, Atlanta, GA.

511. "Pharmacy Benefit Options & Future Directions," Strategic Planning Seminar, Pharmacy Affairs Committee, Blue Cross Blue Shield of Michigan, October 22, 2001, Southfield, MI.

512. "Medicaid Drug Expenditure Management:  Pharmacy's Perspective," Northwest State Pharmaceutical Association Executives, October 27, 2001, Boise, ID.

513. "Allocating Resources: Osteoporosis," Meeting the Challenge of Aging Seminar, University of Minnesota, November 3, 2001, Minneapolis, MN.

514. "Pharmaceutical Costs and Potential Solutions," North Central Medical Conference, November 3, 2001, Minneapolis, MN.

515. "Pharmacists and the Chilean Pharmaceutical Market," Seminar, SOFOFA (Chilean Society of Pharmacists), November 19, 2001, Santiago, Chile.

516. "Protecting Patients & Protecting Patents," Conference on the Chilean Pharmaceutical Market and Intellectual Property Rights, CILFA, November 20, 2001, Santiago, Chile.

517. "Purchasing Pharmacy Services: Purchasing What and From Whom?" CHCS Purchasing Institute, Center for Health Care Strategies, December 3, 2001, Berkeley, CA.

518. "De-Mystifying the Drug Industry," Plenary Session, Health Action 2002, National Grassroots Meeting, Families USA, January 18, 2002, Washington, DC.

519. "PRIME Institute and Pharmacy," Board of Directors, Minnesota Pharmacists Association, January 30, 2002, Minneapolis, MN.

520. "The State's Role in Prescription Drug Coverage," National Lieutenant Governors' Association, February 9, 2002, Washington, DC.

521. "Rx Expenditures and Patient Access," Graduate Program Seminar, College of Pharmacy, Ohio State University, February 19, 2002, Columbus, OH.

522. "Private Sector Strategies and Trends in Controlling Drug Costs: A National Perspective," Quarterly Educational Meeting, Northwest Medical Directors and Pharmacy Benefit Managers, February 22, 2002, Seattle, WA.

523. "Public Sector Strategies and Trends in Controlling Drug Costs: A National Perspective," Quarterly Educational Meeting, Northwest Medical Directors and Pharmacy Benefit Managers, February 22, 2002, Seattle, WA.

524. "Issues in Pharmacoeconomics & Drug Development," Workshop on Pharmacogenomics: The Legal, Ethical, & Clinical Challenges, sponsored by Consortium on Law and Values in Health, Environment & the Life Sciences, University of Minnesota, February 26, 2002, Minneapolis, MN.

525. "Rising Expenditures for Pharmaceuticals," Board of Directors Meeting, American Society of Health System Pharmacists, April 18, 2002, Bethesda, MD.

526. "Market Exclusivity & Access to Pharmaceutical Products: 1980-2001," Blue Cross Blue Shield Association Forum, Innovative Approaches to Improve Generic Drug Access, April 25, 2002, Washington, DC.

527. "Evaluating New Medicines: The Cost Side of Cost-Effectiveness," Conference on New & Old Drugs: Best Choices, Park Nicollet Institute, May 2, 2002, Bloomington, MN.

528. "Prescription Drugs:  Innovation in Access," Midwest Senior Coalition, Midwest Academy Training, May 28, 2002, Madison, WI.

529. "Medicaid Pharmaceutical Expenditure Trends: Sources of Growth," Managed Health Care Solutions Forum, Center for Health Care Strategies, June 17, 2002, Washington, DC.

530. "Prescription Drugs: Prices & Medicare," EPhECT Community Teacher Luncheon, College of Pharmacy, University of Minnesota, August 21, 2002, Roseville, MN.

531. "State Medicaid Drug Expenditure Crisis:  What Can Be Done?" National Association of State Pharmaceutical Association Executives and American Pharmaceutical Association, September 22, 2002, Washington, DC.

532. "Pharmacoeconomics:  The U.S. Experience," Executive Roundtable on Pharmaceuticals, Institute of the Americas, October 2, 2002, Santiago, Chile.

533. "Prescription Drugs, Prices and Medicare," University Women's Association, November 11, 2002, Owatanna, MN.

534. "Medicaid Pharmaceutical Expenditure Trends:  Sources of Growth," Legislative Conference, National Association of Chain Drug Stores, November 15, 2002, Orlando, FL.

535. "Rising Expenditures for Pharmaceuticals: Public Policy and Pharmacy Practice Implications," Mid-Year Clinical Meeting, American Society of Health System Pharmacists, December 10, 2002, Atlanta, GA.

536. "A Hard Look at Prescription Drugs," Mary Hanson Show (a local access television program focusing on health care issues), January 6, 2003, Minneapolis, MN

537. "Pharmacoeconomics & Pharmacy," 2003 Annual Mid-Winter Convention, Pharmaceutical Society of the State of New York, January 10, 2003, Albany, NY.

538. "Economics Issues Facing Pharmacy Owners," 2003 Annual Mid-Winter Convention, Pharmaceutical Society of the State of New York, January 11, 2003, Albany, NY.

539. "Rural Pharmacy Issues:  Overview of the Market," Rural Pharmacy Issues Meeting, National Rural Health Association and Office of Rural Health Policy, U.S. Dept. of Health & Human Services, January 15, 2003, Washington, DC.

540. "Prescription Drugs: Prices & Medicare," St. Paul Men's Jewish League, February 3, 2003, St. Paul, MN.

541. "Legislative Update:  Understanding All Sides of the Pharmacy Benefits Debate and How It Will Impact Your Organization," 15th Annual National Managed Health Care Congress, March 20, 2003, Washington, DC.

*Curriculum Vita*                      72                      *Stephen W. Schondelmeyer*

542. "Economic Factors Affecting Therapeutically Equivalent Biologics," Conference on Exploring the Pathway to Generic Biologics, National Organization for Rare Diseases, March 19, 2003, Washington, DC.

543. "Drug Prices & Public Policy," Red Wing Chapter, University of Minnesota Alumni Association, April 10, 2003, Red Wing, MN.

**Recent Expert Witness Activities of**
**Stephen W. Schondelmeyer***

| Date | Parties | Case # | Jurisdiction | Issue |
|------|---------|--------|--------------|-------|
| | | | | |
| | | | | |
| 1985 | McNeil v Bristol Myers Squibb | | U.S. District Court, New York | Tylenol advertising case |
| | | | | |
| 1993 | Mylan v. American Home | | | Failure to provide best efforts in marketing a licensed product |
| | | | | |
| 1995 | Brand Name Prescription Drugs Antitrust Litigation | Case No.: Master File, No. 94 C 897, MDL No. 997 | U.S. District Court, Chicago | Antitrust action against brand name durg firms for price discrimination |
| | | | | |
| 1995 | Idaho Pharmacists v BCBS of Idaho | | Idaho State Court | |
| | | | | |
| Aug-97 | American Drug Stores v Harvard Pilgrim Health Care, Inc. | | Massachusetts State Court | Economic impact of change in method and amount of pharmacist payment |
| | | | | |
| Aug-97 | People v Levine et al | Case No. BA108860 | Los Angeles District Court | Economic impact of pharmacist overbilling to workers compensation |
| | | | | |
| Jan-98 | Synthroid Marketing Litigation | No. 97 C 6017, MDL No. 1182 | U.S. District Court for the Northern District of Illinois, Eastern Division | Economic impact of delayed generic competition for Synthroid due to barriers |
| | | | | |
| 1998 | (sealed participants) | | Arbitration (AAA) | Economic impact from loss of a generic opportunity due to breach of contract |
| | | | | |
| Jun-98 | Rite Aid of Pa, Inc. v Houstoun (Commonwealth of PA) | 97-CV-2120 | | Determination of cost of dispensing prescriptions in PA Medicaid |
| | | | | |
| Aug-98 | Minnesota v _____ | Docket No. 6786 | State of Minnesota, County of Ramsey,  Tax Court | Interpretation of sales tax exemption on medications |
| | | | | |
| Sep-98 | KV v Copley | | St. Louis, Mo. County Court | Impact of failure to honor a non-compete clause for research personnel |
| | | | | |

**Recent Expert Witness Activities of
Stephen W. Schondelmeyer***

| Date | Parties | Case # | Jurisdiction | Issue |
|------|---------|--------|--------------|-------|
| Dec-98 | MediCap v Zaver | | Tennessee District Court | Assessment of factors related to breach of contract for a pharmacy franchise |
| Jun-99 | Louisiana Wholesale Drug, Inc. v Hoechst Marion Roussell & AndRx | | U.S. District Court, Southern Florida | Class action certification for an antitrust suit related to Cardizem CD and barriers to generic competition |
| Oct-99 | Allenmore, Inc., et al v Dept of Social & Health Services, State of Washington | No. 95-2-00603-2 | Superior Court of Washington County of Thurston | Determination of cost of dispensing prescriptions in WA Medicaid |
| Nov-99 | Louisiana Wholesale Drug, Inc. v Abbott Laboratories | 98-3125-CIV-SEITZ | U.S. District Court, Southern Florida | Class action certification for an antitrust suit related to Hytrin and barriers to generic competition |
| 2000 | FTC v Mylan | | | Antitrust action related to attempt to monopolize the market for lorazepam and other products |
| 2000 | Florida Medicaid v Eckerds | | | Standard of practice related to partial fill situations |
| 2000 | Commonwealth of PA v Dupont Pharm. | | | Class action related to Warfarin false & misleading marketing |
| May-00 | KV v Warner Chilcott | | U.S. District Court, Eastern District of Missouri, St. Louis County, Mo. | Economic impact of false & misleading statements by Warner Chilcott regarding generic alternative products |
| May-00 | Wal-Mart Stores, Inc v Kurt Knickrehm, in his capacity as Director, Arkansas Department of Human Services | Civil Action No. 4:00 CV 00 359 GTE | U.S. District Court for the Eastern District of Arkansas | Arkansas Medicaid proposed regulation to adopt two-tiered Medicaid pharmacy payment rates lacked sufficient rationale or evidence. |

**Recent Expert Witness Activities of
Stephen W. Schondelmeyer***

| Date | Parties | Case # | Jurisdiction | Issue |
|---|---|---|---|---|
| Sep-00 | U.S. Food & Drug Adm. v Wyeth Ayerst | | | Disengorgement of Profits from Non-compliant plant |
| Jan-01 | Public Citizen Health Research Group v National Institutes of Health and Johnson & Johnson | Civil Action No.00-1847 (CKK) | U.S. District Court for the District of Columbia | Release of royalty amounts or rates from NIH technology transfer agreements with private drug or biomedical firms |
| Feb-01 | Cardizem CD Antitrust Litigation | Master File No.99-md-1278 | U.S. District Court, Eastern District of Michigan, Southern Division | Class certification hearing for an antitrust suit related to Cardizem and barriers to generic competition |
| Mar-01 | Roxane Laboratories v Unimed Pharmaceuticals | Case No. C2-00-125 | U.S. District Court, Southern District of Ohio | Damages from termination of a contract for distribution and marketing |
| Mar-01 | KV (Ethex) v HealthPoint, Ltd. | Civil Action No. SA 00 CA 0757 OG | U.S. District Court, Western District of Texas, San Antonio Division | Dispute over marketing claims and impact on market penetration by Ethezyme v. Accuzyme |
| Aug-01 | National Association of Chain Drug Stores, et. al v Tommy G. Thompson, U.S. Dept. HHS | Civil Action No. 01-1554 (PLF) | U.S. District Court, District of Columbia | Economic Impact of US DHHS propsed drug discount card plan |
| Sep-01 | U.S. Food & Drug Adm. v Schering Plough | | | Disengorgement of Profits from Non-compliant plants |
| Jan-02 | BuSpar Antitrust Litigation | MDL Docket No. 1410 Case 01-CV-7951 (JGK) | U.S. District Court, Southern District of New York | Class certification expert report for an antitrust suit related to BuSpar and barriers to generic competition |
| Jul-02 | Duramed Pharmaceuticals, Inc. v Wyeth-Ayerst Laboratories | Civil Action No.C-1-00-735 | U.S. District Court, Southern District of Ohio, Western Division at Cincinnati | Duramed alleges an antitrust violation by Wyeth-Ayerst as through exclusive contracts that kept the competing product out of the market |

## Recent Expert Witness Activities of
## Stephen W. Schondelmeyer*

| Date | Parties | Case # | Jurisdiction | Issue |
|------|---------|--------|--------------|-------|
| Jul-02 | Courtney Litigation:  Georgia Hayes v Courtney Pharmacy, Inc., et al. | Case No.01-CV-218871-01 | Circuit Court of Jackson County, MO as Kansas City | Plaintiff asserts that defendants knew or should have known that Courtney's behavior endangered the health of patients receiving drugs |
| Oct-02 | State of Texas ex rel Ven-A-Care of the Florida Keys, Inc. v Dey, Inc., Roxane Laboratories, Inc., et al. | No. GV002327 | District Court, Travis County, Texas  53rd Judicial District | Plaintiffs allege defendants reported inflated prices that caused the state to overpay for prescription drugs used by Medicaid patients |
| Oct-02 | Estate of Emma Born, et.al. v Beverly Health and Rahabilitation Services, Inc | Court File No.C6-99-10380 | State of Minnesota, District Court,County of Anoka, Tenth Judicial District | Plaintiffs allege defendents (a nursing home firm) over charged residents for prescription drugs and did not notify residents that they had alternative sources for getting Rxs |
| Mar-03 | Cardizem CD Antitrust Litigation | Master File No. 99-MD-1278 Case No. 99-CV-75036 (CVS Meridiean) 99-CV-73735 (Kroger) | U.S. District Court, Eastern District of Michigan, Southern Division | Chain direct purchasers in antitrust suit related to Cardizem and barriers to generic competition |
| Mar-03 | Relafen Antitrust Litigation | Master File No. 01-12239-WGY | U.S. District Court, District of Massachusetts | Class certification expert report for an antitrust suit related to Relafen and barriers to generic competition |
| Aug-03 | Relafen Antitrust Litigation | Master File No. 01-12239-WGY | U.S. District Court, District of Massachusetts | Expert impact report report for an antitrust suit related to Relafen and barriers to generic competition |
| Sep-03 | Pharmaceutical Care Management Association v. State of Maine | No. 03-CV-153-B-W | U.S. District Court, District of Maine | Pharmaceutical market expert for State of Maine defending a state statute intended to make PBMs transparent and accountable. |

*  To the best of my knowledge, the above cases represent all cases in which I was either deposed or
   gave testimony as an expert witness during the past 4 years.

# 5 ABBOTT LABORATORIES

RANK

## Worldwide revenue

| | 1992 | % chg. |
|---|---|---|
| Health care sales | $7,851.9 | 14.2 |
| Group sales | 7,851.9 | 14.2 |

## Costs and expenses

| | 1992 | % chg. |
|---|---|---|
| Cost of sales | $3,505.3 | 11.6 |
| R&D | 772.4 | 15.9 |
| Selling, general, admin. | 1,833.2 | 21.1 |
| Prov. for prod. withdrawal | 215.0 | — |
| TOTAL | 6,325.9 | 18.9 |

## Earnings

| | 1992 | % chg. |
|---|---|---|
| Net earnings | $1,239.1 | 13.8 |
| Net earnings per share | 1.47 | 15.7 |

## Balance sheet data

| | 1992 | % chg. |
|---|---|---|
| Total assets | $6,941.2 | 11.0 |
| Shareholders' equity | 3,347.6 | 4.5 |
| Working capital | 449.2 | (32.1) |

## Sales force*

| | 1992 | % chg. |
|---|---|---|
| Pharm./nutritional | 1,600 | NA |
| Ross Laboratories | 1,090 | NA |
| Hospital | 450 | NA |
| TOTAL | 3,140 | NA |

*The sales force numbers reflect last year's figures; company would not reveal 1992 numbers.
Dollars are in millions, except net earnings per share data.

**U.S. health care marketing units:** Abbott Diagnostics, Abbott Park, Ill.; Abbott Laboratories, Abbott Park, Ill.; Ross Laboratories, Columbus, Ohio

**Results of operations:** Abbott Laboratories achieved record growth in 1992. Global sales were up 14.2% last year, compared with less than 12% growth the year before. The primary factors contributing to the increase were unit growth, net price increases, and new product introductions. Pharmaceutical and nutritional products accounted for more than half of the company's worldwide sales of $7.9 billion. Nearly 62% of Abbott's 1992 revenue was generated in the United States, where sales rose 13.1% to $4.9 billion. International sales for the company showed an increase of 16% over 1991 figures.

In June 1992 Abbott voluntarily withdrew its quinolone anti-infective **Omniflox** from the global market, nearly four months after its U.S. launch. The removal was prompted by reports of serious adverse reactions in patients taking the product. Three deaths also were reported. Costs of the withdrawal led to a pretax charge of $215 million in the second quarter of 1992.

Although earnings were unfavorably affected by the Omniflox withdrawal, sales of Abbott's pharmaceuticals and nutritionals recorded double-digit growth in 1992. This segment of Abbott's business includes adult and pediatric pharmaceutical and nutritional brands, consumer products, agricultural and chemical products, and bulk pharmaceuticals. These sectors rang up $4 billion in 1992 worldwide sales, a 14.6% increase over 1991 figures. About $365 million of that total came from sales of new products, including clarithromycin, a macrolide antibiotic

launched worldwide in late 1991. Abbott licensed clarithromycin from **Taisho Pharmaceutical Co. Ltd.** of Japan. Clarithromycin, brand named **Biaxin** in the United States, generated an estimated $280 million globally in 1992, its first full year of sales. Biaxin brought in about $140 million in the United States, the highest first-year sales total of any oral antibiotic launched in this country. The agent is sold domestically to treat infections of the skin and respiratory tract. A pediatric form of clarithromycin is awaiting approval in the United States and is cleared for marketing in 15 countries. This past May a Food and Drug Administration advisory committee recommended Biaxin for approval to treat Mycobacterium avium complex, an opportunistic infection that commonly attacks AIDS patients.

Abbott's other key pharmaceutical products include the antihypertensive **Hytrin**, the anticonvulsant **Depakote**, and the thrombolytic agent **Abbokinase**. Hytrin achieved 1992 worldwide sales of $190 million, nearly 90% of which came from the U.S. market. The once-a-day alpha blocker is awaiting marketing clearance as a therapy for benign prostatic hyperplasia, or BPH, a common disorder in men older than 50.

The product was recommended for approval by an advisory committee this past March, but still awaits the official nod from the regulatory agency. BPH is an abnormal enlargement of the

prostate that makes urination difficult and uncomfortable. Hytrin was launched as a BPH therapy in Sweden in 1992 and has received approval in 12 other countries for this indication. If given the green light in the United States for prostatic enlargement, Hytrin will compete with **Merck & Co. Inc.**'s **Proscar**, the only pharmaceutical product approved to treat the condition. Both Abbott and Merck are contributing to a study comparing the safety and efficacy of the two compounds in treating BPH. The study is being conducted by the Medical Research Service of the U.S. Department of Veterans Affairs. Hytrin also is being evaluated in a nationwide cost-effectiveness study involving more than 1,500 patients to compare its effectiveness against surgery and other procedures used to manage the disorder.

Sales of the antiepileptic product Depakote totaled $190 million in 1992, $170 million of which were domestic. The product is awaiting marketing approval as a therapy for the manic phase of manic-depressive illness.

The clot-dissolving agent Abbokinase generated total sales of $120 million in 1992, nearly all of which

were U.S. sales. Abbokinase is indicated to treat pulmonary embolism and coronary artery thrombosis. The thrombolytic agent is being compared in clinical studies with surgery as an initial management of acute peripheral arterial occlusion.

Another important product is the **Lupron** line sold by **TAP Pharmaceuticals Inc.**, Abbott's joint venture with **Takeda Chemical Industries Ltd.** of Japan. U.S. sales of Lupron products reached $350 million in 1992. Both Lupron and **Lupron Depot**, a once-a-month dosage form, are indicated for the treatment of pain associated with advanced prostatic cancer. Lupron Depot also is available for the treatment of endometriosis.

Lupron Depot is one of two products that were approved for additional indications in the past year. Lupron Depot was granted clearance in April 1993 to be marketed under the name **Lupron Depot-PED** for the treatment of central precocious puberty. The second product, **Ogen** estrogen replacement therapy, was cleared in November 1992 as a treatment for postmenopausal osteoporosis. Ogen is available to treat certain symptoms of

> I n the absence of any specific proposals by the Clinton administration, it is difficult to assess the final impact of health care reform in the United States.
>
> However, we will ensure that our voice is heard as health reform legislation is developed.
>
> **Duane L. Burnham**
> **Chairman, CEO**

# Abbott's product pipeline

## AWAITING APPROVAL

● **Biaxin** (clarithromycin), sold for the treatment of respiratory tract and skin infections in adults, is awaiting approval for a pediatric form. An application for U.S. marketing clearance of pediatric Biaxin was filed in August 1992. In early May 1993, Biaxin was recommended for approval to treat AIDS patients suffering from Mycobacterium avium complex, or MAC. The Food and Drug Administration still has to approve the drug. Officials at Abbott say the launch of clarithromycin in France as a therapy for MAC and respiratory infections is imminent. Filings for MAC are being prepared for other major international markets. Studies are under way to evaluate the use of the compound in eradicating H. pylori, an organism suspected of playing a part in the formation of duodenal ulcers.

● **Depakote** (divalproex), an existing antiepileptic agent, is awaiting approval as a treatment for manic episodes in association with manic-depressive illness. An NDA for this indication was filed in October 1992. In addition, Depakote is in Phase III clinical trials as a therapy for complex partial seizures.

● **Hytrin** (terazosin), an alpha blocker on the market for treating hypertension, is awaiting marketing clearance for use in relieving the symptoms of benign prostatic hyperplasia, also known as BPH. The agent was recommended for approval by an advisory committee this past March, but has not been yet cleared by the FDA. The NDA was filed late in 1991. The product already has been launched as a BPH therapy in Sweden in 1991. Abbott has scientific approval for the

BPH indication in 12 countries overseas, and registrations submitted in Denmark, Finland, and Norway. The product has been launched in several European countries, including Belgium, Greece, Ireland, Italy, Portugal, and the United Kingdom.

● **Oralet**, a noninvasive drug delivery system, is awaiting marketing clearance in the United States, Canada, and major European markets for use with fentanyl citrate as a premedication for pediatric patients. Oralet, an oral transmucosal system, consists of the opioid analgesic fentanyl contained within a lollipop: a sweetened solid matrix mounted on a handle. The product was developed under license in cooperation with Anesta Corp., a Salt Lake City drug delivery firm. Abbott has exclusive worldwide manufacturing and marketing rights to the compound.

## IN CLINICAL TRIALS

● **Abbokinase** (urokinase), a clot-dissolving agent sold to treat pulmonary embolism and coronary artery thrombosis, is being evaluated in clinical studies comparing thrombolytic therapy with surgery for the initial management of acute peripheral arterial occlusion.

● **Lupron Depot** 7.5-milligram dosage (leuprolide), sold by TAP Pharmaceuticals Inc. for the palliative treatment of advanced prostatic cancer, is in late stage clinical trials to determine its effectiveness for reducing the size of the prostate before radical prostatectomy.

● **Lupron Depot-PED** (leuprolide), cleared for marketing in April 1993 as a therapy for precocious puberty, is in late stage clinical trials for the treatment of

infertility and fibroid tumors, as well as an adjunct to surgery.

● **Prevacid** (lansoprazole) is an antiulcer medication being investigated by TAP Pharmaceuticals Inc. Advanced clinical studies of the proton pump inhibitor are being completed before filing an NDA for the treatment of duodenal ulcer, gastric ulcer, reflux esophagitis, and resistant reflux esophagitis.

● **Protease inhibitor**, designed to inhibit the life cycle of HIV, entered clinical trials in Europe last year.

● **Renin inhibitor**, orally active, is being evaluated against ACE inhibitors, which are used as first-line therapies for hypertension and congestive heart failure.

● **Sertindole** is in Phase II clinical trials for treating schizophrenia. The compound appears to have fewer and less severe side effects than current treatments. Abbott licensed sertindole from H. Lundbeck A/S of Denmark.

● **Sevoflurane**, an inhalation anesthetic, is in clinical trials in Europe. The product was licensed in 1992 from Maruishi Pharmaceutical Co. Ltd. of Japan.

● **Tiagabine** is in Phase II studies as a treatment for epilepsy. The compound is being developed as part of a licensing agreement with Novo Nordisk A/S of Denmark.

● **Zileuton**, a 5-lipoxygenase inhibitor, is in Phase III clinical trials for the treatment of ulcerative colitis and asthma. Abbott plans to file NDAs for asthma and ulcerative colitis in early 1994.

Case 1:01-cv-12257-PBS Document 7731-2 Filed 08/05/11 Page 113 of 130

menopause, atrophic vaginitis, kraurosis vulvae, female hypogonadism, female castration, and primary ovarian failure.

According to Duane Burnham, Abbott's chairman and CEO, the pharmaceutical agent with the most commercial potential is the anti-inflammatory **zileuton.** The agent is a 5-lipoxygenase inhibitor in advanced clinical trials for the treatment of asthma and ulcerative colitis. Zileuton inhibits an enzyme involved in the synthesis of leukotrienes, naturally occurring chemicals that produce allergic and inflammatory reactions in the body. If studies of the product continue to demonstrate positive developments, Abbott predicts global applications for its approval should begin in early 1994.

Abbott's **Ross Laboratories** division remained a leader for pediatric nutritional products in 1992, despite what some analysts termed as that market's sluggish performance. Worldwide 1992 sales of the company's infant formulas came in just below $1.1 billion, a slight increase of $5 million over the previous year's total. Sales of the division's adult nutritional products also continued to grow. According to estimates, total Ross sales in 1992 grew about 8% over 1991.

Nearly 40% of the unit's total sales were derived from adult nutritionals. In 1992 the division introduced **Perative,** a specialized liquid nutritional agent for metabolically stressed patients, and the **Quantum** pump system, an enteral feeding pump that reduces tube clogging.

On the consumer front, Abbott broadened its line by launching **Selsun gold for Women,** a dandruff and conditioning shampoo formulated for women. Other consumer brands sold by Abbott include **Selsun blue dandruff shampoo** and **Murine** eye and ear care products.

Hospital and laboratory product sales increased 13.7% to $3.8 billion in 1992, primarily due to unit growth. Products in this segment include intravenous and irrigation fluids and equipment, drug delivery systems, anesthetics, diagnostic systems, and critical care and other medical specialty products. Sales of new products in this segment added up to about $675 million. One of the new products, the **PSA** test for managing and monitoring prostatic cancer therapy, grabbed the largest U.S. market share in 1992, its first year of sales. Other diagnostic and drug delivery products introduced domestically in 1992 include the

**Abbott Pain Manager,** an epidural drug delivery system; a second-generation hepatitis C test licensed from **Chiron Corp.** of Emeryville, Calif., and HIV-1 and HIV-2 combination assay launched in February 1992. The hepatitis C test has been available in Japan and several other major international markets since 1991. The HIV assay, which tests for two strains of the virus that causes AIDS, has been available outside the United States since 1990. Also in 1992, Abbott added several pharmaceuticals to its **ADD-Vantage** drug delivery system, which employs a vial and interface system designed to reduce drug waste. Drugs added to the system include the anti-infectives Unasyn from Pfizer Inc., Fortaz and Zinacef from Glaxo Inc., and Abbott's vancomycin.

In July 1993 Abbott introduced in the United States **AxSYM,** a third-generation immunoassay instrument. AxSYM allows medium- and higher-volume clinical laboratories to process a variety of immunodiagnostic tests simultaneously. AxSYM also allows technicians to add tests while the instrument is running.

Industry watchers expect 1993 to be a stressful year for Abbott. Analysts predict that the firm's sales growth will be limited to less than 10% due to pressure from health care reform and a temporary slowing in important new product introductions. Abbott's numbers for the first quarter of 1993 showed a slowdown in worldwide sales. A year ago, Abbott's first quarter increase over 1991 figures for the same period was a strong 13.6%. First quarter growth in 1993 was 8.9%. This slowing trend continued in the second quarter, with sales rising 8.7% over second quarter 1992 figures, compared with 1992's second quarter increase of 13.4% over 1991 figures.

**Management:** Duane Burnham, chairman, CEO; Thomas Hodgson, president, COO; Paul Clark, senior VP, pharmaceutical operations; John Kringel, senior VP, hospital products; J. Duncan McIntyre, senior VP, international operations; Thomas McNally, senior VP, Ross products; David Thompson, senior VP, diagnostic operations; Hank Pietraszek, president, TAP Pharmaceuticals Inc.; Joy Amundson, VP, corporate hospital marketing; David Milligan, VP, pharmaceutical products and R&D

**Headquarters:** 1 Abbott Park Road, Abbott Park, Ill. 60064-3500

---



**32 AKZO N.V.**

**RANK**

### Worldwide revenue

| | 1992 | % chg. |
|---|---|---|
| Health care sales | $1,849.4 | 12.9 |
| Group sales | 9,573.9 | 6.2 |

### Costs and expenses

| | 1992 | % chg. |
|---|---|---|
| Cost of sales | $6,014.1 | 4.4 |
| Selling expenses | 1,833.9 | 10.0 |
| R&D | 527.8 | 10.2 |
| General, admin. | 522.6 | 2.3 |
| TOTAL | 8,898.4 | 5.7 |

### Earnings

| | 1992 | % chg. |
|---|---|---|
| Net earnings | $367.3 | 18.4 |
| Net earnings per share | 7.98 | 18.2 |

### Balance sheet data

| | 1992 | % chg. |
|---|---|---|
| Total assets | $7,526.2 | (5.3) |
| Shareholders' equity | 2,805.5 | 0.7 |
| Working capital | 1,233.4 | (7.6) |

### Sales force

| | 1992 | % chg. |
|---|---|---|
| Organon Inc./USA | 486 | 58.3 |

Dollars in millions, except net earnings per share data.

**U.S. health care marketing units:** Organon Inc., West Orange, N.J.; Organon Teknika Corp., Durham, N.C.

**Results of operations:** Consolidated sales for Akzo N.V. rebounded in 1992 after two consecutive years of decline. Global sales for the group increased 6.2% to $9.6 billion, a performance company officials consider satisfactory despite adverse economic conditions and currency fluctuations in Europe. In local currency terms, worldwide sales remained practically flat, increasing more than 1 million Dutch guilders.

In 1992 Akzo implemented the most drastic change in its organizational structure since the company's formation in

1969. Entrepreneurial responsibility was shifted from the divisional level to Akzo's business units, while the divisional structure was abandoned. The company now is called Akzo N.V., rather than Akzo Group. The number of business units was reduced from 40 to 35, and divided into four groups: Chemicals, Coatings, Fibers, and Pharma. All business units report directly to the board of management. The restructuring was completed May 1, 1993. Along with the reorganization, R.M. Clarke, the chairman of Akzo America, was requested to retire. His retirement became effective May 1, 1993. Akzo officials say the company now is well-positioned to anticipate and respond quickly to changes in world markets.

Akzo management is not certain about the company's performance for 1993. Results for this year largely depend on economic developments in Europe and the United States. The economic prospects in Europe remain gloomy, and the timing of a recovery is unknown. One bright spot, officials note, is the U.S. economic recovery. But this will not compensate for pressures placed on Akzo's European performance. Management is allowing for the possibility that earnings for the first half of 1993 will not match those of the first half of 1992. In Dutch guilder terms, for the first half of 1993, Akzo recorded a 4.5% decrease in worldwide sales compared with the same 1992 period. Pharma Group sales increased 2% during

that period, in terms of local currency. The company will continue to cut costs and increase productivity to manage the difficult conditions ahead.

Pharma Group performed strongly in 1992, with global sales of the unit increasing 12.9% to $1.8 billion. In local currency terms, division sales rose 6.2% over 1991 figures. Pharma sales represent about 20% of Akzo's 1992 group total. The gain was achieved despite the divestiture of **Organon Teknika**'s dialysis business. As part of a strategic expansion, Organon's U.S. pharmaceutical unit, **Organon, Inc.,** added 179 representatives to its sales force in 1992. The addition represented a 58.3% increase over 1991's sales force number.

Akzo's prescription drugs division remains a leader in the European oral contraceptives market. Organon strengthened its position with the successful launch of low-dose **Mercilon** contraceptive in Germany and the continued growth of **Marvelon,** a leader in the global oral contraceptive market. The desogestrel agent was launched in the

United States in December 1992. The product is sold domestically as **Desogen** by Organon. **Ortho Pharmaceutical** of Raritan, N.J., is licensed to market the agent under the brand name **Ortho-Cept.** Marvelon is awaiting approval in Canada and Australia. Despite Marvelon's strong performance overseas, U.S. sales are expected to be limited to about $50 million in 1993. Slow U.S. sales are anticipated because of increased market competition and the reluctance of physicians to switch patients from one brand of oral contraceptive to another. Over the long term, financial analysts say desogestrel could generate about $150 million in the United States as new patients enter the marketplace.

**Tri-Desogen,** a triphasic formulation of desogestrel and ethinyl estradiol, is awaiting U.S. marketing clearance for use as an oral contraceptive. Ortho will co-market the product as **Ortho-Tricept** through an arrangement with Organon.

In the cardiovascular field, Organon launched its antithrombotic **Orgaran** in the Netherlands. The compound is in Phase III trials in the United States for the treatment of stroke and deep vein thrombosis. Another cardiovascular agent, **Bepricor,** was approved in Japan as a therapy for angina pectoris. Bepricor is sold as **Cordium** in other countries.

In October 1992, an infertile woman gave birth to a baby she conceived following the use of **Org 32489,** the firm's experimental recombinant human follicle stimulating hormone. The Belgian patient received the compound as part of a

---



## Organon's product pipeline

### AWAITING APPROVAL

● **Marvelon** is awaiting approval in Canada and Australia for use as an oral contraceptive.

● **OncoTICE,** a treatment for bladder cancer, is awaiting clearance in Australia and Sweden. Akzo plans to apply for approval of this product in several other countries during 1993. The product is known as TICE BCG in the United States.

● **Remeron,** or Org 3770, is in the final process of approval in Holland as an antidepressant. Registrations were made in several other countries.

● **Zemuron,** a muscle relaxant, completed clinical trials in the fourth quarter 1992. Preparations for its U.S. and international registration are under way. The neuromuscular blocking agent is known overseas as Esmeron.

### IN CLINICAL TRIALS

● **Desogestrel** with 17-B-estradiol in a micronized form is in Phase II/III trials for the treatment of osteoporosis and hot flashes associated with menopause.

● **Livial,** a single-molecule hormone replacement therapy, is being developed for the treatment of climacteric complaints and prevention of osteoporosis in menopausal women. The product is available in 10 overseas markets.

● **Org 32489,** a recombinant follicle stimulating hormone, is in development as a therapy for infertility. The product is in Phase II clinical development in Europe. It is not being developed domestically.

● **Orgaran** (danaprold) is an antithrombotic agent in Phase III trials in the United States. The product is being researched as a therapy for stroke and deep vein thrombosis.

# Humira
## leads the way

## Biggest launch in Abbott's history may help the company overcome difficulties in its diagnostic unit by Mia Burns

**A**bbott Laboratories management had anticipated much success for the rheumatoid arthritis drug **Humira** but was amazed by the speed of the product's approval and its initial acceptance by the marketplace. Humira is the first fully human monoclonal antibody approved for treating rheumatoid arthritis. The new medicine received approval Dec. 31, 2002, six months earlier than expected and only nine months after Abbott filed a marketing submission. With Humira's introduction to the U.S. market in January, Abbott has launched one of the most important product in its 115-year history. The early approval of Humira represents a significant milestone in the repositioning and strengthening of the company's global pharmaceutical business. Analysts say Humira should help Abbott overcome financial setbacks stemming from legal problems with its diagnostic and nutritional businesses and a slowdown in revenue from its joint-venture company, **Tap** Pharmaceutical Products Inc.

"It was a great way to end the year, but it was an even greater way to start a new year," says Miles D. White, chairman and CEO of Abbott (abbott.com), about Humira's approval. "This is a drug with proven patient benefits and legitimate blockbuster potential. Humira represents a significant

milestone in the strategic repositioning of Abbott's pharmaceutical business to include advanced technologies such as biologics. In 2003, one of our top priorities will be to continue to focus on building our scientific capabilities to drive longer-term growth and profitability for our shareholders."

Humira originally was developed by **Knoll** Pharmaceutical Co., a company that Abbott acquired in 2001 for $7 billion. Since Humira's U.S. market introduction in the first week of January, the uptake of Humira has exceeded the expectations of Abbott and industry analysts. In the first half of 2003, Humira U.S. sales reached $54 million. Abbott executives say prescription trends and market-share growth have been strong for Humira. In the first half of this year, more than 95% of all managed-care organizations reimbursed for Humira. After the first quarter, Abbott increased its Humira sales forecast for full-year 2003 from $150 million to more than $200 million. Abbott managers then increased the Humira sales forecast to more than $250 million for 2003 when the second-quarter results were released.

Analysts agree with Abbott that Humira sales will eventually exceed $1 billion and have increased their 2003 sales projections for Humira. Humira is expected

by some industry trackers to generate $300 million in sales in 2003 and achieve peak sales of $1.5 billion. According to analysts at **U.S. Bancorp Piper Jaffray** (piper-jaffray.com), investor enthusiasm relative to the rapid growth of Humira will remain the key driver of Abbott shares through the next several quarters. Humira has received approval in the United States and at least six other countries.

Market researchers at **Datamonitor** Plc. (datamonitor.com) have high expectations for Humira. Datamonitor forecasts that Humira will be commercially successful due to its demonstrated efficacy, side effects, and delivery regimen compared with competing drugs **Enbrel** and **Remicade**. Datamonitor forecasts that the disease-modifying antirheumatic drug market will grow at a compound annual rate of 12.4% from 2001 to 2010 and approach $7.3 billion in sales in 2010.

In the United States, **Centocor** Inc. (centocor.com) sells Remicade. **Schering-Plough** Corp. (sgp.com) sells Remicade internationally, except for in Japan and the Far East where the drug is marketed by **Tanabe Seiyaku** Co. (tanabe.co.jp). Remicade sales were up 79.9% to $1.3 billion for 2002. Schering-Plough recorded Remicade sales of $337 million for 2002, more than double the international sales reported for the drug in 2001.

The rheumatoid arthritis market is a competitive one, but growing and robust. Merrill Lynch analysts believe that the antitumor necrosis factor market will be valued at $3.2 billion for 2003. According to the market-research company **IMS Health** Inc. (imshealth.com), before Humira's launch the biological response modifier category was dominated by Enbrel. An inhibitor of tumor necrosis factor, Enbrel had held more than 94% of weekly new prescriptions in the rheumatoid arthritis injectables market. Jointly marketed in North America by **Amgen** Inc. (amgen.com) and **Wyeth** (wyeth.com), Enbrel sales for 2002 increased 5.3% to $802 million compared with 2001 sales.

**Morningstar** Inc. (morningstar.com) analysts say Humira has the potential to be highly successful and can improve Abbott's margins and drive revenue growth well into this decade. The analysts forecast $1.1 billion in Humira sales for 2006, but indicate that the first few years will prove challenging as Abbott has to battle Enbrel and Humira.

"Given [Enbrel's and Remicade's] significant head start and the millions at risk, we expect these well-financed rivals to put up a good fight, meaning it will be very expensive to dethrone them," Morningstar analysts say.



**Abbott is investing heavily in Humira, investigating five additional indications and promoting the drug through intense marketing efforts.**



## ABBOTT'S TOP SELLERS

**Biaxin**
2002 sales: $1.10 billion
% change: (4.9)

**Depakote**
2002 sales: $898 million
% change: (1.1)

**Flomax**
2002 sales: $575 million
% change: 34.7

**Ultane/Sevorane**
2002 sales: $567 million
% change: 13.2

**Kaletra**
2002 sales: $551 million
% change: 88.1

**Synthroid**
2002 sales: $520 million
% change: 11.3

**TriCor**
2002 sales: $403 million
% change: 52.7



**Combined worldwide sales of Biaxin, Depakote, and Flomax totaled about $2.57 billion in 2002.**

# "This makes Humira a virtual pipeline in a drug, a development that represents great potential for improved return on R&D."

Marketers are touting a special feature that Humira offers: ease of use from its convenient every-other-week dosing. Humira can be self-administered at home because it comes in a prefilled syringe. Enbrel can be self-injected, but it needs to be taken twice a week and does not come in a prefilled syringe. Remicade has to be administered by a health-care professional through intravenous infusion. Armed with this dosing advantage, Abbott is expected to claim 10% of the rheumatoid arthritis market in 2003. Sales should expand at a strong pace if other indications are approved, such as Crohn disease, for which Remicade already is approved.

Piper Jaffray analysts believe that Humira has best-in-class potential. Humira is dosed once every other week versus two times a week for Enbrel and once every other month for Remicade. Analysts believe that patients will prefer the comfort and convenience of Humira's subcutaneous injections compared with Remicade's infusions. Humira comes in a convenient prefilled syringe, unlike Enbrel. Humira is labeled for monotherapy, which gives it an advantage over Remicade and places it on an equal footing with Enbrel. Like Remicade, Humira is approved for inhibiting the progression of structural damage in patients with moderately to severely active rheumatoid arthritis. Additionally, although Humira costs roughly the same as Enbrel, the product is less expensive than Remicade.

Analysts at **Merrill Lynch** & Co. (ml. com) believe that Humira will capture 8% of the market share in 2003 with sales of $250 million. According to analysts at investment company **Raymond James** Financial Inc. (raymondjames.com), Humira could reach sales of $300 million in 2003 and peak sales of $1.5 billion. Less than three months after Humira's launch, the product generated about 17% of the number of new Enbrel prescriptions.

Although Abbott is predicting Humira sales of $500 million in 2004, Merrill Lynch analysts believe that sales could be higher. According to these analysts, with a patient base of more than 30,000 and a launch in Europe in mid-2003, sales of Humira could reach $650 million to $700 million in 2004. As this issue went to press in late August, Humira had yet to receive E.U. approval. Marketing authorization for E.U. countries was expected to occur by the end of August,

with Humira being shipped to pharmacies in Germany and the United Kingdom within two weeks of approval.

In May, Humira was granted a positive opinion by the European Medicines Evaluation Agency. In E.U. countries, Humira is intended for treating moderate-to-severe active rheumatoid arthritis in adult patients when the response to disease-modifying antirheumatic drugs, including methotrexate, has been inadequate. Humira could become the first human monoclonal antibody approved in Europe for treating rheumatoid arthritis. Humira has the potential to become the first tumor necrosis factor antagonist approved for use with methotrexate or as monotherapy in the European Union.

Abbott is supporting Humira through an extensive marketing campaign that includes a product-specific Website, humira.com. The Website was launched within six hours of the product's approval. Abbott is planning a direct-to-consumer advertising campaign for Humira. The company has devoted 100 to 200 sales representatives to detail the drug. One week following its launch, Abbott introduced the Humira Medicare Assistance Program. The program provides Humira at no cost to eligible seniors who do not have prescription drug coverage until a Medicare drug benefit is enacted.

Abbott is developing five additional indications for Humira. This development includes Phase III clinical trials for juvenile rheumatoid arthritis, ankylosing spondylitis, and psoriatic arthritis, and Phase II clinical trials for Crohn disease and psoriasis. "Each of these indications has the potential to add several hundred million dollars in incremental sales to our more-than-billion-dollar peak forecast," Mr. White says. "This makes Humira a virtual pipeline in a drug, a development that represents great potential for improved return on R&D and improved margins for our pharmaceutical business."

Abbott is a diversified health-care company, deriving 45% of its sales from pharmaceuticals, 17% of its sales from nutritionals, 21% from hospital products, and 16% from diagnostics. Although Humira is expected to drive Abbott sales during the next few years, some analysts say the company's growth potential is being stifled by lingering manufacturing problems related to its diagnostics. Abbott is receiving less money from its Tap joint venture, has been slammed with federal investigations of its nutritional business, and two of its top drugs suffered a sales decline in 2002 (see box on page 20).

Abbott has not resolved manufacturing problems at its Lake County, Ill., diagnostic facility to the satisfaction of the U.S. Food and Drug Administration. The company had signed a consent decree with FDA in November 1999 and paid a fine of $100 million. The plant did not meet regulatory standards after another inspection in January 2002. In May 2002, FDA told Abbott that the plant's diagnostic manufacturing operations were found not in conformity with quality-system regulation. Abbott executives say the company has spent more than two years and has had 1,500 employees working on getting the plant to comply with regulations. Abbott must continue to keep off of the market diagnostics that the plant had manufactured until the problems are resolved.

Abbott executives say a reinspection of the Lake County plant is due to happen by the end of 2003. The company anticipates that the entire issue could be resolved by the end of this year.

The manufacturing problems forced Abbott to restructure. In October 2002, Abbott announced plans to achieve greater operating efficiencies in global manufacturing and in its international and diagnostic divisions. The restructuring resulted in a net reduction of 2,000 employees, or 3% of the company's global workforce of 70,000.

The company incurred a one-time after-tax charge of $140 million against earnings in fourth-quarter 2002, reflecting the write-down of manufacturing facilities and other assets and employee severance. Abbott expects the plan to yield after-tax annual savings of $80 million to $100 million upon full implementation.

As part of the restructuring, Abbott streamlined global manufacturing operations to improve efficiency and to eliminate excess capacity. The company will be investing more than $450 million in the next several years to expand manufacturing facilities and build new operations. This is expected to support future products emerging from the company's development pipeline, particularly technologies to support potent drug and biologic manufacturing. Abbott's diagnostic unit was restructured around the company's four product lines: immunochemistry, hematology, molecular, and blood glucose monitoring. The new structure is expected to create a more agile and customer-focused division, enabling it to meet current business needs while improving produc-

tivity, customer service, and new product time to market.

Abbott announced additional restructuring in August. The company is spinning off its global hospital products division into a separate company. The new, independent hospital products company will have about 14,000 employees worldwide, more than 5,000 customers, and a large portion of Abbott's core hospital products business, including the related international hospital business. The new company's business will include medication delivery systems, such as electronic drug-delivery systems, infusion therapy and critical-care products; generic pharmaceuticals, including acute-care injectables and other generic anesthetics; and other businesses, including intensive-care pharmaceuticals such as **Precedex, Abbokinase,** and **Corlopam,** as well as contract manufacturing. The new company, to be named later, will have headquarters in Lake Forest, Ill., north of Chicago.

Abbott will retain certain proprietary pharmaceuticals, including related portions of the international hospital business, such as **Ultane/Sevorane, Anzemet,** and proprietary neuromuscular blockers; proprietary hospital pharmaceuticals such as **Calcijex, Zemplar,** and **Simdax;** pain-management products; and portions of the international hospital business, all of which will become part of Abbott's global pharmaceuticals business. Abbott will keep Abbott Vascular Devices, including the Perclose, Biocompatibles, and Jomed assets, and the recently acquired Spinal Concepts, which will continue to operate through Abbott's Medical Products Group.

"The creation of the new hospital products company will provide greater value for Abbott shareholders in the coming years because it will enable Abbott to increase its focus and investment on higher-growth segments in our medical products business and sustain a technologically advanced, higher-growth medical and pharmaceutical products portfolio," Mr. White says. "At the same time, the new company will be able to focus on using its leading positions in the manufacture and supply of hospital products to provide technology solutions for the hospital customer and drive business performance. With enhanced strategic, financial and operational flexibility, the new company will have freedom to pursue alliances and other expansion opportunities."

Christopher B. Begley, the president of Abbott's U.S. hospital business, will become CEO of the new company. Begley has spent most of his 30-year career in the hospital products business, is a 17-year veteran of Abbott, and has served in numerous management positions in Abbott's hospital and health-systems businesses. David A. Jones, co-founder and chairman of **Humana** Inc. and a retired Abbott board member, will serve as the new company's chairman of the board.

The spin-off is intended to take the form of a tax-free distribution to Abbott shareholders of a new publicly traded stock for the new company. Abbott already has sub-



Abbott Chairman and CEO Miles D. White says the Humira launch was a great way for the company to begin 2003.

mitted a letter ruling request to the Internal Revenue Service to confirm the tax-free nature of the transaction and will file an application to list the company on the New York Stock Exchange. The expected stock-distribution ratio will be determined later. The transaction will not impact Abbott's dividend and is expected to be completed in first-half 2004.

Despite the problems with the diagnostic division, experts at **Standard & Poor's** see value in the company because of Humira. In February, Standard & Poor's revised its outlook on Abbott to stable from negative. The revision reflects FDA's marketing approval of several key Abbott products, such as Humira, as well as the company's continued strong cash flows, which have enabled it to reduce its debt. At the same time, Standard & Poor's affirmed its AA corporate credit and senior unsecured debt ratings, as well as its A-1+ short-term corporate credit and commercial paper ratings on Abbott.

"The superior investment-grade ratings are based on Abbott's solid positions in a number of diverse health-care segments that generate strong cash flows from operations," says Arthur Wong, an analyst with Standard & Poor's (standardandpoors .com). "This factor is offset somewhat by the company's higher levels of debt relative to peers."

As Abbott is resolving the problems with its diagnostics, the company was distracted with issues in its nutritional business. The legal problems in the Ross Products nutritional business came to a head in July when **CG Nutritionals**, a subsidiary of Abbott, pleaded guilty to one count of obstruction of a criminal investigation of a health-care offense. The violation follows customer communications that were misleading regarding the contractual arrangement for providing pumps and sets. The federal judge accepted the plea and will order the requirements of the plea at a later date.

Abbott reached the settlement with the U. S. Attorney's Office for the Southern District of Illinois. The settlement resolves all outstanding issues with the government investigation. Abbott took a charge of $622 million in the second quarter of 2003 in anticipation of the settlement. This was a one-time charge without continuous financial impact to the business.

The government probed an industry-wide practice in which feeding pumps and disposable sets were sold to nursing homes

and suppliers together for one price, but Medicare paid for each item separately. The pump and pump sets work together and are not interchangeable with other manufacturers' products, but the government contended the pumps were free to customers and that Medicare should not have reimbursed both. The government challenged various contractual incentive payments, which the government alleged were kickbacks.

Despite the lower sales of diagnostics due to manufacturing challenges, Abbott recorded 2002 worldwide sales of $17.68 billion, up 8.6% from 2001. Excluding nonrecurring charges, net earnings were $3.24 billion, up 10.2% from 2001, and including these charges were $2.79 billion, up 90.2%. Excluding nonrecurring charges, diluted earnings per share were $2.06, up 9.6% from 2001, and including these charges were $1.78, up 79.8%.

Total 2002 sales in U.S. markets were $10.80 billion, up 7.5% from 2001. Total international sales, including direct exports from the United States, were $6.88 billion, a 10.4% increase from 2001. International sales were unfavorably impacted 1.5% due to the effect of exchange rates. Without the impact of exchange, international sales increased 11.9%.

For first-half 2003, Abbott sales were up 9.4% to $9.3 billion. Revenue was driven by U.S. pharmaceutical sales of $2.34 billion, 20.1% more than in first-half 2002. Abbott recorded net income of $246.6 million, 58.4% less than in the first half of last year. Abbott attributed the decrease to one-time charges in connection with the nutritional business settlements. Sales in the Ross Products division were $1.08 billion, 1.3% less than in first-half 2002. Worldwide diagnostic sales were $1.48 billion, an increase of 4.6%. Sales were affected by an 11.5% decrease, to $528 million, in U.S. diagnostic sales.

There has been a decrease in revenue from Tap, Abbott's joint venture with Japan's **Takeda** Chemical Industries Ltd. (takeda.co.jp). In first-half 2003, Abbott reported $264.6 million in revenue from the joint venture, 21.2% less than in the first half of 2002.

The decrease is attributed to competition for the prostate cancer drug **Lupron** and slower sales of the gastrointestinal drug **Prevacid**. Sales of Lupron were $876 million in 2002, 5.2% more than in 2001. From these sales, Abbott derived $172 million, 5.6% more than in 2001.

Lupron sales were down 3.9% during the first half of 2003 to $412 million. Of this, Abbott recorded $86 million, 2.4% less than in first-half 2001. The product is being affected by increasing sales of the **Eligard** line of prostate cancer products, which is marketed in the United States by **Sanofi-Synthelabo** Inc. (sanofi-synthlabous .com). Abbott executives say Tap adjusted its price for Lupron to compete more effectively in certain sectors. Now that there is consistent pricing for Lupron in all states, company managers believe that the pressure will decrease and expect moderate growth going forward.

Tap's pricing troubles with Lupron led to federal charges. The company had to pay an $875 million fine on charges that it illegally manipulated Medicare and Medicaid prices for the product.

Tap's sales of Prevacid in 2002 were $3.16 billion, an increase of 7%. Abbott received $105 million from Prevacid sales in 2002, 13.6% more than in 2001. In first-half 2003, Prevacid generated $1.59 billion, a 4.9% increase compared with first-half 2002. Analysts say sales of Prevacid have slowed because of the availability of generic versions of rival **Prilosec**. In first-half 2003, Abbott derived $60 million from Prevacid sales, 24.2% more than in first-half 2002. Abbott expects an increase in Prevacid sales, as the company invested heavily during first-half 2003 in promoting the product.

Prevacid, which contains the active chemical lansoprazole, earned a boost in May after receiving a patent extension until May 2009. The U.S. patent had been set to expire in July 2005. "With an additional four years to replace the multibillion-dollar revenue stream, we're not as concerned that joint-venture income from Tap Pharmaceutical will dry up," Morningstar analysts say.

But generic competition is beginning to threaten some of Abbott's other products. The antibiotic **Biaxin**, which is Abbott's best-selling product, is expected to lose patent protection in May 2005. The loss of patent protection will enable generic manufacturers to develop their own versions of clarithromycin, the active chemical in Biaxin. Abbott is protecting its Biaxin franchise by switching patients to Biaxin XL, a once-daily antibiotic that has patent protection until 2017. The Biaxin franchise generated sales of $1.1 billion in 2002. Sales in the United States were $487 million, 9.2% less than in 2001. Biaxin's 2002 sales in the rest of the world were $615 million, a 1% decrease. In the first half of 2003, Biaxin generated sales of $587 million. The product achieved U.S. sales of $218 million, a 5.6% increase. In the rest of the world, sales of Biaxin climbed 10.4% to $369 million. Biaxin's double-digit growth resulted from focused sales and marketing efforts.

Abbott's second best-selling pharmaceutical product in 2002 was the **Depakote** family of products. This family includes Depakote, Depakote ER, Depakote Sprinkle Capsules, and Depacon. These products are indicated for treating complex partial seizures and simple and complex absence seizures. Depacon, which contains the active ingredient valproate, is indicated as an intravenous alternative in patients for whom oral administration of valproate products is temporarily not feasible. Depakote and Depakote ER, which contain the active ingredient divalproex, are indicated for preventing migraine headaches in adults. The franchise generated U.S. sales of $861 million in 2002,

about 1% less than in 2001. Sales in the rest of world were $37 million, a decrease of 3.6%. In the first half of 2003, Depakote sales were $383 million. Sales in the United States were $364 million, 1.8% higher than in first-half 2002. In the rest of the world, Depakote came in at $19 million, an increase of 4.8%.

The Depakote family is under competitive threat. In May, FDA accepted a new drug application from **Andrx** Corp. (andrx.com) for a valproate product. Andrx submitted the application in March and is seeking approval to market the product for treating manic episodes associated with bipolar disorder, various seizure disorders, and prophylaxis of migraine headaches. Abbott has filed suit against Andrx in the U.S. District Court for the Southern District of Florida, claiming that Andrx's valproate product infringes certain patents that cover Depakote.

Abbott's third best-selling pharmaceutical product is **Flomax**. Abbott jointly markets Flomax in the United States with the product's developer, **Boehringer Ingelheim** Pharmaceuticals Inc., for the treatment of benign prostatic hypertrophy. Abbott recorded $575 million in Flomax sales in 2002. U.S. sales of Flomax increased 34.6% to $553 million. Abbott's sales of Flomax in the rest of the world were $22 million, 44.2% more than in 2001. In first-half 2003, Flomax generated sales of $331 million. U.S. sales were $316 million, up 29.1% from first-half 2002. First-half 2003 sales in the rest of the world were $15 million, a 52.1% increase.

Other Abbott key drugs that soon could face generic competition include the thyroid drug **Synthroid** and the cholesterol reducer **TriCor**.

Synthroid was Abbott's sixth best-selling pharmaceutical in 2002. Total sales in 2002 were $520 million. The product generated U.S. sales of $489 million in 2002, an increase of 9.9%. Sales in the rest of the world were $31 million, 42.9% more than in 2001.

First-half 2003 sales in the United States declined 1.2% to $251 million. In the rest of the world, sales of Synthroid were $17 million, a 9.6% increase. Analysts have forecast a generic version of levothyroxine, the active chemical in Synthroid, will come to market by early 2004.

Abbott and other manufacturers of branded levothyroxine have argued that because FDA does not consider these products to be interchangeable with each other, a manufacturer of generic levothyroxine must prove that its product is bioequivalent to branded products.

In 2002, TriCor was Abbott's No. 7 selling pharmaceutical product. TriCor generated global sales of $403 million, 52.9% more than in 2001. In first-half 2003, the drug generated sales of $250 million, 37.6% more than in first-half 2002.

**Impax** Laboratories (impaxlabs.com) has filed an abbreviated new drug application to manufacture generic versions of fenofibrate, the active chemical in TriCor. Impax was granted tentative approval by FDA to sell the capsule formulation in 67 milligrams, 134 milligrams, and 200 milligrams. Final approval is contingent on the pending patent-infringement litigation brought by Abbott against Impax or the expiration of the 30-month stay process under the Hatch-Waxman Amendments and the expiration of any generic marketing exclusivity. Final approval additionally is dependent on FDA's evaluation of any new information subsequent to this tentative approval. In March, a U.S.



Despite the product line's decline in sales, in 2002 the antibiotic Biaxin was Abbott's best-selling product at $1.10 billion.

District Court judge in Chicago ruled that Impax's fenofibrate does not infringe Abbott's patent on the product.

Another generic company, **Teva** Pharmaceutical Industries (tevapharm.com), gained approval in September 2002 for a generic version of fenofibrate in capsule formulation. The company received 180 days of exclusivity for the product.

Generic fenofibrate could achieve U.S. sales of $500 million in 2003.

Abbott's fifth best-selling product in 2002 was the HIV drug **Kaletra** at $551 million. U.S. sales increased 51.3% to $318 million, and sales in the rest of the world were $233 million. In first-half 2003, Kaletra sales were $349 million. U.S. sales were $181 million, 29.6% more than in first-half 2002. Sales in the rest of the world were $168 million, 67% more.

Kaletra is the No. 1 protease inhibitor in the world. In July, the Department of Health and Human Services recommended Kaletra plus zidovudine or stavudine plus lamivudine as the preferred protease inhibitor-based regimen for the treatment of HIV-infected patients previously untreated with antiretroviral therapy. One of Kaletra's advantages is that it has a low incidence of treatment resistance compared with other protease inhibitors.

Morningstar analysts say Abbott's challenges are related to a management team that lacks the ability to act, and act quickly. "Despite the company's product diversification and venerable record of consecutive dividends, we see risk in a lethargic management team," analysts say.

"Incidents like the Lupron pricing fine and an inability to resolve manufacturing troubles at the Lake County, Ill., diagnostic facility have us wondering if management is asleep at the wheel."

The company, however, is entering a period of new and exciting products that include Humira and Kaletra. Abbott's diverse product offering, its established distribution network, and its vast client base make the company attractive. "Abbott Labs is no has-been, but management needs to resolve its manufacturing woes and revive the drive for excellence that made the company one to own in the 1970s and 1980s," Morningstar analysts say.

Abbott managers are confident that the company's strengths, and the strength of Humira, will carry through. "For the full year 2003, we've continued to forecast sales growth in the high single digits," says Tom Freyman, Abbott's senior VP of finance and chief financial officer. "As we discussed in the first quarter, earnings growth is expected to be stronger in the second half of 2003, particularly the fourth quarter, for several reasons. We expect a continued ramp-up in Humira sales, including the international launch."

Merrill Lynch projects 2003 earnings per share of $2.22, which is in the range of $2.20 to $2.25 predicted by Abbott. The lifting of the consent decree for the Lake County diagnostic plant by early 2004 should allow for a remarkable rebound in the profitability of this division, these analysts say. This, combined with the shift to high-margin pharmaceuticals, is expected in 2004 to drive Abbott's sales to $21.6 billion, net income to $3.99 billion, and earnings per share to $2.55.

To build the success of the pharmaceutical sector, Abbott managers are concentrating on the company's R&D pipeline. "Abbott's global pharmaceutical business has delivered double-digit growth for the past two years, due in large part to our successful efforts to transform our approach to pharmaceutical science," Mr. White says. "We set out to increase the quality and quantity of compounds we bring forward by utilizing advanced technologies that allow us to discover, develop, and deliver new drugs to market faster."

Morningstar analysts say Abbott's pharmaceutical pipeline is promising, particularly because Abbott has devoted less than $1 billion to drug research. The pipeline includes about 14 projected regulatory filings for additional indications for key existing drugs, such as Humira and new compounds through 2006.

Abbott says there are upcoming development opportunities in its pain franchise. Among the promising products in the pain franchise are once-daily formulations of **Dilaudid-CR** and **Vicodin CR**. Dilaudid-CR is in Phase III clinical trials for the treatment of chronic pain. Vicodin CR is in Phase II clinical trials for the treatment of acute pain. Collectively, the products could have $1 billion market potential.

In development with partner Tap are **febuxostat** and **asoprisnil**. Febuxostat is in Phase III clinical trials for treating gout. Asoprisnil is the first drug in a new class known as selective progesterone receptor modulators. The product is in Phase III clinical trials for treating uterine fibroids and Phase II trials for endometriosis.

Abbott is emphasizing **atrasentan** as its most important pipeline product. Atrasentan is in Phase III clinical trials for prostate cancer and in Phase II trials for treating ovarian cancer, brain cancer, breast cancer, renal cancer, and nonsmall cell lung cancer. Abbott hopes to file for approval the prostate cancer indication in 2004, with a launch in 2005.

Atrasentan and other products in the pipeline will help Abbott, but not for some time. According to The **Buckingham** Research Group (buckresearch.com), the products in Abbott's pipeline are expected not to yield any positive impact on the company until 2005. Even then, the results are predicted to be modest. "The key near-term investment issue for Abbott does not relate to drugs, rather the lifting of the FDA consent decree relating to the company's Lake County diagnostics facility," these analysts say. "The anticipation of this resolution will result in a good, though not spectacular, Abbott stock performance for the remainder of 2003." □



# GLOBAL RESOURCES.

## Excerpta Medica World Class Medical Communications

**STRATEGIC PUBLICATIONS PLANNING**      **MEDICAL MEETINGS MANAGEMENT**      **CUSTOM EDUCATIONAL COMMUNICATIONS**



Excerpta Medica Inc. • Excerpta Medica International • Excerpta Medica Asia Ltd. • Excerpta Medica Communications Australia
Excerpta Medica Brazil • Excerpta Medica Canada • Excerpta Medica France • Excerpta Medica Italy • Excerpta Medica Spain



## Exhibit 5.  Bernard Walker Damage Calculation

| 1 Date of Service | 2 Doctor's Name | 3 Lupron Injection Duration | 4 Lupron Injection Strength | 5 Charge Amount Doctor Billed to Medicare | 6 AWP Used by Carrier as Basis for Medicare Approved Charge | 7 Medicare Approved Charge as Reported on EOB [AWP x 0.95] | 8 Medicare Responsibility [80% of Approved Charge] | 9 Mr. Walker Responsibility [20% of Approved Charge] | 10 Cost of Lupron to Doctor | 11 Amount by Which Charge Exceeds Cost to Dr. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/30/1998 | Goldberg | 3 mo. | 22.5 mg | $ 1,641.00 | $ 1,621.89 | $ 1,540.80 | $ 1,232.64 | $ 308.16 | $ 1,297.00 | $ 243.80 |
| 2/1/1999 | Goldberg | 3 mo. | 22.5 mg | $ 2,040.00 | $ 1,700.64 | $ 1,615.59 | $ 1,292.47 | $ 323.12 | $ 1,427.16 | $ 188.43 |
| 5/17/1999 | Goldberg | 3 mo. | 22.5 mg | $ 2,040.00 | $ 1,700.64 | $ 1,615.59 | $ 1,292.47 | $ 323.12 | $ 1,427.16 | $ 188.43 |
| 12/20/1999 | Ginieczki | 3 mo. | 22.5 mg | $ 1,694.73 | $ 1,783.95 | $ 1,694.73 | $ 1,355.78 | $ 338.95 | $ 543.00 | $ 1,151.73 |
| 6/19/2000 | Ginieczki | 3 mo. | 22.5 mg | $ 1,800.00 | $ 1,871.37 | $ 1,777.80 | $ 1,422.24 | $ 355.56 | $ 569.61 | $ 1,208.19 |
| 9/18/2000 | Ginieczki | 3 mo. | 22.5 mg | $ 1,800.00 | $ 1,871.37 | $ 1,777.80 | $ 1,422.24 | $ 355.56 | $ 569.61 | $ 1,208.19 |
| 12/20/2000 | Ginieczki | 3 mo. | 22.5 mg | | | | | | | |
| 3/15/2001 | Childs | 3 mo. | 22.5 mg | $ 1,950.00 | $ 1,871.37 | $ 1,777.80 | $ 1,422.24 | $ 355.56 | $ 543.00 | $ 1,234.80 |
| 6/21/2001 | Childs | 4 mo. | 30 mg | $ 2,600.00 | $ 2,495.16 | $ 2,370.40 | $ 1,896.32 | $ 474.08 | $ 721.51 | $ 1,648.89 |
| 10/11/2001 | Childs | 4 mo. | 30 mg | $ 2,600.00 | $ 2,495.16 | $ 2,251.88 | $ 1,801.50 | $ 450.38 | $ 721.51 | $ 1,530.37 |

---

|  | : |  |
| --- | --- | --- |
| BERNARD WALKER, individually, | : | SUPERIOR COURT |
| and on behalf of those similarly situated, | : | OF NEW JERSEY |
| 122 Reef Drive | : |  |
| Ocean City, NJ 08220 | : | LAW DIVISION |
|  | : |  |
| Plaintiffs, | : | CAPE MAY COUNTY |
|  | : |  |
| v. | : | CIVIL ACTION NO. CPM-L-682-01 |
|  | : |  |
| TAP PHARMACEUTICAL PRODUCTS, INC., | : |  |
| ABBOTT LABORATORIES AND | : |  |
| TAKEDA CHEMICAL INDUSTRIES, LTD. | : | JURY TRIAL DEMANDED |
|  | : |  |
| Defendants. | : |  |

---

## SUPPLEMENTAL DECLARATION OF
## STEPHEN W. SCHONDELMEYER, PHARM.D., PH.D.

1.      This report is intended to supplement my report dated April 29, 2005.  The purpose of this supplemental report is two-fold: (1) to address damages for the period 2002 through March 2005, which damages were not included in my prior report due to a lack of data from defendants for that time period; and (2) to prepare an additional calculation, consistent with the Court's recent ruling, concerning the damages that can be recovered in this case.

## I.      DAMAGES FOR THE PERIOD 2002 THROUGH MARCH 2005

2.      Since the time when I completed the April 29, 2005 report, I have been provided the defendants' Lupron® sales data for Mr. Walker's doctors covering the period 2002 through early 2005.  This supplemental report includes the new information for the period 2002 through March 2005 and the calculations are based upon the same methodology as that used in my report of April 29, 2005.   The complete chart, including both the calculations from the chart

attached to my April 29, 2005 report and the new information and calculations for the period 2002

through March 2005, is attached hereto as Exhibit 6.  Explanations related to the calculations for the

period 2002 through March 2005 are provided below.

      3.      For the Lupron® injection Mr. Walker received from Dr. Childs on August

8, 2002, the last previous purchase record that we were provided by defendants for a purchase by Dr.

Childs of the 22.5 mg (3 months) Lupron® was for the 6 units she purchased on January 27, 2000

for $3,258.00, or $543 per 22.5 mg injection (3 months).  Since this purchase was more than 2 years

prior to the August 8, 2002 Lupron® injection for Mr. Walker, I looked for the price that another

doctor (Dr. Borai) in the same region paid at, or about the time of the August 8, 2002 treatment, and

found that Dr. Borai made two purchases close to that time.  The first of these purchases by Dr. Borai

was for one unit (22.5 mg, 3 months) at $569.61 on May 23, 2002 and the second purchase was for

one unit (22.5 mg, 3 months) at $569.61 on August 8, 2002.  Since the contemporaneous purchases

of Dr. Borai were at a higher price than the last previous purchase of Lupron® 22.5 mg (3 months)

by Dr. Childs, I used Dr. Borai's cost as  the cost basis to Dr. Childs for the August 8, 2002 injection

of Mr. Walker.  Since the actual purchase price for the Lupron® 22.5 mg (3 months) to Dr. Childs

for the August 8, 2002 injection is unknown, I have chosen the conservative approach using the

higher price which results in a lower damage amount for Mr. Walker.

      4.      For the March 17, 2003 Lupron® injection which Mr. Walker received from

Dr. Childs, Dr. Childs' purchases during January and February 2003 ranged from $721.51 to $816.45

(for 30 mg, 4 months). I chose the more conservative purchase price of $816.45 that results in a

lower damage amount for Mr. Walker related to his March 17, 2003 Lupron® injection.

5.      For the July 19, 2004 and the November 30, 2004 Lupron® injections which Mr. Walker received from Dr. Childs, Dr. Childs had made 4 purchases of Lupron® in the previous 2 months with prices ranging from $672 to $720 for a 30 mg (4 months) injection including: two units (30 mg, 4 months) on May 18, 2004 for $1,440.00 ($720/30 mg), three units (30 mg, 4 months) on May 24, 2004 for $2,160.00 ($720/30 mg), 4 units (30 mg, 4 months) on June 2, 2004 for $2,880.00 ($720/30 mg), and 24 units (30 mg, 4 months) on June 7, 2004 for $16,128.00 ($672/30 mg).  After Dr. Childs' purchases on June 7, 2004 there were no additional purchases recorded for Dr. Childs during 2004 in the data which I was given from the defendants.  Again, I chose the higher unit price of $720 (30 mg, 4 months), rather than $672, for my calculation resulting in a conservative and lower damage amount for Mr. Walker.

6.      In connection with the prior report addressing only the period 1998 through 2001, I did not discuss the changes in Medicare payment rates which were implemented subsequent to that time.  Effective January 1, 2004 through the end of 2004, the Medicare payment rate was changed from 95 percent of AWP to "the lesser of: (i) The actual charge on the claim for program benefits; or (ii) 85 percent of the average wholesale price determined as of April 1, 2003, subject to exceptions as specified in paragraphs (a)(2) through (a)(8) of this section."  One of those exceptions, specified in section (a)(4) states: "The payment limits for drugs contained in the following table are calculated based on the percentages of the average wholesale price determined as of April 1, 2003 that are specified in the table."  (Attached as Exhibit 7; Federal Register, 69 (4), p. 1116).  In the table included in Medicare regulations, the drug leuprolide acetate (Lupron®) is specified and the AWP "percentage used to calculate 2004 payment limit" is 81 percent (Exhibit 7).

3

7.     For Mr. Walker's Lupron® injections administered by Dr. Childs on March 8, 2004, July 19, 2004 and November 30, 2004, payments for those Lupron® injections were based on the published Medicare rate of $500.58 per 7.5 mg (1 month) which would be $2,002.32 for 30 mg (4 months).  The published Medicare rate of $500.58 for Lupron® injection (leuprolide acetate suspension,  7.5 mg (1 month), Medicare HCPCS Code J9217) injection indicates that this payment amount was based on 81% of AWP (see attached Exhibit 8, 2004 MMA Drug Payment Limits - Revised 1/30/04, Effective January 1, 2004, p.11, as found on the CMS Medicare website at: http://www.cms.hhs.gov/providers/drugs/default.asp).

8.     On January 1, 2005 the Medicare payment method for Part B drugs, including Lupron® injection, changed and was based on the average selling price (ASP) plus 6 percent (see Exhibit 9; Medicare Program; Revisions to Payment Policies Under the Physician Fee Schedule for Calendar Year 2005 (Final Rule) [Revisions to 42 CFR §414.904], pp.821-823).  The published Medicare rate for Lupron® injection (leuprolide acetate suspension,  7.5 mg (1 month), Medicare HCPCS Code J9217) was $253.131 (i.e., $1,012.52 for 30 mg, 4 months) based on the ASP plus 6 percent (see Exhibit 10; January 2005 Payment Allowance Limits for Medicare Part B Drugs, Effective January 1, 2005 through March 31, 2005, p.13).

9.     For Mr. Walker's Lupron® injection administered on March 21, 2005 by Dr. Nazha, the payment was based upon the Medicare Part B 2005 first quarter payment allowance amount (ASP plus 6 percent) of $1,012.52 (30 mg, 4 months).

## II.   MR. WALKER'S OUT-OF-POCKET DAMAGES

10.     Consistent with the Court's recent ruling, I am submitting this supplemental report to show Mr. Walker's out-of-pocket damages. I have prepared an additional chart to present Mr. Walker's out-of-pocket damages which is attached hereto as Exhibit 11.

11.     Based on the damages calculated in Exhibit 6, I have derived the amount of Mr. Walker's out-of-pocket damages (see Exhibit 11). From Exhibit 6, I used the amount by which the Medicare allowable payment exceeded the doctor's actual cost and, then, I multiplied that amount times the share of the Medicare allowable charge that Mr. Walker ultimately paid out-of-pocket.

12.     I reserve the right to amend and update my opinions based upon additional information that may be produced by defendants or that may become known to me by other appropriate means.

13.     I am signing this Declaration under penalty of perjury.

Dated: May 12, 2005.

STEPHEN W. SCHONDELMEYER, PHARM.D., PH.D.

Exhibit 6.  Bernard Walker Damage Calculation

| 1 Date of Service | 2 Doctor's Name | 3 Lupron Injection Duration | 4 Lupron Injection Strength | 5 Charge Amount Doctor Billed to Medicare | 6 AWP Used as Basis for Medicare Approved Charge | 7 Medicare Approved Charge as Reported on EOB | 8 Medicare Responsibility [80% of Approved Charge] | 9 Mr. Walker Responsibility [20% of Approved Charge] | 10 Cost of Lupron to Doctor | 11 Amount by Which Total Charge Exceeds Cost to Dr. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/30/1998 | Goldberg | 3 mo. | 22.5 mg | $1,641.00 | $1,821.89 | 1,540.80 | 1,232.64 | 308.16 | $1,297.00 | 243.80 |
| 2/1/1999 | Goldberg | 3 mo. | 22.5 mg | $2,040.00 | $1,700.64 | 1,615.59 | 1,292.47 | 323.12 | $1,427.16 | 188.43 |
| 5/17/1999 | Goldberg | 3 mo. | 22.5 mg | $2,040.00 | $1,700.64 | 1,615.59 | 1,292.47 | 323.12 | $1,427.16 | 188.43 |
| | | | | | | | | | | |
| 12/20/1999 | Ginieczki | 3 mo. | 22.5 mg | $1,694.73 | $1,783.95 | 1,694.73 | 1,355.78 | 338.95 | 543.00 | 1,151.73 |
| 6/19/2000 | Ginieczki | 3 mo. | 22.5 mg | $1,800.00 | $1,871.37 | 1,777.80 | 1,422.24 | 355.56 | 569.61 | 1,208.19 |
| 9/18/2000 | Ginieczki | 3 mo. | 22.5 mg | $1,800.00 | $1,871.37 | 1,777.80 | 1,422.24 | 355.56 | 569.61 | 1,208.19 |
| 12/20/2000 | Ginieczki | 3 mo. | 22.5 mg | | | | | | | |
| | | | | | | | | | | |
| 3/15/2001 | Childs | 3 mo. | 22.5 mg | $1,950.00 | $1,871.37 | 1,777.80 | 1,422.24 | 355.56 | 543.00 | 1,234.80 |
| 6/21/2001 | Childs | 4 mo. | 30 mg | $2,600.00 | $2,495.16 | 2,370.40 | 1,896.32 | 474.08 | 721.51 | 1,648.89 |
| 10/11/2001 | Childs | 4 mo. | 30 mg | $2,600.00 | $2,495.16 | 2,251.88 | 1,801.50 | 450.38 | 721.51 | 1,530.37 |
| | | | | | | | | | | |
| 1/11/2002 | Borai | 3 mo. | 22.5 mg | $1,977.00 | $1,871.37 | 1,777.80 | 1,422.24 | 355.56 | 569.61 | 1,208.19 |
| | | | | | | | | | | |
| 4/11/2002 | Childs | 4 mo. | 30 mg | $2,600.00 | $2,495.16 | 2,370.40 | 1,896.32 | 474.08 | 721.51 | 1,648.89 |
| 8/8/2002 | Childs | 3 mo. | 22.5 mg | $1,950.00 | $1,871.37 | 1,777.80 | 1,422.24 | 355.56 | 569.61 | 1,208.19 |
| 11/12/2002 | Childs | 4 mo. | 30 mg | $2,600.00 | $2,495.16 | 2,370.40 | 1,896.32 | 474.08 | 721.51 | 1,648.89 |
| 3/17/2003 | Childs | 4 mo. | 30 mg | $2,600.00 | $2,575.00 | 2,446.24 | 1,956.99 | 489.25 | 816.45 | 1,629.79 |
| 7/14/2003 | Childs | 4 mo. | 30 mg | $2,600.00 | $2,575.00 | 2,446.24 | 1,956.99 | 489.25 | 721.51 | 1,724.73 |
| 11/10/2003 | Childs | 4 mo. | 30 mg | $2,600.00 | $2,575.00 | 2,446.24 | 1,956.99 | 489.25 | 721.51 | 1,724.73 |
| 3/8/2004 | Childs | 4 mo. | 30 mg | $2,600.00 | | 2,002.32 | 1,601.86 | 400.46 | 721.51 | 1,280.81 |
| 7/19/2004 | Childs | 4 mo. | 30 mg | $2,600.00 | | 2,002.32 | 1,601.86 | 400.46 | 720.00 | 1,282.32 |
| 11/30/2004 | Childs | 4 mo. | 30 mg | $2,600.00 | | 2,002.32 | 1,601.86 | 400.46 | 720.00 | 1,282.32 |
| | | | | | | | | | | |
| 3/21/2005 | Nezha | 4 mo. | 30 mg | $4,000.00 | | 1,012.52 | 810.02 | 202.50 | 721.51 | 291.01 |

03/12/03 17:21 FAX 612 623 9931 COLLEGE OF PHARMACY ☒007
Case 1:01-cv-12257-PBS Document 7731-2 Filed 08/05/11 Page 125 of 130

Dated: December 15, 2003.

**Thomas A Scully,**

*Administrator, Centers for Medicare & Medicaid Services.*

Approved: December 24, 2003.

**Tommy G. Thompson,**

*Secretary.*

For the reasons set forth in the preamble, the Centers for Medicare & Medicaid Services amends 42 CFR chapter IV as follows:

## PART 405—FEDERAL HEALTH INSURANCE FOR THE AGED AND DISABLED

■ 1. The authority citation for part 405 continues to read as follows:

**Authority:** Secs. 1102, 1802, and 1871 of the Social Security Act (42 U.S.C. 1302, 1395a, and 1395hh).

■ 2. Section 405.400 is amended by revising the definition of "physician" to read as follows:

### § 405.400 Definitions.

\* \* \* \* \*

*Physician* means a doctor of medicine; doctor of osteopathy; doctor of dental surgery or of dental medicine; doctor of podiatric medicine; or doctor of optometry who is legally authorized to practice medicine, osteopathy, dental surgery, dental medicine, podiatric medicine, or optometry by the State in which he performs such function and who is acting within the scope of his license when he performs such functions.

\* \* \* \* \*

■ 3. Section 405.517 is amended by—

■ A. Redesignating the text of paragraph (a) as paragraph (a)(1) and adding a heading;

■ B. Adding a new paragraph (a)(2).

### § 405.517 Payment for drugs and biologicals that are not paid on a cost or prospective payment basis.

(a) *Applicability.* (1) *Payment for drugs and biologicals before January 1, 2004.* \* \* \*

(2) *Payment for drugs and biologicals on or after January 1, 2004.* Effective January 1, 2004, payment for drugs and biologicals that are not paid on a cost or prospective payment basis are paid in accordance with Part 414, subpart I of this chapter.

\* \* \* \* \*

## PART 414—PAYMENT FOR PART B MEDICAL AND OTHER HEALTH SERVICES

■ 4. The authority citation for part 414 continues to read as follows:

**Authority:** Secs. 1102, 1871, and 1881(b)(1) of the Social Security Act (42 U.S.C. 1302, 1395hh, and 1395rr(b)(1)).

■ 5. The list in § 414.1 is amended by adding a new entry in numerical order as follows:

### § 414.1 Basis and scope.

\* \* \* \* \*

1842(o)—Rules for payment of certain drugs and biologicals.

\* \* \* \* \*

■ 6. A new subpart I is added to read as follows:

### Subpart I—Payment for Drugs and Biologicals

Sec.

414.701 Purpose.
414.704 Definitions.
414.707 Basis of payment.

### § 414.701 Purpose.

This subpart implements section 1842(o) of the Social Security Act by specifying the methodology for determining the payment allowance limit for drugs and biologicals covered under Part B of Title XVIII of the Act (hereafter in this subpart referred to as the "program") that are not paid on a cost or prospective payment system basis. Examples of drugs that are subject to the rules contained in this subpart are: drugs furnished incident to a physician's service; durable medical equipment (DME) drugs; separately billable drugs at independent dialysis facilities not under the ESRD composite rate; statutorily covered drugs, for example, influenza, pneumococcal and hepatitis vaccines, antigens, hemophilia blood clotting factor, immunosuppressive drugs and certain oral anti-cancer drugs.

### § 414.704 Definitions.

As used in this subpart, the following definition applies. *Drug* refers to both drugs and biologicals.

### § 414.707 Basis of payment.

(a) *Method of payment.* (1) Payment for a drug in calendar year 2004 is based on the lesser of—

(i) The actual charge on the claim for program benefits; or

(ii) 85 percent of the average wholesale price determined as of April 1, 2003, subject to the exceptions as specified in paragraphs (a)(2) through (a)(8) of this section.

(2) The payment limits for the following drugs are calculated using 95 percent of the average wholesale price:

(i) Blood clotting factors.

(ii) A drug or biological furnished during 2004 that was not available for Medicare payment as of April 1, 2003.

(iii) Pneumococcal and influenza vaccines as well as hepatitis B vaccine that is furnished to individuals at high or intermediate risk of contracting hepatitis B (as determined by the Secretary).

(iv) A drug or biological furnished during 2004 in connection with the furnishing of renal dialysis services if separately billed by renal dialysis facilities.

(3) The payment limits for infusion drugs furnished through a covered item of durable medical equipment are calculated using 95 percent of the average wholesale price in effect on October 1, 2003.

(4) The payments limits for drugs contained in the following table are calculated based on the percentages of the average wholesale price determined as of April 1, 2003 that are specified in the table.

| Drug | Percentage used to calculate 2004 payment limit |
|---|---|
| EPOETIN ALFA | 87 |
| LEUPROLIDE ACETATE | 81 |
| GOSERELIN ACETATE | 80 |
| RITUXIMAB | 81 |
| PACLITAXEL | 81 |
| DOCETAXEL | 80 |
| CARBOPLATIN | 81 |
| IRINOTECAN | 80 |
| GEMCITABINE HCL | 80 |
| PAMIDRONATE DISODIUM | 85 |
| DOLASETRON MESYLATE | 80 |
| FILGRASTIM | 81 |
| HYLAN G–F 20 | 82 |
| MYCOPHENOLATE MOFETIL | 86 |
| GRANISETRON HCL | 80 |
| ONDANSETRON | 87 |
| VINORELBINE TARTATE | 81 |
| SARGRAMOSTIM | 80 |
| TOPOTECAN | 84 |
| IPRATROPIUM BROMIDE | 80 |
| ALBUTEROL SULFATE | 80 |
| IMMUNE GLOBULIN | 80 |
| LEUCOVORIN CALCIUM | 80 |
| DOXORUBICIN HCL | 80 |
| DEXAMETHOSONE SODIUM PHOSPHATE | 86 |
| HEPARIN SODIUM LOCK-FLUSH | 80 |
| CROMOLYN SODIUM | 80 |
| ACETYLCYSTEINE | 80 |

(5) The payment limits for imiglucerase and alglucerase are calculated using 94 percent of the average wholesale price determined as of April 1, 2003.

(6) Exception. The payment limit for a drug otherwise subject to paragraph (a)(1)(ii) or paragraph (a)(4) of this section may be calculated using the percentage of the average wholesale price as the Secretary deems appropriate based on data and information submitted by the drug manufacturer.

(i) The manufacturer must submit data after October 15, 2003 and before January 1, 2004.

(ii) The percentage only applies for drugs furnished on or after April 1, 2004.

(7) In the case of blood and blood products (other than blood clotting factors), the payment limits shall be determined in the same manner as such payment limit was determined on October 1, 2003.

(b) *Mandatory assignment.* Effective with services furnished on or after February 1, 2001, payment for any drug covered under Part B of Medicare may be made on an assignment-related basis only. All billers must accept the program allowed charge as payment in full and may not bill nor collect from the beneficiary any amount other than the unmet Part B deductible and Part B coinsurance amounts, if applicable. Violations of this requirement may subject the supplier to sanctions, as provided by the statute (*See* § 402 of this chapter).

Note: These addenda will not appear in the Code of Federal Regulations.

**Addendum A—Explanation and Use of Addenda B**

The addenda on the following pages provide various data pertaining to the Medicare fee schedule for physicians' services furnished in 2004. Addendum B contains the RVUs for work, non-facility practice expense, facility practice expense, and malpractice expense, and other information for all services included in the physician fee schedule.

In previous years, we have listed many services in Addendum B that are not paid under the physician fee schedule. To avoid publishing as many pages of codes for these services, we are not including clinical laboratory codes and most alpha-numeric codes (Healthcare Common Procedure Coding System (HCPCS) codes not included in CPT) in Addendum B.

**Addendum B—2004 Relative Value Units and Related Information Used in Determining Medicare Payments for 2004**

This addendum contains the following information for each CPT code and alphanumeric HCPCS code, except for alphanumeric codes beginning with B (enteral and parenteral therapy), E (durable medical equipment), K (temporary codes for nonphysicians' services or items), or L (orthotics), and codes for anesthesiology.

1. *CPT/HCPCS code.* This is the CPT or alphanumeric HCPCS number for the service. Alphanumeric HCPCS codes are included at the end of this addendum.

2. *Modifier.* A modifier is shown if there is a technical component (modifier TC) and a professional component (PC) (modifier –26) for the service. If there is a PC and a TC for the service, Addendum B contains three entries for the code: One for the global values (both professional and technical); one for modifier – 26 (PC); and one for modifier TC. The global service is not designated by a modifier, and physicians must bill using the code without a modifier if the physician furnishes both the PC and the TC of the service.

Modifier – 53 is shown for a discontinued procedure. There will be RVUs for the code (CPT code 45378) with this modifier.

3. *Status indicator.* This indicator shows whether the CPT/HCPCS code is in the physician fee schedule and whether it is separately payable if the service is covered.

A = Active code. These codes are separately payable under the fee schedule if covered. There will be RVUs for codes with this status. The presence of an "A" indicator does not mean that Medicare has made a national decision regarding the coverage of the service. Carriers remain responsible for coverage decisions in the absence of a national Medicare policy.

B = Bundled code. Payment for covered services is always bundled into payment for other services not specified. If RVUs are shown, they are not used for Medicare payment. If these services are covered, payment for them is subsumed by the payment for the services to which they are incident. (An example is a telephone call from a hospital nurse regarding care of a patient.)

C = Carrier-priced code. Carriers will establish RVUs and payment amounts for these services, generally on a case-by-case basis following review of documentation, such as an operative report.

D = Deleted code. These codes are deleted effective with the beginning of the calendar year.

E = Excluded from physician fee schedule by regulation. These codes are for items or services that we chose to exclude from the physician fee schedule payment by regulation. No RVUs are shown, and no payment may be made under the physician fee schedule for these codes. Payment for them, if they are covered, continues under reasonable charge or other payment procedures.

F = Deleted/discontinued codes. Code not subject to a 90-day grace period.

G = Code not valid for Medicare purposes. Medicare does not recognize codes assigned this status. Medicare uses another code for reporting of, and payment for, these services.

H = Deleted modifier. Either the TC or PC component shown for the code has been deleted, and the deleted component is shown in the data base with the H status indicator. (Code subject to a 90-day grace period.)

I = Not valid for Medicare purposes. Medicare uses another code for the reporting of, and the payment for these services. (Code NOT subject to a 90-day grace period.)

N = Noncovered service. These codes are noncovered services. Medicare payment may not be made for these codes. If RVUs are shown, they are not used for Medicare payment.

P = Bundled or excluded code. There are no RVUs for these services. No separate payment should be made for them under the physician fee schedule.

• If the item or service is covered as incident to a physician's service and is furnished on the same day as a physician's service, payment for it is bundled into the payment for the physician's service to which it is incident (an example is an elastic bandage furnished by a physician incident to a physician's service).

• If the item or service is covered as other than incident to a physician's service, it is excluded from the physician fee schedule (for example, colostomy supplies) and is paid under the other payment provisions of the Act.

R = Restricted coverage. Special coverage instructions apply. If the service is covered and no RVUs are shown, it is carrier-priced.

T = Injections. There are RVUs for these services, but they are only paid if there are no other services payable under the physician fee schedule billed on the same date by the same provider. If any other services payable under the physician fee schedule are billed on the same date by the same provider, these services are bundled into the service(s) for which payment is made.

X = Exclusion by law. These codes represent an item or service that is not within the definition of "physicians' services" for physician fee schedule payment purposes. No RVUs are shown for these codes, and no payment may be made under the physician fee schedule. (Examples are ambulance services and clinical diagnostic laboratory services.)

4. *Description of code.* This is an abbreviated version of the narrative description of the code.

5. *Physician work RVUs.* These are the RVUs for the physician work for this service in 2003. Codes that are not used for Medicare payment are identified with a "+."

6. *Non-facility practice expense RVUs.* These are the fully implemented resource-based practice expense RVUs for non-facility settings.

7. *Facility practice expense RVUs.* These are the fully implemented resource-based practice expense RVUs for facility settings.

8. *Malpractice expense RVUs.* These are the RVUs for the malpractice expense for the service for 2004.

9. *Non-facility total.* This is the sum of the work, fully implemented non-facility practice expense, and malpractice expense RVUs.

10. *Facility total.* This is the sum of the work, fully implemented facility practice expense, and malpractice expense RVUs.

11. *Global period.* This indicator shows the number of days in the global period for the code (0, 10, or 90 days). An explanation of the alpha codes follows:

MMM = The code describes a service furnished in uncomplicated maternity cases including antepartum care, delivery, and postpartum care. The usual global surgical concept does not apply. See the 1999 Physicians' Current Procedural Terminology for specific definitions.

XXX = The global concept does not apply.

YYY = The global period is to be set by the carrier (for example, unlisted surgery codes).

ZZZ = Code related to another service that is always included in the global period of the other service. (Note: Physician work and practice expense are associated with intra service time and in some instances the post service time.)

Addendum F_Revised

| | 2004 MMA Drug Payment Limits - Revised 1/30/04 | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Effective January 1, 2004** | | | | | | |
| Note: The absence or presence of a HCPCS code and payment limit in this table does not indicate Medicare coverage of the drug. | | | | | | | |
| Similarly, the inclusion of a payment limit within a specific column does not indicate Medicare coverage of the drug in that specific | | | | | | | |
| category. These determinations shall be made by the local Medicare contractor processing the claim. | | | | | | | |
| HCPCS Code | Short_Description | AWP % | 2004 Limit for Drugs (other than ESRD drugs separately billed by independent ESRD Facilities and drugs infused through DME) | ESRD % | Payment Limit for ESRD Drugs Separately Billed by Independent ESRD | DME Infusion % | 2004 Payment Limit for Drugs when Infused through DME |
| 90371 | Hep b ig, im | 85 | $581.40 | 95 | $649.80 | | |
| 90375 | Rabies ig, im/sc | 85 | $65.18 | 95 | $72.85 | | |
| 90376 | Rabies ig, heat treated | 85 | $69.89 | 95 | $78.11 | | |
| 90385 | Rh ig, minidose, im | 85 | $32.13 | 95 | $34.77 | | |
| 90585 | Bcg vaccine, percut | 85 | $143.28 | 95 | $160.13 | | |
| 90632 | Hep a vaccine, adult im | 85 | $62.94 | 95 | $74.54 | | |
| 90633 | Hep a vacc, ped/adol, 2 dose | 85 | $26.66 | 95 | $29.80 | | |
| 90634 | Hep a vacc, ped/adol, 3 dose | 85 | $26.66 | 95 | $29.80 | | |
| 90645 | Hib vaccine, hboc, im | 85 | $21.76 | 95 | $24.32 | | |
| 90658 | Flu vaccine, 3 yrs, im | 95 | $9.95 | 95 | $9.95 | | |
| 90659 | Flu vaccine, whole, im | 95 | $9.95 | 95 | $9.95 | | |
| 90675 | Rabies vaccine, im | 85 | $121.83 | 95 | $136.16 | | |
| 90691 | Typhoid vaccine, im | 85 | $37.58 | 95 | $42.00 | | |
| 90700 | Dtap vaccine, im | 85 | $20.05 | 95 | $22.41 | | |
| 90703 | Tetanus vaccine, im | 85 | $12.86 | 95 | $14.37 | | |
| 90704 | Mumps vaccine, sc | 85 | $17.38 | 95 | $19.43 | | |
| 90705 | Measles vaccine, sc | 85 | $13.45 | 95 | $15.03 | | |
| 90706 | Rubella vaccine, sc | 85 | $14.97 | 95 | $16.74 | | |
| 90707 | Mmr vaccine, sc | 85 | $34.93 | 95 | $39.04 | | |
| 90713 | Poliovirus, ipv, sc | 85 | $23.00 | 95 | $25.71 | | |
| 90716 | Chicken pox vaccine, sc | 85 | $57.86 | 95 | $68.83 | | |
| 90717 | Yellow fever vaccine, sc | 85 | $52.93 | 95 | $59.17 | | |
| 90718 | Td vaccine > 7, im | 85 | $10.31 | 95 | $11.52 | | |
| 90720 | Dtp/hib vaccine, im | 85 | $33.63 | 95 | $37.59 | | |
| 90721 | Dtap/hib vaccine, im | 85 | $43.70 | 95 | $48.84 | | |
| 90732 | Pneumococcal vaccine | 95 | $18.62 | 95 | $18.62 | | |
| 90733 | Meningococcal vaccine, sc | 85 | $58.66 | 95 | $69.45 | | |
| 90735 | Encephalitis vaccine, sc | 85 | $71.37 | 95 | $79.76 | | |
| 90740 | Hepb vacc, ill pat 3 dose im | 95 | $110.92 | 95 | $110.92 | | |
| 90743 | Hep b vacc, adol, 2 dose, im | 95 | $27.05 | 95 | $27.05 | | |
| 90744 | Hepb vacc ped/adol 3 dose im | 95 | $27.05 | 95 | $27.05 | | |
| 90746 | Hep b vaccine, adult, im | 95 | $55.46 | 95 | $55.46 | | |
| 90747 | Hepb vacc, ill pat 4 dose im | 95 | $110.92 | 95 | $110.92 | | |
| J0130 | Abciximab injection | 85 | $459.02 | 95 | $513.02 | | |
| J0150 | Injection adenosine 6 MG | 85 | $34.80 | 95 | $37.71 | | |
| J0151 | Adenosine injection | 85 | $199.70 | 95 | $229.26 | | |
| J0152 | Adenosine injection | 85 | $66.56 | 95 | $76.42 | | |
| J0170 | Adrenalin epinephrin inject | 85 | $2.10 | 95 | $2.34 | | |
| J0200 | Alatrofloxacin mesylate | 85 | $17.03 | 95 | $19.04 | | |
| J0205 | Alglucerase injection | 94 | $37.13 | 95 | $37.53 | | |

Addendum F_Revised

| HCPCS Code | Short_Description | AWP % | 2004 Limit for Drugs (other than ESRD drugs separately billed by independent ESRD Facilities and drugs infused through DME) | ESRD % | Payment Limit for ESRD Drugs Separately Billed by Independent ESRD | DME Infusion % | 2004 Payment Limit for Drugs when Infused through DME |
|---|---|---|---|---|---|---|---|
| J9214 | Interferon alfa-2b inj | 85 | $13.31 | 95 | $14.88 | | |
| J9215 | Interferon alfa-n3 inj | 85 | $7.03 | 95 | $7.86 | | |
| J9216 | Interferon gamma 1-b inj | 85 | $187.19 | 95 | $209.22 | | |
| J9217 | Leuprolide acetate suspnsion | 81 | $500.58 | 95 | $622.33 | | |
| J9218 | Leuprolide acetate injeciton | 85 | $23.26 | 95 | $25.10 | | |
| J9219 | Leuprolide acetate implant | 85 | $4,831.40 | 95 | $5,399.80 | | |
| J9230 | Mechlorethamine hcl inj | 85 | $10.74 | 95 | $12.01 | | |
| J9245 | Inj melphalan hydrochl 50 MG | 85 | $375.88 | 95 | $420.10 | | |
| J9250 | Methotrexate sodium inj | 85 | $0.35 | 95 | $0.39 | | |
| J9260 | Methotrexate sodium inj | 85 | $4.25 | 95 | $4.75 | | |
| J9263 | Oxaliplatin | 85 | $8.45 | 95 | $9.45 | | |
| J9265 | Paclitaxel injection | 81 | $138.28 | 95 | $162.17 | | |
| J9266 | Pegaspargase/singl dose vial | 85 | $1,277.13 | 95 | $1,543.75 | | |
| J9268 | Pentostatin injection | 85 | $1,644.27 | 95 | $1,837.72 | | |
| J9270 | Plicamycin (mithramycin) inj | 85 | $83.93 | 95 | $93.80 | | |
| J9280 | Mitomycin 5 MG inj | 85 | $57.12 | 95 | $63.84 | 95 | $127.40 |
| J9290 | Mitomycin 20 MG inj | 85 | $185.64 | 95 | $207.48 | | |
| J9291 | Mitomycin 40 MG inj | 85 | $255.00 | 95 | $285.00 | | |
| J9293 | Mitoxantrone hydrochl / 5 MG | 85 | $321.52 | 95 | $359.35 | | |
| J9300 | Gemtuzumab ozogamicin | 85 | $1,953.94 | 95 | $2,183.81 | | |
| J9310 | Rituximab cancer treatment | 83 | $438.38 | 95 | $501.13 | | |
| J9320 | Streptozocin injection | 85 | $126.58 | 95 | $141.47 | | |
| J9340 | Thiotepa injection | 85 | $83.73 | 95 | $93.58 | | |
| J9350 | Topotecan | 84 | $706.17 | 95 | $798.65 | | |
| J9355 | Trastuzumab | 85 | $52.01 | 95 | $58.13 | 95 | $58.13 |
| J9357 | Valrubicin, 200 mg | 85 | $471.24 | 95 | $526.68 | | |
| J9360 | Vinblastine sulfate inj | 85 | $2.81 | 95 | $3.15 | 95 | $4.10 |
| J9370 | Vincristine sulfate 1 MG inj | 85 | $30.40 | 95 | $33.98 | 95 | $33.98 |
| J9375 | Vincristine sulfate 2 MG inj | 85 | $60.81 | 95 | $67.96 | 95 | $67.96 |
| J9380 | Vincristine sulfate 5 MG inj | 85 | $152.02 | 95 | $160.36 | 95 | $169.91 |
| J9390 | Vinorelbine tartrate/10 mg | 81 | $76.19 | 95 | $89.36 | | |
| J9395 | Injection, Fulvestrant | 85 | $81.57 | 95 | $87.58 | | |
| J9600 | Porfimer sodium | 85 | $2,329.60 | 95 | $2,603.67 | | |
| P9041 | Albumin (human),5%, 50ml | 85 | $13.01 | 95 | $14.54 | | |
| P9043 | Plasma protein fract,5%,50ml | 85 | $13.01 | 95 | $14.54 | | |
| P9045 | Albumin (human), 5%, 250 ml | 85 | $49.30 | 95 | $55.10 | | |
| P9046 | Albumin (human), 25%, 20 ml | 85 | $13.01 | 95 | $14.54 | | |
| P9047 | Albumin (human), 25%, 50ml | 85 | $49.30 | 95 | $55.10 | | |
| P9048 | Plasmaprotein fract,5%,250ml | 85 | $26.04 | 95 | $29.10 | | |
| Q0136 | Non esrd epoetin alpha inj | 87 | $11.62 | 95 | $12.69 | | |
| Q0137 | Darbepoetin alfa, non-esrd | 85 | $4.24 | 95 | $4.74 | | |
| Q0163 | Diphenhydramine HCl 50mg | 85 | $0.08 | | | | |
| Q0164 | Prochlorperazine maleate 5mg | 85 | $0.51 | | | | |
| Q0165 | Prochlorperazine maleate10mg | 85 | $0.77 | | | | |
| Q0166 | Granisetron HCl 1 mg oral | 85 | $39.98 | | | | |
| Q0167 | Dronabinol 2.5mg oral | 85 | $2.93 | | | | |

# January 2005 Payment Allowance Limits for Medicare Part B Drugs

## Effective January 1, 2005 through March 31, 2005

Note 1: Payment allowance limits subject to the ASP methodology are based on 3Q04 ASP data.

Note 2: As of the March 17, 2005 revision, the payment allowance limits have 3 decimal places in the currency fields.

Note 3: The absence or presence of a HCPCS code and the payment allowance limits in this table does not indicate Medicare coverage of the drug. Similarly, the inclusion of a payment allowance limit within a specific column does not indicate Medicare coverage of the drug in that specific category. These determinations shall be made by the local Medicare contractor processing the claim.

| HCPCS Code | Short Description | HCPCS Code Dosage | Payment Limit | Independent ESRD Limit | Vaccine AWP% | Vaccine Limit | Infusion AWP% | DME Infusion Limit | Blood AWP% | Blood Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J9098 | Cytarabine liposome | 10 MG | $350.453 | $350.453 | | | | | | | |
| J9100 | Cytarabine hcl 100 MG inj | 100 MG | $1.675 | $1.675 | | | 95 | $8.190 | | | |
| J9110 | Cytarabine hcl 500 MG inj | 500 MG | $8.376 | $8.376 | | | 95 | $8.550 | | | |
| J9120 | Dactinomycin actinomycin d | 0.5 MG | $12.073 | $12.073 | | | | | | | |
| J9130 | Dacarbazine 100 mg inj | 100 MG | $5.286 | $5.286 | | | | | | | |
| J9140 | Dacarbazine 200 MG inj | 200 MG | $11.246 | $11.246 | | | | | | | |
| J9150 | Daunorubicin | 10 MG | $27.425 | $27.425 | | | | | | | |
| J9151 | Daunorubicin citrate liposom | 10 MG | $55.987 | $55.987 | | | | | | | |
| J9160 | Denileukin diftitox, 300 mcg | 300 MCG | $1,205.527 | $1,205.527 | | | | | | | |
| J9170 | Docetaxel | 20 MG | $297.581 | $297.581 | | | | | | | |
| J9178 | Inj, epirubicin hcl, 2 mg | 2 MG | $25.412 | $25.412 | | | | | | | |
| J9181 | Etoposide 10 MG inj | 10 ML | $0.486 | $0.486 | | | | | | | Revised 3/17/05. |
| J9182 | Etoposide 100 MG inj | 100 MG | $4.862 | $4.862 | | | | | | | Revised 3/17/05. |
| J9185 | Fludarabine phosphate inj | 50 MG | $272.096 | $272.096 | | | | | | | Revised 1/13/05 (CR3695) |
| J9190 | Fluorouracil injection | 500 MG | $1.683 | $1.683 | | | 95 | $2.070 | | | |
| J9200 | Floxuridine injection | 500 MG | $71.390 | $71.390 | | | 95 | $136.800 | | | |
| J9201 | Gemcitabine HCl | 200 MG | $115.336 | $115.336 | | | | | | | |
| J9202 | Goserelin acetate implant | 3.6 MG | $189.786 | $189.786 | | | | | | | |
| J9206 | Irinotecan injection | 20 MG | $125.584 | $125.584 | | | | | | | |
| J9208 | Ifosfomide injection | 1 GM | $62.041 | $62.041 | | | 95 | $150.380 | | | |
| J9209 | Mesna injection | 200 MG | $16.691 | $16.691 | | | | | | | |
| J9211 | Idarubicin hcl injection | 5 MG | $317.265 | $317.265 | | | | | | | |
| J9212 | Interferon alfacon-1 | 1 MCG | $3.589 | $3.589 | | | | | | | |
| J9213 | Interferon alfa-2a inj | 3 MIL UNITS | $30.843 | $30.843 | | | | | | | |
| J9214 | Interferon alfa-2b inj | 1 MIL UNITS | $13.123 | $13.123 | | | | | | | Revised 1/13/05 (CR3695) |
| J9215 | Interferon alfa-n3 inj | 250000 IU | $8.602 | $8.602 | | | | | | | |
| J9216 | Interferon gamma 1-b inj | 3 MIL UNITS | $292.241 | $292.241 | | | | | | | |
| J9217 | Leuprolide acetate suspnsion | 7.5 MG | $253.131 | $253.131 | | | | | | | |
| J9218 | Leuprolide acetate injection | 1 MG | $13.493 | $13.493 | | | | | | | |
| J9219 | Leuprolide acetate implant | 65 MG | $2,206.273 | $2,206.273 | | | | | | | |
| J9230 | Mechlorethamine hcl inj | 10 MG | $10.454 | $10.454 | | | | | | | |
| J9245 | Inj melphalan hydrochl 50 MG | 50 MG | $388.734 | $388.734 | | | | | | | |
| J9250 | Methotrexate sodium inj | 5 MG | $0.205 | $0.205 | | | | | | | |
| J9260 | Methotrexate sodium inj | 50 ML | $2.164 | $2.164 | | | | | | | |
| J9263 | Oxaliplatin | 0.5 MG | $8.241 | $8.241 | | | | | | | |
| J9265 | Paclitaxel injection | 30 MG | $15.847 | $15.847 | | | | | | | |

Exhibit 11.  Bernard Walker Out-of-Pocket Damage Calculation

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Date of Service | Doctor's Name | Medicare Approved Charge as Reported on EOB | Cost of Lupron to Doctor | Amount by Which Total Charge Exceeds Cost to Dr. | Amount Paid by Mr. Walker | Percent of Approved Charge Owed by Mr. Walker | Amount by Which Total Charge Exceeds Cost to Dr. |
| | | | | | | | |
| 3/30/1998 | Goldberg | $ 1,540.80 | $1,297.00 | $ 243.80 | $ 308.16 | 20.00% | $ 48.76 |
| 2/1/1999 | Goldberg | $ 1,615.59 | $1,427.16 | $ 188.43 | $ 35.08 | 2.17% | $ 4.09 |
| 5/17/1999 | Goldberg | $ 1,615.59 | $1,427.16 | $ 188.43 | $ 35.08 | 2.17% | $ 4.09 |
| | | | | | | | |
| 6/19/2000 | Ginieczki | $ 1,777.80 | $ 569.61 | $ 1,208.19 | $ 21.51 | 1.21% | $ 14.62 |
| 9/18/2000 | Ginieczki | $ 1,777.80 | $ 569.61 | $ 1,208.19 | $ 39.86 | 2.24% | $ 27.09 |
| | | | | | | | |
| 3/8/2004 | Childs | $ 2,002.32 | $ 721.51 | $ 1,280.81 | $ 200.23 | 10.00% | $ 128.08 |
| | | | | | | | |