# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA
by Thomas W. Corbett, Jr., in his capacity as
Attorney General of the Commonwealth of
Pennsylvania,

                              Plaintiff,

          v.                                                    No. 212 MD 2004

TAP PHARMACEUTICAL PRODUCTS, INC.,
et al.,

                              Defendants.

## <u>UPDATED ECONOMIC REPORT OF WILLIAM S. COMANOR</u>

**Assignment and Opinions**

I have been asked by the attorneys for the Commonwealth of Pennsylvania to supplement my earlier reports in this case by paying particular attention to pharmaceuticals sold by Pfizer, Inc. (Pfizer) and its subsidiaries.  As in my earlier reports, I was asked to consider the role played by Average Wholesale Price (AWP) values on the process by which drug purchases are reimbursed by both public and private payers.  And I have been asked to pay particular attention to the period from 1991 through 2008. Attached as Appendix A  isa listing of the additional material reviewed in preparation of this updated report.

As I noted before, AWP values set by Pfizer for its products are not the average prices charged by pharmaceutical wholesalers or these companies to pharmacies or physicians.  In addition, Pfizer has control over both the Wholesale Acquisition Cost (WAC) and the AWP values that are set for its products.  And also, as stated before, government entities like the Plaintiffs in this case commonly use AWP values as the basis for their reimbursement programs.  Furthermore, there are good economic explanations for Pfizer's actions regarding these two pricing standards.

**The Pharmaceutical Pricing Structure in the United States**

When branded pharmaceuticals sold by leading drug manufacturers such as Pfizer are introduced into the US marketplace, their seller establishes a list price at which they will be sold.[1]  This price is commonly known at the Wholesale Acquisition Cost, or

---

[1] OMB Leadership Conference Pharmaceutical Pricing, Catherine Tak Piech and Martin Zagari, November 16, 2000.

WAC, and is generally the actual price paid by wholesalers for the product.[2]  Then, under the supposition that wholesalers require a 20 to 25 percent margin,[3] a second list price is also established that is represented as the Average Wholesale Price, or AWP, which equals the WAC price times 1.20 or 1.25.[4]  Under this structure of prices, the manufacturer sets both AWP and WAC prices.[5]

At some point in time, during the 1970s and 1980s, competitive market forces intervened and market prices responded.  The 20 to 25 percent wholesale margin, which had previously existed, could not be maintained.  Competition among wholesalers led to sharply reduced margins so that currently pharmacies pay generally at WAC levels for their pharmaceuticals while wholesalers typically cover their costs and profits from discounts received from the drug manufacturers.[6]

For their cash buyers, pharmacies add a margin to the amounts paid for the drugs and sell them to their customers. For buyers who have a pharmacy benefit through their insurer, on the other hand, the process works differently.[7]  The pharmacy agrees with the insurer on the reimbursement formula, and also collects a co-pay from the customer as established by the insurer.  The insurer's payments are often expressed as AWP minus an agreed-upon discount minus the co-pay plus a dispensing fee.  From the pharmacy's standpoint, what is required is that total revenues on the sales exceed product costs by a sufficient margin to recover its operating costs plus a reasonable return on its investment.

---

[2]  Deposition of Catherine Tak Piech, June 9, 2010, p. 51.  As in many industries, drug manufacturers mainly sell their products to wholesalers who then supply the retail pharmacies, although they also sell directly to large retail chain pharmacies.
[3]  PF-AL02033927/PF-PA01011735.
[4]  PF-AL00056720/PF-PA00058589.  See also Deposition of Catherine Tak Piech, June 9, 2010, pp. 8, 51-2.
[5]  PF-AL00119287/PF-PA00121156, PF-AL00107765/PF-PA00109634, PF-AL02044619/PF-PA01022427.
[6]  PF-Al00103492/PF-PA00105361.
[7]  Insured buyers account for the great majority of pharmaceutical sales.

To demonstrate these pricing concepts, I employ an example developed originally by Defendants' economists Bell and Scott-Morton and introduced in a prior case.[8]  The example concerns a branded cholesterol lowering drug with a WAC value of $116 and the resulting AWP value of $145.[9]  In their example, they assume the insurer requires a $10 co-pay, and then reimburses the pharmacy at an established discount off AWP minus the $10 co-pay plus a dispensing fee.  What their example illustrates is that for most sales of branded pharmaceuticals, there are two benchmarks from which transaction prices are set: the WAC and the AWP.  However, they are linked together by a fixed formula.

Although drug manufacturers such as Pfizer have control over these benchmark prices, that fact does not mean that they are unconstrained by market forces.  As I explained some years ago in a published article,[10] each pharmaceutical commands a value that is generally determined by its relative therapeutic effectiveness, along with the number and character of rival products including the presence or absence of generic competitors.  However, that market price is not tethered to the benchmark values described above.  There is an additional factor that is an essential part of the pharmaceutical pricing structure but has not yet been included in this pricing example.  The omitted factor is the common use of rebates paid directly by drug manufacturers to insurers and other large buyers.

In the Bell-Scott-Morton pricing document referenced above, the writers acknowledge the presence of these rebates although they offer little explanation for their

---

[8]  BMS_AWPPA_03213958-03214021.
[9]  BMS_AWPPA_03213964-5.  In this example, the writers employ an AWP multiplier of 1.25 so that 116 x 1.25 = 145.
[10]  Z. John Lu and William S. Comanor, "Strategic Pricing of New Pharmaceuticals," Review of Economics and Statistics, Vol. 80, No. 1, Feb. 1998.

presence.[11]  There are many reasons why a drug manufacturer might offer discounted prices to individual buyers.  Such rebates might be a reward for large purchases, or serve as a means to undercut a rival's price, or to insure a more favored position on the insurer's formulary or list of preferred drugs.  These rebates also permit Pfizer along with other manufacturers to charge different prices to different buyers, which Professor Berndt believes is needed for economic survival in a marketplace dominated by managed care organizations.[12]  Through the use of differential rebates, Pfizer and other large drug manufacturers are able to separate their actual prices from the benchmark levels mentioned above.  By setting high values for both their WAC and AWP values while at the same time offering substantial rebates to certain buyers, the companies can distribute their products through the same pharmacies but still practice price discrimination by charging higher prices to some buyers and lower prices to others.

A recognized result of this pricing structure is that cash buyers can pay much higher prices than do insured buyers.[13]  When higher WAC/AWP values are established, the pharmacy has no option but to cover these amounts in the prices it charges to cash customers.  At the same time, insurers and the Pharmacy Benefit Managers (PBMs) who work with them can often negotiate substantial rebates,[14] which are then used to offset the higher amounts charged to pharmacies and other direct providers.

---

[11]  BMS_AWPPA_03213965.

[12]  In a 1994 monograph, Professor Berndt writes: "With the dramatic growth of managed-pharmacy provider services and increases in the size of managed-care customers, these firms (the large drug manufacturers) have realized that survival in the new price responsive and increasingly competitive marketplace requires implementation of nonuniform pricing strategies." Ernst R. Berndt, *Uniform Pharmaceutical Pricing   An Economic Analysis* Washington: American Enterprise Institute,1994, p. 15.

[13]  Professor Berndt estimates that cash buyers pay approximately AWP values for their pharmaceuticals. See Deposition Testimony of Ernst Berndt, October 19, 2009, p. 137, 166.

[14]  A government study estimated that even when rebates were negotiated by PBMs, they passed on between 70 and 90 percent of these rebates to their insurer customers. BMS_AWPPA_03214013.

**The Different Posture of Government Insurers**

The picture described above changes sharply, however, for government agencies such as the two leading plaintiffs in this matter:  Pennsylvania Department of Aging/ PACE and Pennsylvania Department of Public Welfare/Medicaid.  Unlike private insurers, their payments to providers are linked by statute to AWP values and not readily altered.[15]  Between July 1991 and 1995 or 1998, their reimbursement payments were set at full AWP levels; between 1995 and 2005 for PACE and between 1998 and 2005 for Medicaid, their reimbursement payments were set at AWP minus 10 percent plus a dispensing fee;[16]  thereafter, they were set at AWP minus 14 percent (or WAC plus 7 percent) plus a fee.[17]

As was noted above, most reimbursement payments are based on AWP values as published by various data services.  The most important of these is First Data Bank who in 2002 applied all manufacturers' prices on a consistent basis.  Henceforth, its published AWP values were all set equal to 1.25 times the WAC value.[18]  Although historically there had been some variation in the margins used, it imposed a uniform formula which led in many cases to higher reimbursement payments.

Although OBRA 90 established the Medicaid rebate program, these rebates are the same regardless of whether AWP values are inflated.[19]  By law, they are based on a third pricing concept, which is the Average Manufacturer Price (AMP).[20]  This additional

---

[15]  In 55 Pa. Code § 1121.2, AWP is defined as "the average wholesale price for a drug as found in the Department's pricing service publication."  See the Joint Trial Stipulation entered into between the Plaintiff and Bristol-Myers Squibb Company on July 20, 2010.  See also PF-PA01425376.
[16]  PA 11129.
[17]  55 PA Code 1121.56.
[18]  PF-AL00124800/PF-PA00126669, MDL-CEN00103688-9.
[19]  Deposition Testimony of Ernst Berndt, October 19, 2009, p. 380.
[20]  Department of Health and Human Services, Office of Inspector General, *Need to Establish Connection between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs,* May 1998.

pricing concept equals the established WAC values minus certain discounts offered on the product although there are doubts as to the adequacy of the values provided.[21]  In any event, these discounts appear to be minor.  The average ratio of AMP to WAC reported for the various Pfizer and Pharmacia products considered here, during the relevant time period, was 97 percent.[22]  Although Medicaid rebates must equal at least 15.1 percent of AMP,[23] the Congressional Budget Office estimates that unit rebates for branded pharmaceuticals as of 2003 were approximately 31 percent of AMP.[24]  However, there is evidence that the rebates paid to private payers may be even larger.[25]

**A Pricing Example**

        To explore these issues, I suggest a pricing example which is detailed in Appendix B.  From this evidence and discussion, I draw certain conclusions.  The first is that the leading drug manufacturers have taken advantage of the fixed reimbursement and rebate formulas to enhance their revenues.   By raising WAC/AWP values and paying higher rebates to selected insurers, they are able to engage in non-uniform pricing practices by charging higher prices to government entities, which have limited ability to

---

[21]  Department of Health and Human Services, Office of Inspector General, *Drug Manufacturers' Noncompliance with Average Manufacturer Price Reporting Requirements,* September 2010.

[22]  AMP data obtained from PACE.

[23]  Department of Health and Human Services, Office of Inspector General, *Need to Establish Connection between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs,* May 1998. p. 2.  In addition to this minimum, rebates can also be determined by the difference between the AMP and the manufacturer's 'best price' if it would be greater by this calculation.  However, "Best price excludes … PBM rebates, discounts or other price concessions except … where such rebates, discounts, or price concessions are designed to adjust prices at the retail or provider level."  42 C.F.R. § 447.505.

[24]  Congressional Budget Office, "The Rebate Medicaid Receives on Brand-Name Prescription Drugs," June 21, 2005, p. 1.

[25]  A drug company pricing document suggests that these rebates could range from 30 to 39 percent. BMS_AWPPA02645772.  A second estimate of 47 percent is given by the difference between the lowest VA prices and the lowest Medicare Part D prices in November 2006 for the sixteen largest selling drugs prescribed to seniors as reported on the Families USA website.  This is a valid estimate of discounting because the former set of prices are negotiated by the VA while the latter are set under rules where the payer is precluded from negotiating drug prices.  See www.familiesusa.org/newsroom/press-releases/2007-press-releases.

alter their reimbursement formulas, than to other payers; and the drug companies have increased their revenues accordingly.

Even where their revenues are not enhanced directly, higher AWP levels expand the spreads of pharmacies and other direct providers.[26] Such increased spreads can directly benefit the manufacturers to the extent that the pharmacy or physician is able to direct consumers towards their products and away from those of rival manufacturers.[27] Furthermore, higher spreads serve the manufacturers' objectives for more efficient and effective distribution of their products.[28] These higher spreads can also serve to solidify "the professional pharmacy trade" with the pharmaceutical industry, an alliance which can pay high dividends in any political discussion of increased drug prices.[29]

Both public and private payers support drug purchases at private pharmacies. As such, these payers need to cover pharmacy costs on transactions made for their subscribers. Because of the public reimbursement formulas in place, which are based on AWP levels, public payers in Pennsylvania have paid far higher amounts for pharmacy services than have private payers. This gap has placed a further burden on the disadvantaged public payers.

Respectfully submitted, this 11th day of February, 2011.

William S Comanor

William S. Comanor

---

[26] MDL-HCS00282592.

[27] MDL-HSC00282033.

[28] A Pharmacia executive explained: "A 20% AWP was communicated to the Marketplace. When the pre-stock and distribution goals were not met, we were asked to change the AWP back to 25% so the marketplace would respond favorably." PH-AL00299972/PH-PA 00368109

[29] PH 018709.

8

APPENDIX A

PH 018708-09
PH-CT0036269-70
PH 025931-34
PF-PA00105361
PH-PA00368109-17
PF-PA00062311-71
PH-PA00160002-107
PH-PA00159912-23
PF-PA01011735
PF-PA00126669
PF-PA01174914-69
PF-PA00535313
PF-PA00121156-57
PF-PA00109634-35
PF-PA00058589-93
PF-PA01022427
PF-PA00481923-24
PF-PA00077327-56
PF-PA00066299-347
AZ_PA0734049-51
AZ_PA0734714-16
AZ_PA0734793
AZ_PA0734786-87
PF-PA01477441-43
PF-PA01425372-79
PF-PA00058148-51
PH 025785-94
AZ_PA0734729-36
AZ_PA0734748-53
TAP_PA_022182-91
TAP_PA_022171-80
PF-PA01229359-65
AZ_PA0734777-80
BMS-AWPPA00070083-88
AZ_PA0734714-16
TAP_PA_E0633777-79
BMS-AWPPA00028793-94
BMS-AWPPA00069898
AZ_PA0734622-23
BAY-PA 02227510
BAY-PA 02227690-93
AZ_PA0734794
AZ_PA0734793
RGPA231412-13

BMS-AWPPA00068694-96
TAP_PA_E0633777-79
AZ_PA0734144
BMS-AWPPA00068712-15
BMS-AWPPA02149660-70
BMS-AWPPA02650273-74
BMS-AWPPA02148323-24
PF-PA01425361-62
PF-PA01425359-60
AZ_PA0734845
AZ_PA0734846-79
6/2/2009 Letter from Means Lauf to Senator Don White

APPENDIX B

# TESTIMONY OF PROFESSOR WILLIAM S. COMANOR

*Commonwealth of Pennsylvania*

*v.*

*Pfizer, Inc.*

# Education

- Public schools in Philadelphia, graduated from Central High School

- Received A.B. in Economics, Haverford College, Haverford, PA, 1959

- Received Ph.D. in Economics, Harvard University, Cambridge, MA, 1964
  - Dissertation: "The Economics of Research and Development in the Pharmaceutical Industry."

- Post-doctoral fellow:  London School of Economics, 1963-64

# Positions / Experience

- Current Positions

  - Professor of Economics, University of California, Santa Barbara (UCSB)

  - Professor of Health Services, University of California, Los Angeles (UCLA)

  - Director of Research Program in Pharmaceutical Economics and Policy

- Former Government Positions

  - Special Economic Assistant to head of Antitrust Division, U.S. Department of Justice, Washington DC, 1965-66

  - Director, Bureau of Economics, U.S. Federal Trade Commission, Washington DC, 1978-1980

# Selected Publications

- "Determinants of Drug Prices and Expenditures," <u>Managerial and Decision Economics</u>, 2007

- "The Economics of Research and Development in the Pharmaceutical Industry," <u>Pharmaceutical Innovation</u>, 2007

- "Strategic Pricing of New Pharmaceuticals," <u>Review of Economics and Statistics</u>, 1998

- "The Political Economy of the Pharmaceutical Industry," <u>Journal of Economic Literature</u>, 1986.

- "Research and Technical Change in the Pharmaceutical Industry," <u>Review of Economics and Statistics</u>, 1965.

- "Research and Competitive Product Differentiation in the Pharmaceutical Industry in the United States," <u>Economica</u>, 1964

4

# Pfizer Drugs

## Injectables

| Drug Name | Indication |
|-----------|------------|
| Geodon | Antipsychotic |
| Zithromax | Antibiotic |

# Pfizer Drugs

## Pills (1)

| Drug Name | Indication |
|-----------|------------|
| Accupril | Angiotensin-Converting Enzyme (ACE) Inhibitor Used for Treatment for High Blood Pressure |
| Accuretic | Antihypertensive Combination |
| Cardura | Alpha-Blockers Used for Treatment of Enlarged Prostates |
| Celebrex | Analgesic |
| Celontin | Anticonvulsant |
| Dilantin | Anticonvulsant |
| Estrostep | Birth Control |
| Femhrt | Treatment of Menopause |
| Geodon | Antipsychotic |
| Lipitor | HMG-CoA Reductase Inhibitor Used for Cholesterol Reduction |
| Lopid | Lipid Regulation Used for Cholesterol and Triglyceride Reduction |

6

# Pfizer Drugs

## Pills (2)

| Drug Name | Indication |
|-----------|------------|
| Minizide | Treatment of Hypertension |
| Nardil | Treatment of Depression |
| Neurontin | Anticonvulsant |
| Nitrostat | Vasodilator |
| Norvasc | Calcium Channel Blockers<br>Used for High Blood Pressure and Chest Pain |
| Procardia | Calcium Channel Blockers<br>Used for High Blood Pressure and Chest Pain |
| Renese | Cardiovascular Agent |
| Viracept | Treatment for HIV and AIDS |
| Zarontin | Anticonvulsant |
| Zithromax | Antibiotic |
| Zoloft | Antidepressant |
| Zyrtec | Antihistamine |

7

# Pharmacia Drugs

## Injectables (1)

| Drug Name | Indication |
|---|---|
| Adriamycin | Cancer Treatment |
| Adrucil | Cancer Treatment |
| Amphocin | Fungal Infections |
| Bleomycin Sulfate | Cancer Treatment |
| Cleocin | Antibiotic |
| Cytosar-U | Cancer Treatment |
| Depo-Provera | Treatment for Osteoporosis |
| Depo-Testo | Steroid |

# Pharmacia Drugs

## Injectables (2)

| Drug Name | Indication |
|---|---|
| Etoposide | Cancer Treatment |
| Neosar | Cancer Treatment |
| Solu-Cortef | Anti-Inflammatory Glucocorticoid |
| Solu-Medrol | Anti-Inflammatory Glucocorticoid |
| Toposar | Cancer Treatment |
| Trelstar Depot | Treatment of Prostate Cancer |
| Vincasar | Cancer Treatment |
| Zyvox | Antibacterial |

# Pharmacia Drugs

## Pills

| Drug Name | Indication |
|---|---|
| Bextra | Anti-Inflammatory Drug |
| Cleocin | Antibiotic |
| Etoposide | Cancer Treatment |
| Rescriptor | HIV Treatment |
| Zyvox | Antibacterial |

# Structure of Pharmaceutical Prices: Branded Products

- Drug Manufacturers set a list price for their branded products on sales to pharmaceutical wholesalers.  This price goes by different names.  A common name is the Wholesale Acquisition Cost, or WAC.

- This is the price paid by the wholesalers, before discounts; and it is the wholesalers who do most of the actual product sales and distribution to retail pharmacies.

- Currently, most wholesalers charge this same price to their customers; and cover their costs and profits from discounts received from the drug manufacturers.

- A leading discount received by wholesalers is for prompt payment.

11

# Setting Average Wholesale Prices (1)

- Originally, wholesalers marked up the drug manufacturers' WAC price approximately 20 to 25% for sales to their customers. On that basis, the wholesalers' price, called the Average Wholesale Price or AWP, was generally set at 20 to 25% higher than the WAC price.

- Competition and improved efficiency forced wholesale prices down. Eventually this mark-up was eliminated, and their selling prices approached or equaled the WAC values.

- The actual average price that wholesale customers pay today is approximately equal to the WAC price.

# Setting Average Wholesale Prices (2)

- Despite the market changes that occurred over the past 30 or more years, the AWP has continued to be set equal to the WAC price plus an established mark-up.

- The AWP has become a fiction, which the drug manufacturers have followed.

- Although the AWP was earlier set at between 20 and 25% above WAC, in 2008, the industry settled on an AWP that was uniformly 25% above the WAC price.

- When a drug manufacturer sets the WAC price, it also sets the AWP.

13

# The Significance of AWP Values

- AWP values are widely reported and subject to two conventions.

- The first convention is the AWP values are a fixed mark-up over WAC prices.  The second convention is that "third party" reimbursements are based on AWP values.

- Both conventions give AWP values importance in the marketplace.

- As it became widely recognized in the industry that the AWP mark-up over WAC prices was inconsistent with market realities, reimbursement payments were stated as a discount off AWP.

# Competitive Pressures in Pharmaceutical Markets

- Before describing how the drug manufacturers could exploit the situation, there is one more part of the pharmaceutical pricing structure that must be described.

- Sometimes people suggest that the manufacturers can get any price for their products, and it will always be paid.

- Not so.  The manufacturers face competitive market pressures like most other firms.  These pressures are strengthened by the Pharmacy Benefit Managers (PBMs) who play a major role on the demand side of the market.

- Competitive market pressures influence the economic value of individual drugs.

# The Economic Value of Individual Drugs

- Economic values of branded pharmaceuticals depend primarily on two factors:

  - their therapeutic effectiveness as compared with alternate therapies

  - the number and character of rival branded and generic products*

- If manufacturers set higher prices for individual drugs than their appropriate economic values, informed buyers such as PBMs will encourage their affiliated physicians to shift to other drugs.

- There is also no incentive for manufacturers to set any lower prices.

- For informed buyers, it is difficult for drug manufacturers to set different prices for individual drugs than their economic values.

* Z. John Lu and William S. Comanor, "Strategic Pricing of New Pharmaceuticals," Review of Economics and Statistics, 1998.

16

# Public and Private Reimbursement Formulas (1)

- As the wholesalers' mark-up over WAC declined, the drug manufacturers sought to maintain AWP values in order to maximize third-party reimbursement payments.

- The drug companies could have reduced the AWP-WAC margin commensurate with market realities.

- Private third party payers (or reimbursers) responded to the AWP fiction by paying large discounts off AWP for the drugs used by their beneficiaries.

- For government payers, reimbursement formulas are necessarily written in statutes or regulations which cannot be changed quickly.

# Public and Private Reimbursement Formulas (2)

- The PA Dept. of Aging/PACE reimbursement payments were set at full AWP levels from 1991 to 1996, at AWP minus 10% from 1996 through 2006; and at AWP minus 12% from 2006 through 2008.

- DPW paid full AWP through 1995; AWP minus 10% from 1995 to 2005, and AWP minus 14% from 2005 to 2008.

- Public payers are committed to reimbursement formulas based on a fictitious list price which does not reflect economic values.

- In contrast, private third party payers are able to more quickly and aggressively increase their discounts off AWP as the basis for their reimbursement payments.

# The Gap Between Public and Private Payments

- Medicaid and PACE pay more to pharmacies for the same drugs provided to patients than do private payers.

- These payments are <u>not</u> made to the drug manufacturers, but instead to the pharmacies as reimbursement for the drugs provided to patients.

- See the following table:

# Comparison of Reimbursement Rates

| Year | DPW[1] | | PACE[2] | | PBM[3] | |
|------|--------|------|--------|------|--------|------|
| | AWP Discount % | Dispensing Fee | AWP Discount % | Dispensing Fee | AWP Discount % | Dispensing Fee |
| 1991 | 0.0% | $3.00 | 0.0% | $2.75 | 10.6% | $2.77 |
| 1992 | 0.0% | $3.50 | 0.0% | $2.75 | 10.9% | $2.71 |
| 1993 | 0.0% | $3.50 | 0.0% | $2.75 | 11.2% | $2.65 |
| 1994 | 0.0% | $3.50 | 0.0% | $2.75 | 11.6% | $2.59 |
| 1995 | 2.5% | $3.64 | 0.0% | $2.75 | 11.8% | $2.50 |
| 1996 | 10.0% | $4.00 | 1.1% | $2.83 | 12.1% | $2.47 |
| 1997 | 10.0% | $4.00 | 10.0% | $3.50 | 12.6% | $2.32 |
| 1998 | 7.5% | $3.88 | 10.0% | $3.50 | 13.2% | $2.35 |
| 1999 | 6.1% | $3.80 | 10.0% | $3.50 | 13.1% | $2.30 |
| 2000 | 10.0% | $4.00 | 10.0% | $3.50 | 13.5% | $2.31 |
| 2001 | 10.0% | $4.00 | 10.0% | $3.50 | 13.9% | $2.21 |
| 2002 | 10.0% | $4.00 | 10.0% | $3.50 | 14.1% | $2.13 |
| 2003 | 10.0% | $4.00 | 10.0% | $3.50 | 14.5% | $2.05 |
| 2004 | 10.0% | $4.00 | 10.0% | $4.00 | 14.8% | $1.95 |
| 2005 | 11.6% | $4.00 | 10.0% | $4.00 | 15.1% | $1.92 |
| 2006 | 14.0% | $4.00 | 11.0% | $4.00 | 15.3% | $1.88 |
| 2007 | 14.0% | $4.00 | 12.0% | $4.00 | 16.1% | $1.88 |
| 2008 | 14.0% | $4.00 | 12.0% | $4.00 | 16.1% | $1.73 |

**Sources:**  [1] Commonwealth of Pennsylvania, Department of Public Welfare, Medical Assistance Bulletins, 19-91-15, 19-95-14, 09-05-06, PA-RTKL003254-62
[2] PACE Annual Report to Pennsylvania General Assembly, 2008
[3] " Prescription Drug Benefit Cost and Plan Design Report," PBMI, 2009-2010

**Notes:**  The PBM Rate listed above is the average rate at which employers reimburse PBMs for branded drugs.  Although PBMs may pay pharmacies a lower rate than the rate at which the PBM is reimbursed by the employer, competition between PBMs for employer contracts should insure that the average differential is small.  Consistent with this hypothesis, I find that for 347 Community Pharmacy contracts with PBMs (from Heckman Declaration regarding First Databank Settlement Agreement), the PBM paid the community pharmacy a slightly lower reimbursement than the average employer reimbursement rate listed above (the PBMs' discount off AWP was 0.27% higher and their dispensing fees were 8 cents lower compared to the average employer reimbursement rate to PBMs)

20

# Economic Implications of the Gap

- The gap between public and private payment formulas created an opportunity that the drug manufacturers could exploit.

- They could achieve higher profits by making the public agencies pay more without risking a competitive backlash from the private payers.

- The most important of the private payers are the PBMs who manage pharmaceutical payments on behalf of their clients: insurance companies, HMOs, and large corporations.

- There is evidence that 70 to 90% of the PBM savings are passed on to their insurer customers.

- This gap means that public payers support a larger share of pharmacy overhead costs than do private payers.

# A Pricing Example

- To see how all these factors work together, I use a pricing example.

- This example is drawn from the one used originally by the Defendants' economists.*  They proposed its basic structure with which I agree.  They apparently saw its structure as representative of industry pricing patterns.

- This example is important because its structure demonstrates how drug manufacturers can manipulate the system for their own advantage.

- I extended the Defendant's example to illustrate some important results.  I also revised the Pricing Example used in prior cases.

* Gregory K. Bell and Fiona Scott Morton, "An Orientation to the Acquisition of and Reimbursement for Prescription Drugs," BMS_AWPPA_03213958-4022.

# Two Revisions to Pricing Example

- The rebate percentage was increased from 15.1% to 31.3% of Average Manufacturers Price (AMP) to include additional provisions.

    – basic rebate:  15.1% of AMP.

    – "Best Price" provision:  4.5% of AMP.

    – additional rebate based on CPI increase:  11.7% of AMP.

    – Total:  31.3% of AMP.*

- AMP values are now estimated at 97% of WAC values, based on PACE data for both Pfizer and Pharmacia products.

* Expert Report of Ernst R. Berndt, Ph.D., September 30, 2010, p. 31.

23

# A Pricing Example:  Base Case

- The Defendant's example concerns a branded cholesterol-lowering drug with a WAC value of $116 and the resulting AWP value of $145.

- Let a pharmacy purchase two units, and then provide one unit each to a publicly-insured patient and a privately-insured patient.

- The Defendant's example considered only one unit, but we need to deal with two units to show the comparison.

- The Defendant's economist writes that "the pharmacy industry is highly competitive,"* and I agree.  As a direct result, only competitive profit levels are earned.

* Expert report of Fiona Scott Morton, p. 61.

24

# A Pricing Example:
# Pharmacy Costs and Revenues

| Pharmacy Costs | | | |
|---|---|---|---|
| | Pharmacy Buys 2 Units | $232 | 2 x WAC |
| | Assumed Direct Costs | $10 | |
| | Assumed Overhead | $11 | |
| | | $253 | |

**Pharmacy Revenues**

Pharmacy receives from <u>public payer</u> at Medicaid reimbursement formula of AWP – 14% + dispensing fee.

| | |
|---|---|
| $124.70 | Ingredient Cost: AWP – 14% |
| 4.00 | Dispensing fee |
| $128.70 | |

Pharmacy receives from <u>private payer</u> an amount which is just sufficient to cover pharmacy costs when the public payment is taken into account.  This amount equals  AWP – 16% – co-pay + dispensing fee.

| | |
|---|---|
| $111.80 | Ingredient Cost: AWP – 16% – $10 Co-Pay |
| 2.50 | Dispensing fee |
| 10.00 | Assumed Co-Pay |
| $124.30 | |

Total Revenues          $253.00

Pharmacy costs and revenues are equal since this is a highly competitive industry.

25

# A Pricing Example:  Public and Private Payers

The public payer receives a legally specified rebate from the drug manufacturer.  I apply the base rebate amount of 31.3% of Average Manufacturer's Price (AMP).

The mandated public payer rebate is then $35.22.  Although the private payer's rebate is not mandated, a neutral assumption for the base case is that the two rebates are the same.

| Public payer | Paid to pharmacy | $128.70 |
|---|---|---|
| | Rebate received | −35.22 |
| | Net Payment | $93.48 |
| | | |
| Private payer | Paid to pharmacy | $124.30 |
| | Rebate received | −35.22 |
| | Net Payment | $89.08 |

Private payer pays $4.40 less, or about 5% less.

# A Pricing Example:  The Drug Manufacturer

Manufacturer Revenues and Payments:

|  | 1 unit | 2 units |
|---|---|---|
| Sells 2 units for | $116.00 | $232.00 |
| Pays 2 rebates of | −35.22 | −70.44 |
| Net Revenues | $80.78 | $161.56 |

The manufacturer does not directly benefit from the fact that the public payer pays more than the private payer.  However, the manufacturer sees the opportunity to manipulate this pricing structure to increase its revenues.

This structure permits manipulation by the manufacturer to increase its revenues at the expense of the public payer.

# A Manipulation Strategy

- This pricing example leaves effective prices to the private payers unchanged while increasing the effective prices to the public payers.

- This strategy institutes a policy of enhanced price discrimination under which different buyers are charged different prices.

- With this strategy, the drug manufacturer continues to charge the drug's economic value to private payers who might otherwise switch to rival products.

- In contrast, the drug manufacturer increases its prices to public payers who are obligated by law to reimburse all purchases according to a fixed formula.

- I describe how a manipulation strategy might work by extending the previous pricing example.

28

Case 1:01-cv-12257-PBS Document 7732-3 Filed 08/05/11 Page 40 of 159

# An Extended Pricing Example:
# Pharmacy Costs and Revenues

The drug manufacturer raises its WAC from $116 to $150, and therefore its AWP rises from $145 to $187.50.

| Pharmacy Costs | Pharmacy Buys 2 Units | $300.00 | 2 x WAC |
|---|---|---|---|
| | Assumed Direct Costs | $10.00 | |
| | Assumed Overhead | $11.00 | |
| | | $321.00 | |

| Pharmacy Revenues | | | |
|---|---|---|---|
| Pharmacy receives from <u>public payer</u> at same Medicaid reimbursement formula of AWP – 14% + dispensing fee. | | $161.25 | Ingredient Cost: AWP – 14% |
| | | 4.00 | Dispensing fee |
| | | $165.25 | |

| Pharmacy receives from <u>private payer</u> an amount which again is just sufficient to cover pharmacy costs when public payment is taken into account. This amount is now achieved at new formula of AWP – 18% – co-pay + dispensing fee. | | $143.75 | Ingredient Cost: AWP – 18% – $10 Co-Pay |
|---|---|---|---|
| | | 2.50 | Dispensing fee |
| | | 10.00 | Assumed Co-Pay |
| | | $156.25 | |

| Total Revenues | $321.50 |
|---|---|

If the dispensing fee were also reduced to $2.00, Pharmacy revenues and costs would then be exactly equal.

29

# An Extended Pricing Example: Public and Private Payers (1)

The public payer receives the same legally specified rebate from the drug manufacturer of 31.3% of AMP.  On this basis, the mandated public payer rebate increases from $35.22 to $45.54.

| The public payer | Paid to pharmacy | $165.25 | instead of | $128.70 |
|---|---|---|---|---|
| | Rebate received | −45.54 | instead of | −35.22 |
| | Net Payment | $119.71 | instead of | $93.48 |

Increased payment of $26.23, which is 28% higher

# An Extended Pricing Example:
# Public and Private Payers (2)

The private payer, however, is unwilling to pay more than the economic value of the drug, which I assume is what it paid before the price increase. It therefore demands a higher rebate, which the manufacturer will accept because of competitive pressures from other drugs. The newer higher rebate must be sufficient to keep the private payer's payment unchanged.

<u>The private payer</u>

| | | | | |
|---|---|---|---|---|
| Paid to pharmacy | $146.25 | instead of | $114.30 |
| Co-pay to pharmacy | 10.00 | | 10.00 |
| | | | |
| Original Rebate | −35.22 | | −35.22 |
| Additional Rebate | −31.95 | | --- |
| | $89.08 | | $89.08 |

Private payer rebate increases from $35.22 to $67.17, which just compensates it for the price increase.

31

# An Extended Pricing Example: The Drug Manufacturer

The Drug Manufacturer revenues and payments

| | | | |
|---|---|---|---|
| Sells 2 units for | $300.00 | instead of | $232.00 |
| Pays public payer rebate | −45.54 | instead of | −35.22 |
| Pays private payer rebate | −67.17 | instead of | −35.22 |
| Net Revenues | $187.15 | | $161.56 |

Revenues are increased by $25.73, which is 16% higher than in the base case.

Pharmacy revenues are essentially unchanged.

Private payer and private co-pay amounts are unchanged.

Public payer payments are increased by $26.23. (Difference is 50 cent increase in pharmacy revenues.)

# Support for This Example

- Private payers pay less than public payers to pharmacies for the same drugs.

- There is evidence of increasing prices set for the drugs at issue in this case.

- See the following slides.

# Pfizer Drugs

## Single-Source, Pharmacy Dispensed (1)

| Drug Name | First Generic Introduction (when WAC Data available) | Range of Single-Source WAC Price Data |
|---|---|---|
| Accupril | 2005Q2 | 1992Q2 – 2005Q1 |
| Accuretic | 2005Q1 | 2000Q1 – 2004Q4 |
| Cardura | 2001Q1 | 1991Q1 – 2000Q4 |
| Celebrex | No Generic Approved | 1999Q1 – 2008Q4 |
| Celontin | No Generic Approved | 1991Q3 – 2008Q4 |
| Dilantin | 2000Q4 | 1991Q3 – 2000Q3 |
| Geodon | No Generic Approved | 2001Q1 – 2008Q4 |
| Lipitor | No Generic Approved | 1997Q1 – 2008Q4 |

# Pfizer Drugs

## Single-Source, Pharmacy Dispensed (2)

| Drug Name | First Generic Introduction (when WAC Data available) | Range of Single-Source WAC Price Data |
|---|---|---|
| Nardil | No Generic Approved | 1993Q1 – 2008Q4 |
| Neurontin | 2005Q1 | 1994Q1 – 2004Q4 |
| Procardia | 2000Q3 | 1991Q1 – 2000Q2 |
| Renese | 2005Q2 | 1992Q1 – 2005Q1 |
| Viracept | 2002Q2 | 1997Q1 – 2002Q1 |
| Zarontin | 2004Q1 | 1993Q1 – 2003Q4 |
| Zoloft | 2007Q3 | 1992Q3 – 2007Q2 |
| Zyrtec | 2005Q3 | 1995Q1 – 2005Q2 |

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Accupril



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Accuretic



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

37

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Cardura



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

38

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Celebrex



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

39

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Celontin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

40

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs
# Drug = Dilantin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

41

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs
## Drug = Geodon



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

42

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Lipitor



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

43

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs
# Drug = Nardil



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

44

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Neurontin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

45

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Procardia



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

46

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Renese



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

47

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Viracept



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period. Moreover, the series are restricted to dates before the approval of the first generic.

48

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Zarontin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

49

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Zoloft



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Zyrtec



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

51

# Pharmacia Drugs

## Single-Source, Pharmacy Dispensed

| Drug Name | First Generic Introduction (when WAC Data available) | Range of Single-Source WAC Price Data |
|---|---|---|
| Adriamycin | 2001Q3 | 1991Q1 – 2001Q2 |
| Bextra | Taken off the Market in 2005 | 2002Q1 – 2005Q1 |
| Cleocin | 2002Q3 | 1991Q1 – 2002Q2 |
| Rescriptor | No Generic Approved | 1997Q2 – 2008Q4 |
| Zyvox | No Generic Approved | 2000Q2 – 2008Q4 |

52

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs Drug = Adriamycin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

53

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs Drug = Bextra



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

54

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs Drug = Cleocin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

55

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs Drug = Rescriptor



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

56

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs Drug = Zyvox



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

# Consumer Price Index for Prescription Drugs
# All Urban Customers



**Source:** Bureau of Labor Statistics, Series Id: CUUR0000SEMF01.

58

# Percentage Price Increases for Pfizer Pharmacy Dispensed Drugs (1)

| Drug Name | DPW/PACE Reimbursements* | Dates | Pfizer WAC Increase | CPI – Prescription Drugs Increase |
|---|---|---|---|---|
| Accupril | $35,111,321 | 1992Q2 – 2005Q1 | 65% | 59% |
| Accuretic | $400,886 | 2000Q1 – 2004Q4 | 8% | 21% |
| Cardura | $16,227,328 | 1991Q1 – 2000Q4 | 30% | 50% |
| Celebrex | $145,156,384 | 1999Q1 – 2008Q4 | 68% | 42% |
| Celontin | $705,308 | 1991Q3 – 2008Q4 | 64% | 87% |
| Dilantin | $45,338,704 | 1991Q3 – 2000Q3 | 20% | 42% |
| Geodon | $27,815,583 | 2001Q1 – 2008Q4 | 79% | 29% |
| Lipitor | $292,988,797 | 1997Q1 – 2008Q4 | 60% | 53% |

* Total values from 1991 through 2008.
*Sources*:  Pfizer WAC Data and Bureau of Labor Statistics.

# Percentage Price Increases for Pfizer Pharmacy Dispensed Drugs (2)

| Drug Name | DPW/PACE Reimbursements* | Dates | Pfizer WAC Increase | CPI – Prescription Drugs Increase |
|---|---|---|---|---|
| Nardil | $418,943 | 1993Q1 – 2008Q4 | 48% | 71% |
| Neurontin | $103,832,465 | 1994Q1 – 2004Q4 | 51% | 49% |
| Procardia | $149,409,088 | 1991Q1 – 2000Q2 | 30% | 47% |
| Renese | $59,348 | 1992Q1 – 2005Q1 | 33% | 63% |
| Viracept | $30,397,236 | 1997Q1 – 2002Q1 | 12% | 26% |
| Zarontin | $1,092,548 | 1993Q1 – 2003Q4 | 58% | 48% |
| Zoloft | $235,751,556 | 1992Q3 – 2007Q2 | 58% | 70% |
| Zyrtec | $41,325,170 | 1995Q1 – 2005Q2 | 35% | 49% |
| **Total/Average** | **$1,126,030,666** | | **52.2%** | **52.3%** |

\* Total values from 1991 through 2008.
*Sources*:  Pfizer WAC Data and Bureau of Labor Statistics.

# Percentage Price Increases for Pharmacia Pharmacy Dispensed Drugs

| Drug Name | DPW/PACE Reimbursements* | Dates | Pharmacia WAC Increase | CPI – Prescription Drugs Increase |
|---|---|---|---|---|
| Adriamycin | $516,241 | 1991Q1 – 2001Q2 | 17% | 55% |
| Bextra | $14,064,359 | 2002Q1 – 2005Q1 | 19% | 10% |
| Cleocin | $5,363,396 | 1991Q1 – 2002Q2 | 113% | 64% |
| Rescriptor | $287 | 1997Q2 – 2008Q4 | 37% | 52% |
| Zyvox | $9,683,845 | 2000Q2 – 2008Q4 | 64% | 33% |
| **Total/Average** | **$29,628,128** | | **50.4%** | **28.3%** |

\* Total values from 1991 through 2008.
*Sources*:  Pfizer WAC Data and Bureau of Labor Statistics.

61

# Further Support for This Example

- Rebates to public payers are set by law and regulation, and are not negotiable.

- Rebates to private payers are negotiable.  Dr. Berndt writes: "PBM contracts... are flexible, allowing for substantial leverage in contract negotiation and great variability."*  I agree.

- Private payers are generally unwilling to pay more than the economic value for specific drugs.

- Consider the Theory of Private Rebates implicit in Dr. Berndt's Report.

* Expert Report of Ernst R. Berndt, Ph.D., September 30, 2010, p. 25.

# Paragraph 39 from Dr. Berndt's Report

Expert Report of Ernst R. Berndt, Ph.D.

(39)    A very different situation emerges, however, when several patent-protected drugs compete with each other in the same therapeutic area (as has recently been the case for three erectile dysfunction drugs, Viagra, Cialis and Levitra). Kaiser's Senior Counsel Anthony Barrueta calls this the "competing monopoly/oligopoly" stage, and notes that this is where the possibility for price competition arises. He describes this environment as follows:

> This stage represents the lion's share of the market at any given time. Here, there are multiple similar drugs on the market, all still under market exclusivity protection. Depending on how similar the drugs are—that is, how substitutable they are for each other—organized purchasers have the ability to either switch patients in a medically appropriate manner among the drugs (if the drugs are highly substitutable) or at least start new patients on a preferred drug (if the drugs are similarly effective, but switching would be disruptive to therapy). In either case, there is a competitive opportunity that can be taken advantage of. This is the area where formularies can be applied for the greatest effect on overall costs.[44]

---

[44]   "Pharmacy Benefit Management Companies (PBMs)", comments of Anthony Barrueta, Senior Counsel, Kaiser Foundation Health Plan, Inc., Oakland, California, before the FTC/DOJ Joint Hearings, Health Care and Competition Law and Policy, June 26, 2003, pp. 1–2.

63

# Price Implications of the Kaiser Health Plan Statement

- Where pharmaceuticals have similar therapeutic effects, informed buyers can "play off" one drug against another.

- Sellers will need to lower their prices to make sales.  And lower prices in pharmaceutical markets are achieved by higher rebates.

- Process should continue until prices decline sharply, which means rebates increase substantially.

- This statement suggests an explanation of PBM rebates.

# Non-Uniform Pricing Strategies and Differential Rebates

- Dr. Berndt writes that pharmaceutical companies' "survival... requires implementation of non-uniform pricing strategies."*

- However, where different payers employ the same pharmacies to distribute the drugs they purchase for subscribers, their primary means available to implement differential prices are differential rebates.

- This is the mechanism pharmaceutical companies can use to employ non-uniform pricing strategies.

* Expert Report of Ernst R. Berndt, Ph.D., September 30, 2010, p. 13.

# Dr. Berndt's Reliance on the Mercer Report is Misleading

- Dr. Berndt writes:  "Medicaid rebates are very large compared to PBM rebates." For this conclusion, he relies on the Mercer finding "that net of rebates, Medicaid would pay substantially less (37%) under its FFS program. [Mercer report of February 8, 2007, p.13]"*

- He refers to the wrong report.  He means to refer to the Mercer report of December 18, 2006.

- Also, there is no reference in that report to "PBM rebates."  Instead, there is a comparison in rebates and costs between an "MCO delivery channel" and an "FFS delivery channel."

- Both of these channels relate to public payers, and neither relates to the expected experience of private payers.

* Expert Report of Ernst R. Berndt, Ph.D., September 30, 2010, pp. 61-62.

# The "Best Price" Requirement

- Although the Medicaid rebate provision includes a "Best Price" requirement as noted in Dr. Berndt's report, the Federal Regulations exclude certain payments.

- The Regulations state: "Best Price excludes: (13) PBM rebates, discounts or other price concessions except where mail order pharmacy's purchases or **where such rebates**, discounts, or other such price concessions **are designed to adjust prices at the retail or provider level**."*

- This provision has been interpreted to mean that rebates retained by PBMs and not passed on to their clients are "Best Price" exempt.

- "Best Price" exempt rebates are substantial, which reduces the extent of those public payer rebates.

* Code of Federal Regulations, Paragraph 447.505 Determination of Best Price.

# Possible Qualifications

- Discriminatory pricing as between public and private payers requires differential rebates.
  - and there is little available evidence on rebates paid to private payers.

- Fragmentary evidence, cited in an industry document, suggests these rebates could range from 30 to 39 percent.*

- Suppose paying higher private rebates were not possible.  There would then be greater constraints placed on the manufacturer's ability to raise prices.  The companies remain constrained by the economic values of their products.

- However, the higher payments to pharmacies by public payers than by private payers, reported above, can supplement the private rebates that would otherwise be required to maintain the economic values of individual drugs.

* BMS_AWPPA02645772.

68

# Drug Manufacturers' Support for Pharmacy and Physician Spreads (1)

- Manufacturers are paid by pharmacies and physicians on their WAC values.

- Pharmacies and physicians are paid by public or private payers on published AWP values less some percentage.

- As described by Pharmacia:  "The difference between the published AWP (less a percentage) and the direct price is the profit margin that drives these classes of trade."*

- These classes of trade refer to "pharmacists and physicians," whose economic viability depends on these spreads.

- These classes of trade are the final distributors of pharmaceutical products and those who have direct contact with final consumers.

* PH 025785.

# Drug Manufacturers' Support for Pharmacy and Physician Spreads (2)

- All manufacturers need efficient distribution of their products, which requires maintaining sufficient distribution inventories.

- All manufacturers require distributors who will support their products with the final consumers.  They supply essential information about the products to consumers.

- All manufacturers want distributors who will support and not contest any higher prices charged for their products.  This factor is particularly relevant where political factors affect prices.

- Higher pharmacy and physician spreads promote all of these objectives.  Otherwise, demand for their products can lag.

70

# Drug Manufacturers' Support for Pharmacy and Physician Spreads (3)

- Pfizer, along with other drug manufacturers, have increased their prices substantially since 1991.

  – Pfizer price increases are effectively equal to the CPI – Prescription Drugs Index.

  – Pharmacia price increases are greater: 50.4% to 28.3%

- These price increases were made despite political pressures to control costs.*

- There is industry recognition that "the pharmaceutical industry and the professional pharmacy trade are being challenged by the same parties."**

- Support for pharmacy spreads is support for a political ally.

 * Memo describing a meeting of Pfizer executives along with those from other drug manufacturers with Governor Ed Rendell, February 20, 2004.  AZ_PA0734779/780.
** PH 018709.

# Implicit Bargaining Between Drug Manufacturers and Direct Providers
## (Pharmacies and Physicians)

Case 1:01-cv-12257-PBS Document 7415-3 Filed 03/05/12 Page 83 of 159

- Increased AWP levels lead to higher payments to pharmacies and physicians for prescribed drugs.

- These higher payments represent revenues that can accrue to both the drug manufacturers and the direct providers.

- How they are divided between them turns on their relative bargaining power.  While Pfizer and the other drug manufacturers have generally the stronger position, the providers also have some leverage.

- Increased AWP levels and higher payments by public and private payers lead to greater sums which can then be used by drug manufacturers to promote increased sales of their products.

72

# Economic Harm

- Professor Scott Morton charges that I have not offered a theory of harm.

- Not so.  Economists have long understood that enhanced price discrimination can represent the exercise of monopoly power and reduce economic efficiency.

- This is an egregious form of price discrimination because it harms public agencies who provide needed medications for a disadvantaged population.

- These actions lead public agencies to pay higher prices and potentially limit the quantity of medications they can provide.

- These results demonstrate the presence of economic harm.

# Conclusions

- Differences in the inherent behavior of public and private payers create the opportunity for exploitation by drug manufacturers, like Pfizer.

- This exploitation takes the form of enhanced price discrimination.  In particular, the public payers subsidize pharmacy overheads to the advantage of private payers.

- The actions of drug manufacturers like Pfizer to take advantage of the public payers were a conscious decision.

# TESTIMONY OF PROFESSOR WILLIAM S. COMANOR

*Commonwealth of Pennsylvania*

*v.*

*Pfizer, Inc.*

# Education

- Public schools in Philadelphia, graduated from Central High School

- Received A.B. in Economics, Haverford College, Haverford, PA, 1959

- Received Ph.D. in Economics, Harvard University, Cambridge, MA, 1964

  – Dissertation: "The Economics of Research and Development in the Pharmaceutical Industry."

- Post-doctoral fellow:  London School of Economics, 1963-64

# Positions / Experience

- Current Positions

  - Professor of Economics, University of California, Santa Barbara (UCSB)

  - Professor of Health Services, University of California, Los Angeles (UCLA)

  - Director of Research Program in Pharmaceutical Economics and Policy

- Former Government Positions

  - Special Economic Assistant to head of Antitrust Division, U.S. Department of Justice, Washington DC, 1965-66

  - Director, Bureau of Economics, U.S. Federal Trade Commission, Washington DC, 1978-1980

# Selected Publications

- "Determinants of Drug Prices and Expenditures," <u>Managerial and Decision Economics</u>, 2007

- "The Economics of Research and Development in the Pharmaceutical Industry," <u>Pharmaceutical Innovation</u>, 2007

- "Strategic Pricing of New Pharmaceuticals," <u>Review of Economics and Statistics</u>, 1998

- "The Political Economy of the Pharmaceutical Industry," <u>Journal of Economic Literature</u>, 1986.

- "Research and Technical Change in the Pharmaceutical Industry," <u>Review of Economics and Statistics</u>, 1965.

- "Research and Competitive Product Differentiation in the Pharmaceutical Industry in the United States," <u>Economica</u>, 1964

4

# Pfizer Drugs

## Injectables

| Drug Name | Indication |
|-----------|------------|
| Geodon | Antipsychotic |
| Zithromax | Antibiotic |

# Pfizer Drugs

## Pills (1)

| Drug Name | Indication |
|-----------|------------|
| Accupril | Angiotensin-Converting Enzyme (ACE) Inhibitor Used for Treatment for High Blood Pressure |
| Accuretic | Antihypertensive Combination |
| Cardura | Alpha-Blockers Used for Treatment of Enlarged Prostates |
| Celebrex | Analgesic |
| Celontin | Anticonvulsant |
| Dilantin | Anticonvulsant |
| Estrostep | Birth Control |
| Femhrt | Treatment of Menopause |
| Geodon | Antipsychotic |
| Lipitor | HMG-CoA Reductase Inhibitor Used for Cholesterol Reduction |
| Lopid | Lipid Regulation Used for Cholesterol and Triglyceride Reduction |

6

# Pfizer Drugs

## Pills (2)

| Drug Name | Indication |
|---|---|
| Minizide | Treatment of Hypertension |
| Nardil | Treatment of Depression |
| Neurontin | Anticonvulsant |
| Nitrostat | Vasodilator |
| Norvasc | Calcium Channel Blockers<br>Used for High Blood Pressure and Chest Pain |
| Procardia | Calcium Channel Blockers<br>Used for High Blood Pressure and Chest Pain |
| Renese | Cardiovascular Agent |
| Viracept | Treatment for HIV and AIDS |
| Zarontin | Anticonvulsant |
| Zithromax | Antibiotic |
| Zoloft | Antidepressant |
| Zyrtec | Antihistamine |

7

# Pharmacia Drugs

## Injectables (1)

| Drug Name | Indication |
|---|---|
| Adriamycin | Cancer Treatment |
| Adrucil | Cancer Treatment |
| Amphocin | Fungal Infections |
| Bleomycin Sulfate | Cancer Treatment |
| Cleocin | Antibiotic |
| Cytosar-U | Cancer Treatment |
| Depo-Provera | Treatment for Osteoporosis |
| Depo-Testo | Steroid |

# Pharmacia Drugs

## Injectables (2)

| Drug Name | Indication |
|---|---|
| Etoposide | Cancer Treatment |
| Neosar | Cancer Treatment |
| Solu-Cortef | Anti-Inflammatory Glucocorticoid |
| Solu-Medrol | Anti-Inflammatory Glucocorticoid |
| Toposar | Cancer Treatment |
| Trelstar Depot | Treatment of Prostate Cancer |
| Vincasar | Cancer Treatment |
| Zyvox | Antibacterial |

# Pharmacia Drugs

## Pills

| Drug Name | Indication |
|-----------|------------|
| Bextra | Anti-Inflammatory Drug |
| Cleocin | Antibiotic |
| Etoposide | Cancer Treatment |
| Rescriptor | HIV Treatment |
| Zyvox | Antibacterial |

# Structure of Pharmaceutical Prices: Branded Products

- Drug Manufacturers set a list price for their branded products on sales to pharmaceutical wholesalers.  This price goes by different names.  A common name is the Wholesale Acquisition Cost, or WAC.

- This is the price paid by the wholesalers, before discounts; and it is the wholesalers who do most of the actual product sales and distribution to retail pharmacies.

- Currently, most wholesalers charge this same price to their customers; and cover their costs and profits from discounts received from the drug manufacturers.

- A leading discount received by wholesalers is for prompt payment.

# Setting Average Wholesale Prices (1)

- Originally, wholesalers marked up the drug manufacturers' WAC price approximately 20 to 25% for sales to their customers.  On that basis, the wholesalers' price, called the Average Wholesale Price or AWP, was generally set at 20 to 25% higher than the WAC price.

- Competition and improved efficiency forced wholesale prices down.  Eventually this mark-up was eliminated, and their selling prices approached or equaled the WAC values.

- The actual average price that wholesale customers pay today is approximately equal to the WAC price.

# Setting Average Wholesale Prices (2)

- Despite the market changes that occurred over the past 30 or more years, the AWP has continued to be set equal to the WAC price plus an established mark-up.

- The AWP has become a fiction, which the drug manufacturers have followed.

- Although the AWP was earlier set at between 20 and 25% above WAC, in 2008, the industry settled on an AWP that was uniformly 25% above the WAC price.

- When a drug manufacturer sets the WAC price, it also sets the AWP.

# The Significance of AWP Values

- AWP values are widely reported and subject to two conventions.

- The first convention is the AWP values are a fixed mark-up over WAC prices.  The second convention is that "third party" reimbursements are based on AWP values.

- Both conventions give AWP values importance in the marketplace.

- As it became widely recognized in the industry that the AWP mark-up over WAC prices was inconsistent with market realities, reimbursement payments were stated as a discount off AWP.

14

# Competitive Pressures in Pharmaceutical Markets

- Before describing how the drug manufacturers could exploit the situation, there is one more part of the pharmaceutical pricing structure that must be described.

- Sometimes people suggest that the manufacturers can get any price for their products, and it will always be paid.

- Not so.  The manufacturers face competitive market pressures like most other firms.  These pressures are strengthened by the Pharmacy Benefit Managers (PBMs) who play a major role on the demand side of the market.

- Competitive market pressures influence the economic value of individual drugs.

# The Economic Value of Individual Drugs

- Economic values of branded pharmaceuticals depend primarily on two factors:

  – their therapeutic effectiveness as compared with alternate therapies

  – the number and character of rival branded and generic products*

- If manufacturers set higher prices for individual drugs than their appropriate economic values, informed buyers such as PBMs will encourage their affiliated physicians to shift to other drugs.

- There is also no incentive for manufacturers to set any lower prices.

- For informed buyers, it is difficult for drug manufacturers to set different prices for individual drugs than their economic values.

* Z. John Lu and William S. Comanor, "Strategic Pricing of New Pharmaceuticals," Review of Economics and Statistics, 1998.

16

# Public and Private Reimbursement Formulas (1)

- As the wholesalers' mark-up over WAC declined, the drug manufacturers sought to maintain AWP values in order to maximize third-party reimbursement payments.

- The drug companies could have reduced the AWP-WAC margin commensurate with market realities.

- Private third party payers (or reimbursers) responded to the AWP fiction by paying large discounts off AWP for the drugs used by their beneficiaries.

- For government payers, reimbursement formulas are necessarily written in statutes or regulations which cannot be changed quickly.

17

# Public and Private Reimbursement Formulas (2)

- The PA Dept. of Aging/PACE reimbursement payments were set at full AWP levels from 1991 to 1996, at AWP minus 10% from 1996 through 2006; and at AWP minus 12% from 2006 through 2008.

- DPW paid full AWP through 1995; AWP minus 10% from 1995 to 2005, and AWP minus 14% from 2005 to 2008.

- Public payers are committed to reimbursement formulas based on a fictitious list price which does not reflect economic values.

- In contrast, private third party payers are able to more quickly and aggressively increase their discounts off AWP as the basis for their reimbursement payments.

# The Gap Between Public and Private Payments

- Medicaid and PACE pay more to pharmacies for the same drugs provided to patients than do private payers.

- These payments are <u>not</u> made to the drug manufacturers, but instead to the pharmacies as reimbursement for the drugs provided to patients.

- See the following table:

19

# Comparison of Reimbursement Rates

| Year | DPW[1] | | PACE[2] | | PBM[3] | |
|------|--------|--|---------|--|--------|--|
| | AWP Discount % | Dispensing Fee | AWP Discount % | Dispensing Fee | AWP Discount % | Dispensing Fee |
| 1991 | 0.0% | $3.00 | 0.0% | $2.75 | 10.6% | $2.77 |
| 1992 | 0.0% | $3.50 | 0.0% | $2.75 | 10.9% | $2.71 |
| 1993 | 0.0% | $3.50 | 0.0% | $2.75 | 11.2% | $2.65 |
| 1994 | 0.0% | $3.50 | 0.0% | $2.75 | 11.6% | $2.59 |
| 1995 | 2.5% | $3.64 | 0.0% | $2.75 | 11.8% | $2.50 |
| 1996 | 10.0% | $4.00 | 1.1% | $2.83 | 12.1% | $2.47 |
| 1997 | 10.0% | $4.00 | 10.0% | $3.50 | 12.6% | $2.32 |
| 1998 | 7.5% | $3.88 | 10.0% | $3.50 | 13.2% | $2.35 |
| 1999 | 6.1% | $3.80 | 10.0% | $3.50 | 13.1% | $2.30 |
| 2000 | 10.0% | $4.00 | 10.0% | $3.50 | 13.5% | $2.31 |
| 2001 | 10.0% | $4.00 | 10.0% | $3.50 | 13.9% | $2.21 |
| 2002 | 10.0% | $4.00 | 10.0% | $3.50 | 14.1% | $2.13 |
| 2003 | 10.0% | $4.00 | 10.0% | $3.50 | 14.5% | $2.05 |
| 2004 | 10.0% | $4.00 | 10.0% | $4.00 | 14.8% | $1.95 |
| 2005 | 11.6% | $4.00 | 10.0% | $4.00 | 15.1% | $1.92 |
| 2006 | 14.0% | $4.00 | 11.0% | $4.00 | 15.3% | $1.88 |
| 2007 | 14.0% | $4.00 | 12.0% | $4.00 | 16.1% | $1.88 |
| 2008 | 14.0% | $4.00 | 12.0% | $4.00 | 16.1% | $1.73 |

**Sources:** [1] Commonwealth of Pennsylvania, Department of Public Welfare, Medical Assistance Bulletins, 19-91-15, 19-95-14, 09-05-06, PA-RTKL003254-62
[2] PACE Annual Report to Pennsylvania General Assembly, 2008
[3] " Prescription Drug Benefit Cost and Plan Design Report," PBMI, 2009-2010

**Notes:** The PBM Rate listed above is the average rate at which employers reimburse PBMs for branded drugs. Although PBMs may pay pharmacies a lower rate than the rate at which the PBM is reimbursed by the employer, competition between PBMs for employer contracts should insure that the average differential is small. Consistent with this hypothesis, I find that for 347 Community Pharmacy contracts with PBMs (from Heckman Declaration regarding First Databank Settlement Agreement), the PBM paid the community pharmacy a slightly lower reimbursement than the average employer reimbursement rate listed above (the PBMs' discount off AWP was 0.27% higher and their dispensing fees were 8 cents lower compared to the average employer reimbursement rate to PBMs)

20

# Economic Implications of the Gap

- The gap between public and private payment formulas created an opportunity that the drug manufacturers could exploit.

- They could achieve higher profits by making the public agencies pay more without risking a competitive backlash from the private payers.

- The most important of the private payers are the PBMs who manage pharmaceutical payments on behalf of their clients: insurance companies, HMOs, and large corporations.

- There is evidence that 70 to 90% of the PBM savings are passed on to their insurer customers.

- This gap means that public payers support a larger share of pharmacy overhead costs than do private payers.

21

# A Pricing Example

- To see how all these factors work together, I use a pricing example.

- This example is drawn from the one used originally by the Defendants' economists.*  They proposed its basic structure with which I agree.  They apparently saw its structure as representative of industry pricing patterns.

- This example is important because its structure demonstrates how drug manufacturers can manipulate the system for their own advantage.

- I extended the Defendant's example to illustrate some important results.  I also revised the Pricing Example used in prior cases.

* Gregory K. Bell and Fiona Scott Morton, "An Orientation to the Acquisition of and Reimbursement for Prescription Drugs," BMS_AWPPA_03213958-4022.

# Two Revisions to Pricing Example

- The rebate percentage was increased from 15.1% to 31.3% of Average Manufacturers Price (AMP) to include additional provisions.

    – basic rebate:  15.1% of AMP.

    – "Best Price" provision:  4.5% of AMP.

    – additional rebate based on CPI increase:  11.7% of AMP.

    – Total:  31.3% of AMP.*

- AMP values are now estimated at 97% of WAC values, based on PACE data for both Pfizer and Pharmacia products.

* Expert Report of Ernst R. Berndt, Ph.D., September 30, 2010, p. 31.

# A Pricing Example:  Base Case

- The Defendant's example concerns a branded cholesterol-lowering drug with a WAC value of $116 and the resulting AWP value of $145.

- Let a pharmacy purchase two units, and then provide one unit each to a publicly-insured patient and a privately-insured patient.

- The Defendant's example considered only one unit, but we need to deal with two units to show the comparison.

- The Defendant's economist writes that "the pharmacy industry is highly competitive,"* and I agree.  As a direct result, only competitive profit levels are earned.

* Expert report of Fiona Scott Morton, p. 61.

24

# A Pricing Example:
# Pharmacy Costs and Revenues

| Pharmacy Costs | Pharmacy Buys 2 Units | $232 | 2 x WAC |
|---|---|---|---|
| | Assumed Direct Costs | $10 | |
| | Assumed Overhead | $11 | |
| | | $253 | |

Pharmacy Revenues

| Pharmacy receives from <u>public payer</u> at Medicaid reimbursement formula of AWP – 14% + dispensing fee. | $124.70 | Ingredient Cost: AWP – 14% |
|---|---|---|
| | 4.00 | Dispensing fee |
| | $128.70 | |

| Pharmacy receives from <u>private payer</u> an amount which is just sufficient to cover pharmacy costs when the public payment is taken into account. This amount equals AWP – 16% – co-pay + dispensing fee. | $111.80 | Ingredient Cost: AWP – 16% – $10 Co-Pay |
|---|---|---|
| | 2.50 | Dispensing fee |
| | 10.00 | Assumed Co-Pay |
| | $124.30 | |

Total Revenues        $253.00

Pharmacy costs and revenues are equal since this is a highly competitive industry.

25

# A Pricing Example:  Public and Private Payers

The public payer receives a legally specified rebate from the drug manufacturer.  I apply the base rebate amount of 31.3% of Average Manufacturer's Price (AMP).

The mandated public payer rebate is then $35.22.  Although the private payer's rebate is not mandated, a neutral assumption for the base case is that the two rebates are the same.

| Public payer | Paid to pharmacy | $128.70 |
|---|---|---|
| | Rebate received | −35.22 |
| | Net Payment | $93.48 |
| | | |
| Private payer | Paid to pharmacy | $124.30 |
| | Rebate received | −35.22 |
| | Net Payment | $89.08 |

Private payer pays $4.40 less, or about 5% less.

# A Pricing Example:  The Drug Manufacturer

Manufacturer Revenues and Payments:

|  | 1 unit | 2 units |
|---|---|---|
| Sells 2 units for | $116.00 | $232.00 |
| Pays 2 rebates of | −35.22 | −70.44 |
| Net Revenues | $80.78 | $161.56 |

The manufacturer does not directly benefit from the fact that the public payer pays more than the private payer.  However, the manufacturer sees the opportunity to manipulate this pricing structure to increase its revenues.

This structure permits manipulation by the manufacturer to increase its revenues at the expense of the public payer.

# A Manipulation Strategy

- This pricing example leaves effective prices to the private payers unchanged while increasing the effective prices to the public payers.

- This strategy institutes a policy of enhanced price discrimination under which different buyers are charged different prices.

- With this strategy, the drug manufacturer continues to charge the drug's economic value to private payers who might otherwise switch to rival products.

- In contrast, the drug manufacturer increases its prices to public payers who are obligated by law to reimburse all purchases according to a fixed formula.

- I describe how a manipulation strategy might work by extending the previous pricing example.

28

# An Extended Pricing Example:
# Pharmacy Costs and Revenues

The drug manufacturer raises its WAC from $116 to $150, and therefore its AWP rises from $145 to $187.50.

| Pharmacy Costs | Pharmacy Buys 2 Units | $300.00 | 2 x WAC |
|---|---|---|---|
| | Assumed Direct Costs | $10.00 | |
| | Assumed Overhead | $11.00 | |
| | | $321.00 | |

| Pharmacy Revenues | | | |
|---|---|---|---|
| Pharmacy receives from <u>public payer</u> at same Medicaid reimbursement formula of AWP – 14% + dispensing fee. | | $161.25 | Ingredient Cost: AWP – 14% |
| | | 4.00 | Dispensing fee |
| | | $165.25 | |

| Pharmacy receives from <u>private payer</u> an amount which again is just sufficient to cover pharmacy costs when public payment is taken into account.  This amount is now achieved at new formula of AWP – 18% – co-pay + dispensing fee. | | $143.75 | Ingredient Cost: AWP – 18% – $10 Co-Pay |
|---|---|---|---|
| | | 2.50 | Dispensing fee |
| | | 10.00 | Assumed Co-Pay |
| | | $156.25 | |

Total Revenues                                    $321.50

If the dispensing fee were also reduced to $2.00, Pharmacy revenues and costs would then be exactly equal.

29

# An Extended Pricing Example:
# Public and Private Payers (1)

The public payer receives the same legally specified rebate from the drug manufacturer of 31.3% of AMP.  On this basis, the mandated public payer rebate increases from $35.22 to $45.54.

| The public payer | | | | |
|---|---|---|---|---|
| | Paid to pharmacy | $165.25 | instead of | $128.70 |
| | Rebate received | −45.54 | instead of | −35.22 |
| | Net Payment | $119.71 | instead of | $93.48 |

Increased payment of $26.23, which is 28% higher

30

# An Extended Pricing Example:
# Public and Private Payers (2)

The private payer, however, is unwilling to pay more than the economic value of the drug, which I assume is what it paid before the price increase. It therefore demands a higher rebate, which the manufacturer will accept because of competitive pressures from other drugs. The newer higher rebate must be sufficient to keep the private payer's payment unchanged.

| The private payer | | | | |
|---|---|---|---|---|
| Paid to pharmacy | $146.25 | instead of | $114.30 |
| Co-pay to pharmacy | 10.00 | | 10.00 |
| Original Rebate | −35.22 | | −35.22 |
| Additional Rebate | −31.95 | | --- |
| | $89.08 | | $89.08 |

Private payer rebate increases from $35.22 to $67.17, which just compensates it for the price increase.

31

# An Extended Pricing Example:
# The Drug Manufacturer

The Drug Manufacturer revenues and payments

| | | | |
|---|---|---|---|
| Sells 2 units for | $300.00 | instead of | $232.00 |
| Pays public payer rebate | −45.54 | instead of | −35.22 |
| Pays private payer rebate | −67.17 | instead of | −35.22 |
| Net Revenues | $187.15 | | $161.56 |

Revenues are increased by $25.73, which is 16% higher than in the base case.

Pharmacy revenues are essentially unchanged.

Private payer and private co-pay amounts are unchanged.

Public payer payments are increased by $26.23. (Difference is 50 cent increase in pharmacy revenues.)

# Support for This Example

- Private payers pay less than public payers to pharmacies for the same drugs.

- There is evidence of increasing prices set for the drugs at issue in this case.

- See the following slides.

# Pfizer Drugs

## Single-Source, Pharmacy Dispensed (1)

| Drug Name | First Generic Introduction (when WAC Data available) | Range of Single-Source WAC Price Data |
|---|---|---|
| Accupril | 2005Q2 | 1992Q2 – 2005Q1 |
| Accuretic | 2005Q1 | 2000Q1 – 2004Q4 |
| Cardura | 2001Q1 | 1991Q1 – 2000Q4 |
| Celebrex | No Generic Approved | 1999Q1 – 2008Q4 |
| Celontin | No Generic Approved | 1991Q3 – 2008Q4 |
| Dilantin | 2000Q4 | 1991Q3 – 2000Q3 |
| Geodon | No Generic Approved | 2001Q1 – 2008Q4 |
| Lipitor | No Generic Approved | 1997Q1 – 2008Q4 |

34

# Pfizer Drugs

## Single-Source, Pharmacy Dispensed (2)

| Drug Name | First Generic Introduction (when WAC Data available) | Range of Single-Source WAC Price Data |
|---|---|---|
| Nardil | No Generic Approved | 1993Q1 – 2008Q4 |
| Neurontin | 2005Q1 | 1994Q1 – 2004Q4 |
| Procardia | 2000Q3 | 1991Q1 – 2000Q2 |
| Renese | 2005Q2 | 1992Q1 – 2005Q1 |
| Viracept | 2002Q2 | 1997Q1 – 2002Q1 |
| Zarontin | 2004Q1 | 1993Q1 – 2003Q4 |
| Zoloft | 2007Q3 | 1992Q3 – 2007Q2 |
| Zyrtec | 2005Q3 | 1995Q1 – 2005Q2 |

35

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Accupril



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

36

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Accuretic



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

37

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Cardura



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

38

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Celebrex



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

39

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Celontin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

40

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Dilantin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

41

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Geodon



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

42

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Lipitor



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

43

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Nardil



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

44

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Neurontin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

45

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs
# Drug = Procardia



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Renese



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Viracept



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

48

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Zarontin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

49

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Zoloft



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

50

# Wholesale Acquisition Cost for Pfizer's Single-Source, Pharmacy Dispensed Drugs Drug = Zyrtec



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

# Pharmacia Drugs

## Single-Source, Pharmacy Dispensed

| Drug Name | First Generic Introduction (when WAC Data available) | Range of Single-Source WAC Price Data |
|---|---|---|
| Adriamycin | 2001Q3 | 1991Q1 – 2001Q2 |
| Bextra | Taken off the Market in 2005 | 2002Q1 – 2005Q1 |
| Cleocin | 2002Q3 | 1991Q1 – 2002Q2 |
| Rescriptor | No Generic Approved | 1997Q2 – 2008Q4 |
| Zyvox | No Generic Approved | 2000Q2 – 2008Q4 |

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs Drug = Adriamycin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

53

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs
# Drug = Bextra



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

54

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs Drug = Cleocin



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

55

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs Drug = Rescriptor



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

56

# Wholesale Acquisition Cost for Pharmacia's Single-Source, Pharmacy Dispensed Drugs Drug = Zyvox



**Source:** First Database WAC data.
**Note:** The above WAC is for NDCs with continuous data over the entire sample period.
Moreover, the series are restricted to dates before the approval of the first generic.

57

# Consumer Price Index for Prescription Drugs All Urban Customers



**Source:** Bureau of Labor Statistics, Series Id: CUUR0000SEMF01.

# Percentage Price Increases for Pfizer Pharmacy Dispensed Drugs (1)

| Drug Name | DPW/PACE Reimbursements* | Dates | Pfizer WAC Increase | CPI – Prescription Drugs Increase |
|---|---|---|---|---|
| Accupril | $35,111,321 | 1992Q2 – 2005Q1 | 65% | 59% |
| Accuretic | $400,886 | 2000Q1 – 2004Q4 | 8% | 21% |
| Cardura | $16,227,328 | 1991Q1 – 2000Q4 | 30% | 50% |
| Celebrex | $145,156,384 | 1999Q1 – 2008Q4 | 68% | 42% |
| Celontin | $705,308 | 1991Q3 – 2008Q4 | 64% | 87% |
| Dilantin | $45,338,704 | 1991Q3 – 2000Q3 | 20% | 42% |
| Geodon | $27,815,583 | 2001Q1 – 2008Q4 | 79% | 29% |
| Lipitor | $292,988,797 | 1997Q1 – 2008Q4 | 60% | 53% |

* Total values from 1991 through 2008.
*Sources*: Pfizer WAC Data and Bureau of Labor Statistics.

# Percentage Price Increases for Pfizer Pharmacy Dispensed Drugs (2)

| Drug Name | DPW/PACE Reimbursements* | Dates | Pfizer WAC Increase | CPI – Prescription Drugs Increase |
|---|---|---|---|---|
| Nardil | $418,943 | 1993Q1 – 2008Q4 | 48% | 71% |
| Neurontin | $103,832,465 | 1994Q1 – 2004Q4 | 51% | 49% |
| Procardia | $149,409,088 | 1991Q1 – 2000Q2 | 30% | 47% |
| Renese | $59,348 | 1992Q1 – 2005Q1 | 33% | 63% |
| Viracept | $30,397,236 | 1997Q1 – 2002Q1 | 12% | 26% |
| Zarontin | $1,092,548 | 1993Q1 – 2003Q4 | 58% | 48% |
| Zoloft | $235,751,556 | 1992Q3 – 2007Q2 | 58% | 70% |
| Zyrtec | $41,325,170 | 1995Q1 – 2005Q2 | 35% | 49% |
| **Total/Average** | **$1,126,030,666** | | **52.2%** | **52.3%** |

\* Total values from 1991 through 2008.
*Sources*:  Pfizer WAC Data and Bureau of Labor Statistics.

60

# Percentage Price Increases for Pharmacia Pharmacy Dispensed Drugs

| Drug Name | DPW/PACE Reimbursements* | Dates | Pharmacia WAC Increase | CPI – Prescription Drugs Increase |
|---|---|---|---|---|
| Adriamycin | $516,241 | 1991Q1 – 2001Q2 | 17% | 55% |
| Bextra | $14,064,359 | 2002Q1 – 2005Q1 | 19% | 10% |
| Cleocin | $5,363,396 | 1991Q1 – 2002Q2 | 113% | 64% |
| Rescriptor | $287 | 1997Q2 – 2008Q4 | 37% | 52% |
| Zyvox | $9,683,845 | 2000Q2 – 2008Q4 | 64% | 33% |
| **Total/Average** | **$29,628,128** | | **50.4%** | **28.3%** |

\* Total values from 1991 through 2008.
*Sources*:  Pfizer WAC Data and Bureau of Labor Statistics.

61

# Further Support for This Example

- Rebates to public payers are set by law and regulation, and are not negotiable.

- Rebates to private payers are negotiable.  Dr. Berndt writes: "PBM contracts... are flexible, allowing for substantial leverage in contract negotiation and great variability."*  I agree.

- Private payers are generally unwilling to pay more than the economic value for specific drugs.

- Consider the Theory of Private Rebates implicit in Dr. Berndt's Report.

* Expert Report of Ernst R. Berndt, Ph.D., September 30, 2010, p. 25.

# Paragraph 39 from Dr. Berndt's Report

Expert Report of Ernst R. Berndt, Ph.D.

(39)   A very different situation emerges, however, when several patent-protected drugs compete with each other in the same therapeutic area (as has recently been the case for three erectile dysfunction drugs, Viagra, Cialis and Levitra). Kaiser's Senior Counsel Anthony Barrueta calls this the "competing monopoly/oligopoly" stage, and notes that this is where the possibility for price competition arises. He describes this environment as follows:

> This stage represents the lion's share of the market at any given time. Here, there are multiple similar drugs on the market, all still under market exclusivity protection. Depending on how similar the drugs are—that is, how substitutable they are for each other—organized purchasers have the ability to either switch patients in a medically appropriate manner among the drugs (if the drugs are highly substitutable) or at least start new patients on a preferred drug (if the drugs are similarly effective, but switching would be disruptive to therapy). In either case, there is a competitive opportunity that can be taken advantage of. This is the area where formularies can be applied for the greatest effect on overall costs.[44]

---

[44]   "Pharmacy Benefit Management Companies (PBMs)", comments of Anthony Barrueta, Senior Counsel, Kaiser Foundation Health Plan, Inc., Oakland, California, before the FTC/DOJ Joint Hearings, Health Care and Competition Law and Policy, June 26, 2003, pp. 1–2.

63

# Price Implications of the Kaiser Health Plan Statement

- Where pharmaceuticals have similar therapeutic effects, informed buyers can "play off" one drug against another.

- Sellers will need to lower their prices to make sales.  And lower prices in pharmaceutical markets are achieved by higher rebates.

- Process should continue until prices decline sharply, which means rebates increase substantially.

- This statement suggests an explanation of PBM rebates.

# Non-Uniform Pricing Strategies and Differential Rebates

- Dr. Berndt writes that pharmaceutical companies' "survival... requires implementation of non-uniform pricing strategies."*

- However, where different payers employ the same pharmacies to distribute the drugs they purchase for subscribers, their primary means available to implement differential prices are differential rebates.

- This is the mechanism pharmaceutical companies can use to employ non-uniform pricing strategies.

* Expert Report of Ernst R. Berndt, Ph.D., September 30, 2010, p. 13.

65

# Dr. Berndt's Reliance on the Mercer Report is Misleading

- Dr. Berndt writes:  "Medicaid rebates are very large compared to PBM rebates." For this conclusion, he relies on the Mercer finding "that net of rebates, Medicaid would pay substantially less (37%) under its FFS program. [Mercer report of February 8, 2007, p.13]"*

- He refers to the wrong report.  He means to refer to the Mercer report of December 18, 2006.

- Also, there is no reference in that report to "PBM rebates."  Instead, there is a comparison in rebates and costs between an "MCO delivery channel" and an "FFS delivery channel."

- Both of these channels relate to public payers, and neither relates to the expected experience of private payers.

* Expert Report of Ernst R. Berndt, Ph.D., September 30, 2010, pp. 61-62.

66

# The "Best Price" Requirement

- Although the Medicaid rebate provision includes a "Best Price" requirement as noted in Dr. Berndt's report, the Federal Regulations exclude certain payments.

- The Regulations state:  "Best Price excludes: (13) PBM rebates, discounts or other price concessions except where mail order pharmacy's purchases or **where such rebates**, discounts, or other such price concessions **are designed to adjust prices at the retail or provider level**."*

- This provision has been interpreted to mean that rebates retained by PBMs and not passed on to their clients are "Best Price" exempt.

- "Best Price" exempt rebates are substantial, which reduces the extent of those public payer rebates.

* Code of Federal Regulations, Paragraph 447.505 Determination of Best Price.

67

# Possible Qualifications

- Discriminatory pricing as between public and private payers requires differential rebates.
  - and there is little available evidence on rebates paid to private payers.

- Fragmentary evidence, cited in an industry document, suggests these rebates could range from 30 to 39 percent.*

- Suppose paying higher private rebates were not possible.  There would then be greater constraints placed on the manufacturer's ability to raise prices.  The companies remain constrained by the economic values of their products.

- However, the higher payments to pharmacies by public payers than by private payers, reported above, can supplement the private rebates that would otherwise be required to maintain the economic values of individual drugs.

* BMS_AWPPA02645772.

68

# Drug Manufacturers' Support for Pharmacy and Physician Spreads (1)

- Manufacturers are paid by pharmacies and physicians on their WAC values.

- Pharmacies and physicians are paid by public or private payers on published AWP values less some percentage.

- As described by Pharmacia:  "The difference between the published AWP (less a percentage) and the direct price is the profit margin that drives these classes of trade."*

- These classes of trade refer to "pharmacists and physicians," whose economic viability depends on these spreads.

- These classes of trade are the final distributors of pharmaceutical products and those who have direct contact with final consumers.

* PH 025785.

69

# Drug Manufacturers' Support for Pharmacy and Physician Spreads (2)

- All manufacturers need efficient distribution of their products, which requires maintaining sufficient distribution inventories.

- All manufacturers require distributors who will support their products with the final consumers.  They supply essential information about the products to consumers.

- All manufacturers want distributors who will support and not contest any higher prices charged for their products.  This factor is particularly relevant where political factors affect prices.

- Higher pharmacy and physician spreads promote all of these objectives.  Otherwise, demand for their products can lag.

70

# Drug Manufacturers' Support for Pharmacy and Physician Spreads (3)

- Pfizer, along with other drug manufacturers, have increased their prices substantially since 1991.

  - Pfizer price increases are effectively equal to the CPI – Prescription Drugs Index.

  - Pharmacia price increases are greater: 50.4% to 28.3%

- These price increases were made despite political pressures to control costs.*

- There is industry recognition that "the pharmaceutical industry and the professional pharmacy trade are being challenged by the same parties."**

- Support for pharmacy spreads is support for a political ally.

\* Memo describing a meeting of Pfizer executives along with those from other drug manufacturers with Governor Ed Rendell, February 20, 2004.  AZ_PA0734779/780.

\*\* PH 018709.

# Implicit Bargaining Between Drug Manufacturers and Direct Providers (Pharmacies and Physicians)

- Increased AWP levels lead to higher payments to pharmacies and physicians for prescribed drugs.

- These higher payments represent revenues that can accrue to both the drug manufacturers and the direct providers.

- How they are divided between them turns on their relative bargaining power. While Pfizer and the other drug manufacturers have generally the stronger position, the providers also have some leverage.

- Increased AWP levels and higher payments by public and private payers lead to greater sums which can then be used by drug manufacturers to promote increased sales of their products.

72

# Economic Harm

- Professor Scott Morton charges that I have not offered a theory of harm.

- Not so.  Economists have long understood that enhanced price discrimination can represent the exercise of monopoly power and reduce economic efficiency.

- This is an egregious form of price discrimination because it harms public agencies who provide needed medications for a disadvantaged population.

- These actions lead public agencies to pay higher prices and potentially limit the quantity of medications they can provide.

- These results demonstrate the presence of economic harm.

73

# Conclusions

- Differences in the inherent behavior of public and private payers create the opportunity for exploitation by drug manufacturers, like Pfizer.

- This exploitation takes the form of enhanced price discrimination.  In particular, the public payers subsidize pharmacy overheads to the advantage of private payers.

- The actions of drug manufacturers like Pfizer to take advantage of the public payers were a conscious decision.