# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA
by Thomas W. Corbett, Jr., in his capacity as
Attorney General of the Commonwealth of
Pennsylvania,

                    Plaintiff,

     v.

TAP PHARMACEUTICAL PRODUCTS, INC.,
et al.,

                  Defendants.

No. 212 MD 2004

## SUPPLEMENTAL REPORT OF FREDERICK R. WARREN-BOULTON, PH.D.

### February 11, 2011

1

I.  **Qualifications and Assignment**

My name is Frederick R. Warren-Boulton.  I am an economist and Principal with
MiCRA, an economics consulting and research firm with offices at 1155 Connecticut Avenue,
N.W., Washington, D.C.  I received a B.A. degree from Yale University, a M.P.A. from the
Woodrow Wilson School of Princeton University, and a Ph.D. in Economics from Princeton
University.  From 1972 to 1983, I was an Assistant and then Associate Professor of Economics at
Washington University in St. Louis.  From 1983 to 1989, I served as the chief economist for the
Antitrust Division of the U.S. Department of Justice ("DOJ"), first as Director of its Economic
Policy Office and then as the first Deputy Assistant Attorney General for Economic Analysis.

Since leaving the government, I have served as a Resident Scholar at the American
Enterprise Institute, a Visiting Lecturer of Public and International Affairs at the Woodrow
Wilson School at Princeton University, and as a Research Associate Professor of Psychology at
the American University.  As a principal at MiCRA, I have served as an expert witness or
consultant on a number of antitrust matters, including as an expert witness for the Federal Trade
Commission ("FTC") in *FTC v. Staples and Office Depot*, and for the States in *United States v.
Microsoft*.  A copy of my resume is attached as Appendix A to this report.

I have been retained by plaintiff's counsel in the above-captioned case to determine
damages due to plaintiffs.  In the process of preparing this report, I and my staff have considered
the relevant economics literature, as well as data, documents and testimony produced or taken in
this case, including those cited herein, and listed in Appendix B.  It is my understanding that
discovery is still being conducted, and therefore, it is my intention to continue to review material
and, if appropriate, to amend or supplement this Report.  The material facts recited in this report
are, I understand, facts that plaintiffs will seek to prove at trial.  I have seen evidence of such
facts and have cited some of that evidence in this report.  But I understand that the jury is the
trier of fact and will determine whether plaintiffs have proved these facts.  My analysis assumes
that plaintiffs will offer evidence of these facts persuasive to a jury or other fact finder.
Moreover, my analysis does not purport to address liability; such an assessment of liability is
addressed in a separate report by Dr. William Comanor.[1]

---

[1]  Updated Economic Report of William Comanor, February 11, 2011, *Commonwealth of Pennsylvania by Thomas
W. Corbett, Jr., in his capacity of Attorney General of the Commonwealth of Pennsylvania v. TAP Pharmaceutical*

I am being compensated for my services in this matter at my customary rate of $700 per hour.

## II. **Summary**

This Report ("Report") estimates the present value of the economic harm, or put another way, the restitution due to the two plaintiff Agencies of the Commonwealth of Pennsylvania from the defendant's manipulation of the Average Wholesale Price ("AWP") for its drugs[2], as a result of which these Commonwealth programs paid pharmacies a margin in excess of both their legal requirements[3] or what they would have needed to pay in order to maintain pharmacy participation in their programs at desired levels. To estimate the difference between the margin paid and the legal requirement, I calculate the difference between the amount reimbursed by the programs and the amount the pharmacies and other providers paid on average to acquire prescription drugs plus the dispensing fee ("DF"). The harm to the Plaintiffs is thus equal to the excess of their direct reimbursement to pharmacies and other providers over actual pharmacy acquisition cost plus the dispensing fee or, equivalently, the difference between the amount specifically reimbursed for the drug and the pharmacy's actual acquisition cost.

To estimate a lower bound on the difference between the margin paid and the margin they would have needed to pay to pharmacies in order to maintain pharmacy participation in their programs at desired levels, I also compare the margin paid to pharmacies in each of the Agencies' programs with (1) the average margin provided to pharmacies by PBMs and (2) the lowest margin provided by any other State, either in that year or over the relevant period.

In addition to estimating compensatory damages due to excessive pharmacy margins, I also describe how one would estimate civil penalties arising from the defendant's conduct.

---

*Products, Inc., et. al.* No. 212 MD 2004 ("Liability Report").

[2] The Pfizer and Pharmacia drugs at issue in this case are listed in Exhibit 1.

[3] For example, since 2006, Pennsylvania's PACE program by statute is required to pay pharmacies either AWP – 12%  plus a $4 dispensing fee or their usual charge for branded drugs, whichever is lower. 72 P.S. § 3761-509. Average Wholesale Price is defined as average wholesale cost. 72 P.S. § 3761-502. For DPW, the standard is reimbursement based on AWP - 14% plus a dispensing fee. 55 PA Code §1121.56. Both of these formulae rely on the concept that the reimbursers will pay the pharmacies their average wholesale costs, i.e. their Estimated Acquisition Cost, plus a dispensing fee. By this criterion, to the extent that a higher number than actual average wholesale costs are reported, the agencies have been overcharged.

Finally, due to data limitations, I am unable at this time to reliably estimate the additional harm to Plaintiffs due to higher prices charged by defendant, *i.e.*, increases in the wholesale acquisition cost ("WAC") made possible by defendant's ability to manipulate AWP.  I have also not attempted to measure damages for cash customers.

## III.   <u>Background</u>

As described in the Liability Report of Prof. Comanor[4]

> When branded pharmaceuticals, sold by leading drug manufacturers such as Pfizer are introduced into the US marketplace, their seller typically establishes a list price at which they will be sold.[5]  This price is commonly known at the Wholesale Acquisition Cost, or WAC, and is generally the actual price paid by wholesalers for the product.[6]  Then, under the supposition that wholesalers require a 20 to 25 percent margin, a second list price is established that is represented as Average Wholesale Price, or AWP, and set equal to the WAC times 1.20 or 1.25.[7]  Under this structure of prices, the manufacturer sets both AWP and WAC prices.[8]

> At some point in time, during the 1970s and 1980s, competitive market forces intervened and market prices responded. The 20 to 25 percent wholesale margin, which has previously existed, could not be maintained.  Competition among wholesalers led to sharply reduced margins so that currently pharmacies pay generally at WAC levels for their pharmaceuticals while wholesalers typically cover their costs and profits from discounts received from the drug manufacturers.[9]

Faced with this decline in wholesaler margins, the drug companies, including Pfizer, Inc. and Pharmacia Corporation ("P&P"),  could have maintained AWP as a reasonable estimate of

---

[4] See Liability Report, pg. 2.  See also the Supplemental Economic Report of Professor Comanor, dated September 30, 2010.

[5]  BMSAWP/0011221; BMSAWP/0030828-42.

[6]  Deposition of Catherine Tak Piech, June 9, 2010, p. 51.  As in many industries, the drug manufacturers typically sell their products to wholesalers who then supply the retail pharmacies.

[7]  Ibid., pp. 8, 51-2.

[8]  BMSAWP/0011221.

[9]  Ibid. p. 76.

pharmacy acquisition costs either by reducing  their reported AWPs to correspond to market prices or, where AWPs were provided by compendia such as First DataBank (which calculated AWPs by adding a  percentage  markup to the WACs reported by the drug companies), by requiring that the percentage markup used by these compendia be reduced to reflect the fall in the wholesale margin.  Instead, the drug companies, including P&P, chose to maintain the markup of AWP over WAC, and even permitted an increase in that markup by First DataBank from 20% to 25%.[10]  As a result, AWP exceeded actual pharmacy acquisition cost by a substantial and increasing percentage over the relevant period (1991-2008).  Under the payment schedules established by the Agencies, the immediate result was a corresponding increase in the pharmacy margin.  Presumably in response to this increase in pharmacy margins to levels now considered excessive, however, each of the Agencies began to revise their payment formulas to incorporate a discount off AWP when calculating the amount paid to the pharmacy (*i.e.*, paying AWP – X%).  As shown in Exhibit 2A (and Exhibit 13), for the Department of Public Welfare ("DPW"), the discount increased from 0% to 10% in October 1995 and then to 14% in August 2005.   As shown in Exhibit 2B (and Exhibit 13), for the Pharmaceutical Assistance Contract for the Elderly ("PACE"), the discount increased from 0% to 10% in November 1996 and then to 12% in July 2006.

## IV.   Damages as Pharmacy Margins in Excess of the Dispensing Fee

This damage estimate assumes that, but for the actions of the defendant, the two Agencies would have reimbursed the pharmacies an amount equal to the pharmacies' actual acquisition costs plus the dispensing fee they actually paid.  Thus, the harm to the Agencies equals the difference between AWP – X% and the pharmacy's actual acquisition cost.

As explained in Appendix C, I calculate that difference for each year for each of the Plaintiff's programs.  These yearly amounts are then brought up to the present using the AAA bond rate, which serves as a reasonable approximation to the appropriate discount rate, *i.e.*, the risk to plaintiffs of defendant's inability to pay at the time of judgment.

---

[10] I have been instructed by counsel to exclude the increase in markup from 20% to 25% in 2002 by First DataBank from my damage calculations.

The total estimated damages by year for DPW under this methodology are listed in Exhibit 3A.   Before interest, the damages from January 1991 to December 2008 are $69,174,562.  If interest to date is included, the damages for this period are $132,557,731.  For a breakdown of the damages by drug, see Exhibit 3B.

The total estimated damages by year for PACE under this methodology are listed in Exhibit 3C.   Before interest, the damages from January 1991 to December 2008 are $53,246,350.  If interest to date is included, the damages for this period are $105,811,700.  For a breakdown of the damages by drug, see Exhibit 3D.

## V.   Damages as Pharmacy Margins in Excess of Those Required in Order to Maintain Pharmacy Participation at Desired Levels

Although the Plaintiff's legal obligation may only have been to have reimbursed the pharmacies an amount equal to the pharmacies' actual acquisition costs plus the dispensing fee they actually paid, that amount could, in principle, have been insufficient to induce the desired number of pharmacies to participate in plaintiff's programs.

There are several methodologies which an economist might use to estimate the minimum required payment to achieve the desired level of coverage.  Ideally, one would like to  observe the level of reimbursement at which a significant number of pharmacies, acting independently, begin to drop out of each of the various Plaintiff's programs, or, failing that, the level of reimbursement at which a significant number of pharmacies, acting independently, begin to drop out of similar programs in other states.  Data on pharmacy margins when pharmacies begin to "vote with their feet" in sufficient  numbers to reduce coverage rates below desired levels would provide a direct market test for the desired reimbursement level.  To the best of my knowledge, however, reimbursement levels have never fallen to that level over the relevant time period, either in Pennsylvania for the Plaintiff's programs or in other states for similar programs.[11]

---

[11] I am aware that pharmacies have argued that proposed reductions in reimbursement rates for Medicaid would lead to pharmacies exiting the program. To the best of my knowledge, however, such warnings have not proven prescient. I am aware of at least one instance where a reduction in rates paid by a PBM appears to have led to a significant reduction in coverage (see "Pennsylvania's Medicaid Managed Care Unravels as Providers Flee," State Health Watch, October 1, 1998), but the payment level that generated the reduction in coverage was in fact significantly below each of the two benchmark levels considered in this report, i.e., the average pharmacy margin provided by PBMs in that year and the lowest margin provided by any state for a similar program. Thus, while the

Absent such a natural experiment, the most that can be inferred from the continued near-universal participation of pharmacies, both in Pennsylvania for the Plaintiff's programs and in other states for similar programs, is that pharmacy reimbursement rates throughout the relevant period have always been higher than what would have been required to maintain participation at the desired levels.

I have therefore turned to two other methodologies to provide an upper bound for the minimum required reimbursement levels.  The first is to examine payments for the same or similar services made by competitive private parties who have been less affected or even unaffected by defendant's behavior.  The most appropriate candidate for such a matching "but-for" role would seem to be Pharmacy Benefit Management ("PBM") companies.  Since data on PBM payments to pharmacies are unavailable, I have used the average private insurer PBM reimbursement rate, as calculated by the Pharmacy Benefit Management Institute ("PBMI").

Given the limitations on the available data on PBM payments to pharmacies, I have also estimated a "best practices" combination of dispensing fee plus AWP discount, based on the actual payments made by states under Medicaid programs (*i.e.*, programs similar to DPW).  This "best practices" estimate can be based on either the best state in that year or on the "best practices" state over the entire relevant time period.


A.  Damages Using PBM Payments as Benchmarks

This benchmark methodology assumes that in the but-for world, the two Commonwealth Agencies would have set their reimbursement rates for prescription drugs at the same level as the average for the large customers of retail pharmacies.  In particular, it assumes that DPW and PACE would have set their rates at the same level as the average reimbursement rate employed by PBMs, *i.e.*, the reimbursement rate that retail pharmacies receive from PBMs.  Because PBMs operate their own mail order pharmacies and are sophisticated purchasers, their pharmacy reimbursement rates are unlikely to have been affected by the defendant's conduct.  Therefore, they provide a competitive benchmark for what DPW and PACE's payments would have been in the but-for world absent the defendant's conduct.

reimbursement rates proposed by Eagle Managed Care (a PBM) might serve as a lower bound on the but-for pharmacy margin used to calculate damages in this case, that lower bound is well below those but-for margins.

PBMs do not publish the reimbursement rates that they negotiate with pharmacies. Absent those data, I have used the average rate that private employers pay PBMs for reimbursement on pharmacy claims.  To the degree that PBMs pay lower rates to pharmacies than the rates at which they are compensated by employers, this methodology will understate actual damages.[12]

The average discount off AWP and average dispensing fee paid by employers to PBMs on branded drugs from 1991 to 2008 is listed in Exhibit 4.  This table was based on an annual survey of a large number of employers by the Pharmacy Benefit Management Institute ("PBMI").[13]  For example, in 2000 the average PBM discount off AWP for branded drugs was 13.5% and the average PBM dispensing fee for branded drugs was $2.31.  In contrast (see Exhibit 2A and 2B), the corresponding discount rate in 2000 for both DPW and PACE was 10% and their dispensing fees were $4.00 and $3.50 respectively.  Thus, both DPW and PACE were reimbursing pharmacies at substantially higher rates than the average PBM.

Since the Pennsylvania Employees Benefit Trust Fund ("PEBTF") contracts with PBMs, PEBTF contract rates provide an additional benchmark for calculating damages to DPW and PACE, as well as a reality check on the use of the PBMI survey data.   Exhibit 5 shows the average discount rate off AWP and the average dispensing fee for P&P branded drugs purchased by PEBTF members over the period from 1998 to 2008.[14]  As the Exhibit shows, PEBTF's average discount off AWP for branded drugs is very similar to the average discount rate from the PBMI's employer survey.  For example, the discount off AWP ranges from 13% to 17% for PEBTF and from 13.1% to 16.1% for PBMI.  Similarly, the average dispensing fee for PEBTF is very close to the average dispensing fee from the PBMI survey.  For instance, the dispensing fee

---

[12] Because PBMs compete for contracts with employers, one would not expect a large difference between the rate the employer pays the PBM and the rate the PBM pays the pharmacy.  Consistent with this argument, a comparison of  PBM pharmacy contracts rates (from the Heckman Declaration in the First Databank case) with the PBMI survey rates discussed below indicates that this differential is small (see the notes to Exhibit 13).  To the extent that rebates from the drug companies to a PBM are not competed away by competition from other PBMs (e.g., to the extent that one PBM is better at getting rebates from drug companies than are competing PBMs), it would also get to keep (not pass on) some share of the rebates it receives from the drug companies.

[13] Because the PBMI survey began in 1995, the discount rate and dispensing fee for 1991-1994 were predicted using a linear regression model.  In addition, because PBMI didn't publish the survey in 2005, the 2005 values were imputed by interpolating adjacent values.

[14] In Exhibit 5, I have used PEBTF's contract rates for a 30 day supply of a branded prescription drug purchased at a retail pharmacy.  Because PEBTF's first contract with a PBM for pharmacy services began on July 1, 1998, Exhibit 5 begins in 1998.

varies from $1.30 to $2.25 for PEBTF and from $1.73 to $2.35 for PBMI.  The similarity between PEBTF's contract rates and the rates from PBMI's national survey shows that PBMI's rates provide a reliable estimate of PBM rates in Pennsylvania.[15]

One potential criticism of using PBM rates as a competitive benchmark is that at a lower reimbursement rate, fewer pharmacies might participate, and programs such as PA Medicaid, might not be able to attract a sufficient number of pharmacies to adequately serve their target population.  However, if this argument was correct, one would expect that PEBTF, which contracts with a PBM for its pharmacy services (and, as noted above, pays rates even lower than PBMI survey rates), would have a substantially smaller number of pharmacies in its network than either DPW or PACE.  As Exhibit 6 shows, in calendar year 2008, PEBTF had 2,735 participating pharmacies (either retail or mail order).  In comparison, PACE had 2,956 participating pharmacies (8% more than PEBTF) and DPW had 3,068 participating pharmacies (12% more than PEBTF).  Although PACE and DPW have slightly more participating pharmacies than PEBTF, the differences are not large.  Moreover, these differences are smaller the farther back in time one goes.  From 2002 to 2005, PEBTF had slightly more pharmacies than did PACE and in 2002-2003 PEBTF had slightly more pharmacies in its network than DPW.

As explained in detail in Appendix C, to calculate DPW and PACE damages under this benchmark methodology, I have assumed that the discount off AWP and dispensing fee set by DPW and PACE would have been set at the rates in the PBMI survey rather than the as-is rate. The difference between as-is reimbursements and but-for reimbursements is the overpayment on each claim.

The total estimated damages by year for DPW under this "PBM benchmark" methodology are listed in Exhibit 7A.  Before interest, the damages from January 1991 to December 2008 are $54,062,563.  If interest to date is included, the damages for this period are $100,997,764.  (See Exhibit 7B for a listing of the damages by drug.)

The estimated damages for PACE under the PBM benchmark methodology are listed in Exhibit 7C.   Before interest, the damages from January 1991 to December 2008 are

---

[15] If PEBTF's contract rates were used instead of PBMI's survey rates, total damages before interest would be 1.1% higher over the period from 7/1/1998 to 12/31/2008.  (Because PEBTF wasn't in operation until 7/1/1998, damages cannot be calculated using PEBTF contract rates for earlier periods.)

$52,583,747.  If interest to date is included, the damages for this period are $93,812,596.  (See Exhibit 7D for a listing of the damages by drug.)

B.  Damages Using Other State Programs as Benchmark

The second benchmark methodology assumes that in the but-for world, both DPW and PACE would have used the best practices of any Medicaid program in the United States.  In particular, as explained in Appendix C, I have assumed that these agencies would have set the reimbursement rate such that they would be paying a pharmacy margin that is no more in real terms than the margin paid by the best practice state in that year (e.g., Illinois in 1995 versus PA in 1995), or the best practices state in the best year, *i.e.*, New Hampshire in 2003. [16]  The implied discount off AWP and dispensing fee in each year based on these two best practice methodologies are listed in Exhibits 8 and 9.

The estimated damages for DPW under the Best State in a Given Year benchmark methodology are listed in Exhibit 10A.   Before interest, the damages from January 1991 to December 2008 are $36,641,843.  If interest to date is included, the damages for this period are $71,042,449.  (See Exhibit 10B for a listing of damages by drug.)

The estimated damages for PACE under the Best State in a Given Year benchmark methodology are listed in Exhibit 10C.   Before interest, the damages from January 1991 to December 2008 are $32,100,285.  If interest to date is included, the damages for this period are $60,210,879.  (See Exhibit 10D for a listing of damages by drug.)

The estimated damages for DPW under the Best State in the Best Year benchmark methodology are listed in Exhibit 11A.   Before interest, the damages from January 1991 to December 2008 are $50,724,535.  If interest to date is included, the damages for this period are $101,725,505.  (See Exhibit 11B for a listing of damages by drug.)

The estimated damages for PACE under the Best State in the Best Year benchmark methodology are listed in Exhibit 11C.  Before interest, the damages from January 1991 to December 2008 are $44,344,524.  If interest to date is included, the damages for this period are

---

[16] Payments by the best practices state in the best year are adjusted to take account of inflation, using the Consumer Price Index, and the shift from 20% to 25% markup of AWP over WAC by First DataBank.

$87,226,159.  (See Exhibit 11D for a listing of damages by drug.)

## VI.    Estimation of Civil Penalties Arising from P&P's Conduct

It is my understanding that Pennsylvania's Unfair Trade Practices and Consumer Protection Law provides for civil penalties of $1,000 per violation if the violation involves a victim who is less than 60 years old and $3,000 per violation if the victim is age 60 or older. Furthermore, it is my understanding that if the Plaintiff prevails at trial, the Court will ask for an estimate from the Plaintiff of the estimated size of those penalties.

I have used the standard adopted by this Court for assessing Johnson & Johnson's civil penalties in its December 2010 decision in the Commonwealth of Pennsylvania v. Tap Pharmaceutical Products, Inc.   A violation is deemed to have occurred each time a drug manufacturer reported pricing information to one of the three national compendia (First DataBank, Medispan, or Redbook).  Each violation is assessed a penalty of $1,000.

Based upon this standard, the number of violations would be 6,696 [6,696 = 2,232 * 3, *i.e.*, the number of times the AWP for P&P drugs changed times the number of price compendia].  See Exhibit 12.  Moreover, if each violation was assessed at $1,000 per violation, the total penalty is $6,696,000.

This report sets forth my current thinking and approach to damages on the basis of the information currently available.  I reserve the right to supplement and amend this report as more information becomes available.

Frederick R. Warren-Boulton
February 11, 2010

*APPENDIX A: CURRICULUM VITAE*

# MiCRA
*Microeconomic Consulting & Research Associates, Inc.*

## FREDERICK R. WARREN-BOULTON, Ph.D.
PRINCIPAL
Microeconomic Consulting & Research Associates, Inc. (MiCRA)
1155 Connecticut Avenue, N.W., Suite 900
Washington, D.C.  20036
www.micradc.com

Direct: (202) 467-2504           rwb@micradc.com           Fax: (202) 296-1915

February 11, 2011

### CURRICULUM VITAE

**Education**

| | | |
|---|---|---|
| 1975 | Ph.D., Economics, Princeton University |
| 1969 | M.A., Economics, Princeton University |
| 1969 | M.P.A., (Master of Public Affairs) Woodrow Wilson School of Public & International Affairs, Princeton University |
| 1967 | B.A., Economics, Yale University, *cum laude* with High Honors in Economics |

**Experience**

Principal, MiCRA: Microeconomic Consulting and Research Associates, Inc., Washington, D.C.; August 1991 - present.

Visiting Lecturer of Public and International Affairs, Woodrow Wilson School of Public and International Affairs, Princeton University, Princeton, NJ; Spring Semester, 1991.

Resident Scholar, American Enterprise Institute for Public Policy Research, Washington, D.C.; May 1989 - April 1990, Adjunct Scholar from May 1990.

Senior Vice President, ICF Consulting Associates, Inc., Washington, D.C.; November 1989 - August 1991.

Research Associate Professor of Psychology, The American University, Washington, D.C.; September 1983 - 1990.

Deputy Assistant Attorney General for Economic Analysis, Antitrust Division, U.S. Department of Justice, Washington, D.C.; October 1985 - May 1989.

Director, Economic Policy Office, Antitrust Division, U.S. Department of Justice, Washington, D.C.; September 1983 - September 1985.

Research Associate, Center for the Study of American Business, Washington University in St. Louis; July 1978 - June 1985.

Associate Professor, Department of Economics, Washington University in St. Louis; July 1978 - June 1985.  Chairman, Graduate Committee, 1978 - 1980.  Chairman, Undergraduate Committee, 1980 - 1983.

Assistant Professor, Department of Economics, Washington University in St. Louis; September1972 - June 1978.

Assistant in Instruction, Woodrow Wilson School of Public and International Affairs, Princeton University, Princeton, N.J.; 1969 - 1971.

Research Consultant, Ford Foundation, Kingston, Jamaica, W.I.; Summer 1969.


**Fields Taught**

Graduate:  Industrial Organization, Economic Development and Planning, Microeconomic Theory, International Trade, International Finance, Economic Theories of Behavior, Applied Microeconomics.

Undergraduate: Government and Business, Industrial Organization, International Trade, International Finance, Economic Development, Intermediate Microeconomic Theory, Intermediate Macroeconomic Theory, Introductory Microeconomic Theory, Introductory Macroeconomic Theory.


**Grants**

National Science Foundation. Grant title:  "Income Maximizing in Choice and Rate Effects," 1988 - 1991.

National Science Foundation. Grant title: "Application of Economic Theory to Operant Schedule Effects," 1985 - 1987.

National Science Foundation. Grant title: "Income and Choice,"  1983 - 1985.

**Professional Activities**

Referee, *American Economic Review, The Bell Journal of Economics/Rand Journal, Economic Inquiry, Industrial Organization Review, Journal of Industrial Economics, Journal of Law and Economics, Journal of Political Economy, Quarterly Journal of Economics, Southern Economic Journal.*

Member, Editorial Boards, *International Journal of the Economics of Business, Journal of Forensic Economics.*

Member, American Bar Association, American Economic Association, Southern Economic Association, Western Economic Association.

**Languages**

French, German

**Citizenship**

United States, United Kingdom

**Publications**

"From Structure to Effects: the Economics of Merger Control," *Global Competition Review*, June 2008 with R.S. Khemani and R. Duplantis.

"On Loss Aversion in Capuchin Monkeys," *Journal of the Experimental Analysis of Behavior*, 89 (March 2008) with A. Silberberg, P. Roma, M. Huntsberry, T. Sakagami, A. Ruggiero and S. Suomi.

"The Contribution of the Merger Guidelines to the Analysis of Non-Horizontal Mergers," 20th Anniversary of the 1982 Merger Guidelines: The Contribution of the Merger Guidelines to the Evolution of Antitrust Doctrine, May 21, 2002, on http://www.usdoj.gov/atr/hmerger.htm#papers.

"Optimizing in Choice When a Token Deposit is the Operant," *Journal of the Experimental Analysis of Behavior*, 2002, with J. J. Widholm, A. Silberberg, S.R. Hursh, and A.A. Iman.

"Staples and Office Depot: An Event-Probability Case Study," *Review of Industrial Organization*, 19: 469-481, 2001, with Serdar Dalkir.

"Market Definition and the Price Effects of Mergers: Staples-Office Depot (1997)," in *The Antitrust Revolution: Economics, Competition and Policy*, John E. Kwoka and Lawrence J. White, eds.; Oxford University Press, third edition, 1999, with Serdar Dalkir.

"Unilateral Price Effects:  Staples and Office Depot," in *The M&A Lawyer*, June 1998, Vol. 2, No. 3, with Serdar Dalkir. Available in revised form as "How Do You Know an Office Superstore?  Staples and Office Depot," on http://www.antitrust.org/cases/.

"Resale Price Maintenance Reexamined: Monsanto v. Spray-Rite (1984)," in *The Antitrust Revolution: Economics, Competition and Policy*, John E. Kwoka and Lawrence J. White, eds.; Oxford University Press, third edition, 1999.

"Exclusionary Behavior in the Market for Operating System Software: the Case of Microsoft," in *Opening Networks to Competition: the Regulation and Pricing of Access*, David Gabel and David F. Weiman, eds.; Kluwer Academic Publishers, 1998, with Kenneth C. Baseman and Glenn A. Woroch.

"Riding the Wave: Exclusionary Practices in Markets for Microprocessors Used in IBM-Compatible Personal Computers," Conference and Festschrift in Honor of Merton J. Peck, Yale University, September 30, 1994, and *International Journal of the Economics of Business*  2-2 (July 1995), pp. 241-262, with Robert W. Wilson.

"The Economics of Intellectual Property Protection for Software: The Proper Role for Copyright," American Council on Interoperable Systems, Washington, D.C., June 1994, and *StandardView : ACM Perspectives on Standardization* 3-2 (June 1995), pp.68-78, with Kenneth C. Baseman and Glenn A. Woroch.

"Microsoft Plays Hardball: Use of Nonlinear Pricing and Technical Incompatibility to Exclude Rivals in the Market for Operating Software," *The Antitrust Bulletin* 40-2 (Summer 1995), pp.265-315, with Kenneth C.  Baseman and Glenn F. Woroch.

"Copyright Protection of Software Can Make Economic Sense," *The Computer Lawyer,* 12 (February 1995), pp. 10, 18-28, with Kenneth C. Baseman and Glenn A. Woroch.

"Exclusionary Practices in High-Technology Industries," *The St. Louis Bar Journal*, 16 (Summer 1994), pp. 28-34.

"Monsanto v. Spray-Rite:  Resale Price Maintenance Reexamined," in *The Antitrust Revolution: The Role of Economics*, John E. Kwoka and Lawrence J. White, eds.; Scott, Foresman and Company, Glenview, Illinois, second edition, 1994.

"A Commentary on the 1992 U.S. Merger Guidelines," *International Merger Law*, 22 (June 1992), pp. 14-19.

15

"The Use of Stock Market Returns in Antitrust Analysis of Mergers," *Review of Industrial Organization*, 7-1 (1992), pp. 1-11, and *Economic Analysis Group Discussion Paper #88-1*, January 1988, with Robert H. McGuckin and Peter Waldstein.

"Implications of U.S. Experience with Horizontal Mergers and Takeovers for Canadian Competition Policy," in *The Law and Economics of Competition Policy*, Frank Mathewson, Michael Trebilcock and Michael Walker, eds.; The Fraser Institute, Vancouver, B.C., 1990.

"Maricopa and Maximum-Price Agreements:  Time for a New Legal Standard?" *Journal of Health Economics*, 7 (June 1988), pp. 185-190.

"Maximizing Present Value:  A Model to Explain Why Moderate Response Rates Obtain on Variable-Interval Schedules," *Journal of the Experimental Analysis of Behavior*, 49 (May 1988), pp. 331-338, with Alan Silberg and Toshio Asano.

"Sources of the 'Crisis' in Liability Insurance:  An Economic Analysis," in *Yale Journal of Regulation*, 5 (Summer 1988), pp. 367-395; *Economic Analysis Group Discussion Paper* #88-2, February 1988; and *An Update on the Liability Crisis: Tort Policy Working Group*, U.S. Government Printing Office: 181-487:60075, March 1987, with Richard N. Clark and David D. Smith.

"State and Federal Regulation in the Market for Corporate Control," *The Antitrust Bulletin*, 32 (Fall 1987), pp. 661-691, and *Economic Analysis Group Discussion Paper* #86-4*, January 1986, with Margaret E. Guerin-Calvert and Robert H. McGuckin.

"Income and Choice Between Different Goods," *Journal of the Experimental Analysis of Behavior*, 48 (September 1987), pp. 263-275, with Alan Silberg and David Shurtleff.

"Inferior-Good and Giffen-Good Effects in Monkey Choice Behavior," *Journal of Experimental Psychology:  Animal Behavior Processes*, 13 (1987), pp. 292-301, with Alan Silberg and Toshio Asano.

"Efficiencies, Failing Firms, and Alternatives to Merger:  A Policy Synthesis," *The Antitrust Bulletin*, 31 (Summer 1986), pp. 431-450, and *Economic Analysis Group Discussion Paper* #86-14, August 1986, with John Kwoka.

*Oil Pipeline Deregulation:  Report of the U.S. Department of Justice*, U.S. Government Printing Office: 1986, 491-510:40159, May 1986, with Charles J. Untiet.

"Merger Policy and Enforcement at the Antitrust Division:  The Economist's View," *Antitrust Law Journal*, 54 (Spring 1985), pp. 109-115.

"Reanalysis of the Equation for Simple Action," *Journal of the Experimental Analysis of Behavior*, 43 (March 1985), pp. 265-277, with Alan Silberg, Michael Gray and Randolph Ollom.

"Considering the Effects of Financial Incentive and Professional Ethics on 'Appropriate' Medical Care," *Journal of Health Economics*, 3 (December 1984), pp. 223-237, with Robert Woodward.

*Deficits and Dollars:  The Effects of Government Deficits in an International Economy*.  Center for the Study of American Business, Contemporary Series 3, 1982.

"Physician Productivity, Remuneration Method, and Supplier-Induced Demand," in *Issues in Physician Reimbursement*, N.T. Greenspan (ed.), HCFA, 1981, pp. 115-134, with Robert Woodward.

"Paying the Doctor:  A Model of Work-Leisure Decisions under Alternative Remunerations," *Proceedings of the American Statistical Association*, 1979, with Robert Woodward.

*Vertical Control of Markets:  Business and Labor Practices*.  Ballinger Publishing Company, Cambridge, Mass., 1978.

"Vertical Control by Labor Unions," *American Economic Review*, 67 (June 1977), pp. 309-322. Reprinted as Publication Number 17, Center for the Study of American Business, November 1977.

"Vertical Control with Variable Proportions," *Journal of Political Economy*, 82 (July - August 1974), pp. 783-802.

*Preliminary Survey of Jamaican Management Manpower:  Resources and Requirements*. Jamaican Institute of Management, 1969.


**Conference, Seminar, Working and Discussion Papers**

"Advanced Topics in Merger Analysis." Canadian Bar Association, 2010 Fall Competition Law Conference,  Gatineau QC, October 1, 2010.

"Upward Pricing Pressure in the Merger Guidelines" Canadian Bar Association Teleconference, March 10, 2010.

"Competition Issues in the Air Transport Sector in India." National Conference, State of Competition in the Indian Economy (Competition Commission of India, World Bank, FIAS and DFID), New Delhi, India, June 12, 2009.

"Price-Fixing, Bid-Rigging, and Mergers; The Shift from Structure to Effects." Minnesota Bar Association, October 13, 2009.

"Demand-Side and Supply-Side Linkages in the Antitrust Analysis of Aftermarkets." 57th Antitrust Law Spring Meeting,   American Bar Association Section of Antitrust Law, "Aftermarkets and Tying: The Legacy of *Kodak*" Session, March 26, 2009

"Have Big Deal Contracts Prevented Entry by Small Publishers of Academic Journals?" International Industrial Organization Conference, Washington, DC, May 17, 2008, with S. Silberman, D. Haar and R. Lipstein.

 "Collusion: Price-fixing and Bid-rigging." (IFC/World Bank), Bangladesh, April 15, 2008.

"Open Access Policies, Net Neutrality and Incentives for Innovation in the Telecommunications Industry" 19th Annual Western Conference, Advanced Workshop in Regulation and Competition, Center for Research in Regulated Industries, Rutgers Business School, Rutgers University, June 29, 2006, with Michael Pelcovits.

Department of Justice/Federal Trade Commission Section 2 Hearings on Single Firm Conduct: Predatory Buying Panel. Washington, DC, June 22, 2006

"Market Share Discounts: Collusion and Exclusion." International Industrial Organization Conference, Boston, April 9, 2006, with Daniel Haar.

"On Using Economists as Expert Witnesses." 54th Antitrust Law Spring Meeting,   American Bar Association Section of Antitrust Law, "Economic Experts Speak" Session, March 29, 2006

"Mergers Without Markets: Do Mergers Among Publishers Of Academic Journals Affect Prices?" MiCRA Working Paper No. 2, November 4, 2005, with Renee Duplantis, Daniel Haar, Steve Silberman and Hal Van Gieson, available at www.micradc.com.

"Antitrust Issues in Agriculture," National Agricultural Council Global Agrifood Forum 2005, Mexico City, June 10, 2005.

"The Economics of Vertical Restraints," ABA Economics Committee, Economics for Lawyers, April 20, 2005. See www.micradc.com

"On Using an Economist as an Expert Witness." DOJ / FTC Trial Strategy Program, Airlie House, January 29, 2004

Presentation at the ABA Session on *Dentsply*, November 4, 2003

Presentation at the ABA Antitrust Meetings in San Francisco, August 11, 2003

"The Contribution of the Merger Guidelines to the Analysis of Non-Horizontal Mergers," 20th Anniversary of the 1982 Merger Guidelines: The Contribution of the Merger Guidelines to the Evolution of Antitrust Doctrine, May 21, 2002, on http://www.usdoj.gov/atr/hmerger.htm#papers.

18

"Congestion Pricing at Airports,"  ACI-NA 11th Annual Conference, Salt Lake City, November
      12, 2002; 2001 FAA Commercial Aviation Forecast Conference, Washington, D.C.,
      March 14, 2001; ACI-NA 9th Annual Conference, New York City, October 3, 2000.

FTC Workshop: Competition Policy in the World of B2B Electronic Marketplaces, June 30,
      2000.
FTC Workshop: Slotting Allowances, June 1, 2000.

"Consumers, Consolidation, and Concentration: Policy Issues,": at the ERS of the USDA
      conference, The American Consumer and the Changing Structure of Food System, May
      4, 2000.

"Design and Implementation of Competition Law and Policy" and "Mergers, Acquisitions and
      Other Structural Arrangements." Competition Law and Policy: Cross-country
      Approaches Experiences.  World Bank Institute, Singapore Trade Development Board,
      and Organization for Economic Co-operation and Development May 14-May 20, 2000.

"The Case Against an Agrarian Antitrust Policy," 2000 USDA Agriculture Outlook Forum.
      February 24, 2000.

"Is Structure Still Enough", 25th Anniversary of the EPO/EAG, November 4, 1998

"Proving Damages in a Business Case," Business Litigation Seminar, Business Law Section of
      the Florida Bar, November 20 (Tampa) - 21 (Miami), 1997.

"Basic Economics for Lawyers," Section of Antitrust Law, American Bar Association, New
      York, N.Y., October 3-4, 1996.

"Vertical Control in the Entertainment Industry," Chair's Showcase Program: The Integration,
      Disintegration and Reintegration of the Entertainment Industry, American Bar
      Association, Section of Antitrust Law, 44th Annual Antitrust Spring Meeting,
      Washington D.C., March 28, 1996.

"Privatization and Regulation in the Restructuring of Electric Utilities in Eastern Europe," IBRD
      Conference on the Privatization of Electric Utilities, Prague, The Czech Republic,
      September 1993.

"Implications of the United States Experience with Regulation and Antitrust for Competition
      Policy in Countries in Transition from Centrally Planned Economies to Market
      Economies," IBRD/EDI/USAID Seminar on Microeconomics, Vienna, Austria, July
      1993.

"The Economics of Punitive Damages."  Punitive Damages after TXO: American Bar
      Association Antitrust Section Meeting,  New York, August, 1993.

"Regulatory Alternatives for FERC Following the Energy Policy Act of 1992," The Federal
    Energy Bar Association Mid-Year Meeting, Washington, D.C., November 19, 1992.

"The Economics of Credit Card Interest Rate Caps," Seminars at the Economic Analysis Group,
    U.S. Department of Justice, September 29, 1992; the Board of Governors of the Federal
    Reserve System, October 7, 1992; and the D.C. Bar Association, November 19, 1992.

"Straws in the Bottleneck: A Proposal for Efficient Network Interconnection," presented at the
    Tenth Biennial Conference of the International Telecommunications Society, Cannes,
    France, June 1992; *Journal of Regulatory Economics* Editors' Conference, San Diego,
    October 1992, with John Woodbury and Glenn Woroch.

"Economic Principles of Penalties for Antitrust Violations, and the Role of the Economist in
    Corporate Sentencing," Corporate Sentencing Under the Federal Sentencing Guidelines
    for An Antitrust Defendant, The Federal Bar Association, Antitrust and Trade Regulation
    Section,  May 1992.

"The State of Antitrust in 1991: A Kindler, Gentler Antitrust?" The CATO Institute Conference,
    1991, with Steve Calkins.

"Economic Analysis and Policy Implications of the Financial Interest and Syndication Rule,"
    Telecommunications Policy Research Conference, October 1990, with John Woodbury.

"The Design and Evaluation of Competitive Rules Joint Ventures for Mergers and Natural
    Monopolies," American Enterprise Institute conference on Policy Approaches to the
    Deregulation of Network Industries, October 1990, and at the American Economic
    Association Meetings, December 1989, with John Woodbury.

"Regulation and the Partially Monopolized Network:  Lessons from Telecommunications,"
    American Enterprise Institute conference on Policy Approaches to the Deregulation of
    Network Industries, October 1990, with Roger Noll.

"Price Regulation and Common Carrier Regulation," AEI Conference on Oil Pipeline
    Deregulation, American Enterprise Institute.

"Regulation of New Crude-Oil Pipelines:  Natural Monopoly and Information Externalities,"
    AEI Conference on Oil Pipeline Deregulation, American Enterprise Institute.

"Economic Theory as the Missing Link in the Merger Guidelines," American Bar Association
    Antitrust Section Spring Meeting, March 1990.

"Testing the Structure-Competition Relationship on Cross-Sectional Firm Data," *Economic
    Analysis Group Discussion Paper #88-6*, May 1988, and at the Southern Economic
    Association Meetings, November 1986, with Donald M. Brown.

"Deterring Criminal Antitrust Behavior:  Sanctions versus Structure," Stanford University
        Conference, June 1987.

"Deregulation of Electric Power Generation," New Mexico State University Conference,
        September 1986, and Edison Electric Institute, April 1987.

"Do Successful Tender Offers Benefit Bondholders?" Southern Economic Association Meetings,
        November 1986, with Catherine Benham, Donald M. Brown and Susan E. Woodward.

"Professional Ethics and Financial Incentives: 'Appropriate' Medical Care," *Washington
        University Department of Economics Working Paper #40*, May 1982, with Robert
        Woodward.

"Hospital Care Expenditure Inflation: Crisis or Consumption?" *Washington University
        Department of Economics Working Paper #43*, December 1982, with Robert Woodward
        and Walter Chien.

"Transfer Pricing within U.S. Corporations," Sixth U.S.-Soviet Economic Symposium; Alma-
        Ata, Kazakhstan, U.S.S.R., May - June, 1981.

"The Impact of Automobile Mileage Standards," Western Economic Association Meetings,
        1979, with Michael Smirlock.

"The Effect of Factor-Augmenting Technical Change on Factory Demand, and the Response by
        Factor Suppliers," Western Economic Association Meetings, October 1977.

"Vertical Integration in Telecommunications," Telecommunications Policy Research
        Conference, April 1974.


**Other Papers**

Brief of Amici Curiae of Economics Professors and Scholars in Support of  Petitioner, Supreme
        Court of the United States, *Leegin Creative Leather Products, Inc. v. PSKS Inc. (d.b.a.
        Kay's Kloset…Kay's Shoes),* No. 06-480, January 2007.

Brief of Amici Curiae of Economics Professors in Support of Respondent, Supreme Court of the
        United States,  *Verizon Communications, Inc. v. Law Offices of Curtis v. Trinko, LLP*,
        No. 02-682, July 25, 2003.

Brief Amici Curiae of Economics Professors and Scholars in Support of  Respondent, Supreme
        Court of the United States, *Lotus Development Corp. v. Borland International, Inc*., No.
        94-2003, December 1995.

"Implementing Competitive Rules Joint Ventures for Railroads," IBRD (World Bank) , April,
        1995.

 "Critical Loss and Critical Elasticity: Their Derivation and Use in Market Definition for
        Mergers," November 1994.

"When Nominally Monopolistically-Competitive Firms are Really Perfectly Competitive:  Going
        First-Class on the Paris Metro," July 1986.

"Mandatory Energy Performance Standards and Residential Energy Demand," 1981, with Alan
        Rockwood and Richard Adams.

"The Effects of Endogenous Quality Change on Demand and Costs," October 1977.


**Testimony, Commissioned Studies, and Government Consulting**

Commonwealth of Pennsylvania: <u>Commonwealth of Pennsylvania v, . Bristol-Myers Squibb
        Company, et al.,</u> Commonwealth Court of Pennsylvania, Case No. 212 MD 2004; Expert
        Report July 20, 2010, supplemental report August 9, 2010, testimony August 25, 2010.

Commonwealth of Pennsylvania: <u>Commonwealth of Pennsylvania v, . TAP Pharmaceutical
        Products, Inc., et al.,</u> Commonwealth Court of Pennsylvania, Case No. 212 MD 2004;
        Expert Report August 9, 2010, testimony August 25, 2010.

L-3: <u>L-3 Communications Integrated Systems, LP vs. Lockheed Martin Corporation,</u> United
        States District Court for the Northern District of Texas, Dallas Division, Civil Action
        Number 3:07-CV-0341-B, Expert Report, September 21, 2009; Deposition, November
        10, 2009.

Novell: <u>In Re: Microsoft Corp. Antitrust Litigation,</u> United States District Court, District of
        Maryland, MDL Docket No. 1332, Expert Report, May 1, 2009; Rebuttal Report, July 27,
        2009; Deposition, August 13, 2009.

AT&T: <u>In Re: Universal Service Fund Telephone Billing Practice Litigation,</u> United States
        District Court, District of Kansas, Case No. 02-md-1468-JWL, Expert Report and
        Deposition, July-August 2008; Testimony, November 2008.

Entergy: <u>Entergy Arkansas, Inc. and Entergy Services, Inc. vs. Union Pacific Railroad Company
        and Missouri & Northern Arkansas Railroad Company, Inc.,</u> Surface Transportation
        Board, Docket No. 42104, Verified Statement (with John Kwoka), July 2008; Rebuttal
        Statement (with John Kwoka), September 2008.

Tokyo Marine: <u>Response to Statement of Objections Allegations, Case No. COMP/38.624-Deep
        Sea,</u> Expert Report, June 22, 2007; Oral Hearing Presentation to EC, November 28, 2007.

Joe Comes, et.al.: <u>Joe Comes, Riley Paint, Inc., an Iowa Corporation; Skeffington's Formal Wear of Iowa, an Iowa Corporation; and Patricia Anne Larson vs. Microsoft Corporation, a Washington Corporation</u>, Iowa District Court for Polk County, Case No. CL82311. Expert Report, June 2, 2006; Deposition July 28, 2006; Rebuttal Report September 29, 2006; Deposition November 2, 2006.

Secure Data in Motion, Inc.: <u>PostX Corporation vs. Secure Data in Motion, Inc. et al.</u>, United States District Court, Northern District of California, Case Nos. C02-04483 SI and C03-0521. Expert Report, Deposition, and Declaration, April-July, 2005, Testimony March, 2006.

MAN Roland, Inc.: <u>MAN Roland Inc. and MAN Roland Druckmachinen AG vs. Heidelberg Web Systems, Inc. and Heidelberger Druckmachinen AG</u>, United States District Court for the District of New Hampshire, Civil Action No. C-03-513-SM. Expert Report. Deposition, December 13, 2005.

21st Services: Coventry First LLC vs. 21st Services, United States District Court for the Eastern District of Pennsylvania, Civil Action No. 04-05239-PBT. Expert Report November 11, 2005. Deposition, December 1, 2005.

State of Alaska:  (a) Testimony before the Alaska State legislature on the acquisition of ARCO by BP, January 19, 2000.  (b) "Competitive Effects of Producer Ownership Of The Proposed Alaska Natural Gas Pipeline," March 23, 2005.

Attorneys General of the Commonwealth of Pennsylvania and other States: <u>Fatemah Azizian, et al. v. Federated Department Stores, Inc., et al.</u>, Declaration September 10, 2004.

Oldcastle, Inc.: <u>The State of Utah v. Oldcastle Inc and Oldcastle Materials, Inc.</u> U.S. District Court, District of Utah Central Division.  Civil No. 2 02 CV-5165. Testimony

Material Technologies, Inc.: <u>Material Technologies, Inc. and Net Shape LLC v. Carpenter Technology Corporation and Vallourec, SA.</u> United States District Court for the District of New Jersey, Civil Action No. 01-CV-2965 (SRC). Expert Report, April 14, 2003, and deposition.

Six West Retail Acquisition Inc.: <u>Six West Retail Acquisition, Inc. v. Sony Theater Management Corporation et. al.</u>, U.S. District Court, Southern District on New York, 97 Civ. 5499 (LAP) (JCF).  Expert Report, December 23, 2002; Rebuttal Report, February 19, 2003, Deposition, February 25, 2003.

<u>In Re. Microsoft Corp. Antitrust Litigation:</u> U.S. District Court, District of Maryland, MDL Docket No. 1332, Liability Report, August 26, 2002, Rebuttal Report, November 4, 2002, Deposition, February 20-21, 2003.

Brown & Williamson Tobacco Corporation: Declaration and deposition of Frederick R. Warren-Boulton, in <u>R.J. Reynolds Tobacco Company v. Philip Morris, Inc., Lorillard Tobacco Company v. Philip Morris, Inc., Brown & Williamson Tobacco Corp., v. Philip Morris, Inc.</u>, U.S. District Court, Middle District of North Carolina.  Civil Action Nos. 1:99CV185,  1:99CV207, and 1:99CV232.

Menasha Corporation: Expert and supplemental report  and deposition in <u>Menasha Corporation v. News America Marketing In-Store, et al.</u>, U.S. District Court, Northeastern District of Illinois Eastern Division, Civil Action No. 00C-1895.

European Consumers: <u>In Support of Statement of Objections Allegations, Case No. IV/C-3/37.345 Microsoft</u>, Expert Report and Presentation 2001.

Power Mosfet Technologies, L.L.C. Expert witness in <u>Power Mosfet Technologies, L.L.C. vs. Infineon Technologies Corp., et al</u>, U.S. District Court, Eastern District of Texas, Marshall Division, Cause No. 2-99-CV00168-DF. Expert Report;  Deposition August 11, 2001; Trial testimony August 29, 2001.

Southwest Recreational Industries:  (a) Expert witness in <u>Southwest Recreational Industries v. FieldTurf, Inc</u>. Trial testimony November 28, 2000; (b) <u>Southwest Recreational Industries, Inc. v. Field Turf, Inc.</u> US District Court, Eastern District of Kentucky, Civil Action  No. 00-12.  Expert reports, May 4, 2001 and Nov. 1, 2002.

J. Paul Getty Trust:  <u>In Re. Auction Houses Antitrust Litigation</u>, U.S. District Court, Southern <u>District</u> of New York.  Civ. 0648 (LAK), Expert Report, Jan. 12, 2001.

Anthony D. Viazis: Expert witness in <u>Anthony D. Viazis v. American Association of Orthodontists</u>.  U.S. District Court, Eastern District of Texas, Sherman Division.  Civil Action No. 4:98-CV-245,   Expert report (with David Eisenstadt), July 13, 2000. Trial testimony, November 9, 2000.

Ventana Medical Systems: Report and testimony, Department of Energy, March 8, 2000.

State of New York, et al., and U.S. Department of Justice: Expert witness in <u>United States of America  v. Microsoft Corporation, and State of New York ex rel. v. Microsoft Corporation</u>.  C.A. No. 98-1232 (TPJ) and CA. No. 98-1233 (TTPJ).  Declaration May 15, 1998, Report September 3, 1998, Deposition September 26, 1998, Direct Testimony and Trial Testimony November 19 - December 1, 1998.

Brunswick Corporation: Expert witness in <u>Concord Boat Co. et al. v. Brunswick Corporation</u>.  U.S. District Court, Eastern District of Arkansas, Western Division.  Trial testimony June 11, 1998.  Depositions February 2-4, 1998.

Bepco, Inc.: Deposition in <u>Bepco, Inc. et al. v. Allied Signal, Inc. and Allied Signal Truck Brake System Company</u>, U.S. District Court for the Middle District of North Carolina Winston-Salem Division.  C.A. No. 6:96CV00274, November 25-26, 1998.

St. Louis Convention and Visitors Commission: Declaration in <u>St. Louis Convention and Visitors Commission v. National Football League, et al</u>.;  U.S. District Court, Eastern District of Missouri, Eastern Division, C.A. No. 4:95CV02443 JCH,  September 12, 1997.

AT&T: (a) Direct testimony and deposition in <u>State of Indiana, Indiana Utility Regulatory Commission</u>, Cause No. 397051994, April 1994;  (b) Position paper on Docket No. 94-07-02: Development of the Assumptions, Tests, Analysis and Review to Govern Telecommunications Service Reclassifications in Light of the 8 Criteria Set Forth in Section 8 of Public Act 94-83.  <u>State Of Connecticut, Department of Public Utility Control</u>, October 1994; (c) Comments on the Position Papers on Docket No. 94-07-02. <u>State Of Connecticut, Department of Public Utility Control</u>, November 1994; (d) Rebuttal Testimony in <u>Kansas Corporation Commission</u> Docket No. 190, 492-U, July 15, 1996; (e) Direct and Rebuttal Testimony in <u>AT&T Communications of the Southwest Inc.</u>, Missouri Case No. TO-97-40; (f) Direct testimony in <u>Southwestern Bell Telephone Company of Kansas' Compliance with Section 271 of the Federal Telecommunications of 1996</u>, The State Corporation Commission of the State of Kansas. Docket No. 97-SWBT-411-GIT, May 12, 1998; (g) <u>Application of Ernest G. Johnson, Director of the Public Utility Division Oklahoma Corporation Commission to Explore The Requirements of Section 271 of the Telecommunications Act of 1996</u>, Cause No. PUD 970000064; (h) Declaration in <u>Implementation of the Pay Telephone Reclassification and Compensation Provisions of the Telecommunications Act  1996</u>, Federal Communications Commission, CC Docket No. 96-128, September 9, 1997; (i)Testimony in <u>MGC Communications, Inc. v. AT&T Corporation</u>, Federal Communications Commission: trial testimony June 28, 1999; (j) Testimony in <u>Fibercomm, L.C., *et al* v. AT&T Communications of the Midwest, Inc.</u>, before the Iowa Utilities Board, December 20, 2000; (k) Affidavit, supplemental affidavit and deposition in <u>AT&T Corporation v. Business Telecom, Inc.</u>, Federal Communication Commission.  File No. EB-01-MD-002, January - March 2000; (l) Expert Report in <u>Advamtel, LLC, et al, v. AT&T Corp.</u>

Federal Trade Commission: (a) Study on Vertical Distribution Arrangements, January 1, 1977 - August 1, 1978; (b) Expert witness in <u>FTC v. Staples and Office Depot</u>; U.S. District Court, District of Columbia, Trial Testimony, May 1997.

Leo One USA:  Affidavit in <u>Amendment of Part 25 of the Commission's Rules to Establish Rules and Policies Pertaining to the Second Processing Round of the Non-Voice, Non-Geostationary Mobile Satellite Service</u>, FCC Docket No.  96-220, December 20, 1996.

Florida Panthers Hockey Club: Expert witness in <u>Florida Panthers Hockey Club v. Miami Sports and Exhibition Authority and The City of Miami</u>; U.S. District Court, Southern District of Florida Miami Division, Case No. 96-21 68-CIV. Trial Testimony, August, 1996.

ADM: "An Evaluation of: The Cost to U.S. Animal-Feed Manufactures of an Alleged Price-Fixing Conspiracy by Lysine Manufactures 1992-1995," Report, August 1996.

MCI:  (a) Depreciation and Capital Recovery Issues, "Response to Professor Hausman," with K. Baseman and S. Woodward, FCC Docket No. 96-98, July 1996; (b) Direct testimony in Southwestern Bell Telephone Company of Kansas' Compliance with Section 271 of the Federal Telecommunications of 1996, The State Corporation Commission of the State of Kansas.  Docket No. 97-SWBT-411-GIT, May 12, 1998; (c) Declaration in Application of BellSouth Corporation, BellSouth Telecommunications, Inc. and BellSouth Long Distance, Inc. for Provision of In-Region, InterLATA Services in South Carolina.  FCC Docket No. 97-208, October 17, 1997 (with Kenneth C. Baseman); (d) Declaration and supplemental declaration in Joint Applications of MCI WorldCom, Inc. and Sprint Corporation for Consent to Transfer Control, CC Docket No. 99-333, March 2000 and June 2000.

K-2, Rossignol, Salomon, Tecnica, Skis Dynastar, Marker and The Ski Market: Expert witness in Sports Investment Co. vs. The Ski Market, Ltd., Inc., et al, U.S. District Court, District of Rhode Island, C.A. No. 95-097T.  Deposition, December 1995.

U.S. Department of Justice, Antitrust Division:  (a) Expert witness in U.S. v. AT&T, 1981; (b) Regulation of oil pipelines, August 1983; (c) Expert witness in United States of America v. Engelhard Corporation, Floridin Company, U.S. Borax Inc., U.S. Silica Inc.  Case No. 6:96-CV-45 (WLS), Depositions, Trial Testimony August 1995 (d) Declaration in United States of America v. Dairy Farmer of America, Inc., et al.

City of Los Angeles:  Declaration in Air Transport Association of America, et al., v. City of Los Angeles, City of Los Angeles Department of Airports and Los Angeles Board of Airport Commissioners, Docket No. 50176, March 1995, and Supplemental Declaration, April 1995.

The Bon-Ton Stores, Inc.:  Declaration in The Bon-Ton Stores, Inc. v. The May Department Stores Company, McCurdy & Company, Inc., and Wilmorite, Inc., Civil Action No. 94-CV-6454L, November 1994.

Cyrix Corporation:  Deposition in Cyrix Corporation v. Intel Corporation, December 1993.

Thermadyne Industries:  Deposition in Thermadyne Industries, Inc. and Coyne Cylinder Co. v. K.C. Cylinder et al., December 1993.

IBRD (World Bank):  (a) Privatization and Regulation in the Restructuring of Electric Utilities in Eastern Europe, Prague, September 1993; (b) Implications of the United States Experience with Regulation and Antitrust for Competition Policy in Countries in Transition from Centrally Planned Economies to Market Economies, July 1993.

Credit Card Coalition:  "The Economics of Credit Card Interest Rate Caps," 1993, with Laurence H. Meyer.

Coalition to Preserve the Financial Interest and Syndication Rule:  (a) Testimony before the Federal Communications Commission, December 7, 1990, in the matter of Evaluation of

the Syndication and Financial Interest Rules, MM Docket No. 90-162;  (b) Submitted reports:  "Economic Analysis and Policy Implications of the Financial Interest and Syndication Rule," June 14, 1990; "Reply Comments," August 1, 1990; "Economic Analysis and Policy Implications of the Financial Interest and Syndication Rule," January 24, 1991, with John Woodbury;  (c) Declaration of Frederick R. Warren-Boulton, August 7, 1992, Exhibit 7, Comments of the Coalition to Preserve the Financial Interest and Syndication Rule on Proposed Modification of Network Consent Decrees.  In United States of America v. CBS, Inc. Civil No. 74-3599-RJK, United States of America v. American Broadcasting Companies, Inc. Civil No. 74-3600-RJK, and United States of America v. National Broadcasting Company, Inc. Civil No. 74-3601-RJK.

California Public Utility Commission, Division of Ratepayer Advocacy:  Proposed merger of Southern California Edison Company and San Diego Gas and Electric Company, July 1990.

Altai, Inc.:  Expert witness in Computer Associates, Inc. v. Altai, Inc., April 1990.

NFL Players Association:  Deposition in Marvin Powell v. National Football League, September 1989.

Consolidated Aluminum Corporation: Deposition in Indal, Inc. v. Consolidated Aluminum Corp., April 1983.

Battelle, Pacific Northwest Laboratories.  Analyses of bidding for offshore oil leases and of the effects of Building Energy Performance Standards on energy demand, September 1979 - 1981.

U.S. Senate Commerce Committee, Senator Danforth presiding:  Testimony on corporate average fuel economy (CAFÉ) standards, November 15, 1979.

State of Missouri, Office of the Public Counsel:  Expert witness on electric utility rate structures, 1978.

## APPENDIX B: DOCUMENTS CONSIDERED

In addition to those documents cited herein, I have also considered the following documents.

Pleadings and Court Filings

| Case Name | Case Number | Document Title | Date |
|---|---|---|---|
| Alabama Medicaid Pharmaceutical Average Wholesale Price Litigation related to: All Actions | CV-2005-219 | Plaintiff's Expert Disclosure Filings | 8/30/2007 |
| Alabama Medicaid Pharmaceutical Average Wholesale Price Litigation related to: State of Alabama v. AstraZeneca LP & State of Alabama v. AstraZeneca, LP | CV-2005-219 | Reporter's Transcript on Appeal - Court Testimonies | 4/4/2008 |
| Alabama Medicaid Pharmaceutical Average Wholesale Price Litigation related to: State of Alabama v.: Agouron Pharm. Inc.,; ALZA Corp.,; AstraZeneca LP,; Astrazeneca Pharmaceuticals LP,; Bristol-Myers Squibb co,; G.D. Searle, LLC,; Janssen Pharm. Prods., LP,; Johnson & Johnson,; McNeil-PPC, Inc.,; Novartis Pharmaceuticals Corporation,; Ortho Biotech Prods., LP; Ortho-McNeil Pharm., Inc; Pfizer, Inc.,; Pharmacia Corp.,; Pharmacia & Upjohn Co. Corp.; SmithKline Beecham Corp., | CV-2005-219 | Referenced Defendants Responses and Objections to Plaintiff State of Alabama's Notice of Deposition of Dr. Fiona Scott Morton and Request for Production | 12/4/2007 |
| Bernard Walker v. Tap Pharmaceutical Products | | Expert Report of Dr. Charles Mahla (Senior Economist) | 7/27/2004 |
| Bernard Walker, individually, and on behalf of those similarly situated, 122 Reef Drive, Ocean City, NJ 08220 v. Tap Pharmaceutical Products, Inc., Abbott Laboratories and Takeda Chemical Industries, LTD. | CPM-L-682-01 | Declaration of Stephen W. Schondelmeyer, Pharm.D., PH.D. | 4/29/2005 |
| Commonwealth of PA v. TAP Pharmaceutical, et al. | | Disk - Alabama Expert Info | |

| | | | |
|---|---|---|---|
| Commonwealth of Pennsylvania by Gerald J. Pappert, in his capacity as Attorney General of the Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc.; Abbott Laboratories; Takeda Chemical Industries, LTD.; AstraZeneca PLC; Zeneca, Inc,; AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Bayer AG; Bayer Corporation; GlaxoSmithKline, PLC; SmithKline Beecham Corporation; Glaxo Wellcome, Inc.; Pfizer, Inc.; Pharmacia Corporation; Johnson & Johnson; Amgen, Inc.; Bristol-Myers Squibb Company; Baxter International Inc.; Aventis Pharmaceuticals, Inc.; Boehringer Ingeheim Corporation; Schering-Plough Corporation; Dey, Inc., | 212-MD-2004 | Opinion by Judge James Gardner Colins | 11/3/2005 |
| Harry E. Stetser, Dale E. Nelson, and Michael deMontbrun v. Tap Pharmaceutical Products, Inc. et al. | | Expert Report of Dr. Jeffrey Leitzinger (President), Dr. Charles Mahla (Senior Economist) | 3/8/2004 |
| Harry E. Stetser, Dale E. Nelson, and Michael deMontbrun v. Tap Pharmaceutical Products, Inc.; Abbott Laboratories; Takeda Chemical Industries, LTD.; Johnson & Johnson; Ethicon Endo-Surgery, Inc,; Indigo Laser Corporation; David Jett; Christopher Coleman; Scott Hidalgo; and Eddy James Hack | 1-CVS-5268 | Declaration of Stephen W. Schondelmeyer, Pharm.D., PH.D. | 3/8/2004 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | 01-12257-PBS & 06-11337-PBS | Daubert Hearing Transcripts - Day 1, 2, 3. | 1/22/2010 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | 01-CV-12257-PBS | Deposition and Exhibits of Michelle Ellen Hand | 6/16/2005 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | 01-CV-12257-PBS | Deposition and Exhibits of John Ehret | 6/16/2005 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | 01-CV-12257-PBS | Telephone Deposition and Exhibits of Janet Woods | 7/22/2005 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | 1:01-CV-12257-PBS | Declaration of Raymond S. Hartman: AWP Litigation.  In Support of Liability and Calculation of Damages: Attachments | 6/16/2006 |

| | | | |
|---|---|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | 1:01-CV-12257-PBS | Declaration of Raymond S. Hartman: AWP Litigation.  In Support of Liability and Calculation of Damages: Attachments | 6/16/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - 01-CV-12257-PBS & 01-CV-339 | 01-12257-PBS | Supplemental Declaration of Gregory K. Bell, PH.D. | 4/28/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - 01-CV-12257-PBS & 01-CV-339 | 01-CV-12257-PBS | Direct Testimony and Attachments of Raymond S. Hartman | 11/1/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - 01-CV-12257-PBS & 01-CV-339 | 01-CV-12257-PBS | Supplemental Report and Declaration and Exhibits of Gregory K. Bell, PH.D. on Behalf of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp. in the Trial of Class 1 Claims | 5/30/2007 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - 01-CV-12257-PBS & 01-CV-339 | 01-CV-12257-PBS & 01-CV-339 | Written Tutorial of Dr. Meredith Rosenthal - Redacted Version | 12/3/2004 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - 01-CV-12257-PBS & 01-CV-339 | 01-CV-12257-PBS & 01-CV-339 | Exhibits to Sur-Reply of Steven J. Young | 1/20/2005 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - 01-CV-12257-PBS & 01-CV-339 | 01-CV-12257-PBS & 01-CV-339 | Sur-Reply of Steven J. Young in Opposition to the Plaintiff's Motion for Class Certification | 1/20/2005 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - 01-CV-12257-PBS & 01-CV-339 - Trial of Class 2 and Class 3 Claims | 01-CV-12257-PBS | Affidavit of Gregory K. Bell, PH.D. Submitted as Direct Testimony in the Case-In-Chief of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp. in the Trial of Class 2 and 3 Claims | 11/17/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - 01-CV-12257-PBS & 01-CV-339 - Trial of Class 2 and Class 3 Claims | 01-CV-12257-PBS | Exhibits to the Affidavit of Gregory K. Bell, PH.D. Submitted as Direct Testimony in the Case-In-Chief of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp. in the Trial of Class 2 and 3 Claims | 11/17/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - 01-CV-12257-PBS & 01-CV-339 - Trial of Class 2 and Class 3 Claims | 01-CV-12257-PBS & 01-CV-339 | Affidavit and Appendices of Gregory K. Bell, Ph.D., Submitted as Direct Testimony on Behalf of Track 1 Defendants | 11/26/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Supplemental Declaration of Dr. Summanth Addanki, PH.D. | 4/27/2006 |

| | | | |
|---|---|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Addendum to Direct Testimony and Exhibits 1-7 | 11/17/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Declaration of Direct Testimony of Dr. Sumanth Addanki | 11/20/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Amended Declaration of Direct Testimony of Dr. Sumanth Addanki | 12/2/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-CV-12257-PBS | Deposition and Exhibits of Zoltan Szabo #1 | 5/19/2004 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-CV-12257-PBS | Deposition and Exhibits of Charles Tobano | 8/23/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-CV-12257-PBS | Direct Testimony of Dr. Meredith Rosenthal | 10/27/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-CV-12257-PBS | Exhibits 1 through 3 to Rebuttal Testimony of Dr. Meredith Rosenthal | 12/12/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-CV-12257-PBS | Exhibits 4 through 6 to Rebuttal Testimony of Dr. Meredith Rosenthal | 12/12/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-CV-12257-PBS | Rebuttal Testimony of Dr. Meredith Rosenthal | 12/12/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-CV-12257-PBS | Rebuttal Testimony of Dr. Raymond Hartman | 12/15/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-CV-12257-PBS | Rebuttal Testimony of Dr. Raymond Hartman - Addendum | 12/15/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-CV-12257-PBS | Reply Declaration and Attachments of Raymond S. Hartman in Support of Plaintiff's Motion for Summary Judgment | |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - Bristol Myers Squibb | 01-CV-12257-PBS | Report and Attachments of Raymond S. Hartman Regarding Bristol Myers Squibb with Respect to Class 1 | 6/29/1905 |

| | | | |
|---|---|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - Bristol Myers Squibb | 01-CV-12257-PBS | Amended Written Tutorial of Dr. Meredith Rosenthal to Reflect Matters Relevant to Bristol-Myers Squibb and Class 1 Only | 5/30/2007 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - Bristol Myers Squibb | 01-CV-12257-PBS | Report of Dr. Meredith Rosenthal Regarding Bristol-Myers Squibb and Class 1 | 5/30/2007 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - Bristol Myers Squibb | 01-CV-12257-PBS | Report and Attachments of Raymond Hartman Regarding Bristol Myers Squibb w/ Respect to Class 1 | |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - State of Montana v. Abbott Labs., Inc., et al. | 01-CV-12257-PBS | Declaration of Eric Gaier., PH.D., Concerning Direct Price Reimbursements for Pfizer Inc. and Pharmacia Corp. Drugs | 2/8/2007 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. et al. v. Boehringer Ingelheim Corporation, et al., - 07-10248-PBS | Master: 01-CV-12257-PBS  Sub: 06-CV-11337-PBS | Memorandum and Exhibits in Support of the Roxana Defendants' Motion in Limine to Exclude Certain Expert Opinions Proffered By Plaintiffs' Expert Mark G. Duggan | 3/12/2010 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., - 06-CV-11337-PBS | 01-12257-PBS | Report of Mark G. Duggan, Ph.D., | 6/19/2008 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., - 06-CV-11337-PBS | 01-12257-PBS | United States and Ven-a-Care's Rebuttal Expert Disclosure for Mark G. Duggan, PH.D. | 4/23/2009 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: 01-CV-12257-PBS and 01-CV-339 | 01-CV-12257-PBS | Deposition and Exhibits of Mimi Chik - Deposition #1 | 12/1/2004 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: 01-CV-12257-PBS and 01-CV-339 | 01-CV-12257-PBS | Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages | 6/16/2006 |

| | | | |
|---|---|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: 01-CV-12257-PBS and 01-CV-339 | 01-CV-12257-PBS | Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages; "Motion to Preclude Hartman Exhibit 2 Part 1. | 6/16/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: 01-CV-12257-PBS and 01-CV-339 | 01-CV-12257-PBS | Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages; "Motion to Preclude Hartman Exhibit 2 Part 2. | 6/16/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: 01-CV-12257-PBS and 01-CV-339 | 01-CV-12257-PBS | Declaration of Steven M. Edwards in Support of Track 1 Defendants' Motion to Preclude the Expert Testimony of Dr. Raymond Hartman | 6/16/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: 01-CV-12257-PBS and 01-CV-339 | 01-CV-12257-PBS | Declaration of Steven M. Edwards in Support of Track 1 Defendants' Motion to Preclude the Expert Testimony of Dr. Raymond Hartman; "Motion to Preclude Hartman" and Exhibits | 6/16/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: 01-CV-12257-PBS and 01-CV-339 | 01-CV-12257-PBS | Direct Testimony and Attachments of Raymond S. Hartman | 11/1/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: All Actions | 01-CV-12257-PBS | Deposition and Exhibits of Denise M. Kaszuba, Parts I, II, & III - Deposition #1 | 8/18/2005 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: All Actions | 01-CV-12257-PBS | Deposition of Mike Ambielli | 9/8/2005 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: All Actions | 01-CV-12257-PBS | Deposition and Exhibits of Debra Ekborg | 6/1/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: All Actions | 01-CV-12257-PBS | Deposition and Exhibits of John Ehret - Volume 2 | 9/8/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: Bristol-Myers Squibb Trial | 01-CV-12257-PBS | Report of Raymond S. Hartman Regarding Bristol-Myers Squibb with Respect to Class 1 | 5/30/2007 |

| | | | |
|---|---|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: Trial of Class 2 and Class 3 Claims | 01-12257-PBS | Table of Contents | 6/21/2007 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey Inc., et al.,; In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al | 01-12257-PBS; 07-10248-PBS | Expert Report of Stephen W. Schondelmeyer, Pharm.D., PH.D. | 1/30/2009 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. | 01-12257-PBS | The United States' First Amended Complaint | 6/4/2007 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. | 01-12257-PBS | United States' and Ven-a-Care's Expert Disclosure for Mark G. Duggan, PH.D. | 1/23/2009 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. | 01-12257-PBS | Ven-a-Care's Expert Disclosure for Stephen W. Schondelmeyer, Pharm., PH.D. | 3/27/2009 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. | 01-CV-12257-PBS Sub Docket: 06-CV-11337-PBS | Abbott Laboratories Inc.'s Memorandum in Support of its Motion for a Finding of Spoliation and for Sanctions | 6/4/2009 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. | Master: 01-12257-PBS Sub: 07-11618-PBS | Anderson: Exhibits 1 & 2: Opposition to Exclude Testimony of Expert Mark G. Duggan PH.D. | 3/27/2009 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc. | Master: 01-CV-12257-PBS  Sub: 07-11618-PBS | Plaintiff Ven-a-Care's Opposition to Abbott Laboratories' Motion In Limine to Exclude Certain Opinions Proffered by Plaintiff's Expert Mark G. Duggan, PH.D. | 11/2/2009 |

| | | | |
|---|---|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Dey, Inc. et al., | 01-12257-PBS; 06-11337-PBS | United States and Ven-a-Care's Expert Disclosure Under Local Rules 16.5(C) and 26.4(A) for Mark G. Duggan, PH.D. | 1/20/2010 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: US ex rel. Ven-a-Care of the Florida Keys, Inc., v. Dey, Inc. et al.,; In Re: Pharmaceutical Industry Average Wholesale Price Litigation related to: United States of American ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al. | 01-12257-PBS; 07-10248-PBS | Expert Report of Stephen W. Schondelmeyer, Pharm.D., PH.D. | 1/30/2009 |
| State Of Alabama v. Abbott Laboratories, Inc. et al | 2005-219 | Deposition of Joseph DeCapua | 5/30/2007 |
| State Of Alabama v. Abbott Laboratories, Inc. et al. | 03-CV-2005-000219.00 | Referenced Defendants Responses and Objections to Plaintiff's Notice if Deposition of Dr. Haier. | 12/28/2007 |
| State Of Alabama v. Abbott Laboratories, Inc. et al. | 2005-219 | Videotaped Deposition and Exhibits of Zoltan Szabo | 5/14/2007 |
| State Of Alabama v. Abbott Laboratories, Inc. et al. | 2005-219 | Videotaped Deposition and Exhibits of Christine Marsh | 5/31/2007 |
| State Of Alabama v. Abbott Laboratories, Inc. et al. | 2005-219 | Videotaped Deposition and Exhibits of Diana Schmidt | 7/27/2007 |
| State Of Alabama v. Abbott Laboratories, Inc. et al. | 2005-219 | Deposition and Exhibits of Katherine Larkin | 8/7/2007 |
| State Of Alabama v. Abbott Laboratories, Inc. et al. | 2005-219 | Condensed Transcript Deposition and Exhibits of Frank Marra | 8/8/2007 |
| State Of Alabama v. Abbott Laboratories, Inc. et al.; State of Hawaii v. Abbott Laboratories, Inc., et al.,; The Commonwealth of Massachusetts v. Mylan Laboratories, Inc., | 2005-219; 06-01-0720-04 EEH; 03-11865-PBS | Deposition and Exhibits of Joseph DeCapua | 5/30/2007 |
| State of Alabama v. Abbott Laboratories, Inc., et al.,; State of Hawaii v. Abbott Laboratories, Inc., et al.,; State of South Carolina, County of Richland, and Henry D. McMaster as the Attorney General for the State of South Carolina v. Bristol-Myers Squibb Company | 2005-219; 06-1-0720-04 EEH; 07-CP-40-0281; 07-CP-40-0284 | Deposition and Exhibits of Mimi Chik - Deposition #2 | 5/15/2007 |

| | | | |
|---|---|---|---|
| State of Alabama v. Abbott Laboratories, Inc., et al.,; State of Hawaii v. Abbott Laboratories, Inc., et al.,; State of South Carolina, County of Richland, and Henry D. McMaster as the Attorney General for the State of South Carolina v. Bristol-Myers Squibb Company | 2005-219; 06-1-0720-04 EEH; 07-CP-40-0281; 07-CP-40-0284 | Deposition and Exhibits of Denise M. Kaszuba - Deposition #2 | 5/16/2007 |
| State of Hawaii v. Abbott Laboratories, Inc., et al. | 06-1-0720-04 EEH | Videotaped Deposition and Exhibits of Zoltan Szabo | 5/14/2007 |
| State of South Carolina, County of Richland, and Henry D. McMaster as the State Attorney General for the State of South Carolina v. Bristol-Myers Squibb Company | 07-CP-40-0281,07-CP-40-0284 | Videotaped Deposition and Exhibits of Zoltan Szabo | 5/14/2007 |
| State of Wisconsin v. Amgen Inc., et al.; State of Alabama v. Abbott Laboratories, Inc., et al; In Re: Pharmaceutical Industry Average Wholesale Price Litigation relating to: USA ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc., USA ex rel. Van-a-Care of the Florida Keys, Inc., et al. v.Dey, Inc., et al., and USA ex rel. Ven-a-Care of the Florida Keys, Inc., et al v. Boehringer Ingelheim Corp.; State of Hawaii v. Abbott Laboratories Inc., et al.,; In Re: Pharmaceutical Industry Average Wholesale Price Litigation relating to: The People of the State of Illinois v. Abbott Laboratories, Inc., et al.; Commonwealth of Kentucky ex rel. Gregory D. Stumbo, Attorney General, v. Alpharma USPD, Inc., et al.,; Commonwealth of Kentucky ex rel. Gregory D. Stumbo, Attorney General, v. Abbott Laboratories, Inc.,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Warrick Pharmaceuticals Corporation, et al.,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Teva Pharmaceuticals USA, Inc., and Ivax Corporation,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Sandoz, Inc.,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South | 04-CV-1709; 2005-219; 01-12257-PBS; 06-1-0720-04 EEH; 01-12257-PBS; 04-CI-1487; 03-CI-1134; 06-CP-40-4399; 06-CP-40-4390; 06-CP-40-7154; 06-CP-40-7156; 07-CP-40-0297; 07-CP-40-0285; 06-CP-40-4391; 06-CP-40-4398; 07-CP-40-0281; 07-CP-40-0284; 06-CP-40-4394; 06-CP-40-7158; 06-CP-40-7158; 07-CP-40-0286; 07-CP-40-0280; 06-CP-40-7152; 06-CP-40-7155; 07-CP-40-0282; 07-CP-40-0283; 06-CP-40-4396; 06-CP-40-4393; 07-CP-40-0591; 07-CP- | Deposition of Ron Reich & notes | 6/7/2007 |

| | | | |
|---|---|---|---|
| Carolina v. Boehringer Ingelheim Roxane, Inc., Roxane Laboratories, Inc., and Ben Venue Laboratories, Inc.,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Bristol-Myers Squibb Company,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Abbott Laboratories, Inc.,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Alpharma Branded Products Division, Inc., Alpharma USPD, Inc., and Purepac Pharmaceuticals Co.,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Barr Pharmaceuticals, Inc.,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Watson Pharma, Inc., and Watson Pharmaceuticals, Inc.,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Mylan Laboratories, Inc.,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Baxter International Inc., and Baxter Healthcare Corporation,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Novartis Pharmaceuticals Corporation,; State of South Carolina, and Henry D. McMaster, in his Official Capacity as Attorney General for the State of South Carolina v. Par Pharmaceuticals Companies, Inc.,; In Re: Pharmaceutical Industry Average Wholesale Price Litigation relating to: State of California, ex rel. Ven-a-Care v. Abbott Laboratories, et al.; State of Idaho v. Alpharma USPD, Inc., et al.,; In Re: Pharmaceutical Industry Average Wholesale Price Litigation relating to: State of Mississippi v. Abbott Laboratories, Inc., et al.; The State of Florida, ex erl. Ven-a-Care of the Florida Keys, Inc., et al., v. Mylan Laboratories, Inc., et al., | 40-0592; 06-CP-40-7151; 06-CP-40-7153; 01-12257-PBS; CVOC07-01847; 01-12257-PBS; 98-3032G | | |

| | | | |
|---|---|---|---|
| Supreme Court of Alabama: AstraZeneca LP and AstraZeneca Pharmaceuticals LP v. State of Alabama; Smithkline Beecham Corporation d/b/a/ Glaxosmithkline v. State of Alabama; Novartis Pharmaceuticals Corporation v. State of Alabama | 1071439; 1071440; 1071704; 1071759 | Supreme Court of Alabama - Ruling | 10/16/2006 |
| The Commonwealth of Massachusetts v. Mylan Laboratories, Inc.; Barr Laboratories, Inc.; Duramed Pharmaceuticals, Inc.; Ivax Corporation; Warrick Pharmaceuticals Corporation; Watson Pharmaceuticals, Inc.; Schein Pharmaceuticals, Inc.; Teva Pharmaceuticals USA, Inc.; Par Pharmaceutical, Inc.; Dey, Inc.; Ethex Corporation; Purepac Pharmaceutical Co.; and Roxane Laboratories, Inc. | 03-CV-11865-PBS | Deposition and Exhibits of Gregg Ciarelli | 7/25/2007 |
| United States of America ex rel. Bernard Lisitza, State of Illinois, California, Delaware, District of Columbia, Florida, Georgia, Hawaii, Indiana, Louisiana, Massachusetts, Michigan, Nevada, New Hampshire, New Mexico, New York, Tennessee, Texas, Virginia, and Individual v. TAP Pharmaceutical Products, Inc. and Omnicare, Inc. | 07-10026-RGS | Second Amended Complaint | 11/1/2007 |
| United States of America ex rel. Bernard Lisitza, State of Illinois, California, Delaware, District of Columbia, Florida, Georgia, Hawaii, Indiana, Louisiana, Massachusetts, Michigan, Nevada, New Hampshire, New Mexico, New York, Tennessee, Texas, Virginia, and Individual v. Pfizer, Inc., Bristol Myers Squibb, Co., Johnson & Johnson, Ortho-McNeil Pharmaceuticals, Inc., and Janssen, LP, | 07-10288-RGS | Second Amended Complaint | 11/1/2007 |
| United States of America, ex rel. Bernard Lisitza and David Kammerer v. Johnson & Johnson, Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Johnson & Johnson Health Care Systems, Inc. | 07-10288-RGS, 05-11518-RGS | Complaint of the United States | 1/15/2010 |
| | | Exhibits to Expert Declaration of Steven J. Young in Support of Track 2 Defendants' Opposition to Class Certification | 6/15/2006 |

| | | | |
|---|---|---|---|
| | | Expert Declaration of Steven J. Young in Support of the Following Track 2 Defendants' Opposition to Class Certification: Abbott Laboratories, Amgen Inc., Aventis Pharmaceuticals Inc., Baxter Healthcare Corp., Baxter International Inc., Bayer Corporation, Dey, Inc., Fujisawa Healthcare Incorporation, Fjuisawa USA, Inc., Hoechst Marion Roussel, Inc., Immunex Corporation, Pfizer, Inc., Pharmacia Corp., Pharmacia & Upjohn, and Aventis Bering LLC, N/K/A zlb Behring LLC. | 6/15/2006 |
| | | Expert Declaration of Steven J. Young Related to Track 2 Class Certification on Behalf of Abbott Laboratories, Inc. | 6/15/2006 |
| | | Trial Exhibits by AstraZeneca as of 2/15/08. Parts I, II, & III | 2/15/2008 |
| | | Dr. Gerard Anderson Disclosure | 6/30/2008 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Addendum to Direct Testimony and Exhibits 1-7 | 11/17/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Amended Declaration of Direct Testimony of Dr. Sumanth Addanki | 12/1/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Declaration of Direct Testimony of Dr. Sumanth Addanki, PH.D. | 11/17/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Revised Declaration of Direct Testimony with Corrected Pages of Dr. Sumanth Addanki | 11/20/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Supplemental Declaration Regarding Reply Memo of Sumanth Addanki, PH.D. - Redacted Version | 4/28/2006 |
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation - All Actions | 01-12257-PBS | Unredacted Supplemental Declaration of Dr. Sumanth Addanki, PH.D. | 4/27/2006 |

| | | | |
|---|---|---|---|
| Alabama Medicaid Pharmaceutical Average Wholesale Price Litigation related to: State of Alabama v. Agouron Pharm. Inc.; ALZA Corp.; AstraZeneca LP; AstraZeneca Pharmaceuticals LP; Bristol-Myers Squibb Co.; G.D. Searle; LLC Janssen Pharm. Prods., LP; Johnson & Johnson; McNeil-PPC, Inc.; Novartis Pharmaceuticals Corporation; Ortho Biotech Prods.; LP, Ortho-McNeil Pharm., Inc.; Pfizer, Inc.; Pharmacia Corp.; Pharmacia & Upjohn Co. Corp.; SmithKline Beecham Corp. | CV-2005-219 | Referenced Defendants' Expert Disclosures | 10/12/2007 |
| Alabama Medicaid Pharmaceutical Average Wholesale Price Litigation related to: State of Alabama v. AstraZeneca LP; AstraZeneca Pharmaceuticals LP; Novartis Pharmaceuticals Corp.; SmithKline Beecham Corp. | CV-2005-219 | Plaintiff's Supplemental Expert Disclosure | 11/21/2007 |
| State of Alabama v. AstraZeneca LP.; Astrazeneca Pharmaceuticals LP. | | Defendant's Trial Exhibits | |
| State of Alabama v. AstraZeneca LP.; Astrazeneca Pharmaceuticals LP. | | Plaintiff's Trial Exhibits | |
| New England Carpenters Health Benefits Fund et. al. v. First Databank, Inc. | 1:05-CV-11148-PBS | Declaration of Raymond S. Hartman - Calculation of Damages and Penalties for the State of Nevada<br><br>Declaration of H. Edward Heckman: "Fairness of the Economic Impact of the First Databank Settlement Agreement". | 6/13/2006<br><br>12/19/2007 |

Deposition of Suzanne Love, June 4, 2010 and Exhibits.
Deposition of Donald Yearsley, June 10, 2010 and Exhibits.
Deposition of Izanne Leonard-Haak, June 18, 2010 and Exhibits.
Deposition of Thomas Snedden, July 8-9, 2010 and Exhibits.
Deposition of Terri Cathers, July 13-14, 2010 and Exhibits.
Deposition of Estelle Richman, July 15, 2010 and Exhibits.
Deposition of Catherine Tak Piech, June 9, 2010 and Exhibits.

Expert Report of Jayson Dukes, July 28, 2010.
Expert Report of Kevin Murphy, July 28, 2010.
Expert Report of Ernst Berndt, July 28, 2010.
Expert Report of Steven Young, July 28, 2010.
Expert Report of Fiona Scott Morton, July 28, 2010.

Commonweath of Pennsylvania vs. BMS, No. 212 MD 2004, Trial Transcripts, Vols I-XV, 2010.

Articles and Other Documents

Berenson, Alex.  "A Stubborn Case of Spending On Cancer Care."  *The New York Times*.  June 12, 2007.

Saul, Stephanie.  "Bristol-Myers Pleads Guilty And Is Fined In Plavix Case."  *The New York Times*.  June 12, 2007.

Transcript - "From Drug Maker to Consumer: Swallowing the Price of a Prescription Drug."  KaiserNetwork.org.,  June 9, 2005.

Bloomberg News.  "3 Drugmakers Are Convicted in Reimbursement Overcharges."  *The New York Times*, June 22, 2007.

Frogue, James.  "Vermont's Plan to Control Drug Prices for Seniors: A Bad Prescription."  The Heritage Foundation: Executive Memorandum.  April 12, 2001.  No. 737.

Scott Morton, Fiona M.  "Barriers to Entry, Brand Advertising, and Generic Entry in the U.S. Pharmaceutical Industry."  Working Paper - University of Chicago  - Graduate School of Business.  September 1998.

Scott Morton, Fiona M.  "Entry Decisions in the Generic Pharmaceutical Industry."  Working Paper - University of Chicago  - Graduate School of Business.  October 1998.

Scott Morton, Fiona M.  "Horizontal Integration between Brand and Generic Firms in the Pharmaceutical Industry."  Working Paper - Yale University, School of Management and NBER.  March 2001.

Duggan, Mark, Fiona M. Scott Morton.  "The Distortionary Effects of Government Procurement: Evidence from Medicaid Prescription Drug Purchasing."  Working Paper - Yale University and NBER.   August, 2005.

Duggan, Mark, Fiona M. Scott Morton.  "The Effect of Medicaid Regulations on Drug Product Introductions and Pharmaceutical Prices."  Working Paper - Yale University and NBER.  April 5, 2004.

Scott Morton, Fiona M.  "The Interaction between a Most-Favored-Customer Clause and Price Dispersion: an Empirical Examination of the Medicaid Rebate Rules of 1990."  Working Paper - Stanford University, Graduate School of Business.  September, 1996.

Scott Morton, Fiona.  "The Strategic Response by Pharmaceutical Firms to the Medicaid Most-Favored-Customer Rules."  Working Paper - Stanford University.  June, 1996.

Scott Morton, Fiona M.  "Prescription Drug Pricing and Negotiation: An Overview and
        Economic Perspectives for the Medicare Prescription Drug Benefit."  Testimony for the
        Senate Finance Committee.  January 11, 2007.

Hogberg, David, Paul Gessing.  "A Democratic Congress Means Rising Health Costs."  The
        American Spectator.  Spectator.org.  July 18, 2007.

TAP Pharmaceuticals Inc.  "Pharmaceutical Discount/Rebate Agreement."  Cherry Hill
        Pharmacy LTC.

Summarized by: Vavra, James.  "Wisconsin Medicaid's Pharmacy Program."  Division of Health
        Care Financing, Department of Health and Family Services.

"Medicaid Analytic eXtract (MAX) General Information.  Centers for Medicare & Medicaid
        Services.  January 21, 2010.

Omnicare, Inc.  "Omnicare Senior Pharmacy Services."  Retrieved from
        www.Omnicare.com/pharmacy.asp on March 16, 2010.

Omnicare, Inc.  "Medications and Drug Distribution Services."  Retrieved from
        www.Omnicare.com/medications.asp on March 16, 2010.

Omnicare, Inc.  "Infusion Therapy."  Retrieved from www.Omnicare.com/iv.asp on March 16,
        2010.

Omnicare, Inc.  "Omnicare Geriatric Pharmaceutical Care Guidelines." Retrieved from
        www.Omnicare.com/geriatric.asp on March 16, 2010.

"A Pharmacist-Whistleblower Resource: Overview."  Retrieved from
        www.pharmacyfraudsettlement.com/Omnicare2009/ on  March 16, 2010.

McCaughan, Michael.  "Omnicare Settles Long Term Care Kickback Case; Is J&J The Real
        Target?"  The In Vivo Blog.  November 9, 2009.

Harris, Gardiner.  "Prilosec's Maker Switched to Nexium, Thwarting Generics."  Wall Street
        Journal online on June 6, 2002.

"Andrx Enters into Alliance for Generic Lovenox with Amphastar."  Retrieved from
        www.thefreelibrary.com on April 29, 2010.

"NDC Search Results on 59930."  Retrieved from
        www.accessdata.fda.gov/scripts/cder/ndc/getblcode.cfm on April 23, 2010.

 Grant Thornton.  "National Study to Determine the Cost of Dispensing Prescriptions in
        Community Retail Pharmacies."  Web Seminar.  February 23, 2007.

Myers and Stauffer, L.  "Survey of the Average Cost of Filling a Medicaid Prescription in the
        State of Minnesota."  Prepared for the Minnesota Department of Human Services.
        December 2006.

Hearne, Jean.  "CRS Report for Congress:  Prescription Drug Coverage Under Medicaid."

February 6, 2008.

Levinson, Daniel R.  "Comparing Pharmacy Reimbursement: Medicare Part D to Medicaid."
Department of Health and Human Services, Office of Inspector General.  February
2009.

Levinson, Daniel R.  "Medicaid Drug Price Comparisons: Average Manufacturer Price to
Published Prices."   Department of Health and Human Services, Office of Inspector
General.  June 2005.

Thompson, Cheryl A.  "Government's New Pricing Methods Put Squeeze on Pharmacies."
American Society of Health-Systems Pharmacists.  Retrieved from
www.ashp.org/import/news/healthsystempharmacynews/newsarticle.aspx?id=2639 on
February 23, 2010.

Green, Kevin, Ph.D.  "Competition and Relevant Market Definition in the Pharmaceutical
Industry: The Case of PAH Drugs."  Draft.  January 2008.

Pracht, Etienne E., William J. Moore.  "Interest Groups and State Medicaid Drug Programs."
Abstract.  Journal of Health Politics, Policy and Law.   March 4, 2010.

Levinson, Daniel R.  "Comparison of Medicaid Federal Upper Limit Amounts to Average
Manufacturer Prices."  Department of Health and Human Services, Office of Inspector
General.  June 2005.

Levinson, Daniel R.  "A Comparison of Medicaid Federal Upper Limit Amounts to Acquisition
Costs, Medicare Payment Amounts, and Retail Prices."  Department of Health and
Human Services, Office of Inspector General.  August 2009.

Congressional Budget Office.  "Medicaid's Reimbursements to Pharmacies for Prescription
Drugs."  Congress of the United States.  December 2004.

PACE, Annual Report to the Pennsylvania General Assembly, 2002-2008.

PA Bulletin, Doc No. 05-1478, August 5, 2005.

Data

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design
Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design
Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design
Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

Pharmacy Benefit Management Institute, The Prescription Drug Benefit Cost and Plan Design Survey Report | 2003 Edition, Shipped from publisher

FDB Pricing Files (AWP/WAC):      FDBPRICEHIST.SAS7BDAT , AWPHISTORY.CVS, and WACHISTORY.CVS

| PRODUCING PARTY | MEDIA REF # | BATES |
| --- | --- | --- |
| | HLF0001 | |
| | HLF0002 | |
| | HLF0003 | |
| | HLF0003A | |
| | HLF0003B | |
| | HLF0004 | |
| | HLF0004A | |
| | HLF0004B | |
| | HLF0004C | |
| | HLF0004D | |
| | HLF0005 | |
| | HLF0006 | |
| | HLF0007 | AZ_PA0238233 |
| | HLF0008 | AZ_PA0238234 |
| | HLF0009 | AZ_PA0238235 |
| | HLF00010 | AZ_PA0238236 |
| | HLF00011 | AZ_PA0238237 |
| | HLF00012 | AZ_PA0373193 |

| | HLF00013 | AZ_PA0373194 |
|---|---|---|
| | HLF00014 | AZ_PA0396597 |
| | HLF00015 | AZ_PA0466413 |
| | HLF00016 | AZ_PA0466414 |
| | HLF00017 | AZ_PA0466415 |
| | HLF00018 | AZ_PA0492927 |
| | HLF00019 | AZ_PA0674314 |
| | HLF00020 | AZ_PA0682113 |
| | HLF00021 | AZ_PA0682114 |
| | HLF00022 | AZ_PA0687892 |
| | HLF00023 | AZ_PA0687893 |
| | HLF00024 | AZ_PA0704876 |
| | HLF00025 | PA_HCS00013630 |
| | HLF00026 | PA_HCS00013631 |
| | HLF00027 | PA_HCS00013632 |
| | HLF00028 | PA_HCS00013633 |
| | HLF00029 | PA_HCS00013634 to PA_HCS00013638 |
| | HLF00030 | PA_HCS00283267 to PA_HCS00283269 |
| | HLF00031 | PA_HCS00275969 to PA_HCS00275971 |
| | HLF00032 | PA_HCS00275987 to PA_HCS00275988 |
| | HLF00033 | PA_HCS00282702 |
| | HLF00034 | PA_JAN00259524 to PA_JAN00259524 |
| | HLF00035 | PA_JAN00286537 to PA_JAN0028638 |
| | HLF00036 | PA_CEN00103691 to PA_CEN00103692 |
| | HLF00037 | PA_CEN00104192 |
| | HLF00038 | PA_CEN00108048 |
| | HLF00039 | PA_CEN00108050 |
| | HLF00040 | PA_OBI00052005 |
| | HLF00041 | PA_OBI00054647 to PA_OBI00054660 |
| | HLF00042 | PA_OBI00056539 |
| | HLF00043 | PA_OBI00063094 to PA_OBI00063104 |
| | HLF00044 | PA_OBI00063105 to PA_OBI00063108 |
| | HLF00045 | PA_OMP0000001 to PA_OMP0071380 |
| | HLF00046 | PA_OMP0062515 to PA_OMP0062516 |
| | HLF00047 | PA_OMP0062515 to PA_OMP0062517 |

| | HLF00048 | PA_PSGA00000001 to PA_PSGA00000002 |
|---|---|---|
| | HLF00049 | PF001738 to PF0011864 |
| | HLF00050 | PF001865 |
| | HLF00051 | PF001866 |
| | HLF00052 | PF001867 |
| | HLF00053 | PF001868 |
| | HLF00054 | PF001869 |
| | HLF00055 | PH066162 |
| | HLF00056 | SP-MNYCC0000002 |
| | HLF00057 | SP-MNYCC0000003 |
| | HLF00058 | SP-MNYCC0000004 |
| | HLF00059 | SP-MNYCC0000005 |
| | HLF00060 | SP-MNYCC0000006 |
| | HLF00061 | SP-MNYCC0000008 |
| | HLF00062 | WFL0015921 to WFL0116096 |
| | HLF00063 | AMGN_AWP_09000001 |
| | HLF00064 | AMGN_AWP_09000015 |
| | HLF00065 | AMGN_AWP_09000030 |
| | HLF00066 | AMGN_AWP_09000035 |
| | HLF00067 | AMGN_AWP_09000047 |
| | HLF00068 | AMGN_AWP_09000048 |
| | HLF00069 | AMGN_AWP_09000051-55 |
| | HLF00070 | AMGN_AWP_09000056 |
| | HLF00071 | AMGN_AWP_09000057 |
| | HLF00072 | AMGN_AWP_09000058 |
| | HLF00073 | AMGN_AWP_09000061 |
| | HLF00074 | GSK_PAAG_0289167 |
| | HLF00075 | |
| | HLF00076 | BAX_MDL_0024513 |
| | HLF00077 | BAX_MDL_0024507 |
| | HLF00078 | BAX_MDL_0024508 |
| | HLF00079 | BAX_MDL_0024510 |
| | HLF00080 | BAX_MDL_0024511 |
| | HLF00081 | BAX_MDL_0024512 |

| | HLF00082 | RED_BOOK_1-17834 |
|---|---|---|
| | HLF00083 | GSK_PAAG_007_GSK_PAAG_0289167 |
| ZOFRAN & KYTRIL | COM0001 | |
| SCHERING, BMS, J&J, ASTRA | COM0002 | |
| GLAXO | COM0003 | |
| GLAXO | COM0003A | |
| GLAXO | COM0003B | |
| PACE DATA | COM0004 | |
| PACE DATA | COM0004A | |
| PACE DATA | COM0004B | |
| PACE DATA | COM0004C | |
| PACE DATA | COM0004D | |
| PAEBTF | COM0005 | |
| TWO DISC SETS | COM0006 | |
| EPIQ_SYSTEMS_INC | HLF0084 | |
| DEY | HLF0085 | |
| DEY | HLF0086 | |
| DEY | HLF0087 | |
| DEY | HLF0088 | |
| DEY | HLF0089 | |
| DEY | HLF0090 | |
| DEY | HLF0091 | |
| DEY | HLF0092 | |
| DEY | HLF0093 | |
| DEY | HLF0094 | |
| DEY | HLF0095 | |
| DEY | HLF0096 | |
| AWP | HLF0097 | |
| AWP | HLF0098 | |
| AMGEN | HLF0099 | AM01751564-AM01753450 |
| | HLF0100 | AM00046204 |
| | HLF0101 | AM00027174 |
| AMGEN | HLF0102 | AMGN_AWP_09067436 |
| AMGEN | HLF0103 | AMGN_AWP_09067435 |
| AMGEN | HLF0104 | AMGN_AWP_09000079 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0105 | RGPA000001 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0106 | RGPA000002 |

| | | |
|---|---|---|
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0107 | RGPA000003 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0108 | RGPA000004 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0109 | RGPA000005 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0110 | RGPA000006 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0111 | RGPA000256 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0112 | RGPA000257 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0113 | RGPA000258 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0114 | RGPA000259 |
| SCHERING PLOUGH/SCHERING SALES CORPORATION/WARRICK PHARMACEUTICALS | HLF0115 | RGPA000260 |
| | HLF000116 | |
| | HLF000117 | RLI_ORG0000001_RLI_ORG00000100 |
| | HLF000118 | RLI_AWP00503207_RLI_AWP00519278 |
| | HLF000119 | BOEHRINGER_INGHEIM_PHARMACEUTICALS_INC |
| | HLF000120 | BIPI_ORG_00000001_BIPI_ORG_00000373 |
| | HLF000121 | BVL_ORG-00000001_BVL_ORG_00000040 |

| | | |
|---|---|---|
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000122 | PA_BAX_0000001_PA_BAX_0000894 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000123 | BAX_STATE_0109559_0109614 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000124 | BAX_MDL_0203480_0203703 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000125 | BAX_MDL_0203478 |
| | HLF000126 | AMO1751439_AM01751563 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000127 | BAX_MDL_0057781_BAX_MDL_0057792 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000128 | BAX_MDL_0057793_BAX_MDL_0069396 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000129 | BAX_MDL_0069397_BAX_MDL_0069490 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000130 | BAX_MDL_0069491_BAX_MDL_0101169 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000131 | BAX_MDL_0101170_BAX_MDL_0127535 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000132 | BAX_MDL_0127536_BAX_MDL_0177535 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000133 | BAX_MDL_0177536_BAX_MDL_0196484 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000134 | BAX_MDL_0196485_BAX_MDL_0203446 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLFOOO135 | BAX_MDL_0203447_BAX_MDL_0203476 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000136 | BAX_STATE_0000001_BAX_STATE_006250 0 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000137 | BAX_STATE_0062501_BAX_STATE_01095 58 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000138 | BAX_MDL_0020729_BAX_MDL_0024217 |
| BAXTER_HEALTHCARE_CORP_&_ BAXTER_INTERNATIONAL | HLF000139 | BAX_MDL_0024218_BAX_MDL_0024506 |

| | | |
|---|---|---|
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HLF000140 | BAX_MDL_0024514_BAX_MDL_0035869 |
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HLF000141 | BAX_MDL_0035870_BAX_MDL_0046862 |
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HLF000142 | BAX_MDL_0046863_BAX_MDL_0047662 |
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HLF000143 | BAX_MDL_0047663_BAX_MDL_0054590 |
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HLF000144 | BAX_MDL_0054591_BAX_MDL_0057559 |
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HLF000145 | BAX_MDL_0057560_BAX_MDL_0057780 |
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HLF000146 | BAX_MDL_0000001_BAX_MDL_0020728 |
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HLF000147 | BAX_MDL_0024509 |
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HL;F000148 | BAX_MDL_0203479 |
| | HLF000149 | EDEY_LABS_0000001_EDEY_LABS_0009531 |
| | HLF000150 | EDEY_LABS_0009532_EDEY_LABS_0017312 |
| | HLF000151 | EDEY_LABS_0017313_EDEY_LABS_0026430 |
| | HLF000152 | EDEY_LABS_0026431_EDEY_LABS_0035086 |
| | HLF000153 | EDEY_LABS_0035087_EDEY_LABS_0044738 |
| | HLF000154 | EDEY_LABS_0044739_EDEY_LABS_0051972 |
| | HLF000155 | EDEY_LABS_0051973_EDEY_LABS_0061484 |
| | HLF000156 | EDEY_LABS_0061485_EDEY_LABS_0071143 |

| | | |
|---|---|---|
| | HLF000157 | EDEY_LABS_0071144_EDEY_LABS_0081238 |
| | HLF000158 | EDEY_LABS_0081239_EDEY_LABS_0089038 |
| | HLF000159 | EDEY_LABS_0089039_EDEY_LABS_0098114 |
| | HLF000160 | EDEY_LABS_0098115_EDEY_LABS_0102692 |
| | HLF000161 | EDEY_LABS_0102693_EDEY_LABS_0104129 |
| PA_CEN_PRODUCTION | HLF000162 | PA_CEN00000001_PA_CEN00034979 |
| PA_CEN_PRODUCTION | HLF000163 | PA_CEN00034980_PA_CEN00075015 |
| PA_CEN_PRODUCTION | HLF000164 | PA_CEN00075016_PA_CEN00108054 |
| PA_OBI_PRODUCTION | HLF000165 | PA_OBI_00000001_PA_OBI00063702 |
| PA_OBI_PRODUCTION | HLF000166 | PA_PGSM00000001_PA_PGSM00000284 |
| PA_NEU_PRODUCTION | HLF000167 | PA_NEU00000001_PA_NEU_00013979 |
| PA_MCS_PRODUCTION | HLF000168 | PA_MCS00000001_PA_MCS00002300 |
| PA_JJ_PRODUCTION | HLF000169 | PA_JJ_00000001_PA_JJ00016605 |
| PA_JAN_PRODUCTION | HLF000170 | PA_JAN00000001_PA_JAN00039975 |
| PA_JAN_PRODUCTION | HLF000171 | PA_JAN00039976_PA_JAN00077933 |
| PA_JAN_PRODUCTION | HLF000172 | PA_JAN00077934_PA_JAN00120993 |
| PA_JAN_PRODUCTION | HLF000173 | PA_JAN00120994_PA_JAN00160790 |
| PA_JAN_PRODUCTION | HLF000174 | PA_JAN00160791_PA_JAN00209978 |
| PA_JAN_PRODUCTION | HLF000175 | PA_JAN00209979_PA_JAN00263914 |
| PA_JAN_PRODUCTION | HLF000176 | PA_JAN00263915_PA_JAN00286536 |
| PA_OMP_PRODUCTION | HLF000177 | PA_OMP00000001_PA_OMP0071380 |
| PA_HCS_PRODUCTION | HLF000178 | PA_HCS00269966_PA_HCS00283266 |

| | | |
|---|---|---|
| PA_HCS_PRODUCTION | HLF000179 | PA_HCS00220010_PA_HCS00269965 |
| PA_HCS_PRODUCTION | HLF000180 | PA_HCS00169853_PA_HCS00220009 |
| PA_HCS_PRODUCTION | HLF000181 | PA_HCS00119995_PA_HCS00169852 |
| PA_HCS_PRODUCTION | HLF000182 | PA_HCS00059978_PA_HCS00119994 |
| | HLF000183 | RGPA000005 |
| PA_HCS_PRODUCTION | HLF000184 | PA_HCS00000001_PA_HCS00059977 |
| PA_OMP_PRODUCTION | HLF000185 | PA_OMP0071237_PA_OMP0071240 |
| | HLF000186 | RGPA000261_RGPA011773 |
| | HLF000187 | RGPA000007_RGPA000255 |
| | HLF000188 | DEY_MDL_0000001_DEY_MDL_0017458 |
| | HLF000189 | DEY_MDL_0017459_DEY_MDL_0029356 |
| | H;F000190 | DEY_MDL_0029357_DEY_MDL_0038070 |
| | HLF000191 | DEY_MDL_0038071_DEY_MDL_0049251 |
| | HLF000192 | DEY_MDL_0049252_DEY_MDL_0064750 |
| | HLF000193 | DEY_MDL_0064751_DEY_MDL_0080449 |
| | HLF000194 | DEY_MDL_0080450_DEY_MDL_0099318 |
| | HLF000195 | DEY_MDL_0099319_DEY_MDL_0104546 |
| | HLF000196 | DEY_MDL_A_0104529_DEY_MDL_A_0105066 |
| | HLF000197 | DEY_MDL_A_0105067_DEY_MDL_A_0105136 |
| | HLF000198 | DEY_BO0094543_DEY_BO0114105 |
| | HLF000199 | DEY_BO0013736_DEY_BO0018575 |
| | HLF000200 | DEY_BO0018576_DEY_BO0026087 |
| | HLF000201 | DEY_BO0039244_DEY_BO0057918 |
| | HLF000202 | DEY_BO0026088_DEY_BO0039243 |

| | HLF000203 | DEY_BO0057919_DEY_BO0073433 |
|---|---|---|
| | HLF000204 | DEY_BO0073434_DEY_BO0094542 |
| | HLF000205 | DEY_PA_0000001_DEY_PA_0013061 |
| | HLF00206 | DEY_BO0180534_DEY_BO0191168 |
| | HLF00207 | DEY_BO0191169_DEY_BO0199827 |
| | HLF000208 | DEY_BO0199828_DEY_BO0210544 |
| | HLF000209 | DEY_BO0210545_DEY_BO0219572 |
| | HLF000210 | DEY_BO0219573_DEY_BO0225652 |
| | HLF000211 | DEY_BO0225653_DEY_BO0235131 |
| | HLF000212 | DEY_BO0183736_DEY_BO0189075 |
| | HLF000213 | DEY_BO0243629_DEY_BO0245958 |
| | HLF000214 | DEY_BO0245959_DEY_BO0255471 |
| | HLF000215 | DEY_BO0171237_DEY_BO0180533 |
| | HLF000216 | DEY_BO0255472_DEY_BO0259239 |
| | HLF000217 | DEY_BO0259240_DEY_BO0266313 |
| | HLF000218 | DEY_BO0266314_DEY_BO0269367 |
| | HLF000219 | DEY_BO0269368_DEY_BO0275601 |
| | HLF000220 | DEY_BO0275602_DEY_BO0283222 |
| | HLF000221 | DEY_BO0283223_DEY_BO0289256 |
| | HLF000222 | DEY_BO0289257_DEY_BO0289520 |
| | HLF000223 | DEY_BO0289521_DEY_BO0289735 |
| | HLF000224 | NOT COMPLETE (TOO LONG) |
| | HLF000225 | NOT COMPLETE (TOO LONG) |
| | HLF000226 | NOT COMPLETE (TOO LONG) |

| | | |
|---|---|---|
| | HLF000227 | NOT COMPLETE (TOO LONG) |
| | HLF000228 | NOT COMPLETE (TOO LONG) |
| | HLF000229 | NOT COMPLETE (TOO LONG) |
| HARVEY_WEINTRAUB_PRODUCTION | HLF000230 | RGX0333394_0333527 |
| HARVEY_WEINTRAUB_PRODUCTION | HLF000231 | WFL0115921_WFL0116096 |
| HARVEY_WEINTRAUB_PRODUCTION | HLF000232 | VARIOUS_BATES |
| HARVEY_WEINTRAUB_PRODUCTION | HLF000233 | RGX_0333528_RGX_0334925 |
| HARVEY_WEINTRAUB_PRODUCTION | HLF000234 | RGX_0334926_RGX_0335106 |
| HARVEY_WEINTRAUB_PRODUCTION | HLF000235 | RGX_0334926_RGX_0335106 |
| | HLF000236 | AMGN_AWP_09000080_AMGN_AWP_09067434 |
| KELLEY_DRYE_WARREN_LLP | HLF000237 | DEY_PA_0012065_DEY_PA_0013061 |
| KELLEY_DRYE_WARREN_LLP | HLF000238 | DEY_PA_000000001_DEY_PA_0006349 |
| KELLEY_DRYE_WARREN_LLP | HLF000239 | DEY_PA_0006350_DEY_PA_0012064 |
| ESC2 | HLF000240 | |
| PA_OBI_PRODUCTION | HLF000241 | PA_OBI00063705_PA_OBI00063888 |
| IUOE_OBI_PRODUCTION | HLF000242 | IUOE_OBI00063705_IUOE_OBI00063888 |
| BAXTER_HEALTHCARE_CORP_&_BAXTER_INTERNATIONAL | HLF000243 | BAX_MDL_0203477 |
| | HLF000244 | BR00001_05519 |
| | HLF000245 | BRCD_38340 |
| | HLF000246 | PA_JJ00000001_PA_JJ00000510 |
| | HLF000247 | PA_MCS00000001_PA_MCS00002300 |
| | HLF000248 | SPF0142700_SPF0219196 |
| | HLF000250 | AM00000001_AM00027173_AM00027175_AM00046203_AM00046205_AM01029669_AMGN_AWP_09000001_AMGN_AWP_09000075 |

| | | |
|---|---|---|
| PATTERSON_BELKNAP_WEBB_TY LER_LLP | HLF000251 | PENN_JJ00031487 |
| PATTERSON_BELKNAP_WEBB_TY LER_LLP | HLF000252 | PENN_JJ00031488 |
| PATTERSON_BELKNAP_WEBB_TY LER_LLP | HLF000253 | PENN_JJ00031489 |
| PATTERSON_BELKNAP_WEBB_TY LER_LLP | HLF000254 | PENN_JJ00031490 |
| PENNSYLVANIA_PRODUCTION | HLF000255 | PAABT_0000001 |
| PENNSYLVANIA_PRODUCTION | HLF000256 | PAABT_0000039 |
| PENNSYLVANIA_PRODUCTION | HLF000257 | PAABT_0000040 |
| PENNSYLVANIA_PRODUCTION | HLF000258 | PAABT_0000041 |
| PENNSYLVANIA_PRODUCTION | HLF000259 | PAABT_0000042 |
| PENNSYLVANIA_PRODUCTION | HLF000260 | PAABT_0000043 |
| PENNSYLVANIA_PRODUCTION | HLF000261 | PAABT_0000044 |
| PENNSYLVANIA_PRODUCTION | HLF000262 | PAABT_0000045 |
| PENNSYLVANIA_PRODUCTION | HLF000263 | PAABT_0000046 |
| PENNSYLVANIA_PRODUCTION | HLF000264 | PAABT_0000047 |
| PENNSYLVANIA_PRODUCTION | HLF000265 | PAABT_0000048 |
| PENNSYLVANIA_PRODUCTION | HLF000266 | PAABT_0000049 |
| PENNSYLVANIA_PRODUCTION | HLF000267 | PAABT_0000050 |
| PENNSYLVANIA_PRODUCTION | HLF000268 | PAABT_0000051 |
| PENNSYLVANIA_PRODUCTION | HLF000269 | PAABT_0000052 |
| PHARMACIA | HLF000270 | |
| BAYER_DISCOVERY | HLF000271 | |
| ASTRAZENECA_ | HLF000272 | AZ_PA0000001_AZ_PA0716210 |
| DEY | HLF000270 | |
| DEY | HLF000271 | |
| DEY | HLF000272 | |
| DEY | HLF000273 | |
| DEY | HLF000274 | |
| DEY | HLF000275 | |
| DEY | HLF000276 | |
| DEY | HLF000277 | |
| DEY | HLF000278 | |
| DEY | HLF000279 | |
| DEY | HLF000280 | |
| DEY | HLF000281 | |
| DEY | HLF000282 | |
| DEY | HLF000283 | |
| DEY | HLF000284 | |
| DEY PENNSYLVANIA DPW | HLF000285 | |

### APPENDIX C:  CALCULATION OF DAMAGES

The different damages methodologies that I have employed all assume that in the but-for world both DPW and PACE would have used a reimbursement rate (i.e., a combination of a discount off AWP and a dispensing fee per prescription) for branded drugs that was different from their reimbursement rate in the as-is world.  Under each methodology, whenever I have claims-level data available, I calculate damages by substituting the but-for reimbursement values for the as-is reimbursement values into the reimbursement formulas used by each agency and calculate the dollar amount the agency would have reimbursed on each claim in the but-for world.  The actual reimbursement on a claim minus the but-for reimbursement is the overpayment by the agency.  For DPW, I do not have claims-level data available for the period 1991-1996, so I must use a modified version of this approach, which is described later in this appendix.

A.  <u>Application of Damages Methodologies to DPW (Medicaid) Data</u>

DPW employed four different reimbursement formulas over this period.  From January 1, 1991 to August 31, 1991, reimbursements for branded drugs were based on  the lesser of either the Average Wholesale Price (AWP) of the prescription plus a $2.75 dispensing fee or the pharmacy's Usual and Customary rate for the prescription.  Call this reimbursement amount "pharmacy revenue", where

(1) Pharmacy Revenue = minimum[ (AWP – X% + Dispensing Fee) or (Usual and Customary Charge)].[17]

From September 1, 1991 to September 30, 1995, the reimbursement rate was based on the lesser of (1) AWP plus a dispensing fee of $3.50 or (2) the Usual and Customary rate.  From October 1, 1995 to August 9, 2005, the reimbursement rate was based on the lesser of (1) AWP less 10% plus a dispensing fee of $4.00 or (2) the Usual and Customary rate.  Finally, from August 10, 2005 through December 31, 2008, the reimbursement rate was based on the lesser of (1) AWP less 14% plus a dispensing fee of $4.00 or (2) WAC + 7% plus a dispensing fee of $4.00.

The actual amount paid by DPW was equal to pharmacy revenue less any copayment by

---

[17] X = 0% from 1/1/91 to 9/30/95.

the claimant and less any third party liability (TPL):

(2) Amount Paid  =  Pharmacy Revenue – Copay - TPL

Damages are equal to the difference between what the DPWs paid under the existing, as-is, reimbursement system versus what they would have paid if the method of payment formula had been modified to use the but-for rates (i.e., the discount off AWP and dispensing fee) for branded drugs, instead of the as-is Medicaid reimbursement rates.[18]

(3) Damages  =  As-Is PA Medicaid Amount  -  But-for PA Medicaid Amount

The same framework can be used to calculate damages for PACE because PACE reimbursed under a similar payment methodology.[19]  When I refer to PACE, I mean both PACE and PACENET because both programs used the same payment methodology.  In this report, I have not estimated damages for programs administered by PACE for other Pennsylvania agencies, such as the Department of Health, because I did not have data on the payment methodology for these programs.

The damages methodology assumes that there are claims-level data available so that for each prescription claim, the total reimbursement can be recalculated using the but-for reimbursement rate and the payment methodology of that agency.  For DPW, I have claims level data from January 1, 1997 to December 31, 2008, allowing me to calculate damages as described above.[20, 21]

For the period from January 1, 1991 to December 31, 1996, claims-level data were not

---

[18] For the period from 2002 to 2004, DPW's As-Is Reimbursements have been reduced to remove the effects of First Databank's increase in the markup of AWP over WAC from 20% to 25%.  Specifically, the ingredient cost has been reduced to reflect an AWP to WAC markup of 20%.

[19] As shown in Exhibit 2B, from January 1, 1991 to November 22, 1996, PACE reimbursed branded drugs at the lesser of AWP plus a $2.75 dispensing fee or the Usual and Customary Charge.  From November 22, 1996 to December 31, 2003, PACE reimbursed at the lesser of AWP minus 10% plus a $3.50 dispensing fee or the Usual and Customary Charge.  From January 1, 2004 to July 9, 2006, PACE reimbursed at the lesser of AWP – 10% plus a dispensing fee of $4.00 or the Usual and Customary charge.  From July 10, 2006 to December 31, 2008, PACE reimbursed at AWP – 12% plus a dispensing fee of $4.00 or the Usual and Customary Charge.

[20] For the period from January 1, 1997 to June 30, 2003, the DPW claim level data came from DPW's MAMIS data system.  For the period from July 1, 2003 to December 31, 2008, it came from the PROMISE data system.

[21] For the period from January 1, 1997 to December 31, 2008, the DWP claim level data includes a field that identifies whether the provider billing DPW is a pharmacy or a doctor.  Both types of providers are paid under the same reimbursement methodology except that doctors are not paid a dispensing fee.  I use the same methodology for calculating damages for all claims; however, for if the provider is a doctor, I assume the dispensing fee is zero in both the as-is and but-for world.

available, so I used quarterly reimbursement data for Pennsylvania Medicaid from CMS, State Drug Utilization Data (SDUD). This dataset provided data, by NDC, on the total amount that the DPW reimbursed pharmacies for each drug during that quarter. To calculate damages for the period from 1995Q4 to 1996Q4, I used the claims-level data by quarter from 1997Q1 to 2004Q4 (a period when the reimbursement rate was AWP – 10% and the dispensing fee was $4.00) to estimate the average percentage damages (relative to total reimbursements).[22] I then used a linear regression to estimate how damages (as a percentage of total reimbursements) varied over time during the 1997-2004 period and used the regression coefficients to backcast what the damages percentage would have been in each quarter from 1995Q4 to 1996Q4. The damages percentage was applied to the total reimbursements in each quarter to estimate total damages in that quarter. Specifically:

(4) Damages = (Predicted Damages %) * (Actual Reimbursements)

The as-is reimbursement rates for DPW were different from 1991Q1 to 1995Q3 than over the period 1995Q4 to 1996Q4. Therefore, to calculate damages for the earlier period, I estimate what Pharmacy Revenue would have been in the as-is world if PACE had used the same dispensing fee as DPW (i.e., $3.50 instead of $2.75 for September 1, 1991 to September 30, 1995) and compared it to Pharmacy Revenue in the but-for world using the but-for reimbursement rate.[23] The percentage reduction in Pharmacy Revenue in the but-for world compared to the as-is world provides an estimate of how much lower Pharmacy Revenue (PHARMREV) would have been for DPW during each of these quarters.

(5) Percentage Reduction in Pharmacy Revenue = [As-is PHARMREV (with the DF adjusted upward to $3.50) - But-for PHARMREV (using but-for rates)] / As-is PHARMREV (with the DF adjusted to $3.50).

To calculate DPW's damages, the percentage in equation (5) was multiplied by total DPW reimbursements in each quarter.[24]

---

[22] During both periods, 1995Q4-1996Q4 and 1997Q1 – 2004Q4, DPW used the same reimbursement formula.

[23] DPW had the same dispensing fee as PACE from January 1, 1991 to August 31, 1991).

[24] This methodology is conservative in that I have not adjusted the actual DPW reimbursements for the share of Pharmacy revenue in total reimbursements, which is greater than 1.

(6) Damages = (Percentage Reduction in Pharmacy Revenue)*(Actual Reimbursements)

### B. Application of Damages Methodologies to PACE Data

Claims data were available for PACE in all periods, so damages were calculated at the claims level in all periods using the methodology described above by equation (4).[25]

### C. Damages Using Acquisition Cost Method.

In the Acquisition Cost Method, I have assumed that in the but-for world, both agencies would reimburse pharmacies for their actual ingredient cost plus a dispensing fee equal to the dispensing fee in the as-is world.  However, I have assumed that the agencies would  set the reimbursement for pharmacy ingredient cost at a small markup over wholesale acquisition cost (WAC).[26,27]

Exhibits 3A to 3D list the estimated damages based on this methodology for DPW and PACE.

### D. Damages Using PBM Reimbursement Rates

In the PBM Reimbursement Rate method, I have assumed that in the but-for world, both agencies would reimburse pharmacies using the average reimbursement rate paid by PBMs.  As

---

[25] For some claims in 2004-2008, I lack information on third-party payments for those claims where the amount paid by PACE was lower than expected and the AWP-based unit price was lower than the Usual and Customary Charge, I estimate damages as Amount Paid * (But-for Expected Amount Paid / Expected Amount Paid).  When the missing information becomes available for these claims, I intend to re-estimate damage totals for PACE.

[26] Based on my understanding of the industry, retail pharmacies purchase branded prescription drugs at a small markup over WAC.  In my damages estimates, I have assumed a 2% markup over WAC.  It is my understanding that I may have access to wholesaler sales data before trial that may allow me to estimate pharmacy acquisition costs more precisely.

[27] In my damage calculations, I have used WAC data from First Databank to calculate damages for both PACE and DPW. Where WAC data was not available, I have estimated WACs using the coefficients from a regression of the ratio of WAC to AWP on a constant, a fixed effect for each drug, and a time shifter for each drug (to account for increase in FDB markup beginning in 2002).

a proxy for PBM reimbursement rates, I have used the average reimbursement rates to retail pharmacies for branded drugs from PBMI's annual employer survey.[28]

Because the PBMI survey was not published in 2005, I took the average of the rates in adjacent years as an estimate of the 2005 rates.  The PBMI survey only goes back to 1995.  To estimate the PBM reimbursement rates for earlier years, I performed a linear regression of the dispensing fee (or alternatively the discount off AWP) on a constant and a time trend using the PBMI data from 1995 to 2008.[29]  The regression coefficients were used to backcast the missing values for 1991-1994.

The estimated damages using this methodology are listed in Exhibits 7A to 7D.

E.  Damages Using Best Practices Methodology

In the Best Practices Methology, I have assumed that both DPW and PACE would set their reimbursement rates for branded drugs in the but-for world at the lowest reimbursement rate of any Medicaid program using a reimbursement rate for branded drugs based on a discount off AWP and a single dispensing fee.[30]

To determine the Medicaid reimbursement rate for each state, I compiled data from the National Pharmaceutical Council's publication "Pharmaceutical Benefits Under State Medicaid Assistance Programs" (1992-2007 editions) and from CMS quarterly summaries of state Medicaid reimbursement rates.  Using these data sources, I was able to construct a dataset of state-level Medicaid reimbursement rates from 1991 to 2008.

The Medicaid reimbursement rate for each state (i.e., the AWP discount and dispensing fee) was used to construct the average dollar margin that a pharmacy would earn in that state on a Medicaid prescription.  The pharmacy's gross revenue is equal to the AWP for an average

---

[28] For DPW, I have rescaled the PBM rates to account for First DataBank changing from AWP = 1.2WAC to AWP = 1.25WAC.

[29] The time trend includes a shift dummy to account for the increase in the ratio of AWP to WAC from 1.20 to 1.25 for most FDB NDCs after 2001.

[30] This includes state Medicaid programs that have a reimbursement rate that is either (1) a single discount off AWP for all drugs, (2) a single discount off AWP for branded drugs, or (3) a rate that is the lesser of a discount off AWP or markup over WAC.  I have excluded Medicaid programs where there is more than one dispensing fee for retail pharmacies (e.g., states that have a different dispensing fee for rural vs. urban pharmacies).

prescription times one minus the discount off AWP plus the dispensing fee.[31]  The pharmacy's ingredient cost was assumed to be a slight markup (2%) above WAC for the prescription.[32] (Both AWP and WAC were deflated by the consumer price index to convert them from nominal to real values.) The difference between the pharmacy's gross revenue and its ingredient cost is the pharmacy's gross margin for state $i$ in year $t$.

(1) $\text{Pharmacy Margin}_{it} = (1 - \text{AWP Discount}_{it})^*\text{AWP}_t + \text{DispFee}_{it} -$

$$[(1 + \text{Wholesaler Margin})^*\text{WAC}_t]$$

In each year, the implied pharmacy margins for each state were ranked to determine which state had the lowest pharmacy margin.

Two different standards were considered.  Under Method 1, it was assumed that in the but-for world, DPW and PACE would have set their reimbursement rates at the level of the state with the lowest rate in that year.  Under Method 2, it was assumed that they would use the lowest rate of any state over the sample period, 1991-2008.

To convert the benchmark pharmacy margin back into a reimbursement rate, I assumed that the discount off AWP was set in each year to just equal the acquisition cost of pharmacies (i.e., to equal WAC plus 2%) and that the dispensing fee would be the one that equated the observed pharmacy margin with the implied discount off AWP.[33]

---

[31] The AWP for an average prescription in each year was estimated from PACE's claims data.

[32] WAC was estimated by assuming that WAC = AWP/1.20 from 1991 to 2001 and that WAC = AWP/1.25 from 2002 – 2008.

[33] The discount off AWP that equals pharmacy acquisition cost (WAC + 2%) is 15% when AWP = 1.2*WAC and 18.4% when AWP = 1.25*WAC.  For both Pennsylvania agencies, 15% is used from 1991 to 2008.  For 2002-2004, I first adjust DPW's actual reimbursements to remove the increase due to First DataBank (i.e. return it to 1.2*WAC), then apply the appropriate 15% based reimbursement formula.

**Exhibit 1**
**Pfizer and Pharmacia Relevant Drug List**

| Division | Drug Name | Indication |
|---|---|---|
| Pfizer | ACCUPRIL | Angiotensin-Converting Enzyme (ACE) Inhibitor<br>Used for Treatment for High Blood Pressure |
| Pfizer | ACCURETIC | Antihypertensive Combination |
| Pfizer | CARDURA | Alpha-Blockers<br>Used for Treatment of Enlarged Prostates |
| Pfizer | CELEBREX | Analgesic |
| Pfizer | CELONTIN | Anticonvulsant |
| Pfizer | DILANTIN | Anticonvulsant |
| Pfizer | ESTROSTEP | Birth Control |
| Pfizer | FEMHRT | Treatment of Menopause |
| Pfizer | GEODON | Antipsychotic |
| Pfizer | LIPITOR | HMG-CoA Reductase Inhibitor<br>Used for Cholesterol Reduction |
| Pfizer | LOPID | Lipid Regulation<br>Used for Cholesterol and Triglyceride Reduction |
| Pfizer | MINIZIDE | Treatment of Hypertension |
| Pfizer | NARDIL | Treatment of Depression |
| Pfizer | NEURONTIN | Anticonvulsant |
| Pfizer | NITROSTAT | Vasodilator |
| Pfizer | NORVASC | Calcium Channel Blockers<br>Used for High Blood Pressure and Chest Pain |
| Pfizer | PROCARDIA | Calcium Channel Blockers<br>Used for High Blood Pressure and Chest Pain |
| Pfizer | RENESE | Cardiovascular Agent |
| Pfizer | VIRACEPT | Treatment for HIV and AIDS |
| Pfizer | ZARONTIN | Anticonvulsant |
| Pfizer | ZITHROMAX | Antibiotic |
| Pfizer | ZOLOFT | Antidepressants |
| Pfizer | ZYRTEC | Antihistamine |

**Exhibit 1**
**Pfizer and Pharmacia Relevant Drug List**

| Division | Drug Name | Indication |
|---|---|---|
| Pharmacia | ADRIAMYCIN | Cancer Treatment |
| Pharmacia | ADRUCIL | Cancer Treatment |
| Pharmacia | AMPHOCIN | Fungal Infections |
| Pharmacia | BEXTRA | Anti-Inflammatory Drug |
| Pharmacia | BLEOMYCIN SULFATE | Cancer Treatment |
| Pharmacia | CLEOCIN | Antibiotic |
| Pharmacia | CYTOSAR-U | Cancer Treatment |
| Pharmacia | DEPO-PROVERA | Treatment for Osteoporosis |
| Pharmacia | DEPO-TESTO | Steroid |
| Pharmacia | ETOPOSIDE | Cancer Treatment |
| Pharmacia | NEOSAR | Cancer Treatment |
| Pharmacia | RESCRIPTOR | HIV Treatment |
| Pharmacia | SOLU-CORTEF | Anti-Inflammatory Glucocorticoid |
| Pharmacia | SOLU-MEDROL | Anti-Inflammatory Glucocorticoid |
| Pharmacia | TOPOSAR | Cancer Treatment |
| Pharmacia | TRELSTAR DEPOT | Treatment of Prostate Cancer |
| Pharmacia | VINCASAR | Cancer Treatment |
| Pharmacia | ZYVOX | Antibacterial |

**Exhibit 2A**
**Commonwealth of Pennsylvania**
# Department of Public Welfare
**Branded Drug Reimbursement**

| Effective Date | Ingredient Cost | Dispensing Fee | Source |
|---|---|---|---|
| September 1984 | AWP-0% * | $2.75 | Commonwealth of Pennsylvania, Department of Public Works.  Medical Assistance Bulletin Number 19-91-15.  Issued: 09/24/91. |
| September 1, 1991 | AWP-0% * | $3.50 | Commonwealth of Pennsylvania, Department of Public Works.  Medical Assistance Bulletin Number 19-91-15.  Issued: 09/24/91. |
| October 1, 1995 | AWP-10% * | $4.00 | Commonwealth of Pennsylvania, Department of Public Works.  Medical Assistance Bulletin Number 19-95-14.  Issued: 09/22/95. |
| October 1, 1998 | AWP-0% * | $3.50 | PA-RTKL003254-62 |
| May 24, 1999 | AWP-10% * | $4.00 | PA-RTKL003254-62 |
| August 10, 2005 | Lower of AWP-14% or WAC+7%  ** | $4.00 | Commonwealth of Pennsylvania, Department of Public Works.  Medical Assistance Bulletin Number 09-05-06, 24-05-06, 25-05-01, 31-05-06.  Issued: 08/05/05. |

*Notes:*

  \*  During this period, DPW's reimbursement was equal to the lesser of (1) AWP-X% plus the dispensing fee or (2) the usual and customary charge.

  \*\* If WAC was available, the reimbursement rate was the lower of either AWP-14% or WAC+7%, and a dispensing fee.  If WAC was unavailable, the reimbursement rate was AWP-14% plus a dispensing fee.

**Exhibit 2B**
**Pennsylvania Department of Aging**
# Pharmaceutical Assistance Contract for the Elderly (PACE)
**Branded Drug Reimbursement**

| Effective Date | Ingredient Cost | Dispensing Fee | Source |
| --- | --- | --- | --- |
| July 1, 1985 | AWP-0% * | $2.75 | Pennsylvania Department of Aging, PACE 2008 Annual Report to the Pennsylvania General Assembly. |
| November 22, 1996 | AWP-10% * | $3.50 | Pennsylvania Department of Aging, PACE 2008 Annual Report to the Pennsylvania General Assembly. |
| January 1, 2004 | AWP-10% * | $4.00 | Pennsylvania Department of Aging, PACE 2008 Annual Report to the Pennsylvania General Assembly. |
| July 10, 2006 | AWP-12% * | $4.00 | Pennsylvania Department of Aging, PACE 2008 Annual Report to the Pennsylvania General Assembly. |

**Notes:**
 * During the entire period, PACE's reimbursement was equal to the lesser of (1) AWP-X% plus the dispensing fee or (2) the usual and customary charge.

**Exhibit 3A**
**Pfizer and Pharmacia Damages by Year for PA Department of Public Welfare (Medicaid)**
**Using Actual Acquisition Cost Method: 1991 to 2008**

| Year | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|------|------|------|------|------|------|------|
| 1991 | 345,712 | $10,310,944 | $8,727,453 | $1,583,491 | 15.4% | $5,334,458 |
| 1992 | 437,282 | $15,347,035 | $13,030,519 | $2,316,516 | 15.1% | $7,223,973 |
| 1993 | 545,944 | $21,712,876 | $18,419,071 | $3,293,805 | 15.2% | $9,531,891 |
| 1994 | 653,496 | $28,200,900 | $23,952,442 | $4,248,458 | 15.1% | $11,455,431 |
| 1995 | 746,762 | $34,733,614 | $30,153,314 | $4,580,300 | 13.2% | $11,487,846 |
| 1996 | 902,669 | $41,035,556 | $37,850,105 | $3,185,450 | 7.8% | $7,420,449 |
| 1997 | 826,686 | $42,560,809 | $39,225,143 | $3,335,666 | 7.8% | $7,240,526 |
| 1998 | 849,676 | $49,428,443 | $45,661,235 | $3,767,208 | 7.6% | $7,633,687 |
| 1999 | 900,257 | $57,847,918 | $53,592,210 | $4,255,708 | 7.4% | $8,113,182 |
| 2000 | 934,810 | $61,387,460 | $56,992,145 | $4,395,315 | 7.2% | $7,782,148 |
| 2001 | 1,006,932 | $70,192,874 | $65,119,952 | $5,072,922 | 7.2% | $8,365,844 |
| 2002 | 966,706 | $67,788,395 | $61,500,406 | $6,287,989 | 9.3% | $9,708,102 |
| 2003 | 1,002,786 | $74,190,271 | $67,250,341 | $6,939,929 | 9.4% | $10,098,089 |
| 2004 | 1,078,504 | $86,424,379 | $78,103,151 | $8,321,229 | 9.6% | $11,472,339 |
| 2005 | 847,423 | $65,874,524 | $60,720,638 | $5,153,886 | 7.8% | $6,767,672 |
| 2006 | 291,181 | $19,300,768 | $18,037,059 | $1,263,709 | 6.5% | $1,567,083 |
| 2007 | 129,907 | $13,371,589 | $12,645,589 | $726,001 | 5.4% | $857,455 |
| 2008 | 47,248 | $8,098,324 | $7,651,344 | $446,979 | 5.5% | $497,558 |
| **1991-2008** | **12,513,981** | **$767,806,679** | **$698,632,116** | **$69,174,562** | **9.0%** | **$132,557,731** |

***Sources:***
  SDUD data 1991Q1 - 1996Q4; DPW MAMIS and PROMISE datasets 1997 - 2008; First DataBank WACs 1991 - 2008.

**Exhibit 3B**
**Pfizer and Pharmacia Damages by Drug for PA Department of Public Welfare (Medicaid)**
**Using Actual Acquisition Cost Method: 1991 to 2008**

| Drug Name | Division | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|---|
| ACCUPRIL | PFIZER | 409,253 | $14,981,946 | $13,792,405 | $1,189,541 | 7.9% | $2,271,702 |
| ADRIAMYCIN | PHARMACIA | 1,358 | $481,895 | $420,478 | $61,417 | 12.7% | $169,822 |
| ADRUCIL | PHARMACIA | 393 | $3,222 | $2,790 | $432 | 13.4% | $1,145 |
| AMPHOCIN | PHARMACIA | 17 | $2,247 | $1,951 | $297 | 13.2% | $749 |
| BEXTRA | PFIZER | 63,139 | $5,445,773 | $4,930,379 | $515,394 | 9.5% | $737,543 |
| CARDURA | PFIZER | 220,432 | $7,735,189 | $6,920,085 | $815,104 | 10.5% | $1,880,685 |
| CELEBREX | PFIZER | 683,283 | $58,973,391 | $54,461,880 | $4,511,511 | 7.7% | $6,920,944 |
| CELONTIN | PHARMACIA | 1,600 | $79,413 | $68,573 | $10,840 | 13.6% | $31,212 |
| CLEOCIN | PHARMACIA | 119,987 | $4,737,501 | $4,210,193 | $527,308 | 11.1% | $1,250,463 |
| CYTOSAR-U | PHARMACIA | 238 | $6,472 | $5,614 | $858 | 13.3% | $2,436 |
| DEPO-PROVE | PHARMACIA | 59,917 | $2,539,435 | $2,239,023 | $300,412 | 11.8% | $769,225 |
| DEPO-TESTO | PHARMACIA | 2,450 | $139,519 | $125,658 | $13,860 | 9.9% | $26,550 |
| DILANTIN | PFIZER | 1,787,230 | $40,263,508 | $36,287,506 | $3,976,002 | 9.9% | $10,174,073 |
| GEODON | PFIZER | 126,383 | $26,640,171 | $24,693,206 | $1,946,966 | 7.3% | $2,569,442 |
| LIPITOR | PFIZER | 1,261,350 | $99,598,898 | $92,115,853 | $7,483,045 | 7.5% | $11,084,021 |
| LOPID | PFIZER | 74,261 | $4,038,052 | $3,429,697 | $608,355 | 15.1% | $1,913,262 |
| NARDIL | PFIZER | 9,064 | $280,382 | $242,200 | $38,182 | 13.6% | $108,280 |
| NEOSAR | PHARMACIA | 738 | $34,301 | $29,980 | $4,321 | 12.6% | $11,561 |
| NEURONTIN | PFIZER | 803,362 | $81,369,337 | $74,923,767 | $6,445,570 | 7.9% | $10,485,887 |
| NITROSTAT | PFIZER | 238,946 | $1,984,972 | $1,732,707 | $252,265 | 12.7% | $700,111 |
| NORVASC | PFIZER | 1,488,441 | $72,358,095 | $65,768,531 | $6,589,564 | 9.1% | $11,806,964 |
| PROCARDIA | PFIZER | 1,213,555 | $68,678,004 | $60,159,816 | $8,518,188 | 12.4% | $22,903,749 |
| RENESE | PFIZER | 534 | $11,797 | $10,140 | $1,657 | 14.0% | $4,903 |
| SOLU-CORTE | PHARMACIA | 910 | $11,020 | $9,618 | $1,402 | 12.7% | $3,829 |
| SOLU-MEDRO | PHARMACIA | 1,413 | $44,794 | $39,463 | $5,331 | 11.9% | $14,157 |
| VINCASAR | PFIZER | 383 | $30,000 | $25,917 | $4,083 | 13.6% | $11,538 |
| VIRACEPT | PFIZER | 55,053 | $30,252,475 | $28,483,063 | $1,769,412 | 5.8% | $3,191,587 |
| ZARONTIN | PFIZER | 17,266 | $1,073,152 | $928,013 | $145,139 | 13.5% | $412,019 |
| ZITHROMAX | PFIZER | 938,996 | $38,258,829 | $34,618,114 | $3,640,715 | 9.5% | $6,507,786 |
| ZOLOFT | PFIZER | 2,355,354 | $172,756,266 | $156,121,212 | $16,635,054 | 9.6% | $31,691,646 |
| ZYRTEC | PFIZER | 571,680 | $27,853,756 | $25,256,752 | $2,597,005 | 9.3% | $4,129,034 |
| ZYVOX | PHARMACIA | 6,995 | $7,142,868 | $6,577,533 | $565,335 | 7.9% | $771,406 |
| | | | | | | | |
| **Total** | | **12,513,981** | **$767,806,679** | **$698,632,116** | **$69,174,562** | **9.0%** | **$132,557,731** |
| **Pfizer** | | **12,254,443** | **$747,108,220** | **$679,944,946** | **$67,163,274** | **9.0%** | **$128,756,095** |
| **Pharmacia** | | **259,538** | **$20,698,459** | **$18,687,171** | **$2,011,288** | **9.7%** | **$3,801,636** |

*Sources:*
   SDUD data 1991Q1 - 1996Q4; DPW MAMIS and PROMISE datasets 1997 - 2008; First DataBank WACs 1991 - 2008.

**Exhibit 3C**
**Pfizer and Pharmacia Damages by Year for PACE**
**Using Actual Acquisition Cost Method: 1991 to 2008**

| Year | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|
| 1991 | 344,993 | $11,658,098 | $9,635,798 | $2,022,300 | 17.3% | $7,013,875 |
| 1992 | 400,362 | $14,026,875 | $11,628,769 | $2,398,106 | 17.1% | $7,683,031 |
| 1993 | 442,881 | $15,460,776 | $12,854,546 | $2,606,230 | 16.9% | $7,741,851 |
| 1994 | 483,780 | $17,740,912 | $14,799,649 | $2,941,263 | 16.6% | $8,124,317 |
| 1995 | 529,540 | $20,274,736 | $16,891,937 | $3,382,799 | 16.7% | $8,656,919 |
| 1996 | 547,775 | $21,558,666 | $18,109,267 | $3,449,399 | 16.0% | $8,241,899 |
| 1997 | 615,870 | $23,634,678 | $21,643,470 | $1,991,207 | 8.4% | $4,416,846 |
| 1998 | 695,211 | $28,268,531 | $26,037,692 | $2,230,839 | 7.9% | $4,632,319 |
| 1999 | 841,639 | $39,488,615 | $36,578,070 | $2,910,545 | 7.4% | $5,665,866 |
| 2000 | 902,734 | $45,611,866 | $42,452,848 | $3,159,017 | 6.9% | $5,725,811 |
| 2001 | 905,438 | $49,629,301 | $45,699,509 | $3,929,792 | 7.9% | $6,628,544 |
| 2002 | 973,643 | $56,635,082 | $51,832,496 | $4,802,585 | 8.5% | $7,583,696 |
| 2003 | 1,028,680 | $63,085,705 | $58,264,917 | $4,820,788 | 7.6% | $7,198,308 |
| 2004 | 1,262,255 | $70,614,198 | $66,622,763 | $3,991,435 | 5.7% | $5,633,128 |
| 2005 | 1,124,185 | $61,009,772 | $57,968,228 | $3,041,544 | 5.0% | $4,054,724 |
| 2006 | 1,050,114 | $51,762,433 | $49,240,608 | $2,521,825 | 4.9% | $3,207,169 |
| 2007 | 639,566 | $26,989,673 | $24,984,224 | $2,005,449 | 7.4% | $2,415,999 |
| 2008 | 469,824 | $21,444,186 | $20,402,960 | $1,041,226 | 4.9% | $1,187,399 |
| **1991-2008** | **13,258,490** | **$638,894,103** | **$585,647,753** | **$53,246,350** | **8.3%** | **$105,811,700** |

*Sources:*
PACE claims data 1991 - 2008; First DataBank WACs 1991 - 2008.

Exhibit 3D
**Pfizer and Pharmacia Damages by Drug for PACE**
Using Actual Acquisition Cost Method: 1991 to 2008

| Drug Name | Division | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|---|
| ACCUPRIL | Pfizer | 692,070 | $20,129,375 | $18,437,818 | $1,691,556 | 8.4% | $3,285,186 |
| ACCURETIC | Pfizer | 13,783 | $400,886 | $369,702 | $31,183 | 7.8% | $48,201 |
| ADRIAMYCIN | Pharmacia | 89 | $34,346 | $29,907 | $4,439 | 12.9% | $14,047 |
| ADRUCIL | Pharmacia | 1 | $9 | $7 | $2 | 25.0% | $6 |
| AMPHOCIN | Pharmacia | 4 | $1,731 | $1,583 | $148 | 8.5% | $301 |
| BEXTRA | Pharmacia | 116,621 | $8,618,586 | $8,100,699 | $517,887 | 6.0% | $764,021 |
| CARDURA | Pfizer | 309,251 | $8,492,139 | $7,306,473 | $1,185,665 | 14.0% | $2,844,753 |
| CELEBREX | Pharmacia | 1,157,268 | $86,182,993 | $81,563,198 | $4,619,795 | 5.4% | $7,123,737 |
| CELONTIN | Pfizer | 236 | $8,503 | $7,486 | $1,017 | 12.0% | $2,753 |
| CLEOCIN | Pharmacia | 12,916 | $625,895 | $551,998 | $73,896 | 11.8% | $178,442 |
| CYTOSAR-U | Pharmacia | 17 | $80 | $60 | $20 | 24.9% | $60 |
| DEPO-PROVERA | Pfizer | 637 | $64,461 | $59,318 | $5,143 | 8.0% | $13,380 |
| DEPO-TESTO | Pharmacia | 775 | $44,402 | $41,576 | $2,826 | 6.4% | $5,198 |
| DILANTIN | Pfizer | 405,406 | $5,075,196 | $4,617,127 | $458,069 | 9.0% | $1,138,969 |
| ESTROSTEP | Pfizer | 5 | $76 | $71 | $5 | 6.9% | $9 |
| FEMHRT | Pfizer | 1,924 | $35,491 | $33,115 | $2,376 | 6.7% | $3,783 |
| GEODON | Pfizer | 7,867 | $1,175,412 | $1,116,514 | $58,898 | 5.0% | $78,856 |
| LIPITOR | Pfizer | 3,303,726 | $193,389,899 | $180,849,249 | $12,540,651 | 6.5% | $18,405,225 |
| LOPID | Pfizer | 127,346 | $5,736,507 | $4,938,102 | $798,405 | 13.9% | $2,570,270 |
| NARDIL | Pfizer | 5,307 | $138,561 | $123,866 | $14,695 | 10.6% | $36,126 |
| NEOSAR | Pharmacia | 23 | $509 | $414 | $95 | 18.7% | $265 |
| NEURONTIN | Pfizer | 325,774 | $22,463,128 | $20,830,746 | $1,632,382 | 7.3% | $2,637,606 |
| NITROSTAT | Pfizer | 348,182 | $1,059,118 | $893,086 | $166,033 | 15.7% | $444,409 |
| NORVASC | Pfizer | 2,963,119 | $114,686,119 | $104,871,681 | $9,814,439 | 8.6% | $18,344,804 |
| PROCARDIA | Pfizer | 1,816,404 | $80,731,084 | $69,000,603 | $11,730,481 | 14.5% | $32,694,871 |
| RENESE | Pfizer | 3,439 | $47,551 | $38,175 | $9,377 | 19.7% | $27,691 |
| RESCRIPTOR | Pfizer | 5 | $287 | $301 | -$14 | -4.9% | -$26 |
| SOLU-CORTEF | Pharmacia | 119 | $628 | $559 | $68 | 10.9% | $148 |
| SOLU-MEDROL | Pharmacia | 400 | $7,640 | $7,049 | $591 | 7.7% | $1,160 |
| VIRACEPT | Pfizer | 748 | $144,761 | $133,987 | $10,775 | 7.4% | $17,218 |
| ZARONTIN | Pfizer | 292 | $19,396 | $17,758 | $1,638 | 8.4% | $3,571 |
| ZITHROMAX | Pfizer | 319,385 | $10,571,650 | $9,603,119 | $968,531 | 9.2% | $1,873,816 |
| ZOLOFT | Pfizer | 1,014,476 | $62,995,290 | $57,170,376 | $5,824,914 | 9.2% | $11,528,965 |
| ZYRTEC | Pfizer | 308,472 | $13,471,414 | $12,496,891 | $974,523 | 7.2% | $1,580,516 |
| ZYVOX | Pharmacia | 2,403 | $2,540,977 | $2,435,137 | $105,840 | 4.2% | $143,364 |
| | **Total** | **13,258,490** | **$638,894,103** | **$585,647,753** | **$53,246,350** | **8.3%** | **$105,811,700** |
| | **Pfizer** | **11,967,849** | **$540,836,019** | **$492,915,263** | **$47,920,755** | **8.9%** | **$97,580,977** |
| | **Pharmacia** | **1,290,641** | **$98,058,084** | **$92,732,490** | **$5,325,595** | **5.4%** | **$8,230,723** |

*Sources:*
PACE claims data 1991 - 2008; First DataBank WACs 1991 - 2008.

**Exhibit 4**
**Average PBM Reimbursement Rates for**
**Branded Drugs in PBMI Employer Survey**

| Year | AWP Discount (%) | Dispensing Fee |
|------|------------------|----------------|
| 1991 | 10.6% | $2.77 |
| 1992 | 10.9% | $2.71 |
| 1993 | 11.2% | $2.65 |
| 1994 | 11.6% | $2.59 |
| 1995 | 11.8% | $2.50 |
| 1996 | 12.1% | $2.47 |
| 1997 | 12.6% | $2.32 |
| 1998 | 13.2% | $2.35 |
| 1999 | 13.1% | $2.30 |
| 2000 | 13.5% | $2.31 |
| 2001 | 13.9% | $2.21 |
| 2002 | 14.1% | $2.13 |
| 2003 | 14.5% | $2.05 |
| 2004 | 14.8% | $1.95 |
| 2005 | 15.1% | $1.92 |
| 2006 | 15.3% | $1.88 |
| 2007 | 16.1% | $1.88 |
| 2008 | 16.1% | $1.73 |

*Sources:*
   Pharmacy Benefit Management Institute (PBMI), "Prescription Drug Benefit
   Cost and Plan Design Survey Reports," 2004-2010.

*Notes:*
   Rates estimated for 1991-1994 and 2005.

**Exhibit 5**
## Comparison of PEBTF's Actual PBM Reimbursement Rates with
## PBM Reimbursement Rates from PBMI Survey

| Year | Dispensing Fee ($/Rx) | | | AWP Discount (%) | | |
|------|-------|------|------------|-------|-------|------------|
|      | PEBTF | PBM  | Difference | PEBTF | PBM   | Difference |
| 1998 | 2.25  | 2.35 | -0.10      | 13.0% | 13.2% | -0.2%      |
| 1999 | 2.25  | 2.30 | -0.05      | 13.0% | 13.1% | -0.1%      |
| 2000 | 2.25  | 2.31 | -0.06      | 13.0% | 13.5% | -0.5%      |
| 2001 | 2.13  | 2.21 | -0.08      | 13.0% | 13.9% | -0.9%      |
| 2002 | 2.00  | 2.13 | -0.13      | 13.0% | 14.1% | -1.1%      |
| 2003 | 2.00  | 2.05 | -0.05      | 14.3% | 14.5% | -0.2%      |
| 2004 | 2.00  | 1.95 | 0.05       | 16.0% | 14.8% | 1.2%       |
| 2005 | 2.04  | 1.92 | 0.13       | 16.0% | 15.1% | 1.0%       |
| 2006 | 2.10  | 1.88 | 0.22       | 16.0% | 15.3% | 0.7%       |
| 2007 | 2.10  | 1.88 | 0.22       | 16.0% | 16.1% | -0.1%      |
| 2008 | 1.30  | 1.73 | -0.43      | 17.0% | 16.1% | 0.9%       |

*Sources:*

PBM reimbursements are the average retail, branded drug reimbursement rates from the PBMI Survey.

PEBTF's rates are the contract rate for a 30 day supply of a branded drug purchased at a retail pharmacy.  See PA000444-584, PA000606-750, PA00155-258, PA00269-432, PA1006888-95, PA1012382-95, PA1017775-93, PA1024143-48, PA1027710-11, PA1027724, PA1027727-42, and PA1033489.

*Notes:*

To be conservative for the period from July 1, 2001 to July 31, 2003, I have used a 13% discount off AWP even though some Pfizer/Pharmacia drugs may have been in the top 200 brands utilized by PEBTF and would have received a 17% discount.

**Exhibit 6**
## Number of Participating Retail Pharmacies
**By Year: 2002 to 2008**

| Year | DPW (Medicaid) | PACE | PEBTF |
|------|------|------|------|
| 2002 | 2,573 | 2,645 | 2,820 |
| 2003 | 2,481 | 2,644 | 2,785 |
| 2004 | 3,084 | 2,706 | 2,770 |
| 2005 | 2,943 | 2,740 | 2,822 |
| 2006 | 2,976 | 2,814 | 2,719 |
| 2007 | 3,000 | 2,889 | 2,733 |
| 2008 | 3,068 | 2,956 | 2,735 |

*Sources:*

*DPW:*   MAMIS and PROMISE datasets.
*PACE:*   PACE Annual Reports, 2002-2008.
*PEBTF:*   Store counts were provided by PEBTF.

**Exhibit 7A**
**Pfizer and Pharmacia Damages by Year for PA Department of Public Welfare (Medicaid)**
**Using PBM Reimbursement Rates: 1991 to 2008**

| Year | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|------|--------------------|-----------------------------|------------------------------|-------------------------------|-----------|-------------------------------|
| 1991 | 345,712 | $10,310,944 | $9,382,556 | $928,388 | 9.0% | $3,126,825 |
| 1992 | 437,282 | $15,347,035 | $13,918,012 | $1,429,022 | 9.3% | $4,456,916 |
| 1993 | 545,944 | $21,712,876 | $19,612,454 | $2,100,422 | 9.7% | $6,080,839 |
| 1994 | 653,496 | $28,200,900 | $25,346,005 | $2,854,894 | 10.1% | $7,705,331 |
| 1995 | 746,762 | $34,733,614 | $31,521,999 | $3,211,615 | 9.2% | $8,054,380 |
| 1996 | 902,669 | $41,035,556 | $38,595,927 | $2,439,628 | 5.9% | $5,682,632 |
| 1997 | 761,424 | $40,429,716 | $37,969,268 | $2,460,449 | 6.1% | $5,341,094 |
| 1998 | 806,472 | $47,874,242 | $44,814,939 | $3,059,303 | 6.4% | $6,199,440 |
| 1999 | 879,045 | $57,097,835 | $53,609,236 | $3,488,599 | 6.1% | $6,649,193 |
| 2000 | 897,757 | $59,700,050 | $55,809,692 | $3,890,358 | 6.5% | $6,888,382 |
| 2001 | 975,420 | $68,766,334 | $63,960,784 | $4,805,550 | 7.0% | $7,927,550 |
| 2002 | 983,895 | $68,739,726 | $63,780,099 | $4,959,628 | 7.2% | $7,661,004 |
| 2003 | 1,019,040 | $75,086,897 | $69,359,661 | $5,727,237 | 7.6% | $8,334,136 |
| 2004 | 1,093,978 | $87,284,915 | $80,845,326 | $6,439,589 | 7.4% | $8,874,426 |
| 2005 | 854,459 | $66,252,924 | $61,927,271 | $4,325,653 | 6.5% | $5,683,416 |
| 2006 | 292,947 | $19,387,447 | $18,392,226 | $995,221 | 5.1% | $1,234,729 |
| 2007 | 131,275 | $13,427,817 | $12,803,934 | $623,883 | 4.6% | $737,630 |
| 2008 | 48,967 | $8,166,441 | $7,843,320 | $323,122 | 4.0% | $359,842 |
| **1991-2008** | **12,376,544** | **$763,555,270** | **$709,492,707** | **$54,062,563** | **7.1%** | **$100,997,764** |

*Sources:*

SDUD data 1991Q1 - 1996Q4; DPW MAMIS and PROMISE datasets 1997 - 2008; PBMI "Prescription Drug Benefit Cost and Plan Design Survey Reports," 2004-2010.

**Exhibit 7B**
**Pfizer and Pharmacia Damages by Drug for PA Department of Public Welfare (Medicaid)**
**Using PBM Reimbursement Rates: 1991 to 2008**

| Drug Name | Division | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|---|
| ACCUPRIL | PFIZER | 402,955 | $14,825,412 | $13,518,614 | $1,306,798 | 8.8% | $2,406,378 |
| ACCURETIC | PFIZER | 3,687 | $150,249 | $136,317 | $13,932 | 9.3% | $20,933 |
| ADRIAMYCIN | PHARMACIA | 2,248 | $795,366 | $739,658 | $55,708 | 7.0% | $138,771 |
| ADRUCIL | PHARMACIA | 393 | $3,222 | $2,929 | $293 | 9.1% | $774 |
| AMPHOCIN | PHARMACIA | 17 | $2,247 | $2,035 | $212 | 9.4% | $535 |
| BEXTRA | PHARMACIA | 63,139 | $5,445,773 | $5,055,504 | $390,270 | 7.2% | $557,344 |
| BLEOMYCIN | PHARMACIA | 15 | $10,673 | $10,309 | $364 | 3.4% | $736 |
| CARDURA | PFIZER | 215,919 | $7,627,798 | $6,990,539 | $637,260 | 8.4% | $1,435,867 |
| CELEBREX | PFIZER | 669,854 | $58,012,159 | $54,210,923 | $3,801,236 | 6.6% | $5,915,073 |
| CELONTIN | PHARMACIA | 2,230 | $123,693 | $113,788 | $9,904 | 8.0% | $24,885 |
| CLEOCIN | PHARMACIA | 118,953 | $4,684,614 | $4,310,489 | $374,124 | 8.0% | $863,318 |
| CYTOSAR-U | PHARMACIA | 309 | $9,157 | $8,401 | $756 | 8.3% | $1,930 |
| DEPO-PROVE | PHARMACIA | 171,989 | $8,321,155 | $7,693,210 | $627,945 | 7.5% | $1,241,275 |
| DEPO-TESTO | PHARMACIA | 2,375 | $136,538 | $126,239 | $10,299 | 7.5% | $19,191 |
| DILANTIN | PFIZER | 1,702,123 | $38,367,842 | $34,779,610 | $3,588,232 | 9.4% | $8,455,526 |
| ESTROSTEP | PFIZER | 7,174 | $274,040 | $249,208 | $24,832 | 9.1% | $40,821 |
| FEMHRT | PFIZER | 3,210 | $100,639 | $89,975 | $10,664 | 10.6% | $16,480 |
| GEODON | PFIZER | 126,272 | $26,626,450 | $25,447,589 | $1,178,861 | 4.4% | $1,550,161 |
| LIPITOR | PFIZER | 1,243,039 | $98,288,293 | $91,905,113 | $6,383,180 | 6.5% | $9,603,535 |
| LOPID | PFIZER | 74,257 | $4,037,756 | $3,662,197 | $375,559 | 9.3% | $1,177,447 |
| NARDIL | PFIZER | 12,289 | $429,099 | $392,835 | $36,264 | 8.5% | $90,809 |
| NEOSAR | PHARMACIA | 798 | $35,846 | $32,810 | $3,036 | 8.5% | $8,018 |
| NEURONTIN | PFIZER | 797,412 | $81,059,278 | $75,981,367 | $5,077,911 | 6.3% | $8,361,636 |
| NITROSTAT | PFIZER | 237,043 | $1,969,416 | $1,780,011 | $189,405 | 9.6% | $492,918 |
| NORVASC | PFIZER | 1,439,039 | $70,488,973 | $64,994,070 | $5,494,902 | 7.8% | $9,547,963 |
| PROCARDIA | PFIZER | 1,184,537 | $67,136,048 | $61,533,674 | $5,602,374 | 8.3% | $14,969,654 |
| RENESE | PFIZER | 630 | $13,909 | $12,609 | $1,300 | 9.3% | $3,583 |
| RESCRIPTOR | PHARMACIA | 725 | $173,165 | $164,983 | $8,182 | 4.7% | $14,135 |
| SOLU-CORTE | PHARMACIA | 3,696 | $37,742 | $31,041 | $6,701 | 17.8% | $11,134 |
| SOLU-MEDRO | PHARMACIA | 8,650 | $222,099 | $198,412 | $23,687 | 10.7% | $40,324 |
| VINCASAR | PHARMACIA | 383 | $30,000 | $27,287 | $2,712 | 9.0% | $7,612 |
| VIRACEPT | PFIZER | 54,841 | $30,160,781 | $28,929,821 | $1,230,960 | 4.1% | $2,222,756 |
| ZARONTIN | PFIZER | 27,088 | $1,895,065 | $1,749,860 | $145,205 | 7.7% | $356,987 |
| ZITHROMAX | PFIZER | 924,603 | $37,760,250 | $34,468,421 | $3,291,829 | 8.7% | $5,679,468 |
| ZOLOFT | PFIZER | 2,303,509 | $169,615,350 | $158,023,413 | $11,591,937 | 6.8% | $21,768,237 |
| ZYRTEC | PFIZER | 564,159 | $27,545,149 | $25,272,370 | $2,272,779 | 8.3% | $3,551,452 |
| ZYVOX | PHARMACIA | 6,984 | $7,140,023 | $6,847,073 | $292,950 | 4.1% | $400,095 |
| | **Total** | **12,376,544** | **$763,555,270** | **$709,492,707** | **$54,062,563** | **7.1%** | **$100,997,764** |
| | **Pfizer** | **11,993,640** | **$736,383,957** | **$684,128,539** | **$52,255,418** | **7.1%** | **$97,667,685** |
| | **Pharmacia** | **382,904** | **$27,171,313** | **$25,364,168** | **$1,807,144** | **6.7%** | **$3,330,079** |

***Sources:***

SDUD data 1991Q1 - 1996Q4; DPW MAMIS and PROMISE datasets 1997 - 2008; PBMI "Prescription Drug Benefit Cost and Plan Design Survey Reports," 2004-2010.

**Exhibit 7C**
**Pfizer and Pharmacia Damages by Year for PACE**
**Using PBM Reimbursement Rates: 1991 to 2008**

| Year | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|------|--------------------|---------------------------|------------------------------|-------------------------------|-----------|-------------------------------|
| 1991 | 372,412 | $11,898,475 | $10,698,845 | $1,199,630 | 10.1% | $4,161,059 |
| 1992 | 425,456 | $14,266,911 | $12,801,603 | $1,465,308 | 10.3% | $4,695,231 |
| 1993 | 444,422 | $15,476,630 | $13,869,489 | $1,607,141 | 10.4% | $4,776,725 |
| 1994 | 483,933 | $17,747,518 | $15,831,175 | $1,916,343 | 10.8% | $5,298,384 |
| 1995 | 529,597 | $20,275,850 | $17,980,984 | $2,294,867 | 11.3% | $5,873,402 |
| 1996 | 547,817 | $21,560,061 | $19,116,895 | $2,443,166 | 11.3% | $5,843,304 |
| 1997 | 615,901 | $23,639,331 | $22,302,943 | $1,336,388 | 5.7% | $2,965,657 |
| 1998 | 695,242 | $28,270,934 | $26,507,593 | $1,763,341 | 6.2% | $3,663,353 |
| 1999 | 841,689 | $39,493,003 | $37,156,689 | $2,336,314 | 5.9% | $4,548,528 |
| 2000 | 903,230 | $45,631,785 | $42,789,598 | $2,842,187 | 6.2% | $5,154,744 |
| 2001 | 905,562 | $49,638,808 | $46,341,822 | $3,296,986 | 6.6% | $5,569,272 |
| 2002 | 973,854 | $56,651,875 | $52,722,477 | $3,929,398 | 6.9% | $6,214,522 |
| 2003 | 1,028,811 | $63,096,548 | $58,420,890 | $4,675,658 | 7.4% | $6,973,225 |
| 2004 | 1,262,701 | $70,631,788 | $64,519,626 | $6,112,162 | 8.7% | $8,634,239 |
| 2005 | 1,124,245 | $61,013,113 | $55,695,539 | $5,317,574 | 8.7% | $7,112,228 |
| 2006 | 1,050,373 | $51,769,563 | $46,733,794 | $5,035,768 | 9.7% | $6,420,506 |
| 2007 | 639,586 | $26,992,026 | $24,149,365 | $2,842,661 | 10.5% | $3,433,259 |
| 2008 | 469,851 | $21,447,595 | $19,278,740 | $2,168,855 | 10.1% | $2,474,959 |
| **1991-2008** | **13,314,682** | **$639,501,816** | **$586,918,070** | **$52,583,747** | **8.2%** | **$93,812,596** |

*Sources:*
PACE claims data 1991 - 2008; PBMI "Prescription Drug Benefit Cost and Plan Design Survey Reports," 2004-2010.

**Exhibit 7D**
**Pfizer and Pharmacia Damages by Drug for PACE**
**Using PBM Reimbursement Rates: 1991 to 2008**

| Drug Name | Division | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|---|
| ACCUPRIL | Pfizer | 692,111 | $20,130,903 | $18,179,618 | $1,951,285 | 9.7% | $3,623,231 |
| ACCURETIC | Pfizer | 13,784 | $400,942 | $360,016 | $40,927 | 10.2% | $62,010 |
| ADRIAMYCIN | Pharmacia | 95 | $34,929 | $32,310 | $2,619 | 7.5% | $8,233 |
| ADRUCIL | Pharmacia | 4 | $9 | $7 | $2 | 17.4% | $4 |
| AMPHOCIN | Pharmacia | 7 | $1,965 | $1,864 | $101 | 5.1% | $207 |
| BEXTRA | Pharmacia | 116,621 | $8,618,586 | $7,993,287 | $625,300 | 7.3% | $910,240 |
| BLEOMYCIN SULFATE | Pharmacia | 11 | $3,798 | $3,795 | $3 | 0.1% | $6 |
| CARDURA | Pfizer | 309,289 | $8,492,699 | $7,642,517 | $850,182 | 10.0% | $2,004,860 |
| CELEBREX | Pharmacia | 1,157,279 | $86,183,558 | $80,132,677 | $6,050,881 | 7.0% | $8,995,514 |
| CELONTIN | Pfizer | 236 | $8,503 | $7,525 | $978 | 11.5% | $2,426 |
| CLEOCIN | Pharmacia | 13,050 | $653,395 | $599,888 | $53,507 | 8.2% | $123,150 |
| CYTOSAR-U | Pharmacia | 18 | $80 | $69 | $11 | 14.2% | $34 |
| DEPO-PROVERA | Pfizer | 684 | $71,417 | $68,256 | $3,162 | 4.4% | $7,586 |
| DEPO-TESTO | Pharmacia | 903 | $54,702 | $51,107 | $3,595 | 6.6% | $5,884 |
| DILANTIN | Pfizer | 459,512 | $5,568,323 | $4,957,081 | $611,242 | 11.0% | $1,432,701 |
| ESTROSTEP | Pfizer | 5 | $76 | $68 | $9 | 11.2% | $14 |
| FEMHRT | Pfizer | 1,952 | $35,842 | $31,699 | $4,143 | 11.6% | $6,438 |
| GEODON | Pfizer | 7,870 | $1,175,465 | $1,095,536 | $79,929 | 6.8% | $103,594 |
| LIPITOR | Pfizer | 3,303,765 | $193,393,310 | $178,121,388 | $15,271,923 | 7.9% | $21,596,844 |
| LOPID | Pfizer | 127,362 | $5,737,194 | $5,146,158 | $591,036 | 10.3% | $1,897,156 |
| NARDIL | Pfizer | 5,307 | $138,561 | $123,464 | $15,097 | 10.9% | $34,111 |
| NEOSAR | Pharmacia | 24 | $515 | $460 | $55 | 10.7% | $156 |
| NEURONTIN | Pfizer | 326,055 | $22,479,912 | $20,938,783 | $1,541,129 | 6.9% | $2,464,185 |
| NITROSTAT | Pfizer | 348,419 | $1,059,850 | $796,373 | $263,478 | 24.9% | $621,442 |
| NORVASC | Pfizer | 2,963,602 | $114,702,089 | $104,467,031 | $10,235,058 | 8.9% | $17,371,447 |
| PROCARDIA | Pfizer | 1,816,480 | $80,734,138 | $73,483,828 | $7,250,310 | 9.0% | $19,898,414 |
| RENESE | Pfizer | 3,439 | $47,551 | $41,198 | $6,353 | 13.4% | $18,233 |
| RESCRIPTOR | Pharmacia | 5 | $287 | $271 | $16 | 5.7% | $31 |
| SOLU-CORTEF | Pharmacia | 135 | $1,532 | $1,364 | $168 | 11.0% | $257 |
| SOLU-MEDROL | Pharmacia | 440 | $9,988 | $9,129 | $859 | 8.6% | $1,433 |
| TOPOSAR | Pharmacia | 1 | $335 | $321 | $13 | 4.0% | $22 |
| VINCASAR | Pharmacia | 5 | $85 | $89 | -$4 | -4.5% | -$6 |
| VIRACEPT | Pfizer | 748 | $144,761 | $137,368 | $7,394 | 5.1% | $11,758 |
| ZARONTIN | Pfizer | 292 | $19,396 | $17,820 | $1,576 | 8.1% | $3,238 |
| ZITHROMAX | Pfizer | 319,584 | $10,583,999 | $9,610,385 | $973,614 | 9.2% | $1,721,847 |
| ZOLOFT | Pfizer | 1,014,504 | $62,996,953 | $58,150,115 | $4,846,837 | 7.7% | $8,976,938 |
| ZYRTEC | Pfizer | 308,673 | $13,473,781 | $12,306,091 | $1,167,690 | 8.7% | $1,734,329 |
| ZYVOX | Pharmacia | 2,411 | $2,542,386 | $2,409,116 | $133,270 | 5.2% | $174,627 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total** | | **13,314,682** | **$639,501,816** | **$586,918,070** | **$52,583,747** | **8.2%** | **$93,812,596** |
| **Pfizer** | | **12,023,673** | **$541,395,666** | **$495,682,316** | **$45,713,350** | **8.4%** | **$83,592,804** |
| **Pharmacia** | | **1,291,009** | **$98,106,150** | **$91,235,753** | **$6,870,397** | **7.0%** | **$10,219,793** |

***Sources:***
PACE claims data 1991 - 2008; PBMI "Prescription Drug Benefit Cost and Plan Design Survey Reports," 2004-2010.

**Exhibit 8**
**Implied Discounts and Dispensing Fee**
**Under the Best Practice Method 1**

| Year | AWP Discount (%) | Dispensing Fee |
|------|------------------|----------------|
| 1991 | 15.0% | $5.12 |
| 1992 | 15.0% | $5.34 |
| 1993 | 15.0% | $5.64 |
| 1994 | 15.0% | $5.51 |
| 1995 | 15.0% | $5.63 |
| 1996 | 15.0% | $3.77 |
| 1997 | 15.0% | $3.88 |
| 1998 | 15.0% | $4.05 |
| 1999 | 15.0% | $4.22 |
| 2000 | 15.0% | $4.36 |
| 2001 | 15.0% | $4.54 |
| 2002 | 18.4% | $7.36 |
| 2003 | 18.4% | $3.71 |
| 2004 | 18.4% | $3.90 |
| 2005 | 18.4% | $3.99 |
| 2006 | 18.4% | $4.18 |
| 2007 | 18.4% | $4.63 |
| 2008 | 18.4% | $5.15 |

*Sources:*

State Medicaid reimbursement rates 1991-2008; AWP (derived from PACE claims data).

**Exhibit 9**
**Implied Discounts and Dispensing Fee**
**Under the Best Practice Method 2**

| Year | AWP Discount (%) | Dispensing Fee |
|------|------------------|----------------|
| 1991 | 15.0% | $2.75 |
| 1992 | 15.0% | $2.83 |
| 1993 | 15.0% | $2.92 |
| 1994 | 15.0% | $2.99 |
| 1995 | 15.0% | $3.08 |
| 1996 | 15.0% | $3.17 |
| 1997 | 15.0% | $3.24 |
| 1998 | 15.0% | $3.29 |
| 1999 | 15.0% | $3.36 |
| 2000 | 15.0% | $3.48 |
| 2001 | 15.0% | $3.57 |
| 2002 | 18.4% | $3.63 |
| 2003 | 18.4% | $3.71 |
| 2004 | 18.4% | $3.81 |
| 2005 | 18.4% | $3.94 |
| 2006 | 18.4% | $4.07 |
| 2007 | 18.4% | $4.18 |
| 2008 | 18.4% | $4.35 |

*Sources:*
State Medicaid reimbursement rates 1991-2008; AWP (derived from PACE claims data).

**Exhibit 10A**
**Pfizer and Pharmacia Damages by Year for PA Department of Public Welfare (Medicaid)**
**Best Practice Method 1: 1991 to 2008**

| Year | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|
| 1991 | 345,712 | $10,310,944 | $9,528,244 | $782,700 | 7.6% | $2,635,663 |
| 1992 | 437,282 | $15,347,035 | $14,225,566 | $1,121,469 | 7.3% | $3,496,838 |
| 1993 | 545,944 | $21,712,876 | $20,196,323 | $1,516,553 | 7.0% | $4,389,930 |
| 1994 | 653,496 | $28,200,900 | $26,112,634 | $2,088,266 | 7.4% | $5,635,913 |
| 1995 | 746,762 | $34,733,614 | $32,487,983 | $2,245,631 | 6.5% | $5,631,020 |
| 1996 | 902,669 | $41,035,556 | $39,039,294 | $1,996,262 | 4.9% | $4,646,459 |
| 1997 | 763,322 | $40,591,726 | $38,226,080 | $2,365,646 | 5.8% | $5,132,760 |
| 1998 | 808,971 | $48,090,335 | $45,422,150 | $2,668,185 | 5.5% | $5,405,169 |
| 1999 | 883,346 | $57,406,899 | $54,364,455 | $3,042,443 | 5.3% | $5,799,267 |
| 2000 | 904,015 | $60,172,337 | $57,096,248 | $3,076,089 | 5.1% | $5,445,595 |
| 2001 | 980,672 | $69,182,245 | $65,775,688 | $3,406,557 | 4.9% | $5,618,639 |
| 2002 | 983,895 | $68,739,726 | $68,234,097 | $505,629 | 0.7% | $779,315 |
| 2003 | 1,019,040 | $75,086,897 | $70,636,991 | $4,449,906 | 5.9% | $6,475,038 |
| 2004 | 1,093,979 | $87,284,987 | $82,788,322 | $4,496,665 | 5.2% | $6,196,855 |
| 2005 | 854,459 | $66,252,924 | $63,738,923 | $2,514,000 | 3.8% | $3,311,528 |
| 2006 | 292,947 | $19,387,447 | $19,151,038 | $236,409 | 1.2% | $293,116 |
| 2007 | 131,275 | $13,427,817 | $13,345,549 | $82,268 | 0.6% | $96,934 |
| 2008 | 48,967 | $8,166,441 | $8,119,278 | $47,163 | 0.6% | $52,411 |
| **1991-2008** | **12,396,753** | **$765,130,705** | **$728,488,862** | **$36,641,843** | **4.8%** | **$71,042,449** |

***Note:***
    Best practices Method 1 uses the best yearly reimbursement rates.

***Sources:***

    SDUD data 1991Q1 - 1996Q4; DPW MAMIS and PROMISE datasets 1997 - 2008; State Medicaid reimbursement rates 1991-2008.

**Exhibit 10B**
**Pfizer and Pharmacia Damages by Drug for PA Department of Public Welfare (Medicaid)**
**Best Practice Method 1: 1991 to 2008**

| Drug Name | Division | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|---|
| ACCUPRIL | PFIZER | 402,960 | $14,825,528 | $14,169,946 | $655,582 | 4.4% | $1,288,337 |
| ACCURETIC | PFIZER | 3,687 | $150,249 | $145,144 | $5,105 | 3.4% | $7,492 |
| ADRIAMYCIN | PHARMACIA | 2,248 | $795,366 | $747,659 | $47,707 | 6.0% | $115,399 |
| ADRUCIL | PHARMACIA | 393 | $3,222 | $3,007 | $215 | 6.7% | $568 |
| AMPHOCIN | PHARMACIA | 17 | $2,247 | $2,096 | $151 | 6.7% | $381 |
| BEXTRA | PHARMACIA | 63,139 | $5,445,773 | $5,195,216 | $250,557 | 4.6% | $354,283 |
| BLEOMYCIN | PHARMACIA | 15 | $10,673 | $10,211 | $462 | 4.3% | $943 |
| CARDURA | PFIZER | 215,925 | $7,627,921 | $7,192,270 | $435,651 | 5.7% | $999,096 |
| CELEBREX | PFIZER | 674,034 | $58,344,764 | $55,728,124 | $2,616,640 | 4.5% | $4,130,528 |
| CELONTIN | PHARMACIA | 2,230 | $123,693 | $116,394 | $7,298 | 5.9% | $18,874 |
| CLEOCIN | PHARMACIA | 118,971 | $4,685,985 | $4,425,296 | $260,690 | 5.6% | $624,518 |
| CYTOSAR-U | PHARMACIA | 309 | $9,157 | $8,617 | $540 | 5.9% | $1,414 |
| DEPO-PROVE | PHARMACIA | 172,127 | $8,328,152 | $7,917,854 | $410,298 | 4.9% | $840,042 |
| DEPO-TESTO | PHARMACIA | 2,376 | $136,617 | $129,845 | $6,772 | 5.0% | $13,102 |
| DILANTIN | PFIZER | 1,702,134 | $38,368,256 | $36,245,035 | $2,123,220 | 5.5% | $5,426,518 |
| ESTROSTEP | PFIZER | 7,177 | $274,163 | $263,030 | $11,133 | 4.1% | $18,906 |
| FEMHRT | PFIZER | 3,210 | $100,639 | $98,427 | $2,212 | 2.2% | $3,352 |
| GEODON | PFIZER | 126,273 | $26,626,774 | $25,882,594 | $744,181 | 2.8% | $1,023,059 |
| LIPITOR | PFIZER | 1,244,674 | $98,453,402 | $94,402,871 | $4,050,530 | 4.1% | $6,277,850 |
| LOPID | PFIZER | 74,257 | $4,037,756 | $3,742,303 | $295,453 | 7.3% | $929,140 |
| NARDIL | PFIZER | 12,289 | $429,099 | $403,315 | $25,784 | 6.0% | $66,312 |
| NEOSAR | PHARMACIA | 798 | $35,846 | $33,611 | $2,234 | 6.2% | $5,918 |
| NEURONTIN | PFIZER | 798,704 | $81,173,413 | $77,225,157 | $3,948,256 | 4.9% | $6,608,103 |
| NITROSTAT | PFIZER | 237,043 | $1,969,416 | $1,852,718 | $116,697 | 5.9% | $333,610 |
| NORVASC | PFIZER | 1,439,566 | $70,524,240 | $67,417,904 | $3,106,335 | 4.4% | $5,709,622 |
| PROCARDIA | PFIZER | 1,185,428 | $67,210,739 | $62,878,334 | $4,332,405 | 6.4% | $11,546,050 |
| RENESE | PFIZER | 630 | $13,909 | $12,982 | $927 | 6.7% | $2,628 |
| RESCRIPTOR | PHARMACIA | 725 | $173,165 | $164,072 | $9,093 | 5.3% | $16,064 |
| SOLU-CORTE | PHARMACIA | 3,697 | $37,782 | $37,075 | $706 | 1.9% | $2,177 |
| SOLU-MEDRO | PHARMACIA | 8,653 | $222,172 | $212,038 | $10,134 | 4.6% | $19,134 |
| VINCASAR | PHARMACIA | 383 | $30,000 | $27,961 | $2,039 | 6.8% | $5,733 |
| VIRACEPT | PFIZER | 54,844 | $30,161,649 | $28,524,546 | $1,637,102 | 5.4% | $3,002,892 |
| ZARONTIN | PFIZER | 27,122 | $1,897,587 | $1,783,575 | $114,011 | 6.0% | $281,085 |
| ZITHROMAX | PFIZER | 924,672 | $37,768,243 | $36,068,066 | $1,700,177 | 4.5% | $3,098,173 |
| ZOLOFT | PFIZER | 2,314,865 | $170,445,987 | $162,194,939 | $8,251,048 | 4.8% | $15,972,168 |
| ZYRTEC | PFIZER | 564,194 | $27,547,100 | $26,358,001 | $1,189,099 | 4.3% | $1,920,157 |
| ZYVOX | PHARMACIA | 6,984 | $7,140,023 | $6,868,627 | $271,396 | 3.8% | $378,821 |
| | **Total** | **12,396,753** | **$765,130,705** | **$728,488,862** | **$36,641,843** | **4.8%** | **$71,042,449** |
| | **Pfizer** | **12,013,688** | **$737,950,832** | **$702,589,283** | **$35,361,550** | **4.8%** | **$68,645,078** |
| | **Pharmacia** | **383,065** | **$27,179,873** | **$25,899,579** | **$1,280,293** | **4.7%** | **$2,397,371** |

***Note:***
Best practices Method 1 uses the best yearly reimbursement rates.

***Sources:***
SDUD data 1991Q1 - 1996Q4; DPW MAMIS and PROMISE datasets 1997 - 2008; State Medicaid reimbursement rates 1991-2008.

**Exhibit 10C**
**Pfizer and Pharmacia Damages by Year for PACE**
**Best Practice Method 1: 1991 to 2008**

| Year | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|------|---------------------|----------------------------|------------------------------|-------------------------------|-----------|-------------------------------|
| 1991 | 372,412 | $11,898,475 | $10,894,381 | $1,004,094 | 8.4% | $3,482,618 |
| 1992 | 425,456 | $14,266,911 | $13,142,209 | $1,124,702 | 7.9% | $3,602,888 |
| 1993 | 444,422 | $15,476,630 | $14,362,050 | $1,114,580 | 7.2% | $3,312,316 |
| 1994 | 483,933 | $17,747,518 | $16,398,350 | $1,349,168 | 7.6% | $3,729,842 |
| 1995 | 529,597 | $20,275,850 | $18,742,198 | $1,533,652 | 7.6% | $3,924,999 |
| 1996 | 547,817 | $21,560,061 | $19,110,970 | $2,449,091 | 11.4% | $5,857,237 |
| 1997 | 615,901 | $23,639,331 | $22,538,951 | $1,100,380 | 4.7% | $2,441,135 |
| 1998 | 695,242 | $28,270,934 | $27,016,355 | $1,254,579 | 4.4% | $2,605,855 |
| 1999 | 841,689 | $39,493,003 | $37,808,167 | $1,684,837 | 4.3% | $3,278,679 |
| 2000 | 903,230 | $45,631,785 | $43,745,685 | $1,886,100 | 4.1% | $3,419,516 |
| 2001 | 905,562 | $49,638,808 | $47,693,616 | $1,945,192 | 3.9% | $3,285,245 |
| 2002 | 973,854 | $56,651,875 | $56,838,413 | -$186,538 | -0.3% | -$296,790 |
| 2003 | 1,028,811 | $63,096,548 | $59,683,936 | $3,412,612 | 5.4% | $5,089,216 |
| 2004 | 1,262,701 | $70,631,788 | $66,397,133 | $4,234,655 | 6.0% | $5,981,296 |
| 2005 | 1,124,245 | $61,013,113 | $57,510,383 | $3,502,730 | 5.7% | $4,684,738 |
| 2006 | 1,050,373 | $51,769,563 | $48,914,227 | $2,855,336 | 5.5% | $3,645,599 |
| 2007 | 639,586 | $26,992,026 | $25,888,186 | $1,103,840 | 4.1% | $1,332,206 |
| 2008 | 469,851 | $21,447,595 | $20,716,319 | $731,276 | 3.4% | $834,282 |
| **1991-2008** | **13,314,682** | **$639,501,816** | **$607,401,531** | **$32,100,285** | **5.0%** | **$60,210,879** |

**Note:**
    Best practices Method 1 uses the best yearly reimbursement rates.

**Sources:**
    PACE claims data 1991 - 2008; State Medicaid reimbursement rates 1991-2008.

**Exhibit 10D**
**Pfizer and Pharmacia Damages by Drug for PACE**
Best Practice Method 1: 1991 to 2008

| Drug Name | Division | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|---|
| ACCUPRIL | Pfizer | 692,111 | $20,130,903 | $19,386,511 | $744,392 | 3.7% | $1,465,440 |
| ACCURETIC | Pfizer | 13,784 | $400,942 | $390,550 | $10,392 | 2.6% | $14,806 |
| ADRIAMYCIN | Pharmacia | 95 | $34,929 | $31,538 | $3,391 | 9.7% | $10,690 |
| ADRUCIL | Pharmacia | 4 | $9 | $9 | $0 | -0.2% | $0 |
| AMPHOCIN | Pharmacia | 7 | $1,965 | $1,845 | $120 | 6.1% | $254 |
| BEXTRA | Pharmacia | 116,621 | $8,618,586 | $8,199,120 | $419,466 | 4.9% | $605,734 |
| BLEOMYCIN SULFATE | Pharmacia | 11 | $3,798 | $3,795 | $3 | 0.1% | $6 |
| CARDURA | Pfizer | 309,289 | $8,492,699 | $8,022,922 | $469,778 | 5.5% | $1,115,598 |
| CELEBREX | Pharmacia | 1,157,279 | $86,183,558 | $82,321,442 | $3,862,116 | 4.5% | $5,856,249 |
| CELONTIN | Pfizer | 236 | $8,503 | $7,816 | $687 | 8.1% | $1,747 |
| CLEOCIN | Pharmacia | 13,050 | $653,395 | $613,835 | $39,560 | 6.1% | $93,328 |
| CYTOSAR-U | Pharmacia | 18 | $80 | $77 | $3 | 4.1% | $9 |
| DEPO-PROVERA | Pfizer | 684 | $71,417 | $68,225 | $3,193 | 4.5% | $8,033 |
| DEPO-TESTO | Pharmacia | 903 | $54,702 | $52,482 | $2,220 | 4.1% | $3,807 |
| DILANTIN | Pfizer | 459,512 | $5,568,323 | $5,513,642 | $54,681 | 1.0% | $70,095 |
| ESTROSTEP | Pfizer | 5 | $76 | $75 | $2 | 2.0% | $3 |
| FEMHRT | Pfizer | 1,952 | $35,842 | $35,935 | -$93 | -0.3% | -$246 |
| GEODON | Pfizer | 7,870 | $1,175,465 | $1,117,111 | $58,354 | 5.0% | $76,757 |
| LIPITOR | Pfizer | 3,303,765 | $193,393,310 | $184,571,778 | $8,821,532 | 4.6% | $12,770,997 |
| LOPID | Pfizer | 127,362 | $5,737,194 | $5,212,331 | $524,864 | 9.1% | $1,687,569 |
| NARDIL | Pfizer | 5,307 | $138,561 | $131,759 | $6,802 | 4.9% | $15,519 |
| NEOSAR | Pharmacia | 24 | $515 | $468 | $47 | 9.1% | $135 |
| NEURONTIN | Pfizer | 326,055 | $22,479,912 | $21,463,386 | $1,016,526 | 4.5% | $1,642,012 |
| NITROSTAT | Pfizer | 348,419 | $1,059,850 | $1,148,663 | -$88,812 | -8.4% | -$244,556 |
| NORVASC | Pfizer | 2,963,602 | $114,702,089 | $109,216,307 | $5,485,782 | 4.8% | $9,819,115 |
| PROCARDIA | Pfizer | 1,816,480 | $80,734,138 | $74,808,828 | $5,925,310 | 7.3% | $16,337,719 |
| RENESE | Pfizer | 3,439 | $47,551 | $46,875 | $677 | 1.4% | $1,810 |
| RESCRIPTOR | Pharmacia | 5 | $287 | $274 | $13 | 4.5% | $25 |
| SOLU-CORTEF | Pharmacia | 135 | $1,532 | $1,494 | $38 | 2.5% | $49 |
| SOLU-MEDROL | Pharmacia | 440 | $9,988 | $9,740 | $248 | 2.5% | $414 |
| TOPOSAR | Pharmacia | 1 | $335 | $323 | $12 | 3.5% | $19 |
| VINCASAR | Pharmacia | 5 | $85 | $103 | -$18 | -20.9% | -$29 |
| VIRACEPT | Pfizer | 748 | $144,761 | $137,717 | $7,044 | 4.9% | $11,560 |
| ZARONTIN | Pfizer | 292 | $19,396 | $18,189 | $1,207 | 6.2% | $2,605 |
| ZITHROMAX | Pfizer | 319,584 | $10,583,999 | $10,116,118 | $467,881 | 4.4% | $875,281 |
| ZOLOFT | Pfizer | 1,014,504 | $62,996,953 | $59,433,708 | $3,563,244 | 5.7% | $6,917,410 |
| ZYRTEC | Pfizer | 308,673 | $13,473,781 | $12,893,207 | $580,574 | 4.3% | $892,316 |
| ZYVOX | Pharmacia | 2,411 | $2,542,386 | $2,423,333 | $119,052 | 4.7% | $158,600 |
| | **Total** | **13,314,682** | **$639,501,816** | **$607,401,531** | **$32,100,285** | **5.0%** | **$60,210,879** |
| | **Pfizer** | **12,023,673** | **$541,395,666** | **$513,741,651** | **$27,654,015** | **5.1%** | **$53,481,590** |
| | **Pharmacia** | **1,291,009** | **$98,106,150** | **$93,659,880** | **$4,446,270** | **4.5%** | **$6,729,288** |

***Note:***
Best practices Method 1 uses the best yearly reimbursement rates.

***Sources:***
PACE claims data 1991 - 2008; State Medicaid reimbursement rates 1991-2008.

**Exhibit 11A**
**Pfizer and Pharmacia Damages by Year for PA Department of Public Welfare (Medicaid)**
**Best Practice Method 2: 1991 to 2008**

| Year | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|------|------|------|------|------|------|------|
| 1991 | 345,712 | $10,310,944 | $8,966,371 | $1,344,573 | 13.0% | $4,529,218 |
| 1992 | 437,282 | $15,347,035 | $13,402,218 | $1,944,817 | 12.7% | $6,065,149 |
| 1993 | 545,944 | $21,712,876 | $19,010,293 | $2,702,583 | 12.4% | $7,823,954 |
| 1994 | 653,496 | $28,200,900 | $24,708,941 | $3,491,959 | 12.4% | $9,423,883 |
| 1995 | 746,762 | $34,733,614 | $30,919,667 | $3,813,947 | 11.0% | $9,558,953 |
| 1996 | 902,669 | $41,035,556 | $38,027,017 | $3,008,539 | 7.3% | $7,006,908 |
| 1997 | 763,322 | $40,591,726 | $37,732,496 | $2,859,230 | 7.0% | $6,204,772 |
| 1998 | 808,971 | $48,090,335 | $44,808,867 | $3,281,468 | 6.8% | $6,648,447 |
| 1999 | 883,346 | $57,406,899 | $53,613,715 | $3,793,183 | 6.6% | $7,230,036 |
| 2000 | 904,015 | $60,172,337 | $56,300,545 | $3,871,792 | 6.4% | $6,854,824 |
| 2001 | 980,672 | $69,182,245 | $64,833,192 | $4,349,052 | 6.3% | $7,173,806 |
| 2002 | 983,895 | $68,739,726 | $64,569,633 | $4,170,094 | 6.1% | $6,440,851 |
| 2003 | 1,019,040 | $75,086,897 | $70,636,991 | $4,449,906 | 5.9% | $6,475,038 |
| 2004 | 1,093,979 | $87,284,987 | $82,694,704 | $4,590,283 | 5.3% | $6,325,869 |
| 2005 | 854,459 | $66,252,924 | $63,694,906 | $2,558,017 | 3.9% | $3,369,157 |
| 2006 | 292,947 | $19,387,447 | $19,119,008 | $268,439 | 1.4% | $332,866 |
| 2007 | 131,275 | $13,427,817 | $13,286,858 | $140,959 | 1.0% | $166,416 |
| 2008 | 48,967 | $8,166,441 | $8,080,749 | $85,692 | 1.0% | $95,358 |
| **1991-2008** | **12,396,753** | **$765,130,705** | **$714,406,171** | **$50,724,535** | **6.6%** | **$101,725,505** |

***Note:***
 Best practices Method 2 uses the best ever reimbursement rates.

***Sources:***

 SDUD data 1991Q1 - 1996Q4; DPW MAMIS and PROMISE datasets 1997 - 2008; State Medicaid reimbursement rates 1991-2008.

**Exhibit 11B**
**Pfizer and Pharmacia Damages by Drug for PA Department of Public Welfare (Medicaid)**
**Best Practice Method 2: 1991 to 2008**

| Drug Name | Division | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|---|
| ACCUPRIL | PFIZER | 402,960 | $14,825,528 | $13,734,508 | $1,091,020 | 7.4% | $2,129,515 |
| ACCURETIC | PFIZER | 3,687 | $150,249 | $141,091 | $9,159 | 6.1% | $13,846 |
| ADRIAMYCIN | PHARMACIA | 2,248 | $795,366 | $724,046 | $71,320 | 9.0% | $178,660 |
| ADRUCIL | PHARMACIA | 393 | $3,222 | $2,862 | $360 | 11.2% | $953 |
| AMPHOCIN | PHARMACIA | 17 | $2,247 | $1,998 | $249 | 11.1% | $628 |
| BEXTRA | PHARMACIA | 63,139 | $5,445,773 | $5,139,540 | $306,234 | 5.6% | $438,936 |
| BLEOMYCIN | PHARMACIA | 15 | $10,673 | $10,032 | $641 | 6.0% | $1,306 |
| CARDURA | PFIZER | 215,925 | $7,627,921 | $6,958,967 | $668,954 | 8.8% | $1,550,852 |
| CELEBREX | PFIZER | 674,034 | $58,344,764 | $55,002,691 | $3,342,073 | 5.7% | $5,302,570 |
| CELONTIN | PHARMACIA | 2,230 | $123,693 | $112,186 | $11,507 | 9.3% | $30,521 |
| CLEOCIN | PHARMACIA | 118,971 | $4,685,985 | $4,280,334 | $405,652 | 8.7% | $990,864 |
| CYTOSAR-U | PHARMACIA | 309 | $9,157 | $8,243 | $914 | 10.0% | $2,397 |
| DEPO-PROVE | PHARMACIA | 172,127 | $8,328,152 | $7,707,515 | $620,637 | 7.5% | $1,290,219 |
| DEPO-TESTO | PHARMACIA | 2,376 | $136,617 | $127,181 | $9,436 | 6.9% | $19,061 |
| DILANTIN | PFIZER | 1,702,134 | $38,368,256 | $34,708,455 | $3,659,800 | 9.5% | $9,261,668 |
| ESTROSTEP | PFIZER | 7,177 | $274,163 | $255,953 | $18,210 | 6.6% | $30,860 |
| FEMHRT | PFIZER | 3,210 | $100,639 | $93,892 | $6,747 | 6.7% | $10,495 |
| GEODON | PFIZER | 126,273 | $26,626,774 | $25,812,804 | $813,971 | 3.1% | $1,118,470 |
| LIPITOR | PFIZER | 1,244,674 | $98,453,402 | $93,487,418 | $4,965,983 | 5.0% | $7,764,731 |
| LOPID | PFIZER | 74,257 | $4,037,756 | $3,525,417 | $512,339 | 12.7% | $1,611,760 |
| NARDIL | PFIZER | 12,289 | $429,099 | $387,464 | $41,635 | 9.7% | $108,766 |
| NEOSAR | PHARMACIA | 798 | $35,846 | $32,069 | $3,776 | 10.5% | $10,016 |
| NEURONTIN | PFIZER | 798,704 | $81,173,413 | $76,294,768 | $4,878,645 | 6.0% | $8,256,662 |
| NITROSTAT | PFIZER | 237,043 | $1,969,416 | $1,753,760 | $215,656 | 11.0% | $594,795 |
| NORVASC | PFIZER | 1,439,566 | $70,524,240 | $66,022,358 | $4,501,881 | 6.4% | $8,368,978 |
| PROCARDIA | PFIZER | 1,185,428 | $67,210,739 | $60,229,262 | $6,981,478 | 10.4% | $18,878,010 |
| RENESE | PFIZER | 630 | $13,909 | $12,334 | $1,575 | 11.3% | $4,484 |
| RESCRIPTOR | PHARMACIA | 725 | $173,165 | $163,376 | $9,789 | 5.7% | $17,282 |
| SOLU-CORTE | PHARMACIA | 3,697 | $37,782 | $34,860 | $2,922 | 7.7% | $6,268 |
| SOLU-MEDRO | PHARMACIA | 8,653 | $222,172 | $205,334 | $16,837 | 7.6% | $31,950 |
| VINCASAR | PHARMACIA | 383 | $30,000 | $26,548 | $3,452 | 11.5% | $9,743 |
| VIRACEPT | PFIZER | 54,844 | $30,161,649 | $28,478,935 | $1,682,714 | 5.6% | $3,085,977 |
| ZARONTIN | PFIZER | 27,122 | $1,897,587 | $1,724,599 | $172,988 | 9.1% | $439,737 |
| ZITHROMAX | PFIZER | 924,672 | $37,768,243 | $35,213,283 | $2,554,959 | 6.8% | $4,730,640 |
| ZOLOFT | PFIZER | 2,314,865 | $170,445,987 | $159,245,400 | $11,200,587 | 6.6% | $22,338,691 |
| ZYRTEC | PFIZER | 564,194 | $27,547,100 | $25,881,246 | $1,665,854 | 6.0% | $2,711,777 |
| ZYVOX | PHARMACIA | 6,984 | $7,140,023 | $6,865,440 | $274,583 | 3.8% | $383,408 |
| | | | | | | | |
| **Total** | | **12,396,753** | **$765,130,705** | **$714,406,171** | **$50,724,535** | **6.6%** | **$101,725,505** |
| **Pfizer** | | **12,013,688** | **$737,950,832** | **$688,964,607** | **$48,986,226** | **6.6%** | **$98,313,295** |
| **Pharmacia** | | **383,065** | **$27,179,873** | **$25,441,564** | **$1,738,309** | **6.4%** | **$3,412,210** |

***Note:***
    Best practices Method 2 uses the best ever reimbursement rates.

***Sources:***
    SDUD data 1991Q1 - 1996Q4; DPW MAMIS and PROMISE datasets 1997 - 2008; State Medicaid reimbursement rates 1991-2008.

**Exhibit 11C**
**Pfizer and Pharmacia Damages by Year for PACE**
**Best Practice Method 2: 1991 to 2008**

| Year | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|
| 1991 | 372,412 | $11,898,475 | $10,143,147 | $1,755,328 | 14.8% | $6,088,082 |
| 1992 | 425,456 | $14,266,911 | $12,232,576 | $2,034,335 | 14.3% | $6,517,978 |
| 1993 | 444,422 | $15,476,630 | $13,362,288 | $2,114,342 | 13.7% | $6,283,940 |
| 1994 | 483,933 | $17,747,518 | $15,360,297 | $2,387,221 | 13.5% | $6,599,766 |
| 1995 | 529,597 | $20,275,850 | $17,576,459 | $2,699,391 | 13.3% | $6,908,902 |
| 1996 | 547,817 | $21,560,061 | $18,806,499 | $2,753,562 | 12.8% | $6,583,831 |
| 1997 | 615,901 | $23,639,331 | $22,177,322 | $1,462,009 | 6.2% | $3,243,756 |
| 1998 | 695,242 | $28,270,934 | $26,529,393 | $1,741,542 | 6.2% | $3,617,696 |
| 1999 | 841,689 | $39,493,003 | $37,133,259 | $2,359,744 | 6.0% | $4,593,094 |
| 2000 | 903,230 | $45,631,785 | $42,992,151 | $2,639,634 | 5.8% | $4,786,571 |
| 2001 | 905,562 | $49,638,808 | $46,875,971 | $2,762,837 | 5.6% | $4,666,638 |
| 2002 | 973,854 | $56,651,875 | $53,516,114 | $3,135,761 | 5.5% | $4,958,830 |
| 2003 | 1,028,811 | $63,096,548 | $59,683,936 | $3,412,612 | 5.4% | $5,089,216 |
| 2004 | 1,262,701 | $70,631,788 | $66,307,678 | $4,324,110 | 6.1% | $6,107,695 |
| 2005 | 1,124,245 | $61,013,113 | $57,466,512 | $3,546,601 | 5.8% | $4,743,420 |
| 2006 | 1,050,373 | $51,769,563 | $48,822,040 | $2,947,523 | 5.7% | $3,762,934 |
| 2007 | 639,586 | $26,992,026 | $25,691,632 | $1,300,394 | 4.8% | $1,569,805 |
| 2008 | 469,851 | $21,447,595 | $20,480,017 | $967,578 | 4.5% | $1,104,004 |
| **1991-2008** | **13,314,682** | **$639,501,816** | **$595,157,292** | **$44,344,524** | **6.9%** | **$87,226,159** |

**Note:**
    Best practices Method 2 uses the best ever reimbursement rates.

**Sources:**
    PACE claims data 1991 - 2008; State Medicaid reimbursement rates 1991-2008.

**Exhibit 11D**
**Pfizer and Pharmacia Damages by Drug for PACE**
**Best Practice Method 2: 1991 to 2008**

| Drug Name | Division | Total Prescriptions | As-Is Total Reimbursements | But-For Total Reimbursements | PA Damages Excluding Interest | % Damages | PA Damages Including Interest |
|---|---|---|---|---|---|---|---|
| ACCUPRIL | Pfizer | 692,111 | $20,130,903 | $18,632,843 | $1,498,060 | 7.4% | $2,965,235 |
| ACCURETIC | Pfizer | 13,784 | $400,942 | $376,982 | $23,960 | 6.0% | $36,514 |
| ADRIAMYCIN | Pharmacia | 95 | $34,929 | $31,333 | $3,596 | 10.3% | $11,357 |
| ADRUCIL | Pharmacia | 4 | $9 | $7 | $2 | 17.7% | $4 |
| AMPHOCIN | Pharmacia | 7 | $1,965 | $1,838 | $127 | 6.5% | $269 |
| BEXTRA | Pharmacia | 116,621 | $8,618,586 | $8,133,707 | $484,880 | 5.6% | $707,333 |
| BLEOMYCIN SULFATE | Pharmacia | 11 | $3,798 | $3,794 | $3 | 0.1% | $7 |
| CARDURA | Pfizer | 309,289 | $8,492,699 | $7,636,318 | $856,382 | 10.1% | $2,084,451 |
| CELEBREX | Pharmacia | 1,157,279 | $86,183,558 | $81,392,288 | $4,791,269 | 5.6% | $7,363,367 |
| CELONTIN | Pfizer | 236 | $8,503 | $7,449 | $1,054 | 12.4% | $2,839 |
| CLEOCIN | Pharmacia | 13,050 | $653,395 | $595,048 | $58,348 | 8.9% | $141,655 |
| CYTOSAR-U | Pharmacia | 18 | $80 | $66 | $14 | 18.0% | $43 |
| DEPO-PROVERA | Pfizer | 684 | $71,417 | $67,514 | $3,903 | 5.5% | $9,924 |
| DEPO-TESTO | Pharmacia | 903 | $54,702 | $51,759 | $2,943 | 5.4% | $5,204 |
| DILANTIN | Pfizer | 459,512 | $5,568,323 | $5,046,350 | $521,973 | 9.4% | $1,374,558 |
| ESTROSTEP | Pfizer | 5 | $76 | $73 | $3 | 4.1% | $6 |
| FEMHRT | Pfizer | 1,952 | $35,842 | $33,865 | $1,977 | 5.5% | $3,082 |
| GEODON | Pfizer | 7,870 | $1,175,465 | $1,114,464 | $61,001 | 5.2% | $80,371 |
| LIPITOR | Pfizer | 3,303,765 | $193,393,310 | $182,707,066 | $10,686,244 | 5.5% | $15,722,256 |
| LOPID | Pfizer | 127,362 | $5,737,194 | $4,921,949 | $815,245 | 14.2% | $2,630,257 |
| NARDIL | Pfizer | 5,307 | $138,561 | $124,279 | $14,282 | 10.3% | $35,605 |
| NEOSAR | Pharmacia | 24 | $515 | $449 | $66 | 12.8% | $188 |
| NEURONTIN | Pfizer | 326,055 | $22,479,912 | $21,167,422 | $1,312,490 | 5.8% | $2,140,574 |
| NITROSTAT | Pfizer | 348,419 | $1,059,850 | $906,108 | $153,743 | 14.5% | $410,653 |
| NORVASC | Pfizer | 2,963,602 | $114,702,089 | $106,941,450 | $7,760,639 | 6.8% | $14,204,581 |
| PROCARDIA | Pfizer | 1,816,480 | $80,734,138 | $71,609,223 | $9,124,915 | 11.3% | $25,543,306 |
| RENESE | Pfizer | 3,439 | $47,551 | $40,355 | $7,196 | 15.1% | $21,444 |
| RESCRIPTOR | Pharmacia | 5 | $287 | $270 | $17 | 6.0% | $33 |
| SOLU-CORTEF | Pharmacia | 135 | $1,532 | $1,441 | $91 | 5.9% | $158 |
| SOLU-MEDROL | Pharmacia | 440 | $9,988 | $9,444 | $544 | 5.4% | $1,035 |
| TOPOSAR | Pharmacia | 1 | $335 | $319 | $15 | 4.6% | $25 |
| VINCASAR | Pharmacia | 5 | $85 | $93 | -$8 | -9.8% | -$14 |
| VIRACEPT | Pfizer | 748 | $144,761 | $137,056 | $7,706 | 5.3% | $12,674 |
| ZARONTIN | Pfizer | 292 | $19,396 | $17,829 | $1,567 | 8.1% | $3,491 |
| ZITHROMAX | Pfizer | 319,584 | $10,583,999 | $9,843,634 | $740,364 | 7.0% | $1,406,868 |
| ZOLOFT | Pfizer | 1,014,504 | $62,996,953 | $58,473,270 | $4,523,682 | 7.2% | $8,947,439 |
| ZYRTEC | Pfizer | 308,673 | $13,473,781 | $12,707,305 | $766,475 | 5.7% | $1,199,816 |
| ZYVOX | Pharmacia | 2,411 | $2,542,386 | $2,422,632 | $119,754 | 4.7% | $159,551 |
| | | | | | | | |
| **Total** | | **13,314,682** | **$639,501,816** | **$595,157,292** | **$44,344,524** | **6.9%** | **$87,226,159** |
| **Pfizer** | | **12,023,673** | **$541,395,666** | **$502,512,804** | **$38,882,862** | **7.2%** | **$78,835,944** |
| **Pharmacia** | | **1,291,009** | **$98,106,150** | **$92,644,489** | **$5,461,661** | **5.6%** | **$8,390,215** |

***Note:***
Best practices Method 2 uses the best ever reimbursement rates.

***Sources:***
PACE claims data 1991 - 2008; State Medicaid reimbursement rates 1991-2008.

**Exhibit 12**
**Calculation of Total Civil Penalties by Year Using Changes in AWP for Pfizer/Pharmacia NDCs**

| Year | Number of First DataBank AWP Changes | Total Number of AWP Changes from Compendia | Total Civil Penalties |
|---|---|---|---|
| 1991 | 97 | 291 | $291,000 |
| 1992 | 79 | 237 | $237,000 |
| 1993 | 97 | 291 | $291,000 |
| 1994 | 99 | 297 | $297,000 |
| 1995 | 106 | 318 | $318,000 |
| 1996 | 115 | 345 | $345,000 |
| 1997 | 200 | 600 | $600,000 |
| 1998 | 136 | 408 | $408,000 |
| 1999 | 201 | 603 | $603,000 |
| 2000 | 172 | 516 | $516,000 |
| 2001 | 175 | 525 | $525,000 |
| 2002 | 295 | 885 | $885,000 |
| 2003 | 279 | 837 | $837,000 |
| 2004 | 181 | 543 | $543,000 |
| 2005 | 191 | 573 | $573,000 |
| 2006 | 178 | 534 | $534,000 |
| 2007 | 318 | 954 | $954,000 |
| 2008 | 177 | 531 | $531,000 |
| **Total 1991-2004** | **2,232** | **6,696** | **$6,696,000** |
| **Total 2005-2008** | **864** | **2,592** | **$2,592,000** |
| **Total 1991-2008** | **3,096** | **9,288** | **$9,288,000** |

**Notes:**

The number of violations was calculated using the number of times the AWP of a particular NDC changed to a non-zero amount.  The number of violations for Redbook and MediSpan were assumed to be equal to the number of AWP changes for First DataBank.

Civil penalties for all agencies are assessed at $1,000 per violation.

Exhibit 13
# Comparison of Reimbursement Rates

| Year | DPW[1] | | PACE[2] | | PBM[3] | |
|------|--------------------|----------------|--------------------|----------------|--------------------|----------------|
|      | AWP Discount % | Dispensing Fee | AWP Discount % | Dispensing Fee | AWP Discount % | Dispensing Fee |
| 1991 | 0.0%  | $3.00 | 0.0%  | $2.75 | 10.6% | $2.77 |
| 1992 | 0.0%  | $3.50 | 0.0%  | $2.75 | 10.9% | $2.71 |
| 1993 | 0.0%  | $3.50 | 0.0%  | $2.75 | 11.2% | $2.65 |
| 1994 | 0.0%  | $3.50 | 0.0%  | $2.75 | 11.6% | $2.59 |
| 1995 | 2.5%  | $3.64 | 0.0%  | $2.75 | 11.8% | $2.50 |
| 1996 | 10.0% | $4.00 | 1.1%  | $2.83 | 12.1% | $2.47 |
| 1997 | 10.0% | $4.00 | 10.0% | $3.50 | 12.6% | $2.32 |
| 1998 | 7.5%  | $3.88 | 10.0% | $3.50 | 13.2% | $2.35 |
| 1999 | 6.1%  | $3.80 | 10.0% | $3.50 | 13.1% | $2.30 |
| 2000 | 10.0% | $4.00 | 10.0% | $3.50 | 13.5% | $2.31 |
| 2001 | 10.0% | $4.00 | 10.0% | $3.50 | 13.9% | $2.21 |
| 2002 | 10.0% | $4.00 | 10.0% | $3.50 | 14.1% | $2.13 |
| 2003 | 10.0% | $4.00 | 10.0% | $3.50 | 14.5% | $2.05 |
| 2004 | 10.0% | $4.00 | 10.0% | $4.00 | 14.8% | $1.95 |
| 2005 | 11.6% | $4.00 | 10.0% | $4.00 | 15.1% | $1.92 |
| 2006 | 14.0% | $4.00 | 11.0% | $4.00 | 15.3% | $1.88 |
| 2007 | 14.0% | $4.00 | 12.0% | $4.00 | 16.1% | $1.88 |
| 2008 | 14.0% | $4.00 | 12.0% | $4.00 | 16.1% | $1.73 |

**Sources:**   [1]Commonwealth of Pennsylvania, Department of Public Welfare, Medical Assistance Bulletins,  19-91-15, 19-95-14, 09-05-06.

PA-RTKL003254-62

[2]PACE Annual Report to Pennsylvania General Assembly, 2008.

[3]"Prescription Drug Benefit Cost and Plan Design Report", PBMI, 2009-2010.

**Notes:**   The PBM Rate listed above is the average rate at which employers reimburse PBMs for branded drugs.  Although PBMs may pay pharmacies a lower rate than the rate at which the PBM is reimbursed by the employer, competition between PBMs for employer contracts should insure that the average differential is small.  Consistent with this hypothesis, I find that for 347 Community Pharmacy contracts with PBMs (from Heckman Declaration regarding First Databank Settlement Agreement), the PBM paid the community pharmacy a slightly lower reimbursement than the average employer reimbursement rate listed above (the PBMs' discount off AWP was 0.27% higher and their dispensing fees were 8 cents lower compared to the average employer reimbursement rate to PBMs)