

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, by Thomas Corbett, in his capacity as Attorney General of the Commonwealth of Pennsylvania,<br><br>      Plaintiff,<br><br>      v.<br><br>TAP Pharmaceutical Products, Inc. et al.<br><br>      Defendants. | No. 212-MD-2004 |

## DECLARATION OF JENNIFER H. McGEE

Jennifer H. McGee, being duly sworn states:

1.    I am an attorney for Shook, Hardy & Bacon, LLP, counsel for Aventis Pharmaceuticals Inc. ("Aventis") in the above-captioned litigation.

2.    I am submitting this declaration in support of Defendants' Memorandum in Opposition to Plaintiff's Request for Post-Complaint Discovery. I am knowledgeable about the matters described below.

3.    On June 29, 2006, Aventis produced 271, 800 pages of documents to Plaintiffs in this case. This production comprised all of the documents that Aventis produced in the AWP multi-district litigation proceedings.

4.    Aventis supplemented this production on December 31, 2008 with a production of 403,000 pages (some of which was included in the earlier production.) This production included all transcripts of depositions taken of Aventis's current and former employees in AWP-related proceedings, together with any exhibits used in those depositions, as well as additional documents provided in other state cases- a production of "core" documents that Aventis has produced in most subsequent AWP-related litigation.

1

169030v2

5. In order to produce the documents noted above, Aventis collected paper and electronic files from more than 225 departments and individuals within the company. This process included a collection interview of each individual in relevant departments to determine if they maintained responsive documents and, if so, how and where they maintained them. Following this determination, Aventis collected paper files, imaged hard drives, and copied other electronic media for further review.

6. Once the files were collected, they were uploaded to an electronic discovery platform. The discovery platform charges a per page hosting fee for all documents maintained on the platform. After the files were uploaded, each page was manually reviewed for relevance and privilege.

7. Of those individuals and areas from which Aventis collected documents, after individual review of each document, Aventis produced documents from 98 different departments and custodians. The documents produced include documents from sales and marketing departments for various drugs and therapeutic areas, the contract operations and management departments, the government relations department, and pricing committees. The documents produced also include documents provided in response to various government inquiries, organizational charts, policy and procedure manuals, and Medicaid rebate agreements.

8. Collections were done for each therapeutic category of pharmaceuticals in the multi-district litigation. By way of example, the collection and review of the documents for the oncology products (there are two at issue in this case) consumed more than 10,000 hours of attorney and paralegal time, at a cost of approximately $3.5 million. The collection and review of the documents for just one of the other products that is at issue in this litigation

169030v2

consumed almost 4000 hours of attorney and paralegal time at a cost of approximately $600,000.

9. If the Court orders that we "update" our production to include post complaint discovery, we anticipate the need to re-interview and potentially re-collect documents from at least 100 different sources. The interviews and collections would entail the same process as set forth in paragraphs 7 and 8 above. Thus, we estimate that supplemental interviews and potential collections for all of the drugs at issue in this litigation could cost the company more than two million dollars.

_____
Jennifer H. McGee

Subscribed to and sworn to before me this 13th day of October, 2009.

_____
Notary Public

VERNONA M. COLBERT
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2013

3

169030v2