UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| TRACK TWO SETTLEMENT | Judge Patti B. Saris |

**DECLARATION OF MICHAEL L. KOON**

1. I am a partner in the law firm of Shook, Hardy & Bacon, L.L.P and have represented Defendant Aventis Pharmaceuticals Inc. since the litigation's outset in 2001 and currently represent both Aventis Pharmaceuticals Inc. and Aventis-Behring LLC (collectively "Aventis"). In that capacity, I have been personally involved in overseeing discovery over the course of these proceedings.

2. I am familiar generally with plaintiffs' discovery requests and Aventis' production of documents and data in response to those requests.

3. I have reviewed the chart attached as Exhibit A to the Track 2 Defendants' joint submission in support of the proposed Track 2 settlement. The chart is true and accurate with respect to each Aventis drug identified.

4. Each Aventis drug identified in Exhibit A is a subject drug in this litigation and, as such, has been subject to some form of discovery, either by being expressly named in one of Plaintiffs' numerous complaints or by being expressly identified as an AWPID in Plaintiffs discovery requests, including:

- Plaintiffs' First Request for Production of Documents to All Defendants (6/17/03) (defining AWPIDs by reference to drugs listed in the Amended Master Consolidated Complaint, filed in June 2003);

1

4617934 v1

- Plaintiffs' Request for Production of Documents to Aventis, Abbott, Amgen, Boehringer, BMS, Johnson & Johnson, GSK, Hoffman, Immunex and Schering-Plough and Interrogatories to All Defendants Subject to Discovery (12/03/03) (same);

- Plaintiffs' Omnibus Requests for Production and Interrogatories to Defendants Abbott, Amgen, Aventis, Baxter, Bayer, Boehringer, Braun, Dey, Fujisawa, Novartis, Pfizer, Pharmacia, Sicor, TAP and Watson and to All Other Defendants with Respect to Drugs That Were Not Previously Subject to Discovery (3/31/04) (same);

- Plaintiffs' Request for Production to Defendants Regarding HHS ASPs (5/26/04) (same);

- Plaintiffs' Amended and/or Supplemental Request for Production of Documents to Phase 2 [sic] Defendants Relating to IMS Data (11/15/05) (identifying drugs).

5. Plaintiffs' conducted broad-brush, cross-cutting discovery in this litigation which included all of Aventis' subject drugs, including each drug identified in Exhibit A, regardless of whether Plaintiffs expressly identified the drug as an AWPID in their discovery requests.

6. In response to Plaintiffs' discovery requests, Aventis produced numerous disks of transactional data and more than a quarter million pages of responsive documents. The responsive documents included brand plans, business plans, and sales and promotional material for Aventis subject drugs. In addition to the voluminous document and data productions, Aventis provided thousands of pages of deposition testimony to Plaintiffs, who took numerous depositions of Aventis personnel, including six depositions of Aventis 30(b)(6) designees.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 3, 2011                          /s/ Michael L. Koon
                                                Michael L. Koon