UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Donald E. Haviland, Jr., respectfully moves this Honorable Court for leave to file under seal Exhibit "B" to Certain Named Plaintiffs' Objections to Plaintiffs' Supplemental Submission in Support of Rebalanced Track Two Settlement.

The exhibit contains confidential attorney work product prepared by Class Counsel's expert, Dr. Hartman, for distribution to Class Counsel, that should be protected from public disclosure.

WHEREFORE, the undersigned respectfully requests that the Court grant leave to file Exhibit "B" to Certain Named Plaintiffs' Objections to Plaintiffs' Supplemental Submission in Support of Rebalanced Track Two Settlement under seal.

Dated: August 5, 2011

Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Robert G. Hughes, Esquire
Michael J. Lorusso, Esquire
**HAVILAND HUGHES, L.L.C.**
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, PA 19106
Telephone: (215) 609-4661
Facsimile:  (215) 392-4400

## CERTIFICATE OF SERVICE

     I, Donald E. Haviland, Jr., Esq., hereby certify that on August 5, 2011, a true and correct copy of the Motion to File Under Seal was served via CM/ECF notification to all counsel of record.

                                                            /s/ Donald E. Haviland, Jr.
                                                            Donald E. Haviland, Jr.