## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : : : | MDL NO. 1456 C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : | Judge Patti B. Saris |

### MOTION FOR LEAVE TO INTERVENE

Putative Plaintiff Intervenors Rev. David Aaronson, Katie Bean (for Harold Bean), Jimmie May Carter (for Harold Carter), Roger Clark (for David Clark), Rebecca Hopkins, Joyce Howe (for Robert Howe), Oral Roots, Mary Wright (for James Shepley), Beverly Thomson Shaw (for George Baker Thomson), Ethel Walters (for Hunter Walters), Pat Drewitt (for James Monk) and Larry Young, by their undersigned counsel, respectfully move this Honorable Court for an Order granting them leave to intervene in the above-captioned action.  The grounds for this Motion are fully set out in the accompanying Memorandum of Law In Support of Intervenors Motion.  A copy of Intervenors' Complaint in Intervention is attached hereto as Exhibit "A".

**WHEREFORE**, Plaintiff Intervenors request that this Court grant them leave to intervene for this limited purpose.

### RULE 7.1(A)(2) CERTIFICATION

Pursuant to LR, D.Mass. 7.1(a)(2), the undersigned counsel hereby certifies that the Intervening Plaintiffs' counsel has conferred extensively with Class Counsel and has attempted in good faith to resolve or narrow the issue prior to the filing of this Motion.

1

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR, D.Mass. 7.1(d), undersigned counsel for the Intervenors states that they believe oral argument may assist the Court in resolving the issues presented by this Motion and therefore request the Court conduct oral argument in connection with the Track 2 Fairness Hearing scheduled for August 8, 2011, unless the Court is inclined to grant the Motion on the papers.

Respectfully submitted,

Date:  August 5, 2011                 By: /s/ Donald E. Haviland, Jr.
                                          Donald E. Haviland, Jr., Esquire
                                          Robert G. Hughes, Esquire
                                          Michael J. Lorusso, Esquire
                                          **HAVILAND HUGHES, LLC**
                                          111 S. Independence Mall East
                                          The Bourse, Suite 1000
                                          Philadelphia, PA 19106
                                          Telephone: (215) 609-4661
                                          Facsimile:  (215) 392-4400

*Counsel for Intervener-Plaintiffs,
David Aaronson (for Sue Ruth Aaronson), Katie Bean (for Harold Bean), Jimmie May Carter (for Harold Carter), Roger Clark (for David Clark), Rebecca Hopkins, M. Joyce Howe (for Robert Howe), Pat Drewett (for James Monk), Oral Roots, Mary Wright (for James Shepley), Beverly Thomson Shaw (for George Baker Thomson), Ethel Walters (for Hunter Walters), and Larry Young (for Patricia Young)*