# Exhibit A

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:95-cv-11990-PBS

City Partnerships v. Atlantic Acquisition, et al  
Assigned to: Judge Patti B. Saris  
Demand: $0  
Case in other court: 96-01357  
Cause: 28:1331 Fed. Question: Securities Violation  

Date Filed: 09/06/1995  
Date Terminated: 11/29/1995  
Jury Demand: Plaintiff  
Nature of Suit: 160 Stockholders Suits  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/1995 | 1 | Complaint filed. Case assigned to Judge: Saris. Receipt #: 111286 Amount:$ 120.00. (fmr) (Entered: 09/07/1995) |
| 09/08/1995 | 2 | Motion by City Partnerships for expedited discoery [on mtn for PI] , and for Hearing , filed. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | 3 | Memorandum by City Partnerships in support of [2-1] motion for expedited discoery [on mtn for PI] , filed. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | | Proposed order authorizing expedited discovery by City Partnerships [see #2], received for filing. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | 4 | Motion by City Partnerships for order shortening time to hear #2 mtn for expedited discovery , and for Hearing , filed. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | | Proposed order shortening time for hearing on #2, mtn for expedited discvoery, by City Partnerships received for filing. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | 5 | Motion by City Partnerships for preliminary injunction , filed. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | 6 | Memorandum by City Partnerships in support of [5-1] motion for preliminary injunction , filed. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | 7 | Affidavit of Christopher T. Heffelfinger , re: [5-1] motion for preliminary injunction , filed. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | 8 | Affidavit of Atty Eric P. Rothenberg, re: [5-1] motion for preliminary injunction , filed. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | | Proposed order on pltf's motion for PI [#5] by City Partnerships received for tion filing. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | 9 | Motion by City Partnerships for order shortening time to hear #5, mtn for PI , and for expedited briefing schedule on PI , filed. (fmr) (Entered: 09/08/1995) |
| 09/08/1995 | | Proposed order shortening time to hear motion for preliminary injunction by City Partnerships received for filing. (fmr) (Entered: 09/08/1995) |

| | | |
|---|---|---|
| 09/11/1995 | 10 | Motion by Atlantic Acquisition, AFG Programs, Inc., American Finance Gr., Geoffrey A. MacDonald, Gary D. Engle, James E. Coyne, AAL, Inc. to continue hearing on plaintiffs motion for expedited discovery , filed. (jdj) (Entered: 09/12/1995) |
| 09/11/1995 | 11 | Memorandum by Atlantic Acquisition, AFG Programs, Inc., AAL, Inc., American Finance Gr., AFG Leasing IV, Inc., Geoffrey A. MacDonald, Gary D. Engle, James E. Coyne in support of [10-1] motion to continue hearing on plaintiffs motion for expedited discovery , filed. (jdj) (Entered: 09/12/1995) |
| 09/11/1995 | | Status conference held . (jdj) (Entered: 09/19/1995) |
| 09/11/1995 | 15 | Judge Patti B. Saris . Clerk's Notes: re: status/scheduling conference held, Motion hearing set for 9/26/95 for [5-1] motion for preliminary injunction , reset scheduling conference for 3:00 9/12/95 (jdj) (Entered: 09/19/1995) |
| 09/12/1995 | | Judge Patti B. Saris . Endorsed Order entered granting [10-1] motion to continue hearing on plaintiffs motion for expedited discovery . (allowed by agrement of counsel up to 9/1/95 at 3:30 p.m.) cc/cl 9/13/95 (scj) (Entered: 09/13/1995) |
| 09/12/1995 | 12 | Response by Atlantic Acquisition, AFG Programs, Inc., AAL, Inc., American Finance Gr., AFG Leasing IV, Inc., Geoffrey A. MacDonald, Gary D. Engle, James E. Coyne in opposition to [4-1] motion for order shortening time to hear #2 mtn for expedited discovery , filed. (jdj) (Entered: 09/14/1995) |
| 09/12/1995 | | Status conference held . (scj) (Entered: 09/15/1995) |
| 09/12/1995 | | Scheduling conference held . (scj) (Entered: 09/15/1995) |
| 09/12/1995 | 13 | Judge Patti B. Saris . Clerk's Notes: re: FURTHER CONFERENCE held on status and scheduling for expedited discovery on pltf's reequest for PI. Dft has today filed its response to pltf's motion for expedited discovery, Pltf to discuss resolution. Defense counsel will produce Sun America documents suporting loans limited to the three partnerships in question), the three individual partnerships in question), the three individual partnership documents , and valuations. Counsel shall negotiate a protectve order relating to names of the lessees. FURTHER STATUS CONFERENCE SET FOR 3:30 9/18/95 Court Reporter: Marie Cloonan (scj) (Entered: 09/15/1995) |
| 09/18/1995 | 14 | Judge Patti B. Saris . Clerk's Notes:,Counsel appears in court to report they are working to resolve dispute, set status conference for 2:00 9/19/95 (if neccesary) Court Reporter: (jdj) (Entered: 09/19/1995) |
| 09/19/1995 | 17 | Return of service executed as to AFG Leasing IV, Inc. with service on 9/8/95 filed. Answer due on 9/28/95 for AFG Leasing IV, Inc. (scj) (Entered: 09/25/1995) |
| 09/19/1995 | 18 | Return of service executed as to Geoffrey A. MacDonald with service on 9/8/95 filed. Answer due on 9/28/95 for Geoffrey A. MacDonald (scj) (Entered: 09/25/1995) |
| 09/19/1995 | 19 | Return of service executed as to AAL, Inc. with service on 9/8/95 filed. Answer due on 9/28/95 for AAL, Inc. (scj) (Entered: 09/25/1995) |

| | | |
|---|---|---|
| 09/19/1995 | 20 | Return of service executed as to Gary D. Engle with service on 9/8/95 filed. Answer due on 9/28/95 for Gary D. Engle (scj) (Entered: 09/25/1995) |
| 09/19/1995 | 21 | Return of service executed as to James E. Coyne with service on 9/8/95 filed. Answer due on 9/28/95 for James E. Coyne (scj) (Entered: 09/25/1995) |
| 09/19/1995 | 22 | Return of service executed as to Atlantic Acquisition with service on 9/8/95 filed. Answer due on 9/28/95 for Atlantic Acquisition (scj) (Entered: 09/25/1995) |
| 09/19/1995 | 23 | Return of service executed as to American Finance Gr. with service on 9/8/95 filed. Answer due on 9/28/95 for American Finance Gr. (scj) (Entered: 09/25/1995) |
| 09/19/1995 | | Status conference held . (scj) (Entered: 10/05/1995) |
| 09/19/1995 | 26 | Judge Patti B. Saris . Clerk's Notes: re: STATUS CONFERENCE held. Parties have exchanged offer/counteroffer and remain quite far apart in terms of settlement. Counsel are still taking but wish toestablish a PI briefing schedule given that the date draws closer. New tenderoffer date is 10/6/95, possibly later. ORDERED: 1. Counsel shall discuss resolution and /or shceduling further this afternoon. If no resolution, counsel shall return at 8:45 a.m., 9/20/95. 2. Pltf's supplemental brief in support of motion for P.I. and dft's opposition memorandum shall oth be filed/served on 9/28/95. Motion hearing set for 9:00 10/2/95 for [5-1] motion for preliminary injunction Court Reporter: (scj) (Entered: 10/06/1995) |
| 09/25/1995 | 16 | Return of service executed as to AFG Programs, Inc. with service on 9/8/95 filed. Answer due on 9/28/95 for AFG Leasing IV, Inc. (scj) (Entered: 09/25/1995) |
| 09/27/1995 | 24 | STIPULATION of SETTLEMENT by City Partnerships, Atlantic Acquisition, AFG Programs, Inc., AAL, Inc., American Finance Gr., AFG IV, Inc., Geoffrey A. MacDonald, Gary D. Engle, James E. Coyne filed cs. (jdj) (Entered: 09/28/1995) |
| 09/27/1995 | 25 | Judge Patti B. Saris . Order of Preliminary Approval and Settlement. entered cc/cl (jdj) (Entered: 09/28/1995) |
| 09/27/1995 | | Status conference held . (scj) (Entered: 10/11/1995) |
| 09/27/1995 | 27 | Judge Patti B. Saris . Clerk's Notes: re: HEARING ON PRELIMINARY APPROVAL SETTLEMENT. Atty Haber, Shapiro present for proposed opt-out intervenors. Dfts opposed to proposed intervention. Opt-out provision will be included in amended class notice t/b/f today for entry by court. Preliminary approval of settlement granted subject to intervenors' objection. Objections shall be filed/served at least two weeks prior to final hearing on settlement. HEARING ON FINAL APPROVAL OF SETTLEMENT set for 3:00 11/15/95. Pltfs advise that dfts will pay attorneys fees up to $250K in addition to, not out of, class proceeds. Court Reporter: Marie Cloonan (scj) Modified on 11/06/1995 (Entered: 10/11/1995) |
| 09/27/1995 | 28 | STIPULATION (Motion) by City Partnerships, Atlantic Acquisition, AFG Programs, Inc., AAL, Inc., American Finance Gr., AFG Leasing IV, Inc., |

|  |  |  |
|---|---|---|
|  |  | Geoffrey A. MacDonald, Gary D. Engle, James E. Coyne , regarding settlement. , filed with attachments A-C. (scj) (Entered: 10/12/1995) |
| 09/27/1995 | 29 | Amended STIPULATION (Motion) by City Partnerships, Atlantic Acquisition, AFG Programs, Inc., AAL, Inc., American Finance Gr., AFG Leasing IV, Inc., Geoffrey A. MacDonald, Gary D. Engle, James E. Coyne , for settlement . filed. (scj) (Entered: 10/12/1995) |
| 09/27/1995 | 30 | Judge Patti B. Saris . Order entered granting [29-1] Amended stipulation motion for Preliminary Approval of Settlement . cc/cl 9/27/95 (scj) (Entered: 10/12/1995) |
| 11/02/1995 | 48 | Affidavit of Eric P. Rothberg re: [47-1] motion to strike [46-1] affidavit of Patrick A. Gaughan in support of objection to settlement proposal. filed, c/s. (scj) (Entered: 11/22/1995) |
| 11/03/1995 | 31 | Motion by Richard S. Hodgson, Marcella Levy, Thomas P. Gorman, John Carlson, Richard Barronian, Emily J. Barronian, Richard Barronian, Andrew N. Becker, Harold E. Birkey, Wanja Birkey, Marvin W. Greenup, Charlotte Greenup, Robert Hanson, Dolores Hanson, Johnny's Seafood Co, Gary L. Gerontis, Gary L. Gerontis, Gray Lumber Company, Neil M. Gray, Stephen C. Gray, Barbara J. Engle, James P. Duffy Sr., H. C. Harned to intervene . filed, c/s. (scj) (Entered: 11/08/1995) |
| 11/03/1995 | 32 | Memorandum by Richard S. Hodgson, Marcella Levy, Thomas P. Gorman, John Carlson, Richard Barronian, Emily J. Barronian, Richard Barronian, Andrew N. Becker, Harold E. Birkey, Wanja Birkey, Marvin W. Greenup, Charlotte Greenup, Robert Hanson, Dolores Hanson, Johnny's Seafood Co, Gary L. Gerontis, Gary L. Gerontis, Gray Lumber Company, Neil M. Gray, Stephen C. Gray, Barbara J. Engle, James P. Duffy Sr., H. C. Harned in support of [31-1] motion to intervene. filed, c/s. (scj) (Entered: 11/08/1995) |
| 11/03/1995 | 33 | Motion by Richard S. Hodgson, Marcella Levy, Thomas P. Gorman, John Carlson, Richard Barronian, Emily J. Barronian, Richard Barronian, Andrew N. Becker, Harold E. Birkey, Wanja Birkey, Marvin W. Greenup, Charlotte Greenup, Robert Hanson, Dolores Hanson, Johnny's Seafood Co, Gary L. Gerontis, Gary L. Gerontis, Gray Lumber Company, Neil M. Gray, Stephen C. Gray, Barbara J. Engle, James P. Duffy Sr., H. C. Harned for clarification of the scope of the release to be entered as part of the proposed Settlement , or the parties move to object to settlement . filed, c/s. (scj) (Entered: 11/08/1995) |
| 11/03/1995 | 34 | Motion by Lawrence Schwartz, Sylvia Bernice Rosenblum to intervene , and to object to the final approval of the settlement . filed, c/s. (scj) (Entered: 11/09/1995) |
| 11/03/1995 | 35 | Memorandum by Lawrence Schwartz, Sylvia Bernice Rosenblum in support of [34-1] motion to intervene, [34-2] motion to object to the final approval of the settlement. filed, c/s. (scj) (Entered: 11/09/1995) |
| 11/03/1995 | 36 | Proposed Intervenors Objection by Lawrence Schwartz, Sylvia Bernice Rosenblum re: To Settlement Proposal. filed, c/s. (scj) (Entered: 11/09/1995) |
| 11/10/1995 | 49 | Affidavit Charles & Edna Martin re: [36-1] objection to settlement proposal. |

| | | |
|---|---|---|
| | | filed,c/s. (scj) (Entered: 11/22/1995) |
| 11/13/1995 | 37 | Motion by City Partnerships for leave to file a memorandum in excess of 20 pages . filed, c/s. (scj) (Entered: 11/14/1995) |
| 11/13/1995 | 38 | (Memorandum in excess of 20 pages submitted with leave of Court on #37) Memorandum by City Partnerships in support of final approval of settlement. filed, c/s. (scj) (Entered: 11/14/1995) |
| 11/13/1995 | 39 | Memorandum by City Partnerships in opposition to [31-1] motion to intervene. filed, c/s. (scj) (Entered: 11/14/1995) |
| 11/13/1995 | 41 | Affidavit of City Partnerships of Norman Berman , re: [40-1] motion for attorney fees. filed, c/s. (scj) (Entered: 11/14/1995) |
| 11/13/1995 | 42 | Affidavit of City Partnerships of Harold B. Obstfeld , re: [40-1] motion for attorney fees. filed, c/s . (scj) (Entered: 11/14/1995) |
| 11/13/1995 | | Proposed Order of Final Judgment and Order of Dismissal by City Partnerships received for adoption by the Court. (scj) (Entered: 11/14/1995) |
| 11/13/1995 | 43 | Memorandum by Atlantic Acquisition, AFG Programs, Inc., AAL, Inc., American Finance Gr., AFG Leasing IV, Inc., Geoffrey A. MacDonald, Gary D. Engle in support of [38-1] support memorandum and in opposition to Plaintiff-Inervewnors' request for clarification and objections to settlement. filed, c/s. (scj) (Entered: 11/14/1995) |
| 11/13/1995 | 44 | Affidavit of Atlantic Acquisition, AFG Programs, Inc., AAL, Inc., American Finance Gr., AFG Leasing IV, Inc., Geoffrey A. MacDonald, Gary D. Engle, James E. Coyne of Deborah L. Thaxter , re: [43-1] support memorandum. filed, c/s. (scj) (Entered: 11/14/1995) |
| 11/13/1995 | 45 | Affidavit of Atlantic Acquisition, AFG Programs, Inc., AAL, Inc., American Finance Gr., AFG Leasing IV, Inc., Geoffrey A. MacDonald, Gary D. Engle, James E. Coyne of Deborah L. Thaxter , re: [43-1] support memorandum of proposed class action settlement and in opposition to Plaintiff-Intervenors' request for clarifiaction and objections to settlement. filed,c/s. (scj) (Entered: 11/14/1995) |
| 11/14/1995 | | Judge Patti B. Saris, by the Court, by Deputy Clerk Jenness . Endorsed Order entered granting [37-1] motion for leave to file a memorandum in excess of 20 pages . (scj) (Entered: 11/14/1995) |
| 11/14/1995 | 40 | Application/petition by City Partnerships for attorney fees . filed, c/s . (scj) (Entered: 11/14/1995) |
| 11/15/1995 | 54 | Judge Patti B. Saris . Clerk's Notes: re: Hearing on Approval of Class Settlement. Letter from Charles and Edna Master objecting to settlement read into the record. (Masters not present at hearing). Motion to intervene on behalf of Opt-Outs (Atty Haber), ALLOWED FOR PURPOSES OF PRESERVING APPEAL RIGHTS AND FOR DETERMINING FAIRNESS OF THE SETTLEMENT. Motion for Clarification, MOOT. Motion of Schwartz and Rosenblum to Intervene, ALLOWED FOR PURPOSES OF PRESERVING APPEAL RIGHTS AND FOR DETRMINING FAIRNESS OF THE |

| | | |
|---|---|---|
| | | SETTLEMENT. No objection to pltf's Motion for Attorneys Fees, TAKEN UNER ADVISEMENT. Issue of fairness of settlement taken under advisement. Proposed intervenors waived claim of inadeqaute representation by class representatives. 1. Parties shall file/serve affidavit(s) on fairness of settlment by 11/20/95. No extensions will be entertained. . Plaintiff-Inervenors shall file/serve affidavit of their expert on fairness of settlement by 11/20/95. No extensions will be entertained. Court Reporter: Marie Cloonan (scj) (Entered: 12/19/1995) |
| 11/20/1995 | 46 | Affidavit of Patrick A. Gaughan re: [36-1] Settlement Proposal in this action. filed, c/s. (scj) (Entered: 11/22/1995) |
| 11/20/1995 | 50 | Affidavit Ericv P. Rothenberg re: [36-1] objection to settlement proposal. filed, c/s. (scj) (Entered: 11/22/1995) |
| 11/20/1995 | 51 | Affidavit of Norman Berman re: [36-1] in opposition to Plaintiff Intervenors objection to the settlement and in response to the affidavit. filed,c/s. (scj) (Entered: 11/22/1995) |
| 11/20/1995 | 52 | Response in opposition to [49-1] affidavit to Charles and Edna Masten objecting to proposed class action settlement. filed, c/s. (scj) (Entered: 11/22/1995) |
| 11/21/1995 | 47 | Motion by City Partnerships to strike [46-1] affidavit of Patrick A. Gaughan in support of objection to settlement proposal . filed, c/s. (scj) (Entered: 11/22/1995) |
| 11/29/1995 | 53 | Judge Patti B. Saris . Plainitffs had moved this Court for a final approval of settlement of this securities class action in accordance with the terms of the Amended Stipulation of Settlement dated September 27, 1995. The Court held a lengthy heairng on November 15, 1995 concerning the fairness of the settlement. Order entered granting [29-1] stipulation motion for settlement . cc/cl 11/29/95 (scj) (Entered: 11/29/1995) |
| 11/29/1995 | | Judge Patti B. Saris . Endorsed Order entered denying [47-1] motion to strike [46-1] affidavit of Patrick A. Gaughan in support of objection to settlement proposal . "Denied although I took the timing into account in my final decision." cc/cl 11/29/95 (scj) (Entered: 11/29/1995) |
| 11/29/1995 | | Judge Patti B. Saris . Endorsed Order entered granting [40-1] motion for attorney fees . cc/cl 11/29/95 (scj) (Entered: 11/29/1995) |
| 11/29/1995 | | Judge Patti B. Saris, by the Court, by Deputy Clerk Whitney . Endorsed Order entered granting [37-1] motion for leave to file a memorandum in excess of 20 pages . cc/cl 11/29/95 (scj) (Entered: 11/29/1995) |
| 11/29/1995 | | Case closed. (scj) (Entered: 11/29/1995) |
| 12/13/1995 | 55 | Motion by City Partnerships, Richard S. Hodgson, Marcella Levy, Thomas P. Gorman, John Carlson, Richard Barronian, Emily J. Barronian, Richard Barronian, Andrew N. Becker, Harold E. Birkey, Wanja Birkey, Marvin W. Greenup, Charlotte Greenup, Robert Hanson, Dolores Hanson, Johnny's Seafood Co, Gary L. Gerontis, Gary L. Gerontis, Gray Lumber Company, Neil M. Gray, Stephen C. Gray, Barbara J. Engle, James P. Duffy Sr., H. C. Harned, |

| | | |
|---|---|---|
| | | Lawrence Schwartz, Sylvia Bernice Rosenblum to amend [53-1] order of judgment . filed,. c/s . (scj) (Entered: 12/21/1995) |
| 12/13/1995 | 56 | Affidavit of Carl D. Liggio re: [55-1] motion to amend [53-1] order of judgment. filed. (scj) (Entered: 12/21/1995) |
| 12/19/1995 | 57 | Response by City Partnerships in opposition to plaintiff intervenor's [55-1] motion to amend [53-1] order of judgment. filed,c/s. (scj) (Entered: 01/09/1996) |
| 12/27/1995 | 58 | Response by Atlantic Acquisition, AAL, Inc., American Finance Gr., AFG Leasing IV, Inc., Geoffrey A. MacDonald, Gary D. Engle, James E. Coyne in opposition to [55-1] plaintiff intervenor's motion to amend [53-1] order of judgment. filed,c/s. (scj) (Entered: 01/09/1996) |
| 01/30/1996 | | Judge Patti B. Saris . Endorsed Order entered denying [55-1] motion to amend [53-1] order of judgment after review of the affidavit in support of the motion for reconsideration ." cc/cl 2/1/96 (scj) (Entered: 02/01/1996) |
| 02/20/1996 | 59 | Transcript of proceedings held on proceeding date: September 27, 1995 before Judge: Saris. Court Reporter: Marie Cloonan (scj) (Entered: 02/20/1996) |
| 02/28/1996 | 60 | Notice of appeal by Richard S. Hodgson, Marcella Levy, Thomas P. Gorman, John Carlson, Richard Barronian, Emily J. Barronian, Richard Barronian, Andrew N. Becker, Harold E. Birkey, Wanja Birkey, Marvin W. Greenup, Charlotte Greenup, Robert Hanson, Dolores Hanson, Johnny's Seafood Co, Gary L. Gerontis, Gary L. Gerontis, Gray Lumber Company, Neil M. Gray, Stephen C. Gray, Barbara J. Engle, James P. Duffy Sr., H. C. Harned, Lawrence Schwartz, Sylvia Bernice Rosenblum filed. Appeal record due on 3/29/96 (fmr) (Entered: 03/21/1996) |
| 02/28/1996 | | USCA appeal fees received Fee Status: pd Fee Amount: $ 105.00 Receipt #: 114478 (fmr) (Entered: 04/19/1996) |
| 03/21/1996 | | Certified copy of docket and record on appeal forwarded to U.S. Court of Appeals re: [60-1] appeal . (fmr) (Entered: 03/26/1996) |
| 03/22/1996 | | Notice of Docketing Record on Appeal from USCA re: [60-1] appeal , received. USCA NUMBER: 96-1357 (fmr) (Entered: 04/18/1996) |
| 06/20/1996 | 61 | Transcript of proceedings for hearing on approval of settlement held on proceeding date: Nov. 15, 1995 before Judge: Saris. Court Reporter: Coonan (fmr) (Entered: 06/20/1996) |
| 12/19/1996 | 62 | Mandate of US Court of Appeals re: [60-1] appeal affirming . (fmr) (Entered: 12/19/1996) |
| 12/19/1996 | | Record on appeal returned from U.S. Court of Appeals, re: . (fmr) (Entered: 12/19/1996) |
| 12/19/1996 | | Closed flag. (fmr) (Entered: 12/19/1996) |