IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>MASTER FILE NO. 01-CV-12257-PBS<br>SUB CATEGORY CASE 09-CV-12056 |
| THIS DOCUMENT RELATES TO:<br><br>State of Mississippi v. Teva Pharmaceuticals USA, Inc., et al.<br>No. 09-cv-12064<br><br>State of Mississippi v. Ivax Corporation; and Ivax Pharmaceuticals, Inc.<br>No. 09-cv-12059<br><br>State of Mississippi v. Barr Laboratories, Inc.,<br>No. 09-cv-12056 | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a) of the United States District Court for the District of Massachusetts, please enter the appearance of Robert J. Muldoon, Jr., as counsel for Defendants Teva Pharmaceuticals USA, Inc, Sicor, Inc. (f/k/a Gensia Sicor Pharmaceuticals, Inc., f/k/a Gensia Laboratories, Ltd.), Novopharm USA, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., and Barr Laboratories, Inc.

00378856.DOC/

- 2 -

Respectfully submitted,

TEVA PHARMACEUTICALS, USA, INC.;
SICOR, INC. (f/k/a/ GENSIA SICOR
PHARMACEUTICALS, INC., f/k/a/
GENSIA LABORATORIES, LTD.);
NOVOPHARM USA, INC., IVAX
CORPORATION; IVAX
PHARMACEUTICALS, INC.; and BARR
LABORATORIES, INC.,

By their attorneys,

*/s/ Robert J. Muldoon, Jr.*
Robert J. Muldoon, Jr., BBO# 359480
Sara Jane Shanahan, BBO# 567837
R. Victoria Fuller, BBO# 666494
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000
*rjmuldoon@sherin.com*
*sjshanahan@sherin.com*
*vfuller@sherin.com*

Jennifer G. Levy (*pro hac vice*)
Michael C. Occhuizzo (*pro hac vice*)
Jason R. Parish (*pro hac vice*)
Daniel J. Gomez (*pro hac vice*)
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
Tel (202) 879-5000
Fax (202) 879-5200

Date: August 9, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of August 9, 2011.

/s/ Robert J. Muldoon, Jr.
Robert J. Muldoon, Jr.