**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

MDL NO. 1456
MASTER FILE NO. 01-CV-12257-PBS
SUB CATEGORY CASE 09-CV-12056

THIS DOCUMENT RELATES TO:

State of Mississippi v. Teva Pharmaceuticals USA, Inc., et al.
No. 09-cv-12064

State of Mississippi v. Ivax Corporation; and Ivax Pharmaceuticals, Inc.
No. 09-cv-12059

State of Mississippi v. Barr Laboratories, Inc.,
No. 09-cv-12056

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a) of the United States District Court for the District of Massachusetts, please enter the appearance of Sara Jane Shanahan as counsel for Defendants Teva Pharmaceuticals USA, Inc, Sicor, Inc. (f/k/a Gensia Sicor Pharmaceuticals, Inc., f/k/a Gensia Laboratories, Ltd.), Novopharm USA, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., and Barr Laboratories, Inc.

Respectfully submitted,

TEVA PHARMACEUTICALS, USA, INC.; SICOR, INC. (f/k/a/ GENSIA SICOR PHARMACEUTICALS, INC., f/k/a/ GENSIA LABORATORIES, LTD.); NOVOPHARM USA, INC., IVAX CORPORATION; IVAX PHARMACEUTICALS, INC.; and BARR LABORATORIES, INC.,

By their attorneys,

*_/s/ Sara Jane Shanahan_*
Robert J. Muldoon, Jr., BBO# 359480
Sara Jane Shanahan, BBO# 567837
R. Victoria Fuller, BBO# 666494
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000
*rjmuldoon@sherin.com*
*sjshanahan@sherin.com*
*vfuller@sherin.com*

Jennifer G. Levy (*pro hac vice*)
Michael C. Occhuizzo (*pro hac vice*)
Jason R. Parish (*pro hac vice*)
Daniel J. Gomez (*pro hac vice*)
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
Tel (202) 879-5000
Fax (202) 879-5200

Date: August 9, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of August 9, 2011.

/s/ Sara Jane Shanahan
Sara Jane Shanahan